AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| In re: Social Media Adolescent Addiction Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22-md-03047 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TikTok Inc. and ByteDance Inc.                                                                                           .

Date:      10/14/2022

/s/ Andrea Roberts Pierson
*Attorney's signature*

Andrea Roberts Pierson, Ind. Bar No. 18435-49-A
*Printed name and bar number*

Faegre Drinker Biddle & Reath LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204

*Address*

andrea.pierson@faegredrinker.com
*E-mail address*

317-237-1424
*Telephone number*

317-569-4800
*FAX number*