AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:22-md-03047 |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TikTok Inc. and ByteDance Inc.

Date:    10/14/2022

/s/ Patrick Reilly
*Attorney's signature*

Patrick Reilly, Ind. Bar No. 28739-49
*Printed name and bar number*

Faegre Drinker Biddle & Reath LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204

*Address*

patrick.reilly@faegredrinker.com
*E-mail address*

317-237-1087
*Telephone number*

317-569-4800
*FAX number*