UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION  MDL No. 3047

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On October 6, 2022, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Yvonne Gonzalez Rogers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Rogers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 6, 2022, and, with the consent of that court, assigned to the Honorable Yvonne Gonzalez Rogers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 19, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION                                    MDL No. 3047

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 22−00575 | Stoudemire v. Meta Platforms, Inc. et al |
| ALM | 2 | 22−00576 | Stoudemire v. Meta Platforms, Inc. et al |
| **ARIZONA** | | | |
| AZ | 4 | 22−00400 | Rivera v. Meta Platforms Incorporated et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 5 | 22−00380 | Shawntavia Jamerson v. Meta Platforms, Inc. et al |
| FLM | 5 | 22−00391 | Alexander Salmons v. Meta Platforms, Inc. et al |
| FLM | 8 | 22−01759 | Mitchell v. Meta Platforms, Inc. et al |
| FLM | 8 | 22−01877 | Downing v. Meta Platforms, Inc. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 22−03886 | Woods v. Meta Platforms, Inc. et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 22−00215 | Cerone v. Meta Platforms, Inc. et al |
| **ILLINOIS CENTRAL** | | | |
| ILC | 1 | 22−01260 | Johnson et al v. Meta Platforms, Inc. et al |
| ILC | 3 | 22−03194 | Smith et al v. Meta Platforms Inc et al |
| ILC | 4 | 22−04136 | Casteel v. Meta Platforms Inc et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 22−04638 | Leon v. Meta Platforms Inc et al |
| ILN | 1 | 22−04645 | Walsh v. Meta Platforms Inc et al |
| ILN | 1 | 22−04650 | Lee v. Meta Platforms Inc et al |
| ILN | 1 | 22−04651 | Lane v. Meta Platforms Inc et al |
| ILN | 1 | 22−04652 | Haywood v. Meta Platforms Inc et al |
| ILN | 1 | 22−04654 | Huff−Young v. Meta Platforms Inc et al |
| ILN | 1 | 22−04655 | Brown v. Meta Platforms, Inc. et al |
| ILN | 1 | 22−04657 | Quinones v. Meta Platforms, Inc. et al |

| | | | |
|---|---|---|---|
| ILN | 1 | 22−04658 | Wynne v. Meta Platforms, Inc. et al |
| ILN | 1 | 22−04659 | Kimber v. Meta Platforms, Inc. et al |
| ILN | 1 | 22−04674 | Kimber v. Meta Platforms Inc et al |
| ILN | 1 | 22−05230 | Rodriguez v. Meta Platforms Inc et al |
| ILN | 3 | 22−50307 | Odems v. Meta Platforms Inc et al |

ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 22−02094 | Aaliyah Robinson v. Meta Platforms, Inc. et al |
| ILS | 3 | 22−02170 | Cameron Leonard v. Meta Platforms, Inc. et al |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 3 | 22−00141 | CANCHE v. META PLATFORMS, INC. et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 22−01873 | Dorsey v. Meta Platforms, Inc. et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 22−12038 | Harrison v. Meta Platforms, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 22−00605 | T.S. v. Meta Platforms, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 22−05309 | S.R. v. META PLATFORMS, INC. et al |

NEW MEXICO

| | | | |
|---|---|---|---|
| ~~NM~~ | ~~1~~ | ~~22−00608~~ | ~~Youngers et al v. Meta Platforms, Inc. et al~~ Opposed 10/18/2022 |
| NM | 1 | 22−00706 | Youngers, et al. v. TikTok Inc. et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 3 | 22−00859 | Reuscher v. Meta Platforms, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 22−03207 | Thacker v. Meta Platforms, Inc. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~22−01849~~ | ~~ANDERSON v. TIKTOK, INC.~~ Opposed 10/18/2022 |
| PAE | 2 | 22−03076 | CLEVENGER v. META PLATFORMS, INC. et al |
| PAE | 2 | 22−03830 | Ortiz v. META PLATFORMS, INC. et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 22−01286 | Wishkin v. Meta Platforms, Inc. et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 22−01166 | DIENES v. META PLATFORMS, INC. et al |

TENNESSEE WESTERN

| | TNW | 2 | 22−02654 | Newberry v. Meta Platforms et al |

UTAH

| | UT | 2 | 22−00556 | Westwood et al v. Meta Platforms et al |

VERMONT

| | VT | 2 | 22−00171 | Turgeon v. Meta Platforms, Inc. et al |

VIRGINIA EASTERN

| | VAE | 1 | 22−01079 | Jennifer Koutsouftikis, individually and as parent and next friend to minor Plaintiff E.K., v. Meta Platforms Inc., et al |