UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJRY PRODUCTS LIABILITY LITIGATION | *<br>*   MDL NO. 3047<br>*<br>* |
| This Document Relates to:<br>All Actions | *<br>* |

### APPLICATION OF RON A. AUSTIN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes **RON A. AUSTIN (Applicant),** applying for appointment to the Plaintiffs' Steering Committee, who submits the following:

1. Applicant is a trial attorney from New Orleans, licensed in the State of Louisiana since 1995. He is founder of the firm, Ron Austin Law LLC, a minority owned firm with a diverse team of attorneys which includes female, Hispanic, and bi-lingual attorneys. Ron Austin has concentrated his practice in toxic tort, class action, and personal injury cases.

Ron Austin is currently serving on the Plaintiff Steering Committee and Co-Chair of the Bellwether Sub-committee for the Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation, following his appointment by the Honorable Judge Joy Flowers Conti, of the Eastern District of Pennsylvania. In this capacity, Ron has shown himself capable of working with everyone and anyone, displaying the traits of a natural leader and effective peacemaker. Ron has the keen ability of identifying the strengths of his teammates and placing them in a position to capitalize on those strengths, for the benefit of the team.

Further, Ron has served or currently serves as lead counsel in multiple class actions and/or mass torts and/or significant litigation, including the *Grefer v. Alpha Technical, Exxon Mobil Corporation* (NORM litigation in which Applicant obtained a landmark $1 billion judgment against global energy giant, Exxon Mobil after a five week trial); Opioid Litigation for all Opioid Children Born Dependent ("OCBD"); *Deepwater Horizon* (oil spill); *Stewart v. Honeywell International* (radiation contamination in Missouri); Banks v. Cotter Corporation (radiation contamination in Missouri); *Dailey v. Bridgeton Landfill LLC* (radiation

contamination); *John Doe v. University Healthcare System LLC*, (defective Endoscope sterilization process class action); *Andrews, et al vs. Ochsner Clinic Foundation* (defective Endoscope class action); *Guidry v. Dow Chemical Company* (unauthorized chemical discharge class action); *Francis vs. Make It Right Foundation* (a class action against builder and officers and directors for defective construction, materials and fraud); Roundup litigation; and members of the firm have represented clients in numerous MDL cases including breast implants, Pelvic Mesh, IVC filters, Valsartan, Hernia Mesh, Proton Pump Inhibitor, and Zantac, Paraquat, among others.

Prior to forming his own firm, Applicant honed his trial skills as a prosecutor in the Jefferson Parish District Attorney's Office, Felony Trial Division, where he tried nearly 100 jury trials. Accordingly, Applicant has participated in initiating, coordinating, and conducting pretrial discovery. Applicant has drafted, implemented, and adhered to thousands of scheduling orders and additionally overseen, supervised and managed staff attorneys' initiation, coordination, and conducting of pretrial discovery, case management orders, and trial preparation and trial advocacy.

2.   Applicant's firm maintains a Data and Discovery Center dedicated to mass torts. Applicant's staff analyze voluminous data required to prosecute class action claims. Data and Discovery Center staff order and track relevant records, input data into databases designed for specific projects, and, after extensive training, conduct relevant client interviews. Accordingly, Applicant has significant experience in managing data in complex litigation.

3.   Applicant understands that MDL Courts strive to create leadership structures that are diverse, inclusive, and experienced. Applicant, an African American trial attorney with 27 years of experience, has the ability and firm infrastructure to initiate, coordinate, and conduct pretrial discovery in a coordinated, efficient, and consolidated manner for the benefit of all Plaintiffs; develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of Plaintiffs; draft and/or collaborate in drafting pretrial motions, joint briefs, draft subpoenas, all as needed to properly prepare for the trial of relevant issues; examine witnesses and introduce evidence at hearings on behalf of all Plaintiffs; submit and argue oral or written motions presented to the court on behalf of the PSC; oppose as necessary defense

motions within the sphere of the PSC; act as spokesperson for all Plaintiffs at pretrial proceedings; explore, develop, and pursue all stipulations with defendants and/or settlement options pertaining to any case filed in this litigation; maintain files of all pretrial matters and make same available for examination by Plaintiffs or their attorneys; schedule and conduct meetings of plaintiffs' counsel as needed; prepare periodic status reports summarizing the PSC's work and progress; and perform other functions as may be expressly authorized by orders of the Court.

4.      Applicant is attorney of record in *Miller v. Meta Platforms, Inc., et al..,* 4:22-cv-06214 (10/19/2022).

5.      Applicant is admitted to practice and in good standing in the United States District Courts.  Applicant looks forward to addressing this honorable court in-person at the initial conference, for a position on the Plaintiffs' Steering Committee, and respectfully submits the attachment list of names of other counsel who have filed cases in this MDL litigation and support the applicant's appointment as lead counsel or a PSC member, as attachment 1.

Respectfully Submitted,

**RON AUSTIN LAW**

*/s/Ron A. Austin*

_____
Ron A. Austin, LSBA No. 23630
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Facsimile: (504) 227-8122