

| | |
|---|---|
| **Ron A. Austin** | **Tiffany Delery Davis** |
| **Catherine Hilton** | **Alberto Silva** |
| **Jevan S. Fleming** | **Bibiana Ordonez** |

## ABOUT RON A. AUSTIN

Attorney Ron A. Austin is on a mission to change the world for the better "one case and one client at a time." Having won thousands of favorable verdicts, including a landmark $1 billion judgment against global energy giant Exxon Mobil, he has established a reputation as one of the top plaintiff trial lawyers, known for his shrewd strategic approach and uncanny ability to close a deal. Ron has taken on some of the largest and most complex litigation in the history of jurisprudence and routinely succeeds in securing multi-million-dollar verdicts and settlements.

Ron is the Founder and Principal Attorney at Ron Austin Law. He and his team are nationally-recognized leaders in personal injury and mass torts with extensive multi-state and multi-district experience. For example, Ron currently serves on the Plaintiff Steering Committee for MDL 3014 In Re: Philips Recalled CPAP, BI-LEVEL PAP, and Mechanical Ventilator Products Litigation. Ron is also well known for his handling of complex cases involving defective construction. He recently achieved a $20.5 million settlement in a class action lawsuit brought over significant construction defects plaguing actor Brad Pitt's "Make it Right" homes sold in New Orleans following Hurricane Katrina.

Besides being a trailblazer in mass tort cases, Ron manages staff attorneys who work on portfolios involving water contamination at Camp Lejeune, defective drugs and devices, insurance bad faith, wrongful death, mesothelioma, product liability, environmental damage and premises liability.

After earning his undergraduate degree at Southeastern Louisiana University and a Juris Doctor from Southern University Law School at Baton Rouge in 1995, Ron embraced civic responsibility as a political volunteer. His first professional job was with an environmental law firm that handled class action suits. He later sharpened his skills as a prosecutor in the Juvenile and Felony Trial divisions, where he tried nearly 100 jury trials, including the first ever intentional exposure to AIDS criminal case.

Environmental justice emerged as the practice that most attracted Ron's intellectual interest and social consciousness. He committed himself to helping "businesses and communities attain financial resources through lawsuits that help them rebuild after life-altering catastrophes." Viewing "litigation as a formidable tool in fighting for fairness, [he is] dedicated to helping communities and businesses achieve that, especially after their lives have been devastated by events that might have been prevented with less focus on profit and more focus on people."

Ron credits his father for setting the example that led to his success. During high school, Ron worked two jobs, one of them for his father's construction business. This experience piqued his interest in real estate and subsequent development of hotels and other large-scale projects. "My dad made sure I understood the meaning of 'to whom much is given, much is required.' He was always giving back to the community."

Ron is a lifetime member of the Alpha Phi Alpha fraternity and an active member of several prominent bar associations, including the American Bar Association, American Association of Justice, Louisiana Association of Justice, the National Bar Association, and the New Orleans and Jefferson Bar Associations. He is a former adjunct professor at Tulane Law School and routinely speaks on a variety of topics, such as mass torts, product liability, leadership, and entrepreneurship.

Ron's commitment to his community is deep and his efforts far-reaching, including his annual back-to-school rally, now in its 18th year, support for summer youth camps in South Louisiana, lead sponsorship of the Jefferson Parish Martin Luther King Day parade, sponsorship of students and underprivileged athletic teams, and pro bono work for people with developmental disabilities. To sustain life balance, Ron enjoys hunting and fishing, enjoying and procuring fine art, cooking, and being a doting dad to his two daughters and son.