# ATTACHMENT 1 – RESUME

# THOMAS P. CARTMELL

Tom Cartmell is a founding partner of Wagstaff & Cartmell LLP. He has been lead or co-lead counsel in more than 30 federal and state court trials throughout the country on behalf of both plaintiffs and defendants. He is a Fellow in the American College of Trial Lawyers and in the International Society of Barristers.

Tom began his career at a large defense firm, before co-founding the litigation boutique firm, Wagstaff & Cartmell, LLP, in 1997. The Kansas City-based firm now has 32 attorneys, and 52 other employees. The firm handles complex litigation nationwide in the areas of product liability, consumer fraud, class actions, antitrust, corporate malfeasance, professional liability, and representation of public entities.

Tom has extensive experience leading multi-district and consolidated litigation, trying cases to juries, and arguing appeals in state and federal courts around the country. He has been co-lead counsel and/or co-lead trial counsel in large, successful MDLs: *In Re: Ethicon, Inc.*, MDL No. 2327 and *In Re: Avandia Marketing and Sales Practices and Products Liability Litig.*, MDL No. 1871. In the Pelvic Mesh Repair System Products Liability Litigation, he was lead or co-lead counsel in five bellwether trials in federal and state courts.

Tom has been appointed by Judges across the country to the following MDL leadership positions.

| MDL Case | Judge's Name and Contact Information | Court | Role |
|---|---|---|---|
| *In Re: Juul Labs, Inc., Marketing Sales Practices and Prods. Liab. Litig.*, MDL 2913 | Hon. William H. Orrick<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>415-522-2000 | N.D. Cal.<br>(San Francisco) | Plaintiffs' Steering Committee (Government Entity Liaison Counsel) |
| *In Re: 3M Combat Arms Earplug Prods. Liab. Litig.*, MDL No 2885 | Hon. M. Casey Rodgers<br>One North Palafox St.<br>Pensacola, FL 32502<br>850-435-8448 | N.D. Fla.<br>(Pensacola) | Executive Committee |
| *In Re: Bard IVC Filters Prods. Liab. Litig.*, MDL 2641 | Hon. David G. Campbell<br>401 W. Washington St. #623<br>Phoenix, AZ 85003-2156<br>602-322-7645 | D. Ariz. | Plaintiffs' Steering Committee |
| *In Re: Ethicon, Inc.* MDL No. 2327 (Pelvic Mesh Repair System MDLs) | Hon. Joseph R. Goodwin<br>300 Virginia Street East<br>Charleston, WV 25301<br>304-347-3192 | S.D. W. Va. | Co-Lead Counsel |
| *Pelvic Mesh Repair System Prods. Liab. Litig.*, MDL Nos. 2187, 2325, 2326 | Hon. Joseph R. Goodwin<br>300 Virginia Street East<br>Charleston, WV 25301<br>304-347-3192 | S.D. W. Va. | Plaintiffs' Steering Committee |

| | | | |
|---|---|---|---|
| *In Re: Zoloft (Sertraline Hydrochloride) Prods. Liab. Litig.*, MDL No. 2342 | Hon. Cynthia M. Rufe<br>12614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br>267-299-7490 | E.D. Pa. | Plaintiffs' Steering Committee |
| *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.*, MDL No. 2244 | Hon. Ed Kinkeade<br>1100 Commerce St., Rm 1625<br>Dallas, TX 75242-1003<br>214-753-2720 | N.D. Tex. | Plaintiffs' Steering Committee |
| *In re Ephedra Prods. Liab. Litig.*, MDL No. 2071 | Hon. Jed S. Rakoff<br>Moynihan U.S. Courthouse<br>500 Pearl St.<br>New York, NY 10007-1312<br>212-805-0401 | S.D.N.Y. | Plaintiffs' Steering Committee |
| *In Re: Avandia Marketing and Sales Practices and Prods. Liab. Litig.*, MDL No. 1871 | Hon. Cynthia M. Rufe<br>12614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br>267-299-7490 | E.D. Pa. | Co-Lead Trial Counsel<br>Plaintiffs' Steering Committee |
| *In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, MDL No. 1842 | Hon. Mary M. Lisi (Ret.) | D.R.I. | Plaintiffs' Steering Committee |
| *In re Bextra and Celebrex Prod. Liab. Litig.*, MDL No. 1699 | Hon. Charles R. Breyer<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>415-522-2000 | N.D. Cal. | Co-Lead Trial Counsel<br>Plaintiffs' Steering Committee |

Tom has significant experience representing states, counties, and hospitals. Among others, he represents Buchanan County, Missouri, with one of the highest rates of opioid prescriptions in the country over the past five years, in the National Prescription Opiate Litigation, MDL No. 2804. Tom currently represents the Commonwealth of Kentucky in consumer protection litigation against Johnson & Johnson and Ethicon involving transvaginal mesh. He and his partners also represented the State of Kansas in a multi-year arbitration against the tobacco industry. He has represented Children's Mercy Hospital of Kansas City for 20 years.

A past president of the Kansas City chapter of ABOTA, Tom has been honored as one of the *Kansas City Business Journal's* "Best of the Bar" for many years, *Super Lawyers* edition for nine straight years, and has continuously been recognized in The Best Lawyers in America since 2007. Tom has an AV rating from Martindale Hubbell.

Tom received his undergraduate degree in Business Administration from the University of Kansas in 1990. He graduated from The University of Kansas School of Law in 1994. While in law school, he was an editor on the *Kansas Law Review.* He has served as an Adjunct Professor of Trial Advocacy at the University of Kansas School of Law and is also a frequent speaker at seminars which focus on trial tactics and strategy.