ATTACHMENT 2
Proposals for Social Media Adolescent Addiction MDL Leadership

In support of Tom Cartmell's application for membership on the Plaintiffs' Steering Committee, he provides this list of counsel whose respective applications he supports, and whom he understands to support his application. Tom supports each of these lawyers' inclusion in the plaintiff's leadership in this MDL.

**Applications for Co-Lead Counsel**

| Attorney | Firm | Location |
| --- | --- | --- |
| Lexi Hazam | Lieff Cabraser | San Francisco, CA |
| Emily Jeffcott | Morgan & Morgan | Pensacola, FL |
| Chris Seeger | Seeger Weiss | Ridgefield Park, NJ |
| Joseph VanZandt | Beasley Allen | Montgomery, AL |

**Application for Liaison Counsel**

| Attorney | Firm | Location |
| --- | --- | --- |
| Jennie Anderson | Andrus Anderson | San Francisco, CA |

**Applications for Plaintiffs' Steering Committee**

| Attorney | Firm | Location |
| --- | --- | --- |
| Ron Austin | Ron Austin Law | Harvey, LA |
| James Bilsborrow | Weitz Luxenberg | New York, NY |
| Paige Boldt | Watts Guerra | Fort Worth, TX |
| Tom Cartmell | Wagstaff Cartmell | Kansas City, MO |
| Jayne Conroy | Simmons Hanly Conroy | New York, NY |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm | New York, NY |
| Kirk Goza | Goza & Honnold | Overland Park, KS |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz | Pensacola, FL |
| Andre Mura | Gibbs Law Group | San Francisco, CA |
| Emmie Paulos | Levin, Papantonio, Rafferty | Pensacola, FL |
| Roland Tellis | Baron & Budd | Los Angeles, CA |
| Alexandra Walsh | Walsh Law | Washington, DC |
| Previn Warren | Motley Rice | Washington, DC |
| Michael Weinkowitz | Levin, Sedran & Berman | Philadelphia, PA |