AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

| | |
|---|---|
| In re Social Media Adolescent Addiction Litigation | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   4:22-md-03047 |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

D.H. _____ .

Date:    10/20/2022

*Hillary Nappi*

*Attorney's signature*

Hillary M. Nappi, HN0330

*Printed name and bar number*

Hach & Rose
112 Madison Avenue, 10th Fl
New York, NY 10016

*Address*

hnappi@hrsclaw.com

*E-mail address*

(646) 992-8138

*Telephone number*

(212) 779-0028

*FAX number*