

DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | CHICO | WASHINGTON, D.C.

October 20, 2022

<u>**VIA ECF FILING**</u>

Hon. Yvonne Gonzalez Rogers
United States District Court
Northern District of California

   **Re:**   *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*; Case No. 4:22-md-03047-YGR

Dear Judge Gonzalez Rogers:

  Guided by this Court's Order Setting Initial Conference, I respectfully request appointment as a member of the Plaintiffs' Steering Committee ("PSC"). My firm represents Plaintiffs Julie Kosiorek, Richard Kosiorek and their minor daughter "K.K." against Defendants Meta Platforms, Inc. and Instagram LLC, Case No. 4:22-cv-06142-YGR. Below, I address the criteria requested by the Court.

  I am a Partner in the law firm of Baron & Budd, P.C. where I manage the Firm's Los Angeles Office. I have a long history of prosecuting complex, high profile cases. As Your Honor may recall, I led a certified class of Plaintiffs against Defendants Wells Fargo & Co. and Wells Fargo Bank in *Bias et al. v. Wells Fargo & Co. et al.*, N.D. Cal. Case No. 4:12-cv-00664-YGR (certified nationwide RICO class action involving padded loan servicing fees).

  As detailed in my resume attached as Exhibit A, I frequently engage in complex and, where necessary, protracted litigation demanding tremendous commitments of time and resources. I do so to protect the rights of plaintiffs and consumers against some of the largest companies in the world. I am fully committed to make the necessary investment here. If selected by this Court, I will devote the required time, energy, and financial resources to this case, making it a matter of my highest priority.

  A representative sample of my personal experience in MDL cases, and the applicable judge's contact information, includes the following:

- Appointed to the Plaintiffs' Executive Committee ("PEC") in *In re: National Prescription Opiate Litigation*, a multi-state mass tort action filed by governmental entities against the manufacturers and distributors of opioids. The PEC negotiated a settlement against three opioid distributors and an opioid manufacturer valued in excess of $26 billion. (Hon. Dan Aaron Polster; Court Clerk: 216-357-7190)

- Appointed Co-Lead Counsel in *In re: ZF-TRW Airbag Control Units Products Liability Litigation*, a nationwide class action against six automakers and three automotive parts suppliers involving millions of defective airbag control units. (Hon. John A. Kronstadt; to be contacted by email at JAK_Chambers@cacd.uscourts.gov)

- Appointed Co-Lead Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation*, a nationwide class action involving forced-placed automobile collateral protection insurance. Negotiated a $423 million non-reversionary common fund settlement. (Hon. Andrew J. Guilford (Ret.))

- Appointed Co-Lead Counsel in *Southern California Gas Leak Cases*, a state-court JCCP coordinated action filed by property owners against a gas utility for causing the largest natural gas leak in U.S. history. Negotiated a $40 million non-reversionary common fund settlement. (Hon. Daniel J. Buckley (Ret.))

- Appointed to the Plaintiffs' Steering Committee in *In Re: Volkswagen Clean Diesel Marketing, Sales Practices and Products Liability*; a nationwide class action involving vehicles equipped with "defeat devices" designed to surreptitiously evade emissions laws and regulations. The case concluded with a settlement valued in excess of $14.5 billion. (Hon. Charles R. Breyer; Court Clerk: 415-522-2062)

- Appointed to the Plaintiffs' Steering Committee in *In Re: Takata Airbag Products Liability Litigation*; a nationwide class action involving tens of millions of vehicles equipped with defective airbag inflators. The first phase of the case concluded with a settlement valued at over $1.5 billion. (Hon. Federico A. Moreno; Court Clerk: 305-523-5110)

- Appointed to the Plaintiffs' Steering Committee in *In Re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, a nationwide class action involving vehicles equipped with "defeat devices" designed to evade emissions laws and regulations. The case concluded with a settlement valued at over $500 million. (Hon. Edward M. Chen; Court Clerk: 415-522-2034)

I assure the Court that the above-described litigation matters will neither cause me to delegate my principal duties nor prevent me from devoting the time necessary to vigorously litigate this case.

My firm Baron & Budd, P.C. and the members of the proposed leadership group are well-established law firms that have the resources and personnel necessary to vigorously pursue a complex case of this magnitude. My firm is one of the oldest and most successful plaintiffs' firms in the country. It has been named repeatedly to the National Law Journal's "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States. Additionally, it has been selected by *American Lawyer* as one of the sixteen most successful plaintiffs' firms in the country. We have more than 100 lawyers and 200 support staff, including paralegals and technical support personnel, in our offices

across the country, including in Dallas, Baton Rouge, New Orleans, Washington, D.C., San Diego, Chico, and Los Angeles, which I manage. Since its founding more than 40 years ago, the firm has recovered tens of billions of dollars for its clients and has garnered national acclaim for its complex litigation work on behalf of plaintiffs in cases like this.

I too have been fortunate to receive accolades for my own work on complex litigation cases. For example, I received commendation from the U.S. Department of Justice for assisting them in the successful parallel prosecution of a multi-million-dollar foreign currency Ponzi scheme. I was elected to serve on the Board of Governors of the Association of Business Trial Lawyers and was appointed to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference. I was also appointed Chair of the Central District of California's Attorney Settlement Officer Panel Committee and was appointed by Chief Judge George King to serve on the Central District of California's Attorney Admission Fund Board. I am also a member of the Executive Committee of the Los Angeles County Bar Association. Additionally, in 2020, I was invited to speak at the Miami Law Class Action and Complex Litigation Forum where I joined a panel of MDL and JPML judges to address the topic "MDL: Uniform Rules v. Best Practices." Along the way, I have been named in the *Best Lawyers in America* every year since 2014 and a *SuperLawyer* every year since 2006.

I have a long and established history of working collaboratively with others to successfully litigate complex cases. Indeed, I take pride in my record of cooperative work with other counsel. In this case, I have worked with other plaintiffs' counsel to share information and ideas to effectively organize and prosecute this case. Through these efforts, my professional relationships, and my experience, I believe I have earned the trust of the many lawyers who support my application, as reflected in Exhibit B.

A common thread in my firm's history of success in MDLs is a well-managed leadership structure populated by talented lawyers who are committed to efficiency and collaboration. In this regard, I believe the leadership structure here should recognize the desire for efficiency balanced against the financial and professional resources necessary to effectively litigate this matter, and the goal of achieving diversity among counsel. Accordingly, I respectfully propose that the structure described in Exhibit B, consisting of four Co-Lead Counsel, a Liaison Counsel, and a fourteen-member PSC would be ideal. If selected by this Court, I commit to working with any group of appointed lawyers to achieve the best possible outcome for those injured by the Defendants' alleged conduct.

I stand ready to prosecute this case without delay.

Respectfully submitted,

*/s/ Roland Tellis*

Roland Tellis