**EXHIBIT A**



# ROLAND TELLIS BIOGRAPHY

Roland Tellis is Head of the Firm's Los Angeles-based Class Action Practice Group and manages the Firm's Los Angeles Office. His practice focuses on complex, high-profile litigation, including consumer class actions, mass torts, financial fraud, business torts, corporate misconduct, automobile defect, food labeling, false advertising, securities fraud and environmental contamination. He has held leadership roles in numerous multi-state, complex cases, including:

- Appointed Co-Lead Counsel in *In re: ZF-TRW Airbag Control Units Products Liability Litigation*, a multi-state class action involving millions of defective airbag control units.

- Appointed to the Plaintiffs' Executive Committee in *In re: National Prescription Opiate Litigation*, a multi-state mass tort action filed by governmental entities against the manufacturers and distributors of opioids widely believed to be the largest MDL case in U.S. history. The PEC negotiated a settlement against three opioid distributors and an opioid manufacturer valued in excess of $26 billion.

- Appointed Co-Lead Counsel for the Class Action Track in *Southern California Gas Leak Cases*, a coordinated class action filed by property owners against a gas utility for causing the largest natural gas leak in U.S. history. Negotiated a $40 million non-reversionary common fund settlement for area residents.

- Appointed Co-Lead Counsel in *In Re Wells Fargo Collateral Protection Insurance Litigation*, a nationwide class action case involving forced-placed automobile collateral protection insurance. Successfully negotiated a $423 million non-reversionary common fund settlement, which will provide payments to consumers without the need for claim forms or documentary proof.

- Appointed to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, a multi-state class action involving hundreds of thousands of vehicles equipped with "defeat devices" designed to evade emissions laws. The PSC negotiated a settlement in excess of $14.5 billion.

- One of three lawyers appointed to the Plaintiffs' Steering Committee in *In Re: Takata Airbag Products Liability Litigation*, a multi-state class action involving millions of vehicles equipped with a defective airbag inflator resulting in the largest automotive recall in U.S. history. Helped negotiate a $1.5 billion settlement against seven automaker defendants.

- Appointed to the Plaintiffs' Steering Committee in *In re: In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, a multi-state class action involving vehicles equipped with "defeat devices" designed to evade emissions laws. The PSC negotiated a settlement worth in excess of $500 million.

Mr. Tellis has represented clients in numerous jury trials, including several involving hundreds of millions of dollars. In 2005, Tellis received commendation from the U.S. Department of Justice and the Federal Bureau of Investigation for his assistance in a successful parallel prosecution of a $120 million securities Ponzi scheme perpetrated by foreign currency traders. Mr. Tellis also represented the City of Sunnyvale in environmental litigation concerning perchloroethylene contamination of a large mixed use development site and the California Water Service Company over the contamination of hundreds of drinking water wells throughout California. Mr. Tellis also represented the owner of a multi-billion-dollar commercial real estate portfolio in a lengthy jury trial over claims of an oral partnership and the Screen Actors' Guild and members of its national board in a leadership battle. His experience exemplifies the depth and breadth of resources that Baron & Budd provides for its clients.

Prior to joining Baron & Budd, Mr. Tellis practiced with the international law firms of Bingham McCutchen LLP and Milbank, Tweed, Hadley & McCloy LLP, where he litigated complex cases on behalf of corporate defendants and tried multi-million-dollar cases to verdict.

In 2018, Mr. Tellis was honored with the Daily Journal's 2018 "*California Lawyer Attorneys of the Year*" award for his role in the Volkswagen "*Clean Diesel*" MDL. Mr. Tellis has also been named among the *Best Lawyers In America* every year since 2014, a *Super Lawyer* every year since 2006 and was a faculty member of the Practicing Law Institute and Chair of its annual program entitled "Taking and Defending Depositions." He was elected to serve on the Board of Governors of the Association of Business Trial Lawyers and was appointed to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference. He was the Chair of the United States District Court for the Central District of California's Attorney Settlement Officer Panel Committee and was appointed by the Chief Judge of the Central District of California to the Board of Trustees for the Central District's Attorney Admission Fund. Additionally, Mr. Tellis serves on the Executive Committee of the Los Angeles County Bar Association. Along the way, has devoted time to the *pro bono* representations of indigent clients and has mentored young lawyers and law students in association with the South Asian Bar Association.

## FIRM OVERVIEW

Baron & Budd, P.C. is among the oldest, largest and most accomplished plaintiffs' law firms in the country. With approximately 100 attorneys and more than 200 support personnel, including technical experts, in offices in Dallas, Austin, Baton Rouge, New Orleans, Los Angeles, San Diego, New Jersey and New York, Baron & Budd has the expertise and resources to handle complex litigation throughout the United States. Baron & Budd has garnered national acclaim for its complex litigation work and has recovered billions for its clients.

Since the Firm was founded in 1977, Baron & Budd has achieved national acclaim for its work on cutting-edge litigation, including the National Law Journal's *America's Elite Trial Lawyers* and "Plaintiffs' Hot List," *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country, and The Legal 500's premier law firms in mass tort claims and class action litigation.

Additional information about Baron & Budd is available at www.baronandbudd.com.