**EXHIBIT B**

**Counsel Who Supports Appointment of Roland Tellis to Plaintiffs' Steering Committee:**

Lexi Hazam, Emily Jeffcott, Chris Seeger, Joseph VanZandt, Jennie Anderson, Ron Austin, James Bilsborrow, Paige Boldt, Tom Cartmell, Jayne Conroy, Carrie Goldberg, Kirk Goza, Sing-Ting Mary Liu, Andre Mura, Emmie Paulos, Alexandra Walsh, Previn Warren, and Michael Weinkowitz.

## Proposed Leadership Structure

### CO-LEAD COUNSEL

| Attorney | Law Firm |
|---|---|
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein |
| Emily Jeffcott | Morgan & Morgan |
| Chris Seeger | Seeger Weiss |
| Joseph VanZandt | Beasley Allen |

### LIAISON COUNSEL

| Attorney | Law Firm |
|---|---|
| Jennie Anderson | Andrus Anderson |

### PLAINTIFFS' STEEERING COMMITTEE

| Attorney | Law Firm |
|---|---|
| Ron Austin | Ron Austin Law |
| James Bilsborrow | Weitz Luxenberg |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanly Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm |
| Kirk Goza | Goza & Honnold |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Emmie Paulos | Levin, Papantonio, Rafferty |
| Roland Tellis | Baron & Budd |
| Alexandra Walsh | Walsh Law |
| Previn Warren | Motley Rice |
| Michael Weinkowitz | Levin, Sedran & Berman |