

Kirk J. Goza
Bradley D. Honnold
Jacob M. Adair
Grace Quinlan

*Of Counsel*
Kaitlyn S. Neufeld

October 20, 2022

<u>Via ECF</u>

Judge Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

      Re: In re: Social Media Adolescent Addition/Personal Injury Products Liability Litigation, MDL No. 3047 – Application of Kirk J. Goza for Plaintiffs' Steering Committee

Dear Judge Gonzalez Rogers:

      I am writing to make my application for the Plaintiffs' Steering Committee in this litigation. Pursuant to your Order Setting Initial Conference, I am submitting this letter (and Exhibit 1) along with a separate resume document. I believe I meet the criteria for consideration for this leadership committee and in further support states:

      **(a) Professional Experience in This Type of Litigation:** My first experience in complex products liability was gained at a large national firm that maintained a very active pharmaceutical, medical device defense practice, and toxic tort. In that capacity, I worked on many aspects of these cases including document review, taking company witness depositions, expert witness identification and development, science and epidemiology work, case specific discovery and trial.

      In 2005, I co-founded with Brad Honnold the law firm of Goza & Honnold, LLC. This is a plaintiffs' practice focusing exclusively on pharmaceutical, medical device, product liability, and medical negligence cases. Our firm has represented clients and performed substantial work at the direction of the Plaintiffs' Steering Committees ["PSC"] in several litigations including Vioxx (MDL #1657), Bextra/Celebrex (MDL #1699), Fleets Phospho-Soda (MDL#2066), Kugel Mesh (MDL #1842), DePuy ASR (MDL # 2197), Zimmer Durom (MDL #2158), Pradaxa (MDL #2385), Fosamax (MDL #1789), Transvaginal Mesh (MDL #2325), Actos (MDL #2299), Xarelto (MDL #2592), Power Morcellator (MDL #2652), 3M Combat Arms Earplugs (MDL #2885), Roundup (MDL #2741), PPI (MDL #2789), Fosamax (MDL #2243), Johnson & Johnson Talcum Powder (MDL #2738), and JUUL (MDL #2913).

      Importantly, I am currently a member of the JUUL Labs trial and expert witness subcommittees. I am currently involved in trial preparations as co-lead counsel for a pending bellwether trial case. I also continue to be involved in discovery, depositions, and expert witness preparations.

      I have, over the years, developed significant experience in handling cases that deal with a variety of complex product liability issues. This includes a number of serious medical negligence cases that involve issues of addiction and adolescent mental health, issues that are likely to be

00687562-1

involved in this case. I also have the unique experience of having defended pharmaceutical and medical device companies and having prosecuted cases against them. I feel that this cumulative experience would be of great benefit to the PSC in this case.

I have tried over fifty jury trials to verdict. Additionally, I have served as an independent mediator in hundreds of personal injury cases.

**(b) Names and Contact Information of Judges before Whom the Applicant has Appeared in the Matters Discussed in Response to No. 1 of the Order Setting Initial Conference**:

Honorable John Lungstrum
United States District Court
District of Kansas
500 State Avenue
Kansas City, Kansas 66101

Honorable Brian C. Wimes
United States District Court
Western District of Missouri
400 E 9th Street
Kansas City, Missouri 64106

**(c) Willingness and Ability Immediately to Commit to Time Consuming Litigation:** I am willing and available to devote my personal time and firm resources to the Meta Platforms Litigation. For the past several months, our firm has been investigating and evaluating Meta Platforms cases. It has required significant time and effort and I look forward to the opportunity to work on the cases in the broader MDL context. Our firm has conducted and attended several meetings and presentations on this litigation. I fully appreciate the time-consuming demands of this important case.

**(d) Willingness and Ability to Work Cooperatively with Other Plaintiffs' Counsel and Defense Counsel:** One of my greatest strengths is the ability to work cooperatively with other lawyers – both plaintiffs' and defense counsel. I am keenly aware that the complexity and sheer magnitude of this case requires effective collaboration and deployment of the talents and resources of multiple lawyers and firms. I consider myself and our firm to have a unique ability to work cooperatively and effectively with others on substantial projects. We have established collegial and positive working relationships with several of the other lawyers and firms who have filed Meta Platforms cases in this and other litigations.

**(e) Access to Resources to Prosecute the Litigation in a Timely Manner:** Goza & Honnold, LLC will commit the necessary resources for me to carry out the responsibility of a member of the PSC. In addition to my time, we will have staff committed to making sure all administrative tasks are performed in a timely fashion. We have a roster of very capable lawyers and professional staff available to assist with all aspects of the responsibilities of PSC membership.

**(f) Willingness to Serve as a Lead Counsel, a Member of the Steering Committee or Both:** I am making this application to serve on the PSC. I think my experience and abilities – especially in trial and mediation - make me well-suited for this leadership position.

**(g) Other Considerations that Qualify Counsel for a Leadership Position:** I have been in practice for nearly forty years and have significant first-chair trial experience. I have also worked diligently for several years in representing clients in product liability cases such as this. I have worked hard to provide meaningful work product, input and support to leadership in other similar cases. Most importantly, I have seen first-hand and on a daily basis how social media, especially Meta Platforms, have impacted children and families in our community. I have been in constant conversation with parents and children about the ubiquitous nature of these social media platforms.

For the Court's information, I am currently counsel of record in filed Meta Platform cases, including Valentina Estevanott v. Meta Platforms, Inc., et. al., Case No. 4:22-cv-03149-YGR and Debra Hudson v. Meta Platforms, Inc., et. al., Case No. 4:22-cv-06080-YGR.

Finally, I understand the lawyers shown on the attached Exhibit 1 support my application for leadership, and I enthusiastically support their applications as well.

Respectfully Submitted,

By: /s/ Kirk J. Goza
Kirk J. Goza   KS #22330
9500 Nall Avenue, Ste. 400
Overland Park, KS 66207
913.451.3433
kgoza@gohonlaw.com

# KIRK J. GOZA

Kirk's practice focuses on representing plaintiffs in products liability, medical malpractice and pharmaceutical/medical device litigation. A Kansas University Law School Graduate, Kirk has over 40 years experience trying lawsuits and managing significant pieces of litigation including class action claims of consumer fraud, antitrust violations, pharmaceutical and other mass tort product liability, toxic torts, professional negligence claims and general business litigation. During his career, Kirk represented some of the largest corporations in America in jurisdictions around the country and now uses that experience in seeking justice for people who have been injured or lost a loved one due to the negligence of others. Kirk also works as a mediator and has fulfilled the training requirements set out in Missouri Supreme Court Rule 17.

Early in his career, by recommendation of Missouri Judges, Kirk received the Lon O. Hocker award as one of the three outstanding young trial lawyers in the state. Later Kirk was inducted as a Fellow in the American College of Trial Lawyers. He is also a member of the International Academy of Trial Lawyers, International Society of Barristers and the American Board of Trial Advocates, all organizations whose members are recognized for their trial and advocacy skills as well as ethics and professional responsibility. Kirk is "Board Certified" and 're-certified' as a trial advocate by the National Board of Trial Advocacy (Missouri has no approved certification process.). He has been listed on numerous occasions in the "Best Lawyers" in America, "Missouri and Kansas Super Lawyers", including several times being named one of Missouri's top ten lawyers and Kansas City's "Best of the Bar."  He is a frequent writer and lecturer on the topics of trial practice and technique.

**BAR ADMISSIONS:** Kansas; Missouri; US District Court of Western District of Missouri and District of Kansas; 9th Circuit of U.S. Court of Appeals

**PROFESSIONAL POSITIONS AND AWARDS:**
Best Lawyers "Lawyer of the Year" Medical Malpractice 2021; Products Liability 2020
Missouri Kansas Top Fifty Super Lawyers: 2020, 2019, 2018
Missouri Kansas Top One Hundred Super Lawyers: 2017, 2016
Missouri Kansas Top Ten Lawyers Super Lawyers: 2018, 2014, 2010
International Academy of Trial Lawyers (inducted 2013)
International Academy of Trial Lawyers (inducted 2013)
International Society of Barristers (inducted 2009)
American College of Trial Lawyers (inducted 2003)
American College of Trial Lawyers Missouri State Committee 2006-2014
2004 "Board Certified Trial Advocate" National Board of Trial Advocacy (Missouri has no mechanism to approve certification programs) re-certified 2009, 2014, 2019.
Selected The Best Lawyers in America, 2001-2022
American Board of Trial Advocates (Admitted 1995)
1993 Lon O. Hocker Award for Outstanding Trial Advocacy Skills (awarded by Missouri Bar Association
       upon recommendation of Missouri judges and trial lawyers)
Martindale Hubbell A.V. Rating

**FAMILY ORIGIN/HERITAGE:**  Hispanic

**PROFESSIONAL AND CIVIC ACTIVITIES:**
2009-2014 American College of Trial Lawyers State Committee
2008 KCMBA Board of Directors Member At Large
2007 Chairperson KCMBA Finance Committee

2005 Chairperson Leukemia Society Ball
2004 President ABOTA, Missouri Western Chapter
2004 Auction Chairperson Leukemia and Lymphoma Society
2003 Nominating Committee KCMBA
2003, 2004, 2005 Member–At-Large Board of Directors Kansas City Metropolitan Bar Association
2003 Board of Directors Kansas City Bar Foundation
2001- 2003 Legal Advisor to The Kansas City Bar Foundation
2001-2004 Vice-President of Board of Directors Foundation Workshop (A sheltered workshop providing jobs for adults with special needs.)
2000 - 2004 Board of Directors Youth Service Alliance of Greater Kansas City, Inc. (Supports over 150 schools that encourage young people to engage in community service.)
1998 Chair KCMBA Tort Law Committee
Mr. Goza is a member of the American Trial Lawyer's Association, Missouri Bar Association, and the Kansas City Metropolitan Bar Association.

**ACADEMIC AWARDS AND HONORS:**
Associate Editor and Staff Member of University of Kansas Law Review, 1980-82.
Recipient 1981-82 Robert E. Edmonds Award in Corporations and Securities Law (highest award given to corporate and securities student).
Honor Society of Phi Kappa Phi (upper 10 percent of class only).
American Jurisprudence Award (highest grade given) -- Business Associations I & II.
National Spanish Honor Society of Sigma Delta Pi
Co-Captain KU Rugby Football Team
Delta Upsilon Social Fraternity

**LAW REVIEW ARTICLES AND BOOK CHAPTERS:**
Co-Author     Missouri Bar Deskbook, "Health Care Providers (2005)
Co-Author:    Missouri Bar Deskbook, "Liability of Health Care Providers" (1997).

**SPEAKING ENGAGEMENTS AND PUBLICATIONS:**
Harris Martin JUUL, E-Cig & Vaping Emerging Science, 10/18/2019 Philadelphia, PA.
Harris Martin MDL Conf., JUUL & Capital One Data Breach 9/25/2019 Beverly Hills, Ca.
Harris Martin JUUL, E-Cigarettes and Vaping, Emerging Litigation 9/18/2019 St. Louis
Annual Business Litigation Seminar, Alternative Dispute Resolution, 6/11/2019
Plaintiffs Strategies For Maximizing Reasonable Value for Medical Services After the ACA, Lenexa, Ks. NBI sponsor (1/29/2015)
Mass Tort Conference Panel Discussion, MCM Services, Lenexa, Ks. 9/10/2014.
Finding, Choosing and Working With Experts, Missouri Bar, Jefferson City  (November 22, 2013).
Winning Strategies in Medical malpractice Cases, Dealing With Experts, Missouri Bar, Independence, Mo.  (October 11, 2013).
Moderator, Lessons of 1000 Trials, Westin, KC,MO., ACTL and MOBar (May 2, 2013)
Admitting Technology Based Exhibits and Other Evidentiary Issues, Kansas Joint Judicial Conference (June 15, 2012)
Voir Dire Civil Jury Trial Demonstration, KCMBA, UMKC (April 8, 2010)

**Proposed Support Attachment for Social Media MDL Leadership**

**Co-Lead Counsel**

| Attorney | Firm |
| --- | --- |
| Lexi Hazam | Lieff Cabraser |
| Emily Jeffcott | Morgan & Morgan |
| Chris Seeger | Seeger Weiss |
| Joseph VanZandt | Beasley Allen |

**Liaison Counsel**

| Attorney | Firm |
| --- | --- |
| Jennie Anderson | Andrus Anderson |

**Plaintiffs' Steering Committee**

| Attorney | Firm |
| --- | --- |
| Ron Austin | Ron Austin Law |
| Matthew Bergman | Social Media Victims Law Center |
| James Bilsborrow | Weitz Luxenberg |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanly Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm |
| Kirk Goza | Goza & Honnold |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Emmie Paulos | Levin, Papantonio, Rafferty |
| Roland Tellis | Baron & Budd |
| Alexandra Walsh | Walsh Law |
| Previn Warren | Motley Rice |
| Michael Weinkowitz | Levin, Sedran & Berman |

## Proposed Support Attachment for Social Media MDL Leadership

**Co-Lead Counsel**

| Attorney | Firm |
| --- | --- |
| Lexi Hazam | Lieff Cabraser |
| Emily Jeffcott | Morgan & Morgan |
| Chris Seeger | Seeger Weiss |
| Joseph VanZandt | Beasley Allen |

**Liaison Counsel**

| Attorney | Firm |
| --- | --- |
| Jennie Anderson | Andrus Anderson |

**Plaintiffs' Steering Committee**

| Attorney | Firm |
| --- | --- |
| Ron Austin | Ron Austin Law |
| Matthew Bergman | Social Media Victims Law Center |
| James Bilsborrow | Weitz Luxenberg |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanly Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm |
| Kirk Goza | Goza & Honnold |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Emmie Paulos | Levin, Papantonio, Rafferty |
| Roland Tellis | Baron & Budd |
| Alexandra Walsh | Walsh Law |
| Previn Warren | Motley Rice |
| Michael Weinkowitz | Levin, Sedran & Berman |