# EXHIBIT A

**Attachment Indicating Names of Other Counsel**

Per the Court's instructions in its October 11, 2022 Order Setting Initial Conference, this attachment indicates the names of other counsel who have filed cases in MDL No. 3047 (the "MDL Litigation"). These individuals support my appointment to serve as a member of the Plaintiffs' Steering Committee (the "PSC"). I likewise express my support to those listed here who have submitted applications for appointment to serve as lead counsel, liaison counsel, or as members of the PSC in the MDL Litigation.

- Lexi Hazam, LIEFF CABRASER
- Emily Jeffcott, MORGAN & MORGAN
- Chris Seeger, SEEGER WEISS
- Joseph VanZandt, BEASLEY ALLEN
- Matt Bergman, SOCIAL MEDIA VICTIMS LAW CENTER
- Jennie Anderson, ANDRUS ANDERSON
- Ron Austin, RON AUSTIN LAW
- James Bilsborrow, WEITZ LUXENBERG
- Paige Boldt, WATTS GUERRA
- Tom Cartmell, WAGSTAFF CARTMELL
- Jayne Conroy, SIMMONS HANLEY CONROY
- Kirk Goza, GOZA & HONNOLD
- Andre Mura, GIBBS LAW GROUP
- Emmie Paulos, LEVIN, PAPANTONIO, RAFFERTY
- Roland Tellis, BARON & BUDD
- Alex Walsh, WALSH LAW
- Previn Warren, MOTELY RICE
- Michael Weinkowitz, LEVIN, SEDRAN & BERMAN

Dated: October 20, 2022.

C.A. GOLDBERG, PLLC

By: /s/ *Carrie Goldberg*
    Carrie Goldberg
    carrie@cagoldberglaw.com
    C.A. GOLDBERG, PLLC
    16 Court St.
    Brooklyn, NY 11241
    Ph: 646-666-8908