# ATTACHMENT 1 – RESUME

# PAIGE BOLDT

4 Dominion Drive, Bldg. 3 / San Antonio, TX 78257 • (210) 447-0500 • pboldt@wattsguerra.com

## Professional Experience

**Watts Guerra LLP**                                                                 San Antonio, TX
***Advanced from Associate Attorney (2012-2019) to Partner (2020-Present)***

*Attorney exclusively dedicated to national litigation firm's mass tort department, specializing in product liability, commercial litigation, complex pharmaceutical and medical device litigation.*

***Legal Achievements:***

- Appointed to Zantac MDL Plaintiff Steering Committee (2022) and Inaugural Leadership Development Committee (2020).
- Assisting Valsartan and Zantac leadership by managing personal injury bellwether pools and negotiating the discovery required for these bellwethers.
- In Re: Valsartan MDL - Part of three lawyer team developing complex rubric to evaluate personal injury cases for bellwether selection, educating personal injury attorneys on case criteria, and assisting with future resolution of the litigation.
- Deposed non-party physicians and medical experts, preparing, and defending clients for depositions as well as appearing in dozens of state and federal courts to participate in pretrial conferences and hearings.
- Managing multiple legal teams and implementing new software and data analytics in an MDL to streamline the methods for deposition taking and processing that information to disseminate to separate deposition teams, experts, and committees.
- Extensive travel and depositions working up potential bellwethers and managing 187 cases set for wave discovery deadlines in Transvaginal Mesh Pelvic Litigation MDL, including written discovery and case specific causation expert, physicians, and plaintiff depositions.
- Actively researched and assisted with Deposition, Science, Bellwether and/or Discovery and Document Review Committees for Valsartan MDL, Physiomesh Hernia MDL, and Zantac MDL.
- Researched and prepared briefs, discovery, pretrial motions, and complaints that have been used as forms for thousands of clients.

***Operation Achievements:***

- Dedicated considerable time bridging the legal and data aspects in various MDL litigations for our firm and providing legal guidance in the redesign our proprietary database structure to best represent our clients in mass tort cases. Our proprietary database allowed us to file thousands of individual state court suits and supplying settlement claim forms for this same group. Most recently, we supplied thousands of census forms in Juul Labs (MDL 2913), and Zantac (MDL 2924).

- As an Associate, simultaneously, managing thousands of clients' claims in multiple MDLs while supporting 100+ employee department. Including, composing and redesigned operating procedures and policies for intake of cases, statute of limitations review, and evaluation of plaintiff's capacity to represent deceased injured parties.
- Effectively mentored associates and law students, bringing out their best performances by taking time to identify individual talents and interested and helping them integrate those skills into their work.

## Career Development

**Texas Attorney General's Office**                                    Dallas, TX
*Legal Clerk, Consumer Protection & Public Health Division*      May - August 2011
- Investigated claims of mislabeling, misbranding, adulterating, or making deceptive advertising claims by tanning salons, compounding pharmacies, and manufacturers of a canned melatonin beverage under the Texas Deceptive Trade Practices Act
- Researched and drafted counterclaims and defenses against due process claims, first amendment claims, double jeopardy claims, evidence objections, and supremacy claims.
- Reviewed thousands of prescriptions and chemical formulation worksheets during discovery for evidence in a Motion for Summary Judgment hearing.

**United States Attorney's Office- Northern Division**          Fort Worth, TX
*Legal Clerk, Civil Division*                                  August 2010- April 2011

**95th Judicial District Court with Hon. Ken Molberg**          Dallas, TX
*Judicial Intern*                                              May 2010-July 2010

## Education & Credentials

**Bar Admissions,** *including admission to all Federal District Courts*
State of Texas (2012)        State of New Jersey (2013)
State of California (2016)   State of Pennsylvania (2018)

**Texas Wesleyan University School of Law**                    Fort Worth, TX - 2012
*Juris Doctorate*
- Executive Notes and Comments Editor, Journal of Real Property Law
- Note Published, *Condemning Fair Market Value: An Appraisal of Eminent Domain's "Just Compensation"* in Texas Wesleyan Journal of Real Property Law
- Wesleyan Innocence Project, Vice President - Case Director
- Texas Wesleyan Public Interest Law Fellow (2011)
- Board Member, Intellectual Property Law Association

**Southwestern University**                                    Georgetown, TX - 2009
*Bachelor of Arts in Communication Studies and Political Science*