# ATTACHMENT 2
## OTHER ATTORNEYS SUPPORTIVE OF PAIGE BOLDT'S APPLICATION TO LEADERSHIP

| Name of Attorney | Name of Firm | City / State |
|---|---|---|
| Lexi Hazam | Lieff Cabraser | San Francisco, CA |
| Emily Jeffcott | Morgan & Morgan | Pensacola, Florida |
| Chris Seeger | Seeger Weiss | Ridgefield Park, NJ |
| Joseph VanZandt | Beasley Allen | Montgomery, AL |
| Jennie Anderson | Andrus Anderson | San Francisco, CA |
| Ron Austin | Ron Austin Law | Harvey, LA |
| James Bilsborrow | Weitz Luxenberg | New York, NY |
| Matt Bergman | Social Media Victims Law Center | Seattle, WA |
| Tom Cartmell | Wagstaff Cartmell | Kansas City, MO |
| Jayne Conroy | Simmons Hanly Conroy | New York, NY |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm | New York, NY |
| Kirk Goza | Goza & Honnold | Overland Park, KS |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz | Pensacola, FL |
| Andre Mura | Gibbs Law Group | San Francisco, CA |
| Emmie Paulos | Levin, Papantonio, Rafferty | Pensacola, FL |
| Roland Tellis | Baron & Budd | Los Angeles, CA |
| Alexandra Walsh | Walsh Law | Washington, DC |
| Previn Warren | Motley Rice | Washington, DC |
| Michael Weinkowitz | Levin, Sedran & Berman | Philadelphia, PA |