# EXHIBIT A



**Diandra "Fu" Debrosse Zimmerman**
Partner

**EMAIL**
fu@dicellolevitt.com

**EDUCATION**
Case Western Reserve University School of Law, J.D.

City College of the City University of New York, B.A., *summa cum laude*



www.dicellolevitt.com

Diandra "Fu" Debrosse Zimmermann is managing partner of DiCello Levitt's Birmingham office, co-managing partner of the Washington, D.C. office, and co-chair of the firm's Mass Tort division. Fu is also a member of the firm's Public Client, Environmental, Personal Injury, Civil Rights, and Trial practice groups. Widely known for her relentless client advocacy, Fu represents individuals and public entities injured by wrongful conduct, whether from defective medical devices or drugs, environmental contamination, corporate misconduct, or civil rights abuse. Nationally recognized as a powerhouse in mass torts, class actions, products liability, discrimination, and sexual assault claims, Fu has secured hundreds of millions of dollars in client damages.

Fu holds prominent leadership positions for several multidistrict litigations, including Co-Lead Counsel of *In re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation* (MDL No. 3026); Plaintiffs' Executive Committee for *In re: Paraquat Products Liability Litigation* (MDL No. 3004); Plaintiffs' Steering Committee for *In re: Smith & Nephew Birmingham Hip Resurfacing Hip Implant Liability Litigation* (MDL No. 2775); municipalities in both *In re: National Prescription Opiate Litigation* (MDL No. 2804) and *In re: McKinsey &Company Inc., National Prescription Opiate Consultant Litigation* (MDL No. 2996); and counsel in *In re: Proton Pump Inhibitor Litigation* (MDL No. 2789). Fu also held a seat on the Plaintiffs' Steering Committee for *In re: Higher One Account Marketing and Sales Practices Litigation* (MDL No. 2407) and has represented plaintiffs in multiple additional multidistrict litigations. Fu also leads many systematic civil rights and sexual assault cases and represents states and municipalities in litigation.

Fu was recognized in 2022 as one of the 500 Leading Consumer Lawyers by *Lawdragon*. *Chambers USA* 2022 ranked the firm's Litigation: Mainly Plaintiffs team among the top five in Alabama. The *Birmingham Business Journal* honored Fu with a Best of the Bar Award and Who's Who in the Law recognitions in 2021 and 2022. She is repeatedly named as an *Alabama Super Lawyer*, among other recognitions and awards.

Fu is a founding member of Shades of Mass, an organization dedicated to encouraging the appointment of black and brown attorneys in national mass tort actions. She is a board member of Public Justice, the Southern Trial Lawyers Association, and a member of the Birmingham Bar Foundation. Fu previously served as a hearing officer for the Alabama State Bar, and held leadership roles in the American Association for Justice, the Alabama Access to Justice Commission, and was an Alabama State Bar vice president and commissioner. Fu also served as the president of the Magic City Bar Association, the legislative liaison to the Alabama Lawyers Association, and is a former member of the Birmingham Bar Association Executive Committee.

Fu is fluent in French and Haitian Creole and functional in Spanish. Her steadfast pursuit of justice is motivated in large part by her experience as a mother of two young girls.



**Diandra "Fu" Debrosse Zimmerman**
*Continued*

**Awards and Honors**
- 500 Leading Plaintiff Consumer Lawyers, *Lawdragon* (2022)
- Best of the Bar Award, *Birmingham Business Journal* (2022)
- Women to Watch, *Birmingham Business Journal* (2021)
- Who's Who in Law, *Birmingham Business Journal* (2021)
- President's Award, *Alabama State Bar* (2021)
- Board of Bar Commissioners Award, *Alabama State Bar* (2021)
- Top 40 Under 40, *National Trial Lawyers*
- State of Alabama, Top 40 Under 40, *National Academy of Personal Injury Attorneys*
- *America's Top 100 High Stakes Litigators*
- *Mid-South Super Lawyers* (*Super Lawyer* 2018, 2021 / *Rising Star* 2015-2017)
- "AV" Rated, *Martindale-Hubbell*

**Recent Presentations and Publications**
- *The Universal Connection We Have with Jurors,* American Association for Justice ("AAJ") Winter Conference 2021
- *Deposition Nuts and Bolts,* AAJ Conference, June 4, 2020
- *Preparing Witnesses Who Can Connect with Jurors*, AAJ 2020 Winter Convention
- *Preparing Witnesses Who Can Connect with Jurors*, AAJ 2019 Weekend with the Stars Seminar
- *Exposing Biases During Voir Dire*, AAJ 2019 Weekend with the Stars Seminar
- *How to Get Your Social Media, Email and Text Evidence Admitted (And Keep Theirs Out)*, National Business Institute, Montgomery, Alabama, June 2017
- *Hugging the Pink Elephant- Arbitrating Effectively & Developments in Arbitration*, Birmingham Bar Bench and Bar Retreat, Prattville, Alabama, March 2017
- *Obstacles in Litigating Sexual Assault Claims*, The Southern Trial Lawyer Association 29th Annual Conference, February 2017
- *How to Get Your Social Media, Email and Text Evidence Admitted (And Keep Theirs Out)*, National Business Institute, 2016
- *From the Mainstream to the Margins: "It's on Us" to Vindicate Women's Rights through the Civil Justice System*, Alabama Association for Justice Magazine, 2016

**Memberships and Associations**
- American Association for Justice, Board of Governors
- The Public Justice Foundation, Board Member
- Alabama Association for Justice
- National Trial Lawyers
- Southern Trial Lawyers Association, Board of Governors
- Alabama State Bar, Board of Bar Commissioners, former past Vice President, Executive Council
- Alabama State Bar General Counsel's Office, Disciplinary Hearing Officer
- Birmingham Bar Association, former Executive Committee Member
- Birmingham Bar Foundation, Executive Committee Member
- Magic City Bar Association, Former President
- Alabama Access to Justice Commission