# JOSEPH VANZANDT

218 Commerce Street, Montgomery, Alabama 36103 · 334.495.1315
**Joseph.VanZandt@BeasleyAllen.com**



## EXPERIENCE

### BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
**PRINCIPAL, JANUARY 2019 – PRESENT; ASSOCIATE, MAY 2016 – DECEMBER 2018**

- **Social Media Litigation:**
    - One of the first firms in the nation to file adolescent addiction and personal injury product liability actions against social media companies.
    - To date, filed lawsuits on behalf of 47 plaintiffs against social media companies including Meta, Snap, and TikTok. Represent over 860 similarly situated individuals and investigating over 2,680 additional actions.
    - Organized weekly Zoom meetings and multiple in-person meetings to create a working group of dozens of attorneys/firms from around the country for coordination and joint prosecution of these actions.
    - Filed Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 to initiate creation of the Social Media Adolescent Addiction/Personal Injury Product Liability Action MDL; argued Motion in front of the J.P.M.L.
- **JUUL Litigation:**
    - Pre-MDL formation, organized plaintiff lawyers from around the country to pursue wide-scale litigation against JUUL related to harms caused to youth and government entities.
    - Appointed to JUUL MDL Plaintiff Steering Committee by NDCA District Judge William Orrick.
    - Selected by MDL Co-Leads to serve as Co-Chair of Personal Injury Bellwether Committee and to serve on the Trial Committee, Law & Briefing Committee, Discovery Committee, and Expert Committee.
    - Selected by MDL Co-Leads to serve as trial counsel for first personal injury MDL bellwether trial.
- **Xarelto Litigation:**
    - Assisted Beasley Allen's Andy Birchfield (Co-Lead of Xarelto MDL) in managing the Xarelto MDL, consisting of over 30,000 individual cases. Worked at highest level of MDL leadership to create and implement global litigation strategies.
    - Worked on the trial teams for three MDL bellwether trials and two state court bellwether trials in the Pennsylvania coordinated state court litigation.
    - Managed an organized remand discovery of 1,200 cases from Xarelto MDL, working with defense leadership and hundreds of plaintiff lawyers throughout the country.
    - Assisted in negotiating the Xarelto settlement valued at $775 million; created the Xarelto settlement program; managed and oversaw the Xarelto settlement process.

### HOLTSFORD, GILLILAND, HIGGINS, HITSON & HOWARD, P.C.
ASSOCIATE, NOVEMBER 2013 – MAY 2016

Defense practice focused primarily in the areas of general insurance defense, motor vehicle litigation, commercial motor carrier litigation, premises liability, personal injury litigation, insurance coverage, general civil defense, and representation of non-profit and governmental organizations.

### BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
OF COUNSEL, AUGUST 2012 – NOVEMBER 2013

Transvaginal Mesh Litigation: Managed over 600 cases pending in state and federal courts around the country; drafted complaints, motions, and briefs for state and federal courts; analyzed case criteria, statutes of limitations, discovery rules, and conflicts of law issues.

## EDUCATION

MAY 2012
**J.D.,** FAULKNER UNIVERSITY, JONES SCHOOL OF LAW
Summa Cum Laude

MAY 2009
**B.S. (POLITICAL SCIENCE),** FAULKNER UNIVERSITY
Magna Cum Laude

## COURT ADMISSIONS

- Alabama (2012-present)
- U.S. District Court, Middle District of Alabama (2012-present)
- Pro Hac Vice admissions in various state and federal courts throughout the country

## AWARDS AND RECOGNITIONS

- Business Insider's "Rising Star of the Courtroom, 15 Great Litigators of the Future", 2022
- Super Lawyers Rising Star, Mid-South Region, 2021
- Law360 Rising Star, 2020
- Lawyer of the Year, Beasley Allen Mass Torts Section, 2018
- Top 40 Under 40, National Trial Lawyers Association, 2018

## PROFESSIONAL ORGANIZATIONS

- American Association for Justice ("AAJ")
  - Co-Chair - AAJ JUUL Litigation Group, 2019-present.
- Federal Bar Association
- Alabama State Bar Federal Court Practice Section
- Montgomery County (AL) Bar Association