# EXHIBIT A

# LEXI J. HAZAM

275 Battery Street 29th Floor           lhazam@lchb.com           (415) 956-1000 (Office)
San Francisco, CA 94111

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP ("LCHB"), San Francisco, CA**
*Chair of Mass Torts Practice Group; Partner, 2009-present; Associate, 2002-2007.*

COMPLEX LITIGATION EXPERIENCE:
- **Interim Co-Lead Counsel,** *Gutierrez et al. v. Amplify Energy Corp. et al.*, **8:21-cv-1628 (C.D. Cal.)**: Lead class action on behalf of fishers, property owners, and tourism businesses in case against pipeline company and two large shipping companies arising from oil spill off of Orange County in October 2021 . Handle all oral argument, lead negotiation of ESI protocol, oversee briefing and discovery, lead settlement negotiations. Preliminary approval of partial settlement currently pending.
- **Co-Lead Counsel,** *Southern California Fire Cases* **and** *Woolsey Fire* **JCCPs (L.A. Superior Ct.)**: Lead litigation arising from massive utility-caused wildfires to resolution on behalf of thousands of plaintiffs and 100+ law firms; handle most court argument and supervise all briefing, defeating demurrers; lead negotiation of ESI protocol; co-manage liability work-up, including ~150 fact depositions and expert work, bringing case to 60 days of trial during pandemic; negotiate settlement protocol to resolve the vast majority of cases. Over $1 billion recovered thus far.
- **Plaintiffs' Executive Committee and Co-Chair of Committee on Science & Experts,** *In re Abilify*, **MDL No. 2734**: Oversaw product liability MDL as part of 5-member Committee; developed MDL experts in epidemiology and regulatory fields; took and defended expert depositions; put on and cross-examined experts at multi-day *Daubert* hearing.
- **Plaintiffs' Steering Committee and Co-Chair of Committee on Science & Experts,** *In re Benicar*, **MDL No. 2606**: Developed experts in various fields; defended expert depositions, analyzed complex scientific evidence, including clinical trials.
- Lead role in litigating and settling **Blood Factor MDL No. 986** "Second Generation" litigation, involving 2000 hemophiliacs from 15 countries alleging infection with HIV from American-made blood products: helped negotiated terms of complex settlement and oversaw administration thereof; managed team of foreign co-counsel and in-house personnel; conducted depositions; developed experts; conducted client meetings worldwide in several languages.
- Lead LCHB role in prosecuting several qui tam actions in the financial, contracting and health care arenas, including case on behalf of 1700 California school districts and cities that resolved for $68 million. Collaborated with United States Attorneys' and California Attorney General's offices.
- Lead LCHB role in litigating over 180 claims related to recalled DePuy ASR hip: managed firm case team; conducted common benefit projects for MDL and JCCP, such as developing former head of FDA as nationwide regulatory expert.

**LIEFF GLOBAL LLP, San Francisco, CA**
*Partner, 2007-2009*
Litigated and managed international mass torts and other complex litigation:
- Lead role in litigating claims arising from aviation disaster: held client meetings in Portuguese and conducted case investigation in Brazil; deposed former Brazilian Chief Justice.
- Assisted in litigation and negotiation of claims arising from other mass disasters in China, Egypt, and France: learned foreign law for briefing and depositions; worked closely with foreign experts.

**UNITED STATES FEDERAL DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,**
**Washington, D.C.** *Law clerk to Judge Henry Kennedy, Jr., 2001-2002*

**EDUCATION:**
**UNIVERSITY OF CALIFORNIA AT BERKELEY, BOALT HALL SCHOOL OF LAW**          Juris Doctor, 2001
*Member of Law Review, Articles Editor of La Raza Law Journal, recipient of Berkeley Law Foundation Summer Grant for Public Service; successfully represented Salvadoran political refugee in asylum proceedings in 1998*

**STANFORD UNIVERSITY**          M.A. 1996; B.A. 1995
*Degrees in anthropology with focus on Latin American and gender studies. Phi Beta Kappa, Dean's Award for Public Service, Graduate Teaching Assistant, study abroad at Pontificia Universidad Católica de Chile in Santiago, Chile in 1993*

**AWARDS**:
Elite Women of the Plaintiffs Bar, National Law Journal, 2021
Top 100 Women Lawyers in California, Daily Journal, 2020-2021
Lawyer of the Year: Mass Tort Litigation/Class Actions- Plaintiffs for Northern California, 2017Super Lawyer for Northern California, 2015-2022
West Trailblazer, The American Lawyer, 2022
Lawdragon 500 Leading Plaintiff Consumer Lawyers in America, 2022
Lawdragon 500 Lead Plaintiff Financial Lawyers in America, 2019-2022
Plaintiffs' Lawyer Trailblazer, National Law Journal, 2022
Best Lawyers in America, 2015-2022: Plaintiffs Mass Tort Litigation/Class Actions and Qui Tam Law
California Litigation Star, Benchmark Litigation, 2016
American Association for Justice Leadership Academy, 2015
California Future Star, Benchmark Litigation, 2015
Nominee for Consumer Attorneys of California Trial Lawyer of the Year, 2015
Super Lawyers Rising Star for Northern California for 2009-2011, 2013
Legal 500 recommended lawyer, LegalEase, 2013

**SPEAKING ENGAGEMENTS AND ORGANIZATIONS:**
Past Co-Chair of the Qui Tam Litigation Section of the American Association for Justice
Past Chair of the Section on Pharmaceutical, Toxic, Environmental and Pharmaceutical Torts (STEP) of the American Association for Justice
AAJ National Conventions 2017-2020, speaker on science in litigation and other topics
Consumer Attorneys of California Annual Convention 2011, 2014, 2018-2019, speaker on mass torts
Past Board Member, Consumer Attorneys of California
Women en Mass Annual Conference 2014: speaker on developing experts
California Lawyer False Claims Act Roundtable Panelist, 2013
ABTL Bench-Bar Conference Panelist, 2013
San Francisco Trial Lawyers' Association Diversity Committee, 2012-13

**PUBLICATIONS:** Practical Law October 2016: Technology Assisted Review: Advice for Requesting Parties

**LANGUAGES:** Fluent in Spanish, Proficient in Portuguese