# EXHIBIT B

**Lexi J. Hazam**

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor | San Francisco, CA  94111
Tel.: (415) 956-1000 | Fax: (415) 956-1008
lhazam@lchb.com | www.lchb.com

## LIST OF NAMES AND CONTACT INFORMATION OF JUDGES

**Judge David O. Carter**
U.S. District Judge, C.D. California
*Gutierrez, et al. v. Amplify Energy Corp., et al.*, Case No. 8:21-cv-01628-DOC-JDE
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 10 A
Santa Ana, CA, 92701-4516
(669) 254-5252

**Judge Daniel J. Buckley, Ret.[1]**
Retired Judge, Superior Court of California, County of Los Angeles
*Southern California Fire Cases (California Thomas Wildfire & Mudslide Litigation),*
Case No. JCCP No. 4965
Signature Resolution – Mediator & Arbitrator
633 W. 5th Street, Suite 1000
Los Angeles, CA 90071
(213) 433-5767

**Judge William F. Highberger**
Judge, Superior Court of California, County of Los Angeles
*Woolsey Fire Cases*, Case No. JCCP No. 5000
Spring Street Courthouse
312 North Spring Street
Los Angeles, CA 90012
(213) 310-7010

**Judge M. Casey Rodgers**
U.S. District Judge, N.D. Florida
*In re: Abilify Prods. Liab. Litig.*, Case No. MDL No. 2734
U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502
(850) 435-8448

---

[1] Judge William F. Highberger replaced Judge Buckley in the *Southern California Fire Cases* upon Judge Buckley's retirement from the bench in May 2022.