# EXHIBIT C

**Plaintiffs' Counsel in Support of Lexi J. Hazam Appointment as Lead Counsel**

The following counsel support my application for Co-Lead Counsel. I support their applications for to serve in the positions indicated below.

**Co-Lead Counsel**

| | |
|---|---|
| Emily Jeffcott | Morgan & Morgan |
| Chris Seeger | Seeger Weiss |
| Joseph VanZandt | Beasley Allen |

**Liaison Counsel**

| | |
|---|---|
| Jennie Anderson | Andrus Anderson |

**Plaintiffs' Steering Committee**

| | |
|---|---|
| Ron Austin | Ron Austin Law |
| Matt Bergman | Social Media Victims Law Center |
| James Bilsborrow | Weitz Luxenberg |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanley Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm |
| Kirk Goza | Goza & Honnold |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Emmie Paulos | Levin, Papantonio, Rafferty |
| Roland Tellis | Baron & Budd |
| Alex Walsh | Walsh Law |
| Previn Warren | Motley Rice |
| Michael Weinkowitz | Levin, Sedran & Berman |