# EMMIE PAULOS – RESUME

Emmie J. Paulos is a shareholder with Levin Papantonio Rafferty. She dedicates her legal practice to representing survivors of human trafficking, sexual abuse, and other complex litigation. Her practice representing survivors includes litigation against the largest technology and hotel brands in the world. Over the last year, Ms. Paulos has turned her attention to representing children and young adults that have experienced social media addiction and have suffered severe mental and physical illness, including suicide, suicidal ideation, self-harm, and body dysmorphia resulting in eating disorders such as anorexia and bulimia. Ms. Paulos' is a trauma-informed practitioner committed to making sure her clients and their families receive outstanding support and representation.

Ms. Paulos also brings hefty experience working in the trenches and at trial in various cases involving complex litigation, products liability litigation, and environmental litigation. She has represented plaintiffs, including bellwether plaintiffs, in complex civil litigation, mass torts, and multi-district litigations (MDLs), including *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL 2592. Additionally, where Levin Papantonio Rafferty was one of four lead counsel firms in the country, Ms. Paulos was uniquely selected to work with leadership, committing years of her legal career, in the historical *In re: Deepwater Horizon (BP) Oil Spill in the Gulf*; MDL 2179. Ms. Paulos worked with a team to develop complex legal theories, while representing more than 2,000 business and governmental entities harmed by the April 20, 2010, explosion—and subsequent sinking of—the Deepwater Horizon oil rig in the Gulf of Mexico.

Prior to joining Levin Papantonio Rafferty, Ms. Paulos practiced in California with a civil litigation firm, with an emphasis on litigation, business law, employment law, and transactional matters.

## LEVIN PAPANTONIO RAFFERTY

Since 1955, the law firm of Levin Papantonio Rafferty has earned a reputation as one of the most successful personal injury law firms in the nation. Our firm has successfully helped thousands of clients throughout the country in every type of personal injury claim and has received more than 150 jury verdicts in the amount of $1 million or more, and achieved verdicts and settlements in excess of $4 billion. We represent clients throughout the county involving prescription drugs, medical devices, defective products, environmental toxic torts, securities fraud, counterterrorism, human trafficking, and sexual abuse. We have handled more than 100,000 claims involving personal injury.

Levin Papantonio Rafferty has taken an important survivor-centered approach to combat human trafficking and has teamed up with several advocacy groups such as the National Center on Sexual Exploitation (NCOSE) and World Without Exploitation. Our firm has filed lawsuits against the largest technology and hotel brands in the world that have contributed and profited from the sexual exploitation of victims. Carissa Phelps, a leader in the anti-human trafficking movement and attorney at Levin, Papantonio, Rafferty is a fierce advocate for victims' rights and legislative reform to create policies and educate policymakers about the impacts of human trafficking.

As part of the firm's efforts to combat human trafficking, Levin Papantonio Rafferty has represented clients that have been sexually exploited on websites in landmark cases against technology companies that shield themselves from liability under the guise of Section 230 of the Communication Decency Act (CDA). Our firm have helped lead the way in understanding the breadth of Section 230 and victims' rights, working for years representing clients against online technology companies and offering assistance in the development of legislation in this area of practice. Kimberley Adams, a shareholder with Levin, Papantonio, Rafferty has worked with a network of experts responsible for developing ground breaking technology used by many online platforms today. Our firm firmly believes that through litigation we will begin to see a genuine effort by businesses to take action.

Levin Papantonio Rafferty also represents approximately 3,000 U.S. service members in claims against foreign sovereign countries who materially supported acts of international terrorism cases brought under the U.S. Anti-Terrorism Act and Foreign Sovereign Immunities Act. Civil case involving foreign sovereigns and private parties accused of materially supporting international terrorism frequently touch and concern issues related to Section 230 of the Communications Decency Act of 1996.

Additionally, the securities fraud department at Levin, Papantonio, Rafferty represents clients in securities fraud cases against some of the largest financial institutions in the world. Our team of lawyers has successfully obtained numerous awards and record-setting verdicts against financial institutions.

Levin Papantonio Rafferty is a diverse law firm committed to fully supporting and encouraging its younger and more diverse lawyers to seek out MDL leadership appointments. To date, our attorneys have been selected by federal judges more than 65 times to leadership roles in various MDLs, including diverse candidates never before having been selected.

Each year, through our mass torts made perfect (MTMP) program we teach more than 1,500 lawyers how to successfully represent personal injury clients, including the representation of clients involved in the social media addiction litigation. Through our resources and network, we reach thousands of attorneys across the country and we connect and organize communication and training efforts. Specifically, in October 2022, we held an in-person conference where hundreds of lawyers attended and have other online conferences scheduled in the near future to discuss the unique legal issues in the *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* as well as to continue to offer training on survivor centered representation.

Our law firm and attorneys have received acclaimed recognition in Best Lawyers in America; National Trial Lawyers Hall of Fame; America's Elite Trial Lawyers; U.S. News & World Report Best Law Firms; Martindale-Hubbell Preeminent Woman Attorney; and SuperLawyers. Additionally, our attorneys have been profiled in Time magazine, George magazine, Forbes magazine, US magazine, American Lawyer magazine, National Law Journal and Lawyer Weekly.