**Attachment for Social Media MDL Leadership Support**
**Other Attorneys Supportive of Emmie Paulos' Application to Leadership**

Given the complexity of this litigation, the number of plaintiffs and the multitude of potential defendants, plaintiffs would benefit from a larger steering committee to ensure that the plaintiffs are not at a disadvantage in funding pretrial discovery and have sufficient personnel and financial resources to match the defendants. It is my understanding that the attorneys listed below support my appointment to the PSC. Likewise, I support their appointment as lead counsel, liaison counsel or a PSC member.[1] Each of these talented attorneys will contribute vast and diversified experience to advance the case and resolve it in an expeditious manner.

| | |
|---|---|
| Lexi Hazam | Lieff Cabraser |
| Emily Jeffcott | Morgan & Morgan |
| Chris Seeger | Seeger Weiss |
| Joseph VanZandt | Beasley Allen |
| Jennie Anderson | Andrus Anderson |
| Ron Austin | Ron Austin Law |
| James Bilsborrow | Weitz Luxenberg |
| Matt Bergman | Social Media Victims Law Center |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanly Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm |
| Kirk Goza | Goza & Honnold |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Roland Tellis | Baron & Budd |
| Alexandra Walsh | Walsh Law |
| Previn Warren | Motley Rice |
| Michael Weinkowitz | Levin, Sedran & Berman |

---

[1] It is my understanding that Lexi Hazam, Emily Jeffcott, Chris Seeger, and Josheph VanZandt have applied for Co-Lead Counsel and Jennie Anderson as Liaison Counsel.