AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation ) <br> *Plaintiff* ) <br> v.  ) <br>   ) <br> *Defendant* ) | Case No.  4:22-md-03047-YGR |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Calvoni and Rosemarie Calvoni, individually and on behalf of their minor child J.C.       .

Date:    10/20/2022

/s/ Previn Warren
*Attorney's signature*

Previn Warren (DC Bar No. 1022447)
*Printed name and bar number*
MOTLEY RICE LLC
401 9th Street NW
Suite 630
Washington, DC 20004
*Address*

pwarren@motleyrice.com
*E-mail address*

(202) 386-9610
*Telephone number*

(202) 232-5513
*FAX number*