# ATTACHMENT B

Warren's application is endorsed by the following attorneys:

| | |
|---|---|
| Jennie Anderson | Andrus Anderson |
| Ron Austin | Ron Austin Law |
| James Bilsborrow | Weitz Luxenberg |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanly Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm |
| Kirk Goza | Goza & Honnold |
| Lexi Hazam | Lieff Cabraser |
| Emily Jeffcott | Morgan & Morgan |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Emmie Paulos | Levin, Papantonio, Rafferty |
| Chris Seeger | Seeger Weiss |
| Roland Tellis | Baron & Budd |
| Joseph VanZandt | Beasley Allen |
| Alexandra Walsh | Walsh Law |
| Michael Weinkowitz | Levin, Sedran & Berman |