# UNITED STATES DISTRICT COURT
for the
Northern District of California 

In re: Social Media Adolescent Addiction/Personal Injur )
_Plaintiff_ )
v. ) Case No. MDL No. 3047
)
_Defendant_ )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

D.H. plaintiff in Case No. 22-cv-04888-TLT .

Date: 10/20/2022

/s/
_Attorney's signature_

James R. Marsh (NY 2404853)
_Printed name and bar number_
31 Hudson Yards
11th Floor
New York, New York 10001

_Address_

jamesmarsh@marsh.law
_E-mail address_

(212) 372-3030
_Telephone number_

(833) 210-3336
_FAX number_