# James R. Marsh
### Founding Partner at Marsh Law Firm PLLC
31 Hudson Yards, New York, New York 10001
212-372-3030 | jamesmarsh@marsh.law

James represents victims and survivors of child sex abuse, child pornography, internet privacy, online sexual exploitation, and sextortion. His case, *United States v. Paroline*, was decided by the United States Supreme Court in 2014 and led to the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018. James founded the nationally recognized Children's Law Center in Washington, DC, and is an experienced trial attorney, and frequent commentator, lecturer, and author on legal issues affecting children. He founded the Marsh Law Firm in New York which is recognized worldwide for its work helping survivors of child sexual abuse obtain justice and rebuild their lives with dignity and respect. James is admitted in every federal circuit court in the country and has traveled around the world for cases throughout his career.

## Experience

Partner at Marsh Law Firm, New York, NY (2002 – Present)
President and Executive Director at Children's Law Center, Washington, DC (1996 – 2001)
Legislative Fellow – at Senator Frank Lautenberg, Washington, DC (1993 – 1994)
Staff Attorney at Legal Aid Society, New York, NY (1990 – 1993)

## Education

**University of Michigan Law School**, Ann Arbor, Michigan – JD (1990)
**University of Michigan**, Ann Arbor, Michigan – AB, English Honors, Political Science with Distinction (1987)

## Representative Cases Involving Online Injuries

*M.H. v. Omegle.com LLC,* pending (11th Cir. 2022)
*Amy v. Curtis*, 2021 WL 4822136 (N.D. Cal. Sept. 30, 2021)
*Casseaopeia v. Brown*, 2022 WL 1606520 (D. Utah May 20, 2022)
*Paroline v. United States,* 134 S. Ct. 1710 (2014)
*United States v. Lundquist,* 2013 WL 4779644 (2nd Cir. Sept. 9, 2013)
*United States v. Benoit,* 713 F.3d 1 (10th Cir. April 2, 2013)
*In re Amy,* 710 F.3d 985 (9th Cir. March 18, 2013)
*United States v. Fast,* 709 F.3d 712 (8th Cir. March 11, 2013)
*United States v. Laraneta,* 2012 WL 5897610 (7th Cir. November 14, 2012)
*In re Amy,* 698 F.3d 1151 (9th Cir. October 24, 2012)
*In re Unknown,* 697 F.3d 306 (5th Cir. October 01, 2012)
*United States v. Burgess,* 684 F.3d 445 (4th Cir. July 11, 2012)
*United States v. Aumais,* 656 F.3d 147 (2nd Cir. September 8, 2011)
*United States v. Paroline,* 672 F.Supp.2d 781 (E.D.T.X. December 7, 2009)

## Certificates

**Understanding Trauma: Foundations**, Bessel van der Kolk, M.D. (2019)
**The Complexity of Adaptation to Trauma**, Jana Pressley, Psy.D. (2019)
**The Nature of Trauma: Developmental Neurobiology, Neuroimaging Research and Effective Intervention**, Bessel van der Kolk, M.D. (2019)
**Neurobiology of Trauma Treatment: EMDR & New Research** Bessel van der Kolk, M.D. (2019)
**Adult Attachment Relationships**, Jana Pressley, Psy.D. (2020)
**The Roles Intersectionality & Cultural Humility Play When Working with Diverse Client Populations**, Gary Bailey, MSW ACSW (2020)
**Trauma Assessment of Children and Adults**, Alexandra Cook, Ph.D. (2021)
**Childhood Trauma: Impact & Long-Term Consequences**, Bessel van der Kolk, M.D. (2021)
**The Scope of Trauma Treatment: From Acute Interventions to Restoration of Self Experience**, Bessel van der Kolk, M.D. (2022)

## Selected Lectures

**Online Sexual Exploitation and Social Media Platforms Litigation** – Panelist – Sexual Abuse Litigation and Coverage Conference 2022 – New York, NY

**Seeking Justice for Victims of Heavily Trafficked CSAM Despite CDA 230** – Presenter – National Crime Victims Bar Association Conference 2022 – St. Louis, Missouri

**The Role of Industries** – Panelist – INHOPE Summit 2022 – Washington, DC

**Trauma Informed Law Reform: How Masha's Law Protects Victims from Invasive Litigation** – Presenter – Child USA Destination CLE 2022 – New Hope, Pennsylvania

**Child Trafficking: When the Virtual World Meets Reality** – Presenter – 2019 National AAICAMA Conference and Meeting – Austin, Texas

**Trailblazing Restitution for Victims of Child Sexual Abuse Material** – Presenter – Missing and Exploited Children Training Conference 2019 – Winnipeg, Manitoba

**Image Exploitation: Federal Remedies for Child Exploitation in the U.S.** – Presenter – 3rd Regional Workshop on Justice for Children in East Asia & the Pacific 2018 – Bangkok, Thailand

**A Multidisciplinary Approach to Child Pornography on the Internet: Addressing the Impacts on Victims** – Panelist – APSAC Colloquium 2018 – New Orleans, Louisiana

**Digital Neglect and the Online Abuse of Children** – Keynote Presentation – 36th Annual Michigan Statewide Conference on Child Abuse and Neglect: Prevention, Assessment and Treatment 2017 – Plymouth, Michigan (October 24, 2017)

## Relevant Legislative Initiatives

Earn It Act of 2022; No Time Limits for Justice Act of 2022; Amy, Vicky, and Andy Act of 2018; Masha's Law; Foster Children's Guardianship Act of 2000; Family Court Act of 2001; Adoption Voucher Fund Act of 2000; Adoption and Safe Families Amendment Act of 2000 Child in Need of Protection Act of 2000; Kinship Care Amendment Act of 1999

## Boards and Commissions

Member since 2019 – Montclair State University Child Advocacy & Policy Advisory Board

Member since 2018 – Game Over: Commission to Protect Youth Athletes

President/Board Chair since 2017 – CHILD USA

Founding Board Member since 2016 – Children's Justice Fund

Member since 2015 – Canadian Centre for Child Protection Victims of CSAM Working Group

Founding Board Member since 2015 – Child Redress International

Expert Advisor since 2017 – ECPAT International Access to Justice and Remedies Project

Member since 2012, United States Sentencing Commission Victims Advisory Group

President from 2011 – 2014, Children's Law Center Emeritus Board

Honorary Board Member since 1999 – Children's Health Care is a Legal Duty (CHILD, Inc.)

Founder, President & Executive Director from 1996 – 2011 of Children's Law Center

Member from 2001 – 2002 – ABA Section of Litigation, Children and the Law Committee, Child Welfare Subcommittee, Washington, DC

Chair from 1999 – 2000 – Mayor's Committee on Adoption Law Reform, Washington, DC

Secretary from 1999 – 2000 – DC Mayor's Advisory Council on Permanent Homes for Children

Co-chair 1997 – 2000 – DC Metro Chapter of National Association of Council for Children

Founder – DC Superior Court Permanency Mediation Project

Member from 1999 – 2000 – DC Superior Court Remedial Project Advisory Committee,

Member from 1999 – 2000 – DC Superior Court Family Division Advisory Rules Committee

Member from 1999 – 2000 – DC Superior Court Family Division Model Court Committee