

31 Hudson Yards, 11th Floor
New York, New York 10001-2170
212–372–3030 ● jamesmarsh@marsh.law

# Attachment 1

## Support for Appointment of James R. Marsh to the
*In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*
MDL No. 3047

| **Attorney** | **Firm** |
|---|---|
| Sin-Ting Mary Liu | Aylstock Witkin Kreis Overholtz |
| Hillary Nappi | Hach & Rose |
| Margaret E. Mabie | Marsh Law Firm PLLC |