**Counsel Who Support Appointment of James J. Bilsborrow to Plaintiffs' Steering Committee:**

Lexi Hazam, Emily Jeffcott, Chris Seeger, Joseph VanZandt, Jennie Anderson, Ron Austin, Paige Boldt, Tom Cartmell, Jayne Conroy, Carrie Goldberg, Kirk Goza, Sing-Ting Mary Liu, Andre Mura, Emmie Paulos, Roland Tellis, Alexandra Walsh, Preven Warren, and Michael Weinkowitz

**Proposed Leadership Structure**

**CO-LEAD COUNSEL**

| ATTORNEY | LAW FIRM |
|---|---|
| Lexi Hazam | Lieff Cabraser Heiman & Bernstein |
| Emily Jeffcott | Morgan & Morgan |
| Chris Seeger | Seeger Weiss |
| Joseph VanZandt | Beasley Allen |

**LIAISON COUNSEL**

| ATTORNEY | LAW FIRM |
|---|---|
| Jennie Anderson | Andrus Anderson |

**PLAINTIFFS' STEERING COMMITTEE**

| ATTORNEY | LAW FIRM |
|---|---|
| Ron Austin | Ron Austin Law |
| James Bilsborrow | Weitz & Luxenberg, PC |
| Paige Boldt | Watts Guerra |
| Tom Cartmell | Wagstaff Cartmell |
| Jayne Conroy | Simmons Hanly Conroy |
| Carrie Goldberg | C.A. Goldberg Victims' Rights Law Firm |
| Kirk Goza | Goza & Honnold |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz |
| Andre Mura | Gibbs Law Group |
| Emmie Paulos | Levin, Papantonio, Rafferty |
| Roland Tellis | Baron & Budd |
| Alexandra Walsh | Walsh Law |
| Previn Warren | Motley Rice |
| Michael Weinkowitz | Levin, Sedran, Berman |
| | |