# Exhibit A

**Counsel In Support of Jennie Lee Anderson as Liaison Counsel**

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047

1. Lexi Hazam, Lieff Cabraser
2. Emily Jeffcott, Morgan & Morgan
3. Chris Seeger, Seeger Weiss
4. Joseph VanZandt, Beasley Allen
5. Ron Austin, Ron Austin Law
6. Matt Bergman, Social Media Victims Law Center
7. James Bilsborrow, Weitz Luxenberg
8. Paige Boldt, Watts Guerra
9. Tom Cartmell, Wagstaff Cartmell
10. Jayne Conroy, Simmons Hanly Conroy
11. Kirk Goza, Goza & Honnold
12. Sin-Ting Mary Liu, Alstock Witkin Kreis Overholtz
13. Andre Mura, Gibbs Law Group
14. Emmie Paulos, Levin, Papantonio, Rafferty
15. Roland Tellis, Baron & Budd
16. Alexandra Walsh, Walsh Law
17. Previn Warren, Motley Rice
18. Michael Weinkowitz, Levin, Sedran & Berman
19. James Marsh, Marsh Law Firm
20. Margaret Mabie, Marsh Law Firm
21. Hillary Nappi, Hach & Rose
22. Ruth Rizkalla, The Carlson Law Firm

Ms. Anderson supports the above-named individuals for the positions for which they applied.