# Exhibit B

# ANDRUS ANDERSON LLP

155 Montgomery Street · Suite 900, San Francisco, California 94104
T: 415.986.1400 · F: 415.986.1474 · www.andrusanderson.com

## Jennie Lee Anderson

Jennie Lee Anderson has more than 20 years of experience representing plaintiffs in class actions, mass torts, personal injury, antitrust, consumer protection, and employment matters. Ms. Anderson has proven herself an effective advocate and has held leadership roles in multiple state and nationwide litigations.

Ms. Anderson earned her Bachelor of Arts degree from the University of Wisconsin-Madison in 1991 and her Juris Doctor degree from University of California, Hastings College of the Law in 1999.

Prior to co-founding Andrus Anderson LLP in 2007, Ms. Anderson practiced complex litigation in the San Francisco offices of Lieff, Cabraser, Heimann & Bernstein, LLP and the law firm currently known as Robbins, Geller, Rudman & Dowd, LLP, where she prosecuted multiple class action and complex cases on behalf of plaintiffs in the areas of consumer protection, antitrust, employment, securities, and product liability. In addition, Ms. Anderson has represented indigent inmates on death row at the Habeas Corpus Resource Center.

Ms. Anderson has been recognized as a Northern California Super Lawyer for the last eleven years, serves on the Board of Governors for the American Association for Justice ("AAJ"), is the current chair of the AAJ Sections and Litigation Group Coordination Committee, and past chair of the AAJ Class Action Litigation Group. Ms. Anderson is also Past President of the National Civil Justice Institute and sits on the Board of Legal Aid at Work. She is a frequent author and lecturer on a variety of topics regarding complex litigation.

## Selection of Cases

a. *City and County of San Francisco v. Purdue Pharma, et al.,* 3:18-cv-7591 CRB. Ms. Anderson and her co-counsel represented San Francisco in this bellwether case against manufacturers and distributors of opioids in which Plaintiff obtained a bench trial verdict.

b. *In Re National Prescription Opiate Litigation,* Case No. 1:17-md-02804-DAP. Ms. Anderson represents ten cities and counties in these coordinated proceedings against the major opioid manufacturers and distributors.

c. *Proton Pump Inhibitor Litigation*, MDL No. 02789-CCC-MF. Ms. Anderson represents plaintiffs in their claims against various manufacturers of Proton Pump Inhibitors ("PPI"), the excessive use of which causes kidney failure. She is a member of the Plaintiff's Steering Committee.

  d. *In re RoundUp Products Liability Litigation*.  Ms. Anderson represents individuals suffering life-threatening injuries due to exposure to RoundUp pesticides in state and federal courts throughout the country.

  e. *Martin v. The Regents of the University of California*, Case No. RG19037605.  Ms. Anderson represented a UC Berkeley Cheerleader who was concussed multiple times before she was medically cleared to return to play due to lack of appropriate protocols.  The case settled days before trial for significant money damages and injunctive relief that will ensure the Cheerleading team and coaches receive appropriate concussion training and that the program implement a concussion protocol.

  f. *Forsyth, et al. v. HP Inc., et al.* Case No. 5:16-cv-04775 ED.  Ms. Anderson is Co-Lead counsel in this nationwide age discrimination class action.  In addition to litigating the class action in federal court, Ms. Anderson pursued hundreds of individual arbitration claims for former employees who were denied access to the court due to arbitration clauses.

  g. *In re Lithium Ion Batteries Antitrust Litigation,* MDL No. 4:13-md-02420 YGR.  Ms. Anderson is Liaison Counsel for the indirect purchaser plaintiffs, who allege that the major manufacturers of lithium ion batteries engaged in contract, combination or conspiracy to artificially inflate the prices of lithium ion batteries during the relevant time period.

  h. *In re EasySaver Rewards Litigation,* Case No. 09-cv-02094-AJB.  Ms. Anderson was Co-Lead Counsel representing consumers who were the victims of a so-called "rewards" program, in which consumers were enrolled without their knowledge or consent and then subjected to monthly membership fees, though no benefits were conferred.

  i. *Fox v. Nissan North American Inc.,* Case No. GCG-09-490470.  Ms. Anderson was Co-Lead Counsel representing a class of California vehicle owners. At settlement, Nissan notified class members of the defect and individual class members will receive $500-$3000 in compensation for their out-of-pocket expenses.

  j. *Milligan v. Toyota Motor Sales, U.S.A., Inc.,* Case No. 09-05418 RS.  Ms. Anderson was Co-Lead Counsel representing a class of Toyota RAV4 vehicle owners who experienced problems with the engine control modules.  The settlement provided for an extended warranty and full reimbursement for out-of-pocket for repairs or replacements.

  k. *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917 SC.  Ms. Anderson played a core role as counsel for the indirect purchaser class in this antitrust case against the major manufacturers of CRTs and CRT products. The Court granted final approval of more than $567 million in settlements

  l. *Ralston v. Mortgage Investors Group, Inc., Countrywide Home Loans, Inc., et al.*, Case No. 08-00536 JF. Ms. Anderson was co-lead counsel in this class action which resulted in a settlement of more than $100,000,000 for California borrowers.