AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Social Media Adolescent Addiction Litigation ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 4:22-md-03047-YGR |
| ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Neave et al., La Blue et al. and Kosiorek et al.

Date: 10/21/2022

/s/ Elizabeth J. Cabraser
*Attorney's signature*

Elizabeth J. Cabraser, Bar No. 083151
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
*Address*

ecabraser@lchb.com
*E-mail address*

(415) 956-1000
*Telephone number*

(415) 956-1008
*FAX number*