AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Neave et al., La Blue et al. and Kosiorek et al.

Date:  10/21/2022

/s/ Jason L. Lichtman
*Attorney's signature*

Jason L. Lichtman, Bar No. 4966107
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
*Address*

jlichtman@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*