AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California  ▼

| | |
|---|---|
| In re: Social Media Adolescent Addiction Litigation | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| *Defendant* | ) |

Case No.   4:22-md-03047-YGR

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Neave et al., La Blue et al. and Kosiorek et al.                                                  .

Date:   10/21/2022

/s/ Kelly K. McNabb
*Attorney's signature*

Kelly K. McNabb, Bar No. 5362967
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
*Address*

kmcnabb@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*