# ATTACHMENT B

Warren's application for PSC is endorsed by the following attorneys, and Warren believes each would be effective in the leadership roles indicated:

| | | |
|---|---|---|
| Jennie Anderson | Andrus Anderson | Liaison |
| Ron Austin | Ron Austin Law | PSC |
| James Bilsborrow | Weitz Luxenberg | PSC |
| Paige Boldt | Watts Guerra | PSC |
| Tom Cartmell | Wagstaff Cartmell | PSC |
| Jayne Conroy | Simmons Hanly Conroy | PSC |
| Carrie Goldberg | C.A. Goldberg Victims' Right Law Firm | PSC |
| Kirk Goza | Goza & Honnold | PSC |
| Lexi Hazam | Lieff Cabraser | Co-Lead |
| Emily Jeffcott | Morgan & Morgan | Co-Lead |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz | PSC |
| Andre Mura | Gibbs Law Group | PSC |
| Emmie Paulos | Levin, Papantonio, Rafferty | PSC |
| Chris Seeger | Seeger Weiss | Co-Lead |
| Roland Tellis | Baron & Budd | PSC |
| Joseph VanZandt | Beasley Allen | Co-Lead |
| Alexandra Walsh | Walsh Law | PSC |
| Michael Weinkowitz | Levin, Sedran & Berman | PSC |