AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Social Media Adolescent Addiction Litigation )<br>*Plaintiff* )<br>v. )<br>Meta Platforms, et al. )<br>*Defendant* ) | Case No. | 4:22-md-03047-YGR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Rosanna Agosta et al.

Date: 10/25/2022

/s/ Douglas R. Plymale
*Attorney's signature*

Douglas R. Plymale, Bar No. (LA 28409)
*Printed name and bar number*

The Dugan Law Firm
365 Canal Street, Suite 1000
New Orleans, LA  70130
*Address*

Dplymale@dugan-lawfirm.com
*E-mail address*

(504)648-0180
*Telephone number*

(504)648-0181
*FAX number*