AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| Meta Platforms, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Rosanna Agosta et al.

Date:   10/25/2022

/s/ James R. Dugan, II
*Attorney's signature*

James R. Dugan, II, Bar No. (LA 24785)
*Printed name and bar number*

The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA  70130
*Address*

jdugan@dugan-lawfirm.com
*E-mail address*

(504)648-0180
*Telephone number*

(504)648-0181
*FAX number*