

## DICELLO LEVITT

505 20TH STREET NORTH    15TH FLOOR    BIRMINGHAM, ALABAMA 35203

DIANDRA "FU" DEBROSSE ZIMMERMANN
FU@DICELLOLEVITT.COM
205.855.5700

October 27, 2022

**VIA CM/ECF**

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Northern District of California

    Re: *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 4:22-md-03047 (N.D. Cal.)

Dear Judge Gonzalez Rogers,

  Since submitting my original application for Co-Lead Counsel in the above-captioned litigation, I have had a number of productive conversations with the other applicants for Co-Lead Counsel and the Plaintiffs' Steering Committee. Given the importance of the issues in the litigation, and a desire to work collaboratively to achieve the best possible outcome for the individuals who have been injured by defendants' conduct, I respectfully wish to amend my application in order to seek a position as a member of the Plaintiffs' Steering Committee, and note that I have the full support of Lexi Hazam, Emily Jeffcott, Joseph VanZandt, and Christopher Seeger, the applicants for Co-Lead Counsel, as well as the Plaintiffs' Steering Committee applicants. I also support their applications for their requested positions in this important case.

  Thank you for considering me for this important role.

                     Respectfully,

                     Diandra "Fu" Debrosse Zimmermann