## CERTIFICATE OF FILING

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF system, which will send notification of such filing to all counsel of record this 27th day of October 2022.

/s/ Diandra "Fu" Debrosse Zimmermann