1  PHYLLIS A. JONES, *pro hac vice*
     pajones@cov.com
2  COVINGTON & BURLING LLP
   One CityCenter
3  850 Tenth Street, NW
   Washington, DC 20001
4  Telephone: (202) 662-6000

5

6  *Attorneys for Defendants Meta Platforms, Inc. f/k/a
   Facebook, Inc.; Facebook Holdings, LLC; Facebook
7  Operations, LLC; Facebook Payments, Inc.;
   Facebook Technologies, LLC; Instagram, LLC;
8  Siculus, Inc.; and Mark Elliot Zuckerberg*

9

10

11

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16 | IN RE: SOCIAL MEDIA ADOLESCENT          ) Case No. 4:22-md-03047-YGR
   | ADDICTION/PERSONAL INJURY PRODUCTS      )
17 | LIABILITY LITIGATION                    ) Judge Yvonne Gonzalez Rogers
                                             )
18                                           )
                                             ) **LOCAL RULE 3-15 CERTIFICATION OF**
19 | ALL ACTIONS                             ) **INTERESTED ENTITIES OR PERSONS**
                                             )
20                                           )

21

22

23

24

25

26

27

28

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, including Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg, there is no such interest to report.

DATED:  October 31, 2022                COVINGTON & BURLING LLP

By:  /s/ Phyllis A. Jones

PHYLLIS A. JONES, *pro hac vice*
pajones@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*