**SIMMONS HANLY CONROY LLC**
Justin Presnal (*pro hac vice*)
jpresnal@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>**APPEARANCE OF COUNSEL** |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and All Parties of Record

Pursuant to the Court's Order Setting Initial Scheduling Conference, No. 4:22-md-03047-YGR, Dkt. 2, at 5(b), I am appearing *pro hace vice* in this case as counsel for Plaintiff Samantha Skoler.

Dated:  November 1, 2022        **SIMMONS HANLY CONROY LLC**

By: /s/ *Justin Presnal*
Justin Presnal (*pro hac vice*)*
jpresnal@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949

*Mr. Presnal is admitted to practice and in good standing in the United States District Court for the Northern District of Texas, among others.  Pursuant to the Court's Order Setting Initial Scheduling Conference (Dkt. 2, at 5(b)), Mr. Presnal understands he is admitted *pro hac vice* in this litigation and will submit any other information necessary.

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                                       */s/ Justin Presnal*
                                                       Justin Presnal