AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Joleen Youngers, As Personal Representative of the Wrongful Death Estate of I.G. a deceased minor child, M.G., A.G., and E.A.

Date: 11/01/2022

/s/ Shawn A. Latchford
*Attorney's signature*

Shawn A. Latchford (TX 24066603)
*Printed name and bar number*

BRUSTER, PLLC
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
*Address*

shawn@brusterpllc.com
*E-mail address*

(817) 601-9564
*Telephone number*

(817) 796-2929
*FAX number*