FAEGRE DRINKER BIDDLE & REATH LLP
Andrea R. Pierson (18435-49-A)
andrea.pierson@faegredrinker.com
Patrick H. Reilly (28739-49)
patrick.reilly@faegredrinker.com
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone:   +1 317 237 0300
Facsimile:    +1 317 237 1000

Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TikTok Inc. hereby submits its Corporate Disclosure Statement and states as follows:

1. TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary of ByteDance Ltd. ByteDance Ltd. is a privately held corporation; and

2. No public entity owns 10% or more of the stock of TikTok Inc. or ByteDance Ltd.

Dated: November 1, 2022

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Andrea R. Pierson*
     Andrea R. Pierson

Attorneys for Defendants,
TIKTOK INC. and BYTEDANCE INC.