AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet Inc., Google LLC and YouTube, LLC                                                    .

Date:     11/01/2022

/s Brian M. Willen
*Attorney's signature*

Brian M. Willen
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
*Address*

bwillen@wsgr.com
*E-mail address*

(212) 999-5800
*Telephone number*

(212) 999-5899
*FAX number*

Print     Save As...     Reset