AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:22-md-03047-YGR |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet Inc., Google LLC and YouTube, LLC.

Date: 11/01/2022

/s Lauren Gallo White
*Attorney's signature*

Lauren Gallo White (309075)
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
*Address*

lwhite@wsgr.com
*E-mail address*

(415) 947-2000
*Telephone number*

(415) 947-2099
*FAX number*

Print   Save As...   Reset