AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet Inc., Google LLC and YouTube, LLC.

Date: 11/01/2022

/s Samantha A. Machock
*Attorney's signature*

Samantha A. Machock (298852)
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati, P.C.
12235 El Camino Real
San Diego, CA 92130-3002
*Address*

smachock@wsgr.com
*E-mail address*

(858) 350-2300
*Telephone number*

(858) 350-2399
*FAX number*