LAUREN GALLO WHITE, SBN 309075
SAMANTHA A. MACHOCK, SBN 298852
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

BRIAN M. WILLEN
VIVEK TATA
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com
Email: vtata@wsgr.com

CHRISTOPHER CHIOU, SBN 233587
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street
Los Angeles, CA 90071.2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC, GOOGLE LLC and
ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE; SOCIAL MEDIA ADOLESCENT ADDITION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | CASE NO.: 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**DEFENDANT YOUTUBE, LLC, GOOGLE LLC, AND ALPHABET INC.'S CORPORATE DISCLOSURE STATEMENT** |
| This Document Relates to:<br><br>ALL CASES | |

Pursuant to Rules 7.1 (a) and (b) of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following:

1. Alphabet Inc. is a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

2. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

3. YouTube, LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: November 1, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By /s/ *Lauren Gallo White*
Lauren Gallo White

Attorney for Defendants
YOUTUBE, LLC, GOOGLE LLC, AND ALPHABET INC.