1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, CA  94105-3089
   Telephone:     (415) 512-4000
4  Facsimile:     (415) 512-4077

5  ROSE LEDA EHLER (State Bar No. 296523)
   rose.ehler@mto.com
6  VICTORIA A. DEGTYAREVA (State Bar No. 284199)
   victoria.degtyareva@mto.com
7  LAURA M. LOPEZ (State Bar No. 313450)
   laura.lopez@mto.com
8  ARIEL TESHUVA (State Bar No. 324238)
   ariel.teshuva@mto.com
9  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
10 Los Angeles, CA  90071-3426
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 LAUREN BELL, *pro hac vice*
   lauren.bell@mto.com
13 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
14 Washington, D.C.  20001-5369
   Telephone:     (202) 220-1100
15 Facsimile:     (202) 220-2300

16 Attorneys for SNAP INC.

17

18                    UNITED STATES DISTRICT COURT

19       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MLD No. 3047 |
| 22 | |
| 23  ALL ACTIONS | **CORPORATE DISCLOSURE STATEMENT** |
| 24 | Date Filed:     October 6, 2022<br>Judge:          Hon. Yvonne Gonzalez Rogers<br>Trial Date:     Not set |
| 25 | |
| 26 | |

27

28

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Snap Inc. hereby submits its Corporate Disclosure Statement and states as follows: Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Snap Inc. ("Snap") has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Defendant Snap Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Defendant Snap Inc.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Local Rule 3-15. The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

DATED: November 1, 2022                    MUNGER, TOLLES & OLSON LLP


By:      _/s/ Jonathan H. Blavin_
                    JONATHAN H. BLAVIN
                    ROSE LEDA EHLER
                    LAUREN BELL
                    VICTORIA A. DEGTYAREVA
                    LAURA M. LOPEZ
                    ARIEL TESHUVA
                    Attorneys for Defendant SNAP INC.