**WAGSTAFF & CARTMELL LLP**
Thomas P. Cartmell (*pro hac vice*)
tcartmell@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel.: 816-701-1100
Fax: 816-531-2372
Attorneys for Plaintiff

UNITED SYATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> *T.S., a minor, by and through her Next Friend, Bea Chanhthakoummane* <br><br> Case No. 4:22-cv-06454-YGR | **Case No. 4:22-md-03047-YGR** <br><br> **NOTICE OF APPEARANCE** |

**<u>NOTICE OF APPEARANCE</u>**

To:   The Clerk of Court and All Parties of Record

Pursuant to the Court's Order Setting Initial Scheduling Conference No. 4:22-md-03047-YGR, Dkt. 2 at 5(b), I am appearing *pro hace vice* in this case as counsel for plaintiff T.S., a minor, by and through her Next Friend, Bea Chanhthakoummane.

Dated:  November 2, 2022

1

**WAGSTAFF & CARTMELL LLP**

By: /s/ Thomas P. Cartmell
Thomas P. Cartmell (*pro hac vice*)
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel.: (816) 701-1100
Fax: (816) 531-2372

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

By: /s/ Thomas P. Cartmell
Thomas P. Cartmell