```
 1 | JONATHAN H. BLAVIN (State Bar No. 230269)
   | jonathan.blavin@mto.com
 2 | MUNGER, TOLLES & OLSON LLP
   | 560 Mission Street, 27th Floor
 3 | San Francisco, CA  94105-3089
   | Telephone:     (415) 512-4000
 4 | Facsimile:      (415) 512-4077
   |
 5 | ROSE LEDA EHLER (State Bar No. 296523)
   | rose.ehler@mto.com
 6 | VICTORIA A. DEGTYAREVA (State Bar No. 284199)
   | victoria.degtyareva@mto.com
 7 | LAURA M. LOPEZ (State Bar No. 313450)
   | laura.lopez@mto.com
 8 | ARIEL TESHUVA (State Bar No. 324238)
   | ariel.teshuva@mto.com
 9 | MUNGER, TOLLES & OLSON LLP
   | 350 South Grand Avenue, 50th Floor
10 | Los Angeles, California 90071-3426
   | Telephone:     (213) 683-9100
11 | Facsimile:      (213) 687-3702
   |
12 | LAUREN BELL, *pro hac vice*
   | lauren.bell@mto.com
13 | MUNGER, TOLLES & OLSON LLP
   | 601 Massachusetts Avenue NW, Suite 500 E
14 | Washington, D.C.  20001-5369
   | Telephone:     (202) 220-1100
15 | Facsimile:      (202) 220-2300
   |
16 | Attorneys for SNAP INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MLD No. 3047<br><br>**NOTICE OF APPEARANCE OF VICTORIA A. DEGTYAREVA AS COUNSEL FOR DEFENDANT SNAP INC.**<br><br>Date Filed:   October 6, 2022<br>Judge:           Hon. Yvonne Gonzalez Rogers<br>Trial Date:    Not set |

Case No. 4:22-md-03047-YGR

NOTICE OF APPEARANCE

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles &

3  Olson, LLP hereby appears as an attorney of record on behalf of Defendant SNAP INC.

4  VICTORIA A. DEGTYAREVA (SBN 284199)
   MUNGER, TOLLES & OLSON LLP
5  350 South Grand Avenue, 50th Floor
   Los Angeles, California 90071-3426
6  Telephone:   (213) 683-9100
7  Facsimile:   (213) 687-3702
   victoria.degtyareva@mto.com

9  DATED:  November 02, 2022          MUNGER, TOLLES & OLSON LLP

                                      By:   /s/ Victoria A. Degtyareva
                                            Victoria A. Degtyareva
                                      Attorneys for Defendant SNAP INC.