AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    4:22-md-03047-YGR |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet Inc., Google LLC and YouTube, LLC     .

Date:     11/02/2022

/s/ Christopher Chiou
*Attorney's signature*

Christopher Chiou (233587)
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati, P.C.
633 West 5th Street, Suite 1550
Los Angeles, CA 90071
*Address*

cchiou@wsgr.com
*E-mail address*

(323) 210-2987
*Telephone number*

(866) 974-7329
*FAX number*