Alexandra M. Walsh (*admitted pro hac vice*)
**WALSH LAW PLLC**
1050 Connecticut Avenue NW
Suite 500
Washington, DC 20036
(202) 780-3014
awalsh@alexwalshlaw.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR <br><br> **APPEARANCE OF COUNSEL** |

**APPEARANCE OF COUNSEL**

TO:   The Clerk of Court and All Parties of Record

Pursuant to the Court's Order Setting Initial Scheduling Conference, No. 4:22-MD-03047-YGR, Dkt. 2, at 5(b), I am appearing *pro hace vice* in this case as counsel for the Plaintiff in *T.S. v. Meta Platforms, Inc. et al.*

Dated: November 6, 2022                     Respectfully Submitted,

                                    By:   */s/ Alexandra M. Walsh*
                                          Alexandra M. Walsh (*pro hac vice*)*
                                          WALSH LAW PLLC
                                          1050 Connecticut Avenue, NW
                                          Suite 500
                                          Washington, DC 20036
                                          Tel.: (202) 780-3014
                                          awalsh@alexwalshlaw.com

*Ms. Walsh is admitted to practice and in good standing in the United States District Court for the District of Columbia.  Pursuant to the Court's Order Setting Initial Scheduling Conference (Dkt. 2, at 5(b)), Ms. Walsh understands she is admitted *pro hace vice* in this litigation.

- 1 -

NOTICE OF APPEARANCE OF ALEXANDRA M. WALSH
CASE NO. 4:22-MD-03047-YGR

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

By:   */s/ Alexandra M. Walsh*