AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| Meta Platforms, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Dienes et al., Dorsey et al., Downing et al., Reuscher et al. and Wishkin et al.    .

Date: 11/07/2022

/s/ Katherine M. Massa
*Attorney's signature*

Katherine M. Massa, (FL Bar No. 0078316)
*Printed name and bar number*

501 Riverside Ave, Suite 1200,
Jacksonville, FL 32202

*Address*

kmassa@forthepeople.com
*E-mail address*

(904) 361-0049
*Telephone number*

(904) 361-4372
*FAX number*