AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> *Defendant* ) | Case No. 4:22-md-03047-YGR |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Dean Nasca, individually and as successor-in-interest to Chase Nasca, deceased, and Michelle Nasca, individually.

Date: 11/04/2022

/s/ Carrie Goldberg
*Attorney's signature*

Carrie Goldberg (N.Y. Bar No. 4542411)
*Printed name and bar number*

C.A. Goldberg, PLLC
16 Court St., 33rd Floor
Brooklyn, NY 11241
*Address*

carrie@cagoldberglaw.com
*E-mail address*

(646) 666-8908
*Telephone number*

(347) 599-9998
*FAX number*

Print    Save As...    Reset