## Defendant Attorney Attendance at Initial Conference
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION  (Case No. 4:22-md-03047-YGR)*

| Law Firm | Lawyer/Lawyers Attending Conference | Party/Parties Appearing on behalf of | Underlying cases |
|---|---|---|---|
| Covington & Burling LLP | Phyllis Jones<br>Paul Schmidt | Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC;<br>Siculus, Inc.;<br>Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-6205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832 |
| Munger, Tolles & Olson LLP | Jonathan Blavin<br>Lauren Bell | Snap Inc. | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-03849; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04888; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832 |
| King & Spalding LLP | Geoffrey Drake | TikTok Inc.;<br>ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832 |
| Faegre Drinker Biddle & Reath LLP | Andrea Pierson | TikTok Inc.;<br>ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832 |
| Wilson Sonsini Goodrich & Rosati, PC | Lauren Gallo White<br>Samantha Machock | Alphabet Inc.;<br>Google LLC;<br>YouTube, LLC | 3:22-cv-04528; 4:22-cv-04710; 4:22-cv-06418; 3:22-cv-04529; 3:22-cv-04937 |