Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and
Mark Elliot Zuckerberg*

*Additional parties and counsel listed on
signature pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT LIST OF AFFILIATES AND COUNSEL**<br><br>Judge Yvonne Gonzalez Rogers |

The Parties respectfully submit this joint list of all companies affiliated with the parties and all counsel associated in the litigation, pursuant to Paragraph 4(d) of the Court's Order Setting Initial Conference.  *See* ECF No. 2.

I.  **Plaintiffs**

    A.    The plaintiff law firms/counsel listed below are associated with plaintiffs in this litigation but are not already listed on the "Case Identification Spreadsheet" Defendant Meta submitted to the Court via email on November 4, 2022:

        1.    Phillip S. Georges – Law Office of Phillip S. Georges

        2.    Steven D. Gacovino – Law Offices of Steven Gacovino PLLC

      3.     Kelly M. Neumann – Neumann Law Group

      4.     Brady Paddock – Brady Paddock Attorney at Law, PLLC

**II.**    **Meta Entities[1] and Mark Elliot Zuckerberg**

    A.    <u>List of Affiliates</u>[2]

- Cassin Networks ApS
- Edge Network Services Limited
- Facebook Holdings, LLC
- Facebook Operations, LLC
- Facebook Payments, Inc.
- Facebook Technologies, LLC
- Facebook UK Limited
- FCL Tech Limited
- Greater Kudu LLC
- Hibiscus Properties, LLC
- Instagram, LLC
- Meta Platforms, Inc.
- Meta Platforms Ireland Limited
- Morning Hornet LLC
- Novi Financial, Inc.
- Pinnacle Sweden AB
- Raven Northbrook LLC
- Runways Information Services Limited
- Scout Development LLC
- Siculus, Inc.

---

[1] "Meta Entities" refers to Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.

[2] Mark Elliot Zuckerberg is a natural person with no affiliates.

- Sidecat LLC
- Stadion LLC
- Starbelt LLC
- Vitesse, LLC
- WhatsApp LLC
- Winner LLC

B. Associated Counsel

- Covington & Burling: Phyllis Jones, Paul Schmidt, Ashley Simonsen, Michael Imbroscio
- Gibson, Dunn & Crutcher: Rosemarie Ring, Kristin Linsley, Laura O'Boyle, Jacob Spencer

III. Snap Inc.

A. List of Affiliates

- N/A

B. Associated Counsel

- Munger, Tolles & Olson: Jonathan H. Blavin, Rose L. Ehler, Victoria A. Degtyareva, Laura M. Lopez, Ariel T. Teshuva, Lauren A. Bell

IV. TikTok Entities[3]

A. List of Affiliates

- ByteDance Inc.
- ByteDance Ltd.
- TikTok Inc.
- TikTok LLC
- TikTok Ltd.

---

[3] "TikTok Entities" refers to TikTok Inc.; and ByteDance Inc.

    B.    Associated Counsel

- King & Spalding:  Geoffrey Drake, Albert Giang, Kristen Fournier, TaCara Harris, David Mattern
- Faegre Drinker Biddle & Reath: Andrea Pierson, Patrick Reilly, Amy Fiterman, Tarifa Laddon, Teresa Griffin, Joseph Winebrenner

V.    **Google Entities**[4]

    A.    List of Affiliates

- Alphabet Inc.
- Google LLC
- XXVI Holdings Inc.
- YouTube, LLC

    B.    Associated Counsel

- Wilson Sonsini Goodrich & Rosati, PC:  Brian M. Willen, Lauren Gallo White, Mark Yohalem, Chris Chiou, Samantha Machock, Vivek Tata, Callie Davidson, Carmen Sobczak
- Neal & McDevitt, LLC:  Jeffrey T. Norberg

Respectfully submitted,

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103

---

[4] "Google Entities" refers to Alphabet Inc.; Google LLC; and YouTube, LLC.

Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500

PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS

DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com


DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone:  503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311

**JOINT LIST OF AFFILIATES AND COUNSEL**

hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

  *Attorneys for Plaintiffs*

COVINGTON & BURLING LLP

By:   */s/ Phyllis A. Jones*
      Phyllis A. Jones, *pro hac vice*
      COVINGTON & BURLING LLP
      One CityCenter
      850 Tenth Street, NW
      Washington, DC 20001-4956
      Telephone: + 1 (202) 662-6000
      Facsimile: + 1 (202) 662-6291
      Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

By:   */s/ Geoffrey M. Drake*

        Geoffrey M. Drake
        1180 Peachtree Street, NE, Suite 1600
        Atlanta, GA 30309
        Telephone: + 1 (404) 572-4600
        Facsimile: + 1 (404) 572-5100
        Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

FAEGRE DRINKER LLP

By:    */s/ Andrea Roberts Pierson*
       Andrea Roberts Pierson
       300 N. Meridian Street, Suite 2500
       Indianapolis, IN 46204
       Telephone: + 1 (317) 237-0300
       Facsimile: + 1 (317) 237-1000
       Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:    */s/ Jonathan H. Blavin*
       Jonathan H. Blavin, SBN 230269
       MUNGER, TOLLES & OLSON LLP
       560 Mission Street, 27th Floor
       San Francisco, CA  94105-3089
       Telephone:  (415) 512-4000
       Facsimile:  (415) 512-4077

       Rose L. Ehler (SBN 29652)
       Victoria A. Degtyareva (SBN 284199)
       Laura M. Lopez, (SBN 313450)
       Ariel T. Teshuva  (SBN 324238)
       MUNGER, TOLLES & OLSON LLP
       350 South Grand Avenue, 50th Floor
       Los Angeles, CA  90071-3426
       Telephone:  (213) 683-9100
       Facsimile:  (213) 687-3702

       Lauren A. Bell (*pro hac vice forthcoming*)
       MUNGER, TOLLES & OLSON LLP
       601 Massachusetts Ave., NW St.,

Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     */s/ Brian M. Willen*
        Brian M. Willen
        bwillen@wsgr.com
        Vivek Tata
        vtata@wsgr.com
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212) 999-5800
        Facsimile: (212) 999-5899

        Lauren Gallo White
        lwhite@wsgr.com
        Samantha A. Machock
        smachock@wsgr.com
        One Market Plaza, Spear Tower, Suite 3300
        San Francisco, CA  94105
        Telephone: (415) 947-2000
        Facsimile: (415) 947-2099

        Christopher Chiou
        cchiou@wsgr.com
        633 West Fifth Street
        Los Angeles, CA 90071-2048
        Telephone: (323) 210-2900
        Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

# ATTESTATION

I, Phyllis A. Jones, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 7, 2022            By:   */s/ Phyllis A. Jones*
                                                     Phyllis A. Jones