1  PHYLLIS A. JONES, *pro hac vice*
     pajones@cov.com
2  PAUL W. SCHMIDT, *pro hac vice*
     pschmidt@cov.com
3  ASHLEY M. SIMONSEN, SBN 275203
     asimonsen@cov.com
4  MICHAEL X. IMBROSCIO, *pro hac vice*
     mimbroscio@cov.com
5  COVINGTON & BURLING LLP
   One CityCenter
6  850 Tenth Street, NW
   Washington, DC 20001
7  Telephone: (202) 662-6000
8  
9  *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF PAUL W. SCHMIDT** |

# NOTICE OF APPEARANCE OF

# PAUL W. SCHMIDT AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul W. Schmidt of the law firm Covington & Burling LLP, located at 850 10th St. NW, Washington, DC 20001, telephone number (202) 662-5694, facsimile number (202) 662-6291, email address pschmidt@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. Schmidt hereby requests to be added to the docket and the electronic service list in this matter.

DATED: November 7, 2022

COVINGTON & BURLING, LLP

By: */s/ Paul W. Schmidt*
Paul W. Schmidt

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*