**LEVIN SEDRAN & BERMAN LLP**
Michael M. Weinkowitz, Esquire
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone:  215-592-1500
Facsimile:  215-592-4663
Cell: 215-880-3649
E-mail: *MWeinkowitz@lfsblaw.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | CASE NO. 4:22-MD-03047-YGR<br>MDL No. 3047 |
| This Document Relates:  ALL CASES | |

### PETITION OF MICHAEL M. WEINKOWITZ TO APPEAR AT THE INITIAL CONFERENCE BY ZOOM BECAUSE OF A POSITIVE COVID TEST

1. My name is Michael Weinkowitz, Esquire.  Pursuant to this Court's Order Setting Initial Status Conference (Dkt. No. 2), I timely filed an Application to be a member of the Plaintiff's Steering Committee ("PSC"). (Dkt. No. 8).

2. On November 7, 2002, I traveled from Philadelphia to San Francisco, looking forward to meeting with my colleagues and appearing before the Court at the initial status conference in the above-referenced matter.

3. Because I was experiencing some mild symptoms, including a loss of taste after arriving in San Francisco, I took a Covid test on November 8, 2022, and unfortunately tested positive (despite being fully vaccinated and boosted).

4. While I remain at a hotel in San Francisco, for the health and safety of the Court

and the participants at the hearing, I respectfully request leave to appear at the initial conference by Zoom. I would be happy to address the Court about my PSC Application over Zoom, or at any other time convenient for the Court.

Date:   November 8, 2022

Respectfully submitted,

/s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (office)
(215) 880-3649 (cell)
MWeinkowitz@lfsblaw.com

# CERTIFICATE OF SERVICE

I, Michael M. Weinkowitz, hereby certify that on November 8, 2022, I electronically filed a **PETITION OF MICHAEL M. WEINKOWITZ TO APPEAR AT THE INITIAL CONFERENCE BY ZOOM BECAUSE OF A POSITIVE COVID TEST,** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

Date:   November 8, 2022

Respectfully submitted,

/s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (office)
(215) 880-3649 (cell)
MWeinkowitz@lfsblaw.com