# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/9/2022 | **Time:** 9:05 – 11:15; 11:30 – 12:31 | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |

**Attorney for Plaintiffs:** See Attached
**Attorney for Defendants:** See Attached

**Deputy Clerk:** Aris Garcia                **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

Initial Case Management Conference – HELD

Interviews and voting for Lead Counsel and Steering Committee held.

Case referred to Magistrate Judge Thomas S. Hixson for Discovery.

The Court to issue written Order on decision regarding plaintiffs' counsel. Christopher Seeger and Lexi Hazam appointed Lead Counsel. Jennie Anderson appointed plaintiff's Liaison Counsel. Ashely Simonsen appointed defendants' Liaison Counsel.

Parties are Ordered to meet and confer regarding the evidence issues stated on the record and submit a proposed protocol and Order regarding evidence preservation.

Every named plaintiff that is not an adult must have a guardian ad litem.

Case Management Conference set 12/14/2022 at 8:30 a.m. in person.

Parties shall meet and confer and submit a sample formal order re direct filing and preservation protocols.

Parties to confer as to a mediator.

Written order setting deadlines and providing additional context will follow.