**Defendant Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Covington & Burling LLP | Phyllis Jones | *[signature]* | Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832 |

**Defendant Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| | Paul Schmidt | | Mckesson | Same as Ms. Jones |

2

**Defendant Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Munger, Tolles & Olson LLP | Jonathan Blavin | | Snap Inc. | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-03849; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04888; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832 |
| | Lauren Bell | | | |

**Defendant Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| King & Spalding LLP | Geoffrey Drake | | TikTok Inc.; ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832 |
| Faegre Drinker Biddle & Reath LLP | Andrea Pierson | | TikTok Inc.; ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832 |
| Wilson Sonsini Goodrich & Rosati, PC | Lauren Gallo White | | Alphabet Inc.; Google LLC; YouTube, LLC | 3:22-cv-04528; 4:22-cv-04710; 4:22-cv-06418; 3:22-cv-04529; 3:22-cv-04937 |
| | Samantha Machock | | | |

**Additional Counsel (Name, Firm, and Party; Case(s) if desired)**

9

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Andrus Anderson LLP | Jennie Lee Anderson | | Tammy Rodriguez; Case No. 4:22-cv-00401 | |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Sin-Ting Mary Liu | | D.H.; Case no. 4:22-cv-04888 | |
| Baron & Budd, P.C. | Roland Tellis | | Julie Kosiorek and Richard Kosiorek, minor K.K.; Case No. 4:22-cv-06142 | |
| Beasley Allen | **Joseph VanZandt** | | Zakeyaha Amacker, minor T.B; Case No. 4:22-cv-06150 Teonna Bradshaw; Case No. 4:22-cv-06209 Jessica Bright, minor M.B.; Case No. 4:22-cv-06318 Christian Brooks, minor J.W.; Case No. 4:22-cv-06308 Luvonia Brown, minor T.S.; Case No. 4:22-cv-06668 Kelli Cahoone; Case No. 4:22-cv-06117 Nadia Camacho; Case No. 4:22-cv-05893 Stephanie Carter, minor F.M.; Case No. 4:22-cv-05986 Jonathan Casteel; Case No. 4:22-cv-06423 Naomi Charles; Case No. 4:22-cv-06375 Donna Copelton, minor S.L.; Case No. 4:22-cv-06165 | Jay Leon; Case No. 4:22-cv-06425 Brianna Murden; Case No. 4:22-cv-05889 Lekeviya Newberry; Case No. 4:22-cv-06460 Bethany Odems, minor D.S.; Case No. 4:22-cv-06440 Tabitha Quinones, minor N.F.; Case No. 4:22-cv-06431 Sofia Rodriguez; Case No. 4:22-cv-06436 Virginia Roth, minor J.R.; Case No. 4:22-cv-05884 Autumn Seekford; Case No. 4:22-cv-03883 Chad Smith, minior K.S.; Case No. 4:22-cv-06421 Melanie Smith; Case No. 4:22-cv-06138 Gabriella Stewart; Case No. 4:22-cv-05109 Ayla Tanton, minor M.R.; Case No. |

1

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Jennifer Emmel | *[signature]* | Klinten Craig; Case No. 4:22-cv-05890<br>Kenisha Day, minor J.D.; Case No. 4:22-cv-06215<br>Jessica Guerrero, minor S.G.; Case No. 4:22-cv-05894<br>Malinda Harris, minor B.J.; Case No. 4:22-cv-06085<br>Diamond Haywood; Case No. 4:22-cv-06429<br>Tameshia Hicks, minor L.B.; Case No. 4:22-cv-6162<br>Sabrina Huff-Young, minor S.B.; Case No. 4:22-cv-06430<br>Tracy Hunt,minor D.H.; Case No. 4:22-cv-6155<br>Chardey Hutsell; Case No. 4:22-cv-6153<br>Kim Isaacs, mionr A.I.; Case No. 4:22-cv-05885<br>Shanetta Kimber, minor D.K.; Case No. 4:22-cv-06498 | 4:22-cv-06545<br>Megan Waddell, minor C.W.; Case No. 4:22-cv-05888<br>Caitlyn Walsh; Case No. 4:22-cv-06667<br>Nina White; Case No. 4:22-cv-05891<br>Diane Williams, minor C.M.; Case No. 4:22-cv-05886<br>Regine Wynne; Case No. 4:22-cv-06432<br>Shelly Capka, minor J.C.; Case No. 4:22-cv-6583<br>Lawanda Simpson, minor F.M.; Case No. 4:22-cv-6587<br>Veronica Hicks, minor D.M.; Case No. 4:22-cv-6627<br>Penelope Hough; Case No. 4:22-cv-6638<br>Jeffrey Wombles, minor M.W.; Case No. 4:22-cv-6685<br>Melanie Clarke-Penella, minor R.R.; |

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Clinton Richardson | | Shanetta Kimber, minor D.K.; Case No. 4:22-cv-06434 Destiny Lane; Case No. 4:22-cv-06428 Edyta Lee, minor S.L.; Case No. 4:22-cv-06426 | Case No. 4:22-cv-6692 Brianna Lane; Case No. 4:22-cv-6812 Austin Naber; Case No. 4:22-cv-6832 |
| Bruster PLLC | Shawn Latchford | Shawn Latchford | Joleen Youngers, as Personal Representative of the Wrongful Death Estate of I.G., a deceased minor child, M.G., A.G., and E.A.; Case No. 4:22-cv-06456 | |
| C.A. Goldberg, PLLC | **Carrie Goldberg** | | Dean Nasca; Michelle Nasca; Case No. 4:22-cv-06134 | |
| | Hannah Meropol | | | |
| DiCello Levitt | **Diandra Debrosse Zimmermann** | | Klymberleigh Levin, minor J.L.; Case No. 3:22-cv-06263 | |

3

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Mark Abramowitz | | | |
| Gibbs Law Group LLP | Andre Mura | Andre Mura | Kayden Gould; Case No. 4:22-cv-06279 | |
| Goza & Honnold | **Kirk Goza** | | Valentina Estevanott; Case No. 4:22-cv-06440 | |
| | Brad Honnold | | Debra Hudson; Case No. 4:22-cv-06296 | |
| Hach & Rose LLP | **Hillary Nappi** | | D.H.; Case No. 22-cv-04888 | |
| | Frank Schirripa | | | |
| Levin Papantonio Rafferty | Emmie Paulos | E. Paulos | M.F., B.F., A.F.; Case No. 4:22-cv-05573 Michelle Wheeldon; Case No. 4:22-cv-06306 | |
| Levin Sedran & Berman, LLP | Michael M. Weinkowitz | | Laurel Clevenger; Case No. 4:22-cv-06457 Ely Donavette; Case No. 4:22-cv-06067 Gabriella Ortiz; Case No. 4:22-cv-06458 | |
| Lieff Cabraser Heimann & Bernstein | Lexi J. Hazam | | Margit La Blue, Jason La Blue; Case No. 4:22-cv-06256 Julie Kosiorek, Richard Kosiorek; Case No. 4:22-cv-06142 Dayna Page, Robert Page; Case No. 4:22-cv-06124 | |

4

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Kelly K. McNabb | | Sari Neave, Scott Neave; Case No. 4:22-cv-06126 Amanda Duke; Case No. 4:22-cv-06200 Danielle Cohen, Joe Cohen; Case No. 4:22-cv-06207 Lorine Hawthorne, Chris Hawthorne; Case No. 4:22-cv-06751 Jennifer Frommer, Henry Frommer; Case No. 4:22-cv-06749 Mandy Westwood, Douglas Westwood; Case No. 4:22-cv-06461 | |
| | Tiseme G. Zegeye | | | |
| | Miriam Marks | | | |
| | Jason L. Lichtman | | | |
| Marsh Law Firm PLLC | Margaret E. Mabie | | D.H.; Case no. 4:22-cv-04888 | |
| | James Marsh | | | |

Plaintiff Attorney Sign-In for Initial Conference

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Morgan & Morgan | **Emily Jeffcott** | | Cecelia Tesch, minor R.P.; Case No. 4:22-cv-06167 Apriel Dorsey, minor E.M.; Case No. 4:22-cv-06451 Isabella Dienes; Case No. 4:22-cv-06193 Brooke Downing; Case No. 4:22-cv-06388 Star Wishkin, minor S.N.; Case No. 4:22-cv-06459 Sydney Reuscher; Case No. 4:22-cv-06192 Shawntavia Jamerson, minor C.B.; 5:22-cv-00380 (M.D.Fl) Andrea Harrison, minor L.H.; Case No. 4:22-cv-06452 Alexander Salmons; 5:22-cv-00391 (M.D.Fl) Jazzlyn Rivera; Case No. 4:22-cv-06383 Aaliyah Robinson; 3:22-cv-02094 (S.D. Il) | |

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Katy Massa | | Robert Turgeon, minor S.T.; Case No. 4:22-cv-06616 Angela Canche, minor T.C.B.; Case No. 4:22-cv-06449 Bernard Cerone, minor B.C.; Case No. 4:22-cv-06417 Cameron Leonard; Case No. 4:22-cv-00215 (S.D. Ga) Jennifer Koutsouftikis, minor E.K.; Case No. 1:22-cv-01079 (E.D. Va) | |
| Motley Rice | Previn Warren | | Nicholas Calvoni, Rosemarie Calvoni, minor J.C.; Case No. 4:22-cv-05873 | |

7

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Protectus Law | Neal A. Roberts | | Margit La Blue, Jason La Blue; Case No. 4:22-cv-06256 Julie Kosiorek, Richard Kosiorek; Case No. 4:22-cv-06142 Dayna Page, Robert Page; Case No. 4:22-cv-06124 Sari Neave, Scott Neave; Case No. 4:22-cv-06126 Amanda Duke; Case No. 4:22-cv-06200 Danielle Cohen, Joe Cohen; Case No. 4:22-cv-06207 Lorine Hawthorne, Chris Hawthorne; Case No. 4:22-cv-06751 Jennifer Frommer, Henry Frommer; Case No. 4:22-cv-06749 Mandy Westwood, Douglas Westwood; Case No. 4:22-cv-06461 | |

8

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Robert H. Klonoff, LLC | Robert H. Klonoff | | Tammy Rodriguez; Case No. 4:22-cv-00401<br>S.R.; Case No. 4:22-cv-06455<br>J.H; Case No. 4:22-cv-04710<br>C.C.; Case No. 4:22-cv-04709<br>L.A.T.; Case No. 4:22-cv-04937<br>V.P.; Case No. 4:22-cv-06617<br>Ashleigh Heffner; Case No. 4:22-cv-03849<br>Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209<br>Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286<br>Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210<br>C.N., Candace Wuest; Case No. 4:22-cv-04283<br>Darla Gill, Joseph Ryan Gill; Case No. 4:22-cv-05985<br>Brittney Doffing; Case No. 4:22-cv-05892<br>I.A., K.A., and A.A.; Case No. 4:22-cv-06252<br>Alexis Spence, Kathleen Spence, Jeffrey Spence; Case No. 4:22-cv-03294<br>J.M., D.M.; Case No. 4:22-cv-04533<br>Jennifer Mitchell; Case No. 4:22-cv-06387<br>T.R.; Case No. 4:22-cv-04712 | |

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | | | Damian Johnson; Case No. 4:22-cv-06418<br>E.W.; Case No. 4:22-cv-04528<br>M.C.; Case No. 4:22-cv-04529<br>Gail Flatt; Case No. 4:22-cv-04535<br>T.K.; Case No. 4:22-cv-04588 | |

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Ron Austin Law | Ron A. Austin | | Kaitlin Miller; Case No. 4:22-cv-06214 | |
| Seeger Weiss | **Christopher Seeger** | | Tammy Rodriguez; Case No. 4:22-cv-00401<br>S.R.; Case No. 4:22-cv-06455<br>J.H; Case No. 4:22-cv-04710<br>C.C.; Case No. 4:22-cv-04709<br>L.A.T.; Case No. 4:22-cv-04937<br>V.P.; Case No. 4:22-cv-06617<br>Ashleigh Heffner; Case No. 4:22-cv-03849<br>Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209<br>Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286<br>Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210<br>C.N., Candace Wuest; Case No. 4:22-cv-04283<br>Darla Gill, Joseph Ryan Gill; | |

11

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Christopher Ayers | | Case No. 4:22-cv-05985<br>Brittney Doffing; Case No. 4:22-cv-05892<br>I.A., K.A., and A.A.; Case No. 4:22-cv-06252<br>Alexis Spence, Kathleen Spence, Jeffrey Spence;<br>Case No. 4:22-cv-03294<br>J.M., D.M.; Case No. 4:22-cv-04533<br>Jennifer Mitchell; Case No. 4:22-cv-06387<br>T.R.; Case No. 4:22-cv-04712<br>Damian Johnson; Case No. 4:22-cv-06418<br>E.W.; Case No. 4:22-cv-04528<br>M.C.; Case No. 4:22-cv-04529<br>Gail Flatt; Case No. 4:22-cv- | |

12

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Nigel Halliday | | 04535 T.K.; Case No. 4:22-cv-04588 | |
| Simmons Hanly Conroy | **Jayne Conroy** **Justin Presnal** | | Samantha Skoler; Case No. 4:22-cv-06326 | |

13

# Plaintiff Attorney Sign-In for Initial Conference

## IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
### (Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Social Media Victims Law Center | Matthew P. Bergman | *[signature]* | Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286<br>Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209<br>Brittney Doffing; Case No. 4:22-cv-05892<br>C.N., Candace Wuest; Case No. 4:22-cv-04283<br>Ashleigh Heffner; Case No. 4:22-cv-03849<br>C.C.; Case No. 4:22-cv-04709<br>Damian Johnson; Case No. 4:22-cv-06418<br>J.M., D.M.; Case No. 4:22-cv-04533<br>Darla Gill, Joseph Ryan Gill; Case No. 4:22-cv-05985<br>Dean Nasca; Michelle Nasca; Case No. 4:22-cv-06134<br>D.D., G.D.; Case No. 4:22-cv-06190<br>Donna Dawley, minor C.D.; Case No. 4:22-cv-06376<br>E.W., Z.W.; Case No. 4:22-cv-04528<br>Gail Flatt, minor S.F.; Case No. 4:22-cv-04535<br>I.A., K.A., and A.A.; Case No. 4:22-cv-06252<br>J.O., minor C.O.; Case No. 4:22-cv-05546 | T.R., minor E.R.; Case No. 4:22-cv-04712<br>Tammy Rodriguez; Case No. 4:22-cv-00401<br>Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210<br>V.P., minor J.P.; Case No. 4:22-cv-06617 |

14

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | Laura Marquez-Garrett | | Jennifer Mitchell, minor J.E.; Case No. 4:22-cv-06387 J.H., minors N.R. and A.M.; Case No 4:22-cv-04710 Alexis Spence, Kathleen Spence, Jeffrey Spence; Case No. 4:22-cv-03294 L.A.T., minors P.T. and L.T.; Case No. 4:22-cv-04937 M.F., B.F., and A.F; Case No. 4:22-cv-05573 M.C., minor M.B.; Case No. 4:22-cv-04529 S.R., minor L.S.; Case No. 4:22-cv-06455 | |

15

**Plaintiff Attorney Sign-In for Initial Conference**

*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers (bold notes speaker) | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| The Carlson Law Firm | Ruth Rizkalla | | Tiffany Woods, minor N.L.; Case No. 4:22-cv-06591 | |
| Wagstaff & Cartmell LLP | Thomas P. Cartmell | | T.S. a minor, Bea Chanhthakoummane; Case No. 4:22-cv-06454 | |
| Walsh Law | Alexandra Walsh | | T.S. v. Meta Platforms Inc. et al, 4:22-cv-06454 | |
| Watts Guerra LLP | Paige Boldt | | Lachiina McComb; Case No. 4:22-cv-06218 | |
| Weitz & Luxenberg | James Bilsborrow | | D.D.; Case No. 22-cv-6205 | |
| Southern Institute for Medical and Legal Affairs, LLC; and Heninger, Garrison, Davis LLC | Marc J. Mandich | | Britney Stoudemire, as natural mother of her minor children, D.D. and J.D. (see MDL No. 3047, Doc. #s 114-3 and 114-4) | |

16

Additional Counsel (Name, Firm, and Party; Case(s) if desired)

| |
| --- |

Paul T Lyons Public Health Advocacy Institute Plaintiffs

17

18