Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF FILING PROPOSED ORDER** |

In accordance with Case Management Order No. 1, Plaintiffs' Co-Lead Counsel submit the attached agreed-to proposed Case Management Order No. 2 regarding Plaintiffs' Leadership Structure and Responsibilities.

Dated: November 14, 2022

Respectfully submitted,

*/s/ Lexi J. Hazam*
Lexi J. Hazam

*/s/ Christopher A. Seeger*
Christopher A. Seeger

*/s/ Previn Warren*
Previn Warren

*Plaintiffs' Co-Lead Counsel*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 14, 2022

*/s/ Jennie Lee Anderson*
Lexi J. Hazam