Francois M. Blaudeau [*Pro Hac Vice*]
 *francois@southernmedlaw.com*
Marc J. Mandich [*Pro Hac Vice*]
 *marc@southernmedlaw.com*
Evan T. Rosemore [*Pro Hac Vice*]
 *evan@southernmedlaw.com*
Gianna B. Mandich [*Pro Hac Vice*]
 *gianna@southernmedlaw.com*
**SOUTHERN MED LAW**
2762 B M Montgomery St, Suite 101
Homewood, Alabama 35209
Tel:     205-564-2741
Fax:    205-649-6346

William L. Bross [*Pro Hac Vice*]
 *william@hgdlawfirm.com*
W. Lewis Garrison [*Pro Hac Vice*]
 *lewis@hgdlawfirm.com*
Chris Hood [*Pro Hac Vice*]
 *chood@hgdlawfirm.com*
**HENINGER, GARRISON, DAVIS LLC**
2224 1st Ave. North
Birmingham, Alabama 35203
Tel:     205-372-9122
Fax:    205-380-8072

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION. <br><br> This Document Relates to: <br><br> 4:22-CV-05987-YGR <br> 4:22-CV-06495-YGR | Case No.  4:22-MD-03047-YGR <br><br> MDL 3047 <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINTS** |

Plaintiff Brittany Stoudemire, as natural mother of her minor children, D.D. and J.D., by and through her undersigned counsel, respectfully files the instant Unopposed Motion for Leave to file First Amended Complaints regarding individual Case Nos. 4:22-CV-05987-YGR (J.D.) and 4:22-CV-06495-YGR (D.D.), and in support thereof, alleges as follows:

1. This Motion for Leave is being filed pursuant to Federal Rule of Civil Procedure 15 and this Court's Local Rules, including but not limited to L.R. 7 *et seq.*, particularly L.R. 7-11.

2. Opposing counsel for the current defendants in the above suits have been contacted regarding the instant Motion for Leave and do not oppose the relief requested herein.

3. For the reasons that follow, Plaintiff respectfully requests this Court *grant* the instant Motion for Leave, accepting the proposed First Amended Complaints being filed therewith and deeming same filed as of the date of this Court's granting of said Motion.

4. Pursuant to Rule 15 and the undersigned's review of this Court's Local Rules, it is at least arguable this Motion for Leave is a necessary prerequisite to the filing of the proposed Amended Complaints attached hereto, notwithstanding that responsive pleadings have not yet been filed by the named Defendants therein (such that Rule 15 would typically provided for amendment of the original complaints as a matter of right).

5. Nevertheless, to the extent "good cause" or some other showing is necessary, Plaintiff submits that such cause exists because investigation of Plaintiff's claims has revealed other necessary parties that must be added as Defendants. Plaintiff's Complaints were filed while the JPML hearing was pending in this matter, thus, at a time where it was unclear whether actions against "Non-META" entities would have to proceed in separate litigation. Furthermore, the full extent of Plaintiff's children's "mixed" social media use (and, thus, likely damages caused not just by Meta's fault but also the non-Meta entities' fault) was not initially known to the undersigned. Promptly upon becoming aware of facts that indicated use of these other entities' products likely caused and/or substantially contributed to Plaintiff's harms, the undersigned began preparing the enclosed proposed First Amended Complaints. Aside of adding substantive allegations against, in J.D.'s case, Google/YouTube entities, Snap entities, and TikTok entities, and in D.D.'s case, Google/YouTube entities and TikTok entities, there are no changes to Plaintiff's original

Complaints (other than fixing some minor typographical/grammatical/style/mis-citation errors that were caught in the process).

6. Further, Plaintiff submits that the Amended Complaints should be allowed in the interest of justice and that allowing them at this juncture will not impede or delay this action or otherwise prejudice the parties in any way. This suit is in its early goings, Defendants have not yet had to file responsive pleading and "join in issue" per se, discovery remains stayed at this time and this Motion is being filed promptly upon undersigned's counsel's investigation of and becoming aware of all necessary parties-Defendant herein. That is, there has been no "undue delay" in filing the instant Motion for Leave.

7. Plaintiff is mindful of the fact that this Court has ordered one or more Master Complaints be prepared by the combined Plaintiffs' leadership/counsel and that such efforts are currently underway. Plaintiff intends to adopt these Master Complaints, as same is appropriate, at a later time. However, Plaintiff files this Motion for Leave at this time in an abundance of caution simply because it appears prudent to not delay in naming all necessary party defendants – preparing Master Complaints in complex litigation such as this could take a matter of months and, while it is Plaintiff's belief all claims against all Defendants named in the proposed First Amended Complaints enclosed herewith are timely and will remain so, Plaintiff must presume such issues as applicable statutes of limitations and how they might affect individual plaintiff's claims will eventually come into some dispute in this litigation. As such, Plaintiff seeks to file the proposed First Amended Complaints enclosed herewith at the earliest possible juncture.

8. For the above and foregoing reasons, Plaintiff respectfully prays this Court *grant* the instant Motion for Leave, accept the proposed First Amended Complaints filed therewith, deem same filed as of the date of this Court's granting of said Motion, and further direct service of process upon the additional Defendants named therein in accordance with this Court's previous orders.

DATED: November 17, 2022

**SOUTHERN MED LAW**

By: _____
Marc J. Mandich
Francois M. Blaudeau
Evan T. Rosemore
Gianna B. Mandich

**HENINGER, GARRISON, DAVIS LLC**
William L. Bross
W. Lewis Garrison
Chris Hood

**Attorneys for Plaintiffs**

### RULE 5-5 CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by CM/ECF Notice this the 17th day of November, 2022.

_____
Marc J. Mandich