Francois M. Blaudeau [*Pro Hac Vice*]
  francois@southernmedlaw.com
Marc J. Mandich [*Pro Hac Vice*]
  marc@southernmedlaw.com
Evan T. Rosemore [*Pro Hac Vice*]
  evan@southernmedlaw.com
Gianna B. Mandich [*Pro Hac Vice*]
  gianna@southernmedlaw.com
**SOUTHERN MED LAW**
2762 B M Montgomery St, Suite 101
Homewood, Alabama 35209
Tel:    205-564-2741
Fax:    205-649-6346

William L. Bross [*Pro Hac Vice*]
  william@hgdlawfirm.com
W. Lewis Garrison [*Pro Hac Vice*]
  lewis@hgdlawfirm.com
Chris Hood [*Pro Hac Vice*]
  chood@hgdlawfirm.com
**HENINGER, GARRISON, DAVIS LLC**
2224 1st Ave. North
Birmingham, Alabama 35203
Tel:    205-372-9122
Fax:    205-380-8072

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION.<br><br>This Document Relates to:<br><br>4:22-CV-05987-YGR<br>4:22-CV-06495-YGR | Case No.  4:22-MD-03047-YGR<br><br>MDL 3047<br><br>**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINTS** |

PURSUANT TO STIPULATION, and on the basis of the unopposed Motion for Leave to which this Order is addressed, IT IS SO ORDERED that Plaintiff Brittany Stoudemire's Motion for Leave to File First Amended Complaints in Case Nos. 4:22-CV-05987-YGR and 4:22-CV-

06495-YGR BE AND IS HEREBY GRANTED, and that said proposed First Amended Complaints be and are hereby deemed accepted and filed into the record in this case as of this date.

DATED: November 17, 2022

_____
HONORABLE YVONNE GONZALES-RODGERS
UNITED STATED DISTRICT JUDGE

**RULE 7-12 STIPULATION**

The above and foregoing proposed Order on Plaintiff Brittany Stoudemire's Motion for Leave to File First Amended Complaints is endorsed by the parties, through their undersigned counsel, as evidenced by the e-signatures below, dated this the 17th day of November, 2022:

_____
Marc J. Mandich

*Attorney for Plaintiff*

  */s/ Ashley Simonsen*
_____
Ashley Simonsen

*Attorney for the Meta Defendants*