Francois M. Blaudeau [*Pro Hac Vice*]
 francois@southernmedlaw.com
Marc J. Mandich [*Pro Hac Vice*]
 marc@southernmedlaw.com
Evan T. Rosemore [*Pro Hac Vice*]
 evan@southernmedlaw.com
Gianna B. Mandich [*Pro Hac Vice*]
 gianna@southernmedlaw.com
**SOUTHERN MED LAW**
2762 B M Montgomery St, Suite 101
Homewood, Alabama 35209
Tel: 205-564-2741
Fax: 205-649-6346

William L. Bross [*Pro Hac Vice*]
 william@hgdlawfirm.com
W. Lewis Garrison [*Pro Hac Vice*]
 lewis@hgdlawfirm.com
Chris Hood [*Pro Hac Vice*]
 chood@hgdlawfirm.com
**HENINGER, GARRISON, DAVIS LLC**
2224 1st Ave. North
Birmingham, Alabama 35203
Tel: 205-372-9122
Fax: 205-380-8072

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION.<br><br>This Document Relates to:<br><br>4:22-CV-05987-YGR<br>4:22-CV-06495-YGR | Case No. 4:22-MD-03047-YGR<br><br>MDL 3047<br><br>**LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

00579756-1

1

CIVIL L.R. 3-15 CERTIFICATE OF CONFLICTS AND INTERESTED PERSONS OR ENTITIES

| | |
|---|---|
| DATED: November 17, 2022 | **SOUTHERN MED LAW** |
| | By: _____ |
| | Marc J. Mandich |
| | Francois M. Blaudeau |
| | Evan T. Rosemore |
| | Gianna B. Mandich |
| | |
| | **HENINGER, GARRISON, DAVIS LLC** |
| | William L. Bross |
| | W. Lewis Garrison |
| | Chris Hood |
| | |
| | **Attorneys for Plaintiffs** |

## RULE 5-5 CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by CM/ECF Notice this the 17th day of November, 2022.

_____
Marc J. Mandich