1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7                        **OAKLAND DIVISION**

| | |
|---|---|
| 8  IN RE:  SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY 9  PRODUCTS LIABILITY LITIGATION | MDL 3047 |
| 10 _____ | |
| This Document Relates to: | |
| 11 | |
| JOLEEN YOUNGERS, As Personal 12  Representative of the Wrongful Death Estate of I.G., A Deceased Minor Child; MATTHEW 13  GONZALES; ALISA GONZALES and ELSA ACEVEDO, | Case No. 4:22-md-03047-YGR |
| 14 | Hon. Yvonne Gonzalez Rogers |
| Plaintiffs, 15 | |
| v. | **MOTION FOR LEAVE TO** |
| 16 | **FILE AMENDED COMPLAINT** |
| TIKTOK INC. and BYTEDANCE INC. 17 | |
| Defendants. 18 | |
| 19  Member case: 4:22-cv-06456-YGR Case in other court: N.M., 1:22-cv-00706-JFR-LF | |

20

21          <u>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**</u>

22          Before the Court is the Unopposed Motion for Leave to File Amended Complaint filed by

23  Plaintiffs Joleen Youngers, as Personal Representative of the Wrongful Death Estate of I.G., a

24  deceased minor Child; Matthew Gonzales; Alisa Gonzales and Elsa Acevedo (the "Motion").  The

1  Court having fully considered the Motion, along with all the other papers on file with the Court, is

2  of the opinion that the Motion should be, and is hereby, **GRANTED**.  It is therefore **ORDERED**

3  that Plaintiffs are granted leave to file an amended complaint within three (3) days of the date of

4  this Order.

5

6

7
_____
HONORABLE YVONNE GONZALEZ ROGERS
8
UNITED STATED DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Order Granting Leave to File Amend Complaint
Case No. 4:22-md-03047-YGR, Related to: 4:22-cv-06456-YGR                    Page 2 of 2