# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Sydney D'Aloia | 7. **Your Phone Number:** | (215) 592-1500 |
| 2. **Your Email Address: *** | sdaloia@lfsblaw.com | 8. **Full Case Number (if applicable):** | 4:22-md-03047-YGR |
| 3. **Receipt Number:*** | ACANDC-17710538 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☒ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 11/08/2022 | | |
| 5. **Transaction Time:*** | 7:57 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 402.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Filing error. ACANDC-17710538

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>❌ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: Ana Banares *Digitally signed by Ana Banares Date: 2022.11.29 18:23:30 -08'00'* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | Field 3: Enter the receipt number of pay.gov tracking ID# for the refund request (not correct receipt # in the docket). Field 10: Detailed explanation of what happened must be written and correct receipt |
| Referred for OSC date (if applicable): | |