| | |
|---|---|
| LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:     lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile:  (212) 999-5801<br>Email:     bwillen@wsgr.com |
| CHRISTOPHER CHIOU, SBN 233587<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>633 West 5th Street, Suite 1550 Los Angeles, CA 90071<br>Telephone: (323) 210-2987<br>Facsimile: (866) 974-7329<br>Email:     cchiou@wsgr.com | SAMANTHA A MACHOCK, SBN 298852<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>12235 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858)350-2300<br>Facsimile: (858)350-2399<br>Email:     smachock@@wsgr.com |

Attorney for Defendants
YOUTUBE, LLC, GOOGLE LLC, AND ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE; SOCIAL MEDIA ADOLESCENT ADDITION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO.: 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**DEFENDANT YOUTUBE, LLC, GOOGLE LLC, AND ALPHABET INC.'S NOTICE OF CHANGE OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Local Rule 5-1(c)(2)(C), Defendants Alphabet Inc., Google LLC, and YouTube, LLC hereby request that the Court remove attorney Vivek Vijay Tata as counsel in this matter and from the service list. All other listed counsel for Wilson Sonsini Goodrich & Rosati, P.C., as listed on the caption page, will continue to represent the Alphabet Defendants. Accordingly, the withdrawal of Mr. Tata from this matter will impose no delay of the case and will not prejudice any party.

Dated: December 1, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By /s/ *Lauren Gallo White*
Lauren Gallo White

Attorney for Defendants
YOUTUBE, LLC, GOOGLE LLC, AND ALPHABET INC.