KRISTIN A. LINSLEY, SBN 154148
  klinsley@gibsondunn.com
ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
LAURA K. O'BOYLE, *pro hac vice forthcoming*
  loboyle@gibsondunn.com
JACOB T. SPENCER, *pro hac vice forthcoming*
  jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200


PHYLLIS A. JONES, *pro hac vice forthcoming*
  pajones@cov.com
PAUL W. SCHMIDT, *pro hac vice*
pschmidt@cov.com
ASHLEY M. SIMONSEN, SBN 275203
  asimonsen@cov.com
MICHAEL X. IMBROSCIO, *pro hac vice*
  mimbroscio@cov.com
COVINGTON & BURLING LLP
ONE CITYCENTER
850 TENTH STREET, NW
WASHINGTON, D.C. 20001
Telephone: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. ,f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies LLC; Instagram LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CASE NO. 4:22-md-03047-YGR<br><br>**NOTICE OF APPEARANCE OF ROSEMARIE T. RING**<br><br>Action Filed: October 6, 2022<br>Trial Date: None Set |

# NOTICE OF APPEARANCE

# OF ROSEMARIE T. RING AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Rosemarie T. Ring of the law firm Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 220769) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendants Meta Platforms Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg in the above-captioned matter.  Ms. Ring hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  December 6, 2022

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
Rosemarie T. Ring

*Attorneys for Defendants Meta Platforms, Inc. ,f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies LLC; Instagram LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

By: /s/ Rosemarie T. Ring
Rosemarie T. Ring