1  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
2  LIEFF CABRASER HEIMAN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  *cseeger@seegerweiss.com*
   SEEGER WEISS, LLP
7  55 Challenger Road 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 *pwarren@motleyrice.com*
   MOTLEY RICE, LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
14  *Plaintiffs' Co-Lead Counsel*

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 | IN RE: SOCIAL MEDIA ADOLESCENT        Case No. 4:22-MD-03047-YGR
20 | ADDICTION/PERSONAL INJURY
   | PRODUCTS LIABILITY LITIGATION         MDL No. 3047
21 |
22 |                                       **NOTICE OF FILING PROPOSED ORDER**
   | This Document Relates to:
23 |
   | ALL ACTIONS
24 |

25

26         In accordance with Case Management Order No. 2, Plaintiffs' Co-Lead Counsel submit

27 the attached proposed Case Management Order No. 3, Common Benefit Order.

28

Dated:  December 7, 2022

Respectfully submitted,

*/s/ Lexi J. Hazam*

Lexi J. Hazam

*/s/ Christopher A. Seeger*

Christopher A. Seeger

*/s/ Previn Warren*

Previn Warren

*Plaintiffs' Co-Lead Counsel*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: December 7, 2022

*/s/ Lexi J. Hazam*

Lexi J. Hazam