# EXHIBIT A

**SOCIAL MEDIA MDL**

**MONTHLY TIME REPORT**

Firm Name: _____

Date: _____

Categories: 1. Leadership Case Management Duties 2. Leadership calls/meetings 3. Admin 4. Court appearances 5. Pleadings/Briefing 6. Research 7. Litigation strategy 8. Doc review & analysis 9. Discovery 10. Experts 11. Settlement 12. Trial prep 13. Trial 14. Appeal 15. Miscellaneous

| Last Name, First Name | Professional Level: Partner (PT), Associate (A), Contract (C), Of Counsel (OC), or Paralegal (PR) | Date of Service | Category Code | Detailed Description of Work Performed | Co-Lead Counsel Who Assigned Or Approved Work | Billing Rate | Time Spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |