AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re: Social Media Adolescent Addiction Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and o/b/o their minor child J.C.

Date: 12/09/2022

/s/ Mathew P. Jasinski
*Attorney's signature*

Mathew P. Jasinski (CT Juris # 426094)
*Printed name and bar number*

Motley Rice LLC
20 Church Street
17th Floor
Hartford, CT 06103
*Address*

mjasinski@motleyrice.com
*E-mail address*

(860) 882-1681
*Telephone number*

(860) 882-1682
*FAX number*