```
FAEGRE DRINKER BIDDLE & REATH LLP
Amy R. Fiterman (285493)
amy.fiterman@faegredrinker.com
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, MN 55402
Telephone:     +1 612 766 7000
Facsimile:     +1 612 766 1600
```

Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No. 4:22-md-03047-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF AMY R. FITERMAN**<br><br>Action Filed: October 6, 2022<br>Trial Date: None Set |

### NOTICE OF APPEARANCE OF AMY R. FITERMAN

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Amy R. Fiterman of the law firm of Faegre Drinker Biddle & Reath LLP, located at 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, telephone number (612) 766-7000, facsimile number (612) 766-1600, and email address amy.fiterman@faegredrinker.com, hereby enters an appearance in this matter on behalf of Defendants TikTok Inc. and ByteDance Inc. Ms. Fiterman hereby requests to be added to the docket and the electronic service list in this matter.

Dated: December 9, 2022                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                                            By: /s/ *Amy R. Fiterman*
                                                Amy R. Fiterman

                                            Attorneys for Defendants,
                                            TIKTOK INC. and BYTEDANCE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Amy R. Fiterman*
Amy R. Fiterman