AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Calvoni and Rosemarie Calvoni, individually and on behalf of their minor child J.C.   .

Date:   12/09/2022

/s/ Jodi Westbrook Flowers
*Attorney's signature*

Jodi Westbrook Flowers (SC Bar No. 066300)
*Printed name and bar number*
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

*Address*

jflowers@motleyrice.com
*E-mail address*

(843) 216-9163
*Telephone number*

(843) 216-9027
*FAX number*