Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TOLLING OF APPLICABLE STATUTES OF LIMITATION** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, on October 6, 2022, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring multiple cases pursuant to 28 U.S.C. 1407 to the Northern District of California as MDL No. 3047 (ECF No. 1);

WHEREAS, the Parties anticipate that the JPML will continue to issue conditional transfer orders transferring other cases to this venue;

WHEREAS, in Case Management Order No. 1 ("CMO No. 1"), issued on November 10, 2022, this Court ordered the parties to meet and confer and to provide the Court with proposed orders or recommendations to facilitate judicious resolution of, among other topics, the filing of a master complaint and short form attachments by the next status conference set for December 14, 2022 (ECF No. 75);

WHEREAS, on November 17, 2022, Plaintiff Brittney Stoudemire filed a motion for leave to amend her complaints to name additional specific Defendants (ECF No. 83);

WHEREAS, Plaintiff Stoudemire represented to Defendants and to the Court that she filed these motions because statutes of limitation governing claims not currently asserted in her complaints (including as against specific Defendants) continue to run;

WHEREAS, on November 21, 2022, Plaintiff Joleen Youngers filed a motion for leave to amend her complaint to provide identifying information about the adult plaintiffs in her suit who are presently identified by pseudonyms only (ECF No. 85);

WHEREAS, to avoid unnecessary motion practice seeking leave to amend complaints to add claims or Defendants or to identify Plaintiffs by their full names, the Parties have met and conferred and agreed, subject to Court approval, to the following:

1. With respect to Plaintiff Brittney Stoudemire and Plaintiffs in the *Younger* matter, all applicable statutes of limitation relating to claims asserted against the undersigned Defendants shall be tolled from November 22, 2022, until the deadline for filing short form complaints for such Plaintiffs, and, if no deadline is set or applies, thirty days after the filing of the master complaint;

2. For other Plaintiffs whose complaints have been filed in or transferred to MDL No. 3047 before Plaintiffs' master complaint is filed and who wish to file amended complaints, counsel for any such Plaintiffs shall notify Liaison Counsel for Plaintiffs and Defendants and meet and confer with Defendants regarding a tolling agreement. To facilitate an efficient conferral process, any Plaintiff seeking a tolling agreement shall in their initial request set out in writing the amendments for which they seek tolling. Defendants and any Plaintiffs seeking a tolling agreement shall meet and confer expeditiously and in good faith regarding any such request to avoid unnecessary motion practice. If the Parties agree to tolling for the complaint in question, the statutes of limitation shall be deemed tolled from the date the tolling was requested until the deadline for filing short form complaints for such Plaintiffs, and, if no deadline is set or applies, thirty days after the filing of the master complaint.

3. Subject to order of the Court, the motions for leave to amend filed at ECF Nos. 83 and 85 shall be denied without prejudice.

Dated: December 9, 2022                  Respectfully submitted,

                                          LIEFF CABRASER HEIMAN
                                          & BERNSTEIN, LLP

                                          By:   */s/ Lexi J. Hazam*
                                                  Lexi J. Hazam
                                                  275 Battery Street, 29th Floor
                                                  San Francisco, CA 94111-3339
                                                  Telephone: (415) 956-1000
                                                  Facsimile: (415) 956-1000
                                                  lhazam@lchb.com

|  |  |
|---|---|
| 1 | SEEGER WEISS, LLP |
| 2 | By: */s/ Christopher A. Seeger* |
|  | Christopher A. Seeger |
| 3 | 55 Challenger Road 6th Floor |
|  | Ridgefield Park, NJ 07660 |
| 4 | Telephone: (973) 639-9100 |
|  | Facsimile: (973) 679-8656 |
| 5 | *cseeger@seegerweiss.com* |
| 6 | MOTLEY RICE, LLC |
| 7 | By: */s/ Previn Warren* |
|  | Previn Warren |
| 8 | 401 9th Street NW, Suite 630 |
|  | Washington, DC 20004 |
| 9 | Telephone: (202) 386-9610 |
|  | Facsimile: (202) 232-5513 |
| 10 | pwarren@motleyrice.com |
| 11 | *Plaintiffs' Co-Lead Counsel* |

COVINGTON & BURLING LLP

By:   */s/ Phyllis A. Jones*
      Phyllis A. Jones, *pro hac vice*
      COVINGTON & BURLING LLP
      One CityCenter
      850 Tenth Street, NW
      Washington, DC 20001-4956
      Telephone: + 1 (202) 662-6000
      Facsimile: + 1 (202) 662-6291
      Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
      Rosemarie T. Ring
      GIBSON, DUNN & CRUTCHER LLP
      555 Mission Street, Suite 3000
      San Francisco, CA 94105-0921
      Telephone: 415.393.8200
      Email:  rring@gibsondunn.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

By:   */s/ Geoffrey M. Drake*
        Geoffrey M. Drake
        1180 Peachtree Street, NE, Suite 1600
        Atlanta, GA 30309
        Telephone: + 1 (404) 572-4600
        Facsimile: + 1 (404) 572-5100
        Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

FAEGRE DRINKER LLP

By:   */s/ Andrea Roberts Pierson*
        Andrea Roberts Pierson
        300 N. Meridian Street, Suite 2500
        Indianapolis, IN 46204
        Telephone: + 1 (317) 237-0300
        Facsimile: + 1 (317) 237-1000
        Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:   */s/ Jonathan H. Blavin*
        Jonathan H. Blavin, SBN 230269
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street, 27th Floor
        San Francisco, CA  94105-3089
        Telephone:  (415) 512-4000
        Facsimile:  (415) 512-4077

        Rose L. Ehler (SBN 29652)
        Victoria A. Degtyareva (SBN 284199)
        Laura M. Lopez, (SBN 313450)
        Ariel T. Teshuva  (SBN 324238)

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | 350 South Grand Avenue, 50th Floor<br>Los Angeles, CA  90071-3426 |
| 3 | Telephone:  (213) 683-9100<br>Facsimile:  (213) 687-3702 |

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ Brian M. Willen*
       Brian M. Willen
       bwillen@wsgr.com
       Vivek Tata
       vtata@wsgr.com
       1301 Avenue of the Americas, 40th Floor
       New York, New York 10019
       Telephone: (212) 999-5800
       Facsimile: (212) 999-5899

       Lauren Gallo White
       lwhite@wsgr.com
       Samantha A. Machock
       smachock@wsgr.com
       One Market Plaza, Spear Tower, Suite 3300
       San Francisco, CA  94105
       Telephone: (415) 947-2000
       Facsimile: (415) 947-2099

       Christopher Chiou
       cchiou@wsgr.com
       633 West Fifth Street
       Los Angeles, CA 90071-2048
       Telephone: (323) 210-2900
       Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**IT IS SO ORDERED.**

DATE: _____

                                                    Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: December 9, 2022

*/s/ Jennie Lee Anderson*

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*