Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*

Ashley M. Simonsen
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424)332-4800
Facsimile: (424) 332-4749
asimonsen@cov.com

*Defendants' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**JOINT NOTICE OF FILING OF ATTENDANCE LIST FOR DECEMBER 14, 2022, CASE MANANAGEMENT CONFERENCE** |

In accordance with Case Management Order No. 1, Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel submit as Exhibit A hereto the joint attendance list of counsel expected to appear at the December 14, 2022, Case Management Conference.

Dated: December 12, 2022　　　　　　　　Respectfully submitted,

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson
*Plaintiffs' Liaison Counsel*

*/s/ Ashley Simonsen*
Ashley M. Simonsen
*Defendants' Liaison Counsel*

## SIGNATURE CERTIFICATION

Pursuant to Civ L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: December 12, 2022

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson