# EXHIBIT A

## Plaintiff Attorney Attendance at December 14, 2022 Conference
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION* (Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyer/Lawyers Attending Conference | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|
| Andrus Anderson LLP | Jennie Lee Anderson | Tammy Rodriguez; Case No. 4:22-cv-00401 | |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Sin-Ting Mary Liu | D.H.; Case no. 4:22-cv-04888 | |
| Baron & Budd, P.C. | Peter Klausner | Julie Kosiorek and Richard Kosiorek, minor K.K; Case No. 4:22-cv-06142 | |
| Beasley Allen | Joseph VanZandt<br>Jennifer Emmel | Zakeyaha Amacker, minor T.B; Case No. 4:22-cv-06150<br>Teonna Bradshaw; Case No. 4:22-cv-06209<br>Jessica Bright, minor M.B.; Case No. 4:22-cv-06318<br>Christian Brooks, minor J.W.; Case No. 4:22-cv-06308<br>Luvonia Brown, minor T.S.; Case No. 4:22-cv-06668<br>Kelli Cahoone; Case No. 4:22-cv-06117<br>Nadia Camacho; Case No. 4:22-cv-05893<br>Stephanie Carter, minor F.M.; Case No. 4:22-cv-05986<br>Jonathan Casteel; Case No. 4:22-cv-06423<br>Naomi Charles; Case No. 4:22-cv-06375<br>Donna Copelton, minor S.L.; Case No. 4:22-cv-06165<br>Klinten Craig; Case No. 4:22-cv-05890<br>Kenisha Day, minor J.D.; Case No. 4:22-cv-06215<br>Jessica Guerrero, minor S.G.; Case No. 4:22-cv-05894<br>Malinda Harris, minor B.J.; Case No. 4:22-cv-06085<br>Diamond Haywood; Case No. 4:22-cv-06429<br>Tameshia Hicks, minor L.B.; Case No. 4:22-cv-6162<br>Sabrina Huff-Young, minor S.B.; Case No. 4:22-cv-06430<br>Tracy Hunt, minor D.H.; Case No. 4:22-cv-6155<br>Chardey Hutsell; Case No. 4:22-cv-6153<br>Kim Isaacs, mionr A.I.; Case No. 4:22-cv-05885<br>Shanetta Kimber, minor D.K.; Case No. 4:22-cv-06498<br>Shanetta Kimber, minor D.K.; Case No. 4:22-cv-06434<br>Destiny Lane; Case No. 4:22-cv-06428<br>Edyta Lee, minor S.L.; Case No. 4:22-cv-06426 | Jay Leon; Case No. 4:22-cv-06425<br>Brianna Murden; Case No. 4:22-cv-05889<br>Lekeviya Newberry; Case No. 4:22-cv-06460<br>Bethany Odems, minor D.S.; Case No. 4:22-cv-06440<br>Tabitha Quinones, minor N.F.; Case No. 4:22-cv-06431<br>Sofia Rodriguez; Case No. 4:22-cv-06436<br>Virginia Roth, minor J.R.; Case No. 4:22-cv-05884<br>Autumn Seekford; Case No. 4:22-cv-03883<br>Chad Smith, minior K.S.; Case No. 4:22-cv-06421<br>Melanie Smith; Case No. 4:22-cv-06138<br>Gabriella Stewart; Case No. 4:22-cv-05109<br>Ayla Tanton, minor M.R.; Case No. 4:22-cv-06545<br>Megan Waddell, minor C.W.; Case No. 4:22-cv-05888<br>Caitlyn Walsh; Case No. 4:22-cv-06667<br>Nina White; Case No. 4:22-cv-05891<br>Diane Williams, minor C.M.; Case No. 4:22-cv-05886<br>Regine Wynne; Case No. 4:22-cv-06432<br>Shelly Capka, minor J.C.; Case No. 4:22-cv-6583<br>Lawanda Simpson, minor F.M.; Case No. 4:22-cv-6587<br>Veronica Hicks, minor D.M.; Case No. 4:22-cv-6627<br>Penelope Hough; Case No. 4:22-cv-6638<br>Jeffrey Wombles, minor M.W.; Case No. 4:22-cv-6685<br>Melanie Clarke-Penella, minor R.R.; Case No. 4:22-cv-6692<br>Brianna Lane; Case No. 4:22-cv-6812<br>Austin Naber; Case No. 4:22-cv-6832 |
| C.A. Goldberg, PLLC | Carrie Goldberg<br>Hannah Meropol | Dean Nasca; Michelle Nasca; Case No. 4:22-cv-06134 | |
| DiCello Levitt | Mark Abramowitz | Khymberleigh Levin, minor J.L.; Case No. 3:22-cv-06263 | |
| Gibbs Law Group LLP | Andre Mura | Kayden Gould; Case No. 4:22-cv-06279 | |
| Hach & Rose LLP | Hillary Nappi | D.H.; Case No. 22-cv-04888 | |
| Levin Papantonio Rafferty | Emmie Paulos | M.F., B.F., A.F.; Case No. 4:22-cv-05573<br>Michelle Wheeldon; Case No. 4:22-cv-06306 | |
| Levin Sedran & Berman, LLP | Michael M. Weinkowitz | Laurel Clevenger; Case No. 4:22-cv-06457<br>Ely Donavette; Case No. 4:22-cv-06067<br>Gabriella Ortiz; Case No. 4:22-cv-06458 | |
| Lieff Cabraser Heimann & Bernstein | Lexi J. Hazam<br>Jason L. Lichtman<br>Kelly K. McNabb<br>MIriam Marks<br>Tiseme G. Zegeye | Margit La Blue, Jason La Blue; Case No. 4:22-cv-06256<br>Julie Kosiorek, Richard Kosiorek; Case No. 4:22-cv-06142<br>Dayna Page, Robert Page; Case No. 4:22-cv-06124<br>Sari Neave, Scott Neave; Case No. 4:22-cv-06126<br>Amanda Duke; Case No. 4:22-cv-06200<br>Danielle Cohen, Joe Cohen; Case No. 4:22-cv-06207<br>Lorine Hawthorne, Chris Hawthorne; Case No. 4:22-cv-06751<br>Jennifer Frommer, Henry Frommer; Case No. 4:22-cv-06749<br>Mandy Westwood, Douglas Westwood; Case No. 4:22-cv-06461 | |
| Marsh Law Firm PLLC | James Marsh<br>(Remote Appearance Requested) | D.H.; Case no. 4:22-cv-04888 | |
| Morgan & Morgan | Emily Jeffcott | Cecelia Tesch, minor R.P.; Case No. 4:22-cv-06167<br>Apriel Dorsey, minor E.M.; Case No. 4:22-cv-06451<br>Isabella Dienes; Case No. 4:22-cv-06193<br>Brooke Downing; Case No. 4:22-cv-06388<br>Star Wishkin, minor S.N.; Case No. 4:22-cv-06459<br>Sydney Reuscher; Case No. 4:22-cv-06192<br>Shawntavia Jamerson, minor C.B.; 5:22-cv-00380 (M.D.Fl)<br>Andrea Harrison, minor L.H.; Case No. 4:22-cv-06452<br>Alexander Salmons; 5:22-cv-00391 (M.D.Fl)<br>Jazzlyn Rivera; Case No. 4:22-cv-06383<br>Aaliyah Robinson; 3:22-cv-02094 (S.D. Il)<br>Robert Turgeon, minor S.T.; Case No. 4:22-cv-06616<br>Angela Canche, minor T.C.B.; Case No. 4:22-cv-06449<br>Bernard Cerone, minor B.C.; Case No. 4:22-cv-06417<br>Cameron Leonard; Case No. 4:22-cv-00215 (S.D. Ga)<br>Jennifer Koutsouftikis, minor E.K.; Case No. 1:22-cv-01079 (E.D. Va) | |
| Motley Rice | Previn Warren<br>Jodi Flowers<br>Mathew Jaskinski<br>Jonathan Orent | Nicholas Calvoni, Rosemarie Calvoni, minor J.C.; Case No. 4:22-cv-05873 | |
| Ron Austin Law | Ron A. Austin | Kaitlin Miller; Case No. 4:22-cv-06214 | |
| Seeger Weiss | Christopher Seeger<br>Christopher Ayers<br>Jennifer Scullion | Tammy Rodriguez; Case No. 4:22-cv-00401<br>S.R.; Case No. 4:22-cv-06455<br>J.H; Case No. 4:22-cv-04710<br>C.C.; Case No. 4:22-cv-04709<br>L.A.T.; Case No. 4:22-cv-04937<br>V.P.; Case No. 4:22-cv-06617<br>Ashleigh Heffner; Case No. 4:22-cv-03849<br>Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209<br>Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286<br>Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210<br>C.N., Candace Wuest; Case No. 4:22-cv-04283<br>Darla Gill, Joseph Ryan Gill; Case No. 4:22-cv-05985<br>Brittney Doffing; Case No. 4:22-cv-05892<br>I.A., K.A., and A.A.; Case No. 4:22-cv-06252<br>Alexis Spence, Kathleen Spence, Jeffrey Spence; Case No. 4:22-cv-03294<br>J.M., D.M.; Case No. 4:22-cv-04533<br>Jennifer Mitchell; Case No. 4:22-cv-06387<br>T.R.; Case No. 4:22-cv-04712<br>Damian Johnson; Case No. 4:22-cv-06418<br>E.W.; Case No. 4:22-cv-04528<br>M.C.; Case No. 4:22-cv-04529<br>Gail Flatt; Case No. 4:22-cv-04535<br>T.K.; Case No. 4:22-cv-04588 | |

| | | | |
|---|---|---|---|
| Simmons Hanly Conroy | Jayne Conroy<br>Ellyn Hurd | Samantha Skoler; Case No. 4:22-cv-06326 | |
| Social Media Victims Law Center | Matthew P. Bergman<br>Laura Marquez-Garrett<br>Glenn Draper<br>Madeline Basha | Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286<br>Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209<br>Brittney Doffing; Case No. 4:22-cv-05892<br>C.N., Candace Wuest; Case No. 4:22-cv-04283<br>Ashleigh Heffner; Case No. 4:22-cv-03849<br>C.C.; Case No. 4:22-cv-04709<br>Damian Johnson; Case No. 4:22-cv-06418<br>J.M., D.M.; Case No. 4:22-cv-04533<br>Darla Gill, Joseph Ryan Gill; Case No. 4:22-cv-05985<br>Dean Nasca; Michelle Nasca; Case No. 4:22-cv-06134<br>D.D., G.D.; Case No. 4:22-cv-06190<br>Donna Dawley, minor C.D.; Case No. 4:22-cv-06376<br>E.W., Z.W.; Case No. 4:22-cv-04528<br>Gail Flatt, minor S.F.; Case No. 4:22-cv-04535<br>I.A., K.A., and A.A.; Case No. 4:22-cv-06252<br>J.O., minor C.O.; Case No. 4:22-cv-05546<br>Jennifer Mitchell, minor J.E.; Case No. 4:22-cv-06387<br>J.H., minors N.R. and A.M.; Case No 4:22-cv-04710<br>Alexis Spence, Kathleen Spence, Jeffrey Spence; Case No. 4:22-cv-03294<br>L.A.T., minors P.T. and L.T.; Case No. 4:22-cv-04937<br>M.F., B.F., and A.F; Case No. 4:22-cv-05573<br>M.C., minor M.B.; Case No. 4:22-cv-04529<br>S.R., minor L.S.; Case No. 4:22-cv-06455 | T.R., minor E.R.; Case No. 4:22-cv-04712<br>Tammy Rodriguez; Case No. 4:22-cv-00401<br>Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210<br>V.P., minor J.P.; Case No. 4:22-cv-06617 |
| The Carlson Law Firm | Ruth Rizkalla<br>John Frabry | Tiffany Woods, minor N.L.; Case No. 4:22-cv-06591 | |
| Walsh Law | Alexandra Walsh<br>(Remote Appearance Requested) | T.S. v. Meta Platforms Inc. et al, 4:22-cv-06454 | |
| Watts Guerra LLP | Paige Boldt | Lachiina McComb; Case No. 4:22-cv-06218 | |
| Weitz & Luxenberg | James Bilsborrow | D.D.; Case No. 22-cv-6205 | |

## Defendant Attorney Attendance at December 14, 2022 Conference
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION  (Case No. 4:22-md-03047-YGR)*

| Law Firm | Lawyer/Lawyers Attending Conference | Party/Parties Appearing on behalf of | Underlying cases |
|---|---|---|---|
| Covington & Burling LLP | Phyllis Jones<br>Paul Schmidt<br>Ashley Simonsen | Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC;<br>Siculus, Inc.;<br>Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-6205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-06989; 4:22-cv-07092; 4:22-cv-07347 |
| Gibson, Dunn & Crutcher LLP | Rose Ring | Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC;<br>Siculus, Inc.;<br>Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-6205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-06989; 4:22-cv-07092; 4:22-cv-07347 |
| Munger, Tolles & Olson LLP | Jonathan Blavin<br>Lauren Bell | Snap Inc. | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-03849; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04888; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092; 4:22-cv-07347 |
| King & Spalding LLP | Geoffrey Drake | TikTok Inc.;<br>ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092 |
| Faegre Drinker Biddle & Reath LLP | Amy Fiterman | TikTok Inc.;<br>ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092 |
| Wilson Sonsini Goodrich & Rosati, PC | Lauren Gallo White | Alphabet Inc.;<br>Google LLC;<br>YouTube, LLC | 3:22-cv-04528; 4:22-cv-04710; 4:22-cv-06418; 3:22-cv-04529; 3:22-cv-04937 |
| Wilson Sonsini Goodrich & Rosati, PC | Anthony Weibell | Roblox | 4:22-cv-07347 |