# EXHIBIT A

**<u>Attachment A</u>**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**EX PARTE APPLICATION AND
[PROPOSED] ORDER FOR
APPOINTMENT OF GUARDIAN
*AD LITEM***

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the undersigned Applicant hereby seeks an appointment as a guardian *ad litem* in this litigation.

1. Guardian *Ad Litem* Applicant Name:

2. Applicant Contact Information:

    a.  Address:

    b.  Telephone number:

    c.  Email:

3. The Applicant seeks to represent the interests of the following plaintiff (referred to hereinafter as "Minor Plaintiff") in the above-captioned litigation:

    a.  Name:

    b.  State of Domicile:

c.  Minimum Age of Capacity to Sue in State of Domicile:

d.  Date of Birth:

e.  Case Number:

f.  Attorney of Record:

4.  The Minor Plaintiff is a minor without the capacity to sue pursuant to the laws of their state of domicile.

5.  The Court should appoint a guardian *ad litem* pursuant to the Court's Order Regarding Appointments of Guardian *Ad Litem*, and the Minor Plaintiff has no other appointed guardian or conservator of their estate authorized to act on their behalf in this litigation.

6.  The applicant and proposed guardian *ad litem* has the following relationship to the Minor Plaintiff they are seeking to represent is (*select one*):

a.  ☐  Parent

b.  ☐  Legal Guardian

c.  ☐  Not Related (*explain relationship*):

7.  The Applicant is fully competent and qualified to understand and protect the rights of the person they will represent and has no interests adverse to the interests of that person. (*If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed.*)

Submitted by:

Date: _____

_____        _____
Attorney Name (Printed)                                      Attorney Signature

1

**APPLICANT DECLARATION**

2        I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

3   and correct.

4

5   Date: _____

6   _____          _____

7   Applicant Name (Printed)                              Applicant Signature

8

**CONSENT TO ACT AS GUARDIAN *AD LITEM***

9        I consent to the appointment of guardian *ad litem* under the above petition.

10  Date: _____

11

12  _____          _____

    Applicant Name (Printed)                              Applicant Signature

13

14                        **ORDER**

15       Based on the foregoing, the Court finds that it is reasonable and necessary to appoint a

16  guardian *ad litem* for the Minor Plaintiff identified in paragraph 3 as requested.

17       The Court orders that the above-identified Applicant is hereby appointed guardian *ad*

18  *litem* for the Minor Plaintiff identified in paragraph 3, above.

19       **IT IS SO ORDERED.**

20   Date: _____

21

22                        _____
                          YVONNE GONZALEZ ROGERS
                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

EX PARTE APPLICATION AND [PROPOSED] ORDER
FOR APPOINTMENT OF GUARDIAN AD LITEM
CASE NO. 4:22-MD-03047-YGR