Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TOLLING OF APPLICABLE STATUTES OF LIMITATION** |
| ALL ACTIONS | |

1
2
3
4
5
6

Pursuant to Civil Local Rule 7-12, Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

7
8
9

WHEREAS, on October 6, 2022, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring multiple cases pursuant to 28 U.S.C. 1407 to the Northern District of California as MDL No. 3047 (ECF No. 1);

10
11

WHEREAS, the Parties anticipate that the JPML will continue to issue conditional transfer orders transferring other cases to this venue;

12
13
14
15
16

WHEREAS, in Case Management Order No. 1 ("CMO No. 1"), issued on November 10, 2022, this Court ordered the parties to meet and confer and to provide the Court with proposed orders or recommendations to facilitate judicious resolution of, among other topics, the filing of a master complaint and short form attachments by the next status conference set for December 14, 2022 (ECF No. 75);

17
18

WHEREAS, on November 17, 2022, Plaintiff Brittney Stoudemire filed a motion for leave to amend her complaints to name additional specific Defendants (ECF No. 83);

19
20
21

WHEREAS, Plaintiff Stoudemire represented to Defendants and to the Court that she filed these motions because statutes of limitation governing claims not currently asserted in her complaints (including as against specific Defendants) continue to run;

22
23
24

WHEREAS, on November 21, 2022, Plaintiff Joleen Youngers filed a motion for leave to amend her complaint to provide identifying information about the adult plaintiffs in her suit who are presently identified by pseudonyms only (ECF No. 85);

25
26
27

WHEREAS, to avoid unnecessary motion practice seeking leave to amend complaints to add claims or Defendants or to identify Plaintiffs by their full names, the Parties have met and conferred and agreed, subject to Court approval, to the following:

28

STIPULATION AND [PROPOSED] ORDER REGARDING
TOLLING OF APPLICABLE STATUTES OF LIMITATIONS
NO. 4:22-MD-03047-YGR

1

2      1.   With respect to Plaintiff Brittney Stoudemire and Plaintiffs in the *Younger* matter, all

3           applicable statutes of limitation relating to claims asserted against the undersigned

4           Defendants shall be tolled from November 22, 2022, until the deadline for filing short

5           form complaints for such Plaintiffs, and, if no deadline is set or applies, thirty days

6           after the filing of the master complaint;

7      2.   For other Plaintiffs whose complaints have been filed in or transferred to MDL No.

8           3047 before Plaintiffs' master complaint is filed and who wish to file amended

9           complaints, counsel for any such Plaintiffs shall notify Liaison Counsel for Plaintiffs

10          and Defendants and meet and confer with Defendants regarding a tolling agreement.

11          To facilitate an efficient conferral process, any Plaintiff seeking a tolling agreement

12          shall in their initial request set out in writing the amendments for which they seek

13          tolling.  Defendants and any Plaintiffs seeking a tolling agreement shall meet and

14          confer expeditiously and in good faith regarding any such request to avoid

15          unnecessary motion practice.  If the Parties agree to tolling for the complaint in

16          question, the statutes of limitation shall be deemed tolled from the date the tolling was

17          requested until the deadline for filing short form complaints for such Plaintiffs, and, if

18          no deadline is set or applies, thirty days after the filing of the master complaint.

19     3.   Subject to order of the Court, the motions for leave to amend filed at ECF Nos. 83 and

20          85 shall be denied without prejudice.

21   Dated: December 9, 2022                    Respectfully submitted,

22

23                                              LIEFF CABRASER HEIMAN
                                                & BERNSTEIN, LLP
24
                                                By:   */s/ Lexi J. Hazam*
25                                                    Lexi J. Hazam
                                                      275 Battery Street, 29th Floor
26                                                    San Francisco, CA 94111-3339
                                                      Telephone: (415) 956-1000
27                                                    Facsimile: (415) 956-1000
                                                      *lhazam@lchb.com*
28

STIPULATION AND [PROPOSED] ORDER REGARDING
TOLLING OF APPLICABLE STATUTES OF LIMITATIONS
NO. 4:22-MD-03047-YGR

1

SEEGER WEISS, LLP

2
By:      */s/ Christopher A. Seeger*
Christopher A. Seeger
3
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
4
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
5
*cseeger@seegerweiss.com*

6
MOTLEY RICE, LLC

7
By:      */s/ Previn Warren* ___
Previn Warren
8
401 9th Street NW, Suite 630
Washington, DC 20004
9
Telephone: (202) 386-9610
Facsimile: (202) 232-5513
10
pwarren@motleyrice.com

11
*Plaintiffs' Co-Lead Counsel*

12

13
COVINGTON & BURLING LLP

14
By:      */s/ Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
15
COVINGTON & BURLING LLP
One CityCenter
16
850 Tenth Street, NW
Washington, DC 20001-4956
17
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
18
Email:  pajones@cov.com

19
*Attorney for Defendants Meta Platforms, Inc. f/k/a*
20
*Facebook, Inc.; Facebook Holdings, LLC; Facebook*
*Operations, LLC; Facebook Payments, Inc.;*
21
*Facebook Technologies, LLC; Instagram, LLC;*
*Siculus, Inc.; and Mark Elliot Zuckerberg*
22

23
GIBSON, DUNN & CRUTCHER LLP
24
By:      */s/ Rosemarie T. Ring*
25
Rosemarie T. Ring
GIBSON, DUNN & CRUTCHER LLP
26
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
27
Telephone: 415.393.8200
Email:  rring@gibsondunn.com
28

- 4 -

1

2
*Attorney for Defendants Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC; Facebook*
3
*Operations, LLC; Facebook Payments, Inc.;*
*Facebook Technologies, LLC; Instagram, LLC;*
4
*Siculus, Inc.; and Mark Elliot Zuckerberg*

5
KING & SPALDING LLP

6
By:   */s/ Geoffrey M. Drake*
7
        Geoffrey M. Drake
        1180 Peachtree Street, NE, Suite 1600
8
        Atlanta, GA 30309
        Telephone: + 1 (404) 572-4600
9
        Facsimile: + 1 (404) 572-5100
        Email: gdrake@kslaw.com
10

11
*Attorneys for Defendants TikTok Inc. and ByteDance*
*Inc.*
12

13
FAEGRE DRINKER LLP

14
By:   */s/ Andrea Roberts Pierson*
15
        Andrea Roberts Pierson
        300 N. Meridian Street, Suite 2500
16
        Indianapolis, IN 46204
        Telephone: + 1 (317) 237-0300
17
        Facsimile: + 1 (317) 237-1000
        Email: andrea.pierson@faegredrinker.com
18

19
*Attorneys for Defendants TikTok Inc. and ByteDance*
*Inc.*
20

21
MUNGER, TOLLES & OLSEN LLP

22
By:   */s/ Jonathan H. Blavin*
23
        Jonathan H. Blavin, SBN 230269
        MUNGER, TOLLES & OLSON LLP
24
        560 Mission Street, 27th Floor
        San Francisco, CA  94105-3089
25
        Telephone:  (415) 512-4000
        Facsimile:  (415) 512-4077
26

27
        Rose L. Ehler (SBN 29652)
        Victoria A. Degtyareva (SBN 284199)
28
        Laura M. Lopez, (SBN 313450)
        Ariel T. Teshuva  (SBN 324238)

STIPULATION AND [PROPOSED] ORDER REGARDING
TOLLING OF APPLICABLE STATUTES OF LIMITATIONS
NO. 4:22-MD-03047-YGR

1

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

2

3

4

5

Lauren A. Bell (*pro hac vice forthcoming)*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

6

7

8

9

10

*Attorneys for Defendant Snap Inc.*

11

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

12

13

By:     */s/ Brian M. Willen*
Brian M. Willen
bwillen@wsgr.com
Vivek Tata
vtata@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

14

15

16

17

18

Lauren Gallo White
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

19

20

21

22

23

Christopher Chiou
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

24

25

26

27

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

28

STIPULATION AND [PROPOSED] ORDER REGARDING
TOLLING OF APPLICABLE STATUTES OF LIMITATIONS
NO. 4:22-MD-03047-YGR

1

2    **IT IS SO ORDERED.**

3

4    DATE:   December 13, 2022

5                                                          Hon. Yvonne Gonzalez Rogers

6

7

8                          **SIGNATURE CERTIFICATION**

9         Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose

10   behalf the filing is submitted, concur in this filing's content and have authorized this filing.

11   Dated: December 9, 2022

12                                            */s/ Jennie Lee Anderson*

13                                            Jennie Lee Anderson
                                             ANDRUS ANDERSON LLP
14                                           155 Montgomery Street, Suite 900
                                             San Francisco, CA 94104
15                                           Tel. (415) 986-1400
                                             Fax. (415) 986-1474
16                                           jennie@andrusanderson.com

17                                           *Plaintiffs' Liaison Counsel*

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
                                             TOLLING OF APPLICABLE STATUTES OF LIMITATIONS
                                             NO. 4:22-MD-03047-YGR