Christopher A. Seeger
Christopher L. Ayers
Diogenes P. Kekatos
Jennifer R. Scullion
Nigel Halliday
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com
dkekatos@seegerweiss.com
jscullion@seegerweiss.com
nhalliday@seegerweiss.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF JENNIFER R. SCULLION** |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Jennifer R. Scullion, of SEEGER WEISS LLP, 55 Challenger Road, 6th Floor, Ridgefield Park, NJ 07660, hereby appears as counsel for the following Plaintiffs: Blair Aranda, Gregorio Aranda, C.C., C.N., Candace Wuest, Donna Dawley, Brittany Doffing, E.W., Gail Flatt, Darla Gill, Joseph Ryan Gill, Ashleigh Heffner, I.A., K.A., A.A., J.H., J.M., D.M., J.O., Damian Johnson, J.M., D.M., L.A.T., M.C., M.F., B.F., A.F., Alexandra Martin, Benjamin Martin, Jennifer Martin, Jennifer Mitchell, Dean Nasca, Michelle

| | |
|---|---|
| 1 | Nasca, Brandy Roberts, Toney Roberts, Tammy Rodriguez, S.R., T.K., T.R., and V.P. |
| 2 | The undersigned respectfully requests to be included via e-mail on the Court's |
| 3 | notification of all electronic filings in this action. |

Dated:  December 14, 2022          SEEGER WEISS LLP

*/s/ Jennifer R. Scullion*
Jennifer R. Scullion (Bar# 183476)
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Fax: 973-679-8656
Jscullion@seegerweiss.com