# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 12/14/2022 | Time: 8:33 – 9:53 | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |

**Attorney for Plaintiffs:** See Attached
**Attorney for Defendants:** See Attached

**Deputy Clerk:** Aris Garcia                **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Case Management Conference – HELD

Master Complaint(s) shall be filed by 2/14/2023

Parties shall file a joint proposed SFC Order and SFC and proposed specifications for Defendants' Motion(s) to Dismiss or submit letter briefs limited to 4 pages single spaced with 12-point font by 2/28/2023.

Case Management Conference will be set by separate order.

Plaintiffs with complaints filed by the date of the SFC order file SFCs due by 4/4/2023.

Defendants shall file Motion(s) to Dismiss by 4/17/2023.

Plaintiffs shall file opposition(s) to the Motion(s) to Dismiss by 6/1/2023.

Defendants shall file reply brief(s) by 6/30/2023.

Dispositive Motions on Short Form Complaints is not allowed by the Court.

The [101] STIPULATION WITH PROPOSED ORDER Regarding Tolling of Applicable Statutes of Limitation is Granted by the Court with the changes as stated on the record.

The [103] MOTION Re Appointments of Guardians Ad Litem (Unopposed) is Granted by the Court.

As to Haugen discovery, Mr. Warren shall identify to the defendants the specific documents to be used in the Master Complaint(s). Any Objections to plaintiffs' request shall be made to Magistrate Judge Hixson due 1 week after plaintiffs submits their request.

Defendants shall file the document requests from the AGs under seal by Monday, December 19, 2022 at 9:00 a.m.

Master Complaint(s) shall be filed partly under seal to the extent appropriate.

Direct filing order shall be revised to include gender inclusive pronouns.

Request for common benefit order is denied as moot since the parties will continue to meet and confer. Redline of revised order shall be submitted to the Court's proposed order inbox.

A separate order detailing the events of the second case management conference will follow.

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**

***IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION***

**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Andrus Anderson LLP | Jennie Lee Anderson | [signature] | Tammy Rodriguez; Case No. 4:22-cv-00401 | |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Sin-Ting Mary Liu | [signature] | D.H.; Case no. 4:22-cv-04888 | |
| Baron & Budd, P.C. | Peter Klausner | [signature] | Julie Kosiorek and Richard Kosiorek, minor K.K; Case No. 4:22-cv-06142 | |

1

Plaintiff Attorney Sign-In for December 14, 2022 Conference

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Beasley Allen | Joseph VanZandt<br>Jennifer Emmel | Jennifer Emmel [signature] | Zakeyaha Amacker, minor T.B; Case No. 4:22-cv-06150<br>Teonna Bradshaw; Case No. 4:22-cv-06209<br>Jessica Bright, minor M.B.; Case No. 4:22-cv-06318<br>Christian Brooks, minor J.W.; Case No. 4:22-cv-06308<br>Luvonia Brown, minor T.S.; Case No. 4:22-cv-06668<br>Kelli Cahoone; Case No. 4:22-cv-06117<br>Nadia Camacho; Case No. 4:22-cv-05893<br>Stephanie Carter, minor F.M.; Case No. 4:22-cv-05986<br>Jonathan Casteel; Case No. 4:22-cv-06423<br>Naomi Charles; Case No. 4:22-cv-06375<br>Donna Copelton, minor S.L.; Case No. 4:22-cv-06165<br>Klinten Craig; Case No. 4:22-cv-05890<br>Kenisha Day, minor J.D.; Case No. 4:22-cv-06215<br>Jessica Guerrero, minor S.G.; Case No. 4:22-cv-05894<br>Malinda Harris, minor B.J.; Case No. 4:22-cv-06085<br>Diamond Haywood; Case No. 4:22-cv-06429<br>Tameshia Hicks, minor L.B.; Case No. 4:22-cv-6162<br>Sabrina Huff-Young, minor S.B.; Case No. 4:22-cv-06430<br>Tracy Hunt, minor D.H.; Case No. 4:22-cv- | Jay Leon; Case No. 4:22-cv-06425<br>Brianna Murden; Case No. 4:22-cv-05889<br>Lekeviya Newberry; Case No. 4:22-cv-06460<br>Bethany Odems, minor D.S.; Case No. 4:22-cv-06440<br>Tabitha Quinones, minor N.F.; Case No. 4:22-cv-06431<br>Sofia Rodriguez; Case No. 4:22-cv-06436<br>Virginia Roth, minor J.R.; Case No. 4:22-cv-05884<br>Autumn Seekford; Case No. 4:22-cv-03883<br>Chad Smith, minior K.S.; Case No. 4:22-cv-06421<br>Melanie Smith; Case No. 4:22-cv-06138<br>Gabriella Stewart; Case No. 4:22-cv-05109<br>Ayla Tanton, minor M.R.; Case No. 4:22-cv-06545<br>Megan Waddell, minor C.W.; Case No. 4:22-cv-05888<br>Caitlyn Walsh; Case No. 4:22-cv-06667<br>Nina White; Case No. 4:22-cv-05891<br>Diane Williams, minor C.M.; Case No. 4:22-cv-05886<br>Regine Wynne; Case No. 4:22-cv- |

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**
**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | | | 6155 Chardey Hutsell; Case No. 4:22-cv-6153 Kim Isaacs, mionr A.I.; Case No. 4:22-cv-05885 Shanetta Kimber, minor D.K.; Case No. 4:22-cv-06498 Shanetta Kimber, minor D.K.; Case No. 4:22-cv-06434 Destiny Lane; Case No. 4:22-cv-06428 Edyta Lee, minor S.L.; Case No. 4:22-cv-06426 | 06432 Shelly Capka, minor J.C.; Case No. 4:22-cv-6583 Lawanda Simpson, minor F.M.; Case No. 4:22-cv-6587 Veronica Hicks, minor D.M.; Case No. 4:22-cv-6627 Penelope Hough; Case No. 4:22-cv-6638 Jeffrey Wombles, minor M.W.; Case No. 4:22-cv-6685 Melanie Clarke-Penella, minor R.R.; Case No. 4:22-cv-6692 Brianna Lane; Case No. 4:22-cv-6812 Austin Naber; Case No. 4:22-cv-6832 |

3

Plaintiff Attorney Sign-In for December 14, 2022 Conference

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| C.A. Goldberg, PLLC | Carrie Goldberg, Hannah Meropol | [signature] | Dean Nasca; Michelle Nasca; Case No. 4:22-cv-06134 | |
| DiCello Levitt | Mark Abramowitz | [signature] | Khymberleigh Levin, minor J.L.; Case No. 3:22-cv-06263 | |
| Gibbs Law Group LLP | Andre Mura | [signature] | Kayden Gould; Case No. 4:22-cv-06279 | |
| Hach & Rose LLP | Hillary Nappi | [signature] | D.H.; Case No. 22-cv-04888 | |
| Levin Papantonio Rafferty | Emmie Paulos | E. Paulos | M.F., B.F., A.F.; Case No. 4:22-cv-05573 Michelle Wheeldon; Case No. 4:22-cv-06306 | |
| Levin Sedran & Berman, LLP | Michael M. Weinkowitz | [signature] | Laurel Clevenger; Case No. 4:22-cv-06457 Ely Donavette; Case No. 4:22-cv-06067 Gabriella Ortiz; Case No. 4:22-cv-06458 | |
| Lieff Cabraser Heimann & Bernstein | Lexi J. Hazam, Jason L. Lichtman, Kelly K. McNabb, MIriam Marks, Tiseme G. Zegeye | [signatures] | Margit La Blue, Jason La Blue; Case No. 4:22-cv-06256 Julie Kosiorek, Richard Kosiorek; Case No. 4:22-cv-06142 Dayna Page, Robert Page; Case No. 4:22-cv-06124 Sari Neave, Scott Neave; Case No. 4:22-cv-06126 Amanda Duke; Case No. 4:22-cv-06200 Danielle Cohen, Joe Cohen; Case No. 4:22-cv-06207 Lorine Hawthorne, Chris Hawthorne; Case | |

4

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | | | No. 4:22-cv-06751 Jennifer Frommer, Henry Frommer; Case No. 4:22-cv-06749 Mandy Westwood, Douglas Westwood; Case No. 4:22-cv-06461 | |
| Marsh Law Firm PLLC | James Marsh (Remote Appearance) | | D.H.; Case no. 4:22-cv-04888 | |

5

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Morgan & Morgan | Emily Jeffcott | [signature] | Cecelia Tesch, minor R.P.; Case No. 4:22-cv-06167<br>Apriel Dorsey, minor E.M.; Case No. 4:22-cv-06451<br>Isabella Dienes; Case No. 4:22-cv-06193<br>Brooke Downing; Case No. 4:22-cv-06388<br>Star Wishkin, minor S.N.; Case No. 4:22-cv-06459<br>Sydney Reuscher; Case No. 4:22-cv-06192<br>Shawntavia Jamerson, minor C.B.; 5:22-cv-00380 (M.D.Fl)    Andrea Harrison, minor L.H.; Case No. 4:22-cv-06452<br>Alexander Salmons; 5:22-cv-00391 (M.D.Fl)<br>Jazzlyn Rivera; Case No. 4:22-cv-06383<br>Aaliyah Robinson; 3:22-cv-02094 (S.D. Il)<br>Robert Turgeon, minor S.T.; Case No. 4:22-cv-06616<br>Angela Canche, minor T.C.B.; Case No. 4:22-cv-06449<br>Bernard Cerone, minor B.C.; Case No. 4:22-cv-06417<br>Cameron Leonard; Case No. 4:22-cv-00215 (S.D. Ga)<br>Jennifer Koutsouftikis, minor E.K.; Case No. 1:22-cv-01079 (E.D. Va) | |

6

# Plaintiff Attorney Sign-In for December 14, 2022 Conference
## IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
### (Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Motley Rice | Previn Warren<br>Jodi Flowers<br>Mathew Jaskinski<br>Jonathan Orent | *[signatures]* | Nicholas Calvoni, Rosemarie Calvoni, minor J.C.; Case No. 4:22-cv-05873 | |
| Ron Austin Law | Ron A. Austin | *[signature]* | Kaitlin Miller; Case No. 4:22-cv-06214 | |

7

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Seeger Weiss | Christopher Seeger<br>Christopher Ayers<br>Jennifer Scullion | [signature] | Tammy Rodriguez; Case No. 4:22-cv-00401<br>S.R.; Case No. 4:22-cv-06455<br>J.H; Case No. 4:22-cv-04710<br>C.C.; Case No. 4:22-cv-04709<br>L.A.T.; Case No. 4:22-cv-04937<br>V.P.; Case No. 4:22-cv-06617<br>Ashleigh Heffner; Case No. 4:22-cv-03849<br>Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209<br>Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286<br>Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210<br>C.N., Candace Wuest; Case No. 4:22-cv-04283<br>Darla Gill, Joseph Ryan Gill; Case No. 4:22-cv-05985<br>Brittney Doffing; Case No. 4:22-cv-05892<br>I.A., K.A., and A.A.; Case No. 4:22-cv-06252<br>Alexis Spence, Kathleen Spence, Jeffrey Spence; Case No. 4:22-cv-03294<br>J.M., D.M.; Case No. 4:22-cv-04533<br>Jennifer Mitchell; Case No. 4:22-cv-06387 | |

# Plaintiff Attorney Sign-In for December 14, 2022 Conference
## IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
### (Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | | | T.R.; Case No. 4:22-cv-04712<br>Damian Johnson; Case No. 4:22-cv-06418<br>E.W.; Case No. 4:22-cv-04528<br>M.C.; Case No. 4:22-cv-04529<br>Gail Flatt; Case No. 4:22-cv-04535<br>T.K.; Case No. 4:22-cv-04588 | |

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Simmons Hanly Conroy | Jayne Conroy, Ellyn Hurd | [signature] | Samantha Skoler; Case No. 4:22-cv-06326 | |

10

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Social Media Victims Law Center | Matthew P. Bergman<br>Laura Marquez-Garrett<br>Glenn Draper<br>Madeline Basha | [signatures] | Alexandra Martin, Benjamin Martin, Jennifer Martin; Case No. 4:22-cv-04286 Blair Aranda, Gregorio Aranda; Case No. 4:22-cv-04209 Brittney Doffing; Case No. 4:22-cv-05892 C.N., Candace Wuest; Case No. 4:22-cv-04283 Ashleigh Heffner; Case No. 4:22-cv-03849 C.C.; Case No. 4:22-cv-04709 Damian Johnson; Case No. 4:22-cv-06418 J.M., D.M.; Case No. 4:22-cv-04533 Darla Gill, Joseph Ryan Gill; Case No. 4:22-cv-05985 Dean Nasca; Michelle Nasca; Case No. 4:22-cv-06134 D.D., G.D.; Case No. 4:22-cv-06190 Donna Dawley, minor C.D.; Case No. 4:22-cv-06376 E.W., Z.W.; Case No. 4:22-cv-04528 Gail Flatt, minor S.F.; Case No. 4:22-cv-04535 I.A., K.A., and A.A.; Case No. 4:22-cv-06252 J.O., minor C.O.; Case No. 4:22-cv-05546 Jennifer Mitchell, minor J.E.; Case No. 4:22-cv-06387 J.H., minors N.R. and A.M.; Case No 4:22-cv-04710 Alexis Spence, Kathleen Spence, Jeffrey Spence; Case No. 4:22-cv-03294 | T.R., minor E.R.; Case No. 4:22-cv-04712 Tammy Rodriguez; Case No. 4:22-cv-00401 Brandy Roberts, Toney Roberts; Case No. 4:22-cv-04210 V.P., minor J.P.; Case No. 4:22-cv-06617 |

11

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| | | | L.A.T., minors P.T. and L.T.; Case No. 4:22-cv-04937    M.F., B.F., and A.F; Case No. 4:22-cv-05573 M.C., minor M.B.; Case No. 4:22-cv-04529 S.R., minor L.S.; Case No. 4:22-cv-06455 | |

12

**Plaintiff Attorney Sign-In for December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| The Carlson Law Firm | Ruth Rizkalla, John Frabry | *[signature]* | Tiffany Woods, minor N.L.; Case No. 4:22-cv-06591 | |
| Walsh Law | Alexandra Walsh (Remote Appearance) | | T.S. v. Meta Platforms Inc. et al, 4:22-cv-06454 | |
| Watts Guerra LLP | Paige Boldt | *[signature]* | Lachiina McComb; Case No. 4:22-cv-06218 | |
| Weitz & Luxenberg | James Bilsborrow | *[signature]* | D.D.; Case No. 22-cv-6205 | |

13

Defendant Attorney Sign-In at December 14, 2022 Conference
IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Covington & Burling LLP | Phyllis Jones; Paul Schmidt; Ashley Simonsen | [signatures] | Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06376; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-6205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-06989; 4:22-cv-07092; 4:22-cv-07347 |

**Defendant Attorney Sign-In at December 14, 2022 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | Rose Ring | | Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-6205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-06989; 4:22-cv-07092; 4:22-cv-07347 |

Defendant Attorney Sign-In at December 14, 2022 Conference
IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION
(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Munger, Tolles & Olson LLP | Jonathan Blavin, Lauren Bell | *[signatures]* | Snap Inc. | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-03849; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04888; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092; 4:22-cv-07347 |
| King & Spalding LLP | Geoffrey Drake | *[signature]* | TikTok Inc.; ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092 |

Defendant Attorney Sign-In at December 14, 2022 Conference

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Faegre Drinker Biddle & Reath LLP | Amy Fiterman | | TikTok Inc.; ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092 |
| Wilson Sonsini Goodrich & Rosati, PC | Lauren Gallo White | | Alphabet Inc.; Google LLC; YouTube, LLC | 3:22-cv-04528; 4:22-cv-04710; 4:22-cv-06418; 3:22-cv-04529; 3:22-cv-04937 |
| Wilson Sonsini Goodrich & Rosati, PC | Anthony Weibell | | Roblox | 4:22-cv-07347 |

4