| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>    tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>    rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>    dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>    jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>    vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>    crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>    edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>    rbrass@gibsondunn.com<br>CAELI A. HIGNEY, SBN 268644<br>    chigney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES**<br><br>The Honorable Yvonne Gonzalez Rogers |

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiffs and Apple Inc. (each a "Party," and collectively the "Parties") wish to conserve the resources of the Court and to avoid filing multiple sealing motions and declarations, especially in light of the current judicial emergency in the Northern District of California, *see*, *e.g.*, Order Denying [81] Motion, *SaurikIT, LLC v. Apple Inc.*, Case No. 4:20-cv-08733-YGR (June 24, 2022) (Dkt. 84) (referencing judicial emergency and directing that "filing of . . . unnecessary motions should be avoided"); |

WHEREAS the Parties anticipate that filings in this action, including the forthcoming class certification briefing, will continue to involve confidential information which may belong to the Parties as well as non-parties (noting that briefing on Plaintiffs' first motion for class certification involved confidential information relating to fourteen third parties);

WHEREAS substantial time can be required to carefully and properly redact each Party and non-party's confidential information (and thereby avoid inadvertent public filings of confidential information and emergency requests to lock docket entries);

WHEREAS the Local Rules call for a separate motion to consider sealing for each third party to be supported by a subsequent motion or declaration from the third party, *see* Civil L.R. 79-5(f);

WHEREAS parties in other matters pending in this District have, with Court approval, stipulated to modifications of the seal procedures set forth in the local rules to minimize the burdens of multiple sealing requests, *see*, *e.g.*, Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for Sanctions, *In re Google Play Store Antitrust Litigation*, Case No. 3:20-cv-05671-JD (May 27, 2022) (Dkt. 264) (adopting procedure for omnibus sealing motion to follow completion of briefing on underlying motion); and

WHEREAS the Court has previously requested an omnibus filing to collect sealing requests, *see* Nov. 16, 2021 Tr. 81:9-14; Dkts. 617, 631;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- If a Party files a document for which it intends to request sealing, the Party may file the document in redacted or slip-sheet form and contemporaneously file an unredacted copy of the same document on the ECF docket, provisionally under seal, along with a 1-page interim

sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion;

- The Parties and any affected third parties shall jointly file an omnibus sealing motion within 14 days after the conclusion of briefing of the underlying motion or filing (including any associated filings such as *Daubert* motions or motions to strike);

- The Party filing the underlying document sought to be sealed shall bear the responsibility of: (1) notifying each affected third party regarding any of its confidential information that has been filed under seal and (2) soliciting each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion; and

- The Party filing the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 21 days following the Court's order on the omnibus sealing motion.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 16, 2022          GIBSON, DUNN & CRUTCHER LLP

                                   By:   */s/ Caeli A. Higney*
                                         Caeli A. Higney

                                   *Attorney for Defendant Apple Inc.*

Dated: September 16, 2022          WOLF HALDENSTEIN ADLER
                                   FREEMAN & HERZ LLP

                                   By:   */s/ Rachele R. Byrd*
                                         Mark C. Rifkin
                                         Betsy C. Manifold
                                         Rachele R. Byrd

                                   *Attorneys for Consumer Plaintiffs*

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Dated: September 16, 2022     GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Caeli A. Higney*
       Caeli A. Higney

*Attorney for Defendant Apple Inc.*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>September 26,    </u>, 2022

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge