1  Geoffrey M. Drake
   KING & SPALDING LLP
2  1180 Peachtree Street NE, Suite 1600
   Atlanta, GA 30309-3521
3  Telephone: (404) 572-4600
   Facsimile: (404) 572-5100
4  gdrake@kslaw.com

5  Andrea Roberts Pierson
   FAEGRE DRINKER LLP
6  300 N. Meridian Street, Suite 2500
   Indianapolis, IN 46204
7  Telephone: (317) 237-0300
8  Facsimile: (317) 237-1000
   andrea.pierson@faegredrinker.com
9
   *Attorneys for TikTok Inc. and*
10 *ByteDance Inc.*

11

12                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.'S, ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

      Pursuant to Civil Local Rule 79-5(b) and this Court's Case Management Order No. 3 (ECF 111), Defendants TikTok Inc. and ByteDance Inc. (collectively, "TikTok") have filed under seal the Civil Investigative Demands ("CIDs") received to date in the state attorneys general investigations Plaintiffs identified in footnote 9 to the parties' Case Management Statement (ECF No. 96): (1) "Texas Investigation into TikTok for alleged violations of children's privacy and facilitation of human trafficking"; and (2) "Attorneys General Investigation into TikTok's effects on kids' health."  The Court expressly authorized the filing of these non-public documents in Case Management Order No. 3 at 5:14-15, and therefore pursuant to Civil Local Rule 79-5(b), TikTok is not required to file a motion to seal.  TikTok is submitting the sealed documents for the

Court's review via this administrative motion out of an abundance of caution.  Further, TikTok understood from the Court's statements at the December 14, 2022 case management conference, that TikTok was not required to provide unsealed versions of the non-public documents to Plaintiffs at this stage.  Accordingly, TikTok has not provided the unsealed versions of the non-public documents to Plaintiffs.

DATED:  December 19, 2022

FAEGRE DRINKER LLP

By: /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson
    300 N. Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Telephone: + 1 (317) 237-0300
    Facsimile: + 1 (317) 237-1000
    Email: andrea.pierson@faegredrinker.com

KING & SPALDING LLP

By: /s/ Geoffrey M. Drake
    Geoffrey M. Drake
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309
    Telephone: + 1 (404) 572-4600
    Facsimile: + 1 (404) 572-5100
    Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*