# ATTACHMENT

**PUBLIC DOCUMENT**
**DOCUMENT LODGED UNDER SEALED**