Rosemarie T. Ring
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.801.7358
Email:  rring@gibsondunn.com

*Attorney for Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC;*
*Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and*
*Mark Elliot Zuckerberg*

*Additional counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 3047

Case No. 4:22-md-03047-YGR

**DEFENDANT META PLATFORM INC.'S ADMINISTRATIVE MOTION TO SEAL PER N.D. CAL. LOCAL RULE 79-5(b)**

Judge Yvonne Gonzalez Rogers

1    Pursuant to Civil Local Rule 79-5(b) and this Court's Case Management Order # 3 (ECF No.

2   111), Defendant Meta Platforms, Inc. ("Meta") has filed under seal non-public requests for

3   documents issued to Meta by State Attorneys General ("AGs") and an index identifying the requests.

4   The Court expressly authorized the filing of these non-public documents in Case Management Order

5   # 3 at 5:14-15, and therefore pursuant to Civil Local Rule 79-5(b), Meta is not required to file a

6   motion to seal.  However, Case Management Order # 3 is not currently linked to the "Document E-

7   filed Under Seal" filing event.  Therefore, and out of an abundance of caution, Meta is submitting the

8   sealed documents for the Court's review via this administrative motion.  Further, consistent with the

9   Court's statements at the December 14, 2022 case management conference, Meta is not providing

10   unsealed versions of these non-public documents to Plaintiffs.

11

12   DATED:  December 19, 2022                    Respectfully submitted,

13

14                                               By:    */s/ Rosemarie T. Ring*
                                                        Rosemarie T. Ring
15                                                      GIBSON, DUNN & CRUTCHER LLP
                                                        555 Mission Street, Suite 3000
16                                                      San Francisco, CA 94105-0921
                                                        Telephone: 415.393.8200
17                                                      Facsimile: 415.801.7358
                                                        Email:  rring@gibsondunn.com
18

19

20                                                      Phyllis A. Jones, *pro hac vice*
                                                        COVINGTON & BURLING LLP
21                                                      One CityCenter
                                                        850 Tenth Street, NW
22                                                      Washington, DC 20001-4956
                                                        Telephone: + 1 (202) 662-6000
23                                                      Facsimile: + 1 (202) 662-6291
                                                        Email:  pajones@cov.com
24

25                                                      *Attorney for Defendants Meta Platforms, Inc.*
                                                        *f/k/a Facebook, Inc.; Facebook Holdings,*
26                                                      *LLC; Facebook Operations, LLC; Facebook*
                                                        *Payments, Inc.; Facebook Technologies, LLC;*
27                                                      *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
                                                        *Zuckerberg*
28

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1</u>

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  December 19, 2022             GIBSON, DUNN & CRUTCHER LLP


By:      /s/ Rosemarie T. Ring
                   Rosemarie T. Ring