Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, on December 9, 2022, Plaintiffs filed a Notice of Proposed Order submitting the agreed-to proposed Case Management Order No. 3 – Direct Filing Order (ECF Nos. 100; 100-1);

WHEREAS, on December 14, 2022, the parties appeared before the Court for a Case Management Conference, during which the Court clarified on the record that using gender inclusive language is preferable and encouraged, and ordered the parties to resubmit a revised proposed order; and

WHEREAS, on December 15, 2022, the Court issued Case Management Order No. 3, ordering the Parties to submit a revised order by no later than Monday, December 19, 2022 (ECF No. 111).

The Parties hereby stipulate and submit to the Court the attached revised proposed order captioned [Proposed] Case Management Order No. 4 – Direct Filing Order.

Dated: December 19, 2022            Respectfully submitted,

LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP

By:     /s/ Lexi J. Hazam
        Lexi J. Hazam
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone: (415) 956-1000
        Facsimile: (415) 956-1000
        lhazam@lchb.com

|   |   |   |
|---|---|---|
| 1 |   | SEEGER WEISS, LLP |
| 2 | By: | */s/ Christopher A. Seeger* |
|   |   | Christopher A. Seeger |
| 3 |   | 55 Challenger Road 6th Floor |
|   |   | Ridgefield Park, NJ 07660 |
| 4 |   | Telephone: (973) 639-9100 |
|   |   | Facsimile: (973) 679-8656 |
| 5 |   | cseeger@seegerweiss.com |
| 6 |   | MOTLEY RICE, LLC |
| 7 | By: | */s/ Previn Warren* |
|   |   | Previn Warren |
| 8 |   | 401 9th Street NW, Suite 630 |
|   |   | Washington, DC 20004 |
| 9 |   | Telephone: (202) 386-9610 |
|   |   | Facsimile: (202) 232-5513 |
| 10 |   | pwarren@motleyrice.com |
| 11 |   | *Plaintiffs' Co-Lead Counsel* |

COVINGTON & BURLING LLP

By: */s/ Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rosemarie T. Ring*
Rosemarie T. Ring
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Email:  rring@gibsondunn.com

| | |
|---|---|
| 1 | |
| 2 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |

KING & SPALDING LLP

By:  */s/ Geoffrey M. Drake*
     Geoffrey M. Drake
     1180 Peachtree Street, NE, Suite 1600
     Atlanta, GA 30309
     Telephone: + 1 (404) 572-4600
     Facsimile: + 1 (404) 572-5100
     Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

FAEGRE DRINKER LLP

By:  */s/ Andrea Roberts Pierson*
     Andrea Roberts Pierson
     300 N. Meridian Street, Suite 2500
     Indianapolis, IN 46204
     Telephone: + 1 (317) 237-0300
     Facsimile: + 1 (317) 237-1000
     Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:  */s/ Jonathan H. Blavin*
     Jonathan H. Blavin, SBN 230269
     MUNGER, TOLLES & OLSON LLP
     560 Mission Street, 27th Floor
     San Francisco, CA  94105-3089
     Telephone:  (415) 512-4000
     Facsimile:  (415) 512-4077

     Rose L. Ehler (SBN 29652)
     Victoria A. Degtyareva (SBN 284199)
     Laura M. Lopez, (SBN 313450)
     Ariel T. Teshuva  (SBN 324238)

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA  90071-3426 |
| 3 | Telephone:  (213) 683-9100 |
|   | Facsimile:  (213) 687-3702 |

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Brian M. Willen*
         Brian M. Willen
         bwillen@wsgr.com
         Vivek Tata
         vtata@wsgr.com
         1301 Avenue of the Americas, 40th Floor
         New York, New York 10019
         Telephone: (212) 999-5800
         Facsimile: (212) 999-5899

         Lauren Gallo White
         lwhite@wsgr.com
         Samantha A. Machock
         smachock@wsgr.com
         One Market Plaza, Spear Tower, Suite 3300
         San Francisco, CA  94105
         Telephone: (415) 947-2000
         Facsimile: (415) 947-2099

         Christopher Chiou
         cchiou@wsgr.com
         633 West Fifth Street
         Los Angeles, CA 90071-2048
         Telephone: (323) 210-2900
         Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

- 5 -

STIPULATION AND [PROPOSED] CASE MANAGEMENT
ORDER NO. 4 – DIRECT FILING ORDER
NO. 4:22-MD-03047-YGR

## SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: December 19, 2022

/s/ Jennie Lee Anderson

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*