Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| 1. Your Name:* | Sydney D'Aloia | 7. Your Phone Number: | (215) 592-1500 |
|---|---|---|---|
| 2. Your Email Address:* | sdaloia@lfsblaw.com | 8. Full Case Number (if applicable): | 4:22-md-03047-YGR |
| 3. Receipt Number:* | ACANDC-17710538 | 9. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | 11/08/2022 | | |
| 5. Transaction Time:* | 7:58 pm | | |
| 6. Transaction Amount (Amount to be refunded):* | $ 402.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Petition for leave to appear by Zoom. Electronic filing error; $402.00 filing fee not required.

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday-Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY |||
|---|---|---|
| Refund request: | ✓ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED**<br>By Ana Banares at 4:28 pm, Jan 23, 2023 |
| Approval/denial date: | 1/24/2023 | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | 273H5LLF | Agency refund tracking ID number: 0971- ACANDC- |
| Date refund processed: | 1/24/2023 | Refund processed by: JPN  17710538 |
| Reason for denial (if applicable): |||
| Referred for OSC date (if applicable): |||