UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS MOTION RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER GOVERNING SEALING PROCEDURES** |

Plaintiffs and Meta Platforms, Inc. ("Meta"), Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; and TikTok Inc. ("TikTok"), ByteDance Inc., YouTube, Inc. ("Youtube"), Google LLC, and Alphabet Inc. ("Defendants," each a "Party," and together with Plaintiffs the "Parties") hereby submit the following Stipulation and [Proposed] Order Governing Sealing Procedures for the Master Complaint.

WHEREAS, this Court instructed the Parties in Case Management Order No. 3 (Dkt. No. 111) to "confer as to a process that will govern [sealing] in this case and propose a recommendation for the Court's consideration" (*id.* at 6);

WHEREAS, the Parties continue to confer regarding the process that will govern sealing in this case;

WHEREAS, the deadline to file the Master Complaint is February 14, 2023 (Dkt. 107);

WHEREAS, the Parties anticipate that the Master Complaint will reference or rely on information that Defendants have designated confidential, including information drawn from the documents produced by Meta and TikTok pursuant to this Court's order (Dkt. 125) and documents produced by YouTube and Snap pursuant to negotiated agreements between Plaintiffs and those Defendants;

WHEREAS, pursuant to Civil Local Rule 79-5(f), Plaintiffs will need to file an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (an "Administrative

Motion") for the portions of the Master Complaint that reference or rely on materials designated confidential by Defendants;

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), the deadline for Defendants to file a statement and/or declarations in support of sealing is February 21, 2023, seven days after the filing of Plaintiffs' Administrative Motion;

WHEREAS, pursuant to Civil Local Rule 79-5(f)(4), the deadline for Plaintiffs to file a response to Defendants' statement(s) in support of sealing is February 27, 2023 (Fed. R. Civ. P. 6);

WHEREAS, Defendants will need sufficient time to review, evaluate, and determine which portions of the Master Complaint should remain under seal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:

1. Plaintiffs will file a redacted version of the Master Complaint on the Court's public docket and provisionally file an unredacted version of the Master Complaint under seal.

2. The deadline for Defendants to submit a statement and/or declarations in support of sealing portions of Plaintiffs' Master Complaint cited in Plaintiffs' Administrative Motion shall be extended until February 28, 2023.

3. The deadline for Plaintiffs to file a response, if any, shall be extended to March 7, 2023.

4. Other than the modifications to filing deadlines set forth herein, all other provisions of Local Rule 79-5 shall apply.

1  **IT IS SO STIPULATED**, through Counsel of Record.

2

3  Dated: February 13, 2023                                    Dated: February 13, 2023

4  By: /s/*Previn Warren*                                      By: /s/*Rosemarie T. Ring*
         Previn Warren                                                 Rosemarie T. Ring
5

6  MOTLEY RICE, LLC                                            GIBSON, DUNN & CRUTCHER LLP
   401 9th Street NW, Suite 630                                555 Mission Street, Suite 3000
7  Washington, DC 20004                                        San Francisco, CA 94105-0921
   Telephone: (202) 386-9610                                   Telephone: 415.393.8200
8  Facsimile: (202) 232-5513                                   Email: rring@gibsondunn.com
   pwarren@motleyrice.com
9
   LIEFF CABRASER HEIMAN                                       COVINGTON & BURLING LLP
10 & BERNSTEIN, LLP                                            Phyllis A. Jones, *pro hac vice*
   Lexi J. Hazam                                               One CityCenter
11 275 Battery Street, 29th Floor                              850 Tenth Street, NW
   San Francisco, CA 94111-3339                                Washington, DC 20001-4956
12 Telephone: (415) 956-1000                                   Telephone: + 1 (202) 662-6000
   Facsimile: (415) 956-1000                                   Facsimile: + 1 (202) 662-6291
13 lhazam@lchb.com                                             Email: pajones@cov.com

14 SEEGER WEISS, LLP
   Christopher A. Seeger                                       *Attorneys for Defendants Meta Platforms, Inc.,*
15 55 Challenger Road 6th Floor                                *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
   Ridgefield Park, NJ 07660                                   *Facebook Operations, LLC; Facebook*
16 Telephone: (973) 639-9100                                   *Payments, Inc.; Facebook Technologies, LLC;*
   Facsimile: (973) 679-8656                                   *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
17 cseeger@seegerweiss.com                                     *Zuckerberg*

18 *Attorneys for Plaintiffs' Executive Committee*
                                                               By: /s/*Andrea Roberts Pierson*
19                                                                    Andrea Roberts Pierson

20                                                             300 N. Meridian Street, Suite 2500
                                                               Indianapolis, IN 46204
21                                                             Telephone: + 1 (317) 237-0300
22                                                             Facsimile: + 1 (317) 237-1000
                                                               Email: andrea.pierson@faegredrinker.com
23
                                                               *Attorneys for Defendants TikTok Inc. and*
24                                                             *ByteDance Inc.*

25
                                                               By: /s/ *Brian M. Willen*
26                                                                    Brian M. Willen

27

28

Brian W. Willen
bwillen@wsgr.com
Vivek Tata
vtata@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, Inc., Google LLC, and Alphabet Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

THE HONORABLE YVONNE GONZALEZ ROGERS

Per Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

Dated: February 13, 2023

By: /s/*Rosemarie T. Ring*
      Rosemarie T. Ring

Gibson, Dunn & Crutcher LLP