**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS MOTION RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GOVERNING SEALING PROCEDURES** |

Plaintiffs and Meta Platforms, Inc. ("Meta"), Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; and TikTok Inc. ("TikTok"), ByteDance Inc., YouTube, Inc. ("Youtube"), Google LLC, and Alphabet Inc. ("Defendants," each a "Party," and together with Plaintiffs the "Parties") hereby submit the following Stipulation and [Proposed] Order Governing Sealing Procedures for the Master Complaint.

WHEREAS, this Court instructed the Parties in Case Management Order No. 3 (Dkt. No. 111) to "confer as to a process that will govern [sealing] in this case and propose a recommendation for the Court's consideration" (*id.* at 6);

WHEREAS, the Parties continue to confer regarding the process that will govern sealing in this case;

WHEREAS, the deadline to file the Master Complaint is February 14, 2023 (Dkt. 107);

WHEREAS, the Parties anticipate that the Master Complaint will reference or rely on information that Defendants have designated confidential, including information drawn from the documents produced by Meta and TikTok pursuant to this Court's order (Dkt. 125) and documents produced by YouTube and Snap pursuant to negotiated agreements between Plaintiffs and those Defendants;

WHEREAS, pursuant to Civil Local Rule 79-5(f), Plaintiffs will need to file an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (an "Administrative

Gibson, Dunn & Crutcher LLP

1  Motion") for the portions of the Master Complaint that reference or rely on materials designated

2  confidential by Defendants;

3      WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), the deadline for Defendants to file a

4  statement and/or declarations in support of sealing is February 21, 2023, seven days after the filing of

5  Plaintiffs' Administrative Motion;

6      WHEREAS, pursuant to Civil Local Rule 79-5(f)(4), the deadline for Plaintiffs to file a

7  response to Defendants' statement(s) in support of sealing is February 27, 2023 (Fed. R. Civ. P. 6);

8      WHEREAS, Defendants will need sufficient time to review, evaluate, and determine which

9  portions of the Master Complaint should remain under seal;

10     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE

11  COURT'S APPROVAL:

12     1.     Plaintiffs will file a redacted version of the Master Complaint on the Court's public

13  docket and provisionally file an unredacted version of the Master Complaint under seal.

14     2.     The deadline for Defendants to submit a statement and/or declarations in support of

15  sealing portions of Plaintiffs' Master Complaint cited in Plaintiffs' Administrative Motion shall be

16  extended until February 28, 2023.

17     3.     The deadline for Plaintiffs to file a response, if any, shall be extended to March 7,

18  2023.

19     4.     Other than the modifications to filing deadlines set forth herein, all other provisions

20  of Local Rule 79-5 shall apply.

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER GOVERNING SEALING PROCEDURES
CASE NO. 4:22-MD-03047-YGR

1    **IT IS SO STIPULATED**, through Counsel of Record.

2

3    Dated: February 13, 2023                           Dated: February 13, 2023

4    By: /s/*Previn Warren*                             By: /s/*Rosemarie T. Ring*
          Previn Warren                                      Rosemarie T. Ring

5

6    MOTLEY RICE, LLC                                   GIBSON, DUNN & CRUTCHER LLP
     401 9th Street NW, Suite 630                       555 Mission Street, Suite 3000
7    Washington, DC 20004                               San Francisco, CA 94105-0921
     Telephone: (202) 386-9610                          Telephone: 415.393.8200
8    Facsimile: (202) 232-5513                          Email: rring@gibsondunn.com
     pwarren@motleyrice.com

9                                                       COVINGTON & BURLING LLP
     LIEFF CABRASER HEIMAN                              Phyllis A. Jones, *pro hac vice*
10   & BERNSTEIN, LLP                                   One CityCenter
     Lexi J. Hazam                                      850 Tenth Street, NW
11   275 Battery Street, 29th Floor                     Washington, DC 20001-4956
     San Francisco, CA 94111-3339                       Telephone: + 1 (202) 662-6000
12   Telephone: (415) 956-1000                          Facsimile: + 1 (202) 662-6291
     Facsimile: (415) 956-1000                          Email: pajones@cov.com
13   lhazam@lchb.com

14   SEEGER WEISS, LLP                                  *Attorneys for Defendants Meta Platforms, Inc.,*
     Christopher A. Seeger                              *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
15   55 Challenger Road 6th Floor                       *Facebook Operations, LLC; Facebook*
     Ridgefield Park, NJ 07660                          *Payments, Inc.; Facebook Technologies, LLC;*
16   Telephone: (973) 639-9100                          *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
     Facsimile: (973) 679-8656                          *Zuckerberg*
17   cseeger@seegerweiss.com

18   *Attorneys for Plaintiffs' Executive Committee*    By: /s/*Andrea Roberts Pierson*
                                                             Andrea Roberts Pierson
19

20                                                      300 N. Meridian Street, Suite 2500
                                                        Indianapolis, IN 46204
21                                                      Telephone: + 1 (317) 237-0300
                                                        Facsimile: + 1 (317) 237-1000
22                                                      Email: andrea.pierson@faegredrinker.com

23                                                      *Attorneys for Defendants TikTok Inc.  and*
                                                        *ByteDance Inc.*
24

25                                                      By: /s/ *Brian M. Willen*
                                                             Brian M. Willen
26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER GOVERNING SEALING PROCEDURES
CASE NO. 4:22-MD-03047-YGR

1  Brian W. Willen
bwillen@wsgr.com
2  Vivek Tata
vtata@wsgr.com
3  1301 Avenue of the Americas, 40th Floor
New York, New York 10019
4  Telephone: (212) 999-5800
Facsimile: (212) 999-5899
5

6  Lauren Gallo White
lwhite@wsgr.com
7  Samantha A. Machock
smachock@wsgr.com
8  One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
9  Telephone: (415) 947-2000
Facsimile: (415) 947-2099
10

11  Christopher Chiou
cchiou@wsgr.com
12  633 West Fifth Street
Los Angeles, CA 90071-2048
13  Telephone: (323) 210-2900
Facsimile: (866) 974-7329
14

15  *Attorneys for Defendants YouTube, Inc., Google
LLC, and Alphabet Inc.*
16

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20  Dated: February 14, 2023

21  THE HONORABLE YVONNE GONZALEZ ROGERS

22

STIPULATION AND [PROPOSED] ORDER GOVERNING SEALING PROCEDURES
CASE NO. 4:22-MD-03047-YGR

Gibson, Dunn &
Crutcher LLP

1    Per Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has

2  been obtained from the other signatories to this document.

3

4                                                       Dated: February 13, 2023

5                                                       By: /s/*Rosemarie T. Ring*
                                                             Rosemarie T. Ring

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [~~PROPOSED~~] ORDER GOVERNING SEALING PROCEDURES
CASE NO. 4:22-MD-03047-YGR