IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER THE TIKTOK DEFENDANTS' MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)** |
|---|---|

Having considered the motion and associated declarations, the Court rules as follows:

| **Paragraph** | **Ruling** |
|---|---|
| 125 | __ GRANT / __ DENY /__ OTHER: |
| 125, Fn. 124 | __ GRANT / __ DENY /__ OTHER: |
| 128 | __ GRANT / __ DENY /__ OTHER: |
| 131 | __ GRANT / __ DENY /__ OTHER: |
| 177 | __ GRANT / __ DENY /__ OTHER: |
| 178 | __ GRANT / __ DENY /__ OTHER: |
| 179 | __ GRANT / __ DENY /__ OTHER: |
| 554 | __ GRANT / __ DENY /__ OTHER: |
| 568, Fn. 680 | __ GRANT / __ DENY /__ OTHER: |
| 571 | __ GRANT / __ DENY /__ OTHER: |
| 613 | __ GRANT / __ DENY /__ OTHER: |
| 636, Fn. 737 | __ GRANT / __ DENY /__ OTHER: |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge