[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT SNAP INC.'S MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)** |
|---|---|

Under Civil Local Rules 7-11 and 79-5(f), and pursuant to the Stipulated Order Governing Sealing Procedures (ECF No. 132), Plaintiffs submit this administrative motion to consider whether Defendant Snap Inc.'s (hereinafter "Snap") materials should be sealed, specifically materials included in Plaintiffs' Master Complaint.

Plaintiffs' Master Complaint contains and refers to materials from Defendant Snap which Plaintiffs have agreed to treat as highly confidential until a protective order is entered by the Court and Defendant Snap has formally designated the materials under that protective order. The materials Plaintiffs have agreed to treat as highly confidential are identified in the following table:

| **Paragraph** |
|---|
| 174 |
| 450 |
| 453 |
| 468 |
| 486 |
| 542 |

1     Plaintiffs accordingly move to file those portions of the Master Complaint under seal.

2 Defendant Snap bears the burden of establishing that all of the referenced material is sealable.

3 Plaintiffs take no position at this time on whether any of the referenced material satisfy the

4 requirements for filing under seal.

5     As required by Civil Local Rule 79-5, Plaintiffs are filing redacted versions of the Master

6 Complaint on the public docket. An unredacted version attached to this motion under seal

7 contains highlighting to indicate where redactions are proposed.

8 Dated: February 14, 2023     Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Lexi J. Hazam*
Lexi J. Hazam