Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
lhazam@lchb.com

Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Facsimile: 973.679.8656
cseeger@seegerweiss.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**DECLARATION OF LEXI J. HAZAM IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT SNAP INC.'S MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)** |

I, Lexi Hazam, declare and state as follows:

1.     I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP and Co-Lead Counsel for Plaintiffs in this action. I am a member in good standing of the State Bar of California. I make this declaration based on my own personal knowledge. If called upon to

1  testify, I could and would testify competently to the truth of the matters stated herein.

2      2.    I submit this declaration, as required by Civil Local Rule 7-11, regarding Plaintiffs' Administrative Motion Consider Whether Defendant Snap Inc.'s Materials Should be Sealed.

3.  Plaintiffs' Master Complaint contains and refers to materials from Defendant Snap Inc. which Plaintiffs have agreed to treat as highly confidential until a protective order is entered by the Court and Defendant Snap Inc. has formally designated the materials under that protective order. Plaintiffs take no position at this time on whether any of the materials satisfy the requirements for filing under seal.

4.  As required by Civil Local Rule 79-5, Plaintiffs are filing redacted version of the Master Complaint on the public docket. Unredacted versions attached to this motion under seal contain highlighting to indicate where redactions are proposed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2023, in San Francisco, CA.

                                           */s/ Lexi J. Hazam*
                                           Lexi J. Hazam