IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER RE: AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER THE META DEFENDANTS' MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)** |

Having considered the motion and associated declarations, the Court rules as follows:

| Paragraph | Ruling |
|---|---|
| 10, Fn. 3 | __ GRANT / __ DENY / __ OTHER: |
| 19 | __ GRANT / __ DENY / __ OTHER: |
| 19, Fn. 13 | __ GRANT / __ DENY / __ OTHER: |
| 55, Fn. 17 | __ GRANT / __ DENY / __ OTHER: |
| 99 | __ GRANT / __ DENY / __ OTHER: |
| 99, Fn. 82 | __ GRANT / __ DENY / __ OTHER: |
| 99, Fn. 84 | __ GRANT / __ DENY / __ OTHER: |
| 125 | __ GRANT / __ DENY / __ OTHER: |
| 125, Fn. 124 | __ GRANT / __ DENY / __ OTHER: |
| 130 | __ GRANT / __ DENY / __ OTHER: |
| 140 | __ GRANT / __ DENY / __ OTHER: |
| 154 | __ GRANT / __ DENY / __ OTHER: |
| 154, Fn. 149 | __ GRANT / __ DENY / __ OTHER: |
| 155 | __ GRANT / __ DENY / __ OTHER: |
| 176 | __ GRANT / __ DENY / __ OTHER: |
| 180 | __ GRANT / __ DENY / __ OTHER: |
| 180, Fn. 180 | __ GRANT / __ DENY / __ OTHER: |
| 182 | __ GRANT / __ DENY / __ OTHER: |
| 182, Fn. 187 | __ GRANT / __ DENY / __ OTHER: |
| 183 | __ GRANT / __ DENY / __ OTHER: |
| 183, Fn. 190 | __ GRANT / __ DENY / __ OTHER: |
| 184 | __ GRANT / __ DENY / __ OTHER: |
| 185 | __ GRANT / __ DENY / __ OTHER: |
| 195 | __ GRANT / __ DENY / __ OTHER: |
| 195, Fn. 215 | __ GRANT / __ DENY / __ OTHER: |
| 195, Fn. 216 | __ GRANT / __ DENY / __ OTHER: |
| 235 | __ GRANT / __ DENY / __ OTHER: |
| 254 | __ GRANT / __ DENY / __ OTHER: |

| | | |
|---|---|---|
| 1 | 255 | __ GRANT / __ DENY / __ OTHER: |
| | 256 | __ GRANT / __ DENY / __ OTHER: |
| 2 | 257 | __ GRANT / __ DENY / __ OTHER: |
| 3 | 257, Fn. 304 | __ GRANT / __ DENY / __ OTHER: |
| | 258 | __ GRANT / __ DENY / __ OTHER: |
| 4 | 259 | __ GRANT / __ DENY / __ OTHER: |
| | 266 | __ GRANT / __ DENY / __ OTHER: |
| 5 | 267 | __ GRANT / __ DENY / __ OTHER: |
| 6 | 267, Fn. 317 | __ GRANT / __ DENY / __ OTHER: |
| | 267, Fn. 318 | __ GRANT / __ DENY / __ OTHER: |
| 7 | 268 | __ GRANT / __ DENY / __ OTHER: |
| | 268, Fn. 319 | __ GRANT / __ DENY / __ OTHER: |
| 8 | 269 | __ GRANT / __ DENY / __ OTHER: |
| 9 | 272 | __ GRANT / __ DENY / __ OTHER: |
| | 273 | __ GRANT / __ DENY / __ OTHER: |
| 10 | 278 | __ GRANT / __ DENY / __ OTHER: |
| | 278, Fn. 329 | __ GRANT / __ DENY / __ OTHER: |
| 11 | 278, Fn. 331 | __ GRANT / __ DENY / __ OTHER: |
| 12 | 280 | __ GRANT / __ DENY / __ OTHER: |
| | 281 | __ GRANT / __ DENY / __ OTHER: |
| 13 | 281, Fn. 338 | __ GRANT / __ DENY / __ OTHER: |
| | 282 | __ GRANT / __ DENY / __ OTHER: |
| 14 | 285 | __ GRANT / __ DENY / __ OTHER: |
| 15 | 285, Fn. 343 | __ GRANT / __ DENY / __ OTHER: |
| | 287 | __ GRANT / __ DENY / __ OTHER: |
| 16 | 292 | __ GRANT / __ DENY / __ OTHER: |
| 17 | 292, Fn. 353 | __ GRANT / __ DENY / __ OTHER: |
| | 295 | __ GRANT / __ DENY / __ OTHER: |
| 18 | 295, Fn. 357 | __ GRANT / __ DENY / __ OTHER: |
| | 298, | __ GRANT / __ DENY / __ OTHER: |
| 19 | 298, Fn. 360 | __ GRANT / __ DENY / __ OTHER: |
| | 299 | __ GRANT / __ DENY / __ OTHER: |
| 20 | 300 | __ GRANT / __ DENY / __ OTHER: |
| 21 | 301 | __ GRANT / __ DENY / __ OTHER: |
| | 302 | __ GRANT / __ DENY / __ OTHER: |
| 22 | 303 | __ GRANT / __ DENY / __ OTHER: |
| | 304 | __ GRANT / __ DENY / __ OTHER: |
| 23 | 308 | __ GRANT / __ DENY / __ OTHER: |
| | 309 | __ GRANT / __ DENY / __ OTHER: |
| 24 | 311 | __ GRANT / __ DENY / __ OTHER: |
| 25 | 312 | __ GRANT / __ DENY / __ OTHER: |
| | 313 | __ GRANT / __ DENY / __ OTHER: |
| 26 | 315 | __ GRANT / __ DENY / __ OTHER: |
| | 320 | __ GRANT / __ DENY / __ OTHER: |
| 27 | 321 | __ GRANT / __ DENY / __ OTHER: |
| 28 | 322 | __ GRANT / __ DENY / __ OTHER: |

| | | |
|---|---|---|
| 324 | __ GRANT / __ DENY / __ OTHER: | |
| 325 | __ GRANT / __ DENY / __ OTHER: | |
| 326 | __ GRANT / __ DENY / __ OTHER: | |
| 329 | __ GRANT / __ DENY / __ OTHER: | |
| 330, | __ GRANT / __ DENY / __ OTHER: | |
| 330, Fn. 447 | __ GRANT / __ DENY / __ OTHER: | |
| 334 | __ GRANT / __ DENY / __ OTHER: | |
| 342 | __ GRANT / __ DENY / __ OTHER: | |
| 343 | __ GRANT / __ DENY / __ OTHER: | |
| 344 | __ GRANT / __ DENY / __ OTHER: | |
| 348 | __ GRANT / __ DENY / __ OTHER: | |
| 352, Fn. 470 | __ GRANT / __ DENY / __ OTHER: | |
| 353 | __ GRANT / __ DENY / __ OTHER: | |
| 353, Fn. 472 | __ GRANT / __ DENY / __ OTHER: | |
| 354 | __ GRANT / __ DENY / __ OTHER: | |
| 355 | __ GRANT / __ DENY / __ OTHER: | |
| 356 | __ GRANT / __ DENY / __ OTHER: | |
| 361 | __ GRANT / __ DENY / __ OTHER: | |
| 364 | __ GRANT / __ DENY / __ OTHER: | |
| 365 | __ GRANT / __ DENY / __ OTHER: | |
| 366 | __ GRANT / __ DENY / __ OTHER: | |
| 371 | __ GRANT / __ DENY / __ OTHER: | |
| 371, Fn. 505 | __ GRANT / __ DENY / __ OTHER: | |
| 374 | __ GRANT / __ DENY / __ OTHER: | |
| 374, Fn. 511 | __ GRANT / __ DENY / __ OTHER: | |
| 376 | __ GRANT / __ DENY / __ OTHER: | |
| 376, Fn. 518 | __ GRANT / __ DENY / __ OTHER: | |
| 376, Fn. 519 | __ GRANT / __ DENY / __ OTHER: | |
| 376, Fns. 522-533 | __ GRANT / __ DENY / __ OTHER: | |
| 381 | __ GRANT / __ DENY / __ OTHER: | |
| 381, Fn. 539 | __ GRANT / __ DENY / __ OTHER: | |
| 382 | __ GRANT / __ DENY / __ OTHER: | |
| 389 | __ GRANT / __ DENY / __ OTHER: | |
| 396, Fn. 556 | __ GRANT / __ DENY / __ OTHER: | |
| 399 | __ GRANT / __ DENY / __ OTHER: | |
| 402 | __ GRANT / __ DENY / __ OTHER: | |
| 404 | __ GRANT / __ DENY / __ OTHER: | |
| 405 | __ GRANT / __ DENY / __ OTHER: | |
| 418 | __ GRANT / __ DENY / __ OTHER: | |
| 424 | __ GRANT / __ DENY / __ OTHER: | |
| 427 | __ GRANT / __ DENY / __ OTHER: | |
| 427, Fn. 580 | __ GRANT / __ DENY / __ OTHER: | |
| 428, Fn. 581 | __ GRANT / __ DENY / __ OTHER: | |
| 482 | __ GRANT / __ DENY / __ OTHER: | |
| 980 | __ GRANT / __ DENY / __ OTHER: | |
| 993 | __ GRANT / __ DENY / __ OTHER: | |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

                                                   _____
                                                   HON. YVONNE GONZALEZ ROGERS
                                                                   United States District Judge