JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
victoria.degtyareva@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

LAUREN BELL, *pro hac vice*
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C.  20001-5369
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| _____<br><br>This Document Relates to:<br><br>ALL ACTIONS<br>_____ | **SNAP INC.'S RESPONSE TO ADMINISTRATIVE MOTION TO SEAL**<br><br>Date Filed:   February 21, 2023<br>Judge:        Hon. Yvonne Gonzalez Rogers<br>Trial Date:   Not set |

**SNAP INC.'S RESPONSE TO ADMINISTRATIVE MOTION TO SEAL**

On February 14, 2023, Plaintiffs filed the Master Complaint (ECF No. 136) for this case. The Master Complaint references, paraphrases, and quotes material from several documents that Snap Inc. ("Snap"), pursuant to an agreement with Plaintiffs, provisionally designated as highly confidential until a protective order is entered in this case and the documents can be designated pursuant to that protective order.  Plaintiffs filed an Administrative Motion to Consider Whether Defendant Snap Inc.'s Materials Should be Sealed (Master Complaint) (ECF No. 135), pursuant to Civil Local Rules 7-11 and 79-5(f).  Pursuant to Local Rules 7-11(b) and 79-5(f), Snap now responds to Plaintiffs' administrative motion.

Snap does not move at this time to seal the references, paraphrases, or quotations that Plaintiffs included in the Master Complaint or to redact this material from the public version of the Master Complaint.  Although Snap does not seek to designate the specific references, paraphrases, or quotations that Plaintiffs used as confidential, Snap reserves all rights to protect the confidentiality of the documents from which Plaintiffs obtained the references, paraphrases, and quotations.  Snap does not waive any of its rights regarding the confidentiality of these documents and their contents, beyond what is explicitly included in the Master Complaint, for discovery or any other purpose.  If any party moves to file any of these documents with the Court in the future or seeks to reference or quote any other portions of these documents in public filings, Snap reserves all rights to move for any of these documents or portions thereof to be filed under seal.


DATED:  February 21, 2023                    MUNGER, TOLLES & OLSON LLP



By:  _____/s/ Jonathan H. Blavin_____
     JONATHAN H. BLAVIN
     ROSE LEDA EHLER
     LAUREN BELL
     VICTORIA A. DEGTYAREVA
     ARIEL TESHUVA
Attorneys for Defendant SNAP INC.