JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
victoria.degtyareva@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

LAUREN BELL, *pro hac vice*
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C.  20001-5369
Telephone:     (202) 220-1100
Facsimile:      (202) 220-2300

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT SNAP INC.'S MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)** |

Case No. 4:22-md-03047-YGR

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT SNAP INC.'S MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)

This matter is before the Court on Plaintiffs' Administrative Motion to Consider Whether Defendant Snap Inc.'s Materials Should be Sealed (Master Complaint) (ECF No. 135). Plaintiffs moved to file the portions of the Master Complaint set forth in the following table under seal:

| Paragraph |
| --- |
| 174 |
| 450 |
| 453 |
| 468 |
| 486 |
| 542 |

Snap Inc. filed a Response to Administrative Motion to Seal, stating that it does not move at this time to seal any of these portions of the Master Complaint (ECF No. 139). Upon consideration of the motion and response, Plaintiffs' request to seal is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge