Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 5: COMMON BENEFIT ORDER** |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs and Meta Platforms, Inc., Facebook

2   Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies,

3   LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance

4   Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities")

5   (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby

6   stipulate as follows:

7    WHEREAS, the Parties previously reported to the Court that they were continuing to meet

8   and confer on substantive provisions and revisions to the proposed common benefit order filed as

9   Docket Number 94 (Dkt. No. 111);

10    WHEREAS, the Court ordered that, absent any disputes or objections, the Parties should

11   file a revised proposed order on the docket and submit a redline to the Court via email (Dkt. No.

12   111); and

13    WHEREAS, the Parties have met and conferred regarding [Proposed] Case Management

14   Order No. 5 –Common Benefit Order and agree to the proposed order attached hereto.

15    The Parties hereby stipulate and submit to the Court the attached proposed order captioned

16   [Proposed] Case Management Order No.  5– Common Benefit Order.

17

18   Dated: February 24, 2023          Respectfully submitted,

19                                     LIEFF CABRASER HEIMAN
20                                     & BERNSTEIN, LLP

21                                     By:     /s/ Lexi J. Hazam
                                               Lexi J. Hazam
22                                             275 Battery Street, 29th Floor
                                               San Francisco, CA 94111-3339
23                                             Telephone: (415) 956-1000
                                               Facsimile: (415) 956-1000
24                                             lhazam@lchb.com

25                                     SEEGER WEISS, LLP
26
27                                     By:     /s/ Christopher A. Seeger
                                               Christopher A. Seeger
                                               55 Challenger Road 6th Floor
28                                             Ridgefield Park, NJ 07660

Telephone: (973) 639-9100
Facsimile: (973) 679-8656
*cseeger@seegerweiss.com*

MOTLEY RICE, LLC

By:     */s/ Previn Warren* ___
Previn Warren
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*


COVINGTON & BURLING LLP

By:     */s/ Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg*



KING & SPALDING LLP

By:     */s/ Geoffrey M. Drake*
Geoffrey M. Drake
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance
Inc.*

STIPULATION AND [PROPOSED] CASE MANAGEMENT
ORDER NO. 5 – COMMON BENEFIT ORDER
NO. 4:22-MD-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER LLP

By:    /s/ Andrea Roberts Pierson
       Andrea Roberts Pierson
       300 N. Meridian Street, Suite 2500
       Indianapolis, IN 46204
       Telephone: + 1 (317) 237-0300
       Facsimile: + 1 (317) 237-1000
       Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*


MUNGER, TOLLES & OLSEN LLP

By:    /s/ Jonathan H. Blavin
       Jonathan H. Blavin, SBN 230269
       MUNGER, TOLLES & OLSON LLP
       560 Mission Street, 27th Floor
       San Francisco, CA  94105-3089
       Telephone:  (415) 512-4000
       Facsimile:  (415) 512-4077

       Rose L. Ehler (SBN 29652)
       Victoria A. Degtyareva (SBN 284199)
       Laura M. Lopez, (SBN 313450)
       Ariel T. Teshuva  (SBN 324238)
       MUNGER, TOLLES & OLSON LLP
       350 South Grand Avenue, 50th Floor
       Los Angeles, CA  90071-3426
       Telephone:  (213) 683-9100
       Facsimile:  (213) 687-3702

       Lauren A. Bell (*pro hac vice forthcoming*)
       MUNGER, TOLLES & OLSON LLP
       601 Massachusetts Ave., NW St.,
       Suite 500 E
       Washington, D.C.  20001-5369
       Telephone:  (202) 220-1100
       Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

- 4 -

| | |
|---|---|
| By: | */s/ Brian M. Willen* |
| | Brian M. Willen |
| | bwillen@wsgr.com |
| | Vivek Tata |
| | vtata@wsgr.com |
| | 1301 Avenue of the Americas, 40th Floor |
| | New York, New York 10019 |
| | Telephone: (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
| | |
| | Lauren Gallo White |
| | lwhite@wsgr.com |
| | Samantha A. Machock |
| | smachock@wsgr.com |
| | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, CA  94105 |
| | Telephone: (415) 947-2000 |
| | Facsimile: (415) 947-2099 |
| | |
| | Christopher Chiou |
| | cchiou@wsgr.com |
| | 633 West Fifth Street |
| | Los Angeles, CA 90071-2048 |
| | Telephone: (323) 210-2900 |
| | Facsimile: (866) 974-7329 |

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: February 24, 2023

*/s/ Jennie Lee Anderson*

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*