Geoffrey M. Drake
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
gdrake@kslaw.com

Andrea Roberts Pierson
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegredrinker.com

*Attorneys for TikTok Inc. and
ByteDance Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS TIKTOK INC.'S AND BYTEDANCE INC.'S, RESPONSE TO ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

On February 14, 2023, Plaintiffs filed their Master Complaint (ECF No. 136). Pursuant to

an agreement with Plaintiffs, the Master Complaint references, paraphrases, and quotes material

from several documents that TikTok Inc. and ByteDance Inc. (hereinafter, "TikTok")

provisionally designated as highly confidential until a protective order is entered and the

documents can be designated thereto. Plaintiffs filed an Administrative Motion to Consider

Whether TikTok's Materials Should be Sealed (Master Complaint) (ECF No. 134),[1] pursuant to Civil Local Rules 7-11 and 79-5(f). Pursuant to these rules, and this Court's Order dated February 14, 2023 (ECF No. 132) TikTok now responds to Plaintiffs' Administrative Motion.

TikTok does not move at this time to seal the references, paraphrases, or quotations in the Master Complaint directed to it, or redact this material from the public version of the Master Complaint.  Although TikTok does not seek to designate as confidential the specific references, paraphrases, or quotations that Plaintiffs used, TikTok reserves all rights to protect the confidentiality of the documents from which Plaintiffs obtained the references, paraphrases, and quotations.  TikTok does not waive any of its rights regarding the confidentiality of these documents and their contents, beyond what is explicitly included in the Master Complaint, for discovery or any other purpose.  If any party moves to file any of these documents with the Court in the future or seeks to reference or quote any other portions of these documents in public filings, TikTok reserves all rights to move to seal any of these documents or portions thereof.

---

[1] In their Administrative Motion (ECF No. 134), Plaintiffs incorrectly refer to "Defendants TikTok, Ltd.; TikTok, LLC; TikTok, Inc.; ByteDance Ltd.; and ByteDance Inc."  The only TikTok entities named in any suit in the MDL are ByteDance Inc. and TikTok Inc.  The other entities identified in this list are not named defendants in any case consolidated in the MDL, nor have they been served with summonses.  The rights of these entities to challenge service, jurisdiction, and venue are hereby preserved and explicitly not waived.

1

2
                                          Respectfully submitted,
3
DATED:  February 28, 2023                 FAEGRE DRINKER LLP
4
                                          By: /s/ Andrea Roberts Pierson
5                                              Andrea Roberts Pierson
                                               300 N. Meridian Street, Suite 2500
6                                              Indianapolis, IN 46204
                                               Telephone: + 1 (317) 237-0300
7                                              Facsimile: + 1 (317) 237-1000
                                               Email: andrea.pierson@faegredrinker.com
8

9                                         KING & SPALDING LLP

10                                        By: /s/ Geoffrey M. Drake
                                               Geoffrey M. Drake
11                                             1180 Peachtree Street, NE, Suite 1600
                                               Atlanta, GA 30309
12                                             Telephone: + 1 (404) 572-4600
                                               Facsimile: + 1 (404) 572-5100
13                                             Email: gdrake@kslaw.com

14                                        *Attorneys for Defendants TikTok Inc. and ByteDance*
                                          *Inc.*
15

16

17

18

19

20

21

22

23

24

25

26

27

28