1

2

3

4

5

6

7

8

9

10

Geoffrey M. Drake
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
gdrake@kslaw.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegredrinker.com

*Attorneys for TikTok Inc. and*
*ByteDance Inc.*

11

12

13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS TIKTOK INC.'S AND BYTEDANCE INC.'S MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)** |

22

23

24

25

26

27

28

        This matter is before the Court on Plaintiffs' Administrative Motion to Consider Whether

Defendants TikTok Inc.'s and ByteDance Inc.'s Materials Should be Sealed (Master Complaint)

(ECF No. 134).  Plaintiffs moved to file the portions of the Master Complaint set forth in the

following table under seal:

| Paragraph |
|---|
| 125 |
| 125, Fn. 124 |
| 128 |
| 131 |
| 177 |
| 178 |
| 179 |
| 554 |
| 568, Fn. 680 |
| 571 |
| 613 |
| 636, Fn. 737 |

TikTok Inc. and ByteDance Inc. filed a Response to Administrative Motion to Seal, stating that it does not move at this time to seal any of these portions of the Master Complaint (ECF No. ___).  Upon consideration of the motion and response, Plaintiffs' request to seal is hereby **DENIED.**

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.'S MATERIALS SHOULD BE SEALED (MASTER COMPLAINT)
CASE NO. 4:22-MD-03047-YGR