Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (pro hac vice)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (pro hac vice)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Brittany Doffing*, 4:22-cv-05892;<br><br>*Malinda Harris*, 4:22-cv-06085; | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR** |

| | | |
|---|---|---|
| 1 | *Ayla Tanton*, 4:22-cv-06545; | **APPOINTMENT OF GUARDIANS *AD LITEM*** |
| 2 | *Megan Waddell.*, 4:22-cv-05888; | |
| 3 | *Virginia Roth*, 4:22-cv-05884; | |
| 4 | *Cecelia Tesch*, 4:22-cv-06167; | |
| 5 | *Apriel Dorsey*, 4:22-cv-06451; | |
| 6 | *Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.)*, 4:22-cv-06418; | |
| 9 | *E.W.*, 4:22-cv-04528; | |
| 10 | *M.C.*, 4:22-cv-04529; | |
| 11 | *T.K.*, 4:22-cv-04588; | |
| 12 | *T.R.*, 4:22-cv-04712; | |
| 13 | *C.C.*, 4:22-cv-04709; | |
| 14 | *J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710; | |
| 16 | *Shaw Jamerson*, 4:22-cv-06384; | |
| 17 | *L.A.T. (and as next of friend to minors P.T. and L.T.)*, 4:22-cv-04937; | |
| 19 | *S.R.*, 4:22-cv-06455; | |
| 20 | *Andrea Harrison*, 4:22-cv-06452; | |
| 21 | *Bethany Odems*, 4:22-cv-06440; | |
| 22 | *Sabrina Huff-Young*, 4:22-cv-06430; | |
| 23 | *Luvonia Brown*, 4:22-cv-06668; | |
| 24 | *Tabitha Quinones*, 4:22-cv-06431; | |
| 25 | *Shanetta Kimber (and as next friend to minor D.K.)*, 4:22-cv-06434; | |
| 27 | *Mandy S. Westwood*, 4:22-cv-06461; | |

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417;

*Jennifer Koutsouftikis*, 4:22-cv-06643;

*T.S.*, 4:22-cv-06454;

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873;

*Dayna Page*, 4:22-cv-06124;

*Sarie Neave*, 4:22-cv-06126;

*Julie Kosiorek*, 4:22-cv-06142;

*Zakey Amacker*, 4:22-cv-06150;

*Tracy Hunt*, 4:22-cv-06155;

*Tamesha Hicks*, 4:22-cv-06162;

*D.D., G.D.*, 4:22-cv-06190;

*Amanda Duke*, 4:22-cv-06200;

*Danielle Cohen*, 4:22-cv-06207;

*Kenisha Day*, 4:22-cv-06215;

*I.A.*, 4:22-cv-06252;

1
2   *Margit LaBlue*, 4:22-cv-06256;
3   *Khymberly Levin*, 4:22-cv-06263;
4   *Christian Brooks*, 4:22-cv-06308;
5   *Michelle Wheeldon*, 4:22-cv-06306;
6   *Jessica Bright*, 4:22-cv-06318;
7   *Rachelle Capka*, 4:22-cv-06583;
8   *Lawanda Simpson*, 4:22-cv-06587;
9   *Jeffrey Wombles*, 4:22-cv-06685;
10  *Melanie Clarke-Penella*, 4:22-cv-06692;
11  *Lorine Hawthorne*, 4:22-cv-06751;
12  *Chris J. Czubakowski*, 4:22-cv-06989;
13  *C.U.*, 4:22-cv-07347;
14  *N.W.*, 4:22-cv-08937;
15  *David Hemmer*, 4:23-cv-00055;
16  *C.N.*, 4:22-cv-04283;
17  *Star Wishkin*, 4:22-cv-06459;
18  *Donna Copelton*, 4:22-cv-06165;
19  *Diane Williams*, 4:22-cv-05886;
20  J.A., K.L., and A.L., 4:23-cv-00515;
21  *G.W.*, 4:23-cv-00545
22  *Elizabeth Mullen*, 4:23-cv- 00600;
23  *A.C.*, 4:23-cv-00646;
24  *D.D., J.D.*, 4:22-cv-06205;
25  *Jessica Guerrero*, 4:22-cv-05894;
26  *Stephanie Carter*, 4:22-cv-05986;
27  *Kelli Cahoone*, 4:22-cv-06117;
28  *Kim Isaacs*, 4:22-cv-05885;

*Edyta Lee*, 4:22-cv-06426;

*Shanetta Kimber (I)*, 4:22-cv-06498;

*Debra Hudson*, 4:22-cv-06296;

*Veronica Hicks*, 4:22-cv-06627;

*Donavette Ely*, 4:22-cv-06067

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs in *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Plaintiff's Consolidated *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("Administrative Motion to Seal").

3. For the reasons set forth in Plaintiffs' Administrative Motion to Seal filed herewith, Plaintiffs seek to seal Exhibits 1-75 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4. True and correct copies of Exhibits 1-75 to the Anderson Declaration accompany this Administrative Motion.

5. The parties have met and conferred and entered into a stipulation in satisfaction of Civ. L.R. 7-11 submitted herewith.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: February 28, 2023 | Respectfully submitted, |
| | */s/Jennie Lee Anderson*<br>Jennie Lee Anderson<br>*Plaintiffs' Liaison Counsel* |
| | ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone:   (415) 986-1400<br>Facsimile:    (415) 986-1474<br>jennie@andrusanderson.com |