Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*
*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS'** ***CONSOLIDATED EX PARTE*** **APPLICATION FOR APPOINTMENT OF GUARDIANS** ***AD LITEM*** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, the Plaintiffs seek to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem*, which are Exhibits 1 to 75 to the declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Applications");

WHEREAS, the Parties have met and conferred regarding the [Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("[Proposed] Order");

WHEREAS, Defendants do not take any position at this time as to whether Plaintiffs have satisfied their evidentiary burden to support sealing of the Applications; and

WHEREAS the Defendants will stipulate to the entry of the [Proposed] Order, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

The Parties hereby stipulate and submit to the Court, the attached [Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

Dated: February 28, 2023                                   Respectfully submitted,

 

                                        LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP

By:   */s/ Lexi J. Hazam*
       Lexi J. Hazam

|   |   |   |
|---|---|---|
| 1 | | 275 Battery Street, 29th Floor |
| 2 | | San Francisco, CA 94111-3339 |
| | | Telephone: (415) 956-1000 |
| 3 | | Facsimile: (415) 956-1000 |
| | | *lhazam@lchb.com* |
| 4 | | SEEGER WEISS, LLP |
| 5 | By: | */s/ Christopher A. Seeger* |
| | | Christopher A. Seeger |
| 6 | | 55 Challenger Road 6th Floor |
| | | Ridgefield Park, NJ 07660 |
| 7 | | Telephone: (973) 639-9100 |
| | | Facsimile: (973) 679-8656 |
| 8 | | *cseeger@seegerweiss.com* |
| 9 | | MOTLEY RICE, LLC |
| 10 | By: | */s/ Previn Warren* |
| | | Previn Warren |
| 11 | | 401 9th Street NW, Suite 630 |
| | | Washington, DC 20004 |
| 12 | | Telephone: (202) 386-9610 |
| | | Facsimile: (202) 232-5513 |
| 13 | | *pwarren@motleyrice.com* |
| 14 | | *Plaintiffs' Co-Lead Counsel* |
| 15 | | Jennie Lee Anderson |
| | | ANDRUS ANDERSON LLP |
| 16 | | 155 Montgomery Street, Suite 900 |
| | | San Francisco, CA 94104 |
| 17 | | Tel. (415) 986-1400 |
| | | Fax. (415) 986-1474 |
| 18 | | *jennie@andrusanderson.com* |
| 19 | | *Plaintiffs' Liaison Counsel* |
| 20 | | |
| 21 | | COVINGTON & BURLING LLP |
| 22 | By: | */s/ Phyllis A. Jones* |
| | | Phyllis A. Jones, *pro hac vice* |
| 23 | | COVINGTON & BURLING LLP |
| | | One CityCenter |
| 24 | | 850 Tenth Street, NW |
| | | Washington, DC 20001-4956 |
| 25 | | Telephone: + 1 (202) 662-6000 |
| | | Facsimile: + 1 (202) 662-6291 |
| 26 | | Email:  pajones@cov.com |
| 27 | | |
| 28 | | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook* |

*Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

By:  */s/ Geoffrey M. Drake*
      Geoffrey M. Drake
      1180 Peachtree Street, NE, Suite 1600
      Atlanta, GA 30309
      Telephone: + 1 (404) 572-4600
      Facsimile: + 1 (404) 572-5100
      Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance*

FAEGRE DRINKER LLP

By:  */s/ Andrea Roberts Pierson*
      Andrea Roberts Pierson
      300 N. Meridian Street, Suite 2500
      Indianapolis, IN 46204
      Telephone: + 1 (317) 237-0300
      Facsimile: + 1 (317) 237-1000
      Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:  */s/ Jonathan H. Blavin*
      Jonathan H. Blavin, SBN 230269
      MUNGER, TOLLES & OLSON LLP
      560 Mission Street, 27th Floor
      San Francisco, CA  94105-3089
      Telephone:  (415) 512-4000
      Facsimile:  (415) 512-4077

      Rose L. Ehler (SBN 29652)
      Victoria A. Degtyareva (SBN 284199)
      Laura M. Lopez, (SBN 313450)
      Ariel T. Teshuva  (SBN 324238)
      MUNGER, TOLLES & OLSON LLP
      350 South Grand Avenue, 50th Floor
      Los Angeles, CA  90071-3426

Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ Brian M. Willen*
Brian M. Willen
bwillen@wsgr.com
Vivek Tata
vtata@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**SIGNATURE CERTIFICATION**

- 5 -

STIPULATION AND [PROPOSED] ORDER: PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
EXHIBITS
NO. 4:22-MD-03047-YGR

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: February 28, 2023

/s/ *Jennie Lee Anderson*

Jennie Lee Anderson
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*