1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT            Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION             MDL No. 3047

13

14   This Document Relates to:                 **[PROPOSED] ORDER RE PLAINTIFFS'
                                                ADMINISTRATIVE MOTION TO FILE
15   ALL ACTIONS                               UNDER SEAL EXHIBITS IN SUPPORT
                                                OF PLAINTIFFS' CONSOLIDATED *EX
16                                              PARTE* APPLICATION FOR
                                                APPOINTMENT OF GUARDIANS *AD
17                                              LITEM***

18

19

20        Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits In

21   Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

22   The Court has reviewed Plaintiffs' Administrative Motion and the stipulation of the parties in

23   support thereof.  Finding that Plaintiffs have articulated good cause to seal the individual *Ex

24   Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications") attached as Exhibits

25   1 to 75 to the declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte*

26   Application for Appointment of Guardians *Ad Litem*, the Court hereby orders that the following

27   documents shall remain under seal absent further order of the Court:

28

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *Doffing v. Meta Platforms, Inc.*, et al., 4:22-cv-05892 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 - Application for *Harris v. Meta Platforms, Inc.*, et al., 4:22-cv-06085 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 - Application for *Tanton v. Meta Platforms, Inc.*, et al., 4:22-cv-06545 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 - Application for *Waddell v. Meta Platforms, Inc., et al., 4:22-cv-05888* | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 - Application for *Roth v. Meta Platforms, Inc.*, et al., 4:22-cv-05884 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 - Application for *Tesch v. Meta Platforms, Inc.*, et al., 4:22-cv-06167 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 7 - Application for *Dorsey v. Meta Platforms, Inc.*, et al., 4:22-cv-06451 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 8 – First Application for *Johnson v. Meta Platforms, Inc.*, et al., 4:22-cv-06418 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 9 – Second Application for *Johnson v. Meta Platforms, Inc.*, et al., 4:22-cv-06418 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 10 – Third Application *for Johnson v. Meta Platforms, Inc.*, et al., 4:22-cv-06418 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 11 - Application for *E.W. v. Youtube, LLC*, et al., 4:22-cv-04528 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 12 - Application for *M.C. v. Meta Platforms, Inc.*, et al., 4:22-cv-04529 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 13 - Application for *T.K. v. Meta Platforms, Inc.*, et al., 4:22-cv-04588 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 14 - Application for *T.R. v. Meta Platforms, Inc.*, et al., 4:22-cv-04712 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 15 - Application for *C.C. v. Meta Platforms, Inc.*, et al., 4:22-cv-04709 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 16 – First Application for *J.H. v. Meta Platforms, Inc.*, et al., 4:22-cv-04710 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 17 - Second Application for *J.H. v. Meta Platforms, Inc.*, 4:22-cv-04710 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 18 - Application for *Jamerson v. Meta Platforms, Inc.*, et al., 4:22-cv-06384 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 19 – First Application for *L.A.T. v. Meta Platforms, Inc.*, et al., 4:22-cv-04937 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

- 2 -

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 20 - Application for *S.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-06455 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 21 - Application for *Harrison v. Meta Platforms, Inc., et al.*, 4:22-cv-06452 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 22 - Application for *Odems v. Meta Platforms, Inc., et al.*, 4:22-cv-06440 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 23 - Application for *Huff-Young v. Meta Platforms, Inc., et al.*, 4:22-cv-06430 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 24 - Application for *Brown v. Meta Platforms, Inc., et al.*, 4:22-cv-06668 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 25 - Application for *Quinones v. Meta Platforms, Inc., et al.*, 4:22-cv-06431 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 26 - Application for *Kimber v. Meta Platforms, Inc., et al.*, 4:22-cv-06434 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 27 - Application for *Westwood v. Meta Platforms, Inc., et al.*, 4:22-cv-06461 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 28 - Application for *Turgeon v. Meta Platforms, Inc., et al.*, 4:22-cv-06616 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 29 - Application for *Canche v. Meta Platforms, Inc., et al.*, 4:22-cv-06449 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 30 - Application for *Cerone v. Meta Platforms, Inc., et al.*, 4:22-cv-06417 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 31 - Application for *Koutsouftikis v. Meta Platforms, Inc., et al.*, 4:22-cv-06643 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 32 - Application for *T.S. v. Meta Platforms, Inc., et al.*, 4:22-cv-06454 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 33 - Application for *Smith (Chad) v. Meta Platforms, Inc., et al.*, 4:22-cv-06421 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 34 – First Application for *Stoudemire (on behalf of De'John Davidson) v. Meta Platforms, Inc., et al.*, 4:22-cv-06495 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 35 – Second Application for *Stoudemire (on behalf of Ja'Taesha Davidson) v. et al., Meta Platforms, Inc.*, 4:22-cv-05987 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 36 - Application for *Woods v. Meta Platforms, Inc., et al.*, 4:22-cv-06591 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 37 - Application for *V.P. v. Meta Platforms, Inc., et al.*, 4:22-cv-06617 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

[PROPOSED] ORDER RE PLAINTIFFS' ADMIN MOTION TO
FILE UNDER SEAL
CASE NO. 4:22-MD-03047-YGR

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 38 - Application for *J.O. v. Meta Platforms, et al.,* 4:22-cv-05546 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 39 - Application for *Agosta v. Meta Platforms, Inc., et al.,* 4:22-cv-05565 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 40 - Application for *M.F., B.F., A.F. v. Meta Platforms, Inc.,* 4:22-cv-05573 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 41 - Application for *Calvoni v. Meta Platforms, Inc., et al.,* 4:22-cv-05873 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 42 - Application for *Page v. Meta Platforms, Inc., et al.,* 4:22-cv-06124 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 43 - Application for *Neave v. Meta Platforms, Inc., et al.,* 4:22-cv-06126 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 44 - Application for *Kosiorek v. Meta Platforms, Inc., et al.,* 4:22-cv-06142 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 45 - Application for *Amacker v. Meta Platforms, Inc., et al.,* 4:22-cv-06150 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 46 - Application for *Hunt v. Meta Platforms, Inc., et al.,* 4:22-cv-06155 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 47 - Application for *Hicks (Tameshia) v. Meta Platforms, Inc., et al.,* 4:22-cv-06162 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 48 - Application for *D.D., G.D. v. Meta Platforms, Inc., et al.,* 4:22-cv-06190 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 49 - Application for *Duke v. Meta Platforms, Inc., et al.,* 4:22-cv-06200 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 50 - Application for *Cohen v. Meta Platforms, Inc., et al.,* 4:22-cv-06207 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 51 - Application for *Day v. Meta Platforms, Inc., et al.,* 4:22-cv-06215 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 52 - Application for *I.A. v. Meta Platforms, Inc., et al.,* 4:22-cv-06252 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 53 - Application for *LaBlue v. Meta Platforms, Inc., et al.,* 4:22-cv-06256 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 54 - Application for *Levin v. Meta Platforms, Inc., et al.,* 4:22-cv-06263 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 55 - Application for *Brooks v. Meta Platforms, Inc., et al.,* 4:22-cv-06308 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

[PROPOSED] ORDER RE PLAINTIFFS' ADMIN MOTION TO
FILE UNDER SEAL
CASE NO. 4:22-MD-03047-YGR

UNO

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 56 - Application for *Wheeldon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06306 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 57 - Application for *Bright v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06318 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 58 - Application for *Capka v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06583 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 59 - Application for *Simpson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06587 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 60 - Application for *Wombles v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06685 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 61 - Application for *Clarke-Penella v. Meta Platforms, Inc.*, *et al.* 4:22-cv-06692 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 62 - Application for *Hawthorne v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06751 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 63 - Application for *Czubakowski v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06989 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 64 - Application for *C.U. v. Snap Inc*, *et al.*, 4:22-cv-07347 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 65 - Application for *N.W. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-08937 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 66 - Application for *Hemmer v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00055 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 67 - Application for *Williams v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05886 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 68 - Application for *Copelton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06165 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 69 - Application for *J.A., K.L., and A.L. v. TikToc, et al.*, 4:23-cv-00515 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 70 - Application for G.*W. v. Snap, Inc.*, 4:23-cv-00545 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 71 – Second Application for *L.A.T. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04937 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 72 - Application for *Mullen v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00600 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 73 – Application for *A.C. v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00646 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Exhibit 74 – Application for *Wishkin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06459 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 75 – Application for *D.D., J.D., v. Meta Platforms, Inc., et al.*, 4:22-cv-06205 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED:

_____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE PLAINTIFFS' ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 4:22-MD-03047-YGR

UNO