Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Brittany Doffing*, 4:22-cv-05892;<br><br>*Malinda Harris*, 4:22-cv-06085; | **PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

*Ayla Tanton*, 4:22-cv-06545;

*Megan Waddell.*, 4:22-cv-05888;

*Virginia Roth*, 4:22-cv-05884;

*Cecelia Tesch*, 4:22-cv-06167;

*Apriel Dorsey*, 4:22-cv-06451;

*Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.)*, 4:22-cv-06418;

*E.W.*, 4:22-cv-04528;

*M.C.*, 4:22-cv-04529;

*T.K.*, 4:22-cv-04588;

*T.R.*, 4:22-cv-04712;

*C.C.*, 4:22-cv-04709;

*J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710;

*Shaw Jamerson*, 4:22-cv-06384;

*L.A.T. (and as next of friend to minors P.T. and L.T.)*, 4:22-cv-04937;

*S.R.*, 4:22-cv-06455;

*Andrea Harrison*, 4:22-cv-06452;

*Bethany Odems*, 4:22-cv-06440;

*Sabrina Huff-Young*, 4:22-cv-06430;

*Luvonia Brown*, 4:22-cv-06668;

*Tabitha Quinones*, 4:22-cv-06431;

*Shanetta Kimber (and as next friend to minor D.K.)* 4:22-cv-06434;

*Mandy S. Westwood*, 4:22-cv-06461;

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417;

*Jennifer Koutsouftikis*, 4:22-cv-06643;

*T.S.*, 4:22-cv-06454;

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873;

*Dayna Page*, 4:22-cv-06124;

*Sarie Neave*, 4:22-cv-06126;

*Julie Kosiorek*, 4:22-cv-06142;

*Zakey Amacker*, 4:22-cv-06150;

*Tracy Hunt*, 4:22-cv-06155;

*Tamesha Hicks*, 4:22-cv-06162;

*D.D., G.D.*, 4:22-cv-06190;

*Amanda Duke*, 4:22-cv-06200;

*Danielle Cohen*, 4:22-cv-06207;

*Kenisha Day*, 4:22-cv-06215;

*I.A.*, 4:22-cv-06252;

*Margit LaBlue*, 4:22-cv-06256;

*Khymberly Levin*, 4:22-cv-06263;

*Christian Brooks*, 4:22-cv-06308;

*Michelle Wheeldon*, 4:22-cv-06306;

*Jessica Bright*, 4:22-cv-06318;

*Rachelle Capka*, 4:22-cv-06583;

*Lawanda Simpson*, 4:22-cv-06587;

*Jeffrey Wombles*, 4:22-cv-06685;

*Melanie Clarke-Penella*, 4:22-cv-06692;

*Lorine Hawthorne*, 4:22-cv-06751;

*Chris J. Czubakowski*, 4:22-cv-06989;

*C.U.*, 4:22-cv-07347;

*N.W.*, 4:22-cv-08937;

*David Hemmer*, 4:23-cv-00055;

*C.N.*, 4:22-cv-04283;

*Star Wishkin*, 4:22-cv-06459;

*Donna Copelton*, 4:22-cv-06165;

*Diane Williams*, 4:22-cv-05886;

*J.A., K.L., and A.L.*, 4:23-cv-00515;

*G.W.*, 4:23-cv-00545;

*Elizabeth Mullen*, 4:23-cv- 00600;

*A.C.*, 4:23-cv-00646;

*D.D., J.D.*, 4:22-cv-06205;

*Jessica Guerrero*, 4:22-cv-05894;

*Stephanie Carter*, 4:22-cv-05986;

*Kelli Cahoone*, 4:22-cv-06117;

*Kim Isaacs*, 4:22-cv-05885;

*Edyta Lee*, 4:22-cv-06426;

*Shanetta Kimber*, 4:22-cv-06498;

*Debra Hudson*, 4:22-cv-06296;

*Veronica Hicks*, 4:22-cv-06627;

*Donavette Ely*, 4:22-cv-06067

## CONSOLIDATED APPLICATION

Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem* ("Guardians *Ad Litem* Order")*,* Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby submits a Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Consolidated *Ex Parte* Application") for this Court's consideration.  ECF No. 122 at 3.

"Fit parents are presumed to act in the best interests of their children." *J.B. by & Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021 WL 3115195, at \*2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-RS, 2015 WL 7350183, at \*1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion.") (citation omitted).  Absent a conflict of interest, "[a] parent is generally appointed guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL 2002370, at \*3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-01165-AWI NEW (TAG), 2007 WL 1390672, at \*3 (E.D. Cal. May 9, 2007)); *accord J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at \*2 (N.D. Cal. Sept.16, 2016).  However, "[w]hen there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of the action, a court has the right to select a guardian ad litem who is not a parent if that guardian would best protect the child's interests." *J.M.*, 2016 WL 4942999, at \*1 (citations omitted)

1  (internal quotation marks omitted).

2      Attached as Exhibits 1 to 75 to the Declaration of Jennie Lee Anderson in Support of
3  Plaintiffs' Consolidated *Ex Parte* Application ("Anderson Decl." or "Anderson Declaration") are
4  *Ex Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications") submitted by the
5  parents and/or legal guardians of individual minor Plaintiffs in the following cases:

- *Doffing v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05892 (Exhibit 1);
- *Harris v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06085 (Exhibit 2);
- *Tanton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06545 (Exhibit 3);
- *Waddell v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05888 (Exhibit 4);
- *Roth v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05884 (Exhibit 5);
- *Tesch v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06167 (Exhibit 6);
- *Dorsey v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06451 (Exhibit 7);
- *Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06418 (Exhibits 8, 9 and 10);
- *E.W. v. YouTube, LLC*, *et al.*, 4:22-cv-04528 (Exhibit 11);
- *M.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04529 (Exhibit 12);
- *T.K. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04588 (Exhibit 13);
- *T.R. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04712 (Exhibit 14);
- *C.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04709 (Exhibit 15);
- *J.H. (and as next of friend to minors N.R. and A.M.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04710 (Exhibit 16 and 17);
- *Jamerson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06384 (Exhibit 18);
- *L.A.T. (and as next of friend to minor L.T.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04937 (Exhibit 19);
- *S.R. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06455 (Exhibit 20);
- *Harrison v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06452 (Exhibit 21);
- *Odems v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06440 (Exhibit 22);
- *Huff-Young v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06430 (Exhibit 23);

1  • *Brown v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06668 (Exhibit 24);

2  • *Quinones v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06431 (Exhibit 25);

3  • *Kimber (and as next friend to minor D.K.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-
4  06434 (Exhibit 26);

5  • *Westwood v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06461 (Exhibit 27);

6  • *Turgeon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06616 (Exhibit 28);

7  • *Canche v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06449 (Exhibit 29);

8  • *Cerone v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06417 (Exhibit 30);

9  • *Koutsouftikis v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06643 (Exhibit 31);

10 • *T.S. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06454 (Exhibit 32);

11 • *Smith (Chad) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06421 (Exhibit 33);

12 • *Stoudemire (on behalf of De'John Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-
13 06495 (Exhibit 34);

14 • *Stoudemire (on behalf of Ja'Taesha Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-
15 05987 (Exhibit 35);

16 • *Woods v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-6591 (Exhibit 36);

17 • *V.P. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06617 (Exhibit 37);

18 • *J.O. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05546 (Exhibit 38);

19 • *Agosta v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05565 (Exhibit 39);

20 • *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 (Exhibit 40);

21 • *Calvoni v. Meta Platforms, Inc.*, *et al.* ,4:22-cv-05873 (Exhibit 41);

22 • *Page v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06124 (Exhibit 42);

23 • *Neave v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06126 (Exhibit 43);

24 • *Kosiorek v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06142 (Exhibit 44);

25 • *Amacker v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06150 (Exhibit 45);

26 • *Hunt v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06155 (Exhibit 46);

27 • *Hicks (Tameshia) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06162 (Exhibit 47);

28 • *D.D., G.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06190 (Exhibit 48);

1. • *Duke v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06200 (Exhibit 49);
2. • *Cohen v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06207 (Exhibit 50);
3. • *Day v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06215 (Exhibit 51);
4. • *I.A. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06252 (Exhibit 52);
5. • *LaBlue v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06256 (Exhibit 53);
6. • *Levin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06263 (Exhibit 54);
7. • *Brooks v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06308 (Exhibit 55);
8. • *Wheeldon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06306 (Exhibit 56);
9. • *Bright v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06318 (Exhibit 57);
10. • *Capka v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06583 (Exhibit 58);
11. • *Simpson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06587 (Exhibit 59);
12. • *Wombles v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06685 (Exhibit 60);
13. • *Clarke-Penella v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06692 (Exhibit 61);
14. • *Hawthorne v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06751 (Exhibit 62);
15. • *Czubakowski v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06989 (Exhibit 63);
16. • *C.U. v. Snap Inc*, *et al.*, 4:22-cv-07347 (Exhibit 64);
17. • *N.W. v. Meta Platforms, Inc., et al.*, 4:22-cv-08937 (Exhibit 65);
18. • *Hemmer v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00055 (Exhibit 66);
19. • *Williams* v. Meta Platforms, Inc., *et al.*, 4:22-cv-05886 (Exhibit 67);
20. • *Copelton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06165 (Exhibit 68);
21. • *J.A., K.L., and A.L. v. TikToc, et al.*, 4:23-cv-00515 (Exhibit 69);
22. • *G.W. v. Snap, Inc.*, 4:23-cv-00545 (Exhibit 70);
23. • *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04937 (Exhibit 71);
24. 
25. • *Mullen v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00600 (Exhibit 72);
26. • *A.C. v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00646 (Exhibit 73);
27. • *Wishkin v. Meta Platforms, Inc., et al.,* 4:22-cv-06459 (Exhibit 74); and
28. • *D.D., J.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06205 (Exhibit 75).

PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

1    The Applications attached to the Anderson Declaration as Exhibits 1 to 75 are consistent with Attachment A to this Court's Guardians *Ad Litem* Order (ECF No. 122) and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a sworn statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a sworn statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person. Anderson Decl. ¶ 78.

Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or legal guardians in the cases listed above are deemed presumptively approved upon filing, as there is no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M.*, 2016 WL 494299, at *1). This Court also ordered that, absent the filing of an objection, the presumptive approval shall become final fifteen days after the date this Consolidated *Ex Parte* Application is filed. ECF No. 122 ¶ 5. Therefore, the objection period will close on March 15, 2023. Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte* Applications and Appointing Guardians *Ad Litem* appointing the parents and/or legal guardians named in the Applications submitted in the cases listed above.

Plaintiffs' Liaison Counsel has been informed that the cases below involve Plaintiffs who were minors at the time their cases were filed, but who have since reached the minimum age of capacity to sue in the state of their domicile such that they no longer require a guardian *ad litem*.

- *Guerrero v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05894;
- *Carter v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05986;
- *Cahoone v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06117;
- *Isaacs v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05885;
- *Lee v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06426;
- *Kimber v. Meta Platforms, Inc.*, *et al.,* 4:22-cv-06498;
- *Hudson v. Meta Platforms, Inc.*, et al., 4:22-cv-06296;

1    • *Hicks (Veronica) v. Meta Platforms, Inc.*, et al., 4:22-cv-06627;

2    • *C.N. v. Meta Platforms, Inc.*, 4:22-cv-04283;

3    • *Ely v. Meta Platforms, Inc.*, et al., 4:22-cv-06067.

Anderson Decl. ¶ 79.

As a result, all minor Plaintiffs whose cases were transferred or assigned to this MDL on or before December 27, 2022, have submitted Applications to Plaintiffs' Liaison Counsel that are included in this Consolidated Application. Anderson Decl. ¶ 80.

Dated: February 28, 2023                    Respectfully submitted,

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400
Fax: (415) 986-1474

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

|   |   |
|---|---|
| 1 | JOSEPH G. VANZANDT |
| 2 | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 3 | 234 COMMERCE STREET |
|   | MONTGOMERY, AL 36103 |
| 4 | Telephone:  334-269-2343 |
|   | joseph.vanzandt@beasleyallen.com |
| 5 |   |
|   | EMILY C. JEFFCOTT |
| 6 | **MORGAN & MORGAN** |
| 7 | 220 W. GARDEN STREET, 9TH FLOOR |
|   | PENSACOLA, FL 32502 |
| 8 | Telephone: 850-316-9100 |
|   | ejeffcott@forthepeople.com |
| 9 |   |
| 10 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 11 | 400 Manhattan Blvd. |
|   | Harvey LA, 70058 |
| 12 | Telephone: (504) 227–8100 |
|   | raustin@ronaustinlaw.com |
| 13 |   |
| 14 | MATTHEW BERGMAN |
|   | GLENN DRAPER |
| 15 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 16 | SEATTLE, WA 98104 |
|   | Telephone:  206-741-4862 |
| 17 | matt@socialmediavictims.org |
| 18 | glenn@socialmediavictims.org |
| 19 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 20 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 21 | Telephone:  212-558-5500 |
|   | Facsimile: 212-344-5461 |
| 22 | jbilsborrow@weitzlux.com |
| 23 |   |
|   | PAIGE BOLDT |
| 24 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 25 | San Antonio, TX 78257 |
| 26 | T: 210-448-0500 |
|   | PBoldt@WattsGuerra.com |
| 27 |   |
|   | THOMAS P. CARTMELL |
| 28 | **WAGSTAFF & CARTMELL LLP** |

| | |
|---|---|
| 1 | 4740 Grand Avenue, Suite 300 |
| 2 | Kansas City, MO 64112 |
|   | T: 816-701 1100 |
| 3 | tcartmell@wcllp.com |
| 4 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 5 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 6 | Telephone:  917-882-5522 |
| 7 | jconroy@simmonsfirm.com |
| 8 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 9 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 10 | T: (646) 666-8908 |
| 11 | carrie@cagoldberglaw.com |
| 12 | KIRK GOZA |
|   | **GOZA & HONNOLD, LLC** |
| 13 | 9500 Nall Avenue, Suite 400 |
| 14 | Overland Park, KS 66207 |
|   | T: 913-451-3433 |
| 15 | kgoza@gohonlaw.com |
| 16 | SIN-TINY MARY LIU |
| 17 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 18 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 19 | Telephone:  510-698-9566 |
|    | mliu@awkolaw.com |
| 20 | |
| 21 | ANDRE MURA |
|    | **GIBBS LAW GROUP, LLP** |
| 22 | 1111 BROADWAY, SUITE 2100 |
|    | OAKLAND, CA 94607 |
| 23 | Telephone:  510-350-9717 |
|    | amm@classlawgroup.com |
| 24 | |
| 25 | EMMIE PAULOS |
|    | **LEVIN PAPANTONIO RAFFERTY** |
| 26 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|    | PENSACOLA, FL 32502 |
| 27 | Telephone:  850-435-7107 |
|    | epaulos@levinlaw.com |
| 28 | |

|  |  |
|---|---|
| 1 | ROLAND TELLIS |
| 2 | DAVID FERNANDES<br>**BARON & BUDD, P.C.** |
| 3 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| 4 | Telephone:  (818) 839-2333<br>Facsimile:  (818) 986-9698 |
| 5 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 6 |  |
| 7 | ALEXANDRA WALSH |
| 8 | **WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
| 9 | Washington D.C. 20036<br>T: 202-780-3014 |
| 10 | awalsh@alexwalshlaw.com |
| 11 | MICHAEL M. WEINKOWITZ |
| 12 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 WALNUT STREET |
| 13 | SUITE 500<br>PHILADELPHIA, PA 19106 |
| 14 | Telephone:  215-592-1500<br>mweinkowitz@lfsbalw.com |
| 15 |  |
| 16 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT** |
| 17 | 505 20th St North<br>Suite 1500 |
| 18 | Birmingham, Alabama 35203<br>Telephone:  205.855.5700 |
| 19 | fu@dicellolevitt.com |
| 20 | ROBERT H. KLONOFF |
| 21 | **ROBERT KLONOFF, LLC**<br>2425 SW 76TH AVENUE |
| 22 | PORTLAND, OR 97225<br>Telephone:  503-702-0218 |
| 23 | klonoff@usa.net |
| 24 | HILLARY NAPPI |
| 25 | **HACH & ROSE LLP**<br>112 Madison Avenue, 10th Floor |
| 26 | New York, New York 10016<br>Tel: 212.213.8311 |
| 27 | hnappi@hrsclaw.com |
| 28 | ANTHONY K. BRUSTER |

- 13 -

PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*