1    Lexi J. Hazam (SBN 224457)
     lhazam@lchb.com
2    LIEFF CABRASER HEIMANN
     & BERNSTEIN, LLP
3    275 Battery Street, 29th Floor
     San Francisco, CA 94111-3339
4    Telephone: (415) 956-1000
     Facsimile: (415) 956-100
5
     Christopher A. Seeger (pro hac vice)
6    cseeger@seegerweiss.com
     SEEGER WEISS, LLP
7    55 Challenger Road, 6th Floor
     Ridgefield Park, NJ 07660
8    Telephone: (973) 639-9100
     Facsimile: (973) 679-8656
9
     Previn Warren (pro hac vice)
10   pwarren@motleyrice.com
     MOTLEY RICE LLC
11   401 9th Street NW, Suite 630
     Washington, DC 20004
12   Telephone: (202) 386-9610
     Facsimile: (202) 232-5513
13
     *Plaintiffs' Co-Lead Counsel*
14
     Jennie Lee Anderson (SBN 203586)
15   *jennie@andrusanderson.com*
     ANDRUS ANDERSON LLP
16   155 Montgomery Street, Suite 900
     San Francisco, CA  94104
17   Telephone:    (415) 986-1400
     Facsimile:    (415) 986-1474
18
19   *Plaintiffs' Liaison Counsel*

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22

23   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
24   PRODUCTS LIABILITY LITIGATION           MDL No. 3047

25   _____     **DECLARATION OF JENNIE LEE
                                             ANDERSON IN SUPPORT OF
26   This Document Relates to:               PLAINTIFFS' CONSOLIDATED *EX
                                             PARTE* APPLICATION FOR
27   *Brittany Doffing*, 4:22-cv-05892;      APPOINTMENT OF GUARDIANS *AD
                                             LITEM***
28   *Malinda Harris*, 4:22-cv-06085;

*Ayla Tanton*, 4:22-cv-06545;

*Megan Waddell.*, 4:22-cv-05888;

*Virginia Roth*, 4:22-cv-05884;

*Cecelia Tesch*, 4:22-cv-06167;

*Apriel Dorsey*, 4:22-cv-06451;

*Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.)*, 4:22-cv-06418;

*E.W.*, 4:22-cv-04528;

*M.C.*, 4:22-cv-04529;

*T.K.*, 4:22-cv-04588;

*T.R.*, 4:22-cv-04712;

*C.C.*, 4:22-cv-04709;

*J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710;

*Shaw Jamerson*, 4:22-cv-06384;

*L.A.T. (and as next of friend to minors P.T. and L.T.)*, 4:22-cv-04937;

*S.R.*, 4:22-cv-06455;

*Andrea Harrison*, 4:22-cv-06452;

*Bethany Odems*, 4:22-cv-06440;

*Sabrina Huff-Young*, 4:22-cv-06430;

*Luvonia Brown*, 4:22-cv-06668;

*Tabitha Quinones*, 4:22-cv-06431;

*Shanetta Kimber (and as next friend to minor D.K.)*, 4:22-cv-06434;

*Mandy S. Westwood*, 4:22-cv-06461;

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417;

*Jennifer Koutsouftikis*, 4:22-cv-06643;

*T.S.*, 4:22-cv-06454;

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873;

*Dayna Page*, 4:22-cv-06124;

*Sarie Neave*, 4:22-cv-06126;

*Julie Kosiorek*, 4:22-cv-06142;

*Zakey Amacker*, 4:22-cv-06150;

*Tracy Hunt*, 4:22-cv-06155;

*Tamesha Hicks*, 4:22-cv-06162;

*D.D., G.D.*, 4:22-cv-06190;

*Amanda Duke*, 4:22-cv-06200;

*Danielle Cohen*, 4:22-cv-06207;

*Kenisha Day*, 4:22-cv-06215;

*I.A.*, 4:22-cv-06252;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Margit LaBlue*, 4:22-cv-06256;

*Khymberly Levin*, 4:22-cv-06263;

*Christian Brooks*, 4:22-cv-06308;

*Michelle Wheeldon*, 4:22-cv-06306;

*Jessica Bright*, 4:22-cv-06318;

*Rachelle Capka*, 4:22-cv-06583;

*Lawanda Simpson*, 4:22-cv-06587;

*Jeffrey Wombles*, 4:22-cv-06685;

*Melanie Clarke-Penella*, 4:22-cv-06692;

*Lorine Hawthorne*, 4:22-cv-06751;

*Chris J. Czubakowski*, 4:22-cv-06989;

*C.U.*, 4:22-cv-07347;

*N.W.*, 4:22-cv-08937;

*David Hemmer*, 4:23-cv-00055;

*C.N.*, 4:22-cv-04283;

*Star Wishkin*, 4:22-cv-06459;

*Donna Copelton*, 4:22-cv-06165;

*Diane Williams*, 4:22-cv-05886;

J.A., K.L., and A.L., 4:23-cv-00515;

*G.W.*, 4:23-cv-00545

*Elizabeth Mullen*, 4:23-cv- 00600;

*A.C.*, 4:23-cv-00646;

*D.D., J.D.*, 4:22-cv-06205;

*Jessica Guerrero*, 4:22-cv-05894;

*Stephanie Carter*, 4:22-cv-05986;

*Kelli Cahoone*, 4:22-cv-06117;

*Kim Isaacs*, 4:22-cv-05885;

*Edyta Lee*, 4:22-cv-06426;

*Shanetta Kimber (I)*, 4:22-cv-06498;

*Debra Hudson*, 4:22-cv-06296;

*Veronica Hicks*, 4:22-cv-06627;

*Donavette Ely*, 4:22-cv-06067

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.       I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California and in the Northern District of California.  I am the Court-appointed Liaison Counsel for Plaintiffs in *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.       I make this declaration in support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardian *Ad Litem*.

3.       Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Doffing v. Meta Platforms, Inc., et al.*, 4:22-cv-05892.

4.       Attached hereto at **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Harris v. Meta Platforms, Inc., et al.*, 4:22-cv-06085.

5.       Attached hereto at **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Tanton v. Meta Platforms, Inc., et al.*, 4:22-cv-06545.

6.       Attached hereto at **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Waddell v. Meta*

1    *Platforms, Inc.*, et al., 4:22-cv-05888.

2         7.        Attached hereto at **Exhibit 5** is a true and correct copy of the *Ex Parte*

3    Application for Appointment of Guardian *Ad Litem* I received for the case *Roth v. Meta*

4    *Platforms, Inc.*, et al., 4:22-cv-05884.

5         8.        Attached hereto at **Exhibit 6** is a true and correct copy of the *Ex Parte*

6    Application for Appointment of Guardian *Ad Litem* I received for the case *Tesch v. Meta*

7    *Platforms, Inc.*, et al., 4:22-cv-06167.

8         9.        Attached hereto at **Exhibit 7** is a true and correct copy of the *Ex Parte*

9    Application for Appointment of Guardian *Ad Litem* I received for the case *Dorsey v. Meta*

10   *Platforms, Inc.*, et al., 4:22-cv-06451.

11        10.       Attached hereto at **Exhibit 8** is a true and correct copy of the first *Ex Parte*

12   Application of Guardian *Ad Litem* I received for the case *Johnson (and as next of friend to minor*

13   *K.A.J.) v. Meta Platforms, Inc.*, et al., 4:22-cv-06418.

14        11.       Attached hereto as **Exhibit 9** is a true and correct copy of the second *Ex Parte*

15   Application of Guardian *Ad Litem* I received for the case *Johnson (and of next of friend to minor*

16   *J.A.J.) v. Meta Platforms, Inc.*, et al., 4:22-cv-06418.

17        12.       Attached hereto at **Exhibit 10** is a true and correct copy of the third *Ex Parte*

18   Application of Guardian *Ad Litem* I received for the case *Johnson (and to next of friend to minor*

19   *K.A.J.) v. Meta Platforms. Inc.*, et al., 4:22-cv-06418.

20        13.       Attached hereto at **Exhibit 11** is a true and correct copy of the *Ex Parte*

21   Application for Appointment of Guardian *Ad Litem* I received for the case *E.W. v. Youtube LLC*,

22   et al., 4:22-cv-04528.

23        14.       Attached hereto at **Exhibit 12** is a true and correct copy of the *Ex Parte*

24   Application for Appointment of Guardian *Ad Litem* I received for the case *M.C. v. Meta*

25   *Platforms, Inc.*, et al., 4:22-cv-04529.

26        15.       Attached hereto at **Exhibit 13** is a true and correct copy of the *Ex Parte*

27   Application for Appointment of Guardian *Ad Litem* I received for the case *T.K. v. Meta*

28   *Platforms, Inc.*, et al.,  4:22-cv-04588.

16.     Attached hereto at **Exhibit 14** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-04712.

17.     Attached hereto at **Exhibit 15** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04709.

18.     Attached hereto at **Exhibit 16** is a true copy and correct copy of the first *Ex Parte* Application for Appointment of Guardian *Ad Litem* for the case *J.H. (and as next of friend to minor N.R.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710.

19.     Attached hereto at **Exhibit 17** is a true and correct copy of the second *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.H. (and as next of friend to minor A.M.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710.

20.     Attached hereto at **Exhibit 18** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Jamerson v. Meta Platforms, Inc., et al.*, 4:22-cv-06384.

21.     Attached hereto at **Exhibit 19** is a true and correct copy of the first *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *L.A.T. (and as next of friend to minor L.T.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04937.

22.     Attached hereto at **Exhibit 20** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-06455.

23.     Attached hereto at **Exhibit 21** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Harrison v. Meta Platforms, Inc., et al.*, 4:22-cv-06452.

24.     Attached hereto at **Exhibit 22** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Odems v. Meta Platforms, Inc., et al.*, 4:22-cv-06440.

25.     Attached hereto at **Exhibit 23** is a true and correct copy of the *Ex Parte*

1  Application for Appointment of Guardian *Ad Litem* I received for the case *Huff-Young v. Meta*

2  *Platforms, Inc.*, *et al.*, 4:22-cv-06430.

3        26.    Attached hereto at **Exhibit 24** is a true and correct copy of the *Ex Parte*

4  Application for Appointment of Guardian *Ad Litem* I received for the case *Brown v. Meta*

5  *Platforms, Inc.*, *et al.*, 4:22-cv-06668.

6        27.    Attached hereto at **Exhibit 25** is a true and correct copy of the *Ex Parte*

7  Application for Appointment of Guardian *Ad Litem* I received for the case *Quinones v. Meta*

8  *Platforms, Inc.*, *et al.*, 4:22-cv-06431.

9        28.    Attached hereto at **Exhibit 26** is a true and correct copy of the *Ex Parte*

10  Application for Appointment of Guardian *Ad Litem* I received for the case *Kimber (and as next*

11  *friend to minor D.K.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06434.

12        29.    Attached hereto at **Exhibit 27** is a true and correct copy of the *Ex Parte*

13  Application for Appointment of Guardian *Ad Litem* I received for the case *Westwood v. Meta*

14  *Platforms, Inc.*, *et al.*, 4:22-cv-06461.

15        30.    Attached hereto at **Exhibit 28** is a true and correct copy of the *Ex Parte*

16  Application for Appointment of Guardian *Ad Litem* I received for the case *Turgeon v. Meta*

17  *Platforms, Inc.*, *et al.*, 4:22-cv-06616.

18        31.    Attached hereto at **Exhibit 29** is a true and correct copy of the *Ex Parte*

19  Application for Appointment of Guardian *Ad Litem* I received for the case *Canche v. Meta*

20  *Platforms, Inc.*, *et al.*, 4:22-cv-06449.

21        32.    Attached hereto at **Exhibit 30** is a true and correct copy of the *Ex Parte*

22  Application for Appointment of Guardian *Ad Litem* I received for the case *Cerone v. Meta*

23  *Platforms, Inc.*, *et al.*, 4:22-cv-06417.

24        33.    Attached hereto at **Exhibit 31** is a true and correct copy of the *Ex Parte*

25  Application for Appointment of Guardian *Ad Litem* I received for the case *Koutsouftikis v. Meta*

26  *Platforms, Inc.*, *et al.*, 4:22-cv-06643.

27        34.    Attached hereto at **Exhibit 32** is a true and correct copy of the *Ex Parte*

28  Application for Appointment of Guardian *Ad Litem* I received for the case *T.S. v. Meta Platforms,*

1    *Inc.*, *et al.*, 4:22-cv-06454.

2         35.      Attached hereto at **Exhibit 33** is a true and correct copy of the *Ex Parte*

3    Application for Appointment of Guardian *Ad Litem* I received for the case *Smith (Chad) v. Meta*

4    *Platforms, Inc.*, *et al.*, 4:22-cv-06421.

5         36.      Attached hereto at **Exhibit 34** is a true and correct copy of the first *Ex Parte*

6    Application for Appointment of Guardian *Ad Litem* I received for the case *Stoudemire (on behalf*

7    *of De'John Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06495.

8         37.      Attached hereto at **Exhibit 35** is a true and correct copy of the second *Ex Parte*

9    Application for Appointment of Guardian *Ad Litem* I received for the case *Stoudemire (on behalf*

10   *of Ja'Taesha Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05987.

11        38.      Attached hereto at **Exhibit 36** is a true and correct copy of the *Ex Parte*

12   Application for Appointment of Guardian *Ad Litem* I received for the case *Woods v. Meta*

13   *Platforms, Inc.*, *et al et al.*, 4:22-cv-06591.

14        39.      Attached hereto at **Exhibit 37** is a true and correct copy of the *Ex Parte*

15   Application for Appointment of Guardian *Ad Litem* I received for the case *V.P. v. Meta*

16   *Platforms, Inc.*, *et al.*, 4:22-cv-06617.

17        40.      Attached hereto at **Exhibit 38** is a true and correct copy of the *Ex Parte*

18   Application for Appointment of Guardian *Ad Litem* I received for the case *J.O. v. Meta Platforms,*

19   *Inc.*, *et al.*, 4:22-cv-05546.

20        41.      Attached hereto at **Exhibit 39** is a true and correct copy of the *Ex Parte*

21   Application for Appointment of Guardian *Ad Litem* I received for the case *Agosta v. Meta*

22   *Platforms, Inc.*, *et al.*, 4:22-cv-05565.

23        42.      Attached hereto at **Exhibit 40** is a true and correct copy of the *Ex Parte*

24   Application for Appointment of Guardian *Ad Litem* I received for the case *M.F., B.F., A.F. v.*

25   *Meta Platforms, Inc.*, 4:22-cv-05573.

26        43.      Attached hereto at **Exhibit 41** is a true and correct copy of the *Ex Parte*

27   Application for Appointment of Guardian *Ad Litem* I received for the case *Calvoni v. Meta*

28   *Platforms, Inc.*, *et al.*, 4:22-cv-05873.

1    44.      Attached hereto at **Exhibit 42** is a true and correct copy of the *Ex Parte*

2  Application for Appointment of Guardian *Ad Litem* I received for the case *Page v. Meta*

3  *Platforms, Inc., et al.*, 4:22-cv-06124.

4    45.      Attached hereto at **Exhibit 43** is a true and correct copy of the *Ex Parte*

5  Application for Appointment of Guardian *Ad Litem* I received for the case *Neave v. Meta*

6  *Platforms, Inc., et al.*, 4:22-cv-06126.

7    46.      Attached hereto at **Exhibit 44** is a true and correct copy of the *Ex Parte*

8  Application for Appointment of Guardian *Ad Litem* I received for the case *Kosiorek v. Meta*

9  *Platforms, Inc., et al.*, 4:22-cv-06142.

10    47.      Attached hereto at **Exhibit 45** is a true and correct copy of the *Ex Parte*

11  Application for Appointment of Guardian *Ad Litem* I received for the case *Amacker v. Meta*

12  *Platforms, Inc., et al.*, 4:22-cv-06150.

13    48.      Attached hereto at **Exhibit 46** is a true and correct copy of the *Ex Parte*

14  Application for Appointment of Guardian *Ad Litem* I received for the case *Hunt v. Meta*

15  *Platforms, Inc., et al.*, 4:22-cv-06155.

16    49.      Attached hereto at **Exhibit 47** is a true and correct copy of the *Ex Parte*

17  Application for Appointment of Guardian *Ad Litem* I received for the case *Hicks (Tameshia) v.*

18  *Meta Platforms, Inc., et al.*, 4:22-cv-06162.

19    50.      Attached hereto at **Exhibit 48** is a true and correct copy of the *Ex Parte*

20  Application for Appointment of Guardian *Ad Litem* I received for the case *D.D., G.D. v. Meta*

21  *Platforms, Inc., et al.*, 4:22-cv-06190.

22    51.      Attached hereto at **Exhibit 49** is a true and correct copy of the *Ex Parte*

23  Application for Appointment of Guardian *Ad Litem* I received for the case *Duke v. Meta*

24  *Platforms, Inc., et al.*,  4:22-cv-06200.

25    52.      Attached hereto at **Exhibit 50** is a true and correct copy of the *Ex Parte*

26  Application for Appointment of Guardian *Ad Litem* I received for the case *Cohen v. Meta*

27  *Platforms, Inc., et al.*, 4:22-cv-06207.

28    53.      Attached hereto at **Exhibit 51** is a true and correct copy of the *Ex Parte*

Application for Appointment of Guardian *Ad Litem* I received for the case *Day v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06215.

54.     Attached hereto at **Exhibit 52** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *I.A. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06252.

55.     Attached hereto at **Exhibit 53** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *LaBlue v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06256.

56.     Attached hereto at **Exhibit 54** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Levin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06263.

57.     Attached hereto at **Exhibit 55** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Brooks v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06308.

58.     Attached hereto at **Exhibit 56** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Wheeldon v. Meta Platforms, Inc.*, *et al.*,  4:22-cv-06306.

59.     Attached hereto at **Exhibit 57** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Bright v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06318.

60.     Attached hereto at **Exhibit 58** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Capka v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06583.

61.     Attached hereto at **Exhibit 59** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Simpson v. Meta Platforms, Inc.*, 4:22-cv-06587.

62.     Attached hereto at **Exhibit 60** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Wombles v. Meta*

1    *Platforms, Inc.*, *et al.*, 4:22-cv-06685.

2          63.          Attached hereto at **Exhibit 61** is a true and correct copy of the *Ex Parte*

3    Application for Appointment of Guardian *Ad Litem* I received for the case *Clarke-Penella v. Meta*

4    *Platforms, Inc.*, *et al.*, 4:22-cv-06692.

5          64.          Attached hereto at **Exhibit 62** is a true and correct copy of the *Ex Parte*

6    Application for Appointment of Guardian *Ad Litem* I received for the case *Hawthorne v. Meta*

7    *Platforms, Inc.*, *et al.*, 4:22-cv-06751.

8          65.          Attached hereto at **Exhibit 63** is a true and correct copy of the *Ex Parte*

9    Application for Appointment of Guardian *Ad Litem* I received for the case *Czubakowski v. Meta*

10   *Platforms, Inc.*, *et al.*, 4:22-cv-06989.

11         66.          Attached hereto at **Exhibit 64** is a true and correct copy of the *Ex Parte*

12   Application for Appointment of Guardian *Ad Litem* I received for the case, *C.U. v. Snap Inc*, *et*

13   *al.*, 4:22-cv-07347.

14         67.          Attached hereto at **Exhibit 65** is a true and correct copy of the *Ex Parte*

15   Application for Appointment of Guardian *Ad Litem* I received for the case, *N.W. v. Meta*

16   *Platforms, Inc., et al.*, 4:22-cv-08937.

17         68.          Attached hereto at **Exhibit 66** is a true and correct copy of the *Ex Parte*

18   Application for Appointment of Guardian *Ad Litem* I received for the case, *Hemmer v. Meta*

19   *Platforms, Inc.*, *et al.*, 4:23-cv-00055.

20         69.          Attached hereto at **Exhibit 67** is a true and correct copy of the *Ex Parte*

21   Application for Appointment of Guardian *Ad Litem* I received for the case, *Williams v. Meta*

22   *Platforms, Inc.*, *et al.*, 4:22-cv-05886.

23         70.          Attached hereto at **Exhibit 68** is a true and correct copy of the *Ex Parte*

24   Application for Appointment of Guardian *Ad Litem* I received for *Copelton v. Meta Platforms,*

25   *Inc.*, *et al.*, 4:22-cv-06165.

26         71.          Attached hereto at **Exhibit 69** is a true and correct copy of the *Ex Parte*

27   Application for Appointment of Guardian *Ad Litem* I received for *J.A., K.L., and A.L. v. TikToc,*

28   *et al.*, 4:23-cv-00515.

72.      Attached hereto at **Exhibit 70** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for *G.W. v. Snap, Inc*., 4:23-cv-00545.

73.      Attached hereto to as **Exhibit 71** is a true and correct copy of the second *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for *L.A.T. (and as next of friend to minor P.T.) v. Meta Platforms, Inc.*, et al., 4:22-cv-04937.

74.      Attached hereto as **Exhibit 72** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for *Mullen v. Meta Platforms, Inc.*, et al., 4:23-cv-00600.

75.      Attached hereto as **Exhibit 73** is a true and correct copy I received of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* for *A.C. v. Meta Platforms, Inc.*, et al., 4:23-cv-00646.

76.      Attached hereto as **Exhibit 74** is a true and correct copy I received of *the Ex Parte* Application for Appointment of Guardian *Ad Litem* for *Wishkin v. Meta Platforms, Inc.*, et al., 4:22-cv-03047.

77.      Attached hereto as **Exhibit 75** is a true and correct copy of the Ex Parte Application for Appointment of Guardian Ad Litem for *D.D., J.D. v. Meta Platforms, Inc.*, et al., 4:22-cv-06205.

78.      Under my supervision, my staff has reviewed each of the *Ex Parte* Applications attached as Exhibits 1 to 75. Each application has been made by the minor's parent and/or legal guardian. Further, each of the *Ex Parte* Applications are consistent with Attachment A to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

79.      I have also been informed by counsel for Plaintiffs in the following cases that

the named Plaintiffs were minors at the time their cases were filed, but they have subsequently reached the minimum age of capacity to sue in the state of their domicile such that they no longer require that their action be brought by a next friend or guardian *ad litem*.

- *Guerrero v. Meta Platforms, Inc.*, *et al*., 4:22-cv-05894;
- *Carter v. Meta Platforms, Inc.*, et al., 4:22-cv-05986;
- *Cahoone v. Meta Platforms, Inc.*, *et al*., 4:22-cv-06117;
- *Isaacs v. Meta Platforms, Inc.*, *et al*., 4:22-cv-05885;
- *Lee v. Meta Platforms, Inc.*, *et al*., 4:22-cv-06426;
- *Kimber v. Meta Platforms, Inc.*, *et al*., 4:22-cv-06498;
- *Hudson v. Meta Platforms, Inc.*, *et al*., 4:22-cv-06296;
- *Hicks (Veronica) v. Meta Platforms, Inc.*, *et al*., 4:22-cv-06627;
- *C.N. v. Meta Platforms, Inc*., 4:22-cv-04283;
- *Ely v. Meta Platforms, Inc.*, *et al*., 4:22-cv-06067.

80.     To the best of my knowledge, all minor Plaintiffs whose cases were transferred or assigned to this Multidistrict Litigation on or before December 27, 2022, have submitted an Application for Appointment of Guardian *Ad Litem*, true and correct copies of which are attached hereto.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: February 28, 2023              Respectfully submitted,

                              */s/Jennie Lee Anderson*
                              Jennie Lee Anderson

                              *Plaintiffs' Liaison Counsel*

                              ANDRUS ANDERSON LLP
                              155 Montgomery Street, Suite 900
                              San Francisco, CA  94104
                              Telephone:    (415) 986-1400
                              Facsimile:     (415) 986-1474
                              jennie@andrusanderson.com

DECL. ISO PLAINTIFFS' CONSOLIDATED *EX PARTE* APP.
FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR