Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Brittany Doffing*, 4:22-cv-05892;<br><br>*Malinda Harris*, 4:22-cv-06085; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**EXHIBITS 1 - 10 OF DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

*Ayla Tanton*, 4:22-cv-06545;

*Megan Waddell.*, 4:22-cv-05888;

*Virginia Roth*, 4:22-cv-05884;

*Cecelia Tesch*, 4:22-cv-06167;

*Apriel Dorsey*, 4:22-cv-06451;

*Damian Johnson (and as next of friend to*

*minors K.L.J., J.A.J., and K.A.J.)*, 4:22-cv-

06418

# EXHIBIT 1

EXHIBIT FILED UNDER SEAL

# EXHIBIT 2

EXHIBIT FILED UNDER SEAL

# EXHIBIT 3

EXHIBIT FILED UNDER SEAL

# EXHIBIT 4

EXHIBIT FILED UNDER SEAL

# EXHIBIT 5

EXHIBIT FILED UNDER SEAL

# EXHIBIT 6

EXHIBIT FILED UNDER SEAL

# EXHIBIT 7

EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

EXHIBIT FILED UNDER SEAL

# EXHIBIT 9

EXHIBIT FILED UNDER SEAL

# EXHIBIT 10

EXHIBIT FILED UNDER SEAL