1  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
2  LIEFF CABRASER HEIMAN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  *cseeger@seegerweiss.com*
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 *pwarren@motleyrice.com*
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*
14
   Jennie Lee Anderson (SBN 203586)
15 *jennie@andrusanderson.com*
   ANDRUS ANDERSON LLP
16 155 Montgomery Street, Suite 900
   San Francisco, CA  94104
17 Telephone:    (415) 986-1400
   Facsimile:    (415) 986-1474
18
   *Plaintiffs' Liaison Counsel*
19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22

23 IN RE: SOCIAL MEDIA ADOLESCENT          | Case No. 4:22-MD-03047-YGR
   ADDICTION/PERSONAL INJURY
24 PRODUCTS LIABILITY LITIGATION           | MDL No. 3047

25 _____

26 This Document Relates to:               | **EXHIBITS 11 - 20 OF DECLARATION OF
                                           | JENNIE LEE ANDERSON IN SUPPORT OF
27 *E.W.*, 4:22-cv-04528;                  | PLAINTIFFS' CONSOLIDATED *EX PARTE*
                                           | APPLICATION FOR APPOINTMENT OF
28 *M.C.*, 4:22-cv-04529;                  | GUARDIANS *AD LITEM***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*T.K.*, 4:22-cv-04588;

*T.R.*, 4:22-cv-04712;

*C.C.*, 4:22-cv-04709;

*J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710;

*Shaw Jamerson*, 4:22-cv-06384;

*L.A.T. (and as next of friend to minor L.T.)*, 4:22-cv-04937;

*S.R.*, 4:22-cv-06455

EXHIBITS 11 - 20 OF ANDERSON DECL. ISO PLAINTIFFS'
CONSOLIDATED *EX PARTE* APPLICATION FOR
APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

# EXHIBIT 11

EXHIBIT FILED UNDER SEAL

# EXHIBIT 12

EXHIBIT FILED UNDER SEAL

# EXHIBIT 13

EXHIBIT FILED UNDER SEAL

# EXHIBIT 14

EXHIBIT FILED UNDER SEAL

# EXHIBIT 15

EXHIBIT FILED UNDER SEAL

# EXHIBIT 16

EXHIBIT FILED UNDER SEAL

# EXHIBIT 17

EXHIBIT FILED UNDER SEAL

# EXHIBIT 18

EXHIBIT FILED UNDER SEAL

# EXHIBIT 19

EXHIBIT FILED UNDER SEAL

# EXHIBIT 20

EXHIBIT FILED UNDER SEAL