Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **EXHIBITS 21 - 30 OF DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |
| *Andrea Harrison*, 4:22-cv-06452; | |
| *Bethany Odems*, 4:22-cv-06440; | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Sabrina Huff-Young*, 4:22-cv-06430;

*Luvonia Brown*, 4:22-cv-06668;

*Tabitha Quinones*, 4:22-cv-06431;

*Shanetta Kimber (and as next of friend to minor D.K.)*, 4:22-cv-06434;

*Mandy S. Westwood*, 4:22-cv-06461;

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417

EXHIBITS 21 – 30 OF ANDERSON DECL. ISO PLAINTIFFS'
CONSOLIDATED *EX PARTE* APPLICATION FOR
APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

# EXHIBIT 21

EXHIBIT FILED UNDER SEAL

# EXHIBIT 22

EXHIBIT FILED UNDER SEAL

# EXHIBIT 23

EXHIBIT FILED UNDER SEAL

# EXHIBIT 24

EXHIBIT FILED UNDER SEAL

# EXHIBIT 25

EXHIBIT FILED UNDER SEAL

# EXHIBIT 26

EXHIBIT FILED UNDER SEAL

# EXHIBIT 27

EXHIBIT FILED UNDER SEAL

# EXHIBIT 28

EXHIBIT FILED UNDER SEAL

# EXHIBIT 29

EXHIBIT FILED UNDER SEAL

# EXHIBIT 30

EXHIBIT FILED UNDER SEAL