Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**EXHIBITS 31 – 40 OF DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |
| This Document Relates to:<br><br>*Jennifer Koutsouftikis*, 4:22-cv-06643;<br><br>*T.S.*, 4:22-cv-06454; | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John*

*Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha*

*Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573

# EXHIBIT 31

EXHIBIT FILED UNDER SEAL

# EXHIBIT 32

EXHIBIT FILED UNDER SEAL

# EXHIBIT 35

EXHIBIT FILED UNDER SEAL

# EXHIBIT 34

EXHIBIT FILED UNDER SEAL

# EXHIBIT 35

EXHIBIT FILED UNDER SEAL

# EXHIBIT 36

EXHIBIT FILED UNDER SEAL

# EXHIBIT 37

EXHIBIT FILED UNDER SEAL

# EXHIBIT 38

EXHIBIT FILED UNDER SEAL

# EXHIBIT 39

EXHIBIT FILED UNDER SEAL

**EXHIBIT 40**

EXHIBIT FILED UNDER SEAL