Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 |
| This Document Relates to: <br><br> *Melanie Clarke-Penella*, 4:22-cv-06692; <br><br> *Lorine Hawthorne*, 4:22-cv-06751; | **EXHIBITS 61 – 75 OF DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Chris J. Czubakowski*, 4:22-cv-06989;

*C.U.*, 4:22-cv-07347;

*N.W.*, 4:22-cv-08937;

*David Hemmer*, 4:23-cv-00055;

*C.N.*, 4:22-cv-04283;

*Donna Copelton*, 4:22-cv-06165;

*Diane Williams*, 4:22-cv-05886;

J.A., K.L., and A.L., 4:23-cv-00515;

*G.W.*, 4:23-cv-00545;

L.A.T. (and as next of friend to minor. P.T.),

4:22-cv-04937;

*Elizabeth Mullen*, 4:23-cv- 00600;

*A.C.*, 4:23-cv-00646;

*Star Wishkin*, 4:22-cv-06459;

*D.D., J.D.*, 4:22-cv-06205

# EXHIBIT 61

EXHIBIT FILED UNDER SEAL

# EXHIBIT 62

EXHIBIT FILED UNDER SEAL

# EXHIBIT 63

EXHIBIT FILED UNDER SEAL

# EXHIBIT 64

EXHIBIT FILED UNDER SEAL

# EXHIBIT 65

EXHIBIT FILED UNDER SEAL

# EXHIBIT 66

EXHIBIT FILED UNDER SEAL

# EXHIBIT 67

EXHIBIT FILED UNDER SEAL

# EXHIBIT 68

EXHIBIT FILED UNDER SEAL

# EXHIBIT 69

EXHIBIT FILED UNDER SEAL

# EXHIBIT 70

EXHIBIT FILED UNDER SEAL

# EXHIBIT 71

EXHIBIT FILED UNDER SEAL

# EXHIBIT 72

EXHIBIT FILED UNDER SEAL

# EXHIBIT 73

EXHIBIT FILED UNDER SEAL

# EXHIBIT 74

EXHIBIT FILED UNDER SEAL

# EXHIBIT 75

EXHIBIT FILED UNDER SEAL