UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Brittany Doffing*, 4:22-cv-05892;<br>*Malinda Harris*, 4:22-cv-06085;<br>*Ayla Tanton*, 4:22-cv-06545;<br>*Megan Waddell.*, 4:22-cv-05888;<br>*Virginia Roth*, 4:22-cv-05884;<br>*Cecelia Tesch*, 4:22-cv-06167;<br>*Apriel Dorsey*, 4:22-cv-06451;<br>*Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.)*, 4:22-cv-06418;<br>*E.W.*, 4:22-cv-04528;<br>*M.C.*, 4:22-cv-04529;<br>*T.K.*, 4:22-cv-04588;<br>*T.R.*, 4:22-cv-04712; | **[PROPOSED] ORDER GRANTING *EX PARTE* CONSOLIDATED APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

*C.C.*, 4:22-cv-04709;

*J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710;

*Shaw Jamerson*, 4:22-cv-06384;

*L.A.T. (and as next of friend to minors P.T. and L.T.)*, 4:22-cv-04937;

*S.R.*, 4:22-cv-06455;

*Andrea Harrison*, 4:22-cv-06452;

*Bethany Odems*, 4:22-cv-06440;

*Sabrina Huff-Young*, 4:22-cv-06430;

*Luvonia Brown*, 4:22-cv-06668;

*Tabitha Quinones*, 4:22-cv-06431;

*Shanetta Kimber(and as next friend to minor D.K.)*, 4:22-cv-06434;

*Mandy S. Westwood*, 4:22-cv-06461;

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417;

*Jennifer Koutsouftikis*, 4:22-cv-06643;

*T.S.*, 4:22-cv-06454;

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873;

*Dayna Page*, 4:22-cv-06124;

*Sarie Neave*, 4:22-cv-06126;

*Julie Kosiorek*, 4:22-cv-06142;

*Zakey Amacker*, 4:22-cv-06150;

*Tracy Hunt*, 4:22-cv-06155;

*Tamesha Hicks*, 4:22-cv-06162;

*D.D., G.D.*, 4:22-cv-06190;

*Amanda Duke*, 4:22-cv-06200;

*Danielle Cohen*, 4:22-cv-06207;

*Kenisha Day*, 4:22-cv-06215;

*I.A.*, 4:22-cv-06252;

*Margit LaBlue*, 4:22-cv-06256;

*Khymberly Levin*, 4:22-cv-06263;

*Christian Brooks*, 4:22-cv-06308;

*Michelle Wheeldon*, 4:22-cv-06306;

*Jessica Bright*, 4:22-cv-06318;

*Rachelle Capka*, 4:22-cv-06583;

*Lawanda Simpson*, 4:22-cv-06587;

*Jeffrey Wombles*, 4:22-cv-06685;

*Melanie Clarke-Penella*, 4:22-cv-06692;

*Lorine Hawthorne*, 4:22-cv-06751;

*Chris J. Czubakowski*, 4:22-cv-06989;

*C.U.*, 4:22-cv-07347;

*N.W.*, 4:22-cv-08937;

*David Hemmer*, 4:23-cv-00055;

*Danna Copelton*, 4:22-cv-6165

*Diane Williams*, 4:22-cv-05886;

*J.A., K.L., and A.L.*, 4:23-cv-00515;

*G.W.*, 4:23-cv-00545;

*Elizabeth Mullen*, 4:23-cv- 00600;

*A.C.*, 4:23-cv-00646;

*Star Wishkin*, 4:22-cv-06459;

*D.D., J.D.*, 4:22-cv-06205.

The Court is in receipt of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Consolidated *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointments of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

On February 28, 2023, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs via Plaintiffs' Consolidated *Ex Parte* Application in the following cases:

- *Doffing v. Meta Platforms, Inc., et al.*, 4:22-cv-05892;
- *Harris v. Meta Platforms, Inc., et al.*, 4:22-cv-06085;
- *Tanton v. Meta Platforms, Inc., et al.*, 4:22-cv-06545;
- *Waddell v. Meta Platforms, Inc., et al.*, 4:22-cv-05888;

- *Roth v. Meta Platforms, Inc., et al.*, 4:22-cv-05884;
- *Tesch v. Meta Platforms, Inc., et al.*, 4:22-cv-06167;
- *Dorsey v. Meta Platforms, Inc., et al.*, 4:22-cv-06451;
- *Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.) v. Meta Platforms, Inc., et al.*, 4:22-cv-06418;
- *E.W. v. YouTube, LLC, et al.*, 4:22-cv-04528;
- *M.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04529;
- *T.K. v. Meta Platforms, Inc., et al.*, 4:22-cv-04588;
- *T.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-04712;
- *C.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04709;
- *J.H. (and as next of friend to minors N.R. and A.M.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710;
- *Jamerson v. Meta Platforms, Inc., et al.*, 4:22-cv-06384;
- *L.A.T. (and as next of friend to minor L.T.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04937;
- *S.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-06455;
- *Harrison v. Meta Platforms, Inc., et al.*, 4:22-cv-06452;
- *Odems v. Meta Platforms, Inc., et al.*, 4:22-cv-06440;
- *Huff-Young v. Meta Platforms, Inc., et al.*, 4:22-cv-06430;
- *Brown v. Meta Platforms, Inc., et al.*, 4:22-cv-06668;
- *Quinones v. Meta Platforms, Inc., et al.*, 4:22-cv-06431;
- *Kimber (and as next to friend of minor D.K.) v. Meta Platforms, Inc., et al.*, 4:22-cv-06434;
- *Westwood v. Meta Platforms, Inc., et al.*, 4:22-cv-06461;
- *Turgeon v. Meta Platforms, Inc., et al.*, 4:22-cv-06616;
- *Canche v. Meta Platforms, Inc., et al.*, 4:22-cv-06449;
- *Cerone v. Meta Platforms, Inc., et al.*, 4:22-cv-06417;
- *Koutsouftikis v. Meta Platforms, Inc., et al.*, 4:22-cv-06643;

- *T.S. v. Meta Platforms, Inc., et al.*, 4:22-cv-06454;
- *Smith (Chad) v. Meta Platforms, Inc., et al.*, 4:22-cv-06421;
- *Stoudemire (on behalf of De'John Davidson) v. Meta Platforms, Inc., et al.*, 4:22-cv-06495;
- *Stoudemire (on behalf of Ja'Taesha Davidson) v. Meta Platforms, Inc., et al.*, 4:22-cv-05987;
- *Woods v. Meta Platforms, Inc., et al.*, 4:22-cv-6591;
- *V.P. v. Meta Platforms, Inc., et al.*, 4:22-cv-06617;
- *J.O. v. Meta Platforms, Inc., et al.*, 4:22-cv-05546;
- *Agosta v. Meta Platforms, Inc., et al.*, 4:22-cv-05565;
- *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573;
- *Calvoni v. Meta Platforms, Inc., et al.* ,4:22-cv-05873;
- *Page v. Meta Platforms, Inc., et al.*, 4:22-cv-06124;
- *Neave v. Meta Platforms, Inc., et al.*, 4:22-cv-06126;
- *Kosiorek v. Meta Platforms, Inc., et al.*, 4:22-cv-06142;
- *Amacker v. Meta Platforms, Inc., et al.*, 4:22-cv-06150;
- *Hunt v. Meta Platforms, Inc., et al.*, 4:22-cv-06155;
- *Hicks (Tameshia) v. Meta Platforms, Inc., et al.*, 4:22-cv-06162;
- *D.D., G.D. v. Meta Platforms, Inc., et al.*, 4:22-cv-06190;
- *Duke v. Meta Platforms, Inc., et al.*, 4:22-cv-06200;
- *Cohen v. Meta Platforms, Inc., et al.*, 4:22-cv-06207;
- *Day v. Meta Platforms, Inc., et al.*, 4:22-cv-06215;
- *I.A. v. Meta Platforms, Inc., et al.*, 4:22-cv-06252;
- *LaBlue v. Meta Platforms, Inc., et al.*, 4:22-cv-06256;
- *Levin v. Meta Platforms, Inc., et al.*, 4:22-cv-06263;
- *Brooks v. Meta Platforms, Inc., et al.*, 4:22-cv-06308;
- *Wheeldon v. Meta Platforms, Inc., et al.*, 4:22-cv-06306;
- *Bright v. Meta Platforms, Inc., et al.*, 4:22-cv-06318;

- *Capka v. Meta Platforms, Inc.*, et al., 4:22-cv-06583;
- *Simpson v. Meta Platforms, Inc.*, et al., 4:22-cv-06587;
- *Wombles v. Meta Platforms, Inc.*, et al., 4:22-cv-06685;
- *Clarke-Penella v. Meta Platforms, Inc.*, et al., 4:22-cv-06692;
- *Hawthorne v. Meta Platforms, Inc.*, et al., 4:22-cv-06751;
- *Czubakowski v. Meta Platforms, Inc.*, et al., 4:22-cv-06989;
- *C.U. v. Snap Inc*, et al., 4:22-cv-07347;
- *N.W. v. Meta Platforms, Inc.*, et al., 4:22-cv-08937;
- *Hemmer v. Meta Platforms, Inc.*, et al., 4:23-cv-00055;
- *Williams* v. Meta Platforms, Inc., *et al.*, 4:22-cv-05886;
- *Copelton v. Meta Platforms, Inc.*, et al., 4:22-cv-06165;
- *J.A., K.L., and A.L. v. TikToc*, et al., 4:23-cv-00515;
- *G.W. v. Snap, Inc.*, 4:23-cv-00545;
- *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc.*, et al., 4:22-cv-04937;
- *Mullen v. Meta Platforms, Inc.*, et al., 4:23-cv-00600;
- *A.C. v. Meta Platforms, Inc.*, et al., 4:23-cv-00646;
- *Wishkin v. Meta Platforms, Inc., et al.,* 4:22-cv-06459; and
- *D.D., J.D. v. Meta Platforms, Inc., et al.,* 4:22-cv-06205

Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte* Application. Applications shall become final.  ECF No. 122 ¶ 5.

Having received no objections within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions.

///

///

**IT IS SO ORDERED.**

Dated: _____

                        Hon. Yvonne Gonzalez Rogers
                        UNITED STATES DISTRICT JUDGE