Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

The Court, having considered Plaintiffs' Amended Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed ("Administrative Motion to Seal") (Dkt. 137), Meta Platform, Inc.'s ("Meta") Statement in Support ("Meta's Statement") and any arguments of counsel, rules as follows:

The Court finds that compelling reasons exist to support the filing under seal of the following portions of Plaintiffs' Corrected Master Complaint. Accordingly, the following portions of the Corrected Master Complaint shall be filed under seal:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support Sealing | Ruling |
|---|---|---|
| Corrected Master Complaint, page 76, ¶ 259, line 16 (name only) | Meta's Statement pages 1-2 | |
| Corrected Master Complaint, page 80, ¶ 268, line 9 (name only) | Meta's Statement pages 1-2 | |
| Corrected Master Complaint, page 80, ¶ 268, line 11 (name only) | Meta's Statement pages 1-2 | |
| Corrected Master Complaint, page 80, ¶ 268, line 17 (name only) | Meta's Statement pages 1-2 | |
| Corrected Master Complaint, page 80, Fn. 317 (name only) | Meta's Statement pages 1-2 | |
| Corrected Master Complaint, page 80, Fn. 319 (name only) | Meta's Statement pages 1-2 | |

Meta does not seek to seal material in the Corrected Master Complaint not explicitly set out in the table above. Accordingly, the Administrative Motion to Seal is denied except to the extent set out above.

It is so ordered.

DATED: _____        By: _____

Hon. Yvonne Gonzalez Rogers<br>U.S. District Judge