ASHLEY M. SIMONSEN, SBN 275203
  asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF ASHLEY M. SIMONSEN** |

1
2

# NOTICE OF APPEARANCE OF

## ASHLEY M. SIMONSEN AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ashley M. Simonsen of the law firm Covington & Burling LLP, located at 1999 Avenue of the Stars, Suite 3500, Los Angeles, CA 90067-4643, telephone number (424) 332-4800, facsimile number (424) 332-4749, email address asimonsen@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Ms. Simonsen hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  March 1, 2023                             COVINGTON & BURLING, LLP

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*