| | |
|---|---|
| 1 | EMILY JOHNSON HENN, SBN 269482 |
| 2 | ehenn@cov.com<br>COVINGTON & BURLING LLP |
| 3 | 3000 El Camino Real<br>5 Palo Alto Square, 10th Floor |
| 4 | Palo Alto, CA 94306-2112 |
| 5 | Telephone: (650) 632-4700<br>Facsimile: (650) 632-4815 |

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF EMILY JOHNSON HENN** |

# NOTICE OF APPEARANCE OF
# EMILY JOHNSON HENN AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Emily Johnson Henn of the law firm Covington & Burling LLP, located at 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306-2112, telephone number (650) 632-4700, facsimile number (650) 632-4815, email address ehenn@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Ms. Henn hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  March 1, 2023                              COVINGTON & BURLING, LLP


By:  */s/ Emily Johnson Henn*
Emily Johnson Henn

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*