Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Seattle School District No. 1, Kent School District No. 415, and Mesa Public Schools

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs Seattle School District No. 1, Kent School District No. 415, and Mesa Public Schools:

Dean N. Kawamoto
dkawamoto@kellerrohrback.com
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101
(206) 623-1900

Attorney is admitted to practice and in good standing in the State of California and was admitted to the United States District Court for the Northern District of California on March 18, 2015.

1  DATED this 2nd day of March, 2023.

2                                KELLER ROHRBACK L.L.P.

                              Keller Rohrback L.L.P.

                              By:/s/ *Dean N. Kawamoto*
                              Derek W. Loeser
                              Dean N. Kawamoto
                              Cari C. Laufenberg
                              Garrett A. Heilman
                              Felicia J. Craick
                              Chris N. Ryder
                              1201 Third Avenue, Suite 3200
                              Seattle, WA 98101
                              P: 206.623.1900
                              F: 206.623.3384
                              E: dloeser@kellerrohrback.com
                                   dkawamoto@kellerrohrback.com
                                   claufenberg@kellerrohrback.com
                                   gheilman@kellerrohrback.com
                                   fcraick@kellerrohrback.com
                                   cryder@kellerrohrback.com