Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Seattle School District No. 1, Kent School District No. 415, and Mesa Public Schools

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs Seattle School District No. 1, Kent School District No. 415, and Mesa Public Schools:

> Garrett A. Heilman
> gheilman@kellerrohrback.com
> Keller Rohrback, L.L.P.
> 1201 Third Avenue
> Suite 3200
> Seattle, WA 98101
> (206) 623-1900

Attorney is admitted to practice and in good standing in the State of Washington and was admitted to the United States District Court for the Western District of Washington on October 28, 2016.

DATED this 2nd day of March, 2023.

      KELLER ROHRBACK L.L.P.

      Keller Rohrback L.L.P.

By: /s/ *Garrett A. Heilman*
Derek W. Loeser
Dean N. Kawamoto
Cari C. Laufenberg
Garrett A. Heilman
Felicia J. Craick
Chris N. Ryder
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: 206.623.1900
F: 206.623.3384
E: dloeser@kellerrohrback.com
   dkawamoto@kellerrohrback.com
   claufenberg@kellerrohrback.com
   gheilman@kellerrohrback.com
   fcraick@kellerrohrback.com
   cryder@kellerrohrback.com