# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 3, 2023  **Time:** 9:09 – 10:21 = 1 hour 12 minutes  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-md-03047-YGR  **Case Name:** IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

**Attorney for Plaintiffs:** See Attached
**Attorney for Defendants:** See Attached

**Deputy Clerk:** Bhavna Sharma  **Reported by:** Pamela Hebel

## PROCEEDINGS

Further Case Management Conference - held.

Discussion held regarding the following topics:

1. Priority claims issue
2. Specification to Defendants' Motion to Dismiss
   - Defendants' opening brief due by April 17, 2023. Opposition due June 1, 2023. Replies due June 30, 2023. Motion hearing TBD.
   - Defendant is allowed 100 pages. Plaintiff is allowed 100 pages. Reply brief will be limited to 50 pages.
   - Defendants to coordinate and file one consolidated motion. If specific issues need to be addressed, different briefs may be filed.
   - Parties may arrange for further conference through liaison counsel.
3. Short form complaint and implementation order
   - Court adopts' plaintiffs' approach. Originally filed date to be included in plaintiffs' short form complaint.
   - No redaction necessary if a blank template is attached to the order for the public to be aware of what is being included.
4. Proposed coordination order
   - Proposed order to be submitted by March 17, 2023.
5. Proposed filing requirements for Defendants
   - Parties to continue to meet and confer re possible resolution.
6. Discovery related orders

- Counsel to adhere to stipulations in joint case management conference statement.
7. Mediator selection
    - Court to make determination from randomized selection made by each party.
8. Proposed common benefit order
    - Agreement reached between parties. The following items cannot be billed: business class flights, alcohol, phone calls. Court to grant revised order.
9. Sealing
    - Counsel to meet and confer re sealing orders. All must be addressed with hyperlinks.
10. Guardian Ad Litem Applications
    - Court will resolve the substantive applications at docket 149 once the objection deadline passes.
    - In light of discussion on the record, Court grants requests to seal guardian ad litem applications at dockets 147 and 148.
11. Further updates
    - Parties note appearance of school districts.

Written order from the Court will follow.

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Andrus Anderson LLP | Jennie Lee Anderson | *[signature]* | Case No. 4:22-cv-00401 | |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Sin-Ting Mary Liu | *[signature]* | Case no. 4:22-cv-04888 | |
| Baron & Budd, P.C. | Peter Klausner | *[signature]* | Case No. 4:22-cv-06142 | |

1

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Beasley Allen | Joseph VanZandt | [signature] | Case No. 4:22-cv-06150; Case No. 4:22-cv-06209; Case No. 4:22-cv-06318; Case No. 4:22-cv-06308; Case No. 4:22-cv-06668; Case No. 4:22-cv-06117; Case No. 4:22-cv-05893; Case No. 4:22-cv-05986; Case No. 4:22-cv-06423; Case No. 4:22-cv-06375; Case No. 4:22-cv-06165; Case No. 4:22-cv-05890; Case No. 4:22-cv-06215; Case No. 4:22-cv-05894; Case No. 4:22-cv-06085; Case No. 4:22-cv-06429; Case No. 4:22-cv-6162; Case No. 4:22-cv-06430; Case No. 4:22-cv-6155; Case No. 4:22-cv-6153; Case No. 4:22-cv-05885; Case No. 4:22-cv-06498; Case No. 4:22-cv-06434; Case No. 4:22-cv-06428; Case No. 4:22-cv-06426 | Case No. 4:22-cv-06425; Case No. 4:22-cv-05889; Case No. 4:22-cv-06460; Case No. 4:22-cv-06440; Case No. 4:22-cv-06431; Case No. 4:22-cv-06436; Case No. 4:22-cv-05884; Case No. 4:22-cv-03883; Case No. 4:22-cv-06421; Case No. 4:22-cv-06138; Case No. 4:22-cv-05109; Case No. 4:22-cv-06545; Case No. 4:22-cv-05888; Case No. 4:22-cv-06667; Case No. 4:22-cv-05891; Case No. 4:22-cv-05886; Case No. 4:22-cv-06432; Case No. 4:22-cv-6583; Case No. 4:22-cv-6587; Case No. 4:22-cv-6627; Case No. 4:22-cv-6638; Case No. 4:22-cv-6685; Case No. 4:22-cv-6692; Case No. 4:22-cv-6812; Case No. 4:22-cv-6832 |

2

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| C.A. Goldberg, PLLC | Hannah Meropol | [signature] | Case No. 4:22-cv-06134 | |
| DiCello Levitt | | [signature] | Case No. 3:22-cv-06263 | |
| Gibbs Law Group LLP | Andre Mura | | Case No. 4:22-cv-06279 | |
| Hach & Rose LLP | | | Case No. 22-cv-04888 | |
| Levin Papantonio Rafferty | | | Case No. 4:22-cv-05573; Case No. 4:22-cv-06306 | |
| Levin Sedran & Berman, LLP | | | Case No. 4:22-cv-06457; Case No. 4:22-cv-06067; Case No. 4:22-cv-06458 | |
| Lieff Cabraser Heimann & Bernstein | Lexi J. Hazam Jason L. Lichtman Kelly K. McNabb | [signature] | Case No. 4:22-cv-06256; Case No. 4:22-cv-06142; Case No. 4:22-cv-06124; Case No. 4:22-cv-06126; Case No. 4:22-cv-06200; Case No. 4:22-cv-06207; Case No. 4:22-cv-06751; Case No. 4:22-cv-06749; Case No. 4:22-cv-06461 | |

3

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**
**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Marsh Law Firm PLLC | James Marsh | [signature] | Case no. 4:22-cv-04888 | |
| Morgan & Morgan | | | Case No. 4:22-cv-06167; Case No. 4:22-cv-06451; Case No. 4:22-cv-06193; Case No. 4:22-cv-06388; Case No. 4:22-cv-06459; Case No. 4:22-cv-06192; 5:22-cv-00380; Case No. 4:22-cv-06452; 5:22-cv-00391; Case No. 4:22-cv-06383; 3:22-cv-02094; Case No. 4:22-cv-06616; Case No. 4:22-cv-06449; Case No. 4:22-cv-06417; Case No. 4:22-cv-00215; Case No. 1:22-cv-01079 | |
| Motley Rice | Previn Warren, Abigail Burman | [signature] | Case No. 4:22-cv-05873 | |
| Ron Austin Law | | | Case No. 4:22-cv-06214 | |

4

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Seeger Weiss | Christopher Seeger<br>Christopher Ayers<br>Jennifer Scullion | [signature] | Case No. 4:22-cv-00401; Case No. 4:22-cv-06455; Case No. 4:22-cv-04710; Case No. 4:22-cv-04709; Case No. 4:22-cv-04937; Case No. 4:22-cv-06617; Case No. 4:22-cv-03849; Case No. 4:22-cv-04209; Case No. 4:22-cv-04286; Case No. 4:22-cv-04210; Case No. 4:22-cv-04283; Case No. 4:22-cv-05985; Case No. 4:22-cv-05892; Case No. 4:22-cv-06252; Case No. 4:22-cv-03294; Case No. 4:22-cv-04533; Case No. 4:22-cv-06387; Case No. 4:22-cv-04712; Case No. 4:22-cv-06418; Case No. 4:22-cv-04528; Case No. 4:22-cv-04529; Case No. 4:22-cv-04535; Case No. 4:22-cv-04588 | |

6

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Simmons Hanly Conroy | Ellyn Hurd | [signature] | ; Case No. 4:22-cv-06326 | |

7

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
*IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*
(Case No. 4:22-md-03047-YGR)

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| Social Media Victims Law Center | | | Case No. 4:22-cv-04286; Case No. 4:22-cv-04209; Case No. 4:22-cv-05892; Case No. 4:22-cv-04283; Case No. 4:22-cv-03849; Case No. 4:22-cv-04709; Case No. 4:22-cv-06418; Case No. 4:22-cv-04533; Case No. 4:22-cv-05985; Case No. 4:22-cv-06134; Case No. 4:22-cv-06190; Case No. 4:22-cv-06376; Case No. 4:22-cv-04528; Case No. 4:22-cv-04535; Case No. 4:22-cv-06252; Case No. 4:22-cv-05546; Case No. 4:22-cv-06387; Case No 4:22-cv-04710; Case No. 4:22-cv-03294; Case No. 4:22-cv-04937; Case No. 4:22-cv-05573; Case No. 4:22-cv-04529; Case No. 4:22-cv-06455 | Case No. 4:22-cv-04712; Case No. 4:22-cv-00401; Case No. 4:22-cv-04210; Case No. 4:22-cv-06617 |

8

**Plaintiff Attorney Sign-In for March 3, 2023 Conference**
***IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION***
**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Attending Lawyers | Signature | Party/Parties Appearing on behalf of | Additional Party/Parties Appearing on behalf of |
|---|---|---|---|---|
| The Carlson Law Firm | | | Case No. 4:22-cv-06591 | |
| Walsh Law | | | 4:22-cv-06454 | |
| Watts Guerra LLP | | | Case No. 4:22-cv-06218 | |
| Weitz & Luxenberg | | | Case No. 22-cv-6205 | |

Keller Rohrback LLP
Cari Laufenberg
Derek Loeser
Dean Kawamoto
Felicia Craick

Carella, Byrne Cecchi:
James Cecchi

No. 2:23-cv-00172
No. 23-cv-00032
No. 23-cv-00045

School District of Chatham, NJ
School District of Irvington, NJ
23cv00910

9

**Defendant Attorney Sign-In at March 3, 2023 Conference**

**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**
(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Covington & Burling LLP | Emily Henn<br>Phyllis Jones<br>Paul Schmidt<br>Ashley Simonsen | [signatures: Emily Henn; Phyllis Jones; Ashley Simonsen; Paul Schmidt] | Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC;<br>Siculus, Inc.;<br>Mark Elliot Zuckerberg | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-06376; 4:22-cv-05893; 4:22-CV-06085; 4:22-cv-03294; 4:22-cv-06375; 4:22-cv-06545; 4:22-cv-05888; 4:22-cv-05884; 4:22-CV-06080; 4:22-cv-05894; 4:22-cv-05986; 4:22-cv-03849; 4:22-cv-03883; 4:22-cv-05886; 4:22-cv-06067; 4:22-cv-05889; 4:22-cv-05985; 4:22-cv-04209; 4:22-cv-04210; 4:22-cv-06167; 4:22-cv-04286; 4:22-cv-04283; 4:22-cv-05891; 4:22-cv-05890; 4:22-cv-06117; 4:22-cv-05885; 4:22-cv-06451; 4:22-cv-06418; 4:22-cv-06457; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06193; 4:22-cv-06388; 4:22-cv-06459; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-06192; 4:22-cv-06497; 4:22-cv-06384; 4:22-cv-04888; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06452; 4:22-cv-06423; 4:22-cv-06425; 4:22-cv-06667; 4:22-cv-06440; 4:22-cv-06426; 4:22-cv-06428; 4:22-cv-06429; 4:22-cv-06430; 4:22-cv-06668; 4:22-cv-06431; 4:22-cv-06432; 4:22-cv-06498; 4:22-cv-06434; 4:22-cv-06461; 4:22-cv-06386; 4:22-cv-06383; 4:22-cv-06441; 4:22-cv-06616; 4:22-cv-05109; 4:22-cv-06449; 4:22-cv-06417; 4:22-cv-06443; 4:22-cv-06643; 4:22-cv-06454; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-06495; 4:22-cv-05987; 4:22-cv-06591; 4:22-cv-06617; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-05573; 4:22-cv-05873; 4:22-cv-06124; 4:22-cv-06126; 4:22-cv-06142; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06200; 4:22-cv-6205; 4:22-cv-06209; 4:22-cv-06207; 4:22-cv-06218; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06256; 4:22-cv-06263; 4:22-cv-06279; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06306; 4:22-cv-06326; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06749; 4:22-cv-06751; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-06989; 4:22-cv-07092; 4:22-cv-07347; 4:22-cv-08965; 4:22-cv-09056; 4:23-cv-00055; 4:23-cv-00270; 4:23-cv-00600; 4:23-cv-00646 |

1

**Defendant Attorney Sign-In at March 3, 2023 Conference**

**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**

**(Case No. 4:22-md-03047-YGR)**

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Munger, Tolles & Olson LLP | Jonathan Blavin, Lauren Bell | *[signatures]* | Snap Inc. | 4:22-cv-00401; 4:22-cv-05892; 4:22-cv-03849; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-06387; 4:22-cv-04528; 4:22-cv-04535; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04888; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06458; 4:22-cv-05546; 4:22-cv-05565; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06153; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092; 4:22-cv-07347; 4:22-cv-08965; 4:23-cv-00545; 4:23-cv-00600; 4:23-cv-00646 |
| King & Spalding LLP | Geoffrey Drake | *[signature]* | TikTok Inc.; ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092; 4:23-cv-00515; 4:23-cv-00600 |

2

**Defendant Attorney Sign-In at March 3, 2023 Conference**

***IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION***
(Case No. 4:22-md-03047-YGR)

| Law Firm | Lawyers | Signature | Party/Parties | Underlying cases |
|---|---|---|---|---|
| Faegre Drinker Biddle & Reath LLP | Andrea Pierson | *Andrea Pierson* | TikTok Inc.; ByteDance Inc. | 4:22-cv-00401; 4:22-cv-05985; 4:22-cv-04210; 4:22-cv-06418; 4:22-cv-04528; 4:22-cv-04533; 4:22-cv-04529; 4:22-cv-04588; 4:22-cv-06456; 4:22-cv-04712; 4:22-cv-04709; 4:22-cv-04710; 4:22-cv-04937; 4:22-cv-06455; 4:22-cv-06436; 4:22-cv-06421; 4:22-cv-06460; 4:22-cv-06138; 4:22-cv-06150; 4:22-cv-06155; 4:22-cv-06162; 4:22-cv-06165; 4:22-cv-06134; 4:22-cv-06190; 4:22-cv-06205; 4:22-cv-06209; 4:22-cv-06214; 4:22-cv-06215; 4:22-cv-06252; 4:22-cv-06263; 4:22-cv-06296; 4:22-cv-06308; 4:22-cv-06318; 4:22-cv-06583; 4:22-cv-06587; 4:22-cv-06627; 4:22-cv-06638; 4:22-cv-06685; 4:22-cv-06692; 4:22-cv-06812; 4:22-cv-06832; 4:22-cv-07092; 4:23-cv-00515; 4:23-cv-00600 |
| Williams & Connolly LLP | Ashley Hardin Joe Petrosinelli | *signatures* | Alphabet Inc.; Google LLC; YouTube, LLC | 3:22-cv-04528; 4:22-cv-04710; 4:22-cv-06418; 3:22-cv-04529; 3:22-cv-04937 |
| Wilson Sonsini Goodrich & Rosati, PC | Lauren Gallo White | | Alphabet Inc.; Google LLC; YouTube, LLC | 3:22-cv-04528; 4:22-cv-04710; 4:22-cv-06418; 3:22-cv-04529; 3:22-cv-04937 |



3