Laura Marquez-Garrett, SBN 221542
laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
1390 Market St, Suite 200
San Francisco, CA 94102
Ph: 206-294-1348

Hannah Meropol, SBN 340095
hannah@cagoldberglaw.com
C. A. GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11201
Ph: 646-666-8908

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEAN NASCA, *individually and as successor-in-interest to* CHASE NASCA, Deceased, and MICHELLE NASCA, *individually*,<br><br>          Plaintiff,<br><br>     v.<br><br>BYTEDANCE, INC.; and TIKTOK, INC.,<br><br>          Defendants. | CIVIL NO.     4:22-cv-06134-YGR<br><br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AND COSTS |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs DEAN NASCA, *individually and as successor-in-interest to* CHASE NASCA, Deceased, and MICHELLE NASCA ("Plaintiffs") and Defendants BYTEDANCE, INC. and TIKTOK, INC. ("Defendants"), by and through their undersigned counsel, stipulate to dismiss Plaintiffs' action without prejudice.  Each party to bear its own costs and fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AND COSTS

1    Dated:  March 6, 2023.                    SOCIAL MEDIA VICTIMS LAW CENTER

2                                              By:*/s/ Laura Marquez Garrett*
                                                  Laura Marquez-Garrett
3
4                                              Laura Marquez-Garrett, SBN 221542
                                               laura@socialmediavictims.org
5                                              Matthew P. Bergman
                                               matt@socialmediavictims.org
6                                              Glenn S. Draper
                                               glenn@socialmediavictims.org
7                                              SOCIAL MEDIA VICTIMS LAW CENTER PLLC
                                               1390 Market Street, Suite 200
8                                              San Francisco, California 94102
                                               Telephone:  206-741-4862
9
10                                             Hannah Meropol, SBN 340095
                                               hannah@cagolberglaw.com
11                                             Carrie Goldberg
                                               carrie@cagoldberglaw.com
12                                             Naomi Leeds
                                               naomi@cagoldberglaw.com
13                                             C.A. GOLDBERG, PLLC
                                               16 Court St
14                                             Brooklyn, NY 11241
                                               Ph: 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
15
16                                             *Attorney for Plaintiffs*
17
18   Dated:  March 6, 2023.                    KING & SPALDING LLP
19
                                               By:*/s/ Geoffrey M. Drake*
20                                                 Geoffrey M. Drake
                                                   1180 Peachtree Street, NE, Suite 1600
21                                                 Atlanta, GA 30309
                                                   Telephone: + 1 (404) 572-4600
22                                                 Facsimile: + 1 (404) 572-5100
                                                   Email: gdrake@kslaw.com
23
24                                             *Attorneys for Defendants TikTok Inc. and
                                               ByteDance Inc.*
25
26
27
28

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
AND COSTS

Dated: March 6, 2023.                    FAEGRE DRINKER BIDDLE & REATH LLP

                                         By: /s/ Andrea Roberts Pierson
                                             Andrea Roberts Pierson
                                             300 N. Meridian Street, Suite 2500
                                             Indianapolis, IN 46204
                                             Telephone: + 1 (317) 237-0300
                                             Facsimile: + 1 (317) 237-1000
                                             Email: andrea.pierson@faegredrinker.com

                                         *Attorneys for Defendants TikTok Inc. and
                                         ByteDance Inc.*

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

DATED: _____, 2023        _____
                                         HONORABLE YVONNE G. ROGERS
                                         United States District Court Judge


**SIGNATURE CERTIFICATION**

    Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 6, 2023.                    SOCIAL MEDIA VICTIMS LAW CENTER

                                         By:/s/ Laura Marquez-Garrett
                                             Laura Marquez-Garrett

                                         Laura Marquez-Garrett, SBN 221542
                                         laura@socialmediavictims.org
                                         Matthew P. Bergman
                                         matt@socialmediavictims.org
                                         Glenn S. Draper
                                         glenn@socialmediavictims.org
                                         SOCIAL MEDIA VICTIMS LAW CENTER PLLC
                                         1390 Market Street, Suite 200
                                         San Francisco, California 94102
                                         Telephone:  206-741-4862

                                         *Attorney for Plaintiffs*

3
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
AND COSTS