Laura Marquez-Garrett, SBN 221542
laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
1390 Market St, Suite 200
San Francisco, CA 94102
Ph: 206-294-1348

Hannah Meropol, SBN 340095
hannah@cagoldberglaw.com
C. A. GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11201
Ph: 646-666-8908

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEAN NASCA, *individually and as successor-in-interest to* CHASE NASCA, Deceased, and MICHELLE NASCA, *individually*,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE, INC.; and TIKTOK, INC.,<br><br>Defendants. | CIVIL NO.   4:22-md-03047-YGR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AND COSTS |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs DEAN NASCA, *individually and as successor-in-interest to* CHASE NASCA, Deceased, and MICHELLE NASCA ("Plaintiffs") and Defendants BYTEDANCE, INC. and TIKTOK, INC. ("Defendants"), by and through their undersigned counsel, stipulate to dismiss Plaintiffs' action without prejudice. Each party to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: March 6, 2023. | SOCIAL MEDIA VICTIMS LAW CENTER |

By:*/s/ Laura Marquez Garrett*
   Laura Marquez-Garrett

Laura Marquez-Garrett, SBN 221542
laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER PLLC
1390 Market Street, Suite 200
San Francisco, California 94102
Telephone: 206-741-4862

Hannah Meropol, SBN 340095
hannah@cagolberglaw.com
Carrie Goldberg
carrie@cagoldberglaw.com
Naomi Leeds
naomi@cagoldberglaw.com
C.A. GOLDBERG, PLLC
16 Court St
Brooklyn, NY 11241
Ph: 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

*Attorney for Plaintiffs*

Dated: March 6, 2023.      KING & SPALDING LLP

By:*/s/ Geoffrey M. Drake*
   Geoffrey M. Drake
   1180 Peachtree Street, NE, Suite 1600
   Atlanta, GA 30309
   Telephone: + 1 (404) 572-4600
   Facsimile: + 1 (404) 572-5100
   Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

Dated: March 6, 2023.                    FAEGRE DRINKER BIDDLE & REATH LLP

                                         By: /s/ Andrea Roberts Pierson
                                             Andrea Roberts Pierson
                                             300 N. Meridian Street, Suite 2500
                                             Indianapolis, IN 46204
                                             Telephone: + 1 (317) 237-0300
                                             Facsimile: + 1 (317) 237-1000
                                             Email: andrea.pierson@faegredrinker.com

                                         *Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

DATED: _____, 2023           _____
                                         HONORABLE YVONNE G. ROGERS
                                         United States District Court Judge


## SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 6, 2023.                    SOCIAL MEDIA VICTIMS LAW CENTER

                                         By:/s/ Laura Marquez-Garrett
                                             Laura Marquez-Garrett

                                         Laura Marquez-Garrett, SBN 221542
                                         laura@socialmediavictims.org
                                         Matthew P. Bergman
                                         matt@socialmediavictims.org
                                         Glenn S. Draper
                                         glenn@socialmediavictims.org
                                         SOCIAL MEDIA VICTIMS LAW CENTER PLLC
                                         1390 Market Street, Suite 200
                                         San Francisco, California 94102
                                         Telephone: 206-741-4862

                                         *Attorney for Plaintiffs*