[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF'S REPLY TO META'S STATEMENT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
|---|---|

Plaintiffs filed their Master Complaint on February 14, 2023. *See* ECF No. 138. Plaintiffs redacted significant portions of their pleadings, respecting Defendants' preliminary designation of certain materials as highly confidential. In addition, and in accordance with the Stipulated Order Governing Sealing Procedures, ECF No. 132, Plaintiffs filed administrative motions to consider whether these materials from the Meta, Snap, and TikTok Defendants should remain sealed. ECF Nos. 133, 134, 137.

Subsequently, the TikTok and Snap Defendants indicated that they do not in fact request that the Court seal any of portion of Plaintiffs' Master Complaint. ECF Nos. 139, 146. Meta Defendants have moved to seal the names of four non-party employees but otherwise have indicated that redactions to the Complaint are not necessary. ECF No. 151.

In the interest of avoiding a dispute before the Court, and in recognition of the fact that Meta Defendants have taken a suitably limited view of the appropriate redactions for Plaintiffs' Master

Complaint, Plaintiffs agree to the redactions proposed by Meta Defendants. Despite this agreement, Plaintiffs do not waive and expressly preserve their right to challenge in the future, should the issue arise, the propriety of keeping sealed employee names in the underlying documents or in other court filings.

As directed by the Court, *see* ECF No. 164 at 5-6, the parties will be filing a joint administrative motion requesting that the Court enter on the public docket a version of Plaintiffs' Master Complaint that seals the names identified by Meta Defendants but removes all other redactions.

Dated: March 7, 2023　　　　　　　　　Respectfully submitted,

LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP

*/s/ Lexi J. Hazam*
Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

SEEGER WEISS, LLP

*/s/ Christopher A. Seeger*
Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

MOTLEY RICE, LLC

*/s/ Previn Warren*
Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

***Plaintiffs' Co-Lead Counsel***