UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**JOINT ADMINISTRATIVE MOTION CONCERNING REDACTIONS TO PLAINTIFFS' MASTER COMPLAINT** |

Pursuant to the Court's Case Management Order No. 5, ECF No. 164 at 5-6, the parties hereby submit this joint administrative motion concerning the sealing of Plaintiffs' Master Complaint. As noted in Plaintiffs' recently-filed Reply to Meta's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 175) ("**Plaintiffs' Reply**"), only the Meta Defendants have moved to seal portions of Plaintiffs' Master Complaint—specifically, the names of four non-party employees. *See* ECF Nos. 151 (**Meta Defendants' Response to Plaintiffs' Administrative Motion**), 139 (Snap's Response to Plaintiffs' Administrative Motion), 146 (TikTok Defendants' Response to Plaintiffs' Administrative Motion).

As explained in their Response to Plaintiffs' Administrative Motion (ECF No. 151), the Meta Defendants maintain that there are compelling reasons to seal these names in the Master Complaint. *See, e.g.*, *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (granting motion to seal personal identifying information); *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (same). As set forth in Plaintiffs' Reply, "[i]n the interest of avoiding a dispute before the Court," Plaintiffs "agree to the redactions proposed by Meta Defendants." ECF No. 175.

Accordingly, the parties hereby stipulate and agree that only the following portions of Plaintiffs' Master Complaint shall be filed under seal.

- 1 -
JOINT ADMINISTRATIVE MOTION CONCERNING REDACTIONS TO PLAINTIFFS' MASTER COMPLAINT
Case No. 4:22-md-03047-YGR

2764859.1

- Page 76, ¶ 259, line 16 (name only)
- Page 80, ¶ 268, line 9 (name only)
- Page 80, ¶ 268, line 11 (name only)
- Page 80, ¶ 269, line 17 (name only)
- Page 80, n.317 (name only)
- Page 80, n.319 (name only)

The parties therefore respectfully request that the Court enter on the public docket a version of Plaintiffs' Master Complaint, attached hereto at Attachment A, containing the above-referenced redactions and removing all others.

By agreeing to this joint motion, Defendants do not waive, and expressly reserve, each of their rights to move to seal other material from, or derived from, documents quoted, paraphrased, characterized, or otherwise cited in the Master Complaint. The confidentiality or appropriateness of sealing material other than that in the Master Complaint is not currently at issue, and Defendants do not waive any right with respect to that material.

By agreeing to this joint motion, Plaintiffs do not waive, and expressly reserve, their right to challenge in the future, should the issue arise, the propriety of keeping sealed employee names in the underlying documents or in other court filings. *See* ECF No. 175.

1  Dated: March 10, 2023               Respectfully submitted,

2                                       */s/Lexi J. Hazam*
3                                       Lexi J. Hazam (SBN 224457)
                                        *lhazam@lchb.com*
4                                       LIEFF CABRASER HEIMAN
                                        & BERNSTEIN, LLP
5                                       275 Battery Street, 29th Floor
                                        San Francisco, CA 94111-3339
6                                       Telephone: (415) 956-1000
                                        Facsimile: (415) 956-100
7
8                                       */s/ Christopher A. Seeger*
                                        Christopher A. Seeger (*pro hac vice*)
9                                       *cseeger@seegerweiss.com*
                                        SEEGER WEISS, LLP
10                                      55 Challenger Road 6th Floor
                                        Ridgefield Park, NJ 07660
11                                      Telephone: (973) 639-9100
                                        Facsimile: (973) 679-8656
12
13                                      */s/ Previn Warren*
                                        Previn Warren (*pro hac vice*)
14                                      *pwarren@motleyrice.com*
                                        MOTLEY RICE, LLC
15                                      401 9th Street NW, Suite 630
                                        Washington, DC 20004
16                                      Telephone: (202) 386-9610
                                        Facsimile: (202) 232-5513
17
18                                      ***Plaintiffs' Co-Lead Counsel***

19

20

21

22

23

24

25

26

27

28

COVINGTON & BURLING LLP

By:  */s/ Phyllis A. Jones*
    Phyllis A. Jones, *pro hac vice*
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone: + 1 (202) 662-6000
    Facsimile: + 1 (202) 662-6291
    Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*


KING & SPALDING LLP

By:  */s/ Geoffrey M. Drake*
    Geoffrey M. Drake
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309
    Telephone: + 1 (404) 572-4600
    Facsimile: + 1 (404) 572-5100
    Email: gdrake@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*


FAEGRE DRINKER LLP

By:  */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson
    300 N. Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Telephone: + 1 (317) 237-0300
    Facsimile: + 1 (317) 237-1000
    Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:   */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702


Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

- 5 -
JOINT ADMINISTRATIVE MOTION CONCERNING REDACTIONS TO PLAINTIFFS' MASTER COMPLAINT
Case No. 4:22-md-03047-YGR

2764859.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     */s/ Brian M. Willen*
        Brian M. Willen
        bwillen@wsgr.com
        Vivek Tata
        vtata@wsgr.com
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212) 999-5800
        Facsimile: (212) 999-5899

        Lauren Gallo White
        lwhite@wsgr.com
        Samantha A. Machock
        smachock@wsgr.com
        One Market Plaza, Spear Tower, Suite 3300
        San Francisco, CA  94105
        Telephone: (415) 947-2000
        Facsimile: (415) 947-2099

        Christopher Chiou
        cchiou@wsgr.com
        633 West Fifth Street
        Los Angeles, CA 90071-2048
        Telephone: (323) 210-2900
        Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

- 6 -

JOINT ADMINISTRATIVE MOTION CONCERNING REDACTIONS TO PLAINTIFFS' MASTER COMPLAINT
Case No. 4:22-md-03047-YGR

2764859.1

# SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 10, 2023

*/s/ Lexi J. Hazam*

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMAN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

*Plaintiffs' Co-Lead Counsel*