UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br><br>ALL CASES | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER RE: APPOINTMENT OF GUARDIANS *AD LITEMS*** |

Pending before the Court is Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litems* ("*Ex Parte* Application") that was filed on February 28, 2023. (Dkt. No. 149.) This *Ex Parte* Application includes 75 individual applications submitted by parents and/or legal guardians of individual minor plaintiffs in individual cases. Consistent with the Court's instructions in the Order Regarding Appointments of Guardians *Ad Litem* at Docket Number 122, applications from parents and/or legal guardians are presumptively approved upon filing and would become final fifteen days after the application is filed assuming no objections are filed. The objection deadline for the pending applications is March 15, 2023.

While the objection period has not closed, the Court has conducted an independent review and an overwhelming percentage of the applications are incomplete and/or require additional information. Having closely reviewed the applications, the Court notes the following:

- Despite the Court's explicit instructions that the applications include the minor's names, twenty-seven applications include only the minors' initials. Counsel who submitted applications designated as Exhibits 2, 3, 4, 5, 22, 23, 24, 25, 26, 33, 36,

1

39, 41, 45, 46, 47, 51, 54, 55, 56, 57, 58, 59, 60, 61, 67, and 68 shall revise them to include the full name of the minor consistent with the Court's prior instruction.

- At least three applications do not include the full address of the applicant seeking to represent the interests of the minors.  Counsel who submitted applications designated Exhibits 13, 38, and 40 shall revise them to include full addresses.
- At least two named plaintiffs no longer appear to be minors.  Counsel who submitted applications designated as Exhibits 14 and 17 shall clarify whether those shall be withdrawn.

In light of the foregoing, the Court defers ruling on the remaining applications.  Plaintiffs' Liaison Counsel should be checking all applications for accuracy and completeness before they are submitted in order to mitigate inefficiencies and administrative burdens.

Pursuant to this Order, Liaison Counsel shall collect the revised applications and file them all under seal by no later than March 24, 2023.  For clarity and tracking purposes, each application shall be designated by the *original exhibit number*. Courtesy copies are *not* required.

Plaintiffs shall also file a revised proposed order granting the applications.  The proposed order shall include, either within the text or as an attachment, the cross reference between the exhibit number and each individual case number.  Again, this will allow for easier tracking as the case proceeds.

Plaintiffs' Liaison Counsel shall also submit a consolidated excel spreadsheet to ygrpo@cand.uscourts.gov that includes: (1) the guardian *ad litem* applicant's name; (2) the minor being represented; (3) a description of the applicant's relationship to the minor (e.g., parent, legal guardian, other); (4) the age of the minor; (5) the minor's date of birth; (6) the attorney of record; and (7) the individual case name and number.

**IT IS SO ORDERED.**

Dated: March 15, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

2