UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br><br>ALL CASES | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER RE: SEALING OF MASTER COMPLAINT** |

Pending before the Court is a joint administrative motion concerning redactions to plaintiffs' master complaint. (Dkt. No. 180.) Having reviewed the joint administrative motion, it seeks to seal only the names of third parties that are not relevant to the proceedings at this juncture, and redactions are narrowly tailored to promote the public's right to access as to the balance of the information in the master complaint. Finding compelling reasons to seal the names identified, the Court **HEREBY ORDERS** that the following portions of Plaintiffs' Master Complaint shall be filed under seal:

- Page 76, ¶ 259, line 16 (name only)
- Page 80, ¶ 268, line 9 (name only)
- Page 80, ¶ 268, line 11 (name only)
- Page 80, ¶ 269, line 17 (name only)
- Page 80, n. 317 (name only)
- Page 80, n. 319 (name only)

Should the circumstances of this case change, such that the public's right to access outweighs the privacy interests in the third-party names, further unsealing may be justified.

This Order terminates Docket Numbers 137 and 180.

**IT IS SO ORDERED.**

Dated: March 15, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**