JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOHN H. BEISNER (State Bar No. 81571)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W
Washington, D.C. 20005-2111
Telephone:     202.371.7410
Facsimile:      202.661.0525

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> ALL ACTIONS | Case No. 4:22-MD-03047-YGR <br><br> **NOTICE OF APPEARANCES OF JASON D. RUSSELL AND JOHN H. BEISNER** |

# NOTICE OF APPEARANCES OF

# JASON D. RUSSELL AND JOHN H. BEISNER AS COUNSEL FOR SNAP INC.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jason D. Russell of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071, telephone number (213) 687-5000, facsimile number (213) 687-5600, email address jason.russell@skadden.com, hereby enters an appearance in this matter on behalf of SNAP INC. Mr. Russell hereby requests to be added to the docket and the electronic service list in this matter.

PLEASE TAKE FURTHER NOTICE that John H. Beisner of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at 1440 New York Avenue, N.W, Washington, D.C. 20005-2111, telephone number (202) 371-7410, facsimile number (202) 661-0525, email address john.beisner@skadden.com, hereby enters an appearance in this matter on behalf of SNAP INC. Mr. Beisner hereby requests to be added to the docket and the electronic service list in this matter.

DATED: March 17, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jason D. Russell*
JASON D. RUSSELL

Attorneys for SNAP INC.

Case No. 4:22-MD-03047-YGR

NOTICE OF APPEARANCES