```
KRISTIN A. LINSLEY, SBN 154148
  klinsley@gibsondunn.com
ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
LAURA K. O'BOYLE, pro hac vice
  loboyle@gibsondunn.com
JACOB T. SPENCER, pro hac vice
  jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
```

*Attorneys for Defendants Meta Platforms, Inc., f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies LLC; Instagram LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL MDL MEMBER CASES | CASE NO. 4:22-md-03047-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS META PLATFORMS, INC., F/K/A FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK TECHNOLOGIES LLC; INSTAGRAM LLC; SICULUS, INC.; AND MARK ELLIOT ZUCKERBERG** |

# NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), with consent of its client, Gibson, Dunn & Crutcher LLP and its attorneys, including the above-captioned attorneys, hereby withdraw as counsel for Defendants Meta Platforms Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg in this Action.  All pleadings, orders, notices, and other papers should henceforth be served upon the following counsel for the aforementioned Defendants:

COVINGTON AND BURLING LLP
Ashley Margaret Simonsen
   asimonsen@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Tel:  (424) 332-4800
Fax: (424) 332-4749

COVINGTON AND BURLING LLP
Emily Johnson Henn
   ehenn@cov.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Tel:  650-632-4700

COVINGTON AND BURLING LLP
Paul William Schmidt
   pschmidt@cov.com
Phyllis Alene Jones
   pajones@cov.com
One City Center
850 Tenth Street NW
Washington, DC 20001
Tel:  (202) 662-5868
Fax: (202) 778-5868

//

//

//

//

DATED: March 17, 2023                GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
      Rosemarie T. Ring

*Attorneys for Defendants Meta Platforms, Inc. ,f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies LLC; Instagram LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

# PROOF OF SERVICE

I, Rosemarie T. Ring, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On March 17, 2023, I served the following document(s):

**NOTICE OF WITHDRAWAL OF COUNSEL**

*Please see service list, continued on following page.*

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM:** On this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2023.

*/s/ Rosemarie T. Ring*
Rosemarie T. Ring

# SERVICE LIST

| | |
|---|---|
| Mark A. DiCello<br>Mark Abramowitz<br>DiCELLO LEVITT and CASEY, LLC<br>7556 Mentor Avenue<br>Mentor, OH 44060<br>T: (440) 953-8888<br>madicello@dlcfirm.com<br>mabramowitz@dlcfirm.com<br>Attorneys for PLAINTIFF(S) | E. Kenly Ames<br>Robert Arthur Young<br>ENGLISH, LUCAS, PRIEST & OWSLEY LLP<br>1101 College Street<br>P.O Box 770<br>Bowling Green, KY 42102-0770<br>T: (270) 781-6550<br>F: (270) 782-7782<br>kjames@elpolaw.com<br>byoung@elpolaw.com<br>Attorneys for PLAINTIFF(S) |
| Jennie Lee Anderson<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>T: (415) 986-1400<br>F: (415) 986-1475<br>jennie.anderson@andrusanderson.com<br>Attorneys for PLAINTIFF(S) | Peter Thomas Anderson<br>KETTERER BROWNE & ANDERSON, LLC<br>336 S. Main Street<br>Bel Air, MD 21014<br>T: (855) 522-5297<br>F: (855) 572-4637<br>pete@kbaattorneys.com<br>Attorneys for PLAINTIFF(S) |
| Ron A. Austin<br>Tiffany L. Delery<br>Alberto Silva<br>RON AUSTIN LAW<br>400 Manhattan Blvd.<br>Harvey, LA 70058<br>T: (504) 227-8100<br>F: (504) 227-8122<br>raustin@ronaustinlaw.com<br>tdelery@ronaustinlaw.com<br>asilv@ronaustinlaw.com<br>Attorneys for PLAINTIFF(S) | Christopher A. Seeger<br>Christopher Ayers<br>Jennifer Rebecca Scullion<br>SEEGER WEISS LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>T: (973) 639-9100<br>F: (973) 679-8656<br>cseeger@seegerweiss.com<br>cayers@seegerweiss.com<br>jscullion@seegerweiss.com<br>Attorneys for PLAINTIFF(S) |
| Previn Warren<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>T: (202) 386-9610<br>pwarren@motleyrice.com<br>Attorneys for PLAINTIFFS | Anthony J. Weibell<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>T: (650) 354-4134<br>aweibell@wsgr.com<br>Attorneys for DEFENDANT ROBLOX CORPORATION |

| | |
|---|---|
| Adam J Levitt<br>Amy E. Keller<br>James D. Baskin, III<br>DiCELLO LEVITT LLC<br>10 N. Dearborn Street, 6th Floor<br>Chicago, IL 60602<br>T: (312) 214-7900<br>alevitt@dicellolevitt.com<br>akeller@dicellolevitt.com<br>jbaskin@dicellolevitt.com<br>Attorneys for PLAINTIFF(S) | Lauren A. Bell<br>MUNGER TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW,<br>Suite 500 E<br>Washington D.C. 20001<br>T: (202) 220-1125<br>F: (202) 220-1125<br>lauren.bell@mto.com<br>Attorneys for DEFENDANT SNAP, INC. |
| Sarah R. London<br>Lexi J. Hazam<br>Ian Bensberg<br>Elizabeth Joan Cabraser<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>T: (415) 956-1000<br>F: (415) 956-1008<br>slondon@lchb.com<br>lhazam@lchb.com<br>ibensberg@lchb.com<br>ecabraser@lchb.com<br>Attorneys for PLAINTIFF(S) | Laura Marquez-Garrett<br>Matthew P. Bergman<br>Glenn Draper<br>Sydney Lottes<br>SOCIAL MEDIA VICTIMS LAW CENTER PLLC<br>821 2nd Avenue, Suite 2100<br>Seattle, WA 98104<br>T: (206) 741-4862<br>F: (206) 957-9549<br>laura@socialmediavictims.org<br>matt@socialmediavictims.org<br>glenn@socialmediavictims.org<br>sydney@socialmediavictims.org<br>Attorneys for PLAINTIFF(S) |
| Rachel E. Berkley<br>HERBERT & McCLELLAND, LLP<br>3411 Richmond Avenue, Suite 400<br>Houston, TX 77046<br>T: (713) 987-7100<br>F: (713) 987-7120<br>rachel@hmtrial.com<br>Attorneys for PLAINTIFF(S) | Justin Ross Kaufman<br>Rosalind Bienvenu<br>DURHAM, PITTARD & SPALDING, LLP<br>505 Cerrillos Road, Suite A 209<br>Santa Fe, NM 87501<br>T: (505) 986-0600<br>F: (505) 986-0632<br>jkaufman@dpslawgroup.com<br>rbienvenu@dpslawgroup.com<br>Attorneys for PLAINTIFF(S) |
| Ian Connor Bifferato<br>THE BIFFERATO FIRM, PA<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801<br>T: (302) 225-7600<br>cbifferato@tbf.legal<br>Attorneys for PLAINTIFF(S) | James Bilsborrow<br>WEITZ AND LUXENBERG<br>799 Broadway<br>New York, NY 10003<br>T: (212) 558-5856<br>jbilsborrow@weitzlux.com<br>Attorneys for PLAINTIFF(S) |
| Joseph G. VanZandt | Marc Joseph Mandich |

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| Seth Harding<br>Jennifer K. Emmel<br>Andy D. Birchfield, Jr.<br>Sydney Everett<br>James W. Lampkin, II<br>Clinton A. Richardson<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES, LLC<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>T: (334) 269-2343<br>F: (334) 954-7555<br>joseph.vanzandt@beasleyallen.com<br>seth.harding@beasleyallen.com<br>jennifer.emmel@beasleyallen.com<br>andy.birchfield@beasleyallen.com<br>sydney.everett@beasleyallen.com<br>james.lampkin@beasleyallen.com<br>clinton.richardson@beasleyallen.com<br>Attorneys for PLAINTIFF(S) | Francois Michel Blaudeau<br>Gianna Blaudeau Mandich<br>SOUTHERN MED LAW<br>2762 BM Montgomery Street, Suite 101<br>Birmingham, AL 35209<br>T: (205) 564-2741<br>F: (205) 649-6386<br>dee@southernmedlaw.com<br>francois@southernmedlaw.com<br>gianna@southernmedlaw.com<br>Attorneys for PLAINTIFF(S) |
| Jonathan Hugh Blavin<br>MUNGER, TOLLES AND OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>T: (415) 512-4000 x4011<br>jonathan.blavin@mto.com<br>Attorneys for DEFENDANTS SNAP, INC., SNAP INCORPORATED | Paige Nicole Boldt<br>WATTS GUERRA LLP<br>70 Stony Point Road, Suite A<br>Santa Rosa, CA 95401<br>T: (707) 241-4567<br>pboldt@wattsguerra.com<br>Attorneys for PLAINTIFF(S) |
| Devin Lynn Bolton<br>WEITZ AND LUXENBERG, PC<br>1880 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>T: (310) 247-0921<br>dbolton@weitzlux.com<br>Attorneys for PLAINTIFF(S) | Christopher Boyce Hood<br>William Lewis Garrison, Jr.<br>William Louis McKinney Bross, IV<br>HENINGER GARRISON DAVIS, LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>T: (205) 326-3336<br>F: (205) 649-6386<br>chood@hgdlawfirm.com<br>lewis@hgdlawfirm.com<br>william@hgdlawfirm.com<br>Attorneys for PLAINTIFF(S) |

| | |
|---|---|
| Anthony Kyle Bruster<br>BRUSTER PLLC<br>680 N. Carroll Avenue, Suite 110<br>Southlake, TX 76092<br>T: (817) 601-9564<br>akbruster@brusterpllc.com<br>Attorneys for PLAINTIFF(S) | James M. Wagstaffe<br>Frank Busch<br>WAGSTAFFE, VON LOWENFELDT,<br>BUSCH & RADWICK LLP<br>100 Pine Street, Suite 2250<br>San Francisco, CA 94111<br>T: (415) 371-8500<br>F: (415) 371-0500<br>wagstaffe@wvbrlaw.com<br>busch@kerrwagstaffe.com<br>Attorneys for PLAINTIFF(S) |
| M. Warren Butler<br>STARNES DAVIS FLORIE LLP<br>P.O. Box 1548<br>Mobile, AL 36633-1548<br>T: (251) 433-6049<br>F: (251) 433-5901<br>wbutler@starneslaw.com<br>Attorneys for PLAINTIFF(S) | Gretchen Freeman Cappio<br>Felicia Craick<br>Garrett Heilman<br>Dean Kawamoto<br>Cari C. Laufenberg<br>Derek W. Loeser<br>Christopher N. Ryder<br>Lynn Lincoln Sarko<br>KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>T: (206) 623-1900<br>F: (206) 623-3384<br>gcappio@kellerrohrback.com<br>fcraick@kellerrohrback.com<br>gheilman@kellerrohrback.com<br>dkawamoto@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>cryder@kellerrohrback.com<br>lsarko@kellerrohrback.com<br>Attorneys for PLAINTIFF(S) |
| Thomas P. Cartmell<br>Jonathan P. Kieffer<br>Lucy Rose Davis<br>WAGSTAFF & CARTMELL, LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>T: (816) 701-1100<br>F: (816) 531-2372<br>tcartmell@wcllp.com<br>jpkieffer@wcllp.com<br>ldavis@wcllp.com<br>Attorneys for PLAINTIFF(S) | Alexandra M. Walsh<br>Kimberly Jane Channick<br>WALSH LAW PLLC<br>1050 Connecticut Avenue, NW, Suite 500<br>Washington, DC 20036<br>T: (202) 780-3014<br>F: (202) 780-3678<br>awalsh@alexwalshlaw.com<br>kchannick@alexwalshlaw.com<br>Attorneys for PLAINTIFF(S) |

| | |
|---|---|
| Isaac Daniel Chaput<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>T: (415) 591-6000<br>F: (415) 591-7200<br>ichaput@cov.com<br>Attorneys for DEFENDANT META PLATFORMS, INC. | Christopher Chiou<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street<br>Los Angeles, CA 90071-2048<br>T: (323) 210-2900<br>F: (866) 974-7329<br>cchiou@wsgr.com<br>Attorneys for DEFENDANTS ALPHABET INC., GOOGLE LLC, YOUTUBE, LLC |
| Jayne Conroy<br>Justin Joseph Presnal<br>SIMMONS HANLY CONROY<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>T: (212) 784-6402<br>F: (212) 213-5949<br>jconroy@simmonsfirm.com<br>jpresnal@simmonsfirm.com<br>Attorneys for PLAINTIFF(S) | Matthew Charles Crowl<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 West Madison Street, Suite 2900<br>Chicago, IL 60602<br>T: (312) 471-8720<br>mcrowl@rshc-law.com<br>Attorneys for DEFENDANT SICULUS, INC. |
| David Patrick Dearing<br>Jennifer K. Emmel<br>Christopher D. Glover<br>Seth Harding<br>Clinton Richardson<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, PC<br>218 Commerce Street<br>Montgomery, AL 36103<br>T: (334) 269-2343<br>F: (334) 954-7555<br>david.dearing@beasleyallen.com<br>jennifer.emmel@beasleyallen.com<br>chris.glover@beasleyallen.com<br>seth.harding@beasleyallen.com<br>clinton.richardson@beasleyallen.com<br>Attorneys for PLAINTIFF(S) | Diandra S. Debrosse Zimmermann<br>DiCELLO LEVITT GUTZLER LLC<br>420 20th Street, Suite 2525<br>Birmingham, AL 35203<br>T: (205) 855-5700<br>F: (205) 855-5784<br>fu@dicellolevitt.com<br>Attorneys for PLAINTIFF(S) |
| Victoria A. Degtyareva<br>Rose Leda Ehler<br>Laura Maria Lopez<br>Ariel Tal Teshuva<br>MUNGER, TOLLES AND OLSON LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-1560<br>T: (213) 683-9100 | Geoffrey Drake<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>T: (404) 572-4726<br>gdrake@kslaw.com<br>Attorneys for DEFENDANTS BYTEDANCE, INC., TIKTOK, INC. |

| | |
|---|---|
| F: (213) 687-3702<br>victoria.degtyareva@mto.com<br>rose.ehler@mto.com<br>laura.lopez@mto.com<br>ariel.teshuva@mto.com<br>Attorneys for DEFENDANT SNAP, INC. | |
| Glenn S. Draper<br>BERGMAN DRAPER LADENBURG<br>614 1st Avenue, 4th Floor<br>Seattle, WA 98104<br>T: (206) 957-9510<br>F: (206) 957-9549<br>glenn@bergmanlegal.com<br>Attorneys for PLAINTIFF(S) | James R. Dugan, II<br>THE DUGAN LAW FIRM<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130<br>T: (504) 648-0180<br>F: (504) 648-0181<br>jdugan@dugan-lawfirm.com<br>Attorneys for PLAINTIFF(S) |
| Barry I. Dunn<br>BOESEN LAW LLC<br>4100 E. Mississippi Avenue, Suite 1900<br>Denver, CO 80246<br>T: (720) 266-6700<br>F: (303) 320-1915<br>bdunn@boesenlaw.com<br>Attorneys for PLAINTIFF(S) | Eve M. Elsen<br>MORGAN & MORGAN PHILADELPHIA, PLLC<br>Two Gateway Center<br>603 Stanwix Street, Suite 1825<br>Pittsburgh, PA 15222<br>T: (412) 222-5548<br>F: (412) 222-5597<br>eelsen@forthepeople.com<br>Attorneys for PLAINTIFF(S) |
| Roland Tellis<br>David Brian Fernandes<br>BARON & BUDD, PC<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br>T: (818) 839-2333<br>F: (818) 986-9698<br>rtellis@baronbudd.com<br>dfernandes@baronbudd.com<br>Attorneys for PLAINTIFF(S) | James Collins Ferrell<br>JAMES C. FERRELL, PC<br>6226 Washington Avenue, Suite 200<br>Houston, TX 77007<br>T: (713) 337-3855<br>F: (713) 337-3856<br>jferrell@jamesferrell-law.com<br>Attorneys for PLAINTIFF(S) |
| Amy R. Fiterman<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>90 S. 7th Street, Suite 2200<br>Minneapolis, MN 55402<br>T: (612) 766-7768<br>amy.fiterman@faegredrinker.com<br>Attorneys for DEFENDANTS BYTEDANCE, INC., TIKTOK, INC. | Jodi Westbrook Flowers<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>T: (843) 216-9163<br>F: (843) 216-9027<br>jflowers@montleyrice.com<br>Attorneys for PLAINTIFF(S) |

| | |
|---|---|
| Peter J. Flowers<br>FOOTE MEYERS MIELKE & FLOWERS<br>3 N. Second Street, Suite 300<br>St. Charles, IL 60174<br>T: (630) 232-6333<br>F: (630) 845-8982<br>Attorneys for PLAINTIFF(S) | Caren I. Friedman<br>505 Cerrillos Road, Suite A209<br>Santa Fe, NM 87501<br>T: (505) 986-0600<br>F: (505) 986-0632<br>cfriedman@dpslawgroup.com<br>Attorneys for PLAINTIFF(S) |
| Laura R. Garrett<br>SOCIAL MEDIA VICTIMS LAW CENTER<br>1390 Market Street, Suite 200<br>San Francisco, CA 94102<br>T: (206) 294-1348<br>laura@socialmediavictims.org<br>Attorneys for PLAINTIFF(S) | Ryan J. Gavin<br>MORGAN & MORGAN – ST. LOUIS SOUTH<br>1034 S. Brentwood Blvd., Suite 1900<br>St. Louis, MO 63117<br>T: (314) 955-1049<br>F: (314) 955-1073<br>rgavin@forthepeople.com<br>Attorneys for PLAINTIFF(S) |
| Erin Gee<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>T: (212) 257-8482<br>egee@simmonsfirm.com<br>Attorneys for PLAINTIFF(S) | Maria Georges<br>Phyllis Alene Jones<br>Paul William Schmidt<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC 20001<br>T: (202) 662-5421<br>mgeorges@cov.com<br>pajones@cov.com<br>pschmidt@cov.com<br>Attorneys for DEFENDANTS META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, MARK ELLIOT ZUCKERBERG, SICULUS, INC. |
| Albert Quoc Giang<br>KING & SPALDING LLP<br>633 W. Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>T: (213) 443-4355<br>agiang@kslaw.com<br>Attorneys for DEFENDANTS BYTEDANCE, INC., TIKTOK, INC. | Caroline Gieser<br>SHOOK, HARDY & BACON LLP<br>1230 Peachtree Street, Suite 1200<br>Atlanta, GA 30309<br>T: (864) 680-7518<br>cgieser@shb.com<br>Attorneys for DEFENDANTS FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK |

| | |
|---|---|
| | TECHNOLOGIES, LLC, INSTAGRAM, LLC, META PLATFORMS, INC., SICULUS, INC. |
| Tristan Gillespie<br>Neal A. Roberts<br>Steve Vale<br>PROTECTUS LAW<br>1025 Connecticut Avenue NW, Suite 1000<br>Washington, DC 20036<br>T: (202) 810-1300<br>gillespie.tristan@gmail.com<br>nroberts@protectuslaw.com<br>svale@protectuslaw.com<br>Attorneys for PLAINTIFF(S) | Carrie Goldberg<br>Hannah Claire Meropol<br>Naomi E. Leeds<br>C.A. GOLDBERG, PLLC<br>16 Court Street, 33rd Floor<br>Brooklyn, NY 11241<br>T: (646) 666-8908<br>carrie@cagoldberglaw.com<br>hannah@cagoldberglaw.com<br>naomi@cagoldberglaw.com<br>Attorneys for PLAINTIFF(S) |
| Kirk J. Goza<br>Bradley D. Honnold<br>GOZA AND HONNALD LLC<br>9500 Nail Avenue, Suite 400<br>Overland Park, KS 66207-2950<br>T: (913) 451-3433<br>kgoza@gohonlaw.com<br>bhonnold@gohonlaw.com<br>Attorneys for PLAINTIFF(S) | Jessica L. Grant<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>T: (415) 268-7670<br>F: (415) 268-7522<br>jgrant@mofo.com<br>Attorneys for DEFENDANT DISCORD, INC. |
| Michael N. Hanna<br>MORGAN AND MORGAN, PA<br>2000 Town Center, Suite 1900<br>Southfield, MI 48075<br>T: (313) 251-1399<br>F: (313) 739-1975<br>mhanna@forthepeople.com<br>Attorneys for PLAINTIFF(S) | Kevin Scott Hannon<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>T: (303) 861-8800<br>F: (303) 861-8855<br>khannon@hannonlaw.com<br>Attorneys for PLAINTIFF(S) |
| Ashley Wall Hardin<br>WILLIAMS AND CONNOLLY LLP<br>725 12th Street<br>Washington, DC 20005<br>T: (202) 434-5960<br>F: (202) 434-5029<br>ahardin@wc.com<br>Attorneys for DEFENDANTS ALPHABET INC., GOOGLE LLC, YOUTUBE, LLC | Eli J. Hare<br>DiCELLO LEVITT LLC<br>505 20th Street North, Suite 1500<br>Birmingham, AL 35203<br>T: (205) 855-5700<br>ehare@dicellolevitt.com<br>Attorneys for PLAINTIFF(S) |
| Emily Johnson Henn<br>COVINGTON & BURLING LLP<br>3000 El Camino Real | Kyle Christopher Herbert<br>HERBERT LAW FIRM, PLLC<br>3411 Richmond Avenue, Suite 400 |

| | |
|---|---|
| 5 Palo Alto Square<br>Palo Alto, CA 94306<br>T: (650) 632-4700<br>ehenn@cov.com<br>Attorneys for DEFENDANTS FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, META PLATFORMS, INC., SICULUS, INC., MARK ELLIOT ZUCKERBERG | Houston, TX 77046<br>T: (713) 987-7100<br>F: (713) 987-7120<br>kyle@herberttrial.com<br>Attorneys for PLAINTIFF(S) |
| Matthew L Hilt<br>MORGAN & MORGAN JACKSONVILLE, PLLC<br>25 Bull Street, Suite 400<br>Savannah, GA 31401<br>T: (912) 443-1020<br>F: (912) 443-1180<br>mhilt@forthepeople.com<br>Attorneys for PLAINTIFF(S) | Patricia Brown Holmes<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 W. Madison Street, Suite 2900<br>Chicago, IL 60602<br>T: (312) 471-8745<br>pholmes@rshc-law.com<br>Attorneys for DEFENDANT SICULUS, INC. |
| Shawn K. Jarecki, Esq.<br>SHAWN JARECKI<br>263 Music Mountain Road<br>Stockbridge, VT 05772<br>T: (802) 345-9246<br>shawn.jarecki@gmail.com<br>Attorneys for PLAINTIFF(S) | Mathew P. Jasinski<br>MOTLEY RICE LLC<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>T: (860) 218-2725<br>F: (860) 882-1682<br>mjasinski@motleyrice.com<br>Attorneys for PLAINTIFF(S) |
| Emily Catherine Jeffcott<br>MORGAN & MORGAN<br>220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502<br>T: (850) 316-9100<br>ejeffcott@forthepeole.com<br>Attorneys for PLAINTIFF(S) | Shawn Kincade Judge<br>Hanne Jensen<br>Andre Michel Mura<br>Ezekiel Wald<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>T: (510) 350-9700<br>sjudge@isaacwiles.com<br>hj@classlawgroup.com<br>amm@classlawgroup.com<br>zsw@classlawgroup.com<br>Attorneys for PLAINTIFF(S) |
| Ron Kilgard<br>KELLER ROHRBACK, PLC | Megan Elizabeth Klein<br>BD&J |

| | |
|---|---|
| cBiz Plaza<br>3101 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85012-2646<br>T: (206) 248-0088<br>F: (206) 230-6360<br>rkilgard@kellerrohrback.com<br>Attorneys for PLAINTIFF(S) | 9107 Wilshire Blvd., 12th Floor<br>Beverly Hills, CA 90210<br>T: (310) 887-1818<br>mek@bhattorneys.com<br>Attorneys for PLAINTIFF(S) |
| Robert H. Klonoff<br>2425 S.W. 76th Avenue<br>Portland, OR 97225<br>T: (503) 702-0218<br>klonoff@usa.net<br>Attorneys for PLAINTIFF(S) | Claire Elizabeth Kreider<br>GAINSBURGH, BENJAMIN, DAVID,<br>MEUNIER AND WARSHAUER, LLC<br>1100 Poydras, Suite 2800<br>New Orleans, LA 70163<br>T: (504) 522-2304<br>F: (504) 528-9973<br>ckreider@gainsben.com<br>Attorneys for PLAINTIFF(S) |
| Matthew Palmer Lambert<br>PENDLEY, BAUDIN & COFFIN<br>1100 Poydras Street, Suite 2225<br>New Orleans, LA 70163<br>T: (504) 355-0086<br>F: (504) 355-0089<br>plambert@pbclawfirm.com<br>Attorneys for PLAINTIFF(S) | Shawn Alexander Latchford<br>680 N. Carroll Avenue, Suite 110<br>Southlake, TX 76092<br>T: (817) 768-2335<br>shawn@brusterpllc.com<br>Attorneys for PLAINTIFF(S) |
| Joseph Alexander Lawrence<br>MORRISON & FOERSTER LLP<br>250 W. 55th Street<br>New York, NY 10019-9601<br>T: (212) 336-8638<br>alawrence@mofo.com<br>Attorneys for DEFENDANT DISCORD, INC. | Meredith K. Lever<br>Paul T. Lyons<br>Andrew Arthur Rainer<br>PUBLIC HEALTH ADVOCACY INSTITUTE<br>360 Huntington Avenue, #117CU<br>Boston, MA 02115<br>T: (617) 313-9016<br>meredith@phaionline.org<br>p.lyons@phaionline.org<br>arainer@phaionline.org<br>Attorneys for PLAINTIFF(S) |
| .Michael M. Weinkowitz<br>LEVIN SEDRAN AND BERMAN LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>T: (215) 592-1500<br>F: (215) 592-4663<br>mweinkowitz@lfsblaw.com<br>Attorneys for PLAINTIFF(S) | Sin-Ting Mary Liu<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>T: (510) 698-9566<br>F: (760) 304-8933<br>mliu@awkolaw.com |

| | Attorneys for PLAINTIFF(S) |
|---|---|
| Kevin Mathew Loew<br>WATERS, KRAUS & PAUL<br>222 N. Pacific Coast Hwy, Suite 1900<br>El Segundo, CA 90245<br>T: (310) 414-8146<br>F: (310) 414-8156<br>kloew@waterskraus.com<br>Attorneys for PLAINTIFF(S) | Samantha Alexandria Booth Machock<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>12235 El Camino Road<br>San Diego, CA 92130-3002<br>T: (858) 350-230<br>smachock@wsgr.com<br>Attorneys for DEFENDANTS ALPHABET INC., GOOGLE LLC, YOUTUBE, LLC |
| James R. Marsh<br>MARSH LAW FIRM PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001<br>T: (929) 323-3235<br>F: (833) 210-3336<br>jamesmarsh@marsh.law<br>Attorneys for PLAINTIFF(S) | Katherine Massa<br>12123 Livery Drive<br>Jacksonville, FL 32246<br>T: (904) 361-0049<br>kmassa@forthepeople.com<br>Attorneys for PLAINTIFF(S) |
| David Paul Mattern<br>KING & SPALDING<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>T: (202) 626-2946<br>dmattern@kslaw.com<br>Attorneys for DEFENDANTS BYTEDANCE, INC., TIKTOK, INC. | Jeremy S. McKenzie<br>KARSMAN, McKENZIE & HART<br>21 W. Park Avenue<br>Savannah GA 31401<br>T: (912) 335-4977<br>F: (912) 351-0085<br>jeremy@kmtrial.com<br>Attorneys for PLAINTIFF(S) |
| Kelly K. McNabb<br>LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>T: (212) 355-9500<br>F: (212) 355-9592<br>kmcnabb@lchb.com<br>Attorneys for PLAINTIFF(S) | Hillary Mara Nappi<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>112 Madison Avenue<br>New York, NY 10016<br>T: (646) 9992-8138<br>hnappi@hrsclaw.com<br>Attorneys for PLAINTIFF(S) |
| Narmeen K Nkeiti<br>MORGAN & MORGAN, PA<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br>T: (407) 241-3825<br>nnkeiti@forthepeople.com<br>Attorneys for PLAINTIFF(S) | Brian M. Willen<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>T: (212) 999-5800<br>bwillen@wsgr.com<br>Attorneys for DEFENDANTS ALPHABET INC., GOOGLE LLC, YOUTUBE, LLC |

| | |
|---|---|
| Danny Parish<br>WOLFF ARDIS, PC<br>5810 Shelby Oaks Drive<br>Memphis, TN 38134<br>T: (901) 763-3336<br>F: (901) 763-3376<br>dparish@wolffardis.com<br>Attorneys for PLAINTIFF(S) | Emmie Paulos<br>LEVIN PAPANTONIO RAFFERTY<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>T: (850) 435-7107<br>epaulos@levinlaw.com<br>Attorneys for PLAINTIFF(S) |
| Joseph G. Petrosinelli<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>T: (202) 434-5547<br>jpetrosinelli@wc.com<br>Attorneys for DEFENDANTS ALPHABET INC., GOOGLE LLC, YOUTUBE, LLC | Andrea Pierson, Esq.<br>Patrick H. Reilly<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>T: (317) 237-0300<br>andrea.pierson@faegredrinker.com<br>patrick.reilly@faegredrinker.com<br>Attorneys for DEFENDANTS BYTEDANCE, INC., TIKTOK, INC. |
| Douglas R. Plymale<br>PLYMALE LAW FIRM<br>201 St. Charles Avenue, Suite 2500<br>New Orleans, LA 70170<br>T: (504) 355-0092<br>F: (504) 662-3801<br>drplymale@plymalelawfirm.com<br>Attorneys for PLAINTIFF(S) | Dena C. Sharp<br>Adam E. Polk<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>T: (415) 981-4800<br>F: (415) 981-4846<br>dsharp@girardsharp.com<br>apolk@girardsharp.com<br>Attorneys for PLAINTIFFS |
| Rory Brian Riley<br>MORGAN & MORGAN – PHOENIX, AZ<br>2355 E. Camelback Road, Suite 335<br>Phoenix, AZ 85016<br>T: (602) 735-0230<br>F: (602) 735-0256<br>briley@forthepeople.com<br>Attorneys for PLAINTIFF(S) | Ruth Thi Rizkalla<br>THE CARLSON LAW FIRM, PC<br>1500 Rosecrans Avenue, Suite 500<br>Manhattan Beach, CA 90266<br>T: (415) 308-1915<br>rrizkalla@carlsonattorneys.com<br>Attorneys for PLAINTIFF(S) |
| Evan Taylor Rosemore<br>SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS LLC<br>2224 1st Avenue N<br>Birmingham, AL 35203<br>T: (205) 547-5525<br>evan@southernmedlaw.com | Deborah R. Rosenthal<br>SIMMONS HANLY CONROY LLC<br>100 N. Sepulveda Blvd., Suite 1350<br>Los Angeles, CA 90245<br>T: (415) 536-3986<br>F: (415) 537-4120<br>drosenthal@simmonsfirm.com |

Gibson, Dunn & Crutcher LLP

15
NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 4:22-MD-03047-YGR

| Attorneys for PLAINTIFF(S) | Attorneys for PLAINTIFF(S) |
|---|---|
| Bruce Edward Samuels<br>PAPETTI SAMUELS WEISS McKIRGAN LLP<br>16430 N. Scottsdale Road, Suite 290<br>Scottsdale, AZ 85254<br>T: (480) 800-3530<br>bsamuels@pswfirm.com<br>Attorneys for DEFENDANTS FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, META PAYMENTS INCORPORATED, META PLATFORMS INCORPORATED, META PLATFORMS TECHNOLOGIES, LLC, SICULUS INCORPORATED, SNAP, INC. | Peter C. Schofield<br>KIRTON McCONKIE<br>Thanksgiving Park Four<br>2600 W. Executive Pkwy, Suite 400<br>Lehi, UT 84043<br>T: (801) 426-2100<br>pschofield@kmclaw.com<br>Attorneys for PLAINTIFF(S) |
| Jonathan M. Sedgh<br>MORGAN & MORGAN<br>350 Fifth Avenue, Suite 6705<br>New York, NY 10118<br>T: (212) 225-6747<br>jsedgh@forthepeople.com<br>Attorneys for PLAINTIFF(S) | Ashley Margaret Simonsen<br>COVINGTON AND BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067<br>T: (424) 332-4800<br>F: (424) 332-4749<br>asimonsen@cov.com<br>Attorneys for DEFENDANTS META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC., MARK ELLIOT ZUCKERBERG |
| Andrew C. Smith<br>52 E. Gay Street<br>Columbus, OH 43215<br>T: (614) 464-5434<br>F: (614) 719-4969<br>acsmith@vorys.com<br>Attorneys for PLAINTIFF(S) | Brandon W. Smith<br>MORGAN & MORGAN<br>426 Bank Street, Suite 300<br>New Albany, IN 47150<br>T: (812) 670-3313<br>F: (812) 850-6875<br>brandonsmith@forthepeople.com<br>Attorneys for PLAINTIFF(S) |
| Lauren Gallo White<br>Carmen Sobczak<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Plaza, Spear Tower, Suite 3000 | Joel D. Wright<br>KIRTON McCONKIE<br>36 S. State Street, Suite 1900<br>Salt Lake City, UT 84111<br>T: (801) 328-3600 |

| | |
|---|---|
| San Francisco, CA 94105<br>T: (415) 947-2174<br>F: (415) 947-2099<br>lwhite@wsgr.com<br>csobszak@wsgr.com<br>Attorneys for DEFENDANT ROBLOX CORPORATION, ALPHABET INC. GOOGLE LLC, YOUTUBE, LLC | F: (801) 321-4893<br>jwright@kmclawcom<br>Attorneys for PLAINTIFF(S) |
| Chris Springer<br>KELLER ROHRBACK LLP – SANTA BARBARA, CA<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>T: (805) 456-1496<br>cspringer@kellerrohrback.com<br>Attorneys for PLAINTIFF(S) | Joseph Chambers Tann<br>LAW OFFICE OF JOSEPH C. TANN PLLC<br>7735 N. 78th Street<br>Scottsdale, AZ 85258<br>T: (602) 432-4241<br>josephtann@josephtann.com<br>Attorneys for PLAINTIFF(S) |
| Mark H. Troutman<br>ISAAC WILES BURKHOLDER & TEETOR LLC<br>Suite 700<br>Two Miranova Place<br>Columbus, OH 43215<br>T: (614) 221-2121<br>F: (614) 365-9516<br>mtroutman@isaacwiles.com<br>Attorneys for PLAINTIFF(S) | Joseph Glenn VanZandt, II<br>BEASLEY ALLEN<br>PO Box 4160<br>Montgomery, AL 36103-4160<br>T: (334) 269-2343<br>joseph.vanzandt@beasleyallen.com<br>Attorneys for PLAINTIFF(S) |
| Adam D. Wahlquist<br>KIRTON McCONKIE<br>PO Box 45120<br>Salt Lake City, UT 84145-0120<br>T: (801) 350-7678<br>F: (801) 426-2101<br>awahlquist@kmclaw.com<br>Attorneys for PLAINTIFF(S) | Steven Neil Walden<br>THE CARLSON LAW FIRM<br>100 E. Central Texas Expressway<br>Killeen, TX 76541<br>T: (254) 526-5688<br>F: (254) 526-8204<br>swalden@carlsonattorneys.com<br>Attorneys for PLAINTIFF(S) |
| Jason D. Russell<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>T: (213)687-5000<br>F: (213) 687-5600<br>Jason.russell@skadden.com<br>Attorneys for SNAP, INC. | John H. Beisner<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005-2111<br>T: (202) 371-7410<br>F: (202) 661-0525<br>John.Beisner@skadden.com<br>Attorneys for SNAP, INC. |