| | |
|---|---|
| 1 | Emanuella J. Paulos, SBN 276638 |
| 2 | LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, |
| 3 | BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A. |
| 4 | 316 South Baylen Street, Suite 600 |
| 5 | Pensacola, Florida 32502 |
| 6 | Telephone: (850) 435-7061 |
| 7 | epaulos@levinlaw.com |
| 8 | *Attorney for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| **This Document Relates to:** | Hon. Yvonne Gonzalez Rogers |
| DYMAND MCNEAL | **NOTICE OF WITHDRAWAL OF PLEADING** |

Plaintiff Dymand McNeal respectfully gives notice of withdrawal of Document No. 179 filed on March 10, 2023. This document was erroneously filed on the MDL docket before being properly filed in *Dymand McNeal v. Meta Platforms, Inc., et al.,* Civil Action No. 3:23-CV-01092-YGR as Document No. 1. Plaintiff will pursue her claims in the case docketed at *Dymand McNeal v. Meta Platforms, Inc., et al.,* Civil Action No. 3:23-CV-01092-YGR.

Respectfully Submitted,

*/s/ Emanuella J. Paulos*
Emanuella J. Paulos, SBN 276638
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR,
MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7061
epaulos@levinlaw.com

Attorney for Plaintiff