AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation )<br>*Plaintiff* )<br>v. )<br> )<br>*Defendant* ) | Case No. 4:22-md-03047-YGR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.   .

Date:   03/22/2023

/s/ Jonathan D. Orent, Esq.
*Attorney's signature*

Jonathan D. Orent, Esq., BBO #7408
*Printed name and bar number*
Motley Rice LLC
40 Westminister St., 5th Fl.
Providence, R.I. 02903

*Address*

jorent@motleyrice.com
*E-mail address*

(401) 457-7723
*Telephone number*

(401) 457-7708
*FAX number*