AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 4:22-md-03047-YGR |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.   .

Date:   03/22/2023

s/ Jessica C. Colombo
*Attorney's signature*

Jessica C. Colombo (CT Juris # 438978)
*Printed name and bar number*
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

jcolombo@motleyrice.com
*E-mail address*

(860) 218-2739
*Telephone number*

(860) 882-1682
*FAX number*