AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.   .

Date:   03/22/2023

/s/ Jade A. Haileselassie
*Attorney's signature*

Jade A. Haileselassie (MD Bar No. 29571 [2011]; SC Bar No. 13655 [2022])
*Printed name and bar number*

Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

*Address*

jhaileselassie@motleyrice.com
*E-mail address*

(843) 216-9043
*Telephone number*

(843) 216-9450
*FAX number*