AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.     .

Date:    03/22/2023

s/ Abigail Burman
*Attorney's signature*

Abigail Burman (MD Bar No. 2012170182)
*Printed name and bar number*

MOTLEY RICE LLC
401 9th Street NW
Suite 630
Washington, DC 20004
*Address*

aburman@motleyrice.com
*E-mail address*

(202) 849-4969
*Telephone number*

(202) 386-9622
*FAX number*