AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation </br>*Plaintiff* </br> v. </br> </br> *Defendant* | ) </br> ) </br> ) Case No. 4:22-md-03047-YGR </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.  .

Date: 03/22/2023

*Attorney's signature*

Sara O. Couch, SCDC Bar #: 11775
*Printed name and bar number*

Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
*Address*

scouch@motleyrice.com
*E-mail address*

(843) 216-9385
*Telephone number*

(843) 216-9450
*FAX number*