AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.

Date: 03/22/2023

Kate Menard
*Attorney's signature*

Kate Menard (R.I. Bar No. 8656)
*Printed name and bar number*
Motley Rice LLC
40 Westminster St. 5th Fl.
Providence, RI 02903

*Address*

kmenard@motleyrice.com
*E-mail address*

(401) 457-7700
*Telephone number*

(401) 457-7708
*FAX number*