Ashley M. Simonsen (SBN 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-TSH |
| THIS DOCUMENT RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER GOVERNING SEALING PROCEDURES** |

Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; TikTok, Inc. and ByteDance Inc.; Snap Inc.; and YouTube, Inc., Google LLC, and Alphabet Inc. (each a "Party," and collectively the "Parties") hereby submit the following Stipulation and [Proposed] Order Governing Sealing Procedures.

WHEREAS, this Court instructed in Case Management Order No. 3 (Dkt. No. 111) that "[i]n large cases, sealing motions can be quite burdensome, overwhelm the docket, and result in additional expense for the parties" and directed the parties to "confer as to a process that will govern in this case and propose a recommendation for the Court's consideration," attaching an example of "procedures

that have been endorsed" by the Court (*id.* at 6); and

WHEREAS, parties in other matters pending in this District have, with Court approval, stipulated to modifications of the sealing procedures set forth in the Local Rules to minimize the burdens of multiple sealing requests, *see*, *e.g.*, Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for Sanctions, *In re Google Play Store Antitrust Litigation*, Case No. 3:20-cv-05671-JD (May 27, 2022) (Dkt. 264) (adopting procedure for omnibus sealing motion to follow completion of briefing on underlying motion); Stipulated Order Modifying Sealing Procedures, *In re Apple iPhone Antitrust Litigation*, Case. No. 4:11-cv-06714-YGR (Dkt. 664) (adopting procedure for omnibus sealing motion to follow completion of briefing on underlying class certification motion and associated filings) (attached as illustrative example to Case Management Order No. 3 (Dkt. No. 111-1) in the instant action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:

1. If a Party seeks to file a document (e.g., a brief or exhibit) that contains information designated by a Party ("designating Party") or third-party ("designating third party") as "confidential," then the filing Party may (1) email the document(s) to the Courtroom Deputy Clerk and (2) file on the ECF docket in place of the document(s) containing confidential information a one-page interim slip-sheet indicating that the document(s) have been emailed to the Court and will be sought to be filed under seal for reasons to be discussed in a forthcoming omnibus sealing motion. The interim one-page slip-sheet and the document(s) containing confidential information shall be served on all Parties[1] and on any designating third party whose confidential information is included. For ease of reference, the Parties shall consistently use the same identifier (e.g., Bates number) when referring to a given document produced by a Party or third party containing confidential information.

---

[1] The Parties shall be served at the following email addresses:
PSCServiceMDL3047@motleyrice.com (Plaintiffs); MetaNoticeofService@cov.com (Meta Defendants); SnapNoticeofService@mto.com (Snap, Inc.); TikTokNoticeofService@faegredrinker.com (TikTok, Bytedance); YouTubeServiceConfidentialDocs@wsgr.com (Google LLC, YouTube, LLC).

2. With the exception of applications for appointment of guardians *ad litem* (addressed in paragraph 6 below), within 10 days of the filing of the interim slip-sheet, each designating Party or third party shall: (1) notify (a) the filing Party and Court of those documents containing its confidential information that may be filed publicly in their entirety and (b) the filing Party of those documents containing its confidential information that should remain filed under seal in their entirety; and (2) provide to the filing Party redacted versions of those documents containing its confidential information that may be filed publicly with appropriate redactions. Within 2 business days after receiving the same, the filing Party shall file on the public docket a notice of filing of each such redacted document, linked to the interim slip-sheet to which it relates, as well as any documents that may be filed publicly in their entirety, unless such documents were otherwise made publicly available through the ECF system.

3. The designating Parties and designating third parties shall, within 14 days following the conclusion of briefing on the motion for which the filing was made (e.g., filings in support of or in opposition to *Daubert* or dispositive motions), jointly file an omnibus sealing motion addressing all documents sought to be sealed, in whole or in part, in connection with the underlying motion. The omnibus sealing motion shall attach provisionally under seal all documents sought to be sealed, and shall include a declaration(s) filed under seal that provides the reasons for sealing. For the Court's ease of reference, the chambers copies of the omnibus sealing motion shall include hyperlinks to the provisionally sealed documents. Each designating Party or third party's respective position in the joint omnibus sealing motion shall not exceed five pages. *See* L.R. 7-11.

4. Any Party who opposes the omnibus sealing motion, in whole or in part, shall file its response within 14 days after said motion is filed. The opposing Party shall have 5 pages in which to respond to each designating Party or third party's position; put another way, the opposing Party's response shall not exceed the product of five pages times the number of Parties and third parties whose documents are at issue. The chambers copy of the opposition(s) shall include hyperlinks to the provisionally sealed documents discussed therein.

5. Within 10 days of the Court's order on the omnibus sealing motion, each designating Party and designating third party shall, as to documents containing its confidential information, apply

and provide to the filing Party those redactions approved/ordered by the Court in connection with the omnibus sealing motion.  Within 2 business days after receiving the same, the filing Party shall file on the public docket a copy of each such redacted document as well as any documents that the Court ordered unsealed, unless such documents were otherwise made publicly available through the ECF system.

6. Any Plaintiff who wishes to submit a guardian *ad litem* application to the Court may, at their election, send such an application to Plaintiffs' Liaison Counsel, who is directed to submit an omnibus sealing motion to the Court, attaching such applications, approximately every 30 days as needed.  Consistent with this Court's prior guidance (*see* Dkt. No. 164 at 6), applications submitted in this manner may be submitted entirely under seal.  Upon request by Plaintiffs, Defendants will stipulate to entry of a [Proposed] Order granting Plaintiffs' omnibus sealing motion, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.  Plaintiffs and Plaintiffs' Liaison Counsel will review all applications to ensure their accuracy and completeness prior to their inclusion in any omnibus sealing motion.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  March 23, 2023

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: + 1 (202) 386-9610
Email:  pwarren@motleyrice.com

CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email:  cseeger@seegerweiss.com

Email: cayers@seegerweiss.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104

Telephone: + 1 (206) 741-4862
Email: matt@socialmediavictims.org
Email: glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: + 1 (212) 558-5500
Facsimile: + 1 (212) 344-5461
Email: jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: + 1 (917) 882-5522
Email: jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: + 1 (913) 451-3433
Email: kgoza@gohonlaw.com

SIN-TINY MARY LIU

**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**

505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen (SBN 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,

Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

STIPULATION AND [PROPOSED] ORDER GOVERNING SEALING PROCEDURES
CASE NO. 4:22-MD-03047-YGR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

THE HONORABLE YVONNE GONZALEZ ROGERS

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 23, 2023  By:  */s/ Ashley M. Simonsen*
 Ashley M. Simonsen