Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal revised *Ex Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications"), which are the Revised Exhibits attached to the Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application ("Supplemental Anderson Declaration").

The Applications for which sealing is sought are:

- *Doffing v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05892 (Revised Exhibit 1);
- *Tanton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06545 (Revised Exhibit 3);
- *Waddell v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05888 (Revised Exhibit 4);
- *Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06418 (Revised Exhibits 8, 9 and 10);
- *T.K. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04588 (Revised Exhibit 13);
- *C.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04709 (Revised Exhibit 15);
- *Jamerson v. Meta Platforms, Inc., et al.,* 4:22-cv-06384 (Revised Exhibit 18);
- *Woods v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-6591 (Revised Exhibit 36);
- *J.O. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05546 (Revised Exhibit 38);
- *Agosta v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05565 (Revised Exhibit 39);
- *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 (Revised Exhibit 40);
- *Calvoni v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05873 (Revised Exhibit 41);
- *Amacker v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06150 (Revised Exhibit 45);
- *Hicks (Tameshia) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06162 (Revised Exhibit 47);
- *Levin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06263 (Revised Exhibit 54);
- *Wheeldon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06306 (Revised Exhibit 56);
- *Wombles v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06685 (Revised Exhibit 60);
- *Clarke-Penella v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06692 (Revised Exhibit 61);
- *Williams* v. Meta Platforms, Inc., *et al.*, 4:22-cv-05886 (Revised Exhibit 67);
- *Copelton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06165 (Revised Exhibit 68); and
- *G.W. v. Snap, Inc.*, 4:23-cv-00545 (Revised Exhibit 70).

- 2 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

This motion is accompanied by a proposed order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to Seal Exhibits to the Supplemental Declaration in Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin. Mot. to Seal").  *See* Civ. L. R. 79-5(c).

This Court previously considered Plaintiffs' request to seal applications for guardians *ad litem* in this case, and, on March 3, 2023, granted Plaintiffs' request to seal at Docket Numbers 147-148 from the bench.  ECF No. 16.

On  March 15, 2023, this Court further ordered Plaintiffs to collect revised applications to cure deficiencies identified by the Court and to file revised applications under seal by March 24, 2023.  ECF No. 188.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants to stipulate that these Revised Exhibits may be filed under seal on March 24, 2023.  Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.  Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Revised Exhibits to the Supplemental Anderson Declaration filed.

Dated: March 24, 2023          Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/Jennie Lee Anderson*
Jennie Lee Anderson

jennie@andrusanderson.com
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Plaintiffs' Liaison Counsel*

- 3 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS TO ANDERSON DECL. ISO APPLICATION FOR APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*


JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN

- 4 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | T: 913-451-3433 |
| 2 | kgoza@gohonlaw.com |

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500

- 6 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | mweinkowitz@lfsbalw.com |
| 2 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 3 | **DICELLO LEVITT** <br> 505 20th St North |
| 4 | Suite 1500 <br> Birmingham, Alabama 35203 |
| 5 | Telephone: 205.855.5700 <br> fu@dicellolevitt.com |
| 6 | |
| 7 | ROBERT H. KLONOFF <br> **ROBERT KLONOFF, LLC** |
| 8 | 2425 SW 76TH AVENUE <br> PORTLAND, OR 97225 |
| 9 | Telephone: 503-702-0218 <br> klonoff@usa.net |
| 10 | |
| 11 | HILLARY NAPPI <br> **HACH & ROSE LLP** |
| 12 | 112 Madison Avenue, 10th Floor <br> New York, New York 10016 |
| 13 | Tel: 212.213.8311 <br> hnappi@hrsclaw.com |
| 14 | |
| 15 | ANTHONY K. BRUSTER <br> **BRUSTER PLLC** |
| 16 | 680 N. Carroll Ave., Suite 110 <br> Southlake, TX 76092 |
| 17 | (817) 601-9564 <br> akbruster@brusterpllc.com |
| 18 | |
| 19 | FRANCOIS M. BLAUDEAU, MD JD FACHE <br> FCLM |
| 20 | **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS** |
| 21 | 2762 B M Montgomery Street, Suite 101 |
| 22 | Homewood, Alabama 35209 <br> T: 205.564.2741 |
| 23 | francois@southernmedlaw.com |
| 24 | JAMES MARSH |
| 25 | **MARSH LAW FIRM PLLC** <br> 31 HUDSON YARDS, 11TH FLOOR |
| 26 | NEW YORK, NY 10001-2170 <br> Telephone: 212-372-3030 |
| 27 | jamesmarsh@marshlaw.com |
| 28 | *Attorneys for Plaintiffs* |

- 7 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR