1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: SOCIAL MEDIA ADOLESCENT         Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
12  PRODUCTS LIABILITY LITIGATION          MDL No. 3047

13

14  This Document Relates to:              **[PROPOSED] ORDER RE PLAINTIFFS'
                                           ADMINISTRATIVE MOTION TO FILE
15  ALL ACTIONS                            UNDER SEAL EXHIBITS TO THE
                                           SUPPLEMENTAL DECLARATION OF
16                                         JENNIE LEE ANDERSON IN SUPPORT
                                           OF PLAINTIFFS' CONSOLIDATED *EX
17                                         PARTE* APPLICATION FOR
                                           APPOINTMENT OF GUARDIANS *AD
18                                         LITEM***

19

20
         Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the
21
Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte*
22
Application for Appointment of Guardians *Ad Litem*.  On March 3, 2023, the Court granted from
23
the bench Plaintiffs' request to seal guardian *ad litem* applications at Dockets 147 and 148.  ECF
24
No. 163. The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support
25
thereof.  Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte*
26
Applications for Appointment of Guardian *Ad Litem* ("Applications") attached as Revised
27
Exhibits 1, 3, 4, 8, 9, 10, 13, 15, 18, 36, 38, 39, 40, 41, 45, 47, 54, 56, 60, 61, 67, 68 and 70  the
28

Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*, the Court hereby orders that the following documents shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Revised Exhibit 1 - Application for *Doffing v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05892 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 3 - Application for *Tanton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06545 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 4 - Application for *Waddell v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05888 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 8 – First Application for *Johnson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06418 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 9 – Second Application for *Johnson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06418 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 10 – Third Application *for Johnson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06418 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 15 - Application for *C.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04709 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 18 – Application for *Jamerson v. Meta Platforms, Inc.*, et al., 4:22-cv-06384 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 36 - Application for *Woods v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06591 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 38 - Application for *J.O. v. Meta Platforms, et al.*, 4:22-cv-05546 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |
| Revised Exhibit 39 - Application for *Agosta v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05565 | Entire Application/Revised Exhibit | ___ Granted <br> ___ Denied |

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Revised Exhibit 40 - Application for *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 41 - Application for *Calvoni v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05873 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 45 - Application for *Amacker v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06150 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 47 - Application for *Hicks (Tameshia) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06162 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 54 - Application for *Levin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06263 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 56 - Application for *Wheeldon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06306 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 60 - Application for *Wombles v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06685 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 61 - Application for *Clarke-Penella v. Meta Platforms, Inc.*, *et al.* 4:22-cv-06692 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 67 - Application for *Williams v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05886 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 68 - Application for *Copelton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06165 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 70 - Application for *G.W. v. Snap, Inc.*, 4:23-cv-00545 | Entire Application/Revised Exhibit | ___ Granted<br>___ Denied |

1  **IT IS SO ORDERED.**

3  DATED:

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE