UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

This Document Relates to:

*Brittany Doffing*, 4:22-cv-05892;

*Malinda Harris*, 4:22-cv-06085;

*Ayla Tanton*, 4:22-cv-06545;

*Megan Waddell.*, 4:22-cv-05888;

*Virginia Roth*, 4:22-cv-05884;

*Cecelia Tesch*, 4:22-cv-06167;

*Apriel Dorsey*, 4:22-cv-06451;

*Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.),* 4:22-cv-06418;

*E.W.*, 4:22-cv-04528;

*M.C.*, 4:22-cv-04529;

*T.K.*, 4:22-cv-04588;

*T.R.*, 4:22-cv-04712;

**[REVISED PROPOSED] ORDER GRANTING *EX PARTE* CONSOLIDATED APPLICATION AND APPOINTING GUARDIANS *AD LITEM***

*C.C.*, 4:22-cv-04709;

*J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710;

*Shaw Jamerson*, 4:22-cv-06384;

*L.A.T. (and as next of friend to minors P.T. and L.T.)*, 4:22-cv-04937;

*S.R.*, 4:22-cv-06455;

*Andrea Harrison*, 4:22-cv-06452;

*Bethany Odems*, 4:22-cv-06440;

*Sabrina Huff-Young*, 4:22-cv-06430;

*Luvonia Brown*, 4:22-cv-06668;

*Tabitha Quinones*, 4:22-cv-06431;

*Shanetta Kimber(and as next friend to minor D.K.)*, 4:22-cv-06434;

*Mandy S. Westwood*, 4:22-cv-06461;

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417;

*Jennifer Koutsouftikis*, 4:22-cv-06643;

*T.S.*, 4:22-cv-06454;

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873;

*Dayna Page*, 4:22-cv-06124;

*Sarie Neave*, 4:22-cv-06126;

*Julie Kosiorek*, 4:22-cv-06142;

*Zakey Amacker*, 4:22-cv-06150;

*Tracy Hunt*, 4:22-cv-06155;

*Tamesha Hicks*, 4:22-cv-06162;

*D.D., G.D.*, 4:22-cv-06190;

*Amanda Duke*, 4:22-cv-06200;

*Danielle Cohen*, 4:22-cv-06207;

*Kenisha Day*, 4:22-cv-06215;

*I.A.*, 4:22-cv-06252;

*Margit LaBlue*, 4:22-cv-06256;

*Khymberly Levin*, 4:22-cv-06263;

*Christian Brooks*, 4:22-cv-06308;

*Michelle Wheeldon*, 4:22-cv-06306;

*Jessica Bright*, 4:22-cv-06318;

*Rachelle Capka*, 4:22-cv-06583;

*Lawanda Simpson*, 4:22-cv-06587;

*Jeffrey Wombles*, 4:22-cv-06685;

*Melanie Clarke-Penella*, 4:22-cv-06692;

*Lorine Hawthorne*, 4:22-cv-06751;

*Chris J. Czubakowski*, 4:22-cv-06989;

*C.U.*, 4:22-cv-07347;

1
2
3
4
5
6
7
8
9
10
11
12

*N.W.*, 4:22-cv-08937;

*David Hemmer*, 4:23-cv-00055;

*Danna Copelton*, 4:22-cv-6165

*Diane Williams*, 4:22-cv-05886;

*J.A., K.L., and A.L.*, 4:23-cv-00515;

*G.W.*, 4:23-cv-00545;

*Elizabeth Mullen*, 4:23-cv- 00600;

*A.C.*, 4:23-cv-00646;

*Star Wishkin*, 4:22-cv-06459;

*D.D., J.D.*, 4:22-cv-06205.

13
14

The Court is in receipt of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Consolidated *Ex Parte* Application"). ECF No. 149.

15
16
17
18
19
20
21

Pursuant to this Court' Order Regarding Appointments of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

22
23
24
25
26

On February 28, 2023, the parents and/or legal guardians for 75 minor plaintiffs submitted Applications to serve as guardians *ad litem* via Plaintiffs' Consolidated *Ex Parte* Application and attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration") as Exhibits 1-75.  ECF No. 149-1.

27
28

On March 15, 2023, the Court entered the Order Re: Appointment of Guardians *Ad Litem*, ordering counsel to revise certain Applications to include the full name of the minors, update

incomplete addresses, and review Applications for individuals who appear to no longer be minors.  ECF No. 188.  The Court further directed Plaintiffs' Liaison Counsel to review all Applications for accuracy and completion.  *Id.*

Pursuant to this Court's order, on March 24, 2023, Liaison Counsel for Plaintiffs filed under seal revised versions of 23 Applications, attached as Revised Exhibit Nos. 1, 3, 4, 8, 9, 10, 13, 15, 18, 36, 38, 39, 40, 41, 45, 47, 54, 56, 60, 61, 67, 68, and 70 to the Supplemental Declaration of Jennie Lee Anderson In Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Supplemental Anderson Declaration").  The Court hereby orders that these Revised Exhibits to the Supplemental Anderson Declaration shall replace the previously submitted Exhibits to the Anderson Declaration of the same numbers.

Since the filing of Plaintiffs' Consolidated *Ex Parte* Application, Liaison Counsel for Plaintiffs has confirmed that the following cases have been dismissed and, therefore, the associated Applications are withdrawn:

1.    *Harris v. Meta Platforms, Inc., et al.,* 4:22-cv-06085 (Exhibit 2);

2.    *Roth v. Meta Platforms, Inc., et al.,* 4:22-cv-05884 (Exhibit 5);

3.    *Odems v. Meta Platforms, Inc., et al.,* 4:22-cv-06440 (Exhibit 22);

4.    *Huff-Young v. Meta Platforms, Inc., et al.,* 4:22-cv-06430 (Exhibit 23);

5.    *Brown v. Meta Platforms, Inc., et al.,* 4:22-cv-06668 (Exhibit 24);

6.    *Quinones v. Meta Platforms, Inc., et al.,* 4:22-cv-06431 (Exhibit 25);

7.    *Kimber v. Meta Platforms, Inc., et al.,* 4:22-cv-06434 (Exhibit 26);

8.    *Smith (Chad) v. Meta Platforms, Inc., et al.,* 4:22-cv-06421 (Exhibit 33);

9.    *Hunt v. Meta Platforms, Inc., et al.,* 4:22-cv-6155 (Exhibit 46);

10.    *Day v. Meta Platforms, Inc., et al.,* 4:22-cv-06215 (Exhibit 51);

11.    *Brooks v. Meta Platforms, Inc., et al.,* 4:22-cv-06308 (Exhibit 55);

12.    *Bright v. Meta Platforms, Inc., et al.,* 4:22-cv-06318 (Exhibit 57);

13.    *Capka v. Meta Platforms, Inc., et al.,* 4:22-cv-06583 (Exhibit 58); and

14.    *Simpson v. Meta Platforms, Inc., et al.,* 4:22-cv-06587 (Exhibit 59).

1

2        Further, Liaison Counsel for Plaintiffs has advised that the minors in Applications

3  previously submitted as Exhibit 14 (*T.R. v. Meta Platforms, Inc., et al.,* 4:22-cv-04712) and

4  Exhibit 72 (*Mullen v. Meta Platforms, Inc., et al.*, 4:23-cv-00600), have now reached the age of

5  majority and, therefore, those Applications have been withdrawn.

6        Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem*, any

7  objections to the presumptive approval of applications submitted by the parent or legal guardian

8  of the minor were to be filed within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte*

9  Application.  ECF No. 122 ¶ 5.  Having received no objections within fifteen days of the filing of

10  Plaintiffs' Consolidated *Ex Parte* Application, and good cause appearing, it is hereby ordered that

11  that the applicants identified in the following Exhibits and Revised Exhibits shall be appointed

12  guardians *ad litem* for the purposes of this litigation until the minor plaintiff reaches the age of

13  majority:

14       • *Doffing v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05892 (Revised Exhibit 1);

15       • *Tanton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06545 (Revised Exhibit 3);

16       • *Waddell v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05888 (Revised Exhibit 4);

17       • *Tesch v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06167 (Exhibit 6);

18       • *Dorsey v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06451 (Exhibit 7);

19       • *Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.) v. Meta Platforms,*

20         *Inc.*, *et al.*, 4:22-cv-06418 (Revised Exhibits 8, 9 and 10);

21       • *E.W. v. YouTube, LLC, et al.*, 4:22-cv-04528 (Exhibit 11);

22       • *M.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04529 (Exhibit 12);

23       • *T.K. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04588 (Revised Exhibit 13);

24       • *C.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04709 (Revised Exhibit 15);

25       • *Jamerson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06384 (Revised Exhibit 18);

26       • *L.A.T. (and as next of friend to minor L.T.)  v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-

27         04937 (Exhibit 19);

28       • *S.R. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06455 (Exhibit 20);

- *Harrison v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06452 (Exhibit 21);
- *Westwood v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06461 (Exhibit 27);
- *Turgeon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06616 (Exhibit 28);
- *Canche v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06449 (Exhibit 29);
- *Cerone v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06417 (Exhibit 30);
- *Koutsouftikis v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06643 (Exhibit 31);
- *T.S. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06454 (Exhibit 32);
- *Stoudemire (on behalf of De'John Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06495 (Exhibit 34);
- *Stoudemire (on behalf of Ja'Taesha Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05987 (Exhibit 35);
- *Woods v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-6591 (Revised Exhibit 36);
- *V.P. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06617 (Exhibit 37);
- *J.O. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05546 (Revised Exhibit 38);
- *Agosta v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05565 (Revised Exhibit 39);
- *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 (Revised Exhibit 40);
- *Calvoni v. Meta Platforms, Inc.*, *et al.* ,4:22-cv-05873 (Revised Exhibit 41);
- *Page v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06124 (Exhibit 42);
- *Neave v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06126 (Exhibit 43);
- *Kosiorek v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06142 (Exhibit 44);
- *Amacker v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06150 (Revised Exhibit 45);
- *Hicks (Tameshia) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06162 (Revised Exhibit 47);
- *D.D., G.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06190 (Exhibit 48);
- *Duke v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06200 (Exhibit 49);
- *Cohen v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06207 (Exhibit 50);
- *I.A. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06252 (Exhibit 52);
- *LaBlue v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06256 (Exhibit 53);
- *Levin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06263 (Revised Exhibit 54);

1       • *Wheeldon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06306 (Revised Exhibit 56);

2       • *Wombles v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06685 (Revised Exhibit 60);

3       • *Clarke-Penella v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06692 (Revised Exhibit 61);

4       • *Hawthorne v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06751 (Exhibit 62);

5       • *Czubakowski v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06989 (Exhibit 63);

6       • *C.U. v. Snap Inc*, *et al.*, 4:22-cv-07347 (Exhibit 64);

7       • *N.W. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-08937 (Exhibit 65);

8       • *Hemmer v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00055 (Exhibit 66);

9       • *Williams* v. Meta Platforms, Inc., *et al.*, 4:22-cv-05886 (Revised Exhibit 67);

10      • *Copelton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06165 (Revised Exhibit 68);

11      • *J.A., K.L., and A.L. v. TikToc, et al.*, 4:23-cv-00515 (Exhibit 69);

12      • *G.W. v. Snap, Inc.*, 4:23-cv-00545 (Revised Exhibit 70);

13      • *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04937 (Exhibit

14        71);

15      • *A.C. v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00646 (Exhibit 73);

16      • *Wishkin v. Meta Platforms, Inc., et al.,* 4:22-cv-06459 (Exhibit 74); and

17      • *D.D., J.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06205 (Exhibit 75).

18

19      **IT IS SO ORDERED.**

20

21    Dated: _____

                             Hon. Yvonne Gonzalez Rogers

22                           UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

[REVISED PROPOSED] ORDER GRANTING CONSOLIDATED
APPLICATION AND APPOINTING GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR