1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 pwarren@motleyrice.com
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*
14
   Jennie Lee Anderson (SBN 203586)
15 jennie@andrusanderson.com
   ANDRUS ANDERSON LLP
16 155 Montgomery Street, Suite 900
   San Francisco, CA  94104
17 Telephone:    (415) 986-1400
   Facsimile:    (415) 986-1474
18
   *Plaintiffs' Liaison Counsel*

19
20                UNITED STATES DISTRICT COURT
21                NORTHERN DISTRICT OF CALIFORNIA

22 | IN RE: SOCIAL MEDIA ADOLESCENT | Case No. 4:22-MD-03047-YGR |
   | ADDICTION/PERSONAL INJURY       |                            |
23 | PRODUCTS LIABILITY LITIGATION   | MDL No. 3047               |

24 **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE *CORRECTED* SUPPLEMENTAL DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

25 This Document Relates to:
26 ALL ACTIONS
27
28

1   Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for
2   administrative relief to file under seal revised *Ex Parte* Applications for Appointment of Guardian
3   *Ad Litem* ("Applications"), which are the Revised Exhibits attached to the *Corrected*
4   Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte*
5   Application ("*Corrected* Supplemental Anderson Declaration").
6   The Applications for which sealing is sought are:

- *Tanton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06545 (Revised Exhibit 3);
- *Waddell v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05888 (Revised Exhibit 4);
- *Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06418 (Revised Exhibits 8, 9 and 10);
- *E.W. v. YouTube, LLC*, *et al.*, 4:22-cv-04528 (Revised Exhibit 11);
- *M.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04529 (Revised Exhibit 12);
- *T.K. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04588 (Revised Exhibit 13);
- *C.C. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04709 (Revised Exhibit 15);
- *J.H. (and as next of friend to minor N.R.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710 (Revised Exhibit 16);
- *J.H. (and as next of friend to minor A.M.) v. Meta Platforms, Inc., et al.,* 4:22-cv-04710 (Revised Exhibit 17);
- *Jamerson v. Meta Platforms, Inc., et al.,* 4:22-cv-06384 (Revised Exhibit 18);
- *L.A.T. (and as next of friend to minor L.T.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04937 (Revised Exhibit 19);
- *S.R. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06455 (Revised Exhibit 20);
- *Woods v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-6591 (Revised Exhibit 36);
- *V.P. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06617 (Revised Exhibit 37);
- *J.O. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05546 (Revised Exhibit 38);
- *Agosta v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05565 (Revised Exhibit 39);
- *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 (Revised Exhibit 40);
- *Calvoni v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05873 (Revised Exhibit 41);

- 2 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

- *Amacker v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06150 (Revised Exhibit 45);
- *Hicks (Tameshia) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06162 (Revised Exhibit 47);
- *D.D., G.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06190 (Revised Exhibit 48);
- *I.A. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06252 (Revised Exhibit 52);
- *Levin v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06263 (Revised Exhibit 54);
- *Wheeldon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06306 (Revised Exhibit 56);
- *Wombles v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06685 (Revised Exhibit 60);
- *Clarke-Penella v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06692 (Revised Exhibit 61);
- *C.U. v. Snap Inc*, *et al.*, 4:22-cv-07347 (Revised Exhibit 64);
- *Williams* v. Meta Platforms, Inc., *et al.*, 4:22-cv-05886 (Revised Exhibit 67);
- *Copelton v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06165 (Revised Exhibit 68);
- *J.A., K.L., and A.L. v. TikToc, et al.*, 4:23-cv-00515 (Revised Exhibit 69);
- *G.W. v. Snap, Inc.*, 4:23-cv-00545 (Revised Exhibit 70);
- *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-04937 (Revised Exhibit 71);
- *A.C. v. Meta Platforms, Inc.*, *et al.*, 4:23-cv-00646 (Revised Exhibit 73);
- *Wishkin v. Meta Platforms, Inc., et al.,* 4:22-cv-06459 (Revised Exhibit 74); and
- *D.D., J.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06205 (Revised Exhibit 75).

This motion is accompanied by a proposed order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to Seal Exhibits to the *Corrected* Supplemental Declaration in Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin. Mot. to Seal").  *See* Civ. L. R. 79-5(c).

This Court previously considered Plaintiffs' request to seal applications for guardians *ad litem* in this case, and, on March 3, 2023, granted Plaintiffs' request to seal at Docket Numbers 147-148 from the bench.  ECF No. 16.

On  March 15, 2023, this Court further ordered Plaintiffs to collect revised applications to cure deficiencies identified by the Court and to file revised applications under seal by March 24, 2023.  ECF No. 188.

- 3 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS TO ANDERSON DECL. ISO APPLICATION FOR APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

On March 24, 2023, Plaintiffs filed Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application (ECF No. 209), and on March 28, 2023, Plaintiffs filed a *Corrected* Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application attaching the Revised Applications.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants on March 27, 2023, to stipulate that these Revised Exhibits may be filed under seal. Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause. Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Revised Exhibits to the *Corrected* Supplemental Anderson Declaration filed.

Dated: March 28, 2023                  Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/Jennie Lee Anderson*
Jennie Lee Anderson

*jennie@andrusanderson.com*
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**

- 4 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | 55 Challenger Road, 6th Floor |
| 2 | Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100<br>Facsimile: (973) 679-8656 |

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**

- 5 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | 700 BROADWAY |
| 2 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 3 | Facsimile: 212-344-5461 |
| 4 | jbilsborrow@weitzlux.com |

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

- 6 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

- 7 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | ROBERT H. KLONOFF |
| 2 | **ROBERT KLONOFF, LLC**<br>2425 SW 76TH AVENUE |
| 3 | PORTLAND, OR 97225<br>Telephone: 503-702-0218 |
| 4 | klonoff@usa.net |
| 5 | HILLARY NAPPI |
| 6 | **HACH & ROSE LLP**<br>112 Madison Avenue, 10th Floor |
| 7 | New York, New York 10016<br>Tel: 212.213.8311 |
| 8 | hnappi@hrsclaw.com |
| 9 | ANTHONY K. BRUSTER |
| 10 | **BRUSTER PLLC**<br>680 N. Carroll Ave., Suite 110 |
| 11 | Southlake, TX 76092<br>(817) 601-9564 |
| 12 | akbruster@brusterpllc.com |
| 13 | FRANCOIS M. BLAUDEAU, MD JD FACHE |
| 14 | FCLM<br>**SOUTHERN INSTITUTE FOR MEDICAL AND** |
| 15 | **LEGAL AFFAIRS**<br>2762 B M Montgomery Street, Suite 101 |
| 16 | Homewood, Alabama 35209<br>T: 205.564.2741 |
| 17 | francois@southernmedlaw.com |
| 18 | JAMES MARSH |
| 19 | **MARSH LAW FIRM PLLC**<br>31 HUDSON YARDS, 11TH FLOOR |
| 20 | NEW YORK, NY 10001-2170<br>Telephone: 212-372-3030 |
| 21 | jamesmarsh@marshlaw.com |
| 22 | *Attorneys for Plaintiffs* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 8 -

ADMIN. MOTION TO FILE UNDER SEAL EXHIBITS
TO ANDERSON DECL. ISO APPLICATION FOR
APPT. OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR