UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE *CORRECTED* SUPPLEMENTAL DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the *Corrected Supplemental* Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

On March 3, 2023, the Court granted from the bench Plaintiffs' request to seal guardian *ad litem* applications at Dockets 147 and 148.  ECF No. 163.

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof.  Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications") attached as Revised

Exhibits 3, 4, 8, 9, 10, 11, 12,13, 15, 16, 17, 18, 19, 20, 36, 37, 38, 39, 40, 41, 45, 47, 48, 54, 56, 60, 61, 64, 67, 68, 69, 70, 71, 73, 74, and 75 to the *Corrected* Supplemental Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*, the Court hereby orders that the following documents shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Revised Exhibit 3 - Application for *Tanton v. Meta Platforms, Inc., et al.*, 4:22-cv-06545 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 4 - Application for *Waddell v. Meta Platforms, Inc., et al.*, 4:22-cv-05888 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 8 – First Application for *Johnson v. Meta Platforms, Inc., et al.*, 4:22-cv-06418 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 9 – Second Application for *Johnson v. Meta Platforms, Inc., et al.*, 4:22-cv-06418 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 10 – Third Application for *Johnson v. Meta Platforms, Inc., et al.*, 4:22-cv-06418 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 11 – Application for *E.W. v. YouTube, LLC, et al.*, 4:22-cv-04528 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 12- Application for *M.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04529 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 13- *T.K. v. Meta Platforms, Inc., et al.*, 4:22-cv-04588 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 15 - Application for *C.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04709 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Revised Exhibit 16 – First Application for *J.H. (and as next of friend to minor N.R.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 17- Second Application for *J.H. (and as next of friend to minor A.M.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 18 – Application for *Jamerson v. Meta Platforms, Inc.*, et al., 4:22-cv-06384 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 19 – First Application for *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04937 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 20 – Application for *S.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-06455 | Entire Application Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 36 - Application for *Woods v. Meta Platforms, Inc., et al.*, 4:22-cv-06591 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 37 – Application for *V.P. v. Meta Platforms, Inc., et al.*, 4:22-cv-06617 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 38 - Application for *J.O. v. Meta Platforms, et al.*, 4:22-cv-05546 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 39 - Application for *Agosta v. Meta Platforms, Inc., et al.*, 4:22-cv-05565 | Entire Application Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 40 - Application for *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 41 - Application for *Calvoni v. Meta Platforms, Inc., et al.*, 4:22-cv-05873 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Revised Exhibit 45 - Application for *Amacker v. Meta Platforms, Inc., et al.*, 4:22-cv-06150 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 47 - Application for *Hicks (Tameshia) v. Meta Platforms, Inc., et al.*, 4:22-cv-06162 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 48 – Application for *D.D., G.D. v. Meta Platforms, Inc., et al.*, 4:22-cv-06190 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 52 – Application for *I.A. v. Meta Platforms, Inc., et al.*, 4:22-cv-06252 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 54 - Application for *Levin v. Meta Platforms, Inc., et al.*, 4:22-cv-06263 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 56 - Application for *Wheeldon v. Meta Platforms, Inc., et al.*, 4:22-cv-06306 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 60 - Application for *Wombles v. Meta Platforms, Inc., et al.*, 4:22-cv-06685 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 61 - Application for *Clarke-Penella v. Meta Platforms, Inc., et al.* 4:22-cv-06692 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 64 – Application for *C.U. v. Snap Inc, et al.*, 4:22-cv-07347 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 67 - Application for *Williams v. Meta Platforms, Inc., et al.*, 4:22-cv-05886 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 68 - Application for *Copelton v. Meta Platforms, Inc., et al.*, 4:22-cv-06165 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 69 – Application for *J.A., K.L., and A.L. v. TikToc, et al.*, 4:23-cv-00515 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 70 - Application for *G.W. v. Snap, Inc.*, 4:23-cv-00545 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Revised Exhibit 71 – Second Application for *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc.*, et al., 4:22-cv-04937 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 73 – Application for *A.C. v. Meta Platforms, Inc.*, et al., 4:23-cv-00646 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 74 – Application for *Wishkin v. Meta Platforms, Inc.*, et al., 4:22-cv-06459 | Entire Application/Exhibit | ___ Granted<br>___ Denied |
| Revised Exhibit 75 – Application for *D.D., J.D. v. Meta Platforms, Inc.*, et al., 4:22-cv-06205 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE