Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Brittany Doffing*, 4:22-cv-05892;<br><br>*Ayla Tanton*, 4:22-cv-06545; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**EXHIBITS 3, 4, 8-13 AND 15 TO** ***CORRECTED*** **SUPPLEMENTAL DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED** ***EX PARTE*** **APPLICATION FOR APPOINTMENT OF** |

| | |
|---|---|
| *Megan Waddell.*, 4:22-cv-05888;<br>*Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.)*, 4:22-cv-06418;<br>*E.W.*, 4:22-cv-04528;<br>*M.C.*, 4:22-cv-04529;<br>*T.K.*, 4:22-cv-04588;<br>*C.C.*, 4:22-cv-04709. | **GUARDIANS *AD LITEM*** |

- 2 -

EXHIBITS 3,4,8-13 AND 15 TO ANDERSON DECL. ISO PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

# REVISED
# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 4**

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 8**

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 9**

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 10**

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 11**

# EXHIBIT FILED UNDER SEAL

REVISED
# EXHIBIT 12

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 13**

# EXHIBIT FILED UNDER SEAL

# REVISED
# **EXHIBIT 15**

# EXHIBIT FILED UNDER SEAL