1    Lexi J. Hazam (SBN 224457)
     *lhazam@lchb.com*
2    LIEFF CABRASER HEIMAN
     & BERNSTEIN, LLP
3    275 Battery Street, 29th Floor
     San Francisco, CA 94111-3339
4    Telephone: (415) 956-1000
     Facsimile: (415) 956-100
5
     Christopher A. Seeger (*pro hac vice*)
6    *cseeger@seegerweiss.com*
     SEEGER WEISS, LLP
7    55 Challenger Road, 6th Floor
     Ridgefield Park, NJ 07660
8    Telephone: (973) 639-9100
     Facsimile: (973) 679-8656
9
     Previn Warren (*pro hac vice*)
10   *pwarren@motleyrice.com*
     MOTLEY RICE LLC
11   401 9th Street NW, Suite 630
     Washington, DC 20004
12   Telephone: (202) 386-9610
     Facsimile: (202) 232-5513
13
     *Plaintiffs' Co-Lead Counsel*
14
     Jennie Lee Anderson (SBN 203586)
15   *jennie@andrusanderson.com*
     ANDRUS ANDERSON LLP
16   155 Montgomery Street, Suite 900
     San Francisco, CA  94104
17   Telephone:    (415) 986-1400
     Facsimile:    (415) 986-1474
18
     *Plaintiffs' Liaison Counsel*
19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22

23   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
24   PRODUCTS LIABILITY LITIGATION           MDL No. 3047

25   ─────────────────────────────

26   This Document Relates to:               **EXHIBITS 16-20, 36-41, AND 45 TO THE
                                             *CORRECTED* SUPPLEMENTAL
27   *J.H. (and as next of friend to minors N.R.*   **DECLARATION OF JENNIE LEE
                                             ANDERSON IN SUPPORT OF
28   *and A.M.), 4:22-cv-04710;*             PLAINTIFFS' CONSOLIDATED *EX PARTE*
                                             APPLICATION FOR APPOINTMENT OF**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Shaw Jamerson*, 4:22-cv-06384;

*S.R.*, 4:22-cv-06455;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

*J.O.*, 4:22-cv-05546

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873

*Zakey Amacker*, 4:22-cv-06150.

**GUARDIANS *AD LITEM***

EXHIBITS 16-20, 36-41, AND 45 OF ANDERSON DECL. ISO
PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR
APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

REVISED
**EXHIBIT 16**

EXHIBIT FILED UNDER SEAL

REVISED
# EXHIBIT 17

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 18**

EXHIBIT FILED UNDER SEAL

REVISED
# EXHIBIT 19

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 20**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 36**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 37**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 38**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 39**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 40**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 41**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 45**

EXHIBIT FILED UNDER SEAL