Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Donna Copelton*, 4:22-cv-06165;<br><br>*J.A., K.L., and A.L.*, 4:23-cv-00515; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**EXHIBITS 68-71 AND 73-75 TO DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE *CORRECTED*** |

1

2     *G.W.*, 4:23-cv-00545;

3     *L.A.T. (and as next of friend to minor P.T.)*,

4     4:22-cv-04937;

5     *A.C.*, 4:23-cv-00646;

6     *Star Wishkin*, 4:22-cv-06459;

7     *D.D., J.D.*, 4:22-cv-06205.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUPPLEMENTAL DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM***

REVISED
**EXHIBIT 68**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 69**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 70**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 71**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 73**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 74**

EXHIBIT FILED UNDER SEAL

REVISED
**EXHIBIT 75**

EXHIBIT FILED UNDER SEAL