UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[*CORRECTED* PROPOSED] ORDER GRANTING *EX PARTE* CONSOLIDATED APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |
| This Document Relates to: | |
| *Brittany Doffing*, 4:22-cv-05892; | |
| *Malinda Harris*, 4:22-cv-06085; | |
| *Ayla Tanton*, 4:22-cv-06545; | |
| *Megan Waddell.*, 4:22-cv-05888; | |
| *Virginia Roth*, 4:22-cv-05884; | |
| *Cecelia Tesch*, 4:22-cv-06167; | |
| *Apriel Dorsey*, 4:22-cv-06451; | |
| *Damian Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.),* 4:22-cv-06418; | |
| *E.W.*, 4:22-cv-04528; | |
| *M.C.*, 4:22-cv-04529; | |
| *T.K.*, 4:22-cv-04588; | |
| *T.R.*, 4:22-cv-04712; | |

*C.C.*, 4:22-cv-04709;

*J.H. (and as next of friend to minors N.R. and A.M.)*, 4:22-cv-04710;

*Shaw Jamerson*, 4:22-cv-06384;

*L.A.T. (and as next of friend to minors P.T. and L.T.)*, 4:22-cv-04937;

*S.R.*, 4:22-cv-06455;

*Andrea Harrison*, 4:22-cv-06452;

*Bethany Odems*, 4:22-cv-06440;

*Sabrina Huff-Young*, 4:22-cv-06430;

*Luvonia Brown*, 4:22-cv-06668;

*Tabitha Quinones*, 4:22-cv-06431;

*Shanetta Kimber(and as next friend to minor D.K.)*, 4:22-cv-06434;

*Mandy S. Westwood*, 4:22-cv-06461;

*Robert Turgeon*, 4:22-cv-06616;

*Angela Canche*, 4:22-cv-06449;

*Bernard Cerone*, 4:22-cv-06417;

*Jennifer Koutsouftikis*, 4:22-cv-06643;

*T.S.*, 4:22-cv-06454;

*Chad Smith*, 4:22-cv-06421;

*Stoudemire (on behalf of De'John Davidson)*, 4:22-cv-06495;

*Stoudemire (on behalf of Ja'Taesha Davidson)*, 4:22-cv-05987;

*Tiffany Woods*, 4:22-cv-6591;

*V.P.*, 4:22-cv-06617;

- 2 -

[*CORRECTED* PROPOSED] ORDER GRANTING
CONSOLIDATED APPLICATION AND APPOINTING
GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

*J.O.*, 4:22-cv-05546;

*Rossana Agosta*, 4:22-cv-05565;

*M.F., B.F., A.F*, 4:22-cv-05573;

*Nicholas Calvoni*, 4:22-cv-05873;

*Dayna Page*, 4:22-cv-06124;

*Sarie Neave*, 4:22-cv-06126;

*Julie Kosiorek*, 4:22-cv-06142;

*Zakey Amacker*, 4:22-cv-06150;

*Tracy Hunt*, 4:22-cv-06155;

*Tamesha Hicks*, 4:22-cv-06162;

*D.D., G.D.*, 4:22-cv-06190;

*Amanda Duke*, 4:22-cv-06200;

*Danielle Cohen*, 4:22-cv-06207;

*Kenisha Day*, 4:22-cv-06215;

*I.A.*, 4:22-cv-06252;

*Margit LaBlue*, 4:22-cv-06256;

*Khymberly Levin*, 4:22-cv-06263;

*Christian Brooks*, 4:22-cv-06308;

*Michelle Wheeldon*, 4:22-cv-06306;

*Jessica Bright*, 4:22-cv-06318;

*Rachelle Capka*, 4:22-cv-06583;

*Lawanda Simpson*, 4:22-cv-06587;

*Jeffrey Wombles*, 4:22-cv-06685;

*Melanie Clarke-Penella*, 4:22-cv-06692;

*Lorine Hawthorne*, 4:22-cv-06751;

*Chris J. Czubakowski*, 4:22-cv-06989;

*C.U.*, 4:22-cv-07347;

- 3 -

[*CORRECTED* PROPOSED] ORDER GRANTING
CONSOLIDATED APPLICATION AND APPOINTING
GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | *N.W.*, 4:22-cv-08937; |
| 2 | *David Hemmer*, 4:23-cv-00055; |
| 3 | *Danna Copelton*, 4:22-cv-6165 |
| 4 | *Diane Williams*, 4:22-cv-05886; |
| 5 | *J.A., K.L., and A.L.*, 4:23-cv-00515; |
| 6 | *G.W.*, 4:23-cv-00545; |
| 7 | *Elizabeth Mullen*, 4:23-cv- 00600; |
| 8 | *A.C.*, 4:23-cv-00646; |
| 9 | *Star Wishkin*, 4:22-cv-06459; |
| 10 | *D.D., J.D.*, 4:22-cv-06205. |

The Court is in receipt of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Consolidated *Ex Parte* Application"). ECF No. 149.

Pursuant to this Court' Order Regarding Appointments of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

On February 28, 2023, the parents and/or legal guardians for 75 minor plaintiffs submitted Applications to serve as guardians *ad litem* via Plaintiffs' Consolidated *Ex Parte* Application and attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration") as Exhibits 1-75.  ECF No. 149-1.

On March 15, 2023, the Court entered the Order Re: Appointment of Guardians *Ad Litem*, ordering counsel to revise certain Applications to include the full name of the minors, update incomplete addresses, and review Applications for individuals who appear to no longer be

- 4 -

[*CORRECTED* PROPOSED] ORDER GRANTING CONSOLIDATED APPLICATION AND APPOINTING GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

1 minors. ECF No. 188. The Court further directed Plaintiffs' Liaison Counsel to review all
2 Applications for accuracy and completion. *Id.*

3 On March 28, 2023, Liaison Counsel for Plaintiffs filed under seal revised versions of
4 Applications, attached as Revised Exhibit Nos. 3, 4, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20,
5 36, 37, 38, 39, 40, 41, 45, 47, 48, 52, 54, 56, 60, 61, 64, 67, 68, 69, 70, 71, 73, 74, and 75 to the
6 *Corrected* Supplemental Declaration of Jennie Lee Anderson In Support of Plaintiffs'
7 Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Corrected*
8 Supplemental Anderson Declaration"). The Court hereby orders that these Revised Exhibits to
9 the *Corrected* Supplemental Anderson Declaration shall replace the previously submitted
10 Exhibits to the Anderson Declaration of the same numbers.

11 Since the filing of Plaintiffs' Consolidated *Ex Parte* Application, Liaison Counsel for
12 Plaintiffs has confirmed that the following cases have been dismissed and, therefore, the
13 associated Applications are withdrawn:

14   1.   *Harris v. Meta Platforms, Inc., et al.,* 4:22-cv-06085 (Exhibit 2);
15   2.   *Roth v. Meta Platforms, Inc., et al.*, 4:22-cv-05884 (Exhibit 5);
16   3.   *Odems v. Meta Platforms, Inc., et al.*, 4:22-cv-06440 (Exhibit 22);
17   4.   *Huff-Young v. Meta Platforms, Inc., et al.*, 4:22-cv-06430 (Exhibit 23);
18   5.   *Brown v. Meta Platforms, Inc., et al.*, 4:22-cv-06668 (Exhibit 24);
19   6.   *Quinones v. Meta Platforms, Inc., et al.*, 4:22-cv-06431 (Exhibit 25);
20   7.   *Kimber v. Meta Platforms, Inc., et al.*, 4:22-cv-06434 (Exhibit 26);
21   8.   *Smith (Chad) v. Meta Platforms, Inc., et al.*, 4:22-cv-06421 (Exhibit 33);
22   9.   *Hunt v. Meta Platforms, Inc., et al.*, 4:22-cv-6155 (Exhibit 46);
23   10.  *Day v. Meta Platforms, Inc., et al.*, 4:22-cv-06215 (Exhibit 51);
24   11.  *Brooks v. Meta Platforms, Inc., et al.*, 4:22-cv-06308 (Exhibit 55);
25   12.  *Bright v. Meta Platforms, Inc., et al.*, 4:22-cv-06318 (Exhibit 57);
26   13.  *Capka v. Meta Platforms, Inc., et al.*, 4:22-cv-06583 (Exhibit 58); and
27   14.  *Simpson v. Meta Platforms, Inc., et al.*, 4:22-cv-06587 (Exhibit 59).
28

- 5 -

[*CORRECTED* PROPOSED] ORDER GRANTING
CONSOLIDATED APPLICATION AND APPOINTING
GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

Further, Liaison Counsel for Plaintiffs has advised that the minors in Applications previously submitted as Exhibit 1 (*Doffing v. Meta Platforms, Inc.*, et al., 4:22-cv-05892), Exhibit 14 (*T.R. v. Meta Platforms, Inc., et al.*, 4:22-cv-04712) and Exhibit 72 (*Mullen v. Meta Platforms, Inc., et al.*, 4:23-cv-00600), have now reached the age of majority, or will reach the age of majority by March 30, 2023, and, therefore, those Applications have been withdrawn.

Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem*, any objections to the presumptive approval of applications submitted by the parent or legal guardian of the minor were to be filed within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte* Application. ECF No. 122 ¶ 5. Having received no objections within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the following Exhibits and Revised Exhibits shall be appointed guardians *ad litem* for the purposes of this litigation until the minor plaintiff reaches the age of majority:

- *Tanton v. Meta Platforms, Inc., et al.*, 4:22-cv-06545 (Revised Exhibit 3);
- *Waddell v. Meta Platforms, Inc., et al.*, 4:22-cv-05888 (Revised Exhibit 4);
- *Tesch v. Meta Platforms, Inc., et al.*, 4:22-cv-06167 (Exhibit 6);
- *Dorsey v. Meta Platforms, Inc., et al.*, 4:22-cv-06451 (Exhibit 7);
- *Johnson (and as next of friend to minors K.L.J., J.A.J., and K.A.J.) v. Meta Platforms, Inc., et al.*, 4:22-cv-06418 (Revised Exhibits 8, 9 and 10);
- *E.W. v. YouTube, LLC, et al.*, 4:22-cv-04528 (Revised Exhibit 11);
- *M.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04529 (Revised Exhibit 12);
- *T.K. v. Meta Platforms, Inc., et al.*, 4:22-cv-04588 (Revised Exhibit 13);
- *C.C. v. Meta Platforms, Inc., et al.*, 4:22-cv-04709 (Revised Exhibit 15);
- *J.H. (and as next of friend to minor N.R.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710 (Revised Exhibit 16);
- *J.H. (and as next of friend to minor A.M.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04710 (Revised Exhibit 17);

- 6 -

[~~CORRECTED~~ ~~PROPOSED~~] ORDER GRANTING CONSOLIDATED APPLICATION AND APPOINTING GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

1
- *Jamerson v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06384 (Revised Exhibit 18);
2
- *L.A.T. (and as next of friend to minor L.T.) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-
3
04937 (Revised Exhibit 19);
4
- *S.R. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06455 (Revised Exhibit 20);
5
- *Harrison v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06452 (Exhibit 21);
6
- *Westwood v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06461 (Exhibit 27);
7
- *Turgeon v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06616 (Exhibit 28);
8
- *Canche v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06449 (Exhibit 29);
9
- *Cerone v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06417 (Exhibit 30);
10
- *Koutsouftikis v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06643 (Exhibit 31);
11
- *T.S. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06454 (Exhibit 32);
12
- *Stoudemire (on behalf of De'John Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-
13
06495 (Exhibit 34);
14
- *Stoudemire (on behalf of Ja'Taesha Davidson) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-
15
05987 (Exhibit 35);
16
- *Woods v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-6591 (Revised Exhibit 36);
17
- *V.P. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06617 (Revised Exhibit 37);
18
- *J.O. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05546 (Revised Exhibit 38);
19
- *Agosta v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05565 (Revised Exhibit 39);
20
- *M.F., B.F., A.F. v. Meta Platforms, Inc.*, 4:22-cv-05573 (Revised Exhibit 40);
21
- *Calvoni v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-05873 (Revised Exhibit 41);
22
- *Page v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06124 (Exhibit 42);
23
- *Neave v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06126 (Exhibit 43);
24
- *Kosiorek v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06142 (Exhibit 44);
25
- *Amacker v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06150 (Revised Exhibit 45);
26
- *Hicks (Tameshia) v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06162 (Revised Exhibit 47);
27
- *D.D., G.D. v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06190 (Revised Exhibit 48);
28
- *Duke v. Meta Platforms, Inc.*, *et al.*, 4:22-cv-06200 (Exhibit 49);

- 7 -

[~~CORRECTED~~ PROPOSED] ORDER GRANTING
CONSOLIDATED APPLICATION AND APPOINTING
GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

1  • *Cohen v. Meta Platforms, Inc., et al.*, 4:22-cv-06207 (Exhibit 50);

2  • *I.A. v. Meta Platforms, Inc., et al.*, 4:22-cv-06252 (Revised Exhibit 52);

3  • *LaBlue v. Meta Platforms, Inc., et al.*, 4:22-cv-06256 (Exhibit 53);

4  • *Levin v. Meta Platforms, Inc., et al.*, 4:22-cv-06263 (Revised Exhibit 54);

5  • *Wheeldon v. Meta Platforms, Inc., et al.*, 4:22-cv-06306 (Revised Exhibit 56);

6  • *Wombles v. Meta Platforms, Inc., et al.*, 4:22-cv-06685 (Revised Exhibit 60);

7  • *Clarke-Penella v. Meta Platforms, Inc., et al.*, 4:22-cv-06692 (Revised Exhibit 61);

8  • *Hawthorne v. Meta Platforms, Inc., et al.*, 4:22-cv-06751 (Exhibit 62);

9  • *Czubakowski v. Meta Platforms, Inc., et al.*, 4:22-cv-06989 (Exhibit 63);

10 • *C.U. v. Snap Inc, et al.*, 4:22-cv-07347 (Revised Exhibit 64);

11 • *N.W. v. Meta Platforms, Inc., et al.*, 4:22-cv-08937 (Exhibit 65);

12 • *Hemmer v. Meta Platforms, Inc., et al.*, 4:23-cv-00055 (Exhibit 66);

13 • *Williams* v. Meta Platforms, Inc., *et al.*, 4:22-cv-05886 (Revised Exhibit 67);

14 • *Copelton v. Meta Platforms, Inc., et al.*, 4:22-cv-06165 (Revised Exhibit 68);

15 • *J.A., K.L., and A.L. v. TikToc, et al.*, 4:23-cv-00515 (Revised Exhibit 69);

16 • *G.W. v. Snap, Inc.*, 4:23-cv-00545 (Revised Exhibit 70);

17 • *L.A.T. (as next of friend to P.T.) v. Meta Platforms, Inc., et al.*, 4:22-cv-04937 (Revised Exhibit 71);

19 • *A.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-00646 (Revised Exhibit 73);

20 • *Wishkin v. Meta Platforms, Inc., et al.*, 4:22-cv-06459 (Revised Exhibit 74); and

21 • *D.D., J.D. v. Meta Platforms, Inc., et al.*, 4:22-cv-06205 (Revised Exhibit 75).

The Court also **GRANTS** the motions to seal the guardian ad litem applications. (Dkt. No. 208 and 212.)

This terminates docket numbers 149, 208, and 212.

**IT IS SO ORDERED.**

Dated: March 28, 2023

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

- 8 -

[*CORRECTED* PROPOSED] ORDER GRANTING
CONSOLIDATED APPLICATION AND APPOINTING
GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR