**SIMMONS HANLY CONROY LLC**
Jayne Conroy (*pro hac vice*)
jconroy@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400

**SIMMONS HANLY CONROY LLC**
Deborah Rosenthal SBN 184241
drosenthal@simmonsfirm.com
455 Market Street, Suite 2200
San Francisco, CA 94105
Tel.: (415) 536-3986

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To:   The Clerk of Court and All Parties of Record

Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(i), Plaintiff, Samantha Skoler, hereby files this Notice of Voluntary Dismissal without Prejudice and voluntarily withdraws from this action without prejudice, without costs to any party.

Dated:  April 5, 2023.

**SIMMONS HANLY CONROY LLC**

By:  */s/ Jayne Conroy*
Jayne Conroy (*pro hac vice*)
jconroy@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400

**SIMMONS HANLY CONROY LLC**

By:  */s/ Deborah Rosenthal*
Deborah Rosenthal
drosenthal@simmonsfirm.com
455 Market Street, Suite 2200
San Francisco, CA 94105
Tel.: (415) 536-3986

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ Jayne Conroy
Jayne Conroy