```
 1  Phyllis A. Jones (pro hac vice)
    COVINGTON & BURLING LLP
 2  One CityCenter
    850 Tenth Street, NW
 3  Washington, DC 20001-4956
    Telephone: + 1 (202) 662-6000
 4  Facsimile: + 1 (202) 662-6291
    Email:  pajones@cov.com
 5
 6
    *Attorneys for Defendants Meta Platforms, Inc.*
 7  *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
    *Facebook Operations, LLC; Facebook*
 8  *Payments, Inc.; Facebook Technologies, LLC;*
    *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
 9  *Zuckerberg*
10
    *Additional parties and counsel listed on*
11  *stipulation*
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

  Pursuant to the parties' stipulation, the deadline to submit a joint proposed Preservation Order or letter briefing regarding disputes over that order is extended to April 28, 2023.

  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                           Hon. Thomas S. Hixson
                           United States Magistrate Judge