[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF FILING AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

Plaintiffs hereby respectfully file their Amended Master Complaint (Personal Injury) ("Amended Complaint") pursuant to Federal Rule of Civil Procedure 15(a)(2). The Amended Complaint is attached hereto as Exhibit 1, and a redline against the Corrected Master Complaint (Personal Injury), ECF No. 138, is attached as Exhibit 2. Among other minor modifications, this Amended Complaint removes the text previously identified by Defendants as requiring redaction. ECF No. 151; *see* ECF Nos. 139, 146.

Plaintiffs have shared the Amended Complaint with Defendants, who have stipulated to this filing and further stipulated that no modification is necessary to the briefing schedule for their forthcoming motions to dismiss. *See* Exhibit 3.

Dated: April 14, 2023                Respectfully submitted,

MOTLEY RICE, LLC

*/s/ Previn Warren*
Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

| | |
|---|---|
| 1 | LIEFF CABRASER HEIMAN |
| 2 | & BERNSTEIN, LLP |
| 3 | */s/ Lexi J. Hazam* |
|   | Lexi J. Hazam (SBN 224457) |
| 4 | *lhazam@lchb.com* |
|   | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA 94111-3339 |
|   | Telephone: (415) 956-1000 |
| 6 | |
| 7 | SEEGER WEISS, LLP |
| 8 | */s/ Christopher A. Seeger* |
|   | Christopher A. Seeger (*pro hac vice*) |
| 9 | *cseeger@seegerweiss.com* |
|   | 55 Challenger Road 6th Floor |
| 10 | Ridgefield Park, NJ 07660 |
|   | Telephone: (973) 639-9100 |
| 11 | |
| 12 | |
|   | ***Plaintiffs' Co-Lead Counsel*** |
| 13 | |

- 2 -
NOTICE OF FILING AMENDED MASTER COMPLAINT