# EXHIBIT C

1     **STIPULATION REGARDING FILING OF AMENDED COMPLAINT**

2          Plaintiffs and Defendants Meta Platforms, Inc.; TikTok, Inc.; TikTok, LLC; TikTok, Ltd.;

3     ByteDance Inc.; ByteDance, Ltd.; Snap Inc.; YouTube, LLC; Google LLC; and Alphabet Inc.

4     ("Defendants") (together, the "Stipulating Parties") hereby stipulate as follows:

5                                    STIPULATION

6          WHEREAS, pursuant to this Court's order, ECF 111, Plaintiffs filed a Master Complaint

7     on February 14, 2023;

8          WHEREAS this Court ordered Defendants to file motion(s) to dismiss the Master

9     Complaint by April 17, 2023, with oppositions due on June 1, 2023 and replies due on June 30,

10    2023, ECF 111;

11         WHEREAS Plaintiffs are, concurrent with the filing of this stipulation, filing an Amended

12    Master Complaint making changes to a limited number of paragraphs of the Master Complaint;

13         WHEREAS a redline reflecting these changes is attached to that filing as Exhibit 2;

14         WHEREAS Defendants consent to the filing of the Amended Complaint, Fed. R. Civ. P.

15    15(a)(2);

16         WHEREAS the Stipulating Parties agree that the filing of the Amended Complaint shall

17    not affect the briefing schedule on Defendants' forthcoming motion(s) to dismiss, and Defendants

18    must therefore still file the motion(s) to dismiss on April 17, 2023;

19         IT IS SO STIPULATED

20
                                    Respectfully submitted,
21

22
                                    */s/ Previn Warren*
23                                  Previn Warren
                                    **MOTLEY RICE LLC**
24                                  401 9th Street NW Suite 630
                                    Washington DC 20004
25                                  T: 202-386-9610
                                    pwarren@motleyrice.com
26

27

28

---

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

Christopher A. Seeger
Christopher L. Ayers
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

Jennie Lee Anderson
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

Joseph G. Vanzandt
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

Emily C. Jeffcott
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

Ron Austin
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey, LA 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

Matthew Bergman
Glenn Draper
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

Paige Boldt
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

Thomas P. Cartmell
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

Jayne Conroy
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

Carrie Goldberg
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

Kirk Goza
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: 913-451-3433
kgoza@gohonlaw.com

Sin-Ting Mary Liu
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

Andre Mura
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

Emmie Paulos
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone:  850-435-7107
epaulos@levinlaw.com

Roland Tellis
David Fernandes
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

- 4 -

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

Alexandra Walsh
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT**
505 20th Street North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

Robert H. Klonoff
**ROBERT KLONOFF, LLC**
2425 SW 76th Avenue
Portland, OR 97225
Telephone:  503-702-0218
klonoff@usa.net

Hillary Nappi
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

Anthony K. Bruster
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

Francois M. Blaudeau, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: 205.564.2741
francois@southernmedlaw.com

James Marsh
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*


*/s/ Phyllis Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*


*/s/ Geoffrey Drake*

Geoffrey M. Drake
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
gdrake@kslaw.com

- 6 -

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

1

*/s/ Andrea Pierson*
Andrea Roberts Pierson

2

**FAEGRE DRINKER LLP**

3

300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204

4

Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000

5

andrea.pierson@faegredrinker.com

6

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

7

8

*/s/ Jonathan Blavin*

9

10

Jonathan H. Blavin, SBN 230269
**MUNGER, TOLLES & OLSON LLP**

11

560 Mission Street, 27th Floor
San Francisco, CA  94105-3089

12

Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

13

14

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

15

Ariel T. Teshuva  (SBN 324238)
**MUNGER, TOLLES & OLSON LLP**

16

350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426

17

Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

18

19

Lauren A. Bell (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**

20

601 Massachusetts Ave., NW St.,
Suite 500 E

21

Washington, D.C.  20001-5369
Telephone:  (202) 220-1100

22

Facsimile:  (202) 220-2300

23

*Attorneys for Defendant Snap Inc.*

24

25

26

27

28

- 7 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Brian Willen*  _____

Brian M. Willen
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
lwhite@wsgr.com
smachock@wsgr.com

Christopher Chiou
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC,*
*and Alphabet Inc.*

STIPULATION REGARDING FILING OF AMENDED COMPLAINT

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED:        April 14, 2023              By:   */s/ Previn Warren*
                                                 Previn Warren

STIPULATION REGARDING FILING OF AMENDED COMPLAINT