1   Ashley M. Simonsen, SBN 275203
2   COVINGTON & BURLING LLP
    1999 Avenue of the Stars
3   Los Angeles, CA 90067
    Telephone: (424) 332-4800
4   Email: asimonsen@cov.com

5   *Attorneys for Defendants Meta Platforms, Inc.*
    *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
6   *Facebook Operations, LLC; Facebook*
    *Payments, Inc.; Facebook Technologies, LLC;*
7   *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
    *Zuckerberg*
8

9   *Additional parties and counsel listed on*
    *signature pages*
10

11              **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                     **OAKLAND DIVISION**

13

14  IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
    ADDICTION/PERSONAL INJURY PRODUCTS
15  LIABILITY LITIGATION                    Case No. 4:22-md-03047-YGR

16  THIS FILING RELATES TO:                 Honorable Thomas S. Hixson

17  ALL ACTIONS                             **STIPULATED REQUEST FOR ORDER**
                                            **CHANGING TIME (PRESERVATION**
18                                          **ORDER)**

19          Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel,

20  hereby stipulate and respectfully request that the Court extend the deadline to file a proposed

21  Preservation Order or letter briefing on disputes regarding that order to May 26, 2023. The parties

22  declare in support of this request:

23          1.      Pursuant to Case Management Order No. 5 (Dkt. 164), the parties are currently

24  negotiating a proposed Preservation Order, along with a proposed Plaintiff Preservation Information

25  Form (to facilitate the preservation of user account data);

26          2.      Judge Gonzalez Rogers previously extended the parties' deadline to submit a joint

27  proposed Preservation Order or disputes regarding that order from March 24, 2023 to April 7, 2023,

28  and directed the parties to submit further requests for extensions of that deadline to Judge Hixson;

3.      Pursuant to the parties' stipulation, the Court previously extended the deadline from April 7, 2023, to April 28, 2023;

4.      The parties intend to submit a proposed Plaintiff Preservation Information Form or letter briefing on disputes regarding that form by the April 28, 2023 deadline;

5.      The parties have been working diligently to eliminate or narrow disputes over the proposed Preservation Order, including through a series of Defendant-specific meet-and-confers regarding Defendants' preservation efforts and relevant data sources and systems;

6.      The parties believe they would benefit from more time to continue those conferrals and attempt to narrow the disputes they ask the Court to resolve;

7.      Extending this deadline will not affect any other deadline fixed by the Court;

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline to submit a joint proposed Preservation Order or letter briefing regarding disputes over that order to May 26, 2023.

**IT IS SO STIPULATED AND AGREED.**

DATED:  April 24, 2023                          Respectfully submitted,

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

1
Email:  pajones@cov.com
Email:  pschmidt@cov.com

2

3
Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP

4
3000 El Camino Real
5 Palo Alto Square, 10th Floor

5
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700

6
Facsimile: +1 (650) 632-4800

7
Email:  ehenn@cov.com

8
*Attorney for Defendants Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC;*

9
*Facebook Operations, LLC; Facebook Payments,*
*Inc.; Facebook Technologies, LLC; Instagram,*

10
*LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

11

12
*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER

13
CHRISTOPHER L. AYERS

14
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR

15
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100

16
Facsimile: + 1 (973) 679-8656

17
Email:  cseeger@seegerweiss.com
Email:  cayers@seegerweiss.com

18
LEXI J. HAZAM

19
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**

20
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339

21
Telephone: + 1 (415) 956-1000
Email:  lhazam@lchb.com

22

23
PREVIN WARREN
**MOTLEY RICE LLC**

24
401 9th Street NW Suite 630
Washington DC 20004

25
Telephone: + 1 (202) 386-9610
Email:  pwarren@motleyrice.com

26

27
Co-Lead Counsel

28

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  + 1 (415) 986-1400
Email:  jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  + 1 (334) 269-2343
Email:  joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone:  + 1 (850) 316-9100
Email:  ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone:  + 1 (504) 227–8100
Email:  raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  + 1 (206) 741-4862
Email:  matt@socialmediavictims.org
Email:  glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  + 1 (212) 558-5500
Facsimile:  + 1 (212) 344-5461
Email:  jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: + 1 (917) 882-5522
Email: jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: + 1 (913) 451-3433
Email: kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607

STIPULATED REQUEST FOR ORDER CHANGING TIME (PRESERVATION ORDER)
4:22-md-03047-YGR

Telephone:  + 1 (510) 350-9717
Email:  amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  + 1 (850) 435-7107
Email:  epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email:  rtellis@baronbudd.com
Email:  dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone:  + 1 (202) 780-3014
Email:  awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  + 1 (215) 592-1500
Email:  mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  + 1 (205) 855-5700
Email:  fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225

6

Telephone:  + 1 (503) 702-0218
Email:  klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email:  hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone:  + 1 (817) 601-9564
Email:  akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE
FCLM
**SOUTHERN INSTITUTE FOR MEDICAL
AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone:  + 1 (205) 564-2741
Email:  francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email:  jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*

Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

STIPULATED REQUEST FOR ORDER CHANGING TIME (PRESERVATION ORDER)
4:22-md-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC,*
*Google LLC, and Alphabet Inc.*

STIPULATED REQUEST FOR ORDER CHANGING TIME (PRESERVATION ORDER)
4:22-md-03047-YGR

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED:   April 24, 2023                        By:   */s/ Ashley M. Simonsen*
                                                          Ashley M. Simonsen