1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME (PRESERVATION ORDER)** |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed Preservation Order or letter briefing regarding disputes over that order is extended to May 26, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Hon. Thomas S. Hixson
United States Magistrate Judge