FILED

Apr 24 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME (PRESERVATION ORDER) |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed Preservation Order or letter briefing regarding disputes over that order is extended to May 26, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 24, 2023

_____
Hon. Thomas S. Hixson
United States Magistrate Judge