Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (pro hac vice)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (pro hac vice)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SECOND** |

| | |
|---|---|
| *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422; | **CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |
| *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537; | |
| *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.,* 4:23-cv-01568; | |
| *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584; | |
| *M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615; | |
| *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569; | |
| *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024; and | |
| *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465 | |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.  I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs in *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.  I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiff's Second Consolidated *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("Administrative Motion to Seal").

3.     For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Second Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4.     True and correct copies of the following Exhibits to the Support of Anderson Declaration are as follows and attached hereto:

- *H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425 (Exhibit 1);
- *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422 (Exhibit 2);
- *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537 (Exhibit 3);
- *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568 (Exhibit 4);
- *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584 (Exhibit 5);
- *M.M. filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615 (Exhibit 6);
- *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569 (Exhibit 7);
- *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024 (Exhibit 8); and
- *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465 (Exhibit 9).

5.     Pursuant to Civil Local Rule 7-11, I contacted Liaison Counsel for Defendants April 26, 2023, to ask Defendants to stipulate that these documents may be filed under seal. Liaison Counsel confirmed that Defendants will so stipulate, but do not waive, and expressly

reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: April 26, 2023        Respectfully submitted,

*/s/Jennie Lee Anderson*
Jennie Lee Anderson
*Plaintiffs' Liaison Counsel*

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474
jennie@andrusanderson.com