1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION           MDL No. 3047

13   _____

14   This Document Relates to:               **[PROPOSED] ORDER RE PLAINTIFFS'**
                                             **ADMINISTRATIVE MOTION TO FILE**
15   *H.D. filed on behalf of minor J.D. v. Meta*   **UNDER SEAL EXHIBITS TO THE**
     *Platforms, Inc., et al.,* 4:23-cv-01425;      **DECLARATION OF JENNIE LEE**
16                                                    **ANDERSON IN SUPPORT OF**
                                             **PLAINTIFFS' SECOND CONSOLIDATED**
17   *Jeffrey Barnes, filed on behalf of minor*   ***EX PARTE*** **APPLICATION FOR**
     *A.B. v. Meta Platforms, Inc., et al.,* 4:23-   **APPOINTMENT OF GUARDIANS** ***AD***
18   cv-01422;                               ***LITEM***

19   *Richard Neal Booker, individually and on*
     *behalf of their minor child S.B. v. Meta*
20   *Platforms, Inc., et al.,* 4:23-cv-01537;

21   *C. G. filed on behalf of minor A.G. v. Meta*
22   *Platforms, Inc., et al.,* 4:23-cv-01568;

23   *N.K. filed on behalf of minor S.K. v. Meta*
     *Platforms, Inc., et al.,* 4:23-cv-01584;
24

25   *M.M., filed on behalf of minor B.M. v. Meta*
     *Platforms, Inc., et al.,* 4:23-cv-01615;
26

27   *C.S., filed on behalf of minor J.S. v. Meta*
     *Platforms, Inc., et al.,* 4:23-cv-01569;
28
     *S.S. filed on behalf of minor M.S. v. Meta*

*Platforms, Inc., et al.,* 4:23-cv-02024; and

*K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Second Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

On March 3, 2023, the Court granted from the bench Plaintiffs' request to seal guardian *ad litem* applications at Dockets 147 and 148.  ECF No. 163.

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof.  Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications") attached as Exhibits 1-9 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Second Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*, the Court hereby orders that the following documents shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 - Application for *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 - Application for *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 – Application for *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.,* 4:23-cv-0156 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 – Application for *M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| Exhibit 7 - Application for *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 8 - Application for *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 9 - Application for *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465 | Entire Application/Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED:

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE