1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 pwarren@motleyrice.com
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*
14

   Jennie Lee Anderson (SBN 203586)
   jennie@andrusanderson.com
   ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
   San Francisco, CA  94104
   Telephone:    (415) 986-1400
   Facsimile:    (415) 986-1474

   *PLAINTIFFS' LIAISON COUNSEL*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br>*H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425;<br><br>*Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422;<br><br>*Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta* | **PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1  *Platforms, Inc., et al.,* 4:23-cv-01537;

2  *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568;

3

4  *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584;

5

6  *M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615;

7  *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569;

8

9  *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al., 4:23-cv-02024;*

10

11  *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465

## SECOND CONSOLIDATED APPLICATION

Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem* ("Guardians *Ad Litem* Order"), Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby submits a Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Consolidated *Ex Parte* Application") for this Court's consideration. ECF No. 122 at 3.

"Fit parents are presumed to act in the best interests of their children." *J.B. by & Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021 WL 3115195, at *2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion.") (citation omitted). Absent a conflict of interest, "[a] parent is generally appointed guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL 2002370, at *3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-01165-AWI NEW (TAG), 2007 WL 1390672, at *3 (E.D. Cal. May 9, 2007)); *accord J.M. v.*

- 2 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

*Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *2 (N.D. Cal. Sept.16, 2016).  However, "[w]hen there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of the action, a court has the right to select a guardian ad litem who is not a parent if that guardian would best protect the child's interests." *J.M.*, 2016 WL 4942999, at *1 (citations omitted) (internal quotation marks omitted).

Attached as Exhibits 1 to 9 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Second Consolidated *Ex Parte* Application ("Anderson Decl." or "Anderson Declaration") are *Ex Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications") submitted by the parents and/or legal guardians of individual minor Plaintiffs in the following cases:

- *H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425 (Exhibit 1);
- *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422 (Exhibit 2);
- *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537 (Exhibit 3);
- *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568 (Exhibit 4);
- *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584 (Exhibit 5);
- *M.M. filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615 (Exhibit 6);
- *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569 (Exhibit 7);
- *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al., 4:23-cv-02024* (Exhibit 8); and
- *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al., 4:23-cv-01465* (Exhibit 9).

- 3 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

The Applications attached to the Anderson Declaration as Exhibits 1 to 9 are consistent with Attachment A to this Court's Guardians *Ad Litem* Order (ECF No. 122) and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a sworn statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a sworn statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person. Anderson Decl. ¶ 12.

Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or legal guardians in the cases listed above are deemed presumptively approved upon filing, as there is no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M.*, 2016 WL 494299, at *1). This Court also ordered that, absent the filing of an objection, the presumptive approval shall become final fifteen days after the date this Consolidated *Ex Parte* Application is filed. ECF No. 122 ¶ 5. Therefore, the objection period will close on May 11, 2023. Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte* Applications and Appointing Guardians *Ad Litem* appointing the parents and/or legal guardians named in the Applications submitted in the cases listed above.

Dated: April 26, 2023

Respectfully submitted,

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400
Fax: (415) 986-1474

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor

- 4 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

- 5 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE*
APPLICATION FOR APPOINTMENT OF
GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**

- 6 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE*
APPLICATION FOR APPOINTMENT OF
GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | 17 EAST MAIN STREET, SUITE 200 |
| 2 | PENSACOLA, FL 32502 |
|   | Telephone: 510-698-9566 |
| 3 | mliu@awkolaw.com |
| 4 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 5 | 1111 BROADWAY, SUITE 2100 |
| 6 | OAKLAND, CA 94607 |
|   | Telephone: 510-350-9717 |
| 7 | amm@classlawgroup.com |
| 8 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 9 | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 10 | PENSACOLA, FL 32502 |
|   | Telephone: 850-435-7107 |
| 11 | epaulos@levinlaw.com |
| 12 | ROLAND TELLIS |
|   | DAVID FERNANDES |
| 13 | **BARON & BUDD, P.C.** |
| 14 | 15910 Ventura Boulevard, Suite 1600 |
|   | Encino, CA 91436 |
| 15 | Telephone: (818) 839-2333 |
|   | Facsimile: (818) 986-9698 |
| 16 | rtellis@baronbudd.com |
| 17 | dfernandes@baronbudd.com |
| 18 | ALEXANDRA WALSH |
|   | **WALSH LAW** |
| 19 | 1050 Connecticut Ave, NW, Suite 500 |
|   | Washington D.C. 20036 |
| 20 | T: 202-780-3014 |
| 21 | awalsh@alexwalshlaw.com |
| 22 | MICHAEL M. WEINKOWITZ |
|   | **LEVIN SEDRAN & BERMAN, LLP** |
| 23 | 510 WALNUT STREET |
|   | SUITE 500 |
| 24 | PHILADELPHIA, PA 19106 |
| 25 | Telephone: 215-592-1500 |
|   | mweinkowitz@lfsbalw.com |
| 26 |   |
|   | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 27 | **DICELLO LEVITT** |
| 28 | 505 20th St North |
|   | Suite 1500 |

- 7 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE*
APPLICATION FOR APPOINTMENT OF
GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: 503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

- 8 -

PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR