Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

*Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422;

*Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537;

*C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.,* 4:23-cv-01568;

*N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584;

*M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615;

*C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569;

*S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024;

*K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs in *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Consolidated *Ex Parte* Application for Appointment of Guardian *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *H.D. v. Meta*

1 | *Platforms, Inc.*, et al., 4:23-cv-01425.

2 |     4.    Attached hereto at **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc.*, et al., 4:23-cv-01422.

    5.    Attached hereto at **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc.*, et al., 4:23-cv-01537.

    6.    Attached hereto at **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.G. filed on behalf of minor A.G. v. Meta Platforms, Inc.*, et al., 4:23-cv-01568.

    7.    Attached hereto at **Exhibit 5** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., 4:23-cv-01584.*

    8.    Attached hereto at **Exhibit 6** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.M. filed on behalf of minor B.M. v. Meta Platforms, Inc. et al.,* 4:23-cv-01615.

    9.    Attached hereto at **Exhibit 7** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.S. filed on behalf of minor J.S. v. Meta Platforms, Inc. et al.,* 4:23-cv-01569.

    10.    Attached hereto at **Exhibit 8** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024.

    11.    Attached hereto at **Exhibit 9** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465.

    12.    I have reviewed each of the *Ex Parte* Applications attached as Exhibits 1 to 9. Each application has been made by the minor's parent and/or legal guardian. Further, each of the *Ex Parte* Applications are consistent with Attachment A to this Court's Order Regarding

Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

     I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: April 26, 2023                      Respectfully submitted,

                                                /s/Jennie Lee Anderson
                                                Jennie Lee Anderson

                                                *Plaintiffs' Liaison Counsel*

                                                ANDRUS ANDERSON LLP
                                                155 Montgomery Street, Suite 900
                                                San Francisco, CA  94104
                                                Telephone:    (415) 986-1400
                                                Facsimile:     (415) 986-1474
                                                jennie@andrusanderson.com