Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (pro hac vice)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (pro hac vice)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425; | **EXHIBITS 1 - 9 OF DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM** |

*Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422;

*Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537;

*C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568;

*N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584;

*M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615;

*C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569

*S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al., 4:23-cv-02024;*

*K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al., 4:23-cv-01465*

# EXHIBIT 1

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 2

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 3

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 4

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 5

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 6

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 7

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 8

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHBIT 9

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL