UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425;<br><br>*Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422;<br><br>*Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537;<br><br>*C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568;<br><br>*N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584;<br><br>*M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING SECOND *EX PARTE* CONSOLIDATED APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

1 | *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569;
2 |
3 | *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024;
4 |
5 | *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465

6  The Court is in receipt of Plaintiffs' Second Consolidated *Ex Parte* Application for
7  Appointment of Guardians *Ad Litem* ("Consolidated *Ex Parte* Application").

8  Pursuant to this Court' Order Regarding Appointments of Guardians *Ad Litem* (ECF No.
9  122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted
10 by parents and/or legal guardians were deemed presumptively approved upon filing because there
11 was no apparent conflict between the applicants' parental responsibility and their obligation to
12 assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4
13 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1
14 (N.D. Cal. Sept.16, 2016).

15 On April 26, 2023, Applications were submitted by the parents and/or legal guardians to
16 serve as guardians *ad litem* for the individual minor plaintiffs via Plaintiffs' Consolidated *Ex*
17 *Parte* Application in the following cases:

18 - *H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425
19   (Exhibit 1);
20 - *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-
21   01422 (Exhibit 2);
22 - *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta*
23   *Platforms, Inc., et al.,* 4:23-cv-01537 (Exhibit 3);
24 - *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568
25   (Exhibit 4);
26 - *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584
27   (Exhibit 5);
28 - *M.M. filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615

1     (Exhibit 6);

2     • *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-01569

3     (Exhibit 7);

4     • *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.,* 4:23-cv-02024

5     (Exhibit 8); and

6     • *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465

7     (Exhibit 9).

8        Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte* Application. Applications shall become final.  ECF No. 122 ¶ 5.

       Having received no objections within fifteen days of the filing of Plaintiffs' Consolidated *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions.

       IT IS SO ORDERED.

Dated: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE