1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LEIFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Tel: 415-956-1000

5  Christopher A. Seeger (*pro hac vice*)
   cseeger@seegerweiss.com
6  SEEGER WEISS LLP
   55 Challenger Road, 6th Floor
7  Ridgefield Park, NJ 07660
   Tel: 973-639-9100
8
   Previn Warren (*pro hac vice*)
9  pwarren@motleyrice.com
   MOTLEY RICE LLC
10 401 9th Street NW, Suite 630
   Washington, DC 20004
11 Tel: 202-386-9610

12 *Plaintiffs' Co-Lead Counsel*
   (*Additional Counsel on Signature Page*)
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|---|
| 18 | | CASE NO.: 4:22-md-03047-YGR |
| 19 | | Honorable Thomas S. Hixson |
| 20 | This Filing Relates to: | **STIPULATED REQUEST FOR ORDER CHANGING TIME (ESI PROTOCOL)** |
| 21 | ALL ACTIONS | |
| 22 | | |

23
24
25
26
27
28

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline to file a proposed ESI Protocol or letter briefing on disputes regarding that order to June 9, 2023. The parties declare in support of this request:

1. Pursuant to Case Management Order No. 5 (Dkt. 164), the parties are currently negotiating a proposed ESI Protocol;

2. The parties previously stipulated to extend the deadline to file a proposed ESI Protocol or letter briefing on disputes regarding that order from April 14, 2023, to April 28, 2023;

3. The parties have been working diligently to eliminate or narrow disputes over a proposed ESI Protocol, including by exchanging drafts and through a series of meet-and-confers;

4. Given the other issues the parties are also working to resolve, including those related to the preservation order (*see* Dkt. 245), the parties believe they would benefit from more time to continue their conferrals and attempt to narrow the disputes regarding the ESI Protocol they ask the Court to resolve;

5. Extending this deadline will not affect any other deadline affixed by the Court.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order to June 9, 2023.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 28, 2023

Respectfully submitted,

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Email: cseeger@seegerweiss.com

| | |
|---|---|
| 1 | Email: cayers@seegerweiss.com |
| 2 | LEXI J. HAZAM |
| 3 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 4 | 275 BATTERY STREET, 29TH FLOOR |
| | SAN FRANCISCO, CA 94111-3339 |
| 5 | Telephone: + 1 (415) 956-1000 |
| | Email: lhazam@lchb.com |
| 6 | |
| 7 | PREVIN WARREN |
| | **MOTLEY RICE LLC** |
| 8 | 401 9th Street NW Suite 630 |
| | Washington DC 20004 |
| 9 | Telephone: + 1 (202) 386-9610 |
| | Email: pwarren@motleyrice.com |
| 10 | |
| 11 | Co-Lead Counsel |
| 12 | JENNIE LEE ANDERSON |
| | **ANDRUS ANDERSON, LLP** |
| 13 | 155 MONTGOMERY STREET, SUITE 900 |
| | SAN FRANCISCO, CA 94104 |
| 14 | Telephone: + 1 (415) 986-1400 |
| | Email: jennie@andrusanderson.com |
| 15 | |
| 16 | Liaison Counsel |
| 17 | JOSEPH G. VANZANDT |
| | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 18 | 234 COMMERCE STREET |
| 19 | MONTGOMERY, AL 36103 |
| | Telephone: + 1 (334) 269-2343 |
| 20 | Email: joseph.vanzandt@beasleyallen.com |
| 21 | |
| 22 | EMILY C. JEFFCOTT |
| | **MORGAN & MORGAN** |
| 23 | 220 W. GARDEN STREET, 9TH FLOOR |
| | PENSACOLA, FL 32502 |
| 24 | Telephone: + 1 (850) 316-9100 |
| | Email: ejeffcott@forthepeople.com |
| 25 | |
| 26 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 27 | 400 Manhattan Blvd. |
| | Harvey LA, 70058 |
| 28 | Telephone: + 1 (504) 227–8100 |
| | Email: raustin@ronaustinlaw.com |

| | |
|---|---|
| 1 | MATTHEW BERGMAN |
| 2 | GLENN DRAPER |
|   | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 3 | 821 SECOND AVENUE, SUITE 2100 |
|   | SEATTLE, WA 98104 |
| 4 | Telephone: + 1 (206) 741-4862 |
|   | Email:  matt@socialmediavictims.org |
| 5 | Email:  glenn@socialmediavictims.org |
| 6 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 7 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 8 | Telephone:  + 1 (212) 558-5500 |
|   | Facsimile:  + 1 (212) 344-5461 |
| 9 | Email: jbilsborrow@weitzlux.com |
| 10 | PAIGE BOLDT |
|    | **WATTS GUERRA LLP** |
| 11 | 4 Dominion Drive, Bldg. 3, Suite 100 |
|    | San Antonio, TX 78257 |
| 12 | Telephone:  + 1 (210) 448-0500 |
| 13 | Email:  PBoldt@WattsGuerra.com |
| 14 | THOMAS P. CARTMELL |
|    | **WAGSTAFF & CARTMELL LLP** |
| 15 | 4740 Grand Avenue, Suite 300 |
|    | Kansas City, MO 64112 |
| 16 | Telephone: + 1 (816) 701 1100 |
| 17 | Email:  tcartmell@wcllp.com |
| 18 | JAYNE CONROY |
|    | **SIMMONS HANLY CONROY, LLC** |
| 19 | 112 MADISON AVE, 7TH FLOOR |
|    | NEW YORK, NY 10016 |
| 20 | Telephone:  + 1 (917) 882-5522 |
| 21 | Email:  jconroy@simmonsfirm.com |
| 22 | CARRIE GOLDBERG |
|    | **C.A. GOLDBERG, PLLC** |
| 23 | 16 Court St. |
|    | Brooklyn, NY 11241 |
| 24 | Telephone: + 1 (646) 666-8908 |
| 25 | Email:  carrie@cagoldberglaw.com |
| 26 | KIRK GOZA |
|    | **GOZA & HONNOLD, LLC** |
| 27 | 9500 Nall Avenue, Suite 400 |
|    | Overland Park, KS 66207 |
| 28 | Telephone:  + 1 (913) 451-3433 |

| | |
|---|---|
| 1 | Email: kgoza@gohonlaw.com |
| 2 | SIN-TINY MARY LIU |
| 3 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 4 | 17 EAST MAIN STREET, SUITE 200 |
| | PENSACOLA, FL 32502 |
| 5 | Telephone: + 1 (510) 698-9566 |
| 6 | Email: mliu@awkolaw.com |
| 7 | ANDRE MURA |
| | **GIBBS LAW GROUP, LLP** |
| 8 | 1111 BROADWAY, SUITE 2100 |
| | OAKLAND, CA 94607 |
| 9 | Telephone: + 1 (510) 350-9717 |
| 10 | Email: amm@classlawgroup.com |
| 11 | EMMIE PAULOS |
| | **LEVIN PAPANTONIO RAFFERTY** |
| 12 | 316 SOUTH BAYLEN STREET, SUITE 600 |
| | PENSACOLA, FL 32502 |
| 13 | Telephone: + 1 (850) 435-7107 |
| 14 | Email: epaulos@levinlaw.com |
| 15 | ROLAND TELLIS |
| | DAVID FERNANDES |
| 16 | **BARON & BUDD, P.C.** |
| | 15910 Ventura Boulevard, Suite 1600 |
| 17 | Encino, CA 91436 |
| 18 | Telephone: + 1 (818) 839-2333 |
| | Facsimile: + 1 (818) 986-9698 |
| 19 | Email: rtellis@baronbudd.com |
| | Email: dfernandes@baronbudd.com |
| 20 | |
| 21 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 22 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 23 | Telephone: + 1 (202) 780-3014 |
| | Email: awalsh@alexwalshlaw.com |
| 24 | |
| 25 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 26 | 510 WALNUT STREET |
| | SUITE 500 |
| 27 | PHILADELPHIA, PA 19106 |
| | Telephone: + 1 (215) 592-1500 |
| 28 | Email: mweinkowitz@lfsbalw.com |

|   |   |
|---|---|
| 1 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 2 | **DICELLO LEVITT**<br>505 20th St North |
| 3 | Suite 1500<br>Birmingham, Alabama 35203 |
| 4 | Telephone: + 1 (205) 855-5700<br>Email: fu@dicellolevitt.com |
| 5 |   |
| 6 | ROBERT H. KLONOFF<br>**ROBERT KLONOFF, LLC** |
| 7 | 2425 SW 76TH AVENUE<br>PORTLAND, OR 97225 |
| 8 | Telephone: + 1 (503) 702-0218<br>Email: klonoff@usa.net |
| 9 |   |
| 10 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 11 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 12 | Telephone: + 1 (212) 213-8311 |
| 13 | Email: hnappi@hrsclaw.com |
| 14 | ANTHONY K. BRUSTER<br>**BRUSTER PLLC** |
| 15 | 680 N. Carroll Ave., Suite 110 |
| 16 | Southlake, TX 76092<br>Telephone: + 1 (817) 601-9564 |
| 17 | Email: akbruster@brusterpllc.com |
| 18 | FRANCOIS M. BLAUDEAU, MD JD FACHE<br>FCLM |
| 19 | **SOUTHERN INSTITUTE FOR MEDICAL** |
| 20 | **AND LEGAL AFFAIRS**<br>2762 B M Montgomery Street, Suite 101 |
| 21 | Homewood, Alabama 35209<br>Telephone: + 1 (205) 564-2741 |
| 22 | Email: francois@southernmedlaw.com |
| 23 | JAMES MARSH |
| 24 | **MARSH LAW FIRM PLLC**<br>31 HUDSON YARDS, 11TH FLOOR |
| 25 | NEW YORK, NY 10001-2170<br>Telephone: + 1 (212) 372-3030 |
| 26 | Email: jamesmarsh@marshlaw.com |
| 27 | *Attorneys for Plaintiffs* |
| 28 |   |

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

_____*/s/ Lauren Gallo White*_____
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**COVINGTON & BURLING LLP**

_____*/s/ Phyllis A. Jones*_____
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com
Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP

|   |   |
|---|---|
| 1 | 3000 El Camino Real |
| 2 | 5 Palo Alto Square, 10th Floor |
|   | Palo Alto, CA 94306 |
| 3 | Telephone: + 1 (650) 632-4700 |
|   | Facsimile: +1 (650) 632-4800 |
| 4 | Email:  ehenn@cov.com |

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

          */s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

          */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

          */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

# ATTESTATION

I, Christopher A. Seeger, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory thereto.

Dated: April 28, 2023                                   /s/ Christopher A. Seeger
                                                        Christopher A. Seeger