UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | CASE NO.: 4:22-md-03047-YGR |
| | Honorable Thomas S. Hixson |
| This Filing Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order is extended to June 9, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Hon. Thomas S. Hixson
United States Magistrate Judge