UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | CASE NO.:  4:22-md-03047-YGR |
| | Honorable Thomas S. Hixson |
| This Filing Relates to: | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| ALL ACTIONS | |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order is extended to April 28, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

Hon.
United                                                          Judge
Judge Thomas S. Hixson

5/1/2022
FINDING AS MOOT.

[PROPOSED] ORDER                                                          4:22-MD-03047-YGR