GREGORY L. HALPERIN, *pro hac vice*
   ghalperin@cov.com
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000

*Attorney for Defendants Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC; Facebook*
*Operations, LLC; Facebook Payments, Inc.;*
*Facebook Technologies, LLC; Instagram, LLC;*
*Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) |
| ALL ACTIONS | ) ) ) ) |

Case No. 4:22-md-03047-YGR

Judge Yvonne Gonzalez Rogers

**NOTICE OF APPEARANCE OF GREGORY L. HALPERIN**

**NOTICE OF APPEARANCE OF**

**GREGORY L. HALPERIN AS COUNSEL FOR META PLATFORMS, INC. ET AL.**

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gregory L. Halperin of the law firm Covington & Burling LLP, located at 620 Eighth Avenue, New York, NY, 10018-1405, telephone number (212) 841-1000, facsimile number (212) 841-1010, email address ghalperin@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Mr. Halperin hereby requests to be added to the docket and the electronic service list in this matter.


DATED:  May 16, 2023                              COVINGTON & BURLING, LLP


                                                  By:  */s/ Gregory L. Halperin*
                                                      Gregory L. Halperin

                                                      *Attorneys for Defendants Meta Platforms, Inc.*
                                                      *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
                                                      *Facebook Operations, LLC; Facebook*
                                                      *Payments, Inc.; Facebook Technologies, LLC;*
                                                      *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
                                                      *Zuckerberg*