Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1

Additional Counsel Listed on Signature Page

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs Seattle School District No. 1, Kent School District No. 415, School District No. 24J, Marion County, Oregon and Gervais School District 1:

> Gretchen Freeman Cappio
> gcappio@kellerrohrback.com
> Keller Rohrback, L.L.P.
> 1201 Third Avenue
> Suite 3200
> Seattle, WA 98101
> (206) 623-1900

Attorney is admitted to practice and is in good standing in the State of Washington and was admitted to the United States District Court for the Western District of Washington on January 26, 2000.

DATED this 17th day of May, 2023.

             KELLER ROHRBACK L.L.P.

             Keller Rohrback L.L.P.

             By:/s/ *Gretchen Freeman Cappio*
             Lynn Lincoln Sarko
             Derek W. Loeser
             Gretchen Freeman Cappio
             Dean N. Kawamoto
             Cari C. Laufenberg
             Garrett A. Heilman
             Felicia J. Craick
             Chris N. Ryder
             1201 Third Avenue, Suite 3200
             Seattle, WA 98101
             P: 206.623.1900
             F: 206.623.3384
             E: lsarko@kellerrohrback.com
              dloeser@kellerrohrback.com
              gcappio@kellerrohrback.com
              dkawamoto@kellerrohrback.com
              claufenberg@kellerrohrback.com
              gheilman@kellerrohrback.com
              fcraick@kellerrohrback.com
              cryder@kellerrohrback.com

             *Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1*