Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Plaintiffs Seattle School District No. 1,
Kent School District No. 415, Mesa Public Schools,
School District No. 24J, Marion County, Oregon, and
Gervais School District 1

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | MDL No. 3047 |
| This Document relates to: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs School District No. 24J, Marion County, Oregon and Gervais School District 1:

Garrett A. Heilman
gheilman@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101
(206) 623-1900

Attorney is admitted to practice and is in good standing in the State of Washington and was admitted to the United States District Court for the Western District of Washington on October 28, 2016.

DATED this 17th day of May, 2023.

KELLER ROHRBACK L.L.P.

Keller Rohrback L.L.P.

By: /s/ *Garrett A. Heilman*
Lynn Lincoln Sarko
Derek W. Loeser
Gretchen Freeman Cappio
Dean N. Kawamoto
Cari C. Laufenberg
Garrett A. Heilman
Felicia J. Craick
Chris N. Ryder
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: 206.623.1900
F: 206.623.3384
E: lsarko@kellerrohrback.com
　dloeser@kellerrohrback.com
　gcappio@kellerrohrback.com
　dkawamoto@kellerrohrback.com
　claufenberg@kellerrohrback.com
　gheilman@kellerrohrback.com
　fcraick@kellerrohrback.com
　cryder@kellerrohrback.com

*Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon, and Gervais School District 1*