Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Plaintiffs Seattle School District No. 1,
Kent School District No. 415, Mesa Public Schools,
School District No. 24J, Marion County, Oregon and
Gervais School District 1

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | MDL No. 3047 |
| This Document relates to: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs

in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers

regarding this action on behalf of Plaintiffs School District No. 24J, Marion County, Oregon and

Gervais School District 1:

Dean N. Kawamoto
dkawamoto@kellerrohrback.com
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101
(206) 623-1900

Attorney is admitted to practice and is in good standing in the State of California and was

admitted to the United States District Court for the Northern District of California on March 18, 2015.

1    DATED this 17th day of May, 2023.

2                                           KELLER ROHRBACK L.L.P.

3

4                                           Keller Rohrback L.L.P.

5                                           By:/s/ *Dean N. Kawamoto*

6                                           Lynn Lincoln Sarko
                                            Derek W. Loeser
7                                           Gretchen Freeman Cappio
                                            Dean N. Kawamoto
8                                           Cari C. Laufenberg
                                            Garrett A. Heilman
9                                           Felicia J. Craick
                                            Chris N. Ryder
10                                          1201 Third Avenue, Suite 3200
                                            Seattle, WA 98101
11                                          P: 206.623.1900
                                            F: 206.623.3384
12
                                            E: lsarko@kellerrohrback.com
13                                              dloeser@kellerrohrback.com
                                                gcappio@kellerrohrback.com
14                                              dkawamoto@kellerrohrback.com
                                                claufenberg@kellerrohrback.com
15                                              gheilman@kellerrohrback.com
                                                fcraick@kellerrohrback.com
16                                              cryder@kellerrohrback.com
17
18                                          *Attorneys for Plaintiffs Seattle School District No.*
                                            *1, Kent School District No. 415, Mesa Public*
19                                          *Schools, School District No. 24J, Marion County,*
                                            *Oregon and Gervais School District 1*
20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF DEAN                    2                              MDL NO. 3047
KAWAMOTO FOR PLAINTIFFS                                            CASE NO. 22-MD-03047-YGR