Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs School District No. 24J, Marion County, Oregon and Gervais School District 1:

Chris N. Ryder
cryder@kellerrohrback.com
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101
(206) 623-1900

Attorney is admitted to practice and is in good standing in the State of Washington and was admitted to the United States District Court for the Western District of Washington on January 9, 2023.

DATED this 17th day of May, 2023.

KELLER ROHRBACK L.L.P.

Keller Rohrback L.L.P.

By:/s/ *Chris N. Ryder*

Lynn Lincoln Sarko
Derek W. Loeser
Gretchen Freeman Cappio
Dean N. Kawamoto
Cari C. Laufenberg
Garrett A. Heilman
Felicia J. Craick
Chris N. Ryder
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: 206.623.1900
F: 206.623.3384
E: lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerohrback.com
dkawamoto@kellerrohrback.com
claufenberg@kellerrohrback.com
gheilman@kellerrohrback.com
fcraick@kellerrohrback.com
cryder@kellerrohrback.com

*Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1*