Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Plaintiffs Seattle School District No. 1,
Kent School District No. 415, Mesa Public Schools,
School District No. 24J, Marion County, Oregon and
Gervais School District 1

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs Seattle School District No. 1, Kent School District No. 415, School District No. 24J, Marion County, Oregon and Gervais School District 1:

    Chris Springer
    cspringer@kellerrohrback.com
    Keller Rohrback, L.L.P.
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: 805.456.1496

Attorney is admitted to practice and is in good standing in the State of California and was admitted to the United States District Court for the Northern District of California on December 22, 2017.

1    DATED this 17th day of May, 2023.

                                                               KELLER ROHRBACK L.L.P.

Keller Rohrback L.L.P.

By: /s/ *Chris Springer*
Chris Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
P: 805.456.1496
F: 805.456.1497
E: cspringer@kellerrohrback.com

Lynn Lincoln Sarko
Derek W. Loeser
Gretchen Freeman Cappio
Dean N. Kawamoto
Cari C. Laufenberg
Garrett A. Heilman
Felicia J. Craick
Chris N. Ryder
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: 206.623.1900
F: 206.623.3384
E: lsarko@kellerrohrback.com
   dloeser@kellerrohrback.com
   gcappio@kellerohrback.com
   dkawamoto@kellerrohrback.com
   claufenberg@kellerrohrback.com
   gheilman@kellerrohrback.com
   fcraick@kellerrohrback.com
   cryder@kellerrohrback.com

*Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1*