Derek W. Loeser
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiff School District No. 24J, Marion County, Oregon:

Keil Mueller
kmueller@kellerrohrback.co
Keller Rohrback, L.L.P.
805 SW Broadway
Suite 2750
Portland, OR 97205
(206) 623-1900

Attorney is admitted to practice and is in good standing in the State of Oregon and was admitted to the United States District Court for the District of Oregon on January 20, 2009.

DATED this 17th day of May, 2023.

                Keller Rohrback L.L.P.

                By: */s/ Keil Mueller*
                Yoona Park, OSB #077095
                Keil Mueller, OSB #085535
                KELLER ROHRBACK L.L.P.
                805 SW Broadway, Suite 2750
                Portland, OR 97205
                Telephone: 206.623.1900
                Facsimile: 206.623.3384
                Email: ypark@kellerrohrback.com
                        kmueller@kellerrohrback.com

                Lynn Lincoln Sarko
                Derek W. Loeser
                Gretchen Freeman Cappio
                Dean N. Kawamoto
                Cari C. Laufenberg
                Garrett A. Heilman
                Felicia J. Craick
                Chris N. Ryder
                1201 Third Avenue, Suite 3200
                Seattle, WA 98101
                P: 206.623.1900
                F: 206.623.3384
                E: lsarko@kellerrohrback.com
                   dloeser@kellerrohrback.com
                   gcappio@kellerrohrback.com
                   dkawamoto@kellerrohrback.com
                   claufenberg@kellerrohrback.com
                   gheilman@kellerrohrback.com
                   fcraick@kellerrohrback.com
                   cryder@kellerrohrback.com

                *Attorneys for Plaintiffs Seattle School District No. 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon and Gervais School District 1*