UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.*, 4:23-cv-01425;<br><br>*Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:23-cv-01422;<br><br>*Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.*, 4:23-cv-01537;<br><br>*C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-01568;<br><br>*N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.*, 4:23-cv-01584;<br><br>*M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.*, 4:23-cv-01615;<br><br>*C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.*, 4:23-cv-01569;<br><br>*S.S. filed on behalf of minor M.S. v. Meta* | **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SECOND CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

*Platforms, Inc., et al.,* 4:23-cv-02024; and

*K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-01465

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Second Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

On March 3, 2023, the Court granted from the bench Plaintiffs' request to seal guardian *ad litem* applications at Dockets 147 and 148. ECF No. 163.

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointment of Guardian *Ad Litem* ("Applications") attached as Exhibits 1-9 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Second Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*, the Court hereby orders that the following documents shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *H.D. filed on behalf of minor J.D. v. Meta Platforms, Inc., et al.,* 4:23-cv-01425 | Entire Application/ Exhibit | Granted |
| Exhibit 2 - Application for *Jeffrey Barnes, filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01422 | Entire Application/ Exhibit | Granted |
| Exhibit 3 - Application for *Richard Neal Booker, individually and on behalf of their minor child S.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-01537 | Entire Application/ Exhibit | Granted |
| Exhibit 4 – Application for *C. G. filed on behalf of minor A.G. v. Meta Platforms, Inc., et al.,* 4:23-cv-0156 | Entire Application/ Exhibit | Granted |
| Exhibit 5 – Application for *N.K. filed on behalf of minor S.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-01584 | Entire Application/ Exhibit | Granted |
| Exhibit 6 – Application for *M.M., filed on behalf of minor B.M. v. Meta Platforms, Inc., et al.,* 4:23-cv-01615 | Entire Application/ Exhibit | Granted |

| | | |
|---|---|---|
| Exhibit 7 - Application for *C.S., filed on behalf of minor J.S. v. Meta Platforms, Inc., et al.*, 4:23-cv-01569 | Entire Application/Exhibit | Granted |
| Exhibit 8 - Application for *S.S. filed on behalf of minor M.S. v. Meta Platforms, Inc., et al.*, 4:23-cv-02024 | Entire Application/Exhibit | Granted |
| Exhibit 9 - Application for *K.C. filed on behalf of minor M.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-01465 | Entire Application/Exhibit | Granted |

**IT IS SO ORDERED.**

DATED: May 19, 2023

_____
Hon. Yvonne González Rogers
UNITED STATES DISTRICT JUDGE