IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT STATEMENT RE: THIRD PARTY PRESERVATION NOTICE ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Thomas S. Hixson |

Dear Judge Hixson:

Plaintiffs and Defendants TikTok, Snap, and YouTube respectfully seek the Court's assistance to resolve a single dispute concerning a proposed Third Party Preservation Notice Order. The Parties attach the following exhibits to this Joint Statement:

- **Exhibit A** – Defendants' proposed Third Party Preservation Notice Order, with Plaintiffs' proposed edits in redline.

- **Exhibit B** – Clean version of Plaintiffs' proposed Third Party Preservation Notice Order.

- **Exhibit C** – Clean version of Defendants' proposed Third Party Preservation Notice Order.

The parties would welcome a telephonic conference to discuss the disputed issue if the Court would find it helpful.

Dated:  May 23, 2023

                                                                                     Respectfully submitted,

                                                                                    /s/ Christopher L. Ayers
                                                                                    Christopher A. Seeger
                                                                                    Christopher L. Ayers
                                                                                    **SEEGER WEISS, LLP**
                                                                                    55 CHALLENGER ROAD, 6TH FLOOR
                                                                                    RIDGEFIELD PARK, NJ 07660
                                                                                    Telephone: 973-639-9100
                                                                                    Facsimile: 973-679-8656
                                                                                    cseeger@seegerweiss.com
                                                                                    cayers@seegerweiss.com

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

**KING & SPALDING LLP**

~~/s/ Geoffrey M. Drake~~
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

David Mattern
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

**FAEGRE DRINKER LLP**

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman
Faegre Drinker LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: +1 (612) 766-7000
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

By:     /s/ *Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell (pro hac vice)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*

Brian M. Willen
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Counsel for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

        I, Brian M. Willen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 23, 2023　　　　By: */s/ Brian M. Willen*
　　　　　　　　　　　　　　　　　Brian M. Willen

**Pursuant to the Stipulation and Order Governing Sealing Procedures (ECF 205), the parties have emailed their Third Party Preservation Notice letter brief, which is being submitted provisionally under seal for reasons to be set forth in a forthcoming sealing motion, to the Court's deputy clerk.**

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.:  4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER RE THIRD PARTY PRESERVATION NOTICE** |

This Order regarding Third-Party Preservation Notice applies in all actions currently in MDL No. 3047, *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, or hereafter added or transferred to MDL No. 3047, and all actions later sent back to their respective transferor courts (collectively, "this Litigation").

1. To facilitate the preservation of relevant user account information, the parties have negotiated and filed with the Court an agreed-upon Plaintiff User Account Preservation Form, ECF 269-1 ("PPF").

2. <u>Third-Party Notice</u>.  To the extent a Plaintiff requests preservation of an account opened and used primarily by a user other than the Plaintiff User (a "Third-Party Account") using the PPF (ECF 269-1, ¶ J), the Plaintiff User shall provide written notice to such Third-Party

1  Account holder(s) of their preservation request ~~prior to submission to a Defendant of a PPF~~
2  ~~requesting preservation of a Third-Party Account (or within 5 business days after entry of this~~
3  ~~Order, to the extent a Third-Party Account preservation request was made prior to the entry of this~~
4  ~~Order).~~ within 5 business days of serving the PPF.

5   3.  <u>Exception for Good-Faith Safety Concerns</u>.  A Plaintiff User need not provide
6  notice to a Third-Party Account holder if the Plaintiff User in good faith believes that providing
7  notice would present a safety risk to the Plaintiff or others.

8   4.  <u>Correction of Errors</u>.  To the extent a Plaintiff User discovers any errors in the
9  Third-Party Account Identifying Information provided to a Defendant in a PPF, Plaintiff shall
10  promptly notify the Defendant and provide a corrected PPF with the revised Account Identifying
11  Information.

12 **IT IS SO ORDERED.**

14  DATED: _____
           MAGISTRATE JUDGE THOMAS S. HIXSON

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.:  4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER RE THIRD PARTY PRESERVATION NOTICE** |

This Order regarding Third-Party Preservation Notice applies in all actions currently in MDL No. 3047, *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, or hereafter added or transferred to MDL No. 3047, and all actions later sent back to their respective transferor courts (collectively, "this Litigation").

1. To facilitate the preservation of relevant user account information, the parties have negotiated and filed with the Court an agreed-upon Plaintiff User Account Preservation Form, ECF 269-1 ("PPF").

2. <u>Third-Party Notice</u>.  To the extent a Plaintiff requests preservation of an account opened and used primarily by a user other than the Plaintiff User (a "Third-Party Account") using the PPF (ECF 269-1, ¶ J), the Plaintiff User shall provide written notice to such Third-Party

Account holder(s) of their preservation request within 5 business days of serving the PPF.

3. <u>Exception for Good-Faith Safety Concerns</u>. A Plaintiff User need not provide notice to a Third-Party Account holder if the Plaintiff User in good faith believes that providing notice would present a safety risk to the Plaintiff or others.

4. <u>Correction of Errors</u>.  To the extent a Plaintiff User discovers any errors in the Third-Party Account Identifying Information provided to a Defendant in a PPF, Plaintiff shall promptly notify the Defendant and provide a corrected PPF with the revised Account Identifying Information.

**IT IS SO ORDERED.**

DATED:

MAGISTRATE JUDGE THOMAS S. HIXSON

# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | CASE NO.: 4:22-md-03047-YGR |
| | Honorable Yvonne Gonzalez Rogers |
| This Document Relates to: | Honorable Thomas S. Hixson |
| ALL ACTIONS | **[PROPOSED] ORDER RE THIRD PARTY PRESERVATION NOTICE** |

This Order regarding Third-Party Preservation Notice applies in all actions currently in MDL No. 3047, *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, or hereafter added or transferred to MDL No. 3047, and all actions later sent back to their respective transferor courts (collectively, "this Litigation").

1. To facilitate the preservation of relevant user account information, the parties have negotiated and filed with the Court an agreed-upon Plaintiff User Account Preservation Form, ECF 269-1 ("PPF").

2. <u>Third-Party Notice</u>. To the extent a Plaintiff requests preservation of an account opened and used primarily by a user other than the Plaintiff User (a "Third-Party Account") using the PPF (ECF 269-1, ¶ J), the Plaintiff User shall provide written notice to such Third-Party

[PROPOSED] ORDER RE THIRD-PARTY PRESERVATION NOTICE                                    4:22-MD-03047-YGR

Account holder(s) of their preservation request prior to submission to a Defendant of a PPF requesting preservation of a Third-Party Account (or within 5 business days after entry of this Order, to the extent a Third-Party Account preservation request was made prior to the entry of this Order).

3. <u>Exception for Good-Faith Safety Concerns</u>. A Plaintiff User need not provide notice to a Third-Party Account holder if the Plaintiff User in good faith believes that providing notice would present a safety risk to the Plaintiff or others.

4. <u>Correction of Errors</u>. To the extent a Plaintiff User discovers any errors in the Third-Party Account Identifying Information provided to a Defendant in a PPF, Plaintiff shall promptly notify the Defendant and provide a corrected PPF with the revised Account Identifying Information.

**IT IS SO ORDERED.**

DATED:

MAGISTRATE JUDGE THOMAS S. HIXSON