Ashley M. Simonsen (SBN 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional parties and counsel listed on signature pages*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS UNDER SECTION 230 AND THE FIRST AMENDMENT** |

Pursuant to Civil Local Rules 7-11 and 7-12, the Parties, through their undersigned counsel, hereby stipulate to, and respectfully request that the Court enter an order adopting, the following briefing schedule and allocation of page limits for Defendants' Motion to Dismiss Plaintiffs' Priority Claims Asserted in the Amended Master Complaint under Section 230 of the Communications Decency Act, 47 U.S.C. § 230 *et seq.*, and the First Amendment to the United States Constitution. The Parties declare in support of this request:

WHEREAS, this Court has indicated that it would set a briefing schedule for Defendants' Motion to Dismiss on Section 230 and the First Amendment after the United States Supreme Court issued a decision in *Gonzalez v. Google LLC*, 598 U.S. __ (2023), *see* Case Management Order No. 3 (Dkt. 111) at 2–3; Dec. 14, 2022 Case Management Conference Tr. at 9:16–21, 16:2–14 (Dkt. 123);

WHEREAS, the Supreme Court issued its decision in *Gonzalez v. Google* on May 18, 2023;

WHEREAS, on May 18, 2023, the Parties notified this Court that they were meeting and conferring on a proposed briefing schedule and page allocation for Defendants' Motion to Dismiss on Section 230 and the First Amendment;

WHEREAS, the Parties have met and conferred, and agree to a briefing schedule and allocation of page limits for Defendants' Motion to Dismiss on Section 230 and the First Amendment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. Defendants' Motion to Dismiss on Section 230 and the First Amendment shall be filed no later than June 27, 2023;
2. Plaintiffs' Opposition shall be filed no later than July 25, 2023;
3. Defendants' Reply shall be filed no later than August 15, 2023.
4. The page limits set by Civil Local Rule 7-4(b) shall apply to each brief.

| | |
|---|---|
| DATED:  May 23, 2023 | Respectfully submitted, |

                                            */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone:  +1 (202) 386-9610
Email:  pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone:  +1 (415) 956-1000
Email:  lhazam@lchb.com

CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone:  +1 (973) 639-9100
Email:  cseeger@seegerweiss.com
Email:  cayers@seegerweiss.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  +1 (415) 986-1400
Email:  jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  + 1 (334) 269-2343
Email:  joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey, LA 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
520 PIKE STREET, SUITE 1125
SEATTLE, WA 98101
Telephone: + 1 (206) 741-4862
Email: glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: + 1 (212) 558-5500
Facsimile: + 1 (212) 344-5461
Email: jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVENUE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  + 1 (917) 882-5522
Email:  jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
Telephone:  + 1 (646) 666-8908
Email:  carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone:  + 1 (913) 451-3433
Email:  kgoza@gohonlaw.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  + 1 (510) 698-9566
Email:  mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  + 1 (510) 350-9717
Email:  amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  + 1 (850) 435-7107
Email:  epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  + 1 (818) 839-2333
Facsimile:  + 1 (818) 986-9698
Email:  rtellis@baronbudd.com
Email:  dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Avenue, NW, Suite 500
Washington D.C. 20036
Telephone:  + 1 (202) 780-3014
Email:  awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19106
Telephone:  + 1 (215) 592-1500
Email:  mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE
ZIMMERMANN
**DICELLO LEVITT**
505 20th Street North, Suite 1500
Birmingham, AL 35203
Telephone:  + 1 (205) 855-5700
Email:  fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone:  + 1 (503) 702-0218
Email:  klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone:  + 1 (212) 213-8311
Email:  hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 North Carroll Avenue, Suite 110
Southlake, TX 76092
Telephone:  + 1 (817) 601-9564
Email:  akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, AL 35209
Telephone:  + 1 (205) 564-2741
Email:  francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  + 1 (212) 372-3030
Email:  jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**COVINGTON & BURLING LLP**


   */s/ Ashley M. Simonsen*
Ashley M. Simonsen (SBN 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone:  +1 (424) 332-4800
Facsimile:  +1 (424) 332-4749
Email:  asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone:  +1 (202) 662-6000
Facsimile:  +1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

|   |   |
|---|---|
| 1 | Emily Johnson Henn (SBN 269482) |
| 2 | COVINGTON & BURLING LLP |
|   | 3000 El Camino Real |
| 3 | 5 Palo Alto Square, 10th Floor |
|   | Palo Alto, CA 94306 |
| 4 | Telephone:  +1 (650) 632-4700 |
|   | Facsimile:  +1 (650) 632-4800 |
| 5 | Email:  ehenn@cov.com |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

  */s/ Jonathan H. Blavin*
―――――――――――――――――――
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, pro hac vice
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW Street,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone:  + 1 (404) 572-4600
Facsimile:  + 1 (404) 572-5100
Email:  gdrake@kslaw.com

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
FAEGRE DRINKER LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone:  + 1 (317) 237-0300
Facsimile:  + 1 (317) 237-1000
Email:  andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**WILSON SONSINI GOODRICH & ROSATI**

*/s/ Lauren Gallo White*
Lauren Gallo White
  lwhite@wsgr.com
Samantha A. Machock
  smachock@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brian M. Willen
   bwillen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
   cchiou@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube LLC, Google LLC, and Alphabet Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 23, 2023                              */s/ Ashley M. Simonsen*
                                                 Ashley M. Simonsen