Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*H.D., filed on behalf of minor J.D. v. Meta Platforms, Inc. et al.*, 4:23-cv-01425 | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To:   The Clerk of Court and All Parties of Record

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, H.D., on behalf of minor J.D., hereby files this Notice of Voluntary Dismissal without Prejudice and voluntarily withdraws this action without prejudice, without costs to any party.

Dated:  May 25, 2023                    Respectfully submitted,

                         */s/ Previn Warren*
                         Previn Warren (*pro hac vice*)
                         pwarren@motleyrice.com
                         MOTLEY RICE, LLC
                         401 9th Street NW, Suite 630
                         Washington, DC 20004
                         Telephone: (202) 386-9610
                         Facsimile: (202) 232-5513

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Previn Warren*
Previn Warren (*pro hac vice*)

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE