1

[*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

14

15

16

17

This Document Relates to:

ALL ACTIONS

**NOTICE OF FILING PROPOSED AMENDED STIPULATED IMPLEMENTATION ORDER GOVERNING ADOPTION OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-FORM COMPLAINTS FOR FILED CASES**

18

19       The Parties hereby respectfully file a proposed Amended Stipulated Implementation Order

20   Governing Adoption of Master Complaint (Personal Injury) and Short-Form Complaints for Filed

21   Cases ("Amended SFC Implementation Order").  The Amended SFC Implementation Order is

22   attached hereto as Exhibit A, and a redline against the original implementation order (ECF No.

23   177) is attached hereto as Exhibit B.  The modifications to the order reflect agreement of several

24   additional Defendants, including Meta Platforms Technologies, LLC, Meta Payments, Inc.,

25   Whatsapp Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC, to waive formal service of

26   summons pursuant to Rule 4 of the Federal Rules of Civil Procedure for Short Form Complaints

27   that are properly filed in this MDL in accordance with the proposed Amended SFC

28   Implementation Order.  The Short Form Complaint (ECF No. 177, Exhibit A) remains the same.

1  Dated:  May 26, 2023

2

Respectfully submitted,

**LIEFF CABRASER HEIMAN**
3
**& BERNSTEIN, LLP**

*/s/ Lexi J. Hazam*
4
Lexi J. Hazam (SBN 224457)

*lhazam@lchb.com*
5
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
6
Telephone: (415) 956-1000

7
**SEEGER WEISS, LLP**

8
*/s/ Christopher A. Seeger*
Christopher A. Seeger (*pro hac vice*)
9
*cseeger@seegerweiss.com*
55 Challenger Road 6th Floor
10
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
11

12
**MOTLEY RICE, LLC**

*/s/ Previn Warren*
13
Previn Warren (*pro hac vice*)

*pwarren@motleyrice.com*
14
401 9th Street NW, Suite 630
Washington, DC 20004
15
Telephone: (202) 386-9610

16
*Plaintiffs' Co-Lead Counsel*
17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING PROPOSED ORDER
CASE NO. 4:22-MD-03047-YGR

1

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*

2

Ashley M. Simonsen, SBN 275203

COVINGTON & BURLING LLP

3

1999 Avenue of the Stars

Los Angeles, CA 90067

4

Telephone: (424) 332-4800

Email: asimonsen@cov.com

5

6

Phyllis A. Jones, pro hac vice

Paul W. Schmidt, pro hac vice

7

COVINGTON & BURLING LLP

One CityCenter

8

850 Tenth Street, NW

9

Washington, DC 20001-4956

Telephone: + 1 (202) 662-6000

10

Facsimile: + 1 (202) 662-6291

Email: pajones@cov.com

11

Email: pschmidt@cov.com

12

Emily Johnson Henn

13

(State Bar. No. 269482)

COVINGTON & BURLING LLP

14

3000 El Camino Real

5 Palo Alto Square, 10th Floor

15

Palo Alto, CA 94306

16

Telephone: + 1 (650) 632-4700

Facsimile: +1 (650) 632-4800

17

Email: ehenn@cov.com

18

*Attorneys for Defendants Meta Platforms,*

19

*Inc. f/k/a Facebook, Inc.; Facebook*

*Holdings, LLC; Facebook Operations, LLC;*

20

*Facebook Payments, Inc.; Facebook*

*Technologies, LLC; Instagram, LLC;*

21

*Siculus, Inc.; and Mark Elliot Zuckerberg*

22

**KING & SPALDING LLP**

23

*/s/ Geoffrey M. Drake*

24

Geoffrey M. Drake

King & Spalding LLP

25

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

26

Telephone: + 1 (404) 572-4600

Facsimile: + 1 (404) 572-5100

27

Email: gdrake@kslaw.com

28

NOTICE OF FILING PROPOSED ORDER
CASE NO. 4:22-MD-03047-YGR

David Mattern
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

**FAEGRE DRINKER LLP**

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman
Faegre Drinker LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: +1 (612) 766-7000
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

By: /s/ *Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lauren A. Bell (pro hac vice)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Counsel for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

- 5 -

NOTICE OF FILING PROPOSED ORDER
CASE NO. 4:22-MD-03047-YGR

1

**<u>ATTESTATION</u>**

2    I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence

3    to the filing of this document has been obtained from each signatory hereto.

4    DATED:  May 26, 2023                                  By:    */s/ Lexi J. Hazam*

5                                                                          Lexi J. Hazam
                                                                           SBN 224457

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING PROPOSED ORDER
                                   CASE NO. 4:22-MD-03047-YGR