**FILED**

May 31 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Thomas S. Hixson<br><br>[~~PROPOSED~~] ORDER RE THIRD PARTY PRESERVATION NOTICE |

This Order regarding Third-Party Preservation Notice applies in all actions currently in MDL No. 3047, *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, or hereafter added or transferred to MDL No. 3047, and all actions later sent back to their respective transferor courts (collectively, "this Litigation").

1.  To facilitate the preservation of relevant user account information, the parties have negotiated and filed with the Court an agreed-upon Plaintiff User Account Preservation Form, ECF 269-1 ("PPF").

2.  <u>Third-Party Notice</u>.  To the extent a Plaintiff requests preservation of an account opened and used primarily by a user other than the Plaintiff User (a "Third-Party Account") using the PPF (ECF 269-1, ¶ J), the Plaintiff User shall provide written notice to such Third-Party

Account holder(s) of their preservation request within 5 business days of serving the PPF.

3. <u>Exception for Good-Faith Safety Concerns</u>. A Plaintiff User need not provide notice to a Third-Party Account holder if the Plaintiff User in good faith believes that providing notice would present a safety risk to the Plaintiff or others.

4. <u>Correction of Errors</u>.  To the extent a Plaintiff User discovers any errors in the Third-Party Account Identifying Information provided to a Defendant in a PPF, Plaintiff shall promptly notify the Defendant and provide a corrected PPF with the revised Account Identifying Information.

**IT IS SO ORDERED.**

DATED: May 31, 2023

_____
MAGISTRATE JUDGE THOMAS S. HIXSON