UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-03047-YGR   (TSH)  **DISCOVERY ORDER**  Re: Dkt. Nos. 291, 298 |

Plaintiffs, on the one hand, and Defendants Snap, TikTok and YouTube, on the other, have a dispute about whether a Plaintiff must provide written notice to a Third-Party Account holder *prior* to submitting a Plaintiff User Account Preservation Form or within five business days *after* submitting the form.  ECF Nos. 291, 298.  The Court agrees with Plaintiffs that notice to third parties should not be a prerequisite to submitting the form.  Given the short retention periods that at least some of the Defendants have for some user information, it's important to get these forms submitted as soon as possible, and there shouldn't be unnecessary roadblocks in the way.  Defendants have a legitimate concern about potential errors in the identification of third-party accounts, but both sides propose that "[t]o the extent a Plaintiff User discovers any errors in the Third-Party Account Identifying Information provided to a Defendant in a PPF, Plaintiff shall promptly notify the Defendant and provide a corrected PPF with the revised Account Identifying Information," and that is sufficient under the circumstances to address Defendants' concern.  Accordingly, the Court will enter Plaintiffs' proposed form of order.

**IT IS SO ORDERED.**

Dated: May 31, 2023

THOMAS S. HIXSON
United States Magistrate Judge