IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.:  4:22-md-3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Before the Court is Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. Dkt. 303. The Court agrees with Plaintiffs that it would be unduly restrictive and unnecessary under the circumstances presented by this products liability action to require Plaintiffs to disclose the identity of their experts, including their consulting experts, to Defendants before sharing documents designated highly confidential. *See Corley v. Google, Inc.*, No. 2016 WL 3421402, at *3 (N.D. Cal. June 22, 2016); *Johnson v. City and County of San Francisco*, 2011 WL 13377688, at *1–3 (N.D. Cal. Feb. 9, 2011). The Court further notes that the Parties have agreed to deal with source code, which may require a higher degree of protection, via separate order.

1      Accordingly, the Court **STRIKES** Section 7.6 of the Protective Order (Dkt. 290). The Court **ORDERS** Plaintiffs to refile the Protective Order, replacing the struck language with the following:

> 7.6    Documents designated as "HIGHLY CONFIDENTIAL (COMPETITOR)" will be treated in the same manner as documents designated "CONFIDENTIAL," except that the documents may not be disclosed to the individual Plaintiffs or officers, directors, and employees of the Receiving Party (if an entity), including House Counsel, unless that person otherwise meets the requirements of 7.4(h) or (j).

*Alternative: The Court **ORDERS** Plaintiffs to refile the Protective Order, replacing the struck language with the following:*

> 7.6    <u>*Procedures for Approving or Objecting to Disclosure of "HIGHLY CONFIDENTIAL (COMPETITOR)" Protected Material to Experts.*</u> *"HIGHLY CONFIDENTIAL (COMPETITOR)" information or items may be disclosed to an Expert without disclosure of the identity of the Expert as long as the Expert is not a current officer, director, or employee of a competitor of a Party or anticipated to become one.*

**IT IS SO ORDERED.**

DATED: _____

                                        HON. YVONNE GONZALEZ ROGERS