UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER FOR BRIEFING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed plaintiffs' motion for relief from a discovery order issued by Judge Hixson. (Dkt. No. 303.) Defendants shall file a joint response or no more than ten (10) pages within fourteen (14) days of this order. Plaintiffs shall file a reply of no more than five (5) pages seven (7) days thereafter.

**IT IS SO ORDERED.**

Dated: June 7, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**