LAUREN GALLO WHITE, SBN 309075
SAMANTHA A. MACHOCK, SBN 298852
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

CHRISTOPHER CHIOU, SBN 233587
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street
Los Angeles, CA 90071.2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC, GOOGLE LLC and
ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (ESI PROTOCOL)** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline to file a proposed ESI Protocol or letter briefing on disputes regarding that order to July 13, 2023. The parties declare in support of this request:

1. Pursuant to Case Management Order No. 5 (Dkt. 164), the parties are currently negotiating a proposed ESI Protocol;

2. The parties previously stipulated to extend the deadline to file a joint proposed ESI Protocol or letter briefing on disputes regarding that order on two occasions, with the current deadline being June 9, 2023;

3. The parties have continued to work diligently to eliminate or narrow disputes over a proposed ESI Protocol, including by exchanging drafts and through a series of ongoing meet-and-confers;

4. The parties agree that they would benefit from more time to continue their conferrals and attempt to narrow the disputes regarding the ESI Protocol they ask the Court to resolve, and, particularly in light of various interim deadlines in this case, think that an extension until July 13 will afford adequate time for such negotiations;

5. Extending this deadline will not affect any other deadline affixed by the Court.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order to July 13, 2023.

**IT IS SO STIPULATED AND AGREED.**

Dated:  June 8, 2023                                   Respectfully submitted,

                                                      **WILSON SONSINI GOODRICH & ROSATI**
                                                      **Professional Corporation**

                                                      */s/ Samantha A. Machock*
                                                      Samantha A. Machock
                                                      Wilson Sonsini Goodrich & Rosati

smachock@wsgr.com
Lauren Gallo White
lwhite@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

          */s/ Christopher L. Ayers*
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com
Email: cayers@seegerweiss.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**

| | |
|---|---|
| 1 | 401 9th Street NW Suite 630 |
| 2 | Washington DC 20004 |
| | Telephone: + 1 (202) 386-9610 |
| 3 | Email: pwarren@motleyrice.com |
| 4 | *Co-Lead Counsel* |
| 5 | JENNIE LEE ANDERSON |
| 6 | **ANDRUS ANDERSON, LLP** |
| | 155 MONTGOMERY STREET, SUITE 900 |
| 7 | SAN FRANCISCO, CA 94104 |
| | Telephone: + 1 (415) 986-1400 |
| 8 | Email: jennie@andrusanderson.com |
| 9 | *Liaison Counsel* |
| 10 | JOSEPH G. VANZANDT |
| 11 | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 12 | 234 COMMERCE STREET |
| | MONTGOMERY, AL 36103 |
| 13 | Telephone: + 1 (334) 269-2343 |
| 14 | Email: joseph.vanzandt@beasleyallen.com |
| 15 | EMILY C. JEFFCOTT |
| | **MORGAN & MORGAN** |
| 16 | 220 W. GARDEN STREET, 9TH FLOOR |
| | PENSACOLA, FL 32502 |
| 17 | Telephone: + 1 (850) 316-9100 |
| 18 | Email: ejeffcott@forthepeople.com |
| 19 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 20 | 400 Manhattan Blvd. |
| | Harvey LA, 70058 |
| 21 | Telephone: + 1 (504) 227–8100 |
| 22 | Email: raustin@ronaustinlaw.com |
| 23 | MATTHEW BERGMAN |
| | GLENN DRAPER |
| 24 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| | 821 SECOND AVENUE, SUITE 2100 |
| 25 | SEATTLE, WA 98104 |
| 26 | Telephone: + 1 (206) 741-4862 |
| | Email: matt@socialmediavictims.org |
| 27 | Email: glenn@socialmediavictims.org |
| 28 | JAMES J. BILSBORROW |

| | |
|---|---|
| 1 | **WEITZ & LUXENBERG, PC** |
| 2 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 3 | Telephone: + 1 (212) 558-5500 |
|   | Facsimile: + 1 (212) 344-5461 |
| 4 | Email: jbilsborrow@weitzlux.com |
| 5 | PAIGE BOLDT |
| 6 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 7 | San Antonio, TX 78257 |
|   | Telephone: + 1 (210) 448-0500 |
| 8 | Email: PBoldt@WattsGuerra.com |
| 9 | THOMAS P. CARTMELL |
| 10 | **WAGSTAFF & CARTMELL LLP** |
|    | 4740 Grand Avenue, Suite 300 |
| 11 | Kansas City, MO 64112 |
|    | Telephone: + 1 (816) 701 1100 |
| 12 | Email: tcartmell@wcllp.com |
| 13 | JAYNE CONROY |
| 14 | **SIMMONS HANLY CONROY, LLC** |
|    | 112 MADISON AVE, 7TH FLOOR |
| 15 | NEW YORK, NY 10016 |
|    | Telephone: + 1 (917) 882-5522 |
| 16 | Email: jconroy@simmonsfirm.com |
| 17 | CARRIE GOLDBERG |
| 18 | **C.A. GOLDBERG, PLLC** |
|    | 16 Court St. |
| 19 | Brooklyn, NY 11241 |
|    | Telephone: + 1 (646) 666-8908 |
| 20 | Email: carrie@cagoldberglaw.com |
| 21 | KIRK GOZA |
| 22 | **GOZA & HONNOLD, LLC** |
|    | 9500 Nall Avenue, Suite 400 |
| 23 | Overland Park, KS 66207 |
|    | Telephone: + 1 (913) 451-3433 |
| 24 | Email: kgoza@gohonlaw.com |
| 25 | SIN-TINY MARY LIU |
| 26 | **AYLSTOCK WITKIN KREIS &** |
|    | **OVERHOLTZ, PLLC** |
| 27 | 17 EAST MAIN STREET, SUITE 200 |
|    | PENSACOLA, FL 32502 |
| 28 | Telephone: + 1 (510) 698-9566 |

| | |
|---|---|
| 1 | Email: mliu@awkolaw.com |
| 2 | ANDRE MURA |
| 3 | **GIBBS LAW GROUP, LLP**<br>1111 BROADWAY, SUITE 2100 |
| 4 | OAKLAND, CA 94607<br>Telephone: + 1 (510) 350-9717 |
| 5 | Email: amm@classlawgroup.com |
| 6 | EMMIE PAULOS |
| 7 | **LEVIN PAPANTONIO RAFFERTY**<br>316 SOUTH BAYLEN STREET, SUITE 600 |
| 8 | PENSACOLA, FL 32502<br>Telephone: + 1 (850) 435-7107 |
| 9 | Email: epaulos@levinlaw.com |
| 10 | ROLAND TELLIS |
| 11 | DAVID FERNANDES<br>**BARON & BUDD, P.C.** |
| 12 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| 13 | Telephone: + 1 (818) 839-2333<br>Facsimile: + 1 (818) 986-9698 |
| 14 | Email: rtellis@baronbudd.com<br>Email: dfernandes@baronbudd.com |
| 15 | |
| 16 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 17 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 18 | Telephone: + 1 (202) 780-3014<br>Email: awalsh@alexwalshlaw.com |
| 19 | |
| 20 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 21 | 510 WALNUT STREET<br>SUITE 500 |
| 22 | PHILADELPHIA, PA 19106<br>Telephone: + 1 (215) 592-1500 |
| 23 | Email: mweinkowitz@lfsbalw.com |
| 24 | |
| 25 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT** |
| 26 | 505 20th St North<br>Suite 1500 |
| 27 | Birmingham, Alabama 35203<br>Telephone: + 1 (205) 855-5700 |
| 28 | Email: fu@dicellolevitt.com |

STIPULATED REQUEST FOR ORDER CHANGING TIME     -5-     CASE NO.: 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | ROBERT H. KLONOFF |
| 2 | **ROBERT KLONOFF, LLC** |
| | 2425 SW 76TH AVENUE |
| 3 | PORTLAND, OR 97225 |
| | Telephone: + 1 (503) 702-0218 |
| 4 | Email: klonoff@usa.net |
| 5 | HILLARY NAPPI |
| 6 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 7 | New York, New York 10016 |
| | Telephone: + 1 (212) 213-8311 |
| 8 | Email: hnappi@hrsclaw.com |
| 9 | ANTHONY K. BRUSTER |
| 10 | **BRUSTER PLLC** |
| | 680 N. Carroll Ave., Suite 110 |
| 11 | Southlake, TX 76092 |
| | Telephone: + 1 (817) 601-9564 |
| 12 | Email: akbruster@brusterpllc.com |
| 13 | FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM |
| 14 | **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS** |
| 15 | 2762 B M Montgomery Street, Suite 101 |
| 16 | Homewood, Alabama 35209 |
| | Telephone: + 1 (205) 564-2741 |
| 17 | Email: francois@southernmedlaw.com |
| 18 | JAMES MARSH |
| 19 | **MARSH LAW FIRM PLLC** |
| | 31 HUDSON YARDS, 11TH FLOOR |
| 20 | NEW YORK, NY 10001-2170 |
| | Telephone: + 1 (212) 372-3030 |
| 21 | Email: jamesmarsh@marshlaw.com |
| 22 | *Attorneys for Plaintiffs* |
| 23 | |
| 24 | **COVINGTON & BURLING LLP** |
| | _/s/ Phyllis A. Jones_ |
| 25 | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| 26 | COVINGTON & BURLING LLP |
| 27 | One CityCenter |
| | 850 Tenth Street, NW |
| 28 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |

|  |  |
|---|---|
| 1 | Facsimile: + 1 (202) 662-6291 |
| 2 | Email: pajones@cov.com<br>Email: pschmidt@cov.com |
| 3 | Emily Johnson Henn (State Bar. No. 269482) |
| 4 | COVINGTON & BURLING LLP<br>3000 El Camino Real |
| 5 | 5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306 |
| 6 | Telephone: + 1 (650) 632-4700 |
| 7 | Facsimile: +1 (650) 632-4800<br>Email: ehenn@cov.com |
| 8 | |
| 9 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 10 | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;* |
| 11 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 12 | |
| 13 | **KING & SPALDING LLP** |
| 14 |     */s/ Geoffrey M. Drake*<br>Geoffrey M. Drake |
| 15 | King & Spalding LLP<br>1180 Peachtree Street, NE, Suite 1600 |
| 16 | Atlanta, GA 30309<br>Telephone: + 1 (404) 572-4600 |
| 17 | Facsimile: + 1 (404) 572-5100<br>Email: gdrake@kslaw.com |
| 18 | |
| 19 | **FAEGRE DRINKER LLP** |
| 20 |     */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson |
| 21 | Faegre Drinker LLP<br>300 N. Meridian Street, Suite 2500 |
| 22 | Indianapolis, IN 46204<br>Telephone: + 1 (317) 237-0300 |
| 23 | Facsimile: + 1 (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com |
| 24 | |
| 25 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 26 | |
| 27 | **MUNGER, TOLLES & OLSEN LLP** |
| 28 |     */s/ Jonathan H. Blavin*<br>Jonathan H. Blavin, SBN 230269 |

|    |                                                     |
|----|-----------------------------------------------------|
| 1  | MUNGER, TOLLES & OLSON LLP                          |
| 2  | 560 Mission Street, 27th Floor                      |
|    | San Francisco, CA 94105-3089                        |
| 3  | Telephone: (415) 512-4000                           |
|    | Facsimile: (415) 512-4077                           |
| 4  |                                                     |
|    | Rose L. Ehler (SBN 29652)                           |
| 5  | Victoria A. Degtyareva (SBN 284199)                 |
| 6  | Ariel T. Teshuva (SBN 324238)                       |
|    | MUNGER, TOLLES & OLSON LLP                          |
| 7  | 350 South Grand Avenue, 50th Floor                  |
|    | Los Angeles, CA 90071-3426                          |
| 8  | Telephone: (213) 683-9100                           |
|    | Facsimile: (213) 687-3702                           |

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**ATTESTATION**

I, Samantha A. Machock, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory thereto.

Dated: June 8, 2023

                                               */s/ Samantha A. Machock*
                                               Samantha A. Machock