UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |
|---|---|

Pursuant to the parties' stipulation, the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order is extended to July 13, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Hon. Thomas S. Hixson
United States Magistrate Judge