UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 305 |

You are hereby notified that pursuant to Docket No. 305 Order for Briefing Re: Docket No. 303 Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Expert Disclosure Re: 290 Order on Discovery Letter Brief; Re: 289 Discovery Order. Plaintiff's Reply previously set for June 26, 2023 is reset to June 28, 2023.

Dated: June 9, 2023

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106573540