FILED

Jun 09 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | CASE NO.: 4:22-md-03047-YGR |
| | Honorable Thomas S. Hixson |
| This Filing Relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order is extended to July 13, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 9, 2023

_____
Hon. Thomas S. Hixson
United States Magistrate Judge