[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF FILING PROPOSED ORDER CREATING THE GOVERNMENT ENTITY SUBCOMMITTEE** |

    Co-Lead Counsel respectfully file the attached proposed order creating the Government Entity Subcommittee ("GEC"), which would be responsible to oversee and litigate issues unique to the school district and other governmental cases currently filed, as well as those filed in the future, under the direction of Co-Lead Counsel.  *See* CMO No. 2, at 2, § I(A)(6) (ECF No. 82) (providing Co-Lead Counsel the authority to create additional subcommittees and delegate specific tasks to those subcommittees . . . "); *see also id.* at 4, § I(C) (authorizing Co-Lead Counsel to "designate additional subcommittees").  The GEC consists of six attorneys who represent school districts and/or other government entities, and have filed complaints on their behalf in this litigation.  Co-Lead Counsel, the Plaintiffs' Steering Committee, and the proposed GEC members support the appointment of the GEC as outlined in the attached proposed order.

| | | |
|---|---|---|
| 1 | Dated: June 12, 2023 | Respectfully submitted, |
| 2 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 3 | | */s/ Lexi J. Hazam* |
| | | Lexi J. Hazam (SBN 224457) |
| 4 | | *lhazam@lchb.com* |
| | | 275 Battery Street, 29th Floor |
| 5 | | San Francisco, CA 94111-3339 |
| | | Telephone: (415) 956-1000 |
| 6 | | |
| 7 | | **SEEGER WEISS, LLP** |
| | | */s/ Christopher A. Seeger* |
| 8 | | Christopher A. Seeger (*pro hac vice*) |
| | | *cseeger@seegerweiss.com* |
| 9 | | 55 Challenger Road 6th Floor |
| | | Ridgefield Park, NJ 07660 |
| 10 | | Telephone: (973) 639-9100 |
| 11 | | **MOTLEY RICE, LLC** |
| | | */s/ Previn Warren* |
| 12 | | Previn Warren (*pro hac vice*) |
| | | *pwarren@motleyrice.com* |
| 13 | | 401 9th Street NW, Suite 630 |
| | | Washington, DC 20004 |
| 14 | | Telephone: (202) 386-9610 |
| 15 | | *Plaintiffs' Co-Lead Counsel* |

**ATTESTATION**

I, Lexi Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 12, 2023  By: */s/ Lexi J. Hazam*
Lexi J. Hazam
SBN 224457