IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-3047<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER CREATING THE GOVERNMENT ENTITY SUBCOMMITTEE** |

On January 6, Seattle School District No. 1 filed a complaint against Defendants in the Western District of Washington (No. 2:23-cv-32). Since that time, numerous other school districts and other government entities represented by the same and other counsel have filed similar complaints against Defendants. Currently there are over 100 cases before this Court filed by government entities against Defendants involving common factual questions with this multidistrict litigation, with similar cases filed in other federal judicial districts but not yet transferred to this MDL. Additional similar cases are anticipated to be filed in the near future.

Under CMO No. 2, Co-Lead Counsel have the authority to "create additional subcommittees and delegate specific tasks to those subcommittees, the PSC and/or other counsel in a manner to ensure that pretrial preparation for the Plaintiffs is conducted efficiently,

economically, and effectively." ECF No. 82 at 2, § I(A)(6); *see also id.* at 4, § I(C) (authorizing Co-Lead Counsel to "designate additional subcommittees"). Although Plaintiffs anticipate a significant amount of overlap in discovery, motions practice, trial preparation, and trial, given the number of existing and anticipated school district and other government entity cases, Co-Lead Counsel believe that the creation of a subcommittee with specific responsibility for these cases and the issues that are unique to them would be helpful and appropriate.

Accordingly, the Court authorizes Co-Lead Counsel to establish the Government Entity Subcommittee ("GEC") to work pursuant to and with the approval of Co-Lead Counsel:

The GEC shall be comprised of the following members: Aelish Marie Baig (Robbins Geller Rudman & Dowd, LLP), Thomas P. Cartmell (Wagstaff & Cartmell LLP), James E. Cecchi (Carella Byrne Cecchi Brody Agnello, P.C.), Ronald E. Johnson (Hendy Johnson Vaughn Emery), Derek W. Loeser (Keller Rorhrback, L.L.P.), and Anne Marie Murphy (Cotchett, Pietre & McCarthy, LLP).

Under the overall MDL management and control of existing Co-lead Counsel, this subcommittee will litigate issues unique to the school district and other governmental cases. (including with regards to the claims, damages, fact discovery, expert testimony, depositions, motions practice, document review, pretrial litigation, *in limine* motions, trials, and settlement and allocation and distribution of settlement funds)

**IT IS SO ORDERED.**

DATED: _____

HON. YVONNE GONZALEZ ROGERS