# DILLON MCCANDLESS KING COULTER & GRAHAM L.L.P.
### ATTORNEYS AT LAW

THOMAS W. KING III
JAMES P. COULTER
DONALD P. GRAHAM
MICHAEL D. HNATH
MATTHEW F. MARSHALL
THOMAS E. BRETH
RONALD T. ELLIOTT
PATRICK V. HAMMONDS
RONALD N. REPAK
JORDAN P. SHUBER

ANDREA C. PARENTI
ROBERT W. GALBRAITH
ANTHONY W. COSGROVE
MICHAEL D. SHAKLEY
MEGAN A. MARIANI
BRIAN P. McLAUGHLIN

THOMAS J. MAY, Of Counsel
MARY JO DILLON, Of Counsel
STEPHENIE G.A. SCIALABBA, Of Counsel

128 WEST CUNNINGHAM STREET
BUTLER, PENNSYLVANIA 16001

(724) 283-2200
FACSIMILE (724) 283-2298

CRANBERRY OFFICE:
600 CRANBERRY WOODS DR., STE. 175
CRANBERRY TWP., PA 16066
(724) 776-6644
FACSIMILE (724) 776-6608

June 13, 2023

The Honorable Yvonne Gonzalez Rogers, District Judge
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

**RE:   In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation**
**Case No. 4:22-md-03047-YGR**

Your Honor:

I am writing regarding the Motion filed this date to establish a Subcommittee within the above-referenced MDL. The proposed Motion also identifies six (6) members of the proposed Committee.

Our firm represents thirty-six (36) school districts in Pennsylvania which have filed Complaints in the MDL. We anticipate filing significant additional cases within the next ninety (90) days.

We have associated with the Frantz Law Group in California and the Frantz Group has filed approximately fifty-seven (57) cases to date and has approximately five hundred (500) school districts under retainer throughout the United States.

Neither we nor the Frantz Law Group were consulted, notified, or contacted prior to the filing of this Motion.

## DILLON MCCANDLESS KING COULTER & GRAHAM L.L.P.

      While we do not object to the creation of the Subcommittee, we respectfully request that the composition of the Subcommittee include a representative or representatives from what is potentially the largest group of school districts to participate in the MDL proceedings. We are prepared to submit additional Committee members names should the Court so desire. We are also willing to discuss these matters with Leadership.

      Thank you for your consideration of this request to postpone the appointment of the Committee pending further discussions among Plaintiffs' Counsel.

      Very truly yours,

**DILLON McCANDLESS KING COULTER & GRAHAM, LLP**

*Thomas W. King*

Thomas W. King, III

TWK/clb
cc:    William Shinoff, Esquire
        Michael I. Levin, Esquire
        Plaintiffs' Counsel via e-filing