UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| Date: June 15, 2023 | Time: 12 Minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: IN RE SOCIAL MEDIA MDL | |

**Attorney for Plaintiff:** Jennie Lee Anderson, via Zoom Videoconference
**Attorney for Defendant:** Ashley Simonsen, via Zoom Videoconference

**Deputy Clerk:** Edwin Cuenco           **Court Reporter:** Not Recorded

**PROCEEDINGS:** Videoconference meeting with liaison counsel **- HELD**

The meeting was called to order at 11:20 AM.

The Court will send out instructions to parties on how to link postings on the docket pertaining to the Sealing Order.

Counsel for the Defendant is excused at 11:24 AM.

The Court ordered the Plaintiff to provide notice on the forming of a subcommittee and to update the Court at the next conference.

The meeting adjourned at 11:32 AM.