Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)           Jennie Lee Anderson (SBN 203586)
*pwarren@motleyrice.com*                 *jennie@andrusanderson.com*
MOTLEY RICE LLC                          ANDRUS ANDERSON LLP
401 9th Street NW, Suite 630             155 Montgomery Street, Suite 900
Washington, DC 20004                     San Francisco, CA  94104
Telephone: (202) 386-9610                Telephone:   (415) 986-1400
Facsimile: (202) 232-5513                Facsimile:   (415) 986-1474

*Plaintiffs' Co-Lead Counsel*            *Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846 | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for

administrative relief to file under seal the individual *Ex Parte* Application for Appointment of

Guardian *Ad Litem* ("Application") described in Plaintiffs' *Ex Parte* Application for Appointment

of Guardian *Ad Litem* ("*Ex Parte* Application") and attached as Exhibit 1 to the Declaration of

Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application ("Anderson Declaration").

1      The Application for which sealing is sought is:

2        •   *J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846

3          (Exhibit 1);

4      This motion is accompanied by a proposed order and the Declaration of Jennie Lee

5 Anderson In Support of Plaintiffs' Administrative Motion to File Under Seal Exhibit to the

6 Declaration of Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application for

7 Appointment of Guardian *Ad Litem* ("Anderson Decl. ISO Admin Motion") pursuant to Civil

8 Local Rules 7-11 and 7-12.  *See* Civ. L. R. 79-5(c).

9      This Court previously considered and finding good cause granted Plaintiffs' request to

10 seal applications for guardian *ad litem* in this case.  ECF No. 16.

11      Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants on

12 June 15, 2023, to stipulate that theis Exhibit may be filed under seal.  Liaison Counsel for

13 Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve,

14 their right to seek an order or orders in the future to unseal individual applications and/or require

15 parents who wish to proceed pseudonymously going forward make a showing of good cause.

16 Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

17      For the reasons set forth above, Plaintiffs respectfully request that the Court enter the

18 [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibit In

19 Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardian *Ad Litem*.

20

21 Dated:   June 16, 2023           Respectfully submitted,

22                        **ANDRUS ANDERSON LLP**

23                        */s/Jennie Lee Anderson*

24                        Jennie Lee Anderson

25                        *jennie@andrusanderson.com*

26                        155 Montgomery Street, Suite 900

                       San Francisco, CA  94104

27                        Telephone:   (415) 986-1400

                       Facsimile:   (415) 986-1474

28                        *Plaintiffs' Liaison Counsel*

1

2
Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*

3
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor

4
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

5
Facsimile: (415) 956-100

6
Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*

7
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor

8
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100

9
Facsimile: (973) 679-8656

10
Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*

11
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630

12
Washington, DC 20004
Telephone: (202) 386-9610

13
Facsimile: (202) 232-5513

14
*Plaintiffs' Co-Lead Counsel*

15

16
JOSEPH G. VANZANDT

17
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

18
234 COMMERCE STREET

19
MONTGOMERY, AL 36103
Telephone:  334-269-2343

20
joseph.vanzandt@beasleyallen.com

21
EMILY C. JEFFCOTT

22
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR

23
PENSACOLA, FL 32502
Telephone: 850-316-9100

24
ejeffcott@forthepeople.com

25
RON AUSTIN

26
**RON AUSTIN LAW**
400 Manhattan Blvd.

27
Harvey LA, 70058
Telephone: (504) 227–8100

28
raustin@ronaustinlaw.com

ADMIN MOTION TO FILE UNDER SEAL *EXHIBIT* ISO
APPLICATION FOR GUARDIAN *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

1

2    MATTHEW BERGMAN
    GLENN DRAPER
3    **SOCIAL MEDIA VICTIMS LAW CENTER**
    821 SECOND AVENUE, SUITE 2100
4    SEATTLE, WA 98104
    Telephone:  206-741-4862
5    matt@socialmediavictims.org
    glenn@socialmediavictims.org
6

7    JAMES J. BILSBORROW
    **WEITZ & LUXENBERG, PC**
8    700 BROADWAY
    NEW YORK, NY 10003
9    Telephone:  212-558-5500
    Facsimile: 212-344-5461
10    jbilsborrow@weitzlux.com

11

12    PAIGE BOLDT
    **WATTS GUERRA LLP**
13    4 Dominion Drive, Bldg. 3, Suite 100
    San Antonio, TX 78257
14    T: 210-448-0500
    PBoldt@WattsGuerra.com
15

16    THOMAS P. CARTMELL
    **WAGSTAFF & CARTMELL LLP**
17    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
18    T: 816-701 1100
    tcartmell@wcllp.com
19

20    JAYNE CONROY
    **SIMMONS HANLY CONROY, LLC**
21    112 MADISON AVE, 7TH FLOOR
    NEW YORK, NY 10016
22    Telephone:  917-882-5522
    jconroy@simmonsfirm.com
23

24    CARRIE GOLDBERG
    **C.A. GOLDBERG, PLLC**
25    16 Court St.
    Brooklyn, NY 11241
26    T: (646) 666-8908
    carrie@cagoldberglaw.com
27

28

ADMIN MOTION TO FILE UNDER SEAL EXHIBIT ISO
APPLICATION FOR GUARDIAN *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

1

2      KIRK GOZA
       **GOZA & HONNOLD, LLC**
3      9500 Nall Avenue, Suite 400
       Overland Park, KS 66207
4      T: 913-451-3433
       kgoza@gohonlaw.com
5
       SIN-TINY MARY LIU
6      **AYLSTOCK WITKIN KREIS & OVERHOLTZ,**
       **PLLC**
7      17 EAST MAIN STREET, SUITE 200
8      PENSACOLA, FL 32502
       Telephone:  510-698-9566
9      mliu@awkolaw.com

10     ANDRE MURA
       **GIBBS LAW GROUP, LLP**
11     1111 BROADWAY, SUITE 2100
12     OAKLAND, CA 94607
       Telephone:  510-350-9717
13     amm@classlawgroup.com

14     EMMIE PAULOS
       **LEVIN PAPANTONIO RAFFERTY**
15     316 SOUTH BAYLEN STREET, SUITE 600
16     PENSACOLA, FL 32502
       Telephone:  850-435-7107
17     epaulos@levinlaw.com

18     ROLAND TELLIS
19     DAVID FERNANDES
       **BARON & BUDD, P.C.**
20     15910 Ventura Boulevard, Suite 1600
       Encino, CA 91436
21     Telephone:  (818) 839-2333
       Facsimile:  (818) 986-9698
22     rtellis@baronbudd.com
       dfernandes@baronbudd.com
23

24     ALEXANDRA WALSH
       **WALSH LAW**
25     1050 Connecticut Ave, NW, Suite 500
       Washington D.C. 20036
26     T: 202-780-3014
       awalsh@alexwalshlaw.com
27

28

1

2          MICHAEL M. WEINKOWITZ
           **LEVIN SEDRAN & BERMAN, LLP**
3          510 WALNUT STREET
           SUITE 500
4          PHILADELPHIA, PA 19106
           Telephone:  215-592-1500
5          mweinkowitz@lfsbalw.com

6          DIANDRA "FU" DEBROSSE ZIMMERMANN
7          **DICELLO LEVITT**
           505 20th St North
8          Suite 1500
           Birmingham, Alabama 35203
9          Telephone:  205.855.5700
           fu@dicellolevitt.com
10

11         ROBERT H. KLONOFF
           **ROBERT KLONOFF, LLC**
12         2425 SW 76TH AVENUE
           PORTLAND, OR 97225
13         Telephone:  503-702-0218
           klonoff@usa.net
14

15         HILLARY NAPPI
           **HACH & ROSE LLP**
16         112 Madison Avenue, 10th Floor
           New York, New York 10016
17         Tel: 212.213.8311
           hnappi@hrsclaw.com
18

19         ANTHONY K. BRUSTER
           **BRUSTER PLLC**
20         680 N. Carroll Ave., Suite 110
           Southlake, TX 76092
21         (817) 601-9564
           akbruster@brusterpllc.com
22

23         FRANCOIS M. BLAUDEAU, MD JD FACHE
           FCLM
24         **SOUTHERN INSTITUTE FOR MEDICAL AND**
           **LEGAL AFFAIRS**
25         2762 B M Montgomery Street, Suite 101
           Homewood, Alabama 35209
26         T: 205.564.2741
           francois@southernmedlaw.com
27

28

- 6 -

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

ADMIN MOTION TO FILE UNDER SEAL EXHIBIT ISO
APPLICATION FOR GUARDIAN *AD LITEM*
CASE NO. 4:22-MD-03047-YGR