1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (pro hac vice)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (pro hac vice)
10 pwarren@motleyrice.com
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846. | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibit to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("Administrative Motion to Seal").

3. For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibit attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("Anderson Declaration").

4. True and correct copies of the following Exhibit to the Anderson Declaration are as follows and attached hereto:

- *J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846 (Exhibit 1)

5. Pursuant to Civil Local Rule 7-11, I contacted Liaison Counsel for Defendants on June 15, 2023, to ask Defendants to stipulate that these documents may be filed under seal. Liaison Counsel confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2023                Respectfully submitted,

*/s/Jennie Lee Anderson*
Jennie Lee Anderson
*Plaintiffs' Liaison Counsel*

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474
jennie@andrusanderson.com