Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846. | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR APPOINTMENT OF GUARDIAN** ***AD LITEM*** |

# APPLICATION

Pursuant to this Court's Order Regarding Appointment of Guardian *Ad Litem* ("Guardians *Ad Litem* Order"), Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby submits an *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("*Ex Parte* Application") for this Court's consideration. ECF No. 122 at 3.

"Fit parents are presumed to act in the best interests of their children." *J.B. by & Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021 WL 3115195, at *2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion.") (citation omitted). Absent a conflict of interest, "[a] parent is generally appointed guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL 2002370, at *3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-01165-AWI NEW (TAG), 2007 WL 1390672, at *3 (E.D. Cal. May 9, 2007)); *accord J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *2 (N.D. Cal. Sept.16, 2016). However, "[w]hen there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of the action, a court has the right to select a guardian ad litem who is not a parent if that guardian would best protect the child's interests." *J.M.*, 2016 WL 4942999, at *1 (citations omitted) (internal quotation marks omitted).

Attached as Exhibit 1 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application ("Anderson Decl." or "Anderson Declaration") is the *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("Application") submitted by the parents and/or legal guardians of individual minor Plaintiffs in the following cases:

- *J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846 (Exhibit 1).

1    Exhibit 1 is the only Application submitted to Plaintiffs' Liaison Counsel for filing since
2    the last guardian *ad litem* submission.  The Application attached to the Anderson Declaration as
3    Exhibit 1 is consistent with Attachment A to this Court's Guardian *Ad Litem* Order (ECF
4    No. 122) and includes (1) the applicant's name and contact information (including address, email,
5    and telephone number); (2) the name, case number, state of domicile (and its minimum age of
6    capacity); (3) a sworn statement that the applicant is the parent and/or legal guardian of the minor
7    plaintiff; and (4) a sworn statement affirming that the applicant is fully competent and qualified to
8    understand and protect the rights of the minor plaintiff and has no interests adverse to the interests
9    of that person.  Anderson Decl. ¶ 4.

10    Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or
11    legal guardians in the cases listed above are deemed presumptively approved upon filing, as there
12    is no apparent conflict between the applicants' parental responsibility and their obligation to assist
13    the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4 (citing
14    *J.M.*, 2016 WL 494299, at *1).  This Court also ordered that, absent the filing of an objection, the
15    presumptive approval shall become final fifteen days after the date this *Ex Parte* Application is
16    filed.  ECF No. 122 ¶ 5.  Therefore, the objection period will close on July 3, 2023.

17    Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte*
18    Application and Appointing Guardian *Ad Litem* appointing the parent and/or legal guardian
19    named in the Application submitted in the case listed above.

20    Dated: June 16, 2023                Respectfully submitted,

21                                        /s/ Jennie Lee Anderson
                                          Jennie Lee Anderson (SBN 203586)
22                                        jennie@andrusanderson.com
                                          **ANDRUS ANDERSON LLP**
23                                        155 Montgomery Street, Suite 900
24                                        San Francisco, CA  94104
                                          Telephone: (415) 986-1400
25                                        Fax: (415) 986-1474

26                                        *Plaintiffs' Liaison Counsel*

27                                        Lexi J. Hazam (SBN 224457)
                                          lhazam@lchb.com
28                                        **LIEFF CABRASER HEIMANN**

**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104

- 4 -

PLAINTIFFS' *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIAN *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU

- 5 -

PLAINTIFFS' *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIAN *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 2 | 17 EAST MAIN STREET, SUITE 200 |
| 3 | PENSACOLA, FL 32502 |
| | Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | ANDRE MURA |
| 6 | **GIBBS LAW GROUP, LLP** |
| | 1111 BROADWAY, SUITE 2100 |
| 7 | OAKLAND, CA 94607 |
| | Telephone: 510-350-9717 |
| 8 | amm@classlawgroup.com |
| 9 | EMMIE PAULOS |
| 10 | **LEVIN PAPANTONIO RAFFERTY** |
| | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 11 | PENSACOLA, FL 32502 |
| | Telephone: 850-435-7107 |
| 12 | epaulos@levinlaw.com |
| 13 | ROLAND TELLIS |
| 14 | DAVID FERNANDES |
| | **BARON & BUDD, P.C.** |
| 15 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| 16 | Telephone: (818) 839-2333 |
| | Facsimile: (818) 986-9698 |
| 17 | rtellis@baronbudd.com |
| 18 | dfernandes@baronbudd.com |
| 19 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 20 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 21 | T: 202-780-3014 |
| 22 | awalsh@alexwalshlaw.com |
| 23 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 24 | 510 WALNUT STREET |
| | SUITE 500 |
| 25 | PHILADELPHIA, PA 19106 |
| 26 | Telephone: 215-592-1500 |
| | mweinkowitz@lfsbalw.com |
| 27 | |
| 28 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| | **DICELLO LEVITT** |

505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: 503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*