Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:   (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*J.F filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846. | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR APPOINTMENT OF GUARDIAN** *AD LITEM* |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted

1  to practice before the courts of the State of California and in the Northern District of California.  I
2  am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent*
3  *Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of
4  record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I
5  make this declaration of my own personal knowledge and, if called as a witness, I could and
6  would testify competently to the matters stated below.

7      2.    I make this declaration in support of Plaintiffs' Consolidated *Ex Parte*
8  Application for Appointment of Guardian *Ad Litem*.

9      3.    Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte*
10 Application for Appointment of Guardian *Ad Litem* I received for the case *J.F. v. Meta Platforms,*
11 *Inc., et al*., 4:23-cv-01846.

12     4.    Exhibit 1 is the only Application submitted to Plaintiffs' Liaison Counsel for
13 filing since the last guardian *ad litem* submission.  I have reviewed the *Ex Parte* Application
14 attached as Exhibit 1.  The Application has been made by the minor's parent, and/or legal
15 guardian.  Further, the *Ex Parte* Application is consistent with Attachment A to this Court's Order
16 Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and includes (1) the applicant's
17 name and contact information (including address, email, and telephone number); (2) the name,
18 case number, state of domicile (and its minimum age of capacity); (3) a statement that the
19 applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming
20 that the applicant is fully competent and qualified to understand and protect the rights of the
21 minor plaintiff and has no interests adverse to the interests of that person.

22     I declare under penalty of perjury pursuant to the laws of the United States of America that
23 the foregoing is true and correct.

25 Dated: June 16, 2023        Respectfully submitted,

27         */s/Jennie Lee Anderson*
        Jennie Lee Anderson
28         *Plaintiffs' Liaison Counsel*

- 2 -

DECL. ISO PLAINTIFFS' *EX PARTE* APP. FOR
APPOINTMENT OF GUARDIAN *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | |
| 2 | ANDRUS ANDERSON LLP |
| 3 | 155 Montgomery Street, Suite 900<br>San Francisco, CA  94104<br>Telephone:     (415) 986-1400<br>Facsimile:     (415) 986-1474 |
| 4 | jennie@andrusanderson.com |