1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (pro hac vice)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (pro hac vice)
10 pwarren@motleyrice.com
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*
14
   Jennie Lee Anderson (SBN 203586)
15 *jennie@andrusanderson.com*
   ANDRUS ANDERSON LLP
16 155 Montgomery Street, Suite 900
   San Francisco, CA 94104
17 Telephone:     (415) 986-1400
   Facsimile:      (415) 986-1474
18
   *Plaintiffs' Liaison Counsel*

19

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22

23  IN RE: SOCIAL MEDIA ADOLESCENT         Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
24  PRODUCTS LIABILITY LITIGATION          MDL No. 3047

25                                         **EXHIBIT 1 OF DECLARATION OF**
                                           **JENNIE LEE ANDERSON IN SUPPORT OF**
26  This Document Relates to:              **PLAINTIFFS' EX PARTE APPLICATION**
                                           **FOR APPOINTMENT OF GUARDIAN AD**
27  *J.F. filed on behalf of minor L.F. v. Meta*  **LITEM**

28  *Platforms, Inc., et al.,* 4:23-cv-01846.

# EXHIBIT 1

CONFIDENTIAL - PROVISIONALLY FILED UNDER SEAL