UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846. | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION AND APPOINTING GUARDIAN** ***AD LITEM*** |

The Court is in receipt of Plaintiffs' *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("*Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Application") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

1    On June 16, 2023, an Application was submitted by the parents and/or legal guardians to
2 serve as guardian *ad litem* for the individual minor plaintiff in the following case:
3    • *J.F filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846
4       (Exhibit 1).
5    Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the
6 Court's presumptive approval of this Application will become final if no objections are filed
7 within fifteen days of the filing of Plaintiffs' *Ex Parte* Application. ECF No. 122 ¶ 5.
8    Having received no objections within fifteen days of the filing of Plaintiffs' *Ex Parte*
9 Application, and good cause appearing, it is hereby ordered that that the applicant identified in the
10 Application for the case listed above is appointed as guardian *ad litem* for the minor plaintiff in
11 that action.
12    **IT IS SO ORDERED.**

 Dated: _____
 Hon. Yvonne Gonzalez Rogers
 UNITED STATES DISTRICT JUDGE