

71 Stevenson Bldg. • 71 Stevenson Street, Suite 400 • San Francisco, CA 94105 Ph (415) 282-2928 • Fax (619) 525.7672 • frantzlawgroup.com

June 21, 2023

The Honorable Yvonne Gonzalez Rogers, District Judge
Oakland Courthouse, Courtroom 1-4th Floor
1301 Clay Street
Oakland, CA  94612

RE:   In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation
      Case No. 4:22-md-03047-YGR

Your Honor,

I am writing regarding the Motion filed by Plaintiffs' leadership establishing a proposed six-member Government Entity Subcommittee. Our firm currently represents nearly five hundred (500) school districts, cities and counties in this litigation, ninety-three (93) of whom have filed complaints in this MDL. Neither myself, nor any attorney associated with Frantz Law Group were consulted, notified, or contacted prior to the filing of this motion even though we represent the majority of the currently filed Governmental Entity cases in this MDL.

While we do not object to the creation of the Subcommittee, we respectfully request that the composition of the subcommittee include attorneys from Frantz Law Group, and associated counsel,  as we will likely represent the largest group of school districts in this MDL. We are prepared to discuss this matter with you or leadership at a convenient date for all parties.

As a matter of background, our firm specializes in the prosecution of complex litigation. I have personally been appointed to numerous leadership positions in multiple coordinated proceedings over the last twenty years[1], most of which have been brought to successful resolution.

---

[1] James Frantz is a member of the Plaintiffs' Steering Committee for the Southern California Gas Leak Cases, JCCP 4861, which recently resolved for a global sum of $1,800,000,000 ($1.8 billion).  James Frantz was a member of Consenting Fire Professionals who participated in the resolution of the North Bay and Camp Fire cases through bankruptcy proceedings for a global sum of $13,500,000,000 ($13.5 billion).  James Frantz is

In addition, Frantz Law Group represents nearly 1000 school districts in the recently resolved Juul Labs MDL, by far the largest Governmental Entity Plaintiff Group in that MDL.

Thank you for your consideration of this request to postpone the appointment of the Committee pending further discussions amongst Plaintiffs' Counsel.

Sincerely,

FRANTZ LAW GROUP, APLC

*James Frantz*

James P. Frantz, Esq.

*San Diego | Los Angeles | San Francisco | Sacramento | Ventura | Santa Barbara | Chico*

*Santa Rosa | St. Helena | Fresno | Bakersfield | Riverside | Honolulu*

---

currently on the Plaintiffs' Steering Committee for the Woolsey Fire Litigation, JCCP 5000.