LAUREN GALLO WHITE, SBN 309075
SAMANTHA A. MACHOCK, SBN 298852
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

CHRISTOPHER CHIOU, SBN 233587
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street
Los Angeles, CA 90071.2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC, GOOGLE LLC and
ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (ESI PROTOCOL)** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline to file a proposed ESI Protocol or letter briefing on disputes regarding that order to August 10, 2023. The parties declare in support of this request:

1. Pursuant to Case Management Order No. 5 (Dkt. 164), the parties are currently negotiating a proposed ESI Protocol;

2. The parties previously stipulated to extend the deadline to file a joint proposed ESI Protocol or letter briefing on disputes regarding that order, with the current deadline being July 13, 2023;

3. The parties have continued to work diligently to eliminate or narrow disputes over a proposed ESI Protocol, including by exchanging drafts and letters, and through a series of ongoing meet-and-confers;

4. The parties agree that, given the number of issues they are negotiating with respect to the ESI Protocol, they would benefit from more time to continue their conferrals and attempt to narrow the disputes they ask the Court to resolve, and seek an extension until August 10 to afford time for such negotiations;

5. Extending this deadline will not affect any other deadline affixed by the Court.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order to August 10, 2023.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 12, 2023

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

　　*/s/ Lauren Gallo White*
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock

<–>

smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

    /s/ Christopher L. Ayers
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com
Email: cayers@seegerweiss.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004

Telephone: + 1 (202) 386-9610
Email: pwarren@motleyrice.com

*Co-Lead Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862
Email: matt@socialmediavictims.org
Email: glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY

NEW YORK, NY 10003
Telephone: + 1 (212) 558-5500
Facsimile: + 1 (212) 344-5461
Email: jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: + 1 (917) 882-5522
Email: jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: + 1 (913) 451-3433
Email: kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

|   |   |
|---|---|
| 1 | ANDRE MURA |
| 2 | **GIBBS LAW GROUP, LLP** |
|   | 1111 BROADWAY, SUITE 2100 |
| 3 | OAKLAND, CA 94607 |
|   | Telephone: + 1 (510) 350-9717 |
| 4 | Email: amm@classlawgroup.com |

1  ANDRE MURA
   **GIBBS LAW GROUP, LLP**
2  1111 BROADWAY, SUITE 2100
   OAKLAND, CA 94607
3  Telephone: + 1 (510) 350-9717
4  Email: amm@classlawgroup.com

5  EMMIE PAULOS
   **LEVIN PAPANTONIO RAFFERTY**
6  316 SOUTH BAYLEN STREET, SUITE 600
   PENSACOLA, FL 32502
7  Telephone: + 1 (850) 435-7107
8  Email: epaulos@levinlaw.com

9  ROLAND TELLIS
   DAVID FERNANDES
10 **BARON & BUDD, P.C.**
   15910 Ventura Boulevard, Suite 1600
11 Encino, CA 91436
12 Telephone: + 1 (818) 839-2333
   Facsimile: + 1 (818) 986-9698
13 Email: rtellis@baronbudd.com
   Email: dfernandes@baronbudd.com
14

15 ALEXANDRA WALSH
   **WALSH LAW**
16 1050 Connecticut Ave, NW, Suite 500
   Washington D.C. 20036
17 Telephone: + 1 (202) 780-3014
   Email: awalsh@alexwalshlaw.com
18

19 MICHAEL M. WEINKOWITZ
   **LEVIN SEDRAN & BERMAN, LLP**
20 510 WALNUT STREET
   SUITE 500
21 PHILADELPHIA, PA 19106
   Telephone: + 1 (215) 592-1500
22 Email: mweinkowitz@lfsbalw.com

23
   DIANDRA "FU" DEBROSSE ZIMMERMANN
24 **DICELLO LEVITT**
   505 20th St North
25 Suite 1500
   Birmingham, Alabama 35203
26 Telephone: + 1 (205) 855-5700
27 Email: fu@dicellolevitt.com

28 ROBERT H. KLONOFF

STIPULATED REQUEST FOR ORDER CHANGING TIME     -5-     CASE NO.: 4:22-MD-03047-YGR

**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*


**COVINGTON & BURLING LLP**
     */s/ Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Email: pajones@cov.com
Email: pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**
          */s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**
          */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSON LLP**
          */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP

|   |   |
|---|---|
| 1 | 560 Mission Street, 27th Floor |
| 2 | San Francisco, CA 94105-3089 |
|   | Telephone: (415) 512-4000 |
| 3 | Facsimile: (415) 512-4077 |
| 4 | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
| 5 | Ariel T. Teshuva (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
| 6 | 350 South Grand Avenue, 50th Floor |
| 7 | Los Angeles, CA 90071-3426 |
|   | Telephone: (213) 683-9100 |
| 8 | Facsimile: (213) 687-3702 |

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

# ATTESTATION

I, Lauren Gallo White, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory thereto.

Dated: July 12, 2023

                                                     */s/ Lauren Gallo White*
                                                   Lauren Gallo White