UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson |
| This Filing Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order is extended to August 10, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____

Hon. Thomas S. Hixson
United States Magistrate Judge