**FILED**

Jul 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>[PROPOSED] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Pursuant to the parties' stipulation, the deadline to submit a joint proposed ESI Protocol or letter briefing regarding disputes over that order is extended to August 10, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 12, 2023

_____
Hon. Thomas S. Hixson
United States Magistrate Judge