UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846. | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR APPOINTMENT OF GUARDIAN** ***AD LITEM*** |

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibit to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardian *Ad Litem*. (Dkt. No. 314.)

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Application for Appointment of Guardian *Ad Litem* ("Application") attached as Exhibit 1 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' *Ex Parte* Application for Appointment of Guardian *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *J.F. filed on behalf of minor L.F. v. Meta Platforms, Inc., et al.,* 4:23-cv-01846 | Entire Application/ Exhibit | X Granted <br> ___ Denied |

This order terminates docket number 314.

    IT IS SO ORDERED.

DATED: July 28, 2023

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE