# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: July 28, 2023 | Time: 10:30 – 10:42 AM (12 Minutes) | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |

**Attorney for Plaintiffs:** Jennie Lee Anderson, via Zoom Videoconference
**Attorney for Defendants:** Ashley Simonsen, via Zoom Videoconference

**Deputy Clerk:** Edwin Cuenco            **Court Reporter:** Not Recorded

**PROCEEDINGS:** Videoconference meeting with liaison counsel **- HELD**

Parties are ordered to meet and confer regarding scheduling a hearing on defendants' pending Motion to Dismiss. The Court indicated that October 11, 2023 and October 13, 2023 are available and ordered parties to inform the Court of the date they select.