Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*

*Additional parties and counsel listed on
signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS FILING RELATES TO: | Honorable Thomas S. Hixson |
| ALL ACTIONS | **STIPULATED REQUEST TO CONTINUE FURTHER HEARING ON PRESERVATION ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the upcoming August 7, 2023 hearing on the Parties' disputes over a preservation order to August 29, 2023. The Parties declare in support of this request:

1. At the prior hearing on the Parties' disputes regarding a preservation order held on July 6, 2023, the Court directed each Defendant to share with Plaintiffs a list of relevant data sources that each Defendant was and was not preserving, and ordered the Parties to continue meeting and conferring on their disputes and set a further hearing for August 7, 2023 for the Court to discuss with the Parties the form in which any disputes would be raised and the timing for raising their disputes

(Dkt. 326);

2. On July 26, 2023, Defendants shared with Plaintiffs a proposed revised draft preservation order that includes, for the Meta Defendants, information about relevant data sources Meta is and is not preserving. The remaining Defendants have not yet shared such information, but have been working to evaluate and gather it, and expect to share such information with Plaintiffs by no later than August 9, 2023;

3. As such, the Parties believe they would benefit from more time to continue their conferrals and attempt to narrow the disputes they will ask the Court to resolve in future briefing;

4. Continuing this hearing will not affect any other deadline fixed by the Court; and

5. The Parties have not previously sought a continuance of this hearing. The Parties previously sought and were granted three extensions of the deadline to submit letter-briefing regarding their disputes.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the Parties stipulate and respectfully request that the Court continue the August 7, 2023 hearing on the Parties' disputes over a preservation order to August 29, 2023.

**IT IS SO STIPULATED AND AGREED.**

DATED: August 4, 2023                                        Respectfully submitted,

                                       **COVINGTON & BURLING LLP**

                                       */s/ Isaac D. Chaput*
                                       Isaac D. Chaput (Bar No. 326923)
                                       COVINGTON & BURLING LLP
                                       Salesforce Tower
                                       415 Mission Street, Suite 5400
                                       San Francisco, California 94105
                                       Telephone: + 1 (415) 591-6000
                                       Facsimile: + 1 (415) 591-6091
                                       Email:  ichaput@cov.com

                                       Ashley M. Simonsen, SBN 275203
                                       COVINGTON & BURLING LLP

| | |
|---|---|
| 1 | 1999 Avenue of the Stars |
| 2 | Los Angeles, CA 90067 |
|   | Telephone: (424) 332-4800 |
| 3 | Facsimile: + 1 (424) 332-4749 |
|   | Email: asimonsen@cov.com |
| 4 | |
|   | Phyllis A. Jones, *pro hac vice* |
| 5 | Paul W. Schmidt, *pro hac vice* |
|   | COVINGTON & BURLING LLP |
| 6 | One CityCenter |
| 7 | 850 Tenth Street, NW |
|   | Washington, DC 20001-4956 |
| 8 | Telephone: + 1 (202) 662-6000 |
|   | Facsimile: + 1 (202) 662-6291 |
| 9 | Email: pajones@cov.com |
| 10 | Email: pschmidt@cov.com |
| 11 | Emily Johnson Henn (State Bar. No. 269482) |
|   | COVINGTON & BURLING LLP |
| 12 | 3000 El Camino Real |
| 13 | 5 Palo Alto Square, 10th Floor |
|   | Palo Alto, CA 94306 |
| 14 | Telephone: + 1 (650) 632-4700 |
|   | Facsimile: +1 (650) 632-4800 |
| 15 | Email: ehenn@cov.com |
| 16 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 17 | *Facebook Operations, LLC; Facebook Payments,* |
| 18 | *Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 19 | |
| 20 | /s/ Previn Warren |
| 21 | PREVIN WARREN |
| 22 | **MOTLEY RICE LLC** |
|   | 401 9th Street NW Suite 630 |
| 23 | Washington DC 20004 |
|   | Telephone: + 1 (202) 386-9610 |
| 24 | Email: pwarren@motleyrice.com |
| 25 | CHRISTOPHER A. SEEGER |
| 26 | CHRISTOPHER L. AYERS |
|   | **SEEGER WEISS, LLP** |
| 27 | 55 CHALLENGER ROAD, 6TH FLOOR |
|   | RIDGEFIELD PARK, NJ 07660 |
| 28 | Telephone: + 1 (973) 639-9100 |

Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com
Email: cayers@seegerweiss.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**

|    |                                              |
|----|----------------------------------------------|
| 1  | 821 SECOND AVENUE, SUITE 2100                |
| 2  | SEATTLE, WA 98104                            |
|    | Telephone: + 1 (206) 741-4862                |
| 3  | Email: matt@socialmediavictims.org           |
|    | Email: glenn@socialmediavictims.org          |
| 4  |                                              |
|    | JAMES J. BILSBORROW                          |
| 5  | **WEITZ & LUXENBERG, PC**                    |
|    | 700 BROADWAY                                 |
| 6  | NEW YORK, NY 10003                           |
| 7  | Telephone: + 1 (212) 558-5500                |
|    | Facsimile: + 1 (212) 344-5461                |
| 8  | Email: jbilsborrow@weitzlux.com              |
| 9  | PAIGE BOLDT                                  |
|    | **WATTS GUERRA LLP**                         |
| 10 | 4 Dominion Drive, Bldg. 3, Suite 100         |
|    | San Antonio, TX 78257                        |
| 11 | Telephone: + 1 (210) 448-0500                |
| 12 | Email: PBoldt@WattsGuerra.com                |
| 13 | THOMAS P. CARTMELL                           |
|    | **WAGSTAFF & CARTMELL LLP**                  |
| 14 | 4740 Grand Avenue, Suite 300                 |
|    | Kansas City, MO 64112                        |
| 15 | Telephone: + 1 (816) 701 1100                |
| 16 | Email: tcartmell@wcllp.com                   |
| 17 | JAYNE CONROY                                 |
|    | **SIMMONS HANLY CONROY, LLC**                |
| 18 | 112 MADISON AVE, 7TH FLOOR              |
|    | NEW YORK, NY 10016                           |
| 19 | Telephone: + 1 (917) 882-5522                |
| 20 | Email: jconroy@simmonsfirm.com               |
| 21 | CARRIE GOLDBERG                              |
|    | **C.A. GOLDBERG, PLLC**                      |
| 22 | 16 Court St.                                 |
|    | Brooklyn, NY 11241                           |
| 23 | Telephone: + 1 (646) 666-8908                |
| 24 | Email: carrie@cagoldberglaw.com              |
| 25 | KIRK GOZA                                    |
|    | **GOZA & HONNOLD, LLC**                      |
| 26 | 9500 Nall Avenue, Suite 400                  |
|    | Overland Park, KS 66207                      |
| 27 | Telephone: + 1 (913) 451-3433                |
| 28 | Email: kgoza@gohonlaw.com                    |

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com
*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com


**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*


**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP

601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI
Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

**ATTESTATION**

I, Isaac D. Chaput, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 4, 2023  By: */s/ Isaac D. Chaput*
　　　　　　　　　　　　　　　　Isaac D. Chaput