1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS FILING RELATES TO: | Honorable Thomas S. Hixson |
| ALL ACTIONS | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE FURTHER HEARING ON PRESERVATION ORDER** |

Pursuant to the parties' stipulation, the August 7, 2023 hearing on the Parties' disputes over a preservation order is continued to August 29, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____     _____
                                Hon. Thomas S. Hixson
                                United States Magistrate Judge