[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' STATEMENT OF RECENT DECISION (OPPOSITION TO DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) PLAINTIFFS' PRIORITY CLAIMS UNDER SECTION 230 AND THE FIRST AMENDMENT)**<br><br>Judge Yvonne Gonzalez Rogers |

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in support of Plaintiffs' Opposition to Defendants' Supplemental Motion to Dismiss (Dkt. 337):

1) *G.G. v. Salesforce.com, Inc.*, No. 22-2621 (7th Cir. Aug. 3, 2023), a true and correct copy of the Order is attached as Exhibit A.

Dated: August 4, 2023					Respectfully submitted,

/s/ Lexi J. Hazam
Lexi J. Hazam
Elizabeth J. Cabraser
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956s-1000
lhazam@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

/s/ Previn Warren
Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

***Plaintiffs' Co-Lead Counsel***

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: August 4, 2023     By: /s/ *Lexi J. Hazam*
       Lexi J. Hazam