Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513
*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:   (415) 986-1400
Facsimile:    (415) 986-1474
*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*M.C., on behalf of minor E.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03398<br><br>*D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03402<br><br>*B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-03032<br><br>*M.W., filed on behalf of Minor G.W. v. Meta Platforms, Inc., et l.* 4:23-cv-03824<br><br>*Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta* | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF PLAINTIFFS' THIRD CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1 | *Platforms. Inc., et al. 4:23-cv-03774*
2
3 | *E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al. 4:23-cv-03682*
4
5 | *N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al. 4:23-cv-03635*
6
7 | *M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms Inc., et al. 4:23-cv-03639*
8
9 | *L.T. on behalf of C.A. v. Meta Platforms Inc., et al. 4:23-cv-03637*
10

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-9 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *M.C., on behalf of minor E.C. v. Meta Platforms, Inc., et al., 4:23-cv-03398* (Exhibit 1);

- *D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al., 4:23-cv-03402* (Exhibit 2);

- *B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al., 4:23-cv-03032* (Exhibit 3);

- *M.W., filed on behalf of minor G.W. v. Meta Platforms, Inc., et al., 4:23-cv-03824* (Exhibit 4);

- *Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms, Inc., et al., 4:23-cv-03774* (Exhibit 5);

- *E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al.,* 4:23-cv-03682 (Exhibit 6);
- *N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-03635 (Exhibit 7);
- *M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms, Inc., et al.,* 4:23-cv-03639 (Exhibit 8);
- *L.T. on behalf of C.A. v. Meta Platforms, Inc., et al.,* 4:23-cv-03637 (Exhibit 9);

This motion is accompanied by a proposed order and the Declaration of Jennie Lee Anderson In Support of Plaintiffs' Administrative Motion to File Under Seal Exhibit to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion") pursuant to Civil Local Rules 7-11 and 7-12. *See* Civ. L. R. 79-5(c).

This Court previously considered and finding good cause granted Plaintiffs' request to seal applications for guardian *ad litem* in this case. ECF No. 16.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants for, and Defendants agreed to, a standing stipulation that Applications may be filed under seal. Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause. Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibit In Support of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

Dated: August 7, 2023                                              Respectfully submitted,

ANDRUS ANDERSON LLP

*/s/ Jennie Lee Anderson*

Jennie Lee Anderson

*jennie@andrusanderson.com*
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474

*Plaintiffs' Liaison Counsel*


Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*


JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100

ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com


MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

- 5 -

ADMIN MOTION TO FILE UNDER SEAL EXHIBIT ISO
APPLICATION FOR GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

```
 1                              CARRIE GOLDBERG
                                C.A. GOLDBERG, PLLC
 2                              16 Court St.
                                Brooklyn, NY 11241
 3                              T: (646) 666-8908
                                carrie@cagoldberglaw.com
 4
 5
 6
                                KIRK GOZA
 7                              GOZA & HONNOLD, LLC
                                9500 Nall Avenue, Suite 400
 8                              Overland Park, KS 66207
                                T: 913-451-3433
 9                              kgoza@gohonlaw.com
10
                                SIN-TINY MARY LIU
11                              AYLSTOCK WITKIN KREIS & OVERHOLTZ,
                                PLLC
12                              17 EAST MAIN STREET, SUITE 200
                                PENSACOLA, FL 32502
13                              Telephone:  510-698-9566
                                mliu@awkolaw.com
14
15                              ANDRE MURA
                                GIBBS LAW GROUP, LLP
16                              1111 BROADWAY, SUITE 2100
                                OAKLAND, CA 94607
17                              Telephone:  510-350-9717
                                amm@classlawgroup.com
18
19                              EMMIE PAULOS
                                LEVIN PAPANTONIO RAFFERTY
20                              316 SOUTH BAYLEN STREET, SUITE 600
                                PENSACOLA, FL 32502
21                              Telephone:  850-435-7107
                                epaulos@levinlaw.com
22
23                              ROLAND TELLIS
                                DAVID FERNANDES
24                              BARON & BUDD, P.C.
                                15910 Ventura Boulevard, Suite 1600
25                              Encino, CA 91436
                                Telephone:  (818) 839-2333
26                              Facsimile:  (818) 986-9698
                                rtellis@baronbudd.com
27                              dfernandes@baronbudd.com
28
```

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com


MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com


DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com


ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone:  503-702-0218
klonoff@usa.net


HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com


ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com


FRANCOIS M. BLAUDEAU, MD JD FACHE


```
 1
 2                                          FCLM
                                            **SOUTHERN INSTITUTE FOR MEDICAL AND
 3                                          LEGAL AFFAIRS**
                                            2762 B M Montgomery Street, Suite 101
 4                                          Homewood, Alabama 35209
                                            T: 205.564.2741
 5                                          francois@southernmedlaw.com
 6
 7                                          JAMES MARSH
                                            **MARSH LAW FIRM PLLC**
 8                                          31 HUDSON YARDS, 11TH FLOOR
                                            NEW YORK, NY 10001-2170
 9                                          Telephone:  212-372-3030
                                            jamesmarsh@marshlaw.com
10
11                                          *Attorneys for Plaintiffs*
```


1

2  FCLM
   **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
3  2762 B M Montgomery Street, Suite 101
   Homewood, Alabama 35209
4  T: 205.564.2741
   francois@southernmedlaw.com
5

6

7  JAMES MARSH
   **MARSH LAW FIRM PLLC**
8  31 HUDSON YARDS, 11TH FLOOR
   NEW YORK, NY 10001-2170
9  Telephone:  212-372-3030
   jamesmarsh@marshlaw.com
10

11  *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOTION TO FILE UNDER SEAL EXHIBIT ISO
APPLICATION FOR GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR