1   Lexi J. Hazam (SBN 224457)
    lhazam@lchb.com
2   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000
    Facsimile: (415) 956-100
5
    Christopher A. Seeger (pro hac vice)
6   cseeger@seegerweiss.com
    SEEGER WEISS, LLP
7   55 Challenger Road, 6th Floor
    Ridgefield Park, NJ 07660
8   Telephone: (973) 639-9100
    Facsimile: (973) 679-8656
9
                                                    Jennie Lee Anderson (SBN 203586)
    Previn Warren (pro hac vice)                    *jennie@andrusanderson.com*
10  pwarren@motleyrice.com                          ANDRUS ANDERSON LLP
    MOTLEY RICE LLC                                 155 Montgomery Street, Suite 900
11  401 9th Street NW, Suite 630                    San Francisco, CA  94104
    Washington, DC 20004                            Telephone:    (415) 986-1400
12  Telephone: (202) 386-9610                       Facsimile:    (415) 986-1474
    Facsimile: (202) 232-5513
13                                                  *Plaintiffs' Liaison Counsel*
    *Plaintiffs' Co-Lead Counsel*
14

15

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18

19  IN RE: SOCIAL MEDIA ADOLESCENT            Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
20  PRODUCTS LIABILITY LITIGATION             MDL No. 3047

21                                            **DECLARATION OF JENNIE LEE
                                              ANDERSON IN SUPPORT OF**
22  This Document Relates to:                 **PLAINTIFFS' ADMINISTRATIVE
                                              MOTION TO FILE UNDER SEAL**
23  *M.C., on behalf of minor E.C. v. Meta*   **EXHIBIT TO THE DECLARATION OF
    *Platforms, Inc., et al., 4:23-cv-03398*  JENNIE LEE ANDERSON IN SUPPORT
24                                            OF PLAINTIFFS' THIRD
                                              CONSOLIDATED *EX PARTE***
25  *D.S. filed on behalf of S.C. v. Meta*    **APPLICATION FOR APPOINTMENT
    *Platforms, Inc., et al.,* 4:23-cv-03402  OF GUARDIANS *AD LITEM***
26
    *B.B filed on behalf of minor R.B. v. Meta*
27  *Platforms, Inc., et al.,* 4:23-cv-03032

28  *M.W., filed on behalf of Minor G.W. v. Meta*

1    *Platforms, Inc., et l. 4:23-cv-03824*

2
     *Monica Jackson, an individually and on*
3    *behalf of her minor child M.J. v. Meta*
     *Platforms. Inc., et al. 4:23-cv-03774*
4

5    *E.S. individually and on behalf of E.S. and*
     *J.S. individually v. Meta Platforms, Inc., et*
6    *al. 4:23-cv-03682*

7    *N.B., individually and on behalf of H.B. v.*
     *Meta Platforms, Inc., et al. 4:23-cv-03635*
8

9    *M.H. individually and on behalf of B.H. and*
     *E.H., individually v. Meta Platforms Inc., et*
10   *al. 4:23-cv-03639*

11   *L.T. on behalf of C.A. v. Meta Platforms Inc.,*
     *et al. 4:23-cv-03637*
12

13

14

15          I, Jennie Lee Anderson, do hereby declare and state as follows:

16          1.      I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted

     to practice before the courts of the State of California and in the Northern District of California.  I
17
     am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent*
18
     *Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of
19
     record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I
20
     make this declaration of my own personal knowledge and, if called as a witness, I could and
21
     would testify competently to the matters stated below.
22
            2.      I make this declaration in support of Plaintiffs' Administrative Motion to File
23
     Under Seal Exhibit to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Third
24
     Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative
25
     Motion to Seal").
26
            3.      For the reasons set forth in Plaintiffs' administrative motion to seal filed on
27
     February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs
28

DECL. ISO PLAINTIFFS' MOTION TO
SEAL EXHIBIT TO ANDERSON DECL.
CASE NO. 4:22-MD-03047-YGR

1  seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of

2  Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*

3  ("Anderson Declaration")*.*

4         4.       True and correct copies of the following Exhibits to the Anderson Declaration

5  are as follows and attached hereto:

6       • *M.C., on behalf of minor E.C. v. Meta Platforms, Inc., et al., 4:23-cv-03398*

7         (Exhibit 1)

8       • *D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al., 4:23-cv-03402*

9         (Exhibit 2)

10      • *B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al., 4:23-cv-03032*

11        (Exhibit 3)

12      • *M.W., filed on behalf of minor G.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03824

13        (Exhibit 4)

14      • *Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta*

15        *Platforms, Inc., et al.,* 4:23-cv-03774 (Exhibit 5)

16      • *E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms,*

17        *Inc., et al.,* 4:23-cv-03682 (Exhibit 6)

18      • *N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-

19        03635 (Exhibit 7)

20      • *M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms,*

21        *Inc., et al.,* 4:23-cv-03639 (Exhibit 8)

22      • *L.T. on behalf of C.A. v. Meta Platforms, Inc., et al.,* 4:23-cv-03637 (Exhibit 9)

23  5.      Pursuant to Civil Local Rule 7-11, on June 15, 2023, I asked for, and Defendants agreed to,

24  a standing stipulation that the individual applications seeking appointment of guardians ad litem

25  in this case may be filed under seal.  Liaison Counsel for Defendants also confirmed that, in so

26  stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders

27  in the future to unseal individual applications and/or require parents who wish to proceed

28  pseudonymously going forward make a showing of good cause.

1    I declare under penalty of perjury pursuant to the laws of the United States of America that

2    the foregoing is true and correct.

3

4    Dated:  August 7, 2023                    Respectfully submitted,

5    *[signature]*
     Jennie Lee Anderson
6    *Plaintiffs' Liaison Counsel*

7    ANDRUS ANDERSON LLP
8    155 Montgomery Street, Suite 900
     San Francisco, CA  94104
9    Telephone:     (415) 986-1400
     Facsimile:     (415) 986-1474
10   jennie@andrusanderson.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. ISO PLAINTIFFS' MOTION TO
SEAL EXHIBIT TO ANDERSON DECL.
CASE NO. 4:22-MD-03047-YGR