1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: SOCIAL MEDIA ADOLESCENT         Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
12  PRODUCTS LIABILITY LITIGATION          MDL No. 3047

13  _____

14  This Document Relates to:              **[PROPOSED] ORDER RE PLAINTIFFS'
                                           ADMINISTRATIVE MOTION TO FILE
15  *M.C., on behalf of minor E.C. v. Meta*   **UNDER SEAL EXHIBIT TO THE
    *Platforms, Inc., et al.,* 4:23-cv-03398  **DECLARATION OF JENNIE LEE
16                                           **ANDERSON IN SUPPORT OF
17  *D.S. filed on behalf of S.C. v. Meta*    **PLAINTIFFS' THIRD CONSOLIDATED
    *Platforms, Inc., et al.,* 4:23-cv-03402  ***EX PARTE* APPLICATION FOR
18                                           **APPOINTMENT OF GUARDIANS *AD*
    *B.B filed on behalf of minor R.B. v. Meta*  ***LITEM***
19  *Platforms, Inc., et al.,* 4:23-cv-03032

20  *M.W., filed on behalf of Minor G.W. v.*
21  *Meta Platforms, Inc., et l.* 4:23-cv-03824

22  *Monica Jackson, an individually and on*
    *behalf of her minor child M.J. v. Meta*
23  *Platforms. Inc., et al.* 4:23-cv-03774

24  *E.S. individually and on behalf of E.S. and*
25  *J.S. individually v. Meta Platforms, Inc., et*
    *al.* 4:23-cv-03682
26
    *N.B., individually and on behalf of H.B. v.*
27  *Meta Platforms, Inc., et al.* 4:23-cv-03635

28  *M.H. individually and on behalf of B.H.*

*and E.H., individually v. Meta Platforms Inc., et al. 4:23-cv-03639*

*L.T. on behalf of C.A. v. Meta Platforms Inc., et al. 4:23-cv-03637*

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibit to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-9 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardian *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *M.C., on behalf of minor E.C. v. Meta Platforms, Inc., et al., 4:23-cv-03398* | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03402 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-03032 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 – Application for *M.W., filed on behalf of minor G.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03824 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms, Inc., et al.,* 4:23-cv-03774 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| Exhibit 6 – Application for *E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al. 4:23-cv-03682* | Entire Application/ Exhibit | ___ Granted ___ Denied |
|---|---|---|
| Exhibit 7 – Application for *N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al. 4:23-cv-03635* | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 8 – Application for *M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms Inc., et al. 4:23-cv-03639* | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 9 – Application for *L.T. on behalf of C.A. v. Meta Platforms Inc., et al. 4:23-cv-03637* | Entire Application/ Exhibit | ___ Granted ___ Denied |

**IT IS SO ORDERED.**

DATED: _____          _____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE