Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:  (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

This Document Relates to:
*M.C., on behalf of minor E.C. v. Meta
Platforms, Inc., et al.,* 4:23-cv-03398

*D.S. filed on behalf of S.C. v. Meta
Platforms, Inc., et al.,* 4:23-cv-03402

*B.B filed on behalf of minor R.B. v. Meta
Platforms, Inc., et al.,* 4:23-cv-03032

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**DECLARATION OF JENNIE LEE
ANDERSON IN SUPPORT OF
PLAINTIFFS' THIRD CONSOLIDATED
*EX PARTE* APPLICATION FOR
APPOINTMENT OF GUARDIANS *AD
LITEM***

*M.W., filed on behalf of Minor G.W. v. Meta Platforms, Inc., et l. 4:23-cv-03824*

*Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms. Inc., et al. 4:23-cv-03774*

*E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al. 4:23-cv-03682*

*N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al. 4:23-cv-03635*

*M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms Inc., et al. 4:23-cv-03639*

*L.T. on behalf of C.A. v. Meta Platforms Inc., et al. 4:23-cv-03637*

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.     I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California and in the Northern District of California.  I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.     I make this declaration in support of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.C. on behalf of minor E.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03398.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte*

Application for Appointment of Guardian *Ad Litem* I received for the case *D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03402.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al.*, 4:23-cv-03032.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.W., filed on behalf of Minor G.W. v. Meta Platforms, Inc., et al.*, 4:23-cv-03824.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms, Inc., et al.*, 4:23-cv-03774.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al.*, 4:23-cv-03682.

9.       Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al.*, 4:23-cv-03635.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.H. individually and on behalf of B.H and E.H., individually v. Meta Platforms, Inc., et al.*, 4:23-cv-03639.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *L.T. on behalf of C.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-03637.

12.      Exhibits 1-9 are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission.  I have reviewed the *Ex Parte* Application attached as Exhibits 1-9.  The Application has been made by the minor's parent, and/or legal guardian. Further, the *Ex Parte* Application is consistent with Attachment A to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and includes (1) the applicant's

1    name and contact information (including address, email, and telephone number); (2) the name,

2    case number, state of domicile (and its minimum age of capacity); (3) a statement that the

3    applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming

4    that the applicant is fully competent and qualified to understand and protect the rights of the

5    minor plaintiff and has no interests adverse to the interests of that person.

6        I declare under penalty of perjury pursuant to the laws of the United States of America that

7    the foregoing is true and correct.

8

9    Dated: August 7, 2023                          Respectfully submitted,

10

11                                              Jennie Lee Anderson

12                                              *Plaintiffs' Liaison Counsel*

13                                              ANDRUS ANDERSON LLP
                                                155 Montgomery Street, Suite 900
14                                              San Francisco, CA  94104
                                                Telephone: (415) 986-1400
15                                              Facsimile: (415) 986-1474
                                                jennie@andrusanderson.com
16

17

18

19

20

21

22

23

24

25

26

27

28

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400
Facsimile:    (415) 986-1474
*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

This Document Relates to:
*M.C., on behalf of minor E.C. v. Meta
Platforms, Inc., et al.,* 4:23-cv-03398

*D.S. filed on behalf of S.C. v. Meta
Platforms, Inc., et al.,* 4:23-cv-03402

*B.B filed on behalf of minor R.B. v. Meta
Platforms, Inc., et al.,* 4:23-cv-03032

Confidential – Provisionally Filed
Under Seal

**EXHIBITS 1-9 DECLARATION OF
JENNIE LEE ANDERSON IN SUPPORT
OF PLAINTIFFS' THIRD
CONSOLIDATED *EX PARTE*
APPLICATION FOR APPOINTMENT
OF GUARDIANS AD LITEM**

1

2

*M.W., filed on behalf of Minor G.W. v. Meta Platforms, Inc., et l. 4:23-cv-03824*

3

4

*Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms. Inc., et al. 4:23-cv-03774*

5

6

*E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al. 4:23-cv-03682*

7

8

*N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al. 4:23-cv-03635*

9

10

*M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms Inc., et al. 4:23-cv-03639*

11

12

*L.T. on behalf of C.A. v. Meta Platforms Inc., et al. 4:23-cv-03637*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Confidential – Provisionally Filed
Under Seal

- 2 -

# EXHIBIT 1

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 2

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 3

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 4

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISIONALLY FILED UNDER SEAL

# EXHIBIT 5

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 6

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 7

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 9

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL