UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |
| This Document Relates to:<br><br>*M.C., on behalf of minor E.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03398<br><br>*D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03402<br><br>*B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-03032<br><br>*M.W., filed on behalf of Minor G.W. v. Meta Platforms, Inc., et l.* 4:23-cv-03824<br><br>*Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms. Inc., et al.* 4:23-cv-03774<br><br>*E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al.* 4:23-cv-03682 | |

*N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al.* 4:23-cv-03635

*M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms Inc., et al.* 4:23-cv-03639

*L.T. on behalf of C.A. v. Meta Platforms Inc., et al.* 4:23-cv-03637

The Court is in receipt of Plaintiffs' Third Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Third *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

On August 7, 2023, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *M.C., on behalf of minor E.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03398 (Exhibit 1).
- *D.S. filed on behalf of S.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03402 (Exhibit 2).
- *B.B filed on behalf of minor R.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-03032 (Exhibit 3).
- *M.W., filed on behalf of minor G.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03824 (Exhibit 4).
- *Monica Jackson, an individually and on behalf of her minor child M.J. v. Meta Platforms, Inc., et al.,* 4:23-cv-03774 (Exhibit 5).

- *E.S. individually and on behalf of E.S. and J.S. individually v. Meta Platforms, Inc., et al.,* 4:23-cv-03682 (Exhibit 6).
- *N.B., individually and on behalf of H.B. v. Meta Platforms, Inc., et al.,* 4:23-cv-03635 (Exhibit 7).
- *M.H. individually and on behalf of B.H. and E.H., individually v. Meta Platforms, Inc., et al.,* 4:23-cv-03639 (Exhibit 8).
- *L.T. on behalf of C.A. v. Meta Platforms, Inc., et al.,* 4:23-cv-03637 (Exhibit 9).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen days of the filing of Plaintiffs' Third *Ex Parte* Application. ECF No. 122 ¶ 5.

Having received no objections within fifteen days of the filing of Plaintiffs' Third *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in that action.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE