| | |
|---|---|
| 1 | Laura Marquez-Garrett, SBN 221542 |
| 2 | laura@socialmediavictims.org<br>SOCIAL MEDIA VICTIMS LAW CENTER |
| 3 | 520 Pike Street, Suite 1125<br>Seattle, WA 98101 |
| 4 | Ph: 206-741-4862 |
| 5 | Attorneys for Plaintiffs |
| 6 | [Additional counsel appear on signature page.] |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to: | Hon. Yvonne Gonzalez Rogers |
| S.M., individually and on behalf of N.M. | NOTICE OF WITHDRAWAL OF PLEADING |

    Plaintiff S.M. respectfully gives notice of withdrawal of Document No. 347 filed on August 7, 2023. This document was erroneously filed on the MDL docket before being properly filed in S.M., individually and on behalf of N.M. v. Meta Platforms, Inc., et al., Civil Action No. 4:23-cv-03978-YGR as Document No. 1. Plaintiff will pursue claims in the case docketed at in S.M., individually and on behalf of N.M. v. Meta Platforms, Inc., et al., Civil Action No. 4:23-cv-03978-YGR.

    DATED: August 10, 2023.

                                      */s/ Laura Marquez-Garrett*
                                      SOCIAL MEDIA VICTIMS LAW CENTER
                                      Laura Marquez-Garrett (SBN 221542)
                                      laura@socialmediavictims.org

Glenn S. Draper
glenn@socialmediavictims.org
520 Pike Street, Suite 1125
Seattle, WA 98101
Ph: 206-741-4862

SEEGER WEISS LLP
Christopher A. Seeger
cseeger@seegerweiss.com
Christopher Ayers
cayers@seegerweiss.com
Jennifer Scullion
jscullion@seegerweiss.com
55 Challenger Road
Ridgefield Park, NJ 07660
Ph: 973-639-9100
Facsimile: 973-679-8656

Robert H. Klonoff
klonoff@usa.net
2425 S.W. 76th Avenue
Portland, OR 97225
Ph: (503) 702-0218

*Attorneys for Plaintiff(s)*