# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE FURTHER HEARING ON PRESERVATION ORDER** |

Pursuant to the parties' stipulation, the August 29, 2023 hearing on the Parties' disputes over a preservation order is continued to September 19, 2023 at 1:00 PM.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                              Hon. Thomas S. Hixson
                                              United States Magistrate Judge