UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 22-md-03047-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. Nos. 237, 320 |

    You are hereby notified that the hearing on the pending motions to dismiss has been set for October 27, 2023 at 10:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: August 31, 2023

                                        Mark B. Busby
                                        Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106573540