Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*Mattie Dyer v. Meta Platforms, Inc. et al.*<br>Case No. 4:23-cv-01567-YGR | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To:   The Clerk of Court and All Parties of Record

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mattie Dyer hereby files this Notice of Voluntary Dismissal without Prejudice and voluntarily withdraws this action without prejudice, without costs to any party.

Dated:  September 18, 2023.                     Respectfully submitted,

*/s/ Previn Warren*
Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Previn Warren*
Previn Warren (*pro hac vice*)