1  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  *cseeger@seegerweiss.com*
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)                 Jennie Lee Anderson (SBN 203586)
10 *pwarren@motleyrice.com*                       *jennie@andrusanderson.com*
   MOTLEY RICE LLC                                 ANDRUS ANDERSON LLP
11 401 9th Street NW, Suite 630                    155 Montgomery Street, Suite 900
   Washington, DC 20004                            San Francisco, CA 94104
12 Telephone: (202) 386-9610                       Telephone:   (415) 986-1400
   Facsimile: (202) 232-5513                       Facsimile:   (415) 986-1474
13
   Plaintiffs' Co-Lead Counsel                     Plaintiffs' Liaison Counsel
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17
   | IN RE: SOCIAL MEDIA ADOLESCENT | Case No. 4:22-MD-03047-YGR |
18 | ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
19
20 This Document Relates to:                  **PLAINTIFFS' ADMINISTRATIVE
                                              MOTION TO FILE UNDER SEAL
21 *M.L., on behalf of minor A.W. v. Meta     EXHIBITS IN SUPPORT OF PLAINTIFFS'
   Platforms, Inc., et al.,* 4:23-cv-03801    FIFTH *EX PARTE* APPLICATION FOR
22                                            APPOINTMENT OF GUARDIANS *AD
                                              LITEM***
23 *F.R. filed on behalf of B.R. v. Meta
   Platforms, Inc., et al.,* 4:23-cv-04102
24
   *J.H filed on behalf of minor C.H. v. Meta
25 Platforms, Inc., et al.,* 4:23-cv-03842

26 *A.H., filed on behalf of Minor A.R. v. Meta
   Platforms, Inc., et al.,* 4:23-cv-3798
27
28 *L.L. on behalf of A.L. v. Meta Platforms,
   Inc., et al.,* 4:23-cv-04262

*K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03179

*S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-7 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03801 (Exhibit 1)
- *F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-04102 (Exhibit 2)
- *J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.,* 4:23-cv-03842 (Exhibit 3)
- *A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-3798 (Exhibit 4)
- *L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-04262 (Exhibit 5)
- *K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179 (Exhibit 6)
- *S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978

This motion is accompanied by a proposed order and the Declaration of Jennie Lee

1  Anderson In Support of Plaintiffs' Administrative Motion to File Under Seal Exhibit to the

2  Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fifth *Ex Parte* Application for

3  Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion") pursuant to Civil

4  Local Rules 7-11 and 7-12. *See* Civ. L. R. 79-5(c).

5  This Court previously considered and finding good cause granted Plaintiffs' request to

6  seal applications for guardians *ad litem* in this case. ECF No. 16.

7  Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs and Defendants have

8  agreed to a standing stipulation that Applications may be filed under seal. In so stipulating,

9  Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future

10  to unseal individual applications and/or require parents who wish to proceed pseudonymously

11  going forward make a showing of good cause. Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

12  For the reasons set forth above, Plaintiffs respectfully request that the Court enter the

13  [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibit In

14  Support of Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

15

16  Dated:   September 19, 2023          Respectfully submitted,

17  **ANDRUS ANDERSON LLP**

18  */s/Jennie Lee Anderson*
    Jennie Lee Anderson
19

20  *jennie@andrusanderson.com*
    155 Montgomery Street, Suite 900
21  San Francisco, CA  94104
    Telephone:    (415) 986-1400
22  Facsimile:    (415) 986-1474

23  *Plaintiffs' Liaison Counsel*

24
    Lexi J. Hazam (SBN 224457)
25  *lhazam@lchb.com*
    **LIEFF CABRASER HEIMANN**
26  **& BERNSTEIN, LLP**
    275 Battery Street, 29th Floor
27  San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
28  Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*


JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

ADMIN MOTION TO FILE UNDER SEAL EXHIBIT ISO
APPLICATION FOR GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | |
| 2 | SIN-TINY MARY LIU |
|   | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 3 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 4 | Telephone:  510-698-9566 |
|   | mliu@awkolaw.com |
| 5 | |
| 6 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 7 | 1111 BROADWAY, SUITE 2100 |
|   | OAKLAND, CA 94607 |
| 8 | Telephone:  510-350-9717 |
|   | amm@classlawgroup.com |
| 9 | |
| 10 | EMMIE PAULOS |
|    | **LEVIN PAPANTONIO RAFFERTY** |
| 11 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|    | PENSACOLA, FL 32502 |
| 12 | Telephone: 850-435-7107 |
|    | epaulos@levinlaw.com |
| 13 | |
| 14 | ROLAND TELLIS |
|    | DAVID FERNANDES |
| 15 | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 16 | Encino, CA 91436 |
|    | Telephone:  (818) 839-2333 |
| 17 | Facsimile:  (818) 986-9698 |
|    | rtellis@baronbudd.com |
| 18 | dfernandes@baronbudd.com |
| 19 | |
|    | ALEXANDRA WALSH |
| 20 | **WALSH LAW** |
|    | 1050 Connecticut Ave, NW, Suite 500 |
| 21 | Washington D.C. 20036 |
|    | T: 202-780-3014 |
| 22 | awalsh@alexwalshlaw.com |
| 23 | |
| 24 | |
|    | MICHAEL M. WEINKOWITZ |
| 25 | **LEVIN SEDRAN & BERMAN, LLP** |
|    | 510 WALNUT STREET |
| 26 | SUITE 500 |
|    | PHILADELPHIA, PA 19106 |
| 27 | Telephone:  215-592-1500 |
| 28 | mweinkowitz@lfsbalw.com |

| | |
|---|---|
| 1 | |
| 2 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| | **DICELLO LEVITT** |
| 3 | 505 20th St North |
| | Suite 1500 |
| 4 | Birmingham, Alabama 35203 |
| | Telephone:  205.855.5700 |
| 5 | fu@dicellolevitt.com |
| 6 | |
| | ROBERT H. KLONOFF |
| 7 | **ROBERT KLONOFF, LLC** |
| | 2425 SW 76TH AVENUE |
| 8 | PORTLAND, OR 97225 |
| | Telephone:  503-702-0218 |
| 9 | klonoff@usa.net |
| 10 | |
| | HILLARY NAPPI |
| 11 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 12 | New York, New York 10016 |
| | Tel: 212.213.8311 |
| 13 | hnappi@hrsclaw.com |
| 14 | |
| | ANTHONY K. BRUSTER |
| 15 | **BRUSTER PLLC** |
| | 680 N. Carroll Ave., Suite 110 |
| 16 | Southlake, TX 76092 |
| | (817) 601-9564 |
| 17 | akbruster@brusterpllc.com |
| 18 | |
| | FRANCOIS M. BLAUDEAU, MD JD FACHE |
| 19 | FCLM |
| | **SOUTHERN INSTITUTE FOR MEDICAL AND** |
| 20 | **LEGAL AFFAIRS** |
| | 2762 B M Montgomery Street, Suite 101 |
| 21 | Homewood, Alabama 35209 |
| | T: 205.564.2741 |
| 22 | francois@southernmedlaw.com |
| 23 | |
| 24 | |
| | JAMES MARSH |
| 25 | **MARSH LAW FIRM PLLC** |
| | 31 HUDSON YARDS, 11TH FLOOR |
| 26 | NEW YORK, NY 10001-2170 |
| | Telephone:  212-372-3030 |
| 27 | jamesmarsh@marshlaw.com |
| 28 | |
| | *Attorneys for Plaintiffs* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMIN MOTION TO FILE UNDER SEAL EXHIBIT ISO
APPLICATION FOR GUARDIANS *AD LITEM*
CASE NO. 4:22-MD-03047-YGR