1   Lexi J. Hazam (SBN 224457)
    lhazam@lchb.com
2   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000
    Facsimile: (415) 956-100
5
    Christopher A. Seeger (pro hac vice)
6   cseeger@seegerweiss.com
    SEEGER WEISS, LLP
7   55 Challenger Road, 6th Floor
    Ridgefield Park, NJ 07660
8   Telephone: (973) 639-9100
    Facsimile: (973) 679-8656
9
    Previn Warren (pro hac vice)                          Jennie Lee Anderson (SBN 203586)
10  pwarren@motleyrice.com                                *jennie@andrusanderson.com*
    MOTLEY RICE LLC                                       ANDRUS ANDERSON LLP
11  401 9th Street NW, Suite 630                          155 Montgomery Street, Suite 900
    Washington, DC 20004                                  San Francisco, CA  94104
12  Telephone: (202) 386-9610                             Telephone:    (415) 986-1400
    Facsimile: (202) 232-5513                             Facsimile:    (415) 986-1474
13
    *Plaintiffs' Co-Lead Counsel*                         *Plaintiffs' Liaison Counsel*

14

15

16                      UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18

19   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
20   PRODUCTS LIABILITY LITIGATION           MDL No. 3047

21   _____          **DECLARATION OF JENNIE LEE
                                              ANDERSON IN SUPPORT OF
22   This Document Relates to:               PLAINTIFFS' ADMINISTRATIVE
     *M.L., on behalf of minor A.W. v. Meta   MOTION TO FILE UNDER SEAL
23   Platforms, Inc., et al.,* 4:23-cv-03801  EXHIBITS TO THE DECLARATION OF
                                              JENNIE LEE ANDERSON IN SUPPORT
24                                            OF PLAINTIFFS' FIFTH *EX PARTE*
     *F.R. filed on behalf of B.R. v. Meta    APPLICATION FOR APPOINTMENT
25   Platforms, Inc., et al.,* 4:23-cv-04102  OF GUARDIANS *AD LITEM***

26   *J.H filed on behalf of minor C.H. v. Meta
     Platforms, Inc., et al.,* 4:23-cv-03842
27

28   *A.H., filed on behalf of Minor A.R. v. Meta*

*Platforms, Inc., et al.,* 4:23-cv-3798

*L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-04262

*K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03179

*S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.        I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted to practice before the courts of the State of California and in the Northern District of California.  I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.        I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibit to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3.        For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4.        True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

- *M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03801 (Exhibit 1)

- *F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-04102 (Exhibit 2)

- *J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.,* 4:23-cv-03842 (Exhibit 3)

- *A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-3798 (Exhibit 4)

- *L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-04262 (Exhibit 5)

- *K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03179 (Exhibit 6)

- *S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978 (Exhibit 7)

5.      Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to, a standing stipulation that the individual applications seeking appointment of guardians ad litem in this case may be filed under seal.  Liaison Counsel for Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.


Dated: September 19, 2023                    Respectfully submitted,

                                                              */s/Jennie Lee Anderson*
                                                              Jennie Lee Anderson
                                                              *Plaintiffs' Liaison Counsel*

                                                              ANDRUS ANDERSON LLP
                                                              155 Montgomery Street, Suite 900
                                                              San Francisco, CA  94104
                                                              Telephone:     (415) 986-1400
                                                              Facsimile:      (415) 986-1474
                                                              jennie@andrusanderson.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. ISO PLAINTIFFS' MOTION TO
SEAL EXHIBIT TO ANDERSON DECL.
CASE NO. 4:22-MD-03047-YGR