UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.*, 4:23-cv-03801<br><br>*F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-04102<br><br>*J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.*, 4:23-cv-03842<br><br>*A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-3798<br><br>*L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.*, 4:23-cv-04262<br><br>*K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179<br><br>*S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.*, 4:23-cv-03978 | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' FIFTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1  Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the
2  Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fifth *Ex Parte* Application for
3  Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Fifth
4  Application for Guardians *Ad Litem*").
5  The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support
6  thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte*
7  Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-7 to
8  the Anderson Declaration in Support of Fifth Application for Guardians *Ad Litem*, the Court
9  hereby orders that the following documents shall remain under seal absent further order of the
10 Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.*, 4:23-cv-03801 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-04102 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.*, 4:23-cv-03842 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 – Application for *A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-3798 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.*, 4:23-cv-04262 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 – Application for *K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 7 – Application for *S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.*, 4:23-cv-03978 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

1  **IT IS SO ORDERED.**

3  DATED: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE