1  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  *cseeger@seegerweiss.com*
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 *pwarren@motleyrice.com*
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' FIFTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |
| This Document Relates to:<br><br>*M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03801<br><br>*F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-04102<br><br>*J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.,* 4:23-cv-03842 | |

*A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-3798

*L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-04262

*K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03179

*S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Fifth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03801.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-04102.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.*, 4:23-cv-03842.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte*

1   Application for Appointment of Guardian *Ad Litem* I received for the case *A.H., filed on behalf of*
2   *Minor A.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-3798.
3       7.      Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte*
4   Application for Appointment of Guardian *Ad Litem* I received for the case *L.L. on behalf of A.L.*
5   *v. Meta Platforms, Inc., et al.*, 4:23-cv-04262.
6       8.      Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte*
7   Application for Appointment of Guardian *Ad Litem* I received for the case *K.C and on behalf of*
8   *K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179.
9       9.       Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte*
10  Application for Appointment of Guardian *Ad Litem* I received for the case *S.M., individually and*
11  *on behalf of N.M. v. Meta Platforms, Inc., et al.*, 4:23-cv-03978.
12      10.     Exhibits 1-7 are Applications submitted to Plaintiffs' Liaison Counsel for filing
13  since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Application attached as
14  Exhibits 1-7. The Application has been made by the minor's parent, and/or legal guardian.
15  Further, the *Ex Parte* Application is consistent with Attachment A to this Court's Order
16  Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and includes (1) the applicant's
17  name and contact information (including address, email, and telephone number); (2) the name,
18  case number, state of domicile (and its minimum age of capacity); (3) a statement that the
19  applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming
20  that the applicant is fully competent and qualified to understand and protect the rights of the
21  minor plaintiff and has no interests adverse to the interests of that person.
22      I declare under penalty of perjury pursuant to the laws of the United States of America that
23  the foregoing is true and correct.
24  ///
25  ///
26  ///
27  ///
28  ///

Dated: September 19, 2023

Respectfully submitted,

*/s/Jennie Lee Anderson*
Jennie Lee Anderson

*Plaintiffs' Liaison Counsel*

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com