1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 pwarren@motleyrice.com
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13
   *Plaintiffs' Co-Lead Counsel*

   Jennie Lee Anderson (SBN 203586)
   jennie@andrusanderson.com
   ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
   San Francisco, CA  94104
   Telephone:    (415) 986-1400
   Facsimile:    (415) 986-1474
   *Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br>M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al., 4:23-cv-03801<br><br>F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al., 4:23-cv-04102<br><br>J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al., 4:23-cv-03842 | **EXHIBITS 1-7 DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFF'S FIFTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM** |
| Confidential – Provisionally Filed Under Seal | |

Confidential – Provisionally Filed Under Seal

1  *A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et l. 4:23-cv-3798*

2

3  *L.L. on behalf of A.L. v. Meta Platforms, Inc., et al. 4:23-cv-04262*

4

5  *K.C and on behalf of K.C. v. Meta Platforms, Inc., et al. 4:23-cv-03179*

6

7  *S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al. 4:23-cv-03978*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 2

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 3

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 4

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 5

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 6

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT 7

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL

# EXHIBIT FILED UNDER SEAL

CONFIDENTIAL - PROVISONALLY FILED UNDER SEAL