UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03801<br><br>*F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-04102<br><br>*J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.,* 4:23-cv-03842<br><br>*A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al,.* 4:23-cv-3798<br><br>*L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-04262<br><br>*K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.,* 4:23-cv-03179<br><br>*S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' FIFTH *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

The Court is in receipt of Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem* (ECF No. 349) (hereinafter, "Fifth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

On September 19, 2023, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.,* 4:23-cv-03801 (Exhibit 1)
- *F.R. filed on behalf of B.R. v. Meta Platforms, Inc., et al.,* 4:23-cv-04102 (Exhibit 2)
- *J.H filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.,* 4:23-cv-03842 (Exhibit 3)
- *A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al,.* 4:23-cv-3798 (Exhibit 4)
- *L.L. on behalf of A.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-04262 (Exhibit 5)
- *K.C and on behalf of K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179 (Exhibit 6)
- *S.M., individually and on behalf of N.M. v. Meta Platforms Inc., et al.,* 4:23-cv-03978 (Exhibit 7)

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen days of the filing of Plaintiffs' Fifth *Ex Parte* Application. ECF No. 122 ¶ 5.

Having received no objections within fifteen days of the filing of Plaintiffs' Fifth *Ex Parte*

[PROPOSED] ORDER GRANTING APPLICATION AND
APPOINTING GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR

Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions.

**IT IS SO ORDERED.**

Dated:

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE