# Exhibit A

# August, John J

| | |
|---|---|
| **From:** | Hazam, Lexi J. <lhazam@lchb.com> |
| **Sent:** | Friday, January 13, 2023 6:56 PM |
| **To:** | Simonsen, Ashley M; Benson, Frederick; Benov, Matthew; O'Boyle, Laura K.; Regan-Smith, Hannah; jonathan.blavin@mto.com; lauren.bell@mto.com; David Mattern; smachock@wsgr.com; cseeger@seegerweiss.com; pwarren@motleyrice.com; Christopher Ayers; Orent, Jonathan D.; Lichtman, Jason L.; McNabb, Kelly K.; JScullion@seegerweiss.com; Jasinski, Mathew; Amy Fiterman; victoria.degtyareva@mto.com; ariel.teshuva@mto.com; 'Feinstein, Diana M.' |
| **Cc:** | Jones, Phyllis; Schmidt, Paul |
| **Subject:** | RE: [EXT] MDL 3047 - Interim Agreement re January 17 Production |

[EXTERNAL]

Thanks Ashley. We agree subject to the edits in blue below, so that the agreement is commensurate with 502(d). To also answer Amy's email, we can so agree as to TikTok's January 17 productions also.

Lexi

**Lexi J. Hazam**
lhazam@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Friday, January 13, 2023 7:56 AM
**To:** Hazam, Lexi J. <lhazam@lchb.com>; Benson, Frederick <FBenson@cov.com>; Benov, Matthew <mbenov@cov.com>; O'Boyle, Laura K. <LOBoyle@gibsondunn.com>; Regan-Smith, Hannah <HRegan-Smith@gibsondunn.com>; jonathan.blavin@mto.com; lauren.bell@mto.com; David Mattern <DMattern@kslaw.com>; smachock@wsgr.com; cseeger@seegerweiss.com; pwarren@motleyrice.com; Christopher Ayers <CAyers@seegerweiss.com>; Orent, Jonathan D. <jorent@motleyrice.com>; Lichtman, Jason L. <jlichtman@lchb.com>; McNabb, Kelly K. <kmcnabb@lchb.com>; JScullion@seegerweiss.com; Jasinski, Mathew <mjasinski@motleyrice.com>; Amy Fiterman <amy.fiterman@faegredrinker.com>; victoria.degtyareva@mto.com; ariel.teshuva@mto.com; 'Feinstein, Diana M.' <DFeinstein@gibsondunn.com>
**Cc:** Jones, Phyllis <pajones@cov.com>; Schmidt, Paul <pschmidt@cov.com>
**Subject:** [EXT] MDL 3047 - Interim Agreement re January 17 Production

[Changing the subject line for clarity]

Thanks, Lexi; your understanding is correct. We propose an interim agreement under which Meta would re-produce, and plaintiffs would agree to treat, the January 17 Production as highly confidential until a protective order is entered by the Court and Meta has formally designated the documents under that protective order. *See* 12/23/22 Email from P. Warren at 6:07 a.m. ET (Haugen Documents); 12/22/22 Email from P. Warren at 9:26 p.m. ET (Molly Russell Documents). On claw-backs, we propose an agreement that attorney-client privilege or work-product protection is not waived by disclosure, whether inadvertent or otherwise, connected with the January 17 Production. If plaintiffs become

1

aware that they have received such privileged or protected material, they will notify Meta and take reasonable steps to return and/or destroy the material.  If Meta becomes aware of the disclosure of such privileged or protected material, it will notify plaintiffs and, if applicable, will provide a redacted version of the material.  If and when a 502(d) stipulation is agreed to by the parties and entered by the Court, it will supersede this agreement.

Please confirm this is acceptable to plaintiffs.

Thank you,

**Ashley Simonsen**
Pronouns: She/Her/Hers

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com

**COVINGTON**

---

**From:** Hazam, Lexi J. <lhazam@lchb.com>
**Sent:** Thursday, January 12, 2023 1:43 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Benson, Frederick <FBenson@cov.com>; Benov, Matthew <mbenov@cov.com>; O'Boyle, Laura K. <LOBoyle@gibsondunn.com>; Regan-Smith, Hannah <HRegan-Smith@gibsondunn.com>; jonathan.blavin@mto.com; lauren.bell@mto.com; David Mattern <DMattern@kslaw.com>; smachock@wsgr.com; cseeger@seegerweiss.com; pwarren@motleyrice.com; Christopher Ayers <CAyers@seegerweiss.com>; Orent, Jonathan D. <jorent@motleyrice.com>; Lichtman, Jason L. <jlichtman@lchb.com>; McNabb, Kelly K. <kmcnabb@lchb.com>; JScullion@seegerweiss.com; Jasinski, Mathew <mjasinski@motleyrice.com>; Amy Fiterman <amy.fiterman@faegredrinker.com>; victoria.degtyareva@mto.com; ariel.teshuva@mto.com; 'Feinstein, Diana M.' <DFeinstein@gibsondunn.com>
**Subject:** RE: [EXT] RE: Social Media MDL--meet and confer re protective order

**[EXTERNAL]**
Thanks Ashley. As we just discussed, we are not agreeable to conditioning the production on agreement to a 502(d) order, and we understand Defendants are not taking such a position. Given the upcoming weekend/holiday we are not going to be able to review and then provide edits/comments and meet and confer on this on the timeline you note, given it was just received. We are willing to agree via a brief email to a basic interim understanding on the issue as was done with regards to designations for the Haugen documents.

Thanks,
Lexi

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Lexi J. Hazam**
lhazam@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Thursday, January 12, 2023 1:37 PM
**To:** Hazam, Lexi J. <lhazam@lchb.com>; Benson, Frederick <FBenson@cov.com>; Benov, Matthew <mbenov@cov.com>; O'Boyle, Laura K. <LOBoyle@gibsondunn.com>; Regan-Smith, Hannah <HRegan-Smith@gibsondunn.com>; jonathan.blavin@mto.com; lauren.bell@mto.com; David Mattern <DMattern@kslaw.com>; smachock@wsgr.com; cseeger@seegerweiss.com; pwarren@motleyrice.com; Christopher Ayers <CAyers@seegerweiss.com>; Orent, Jonathan D. <jorent@motleyrice.com>; Lichtman, Jason L. <jlichtman@lchb.com>; McNabb, Kelly K. <kmcnabb@lchb.com>; JScullion@seegerweiss.com; Jasinski, Mathew <mjasinski@motleyrice.com>; Amy Fiterman <amy.fiterman@faegredrinker.com>; victoria.degtyareva@mto.com; ariel.teshuva@mto.com; 'Feinstein, Diana M.' <DFeinstein@gibsondunn.com>
**Subject:** [EXT] RE: Social Media MDL--meet and confer re protective order

Lexi, all,

As just discussed, please find attached for your review Defendants' proposed 502(d) Order. If at all possible, we would like to submit this to the Court in advance of the production next week but are happy to discuss and welcome any comments you may have in the meantime.

Regards,

**Ashley Simonsen**
Pronouns: She/Her/Hers

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4782 | asimonsen@cov.com
www.cov.com

**COVINGTON**


-----Original Appointment-----
**From:** Hazam, Lexi J. <lhazam@lchb.com>
**Sent:** Wednesday, January 11, 2023 6:02 PM
**To:** Hazam, Lexi J.; Simonsen, Ashley M; Benson, Frederick; Benov, Matthew; O'Boyle, Laura K.; Regan-Smith, Hannah; jonathan.blavin@mto.com; lauren.bell@mto.com; David Mattern; smachock@wsgr.com; cseeger@seegerweiss.com; pwarren@motleyrice.com; Christopher Ayers; Orent, Jonathan D.; Lichtman, Jason L.; McNabb, Kelly K.; JScullion@seegerweiss.com; Jasinski, Mathew; Amy Fiterman; victoria.degtyareva@mto.com; ariel.teshuva@mto.com; 'Feinstein, Diana M.'
**Subject:** Social Media MDL--meet and confer re protective order
**When:** Thursday, January 12, 2023 1:00 PM-1:45 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://lchb.zoom.us/j/96538905017?pwd=RE9GYnRweVpTYWZNbnR6bERCQWdIQT09

**[EXTERNAL]**
Lexi Hazam is inviting you to a scheduled Zoom meeting.

Topic: Social Media MDL--meet and confer re protective order
Time: Jan 12, 2023 01:00 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://lchb.zoom.us/j/96538905017?pwd=RE9GYnRweVpTYWZNbnR6bERCQWdIQT09

Meeting ID: 965 3890 5017
Passcode: 669782
One tap mobile
+16699009128,,96538905017# US (San Jose)
+16694449171,,96538905017# US

Dial by your location
    +1 669 900 9128 US (San Jose)
    +1 669 444 9171 US


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.