# Exhibit B

# David Burnett

**From:** David Burnett
**Sent:** Tuesday, September 19, 2023 2:31 PM
**To:** David Burnett
**Subject:** RE: Re-Designation

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Wednesday, August 16, 2023 6:22 PM
**To:** Diandra Debrosse Zimmermann <fu@dicellolevitt.com>
**Cc:** lauren.bell@mto.com; andrea.pierson@faegredrinker.com; DMattern@kslaw.com; smachock@wsgr.com; Benov, Matthew <mbenov@cov.com>; Benson, Frederick <FBenson@cov.com>; lchaput@cov.com; Warren, Previn <pwarren@motleyrice.com>; Roland Tellis <rtellis@baronbudd.com>; JLichtman <jlichtman@lchb.com>; Hazam, Lexi J. <lhazam@lchb.com>; Peter Klausner <pklausner@baronbudd.com>
**Subject:** RE: Re-Designation

Diandra,

Our position remains the same: Meta will provide our re-designations of the previously-produced documents within a reasonable time after Judge Gonzalez Rogers rules on Plaintiffs' appeal of Magistrate Judge Hixson's recommendation on the protective order, and a final protective order is entered. In response to your reference to challenging confidentiality designations, we maintain that litigation over confidentiality designations outside the context of sealing motions and while discovery is stayed would be inappropriate and unduly burdensome.

We are not sure what there is to discuss regarding a joint submission to Judge Hixson on this. If you want to propose a schedule for exchanging position statements, please do so.

**Ashley Simonsen**
Pronouns: She/Her/Hers

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643

1

T +1 424 332 4782 | asimonsen@cov.com
www.cov.com

<image003.jpg>

---

**From:** Diandra Debrosse Zimmermann <fu@dicellolevitt.com>
**Sent:** Monday, August 7, 2023 12:41 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** lauren.bell@mto.com; andrea.pierson@faegredrinker.com; DMattern@kslaw.com; smachock@wsgr.com; Benov, Matthew <mbenov@cov.com>; Benson, Frederick <FBenson@cov.com>; lchaput@cov.com; Warren, Previn <pwarren@motleyrice.com>; Roland Tellis <rtellis@baronbudd.com>; JLichtman <jlichtman@lchb.com>; Hazam, Lexi J. <lhazam@lchb.com>; Peter Klausner <pklausner@baronbudd.com>
**Subject:** RE: Re-Designation

**[EXTERNAL]**
Ashley,

Please see the attached.

Thanks, Fu

<image004.jpg>   Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT**

505 20th Street North
Suite 1500
Birmingham, Alabama

1101 17th St Northwest
Suite 1000
Washington, DC 20036

205.855.5700

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Monday, July 24, 2023 2:52 PM
**To:** Diandra Debrosse Zimmermann <fu@dicellolevitt.com>
**Cc:** lauren.bell@mto.com; andrea.pierson@faegredrinker.com; DMattern@kslaw.com; smachock@wsgr.com; Benov, Matthew <mbenov@cov.com>; Benson, Frederick

2

<FBenson@cov.com>; lchaput@cov.com; Warren, Previn <pwarren@motleyrice.com>; Roland Tellis <rtellis@baronbudd.com>; JLichtman <jlichtman@lchb.com>
**Subject:** RE: Re-Designation

Diandra,

Defendants will provide our re-designations of the previously produced documents within a reasonable time after the protective order has been finally entered in the MDL. The JCCP Plaintiffs' counsel will need to continue to treat all documents as Highly Confidential until after a protective order is entered in the JCCP.

---

**From:** Diandra Debrosse Zimmermann <fu@dicellolevitt.com>
**Sent:** Friday, July 21, 2023 6:14 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** lauren.bell@mto.com; andrea.pierson@faegredrinker.com; DMattern@kslaw.com; smachock@wsgr.com; Benov, Matthew <mbenov@cov.com>; Benson, Frederick <FBenson@cov.com>; lchaput@cov.com; Warren, Previn <pwarren@motleyrice.com>; Roland Tellis <rtellis@baronbudd.com>; JLichtman <jlichtman@lchb.com>
**Subject:** Re-Designation

  Ashley, as noted in my prior emails, Meta is under an obligation to re-designate documents. As you may recall, the documents were produced with the express understanding that these blanket classifications would be revisited upon the entry of a protective order. In light of the May 22, 2023 entry of the PO, and given the length of time your client has had these documents in its possession, Plaintiffs requests you provide revised confidentiality designations by no later than July 28, 2023. While we are open to discussing the manner in which your client provides the revised designations, and potentially certain accommodations for purposes of efficiency and expediency, time is of the essence.

  In your June 29, 2023 email you incorrectly stated that protective order has not yet been finalized based on Plaintiffs' objections to Judge Hixson's ruling, and that there was not a protective order in the JCCP. As you know, however, privilege and confidentiality are two different concepts. They do

3

not overlap in the way that you are implying. A confidentiality order has been entered which governs how documents that are not privileged, and have been produced, are to be handled.

While we would like to avoid the need for court intervention, we will have no choice but to seek relief if you are unwilling to provide us with revised confidentiality designations by July 28, 2023 please let us know immediately. As I have offered previously, I am free to discuss this matter at your convenience.

&lt;image005.jpg&gt;   Diandra "Fu" Debrosse Zimmermann

**DICELLO LEVITT**

505 20th Street North
Suite 1500
Birmingham, Alabama

1101 17th St Northwest
Suite 1000
Washington, DC 20036

205.855.5700

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

4