**FILED**

Sep 20 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | Case No.  22-md-03047-YGR   (TSH)<br><br>**ORDER RESCHEDULING HEARING AND SETTING HEARING**<br><br>Re: Dkt. No. 352, 357, 364 |

The Court is currently scheduled to have a hearing on September 22, 2023 at 1:00 p.m. by Zoom Videoconference concerning the parties' disputes over a preservation order.  ECF No. 357. The Court hereby reschedules that hearing to September 27, 2023 at 10:00 a.m. in person in Courtroom E on the 15th floor at 450 Golden Gate Avenue in San Francisco, California.  This will also serve as a hearing on the parties' Joint Statement Re: ESI Protocol (ECF No. 352), and the Joint Statement Re: Confidentiality Designation Dispute (ECF No. 364).  Any party that wishes to appear telephonically may file a request to do so.

**IT IS SO ORDERED.**

Dated: 9/20/2023

THOMAS S. HIXSON
United States Magistrate Judge