LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lwhite@wsgr.com

*Attorneys for Defendants YouTube, LLC
and Google LLC*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-TSH<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISIONS**<br><br>**Hearing:**<br>Date:  October 27, 2023<br>Time:  10:30 AM<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to N.D. Cal. Civil L.R. 7-3(d)(2), Defendants submit as supplemental authority three recent orders enjoining state legislation intended to protect minors online by limiting their ability to access potentially harmful online content:

- *NetChoice, LLC v. Bonta*, 2023 WL 6135551 (N.D. Cal. Sept. 18, 2023) (preliminarily enjoining as likely violating the First Amendment California's Age-Appropriate Design Code Act, which, among other things, limits the use of minors' personal data to profile users or target content; requires online businesses to "[e]stimate the age of child users with a reasonable level of certainty"; forbids "[using] the personal information of any child in a way that the business knows, or has reason to know, is materially detrimental to the physical health, mental health, or well-being of a child"; and forbids certain other actions that may be "materially detrimental" to a child's well-being, including using "design features that 'nudge' individuals into . . . spending more time on an application"), attached as Ex. 1;

- *NetChoice, LLC v. Griffin*, 2023 WL 5660155 (W.D. Ark. Aug. 31, 2023) (preliminarily enjoining as likely violating the First Amendment Arkansas statute requiring age authentication and parental consent for minors to create accounts on social media websites), attached as Ex. 2; and

- *Free Speech Coalition, Inc. v. Colmenero*, 2023 WL 5655712 (W.D. Tex. Aug. 31, 2023) (preliminarily enjoining as likely violating the First Amendment Texas statute requiring websites containing "sexual material harmful to minors" to age-authenticate and block minors), attached as Ex. 3.

| | |
|---|---|
| Dated: September 21, 2023 | Respectfully submitted,<br><br>**WILSON SONSINI GOODRICH & ROSATI PC**<br><br>*/s/ Lauren Gallo White*<br>Lauren Gallo White (State Bar No. 309075)<br>Wilson Sonsini Goodrich & Rosati<br>  lwhite@wsgr.com<br>Andrew Kramer (State Bar No. 321574)<br>  akramer@wsgr.com<br>Carmen Sobczak (State Bar No. 342569)<br>  csobczak@wsgr.com<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Telephone: + 1 (415) 947-2000<br>Facsimile: + 1 (415) 947-2099<br><br>Brian M. Willen, *pro hac vice*<br>Wilson Sonsini Goodrich & Rosati<br>  bwillen@wsgr.com<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: + 1 (212) 999-5800<br>Facsimile: + 1 (212) 999-5899<br><br>Christopher Chiou (State Bar No. 233587)<br>Wilson Sonsini Goodrich & Rosati<br>  cchiou@wsgr.com<br>Samantha Machock (State Bar No. 298852)<br>  smachock@wsgr.com<br>Matthew K. Donohue (State Bar No. 302144)<br>  mdonohue@wsgr.com<br>633 West Fifth Street<br>Los Angeles, CA 90071<br>Telephone: + 1 (323) 210-2900<br>Facsimile: + 1 (866) 974-7329<br><br>*Attorneys for Defendants YouTube, LLC*<br>*and Google LLC* |

**COVINGTON & BURLING LLP**

*/s/ Paul W. Schmidt*
Paul W. Schmidt, *pro hac vice*
  pschmidt@cov.com
Mark W. Mosier, *pro hac vice*
  mmosier@cov.com
Phyllis A. Jones, *pro hac vice*
  pajones@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
  ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
---
Geoffrey M. Drake, *pro hac vice*
  gdrake@kslaw.com
Albert Q. Giang (State Bar No. 224332)
  agiang@kslaw.com
David Mattern, *pro hac vice*
  dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100


**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
---
Andrea Roberts Pierson, *pro hac vice*
  andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
  amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000


*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*


**MUNGER, TOLLES & OLSON LLP**

*/s/ Jonathan H. Blavin*
---
Jonathan H. Blavin (State Bar No. 230269)
  Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: + 1 (415) 512-4000
Facsimile: + 1 (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
  Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
  Victoria.Degtyareva@mto.com

Ariel T. Teshuva  (State Bar No. 324238)
  Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
Telephone: + 1 (213) 683-9100
Facsimile: + 1 (213) 687-3702

Lauren A. Bell, *pro hac vice*
  Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001
Telephone: + 1 (202) 220-1100
Facsimile: + 1 (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**ATTESTATION**

I, Lauren Gallo White, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 21, 2023        By:  */s/ Lauren Gallo White*
                                       Lauren Gallo White