AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation )
*Plaintiff* )
v. )  Case No.  4:22-md-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants ByteDance Inc. and TikTok Inc.

Date: 09/22/2023

/s/ Rania Kajan
*Attorney's signature*

Rania Kajan (GA Bar No. 924227)
*Printed name and bar number*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521

*Address*

rkajan@kslaw.com
*E-mail address*

(404) 572-4600
*Telephone number*

(404) 572-5100
*FAX number*