1  JONATHAN H. BLAVIN (State Bar No. 230269)
   Jonathan.Blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  27th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 512-4000

5  ROSE LEDA EHLER (State Bar No. 296523)
   Rose.Ehler@mto.com
6  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
7  50th Floor
   Los Angeles, CA 90071-3426
8  Telephone:    (213) 683-9100

9  LAUREN BELL (*pro hac vice*)
   Lauren.Bell@mto.com
10 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
11 Washington, D.C. 20001
   Telephone:    (202) 220-1100
12 Facsimile:    (202) 220-2300

13 *Attorneys for Defendant Snap Inc.*

14                  UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-md-03047-YGR-TSH
   ADDICTION/PERSONAL INJURY
18 PRODUCTS LIABILITY LITIGATION,          MDL No. 3047

19                                         **DEFENDANT SNAP INC.'S REQUEST TO**
   THIS DOCUMENT RELATES TO:               **APPEAR TELEPHONICALLY**
20
   ALL ACTIONS
21                                         Judge:    Thomas S. Hixson

22

23

24         Defendant Snap Inc. ("Snap") respectfully requests that this court permit its counsel, Lauren

25 Bell, to appear telephonically at the hearing on September 27, 2023 at 10:00 a.m. regarding the

26 parties' disputes over a preservation order (ECF No. 357), the parties Joint Statement Re: ESI

27 Protocol (ECF No. 352), and the Joint Statement Re: Confidentiality Designation Dispute (ECF No.

28 364).  Ms. Bell, resides out of state in Virginia and her office is located in Washington, D.C.

1    Accordingly, Snap respectfully requests permission for Ms. Bell to appear telephonically.  Lead

2    counsel for Snap, Jonathan Blavin, will appear in person at the hearing.

3

4    DATED:  September 22, 2023                    MUNGER, TOLLES & OLSON LLP
                                                      JONATHAN H. BLAVIN
5                                                     ROSE LEDA EHLER
                                                      LAUREN BELL
6

7

8                                            By: _____/s/ Lauren Bell_____
                                                      LAUREN BELL
9                                                     Attorneys for Snap Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28