**FILED**

Sep 22 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION , <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 4:22-md-03047-YGR-TSH <br><br> MDL No. 3047 <br><br> [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY <br><br> Judge:   Thomas S. Hixson |

The Court, having reviewed Defendant Snap's request, and good cause appearing, GRANTS Defendant Snap Inc.'s request to appear via telephone at the hearing scheduled for 10:00 a.m. on September 27, 2023.   Counsel shall call into the following phone number: 1-888-684-8852/Password: 2925506

**IT IS SO ORDERED.**

DATED:   September 22, 2023

_____
Hon. Thomas S. Hixson
United States Magistrate Judge