JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000

ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
LAURA M. LOPEZ (State Bar No.: 313450)
Laura.Lopez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA  90071-3426
Telephone:     (213) 683-9100

LAUREN BELL (*pro hac vice*)
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
Telephone:     (202) 220-1100
Facsimile:      (202) 220-2300

*Attorneys for Defendant Snap Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR-TSH<br><br>MDL No. 3047<br><br>**DEFENDANT SNAP INC.'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>Judge:    Thomas S. Hixson |

Defendant Snap Inc. ("Snap") respectfully requests that this court permit its counsel, Laura M. Lopez, to appear telephonically at the hearing on September 27, 2023 at 10:00 a.m. regarding the parties' disputes over a preservation order (ECF No. 357), the parties Joint Statement Re: ESI Protocol (ECF No. 352), and the Joint Statement Re: Confidentiality Designation Dispute (ECF No.

1  364). Ms. Lopez resides, and her office is located, in Los Angeles, California. Accordingly, Snap
2  respectfully requests permission for Ms. Lopez to appear telephonically. Lead counsel for Snap,
3  Jonathan Blavin, will appear in person at the hearing.

5  DATED: September 22, 2023          MUNGER, TOLLES & OLSON LLP
                                          JONATHAN H. BLAVIN
6                                         ROSE LEDA EHLER
                                          LAURA M. LOPEZ
7                                         LAUREN BELL

9                                   By:     */s/ Laura M. Lopez*
10                                        LAURA M. LOPEZ
                                          Attorneys for Snap Inc.