Previn Warren
Motley Rice
401 9th Street NW Suite 630
Washington DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR <br><br> MDL No. 3047 <br><br> **PLAINTIFFS' REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY** |
| This Document Relates to: <br><br> ALL ACTIONS | Judge: Thomas S. Hixson |

Plaintiffs respectfully request that the Court permit their counsel, Previn Warren, to appear telephonically at the hearing on September 27, 2023 at 10:00 a.m. regarding the parties' disputes over a preservation order (ECF No. 357), the parties Joint Statement Re: ESI Protocol (ECF No. 352), and the Joint Statement Re: Confidentiality Designation Dispute (ECF No. 364). Mr. Warren lives and practices in Washington, D.C., and other members of the Plaintiffs' Steering Committee will be appearing at the hearing in person.

Dated: September 25, 2023

*/s/ Previn Warren*
Previn Warren
401 9th Street NW Suite 630
Washington DC 20004
Tel: 202-386-9610
pwarren@motleyrice.com

- 1 -
REQUEST TO APPEAR TELEPHONICALLY