AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury )
               *Plaintiff* )
           v. ) Case No.  4:22-md-03047-YGR
               *Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MANDY WESTWOOD.

Date: 09/26/2023

/s/ Gabriel Panek
*Attorney's signature*

Gabriel Panek (NY Bar No. 5605472)
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
*Address*

gpanek@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*