Gabriel A. Panek
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Fax: (212) 355-9592
gpanek@lchb.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY**<br><br>Judge Thomas S. Hixson |

Plaintiffs respectfully request that the Court permit their counsel, Gabriel A. Panek, to appear telephonically at the hearing on September 27, 2023 at 10:00 a.m. regarding the parties' disputes over a preservation order (ECF No. 357), the parties Joint Statement Re: ESI Protocol (ECF No. 352), and the Joint Statement Re: Confidentiality Designation Dispute (ECF No. 364). Mr. Panek lives and practices in New York, and other members of the Plaintiffs' Steering Committee will be appearing at the hearing in person.

                                             */s/ Gabriel A. Panek*
                                             Gabriel A. Panek
                                             **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                             250 Hudson Street, 8th Floor
                                             New York, NY 10013
                                             Tel: (212) 355-9500
                                             Fax: (212) 355-9592