FILED

Sep 26 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY<br><br>Judge Thomas S. Hixson |

The Court, having reviewed Plaintiffs' request, and good cause appearing, GRANTS Plaintiffs' request for Gabriel Panek to appear via telephone at the hearing scheduled for 10:00 a.m. on September 27, 2023.

IT IS SO ORDERED.

DATED: __September 26__, 2023

_T.M. Hix_
Hon. Thomas S. Hixson
United States Magistrate Judge