UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br>ALL ACTIONS | Case No.  22-md-03047-YGR   (TSH)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned magistrate judge of the court, finding myself disqualified in the above-entitled proceeding, hereby recuse myself from this matter as the assigned discovery magistrate judge and request that the case be reassigned to another magistrate judge.

**IT IS SO ORDERED.**

Dated: September 27, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge