# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | Case No. 22-md-03047-YGR   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY; ORDER DIRECTING PARTIES TO SUBMIT JOINT DISCOVERY LETTER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

The parties are ordered to submit a joint letter of no more than eight pages by October 13, 2023 that (a) addresses what the MDL is about and how it is structured, (b) provides the status of the litigation, discovery, and the scope of the discovery stay, (c) summarizes all of the pending discovery disputes on the docket, with citations to ECF docket numbers for the corresponding briefing and exhibits, (d) briefly indicates any other discovery disputes that are percolating and may need to be briefed by the parties and then decided by the Court, and (e) explains which discovery disputes are a priority for resolution and why they should be prioritized at this early stage of the litigation while motions to dismiss are pending.

//

//

//

The Court will review the parties' joint letter, and will order a telephone conference, hearing, and/or further briefing, if needed.

**IT IS SO ORDERED.**

Dated: October 4, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge