[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>**Hearing:**<br>Date:   October 27, 2023<br>Time:   10:30 a.m.<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit as supplemental authority the Supreme Court's October 2, 2023 orders denying the petitions for certiorari seeking review of the Ninth Circuit's decision in *Planned Parenthood Federation of America, Inc. v. Newman*, 51 F.4th 1125 (9th Cir. 2022), cited by Plaintiffs in their briefing regarding the First Amendment. *See* Exs. 1–4.[1]

Dated: October 10, 2023                Respectfully submitted,

*/s/ Lexi J. Hazam*
Lexi J. Hazam
Elizabeth J. Cabraser
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956s-1000
lhazam@lchb.com


*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com


*/s/ Previn Warren*
Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

***Plaintiffs' Co-Lead Counsel***

---

[1] *Merritt v. Planned Parenthood Fed'n*, No. 22-1147, 2023 WL 6377901 (U.S. Oct. 2, 2023); *Newman v. Planned Parenthood Fed'n*, No. 22-1159, 2023 WL 6377903 (U.S. Oct. 2, 2023); *Rhomberg v. Planned Parenthood Fed'n*, No. 22-1160, 2023 WL 6377904 (U.S. Oct. 2, 2023); *Ctr. for Med. Progress v. Planned Parenthood Fed'n*, No. 22-1168, 2023 WL 6379019 (U.S. Oct. 2, 2023).

**ATTESTATION**

I hereby attest pursuant to N.D. Cal. Civil L.R. 5–1 that the concurrence to filing of this document has been obtained from each signatory hereto.

DATED: October 10, 2023    By: /s/ *Lexi J. Hazam*
                                Lexi J. Hazam