# EXHIBIT 1

2023 WL 6377901
Only the Westlaw citation is currently available.
Supreme Court of the United States.

Sandra S. MERRITT,
v.
PLANNED PARENTHOOD FED'N, et al.

No. 22-1147
|
October 2, 2023

Case below, 51 F.4th 1125.

**Opinion**

**\*1** The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2023 WL 6377901 (Mem)

---

 **End of Document** © 2023 Thomson Reuters. No claim to original U.S. Government Works.