# EXHIBIT 2

2023 WL 6377903
Only the Westlaw citation is currently available.
Supreme Court of the United States.

Troy NEWMAN,
v.
PLANNED PARENTHOOD FED'N, et al.

No. 22-1159
|
October 2, 2023

**Opinion**

***1** The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2023 WL 6377903 (Mem)

---

End of Document     © 2023 Thomson Reuters. No claim to original U.S. Government Works.