# EXHIBIT 3

2023 WL 6377904
Only the Westlaw citation is currently available.
Supreme Court of the United States.

RHOMBERG, ALBIN
v.
PLANNED PARENTHOOD FED'N, ET AL.

22-1160
|
October 2, 2023

**Opinion**

The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2023 WL 6377904 (Mem)

**End of Document**                © 2023 Thomson Reuters. No claim to original U.S. Government Works.