# EXHIBIT 4

2023 WL 6379019
Only the Westlaw citation is currently available.
Supreme Court of the United States.

CENTER FOR MED. PROGRESS, ET AL.

v.

PLANNED PARENTHOOD FED'N, ET AL.

22-1168
|

October 2, 2023

**Opinion**

The motion of Foundation for Moral Law for leave to file a brief as *amicus curiae* is denied. The petition for a writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2023 WL 6379019 (Mem)

---

**End of Document**  © 2023 Thomson Reuters. No claim to original U.S. Government Works.