AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
ALPHABET, INC., GOOGLE LLC AND YOUTUBE, LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet, Inc., Google LLC and YouTube, LLC .

Date: 10/13/2023

/s/ Yardena R. Zwang-Weissman
*Attorney's signature*

Yardena R. Zwang-Weissman
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
*Address*

yardena.zwang-weissman@morganlewis.com
*E-mail address*

(213) 612-7238
*Telephone number*

(213) 612-2501
*FAX number*