AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▾

| | | |
|---|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22-md-03047-YGR |
| ALPHABET, INC., GOOGLE LLC AND YOUTUBE, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet, Inc., Google LLC and YouTube, LLC                                          .

Date:      10/13/2023

/s/ Brian M. Ercole
*Attorney's signature*

Brian M. Ercole
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
*Address*

brian.ercole@morganlewis.com
*E-mail address*

(305) 415-3416
*Telephone number*

(305) 415-3001
*FAX number*