AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| ALPHABET, INC., GOOGLE LLC AND YOUTUBE, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet, Inc., Google LLC and YouTube, LLC.

Date: 10/13/2023

/s/ J. Gordon Cooney, Jr.
*Attorney's signature*

J. Gordon Cooney, Jr.
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
*Address*

gordon.cooney@morganlewis.com
*E-mail address*

(215) 963-4806
*Telephone number*

(215) 963-5001
*FAX number*