[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**JOINT STATEMENT OF RECENT DECISION**<br><br>**Hearing:**<br>Date:   October 27, 2023<br>Time:   10:30 a.m.<br>Place:   Courtroom 1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |
|---|---|

Pursuant to Civil Local Rule 7-3(d)(2), the Parties jointly submit the attached ruling on Defendants' Demurrers to Master Complaint and Three Short Form Complaints, issued in the parallel JCCP litigation, *Social Media Cases*, No. JCCP5255 (Los Angeles Super. Ct. Oct. 13, 2023), as Exhibit A.

Dated: October 16, 2023

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: + 1 (202) 386-9610
Email: pwarren@motleyrice.com

*Co-Lead Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862
Email: matt@socialmediavictims.org
Email: glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: + 1 (212) 558-5500
Facsimile: + 1 (212) 344-5461
Email: jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: + 1 (917) 882-5522
Email: jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241

Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: + 1 (913) 451-3433
Email: kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

3
JOINT STATEMENT OF RECENT DECISION—NO. 4:22-MD-03047-YGR

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **COVINGTON & BURLING LLP** |
| 2 | _/s/ Phyllis A. Jones_ |
| 3 | Phyllis A. Jones, *pro hac vice*<br>Paul W. Schmidt, *pro hac vice* |
| 4 | COVINGTON & BURLING LLP<br>One CityCenter |
| 5 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 6 | Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291 |
| 7 | Email: pajones@cov.com<br>Email: pschmidt@cov.com |
| 8 | Emily Johnson Henn (State Bar. No. 269482) |
| 9 | COVINGTON & BURLING LLP<br>3000 El Camino Real |
| 10 | 5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306 |
| 11 | Telephone: + 1 (650) 632-4700<br>Facsimile: +1 (650) 632-4800 |
| 12 | Email: ehenn@cov.com |
| 13 | Ashley M. Simonsen (State Bar. No. 275203)<br>COVINGTON & BURLING LLP |
| 14 | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 15 | Telephone: + 1 (424) 332-4800<br>Facsimile: +1 (424) 332-4749 |
| 16 | Email: asimonsen@cov.com |
| 17 | Isaac D. Chaput (State Bar. No. 326923)<br>COVINGTON & BURLING LLP |
| 18 | Salesforce Tower<br>415 Mission Street, Suite 5400 |
| 19 | San Francisco, CA 94105<br>Telephone: + 1 (415) 591-6000 |
| 20 | Facsimile: +1 (415) 591-6091<br>Email: ichaput@cov.com |
| 21 | Gregory L. Halperin, *pro hac vice* |
| 22 | COVINGTON & BURLING LLP<br>620 Eighth Avenue |
| 23 | New York, NY 10018<br>Telephone: + 1 (212) 841-1000 |
| 24 | Facsimile: +1 (212) 841-1010<br>Email: ghalperin@cov.com |
| 25 | *Attorney for Defendants Meta Platforms, Inc.* |
| 26 | *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*<br>*Facebook Operations, LLC; Facebook* |
| 27 | *Payments, Inc.; Facebook Technologies, LLC;*<br>*Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 28 | *Zuckerberg* |

| | |
|---|---|
| 1 | **KING & SPALDING LLP** |
| 2 | _/s/ Geoffrey M. Drake_ |
| | Geoffrey M. Drake |
| 3 | King & Spalding LLP |
| | 1180 Peachtree Street, NE, Suite 1600 |
| 4 | Atlanta, GA 30309 |
| | Telephone: + 1 (404) 572-4600 |
| 5 | Facsimile: + 1 (404) 572-5100 |
| | Email: gdrake@kslaw.com |
| 6 | |
| 7 | **FAEGRE DRINKER LLP** |
| 8 | _/s/ Andrew Roberts Pierson_ |
| | Andrea Roberts Pierson |
| 9 | Faegre Drinker LLP |
| | 300 N. Meridian Street, Suite 2500 |
| 10 | Indianapolis, IN 46204 |
| | Telephone: + 1 (317) 237-0300 |
| 11 | Facsimile: + 1 (317) 237-1000 |
| | Email: andrea.pierson@faegredrinker.com |
| 12 | |
| | _Attorneys for Defendants TikTok Inc. and_ |
| 13 | _ByteDance Inc._ |
| 14 | |
| | **WILSON SONSINI GOODRICH & ROSATI** |
| 15 | **Professional Corporation** |
| 16 | _/s/ Lauren Gallo White_ |
| | Lauren Gallo White |
| 17 | Wilson Sonsini Goodrich & Rosati |
| | lwhite@wsgr.com |
| 18 | Samantha A. Machock |
| | smachock@wsgr.com |
| 19 | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, CA  94105 |
| 20 | Telephone: (415) 947-2000 |
| | Facsimile: (415) 947-2099 |
| 21 | |
| | Brian M. Willen |
| 22 | Wilson Sonsini Goodrich & Rosati |
| | bwillen@wsgr.com |
| 23 | 1301 Avenue of the Americas, 40th Floor |
| | New York, New York 10019 |
| 24 | Telephone: (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
| 25 | |
| | Christopher Chiou |
| 26 | Wilson Sonsini Goodrich & Rosati |
| | cchiou@wsgr.com |
| 27 | 633 West Fifth Street |
| | Los Angeles, CA 90071-2048 |
| 28 | Telephone: (323) 210-2900 |
| | Facsimile: (866) 974-7329 |

|   |   |
|---|---|
| 1 |   |
| 2 | **WILLIAMS & CONNOLLY LLP** |
| 3 | _/s/ Joseph G. Petrosinelli_ |
|   | Joseph G. Petrosinelli, _pro hac vice_ |
|   | jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin, _pro hac vice_ |
|   | ahardin@wc.com |
| 5 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 6 | Tel.: 202-434-5000 |
| 7 | _Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc._ |
| 8 |   |
| 9 | **MUNGER, TOLLES & OLSON LLP** |
| 10 | _/s/ Jonathan H. Blavin_ |
|   | Jonathan H. Blavin, SBN 230269 |
| 11 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 12 | San Francisco, CA 94105-3089 |
|   | Telephone: (415) 512-4000 |
| 13 | Facsimile: (415) 512-4077 |
| 14 |   |
| 15 | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
|   | Ariel T. Teshuva (SBN 324238) |
| 16 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
| 17 | Los Angeles, CA 90071-3426 |
|   | Telephone: (213) 683-9100 |
| 18 | Facsimile: (213) 687-3702 |
| 19 | Lauren A. Bell, _pro hac vice_ |
|   | MUNGER, TOLLES & OLSON LLP |
| 20 | 601 Massachusetts Ave., NW St., Suite 500 E |
| 21 | Washington, D.C. 20001-5369 |
|   | Telephone: (202) 220-1100 |
| 22 | Facsimile: (202) 220-2300 |
| 23 | _Attorneys for Defendant Snap Inc._ |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

## ATTESTATION

I hereby attest pursuant to N.D. Cal. Civil L.R. 5–1 that the concurrence to filing of this document has been obtained from each signatory hereto.

DATED:   October 16, 2023           By: /s/ *Lexi J. Hazam*
                                        Lexi J. Hazam