Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
lhazam@lchb.com

Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Facsimile: 973.679.8656
cseeger@seegerweiss.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO ADDRESS PLAINTIFFS' GENERAL NEGLIGENCE CAUSE OF ACTION IN DECIDING DEFENDANTS' PENDING MOTIONS TO DISMISS PLAINTIFFS' MASTER COMPLAINT** |

I, Previn Warren, declare and state as follows:

1. I am an attorney at Motley Rice LLC and Co-Lead Counsel for Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, regarding Plaintiffs' Administrative Motion to Address Plaintiffs' General Negligence Cause of Action in Deciding Defendants' Pending Motions to Dismiss Plaintiffs' Master Complaint.

3. Pursuant to Civil Local Rule 7-11(a), the Parties met and conferred regarding Plaintiffs' request to address Plaintiffs' general negligence claim with Defendants' pending motions to dismiss.

4. Defendants oppose Plaintiffs' request and have indicated they will file an opposition pursuant to Civil Local Rule 7-11(b). The Parties, therefore, could not reach a stipulation pursuant to Civil Local Rule 7-11(a).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2023, in Washington, District of Columbia.

*/s/ Previn Warren*
Previn Warren