IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO ADDRESS PLAINTIFFS' GENERAL NEGLIGENCE CAUSE OF ACTION IN DECIDING DEFENDANTS' PENDING MOTIONS TO DISMISS PLAINTIFFS' MASTER COMPLAINT** |
|---|---|

The Court, having considered Plaintiffs' motion and associated declaration, GRANTS Plaintiffs' request to hear Plaintiffs' general negligence cause of action (Count V) at its hearing on Defendants' motions to dismiss Plaintiffs' Master Complaint (Dkt Nos. 237, 238 and 320). The Parties shall be prepared to argue Plaintiffs' general negligence cause of action at that hearing, scheduled for October 27, 2023.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

                _____
                HON. YVONNE GONZALEZ ROGERS
                United States District Judge