UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Filing Relates to:<br><br>ALL ACTIONS | Case No.  22-md-03047-YGR   (LJC)<br><br>**ORDER RE: JOINT DISCOVERY LETTER**<br><br>Re: ECF No. 386 |

The Court has reviewed the parties' Joint Discovery Letter, ECF No. 386, and orders the parties to appear for a hearing on the disputes regarding the ESI Protocol, ECF No. 352, and Defendants' confidentiality redesignations, ECF No. 364. As indicated in the Clerk's Notice, the hearing will be held via Zoom on November 14, 2023, at 10:30 a.m. ECF No. 389.

With respect to the Preservation Order, the Court orders that the parties go forward with their proposed meet and confer schedule outlined at ECF No. 386 at 6-7. In addition, the Court notes the dispute described in Footnote 5 of the parties' Joint Discovery Letter. Id. at 6. Having reviewed the transcript of the July 6, 2023 Discovery Conference, ECF No. 335, and the parties' Joint Statement Re: Preservation Order, ECF No. 297, the Court orders that Defendants provide a list of every system or data source, including tools, that has potentially relevant information as part of the October 20, 2023 exchange. Judge Hixson already directed such a disclosure at the July 6, 2023 Discovery Conference. July 6 Hr'g Tr., 19:10-14. No declarations regarding proportionality, burden, inaccessibility, or other similar issues are required at this time. However, each Defendant shall insure that at least one employee with technical expertise regarding its data repositories, systems, data sources, and tools, attends and participates in the meet and confer discussions. The personnel with this technical expertise shall provide assistance at these informal

meet and confers, including in discussions that address what may be reasonably and proportionally preserved by Defendants. Finally, sample Snapshots of user accounts are also not currently required. If the parties still struggle to make progress, and there are ongoing disputes about the need for sample Snapshots or declarations regarding proportionality, burden and inaccessibility, then in advance of the parties' November 15, 2023 joint status report, the parties may submit a joint letter not to exceed three pages that addresses these issues, should the parties seek the Court's prompt resolution of such disputes. Otherwise, these issues may be addressed as part of the parties' joint status report on the proposed Preservation Order.

**IT IS SO ORDERED.**

Dated: October 17, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge

2