1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMAN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 pwarren@motleyrice.com
   MOTLEY RICE, LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13

14   *Plaintiffs' Co-Lead Counsel*

15

16   [Additional Counsel Listed on Signature Page]

17

18                              UNITED STATES DISTRICT COURT

19                             NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR OCTOBER 27, 2023 HEARING** |

1  Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, a hearing on Defendants' motions to dismiss has been scheduled to take place on October 27, 2023 at 10:30 a.m. in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor;

WHEREAS, the Court has advised that it will allow video access to the hearing for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only, prior to the hearing;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the October 27, 2023 hearing remotely rather than traveling to appear in person;

WHEREAS, the Parties prefer to observe the hearing remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the October 27, 2023 hearing, public video access will be permitted for the hearing using the webinar link found on the Court's webpage; and

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the October 27, 2023 hearing, there will be audio remote access only for the hearing.

Dated: October 19, 2023

*/s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: + 1 (202) 386-9610
Email: pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862

```
 1                                Email: matt@socialmediavictims.org
                                  Email: glenn@socialmediavictims.org
 2
                                  JAMES J. BILSBORROW
 3                                **WEITZ & LUXENBERG, PC**
                                  700 BROADWAY
 4                                NEW YORK, NY 10003
                                  Telephone: + 1 (212) 558-5500
 5                                Facsimile: + 1 (212) 344-5461
                                  Email: jbilsborrow@weitzlux.com
 6
                                  PAIGE BOLDT
 7                                **WATTS GUERRA LLP**
                                  4 Dominion Drive, Bldg. 3, Suite 100
 8                                San Antonio, TX 78257
                                  Telephone: + 1 (210) 448-0500
 9                                Email: PBoldt@WattsGuerra.com

10                                THOMAS P. CARTMELL
                                  **WAGSTAFF & CARTMELL LLP**
11                                4740 Grand Avenue, Suite 300
                                  Kansas City, MO 64112
12                                Telephone: + 1 (816) 701 1100
                                  Email: tcartmell@wcllp.com
13
                                  JAYNE CONROY
14                                **SIMMONS HANLY CONROY, LLC**
                                  112 MADISON AVE, 7TH FLOOR
15                                NEW YORK, NY 10016
                                  Telephone: + 1 (917) 882-5522
16                                Email: jconroy@simmonsfirm.com

17                                CARRIE GOLDBERG
                                  **C.A. GOLDBERG, PLLC**
18                                16 Court St.
                                  Brooklyn, NY 11241
19                                Telephone: + 1 (646) 666-8908
                                  Email: carrie@cagoldberglaw.com
20                                KIRK GOZA
                                  **GOZA & HONNOLD, LLC**
21                                9500 Nall Avenue, Suite 400
                                  Overland Park, KS 66207
22                                Telephone: + 1 (913) 451-3433
                                  Email: kgoza@gohonlaw.com
23
                                  SIN-TINY MARY LIU
24                                **AYLSTOCK WITKIN KREIS &
                                  OVERHOLTZ, PLLC**
25                                17 EAST MAIN STREET, SUITE 200
                                  PENSACOLA, FL 32502
26                                Telephone: + 1 (510) 698-9566
                                  Email: mliu@awkolaw.com
27
                                  ANDRE MURA
28                                **GIBBS LAW GROUP, LLP**
```

|  |  |
|---|---|
| 1 | 1111 BROADWAY, SUITE 2100 |
| 2 | OAKLAND, CA 94607<br>Telephone: + 1 (510) 350-9717 |
| 3 | Email: amm@classlawgroup.com |
| 4 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY** |
| 5 | 316 SOUTH BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 32502 |
| 6 | Telephone: + 1 (850) 435-7107<br>Email: epaulos@levinlaw.com |
| 7 | ROLAND TELLIS |
| 8 | DAVID FERNANDES<br>**BARON & BUDD, P.C.** |
| 9 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| 10 | Telephone: + 1 (818) 839-2333<br>Facsimile: + 1 (818) 986-9698 |
| 11 | Email: rtellis@baronbudd.com<br>Email: dfernandes@baronbudd.com |
| 12 | ALEXANDRA WALSH |
| 13 | **WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
| 14 | Washington D.C. 20036<br>Telephone: + 1 (202) 780-3014 |
| 15 | Email: awalsh@alexwalshlaw.com |
| 16 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 17 | 510 WALNUT STREET<br>SUITE 500 |
| 18 | PHILADELPHIA, PA 19106<br>Telephone: + 1 (215) 592-1500 |
| 19 | Email: mweinkowitz@lfsbalw.com |
| 20 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT** |
| 21 | 505 20th St North<br>Suite 1500 |
| 22 | Birmingham, Alabama 35203<br>Telephone: + 1 (205) 855-5700 |
| 23 | Email: fu@dicellolevitt.com |
| 24 | ROBERT H. KLONOFF<br>**ROBERT KLONOFF, LLC** |
| 25 | 2425 SW 76TH AVENUE<br>PORTLAND, OR 97225 |
| 26 | Telephone: + 1 (503) 702-0218<br>Email: klonoff@usa.net |
| 27 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 28 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |

```
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
```
**BRUSTER PLLC**
```
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
```
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
```
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
```
**MARSH LAW FIRM PLLC**
```
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com
```

*Attorneys for Plaintiffs*


**COVINGTON & BURLING LLP**

   */s/Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars

| | |
|---|---|
| 1 | Los Angeles, CA 90067 |
| | Telephone: + 1 (424) 332-4800 |
| 2 | Facsimile: +1 (424) 332-4749 |
| | Email: asimonsen@cov.com |
| 3 | |
| | Isaac D. Chaput (State Bar. No. 326923) |
| 4 | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| 5 | 415 Mission Street, Suite 5400 |
| | San Francisco, CA 94105 |
| 6 | Telephone: + 1 (415) 591-6000 |
| | Facsimile: +1 (415) 591-6091 |
| 7 | Email: ichaput@cov.com |
| 8 | Gregory L. Halperin, *pro hac vice* |
| | COVINGTON & BURLING LLP |
| 9 | 620 Eighth Avenue |
| | New York, NY 10018 |
| 10 | Telephone: + 1 (212) 841-1000 |
| | Facsimile: +1 (212) 841-1010 |
| 11 | Email: ghalperin@cov.com |
| 12 | *Attorney for Defendants Meta Platforms, Inc.* |
| | *f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 13 | *Facebook Operations, LLC; Facebook* |
| | *Payments, Inc.; Facebook Technologies, LLC;* |
| 14 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| | *Zuckerberg* |
| 15 | |
| 16 | **KING & SPALDING LLP** |
| 17 | _____/s/ Geofrey M. Drake_____ |
| | Geoffrey M. Drake |
| 18 | King & Spalding LLP |
| | 1180 Peachtree Street, NE, Suite 1600 |
| 19 | Atlanta, GA 30309 |
| | Telephone: + 1 (404) 572-4600 |
| 20 | Facsimile: + 1 (404) 572-5100 |
| | Email: gdrake@kslaw.com |
| 21 | |
| 22 | **FAEGRE DRINKER LLP** |
| 23 | _____/s/ Andrea Roberts Pieron_____ |
| | Andrea Roberts Pierson |
| 24 | Faegre Drinker LLP |
| | 300 N. Meridian Street, Suite 2500 |
| 25 | Indianapolis, IN 46204 |
| | Telephone: + 1 (317) 237-0300 |
| 26 | Facsimile: + 1 (317) 237-1000 |
| | Email: andrea.pierson@faegredrinker.com |
| 27 | |
| | *Attorneys for Defendants TikTok Inc. and* |
| 28 | *ByteDance Inc.* |

| | |
|---|---|
| 1 | |
| 2 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 3 | |
| 4 | _____*/s/ Lauren Gallo White*_____<br>Lauren Gallo White |
| 5 | Wilson Sonsini Goodrich & Rosati<br>lwhite@wsgr.com |
| 6 | Samantha A. Machock<br>smachock@wsgr.com |
| 7 | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA  94105 |
| 8 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 9 | Brian M. Willen |
| 10 | Wilson Sonsini Goodrich & Rosati<br>bwillen@wsgr.com |
| 11 | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 12 | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 13 | Christopher Chiou |
| 14 | Wilson Sonsini Goodrich & Rosati<br>cchiou@wsgr.com |
| 15 | 633 West Fifth Street<br>Los Angeles, CA 90071-2048 |
| 16 | Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 |
| 17 | **WILLIAMS & CONNOLLY LLP** |
| 18 | /*s/ Joseph G. Petrosinelli*_____ |
| 19 | Joseph G. Petrosinelli, *pro hac vice*<br>jpetrosinelli@wc.com |
| 20 | Ashley W. Hardin, *pro hac vice*<br>ahardin@wc.com |
| 21 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 22 | Tel.: 202-434-5000 |
| 23 | *Attorneys for Defendants YouTube, LLC,*<br>*Google LLC, and Alphabet Inc.* |
| 24 | |
| 25 | **MUNGER, TOLLES & OLSON LLP** |
| 26 | _____*/s/ Jonathan H. Blavin*_____<br>Jonathan H. Blavin, SBN 230269 |
| 27 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 28 | San Francisco, CA 94105-3089 |

|   |   |
|---|---|
|   | Telephone: (415) 512-4000 |
|   | Facsimile: (415) 512-4077 |
|   |   |
|   | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
|   | Ariel T. Teshuva (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA 90071-3426 |
|   | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |
|   |   |
|   | Lauren A. Bell, *pro hac vice* |
|   | MUNGER, TOLLES & OLSON LLP |
|   | 601 Massachusetts Ave., NW St., |
|   | Suite 500 E |
|   | Washington, D.C. 20001-5369 |
|   | Telephone: (202) 220-1100 |
|   | Facsimile: (202) 220-2300 |

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE: _____      _____
                                                                                            Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 19, 2023

*/s/ Jennie Lee Anderson*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*