Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*[Additional parties and counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**JOINT STATEMENT REGARDING AGENDA FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br><u>Hearing:</u><br>Date:  October 27, 2023<br>Time:  10:30 a.m.<br>Place:  Courtroom 1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's correspondence of August 16, 2023 directing the parties to confer and file a proposed agenda in advance of the hearing scheduled for October 27, 2023 at 10:30 AM, the parties hereby respectfully submit the following:

The parties have met and conferred on a proposed agenda for the hearing on Defendants' Motions to Dismiss.[1]  The parties propose that the Court address each of the issues in Defendants' Motions in the order presented below.  In accordance with the Court's instructions, Plaintiffs and

---

[1] Defs.' Joint Mot. to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) Plaintiffs' Priority Claims Asserted in Am. Master Complaint (Dkt. 237); Def. Snap Inc.'s Supp. Brief in Support of Defs.' Joint Mot. to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) Plaintiffs' Priority Claims Asserted in Am. Master Complaint (Dkt. 238); and Defs.' Supp. Joint Mot. to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Priority Claims Under Section 230 and the First Amendment (Dkt. 320).

Defendants will have one person at the microphone for each side on each issue. Further, for the Court's consideration, the parties respectfully offer suggestions on the amount of time to be allocated to argument on each issue. Of course, the parties defer to the Court on which issues the Court wishes to hear argument and for how long.

Separately, Plaintiffs have requested a Case Management Conference following the October 27, 2023 hearing on Defendants' Motions. The parties set forth their respective positions on this request below.

**Joint Proposed Agenda**

1. Immunity pursuant to Section 230 of the Communications Decency Act (60 minutes) (30 each side)

2. First Amendment (50 minutes) (25 each side)

3. Lunch break (45 minutes)

4. Pleading sufficiency of product liability claims against Defendants (30 minutes) (15 each side)

5. Pleading sufficiency of Plaintiffs' alleged duty of care owed by Defendants (30 minutes) (15 each side)[2]

6. Pleading sufficiency of Plaintiffs' causation allegations (30 minutes) (15 each side)

7. 10-minute break

8. Pleading sufficiency of Plaintiffs' negligence per se claim (30 minutes) (15 each side)

9. Snap Inc.'s supplemental briefing (10 minutes) (5 each side)

**Plaintiffs' Position on Request for Case Management Conference**

Since the parties last appeared before the Court on March 3, 2023, several developments have arisen that Plaintiffs believe will be most efficiently addressed with a brief Case Management Conference ("CMC") following the hearing, should time permit. Specifically, Plaintiffs propose allocating no more than 30 minutes for a CMC on the following:

1. Post-Demurrer Discovery Coordination with JCCP

---

[2] Plaintiffs have filed an administrative motion proposing that Count V (general negligence) also be considered at this time. *See* Dkt. 388. Defendants oppose that motion. *See* Dkt. 392.

JOINT STATEMENT ON MOTION
TO DISMISS HEARING AGENDA

Case No. 4:22-md-03047-YGR

2. Briefing of Remaining Claims

3. School District Cases

4. Pending Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Expert Disclosure (Dkt. 303)

**<u>Defendants' Position on Plaintiffs' Request for Case Management Conference</u>**

Defendants oppose Plaintiffs' request to hold a CMC following the hearing. The Court did not set a CMC for October 27, 2023 or request a case management statement in advance of the hearing. Instead, the Court set a hearing on Defendants' Motions to Dismiss and requested in advance only an agenda for that hearing. The parties have not prepared a joint statement regarding any of Plaintiffs' proposed topics. In any event, the Court's ruling on Defendants' Motions will inform how, if at all, discovery should proceed, the extent of further briefing required on Plaintiffs' remaining claims, and initial motions practice on the School District Cases, making the topics Plaintiffs seek to raise premature. Defendants will be prepared to discuss at next Friday's hearing setting a CMC at a date convenient to the Court following its Motion-to-Dismiss ruling, and any issues the Court would like the parties to address in advance through a joint statement.

DATED: October 20, 2023                              Respectfully submitted,

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter

| | |
|---|---|
| 1 | 850 Tenth Street, NW |
| 2 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| 3 | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |
| 4 | Email: pschmidt@cov.com |
| 5 | |
| | Emily Johnson Henn (State Bar No. 269482) |
| 6 | COVINGTON & BURLING LLP |
| | 3000 El Camino Real |
| 7 | 5 Palo Alto Square, 10th Floor |
| | Palo Alto, CA 94306 |
| 8 | Telephone: + 1 (650) 632-4700 |
| | Facsimile: +1 (650) 632-4800 |
| 9 | Email: ehenn@cov.com |
| 10 | |
| | Isaac D. Chaput (State Bar No. 326923) |
| 11 | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| 12 | 415 Mission Street, Suite 5400 |
| | San Francisco, CA 94105 |
| 13 | Telephone: + 1 (415) 591-6000 |
| | Facsimile: +1 (415) 591-6091 |
| 14 | Email: ichaput@cov.com |
| 15 | |
| | Gregory L. Halperin, *pro hac vice* |
| 16 | COVINGTON & BURLING LLP |
| | 620 Eighth Avenue |
| 17 | New York, NY 10018 |
| | Telephone: + 1 (212) 841-1000 |
| 18 | Facsimile: +1 (212) 841-1010 |
| | Email: ghalperin@cov.com |
| 19 | |
| 20 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 21 | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;* |
| 22 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 23 | |
| 24 | |
| 25 | **KING & SPALDING LLP** |
| 26 | */s/ Geoffrey M. Drake* |
| | Geoffrey M. Drake, *pro hac vice* |
| 27 | gdrake@kslaw.com |
| | Albert Q. Giang (State Bar No. 224332) |
| 28 | agiang@kslaw.com |
| | David Mattern, *pro hac vice* |

dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100


**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
  andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
  amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*


**MUNGER, TOLLES & OLSON LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
  Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
  Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
  Victoria.Degtyareva@mto.com
Ariel T. Teshuva  (State Bar No. 324238)
  Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

JOINT STATEMENT ON MOTION  
TO DISMISS HEARING AGENDA

Case No. 4:22-md-03047-YGR

| | |
|---|---|
| 1 | Lauren A. Bell, *pro hac vice* |
| 2 | Lauren.Bell@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| 3 | 601 Massachusetts Ave., NW, |
| | Suite 500 E |
| 4 | Washington, D.C. 20001-5369 |
| | Telephone:  (202) 220-1100 |
| 5 | Facsimile:  (202) 220-2300 |

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC,*
*Google LLC, and Alphabet Inc.*

JOINT STATEMENT ON MOTION                                    Case No. 4:22-md-03047-YGR
TO DISMISS HEARING AGENDA

|     |     |
| --- | --- |
| 1   | /s/ Lexi J. Hazam |
| 2   | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 3   | **BERNSTEIN, LLP**<br>275 BATTERY STREET, 29TH FLOOR |
| 4   | SAN FRANCISCO, CA 94111-3339<br>Telephone: + 1 (415) 956-1000 |
| 5   | Email: lhazam@lchb.com |
| 6   |     |
| 7   | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 8   | 55 CHALLENGER ROAD, 6TH FLOOR<br>RIDGEFIELD PARK, NJ 07660 |
| 9   | Telephone: + 1 (973) 639-9100<br>Facsimile: + 1 (973) 679-8656 |
| 10  | Email: cseeger@seegerweiss.com |

Using a simpler layout:

1   /s/ Lexi J. Hazam
    LEXI J. HAZAM
    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
    275 BATTERY STREET, 29TH FLOOR
    SAN FRANCISCO, CA 94111-3339
    Telephone: + 1 (415) 956-1000
    Email: lhazam@lchb.com

    CHRISTOPHER A. SEEGER
    **SEEGER WEISS, LLP**
    55 CHALLENGER ROAD, 6TH FLOOR
    RIDGEFIELD PARK, NJ 07660
    Telephone: + 1 (973) 639-9100
    Facsimile: + 1 (973) 679-8656
    Email: cseeger@seegerweiss.com

    PREVIN WARREN
    **MOTLEY RICE LLC**
    401 9th Street NW Suite 630
    Washington DC 20004
    Telephone: + 1 (202) 386-9610
    Email: pwarren@motleyrice.com

    *Co-Lead Counsel*

    JENNIE LEE ANDERSON
    **ANDRUS ANDERSON, LLP**
    155 MONTGOMERY STREET, SUITE 900
    SAN FRANCISCO, CA 94104
    Telephone: + 1 (415) 986-1400
    Email: jennie@andrusanderson.com

    *Liaison Counsel*

    JOSEPH G. VANZANDT
    **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
    234 COMMERCE STREET
    MONTGOMERY, AL 36103
    Telephone: + 1 (334) 269-2343
    Email: joseph.vanzandt@beasleyallen.com

    EMILY C. JEFFCOTT
    **MORGAN & MORGAN**
    220 W. GARDEN STREET, 9TH FLOOR
    PENSACOLA, FL 32502
    Telephone: + 1 (850) 316-9100
    Email: ejeffcott@forthepeople.com

|   |   |
|---|---|
| 1 | |
| 2 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 3 | 400 Manhattan Blvd. |
|   | Harvey, LA 70058 |
| 4 | Telephone: + 1 (504) 227–8100 |
|   | Email: raustin@ronaustinlaw.com |
| 5 | |
|   | MATTHEW BERGMAN |
| 6 | GLENN DRAPER |
| 7 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 8 | SEATTLE, WA 98104 |
|   | Telephone: + 1 (206) 741-4862 |
| 9 | Email: matt@socialmediavictims.org |
|   | Email: glenn@socialmediavictims.org |
| 10 | |
| 11 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 12 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 13 | Telephone: + 1 (212) 558-5500 |
|   | Facsimile: + 1 (212) 344-5461 |
| 14 | Email: jbilsborrow@weitzlux.com |
| 15 | |
|   | PAIGE BOLDT |
| 16 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 17 | San Antonio, TX 78257 |
|   | Telephone: + 1 (210) 448-0500 |
| 18 | Email: PBoldt@WattsGuerra.com |
| 19 | |
|   | THOMAS P. CARTMELL |
| 20 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 21 | Kansas City, MO 64112 |
|   | Telephone: + 1 (816) 701 1100 |
| 22 | Email: tcartmell@wcllp.com |
| 23 | |
|   | JAYNE CONROY |
| 24 | **SIMMONS HANLY CONROY, LLC** |
|   | 112 MADISON AVE, 7TH FLOOR |
| 25 | NEW YORK, NY 10016 |
|   | Telephone: + 1 (917) 882-5522 |
| 26 | Email: jconroy@simmonsfirm.com |
| 27 | |
|   | CARRIE GOLDBERG |
| 28 | **C.A. GOLDBERG, PLLC** |
|   | 16 Court St. |

Brooklyn, NY 11241
Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: + 1 (913) 451-3433
Email: kgoza@gohonlaw.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**

| JOINT STATEMENT ON MOTION TO DISMISS HEARING AGENDA | Case No. 4:22-md-03047-YGR |
|---|---|

31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 20, 2023    By: */s/ Ashley M. Simonsen*
                                Ashley M. Simonsen

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED:  October 20, 2023                              By:   /s/ Ashley M. Simonsen
                                                                              Ashley M. Simonsen