Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR OCTOBER 27, 2023 HEARING** |

Plaintiffs and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, a hearing on Defendants' motions to dismiss has been scheduled to take place on October 27, 2023 at 10:30 a.m. in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor;

WHEREAS, the Court has advised that it will allow video access to the hearing for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only, prior to the hearing;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the October 27, 2023 hearing remotely rather than traveling to appear in person;

WHEREAS, the Parties prefer to observe the hearing remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the October 27, 2023 hearing, public video access will be permitted for the hearing using the webinar link found on the Court's webpage; and

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the October 27, 2023 hearing, there will be audio remote access only for the hearing.

Dated: October 19, 2023

*/s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: + 1 (202) 386-9610
Email: pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*


JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862

| | |
|---|---|
| 1 | Email: matt@socialmediavictims.org |
|   | Email: glenn@socialmediavictims.org |
| 2 | |
| 3 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 4 | NEW YORK, NY 10003 |
|   | Telephone: + 1 (212) 558-5500 |
| 5 | Facsimile: + 1 (212) 344-5461 |
|   | Email: jbilsborrow@weitzlux.com |
| 6 | |
|   | PAIGE BOLDT |
| 7 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 8 | San Antonio, TX 78257 |
|   | Telephone: + 1 (210) 448-0500 |
| 9 | Email: PBoldt@WattsGuerra.com |
| 10 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 11 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 12 | Telephone: + 1 (816) 701 1100 |
|   | Email: tcartmell@wcllp.com |
| 13 | |
|   | JAYNE CONROY |
| 14 | **SIMMONS HANLY CONROY, LLC** |
|   | 112 MADISON AVE, 7TH FLOOR |
| 15 | NEW YORK, NY 10016 |
|   | Telephone: + 1 (917) 882-5522 |
| 16 | Email: jconroy@simmonsfirm.com |
| 17 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 18 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 19 | Telephone: + 1 (646) 666-8908 |
|   | Email: carrie@cagoldberglaw.com |
| 20 | KIRK GOZA |
|   | **GOZA & HONNOLD, LLC** |
| 21 | 9500 Nall Avenue, Suite 400 |
|   | Overland Park, KS 66207 |
| 22 | Telephone: + 1 (913) 451-3433 |
|   | Email: kgoza@gohonlaw.com |
| 23 | |
|   | SIN-TINY MARY LIU |
| 24 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 25 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 26 | Telephone: + 1 (510) 698-9566 |
|   | Email: mliu@awkolaw.com |
| 27 | |
|   | ANDRE MURA |
| 28 | **GIBBS LAW GROUP, LLP** |

- 4 -

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR OCTOBER 27, 2023 HEARING
NO. 4:22-MD-03047-YGR

1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net
HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016

- 5 -     STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
VIDEO ACCESS FOR OCTOBER 27, 2023 HEARING
NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | Telephone: + 1 (212) 213-8311 |
| | Email: hnappi@hrsclaw.com |
| 2 | |
| | ANTHONY K. BRUSTER |
| 3 | **BRUSTER PLLC** |
| | 680 N. Carroll Ave., Suite 110 |
| 4 | Southlake, TX 76092 |
| | Telephone: + 1 (817) 601-9564 |
| 5 | Email: akbruster@brusterpllc.com |
| 6 | FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM |
| 7 | **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS** |
| 8 | 2762 B M Montgomery Street, Suite 101 |
| | Homewood, Alabama 35209 |
| 9 | Telephone: + 1 (205) 564-2741 |
| | Email: francois@southernmedlaw.com |
| 10 | |
| | JAMES MARSH |
| 11 | **MARSH LAW FIRM PLLC** |
| | 31 HUDSON YARDS, 11TH FLOOR |
| 12 | NEW YORK, NY 10001-2170 |
| | Telephone: + 1 (212) 372-3030 |
| 13 | Email: jamesmarsh@marshlaw.com |
| 14 | *Attorneys for Plaintiffs* |
| 15 | |
| 16 | **COVINGTON & BURLING LLP** |
| 17 | _____/s/Phyllis A. Jones_____ |
| | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| 18 | COVINGTON & BURLING LLP |
| | One CityCenter |
| 19 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 20 | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| 21 | Email: pajones@cov.com |
| | Email: pschmidt@cov.com |
| 22 | |
| | Emily Johnson Henn (State Bar. No. 269482) |
| 23 | COVINGTON & BURLING LLP |
| | 3000 El Camino Real |
| 24 | 5 Palo Alto Square, 10th Floor |
| | Palo Alto, CA 94306 |
| 25 | Telephone: + 1 (650) 632-4700 |
| | Facsimile: +1 (650) 632-4800 |
| 26 | Email: ehenn@cov.com |
| 27 | Ashley M. Simonsen (State Bar. No. 275203) |
| | COVINGTON & BURLING LLP |
| 28 | 1999 Avenue of the Stars |

| | |
|---|---|
| 1 | Los Angeles, CA 90067 |
| 2 | Telephone: + 1 (424) 332-4800<br>Facsimile: +1 (424) 332-4749 |
| 3 | Email: asimonsen@cov.com |
| 4 | Isaac D. Chaput (State Bar. No. 326923)<br>COVINGTON & BURLING LLP |
| 5 | Salesforce Tower<br>415 Mission Street, Suite 5400 |
| 6 | San Francisco, CA 94105<br>Telephone: + 1 (415) 591-6000 |
| 7 | Facsimile: +1 (415) 591-6091<br>Email: ichaput@cov.com |
| 8 | Gregory L. Halperin, *pro hac vice* |
| 9 | COVINGTON & BURLING LLP<br>620 Eighth Avenue |
| 10 | New York, NY 10018<br>Telephone: + 1 (212) 841-1000 |
| 11 | Facsimile: +1 (212) 841-1010<br>Email: ghalperin@cov.com |
| 12 | *Attorney for Defendants Meta Platforms, Inc.* |
| 13 | *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*<br>*Facebook Operations, LLC; Facebook* |
| 14 | *Payments, Inc.; Facebook Technologies, LLC;*<br>*Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 15 | *Zuckerberg* |
| 16 | **KING & SPALDING LLP** |
| 17 | _____/s/ Geofrey M. Drake_____ |
| 18 | Geoffrey M. Drake<br>King & Spalding LLP |
| 19 | 1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309 |
| 20 | Telephone: + 1 (404) 572-4600<br>Facsimile: + 1 (404) 572-5100 |
| 21 | Email: gdrake@kslaw.com |
| 22 | **FAEGRE DRINKER LLP** |
| 23 | _____/s/ Andrea Roberts Pieron_____ |
| 24 | Andrea Roberts Pierson<br>Faegre Drinker LLP |
| 25 | 300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204 |
| 26 | Telephone: + 1 (317) 237-0300<br>Facsimile: + 1 (317) 237-1000 |
| 27 | Email: andrea.pierson@faegredrinker.com |
| 28 | *Attorneys for Defendants TikTok Inc. and*<br>*ByteDance Inc.* |

|   |   |
|---|---|
| 1 |  |
| 2 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 3 |  |
| 4 | _____/s/ Lauren Gallo White_____<br>Lauren Gallo White<br>Wilson Sonsini Goodrich & Rosati |
| 5 | lwhite@wsgr.com<br>Samantha A. Machock |
| 6 | smachock@wsgr.com<br>One Market Plaza, Spear Tower, Suite 3300 |
| 7 | San Francisco, CA  94105<br>Telephone: (415) 947-2000 |
| 8 | Facsimile: (415) 947-2099 |
| 9 | Brian M. Willen<br>Wilson Sonsini Goodrich & Rosati |
| 10 | bwillen@wsgr.com<br>1301 Avenue of the Americas, 40th Floor |
| 11 | New York, New York 10019<br>Telephone: (212) 999-5800 |
| 12 | Facsimile: (212) 999-5899 |
| 13 | Christopher Chiou<br>Wilson Sonsini Goodrich & Rosati |
| 14 | cchiou@wsgr.com<br>633 West Fifth Street |
| 15 | Los Angeles, CA 90071-2048<br>Telephone: (323) 210-2900 |
| 16 | Facsimile: (866) 974-7329 |
| 17 | **WILLIAMS & CONNOLLY LLP** |
| 18 | /s/ Joseph G. Petrosinelli |
| 19 | Joseph G. Petrosinelli, *pro hac vice*<br>jpetrosinelli@wc.com |
| 20 | Ashley W. Hardin, *pro hac vice*<br>ahardin@wc.com |
| 21 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 22 | Tel.: 202-434-5000 |
| 23 | *Attorneys for Defendants YouTube, LLC,*<br>*Google LLC, and Alphabet Inc.* |
| 24 |  |
| 25 | **MUNGER, TOLLES & OLSON LLP** |
| 26 | _____/s/ Jonathan H. Blavin_____<br>Jonathan H. Blavin, SBN 230269 |
| 27 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 28 | San Francisco, CA 94105-3089 |

|   |   |
|---|---|
| 1 | Telephone: (415) 512-4000 |
|   | Facsimile: (415) 512-4077 |
| 2 |   |
|   | Rose L. Ehler (SBN 29652) |
| 3 | Victoria A. Degtyareva (SBN 284199) |
|   | Ariel T. Teshuva (SBN 324238) |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
| 5 | Los Angeles, CA 90071-3426 |
|   | Telephone: (213) 683-9100 |
| 6 | Facsimile: (213) 687-3702 |

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE:  October 23, 2023

_____
Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 19, 2023

*/s/ Jennie Lee Anderson*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*