AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>*Plaintiff*<br>v.<br>META PLATFORMS, INC.; INSTAGRAM, LLC; BYTEDANCE INC.; BYTEDANCE LTD. TIKTOK, LTD. TIKTOK, LLC. TIKTOK, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Case No. 4:22-md-03047-YGR |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff S.R., indivdually and on behalf of her minor child S.L.                        .

Date: 10/30/2023

/s/ Ebony Bobbitt
*Attorney's signature*

Ebony Bobbitt
*Printed name and bar number*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

*Address*

ebobbitt@motleyrice.com
*E-mail address*

(843) 259-4627
*Telephone number*

(843) 216-9450
*FAX number*