| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. || COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Deborah Grubbs | 2a. CONTACT PHONE NUMBER<br>(650) 493-9300 || 3. CONTACT EMAIL ADDRESS<br>dgrubbs@wsgr.com |
| 1b. ATTORNEY NAME (if different)<br>Lauren Gallo White | 2b. ATTORNEY PHONE NUMBER<br>(650) 493-9300 || 3. ATTORNEY EMAIL ADDRESS<br>lwhite@wsgr.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Wilson Sonsini Goodrich & Rosati, PC<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | 5. CASE NAME<br>In Re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation || 6. CASE NUMBER<br>4:22-md-03047-YGR |
| ^^ | 8. THIS TRANSCRIPT ORDER IS FOR: |||
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Raynee Mercado | ☐ APPEAL     ☐ CRIMINAL<br>☐ NON-APPEAL  ☑ CIVIL | ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>CJA: Do not use this form; use Form CJA24. ||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) |||| b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) ||||| c. DELIVERY TYPE (Choose one per line) |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 10/27/2023 | YGR | Discovery | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE  /s/ Lauren Gallo White | 12. DATE<br>10/31/2023 |
|---|---|

Clear Form                                                                 Save as new PDF