Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al., 4:23-cv-4682*<br><br>*S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al., 4:23-cv-05097* | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' SIXTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-2 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-4682 (Exhibit 1)
- *S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-05097 (Exhibit 2)

This motion is accompanied by a proposed order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion") pursuant to Civil Local Rules 7-11 and 7-12. *See* Civ. L. R. 79-5(c).

This Court previously considered and finding good cause granted Plaintiffs' request to seal applications for guardian *ad litem* in this case. ECF No. 16.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants for a standing stipulation that Applications may be filed under seal. Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause. Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibits In Support of Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

| | | |
|---|---|---|
| 1 | Dated: November 1, 2023 | Respectfully submitted, |
| 2 | | **ANDRUS ANDERSON LLP** |
| 3 | | */s/Jennie Lee Anderson* |
| 4 | | Jennie Lee Anderson |
| 5 | | *jennie@andrusanderson.com* |
| | | 155 Montgomery Street, Suite 900 |
| 6 | | San Francisco, CA 94104 |
| | | Telephone: (415) 986-1400 |
| 7 | | Facsimile: (415) 986-1474 |
| 8 | | *Plaintiffs' Liaison Counsel* |

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com


MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**

112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600

| | |
|---|---|
| 1 | Encino, CA 91436 |
| 2 | Telephone:  (818) 839-2333 |
|   | Facsimile:  (818) 986-9698 |
| 3 | rtellis@baronbudd.com |
|   | dfernandes@baronbudd.com |
| 4 | |
| 5 | ALEXANDRA WALSH |
|   | **WALSH LAW** |
| 6 | 1050 Connecticut Ave, NW, Suite 500 |
|   | Washington D.C. 20036 |
| 7 | T: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 8 | |
| 9 | |
| 10 | MICHAEL M. WEINKOWITZ |
|   | **LEVIN SEDRAN & BERMAN, LLP** |
| 11 | 510 WALNUT STREET |
|   | SUITE 500 |
| 12 | PHILADELPHIA, PA 19106 |
|   | Telephone:  215-592-1500 |
| 13 | mweinkowitz@lfsbalw.com |
| 14 | |
|   | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 15 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 16 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 17 | Telephone:  205.855.5700 |
|   | fu@dicellolevitt.com |
| 18 | |
| 19 | ROBERT H. KLONOFF |
|   | **ROBERT KLONOFF, LLC** |
| 20 | 2425 SW 76TH AVENUE |
|   | PORTLAND, OR 97225 |
| 21 | Telephone: 503-702-0218 |
|   | klonoff@usa.net |
| 22 | |
| 23 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 24 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 25 | Tel: 212.213.8311 |
|   | hnappi@hrsclaw.com |
| 26 | |
| 27 | ANTHONY K. BRUSTER |
|   | **BRUSTER PLLC** |
| 28 | 680 N. Carroll Ave., Suite 110 |

Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*