1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (pro hac vice)
6  cseeger@seegerweiss.com
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (pro hac vice)
10 pwarren@motleyrice.com
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13 *Plaintiffs' Co-Lead Counsel*

14

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Plaintiffs' Liaison Counsel*

15

16                     UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
   ADDICTION/PERSONAL INJURY
20 PRODUCTS LIABILITY LITIGATION           MDL No. 3047

21
                                           **DECLARATION OF JENNIE LEE
22 This Document Relates to:               ANDERSON IN SUPPORT OF
   *C.F., on behalf of minor A.K. v. Meta  PLAINTIFFS' ADMINISTRATIVE
23 Platforms, Inc., et al., 4:23-cv-4682*  MOTION TO FILE UNDER SEAL
                                           EXHIBITS TO THE DECLARATION OF
24                                          JENNIE LEE ANDERSON IN SUPPORT
   *S.R., on behalf of minor S.L. v. Meta  OF PLAINTIFFS' SIXTH *EX PARTE*
25 Platforms, Inc., et al., 4:23-cv-05097* APPLICATION FOR APPOINTMENT
                                           OF GUARDIANS *AD LITEM***

26

27

28

1   I, Jennie Lee Anderson, do hereby declare and state as follows:

2   1.   I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted

3   to practice before the courts of the State of California and in the Northern District of California.  I

4   am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent*

5   *Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of

6   record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I

7   make this declaration of my own personal knowledge and, if called as a witness, I could and

8   would testify competently to the matters stated below.

9   2.   I make this declaration in support of Plaintiffs' Administrative Motion to File

10   Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixth *Ex*

11   *Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

12   3.   For the reasons set forth in Plaintiffs' administrative motion to seal filed on

13   February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs

14   seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of

15   Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson

16   Declaration").

17   4.   True and correct copies of the following Exhibits to the Anderson Declaration

18   are as follows and attached hereto:

19
20   • *C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al., 4:23-cv-4682*
      (Exhibit 1)

21   • *S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al., 4:23-cv-05097*
22      (Exhibit 2)

23   5.   Pursuant to Civil Local Rule 7-11, on June 15,2023, I asked for, and Defendants

24   agreed to, a standing stipulation that the individual applications seeking appointment of guardians

25   ad litem in these cases may be filed under seal.  Liaison Counsel for Defendants also confirmed

26   that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order

27   or orders in the future to unseal individual applications and/or require parents who wish to

28   proceed pseudonymously going forward make a showing of good cause.

1      I declare under penalty of perjury pursuant to the laws of the United States of America that

2  the foregoing is true and correct.

3

4  Dated: November 1, 2023                    Respectfully submitted,

5                                             */s/Jennie Lee Anderson*
                                             Jennie Lee Anderson
6                                             *Plaintiffs' Liaison Counsel*

7                                             ANDRUS ANDERSON LLP
8                                             155 Montgomery Street, Suite 900
                                             San Francisco, CA  94104
9                                             Telephone:    (415) 986-1400
                                             Facsimile:     (415) 986-1474
10                                            jennie@andrusanderson.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28