1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT            Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION             MDL No. 3047

13   _____

14   This Document Relates to:                 **[PROPOSED] ORDER RE PLAINTIFFS'**
                                               **ADMINISTRATIVE MOTION TO FILE**
15   *C.F., on behalf of minor A.K. v. Meta*   **UNDER SEAL EXHIBITS TO THE**
     *Platforms, Inc., et al., 4:23-cv-4682*   **DECLARATION OF JENNIE LEE**
16                                             **ANDERSON IN SUPPORT OF**
                                               **PLAINTIFFS' SIXTH** *EX PARTE*
17   *S.R., on behalf of minor S.L. v. Meta*   **APPLICATION FOR APPOINTMENT OF**
     *Platforms, Inc., et al., 4:23-cv-05097*  **GUARDIANS** *AD LITEM*

18

19

20

21

22

23

24

25

26

27

28

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Sixth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-2 to the Anderson Declaration in Support of Sixth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *M.L., on behalf of minor C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al., 4:23-cv-4682* | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *F.R. filed on behalf of S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al., 4:23-cv-05097* | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED: _____          _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE PLAINTIFFS' ADMIN MOTION TO
FILE UNDER SEAL
CASE NO. 4:22-MD-03047-YGR