1 | Lexi J. Hazam (SBN 224457)
  | lhazam@lchb.com
2 | LIEFF CABRASER HEIMANN
  | & BERNSTEIN, LLP
3 | 275 Battery Street, 29th Floor
  | San Francisco, CA 94111-3339
4 | Telephone: (415) 956-1000
  | Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:   (415) 986-1474

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> *C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al., 4:23-cv-4682* <br><br> *S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al., 4:23-cv-05097* | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 <br><br> **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SIXTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1    I, Jennie Lee Anderson, do hereby declare and state as follows:

2    1.    I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted
3    to practice before the courts of the State of California and in the Northern District of California. I
4    am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent*
5    *Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of
6    record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I
7    make this declaration of my own personal knowledge and, if called as a witness, I could and
8    would testify competently to the matters stated below.

9    2.    I make this declaration in support of Plaintiffs' Sixth Consolidated *Ex Parte*
10   Application for Appointment of Guardians *Ad Litem*.

11   *3.*   Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte*
12   Application for Appointment of Guardian *Ad Litem* I received for the case *C.F., on behalf of*
13   *minor A.K. v. Meta Platforms, Inc., et al., 4:23-cv-4682*.

14   *4.*   Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte*
15   Application for Appointment of Guardian *Ad Litem* I received for the case *S.R., on behalf of*
16   *minor S.L. v. Meta Platforms, Inc., et al., 4:23-cv-05097*.

17   5.    Exhibits 1-2 are Applications submitted to Plaintiffs' Liaison Counsel for filing
18   since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached
19   as Exhibits 1-2. The Applications have been made by the minor's parent, and/or legal guardian.
20   Further, the *Ex Parte* Applications are consistent with Attachment A to this Court's Order
21   Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's
22   name and contact information (including address, email, and telephone number); (2) the name,
23   case number, state of domicile (and its minimum age of capacity); (3) a statement that the
24   applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming
25   that the applicant is fully competent and qualified to understand and protect the rights of the
26   minor plaintiff and has no interests adverse to the interests of that person.

27   I declare under penalty of perjury pursuant to the laws of the United States of America that
28   the foregoing is true and correct.

| | |
|---|---|
| Dated: November 1, 2023 | Respectfully submitted, |
| | */s/Jennie Lee Anderson*<br>Jennie Lee Anderson |
| | *Plaintiffs' Liaison Counsel* |
| | ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA  94104<br>Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474<br>jennie@andrusanderson.com |