| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>*lhazam@lchb.com*<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-100<br><br>Christopher A. Seeger (*pro hac vice*)<br>*cseeger@seegerweiss.com*<br>SEEGER WEISS, LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100<br>Facsimile: (973) 679-8656<br><br>Previn Warren (*pro hac vice*)<br>*pwarren@motleyrice.com*<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610<br>Facsimile: (202) 232-5513<br><br>*Plaintiffs' Co-Lead Counsel* | Jennie Lee Anderson (SBN 203586)<br>*jennie@andrusanderson.com*<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474<br>*Plaintiffs' Liaison Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al.*, 4:23-cv-4682<br><br>*S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al.*, 4:23-cv-05097 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**EXHIBITS 1-2 DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFF'S SIXTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM** |

# EXHIBIT 1

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 2

**EXHIBIT FILED UNDER SEAL**