1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11    IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR

12    ADDICTION/PERSONAL INJURY               MDL No. 3047

13    PRODUCTS LIABILITY LITIGATION
                                              **[PROPOSED] ORDER GRANTING**
14                                            **PLAINTIFFS' SIXTH *EX PARTE***
                                              **APPLICATION AND APPOINTING**
15                                            **GUARDIANS *AD LITEM***

16    This Document Relates to:
      *C.F., on behalf of minor A.K. v. Meta*
17    *Platforms, Inc., et al., 4:23-cv-4682*

18    *S.R., on behalf of minor S.L. v. Meta*
      *Platforms, Inc., et al., 4:23-cv-05097*
19

20

21         The Court is in receipt of Plaintiffs' Sixth E*x Parte* Application for Appointment of

22    Guardians *Ad Litem* (hereinafter, "Sixth *Ex Parte* Application").

23         Pursuant to this Court' Order Regarding Appointment of Guardian *Ad Litem* (ECF No.

24    122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted

25    by parents and/or legal guardians were deemed presumptively approved upon filing because there

26    was no apparent conflict between the applicants' parental responsibility and their obligation to

27    assist the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4

28    (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1

1   (N.D. Cal. Sept.16, 2016)).

2          On November 1, 2023, Applications were submitted by the parents and/or legal guardians

3   to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

4
5          • *C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al.,* 4:23-cv-4682
             (Exhibit 1)
6          • *S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al.,* 4:23-cv-05097
             (Exhibit 2)

7          Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the

8   Court's presumptive approval of these Applications will become final if no objections are filed

9   within fifteen days of the filing of Plaintiffs' Sixth *Ex Parte* Application.  ECF No. 122 ¶ 5.

10         Having received no objections within fifteen days of the filing of Plaintiffs' Sixth *Ex*

11  *Parte* Application, and good cause appearing, it is hereby ordered that that the applicants

12  identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the

13  minor plaintiffs in those actions.

14         **IT IS SO ORDERED.**

15
16   Dated: _____

17                                              _____
                                                Hon. Yvonne Gonzalez Rogers
                                                UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION AND
APPOINTING GUARDIANS AD LITEM
CASE NO. 4:22-MD-03047-YGR