# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 27, 2023 | **Time:** 4 Hours 42 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorneys for Plaintiffs:** Previn Warren, Elizabeth Cabraser, Jennifer Scullion, Christopher Ayers, Lexi Hazam, Matthew Jasinski, Abigail Burman, Jason Lichtman, Patrick Andrews, Gabriel Panek, Jennie Lee Anderson and Andre Mura

**Attorneys for Defendant:** Paul Schmidt, Ashley Simonsen, Gregory Halperin, Brian Willen, Rose Ehler, Wilson Sonsini, Geoffrey Drake, Jonathan Blavin, Phyllis Jones, Lauren White and Andre Pierson

**Deputy Clerk:** Edwin Cuenco        **Court Reporter:** Raynee Mercado

### PROCEEDINGS:

Joint Motion to Dismiss Pursuant to Rule 12(b)(6) and Joint Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) Plaintiffs' Priority Claims Asserted in Amended Master Complaint - **HELD**

Matters relative to the joint motions, such as the status of the school district claims; Section 230; the First Amendment; the sufficiency of plaintiffs' pleadings in support of their products liability claims, including with respect to duty and causation; the sufficiency of plaintiffs' pleadings in support of their negligence *per se* claims; as well as Snap's supplemental briefs were argued.

The Court identified and presented its categorization of plaintiffs' alleged product defects into six thematic groups, which the parties referenced in their argument.

Further Case Management conferences were set for November 16, 2023 at 11:00 AM and December 13, 2023 at 10:30 AM. Parties are reminded to timely submit their proposed agenda in advance of each conference. Parties are also ordered to meet and confer regarding such agenda and may wish to address topics such as the school district claims, elements to brief in subsequent rounds of dismissal briefing, as well as the pending motion to proceed on an anonymous basis in *Frank v. Meta Platforms, et al.* (Case No. 23-4686).

Written order to issue.