Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: tcartmell@wcllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**MOTION OF THOMAS P. CARTMELL FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE LEADERSHIP** |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | <u>Hearing</u>:<br><br>Date: December 12, 2023<br>Time: 2:00pm<br>Place: Oakland, CA<br>Judge: Hon. Yvonne Gonzalez Rogers |

0

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE THAT, on December 12, 2023, at 2:00 P.M., before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court, Northern District of California, located at 1301 Clay Street in Oakland, California, Thomas P. Cartmell, of Wagstaff & Cartmell LLP, will and hereby does move this Court for an order appointing Mr. Cartmell to the Plaintiffs' Steering Committee Leadership.

This Motion is based on the Memorandum of Points and Authorities and exhibit submitted herewith, any Reply Memorandum or other papers submitted in connection with the Motion, any matter of which this Court may properly take judicial notice, and any information presented at argument.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Mr. Cartmell respectfully renews his application to the Plaintiffs' Steering Committee Leadership at the request of Plaintiffs' Co-Lead Counsel. If appointed, Plaintiffs' Co-Lead Counsel have requested that Mr. Cartmell serve as Co-Chair for Local Government Entities and assist in crafting trial strategy.

As demonstrated in the accompanying letter from Mr. Cartmell (Exhibit 1), Mr. Cartmell is qualified, committed, and available to bring significant resources to bear in this litigation. For the reasons set forth in Exhibit 1, Mr. Cartmell respectfully requests the Court issue an order appointing him to the Plaintiffs' Steering Committee Leadership.

///

DATED: November 7, 2023                         Respectfully Submitted,

                                                **WAGSTAFF & CARTMELL LLP**

                                                <u>*/s/ Thomas P. Cartmell*</u>
                                                Thomas P. Cartmell

## CERTIFICATE OF SERVICE

   I hereby certify that on November 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.



                                                By: <u>*/s/ Thomas P. Cartmell*</u>
                                                     Thomas P. Cartmell