Austin P. Brane
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: abrane@wcllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF AUSTIN P. BRANE IN SUPPORT OF MOTION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE LEADERSHIP** |

I, AUSTIN P. BRANE, declare:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto is a true and correct copy of the following:

Exhibit 1. Thomas P. Cartmell's Application to the Plaintiffs' Steering Committee Leadership.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2023, in Kansas City, Missouri.

Dated: November 7, 2023                    /s/ Austin P. Brane_____
                                           Austin P. Brane