UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONL INJURY PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>**ALL ACTIONS** | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THOMAS P. CARTMELL FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE LEADERSHIP** |

Having considered Thomas P. Cartmell's Motion for Appointment to Plaintiffs' Steering Committee Leadership ("Motion"), the declaration and exhibit in support thereof, and good cause being found, the Court hereby GRANTS the Motion.

IT IS ORDERED that Thomas P. Cartmell has been appointed to Plaintiffs' Steering Committee Leadership.

Dated:_____                                          _____
                                                                                HON. YVONNE GONZALEZ ROGERS