## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of November 2023, a true and correct copy of the preceding Application for Refund was presented and served via electronic filing on the Finance Unit, Office of the Clerk, U.S. District Court, 450 Golden Gate Avenue, P.O. Box 36060, San Francisco, CA 94102.

*Isl Michael M  Weinkowitz*
Michael M. Weinkowitz
