# EXHIBIT A



# Aelish Marie Baig

Partner

San Francisco
T: (415) 288-4545  |  F: (415) 288-4534

> "We are committed to seeking justice for our clients by uncovering and revealing the truth, using wisdom, skill and perseverance."

## Overview

Aelish Marie Baig is a partner in Robbins Geller Rudman & Dowd LLP's San Francisco office. She specializes in federal securities and consumer class actions. She focuses primarily on securities fraud litigation on behalf of individual and institutional investors, including state and municipal pension funds, Taft-Hartley funds, and private retirement and investment funds. Aelish has litigated a number of cases through jury trial, resulting in multi-million dollar awards and settlements for her clients, and has prosecuted securities fraud, consumer, and derivative actions obtaining millions of dollars in recoveries against corporations such as Wells Fargo, Verizon, Celera, Pall, and Prudential.

Aelish, along with co-counsel and a team of Robbins Geller attorneys, is currently leading the effort on behalf of cities and counties around the country in *In re National Prescription Opiate Litigation*. In 2022, Aelish served as co-trial counsel in a federal bench trial in San

Francisco in a case that had been selected as a bellwether in the multi-district litigation. The team achieved combined settlements of nearly $70 million for San Francisco and more than $50 billion nationally from multiple pharmaceutical companies who were defendants in the national litigation. The Honorable Charles R. Breyer of the Northern District of California ruled that Walgreens, the only defendant remaining in the San Francisco case, was liable for its role in the opioid crisis in San Francisco.

Aelish has also been appointed to the Plaintiffs' Steering Committee in *In re Juul Labs, Inc., Marketing, Sales Practices, and Product Liability Litigation*, currently pending before the Honorable William H. Orrick in the Northern District of California. She serves on the expert and trial committees and represents, among others, one of the trial bellwethers. Aelish and her team have recently completed discovery and are currently preparing for expert reports and trial. She has also been appointed by the Honorable Charles R. Breyer in the Northern District of California to the Plaintiffs' Steering Committee in *In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation*.

Additionally, Aelish prosecuted an action against Wells Fargo's directors and officers accusing the giant of engaging in the robosigning of foreclosure papers so as to mass-process home foreclosures, a practice which contributed significantly to the 2008-2009 financial crisis. The resulting settlement was worth more than $67 million in cash, corporate preventative measures, and new lending initiatives for residents of cities devastated by Wells Fargo's alleged unlawful foreclosure practices.

Aelish and a team of Robbins Geller attorneys recently obtained a $62.5 million settlement in *Villella v. Chemical and Mining Company of Chile Inc.*, a securities class action against a Chilean mining company.  The case alleged that Sociedad Química y Minera de Chile S.A. ("SQM") violated the Securities Exchange Act of 1934 by issuing materially false and misleading statements regarding the Company's failure to disclose that money from SQM was channeled illegally to electoral campaigns for Chilean politicians and political parties as far back as 2009.  SQM had also filed millions of dollars' worth of fictitious tax receipts with Chilean authorities in order to conceal bribery payments from at least 2009 through fiscal 2014.  Due to the company being based out of Chile and subject to Chilean law and rules, Aelish and the Robbins Geller litigation team put together a multilingual litigation team with Chilean expertise.

Aelish was also part of the litigation and trial team in *White v. Cellco Partnership d/b/a Verizon Wireless*, which resulted in a $25 million settlement and Verizon's agreement to an injunction restricting its ability to impose early termination fees in future subscriber agreements. She was also part of the team that prosecuted dozens of stock option backdating actions, securing tens of millions of dollars in cash recoveries as well as the implementation of comprehensive corporate governance enhancements for numerous

companies victimized by their directors' and officers' fraudulent stock option backdating practices. Additionally, Aelish prosecuted an action against Prudential Insurance for its alleged failure to pay life insurance benefits to beneficiaries of policyholders it knew or had reason to know had died, resulting in a settlement in excess of $30 million.

Aelish has been an Elite Women of the Plaintiffs Bar winner at *The National Law Journal*'s Elite Trial Lawyers awards. She has also named a Recommended Lawyer by *The Legal 500*, California Lawyer Attorney of the Year (CLAY) by the *Daily Journal*, a Plaintiffs' Lawyers Trailblazer, Litigation Trailblazer, and Class Action/Mass Tort Litigation Trailblazer by *The National Law Journal*, a Leading Plaintiff Consumer Lawyer, Leading Lawyer in America, and Leading Plaintiff Financial Lawyer by *Lawdragon*, a California Trailblazer by *The Recorder*, and a Super Lawyer by *Super Lawyers Magazine*. She has also been named on the Best Lawyer in America list, Best Lawyers in America: Ones to Watch list, and the Northern California Ones to Watch list by *Best Lawyers*®. She joined the Firm in 2004 after having previously practiced with Lawless & Lawless in the area of employment discrimination where she litigated and tried numerous cases to successful outcomes.

Aelish serves as a Board member for Legal Aid at Work, a highly respected non-profit organization committed to enforcing and strengthening the civil and employment rights of low-wage workers in California and across the country. She earned her Bachelor of Arts degree from Brown University and her Juris Doctor degree from American University, where she was senior editor of the *Administrative Law Review*.

## Awards

- Best Lawyer in America, *Best Lawyers*®, 2024

- Class Action/Mass Tort Litigation Trailblazer, *The National Law Journal*, 2023

- Recommended Lawyer, *The Legal 500*, 2023

- Leading Plaintiff Financial Lawyer, *Lawdragon*, 2019-2023

- Elite Women of the Plaintiffs Bar, Elite Trial Lawyers, *The National Law Journal*, 2023

- Plaintiffs' Lawyers Trailblazer, *The National Law Journal*, 2021, 2023

- California Lawyer Attorney of the Year (CLAY), *Daily Journal*, 2023

- Leading Plaintiff Consumer Lawyer, *Lawdragon*, 2022-2023

- Leading Lawyer in America, *Lawdragon*, 2020-2023

- Best Lawyer in America: One to Watch, *Best Lawyers®*, 2021-2023
- Best Lawyer in Northern California: One to Watch, *Best Lawyers®*, 2021
- Featured in "Lawyer Limelight" series, *Lawdragon*, 2020
- Litigation Trailblazer, *The National Law Journal*, 2019
- California Trailblazer, *The Recorder*, 2019
- Super Lawyer, *Super Lawyers Magazine*, 2012-2013

# Practice Areas

Securities Fraud

Consumer Fraud and Privacy

Shareholder Derivative

# Education

Washington College of Law at American University, J.D., 1998, *cum laude*

- Senior editor of the *Administrative Law Review*

Brown University, B.A., 1992, International Relations

# Admissions

- California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern and Central Districts of California

# Notable Cases

City of Westland Police & Fire Ret. Sys. v. Stumpf

Rosenbloom v. Pyott (Allergan)

Villella v. Chemical and Mining Company of Chile Inc.

# News

McKinsey to Pay $230 Million to Resolve Claims About Its Consulting for Drug Companies that Fueled the Opioid Crisis
September 27, 2023

$255 Million Settlement with JUUL Approved by Court
September 26, 2023

Partner Aelish Marie Baig Named Class Action/Mass Tort Trailblazer by *The National Law Journal*
September 5, 2023

Robbins Geller Attorneys Recognized in *The Best Lawyers in America*® and *The Best Lawyers in America: Ones to Watch*®
August 17, 2023

42 Robbins Geller Attorneys Honored as Leading Plaintiff Financial Lawyers by *Lawdragon*
May 30, 2023

Robbins Geller and Co-Counsel Achieve Nearly $230 Million Settlement with Walgreens for its Role in Opioid Epidemic in San Francisco
May 26, 2023

Robbins Geller Helps Secure Historic $235 Million Settlement with Altria in National Youth E-Cigarette Cases
May 22, 2023

Robbins Geller Selected by *The National Law Journal* as Finalist in 2023 Elite Trial Lawyers Awards and Partner Aelish Marie Baig Wins in Elite Women of the Plaintiffs Bar
May 16, 2023

Partner Aelish Marie Baig Recognized as 2023 Plaintiffs' Lawyers Trailblazer by *The National Law Journal*
May 2, 2023

*Daily Journal* Honors Robbins Geller and the San Francisco Opioids Litigation Team with 2023 CLAY Award

April 24, 2023

Eight Robbins Geller Partners Selected as Leading Plaintiff Consumer Lawyers by *Lawdragon*
February 27, 2023

16 Robbins Geller Attorneys Recognized as Leading Lawyers by *Lawdragon*
January 19, 2023

"'Reckless, Profit-Driven Dispensing Practices'"
November 2, 2022

Robbins Geller Tops *Benchmark Litigation*'s Rankings
October 10, 2022

Partner Paul Geller Named 2022 Class Action MVP by *Law360*
September 16, 2022

"'Rapid-Fire Five-Dimensional Chess'": Partner Aelish Baig Discusses Recent "Landmark Victory" with *Law360*
September 2, 2022

Robbins Geller Attorneys Named 2023 Best Lawyers and Ones to Watch by *Best Lawyers*®
August 18, 2022

"'Wake-Up Call'" for Pharmaceutical Companies
August 12, 2022

Walgreens' Conduct a "Devastating" Contribution to Opioid Epidemic in San Francisco
August 11, 2022

Partner Paul Geller Helps Strike $4 Billion Opioids Settlement with Drug Manufacturer Teva
July 27, 2022

Robbins Geller Wins Litigation Firm of the Year: Class Action at *The National Law Journal*'s Elite Trial Lawyers Awards
July 19, 2022

On the Eve of Closing Arguments in Opioid Trial, Robbins Geller and Co-Counsel Strike Historic $58 Million Settlement for the City and County of San Francisco
July 13, 2022

"Catastrophic" – San Francisco Public Health Department Doctor Describes the City's Struggle with the Opioid Crisis
May 11, 2022

"Their Ultimate Concern Was to Drive Sales": Partner Aelish Baig and Co-Counsel Present Case Against Pharmaceutical Companies
April 27, 2022

"We Demand the Truth"
April 26, 2022

Robbins Geller Attorneys Recognized as 2022 *Best Lawyers*® and Ones to Watch
August 19, 2021

Paul Geller and Leadership Committee Honored as "Litigators of the Week" Upon Announcement of Historic $26 Billion Settlement in Opioid Litigation
July 23, 2021

Robbins Geller Partners Aelish Baig and Jessica Shinnefield Recognized as "Born Leaders" and Plaintiffs' Lawyers Trailblazers by *The National Law Journal*
May 4, 2021

Eleven Robbins Geller Partners Named Leading Lawyers in America by *Lawdragon*
January 28, 2021

Robbins Geller Obtains $62.5 Million Settlement Against Chilean Mining Company
December 22, 2020

Our Very Own Paul Geller (with his loyal sidekick Gary) Front and Center in *Lawdragon*'s "Leading Lawyers" Fifteenth Anniversary Issue
December 18, 2020

Robbins Geller Attorneys Named as 2021 Southern California Ones to Watch, Best Lawyers by *Best Lawyers*®
November 16, 2020

Robbins Geller Attorneys Named Northern California Ones to Watch and Best Lawyer by *Best Lawyers*®
October 22, 2020

Several Robbins Geller Attorneys Named Leading Plaintiff Financial Lawyers in America by *Lawdragon*
August 25, 2020

6 Robbins Geller Female Attorneys Named to The Best Lawyers in America: Ones to Watch List and 9 Attorneys Recognized as Best Lawyers
August 20, 2020

*Lawdragon* Features Partner Aelish Baig in Lawyer Limelight Series
June 15, 2020

Litigators of the Week: Robbins Geller Duo Seals $1B Settlement
January 24, 2020

Robbins Geller Scores Class Certification in *Chemical and Mining Company of Chile* Litigation
September 24, 2019

Judge Overseeing National Prescription Opioid MDL Seems Open to Plaintiffs' Novel Approach
June 30, 2019

Robbins Geller Persists While the Battle Against the Nationwide Opioid Crisis Rages On
February 13, 2019

Opioid Racketeering Claims Against Drug Companies Allowed to Proceed
October 8, 2018

A Country Under Siege: Robbins Geller Continues to Lead the Fight Against the Nationwide Opioid Crisis
August 10, 2018

Robbins Geller on the Front Line in the Fight Against the Opioid Epidemic
May 9, 2018

Robbins Geller Tapped to Represent the City of Los Angeles in the Nationwide Opioid Litigation
May 4, 2018

Robbins Geller Rudman & Dowd LLP Represents Delray Beach in Opioid Epidemic Lawsuit, the First Filing in Federal Court by a Municipality in Florida
December 21, 2017

Robbins Geller Tapped to Represent Montgomery County, Maryland in Opioid Litigation
December 14, 2017

Robbins Geller Rudman & Dowd LLP and the Miller Law Firm, P.C. File Lawsuit Against Drug Companies Behind Michigan's Opioid Epidemic
October 20, 2017

Robbins Geller Tapped to Bring First Opioid Epidemic Lawsuit on Behalf of Florida Municipality
July 19, 2017

Robbins Geller Scores Major Appellate Win for Allergan and its Shareholders
September 2, 2014

# Professional Affiliations

- Board Member, Legal Aid at Work