UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: All Cases | **MISCELLANEOUS ORDER** |

On September 28, 2023, the Court referred this litigation to Magistrate Judge Lisa J. Cisneros for discovery. That referral is hereby **WITHDRAWN**. This litigation is now **REFERRED** to Magistrate Judge Peter H. Kang for further discovery.

**IT IS SO ORDERED.**

Dated:  11/9/2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**