Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

*Counsel for Gervais School District 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon, and Seattle School District No. 1*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**MOTION OF DEREK W. LOESER FOR APPOINTMENT TO PLAINTIFFS' LEADERSHIP**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1, 4th Floor<br>Hearing Date: December 12, 2023<br>Hearing Time: 2:00 p.m. |

**I.   NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE THAT, on December 12, 2023, at 2:00 P.M., before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court, Northern District of California, located at 1301 Clay Street in Oakland, California, Derek W. Loeser, of Keller Rohrback L.L.P., will and hereby does move this Court for an order appointing Mr. Loeser to a leadership position as Lead, Co-Lead, or Member of the Plaintiffs' Steering Committee representing the interests of the school districts (collectively, "Leadership Position").

This Motion is based on the Memorandum of Points and Authorities and exhibit submitted herewith, any Reply Memorandum or other papers submitted in connection with the Motion, any

matter of which this Court may properly take judicial notice, and any information presented at argument.

## II.   MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Loeser respectfully submits his application to a Leadership Position.

As highlighted in the attached letter from Mr. Loeser (Exhibit A), Mr. Loeser is qualified, experienced, and available to bring Keller Rohrback's unique resources and insights to this litigation. His presence on the Committee would ensure the interests of school districts in this litigation are advanced. For the reasons set forth in Exhibit A, Mr. Loeser respectfully requests the Court issue an order appointing him to a Leadership Position.

DATED this 9th day of November, 2023.

KELLER ROHRBACK L.L.P.

_____
Derek W. Loeser (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
dloeser@kellerrohrback.com

*Counsel for Gervais School District 1, Kent School District No. 415, Mesa Public Schools, School District No. 24J, Marion County, Oregon, and Seattle School District No. 1*

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Sarah Skaggs*
Sarah Skaggs