UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEREK W. LOESER FOR APPOINTMENT TO PLAINTIFFS' LEADERSHIP**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor<br>Hearing Date: December 12, 2023<br>Hearing Time: 2:00 p.m. |

Having considered Derek W. Loeser's Motion for Appointment to Plaintiffs' Leadership ("Motion") to represent the interests of the school districts, exhibits in support thereof, and good cause being found, the Court hereby GRANTS the Motion.

**IT IS ORDERED** that Derek W. Loeser has been appointed as [_____] to represent the interests of the school districts in this MDL.

Dated: _____     _____
HON. YVONNE GONZALEZ ROGERS