JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
BLAIR KITTLE (SBN 336367)
bkittle@cpmlegal.com
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577

KARIN B. SWOPE (*Pro Hac Vice forthcoming*)
kswope@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
999 N. Northlake Way, Suite 215
Seattle, WA  98103
Telephone: (206) 802-1272

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | Case No. 4:22-md-03047-YGR |
| | MDL No. 3047 |
| THIS DOCUMENT RELATED TO: | **NOTICE OF MOTION AND MOTION TO APPOINT ANNE MARIE MURPHY OF COTCHETT, PITRE & McCARTHY, LLP TO THE PLAINTIFFS' STEERING COMMITTEE** |
| ALL ACTIONS | |
| | Date: December 12, 2023 |
| | Time: 2:00 p.m. |
| | Location: Courtroom 1, 4th Floor |
| | Judge: Hon. Yvonne Gonzalez Rogers |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 12, 2023 at 2:00 P.M., before the Honorable Yvonne Gonzalez Rogers of the United States District Court, Northern District of California, Courtroom 1, 1301 Clay Street 4th Floor, Oakland, CA 94612, Cotchett, Pitre & McCarthy, LLP will move and hereby does move this Court for an order appointing its partner Anne Marie Murphy to the Plaintiffs' Steering Committee Leadership.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and exhibit submitted herewith, any Reply Memorandum or other papers submitted in connection with the Motion, any matter of which this Court may properly take judicial notice, and any information presented at argument.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Cotchett Pitre & McCarthy LLP respectfully submits its application to the Plaintiffs' Steering Committee Leadership.  If appointed, firm representative Anne Marie Murphy would serve on the Plaintiffs' Steering Committee or a Government Entity Subcommittee ("GEC") to oversee and litigate issues unique to the school district and other governmental cases currently filed, as well as those filed in the future, under the direction of Co-Lead Counsel.

As demonstrated in the accompanying letter from Ms. Murphy, (Exhibit 1), Ms. Murphy is qualified, committed and available to serve. For the reasons set forth in Exhibit 1, Cotchett, Pitre & McCarthy respectfully requests that the Court issue an order appointing Ms. Murphy as Cotchett Pitre & McCarthy LLP's representative to leadership.

DATED: November 9, 2023                      Respectfully submitted,


                                                                */s/ Anne Marie Murphy*
                                                                Anne Marie Murphy (SBN 202540)
                                                                **COTCHETT PITRE & McCARTHY, LLP**
                                                                840 Malcolm Road, Suite 200
                                                                Burlingame, CA 94010
                                                                Phone: (650) 697-6000
                                                                Fax: (650) 697-0577
                                                                amurphy@cpmlegal.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023 date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Anne Marie Murphy*
Anne Marie Murphy