IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ANNE MARIE MURPHY FOR APPOINTMENT TO PLAINTIFFS' LEADERSHIP**<br><br>Date: December 12, 2023<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Having considered Cotchett Pitre & McCarthy LLP's Motion for Appointment of firm representative Anne Marie Murphy to Plaintiffs' Leadership ("Motion"), exhibits in support thereof, and good cause being found, the Court hereby GRANTS the Motion.

**IT IS ORDERED** that Anne Marie Murphy has been appointed as Cotchett Pitre & McCarthy LLP's firm representative as [_____] to represent the interests of the school districts and government entities in this MDL.

Dated: _____                        _____
                                                                                   HON. YVONNE GONZLAEZ ROGERS