1  James E. Cecchi
**CARELLA BYRNE CECCHI**
2  **BRODY & AGNELLO, P.C.**
5 Becker Farm Road
3  Roseland, New Jersey 07068
Telephone: (973) 994-1700
4  jcecchi@carellabyrne.com

5  *Counsel for School District of the Chathams,*
*Irvington Public Schools, Watchung Hills*
6  *Regional High School District, Denville Board*
*of Education, Matawan-Aberdeen Regional School*
7  *District, North Plainfield School District, Sussex-*
*Wantage Regional School District*

8

9                          **UNITED STATES DISTRICT COURT**

10                       **NORTHERN DISTRICT OF CALIFORNIA**

11                                **OAKLAND DIVISION**

12  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-md-03047-YGR
    ADDICTION/PERSONAL INJURY
13  PRODUCTS LIABILITY LITIGATION           MDL No. 3047

14  THIS DOCUMENT RELATES TO:               **MOTION OF JAMES E. CECCHI FOR**
                                            **APPOINTMENT TO PLAINTIFFS'**
15  ALL ACTIONS                             **LEADERSHIP**

16                                          Judge:  Hon. Yvonne Gonzalez Rogers
                                            Date:   December 12, 2023
17                                          Time:   2:00 P.M.
                                            Crtrm:  1, 4th Floor

18

19                          **NOTICE OF MOTION AND MOTION**

20          PLEASE TAKE NOTICE THAT, on December 12, 2023, at 2:00 P.M., before the

21  Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court,

22  Northern District of California, located at 1301 Clay Street in Oakland, California, James E.

23  Cecchi, of Carella Byrne Cecchi Brody & Agnello, P.C., will and hereby does move this Court

24  for an order appointing Mr. Cecchi to a leadership position as Lead, Co-Lead, or Member of the

25  Plaintiffs' Steering Committee representing the interests of the school districts (collectively,

26  "Leadership Position"). This Motion is based on the Memorandum of Points and Authorities and

27  exhibit submitted herewith, any Reply Memorandum or other papers submitted in connection

1    with the Motion, any matter of which this Court may properly take judicial notice, and any

2    information presented at argument.

3                        **MEMORANDUM OF POINTS AND AUTHORITIES**

4            Mr. Cecchi respectfully submits his application to a Leadership Position.

5            As highlighted in the attached letter from Mr. Cecchi (Exhibit A), Mr. Cecchi is qualified,

6    experienced, and available to bring Carella Byrne's unique resources and insights to this

7    litigation. His presence on the Committee would ensure the interests of school districts in this

8    litigation are advanced. For the reasons set forth in Exhibit A, Mr. Cecchi respectfully requests

9    the Court issue an order appointing him to a Leadership Position.

10           DATED this 10th day of November, 2023.

11                                        **CARELLA BYRNE CECCHI**
                                          **BRODY & AGNELLO, P.C.**
12

13                                        */s/ James E. Cecchi*
                                          James E. Cecchi
14                                        5 Becker Farm Road
                                          Roseland, New Jersey 07068
15                                        Telephone: (973) 994-1700
                                          jcecchi@carellabyrne.com
16
                                          *Counsel for School District of the Chathams,*
17                                        *Irvington Public Schools, Watchung Hills*
                                          *Regional High School District, Denville Board*
18                                        *of Education, Matawan-Aberdeen Regional School*
                                          *District, North Plainfield School District, Sussex-*
19                                        *Wantage Regional School District*

20

21

22

23

24

25

26

27