

# Filed Actions Chart

## MDL NO. 3047 – IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

*Sorted By Filed Date, Then Alphabetically – Current as of November 10, 2023*

| Entity | Action Status | Date Filed | Case Name | Case Caption |
|---|---|---|---|---|
| **School District of the Chathams** | *Retained and complaint filed* | 2/16/2023 | *School District of the Chathams v. Meta Platforms, Inc., et al.* | 2:23-cv-00910-JMV-JRA, D. New Jersey |
| **Irvington Public Schools** | *Retained and Complaint filed* | 3/3/2023 | *Irvington Public Schools v. Meta Platforms, Inc., et al.* | 2:23-cv-01233-JMV-JRA, D. New Jersey |
| **Watchung Hills Regional High School District** | *Retained and Complaint filed* | 3/22/2023 | *Watchung Hills Regional High School v. Meta Platforms, Inc., et al* | 3:23-cv-01643-MAS-TJB, D. New Jersey |
| **Denville Board of Education** | *Retained, Presuit Litigation* | N/A | N/A | N/A |
| **Matawan-Aberdeen Regional School District** | *Retained, Presuit Litigation* | N/A | N/A | N/A |
| **North Plainfield School District** | *Retained, Presuit Litigation* | N/A | N/A | N/A |

November 10, 2023  
Page **2** of **2**


CARELLA BYRNE  
CECCHI BRODY  
AGNELLO, P.C.

| **Sussex-Wantage Regional School District** | *Retained, Presuit Litigation* | N/A | N/A | N/A |