Lexi J. Hazam (SBN 224457)
*lhazan@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-356-1000

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100

Previn Warren (*pro hac vice*)
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: 202-386-9610

*Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No.  4:22-md-03047-YGR <br><br> MDL No. 3047 |
| This Document Relates to: <br><br> ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE CONCERNING PROPOSED PRESERVATION ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadlines that were adopted with respect to the Preservation Order [ECF Nos. 386, 390], as follows:

WHEREAS, on October 13, 2023, the parties filed a joint discovery letter summarizing the MDL and the pending disputes and proposing a schedule for further negotiations and resolution of disputes over a proposed Preservation Order [ECF No. 386];

WHEREAS, on October 17, 2023, the Court adopted the parties' proposed meet and confer schedule with respect to the Preservation Order [ECF No. 390], as follows:

1. October 20: Defendants provide Plaintiffs with an updated proposed Preservation Order;

2. Between October 21-31: Parties meet and confer to the extent necessary to clarify Defendants' revisions;

3. November 1: Plaintiffs provide Defendants with a redline to the updated proposed Preservation Order;

4. Between November 2-10: Parties meet and confer regarding outstanding disputes; and

5. November 15: Parties submit a joint status report in which they either offer a joint proposal for briefing the remaining disputes or submit competing proposals with respect to briefing.

WHEREAS, on October 20, 2023, Defendants provided Plaintiffs with an updated proposed Preservation Order, together with information regarding Defendants' data sources and tools; and

WHEREAS, Plaintiffs requested additional time to respond to Defendants, and Defendants agreed, provided that other dates in the schedule be extended.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT THE SCHEDULE ADOPTED AT ECF No. 390 IS MODIFIED AS FOLLOWS:

1. November 13: Plaintiffs provide Defendants with a redline to the updated proposed Preservation Order;

2. Between November 14-December 6 (excluding the week of Thanksgiving): Parties meet and confer regarding outstanding disputes; and

3. December 11: Parties submit a joint status report in which they either offer a joint proposal for briefing the remaining disputes or submit competing proposals with respect to briefing.

Dated: November 11, 2023

*/s/ Christopher A. Seeger*
Christopher A. Seeger, *pro hac vice*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Lexi J. Hazam (SBN 224457)
**LIEFF CABRASER HEIMAN**
**& BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-356-1000
lhazan@lchb.com

Previn Warren, *pro hac vice*
**MOTLEY RICE, LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

**COVINGTON & BURLING LLP**

*/s/Ashley M Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW

1                 Washington, DC 20001-4956

2                 Telephone: + 1 (202) 662-6000
                 Facsimile: + 1 (202) 662-6291

3                 Email:  pajones@cov.com
                 Email:  pschmidt@cov.com

4

5                 Emily Johnson Henn (State Bar. No. 269482)
                 COVINGTON & BURLING LLP

6                 3000 El Camino Real
                 5 Palo Alto Square, 10th Floor

7                 Palo Alto, CA 94306
                 Telephone: + 1 (650) 632-4700

8                 Facsimile: +1 (650) 632-4800
                 Email:  ehenn@cov.com

9

10               Isaac D. Chaput (Bar No. 326923)
                COVINGTON & BURLING LLP

11               Salesforce Tower
                415 Mission Street, Suite 5400

12               San Francisco, California 94105
                Telephone: + 1 (415) 591-6000

13               Facsimile: + 1 (415) 591-6091
                Email: ichaput@cov.com

14

15               Gregory L. Halperin, *pro hac vice*
                COVINGTON & BURLING LLP

16               620 Eighth Avenue
                New York, NY 10018

17               Telephone: + 1 (212) 841-1000
                Facsimile: +1 (212) 841-1010

18               Email: ghalperin@cov.com

19

20               *Attorney for Defendants Meta Platforms, Inc.*
                *f/k/a Facebook, Inc.; Facebook Holdings,*

21               *LLC; Facebook Operations, LLC; Facebook*
                *Payments, Inc.; Facebook Technologies, LLC;*

22               *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
                *Zuckerberg*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE CONCERNING PROPOSED PRESERVATION ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

*/s/Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE CONCERNING PROPOSED PRESERVATION ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Laura Gallo White*
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

*/s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
Joseph G. Petrosinelli, *pro hac vice*
jpetrosinelli@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULE CONCERNING PROPOSED PRESERVATION ORDER

1

**MORGAN LEWIS & BOCKIUS, LLP**

2

*/s/ Stephanie Schuster*

3

Stephanie Schuster
stephanie.schuster@morganlewis.com
1111 Pennsylvania Ave.

4

NW Washington, DC 20004-2541

5

Tel.:  202.373.6595

6

Brian Ercole

7

brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600

8

Miami, FL 33131-3075
Tel.:  305.415.3416

9

10

Yardena R. Zwang-Weissman
yardena.zwang-weissman@morganlewis.com

11

300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

12

Tel.:  213.612.7238

13

*Attorneys for Defendants YouTube, LLC,*

14

*Google LLC, and Alphabet Inc.*

15

**IT IS SO ORDERED.**

16

17

DATED: _____

18

_____
The Honorable Peter H. Kang
United States Magistrate Judge

19

20

## **SIGNATURE CERTIFICATION**

21

22

Pursuant to Civ. L. R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose

behalf the filing is submitted, concur in this filing's content and have authorized this filing.

23

24

Dated: November 11, 2023

*/s/ Christopher A. Seeger*
Christopher A. Seeger

25

**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor

26

Ridgefield Park, NJ 07660
Telephone: 973-639-9100

27

cseeger@seegerweiss.com

28

7