Ronald E. Johnson, Jr. (KY Bar 88302)
Hendy Johnson Vaughn Emery
600 West Main Street, Suite 100
Louisville, KY 40202
Tel. (859) 578-4444
Email: rjohnson@justicestartshere.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **MOTION OF RONALD E. JOHNSON, JR., FOR APPOINTMENT TO PLAINTIFFS' LEADERSHIP**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Date:   December 12, 2023<br>Time:   2:00 p.m.<br>Crtrm:  1, 4th Floor |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT, on December 12, 2023, at 2:00 P.M., before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court, Northern District of California, located at 1301 Clay Street in Oakland, California, Ronald E. Johnson, Jr., of Hendy Johnson Vaughn Emery, PSC, will and hereby does move this Court for an order appointing Mr. Johnson to a leadership position as Lead, Co-Lead, or Member of the Plaintiffs' Steering Committee representing the interests of the school districts (collectively, "Leadership Position"). This Motion is based on the Memorandum of Points and Authorities and exhibit submitted herewith, any Reply

Memorandum or other papers submitted in connection with the Motion, any matter of which this Court may properly take judicial notice, and any information presented at argument.

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Johnson respectfully submits his application to a Leadership Position.  As highlighted in the attached letter from Mr. Johnson (Exhibit A), Mr. Johnson is qualified, experienced, and available to bring Hendy Johnson Vaughn Emery's unique resources and insights to this litigation. His presence on the Committee would ensure the interests of school districts in this litigation are advanced. For the reasons set forth in Exhibit A, Mr. Johnson respectfully requests the Court issue an order appointing him to a Leadership Position.

DATED this 13th day of November 2023.

**HENDY JOHNSON VAUGHN EMERY, PSC**

*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr. (KY Bar 88302)
Hendy Johnson Vaughn Emery
600 West Main Street, Suite 100
Louisville, KY 40202
Tel. (859) 578-4444
Fax (859) 578-4440
rjohnson@justicestartshere.com

*Counsel for Bell County School District, Boone County School District, Bracken County School District, Breathitt County School District, Bullitt County School District, Clark County School District, Covington Independent Public Schools, Daviess County School District, Estill County School District, Fayette County School District, Fort Thomas Independent School District, Fort Wayne Community Schools, Franklin County School District, Harrison County School District, Hopkins County School District, Jefferson County School District, Jessamine County School District, Johnson County School District, LaRue County School District, Lawrence County School District, Lawrenceburg Community School Corporation, Madison County School District, Martin County School District, McLean County School District, Menifee County School District, Montgomery County School District, Owensboro Independent School District, Robertson County School District, Rockcastle County School District, Scott County School District, Walton-Verona Independent School District, Wolfe County School District*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.


*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr. (KY Bar 88302)