Ronald E. Johnson, Jr.
Hendy|Johnson|Vaughn|Emery PSC
600 W. Main Street, Suite 100
Louisville, KY 40202
502-649-5226
www.justicestartshere.com

---

**Professional Experience**

- Hendy, Johnson, Vaughn, Emery PSC; Louisville, KY, Partner (June 2006-Present)
- White, Donnell & Johnson PLLC; Louisville, KY, Partner (October 2000-June 2006)
- Smith & Helman PLLC; Louisville, KY Associate (1997-1999)

**Admitted to the Practice of Law**

- Kentucky        2000
- Ohio            2008
- Federal Courts: Western and Eastern Districts of Kentucky; Southern and Northern Districts of Ohio; Northern District of Illinois

**Mass Torts and Multidistrict Litigation Experience**

- Co-Lead Counsel for Plaintiffs in *Cochlear America Nucleus ci512 Product Liability Litigation*. (2017-2019).

- Appointed Lead Counsel for the Plaintiffs' Steering Committee for MDL 2545, In Re: *Testosterone Replacement Therapy Litigation* (N.D. Il). 2014-present.

- Co-Lead Counsel for Plaintiff Consortium on *Ambulatory Infusion "Pain Pump" Litigation*. 2008-2013 (multiple jurisdictions).

- Appointed Lead Counsel for the Plaintiffs' Steering Committee for MDL 2308, In Re: *Skechers Toning Shoes Litigation* (W.D. Ky.) 2012-2018.

- Appointed to Plaintiffs' Steering Committee for MDL 2385, *IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION*. (S.D. Il.) 2012-2016.

- Co-Lead Counsel for Plaintiff Consortium for *Advanced Bionics Cochlear Implant Litigation*. (W.D. Ky.) 2011-2014.

**Education**

- **Brandeis School of Law at the University of Louisville**, Louisville, KY, J.D., 1999.

**Honors:**
- Law Review Editor 1999 o Law Review Member 1998 o Pirtle-Washer Moot Court Competition Finalist 1997 and 1998

- **Rhodes College**, Memphis, TN. B.A. in International Studies 1994.

    **Honors:**
    - Sigma Iota Rho Honor Society for International Studies 1993
    - Search Advisory Committee Award 1991
    - Dean's List 1990, 1991, 1992

**Professional Memberships and Associations**

- **American Association of Justice 2008-present.**
    - Chair of Toning Shoe Litigation Group 2012-present o Chair of Testosterone Replacement Therapy Litigation Group 2014-present.
    - Leaders Forum 2012-present o Member of the SLGCC Board o AAJ PAC 2011-present
    - M Club 2011-present

- **Kentucky Justice Association**. o Member of Executive Committee. o Past President (President 2015) o Member of the Board of Governors since 2003. o Seminar Committee Chair 2005, 2011 o Convention Committee, 2001, 2004, 2007, 2012 o Legislation Committee, 2007-present.

- **Kentucky Bar Association, 2000-present.**
    - Member of Attorney Advertising Commission, 2008-2015.

- **Ohio Bar Association, 2008-present.**

- **Louisville Bar Association, 2000-present.**

- **Cincinnati Bar Association, 2008-present.**

- **Northern Kentucky Bar Association, 2006-present.**

- **American Inns of Court, Salmon P. Chase Inn, 2006-2017.**
    - Chair of Program Committee, 2010-2014.
    - Executive Committee Member, 2010-2011.

- **American Inns of Court, Louis D. Brandeis Inn, 2001-2003.**

- **Citizens for Better Judges, Attorney Steering Committee, 2004-2005.**

- **Kentucky Arts Council, Board of Governors, 2008-2016.**

<u>Seminars, Publications, and Lectures</u>

- **SUBROGATION UPDATE,** Kentucky Academy of Trial Attorneys Annual Convention 2002.

- **SUBROGATION AND ERISA AN OVERVIEW AND UPDATE**, April 25, 2003, Louisville, Kentucky.

- **DRAFTING MOTIONS THAT GET RESULTS**, July 15, 2003, Louisville, Kentucky.

- **SUBROGATION TELECONFERENCE CLE**, October 18, 2003, Louisville, Kentucky.

- **SUBROGATION V. CLIENT: OUR ETHICAL OBLIGATIONS**, Kentucky Academy of Trial Attorneys Automobile Litigation Seminar May 14, 2004 Corbin, Kentucky; and June 18, 2004, Louisville, Kentucky.

- **SUBROGATION BREAK-OUT SESSION CHAIR**: Kentucky Academy of Trial Attorneys Annual Convention September 8, 2004, Louisville, Kentucky.

- **ETHICAL ISSUES IN SUBROGATION TELECONFERENCE CLE**, November 3, 2004, Louisville, Kentucky.

- **SEMINAR CHAIR: ISSUES IN SETTLEMENT; THE SUBROGATION SEMINAR,** Kentucky Academy of Trial Attorneys, June 17 and 24, 2005, Louisville and Lexington, Kentucky.

- **MEDICARE RECOVERY IN PERSONAL INJURY CLAIMS**, Kentucky Bar Association Annual CLE Update, 2005, Louisville, Bowling Green, and Lexington, Kentucky.

- **PAIN PUMP LITIGATION GENERAL OVERVIEW**, Pain Pump Litigation Group, American Association of Justice, Mid-Winter Meeting, New Orleans, La., February 2009.

- **PROVING DAMAGES IN A PAIN PUMP CASE**, Pain Pump Litigation Group, American Association of Justice, Mid-Winter Meeting, Miami, Fl., February 2011.

- **MEDICAL DEVICE LITIGATION**, Missing High Value Cases? Kentucky Justice Association, June 28, 2011, Louisville, Kentucky.

- **CURRENT STATE OF SCIENCE AND PUBLISHED LITERATURE ON CHONDROLYSIS AND INFUSION OF LOCAL ANESTHETICS**, Pain Pump Litigation Group, American Association for Justice Annual Convention, New York, July 2011.

- **TONING SHOES: HAND GRENADES IN LOLLIPOP WRAPPERS**, Litigation at Sunrise & Toning Shoe Litigation Group, American Association for Justice Annual Convention, New York, July 2011.

- **Testosterone Replacement Therapy Litigation:** American Association for Justice Winter Meeting 2014, Summer Meeting 2014, Mass Torts Made Perfect April 2014, AAJ Plaintiff Only CLE Louisville, Kentucky September 2014.

### Honors & Awards

- Kentucky Justice Association, Peter Pearlman Outstanding Trial Lawyer, 2023.
- Kentucky Trial Court Review, Trial Lawyer of the Year, 2021.
- Kentucky Justice Association: Board Member of the Year, 2005.
- Kentucky Bar Association: Continuing Legal Education Award, 2011.
- Martindale Hubbell AV Rated.
- Super Lawyers 2016-2023.