

Penny Unkraut Hendy
Ronald E. Johnson, Jr.
Jay R. Vaughn
Sarah N. Emery

# Filed Actions Chart

## MDL No. 3047 – IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| Entity | Date Filed | Case Name | Case Caption |
|---|---|---|---|
| Bell County School District | 4/25/2023 | *Bell County School District, By and Through the Bell County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02311-YGR Northern District of California |
| Boone County School District | 4/19/2023 | *Boone County School District, By and Through the Boone County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02310-YGR Northern District of California |
| Bracken County School District | 5/11/2023 | *Bracken County School District, By and Through the Bracken County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02288-YGR Northern District of California |
| Breathitt County School District | 3/30/2023 | *Breathitt County School District, By and Through the Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01804-YGR Northern District of California |
| Bullitt County School District | 3/30/2023 | *Bullitt County School District, By and Through the Bullitt County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02125-YGR Northern District of California |
| Clark County School District | 3/30/2023 | *Clark County School District, By and Through the Clark County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01800-YGR Northern District of California |
| Covington Independent Public Schools | 5/18/2023 | *Covington Independent Public Schools, By and Through the Board of Education of Covington, Kentucky v. Meta Platforms, Inc., et al.* | 4:23-cv-02416-YGR Northern District of California |
| Daviess County School District | 6/29/2023 | *Daviess County School District, By and Through the Daviess County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-03225-YGR Northern District of California |
| Estill County School District | 3/30/2023 | *Estill County School District, By and Through the Estill County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01801-YGR Northern District of California |
| Fayette County School District | 3/30/2023 | *Fayette County School District, By and Through the Fayette County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01799-YGR Northern District of California |


| | | | |
|---|---|---|---|
| Fort Thomas Independent School District | 6/29/2023 | *Fort Thomas Independent School District, By and Through the Board of Education of Fort Thomas, Kentucky v. Meta Platforms, Inc., et al.* | 4:23-cv-03231-YGR Northern District of California |
| Fort Wayne Community Schools | 4/24/2023 | *Fort Wayne Community Schools v. Meta Platforms, Inc., et al.* | 4:23-cv-02308-YGR Northern District of California |
| Franklin County School District | 4/12/2023 | *Franklin County School District, By and Through the Franklin County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02162-YGR Northern District of California |
| Harrison County School District | 4/6/2023 | *Harrison County School District, By and Through the Harrison County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02163-YGR Northern District of California |
| Hopkins County School District | 4/20/2023 | *Hopkins County School District, By and Through the Hopkins County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02313-YGR Northern District of California |
| Jefferson County School District | 3/30/2023 | *Jefferson County School District, By and Through the Jefferson County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02126-YGR Northern District of California |
| Jessamine County School District | 3/30/2023 | *Jessamine County School District, By and Through the Jessamine County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01805-YGR Northern District of California |
| Johnson County School District | 4/26/2023 | *Johnson County School District, By and Through the Johnson County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02312-YGR Northern District of California |
| LaRue County School District | 3/30/2023 | *LaRue County School District, By and Through the LaRue County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02124-YGR Northern District of California |
| Lawrence County School District | 6/29/2023 | *Lawrence County School District, By and Through the Lawrence County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-03227-YGR Northern District of California |
| Lawrenceburg Community School Corporation | 6/29/2023 | *Lawrenceburg Community School Corporation v. Meta Platforms, Inc., et al.* | 4:23-cv-03226-YGR Northern District of California |
| Madison County School District | 3/30/2023 | *Madison County School District, By and Through the Madison County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01802-YGR Northern District of California |



| | | | |
|---|---|---|---|
| Martin County School District | 3/30/2023 | *Martin County School District, By and Through the Martin County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01946-YGR<br>Northern District of California |
| McLean County School District | 4/28/2023 | *McLean County School District, By and Through the McLean County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02604-YGR<br>Northern District of California |
| Menifee County School District | 4/11/2023 | *Menifee County School District, By and Through the Menifee County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02165-YGR<br>Northern District of California |
| Montgomery County School District | 4/26/2023 | *Montgomery County School District, By and Through the Montgomery County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02603-YGR<br>Northern District of California |
| Owensboro Independent School District | 6/29/2023 | *Owensboro Independent School District, By and Through the Board of Education of Owensboro, Kentucky v. Meta Platforms, Inc., et al.* | 4:23-cv-03235-YGR<br>Northern District of California |
| Robertson County School District | 4/19/2023 | *Robertson County School District, By and Through the Robertson County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02309-YGR<br>Northern District of California |
| Rockcastle County School District | 4/12/2023 | *Rockcastle County School District, By and Through the Rockcastle County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-02164-YGR<br>Northern District of California |
| Scott County School District | 6/29/2023 | *Scott County School District, By and Through the Scott County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-03228-YGR<br>Northern District of California |
| Walton-Verona Independent School District | 6/29/2023 | *Walton-Verona Independent School District, By and Through the Board of Education of Walton-Verona, Kentucky v. Meta Platforms, Inc., et al.* | 4:23-cv-03230-YGR<br>Northern District of California |
| Wolfe County School District | 3/30/2023 | *Wolfe County School District, By and Through the Wolfe County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01803-YGR<br>Northern District of California |