LIEFF CABRASER HEIMAN & BERNSTEIN LLP
Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-356-1000

SEEGER WEISS LLP
Christopher A. Seeger (pro hac vice)
cseeger@seegerweiss.com
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100

MOTLEY RICE, LLC
Previn Warren (pro hac vice)
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: 202-386-9610

*Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-03047-YGR<br><br>**UPDATED CO-LEAD SUBMISSION RE: SCHOOL DISTRICT SUB-COMMITTEE** |

As the Court may recall, earlier this year, Co-Lead Counsel had proposed a sub-committee for the School District/Local Government cases. ECF 310. The Court suggested postponing the organization of any such sub-committee until after Motions to Dismiss were argued. Following argument, and in the parties' recent Joint Status Report, dated November 8, 2023 [ECF 417], Co-Lead Counsel requested creating a sub-committee and appointing Tom Cartmell (whose application for appointment to the PSC is pending [ECF 413]) and Michael Weinkowitz as co-chairs.

Subsequent to this submission, a number of applications have been submitted from additional counsel interested in serving on a School District/Local Government sub-committee. Co-Lead Counsel has carefully reviewed these submissions. We write to ask the Court to add James Cecchi as the third co-chair of the proposed sub-committee. Mr. Cecchi has been active in the School District and Local Government cases from the beginning of this MDL. He has played an active role in organizing the firms with such cases and is focused solely on such cases. Co-Lead Counsel believes Mr. Cecchi's inclusion as an additional co-chair will be a substantial benefit to the sub-committee and the School District and Local Government plaintiffs in this MDL.

Dated: November 13, 2023
Ridgefield Park, New Jersey

Respectfully submitted,

SEEGER WEISS, LLP

/s/ Christopher A. Seeger
Christopher A. Seeger (pro hac vice)
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

/s/ Lexi J. Hazam
Lexi J. Hazam (SBN 224457)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

MOTLEY RICE LLC

*/s/ Previn Warren*
Previn Warren (pro hac vice)
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com
*Plaintiff's Co-Lead Counsel*