**Appendix A: Table of Contents**

I. Background
   A. Procedural Background
   B. Relevant Facts Alleged
      i. Defect Allegations
      ii. Allegations Regarding Causation and Harm
      iii. Negligence *Per Se* Allegations Relative to Section 230 & the First Amendment

II. Legal Framework
   A. Law to Apply in an MDL
   B. Motion to Dismiss Standard
   C. Organization of Analysis

III. Section 230
   A. Section 230(c)(1) Overview
   B. Tests to Determine Applicability of Immunity Protections
      i. The *Barnes* Test
         a. Prong 1: Interactive Computer Services and Information Content Providers
         b. Prong 2: Publisher or Speaker
         c. Prong 3: "Information Provided by Another Information Content Provider"
      ii. The *Roommates* Test
   D. Analysis
      i. Parties' "All or Nothing" Approach
      ii. Claim 1: Negligent Design – Strict Liability and Claim 3: Negligence – Design
         a. Defect Allegations Not Barred By Section 230
         b. Defect Allegations Barred By Section 230
      iii. Claim 2: Strict Liability – Failure to Warn and Claim 4: Negligence – Failure to Warn
      iv. Claim 5: Negligence *Per Se*

IV. First Amendment
   A. Overview and Legal Framework
   B. Design Defect Claims (Claims 1 & 3)
   C. Failure to Warn Claims (Claims 2 & 4)
   D. Claim 5: Negligence *Per Se*

V. Products Liability: Whether the Defects Alleged Concern "Products"
   A. Background

- i. Overview of Parties' Arguments
- ii. The Court's Approach to Analyzing Such Arguments
- B. Legal Framework
  - i. Plaintiffs' Preferred Law
  - ii. Restatements of Torts
- C. Analysis
  - i. Parties' "All or Nothing" Approach
    - a. Whether Defendants' Platforms are Services
    - b. Whether Defendants' Platforms are Tangible
    - c. Whether Defendants' Platforms are Analogous to Tangible Personal Property
    - d. Whether Defendants' Platforms are Akin to Ideas, Content, or Free Expression
    - e. Whether Defendants' Platforms, as Software, are Products
  - ii. The Court's Defect-Specific Approach
    - a. Defective Parental Controls and Age Verification (Defects i, ii, and iii)
    - b. Failure to Assist Users in Limiting In-App Screen Time (Defects iv and v)
    - c. Creating Barriers to Account Deactivation and/or Deletion (Defect vii)
    - d. Failure to Label Edited Content (Defect vi)
    - e. Making Filters Available to Users to Manipulate Content (Defect viii)
    - f. Failure to Enable Processes to Report CSAM (Defect ix)
- D. Conclusion

VI. Duty
- A. Duty to Users of Defendants' Platforms
- B. Duty to Prevent Third Party Harm

VII. Causation
- A. Allegations of General Causation
  - i. Master Amended Complaint
  - ii. Analysis
- B. Specific Causation

VIII. Conclusion