[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| This Document Relates to: | **STATUS UPDATE REGARDING PLAINTIFF STATES' LEADERSHIP** |
| 4:23-cv-05448-YGR | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

The Plaintiff States submit the following update regarding the States' Leadership in advance of the November 16, 2023, case management conference.

**I.     The States are uniquely situated in this action.**

Unlike the private plaintiffs represented by Plaintiffs' Leadership, the States are distinct sovereign entities. State sovereignty is a fundamental and long-recognized core principle of state and federal law. *See, e.g., Franchise Tax Bd. of California v. Hyatt*, 139 S.Ct. 1485, 1493-94 (2019). The States' Attorneys General are authorized by constitutions, statutes, and common law to act as the chief law officers of their respective states.[1] As such, they are authorized to represent

---

[1] *See, e.g.,* Ariz. Rev. Stat. § 41-192; Cal. Const. art. V, § 13; Colo. Rev. Stat. § 24-31-101(1)(b); Conn. Gen. Stat. § 3-125; 29 Del. Code Ann. § 2504; Ga. Const. Art. V, § III, Para. IV; Ga. Code Ann. § 45-15-3; Haw. Rev. Stat. § 26-7; Ill. Const. art. V, § 15; 15 ILCS 205/1 et seq.; 815 ILCS

the States in civil actions to enforce and vindicate public rights to protect their residents and to punish and deter misconduct within their borders and jurisdiction. The mandate of the Attorneys General includes the representation of states in enforcing the federal and state consumer protection laws raised in the States' Complaint. (Case No. 4:23-cv-05448, Doc. 1). The States' sovereign nature and the unique constitutional and statutory role of the Attorneys General does not allow or contemplate a court's appointment of private counsel to represent the States' interests.

In addition to the States being a different type of plaintiff altogether, the States' consumer protection enforcement claims are also "fundamentally different from a class action or other representative litigation." *Payne v. Nat'l Collections Sys., Inc.*, 91 Cal. App. 4th 1037, 1045 (2001). The States' enforcement action is designed to protect the public, rather than benefit private parties. *City & Cnty. of San Francisco v. PG & E Corp.*, 433 F.3d 1115, 1125-26 (9th Cir. 2006) (quoting *People v. Pac. Land Rsch. Co.*, 569 P.2d 125, 129 (Cal. 1977)). This is clear in the remedies States are authorized to pursue for consumer protection claims: injunctive relief, which can deter and prevent future misconduct, and civil penalties paid to the government, which deter and punish misconduct. States may seek restitution for individuals, but the scope of relief authorized for states' claims is much broader than repayment for individual harms, which is the primary object for private plaintiffs. *See Pac. Land Rsch. Co.*, 569 P.2d at 129. Because the nature of government consumer protection claims and the relief the States may seek here are fundamentally different from the claims alleged and relief sought by the private plaintiffs, municipalities, and school districts represented by Plaintiffs' Leadership, the States require their own distinct Leadership Structure to represent their interests here.

---

505/7; Ind. Code § 4-6-1-6; Ky. Rev. Stat. Ann. 15.020(3); La. Const. art. IV, § 8; Md. Const. art. V, § 3; Minn. Stat. § 8.01; N.C. Gen. Stat. §§ 114-1 to 114-2; Ohio Rev. Code § 109.02; Or. Rev. Stat. § 180.010 et seq.; 71 Pa. Stat. Ann. § 732-101 et seq; 73 Pa. Stat. Ann. § 201–1 *et seq.;* R.I. Gen. Laws 1956 § 42-9-2(a); S.D. Codified Laws 1-11-1; Va. Code Ann. §§ 2.2-500, 59.1-203; Wash. Rev. Code § 43.10.030; Wash. Const. art. III, § 21; Wisc. Const. art. VI, § 3; Wis. Stat. §§ 100.18(11)(d), 165.25(1m); *see also State v. Broad River Power Co.*, 157 S.C. 1, 153 S.E. 537, 560 (1929).

**II. The States have closely coordinated their investigation and filing of the complaint against the Meta Defendants and will continue doing so during this litigation.**

State Attorneys General routinely collaborate in multistate coalitions to enforce state and federal consumer protection laws related to widespread issues of business misconduct that impact multiple jurisdictions. Through these coordinated efforts, the Attorneys General have effectuated reform in major areas such as the automotive, tobacco, and mortgage industries. When working in multistate coalitions in the consumer protection space, Attorneys General frequently coordinate on investigative efforts, discovery, litigation, settlement negotiations, and cost allocation.

Just so here. On October 24, 2023, thirty-three State Attorneys General filed a joint complaint in this Court, in coordination with eight additional State Attorneys General[2] who filed complaints against Meta in their respective state courts. Additionally, the Florida Attorney General filed in a similar enforcement action in federal court in Florida, which has since been conditionally transferred to this Court. The States, using previously established procedures, communication channels, and administrative supports for sharing documents and work product, have successfully operated in close coordination with each other to investigate the Meta Defendants' conduct. This multistate work has included the establishment of committees within the multistate coalition, delegation of roles, and cooperation to achieve common goals. The States would like to operate similarly within and throughout the litigation using established structures to manage discovery efforts, litigation responsibilities, approval structures, and cost allocation, where appropriate, among the States.

The States developed their States' Leadership to operate generally in parallel with the Plaintiffs' Leadership Structure approved by this Court and with the structure described in Section 10.22 of the Manual for Complex Litigation (Fourth). In allocating roles within the Leadership Structure, the States also considered the need to create a geographically and politically diverse representation of its members. The States have conferred and are in agreement regarding the Structure and allocation of their roles herein and have established procedures for

---

[2] The District of Columbia, Massachusetts, Mississippi, New Hampshire, Oklahoma, Tennessee, Utah, and Vermont filed lawsuits alleging state consumer protection law violations in their respective state courts.

reviewing and approving action taken on their behalf by the States' Co-Lead Counsel. The States' Leadership Structure will allow for coordination with the other parties to this litigation, including the Plaintiffs' Leadership, as appropriate to maintain efficiency and a speedy and just resolution of this litigation.

### III. The States have implemented a three-part leadership structure.

The States will organize themselves as follows:

#### A. States' Co-Lead Counsel

The States' Co-Lead Counsel will include Bianca Miyata (Senior Assistant Attorney General, Consumer Fraud, Colorado), Megan O'Neill (Deputy Attorney General, Consumer Protection, California), and Chris Lewis (Commissioner, Consumer & Senior Protection, Kentucky). To the extent that additional or substitute Co-Leads are needed later in the action, the Plaintiff States may designate such additional or substitute Co-Lead Counsel. The States' Co-Lead Counsel will be responsible for coordinating the activities of the States during the course of this litigation, with assistance, support and direction from the Steering Committee described below.

#### B. States' Liaison Counsel

Bianca Miyata (Colorado) and Megan O'Neill (California), with and through delegated staff from their respective offices, will also be designated as Liaison Counsel to provide an efficient point of contact with the States for the Court and other parties, including for purposes of scheduling.

#### C. States' Steering Committee

To maintain a nimble yet representative decision-making body, the States' Steering Committee will include the States' Co-Lead Counsel as well as five additional members from different States. To the extent that substitute or additional counsel are needed later in the action, the Co-Leads may designate such additions or substitutions.

#### D. States' Working Group

The remaining States will be assigned to the States' Working Group. The Working Group States will provide feedback to the States' Steering Committee regarding substantive and

dispositive decisions and perform work in support of the States' Co-Leads and States' Steering Committee when requested.

Dated: November 14, 2023 	Respectfully submitted,

| | |
|---|---|
| **KRIS MAYES** <br> Attorney General <br> State of Arizona <br><br> */s/ Vince Rabago* <br><br> Vince Rabago (AZ No. 015522 CA No. 167033) *pro hac vice* <br> Chief Counsel - Consumer Protection and Advocacy Section <br> Nathan Whelihan (AZ No. 037560) *pro hac vice* <br> Assistant Attorney General <br> Arizona Attorney General's Office <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> Phone: (602) 542-3725 <br> Fax:    (602) 542-4377 <br> Vince.Rabago@azag.gov <br> Nathan.Whelihan@azag.gov <br><br> *Attorneys for Plaintiff State of Arizona* | **ROB BONTA** <br> Attorney General <br> State of California <br><br>  */s/ Bernard Eskandari* <br> Nick A. Akers (CA SBN 211222) <br> Senior Assistant Attorney General <br> Bernard Eskandari (SBN 244395) <br> Supervising Deputy Attorney General <br> Megan O'Neill (CA SBN 343535) <br> Joshua Olszewski-Jubelirer <br> (CA SBN 336428) <br> Marissa Roy (CA SBN 318773) <br> Deputy Attorneys General <br> California Department of Justice <br> Office of the Attorney General <br> 455 Golden Gate Ave., Suite 11000 <br> San Francisco, CA 94102-7004 <br> Phone: (415) 510-4400 <br> Fax: (415) 703-5480 <br> Bernard.Eskandari@doj.ca.gov <br><br> *Attorneys for Plaintiff the People of the State of California* |

| | |
|---|---|
| **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>/s/ Bianca E. Miyata<br>Bianca E. Miyata, CO Reg. No. 42012,<br>*pro hac vice*<br>Senior Assistant Attorney General<br>Lauren M. Dickey, CO Reg. No. 45773<br>First Assistant Attorney General<br>Megan Paris Rundlet, CO Reg. No. 27474<br>Senior Assistant Solicitor General<br>Elizabeth Orem, CO Reg. No. 58309<br>Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>Consumer Protection Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6651<br>bianca.miyata@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*<br><br>**WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>/s/ Lauren H. Bidra<br>Lauren H. Bidra (CT Juris No. 440552)<br>Special Counsel for Media and Technology<br>*Pro hac vice*<br>Matthew Fitzsimmons (CT Juris No. 426834)<br>Chief Counsel<br>*Pro hac vice*<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5306<br>Fax: 860-808-5593<br>Lauren.Bidra@ct.gov<br>Matthew.Fitzsimmons@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* | **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>/s/ Dashiell Raj Radosti<br>Owen Lefkon<br>Director of Fraud and Consumer Protection<br>Marion Quirk<br>Director of Consumer Protection<br>Dashiell Radosti (DE Bar 7100), *pro hac vice*<br>Deputy Attorney General,<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8800<br>Dashiell.Radosti@delaware.gov<br><br>*Attorneys for Plaintiff State of Delaware*<br><br>**CHRISTOPHER M. CARR**<br>Attorney General<br>State of Georgia<br><br>/s/ Melissa M. Devine<br>Melissa M. Devine (GA Bar No. 403670),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the Attorney General of the State of Georgia<br>2 Martin Luther King Jr. Drive, SE, Ste. 356<br>Atlanta, GA 30334<br>Phone: (404) 458-3765<br>Fax: (404) 651-9108<br>mdevine@law.ga.gov<br><br>*Attorneys for Plaintiff State of Georgia* |

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

| | |
|---|---|
| **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>/s/ *Bryan C. Yee*<br>**BRYAN C. YEE** (HI JD No. 4050)<br>Supervising Deputy Attorney General<br>**CHRISTOPHER T. HAN** (HI JD No. 11311), *Pro hac vice*<br>Deputy Attorney General<br>Department of the Attorney General<br>Commerce and Economic Development Division<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 586-1180<br>Bryan.c.yee@hawaii.gov<br>Christopher.t.han@hawaii.gov<br><br>*Attorneys for Plaintiff State of Hawaiʻi*<br><br>**RAÚL R. LABRADOR**<br>Attorney General<br>State of Idaho<br><br>By:   /s/ *Nathan Nielson*<br>Stephanie N. Guyon (ID Bar No. 5989)<br>*pro hac vice*<br>Nathan H. Nielson (ID Bar No. 9234)<br>*pro hac vice*<br>Deputy Attorneys General<br>Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>(208) 334-2424<br>stephanie.guyon@ag.idaho.gov<br>nathan.nielson@ag.idaho.gov<br><br>*Attorneys for Plaintiff State of Idaho* | **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>By:    /s/ *Susan Ellis*<br>**Susan Ellis**, Chief, Consumer Protection Division (IL Bar No. 6256460),<br>*pro hac vice*<br>**Greg Grzeskiewicz**, Chief, Consumer Fraud Bureau (IL Bar No. 6272322),<br>*pro hac vice*<br>**Jacob Gilbert**, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019),<br>*pro hac vice*<br>**Daniel Edelstein**, Supervising Attorney, Consumer Fraud Bureau (IL Bar No. 6328692),<br>*pro hac vice*<br>**Adam Sokol**, Senior Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6216883),<br>*pro hac vice*<br>**Hanan Malik**, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6316543),<br>*pro hac vice*<br>**Emily María Migliore**, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392),<br>*pro hac vice*<br>**Kevin Whelan**, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6321715),<br>*pro hac vice*<br>**Office of the Illinois Attorney General**<br>100 W. Randolph Street<br>Chicago, Illinois 60601<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov<br>Jacob.Gilbert@ilag.gov<br>Daniel.Edelstein@ilag.gov<br>Adam.Sokol@ilag.gov<br>Hanan.Malik@ilag.gov<br>Emily.Migliore@ilag.gov<br>Kevin.Whelan@ilag.gov |

| | | |
|---|---|---|
| 1 | *Attorneys for Plaintiff the People of the State of Illinois* | **DANIEL J. CAMERON**<br>Attorney General<br>Commonwealth of Kentucky |
| 2 | | |
| 3 | **THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana | /s/ J. Christian Lewis<br>J. CHRISTIAN LEWIS (KY Bar No. 87109), *Pro hac vice* |
| 4 | | |
| 5 | */s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82)<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection<br>Corinne Gilchrist (IN Atty No. 27115-53)<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49)<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov<br>Corinne.Gilchrist@atg.in.gov<br>Mark.Snodgrass@atg.in.gov | PHILIP HELERINGER (KY Bar No. 96748), *Pro hac vice*<br>GREGORY B. LADD (KY Bar No. 95886), *Pro hac vice*<br>ZACHARY RICHARDS (KY Bar No. 99209), *Pro hac vice*<br>ASSISTANT ATTORNEYS GENERAL<br>1024 CAPITAL CENTER DRIVE SUITE 200<br>FRANKFORT, KY 40601<br>CHRISTIAN.LEWIS@KY.GOV<br>PHILIP.HELERINGER@KY.GOV<br>GREG.LADD@KY.GOV<br>ZACH.RICHARDS@KY.GOV<br>PHONE: (502) 696-5300<br>FAX: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 17 | *Attorneys for Plaintiff State of Indiana* | |
| 18 | **KRIS W. KOBACH**<br>Attorney General<br>State of Kansas | |
| 21 | */s/ Sarah M. Dietz*<br>Sarah Dietz, Assistant Attorney General<br>(KS Bar No. 27457), *pro hac vice*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>sarah.dietz@ag.ks.gov | |
| 26 | *Attorney for Plaintiff State of Kansas* | |

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

| | |
|---|---|
| **JEFF LANDRY** <br> Attorney General <br> State of Louisiana <br><br> */s/ Arham Mughal* <br> Arham Mughal (LA Bar No. 38354), *pro hac vice* <br> L. Christopher Styron (LA Bar No. 30747), *pro hac vice* <br> Assistant Attorneys General <br> Louisiana Department of Justice <br> Office of the Attorney General <br> Public Protection Division <br> Consumer Protection Section <br> 1885 N 3rd Street, 4th Floor <br> Baton Rouge, LA 70802 <br> Tel: (225) 326-6438 <br> MughalA@ag.louisiana.gov <br> StyronL@ag.louisiana.gov <br><br> *Attorneys for State of Louisiana* | **ANTHONY G. BROWN** <br> Attorney General <br> State of Maryland <br><br> /s/ *Elizabeth J. Stern* <br> Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice* <br> Deputy Chief, Consumer Protection Division <br> Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice* <br> Assistant Attorney General <br> Office of the Attorney General of Maryland <br> 200 St. Paul Place <br> Baltimore, MD 21202 <br> Phone: (410) 576-6417 (Mr. Ziperman) <br> Phone: (410) 576-7226 (Ms. Stern) <br> Fax: (410) 576-6566 <br> pziperman@oag.state.md.us <br> estern@oag.state.md.us <br><br> *Attorneys for Plaintiff Office of the Attorney General of Maryland* |
| **AARON M. FREY** <br> Attorney General <br> State of Maine <br><br> /s/ Brendan F.X. O'Neil <br> Brendan F.X. O'Neil, Maine Bar No. 9900, *pro hac vice* <br> Michael Devine, Maine Bar No. 5048 <br> Laura Lee Barry Wommack, Maine Bar No. 10110 <br> Assistant Attorneys General <br> Office of the Maine Attorney General <br> 6 State House Station <br> Augusta, ME 04333 <br> (207) 626-8800 <br> brendan.oneil@maine.gov <br> michael.devine@maine.gov <br> lauralee.barrywommack@maine.gov <br><br> *Attorneys for Plaintiff the State of Maine* | **DANA NESSEL** <br> Attorney General <br> State of Michigan <br><br> /s/ Daniel J. Ping <br> Daniel J. Ping (P81482) <br> Assistant Attorney General <br> Michigan Department of Attorney General <br> Corporate Oversight Division <br> P.O. Box 30736 <br> Lansing, MI 48909 <br> 517-335-7632 <br> PingD@michigan.gov <br><br> *Attorneys for Plaintiff State of Michigan* |

| | |
|---|---|
| **KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>*/s/ James Van Buskirk*<br>JAMES VAN BUSKIRK (MN Bar No. 0392513), *pro hac vice*<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Tel: (651) 757-1150<br>james.vanbuskirk@ag.state.mn.us<br><br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*<br><br>**ANDREW BAILEY**<br>Attorney General<br>State of Missouri<br><br>By: */s/ Michael Schwalbert*<br>Michael Schwalbert, MO Bar #63229, *pro hac vice*<br>Assistant Attorney General<br>Consumer Protection Section<br>Missouri Attorney General's Office<br>815 Olive Street | Suite 200<br>Saint Louis, Missouri 63101<br>michael.schwalbert@ago,mo.gov<br>Phone: 314-340-7888<br>Fax: 314-340-7981<br><br>*Attorney for Plaintiff State of Missouri, ex rel. Andrew Bailey, Attorney General* | **MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>*/s/ Michaela J. Hohwieler*<br>Michaela J. Hohwieler (NE #26826)<br>Assistant Attorney General<br>*pro hac vice*<br>Colin P. Snider (NE #27724)<br>Assistant Attorney General<br>*pro hac vice*<br>Nebraska Attorney General's Office<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Phone: (402) 471-3840<br>Email: michaela.hohwieler@nebraska.gov<br>Email: colin.snider@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska*<br><br>**MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>By: */s/ Kashif T. Chand*<br>Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice*<br>Chief, Deputy Attorney General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br><br>*Attorneys for Plaintiff New Jersey Division of Consumer Affairs* |

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>/s/ *Christopher D'Angelo*<br>Christopher D'Angelo, Chief Deputy Attorney General, Economic Justice Division (NY Bar No. 4348744)<br>Christopher.D'Angelo@ag.ny.gov<br>Kim Berger, Chief, Bureau of Internet and Technology (NY Bar No. 2481679)<br>Kim.Berger@ag.ny.gov<br>Clark Russell, Deputy Chief, Bureau of Internet and Technology (NY Bar No. 2848323)<br>Clark.Russell@ag.ny.gov<br>Nathaniel Kosslyn, Assistant Attorney General (NY Bar No. 5773676)<br>Nathaniel.Kosslyn@ag.ny.gov<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8262<br>*Pro hac vice*<br><br>*Attorneys for Plaintiff the People of the State of New York* | **JOSHUA H. STEIN**<br>Attorney General<br>State of North Carolina<br><br>/s/ *Kevin Anderson*<br>Kevin Anderson (N.C. Bar No. 22635), *pro hac vice*<br>Senior Counsel<br>Sarah G. Boyce<br>Deputy Attorney General & General Counsel<br>Jasmine McGhee<br>Senior Deputy Attorney General<br>Josh Abram<br>Kunal Choksi<br>Special Deputy Attorneys General<br>Charles G. White<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6006<br>Facsimile: (919) 716-6050<br>kander@ncdoj.gov<br><br>*Attorneys for Plaintiff State of North Carolina* |

| | |
|---|---|
| **DREW H. WRIGLEY**<br>Attorney General<br>State of North Dakota<br><br>By: /s/ Elin S. Alm<br>Elin S. Alm (ND Bar No. 05924)<br>*pro hac vice*<br>Assistant Attorney General<br>Parrell D. Grossman (ND Bar No. 04684)<br>Director, Consumer Protection and Antitrust Division<br>Office of Attorney General<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Telephone (701) 328-5570<br>ealm@nd.gov<br>pgrossman@nd.gov<br><br>*Attorneys for Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General* | **DAVE YOST**<br>Attorney General<br>State of Ohio<br><br>/s/ Kevin R. Walsh<br>Melissa G. Wright (Ohio Bar No. 0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (Ohio Bar No. 0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (Ohio Bar No. 0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (Ohio Bar No. 0073999)<br>Kevin.Walsh@ohioago.gov<br>Senior Assistant Attorney General<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>Tel: 614-466-1031<br>*(pro hac vice)*<br><br>*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost,*<br><br>**ELLEN F. ROSENBLUM**<br>Attorney General<br>State of Oregon<br><br>/s/ *Jordan M. Roberts*<br>Jordan M. Roberts (Oregon Bar No. 115010), *pro hac vice*<br>Assistant Attorney General<br>Oregon Department of Justice<br>Consumer Protection Section<br>100 SW Market Street<br>Portland, Oregon 97201<br>Telephone:    (971) 673-1880<br>Facsimile:    (971) 673-1884<br>E-mail: jordan.m.roberts@doj.state.or.us<br><br>*Attorneys for State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the State of Oregon* |

| | |
|---|---|
| **MICHELLE A. HENRY**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>*/s/ Timothy R. Murphy*<br>TIMOTHY R. MURPHY<br>Senior Deputy Attorney General (PA Bar No. 321294)<br>Email: tmurphy@attorneygeneral.gov<br>JONATHAN R. BURNS<br>Deputy Attorney General (PA Bar No. 315206)<br>Email: jburns@attorneygeneral.gov<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Tel: 717.787.4530<br>*(pro hac vice)*<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania*<br><br><br>**PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s Stephen N. Provazza*<br>Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice*<br>Special Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>/s/ Anna C. Smith<br>C. HAVIRD JONES, JR.<br>Senior Assistant Deputy Attorney General<br>JARED Q. LIBET<br>Assistant Deputy Attorney General<br>ANNA C. SMITH (SC Bar No. 104749), *pro hac vice*<br>Assistant Attorney General<br>CLARK C. KIRKLAND, JR.<br>Assistant Attorney General<br>**OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA**<br>P.O. Box 11549<br>Columbia, South Carolina 29211<br>Tel: (803) 734-0536<br>annasmith@scag.gov<br><br>*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as Attorney General of the State of South Carolina*<br><br><br>**MARTY J. JACKLEY**<br>Attorney General<br>State of South Dakota<br><br>/s/ Jessica M. LaMie<br>By: Jessica M. LaMie) (SD Bar No. 4831), *pro hac vice*<br>Assistant Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Jessica.LaMie@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota* |

| | |
|---|---|
| **JASON S. MIYARES** <br> Attorney General <br> Commonwealth Of Virginia <br><br> */s/ Joelle E. Gotwals* <br> Steven G. Popps <br> Deputy Attorney General <br> Richard S. Schweiker, Jr. <br> Senior Assistant Attorney General and Section Chief <br> Joelle E. Gotwals (VSB No. 76779), *pro hac vice* <br> Assistant Attorney General <br> Office of the Attorney General of Virginia <br> Consumer Protection Section <br> 202 N. 9th Street <br> Richmond, Virginia 23219 <br> Telephone:   (804) 786-8789 <br> Facsimile:    (804) 786-0122 <br> E-mail: jgotwals@oag.state.va.us <br><br> *Attorneys for the Plaintiff Commonwealth of Virginia* <br> *ex rel. Jason S. Miyares, Attorney General* | **ROBERT W. FERGUSON** <br> Attorney General <br> State of Washington <br><br> */s/ Joseph Kanada* <br> Joseph Kanada (WA Bar No. 55055), *pro hac vice* <br> Alexandra Kory <br> Rabi Lahiri <br> Gardner Reed <br> Alexia Diorio <br> Assistant Attorneys General <br> Washington State Office of the Attorney General <br> 800 Fifth Avenue, Suite 2000 <br> Seattle, WA 98104 <br> (206) 389-3843 <br> Joe.Kanada@atg.wa.gov <br><br> *Attorneys for Plaintiff State of Washington* <br><br> **PATRICK MORRISEY** <br> Attorney General <br> State of West Virginia <br><br> */s/ Laurel K. Lackey* <br> Laurel K. Lackey (WVSB No. 10267), *pro hac vice* <br> Abby G. Cunningham (WVSB No. 13388) <br> Assistant Attorneys General <br> Office of the Attorney General <br> Consumer Protection & Antitrust Division <br> Eastern Panhandle Office <br> 269 Aikens Center <br> Martinsburg, West Virginia 25404 <br> (304) 267-0239 <br> laurel.k.lackey@wvago.gov <br><br> *Attorneys for Plaintiff State of West Virginia, ex rel. Patrick Morrisey, Attorney General* |

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

/s/ R. Duane Harlow
R. DUANE HARLOW
Assistant Attorney General
WI State Bar #1025622, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-2950
harlowrd@doj.state.wi.us

*Attorneys for Plaintiff State of Wisconsin*

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*