Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING VIDEO ACCESS FOR NOVEMBER 16, 2023 CASE MANAGEMENT CONFERENCE** |

Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, a case management conference is scheduled to take place on November 16, 2023 at 11:00 a.m. in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor;

WHEREAS, the Court previously advised that it will allow video access to proceedings before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the November 16, 2023 case management conference remotely rather than traveling to appear in person;

WHEREAS, the Parties prefer to observe the case management conference remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the November 16, 2023 case management conference, public video access will be permitted for the proceeding using the webinar link found on the Court's webpage; and
2. If the Ninth Circuit does rescind its pandemic-era policy prior to the November 16, 2023 case management conference, there will be audio remote access only for the hearing.

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

| | | |
|---|---|---|
| 1 | Dated: November 15, 2023 | _/s/ Jennie Lee Anderson_ |
| 2 | | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 3 | | 155 MONTGOMERY STREET, SUITE 900<br>SAN FRANCISCO, CA 94104 |
| 4 | | Telephone: + 1 (415) 986-1400<br>Email: jennie@andrusanderson.com |
| 5 | | _Liaison Counsel for Plaintiffs_ |
| 6 | | LEXI J. HAZAM |
| 7 | | **LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP** |
| | | 275 BATTERY STREET, 29TH FLOOR |
| 8 | | SAN FRANCISCO, CA 94111-3339<br>Telephone: + 1 (415) 956-1000 |
| 9 | | Email: lhazam@lchb.com |
| 10 | | CHRISTOPHER A. SEEGER |
| 11 | | **SEEGER WEISS, LLP**<br>55 CHALLENGER ROAD, 6TH FLOOR |
| 12 | | RIDGEFIELD PARK, NJ 07660<br>Telephone: + 1 (973) 639-9100 |
| | | Facsimile: + 1 (973) 679-8656 |
| 13 | | Email: cseeger@seegerweiss.com |
| 14 | | PREVIN WARREN |
| 15 | | **MOTLEY RICE LLC**<br>401 9th Street NW Suite 630 |
| | | Washington DC 20004 |
| 16 | | Telephone: + 1 (202) 386-9610<br>Email: pwarren@motleyrice.com |
| 17 | | |
| | | _Co-Lead Counsel for Plaintiffs_ |
| 18 | | |
| 19 | | JOSEPH G. VANZANDT |
| 20 | | **BEASLEY ALLEN CROW METHVIN<br>PORTIS & MILES, P.C.** |
| | | 234 COMMERCE STREET |
| 21 | | MONTGOMERY, AL 36103<br>Telephone: + 1 (334) 269-2343 |
| 22 | | Email: joseph.vanzandt@beasleyallen.com |
| 23 | | EMILY C. JEFFCOTT |
| 24 | | **MORGAN & MORGAN**<br>220 W. GARDEN STREET, 9TH FLOOR |
| | | PENSACOLA, FL 32502 |
| 25 | | Telephone: + 1 (850) 316-9100<br>Email: ejeffcott@forthepeople.com |
| 26 | | |
| 27 | | RON AUSTIN<br>**RON AUSTIN LAW** |
| | | 400 Manhattan Blvd. |
| 28 | | Harvey LA, 70058 |

|   |   |
|---|---|
| 1 | Telephone: + 1 (504) 227–8100<br>Email: raustin@ronaustinlaw.com |
| 2 |   |
| 3 | MATTHEW BERGMAN<br>GLENN DRAPER |
| 4 | **SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 SECOND AVENUE, SUITE 2100<br>SEATTLE, WA 98104 |
| 5 | Telephone: + 1 (206) 741-4862<br>Email: matt@socialmediavictims.org |
| 6 | Email: glenn@socialmediavictims.org |
| 7 | JAMES J. BILSBORROW |
| 8 | **WEITZ & LUXENBERG, PC**<br>700 BROADWAY<br>NEW YORK, NY 10003 |
| 9 | Telephone: + 1 (212) 558-5500<br>Facsimile: + 1 (212) 344-5461 |
| 10 | Email: jbilsborrow@weitzlux.com |
| 11 | PAIGE BOLDT |
| 12 | **WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |
| 13 | Telephone: + 1 (210) 448-0500<br>Email: PBoldt@WattsGuerra.com |
| 14 |   |
| 15 | THOMAS P. CARTMELL<br>**WAGSTAFF & CARTMELL LLP** |
| 16 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 17 | Telephone: + 1 (816) 701 1100<br>Email: tcartmell@wcllp.com |
| 18 | JAYNE CONROY |
| 19 | **SIMMONS HANLY CONROY, LLC**<br>112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016 |
| 20 | Telephone: + 1 (917) 882-5522<br>Email: jconroy@simmonsfirm.com |
| 21 |   |
| 22 | CARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC** |
| 23 | 16 Court St.<br>Brooklyn, NY 11241 |
| 24 | Telephone: + 1 (646) 666-8908<br>Email: carrie@cagoldberglaw.com |
| 25 | KIRK GOZA<br>**GOZA & HONNOLD, LLC** |
| 26 | 9500 Nall Avenue, Suite 400<br>Overland Park, KS 66207 |
| 27 | Telephone: + 1 (913) 451-3433<br>Email: kgoza@gohonlaw.com |
| 28 | SIN-TINY MARY LIU |

**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

|   |   |
|---|---|
| 1 | ROBERT H. KLONOFF |
|   | **ROBERT KLONOFF, LLC** |
| 2 | 2425 SW 76TH AVENUE |
|   | PORTLAND, OR 97225 |
| 3 | Telephone: + 1 (503) 702-0218 |
|   | Email: klonoff@usa.net |
| 4 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 5 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 6 | Telephone: + 1 (212) 213-8311 |
|   | Email: hnappi@hrsclaw.com |
| 7 |   |
|   | ANTHONY K. BRUSTER |
| 8 | **BRUSTER PLLC** |
|   | 680 N. Carroll Ave., Suite 110 |
| 9 | Southlake, TX 76092 |
|   | Telephone: + 1 (817) 601-9564 |
| 10 | Email: akbruster@brusterpllc.com |
| 11 | FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM |
| 12 | **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS** |
| 13 | 2762 B M Montgomery Street, Suite 101 |
|   | Homewood, Alabama 35209 |
| 14 | Telephone: + 1 (205) 564-2741 |
|   | Email: francois@southernmedlaw.com |
| 15 |   |
|   | JAMES MARSH |
| 16 | **MARSH LAW FIRM PLLC** |
|   | 31 HUDSON YARDS, 11TH FLOOR |
| 17 | NEW YORK, NY 10001-2170 |
|   | Telephone: + 1 (212) 372-3030 |
| 18 | Email: jamesmarsh@marshlaw.com |
| 19 | *Attorneys for Plaintiffs* |
| 20 | **ROB BONTA** |
|   | Attorney General |
| 21 | State of California |
| 22 | */s/ Megan O'Neill* |
|   | Megan O'Neill (CA SBN 343535) |
| 23 | Deputy Attorney General |
|   | California Department of Justice |
| 24 | Office of the Attorney General |
|   | 455 Golden Gate Ave., Suite 11000 |
| 25 | San Francisco, CA 94102-7004 |
|   | Phone: (415) 510-4400 |
| 26 | Fax: (415) 703-5480 |
|   | Megan.ONeill@doj.ca.gov |
| 27 |   |
|   | *Attorney for the People of the State of California* |
| 28 |   |

| | |
|---|---|
| 1 | |
| 2 | **DANIEL J. CAMERON**<br>Attorney General<br>Commonwealth of Kentucky |
| 3 | |
| 4 | /s/ *J. Christian Lewis*<br>J. Christian Lewis (KY Bar No. 87109), *Pro hac vice* |
| 5 | Philip Heleringer (KY Bar No. 96748), *Pro hac vice* |
| 6 | Gregory B. Ladd (KY Bar No. 95886), *Pro hac vice* |
| 7 | Zachary Richards (KY Bar No. 99209), *Pro hac vice app. forthcoming* |
| 8 | Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice app. forthcoming* |
| 9 | Assistant Attorneys General<br>1024 Capital Center Drive |
| 10 | Suite 200<br>Frankfort, KY 40601 |
| 11 | Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov |
| 12 | Greg.Ladd@ky.gov<br>Zach.Richards@ky.gov |
| 13 | Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300 |
| 14 | Fax: (502) 564-2698 |
| 15 | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 16 | |
| 17 | **PHILIP J. WEISER**<br>Attorney General |
| 18 | State of Colorado |
| 19 | /s/ *Bianca E. Miyata*<br>Bianca E. Miyata, CO Reg. No. 42012, *pro hac vice* |
| 20 | Senior Assistant Attorney General<br>Colorado Department of Law |
| 21 | Ralph L. Carr Judicial Center<br>Consumer Protection Section |
| 22 | 1300 Broadway, 7th Floor<br>Denver, CO 80203 |
| 23 | Phone: (720) 508-6651<br>bianca.miyata@coag.gov |
| 24 | |
| 25 | *Attorney for Plaintiff State of Colorado, ex rel. Philip Weiser, Attorney General* |
| 26 | |
| 27 | **COVINGTON & BURLING LLP** |
| 28 | /s/*Phyllis A. Jones*<br>Phyllis A. Jones, *pro hac vice* |

| | |
|---|---|
| 1 | Paul W. Schmidt, *pro hac vice* |
| | COVINGTON & BURLING LLP |
| 2 | One CityCenter |
| | 850 Tenth Street, NW |
| 3 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| 4 | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |
| 5 | Email: pschmidt@cov.com |
| 6 | Emily Johnson Henn (State Bar. No. 269482) |
| | COVINGTON & BURLING LLP |
| 7 | 3000 El Camino Real |
| | 5 Palo Alto Square, 10th Floor |
| 8 | Palo Alto, CA 94306 |
| | Telephone: + 1 (650) 632-4700 |
| 9 | Facsimile: +1 (650) 632-4800 |
| | Email: ehenn@cov.com |
| 10 | |
| | Ashley M. Simonsen (State Bar. No. 275203) |
| 11 | COVINGTON & BURLING LLP |
| | 1999 Avenue of the Stars |
| 12 | Los Angeles, CA 90067 |
| | Telephone: + 1 (424) 332-4800 |
| 13 | Facsimile: +1 (424) 332-4749 |
| | Email: asimonsen@cov.com |
| 14 | |
| | Isaac D. Chaput (State Bar. No. 326923) |
| 15 | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| 16 | 415 Mission Street, Suite 5400 |
| | San Francisco, CA 94105 |
| 17 | Telephone: + 1 (415) 591-6000 |
| | Facsimile: +1 (415) 591-6091 |
| 18 | Email: ichaput@cov.com |
| 19 | Gregory L. Halperin, *pro hac vice* |
| | COVINGTON & BURLING LLP |
| 20 | 620 Eighth Avenue |
| | New York, NY 10018 |
| 21 | Telephone: + 1 (212) 841-1000 |
| | Facsimile: +1 (212) 841-1010 |
| 22 | Email: ghalperin@cov.com |
| 23 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 24 | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;* |
| 25 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 26 | |
| 27 | **KING & SPALDING LLP** |
| 28 | _____*/s/ Geofrey M. Drake*_____ |

- 8 -    STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | Geoffrey M. Drake |
| | King & Spalding LLP |
| 2 | 1180 Peachtree Street, NE, Suite 1600 |
| | Atlanta, GA 30309 |
| 3 | Telephone: + 1 (404) 572-4600 |
| | Facsimile: + 1 (404) 572-5100 |
| 4 | Email: gdrake@kslaw.com |

**FAEGRE DRINKER LLP**

　　　/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

　　　/s/ *Lauren Gallo White*
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

|   |   |
|---|---|
| 1 |  |
| 2 | */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli, *pro hac vice*<br>jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin, *pro hac vice*<br>ahardin@wc.com |
| 5 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
|   | Tel.: 202-434-5000 |

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE:  November 15, 2023

Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 15, 2023

*/s/ Jennie Lee Anderson*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel. (415) 986-1400
Fax. (415) 986-1474
jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*