Lesley E. Weaver (SBN 191305)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Proposed Counsel for a Leadership Position on Behalf of the School Districts*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS. | Case 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**MOTION OF LESLEY E. WEAVER FOR APPOINTMENT TO PLAINTIFFS' SCHOOL DISTRICT LEADERSHIP**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor<br>Hearing Date: December 12, 2023<br>Hearing Time: 2:00 p.m. |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Lesley E. Weaver of Bleichmar Fonti & Auld LLP hereby moves this Court for an order appointing Ms. Weaver to a leadership position as Lead, Co-Lead, or Member of the Plaintiffs' Steering Committee representing the interests of the school districts.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and exhibit submitted herewith, any Reply Memorandum or other papers submitted in connection with the Motion, any matter of which this Court may properly take judicial notice, and any information presented at argument.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Ms. Weaver respectfully submits this application to the Plaintiffs' Steering Committee Leadership. If appointed, Ms. Weaver would serve on the Plaintiffs' Steering Committee to oversee and litigate issues unique to the school districts currently filed, as well as those filed in the future, under the direction of Co-Lead Counsel.

As demonstrated in the accompanying letter from Ms. Weaver (Exhibit A), Ms. Weaver is qualified, committed, and available to serve. For the reasons set forth in Exhibit 1, Ms. Weaver respectfully requests that the Court issue an order appointing her to any role which the Court finds appropriate.

Respectfully submitted,

DATED: November 17, 2023

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax.: (415) 445-4020
lweaver@bfalaw.com

*Proposed Counsel for a Leadership Position on Behalf of the School Districts*

---

Mot. of Lesley E. Weaver for Appointment to Plaintiffs' School District Leadership

Case No. 4:22-md-03047-YGR

1

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on November 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Lesley E. Weaver*
Lesley E. Weaver
BLEICHMAR FONTI & AULD LLP