**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS. | Case 4:22-md-03047-YGR <br><br> MDL No. 3047 <br><br> **[PROPOSED] ORDER GRANTING MOTION OF LESLEY E. WEAVER FOR APPOINTMENT TO PLAINTIFFS' SCHOOL DISTRICT LEADERSHIP** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Courtroom: 1, 4th Floor <br> Hearing Date: December 12, 2023 <br> Hearing Time: 2:00 p.m. |

Having considered Lesley E. Weaver's Motion for Appointment to Plaintiffs' School District Leadership (the "Motion") to represent the interests of the school districts, exhibits in support thereof, and good cause being found, the Court hereby GRANTS the Motion.

**IT IS ORDERED** that Lesley E. Weaver has been appointed as _____ to represent the interests of the school districts in this MDL.

Dated:_____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOT. OF LESLEY E. WEAVER FOR   Case No. 4:22-md-03047-YGR
APPOINTMENT TO PLAINTIFFS' SCHOOL DISTRICT LEADERSHIP