1    [*Submitting Counsel on Signature Page*]

2

3

4

5                        UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                            OAKLAND DIVISION

8

9    IN RE: SOCIAL MEDIA ADOLESCENT           Case No. 4:22-MD-03047-YGR2

10   ADDICITION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION            **NOTICE OF FILING OF**
11                                            **LETTER REQUEST TO**
     This Document Relates to:                **APPOINT CYRUS MEHRI TO**
12                                            **PLAINTIFFS' STEERING COMMITTEE**
     ALL T ACTIONS
13                                            Date: February 2, 2024
                                              Time: 10:00 a.m.
14                                            Courtroom: 6, 17th Floor

15                                            Judge: Hon. Yvonne Gonzalez Rogers

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING OF LETTER REQUEST
TO APPOINT CYRUS MEHRI TO
PLAINTIFFS' STEERING COMMITTEE

**NOTICE OF FILING**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 17, 2023, I caused the attached letter requesting my appointment to a position on the Plaintiffs' Steering Committee to be filed with the Court through the CM/ECF system, which automatically notifies all counsel or record.

Cyrus Mehri
cmehri@findjustice.com
Mehri & Skalet, PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100