# EXHIBIT B

# CYRUS MEHRI
## Mehri & Skalet, PLLC
*More information available at findjustice.com*

**EDUCATION:**  **CORNELL LAW SCHOOL** (J.D. 1988)
**HARTWICK COLLEGE** (B.A. 1983) (Honorary J.D. 2021)

**PROFILE:**  Mr. Mehri co-founded Mehri & Skalet, a complex litigation firm in Washington D.C., which he has led for twenty years. After law school, Mr. Mehri clerked for U.S. District Judge John T. Nixon (M.D. Tenn.).

Mr. Mehri is one of the nation's most effective high-impact litigators. He has served as co-lead counsel in many of the largest civil rights cases in U.S. history including: *Roberts v. Texaco* (S.D.N.Y. 1997) (J. Brieant) (Settled for $176 million, injunctive relief, and the appointment of an outside task force); *Ingram v. Coca Cola Company* (N.D. Ga. 2001) (J. Story) (Settled for $192 million, injunctive relief, and the appointment of an outside task force); *Robinson v. Ford Motor Company* (S.D. Ohio 2005) (J. Spiegel) (Settled for $10 million, the creation of 276 apprentice positions, and injunctive relief); *Augst-Johnson v. Morgan Stanley* (D.D.C. 2007) (J. Roberts) (Settled for $47 million, injunctive relief, and the appointment of an independent monitor); *Amachoev v. Smith Barney* (N.D. Cal. 2008) (J. Hamilton) (Settled for $33 million, injunctive relief, and the appointment of an independent monitor); *Norflet v. John Hancock Life Insurance* (D. Conn. 2009) (J. Arterton) (Settled for $24 million and distribution of $15 million in cy pres awards); *Carter v. Wells Fargo Advisors* (D.D.C. 2011) (J. Kollar-Kotelly) (Settled for $32 million, injunctive relief, and the appointment of an independent monitor); *Brown v. Medicis Pharmaceutical* (D.D.C. 2013) (J. Leon) (Resulted in an $8 million award, change of senior management, and injunctive relief); and *Borders v. Wal-Mart* (S.D. Ill. 2020) (J. Yandle) (Settled for $14 million and alteration of corporate policy).

Mr. Mehri has had over 30 years' experience working on class actions and complex litigation in a wide range of areas—including securities, antitrust, consumer protection, and the False Claims Act—and efficiently leading them to successful conclusions. Both the

New York Times and the Wall Street Journal have reported on his "vision" for "sweeping changes to corporate practices" and Fast Company described his "impact in terms of penalties and remedies" as "undeniable."

**OPIOID EXPERIENCE:** Mr. Mehri has had a positive impact on opioid litigation including:

- *Public School Districts*: Negotiated settlement with McKinsey for a nationwide class of public school districts. Negotiating in mediation held by Retired Federal U.S. District Judge Layn Phillips and Kenneth Feinberg the creation of a $30.5 million Public Schools' Special Education Trust to be paid collectively by the debtors in the *Purdue* and *Mallinckrodt* bankruptcies for the benefit of public school districts nationwide. Negotiatiating in mediation held by Retired U.S. Bankruptcy Judge Shelly C. Chapman in the Endo Bankruptcy for the benefit of public school districts nationwide; and
- *Default formularies:* Helping achieve reforms for default formularies used by Pharmacy Benefit Plans cited favorably by Judge Polster in MDL 2804.

**PRO BONO:** Mr. Mehri's Pro Bono work has had significant impact on society:

- *Rooney Rule*: Mr. Mehri is the architect of the Rooney Rule, which transformed the National Football League, and inspired organizations across industries to use diverse slates to advance equal opportunity. In the legal profession, it inspired the creation of the "Mansfield Rule." Mr. Mehri's efforts are featured in both the Pro Football Hall of Fame and the African American Museum in Washington D.C.
- *Judicial Nominations*: Mr. Mehri testified before the U.S. Senate Judiciary Committee with Supreme Court litigant Lilly Ledbetter to advocate for the use of "diversity in life and work experience" in Presidential selections for the judiciary. President Biden has explicitly adopted this philosophy for judicial nominees.