[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICITION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>**NOTICE OF ERRATA TO NOTICE OF FILING OF LETTER REQUEST TO APPOINT CYRUS MEHRI TO PLAINTIFFS' STEERING COMMITTEE**<br><br>Date: December 12, 2023<br>Time: 2:00 p.m.<br>Courtroom: 1, 4th Floor, Oakland<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# NOTICE OF ERRATA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I respectfully submit this errata to my Notice of Filing of my Letter Request for appointment to the Plaintiff's Steering Committee which was filed on November 17, 2023, at Docket No. 442 in order to correct inadvertent clerical errors. On the notice's cover page "ALL T ACTIONS" should read "ALL ACTIONS;" "Case No. 4:22-MD-03047-YGR2" should read "4:22-MD-03047-YGR;" and the hearing date and location should read:

    Date: December 12, 2023
    Time:  2:00 p.m.
    Location: Courtroom 1, 4th floor, Oakland

Dated: November 20, 2023

*/s/ Cyrus Mehri*

Cyrus Mehri
cmehri@findjustice.com
Mehri & Skalet, PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100