# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| Date:  November 16, 2023 | Time: 11:00 a.m. – 1:55 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |

**Attorneys for Plaintiffs:** See Attached
**Attorneys for Defendants:** See Attached

**Deputy Clerk:** Ki'i Kealalio-Puli          **Court Reporter:** Pamela Hebel

## PROCEEDINGS

Further Case Management Conference – **HELD**

A Further Case Management Conference has been set on December 13, 2023 at 10:30 a.m. The Parties shall submit a joint Statement no later than December 6, 2023, to include an outline of any issues which they anticipate raising at the Case Management Conference and in relation to which they request guidance or a ruling by the Court.

The Court further sets an Additional Dismissal Briefing schedule, organized into the following four tracks: 1) the state Attorneys General complaint, as well as Claims 7, 8 and 9 of the individual plaintiffs' Master Amended Complaint ("MAC"); 2) the remaining MAC claims, with the exception of the individual plaintiffs' negligence *per se* claim; 3) the forthcoming school district plaintiffs' master complaint; and 4) claims asserted against defendant Mark Zuckerberg in his individual capacity.

- Briefing Schedule for Tracks 1 & 2
    - Motion to Dismiss: December 18, 2023
    - Opposition Brief: February 5, 2024
    - Reply Brief: February 26, 2024

- Briefing Schedule for Track 3
    - Master Complaint due by December 18, 2023
    - Motion to Dismiss: February 5, 2024
    - Opposition Brief: March 4, 2024
    - Reply Brief: March 25, 2024

- Briefing Schedule for Track 4
  - Motion to Dismiss: December 18, 2023
  - Opposition Brief: January 16, 2024
  - Reply Brief: January 23, 2024

Page limits for the above referenced briefing schedule and the process for seeking adjustments to such limits will be set forth in a written order.

The Court heard argument from attorneys present at the Case Management Conference who wished to be considered for plaintiffs' leadership roles and explained that applications from additional counsel for appointment would be accepted through Friday, November 17, 2023 at 12:00 p.m. Pacific time.

The Court heard argument from parties regarding the development of plaintiffs' fact sheets for the personal injury actions and an implementation order for such fact sheets. Parties also raised issues regarding discovery and the issuance of a coordination order.

The Court clarified that the discovery stay is **VACATED** and discovery is now open. The Court directed parties to raise disputes relating thereto with Magistrate Judge Kang. The Court also **ORDERED** parties, including the state Attorneys General plaintiffs, to meet and confer regarding the development of plaintiffs' fact sheets and a proposed form of implementation order, as well as regarding the issuance of a mutually agreeable coordination order. Parties are **ORDERED** to provide updates regarding such discussions in the joint Statement to be filed no later than December 6, 2023.

The Court also sets Further Case Management Statements for the following dates and times:

- January 26, 2024 at 2:30 p.m.
- February 23, 2024 at 2:30 p.m.
- March 22, 2024 at 2:30 p.m.

Written order to follow.