Social Media MDL
Case No. 22-3047

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Initial Here |
|---|---|---|
| Defendants | | |
| Paul Schmidt | Covington & Burling LLP | *signed* |
| Ashley Simonsen | Covington & Burling LLP | *signed* |
| Isaac Chaput | Covington & Burling LLP | Isaac Chaput |
| Jonathan Blavin | Munger Tolles & Olson LLP | *signed* |
| Geoffrey Drake | King & Spaulding LLP | *signed* |
| Andrea Pierson | Faegre Drinker LLP | *signed* |
| Christopher Chiou | Wilson Sonsini Goodrich & Rosati | Christopher Chiou |
| Ashley Hardin | Williams & Connolly LLP | *signed* |
| Andrew Kramer | Wilson Sonsini Goodrich & Rosati | *signed* |
| Plaintiffs | | |
| Christopher Seeger | Seeger Weiss LLP | *signed* |
| Christopher Ayers | Seeger Weiss LLP | *signed* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | |
| Kelly McNabb | Lieff Cabraser Heimann & Bernstein LLP | |

Social Media MDL
Case No. 22-3047

| Name | Firm | Signature |
|---|---|---|
| Patrick Andrews | Lieff Cabraser Heimann & Bernstein LLP | |
| Mathew Jasinski | Motley Rice LLC | *signed* |
| Jennie Lee Anderson | Andrus Anderson LLP | *signed* |
| Aelish Baig | Robbins Geller Rudman & Dowd LLP | |
| Thomas Cartmell | Wagstaff & Cartmell LLP | |
| James Cecchi | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | *signed* |
| Derek Loeser | Keller Rohrback LLP | *signed* |
| Anne Marie Murphy | Cotchett Pitre & McCarthy LLP | *signed* |
| Karin Swope | Cotchett Pitre & McCarthy LLP | *signed* |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *signed* |
| Barney Eskandari | Office of the Attorney General - CA | *signed* |
| Megan O'Neill | Office of the Attorney General – CA | *signed* |
| Josh Olszewski-Jubelirer | Office of the Attorney General - CA | *signed* |
| Marissa Roy | Office of the Attorney General - CA | *signed* |
| Megan Rundlet | Office of the Attorney General – CO | *Megan Rundlet* |

Social Media MDL
Case No. 22-3047

| Name | Affiliation | Signature |
|---|---|---|
| Bianca Miyata | Office of the Attorney General - CO | *signed* |
| Christian Lewis | Office of the Attorney General - KY | *signed* |
| Additional Attorneys Not on Parties' Attendance List | | |
| Felicia Craicu | Keller Rohrbach LLP | *signed* |
| Jason Lichtman | Lieff | *signed* |
| Thomas P. Cartmell | Wagstaff & Cartmell | *signed* |
| | | |
| | | |
| | | |
| | | |
| | | |