Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF SERVICE OF STANDING ORDERS** |

Pursuant to Magistrate Judge Peter H. Kang' standing orders, attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, and hereby served on all parties via ECF, are the Standing Order for Discovery in Civil Cases Before Magistrate Judge Peter H. Kang and Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang.  Electronic service via the ECF satisfies Civil Local Rule 5-5. Civ. L.R. 5-5(a).

In addition to service on all parties by ECF, on November 20, 2023, Liaison Counsel for Plaintiffs also provided copies by email to Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, Siculus Inc. ("Meta Entities"), Snap, Inc., TikTok Inc., ByteDance Inc. ("TikTok Entities"), YouTube, LLC, Alphabet Inc., Google LLC ("Google Entities"), by and through their counsel of record, as well as the designated representatives for the State Attorneys General appearing in this lawsuit, pursuant to the parties' written agreement regarding the same.

Dated: November 21, 2023

Respectfully submitted,

*Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474

*Liaison Counsel for Plaintiffs*