1  JOSEPH W. COTCHETT (SBN 36324)
2  jcotchett@cpmlegal.com
   ANNE MARIE MURPHY (SBN 202540)
3  amurphy@cpmlegal.com
   BRIAN DANITZ (SBN 247403)
4  bdanitz@cpmlegal.com
   ANDREW F. KIRTLEY (SBN 328023)
5  akirtley@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
6  San Francisco Airport Office Center
   840 Malcolm Road
7  Burlingame, CA 94010
   Telephone: (650) 697-6000
8  Facsimile: (650) 697-0577
9
   *Attorneys for Plaintiffs*
10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13

14  **IN RE: SOCIAL MEDIA ADOLESCENT**         Case No. 4:22-md-03047-YGR
    **ADDICTION/PERSONAL INJURY**
15  **PRODUCTS LIABILITY LITIGATION**           MDL No. 3047

16                                              **NOTICE OF WITHDRAWAL OF**
    THIS DOCUMENT RELATED TO:                   **GAYATRI RAGHUNANDAN AS**
17                                              **COUNSEL FOR PLAINTIFF**
    ALL ACTIONS
18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWAL OF GAYATRI RAGHUNANDAN AS COUNSEL FOR PLAINTIFF:
Case No. 4:22-MD-03047-YGR**

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

  PLEASE TAKE NOTICE THAT Gayatri Raghunandan is no longer an attorney at the law

3

firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby withdraws as counsel for Plaintiffs

4

San Mateo County Board of Education and Nancy Magee and should be removed from the Court's

5

service list with respect to this action. Attorneys at the law firm of Cotchett, Pitre & McCarthy,

6

LLP continue to represent Plaintiff as reflected on the service list and should continue to receive

7

filings in this action accordingly.

8

9

Dated: November 22, 2023            **COTCHETT, PITRE & McCARTHY, LLP**

10

11

By: _____

12

ANNE MARIE MURPHY

13

*Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWAL OF GAYATRI RAGHUNANDAN AS COUNSEL FOR PLAINTIFF: Case No. 4:22-MD-03047-YGR**

1