Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Peter H. Kang<br><br>**NOTICE OF FILING [PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM** |

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: |

NOTICE IS HEREBY GIVEN that pursuant to the Court's Case Management Order No. 6 (Dkt. 451), Plaintiffs and Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.; TikTok Inc. and ByteDance Inc.; Snap Inc.; and YouTube, LLC, Google LLC, and Alphabet Inc., through the undersigned counsel, submit this Notice of Filing [Proposed] Order Governing Preservation of CSAM ("Proposed CSAM Preservation Order") to Magistrate Judge Peter H. Kang for evaluation and entry.

The Parties' Proposed CSAM Preservation Order is attached hereto as **Exhibit A**.

DATED:  December 1, 2023

Respectfully submitted,

**COVINGTON & BURLING LLP**

 /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn, SBN 269482
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**
*/s/Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**
*/s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

|     |     |
| --- | --- |
| 1   | Lauren A. Bell, pro hac vice |
| 2   | MUNGER, TOLLES & OLSON LLP |
|     | 601 Massachusetts Ave., NW St., |
| 3   | Suite 500 E |
|     | Washington, D.C. 20001-5369 |
| 4   | Telephone: (202) 220-1100 |
|     | Facsimile: (202) 220-2300 |

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Lauren Gallo White*
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

*/s/ Ashley W. Hardin*
Ashley W. Hardin, pro hac vice
ahardin@wc.com
Joseph G. Petrosinelli, pro hac vice
jpetrosinelli@wc.com
680 Maine Avenue, SW

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | Washington, DC 20024                                         |
| 2  | Tel.: 202-434-5000                                           |
| 3  | **MORGAN LEWIS & BOCKIUS, LLP**                              |
| 4  | */s/ Stephanie Schuster*                                     |
| 5  | Stephanie Schuster                                           |
|    | stephanie.schuster@morganlewis.com                           |
| 6  | 1111 Pennsylvania Ave.                                       |
|    | NW Washington, DC 20004-2541                                 |
| 7  | Tel.: 202.373.6595                                           |
| 8  | Brian Ercole                                                 |
| 9  | brian.ercole@morganlewis.com                                 |
|    | 600 Brickell Avenue, Suite 1600                              |
| 10 | Miami, FL 33131-3075                                         |
|    | Tel.: 305.415.3416                                           |
| 11 |                                                              |
| 12 | Yardena R. Zwang-Weissman                                    |
|    | yardena.zwang-weissman@morganlewis.com                       |
| 13 | 300 South Grand Avenue, 22nd Floor                           |
|    | Los Angeles, CA 90071-3132                                   |
| 14 | Tel.: 213.612.7238                                           |
| 15 | *Attorneys for Defendants YouTube, LLC,*                     |
|    | *Google LLC, and Alphabet Inc.*                              |
| 16 |                                                              |
| 17 | */s/ Christopher A. Seeger*                                  |
| 18 | Christopher A. Seeger, *pro hac vice*                        |
|    | **SEEGER WEISS LLP**                                         |
| 19 | 55 Challenger Road, 6th Floor                                |
| 20 | Ridgefield Park, NJ 07660                                    |
|    | Telephone: 973-639-9100                                      |
| 21 | cseeger@seegerweiss.com                                      |
| 22 | Lexi J. Hazam (SBN 224457)                                   |
|    | **LIEFF CABRASER HEIMAN**                                    |
| 23 | **& BERNSTEIN LLP**                                          |
|    | 275 Battery Street, 29th Floor                               |
| 24 | San Francisco, CA 94111-3339                                 |
| 25 | Telephone: 415-356-1000                                      |
|    | lhazan@lchb.com                                              |
| 26 |                                                              |
| 27 | Previn Warren, *pro hac vice*                                |
|    | **MOTLEY RICE, LLC**                                         |
| 28 | 401 9th Street NW, Suite 630                                 |
|    | Washington, DC 20004                                         |

Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 1, 2023            By:    */s/ Ashley M. Simonsen*
                                                    Ashley M. Simonsen