1  Ashley M. Simonsen, SBN 275203
   COVINGTON & BURLING LLP
2  1999 Avenue of the Stars
3  Los Angeles, CA 90067
   Telephone: (424) 332-4800
4  Facsimile: + 1 (424) 332-4749
   Email: asimonsen@cov.com
5

6  *Attorneys for Defendants Meta Platforms, Inc.;
   Facebook Holdings, LLC; Facebook Orations,*
7  *LLC; Facebook Payments, Inc.; Facebook*
   *Technologies, LLC; Instagram, LLC; and*
8  *Siculus, Inc.*

9  *Additional parties and counsel listed on*
   *signature pages*
10

11              **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                    **OAKLAND DIVISION**

13

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Peter H. Kang<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067.

On December 1, 2023, I served true copies of the following document(s) described as

- **TEMPORARY SEALING MOTION RE: [PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM,**
- **[PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM**
- **NOTICE OF FILING [PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM**
- **CERTIFICATE OF SERVICE**

on the interested parties by electronic mail as follows:

PSCServiceMDL3047@motleyrice.com;
MetaNoticeofService@cov.com
SnapNoticeofService@mto.com
TikTokNoticeofService@faegredrinker.com
YouTubeServiceConfidentialDocs@wsgr.com

Executed on December 1, 2023, at Los Angeles, California.

_/s/ Denis Listengourt_

Denis Listengourt