Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional parties and counsel listed on signature pages*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Peter H. Kang<br><br>**OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN [PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM** |

1   Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), Plaintiffs and Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. (collectively, "Meta") submit this Omnibus Stipulation Regarding Sealing Material in [Proposed] Order Governing Preservation of CSAM ("Proposed CSAM Preservation Order").

Meta requests that the portion of the Proposed CSAM Preservation Order (Dkt. 462-1) listed in the following table be maintained under seal and redacted in any publicly filed copy. This portion of the Proposed CSAM Preservation Order contains highly sensitive, non-public information that could be used by bad actors to evade detection and/or enforcement. Plaintiffs, in the interest of avoiding a dispute on this limited issue before the Court, do not oppose the sealing and redaction of the below-listed portion of the Proposed CSAM Preservation Order.

The Parties agree that the portions of the Proposed CSAM Preservation Order not listed in the chart may be unsealed.[1]

| Page and Lines to Be Sealed | Basis for Sealing |
|---|---|
| 3:4 (from after "or the" to before "label") | The portion of the Proposed CSAM Preservation Order referenced in this chart is a single piece of non-public information that could enable online predators and other bad actors to exploit Meta's CSAM detection and reporting systems. In the context of a request to seal discovery material only tangentially related to a case's merits, a court may seal material when a party establishes "good cause" for sealing. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Courts apply this good-cause standard to filings related to preservation issues. *See, e.g.*, *Calhoun v. Google LLC*, 2022 WL 3348583, at *1–2 (N.D. Cal. Aug. 12, 2022). Even under the heightened compelling-reasons standard—which is more stringent than the good-cause standard that |

---

[1] Meta does not waive, and expressly reserves, its right to move to seal other material from, or derived from, documents quoted, paraphrased, characterized, or otherwise cited in the Proposed CSAM Preservation Order. The confidentiality or appropriateness of sealing material other than that cited in the Proposed CSAM Preservation Order is not currently at issue, and Meta does not waive any right with respect to that material.

| Page and Lines to Be Sealed | Basis for Sealing |
|---|---|
| | applies to this preservation issue—courts grant motions to seal when "court files might . . . become a vehicle for improper purposes." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). For example, courts have routinely sealed information that could be used by bad actors to evade security systems. *See, e.g.*, *Connor v. Quora, Inc.*, 2020 WL 6700473, at *2 (N.D. Cal. Nov. 13, 2020) (sealing information "that could be used by a bad actor to exploit and breach Quora's systems"); *Adtrader, Inc. v. Google LLC*, 2020 WL 6387381, at *2 (N.D. Cal. Feb. 24, 2020) (sealing information that "could . . . alert[] individuals who seek to circumvent Google's detection systems"); *In re Google Inc. Gmail Litig.*, 2014 WL 10537440, at *4 (N.D. Cal. Aug. 6, 2014) (sealing information that "could lead to a breach in the security of the Gmail system"). They also have found compelling reasons to seal material that "could put at risk the safety of one or more individuals if made public." *Campbell v. Grounds*, 2022 WL 14151744, at *1 (N.D. Cal. Oct. 24, 2022) (sealing witness name to protect safety).<br><br>Plaintiffs do not oppose the sealing of this information in the Proposed CSAM Preservation Order. |

Pursuant to this case's sealing procedures, a Proposed Order implementing this stipulation and a copy of the Proposed CSAM Preservation Order with the redactions agreed by the Parties listed above are attached.

**IT IS SO STIPULATED AND AGREED.**

DATED:  December 1, 2023                             Respectfully submitted,

**COVINGTON & BURLING LLP**

 /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn, SBN 269482
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

| | |
|---|---|
| DATED: December 1, 2023 | Respectfully submitted, |

/s/ Christopher A. Seeger
Christopher A. Seeger, *pro hac vice*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Lexi J. Hazam (SBN 224457)
**LIEFF CABRASER HEIMAN
& BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-356-1000
lhazan@lchb.com

Previn Warren, *pro hac vice*
**MOTLEY RICE, LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | | |
|---|---|---|
| DATED: December 1, 2023 | By: | /s/ Ashley M. Simonsen |
| | | Ashley M. Simonsen |