# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Peter H. Kang<br><br>**[PROPOSED] ORDER ON OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN [PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM** |

1

[PROPOSED] ORDER ON OMNIBUS STIPULATION REGARDING SEALING MATERIAL IN [PROPOSED] ORDER GOVERNING PRESERVATION OF CSAM
4:22-md-03047-YGR (PHK)

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on the Parties' Omnibus Stipulation Regarding Sealing Material in [Proposed] Order Governing Preservation of CSAM (Dkt. 463):

| Document | Paragraph and Lines to Be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit A - [Proposed] Order Governing Preservation of CSAM (Dkt. 462-2) | 3:4 (from after "or the" to before "label") | Redact specified portion | |

**SO ORDERED.**

DATED: _____

Hon. Peter H. Kang
United States Magistrate Judge