# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK) |
| THIS FILING RELATES TO: | ) Honorable Peter H. Kang |
| ALL ACTIONS | ) **MOTION TO WITHDRAW AS COUNSEL** |

**COMES NOW** Michaela J. Hohwieler, of the Nebraska Attorney General's Office, and hereby withdraws herself as counsel for Plaintiff, State of Nebraska, ex rel., Michael T. Hilgers, Attorney General. All future pleadings and correspondence should be directed to all other attorneys of record for the State of Nebraska in this case.

Dated this 6th day of December, 2023.

                              STATE OF NEBRASKA, ex rel.,
                              MICHAEL T. HILGERS,
                              ATTORNEY GENERAL, Plaintiff

BY:   */s/ Michaela J. Hohwieler*
         Michaela J. Hohwieler, #26826
         Assistant Attorney General
         Nebraska Attorney General's Office
         2115 State Capitol
         Lincoln, NE 68509-8920
         Tel: (402) 471-2811
         michaela.hohwieler@nebraska.gov