# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE: ZIMMER M/L TAPER HIP
PROSTHESIS OR M/L TAPER
HIP PROSTHESIS WITH KINECTIV
TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS
LIABILITY LITIGATION

MDL NO. 2859

18-MD-2859 (PAC)
18-MC-2859 (PAC)

**ORDER NO. 15**

*This Document Relates to All Cases*

------------------------------------------------------------x

**Regarding the Joint Coordination Order**

The parties in this action seek clarification as to the effect of Order No. 10, the Joint Coordination Order, (18-md-2859, Dkt. 74), on related state court proceedings. (*See* Pl's Motion to Compel, Dkt. 73; Def. Response, Dkt. 77). To address their concerns, the Joint Coordination Order is amended to include the following language after Section A.2:

> This Order does not automatically stay state court proceedings or trial upon the completion of discovery; such is left to the judgement and discretion of the court in that Action. Nonetheless, the parties are encouraged to proceed in good faith and keep both courts apprised of the status of their respective cases. Coordinated Actions will coordinate trial dates with the MDL Proceedings to avoid scheduling conflicts.

The Clerk of the Court is directed to close the motion at Dkt. 73.

Dated: New York, New York
March _7_, 20_19_

SO ORDERED

_/s/ Paul A. Crotty_

PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-8-19