GABRIEL P. EGLI
gegli@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR <br><br> Judge Yvonne Gonzalez Rogers <br><br> **NOTICE OF APPEARANCE OF GABRIEL P. EGLI** |
| ALL ACTIONS | |

Case No.: 4:22-md-03047-YGR
NOTICE OF APPEARANCE OF GABRIEL P. EGLI

4864-4096-0150

# NOTICE OF APPEARANCE OF GABRIEL P. EGLI AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gabriel P. Egli of the law firm Shook, Hardy & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-2613, telephone number (816) 474-6550, facsimile number (816) 421-5547, email address gegli@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. Egli hereby requests to be added to the docket and the electronic service list in this matter.

Dated: December 7, 2023　　　　　　　　SHOOK, HARDY & BACON L.L.P.

By: */s/Gabriel P. Egli*
　　Gabriel P. Egli

Attorneys for Defendants
Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

1　　　　　　　　　　　　　　　　　　Case No. 4:22-md-03047-YGR
NOTICE OF APPEARANCE OF GABRIEL P. EGLI

4864-4096-0150