1  Ashley M. Simonsen, SBN 275203
2  COVINGTON & BURLING LLP
   1999 Avenue of the Stars
3  Los Angeles, CA 90067
   Telephone: (424) 332-4800
4  Facsimile: + 1 (424) 332-4749
   Email: asimonsen@cov.com
5

6  *Attorneys for Defendants Meta Platforms, Inc.;*
   *Facebook Holdings, LLC; Facebook*
7  *Operations, LLC; Facebook Payments, Inc.;*
   *Facebook Technologies, LLC; Instagram, LLC;*
8  *and Siculus, Inc.*

9  *Additional parties and counsel listed on*
   *signature pages*
10

11              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION

13

14  IN RE: SOCIAL MEDIA ADOLESCENT             MDL No. 3047
    ADDICTION/PERSONAL INJURY PRODUCTS
15  LIABILITY LITIGATION                       Case No. 4:22-md-03047-YGR (PHK)

16  THIS FILING RELATES TO:                    Honorable Peter H. Kang

17  ALL ACTIONS
                                               **STIPULATION REGARDING**
18                                             **DESIGNATION OF CONFIDENTIAL**
                                               **MATERIALS IN RE-PRODUCTION**
19                                             **DOCUMENTS**

20

21

22

23

24

25

26

27

28

1   Plaintiffs, Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Orations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. (collectively, "Meta"), and Defendants TikTok Inc. and ByteDance, Inc. (collectively "TikTok") submit this Joint Stipulation Regarding Designation of Confidential Materials in Re-Production Documents ("Stipulation on Confidentiality Designations").

WHEREAS, on September 20, 2023 the Parties submitted letter-briefing [Dkt. No. 364] regarding a dispute over the timing for certain Defendants to apply confidentiality designations to documents previously re-produced in this litigation pursuant to the Court's Order dated December 29, 2022 [Dkt. No. 125];

WHEREAS, on November 22, 2023 the Court (Magistrate Judge Kang) set a hybrid discovery hearing for December 14, 2023 to hear the dispute presented at Dkt. No. 364 (along with two other disputes);

WHEREAS, the Parties have now reached an agreement that resolves the dispute over the timing for certain Defendants to apply confidentiality designations presented at Dkt. No. 364.  Under the agreement, Defendants Meta and TikTok will re-produce the documents originally produced in response to the Court's December 29, 2022 Order with confidentiality designations applied in accordance with the Protective Order appearing at Dkt. No. 290.  In addition, Meta and TikTok will, in accordance with that Protective Order [Dkt. No. 290], apply confidentiality designations to any forthcoming updates to prior re-productions they have agreed to make, consistent with the Court's December 29, 2022 Order; and

THEREFORE, the Parties notify the Court that the dispute briefed at Dkt. No. 364 is moot and need not be heard at the December 14, 2023 hybrid discovery hearing before Magistrate Judge Kang.

DATED:  December 11, 2023                    Respectfully submitted,

**COVINGTON & BURLING LLP**

 /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP

1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn, SBN 269482
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*

Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

 /s/ *Christopher A. Seeger*
Christopher A. Seeger, *pro hac vice*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Lexi J. Hazam (SBN 224457)
**LIEFF CABRASER HEIMAN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-356-1000
lhazan@lchb.com

Previn Warren, *pro hac vice*
**MOTLEY RICE, LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 11, 2023         By:   /s/ *Ashley M. Simonsen*
                                          Ashley M. Simonsen