Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Peter H. Kang<br><br>**JOINT STATUS REPORT REGARDING PRESERVATION ORDER** |

Pursuant to the Court's Order re: Joint Discovery Letter (ECF 390) and Stipulation and Order Extending Schedule Concerning Proposed Preservation Order (ECF 427), the Parties respectfully submit this Joint Status Report Regarding Preservation Order:

The Parties have engaged in negotiations regarding a potential preservation order for nearly a year. *See* ECF No. 75 at 5. During that time, the Parties have resolved certain key preservation issues initially identified by Defendants in the Parties' first CMC Statement, including the identification of user accounts associated with each Plaintiff and issues regarding preservation of information related to CSAM. The user account identification issue is addressed through the agreed Plaintiff User Account Preservation Form. *See* ECF No. 269-1. (The Parties are preparing and anticipate filing a proposed User Account Information Order that implements this form.) The CSAM preservation issue was addressed initially in the JCCP, and the Parties have agreed to entry of a proposed Order Governing Preservation of CSAM in this matter. *See* ECF Nos. 461, 463-1.

During the course of the Parties' negotiations over a preservation order, the Parties exchanged numerous drafts of a preservation order (with Defendant- and Plaintiff-specific provisions), engaged in numerous meet and confer discussions about those drafts, and briefed and argued an initial set of disputes. *See* ECF No. 297; July 6, 2023 Hr'g Tr. Despite the Parties' good faith efforts, they recently agreed that they are unlikely to agree on the preservation order they have been discussing because the Parties are far apart on numerous issues. The Parties therefore jointly propose that they suspend their discussions of that order, which will avoid the need for briefing on its entry at this time.

Notwithstanding the Parties' agreement, more targeted preservation orders or agreements on particular topics—similar to the CSAM Preservation Order discussed above—may be appropriate . The Parties will meet and confer on any such discrete topics and will present any disputes to the Court if they arise.

The Parties have also agreed to the following:

- The draft preservation orders exchanged and discussions between the Parties during the course of their negotiations do not represent commitments on behalf of any Party that it will take particular preservation steps and cannot be used by any Party to argue any such commitment was made.

- The Parties recognize that they have shared information during the course of their discussions about the preservation order, and agree, subject to the above, that the Parties may use that information to inform their discovery requests in this litigation. This agreement is subject to the confidentiality designations any Party has made regarding the information disclosed. The Parties recognize that the information provided reflected the disclosing Party's knowledge at the time of the disclosure.

- The Parties reserve the right to seek formal discovery into other Parties' preservation policies and practices, including in the form of sworn deposition testimony. The Parties also reserve the right to object to such discovery, including in light of their informal disclosures to date. If any disputes arise regarding specific discovery requests, the Parties will raise them with the Court as needed.

DATED:  December 11, 2023               Respectfully submitted,

 /s/ Isaac D. Chaput
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700

```
                                    Facsimile: +1 (650) 632-4800
                                    Email:  ehenn@cov.com

                                    Isaac D. Chaput (Bar No. 326923)
                                    COVINGTON & BURLING LLP
                                    Salesforce Tower
                                    415 Mission Street, Suite 5400
                                    San Francisco, California 94105
                                    Telephone: + 1 (415) 591-6000
                                    Facsimile: + 1 (415) 591-6091
                                    Email: ichaput@cov.com

                                    Gregory L. Halperin, pro hac vice
                                    COVINGTON & BURLING LLP
                                    620 Eighth Avenue
                                    New York, NY 10018
                                    Telephone: + 1 (212) 841-1000
                                    Facsimile: +1 (212) 841-1010
                                    Email: ghalperin@cov.com
```

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

  /s/ Lexi J. Hazam

  PREVIN WARREN
  **MOTLEY RICE LLC**
  401 9th Street NW Suite 630
  Washington DC 20004
  Telephone: + 1 (202) 386-9610
  Email:  pwarren@motleyrice.com

  CHRISTOPHER A. SEEGER
  CHRISTOPHER L. AYERS
  **SEEGER WEISS, LLP**
  55 CHALLENGER ROAD, 6TH FLOOR
  RIDGEFIELD PARK, NJ 07660
  Telephone: + 1 (973) 639-9100
  Facsimile: + 1 (973) 679-8656
  Email:  cseeger@seegerweiss.com
  Email:  cayers@seegerweiss.com

  LEXI J. HAZAM
  **LIEFF CABRASER HEIMANN &**

**BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email:  lhazam@lchb.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email:  jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email:  joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email:  ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email:  raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862
Email:  matt@socialmediavictims.org
Email:  glenn@socialmediavictims.org

|   |   |
|---|---|
| 1 |   |
| 2 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 3 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 4 | Telephone: + 1 (212) 558-5500 |
|   | Facsimile: + 1 (212) 344-5461 |
| 5 | Email: jbilsborrow@weitzlux.com |
| 6 |   |
|   | PAIGE BOLDT |
| 7 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 8 | San Antonio, TX 78257 |
|   | Telephone: + 1 (210) 448-0500 |
| 9 | Email: PBoldt@WattsGuerra.com |
| 10 |   |
|   | THOMAS P. CARTMELL |
| 11 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 12 | Kansas City, MO 64112 |
|   | Telephone: + 1 (816) 701 1100 |
| 13 | Email: tcartmell@wcllp.com |
| 14 |   |
|   | JAYNE CONROY |
| 15 | **SIMMONS HANLY CONROY, LLC** |
|   | 112 MADISON AVE, 7TH FLOOR |
| 16 | NEW YORK, NY 10016 |
|   | Telephone: + 1 (917) 882-5522 |
| 17 | Email: jconroy@simmonsfirm.com |
| 18 |   |
|   | CARRIE GOLDBERG |
| 19 | **C.A. GOLDBERG, PLLC** |
|   | 16 Court St. |
| 20 | Brooklyn, NY 11241 |
|   | Telephone: + 1 (646) 666-8908 |
| 21 | Email: carrie@cagoldberglaw.com |
| 22 |   |
|   | KIRK GOZA |
| 23 | **GOZA & HONNOLD, LLC** |
|   | 9500 Nall Avenue, Suite 400 |
| 24 | Overland Park, KS 66207 |
|   | Telephone: + 1 (913) 451-3433 |
| 25 | Email: kgoza@gohonlaw.com |
| 26 |   |
|   | SIN-TINY MARY LIU |
| 27 | **AYLSTOCK WITKIN KREIS &** |
|   | **OVERHOLTZ, PLLC** |
| 28 | 17 EAST MAIN STREET, SUITE 200 |

PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203

7
JOINT STATUS REPORT REGARDING PRESERVATION ORDER
4:22-md-03047-YGR

Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **KING & SPALDING LLP** |
| 2 | |
| | */s/ Geoffrey M. Drake* |
| 3 | Geoffrey M. Drake |
| | King & Spalding LLP |
| 4 | 1180 Peachtree Street, NE, Suite 1600 |
| | Atlanta, GA 30309 |
| 5 | Telephone: + 1 (404) 572-4600 |
| | Facsimile: + 1 (404) 572-5100 |
| 6 | Email: gdrake@kslaw.com |
| 7 | |
| 8 | **FAEGRE DRINKER LLP** |
| 9 | */s/ Andrea Roberts Pierson* |
| 10 | Andrea Roberts Pierson |
| | Faegre Drinker LLP |
| 11 | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| 12 | Telephone: + 1 (317) 237-0300 |
| | Facsimile: + 1 (317) 237-1000 |
| 13 | Email: andrea.pierson@faegredrinker.com |
| 14 | |
| | *Attorneys for Defendants TikTok Inc. and* |
| 15 | *ByteDance Inc.* |
| 16 | |
| | **MUNGER, TOLLES & OLSEN LLP** |
| 17 | |
| | */s/ Jonathan H. Blavin* |
| 18 | Jonathan H. Blavin, SBN 230269 |
| | MUNGER, TOLLES & OLSON LLP |
| 19 | 560 Mission Street, 27th Floor |
| 20 | San Francisco, CA  94105-3089 |
| | Telephone:  (415) 512-4000 |
| 21 | Facsimile:  (415) 512-4077 |
| 22 | |
| | Rose L. Ehler (SBN 29652) |
| 23 | Victoria A. Degtyareva (SBN 284199) |
| | Ariel T. Teshuva  (SBN 324238) |
| 24 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| 25 | Los Angeles, CA  90071-3426 |
| | Telephone:  (213) 683-9100 |
| 26 | Facsimile:  (213) 687-3702 |
| 27 | |
| | Lauren A. Bell, *pro hac vice* |
| 28 | MUNGER, TOLLES & OLSON LLP |

601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*


**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Christopher Chiou*
Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*


**WILLIAMS & CONNOLLY LLP**

 */s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*

ahardin@wc.com
Joseph G. Petrosinelli, *pro hac vice*
jpetrosinelli@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000

**MORGAN LEWIS & BOCKIUS, LLP**

 */s/ Brian Ercole*
Stephanie Schuster
stephanie.schuster@morganlewis.com
1111 Pennsylvania Ave.
NW Washington, DC 20004-2541
Tel.:  202.373.6595

Brian Ercole
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.:  305.415.3416

Yardena R. Zwang-Weissman
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.:  213.612.7238

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

## ATTESTATION

I, Isaac D. Chaput, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 11, 2023          By: /s/ Isaac D. Chaput
                                               Isaac D. Chaput