JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
ARIEL T. TESHUVA (State Bar No. 324238)
Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

LAUREN BELL (*pro hac vice*)
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

*Attorneys for Defendant Snap Inc.*

*Additional parties and counsel listed on
signature pages*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| | Case No. 4:22-MD-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | Honorable Peter H. Kang |
| ALL ACTIONS | **JOINT STATEMENT REGARDING SNAP ACCOUNT DELETION ISSUE** |

The parties wanted to ensure the MDL Court was aware of an account deletion issue that recently came to light with respect to Defendant Snap.  Before the Thanksgiving holiday, Snap's counsel informed Plaintiffs' counsel in the MDL and JCCP proceedings that 262 accounts (impacting 102 plaintiffs, 28 in the MDL and 74 in the JCCP) were permanently deactivated and deleted.  Snap is still investigating the issue to determine exactly what happened to these 262 accounts (which were subject to litigation hold) and whether and to what extent user account information was impacted or destroyed.  Snap has represented to Plaintiffs that "snapshots" were taken each of the 262 accounts and that these have been retained and were not impacted by the incident.

- **Plaintiffs:**  Plaintiffs believe that "snapshot" preservations do not contain all user data that would have been accessible through the accounts Snap permanently deactivated and deleted. Plaintiffs have requested that the snapshots be provided.

- **Snap:**  Snap continues to investigate this issue, but based on preliminary investigation believes that the relevant information accessible through Snapchat accounts is preserved and has been retained in other forms.  Snap has offered to provide the relevant information from the snapshots and has proposed a process for the parties to confirm the relevant accounts and make that exchange.

Plaintiffs have sought a Rule 30(b)(6) deposition on this account deletion issue.  Snap's counsel and Plaintiffs' counsel have been meeting-and-conferring on the issue, and  Plaintiffs will provide Snap with proposed topics and timing for this deposition on December 12, 2023.  The parties may seek the Court's guidance at the upcoming hearing and to address any dispute that arise.

1    DATED:  December 11, 2023          Respectfully submitted,

2                                        */s/ Rose Leda Ehler*

3                                       Jonathan H. Blavin (SBN 230269)
4                                       **MUNGER, TOLLES & OLSON LLP**
                                        560 Mission Street, 27th Floor
5                                       San Francisco, CA  94105-3089
                                        Telephone:  (415) 512-4000
6                                       Facsimile:  (415) 512-4077

7                                       Rose Leda Ehler (SBN 29652)
8                                       Victoria A. Degtyareva (SBN 284199)
                                        Ariel T. Teshuva  (SBN 324238)
9                                       **MUNGER, TOLLES & OLSON LLP**
                                        350 South Grand Avenue, 50th Floor
10                                      Los Angeles, CA  90071-3426
                                        Telephone:  (213) 683-9100
11                                      Facsimile:  (213) 687-3702

12                                      Lauren A. Bell, *pro hac vice*
13                                      **MUNGER, TOLLES & OLSON LLP**
                                        601 Massachusetts Ave., NW St.,
14                                      Suite 500 E
                                        Washington, D.C.  20001-5369
15                                      Telephone:  (202) 220-1100
                                        Facsimile:  (202) 220-2300
16

17                                      *Attorneys for Defendant Snap Inc.*

18

19                                       */s/ Lexi J. Hazam*

20                                      PREVIN WARREN
                                        **MOTLEY RICE LLC**
21                                      401 9th Street NW Suite 630
                                        Washington DC 20004
22                                      Telephone: + 1 (202) 386-9610
                                        Email:  pwarren@motleyrice.com
23

24                                      CHRISTOPHER A. SEEGER
                                        CHRISTOPHER L. AYERS
25                                      **SEEGER WEISS, LLP**
                                        55 CHALLENGER ROAD, 6TH FLOOR
26                                      RIDGEFIELD PARK, NJ 07660
                                        Telephone:  (973) 639-9100
27                                      Facsimile:  (973) 679-8656
                                        Email:  cseeger@seegerweiss.com
28

Email:  cayers@seegerweiss.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone:  (415) 956-1000
Email:  lhazam@lchb.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  (415) 986-1400
Email:  jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  (334) 269-2343
Email:  joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone:  (850) 316-9100
Email:  ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone:  (504) 227–8100
Email:  raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104

Telephone:  (206) 741-4862
Email:  matt@socialmediavictims.org
Email:  glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  (212) 558-5500
Facsimile:  (212) 344-5461
Email:  jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone:  (210) 448-0500
Email:  PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone:  (816) 701 1100
Email:  tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  (917) 882-5522
Email:  jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone:  (646) 666-8908
Email:  carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone:  (913) 451-3433
Email:  kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  (510) 698-9566
Email:  mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  (510) 350-9717
Email:  amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  (850) 435-7107
Email:  epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:   (818) 986-9698
Email:  rtellis@baronbudd.com
Email:  dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone:  (202) 780-3014
Email:  awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  (215) 592-1500
Email:  mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE
ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  (205) 855-5700
Email:  fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone:  (503) 702-0218
Email:  klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone:  (212) 213-8311
Email:  hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone:  (817) 601-9564
Email:  akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD
FACHE FCLM
**SOUTHERN INSTITUTE FOR
MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone:  (205) 564-2741
Email:  francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  (212) 372-3030
Email:  jamesmarsh@marshlaw.com
*Attorneys for Plaintiffs*

## ATTESTATION

I, Rose Leda Ehler, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:**  December 11, 2023                    _/s/ Rose Leda Ehler_____

Rose Leda Ehler