[*Submitting Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND AMENDMENT TO THE MASTER COMPLAINT (PERSONAL INJURY); SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' MOTIONS TO DISMISS COUNTS ASSERTED IN AMENDED SHORT-FORM COMPLAINTS** |

Pursuant to Civil Local Rules 7-11 and 7-12, the Parties, through their undersigned counsel, hereby stipulate to, and respectfully request that the Court enter an order, (1) permitting Plaintiffs to amend Plaintiffs' Amended Master Complaint (Personal Injury) (Dkt. 234-1) ("Master Amended Complaint") and associated Short-Form Complaints to withdraw certain counts (the "Identified Counts")[1] without prejudice; (2) permitting individual Plaintiffs presently asserting the Identified Counts in their Short-Form Complaints to, at their election, file amended Short-Form Complaints to continue to assert one or more of the Identified Counts; and (3) setting the following briefing schedule and allocation of page limits for Defendants' Motion to Dismiss the Identified Counts to the extent asserted in any amended Short-Form Complaints. The Parties declare in support of this request:

WHEREAS, on November 14, 2023, this Court issued its Order Granting in Part and Denying in Part Defendants' Motions to Dismiss as to Plaintiffs' designated Priority Claims in the Master Amended Complaint (Dkt. 430) ("MTD Order 1");

WHEREAS, on November 21, 2023, this Court set a briefing schedule for Defendants' Motion to Dismiss all remaining non-priority claims in the Master Amended Complaint, *see* Case Management Order No. 6 (Dkt. 451) at 2;

WHEREAS, on November 21, 2023, this Court ordered Plaintiffs to review MTD Order 1 to decide whether they are withdrawing any claims identified in the Master Amended Complaint and to outline a process for effecting the same, *see* Case Management Order No. 6 (Dkt. 451) at 1;

WHEREAS, on December 5, 2023, Plaintiffs notified Defendants that they proposed to withdraw the Identified Counts[2] from the Master Amended Complaint and associated Short-Form Complaints, provided that (a) the withdrawal be without prejudice; and (b) plaintiffs who have alleged the Identified Counts in their Short-Form Complaints be provided a reasonable opportunity

---

[1] The Identified Counts are Count 6 (Negligent Undertaking), Count 11 (Violations of 18 U.S.C. §§ 1595 & 1591), Count 13 (Violations of 18 U.S.C. §§ 2252A(f) and 1446A), and Count 15 (Violations of 18 U.S.C. §§ 2252B and 2258A) as to all Defendants; and Count 12 (Violations of 18 U.S.C. §§ 2255 and 2252) and Count 14 (Violations of 18 U.S.C. §§ 2255 and 2252A(5)(b)) as to all Defendants other than the Meta Defendants.

[2] Plaintiffs' proposal to dismiss without prejudice Count 11 as to all Defendants was inadvertently omitted from their initial proposal.

to amend their Short-Form Complaints to continue asserting these counts should they wish to do so;

WHEREAS, on December 12, 2023, Defendants notified Plaintiffs that they would agree to Plaintiffs' proposal for withdrawing the Identified Counts, in exchange for Plaintiffs' agreement to stipulate (subject to Court approval) to the schedule for pleading amendments and motion to dismiss briefing set forth below;

WHEREAS, the parties have met and conferred, and have reached a mutually satisfactory agreement, as set forth in the Update Regarding the Parties' Agenda and Joint Statement for December 13, 2023, Case Management Conference (Dkt. 466);

WHEREAS, Plaintiffs have separately proposed amending the Master Amended Complaint to add a single new paragraph incorporating by reference certain paragraphs of complaints recently filed against Meta by one or more State Attorneys General; the parties are meeting and conferring about which paragraphs shall be so incorporated; and the States do not object to Plaintiffs' proposed amendment, *see* Agenda and Joint Statement for December 13, 2023, Case Management Conference (Dkt. 466) at 14;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. Plaintiffs shall file the Second Amended Master Complaint withdrawing the Identified Counts and incorporating by reference the allegations against Defendant Meta from certain State Attorneys General complaints by no later than Friday, December 15, 2023;

2. By virtue of Plaintiffs' withdrawal of the Identified Counts from the Master Complaint, any such counts asserted in Short-Form Complaints shall also be deemed withdrawn; and by virtue of Plaintiffs' incorporation by reference of certain allegations against Defendant Meta, such allegations shall be deemed asserted in Short-Form Complaints already filed;

3. Any individual Plaintiffs presently asserting the Identified Counts in their Short-Form Complaints who wish to maintain those causes of action after the Second

|   |   |   |
|---|---|---|
| 1 |   | Amended Master Complaint is filed shall file amended Short-Form Complaints re- |
| 2 |   | asserting those counts (and any supporting allegations) by no later than Tuesday, |
| 3 |   | January 2, 2024; |
| 4 | 4. | The Parties shall submit a revised proposed Short-Form Complaint that removes |
| 5 |   | the Identified Counts from the list of Counts Plaintiffs may select when |
| 6 |   | completing Short-Form Complaints, along with a revised proposed Short-Form |
| 7 |   | Complaint Implementation Order, by no later than Tuesday, January 2, 2024; |
| 8 | 5. | Defendants' Motion to Dismiss the Identified Count(s) asserted in individual |
| 9 |   | Short-Form Complaints, if any, shall be due on January 12, 2024, and shall be |
| 10 |   | subject to a page limit of 25 pages; |
| 11 | 6. | Plaintiffs' Opposition shall be filed no later than February 5, 2024, and shall be |
| 12 |   | subject to a page limit of 25 pages; |
| 13 | 7. | Defendants' Reply shall be filed no later than February 26, 2024, and shall be |
| 14 |   | subject to a page limit of 12.5 pages. |
| 15 | 8. | The schedule for (and page limits applicable to) the motion to dismiss briefing as |
| 16 |   | to all counts other than the Identified Counts shall remain as set by Case |
| 17 |   | Management Order No. 6 (Dkt. 451) at 2–3, except that the page limits applicable |
| 18 |   | to the Track 2 briefing shall be reduced to 35 pages (opening motion), 35 pages |
| 19 |   | (opposition), and 17.5 pages (reply). |

DATED: December 13, 2023                    Respectfully submitted,

*/s/ Previn Warren*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

-3-

CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100

SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566

- 5 -

mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: 503-702-0218

klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

|   |   |
|---|---|
| | COVINGTON & BURLING LLP |
| | By: /s/ Paul W. Schmidt |
| | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| | COVINGTON & BURLING LLP |
| | One City Center |
| | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By: /s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP

- 8 -

560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*


WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Brian M. Willen
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou

|   |   |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | 633 West Fifth Street<br>Los Angeles, CA 90071-2048<br>Telephone: (323) 210-2900 |
| 3 | Facsimile: (866) 974-7329<br>Email: cchiou@wsgr.com |
| 4 | |
| 5 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |
| 6 | |
| 7 | WILLIAMS & CONNOLLY LLP |
| 8 | By: */s/ Ashley W. Hardin*<br>Joseph G. Petrosinelli |
| 9 | jpetrosinelli@wc.com<br>Ashley W. Hardin |
| 10 | ahardin@wc.com<br>680 Maine Avenue, SW |
| 11 | Washington, DC 20024<br>Telephone.: 202-434-5000 |
| 12 | Fax: 202-434-5029 |
| 13 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                Hon. Yvonne Gonzalez Rogers
                                United States District Judge

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** December 13, 2023            /s/ *Ashley M. Simonsen*
                                        Ashley M. Simonsen