IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) MDL No. 3047 )  ) Case No. 4:22-md-03047-YGR (PHK) |
| THIS FILING RELATES TO: | ) ) Honorable Peter H. Kang ) |
| ALL ACTIONS | )     **NOTICE OF** )  **WITHDRAWAL OF MOTION** ) ) |

**COMES NOW** Michaela J. Hohwieler, of the Nebraska Attorney General's Office, and hereby files this Notice of Withdrawal of Motion for Document Number 465 on this docket entitled "*Motion to Withdraw As Attorney*" filed on December 6, 2023.

Dated this 13th day of December, 2023.

STATE OF NEBRASKA, ex rel.,
MICHAEL T. HILGERS,
ATTORNEY GENERAL, Plaintiff

BY:   */s/ Michaela J. Hohwieler*
Michaela J. Hohwieler, #26826
Assistant Attorney General
Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509-8920
Tel: (402) 471-2811
michaela.hohwieler@nebraska.gov