# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) MDL No. 3047 ) ) Case No. 4:22-md-03047-YGR (PHK) |
| THIS FILING RELATES TO: | ) Honorable Peter H. Kang |
| ALL ACTIONS | ) **NOTICE OF CHANGE IN COUNSEL** |

**COMES NOW** Michaela J. Hohwieler, counsel for the State of Nebraska, ex rel. Michael T. Hilgers, Attorney General and hereby files this Notice of Change in Counsel as she is no longer affiliated with the Nebraska Attorney General's Office.

All future pleadings and correspondence should be directed to Colin P. Snider, existing attorney of record for the State of Nebraska, ex rel. Michael T. Hilgers, Attorney General.

Dated this 13th day of December, 2023.

        STATE OF NEBRASKA, ex rel.,
        MICHAEL T. HILGERS,
        ATTORNEY GENERAL, Plaintiff

BY:   */s/ Michaela J. Hohwieler*
        Michaela J. Hohwieler, #26826
        Assistant Attorney General
        Nebraska Attorney General's Office
        2115 State Capitol
        Lincoln, NE 68509-8920
        Tel: (402) 471-2811
        michaela.hohwieler@nebraska.gov