1  [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
    ADDICTION/PERSONAL INJURY
12  PRODUCTS LIABILITY LITIGATION           Case No. 4:22-03047-YGR

13  _____  **PROPOSED AGENDA FOR DECEMBER 14,**
                                            **2023, HYBRID DISCOVERY HEARING**
14  This Document Relates to:

    ALL ACTIONS                             Judge: Hon. Yvonne Gonzalez Rogers
15
                                            Magistrate Judge: Hon. Peter H. Kang
16

17

18          Pursuant to Case Management Order No. 7, the Parties submit this proposed agenda in

19  advance of the December 14, 2023, Hybrid Discovery Hearing set in this matter.  At Judge

20  Gonzalez Rogers's suggestion at the December 13, 2023 Case Management Conference, the

21  Parties also attach hereto as Exhibit A their December 6, 2023 Case Management Conference

22  Statement ("December 6 CMC Statement") [ECF No. 466], annotated to indicate the current

23  status of each issue; and as Exhibit B an Update to the December 6 CMC Statement that they

24  filed on December 12, 2023 [ECF No. 476].

25                                   **Proposed Agenda**

26  1.  Parties' update regarding Preservation Order negotiations [ECF No. 470]

27  2.  Snap account deletion issue [ECF No. 471]

28

3. Parties' dispute regarding proposed Protective Order [briefed at ECF Nos. 303, 478[1]]

4. Parties' disputes regarding proposed ESI Protocol [briefed at ECF No. 352, 478]

---

[1] ECF No. 478 is a letter-brief that the State Plaintiffs filed on December 13, 2023, setting forth their position on Magistrate Judge Hixson's prior ruling on the Parties' Protective Order dispute. Defendants object to this late filing, which was not requested by the Court and which Defendants have not had the opportunity to respond to in writing.

1    DATED: December 14, 2023

2                                   Respectfully submitted,

3                                     */s/ Lexi J. Hazam*

4                                     LEXI J. HAZAM
                                    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

5                                     275 BATTERY STREET, 29TH FLOOR
                                    SAN FRANCISCO, CA 94111-3339

6                                     Telephone: 415-956-1000
                                    lhazam@lchb.com

7

8                                     CHRISTOPHER A. SEEGER
                                    CHRISTOPHER L. AYERS

9                                     **SEEGER WEISS, LLP**
                                    55 CHALLENGER ROAD, 6TH FLOOR

10                                   RIDGEFIELD PARK, NJ 07660
                                  Telephone: 973-639-9100
                                  Facsimile: 973-679-8656

11                                   cseeger@seegerweiss.com
                                  cayers@seegerweiss.com

12

13                                   PREVIN WARREN
                                  **MOTLEY RICE LLC**

14                                   401 9th Street NW Suite 630
                                  Washington DC 20004

15                                   T: 202-386-9610
                                  pwarren@motleyrice.com

16                                   Co-Lead Counsel

17                                   JENNIE LEE ANDERSON

18                                   **ANDRUS ANDERSON, LLP**
                                  155 MONTGOMERY STREET, SUITE 900

19                                   SAN FRANCISCO, CA 94104
                                  Telephone:  415-986-1400

20                                   jennie@andrusanderson.com

21                                   Liaison Counsel

22                                   JOSEPH G. VANZANDT
                                  **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

23                                   234 COMMERCE STREET
                                  MONTGOMERY, AL 36103

24                                   Telephone:  334-269-2343
                                  joseph.vanzandt@beasleyallen.com

25

26                                   EMILY C. JEFFCOTT
                                  **MORGAN & MORGAN**

27                                   220 W. GARDEN STREET, 9TH FLOOR
                                  PENSACOLA, FL 32502

28                                   Telephone: 850-316-9100
                                  ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**

9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN

- 5 -

**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone:  503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE
FCLM
**SOUTHERN INSTITUTE FOR MEDICAL
AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

1    **PHILIP J. WEISER**
     Attorney General
2    State of Colorado

3     _/s/ Bianca E. Miyata_

4    Bianca E. Miyata, CO Reg. No. 42012,
     *pro hac vice*
5    Senior Assistant Attorney General
     Lauren M. Dickey, CO Reg. No. 45773
6    First Assistant Attorney General
     Megan Paris Rundlet, CO Reg. No. 27474
7    Senior Assistant Solicitor General
     Elizabeth Orem, CO Reg. No. 58309
8    Assistant Attorney General
9    Colorado Department of Law
     Ralph L. Carr Judicial Center
10   Consumer Protection Section

11   1300 Broadway, 7th Floor
     Denver, CO 80203
12   Phone: (720) 508-6651
     bianca.miyata@coag.gov
13

14   *Attorneys for Plaintiff State of Colorado, ex rel.*
     *Philip J. Weiser, Attorney General*
15

     **ROB BONTA**
16   Attorney General State
     of California
17

     _/s/ Megan O'Neill_
18   Nick A. Akers (CA SBN 211222)
19   Senior Assistant Attorney General
     Bernard Eskandari (SBN 244395)
20   Supervising Deputy Attorney General
     Megan O'Neill (CA SBN 343535)
21   Joshua Olszewski-Jubelirer
     (CA SBN 336428)
22   Marissa Roy (CA SBN 318773)
23   Deputy Attorneys General
     California Department of Justice
24   Office of the Attorney General
     455 Golden Gate Ave., Suite 11000
25   San Francisco, CA 94102-7004
     Phone: (415) 510-4400
26   Fax: (415) 703-5480
     Bernard.Eskandari@doj.ca.gov
27

28   *Attorneys for Plaintiff the People of the State of*

California

**DANIEL J. CAMERON**
Attorney General Commonwealth
of Kentucky

 */s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Gregory B. Ladd (KY Bar No. 95886),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
GREG.LADD@KY.GOV
ZACH.RICHARDS@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the*
*Commonwealth of Kentucky*


COVINGTON & BURLING LLP

By:      */s/ Paul W. Schmidt*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER LLP

By:    */s/ Amy Fiterman*
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:    */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,

1    Suite 500 E
     Washington, D.C.  20001-5369
2    Telephone:  (202) 220-1100
     Facsimile:  (202) 220-2300
3    Email: lauren.bell@mto.com

4    *Attorneys for Defendant Snap Inc.*

5
     WILSON SONSINI GOODRICH & ROSATI
6    Professional Corporation

7
     By:    */s/ Christopher Chiou*
8    Brian M. Willen
     WILSON SONSINI GOODRICH & ROSATI
9    1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
10   Telephone: (212) 999-5800
     Facsimile: (212) 999-5899
11   Email: bwillen@wsgr.com

12   Lauren Gallo White
     Samantha A. Machock
13   WILSON SONSINI GOODRICH & ROSATI
     One Market Plaza, Spear Tower, Suite 3300
14   San Francisco, CA  94105
     Telephone: (415) 947-2000
15   Facsimile: (415) 947-2099
     Email: lwhite@wsgr.com
16   Email: smachock@wsgr.com

17   Christopher Chiou
     WILSON SONSINI GOODRICH & ROSATI
18   633 West Fifth Street
     Los Angeles, CA 90071-2048
19   Telephone: (323) 210-2900
     Facsimile: (866) 974-7329
20   Email: cchiou@wsgr.com

21   *Attorneys for Defendants YouTube, LLC,*
     *Google LLC, and Alphabet Inc.*
22

23   WILLIAMS & CONNOLLY LLP

24   By: */s/ Ashley W. Hardin*

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Lexi Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** December 14, 2023

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com