Lexi J. Hazam (SBN 224457)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
lhazam@lchb.com

Christopher A. Seeger (*pro hac vice*)
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Facsimile: 973.679.8656
cseeger@seegerweiss.com

Previn Warren (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-03047-YGR |
| This Document Relates to: | Judge: Hon. Yvonne Gonzalez Rogers |
| ALL ACTIONS | Magistrate Judge: Hon. Peter H. Kang |

**PROPOSED AGENDA FOR DECEMBER 14, 2023, HYBRID DISCOVERY HEARING**

**EXHIBIT B**

# EXHIBIT B

[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-03047-YGR<br><br>**UPDATE REGARDING THE PARTIES' AGENDA AND JOINT STATEMENT FOR DECEMBER 13, 2023, CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The Parties respectfully submit the following update and joint statement in advance of the December 13, 2023 Case Management Conference ("CMC").

**I.      Status of Individual Plaintiffs' Personal Injury Claims**

The Parties have resolved their dispute regarding Plaintiffs' proposal to dismiss without prejudice certain claims from their Master Complaint.

Plaintiffs have proposed withdrawing Claims 6 (Negligent Undertaking), 11 (Violations of 18 U.S.C. §§ 1595 and 1591),[1] 13 (Violations of 18 U.S.C. §§ 2252A(f) and 1466A), and 15 (Violations of 18 U.S.C. §§ 2258B and 2258A) as to all Defendants, and Claims 12 (Violations of 18 U.S.C. §§ 2255 and 2252) and 14 (Violations of 18 U.S.C. §§ 2255 and 2252A(5)(b)) as to all

---

[1] Plaintiffs' proposal to dismiss without prejudice Count 11 was inadvertently omitted from their joint statement submitted on December 6.

1  Defendants other than the Meta Defendants, provided that (a) this withdrawal is without
2  prejudice; and (b) plaintiffs who have alleged these claims in their short form complaints are
3  provided a reasonable opportunity to amend their complaints to continue asserting these counts
4  should they wish to do so.

5  Defendants have agreed to consent to the dismissal of these claims from the Master
6  Complaint without prejudice, in exchange for Plaintiffs' agreement to stipulate (subject to Court
7  approval) that Defendants may split their "Track 2" motion to dismiss, currently due next
8  Monday, December 18, into two motions to dismiss.[2]

9  The first motion to dismiss, which would still be due next Monday, December 18, would
10 cover the personal injury Plaintiffs' claims for negligence (Claim 5), loss of consortium (Claim
11 16), survival (Claim 17), and wrongful death (Claim 18), and Claims 12 and 14 against the Meta
12 Defendants only.

13 The second motion to dismiss would be due on January 12, 2024 and would address the
14 claims voluntarily dismissed from the Master Complaint to the extent they are reasserted in any
15 amended short form complaints on or before January 2, 2024.  The briefing schedule on the
16 second motion to dismiss would otherwise follow the current schedule for Defendants' "Track 2"
17 motion to dismiss, i.e., Plaintiffs' opposition would be due February 5, 2024, and Defendants'
18 reply would be due February 26, 2024.

19 The Parties have agreed (subject to Court approval) to split the pages currently allocated
20 for "Track 2" briefing (60/60/30) between these two motions to dismiss as follows: 35/35/17.5 for
21 the motion to dismiss due December 18; and 25/25/12.5 for the motion to dismiss due January 12.

22 The Parties intend to file in advance of the December 13 CMC a proposed stipulated order
23 setting forth this agreement.

24 **II.    Outstanding Coordination Order Disputes**

25 At a case management conference held last Thursday, December 7 in the JCCP, the JCCP

---

[2] The Court has organized briefing into "four tracks: 1) the state Attorneys General complaint, as well as Claims 7, 8 and 9 of the individual plaintiffs' Master Amended Complaint ("MAC"); 2) the remaining MAC claims, with the exception of the individual plaintiffs' negligence *per se* claim; 3) the forthcoming school district plaintiffs' master complaint; and 4) claims asserted against defendant Mark Zuckerberg in his individual capacity." ECF No. 450.

Court indicated that it had discussed the status of Defendant discovery with this Court, and worked out an allocation of responsibilities, pursuant to which this Court will "primarily handle discovery" and the JCCP Court will focus "on the plaintiff-specific issues." *See* 12/7/23 JCCP CMC Tr. 7:18-19, 13:22-25.  In light of that allocation, subject to this Court's guidance, the Parties agree that their Coordination Order proposals no longer need to be addressed at the December 13 CMC, and are hereby withdrawn, without prejudice to renewing those order(s) or modified order(s) down the road.  The Parties will meet and confer as necessary and appropriate to coordinate these proceedings with related cases pending in state courts, and to the extent needed will return to this Court for guidance on such coordination as appropriate.

**IV.    CSAM Order**

On December 12, 2023, Magistrate Judge Peter H. Kang entered the Parties' proposed Order Governing Preservation of CSAM.

**V.    Plaintiff Fact Sheet and Implementation Order**

The JCCP Court has resolved the parties' one outstanding dispute on the proposed User Account Information Order, and the parties have now submitted a final proposed User Account Information Order, PFS implementation order, and related forms for entry by the JCCP Court. Subject to guidance from this Court, the MDL Parties intend to submit those proposed orders and forms for entry by this Court (conformed as appropriate for the MDL) following entry by the JCCP Court.

DATED: December 12, 2023

    Respectfully submitted,

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**

1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH

1
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
2
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
3
jamesmarsh@marshlaw.com
4
*Attorneys for Plaintiffs*
5

6

7
COVINGTON & BURLING LLP

8
By:   */s/ Paul W. Schmidt*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
9
COVINGTON & BURLING LLP
One City Center
10
850 Tenth Street, NW
Washington, DC 20001-4956
11
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
12
Email:  pajones@cov.com

13
*Attorney for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings,*
14
*LLC; Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;*
15
*Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*
16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | By:   */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice*<br>Amy Fiterman, *pro hac vice* |
| 4 | FAEGRE DRINKER LLP<br>300 N. Meridian Street, Suite 2500 |
| 5 | Indianapolis, IN 46204<br>Telephone: + 1 (317) 237-0300 |
| 6 | Facsimile: + 1 (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com |
| 7 | Email: amy.fiterman @faegredrinker.com |
| 8 | GEOFFREY DRAKE, *pro hac vice*<br>David Mattern, *pro ha vice* |
| 9 | KING & SPALDING LLP<br>1180 Peachtree Street, NE, Suite 1600 |
| 10 | Atlanta, GA 30309 |
| 11 | Tel.: 404-572-4600<br>Email: gdrake@kslaw.com |
| 12 | Email: dmattern@kslaw.com |
| 13 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 14 | |
| 15 | MUNGER, TOLLES & OLSEN LLP |
| 16 | By:   */s/ Jonathan H. Blavin* |
| 17 | Jonathan H. Blavin, SBN 230269<br>MUNGER, TOLLES & OLSON LLP |
| 18 | 560 Mission Street, 27th Floor<br>San Francisco, CA  94105-3089 |
| 19 | Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077 |
| 20 | Email: jonathan.blavin@mto.com |
| 21 | Rose L. Ehler (SBN 29652)<br>Victoria A. Degtyareva (SBN 284199) |
| 22 | Laura M. Lopez, (SBN 313450)<br>Ariel T. Teshuva  (SBN 324238) |
| 23 | MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor |
| 24 | Los Angeles, CA  90071-3426<br>Telephone:  (213) 683-9100 |
| 25 | Facsimile:  (213) 687-3702<br>Email: rose.ehler@mto.com |
| 26 | Email: victoria.degtyareva@mto.com<br>Email: Ariel.Teshuva@mto.com |
| 27 | Lauren A. Bell (*pro hac vice forthcoming*) |
| 28 | MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave., NW St., |

Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian D. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP

By: */s/ Ashley W. Hardin*

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** December 12, 2023      ___/s/ Previn Warren___

                                                Previn Warren