| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1000 | Previn Warren (*pro hac vice*)<br>pwarren@motleyrice.com<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610<br>Facsimile: (202) 232-5513 |

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To<br><br>All Actions | Case No. 4:22-md-03047-YGR (PHK)<br><br>MDL No. 3047<br><br>**PLAINTIFFS' TEMPORARY SEALING MOTION (SECOND AMENDED MASTER COMPLAINT)** |

Pursuant to the Court's Order Setting Sealing Procedures (Dkt. 341), Plaintiffs file the instant Temporary Sealing Motion requesting to file under seal Plaintiffs' Second Amended Master Complaint. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 495-1 | Exhibit A – Complaint, *State of Arizona et al. v. Meta Platforms, Inc., et al.*, No. 4:23-cv-05448 (N.D. Cal.), ECF No. 73-2 (Not Under Seal) | The document does not contain information designated as confidential by any party. |
| Dkt. 495-2 | Exhibit B – Complaint, *State of New Mexico v. Meta Platforms, Inc., et al.*, No. D-101-cv-2023-02838 (First Judicial District Court, County of Sante Fe, New Mexico) (Redacted) | The document contains information designated as confidential by Defendants. |
| Dkt. 495-3 | Exhibit B – Complaint, *State of New Mexico v. Meta Platforms, Inc., et al.*, No. D-101-cv-2023-02838 (First Judicial District Court, County of Sante Fe, New Mexico) (Under Seal) | The document contains information designated as confidential by Defendants. |
| Dkt. 495-4 | Exhibit C – Complaint, *State of Utah v. TikTok, Inc.*, No. 230907634 (Third Judicial District Court, County of Salt Lake, Utah) (Redacted) | The document contains information designated as confidential by Defendants. |
| Dkt. 495-5 | Exhibit C – Complaint, *State of Utah v. Tiktok, Inc.*, No. 230907634 (Third Judicial District Court, County of Salt Lake, Utah) (Under Seal) | The document contains information designated as confidential by Defendants. |

DATED: December 15, 2023    Respectfully submitted,

　　　　　　　　　　　　　　　　　 /s/ Lexi J. Hazam
Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

| | |
|---|---|
| 1 | Christopher A. Seeger (*pro hac vice*) |
| 2 | cseeger@seegerweiss.com |
|   | **SEEGER WEISS, LLP** |
| 3 | 55 Challenger Road, 6th Floor |
|   | Ridgefield Park, NJ 07660 |
| 4 | Telephone: (973) 639-9100 |

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Joseph G. VanZandt
joseph.vanzandt@beasleyallen.com
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: (334) 269-2343

Emily C. Jeffcott
ejeffcott@forthepeople.com
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: (850) 316-9100

Ron Austin
raustin@ronaustinlaw.com
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey, LA 70058
Telephone: (504) 227-8100

Matthew Bergman
matt@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 741-4862

James J. Bilsborrow
*jbilsborrow@weitzlux.com*
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

Paige Boldt
*PBoldt@WattsGuerra.com*
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: (210) 448-0500

Thomas P. Cartmell
*tcartmell@wcllp.com*
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100

Jayne Conroy
*jconroy@simmonsfirm.com*
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 1016
Telephone: (917) 882-5522

Carrie Goldberg
*carrie@cagoldberglaw.com*
**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
Telephone: (646)-8908

Kirk Goza
*kgoza@gohonlaw.com*
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: (913) 451-3433

Sin-Tiny Mary Liu
*mliu@awkolaw.com*
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: (510) 698-9566

Andre Mura
*amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9717

Emmie Paulos
*epaulos@levinlaw.com*
**LEVIN PAPATONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7107

Roland Tellis
*rtellis@baronbudd.com*
David Fernandes
*dfernandes@baronbudd.com*
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333

Alexandra Walsh
*awalsh@alexwalshlaw.com*
**WALSH LAW**
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Telephone: (202) 780-3014

Michael M. Weinkowitz
*mwinkowitz@lfsblaw.com*
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

Diandra "Fu" Debrosse Zimmermann
*fu@dicellolevitt.com*
**DICELLO LEVITT**
505 20th Street North, Suite 1500
Birmingham, AL 35203
Telephone: (205) 855-5700

Robert H. Klonoff
*klonoff@usa.net*
**ROBERT KLONOFF, LLC**
2425 SW 76th Avenue
Portland, OR 97225
Telephone: (503) 702-0218

Hillary Nappi
*hnappi@hrsclaw.com*
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311

Anthony K. Bruster
*akbruster@brusterpllc.com*
**BRUSTER PLLC**
680 N. Carroll Avenue, Suite 110
Southlake, TX 76092
Telephone: (817) 601-9564

Francois M. Blaudeau
*francois@southernmedlaw.com*
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 BM Montgomery Street, Suite 101
Homewood, AL 35209
Telephone: (205) 564-2741

James Marsh
*jamesmarsh@marshlaw.com*
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York NY 10001
Telephone: (212) 372-3030

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

*/s/ Andre M. Mura*
Andre M. Mura
