| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1000 | Previn Warren (*pro hac vice*)<br>pwarren@motleyrice.com<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610<br>Facsimile: (202) 232-5513 |

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To<br><br>All Actions | Case No. 4:22-md-03047-YGR (PHK)<br><br>MDL No. 3047<br><br>**CERTIFICATE OF SERVICE** |

  At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is Gibbs Law Group LLP, 1111 Broadway, Suite 2100, Oakland, CA, 94607.

  On December 15, 2023, I served true copies of the following documents described as:

- **Plaintiffs' Second Amended Master Complaint (Not Under Seal)**
- **Plaintiffs' Temporary Sealing Motion (Second Amended Master Complaint) (Not Under Seal)**
- **Exhibit A – Complaint,** *State of Arizona et al. v. Meta Platforms, Inc., et al.*, **No. 4:23-cv-05448 (N.D. Cal.), ECF No. 73-2 (Not Under Seal)**
- **Exhibit B – Complaint,** *State of New Mexico v. Meta Platforms, Inc., et al.*, **No. D-101-cv-2023-02838 (First Judicial District Court, County of Sante Fe, New Mexico) (Redacted)**
- **Exhibit B – Complaint,** *State of New Mexico v. Meta Platforms, Inc., et al.*, **No. D-101-cv-2023-02838 (First Judicial District Court, County of Sante Fe, New Mexico) (Under Seal)**
- **Exhibit C – Complaint,** *State of Utah v. TikTok, Inc.*, **No. 230907634 (Third Judicial District Court, County of Salt Lake, Utah) (Redacted)**
- **Exhibit C – Complaint,** *State of Utah v. Tiktok, Inc.*, **No. 230907634 (Third Judicial District Court, County of Salt Lake, Utah) (Under Seal)**

Service was made upon the interested parties by electronic mail as follows:

- PSCServiceMDL3047@motleyrice.com;
- MetaNoticeofService@cov.com
- SnapNoticeofService@mto.com
- TikTokNoticeofService@faegredrinker.com
- YouTubeServiceConfidentialDocs@wsgr.com

Executed on December 15, 2023.

            */s/ Denise Kwan*_____
            Denise Kwan