UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** December 13, 2023 | **Time:** 44 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Lexi Hazam and Kelly McNabb
**Attorney for Defendant:** Ashley Simonsen
**List for Additional Appearances Attached.**

**Deputy Clerk:** Edwin Cuenco          **Court Reporter:** Raynee Mercado, via Zoom

**PROCEEDINGS:**

Further Case Management Conference – **HELD.**

Deadlines and Hearing dates are argued and submitted.

Written order to issue.