Social Media MDL
Case No.: 22-3047

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley M. Simonsen | Covington & Burling LLP | *[signed]* |
| Paul Schmidt | Covington & Burling LLP | *[signed]* |
| Greg Halperin | Covington & Burling LLP | |
| Physllis Jones | Covington & Burling LLP | |
| Jonathan Blavin | Munger Tolles & Olson LLP | *[signed]* |
| Tarifa Laddon | Faegre Drinker LLP | *[signed]* |
| Geoff Drake | Geoffrey Drake, King & Spaulding LLP | *[signed]* |
| Matt Donohue | Wilson Sonsini Goodrich & Rosati | *[signed]* |
| Ashley Hardin | Williams & Connolly | |
| **PLAINTIFFS:** | | |
| Patrick Andrews | Lieff Cabraser | *[signed]* |
| Christopher Seeger | Seeger Weiss LLP | *[signed]* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Kelly McNabb | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Previn Warren | Motley Rice, LLC | *[signed]* |
| Jessica Carroll | Motley Rice, LLC | *[signed]* |

Social Media MDL
Case No.: 22-3047

**ATTORNEY SIGN-IN SHEET**

| Name | Firm/Title | Signature |
|---|---|---|
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | /s/ |
| Ronald Johnson | Hendy \| Johnson \| Vaughn \| Emery | |
| Michael Weinkowitz | Levin Sedran & Berman LLP | /s/ |
| Bianca Miyata | Senior Assistant Attorney General (CO) | /s/ |
| Megan Rundlet | Senior Assistant Solicitor General (CO) | |
| Barney Eskandari | Supervising Deputy Attorney General (CA) | |
| Megan O'Neill | Deputy Attorney General (CA) | /s/ |
| Joshua Olszewski-Jubelirer | Deputy Attorney General (CA) | |
| Marissa Roy | Deputy Attorney General (CA) | |
| Christian Lewis | Commissioner, Consumer & Senior Protection (KY) | /s/ |
| Victoria Butler | Director, Consumer Protection (FL) | V. Butler |
| Additional Attorneys Not on Parties' List | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Social Media MDL
Case No.: 22-3047

## ATTORNEY SIGN-IN SHEET

| Name | Firm/Title | Signature |
|---|---|---|
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | |
| Ronald Johnson | Hendy | Johnson | Vaughn | Emery | |
| Michael Weinkowitz | Levin Sedran & Berman LLP | |
| Bianca Miyata | Senior Assistant Attorney General (CO) | |
| Megan Rundlet | Senior Assistant Solicitor General (CO) | |
| Barney Eskandari | Supervising Deputy Attorney General (CA) | |
| Megan O'Neill | Deputy Attorney General (CA) | |
| Joshua Olszewski-Jubelirer | Deputy Attorney General (CA) | |
| Marissa Roy | Deputy Attorney General (CA) | |
| Christian Lewis | Commissioner, Consumer & Senior Protection (KY) | |
| Victoria Butler | Director, Consumer Protection (FL) | |
| **Additional Attorneys Not on Parties' List** | | |
| Glenn Draper | Social Media Victims L.C. | *[signature]* |
| | | |
| | | |
| | | |