[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No.:  4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 303)** |

Pursuant to Local Rule 7-7(e) and in accordance with the instructions of the Honorable Peter H. Kang at the December 14, 2023 Discovery Conference (ECF No. 484), Plaintiffs hereby withdraw without prejudice their Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Expert Disclosure (ECF No. 303) and all related briefing.

Dated: December 18, 2023          Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

***Plaintiffs' Co-Lead Counsel***

## **ATTESTATION**

I hereby attest pursuant to N.D. Cal. Civil L.R. 5–1 that the concurrence to filing of this document has been obtained from each signatory hereto.

DATED: December 18, 2023          By: /s/ *Lexi J. Hazam*
                                            Lexi J. Hazam