AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In Re Social Media Adolescent Addiction Litigation )
*Plaintiff* )
v. ) Case No. 4:22-MD-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants TikTok, Inc. and ByteDance, Inc.

Date: December 18, 2023

*/s/ Tarifa B. Laddon*
*Attorney's signature*

Tarifa B. Laddon (CA SBN 240419)
*Printed name and bar number*

Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
*Address*

tarifa.laddon@faegredrinker.com
*E-mail address*

310.500.2126
*Telephone number*

310.229.1285
*FAX number*