[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.:  4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**JOINT NOTICE OF PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER** |
| This Document Relates To:<br><br>All Actions | |


     On May 22, 2023, the Honorable Thomas S. Hixson entered a Protective Order for this litigation. ECF No. 290. On June 5, 2023, Plaintiffs moved the Honorable Yvonne Gonzalez Rogers for relief from Section 7.6 of the Protective Order, which requires the Parties to disclose the identity of, and other information about, their experts and obtain permission from the producing Party before showing such experts documents that Party designated highly confidential. ECF No. 303. At the November 16 Case Management Conference, Judge Gonzalez Rogers directed the Parties to address this motion in the first instance to the Honorable Peter H. Kang, to whom all discovery in this matter is now referred. At the December 14 Discovery Conference, Judge Kang instructed Plaintiffs to withdraw their motion for relief from Section 7.6 of the Protective Order and to refile the relevant documentation as a Motion to Modify the Protective Order. ECF No. 484.

     In accordance with Judge Kang's instructions, the Parties hereby attach the following previously filed documents:

- **Exhibit 1**: Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Expert Disclosure and attached exhibits (ECF No. 303)

- **Exhibit 2**: Defendants Meta, TikTok, and YouTube's Response to Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Expert Disclosure (ECF No. 318)

- **Exhibit 3**: Plaintiffs' Reply in Support of Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Regarding Expert Disclosure (ECF No. 321)

- **Exhibit 4**: State Plaintiffs' Position Statement Regarding Protective Order and ESI Protocol (ECF No. 478)

Dated: December 18, 2023            Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

**COVINGTON & BURLING LLP**

*/s/ Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

Ashley M. Simonsen (State Bar. No. 275203)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067

1
2   Telephone: + 1 (424) 332-4800
    Facsimile: +1 (424) 332-4749
    Email: asimonsen@cov.com

3
4   Isaac D. Chaput (State Bar. No. 326923)
    **COVINGTON & BURLING LLP**
5   Salesforce Tower
    415 Mission Street, Suite 5400
6   San Francisco, CA 94105
    Telephone: + 1 (415) 591-6000
7   Facsimile: +1 (415) 591-6091
    Email: ichaput@cov.com

8
    Gregory L. Halperin, *pro hac vice*
9   **COVINGTON & BURLING LLP**
    620 Eighth Avenue
10  New York, NY 10018
    Telephone: + 1 (212) 841-1000
11  Facsimile: +1 (212) 841-1010
12  Email: ghalperin@cov.com

13
    *Attorney for Defendants Meta Platforms, Inc.*
14  *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
    *Facebook Operations, LLC; Facebook*
15  *Payments, Inc.; Facebook Technologies, LLC;*
    *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
16  *Zuckerberg*

17
18  **KING & SPALDING LLP**

19  */s/ Geoffrey M. Drake*
    Geoffrey M. Drake
20  **KING & SPALDING LLP**
    1180 Peachtree Street, NE, Suite 1600
21  Atlanta, GA 30309
    Telephone: + 1 (404) 572-4600
22  Facsimile: + 1 (404) 572-5100
23  Email: gdrake@kslaw.com

24
25  **FAEGRE DRINKER LLP**

26  */s/ Andrew Roberts Pierson*
    Andrea Roberts Pierson
27  **FAEGRE DRINKER LLP**
    300 N. Meridian Street, Suite 2500
28  Indianapolis, IN 46204

---

JOINT NOTICE OF PLAINTIFFS' MOTION TO
MODIFY THE PROTECTIVE ORDER         - 4 -         CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | Telephone: + 1 (317) 237-0300 |
| 2 | Facsimile: + 1 (317) 237-1000 |
|   | Email: andrea.pierson@faegredrinker.com |

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Lauren Gallo White*
Lauren Gallo White
**WILSON SONSINI GOODRICH & ROSATI**
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
**WILSON SONSINI GOODRICH & ROSATI**
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
**WILSON SONSINI GOODRICH & ROSATI**
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli, *pro hac vice*
jpetrosinelli@wc.com
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW

|   |   |
|---|---|
| 1 | Washington, DC 20024 |
| 2 | Tel.: 202-434-5000 |

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
JOSHUA OLSZEWSKI-JUBELIRER (SBN

| | |
|---|---|
| 1 | 336428) |
| 2 | MEGAN O'NEILL (SBN 343535) |
|   | MARISSA ROY (SBN 318773) |
| 3 | DEPUTY ATTORNEYS GENERAL |
|   | 455 Golden State Ave., Suite 11000 |
| 4 | San Francisco, CA 94102-7004 |
|   | Telephone: (415) 510-4400 |
| 5 | Fax: (415) 703-5480 |
|   | E-mail: megan.oneill@doj.ca.gov |
| 6 | |

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata (CO Reg. No. 42012),
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey (CO Reg. No. 45773)
First Assistant Attorney General
Megan Paris Rundlet (CO Reg. No. 27474)
Senior Assistant Solicitor General
Elizabeth Orem (CO Reg. No. 58309)
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Gregory B. Ladd (KY Bar No. 95886),

*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice app. forthcoming*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
greg.ladd@ky.gov
zach.richards@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

## **ATTESTATION**

I hereby attest pursuant to N.D. Cal. Civil L.R. 5–1 that the concurrence to filing of this document has been obtained from each signatory hereto.

DATED: December 18, 2023        By: /s/ *Lexi J. Hazam*
                                            Lexi J. Hazam