Rᴏʙ Bᴏɴᴛᴀ
Attorney General of California
Nɪᴄᴋʟᴀs A. Aᴋᴇʀs (SBN 211222)
Senior Assistant Attorney General
Bᴇʀɴᴀʀᴅ A. Esᴋᴀɴᴅᴀʀɪ (SBN 244395)
Supervising Deputy Attorney General
Jᴏsʜᴜᴀ Oʟsᴢᴇᴡsᴋɪ-Jᴜʙᴇʟɪʀᴇʀ (SBN 336428)
Mᴇɢᴀɴ O'Nᴇɪʟʟ (SBN 343535)
Mᴀʀɪssᴀ Rᴏʏ (SBN 318773)
Deputy Attorneys General
 455 Golden State Ave., Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4400
 Fax: (415) 703-5480
 E-mail: joshua.olszewskijubelirer@doj.ca.gov
*Attorneys for Plaintiff the People of the State of California*

*Additional parties and counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**STATE PLAINTIFFS' PROPOSAL TO CLARIFY APPLICATION OF PROTECTIVE ORDER**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

**STATE PLAINTIFFS' PROPOSAL TO CLARIFY APPLICATION OF PROTECTIVE ORDER**

In accordance with the Honorable Peter H. Kang's invitation at the Discovery Management Conference on December 14, 2023 (Dkt. 484), the State Plaintiffs propose modifying the Protective Order (Dkt. 290) in the following manner:

The following text shall be added to Section 7.6, before subsection (a):

> For the avoidance of doubt, information or material received outside of this Action is not subject to Section 7.6, even if such information or material was also produced and designated as "HIGHLY CONFIDENTIAL (COMPETITOR)" Protected Material during the course of this Action. To the extent a Party discloses to an Expert information or material received outside of this Action, the Party is not bound by Section 7.6 with respect to that information or material.

Dated: December 18, 2023                    Respectfully submitted,

*/s/ Joshua Olszewski-Jubelirer*
Deputy Attorney General
California Department of Justice
Office of the Attorney General

*Attorney for Plaintiff the People of the State of California*

| | |
|---|---|
| **PHILIP J. WEISER** <br> Attorney General <br> State of Colorado <br><br> */s/ Bianca E. Miyata* <br> Bianca E. Miyata (CO Reg. No. 42012), <br> *pro hac vice* <br> Senior Assistant Attorney General <br> Lauren M. Dickey (CO Reg. No. 45773) <br> First Assistant Attorney General <br> Megan Paris Rundlet (CO Reg. No. 27474) <br> Senior Assistant Solicitor General <br> Elizabeth Orem (CO Reg. No. 58309) <br> Assistant Attorney General <br> Colorado Department of Law <br> Ralph L. Carr Judicial Center <br> Consumer Protection Section <br> 1300 Broadway, 7th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6651 <br> bianca.miyata@coag.gov <br><br> *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | **DANIEL J. CAMERON** <br> Attorney General <br> Commonwealth of Kentucky <br><br> */s/ J. Christian Lewis* <br> J. Christian Lewis (KY Bar No. 87109), <br> *pro hac vice* <br> Philip Heleringer (KY Bar No. 96748), <br> *pro hac vice* <br> Gregory B. Ladd (KY Bar No. 95886), <br> *pro hac vice* <br> Zachary Richards (KY Bar No. 99209), <br> *pro hac vice app. forthcoming* <br> Daniel I. Keiser (KY Bar No. 100264), <br> *pro hac vice app. forthcoming* <br> Assistant Attorneys General <br> 1024 Capital Center Drive, Ste. 200 <br> Frankfort, KY 40601 <br> christian.lewis@ky.gov <br> philip.heleringer@ky.gov <br> greg.ladd@ky.gov <br> zach.richards@ky.gov <br> Phone: (502) 696-5300 <br> Fax: (502) 564-2698 <br><br> *Attorneys for Plaintiff the Commonwealth of Kentucky* |

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 18, 2023         By:   */s/ Joshua Olszewski-Jubelirer*
                                       Joshua Olszewski-Jubelirer