*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To<br><br>All Actions | Case No. 4:22-md-03047-YGR (PHK)<br><br>MDL No. 3047<br><br>**PLAINTIFFS' TEMPORARY SEALING MOTION (LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT)** |

Pursuant to the Court's Order Setting Sealing Procedures (Dkt. 341), Plaintiffs file the instant Temporary Sealing Motion requesting to file under seal Local Government and School District Plaintiffs' Master Complaint. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 505-1 | Plaintiffs' Master Complaint (Local Government and School District Plaintiffs' Master Complaint) (Under Seal) | The document contains information designated as confidential by Defendants. |

DATED: December 18, 2023                    Respectfully submitted,

/s/ *Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: 215-592-1500<br>MWeinkowitz@lfsbalw.com<br><br>*Plaintiff Leadership Committee*<br>*Co-Chair of Local Government Entity Committee* | MELISSA L. YEATES<br>**KESSLER TOPAZ**<br> **MELTZER CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610-667-7706<br>myeates@ktmc.com<br><br>*Co-Chair of Local Government Entity Committee* |

2

PLAINTIFFS' TEMPORARY SEALING MOTION
(LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT)
Case No. 4:22-md-03047-YGR (PHK)

| | |
|---|---|
| JOSEPH H. MELTZER<br>**KESSLER TOPAZ**<br>  **MELTZER CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610-667-7706<br>jmeltzer@ktmc.com | THOMAS CARTMELL<br>**WAGSTAFF & CARTMELL LLP**<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Telephone: 816 701-1100<br>tcartmell@wcllp.com<br><br>*Local Government Entity Committee* |
| JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**<br>234 Commerce Street<br>Montgomery, AL 36103<br>Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen<br><br>JAYNE CONROY<br>**SIMMONS HANLY CONROY, LLC**<br>112 Madison Ave, 7th Floor<br>New York, NY 10016<br>Telephone: 917-882-5522<br>jconroy@simmonsfirm.com<br><br>ALEXANDRA WALSH<br>**WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036<br>T: 202-780-3014<br>awalsh@alexwalshlaw.com | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN**<br>220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502<br>Telephone: 850-316-9100<br>ejeffcott@forthepeople.com<br><br>ANDRE MURA<br>**GIBBS LAW GROUP, LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Telephone: 510-350-9717<br>amm@classlawgroup.com<br><br>MATTHEW BERGMAN<br>**SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 Second Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: 206-741-4862<br>matt@socialmediavictims.org<br><br>*Plaintiffs' Leadership Committee* |

PLAINTIFFS' TEMPORARY SEALING MOTION
(LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT)
Case No. 4:22-md-03047-YGR (PHK)

| | |
|---|---|
| RON AUSTIN<br>**RON AUSTIN LAW**<br>400 Manhattan Blvd.<br>Harvey LA, 70058<br>Telephone: (504) 227–8100<br>raustin@ronaustinlaw.com | PAIGE BOLDT<br>**WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br>T: 210-448-0500<br>PBoldt@WattsGuerra.com |
| JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC**<br>700 BROADWAY<br>NEW YORK, NY 10003<br>Telephone: 212-558-5500<br>jbilsborrow@weitzlux.com | SIN-TING MARY LIU<br>**AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ, PLLC**<br>17 East Main Street, Suite 200<br>Pensacola, Fl 32502<br>Telephone: 510-698-9566<br>mliu@awkolaw.com |
| CARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC**<br>16 Court St.<br>Brooklyn, NY 11241<br>T: (646) 666-8908<br>carrie@cagoldberglaw.com | ROLAND TELLIS<br>**BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: (818) 839-2333<br>rtellis@baronbudd.com |
| EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY**<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Telephone: 850-435-7107<br>epaulos@levinlaw.com | HILLARY NAPPI<br>**HACH & ROSE LLP**<br>112 Madison Avenue, 10th Floor<br>New York, New York 10016<br>Tel: 212.213.8311<br>hnappi@hrsclaw.com |
| DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT**<br>505 20th St North, Suite 1500<br>Birmingham, Alabama 35203<br>Telephone: 205.855.5700<br>fu@dicellolevitt.com | JAMES MARSH<br>**MARSH LAW FIRM PLLC**<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170<br>Telephone: 212-372-3030<br>jamesmarsh@marshlaw.com |
| RUTH RIZKALLA<br>**CARLSON LAW FIRM**<br>100 E. Central Texas Expy<br>Killeen, TX 76541<br>(254) 526-5688<br>RRizkalla@carlsonattorneys.com | *Plaintiffs' Steering Committee* |

4

PLAINTIFFS' TEMPORARY SEALING MOTION
(LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT)
Case No. 4:22-md-03047-YGR (PHK)

**SIGNATURE ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** December 18, 2023                              */s/ Lexi J. Hazam*
                                                                                    Lexi J. Hazam

5

PLAINTIFFS' TEMPORARY SEALING MOTION
(LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT)
Case No. 4:22-md-03047-YGR (PHK)

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were served on all parties registered to receive service by ECF on December 18, 2023.

**DATED:** December 18, 2023            /s/ Lexi J. Hazam
                                         Lexi J. Hazam

6

PLAINTIFFS' TEMPORARY SEALING MOTION
(LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT)
Case No. 4:22-md-03047-YGR (PHK)