[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS FILING RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | |
| | **STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES IN CONNECTION WITH (1) INDIVIDUAL PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (DKT. 494) AND (2) LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT (DKT. 504)** |

**STIPULATION**

The Individual, Local Government, and School District Plaintiffs and Defendants submit this Joint Stipulation and Proposed Order modifying Defendants' deadlines to move to seal redacted material in (1) the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494) and (2) the Local Government and School District Plaintiffs' Master Complaint (Dkt. No. 504).

WHEREAS, on December 15, 2023, the Individual Plaintiffs filed their Second Amended Master Complaint (Dkt. No. 494), which withdrew certain Counts and incorporated by reference selected paragraphs from complaints filed (1) by the Attorney General of New Mexico against the Meta Defendants and (2) by the Attorney General of Utah against the TikTok Defendants, portions of which were in turn filed under seal in their respective originating jurisdictions.

WHEREAS, on December 18, 2023, the Local Government and School District Plaintiffs filed their Master Complaint (Dkt. No. 504).

WHEREAS, Defendants agree with Plaintiffs' proposed provisional sealing of material in the two Master Complaints;

WHEREAS, under the Order Setting Sealing Procedures (Dkt. No. 341), the deadline for Defendants to file an omnibus sealing stipulation and/or motion addressing the redacted material in the complaints filed by the Attorney General of New Mexico against the Meta Defendants and by the Attorney General of Utah against the TikTok Defendants, attached as Exhibits B and C to the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494), is December 29, 2023; and the deadline for Defendants to file an omnibus sealing stipulation and/or motion addressing the redacted material in the Local Government and School District Plaintiffs' Master Complaint is January 2, 2023.

WHEREAS, the New Mexico complaint includes a cumulative 75 pages of redactions, and the Utah complaint includes a cumulative 15 pages of redactions.

WHEREASE, in light of the amount of provisionally sealed material and the intervening holidays—during which numerous Meta and TikTok personnel whose input is necessary to determining the need to keep particular content sealed are unavailable—Defendants requested, and the Individual, Local Government, and School District Plaintiffs granted, Defendants an extension of the above sealing deadlines to January 12, 2024.

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT

2  APPROVAL, THAT: Defendants' deadline to file omnibus sealing stipulations and/or motions in

3  connection with the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494) and the

4  Local Government and School District Plaintiffs' Master Complaint (Dkt. No. 504) is extended to January

5  12, 2024.

6

7

8  DATED:  December 20, 2023            Respectfully submitted,

9                                       /s/ Lexi J. Hazam
                                        LEXI J. HAZAM
10                                      **LIEFF CABRASER HEIMANN &**
                                        **BERNSTEIN, LLP**
11                                      275 BATTERY STREET, 29TH FLOOR
                                        SAN FRANCISCO, CA 94111-3339
12                                      Telephone: 415-956-1000
                                        lhazam@lchb.com
13

14                                      CHRISTOPHER A. SEEGER
                                        CHRISTOPHER L. AYERS
15                                      **SEEGER WEISS, LLP**
                                        55 CHALLENGER ROAD, 6TH FLOOR
16                                      RIDGEFIELD PARK, NJ 07660
                                        Telephone: 973-639-9100
17                                      Facsimile: 973-679-8656
                                        cseeger@seegerweiss.com
18                                      cayers@seegerweiss.com

19

20                                      PREVIN WARREN
                                        **MOTLEY RICE LLC**
21                                      401 9th Street NW Suite 630
                                        Washington DC 20004
22                                      T: 202-386-9610
                                        pwarren@motleyrice.com
23

24                                      *Co-Lead Counsel for Plaintiffs*

25

26

27

28

3

COVINGTON & BURLING LLP

By:　　*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings,
LLC; Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*

4

FAEGRE DRINKER LLP

By:      /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:      /s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

5

1

2   Lauren A. Bell (*pro hac vice forthcoming)*
    MUNGER, TOLLES & OLSON LLP
3   601 Massachusetts Ave., NW St.,
    Suite 500 E
4   Washington, D.C.  20001-5369
    Telephone:  (202) 220-1100
5   Facsimile:  (202) 220-2300
    Email: lauren.bell@mto.com
6

7   *Attorneys for Defendant Snap Inc.*

8

9   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
10
    By:     /s/ Brian M. Willen
11  Brian M. Willen
    WILSON SONSINI GOODRICH & ROSATI
12  1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
13  Telephone: (212) 999-5800
    Facsimile: (212) 999-5899
14  Email: bwillen@wsgr.com

15
    Lauren Gallo White
16  Samantha A. Machock
    WILSON SONSINI GOODRICH & ROSATI
17  One Market Plaza, Spear Tower, Suite 3300
    San Francisco, CA  94105
18  Telephone: (415) 947-2000
    Facsimile: (415) 947-2099
19  Email: lwhite@wsgr.com
    Email: smachock@wsgr.com
20

21  Christopher Chiou
    WILSON SONSINI GOODRICH & ROSATI
22  633 West Fifth Street
    Los Angeles, CA 90071-2048
23  Telephone: (323) 210-2900
    Facsimile: (866) 974-7329
24  Email: cchiou@wsgr.com

25
    *Attorneys for Defendants YouTube, LLC,*
26  *Google LLC, and Alphabet Inc.*

27

28  WILLIAMS & CONNOLLY LLP

6

1

2      By: */s/ Ashley W. Hardin*
       Joseph G. Petrosinelli
3      jpetrosinelli@wc.com
       Ashley W. Hardin
4      ahardin@wc.com
       680 Maine Avenue, SW
5      Washington, DC 20024
       Telephone.: 202-434-5000
6      Fax: 202-434-5029

7
       *Attorneys for Defendants YouTube, LLC,*
8      *Google LLC, and Alphabet Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____          _____

Hon. Yvonne Gonzalez Rogers
United States District Judge

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   December 20, 2023                    By:   /s/ Ashley M. Simonsen
                                                          Ashley M. Simonsen