UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| *Office of the Attorney General, State of Florida, Department of Legal Affairs,*<br><br>v.<br><br>*Meta Platforms, Inc., Instagram LLC*<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:23-cv-05885-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF BRADLEY W. DAVIS**<br><br>**Hearing:**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Oakland, California<br>Judge:  Hon. Yvonne Gonzalez Rogers |

I, Bradley W. Davis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am currently employed by Meta Platforms, Inc. as the Director of Data Center Community & Economic Development.

2. I submit this declaration in support of Defendants Meta Platforms, Inc. and Instagram, LLC's motion to dismiss the claims asserted by the State of Florida ("State"). I have personal knowledge of the facts set forth herein based on my experience as the Director of Data Center Community & Economic Development and my review of relevant records.

3. I understand that in paragraph 18 of its Complaint, the State alleges that "Meta maintains and operates a data center in Miami, Florida."

4. A complete list of data centers in the United States owned by Meta is publicly available at https://sustainability.fb.com/data-centers/. There are no data centers in Miami, Florida.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on December 21, 2023.

By: /s/ *(signature)*
Bradley W. Davis