## Appendix A

- "[Facebook's] controls are not just to make people feel *safe*; it's actually what people want in the product."  PI SAC ¶ 173.

- "[W]e agree, stalking isn't *cool*; but being able to know what's going on in your friends' lives is."  *Id.* ¶ 195.

- "So, we're really focused on, on *safety*, especially children's *safety*.  So we're having folks under the age of 18 . . . we just take a lot of extra precautions for it, to make sure that it's just a *safe environment* for them [], to use this service that you know, the default for, for people sharing things isn't that they're sharing with everyone but that they're sharing with a smaller community . . . I think that's a lot of it.  We really *try to build a safe environment* . . . that's gonna be the key long term."  *Id.* ¶ 369a.

- "Right, and they, they feel like Facebook is this *really secure* place and that it's *a hundred percent safe*, and um, we're always thinking about little and big things like that that we can do to *keep it safe* for, for the people who use our service."  *Id.* ¶ 369b.

- "I mean, we do not allow people under the age of 13 to sign up and I think if we ever were, we would need to try to figure out a lot of ways to *make sure that they were safe*, right, because that's just *extremely important* and that's just not the top of the list in terms of things for us to figure out right now."  *Id.* ¶ 369c.

- "We will do our part to make this [*better world*] happen, not only because we love you, but also because we have a *moral responsibility* to all children in the next generation."  *Id.* ¶ 370a.

- "Congressman, we have a number of measures in place to protect minors specifically. We make it so that adults can't contact minors who they - they aren't already friends with. We make it so that certain content that may be *inappropriate* for minors, we don't show."  *Id.* ¶ 370b.

- "No . . . that's not how we talk about this or how we set up our product teams.  We want our products to be *valuable* to people, and if they're *valuable*, then people choose to use them."  *Id.* ¶ 370c.

- "There are really two core principles at play here. There's giving people a voice, so that people can express their opinions.  Then there's *keeping the community safe*, which I think is really important."  *Id.* ¶ 370d.

- "[W]e will continue to invest heavily in security and privacy because we have a *responsibility to keep people safe*.  But as I've said on past calls, we're investing so much in security that it will significantly impact our profitability."  *Id.* ¶ 370e.

- "One of the most important responsibilities we have as a company is to *keep people safe* and stop anyone from abusing our service."  *Id.* ¶ 370f.

- "What I've learned so far is that when you build services that are used by billions of people across countries and cultures, you will see all of the good humanity is capable of, and people will try to abuse those services in ever way possible.  It is our responsibility to *amplify the good and mitigate the bad*." *Id.* ¶ 370g.

- "[W]e have a *responsibility to keep people safe* on our services – whether from terrorism, bullying, or other threats." *Id.* ¶ 370h.

- "We ended 2018 with more than 30,000 people working on *safety* and security – up from 10,000 people a couple of years ago." *Id.* ¶ 370i.

- "[O]n all the content and *safety* security issues, there's more to do here but *I'm proud* of the work that we have done to get in front of a lot more of these issues." *Id.* ¶ 370j.

- "[W]e have a responsibility to *keep people safe* on our services." *Id.* ¶ 370k.

- "You should expect we'll do everything we can to *keep you safe* on our services, within the bounds of an encrypted service." *Id.* ¶ 370l.

- "*I don't believe* [Meta's platforms harm children].  This is something that we study and we **care a lot about**; designing products that improve peoples' *well-being is very important to us*.  And what our products do is help people stay connected to people they care about, which I think is one of the most fundamental and important human things that we do, whether that's for teens or for people who are older than that." *Id.* ¶ 370p.

- "If the user reports a birthday indicating they are less than 13 years old, they are informed that they cannot create an account." *Id.* ¶ 332.