[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

Case No. 4:22-MD-03047-YGR

MDL No. 3047

This Document Relates to:

ALL PERSONAL INJURY ACTIONS

**[PROPOSED] SECOND AMENDED STIPULATED IMPLEMENTATION ORDER GOVERNING ADOPTION OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-FORM COMPLAINTS FOR FILED CASES**

## I.    APPLICABILITY AND SCOPE OF ORDER

This Implementation Order ("Order") applies only to Plaintiffs who have asserted or seek to assert personal injury claims related to the use of one or more of Defendants' social media apps[1] ("Personal Injury Plaintiffs") consistent with the scope of the October 11, 2022 Transfer Order initiating these MDL proceedings.[2] No personal injury claims may be asserted in current or future filed cases in this MDL other than pursuant to the terms of this Order. This Order applies to cases directly filed in this MDL and those transferred, removed, or otherwise assigned to this proceeding

---

[1] Plaintiffs allege in the Second Amended Master Complaint and their proposed Short Form Complaint that the social media apps are "products." Nothing in this Case Management Order or in the template Short Form Complaint shall be construed as an admission by any Defendant that their social media platform(s) are products for purposes of any claim asserted by any Plaintiff.

[2] This Order does not apply to government entity cases.

1

(collectively, "this MDL proceeding"). This Order is binding on all Parties and their counsel in all such cases. This Order is not intended to alter the applicable provisions of the Federal Rules of Civil Procedure or the Local Rules of this Court, except as specified herein or in any subsequent Pretrial Order. Defendants preserve all defenses, including jurisdictional and venue challenges, to any claims brought in this MDL pursuant to this Order.

## II.    MASTER PLEADINGS

### A.    MASTER COMPLAINT (PERSONAL INJURY)

1.    **Timing.** Pursuant to Case Management Order No. 7 ("CMO-7"),[3] the Plaintiffs' Steering Committee (PSC) filed a *Second Amended Master Complaint (Personal Injury)* ("*Master Complaint*") on December 15, 2023.[4]

2.    **Effect of *Master Complaint*.** All claims pleaded in the *Master Complaint* will supersede and replace all claims for personal injury in any action pending in this MDL. In accordance with CMO-7, individual plaintiffs who wish to maintain the causes of action withdrawn in the *Master Complaint* shall file amended Short-Form Complaints re-asserting those counts (and any supporting allegations) by no later than Tuesday, **January 2, 2024**. If an amended Short-Form Complaint is not filed, individual plaintiffs are deemed to stand on their earlier filed individual Short-Form Complaints which are deemed amended to conform with the *Master Complaint*.[5] Nothing in this Order shall preclude the PSC from seeking leave to amend the *Master Complaint* as provided in the Federal Rules of Civil Procedure or preclude any Defendant from opposing such leave.

### B.    SHORT-FORM COMPLAINT

1.    Attached as **Exhibit A** to this Order is a template form *Short-Form Complaint* ("SFC") for use by personal injury Plaintiffs in current and future-filed personal injury cases in this MDL.

---

[3] Dkt. 479.
[4] Dkt. 494.
[5] Dkt. 479, at 2.

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

2.      The SFC is an abbreviated form that each individual Plaintiff will complete, indicating their individual claims, the Defendants against whom they are bringing those claims, and adopting the applicable factual allegations set forth in the *Master Complaint* as the basis for those individual claims. Each Plaintiff who claims injury arising from their own use of Defendants' platforms shall file a separate SFC setting forth their individual claims and injury. Plaintiffs asserting loss of consortium claims as permitted by law; parents or guardians of a minor Plaintiff as permitted by law; and in the event of a wrongful death action, the appropriate heirs or representative(s) of the Estate may state their claims on the same SFC as the individual Plaintiff whose use of Defendants' platforms gives rise to their claims. By this process, all allegations applicable to the specific Defendants named in the SFC that are set forth in the *Master Complaint* shall be deemed pleaded against those Defendants.

3.      For each such personal injury action, the *Master Complaint* (and any subsequent amendments) and the SFC (and any subsequent amendments) shall be deemed the Plaintiff's operative Complaint.

4.      Each SFC filed in this MDL proceeding shall indicate the federal district where the individual Plaintiff(s) originally filed or would have originally filed their Complaint.

5.      The procedures for filing the *Master Complaint* and the SFC do not reflect that the Defendants have agreed to or admitted the allegations set forth in those pleadings, nor have the Defendants conceded or waived their right to dispute the legal validity of the claims alleged therein.

C.      **TIMING AND EFFECT OF FILING *SHORT FORM* COMPLAINTS**

1.      **All Personal Injury Complaints**

a.      **Direct Filed cases**: All Personal Injury Plaintiffs must file their SFC electronically in this MDL. The Court refers Plaintiffs' counsel to Case Management Order No. 4 – Direct Filing Order ("CMO-4"),[6] which is incorporated herein and should be reviewed and followed. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their Complaint as of the date they filed their Short Form Complaint and not

---

[6] Dkt. 119.

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

the date of any master complaint, except that, for any Plaintiff who filed a Personal Injury Complaint in this MDL pursuant to CMO-4 before March 8, 2023 (the date the original version of this Order was entered), the date on which they filed such Complaint shall be the relevant date.

b.    **Transferred cases**: Any Plaintiff whose case becomes part of this MDL after March 8, 2023 (the date of filing of the original version of this Order (Dkt. 177)) by transfer from another district or from another judge in this district must file a SFC within 20 days from the date of transfer or, if originally filed in this district, from the date of assignment to this Court. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their Complaint as of the date they filed their original Complaint in a different judicial district or in this district and not the date of any master complaint or the date they filed their Short Form Complaint. For purposes of statutes of limitations and statutes of repose, any Plaintiff whose case became part of this MDL before March 8, 2023, shall be deemed to have filed their complaint as of the date they filed their original complaint, and not the date of any master complaint or the date they filed the SFC. Nothing in this Order or the filing of a SFC shall be construed as a prior dismissal or amendment of a prior complaint, but the prior complaint shall no longer be deemed the operative complaint.

2.    <u>**No Multi-Plaintiff Personal Injury Complaints**</u>. Each Plaintiff must have an individual complaint on file. Any Plaintiff who asserts personal injury claims in a multi-plaintiff complaint that is pending or that is subsequently transferred to this MDL must file an individual SFC 20 days from the date that the Court posts the applicable Transfer Order on its docket. This provision does not apply to Personal Injury Plaintiffs asserting loss of consortium claims as permitted by law; parents or guardians of a minor Plaintiff as permitted by law; and in the event of a wrongful death action, the appropriate heirs or representative(s) of the Estate.

### III.    <u>RESPONSE TO *MASTER COMPLAINT* AND *SHORT-FORM* COMPLAINTS</u>

To eliminate potential delays and to promote judicial efficiency with respect to the administration of this MDL proceeding, all SFCs filed in this MDL proceeding are deemed answered and denied, without waiver of any defense or right to move to dismiss, and with full

1    preservation of all arguments and defenses that may be raised in any responsive pleading that may

2    be required by future order of the Court or motion to dismiss.

3    **IV.    SERVICE OF PROCESS**

4         **A.    SERVICE OF PROCESS OF NEWLY NAMED DEFENDANTS**

5              1.    Plaintiffs may file an action against any Defendant not named in the current

6    *Master Complaint* ("*Newly Named Defendants*") directly in the MDL by using the SFC[7] and the

7    *Master Complaint* which is deemed adopted into any filed SFC.

8              2.    By this Order, Plaintiffs who name any "*Newly Named Defendant*" in their

9    SFC may effectuate service of process on each "*Newly Named Defendant*" by serving the following

10   upon each *Newly Named Defendant* named in the SFC, in accordance with Rule 4 of the Federal

11   Rules of Civil Procedure:

12              a.  a copy of the *Master Complaint*;

13              b.  the SFC;

14              c.  a copy of this Order, and,

15              d.  a Summons.

16              3.    To the extent Plaintiffs name Meta Platforms Technologies, LLC, Meta

17   Payments, Inc., or Whatsapp Inc. as *Newly Named Defendants*, the entities agree to waive formal

18   service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Service shall be

19   effectuated pursuant to the Section IV.B of this Order.

20              4.    The right of Defendants and "*Newly Named Defendants*" to challenge

21   jurisdiction and venue are hereby preserved and explicitly not waived by Plaintiffs' direct filing of

22   SFCs.

23        **B.    SERVICE OF PROCESS WAIVER OF THE DEFENDANTS NAMED IN
          THE CURRENT *MASTER COMPLAINT***

24

25              1.    CMO-4, Section II (G) is amended as follows: For SFCs that are properly

26   filed in this MDL, the Defendants listed below agree to waive formal service of summons pursuant

27   to Rule 4 of the Federal Rules of Civil Procedure. Please note that a Plaintiff that is serving a SFC,

28

---

[7] *See* Section II.B of the SFC.

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

Summons, and Civil Cover Sheet is **not** required to serve a copy of the *Master Complaint* by e-mail upon the currently named Defendants. Service upon the following entities will be deemed complete upon providing copies of the SFC, Summons, and Civil Cover Sheet:

| DEFENDANTS | SERVICE E-MAIL ADDRESS |
|---|---|
| Meta Platforms, Inc.*, formerly known as Facebook Inc.*<br><br>Instagram, LLC<br><br>Facebook Operations, LLC<br><br>Facebook Payments, Inc.<br><br>Siculus, Inc.<br><br>Meta Platforms Technologies, LLC<br><br>Meta Payments, Inc.<br><br>Whatsapp Inc. | MetaNoticeofService@cov.com |
| Snap Inc. | SnapNoticeofService@mto.com |
| ByteDance, Inc.<br><br>TikTok, Inc.<br><br>ByteDance Ltd.<br><br>TikTok Ltd.<br><br>TikTok LLC | TikTokNoticeofService@faegredrinker.com |
| YouTube, LLC<br><br>Google LLC | SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM |

2.      Defendants' e-mail systems will generate an automated response to the sender upon receipt of an e-mail to each of the designated addresses. The automated response will

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1  confirm receipt of the e-mail to that e-mail address and shall constitute proof of service upon the

2  Defendants who have agreed to service at that e-mail address per this Order. Defendants will not

3  otherwise respond to e-mails sent to the above e-mail addresses. Plaintiffs shall make proof of

4  electronic service to the Court as required by Rule 4(l)(1) of the Federal Rules of Civil Procedure.

5  For all SFCs filed in, removed to, or transferred to this MDL: (i) all requests for issuance of

6  summons shall be made in the underlying constituent case, and not through the MDL Master Docket

7  File; (ii) all proofs of service shall be filed only in the underlying constituent case and not in the

8  MDL Master Docket File. Acceptance of electronic service shall not constitute a waiver of any

9  defense.

10

11  DATED: December 28, 2023

12                                    Respectfully submitted,

13                                    */s/ Lexi J. Hazam*
                                      LEXI J. HAZAM
14                                    **LIEFF CABRASER HEIMANN &**
                                      **BERNSTEIN, LLP**
15                                    275 BATTERY STREET, 29TH FLOOR
                                      SAN FRANCISCO, CA 94111-3339
16                                    Telephone: 415-956-1000
                                      lhazam@lchb.com
17
                                      CHRISTOPHER A. SEEGER
18                                    CHRISTOPHER L. AYERS
                                      **SEEGER WEISS, LLP**
19                                    55 CHALLENGER ROAD, 6TH FLOOR
                                      RIDGEFIELD PARK, NJ 07660
20                                    Telephone: 973-639-9100
                                      Facsimile: 973-679-8656
21                                    cseeger@seegerweiss.com
                                      cayers@seegerweiss.com
22
                                      PREVIN WARREN
23                                    **MOTLEY RICE LLC**
                                      401 9th Street NW Suite 630
24                                    Washington DC 20004
                                      T: 202-386-9610
25                                    pwarren@motleyrice.com

26                                    Co-Lead Counsel

27                                    JENNIE LEE ANDERSON
                                      **ANDRUS ANDERSON, LLP**
28                                    155 MONTGOMERY STREET, SUITE 900

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1   SAN FRANCISCO, CA 94104
    Telephone: 415-986-1400
2   jennie@andrusanderson.com

3   Liaison Counsel

4   JOSEPH G. VANZANDT
    **BEASLEY ALLEN CROW METHVIN**
5   **PORTIS & MILES, P.C.**
    234 COMMERCE STREET
6   MONTGOMERY, AL 36103
    Telephone: 334-269-2343
7   joseph.vanzandt@beasleyallen.com

8   EMILY C. JEFFCOTT
    **MORGAN & MORGAN**
9   220 W. GARDEN STREET, 9TH FLOOR
    PENSACOLA, FL 32502
10  Telephone: 850-316-9100
    ejeffcott@forthepeople.com
11
    RON AUSTIN
12  **RON AUSTIN LAW**
    400 Manhattan Blvd.
13  Harvey LA, 70058
    Telephone: (504) 227–8100
14  raustin@ronaustinlaw.com

15  MATTHEW BERGMAN
    GLENN DRAPER
16  **SOCIAL MEDIA VICTIMS LAW CENTER**
    821 SECOND AVENUE, SUITE 2100
17  SEATTLE, WA 98104
    Telephone: 206-741-4862
18  matt@socialmediavictims.org
    glenn@socialmediavictims.org
19
    JAMES J. BILSBORROW
20  **WEITZ & LUXENBERG, PC**
    700 BROADWAY
21  NEW YORK, NY 10003
    Telephone: 212-558-5500
22  Facsimile: 212-344-5461
    jbilsborrow@weitzlux.com
23
    PAIGE BOLDT
24  **WATTS GUERRA LLP**
    4 Dominion Drive, Bldg. 3, Suite 100
25  San Antonio, TX 78257
    T: 210-448-0500
26  PBoldt@WattsGuerra.com

27  THOMAS P. CARTMELL
    **WAGSTAFF & CARTMELL LLP**
28  4740 Grand Avenue, Suite 300

8

[PROPOSED] SECOND AMENDED STIPULATED
INTERMEDIATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1    Kansas City, MO 64112
     T: 816-701 1100
2    tcartmell@wcllp.com

3    JAYNE CONROY
     **SIMMONS HANLY CONROY, LLC**
4    112 MADISON AVE, 7TH FLOOR
     NEW YORK, NY 10016
5    Telephone:  917-882-5522
     jconroy@simmonsfirm.com
6
     CARRIE GOLDBERG
7    **C.A. GOLDBERG, PLLC**
     16 Court St.
8    Brooklyn, NY 11241
     T: (646) 666-8908
9    carrie@cagoldberglaw.com

10   KIRK GOZA
     **GOZA & HONNOLD, LLC**
11   9500 Nall Avenue, Suite 400
     Overland Park, KS 66207
12   T: 913-451-3433
     kgoza@gohonlaw.com
13
     SIN-TINY MARY LIU
14   **AYLSTOCK WITKIN KREIS &**
     **OVERHOLTZ, PLLC**
15   17 EAST MAIN STREET, SUITE 200
16   PENSACOLA, FL 32502
     Telephone:  510-698-9566
17   mliu@awkolaw.com
18
     ANDRE MURA
19   **GIBBS LAW GROUP, LLP**
     1111 BROADWAY, SUITE 2100
20   OAKLAND, CA 94607
     Telephone:  510-350-9717
21   amm@classlawgroup.com

22   EMMIE PAULOS
     **LEVIN PAPANTONIO RAFFERTY**
23   316 SOUTH BAYLEN STREET, SUITE 600
     PENSACOLA, FL 32502
24   Telephone:  850-435-7107
     epaulos@levinlaw.com
25
     ROLAND TELLIS
26   DAVID FERNANDES
     **BARON & BUDD, P.C.**
27   15910 Ventura Boulevard, Suite 1600
     Encino, CA 91436
28   Telephone:  (818) 839-2333
     Facsimile:  (818) 986-9698

[CASE NO. 4:22-MD-03047-YGR] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

9

1                     rtellis@baronbudd.com
                      dfernandes@baronbudd.com

2

3                     ALEXANDRA WALSH
                    **WALSH LAW**
                    1050 Connecticut Ave, NW, Suite 500

4                     Washington D.C. 20036
                    T: 202-780-3014

5                     awalsh@alexwalshlaw.com

6                     MICHAEL M. WEINKOWITZ
                    **LEVIN SEDRAN & BERMAN, LLP**

7                     510 WALNUT STREET
                    SUITE 500

8                     PHILADELPHIA, PA 19106
                    Telephone:  215-592-1500

9                     mweinkowitz@lfsbalw.com

10                    DIANDRA "FU" DEBROSSE ZIMMERMANN
                   **DICELLO LEVITT**

11                    505 20th St North
                   Suite 1500

12                    Birmingham, Alabama 35203
                   Telephone:  205.855.5700

13                    fu@dicellolevitt.com

14                    ROBERT H. KLONOFF

15                    **ROBERT KLONOFF, LLC**
                   2425 SW 76TH AVENUE

16                    PORTLAND, OR 97225
                   Telephone:  503-702-0218

17                    klonoff@usa.net

18                    HILLARY NAPPI

19                    **HACH & ROSE LLP**

20                    112 Madison Avenue, 10th Floor
                   New York, New York 10016

21                    Tel: 212.213.8311
                   hnappi@hrsclaw.com

22                    ANTHONY K. BRUSTER

23                    **BRUSTER PLLC**
                   680 N. Carroll Ave., Suite 110

24                    Southlake, TX 76092
                   (817) 601-9564

25                    akbruster@brusterpllc.com

26                    FRANCOIS M. BLAUDEAU, MD JD FACHE
                   FCLM

27                    **SOUTHERN INSTITUTE FOR MEDICAL**
                   **AND LEGAL AFFAIRS**

28                    2762 B M Montgomery Street, Suite 101
                   Homewood, Alabama 35209

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1

T: 205.564.2741
francois@southernmedlaw.com

2

JAMES MARSH

3

**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030

4

5

jamesmarsh@marshlaw.com

6

*Attorneys for Plaintiffs*

7

8

COVINGTON & BURLING LLP

9

By:     */s/ Paul W. Schmidt*

10

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*

11

COVINGTON & BURLING LLP
One City Center

12

850 Tenth Street, NW
Washington, DC 20001-4956

13

Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

14

Email:  pajones@cov.com

15

*Attorney for Defendants Meta Platforms, Inc.*

16

*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*

17

*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1    FAEGRE DRINKER LLP

2    By:    /s/ Andrea Roberts Pierson
      Andrea Roberts Pierson, *pro hac vice*
3    Amy Fiterman, *pro hac vice*
      FAEGRE DRINKER LLP
4    300 N. Meridian Street, Suite 2500
      Indianapolis, IN 46204
5    Telephone: + 1 (317) 237-0300
      Facsimile: + 1 (317) 237-1000
6    Email: andrea.pierson@faegredrinker.com
      Email: amy.fiterman @faegredrinker.com
7
      GEOFFREY DRAKE, *pro hac vice*
8    David Mattern, *pro ha vice*
      KING & SPALDING LLP
9    1180 Peachtree Street, NE, Suite 1600
      Atlanta, GA 30309
10   Tel.: 404-572-4600
      Email: gdrake@kslaw.com
11   Email: dmattern@kslaw.com
12
      *Attorneys for Defendants TikTok Inc. and*
13   *ByteDance Inc.*
14
15   MUNGER, TOLLES & OLSEN LLP
16   By:    /s/ Jonathan H. Blavin
      Jonathan H. Blavin, SBN 230269
17   MUNGER, TOLLES & OLSON LLP
      560 Mission Street, 27th Floor
18   San Francisco, CA  94105-3089
      Telephone:  (415) 512-4000
19   Facsimile:  (415) 512-4077
      Email: jonathan.blavin@mto.com
20
      Rose L. Ehler (SBN 29652)
21   Victoria A. Degtyareva (SBN 284199)
      Laura M. Lopez, (SBN 313450)
22   Ariel T. Teshuva  (SBN 324238)
      MUNGER, TOLLES & OLSON LLP
23   350 South Grand Avenue, 50th Floor
      Los Angeles, CA  90071-3426
24   Telephone:  (213) 683-9100
      Facsimile:  (213) 687-3702
25   Email: rose.ehler@mto.com
      Email: victoria.degtyareva@mto.com
26   Email: Ariel.Teshuva@mto.com
27   Lauren A. Bell (*pro hac vice forthcoming*)
      MUNGER, TOLLES & OLSON LLP
28   601 Massachusetts Ave., NW St.,

12

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1    Suite 500 E
     Washington, D.C.  20001-5369
2    Telephone:  (202) 220-1100
     Facsimile:  (202) 220-2300
3    Email: lauren.bell@mto.com

4    *Attorneys for Defendant Snap Inc.*

5
     WILSON SONSINI GOODRICH & ROSATI
6    Professional Corporation

7
     By:    */s/ Brian D. Willen*
8    Brian M. Willen
     WILSON SONSINI GOODRICH & ROSATI
9    1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
10   Telephone: (212) 999-5800
     Facsimile: (212) 999-5899
11   Email: bwillen@wsgr.com

12   Lauren Gallo White
     Samantha A. Machock
13   WILSON SONSINI GOODRICH & ROSATI
     One Market Plaza, Spear Tower, Suite 3300
14   San Francisco, CA  94105
     Telephone: (415) 947-2000
15   Facsimile: (415) 947-2099
     Email: lwhite@wsgr.com
16   Email: smachock@wsgr.com

17   Christopher Chiou
     WILSON SONSINI GOODRICH & ROSATI
18   633 West Fifth Street
     Los Angeles, CA 90071-2048
19   Telephone: (323) 210-2900
     Facsimile: (866) 974-7309
20   Email: cchiou@wsgr.com

21   *Attorneys for Defendants YouTube, LLC,*
     *Google LLC, and Alphabet Inc.*
22

23    WILLIAMS & CONNOLLY LLP

24    By: */s/ Ashley W. Hardin*

25

26

27

28

[PROPOSED] SECOND AMENDED STIPULATED
INITIALIZATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

14

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____, 2023

4                                                    _____
                                                    YVONNE GONZALEZ ROGERS
5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT-
FORM COMPLAINTS
FOR FILED CASES

1

**ATTESTATION**

2          I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence

3   to the filing of this document has been obtained from each signatory hereto.

4   **DATED:** December 28, 2023                    */s/Lexi J. Hazam*

5                                                        Lexi J. Hazam

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16