UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
FILED

Jan 02 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 3047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −25)**

On October 6, 2022, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 637 F.Supp.3d 1377 (J.P.M.L. 2022). Since that time, 115 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Yvonne Gonzalez Rogers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Rogers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 6, 2022, and, with the consent of that court, assigned to the Honorable Yvonne Gonzalez Rogers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 02, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION                                           MDL No. 3047

### SCHEDULE CTO−25 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **COLORADO** | | | |
| CO | 1 | 23−03292 | Garfield School District 16 v. Meta Platforms, Inc. et al |
| **MARYLAND** | | | |
| MD | 1 | 23−03336 | Board of Education of Somerset County v. Meta Platforms, Inc. et al |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 3 | 23−00860 | Union County Public Schools v. Meta Platforms, Inc. et al |
| **PENNSYLVANIA MIDDLE** | | | |
| PAM | 3 | 23−02014 | Pittston Area School District v. Meta Platforms, Inc. et al |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 23−05196 | York County School District Three v. Meta Platforms Inc et al |
| SC | 0 | 23−05199 | Clover School District School Board v. Meta Platforms Inc et al |
| SC | 0 | 23−05200 | York County School District Three v. Meta Platforms Inc et al |
| SC | 3 | 23−05271 | Kershaw County School District v. Meta Platforms Inc et al |
| SC | 4 | 23−05229 | Florence School District One v. Meta Platforms Inc et al |
| SC | 4 | 23−05272 | Chesterfield County School District v. Meta Platforms, Inc. et al |
| SC | 7 | 23−05379 | Spartanburg 6 School District v. Meta Platforms Inc et al |
| SC | 8 | 23−05264 | School District of Oconee County v. Meta Platforms Inc et al |