1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11    IN RE: SOCIAL MEDIA ADOLESCENT           Case No. 4:22-MD-03047-YGR
      ADDICTION/PERSONAL INJURY
12    PRODUCTS LIABILITY LITIGATION            MDL No. 3047

13

14    This Document Relates to:                **[PROPOSED] ORDER RE PLAINTIFFS'
                                               ADMINISTRATIVE MOTION TO FILE
15    *B.A., individually and as next of friend to*   **UNDER SEAL EXHIBITS TO THE
      *minor J.A. v. Meta Platforms, Inc., et al.*,   DECLARATION OF JENNIE LEE
16    4:23-cv-05055                            ANDERSON IN SUPPORT OF
                                               PLAINTIFFS' SEVENTH
17                                             CONSOLIDATED *EX PARTE*
      *C.C., individually and as next of friend to*   APPLICATION FOR APPOINTMENT OF
18    *minor M.C. v. Meta Platforms, Inc., et al.*,   GUARDIANS *AD LITEM***
      2023-cv-06277
19

20    *S.F., individually and as next of friend to*
      *minor D.F. v. Meta Platforms, Inc., et al.*,
21    4:23-cv-06287

22    *C.R., individually and as next of friend to*
      *minor S.G. v. Meta Platforms, Inc., et al.*,
23    4:23-cv-06301

24    *V.K., individually and as next of friend to*
      *minor A.K. v. Meta Platforms, Inc., et al.*,
25    4:23- cv-05093

26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Seventh Consolidated Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Seventh Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-5 to the Anderson Declaration in Support of Seventh Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055 | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 2 – Application for *C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al., 2023-cv-06277* | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 3 – Application for *S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287 | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 4 – Application for *C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-06301 | Entire Application/ Exhibit | ___ Granted ___ Denied |
| Exhibit 5 – Application for *V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc., et al.*, 4:23- cv-05093 | Entire Application/ Exhibit | ___ Granted ___ Denied |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE