1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Christopher A. Seeger (*pro hac vice*)
   cseeger@seegerweiss.com
6  SEEGER WEISS, LLP
   55 Challenger Road, 6th Floor
7  Ridgefield Park, NJ 07660
   Telephone: (973) 639-9100

8
   Previn Warren (*pro hac vice*)
9  pwarren@motleyrice.com
   MOTLEY RICE LLC
10 401 9th Street NW, Suite 630
   Washington, DC 20004
11 Telephone: (202) 386-9610

12
   *Plaintiffs' Co-Lead Counsel*

   Jennie Lee Anderson (SBN 203586)
   jennie@andrusanderson.com
   ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
   San Francisco, CA 94104
   Telephone:   (415) 986-1400

   *Plaintiffs' Liaison Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055<br><br>*C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al.*, 2023-cv-06277<br><br>*S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287<br><br>*C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-06301<br><br>*V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc., et al.*, 4:23- cv-05093 | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' SEVENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Seventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al.*, 2023-cv-06277.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-06301.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc., et al.*, 4:23-cv-05093.

8. **Exhibits 1-5** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-5**. The Applications have been made by the minor's parent, and/or legal guardian.

1  Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order
2  Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's
3  name and contact information (including address, email, and telephone number); (2) the name,
4  case number, state of domicile (and its minimum age of capacity); (3) a statement that the
5  applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming
6  that the applicant is fully competent and qualified to understand and protect the rights of the
7  minor plaintiff and has no interests adverse to the interests of that person.
8     I declare under penalty of perjury pursuant to the laws of the United States of America that
9  the foregoing is true and correct.

Dated:  January 4, 2024                    Respectfully submitted,

                                           */s/Jennie Lee Anderson*
                                           Jennie Lee Anderson

                                           ANDRUS ANDERSON LLP
                                           155 Montgomery Street, Suite 900
                                           San Francisco, CA  94104
                                           Telephone: (415) 986-1400
                                           Facsimile: (415) 986-1474
                                           jennie@andrusanderson.com

                                           *Plaintiffs' Liaison Counsel*