1   Lexi J. Hazam (SBN 224457)
    *lhazam@lchb.com*
2   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000
    Facsimile: (415) 956-100
5
    Christopher A. Seeger (*pro hac vice*)
6   *cseeger@seegerweiss.com*
    SEEGER WEISS, LLP
7   55 Challenger Road, 6th Floor
    Ridgefield Park, NJ 07660
8   Telephone: (973) 639-9100
    Facsimile: (973) 679-8656
9
    Previn Warren (*pro hac vice*)
10  *pwarren@motleyrice.com*
    MOTLEY RICE LLC
11  401 9th Street NW, Suite 630
    Washington, DC 20004
12  Telephone: (202) 386-9610
    Facsimile: (202) 232-5513
13  *Plaintiffs' Co*-Lead *Counsel*

    Jennie Lee Anderson (SBN 203586)
    *jennie@andrusanderson.com*
    ANDRUS ANDERSON LLP
    155 Montgomery Street, Suite 900
    San Francisco, CA  94104
    Telephone:    (415) 986-1400
    Facsimile:  (415) 986-1474

    *Plaintiffs' Liaison Counsel*

14

15                   UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17  IN RE: SOCIAL MEDIA ADOLESCENT        Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
18  PRODUCTS LIABILITY LITIGATION         MDL No. 3047

19  ──────────────────────────────        **EXHIBITS 1-5 TO DECLARATION OF**
                                          **JENNIE LEE ANDERSON IN SUPPORT**
20  This Document Relates to:             **OF PLAINTIFFS' SEVENTH *EX PARTE***
                                          **APPLICATION FOR APPOINTMENT**
21  B.A., on behalf of minor *J.A. v. Meta*   **OF GUARDIANS AD LITEM**
    *Platforms, Inc., et al.*, 4:23-cv-05055
22
    C.C., on behalf of minor *M.C. v. Meta*
23  *Platforms, Inc., et al.*, 2023-cv-06277

24  S.F., on behalf of minor *D.F. v. Meta*
25  *Platforms, Inc., et al.*, 4:23-cv-06287

26  C.R., on behalf of minor *S.G. v. Meta*
    *Platforms, Inc., et al.*, 4:23-cv-06301
27
    V.K., on behalf of minor *A.K. v. Meta*
28  *Platforms, Inc., et al.*, 4:23- cv-05093

                                   1        Case No. 4:22-MD-03047-YGR

# EXHIBIT 1

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 2

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 3

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 4

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 5

**EXHIBIT FILED UNDER SEAL**