UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055<br><br>*C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al.*, 2023-cv-06277<br><br>*S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287<br><br>*C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-06301<br><br>*V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc., et al.*, 4:23- cv-05093 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' SEVENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Seventh E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Seventh *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On January 4, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055 (Exhibit 1);
- *C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al., 2023-cv-06277* (Exhibit 2);
- *S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287 (Exhibit 3);
- *C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al*, 4:23-cv-06301 (Exhibit 4); and
- *V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc.,* 4:23- cv-05093 (Exhibit 5).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Seventh *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before January 19, 2024, which is fifteen (15) days after the filing of Plaintiffs' Seventh *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are

appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE