Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*

(Additional Counsel listed on signature page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*D.H. v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-4888-YGR<br><br>*K.S. v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-05146-YGR<br><br>*"Alice" Doe v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-04719-YGR | **NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINTS REASSERTING "IDENTIFIED COUNTS" EXCLUDED FROM THE SECOND AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

In accordance with Case Management Order No. 7 (ECF No. 479), Plaintiffs' Liaison Counsel submits this Notice of Filing of Amended Short Form Complaints Reasserting "Identified Counts" Excluded from the Second Amended Master Complaint (Personal Injury).

On December 13, 2023, this Court ordered Plaintiffs to file the Second Amended Master Complaint (Personal Injury) ("SAMC") withdrawing the following previously-asserted counts: Count 6 (Negligent Undertaking); Count 11 (Violations of 18 U.S.C. §§ 1595 & 1591); Count 13 (Violations of 18 U.S.C. §§ 2252A(f) and 1446A); and Count 15 (Violations of 18 U.S.C. §§ 2258B and 2258A) as to all Defendants; and Count 12 (Violations of 18 U.S.C. §§ 2255 and

2252) and Count 14 (Violations of 18 U.S.C. §§ 2255 and 2252A(5)(b)) as to all Defendants other than the Meta Defendants (collectively, the "Identified Counts") by December 15. 2023.  ECF No. 479.  The Court further ordered that any individual plaintiffs who wish to maintain any of the Individual Counts after the SAMC is filed shall file an Amended Short Form Complaint ("SFC") doing so by January 2, 2024.  *Id.*

Liaison Counsel for Plaintiffs has identified and hereby provides notice of the following Amended SFCs filed by January 2, 2024, asserting Identified Counts as stated below:

1. *D.H. v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-4888-YGR, asserting Counts 12 and 14 against defendant Snap, Inc.;

2. *K.S. v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-05146-YGR, asserting Counts 12 and 14 against defendant Snap, Inc.; and

3. *"Alice" Doe v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-04719-YGR, asserting Counts 12 and 14 against defendant Snap, Inc..

Dated: January 8, 2024

Respectfully submitted,

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400

***Plaintiffs' Liaison Counsel***

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ

|   |   |
|---|---|
| 1 | **LEVIN SEDRAN & BERMAN, LLP** |
| 2 | 510 WALNUT STREET<br>SUITE 500 |
| 3 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 4 | mweinkowitz@lfsbalw.com |

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU

|   |   |
|---|---|
| 1 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 2 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 3 | Telephone:  510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | EMMIE PAULOS |
| 6 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 7 | PENSACOLA, FL 32502 |
|   | Telephone:  850-435-7107 |
| 8 | epaulos@levinlaw.com |
| 9 | ROLAND TELLIS |
| 10 | **BARON & BUDD, P.C.** |
|   | 15910 Ventura Boulevard, Suite 1600 |
| 11 | Encino, CA 91436 |
|   | Telephone: (818) 839-2333 |
| 12 | rtellis@baronbudd.com |
| 13 |  |
|   | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 14 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 15 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 16 | Telephone:  205.855.5700 |
| 17 | fu@dicellolevitt.com |
| 18 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 19 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 20 | Telephone: 212.213.8311 |
| 21 | hnappi@hrsclaw.com |
| 22 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 23 | 31 HUDSON YARDS, 11TH FLOOR |
|   | NEW YORK, NY 10001-2170 |
| 24 | Telephone:  212-372-3030 |
|   | jamesmarsh@marshlaw.com |
| 25 |  |
| 26 | RUTH RIZKALLA |
|   | **CARLSON LAW FIRM** |
| 27 | 100 E. Central Texas Expy |
|   | Killeen, TX 76541 |
| 28 | Telephone: (254) 526-5688 |

RRizkalla@carlsonattorneys.com

*Plaintiffs' Steering Committee Membership*