Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PERSONAL INJURY ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF LEXI HAZAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** |

I, Lexi Hazam, declare and state as follows:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP and Co-Lead Counsel for Plaintiffs in this action. I am a member in good standing of the State Bar of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1

Decl. ISO Pls.' Opp'n to Defs.' Mot. to Certify Under 28 U.S.C. § 1292(b)
No. 4:22-md-03047-YGR-PHK

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Certify this Court's Order of November 14, 2023 for Interlocutory Appeal.

3. Attached as Exhibit A is a true and correct copy of the Order Sustaining in Part and Overruling in Part Defendant's Demurrer to Plaintiffs' Second Amended Complaint in *Neville v. Snap, Inc.*, No. 22-STCV-33500 (Cal. Super. Ct. Jan. 2, 2024).

4. I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on January 9, 2024.

                                  */s/ Lexi J. Hazam*
                                  Lexi J. Hazam