# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PERSONAL INJURY ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** |

This matter comes before the Court on Defendants' motion to certify this Court's November 14, 2023 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, ECF No. 430, for interlocutory appeal under 28 U.S.C. § 1292(b). Having reviewed the parties' submissions on the motion, and having had the benefit of oral argument, the Court finds that Defendants' motion should be **DENIED** because Defendants "have not met their burden to establish the exceptional circumstances required for certification of the interlocutory order[] at issue here." *Guidiville Rancheria of Cal. v. United States*, 2014 WL 5020036, at *1 (N.D. Cal. Oct 2, 2014) (Gonzalez Rogers, J.).

Accordingly, the Court hereby **DENIES** Defendants' motion to certify its Order for interlocutory review.

**IT IS SO ORDERD.**

Dated: _____       _____
                                Hon. Yvonne Gonzalez Rogers
                                United States District Court Judge

1

[Proposed] Order Denying Defs.' Mot. to Certify Order Under 28 U.S.C. § 1292(b)
No. 4:22-md-03047-YGR-PHK