UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER ADVANCING FURTHER CASE MANAGEMENT CONFERENCE; REQUIRING PERSONAL APPEARANCE** |
|---|---|

**TO ALL PARTIES AND COUNSEL OF RECORD:**

1. The Court will no longer be in trial on the morning of Friday, January 26, 2024. To facilitate parties' travel home following the Further Case Management Conference ("CMC") scheduled for that day, the Court hereby **ADVANCES** the CMC to **9:30 a.m.**

2. Pending before the Court are numerous requests for reappointment to plaintiffs' leadership roles submitted in accordance with Case Management Order No. 6. (*See* Dkt. No. 451.) To assist the Court in addressing such requests, the Court intends to meet *ex parte* with the below-identified counsel immediately following the CMC. Such counsel are therefore **ORDERED** to appear *in person* at the CMC.

- Plaintiffs' Co-Lead Counsel (Lexi Hazam, Chris Seeger, and Previn Warren);
- Christopher Ayers and Jennifer Scullion of Seeger Weiss LLP;
- Matthew Bergman of the Social Media Victims Law Center PLLC;
- James Bilsborrow of Weitz and Luxenberg PC; and
- Carrie Goldberg of C.A. Goldberg PLLC.

The Court also wishes to speak with Alexandra Walsh of Walsh Law and Jayne Conroy of Simmons Hanly Conroy, although Ms. Walsh and Ms. Conroy may appear by video, if they wish.

1

Any other plaintiff's lawyer who would like to meet with the Court regarding a pending request for reappointment shall advise Courtroom Deputy Edwin Cuenco at YGRCRD@cand.uscourts.gov by no later than **Wednesday, January 17, 2024**.

**IT IS SO ORDERED.**

Dated:  January 11, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE