**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

<div style="border:1px solid black">

**FILED**

Jan 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

</div>

**IN RE: SOCIAL MEDIA ADOLESCENT**
**ADDICTION/PERSONAL INJURY**
**PRODUCTS LIABILITY LITIGATION**

School Board St Martin Parish v. Meta Platforms, Inc. et al.,)
W.D. Louisiana, C.A. No. 6:23-cv-01424                    )          MDL No. 3047

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**
**AND VACATING THE JANUARY 25, 2024, HEARING SESSION ORDER**

A conditional transfer order was filed in this action *(School Board St Martin Parish)* on October 16, 2023. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *School Board St Martin Parish* filed a notice of opposition to the proposed transfer order. Plaintiff later filed the required motion and brief to vacate the conditional transfer order. Plaintiff has withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-19" filed on October 16, 2023, is LIFTED insofar as it relates to this action. This action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Yvonne Gonzalez Rogers.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 15, 2023, are VACATED insofar as it relates to this matter.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel