1  [*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-03047-YGR<br><br>**JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 1** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's December 15, 2023 Discovery Management Order No. 1 (ECF 503), the parties submit the Joint Chart regarding outstanding disputes over their submission of an order governing the production of electronically stored information and hard copy documents ("ESI Order"), attached hereto as Exhibit A. Counsel, together with the parties' ESI consultants, have met and conferred at length in an effort to narrow the parties' disputes. If the Court would like copies of the parties' revised ESI Orders and a new redline (which the parties believe would be helpful to the Court in resolving the disputes), please let the parties know.

DATED: January 12, 2024

Respectfully submitted,

*/s/ Christopher L. Ayers*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
DISCOVERY MANAGEMENT ORDER NO. 1
CASE NO. 4:22-MD-03047-YGR

1   Telephone: (504) 227–8100
    raustin@ronaustinlaw.com
2
3   MATTHEW BERGMAN
    GLENN DRAPER
    **SOCIAL MEDIA VICTIMS LAW CENTER**
4   821 SECOND AVENUE, SUITE 2100
    SEATTLE, WA 98104
5   Telephone:  206-741-4862
    matt@socialmediavictims.org
6   glenn@socialmediavictims.org

7   JAMES J. BILSBORROW
    **WEITZ & LUXENBERG, PC**
8   700 BROADWAY
    NEW YORK, NY 10003
9   Telephone:  212-558-5500
    Facsimile: 212-344-5461
10  jbilsborrow@weitzlux.com

11  PAIGE BOLDT
    **WATTS GUERRA LLP**
12  4 Dominion Drive, Bldg. 3, Suite 100
    San Antonio, TX 78257
13  T: 210-448-0500
    PBoldt@WattsGuerra.com
14
15  THOMAS P. CARTMELL
    **WAGSTAFF & CARTMELL LLP**
16  4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
17  T: 816-701 1100
    tcartmell@wcllp.com
18
19  JAYNE CONROY
    **SIMMONS HANLY CONROY, LLC**
    112 MADISON AVE, 7TH FLOOR
20  NEW YORK, NY 10016
    Telephone:  917-882-5522
21  jconroy@simmonsfirm.com

22  CARRIE GOLDBERG
    **C.A. GOLDBERG, PLLC**
23  16 Court St.
    Brooklyn, NY 11241
24  T: (646) 666-8908
    carrie@cagoldberglaw.com
25
26  KIRK GOZA
    **GOZA & HONNOLD, LLC**
    9500 Nall Avenue, Suite 400
27  Overland Park, KS 66207
    T: 913-451-3433
28  kgoza@gohonlaw.com

1

2
SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**
3
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
4
PENSACOLA, FL 32502
Telephone:  510-698-9566
5
mliu@awkolaw.com

6
ANDRE MURA
7
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
8
OAKLAND, CA 94607
Telephone:  510-350-9717
9
amm@classlawgroup.com

10
EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
11
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
12
Telephone:  850-435-7107
epaulos@levinlaw.com
13

14
ROLAND TELLIS
DAVID FERNANDES
15
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
16
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
17
rtellis@baronbudd.com
dfernandes@baronbudd.com
18

19
ALEXANDRA WALSH
**WALSH LAW**
20
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
21
T: 202-780-3014
awalsh@alexwalshlaw.com
22

23
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
24
SUITE 500
PHILADELPHIA, PA 19106
25
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com

26
DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
27
505 20th St North
Suite 1500
28
Birmingham, Alabama 35203

- 4 -

Telephone:  205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone:  503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE
FCLM
**SOUTHERN INSTITUTE FOR MEDICAL
AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
DISCOVERY MANAGEMENT ORDER NO. 1
CASE NO. 4:22-MD-03047-YGR

1             **PHILIP J. WEISER**
              Attorney General
2             State of Colorado

3             *  /s/ Bianca E. Miyata*
4             Bianca E. Miyata, CO Reg. No. 42012,
            *pro hac vice*
5             Senior Assistant Attorney General
            Lauren M. Dickey, CO Reg. No. 45773
6             First Assistant Attorney General
7             Megan Paris Rundlet, CO Reg. No. 27474
            Senior Assistant Solicitor General
8             Elizabeth Orem, CO Reg. No. 58309
            Assistant Attorney General
9             Colorado Department of Law
10            Ralph L. Carr Judicial Center
            Consumer Protection Section
11            1300 Broadway, 7th Floor
            Denver, CO 80203
12            Phone: (720) 508-6651
            bianca.miyata@coag.gov
13

14           *Attorneys for Plaintiff State of Colorado, ex rel.*
            *Philip J. Weiser, Attorney General*
15

16           **ROB BONTA**
            Attorney General State
17            of California

18           *  /s/ Megan O'Neill*
            Nick A. Akers (CA SBN 211222)
19            Senior Assistant Attorney General
            Bernard Eskandari (SBN 244395)
20            Supervising Deputy Attorney General
21            Megan O'Neill (CA SBN 343535)
            Joshua Olszewski-Jubelirer
22            (CA SBN 336428)
            Marissa Roy (CA SBN 318773)
23            Deputy Attorneys General
            California Department of Justice
24            Office of the Attorney General
            455 Golden Gate Ave., Suite 11000
25            San Francisco, CA 94102-7004
26            Phone: (415) 510-4400
            Fax: (415) 703-5480
27            Bernard.Eskandari@doj.ca.gov

28           *Attorneys for Plaintiff the People of the State of*

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
DISCOVERY MANAGEMENT ORDER NO. 1
CASE NO. 4:22-MD-03047-YGR

1    *California*

2

3    COVINGTON & BURLING LLP

4    By:   */s/ Ashley M. Simonsen*

5    Ashley M. Simonsen, SBN 275203
     COVINGTON & BURLING LLP

6    1999 Avenue of the Stars
     Los Angeles, CA 90067

7    Telephone: (424) 332-4800
     Facsimile: + 1 (424) 332-4749

8    Email: asimonsen@cov.com

9    Phyllis A. Jones, *pro hac vice*
     Paul W. Schmidt, *pro hac vice*

10   COVINGTON & BURLING LLP
     One City Center

11   850 Tenth Street, NW
     Washington, DC 20001-4956

12   Telephone: + 1 (202) 662-6000
     Facsimile: + 1 (202) 662-6291

13   Email:  pajones@cov.com

14   *Attorney for Defendants Meta Platforms, Inc.*
     *f/k/a Facebook, Inc.; Facebook Holdings,*

15   *LLC; Facebook Operations, LLC; Facebook*
     *Payments, Inc.; Facebook Technologies, LLC;*

16   *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
     *Zuckerberg*

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
                    DISCOVERY MANAGEMENT ORDER NO. 1
                    CASE NO. 4:22-MD-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER LLP

By:     */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:     */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
DISCOVERY MANAGEMENT ORDER NO. 1
CASE NO. 4:22-MD-03047-YGR

1   Suite 500 E
    Washington, D.C.  20001-5369
2   Telephone:  (202) 220-1100
    Facsimile:  (202) 220-2300
3   Email: lauren.bell@mto.com

4   *Attorneys for Defendant Snap Inc.*

5

6   MORGAN LEWIS & BOCKIUS, LLP

7   By:    */s/ Stephanie Schuster*
    Stephanie Schuster
8   stephanie.schuster@morganlewis.com
    1111 Pennsylvania Ave.  NW
9   Washington, DC 20004-2541

10  Brian Ercole
    brian.ercole@morganlewis.com
11  600 Brickell Avenue, Suite 1600
    Miami, FL 33131-3075
12  Tel.:  305.415.3416

13  Yardena R. Zwang-Weissman
    yardena.zwang-weissman@morganlewis.com
14  300 South Grand Avenue, 22nd Floor
    Los Angeles, CA 90071-3132
15  Tel.:  213.612.7238

16  *Attorneys for Defendants YouTube, LLC,*
    *Google LLC, and Alphabet Inc.*
17

18  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
19
    Brian M. Willen
20  WILSON SONSINI GOODRICH & ROSATI
    1301 Avenue of the Americas, 40th Floor
21  New York, New York 10019
    Telephone: (212) 999-5800
22  Facsimile: (212) 999-5899
    Email: bwillen@wsgr.com
23
    Lauren Gallo White
24  Samantha A. Machock
    WILSON SONSINI GOODRICH & ROSATI
25  One Market Plaza, Spear Tower, Suite 3300
    San Francisco, CA  94105
26  Telephone: (415) 947-2000
    Facsimile: (415) 947-2099
27  Email: lwhite@wsgr.com
    Email: smachock@wsgr.com
28

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
        DISCOVERY MANAGEMENT ORDER NO. 1
        CASE NO. 4:22-MD-03047-YGR

1    Christopher Chiou
     WILSON SONSINI GOODRICH & ROSATI
2    633 West Fifth Street
     Los Angeles, CA 90071-2048
3    Telephone: (323) 210-2900
     Facsimile: (866) 974-7329
4    Email: cchiou@wsgr.com

5    *Attorneys for Defendants YouTube, LLC,*
     *Google LLC, and Alphabet Inc.*

6

7       WILLIAMS & CONNOLLY LLP

8       Joseph G. Petrosinelli
        jpetrosinelli@wc.com
9       Ashley W. Hardin
        ahardin@wc.com
10      680 Maine Avenue, SW
        Washington, DC 20024
11      Telephone.: 202-434-5000
        Fax: 202-434-5029
12
        *Attorneys for Defendants YouTube, LLC,*
13      *Google LLC, and Alphabet Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
                DISCOVERY MANAGEMENT ORDER NO. 1
                CASE NO. 4:22-MD-03047-YGR

1

**ATTESTATION**

2          I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

3   concurrence to the filing of this document has been obtained from each signatory hereto.

4   **DATED:** January 12, 2024                /s/ Ashley M. Simonsen

5                                              Ashley M. Simonsen, SBN 275203
                                               COVINGTON & BURLING LLP

6                                              1999 Avenue of the Stars
                                               Los Angeles, CA 90067

7                                              Telephone: (424) 332-4800
                                               Facsimile: + 1 (424) 332-4749

8                                              Email: asimonsen@cov.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CHART OF ESI ORDER DISPUTES PURSUANT TO
DISCOVERY MANAGEMENT ORDER NO. 1
CASE NO. 4:22-MD-03047-YGR