# EXHIBIT A

```
                                                    Pages 1 - 113

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Gonzalez , Judge

IN RE:  SOCIAL MEDIA             )
ADOLESCENT ADDICTION/PERSONAL    )
INJURY PRODUCTS LIABILITY        )
LITIGATION,                      )
                                 )   Case No. CV 22-03047-YGR
                                 )
                                 )
ALL ACTIONS.                     )
                                 )
_____)

                              Oakland, California
                              Thursday, November 16, 2023

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:
                    LEIFF CABRASER HEIMANN & BERNSTEIN LLP
                    275 Battery Street, 20th Floor
                    San Francisco, CA  94111
              BY:   LEXI J. HAZAM, ESQUIRE

                    LEIFF CABRASER HEIMANN & BERNSTEIN LLP
                    250 Hudson Street, 8th Floor
                    New York, NY 10013
              BY:   KELLY MCNABB, ESQUIRE

                    SEEGER WEISS LLP
                    55 Challenger Road
                    Ridgefield Park, NJ 07660
              BY:   CHRISTOHER SEEGER, ESQUIRE

                    MOTLEY RICE LLC
                    One Corporate Center
                    Hartford, CT 06103
              BY:   MATHEW JASINSKI, ESQUIRE


Reported By:        Pamela Batalo-Hebel, CSR No. 3593, RMR, FCRR
                    Official Reporter
```

**APPEARANCES CONTINUED:**

For Plaintiffs:
        COLORADO DEPARTMENT OF LAW
        1300 Broadway, 6th Floor
        Denver, CO 80203
  **BY:  BIANCA MIYATA,**
      **SENIOR ASSISTANT ATTORNEY GENERAL**

        OFFICE OF THE DEPUTY ATTORNEY GENERAL
        455 Golden Gate, Suite 11000
        San Francisco, CA 94102
  **BY:  MEGAN O'NEILL**
      **DEPUTY ATTORNEY GENERAL**

For Meta Defendants:
        COVINGTON & BURLING LLP
        1999 Avenue of the Stars, Suite 3500
        Los Angeles, CA  90067
  **BY:  ASHLEY SIMONSEN, ESQUIRE**

        COVINGTON & BURLING LLP
        620 Eighth Avenue
        New York, NY  10018
  **BY:  PAUL W. SCHMIDT, ESQUIRE**

For TikTok Defendants:
        KING & SPALDING LLP
        1180 Peachtree Street, N.E., Suite 1600
        Atlanta, GA  30309
  **BY:  GEOFFREY M. DRAKE, ESQUIRE**

        FAEGRE DRINKER BIDDLE & REATH LLP
        300 N. Meridian Street, Suite 2500
        Indianapolis, IN  46204
  **BY:  ANDREA PIERSON, ESQUIRE**

For YouTube Defendants:
        WILLIAMS & CONNOLLY LLP
        680 Maine Avenue SW
        Washington, DC 20024
  **BY:  ASHLEY HARDIN, ESQUIRE**

**APPEARANCES CONTINUED:**

Additional Speakers:    **THOMAS CARTMELL, ESQUIRE**
                              **JAMES CECCHI, ESQUIRE**
                              **DEREK LOESER, ESQUIRE**
                              **ANNE MARIE MURPHY, ESQUIRE**
                              **MICHAEL WEINKOWITZ, ESQUIRE**
                              **AELISH BAIG, ESQUIRE**
                              **LESLIE WEAVER, ESQUIRE**
                              **ARTHUR BRYANT, ESQUIRE**

1        **MS. SIMONSEN:**  Ashley Simonsen from Covington &
2  Burling on behalf of the Meta defendants.
3        **THE COURT:**  Go ahead.
4        **MS. HAZAM:**  Your Honor, there were a few issues
5  touching upon discovery in the parties' status report.  We can
6  take them in order.
7        One came -- the status report was, of course, submitted in
8  advance of Your Honor's order so there was discussion of the
9  discovery stay.  We noted in Your Honor's order that the Court
10 has indicated that that stay would be lifting, so I don't know
11 if you need us to further discuss that matter.
12       We also addressed in our status report plaintiffs' pending
13 requests for --
14       **THE COURT:**  Let me -- because I'll issue an order
15 after this, but discovery is lifted at this point.  The stay is
16 lifted.  I don't think that's a surprise.
17       Go ahead.
18       **MS. HAZAM:**  Thank you, Your Honor.  That was our
19 understanding.
20       We had also raised in our status report the issue of the
21 defendants refreshing the productions they had made last
22 January pursuant to the Court's Discovery Order No. 1.  Those
23 were productions of documents that had been produced to State
24 Attorneys General as part of their investigations into issues
25 akin to those in this case, namely, addiction of youth through

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4        I certify that the foregoing is a correct transcript
 5   from the record of proceedings in the above-entitled matter.
 6
 7   DATE:   Monday, November 19, 2023
 8
 9   _____
10   Pamela Batalo Hebel, CSR No. 3593, RMR, FCRR
     U.S. Court Reporter
11
12
...
25
```