# EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: PROTON-PUMP INHIBITOR
PRODUCTS LIABILITY LITIGATION

This Document Relates to: ALL ACTIONS

2:17-MD-2789 (CCC)(MF)
(MDL 2789)
**and all member and related cases**

Judge Claire C. Cecchi

**CASE MANAGEMENT ORDER NO. 15
ON MAY 1, 2018 STATUS
CONFERENCE**

The Court having held a case management conference on May 1, 2018, and after reviewing the parties' submissions and having discussed various case management issues with the parties, enters the following ORDER:

1.    The parties reported that they had reached agreement on a Science Day case management order, which was submitted to the Court on May 4, 2018.

2.    The Court denied Defendants' motion for the Court to consider general causation and preemption before conducting case-specific fact discovery in individual cases. The parties shall meet and confer on the Scheduling Order in the form proposed by Plaintiffs. Contemporaneously with this, the parties shall meet and confer on the issue of "soft caps" on the number of custodial file productions and depositions, and submit agreed-to orders or letters setting forth the parties' respective positions on these matters by June 7, 2018.

3.    AstraZeneca shall complete its production of its first 10 custodial files pursuant to CMO No. 12 by July 31, 2018.

4.    The parties shall meet and confer on additional custodians and shall report to the Court on their progress at, or in advance of, the June 12 status conference.

1

5. Plaintiffs reported that they have reached agreement with the Takeda Defendants on search terms. Plaintiffs shall continue to confer with the Pfizer and P&G Defendants on search terms and will report to the Court on their progress at, or in advance of, the June 12 status conference.

6. Plaintiffs continue to meet and confer on the Defendant Fact Sheet ("DFS") with the Takeda, Procter & Gamble, and AstraZeneca Defendants. If the parties are unable to agree, they shall submit letters setting forth their respective positions by June 7, 2018.

7. The parties shall continue to meet and confer and shall report back to the Court at the next status conference if there are outstanding issues relating to any 30(b)(6) depositions or dates that need to be scheduled.

8. The parties shall submit an order setting forth the service of process procedures agreed to between the PSC and Defendants in advance of the next status conference.

9. The Court appoints PSC member, Sindhu Daniel, as Liaison Counsel for *Pro Se* Plaintiffs. Ms. Daniel can be contacted at:

> Baron & Budd, P.C.
> 3102 Oak Lawn Ave., Ste. 1100
> Dallas, TX 75219
> (214) 521-3605
> sdaniel@baronbudd.com

10. The Court has scheduled an in-person status conference for June 12, 2018 at 1:00 p.m. The parties shall submit a joint status report and agenda for that conference by June 8, 2018.

SO ORDERED:

Dated: Newark, New Jersey
     May 18, 2018

                                        CLAIRE C. CECCHI
                                        United States District Judge