# EXHIBIT D

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION |

```
 3

 4                              )
                                )
 5                              )   Docket No. 14 C 1748
          IN RE:                )
 6        TESTOSTERONE REPLACEMENT   )
          THERAPY PRODUCTS LIABILITY )
 7        LITIGATION             )   Chicago, Illinois
                                )   October 24, 2014
 8                              )   9:05 a.m.
                                )
 9                              )

10                    TRANSCRIPT OF PROCEEDINGS
11          BEFORE THE HONORABLE MATTHEW F. KENNELLY

12
          APPEARANCES:          WINSTON & STRAWN, LLP
13                                 BY:  MR. SCOTT M. AHMAD
                                       MR. SCOTT P. GLAUBERMAN
14                                 35 West Wacker Drive
                                   Chicago, Illinois  60601
15

16                              SIMMONS, HANLY CONROY
                                   BY:  MR. TRENT MIRACLE
17                                 One Court Street
                                   Alton, Illinois   62002
18

19                              SCHACHTER, HENDY & JOHNSON, PSC
                                   BY:  MR. RONALD E. JOHNSON, JR.
20                                 909 Wright's Summit Parkway
                                   Suite 210
21                                 Ft. Wright, Kentucky   41011

22
                                JOHNSON BECKER, PLLP
23                                 BY:  MR. TIMOTHY J. BECKER
                                   33 South 6th Street
24                                 Suite 4530
                                   Minneapolis, Minnesota   55402
25
```

```
 1                    SEEGER WEISS, LLP
                           BY:  MR. CHRISTOPHER A. SEEGER
 2                               MR. ASA R. DANES
                           77 Water Street
 3                         New York, New York   10005

 4
                      DOUGLAS & LONDON, P.C.
 5                         BY:  MR. MICHAEL A. LONDON
                           59 Maiden Lane
 6                         6th Floor
                           New York, New York   10038
 7

 8                    BURG SIMPSON
                           BY:  MR. SETH A. KATZ
 9                         40 Inverness Drive East
                           Englewood, Colorado   80112
10

11                    REED SMITH, LLP
                           BY:  MR. DAVID E. STANLEY
12                               MS. JANET H. KWUON
                           355 South Grand Avenue
13                         Suite 2900
                           Los Angeles, California   90071
14

15                    ULMER BERNE, LLP
                           BY:  MR. JEFFREY GEOPPINGER
16                         600 Vine Street
                           Suite 2800
17                         Cincinnati, Ohio   45202

18
                      KAYE SCHOLER, LLP
19                         BY:  MR. ANDREW K. SOLOW
                           425 Park Avenue
20                         New York, New York   10022

21
                      LEVIN, PAPATONIO, THOMAS, MITCHELL,
22                    RAFFERTY & PROCTOR
                           BY:  MR. BRANDON L. BOGLE
23                         316 South Baylen Street
                           Suite 600
24                         Pensacola, Florida   32591

25
```

```
1                               DLA PIPER, US LLP
                                  BY:  MR. MATTHEW A. HOLIAN
2                                 33 Arch Street
                                  26th Street
3                                 Boston, Massachusetts    02110

4

5

6

7

8   Also Present:            Other counsel whose names were not
                             stated on the record.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
                  LAURA M. BRENNAN - Official Court Reporter
24                219 South Dearborn Street - Room 2102
                         Chicago, Illinois  60604
25                            (312) 435-5785
```

1  be the judge in the MDL case.

2          Yes, I have changed my mind on stuff, but you would

3  figure that if two years from now in a bellwether case, I rule

4  on a motion for summary judgment that there's no evidence of

5  general causation of cardiovascular incidence, it's a pretty

6  good indication that I'm going to rule the same way in the

7  other, you know, 900 cases in which that comes up.  So I think

8  you get to the same place.

9          MR. GLAUBERMAN:  Well, I would agree except that the

10  efficiencies are completely lost by doing it that way, by

11  doing it the way that the plaintiffs have proposed.

12          THE COURT:  So the efficiencies you're talking about

13  are lost.  The efficiencies that they're talking about are not

14  lost because what happens --

15          Now, I don't know what the ruling's going to be.  I

16  mean, I guess part -- I will tell you, honestly, part of my

17  concern with this motion -- and I don't say this critically --

18  it's a little bit of a mini summary judgment motion.  It kind

19  of is.  I mean, you're asking me to make sort of a preliminary

20  indication, yes, this is kind of a weak case and so I should

21  do it this way.  I have some sort of visceral discomfort about

22  that just from life experience as a judge.

23          But, you know, the problem on the other side is that

24  if you end up not prevailing -- if the defense ends up not

25  prevailing on the summary judgment, all of a sudden this looks

1   like an incredibly inefficient way of doing things, an

2   incredibly inefficient way of doing things, because we have

3   gone two years down the road, or whatever it is.  I get

4   the summary --

5           MR. GLAUBERMAN:  It's about a year and a half.

6           THE COURT:  No.  2016, right?

7           MR. GLAUBERMAN:  I think it's July of -- yes, July of

8   2016.

9           THE COURT:  So that's close to two years.  I'm not

10  going to rule on it within three days of getting it, okay,

11  just so you know.

12          We have gotten two years down the road, and the

13  discovery on everything else has been on a very long pause

14  button, and then we start.  And then we start.

15          MR. GLAUBERMAN:  Well, the discovery on the other

16  things is certainly paused.  However, under our schedule, it

17  does begin even as the causation expert proceedings are

18  underway.  So we're not proposing a schedule, as we did

19  actually earlier in our discussions with plaintiffs, where the

20  other discovery is put off substantially after the Daubert

21  challenges and that sort of thing.  That discovery actually

22  gets underway while the Daubert challenges are ongoing.

23          So I see that issue, but there are lots of different

24  ways that this could be sliced and diced.  Putting the general

25  causation first doesn't have to result in an extraordinarily

1          All right, take care.

2

3          (Which were all the proceedings had in the above-entitled

4    cause on the day and date aforesaid.)

5

6

7

8

9                   C E R T I F I C A T E

10

11          I hereby certify that the foregoing is a true and

12    correct transcript of the above-entitled matter.

13

14

15    */s/ Laura M. Brennan*                    October 24, 2014

16

17    _____          _____
18    Laura M. Brennan
      Official Court Reporter                     Date
19    Northern District of Illinois

20

21

22

23

24

25