# EXHIBIT E

```
             SUPERIOR COURT FOR THE STATE OF CALIFORNIA

                  FOR THE COUNTY OF LOS ANGELES

    DEPARTMENT 12              HON. CAROLYN B. KUHL, JUDGE




    COORDINATION PROCEEDINGS         )
    SPECIAL TITLE (RULE 3.550)       )JCCP NO. 5255
                                     )
    SOCIAL MEDIA CASES               )
    _____)



                  REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     THURSDAY, DECEMBER 7, 2023




    APPEARANCES:

    FOR PLAINTIFFS:           KIESEL LAW
                              BY:  PAUL R. KIESEL
                              BY:  CHERISSE H. CLEOFE
                              8648 WILSHIRE BLVD.
                              BEVERLY HILLS, CA 90211

                              PANISH SHEA BOYLE RAVIPUDI
                              BY:  RAHUL RAVIPUDI
                              BY:  JESSE CREED
                              11111 SANTA MONICA BLVD., #700
                              LOS ANGELES, CA 90025

                              BEASLEY ALLEN
                              BY:  JOSEPH VANZANDT
                              BY:  JENNIFER EMMEL
                              218 COMMERCE STREET
                              MONTGOMERY, AL 36103

                              MORGAN & MORGAN
                              BY:  EMILY JEFFCOTT
                              220 WEST GARDEN STREET, 9TH FLR.
                              PENSACOLA, FL 32502


                              GAIL PEEPLES, CSR NO. 11458
                              PRO TEMPORE OFFICIAL REPORTER
```

CERTIFIED COPY

```
 1   FOR THE PLAINTIFFS:      LIEFF CABRASER HEIMANN BERNSTEIN
                              BY:  LEXI HAZAM
 2                            BY:  KELLY MCNABB
                              275 BATTERY ST., 29TH FLR.
 3                            SAN FRANCISCO, CA 94111

 4                            KELLER ROHBACK
                              BY:  FELICIA CRAICK
 5                            BY:  DEAN KAWAMOTO
                              1201 3RD AVE., #3200
 6                            SEATTLE, WA 98101

 7
     FOR THE DEFENDANTS:      COVINGTON BURLING
 8                            BY:  ASHLEY M. SIMONSEN
                              BY:  ISAAC D. CHAPUT
 9                            BY:  PHYLLIS JONES
                              415 MISSION STREET, #5400
10                            SAN FRANCISCO, CA 94105

11                            FAEGRE DRINKER
                              BY:  TARIFA B. LADDON
12                            11766 WILSHIRE BLVD., #750
                              LOS ANGELES, CA 90025
13
                              WILSON SONSINI
14                            BY:  CHRISTOPHER CHIOU
                              BY:  MATTHEW DONOHUE
15                            633 WEST FIFTH STREET, #1550
                              LOS ANGELES, CA 90071
16
                              MUNGER TOLLES OLSON
17                            BY:  JONATHAN H. BLAVIN
                              560 MISSION STREET, 27TH FLR.
18                            SAN FRANCISCO, CA 94105

19                            MUNGER TOLLES OLSON
                              BY:  ROSE LEDA EHLER
20                            350 S. GRAND AVENUE, 50TH FLR.
                              LOS ANGELES, CA 90071
21

22                            KING & SPALDING
                              BY:  MATTHEW BLASCHKE
23                            50 CALIFORNIA STREET
                              SAN FRANCISCO, CA 94115
24
                              WILLIAMS CONNOLLY
25                            BY:  JOE PETROSINELLI
                              680 MAINE AVE, S.W.
26                            WASHINGTON, DC 20024

27                            MORGAN LEWIS
                              BY:  YARDENA R. ZWANG-WEISSMAN
28                            300 S. GRAND AVE., 22ND FLR.
                              LOS ANGELES, CA 90071
```

```
 1   FOR THE DEFENDANTS:      KING & SPALDING
                              BY:  GEOFFREY M. DRAKE
 2                            1180 PEACHTREE STREET, N.E.
                              ATLANTA, GA 30309
 3
                              COVINGTON BURLING
 4                            BY:  PAUL W. SCHMIDT
                              BY:  GREGORY L. HALPERIN
 5                            620 EIGHTH AVENUE
                              NEW YORK, NY 10018
 6
     OTHER APPEARANCES, LA COURTCONNECT:
 7
     FOR PLAINTIFFS:          ANNIE KOUBA
 8
                              AUSTIN BRANE
 9
                              CHRISTOPHER L. AYERS
10
                              DAVIS VAUGHN
11
                              ERICA KUBLY
12
                              GRACE QUINLAN
13
                              JADE KOLLER
14
                              JAMES P. FRANZ
15
                              JENNIFER DOMER
16
                              KATHERINE MASSA
17
                              MICHAEL AKSELRUD
18
                              MICHAEL WEINKOWITZ
19
                              NARMEEN NKEITI
20
                              REGINA BAGDASARIAN
21
                              WILLIAM B. SHINOFF
22
                              EMANUELLA PAULOS
23
24   FOR DEFENDANTS:          AMY FITERMAN

25

26   ***APPEARANCES NOT STATED ON THE RECORD TAKEN FROM MINUTE
     ORDER
27

28
```

1  ALPHABET.
2          MS. EHLER:  GOOD MORNING, YOUR HONOR.  ROSE EHLER
3  FROM MUNGER TOLLES & OLSON FOR SNAP.
4          MR. BLAVIN:  GOOD MORNING, YOUR HONOR.  JONATHAN
5  BLAVIN FROM MUNGER TOLLES FOR SNAP AS WELL.
6          THE COURT:  OKAY.  EVERYBODY CAN BE SEATED.
7               AND IT'S YOUR CHOICE WHETHER TO USE THE
8  MICROPHONES FROM WHERE YOU ARE OR WHATEVER IS EASY FOR
9  YOU IN THE STATUS CONFERENCE.
10              OKAY, THANK YOU, AS ALWAYS, FOR THE REPORT.
11 IT WAS A FEW HOURS LATE, BUT WE MANAGED TO GET READY EVEN
12 THOUGH YESTERDAY I WAS FULLY ENGAGED IN ANOTHER ISSUE.
13              HOWEVER -- SO, I WANT TO START WITH
14 DISCOVERY VIS-A-VIS THE FEDERAL COURT BECAUSE IT COMES UP
15 IN VARIOUS WAYS IN THE SPECIFICS WE'RE GOING TO TALK
16 ABOUT.
17              SO, I HAVE SPOKEN WITH JUDGE GONZALEZ
18 ROGERS.  AND THE FEDERAL COURT IS GOING TO PRIMARILY
19 HANDLE DISCOVERY WITH SOME CARVEOUTS.  THIS COURT WILL,
20 OF COURSE, SET ITS OWN DATES FOR PRETRIAL EVENTS AND FOR
21 TRIAL.  AND IF THE DISCOVERY IN FEDERAL COURT IS NOT
22 PROCEEDING IN THE WAY THAT THOSE DEADLINES CAN BE MET,
23 WE'LL HAVE A DISCUSSION ABOUT FURTHER COORDINATION
24 EFFORTS BETWEEN THE MDL AND THIS CASE.
25              I DON'T ANTICIPATE PROBLEMS GIVEN THE FOCUS
26 OF JUDGE GONZALES ROGERS AND THE NEW MAGISTRATE JUDGE ON
27 THE CASE.  SHE HAS A NUMBER OF DATES SET OUT IN THE
28 FUTURE AS YOU KNOW.  AND, SO, I AM NOT ANTICIPATING

1   MOTION IN LIMINE ON THAT ISSUE, YOU CAN DO THAT ANY TIME.
2   IF YOU DO THAT -- WE WOULD WANT TO TALK ABOUT THE
3   SCHEDULING FIRST.  BUT, IF YOU DECIDED TO DO THAT, THEN
4   I'D HAVE TO MAKE SURE TO ALLOW PLAINTIFFS SUFFICIENT TIME
5   TO DO EXPERT DISCOVERY ON THAT.
6              THIS DOESN'T STRIKE ME -- AND KEEPING AN
7   OPEN MIND, THIS DOES NOT STRIKE ME AS THE TYPE OF CASE
8   WHERE GENERAL CAUSATION IS GOING TO BE ABLE TO BE PULLED
9   APART FROM SPECIFIC CAUSATION.  WE'RE TALKING ABOUT
10  MENTAL ILLNESS HERE AND NOT A PHYSICAL CHANGE IN THE BODY
11  LIKE MESOTHELIOMA OR DIABETES, WHICH ARE THINGS THAT
12  INVOLVE IN TOXIC EXPOSURE OR DRUG CASES.
13             SO, I WOULD NOT PLAN DISCOVERY OR OTHER
14  PRETRIAL EVENTS AROUND TRYING TO DETERMINE GENERAL
15  CAUSATION IN THIS CASE.  SO, THAT WOULD NOT BE PART OF MY
16  PLANNING FOR THE CASE.
17             HOWEVER, IF DEFENDANTS TAKE THE INITIATIVE
18  AND YOU FILE A MOTION TO -- MOTION FOR SUMMARY JUDGMENT
19  OR AN EARLY MOTION IN LIMINE, I WILL -- I WILL DEAL WITH
20  THAT EARLY.  BUT, PLAINTIFFS WILL THEN HAVE TO GET
21  SUFFICIENT DISCOVERY TO DEAL WITH IT.
22             SO, IF YOU'RE FAMILIAR WITH CALIFORNIA
23  PROCEDURAL CASES, APPELLATE CASES, THERE WAS A CASE
24  CALLED COTTLE.  C-O-T-T-L-E.  AND THAT WAS IN THE
25  NINETIES, MAYBE EVEN IN THE EIGHTIES.  BUT, THAT WAS A
26  CONCEPT WHERE THE PLAINTIFFS WERE REQUIRED AT AN EARLY
27  STAGE OF A COMPLEX CASE TO PROVE-UP ONE ELEMENT OF THEIR
28  CASE.  AND, SO, THAT IS AN AUTHORIZED PROCESS.

SOCIAL MEDIA CASES                                                              MOTION
JCCP5255, 12/07/2023                    CERTIFIED COPY

```
             SUPERIOR COURT OF THE STATE OF CALIFORNIA

                     FOR THE COUNTY OF LOS ANGELES

 DEPARTMENT 12


 COORDINATION PROCEEDINGS         )
 SPECIAL TITLE (RULE 3.550)       )JCCP NO. 5255
                                  )
 SOCIAL MEDIA CASES               )REPORTER'S
 _____)CERTIFICATE




         I, GAIL PEEPLES, OFFICIAL REPORTER OF THE

 SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS

 ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES 1

 THROUGH 51, INCLUSIVE, COMPRISE A FULL, TRUE, AND CORRECT

 TRANSCRIPT OF THE PROCEEDINGS HELD IN DEPARTMENT 12 ON

 DECEMBER 7, 2023, IN THE MATTER OF THE ABOVE-ENTITLED

 CAUSE.

         DATED THIS 8TH DAY OF DECEMBER, 2023.

                          _____
                          GAIL PEEPLES, CSR NO. 11458
                          PRO TEMPORE REPORTER
```