1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS FILING RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **DECLARATION OF RAVI SINHA IN SUPPORT OF OMNIBUS JANUARY 17 SEALING FILING REGARDING PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

I, Ravi Sinha, declare and state as follows:

1.     I am Head of Child Safety Policy at Meta Platforms, Inc. ("Meta").  In 2020, I joined Meta as a Safety Policy Manager and became a human exploitation lead for policy.  Previously, I served as a federal prosecutor in the U.S. Department of Justice with a focus on prosecuting child exploitation and sex trafficking cases.  I submit this Declaration in support of Meta's January 17, 2024 sealing filing regarding Plaintiffs' Second Amended Master Complaint (Personal Injury) ("SAMC").  I make all statements in this Declaration based on my own personal knowledge.  If called upon to do so, I could and would competently testify as follows.

2.     The following portions of Exhibit B to the SAMC, a complaint filed by the Attorney General of New Mexico, include information that could enable online predators and other bad actors to avoid detection and/or enforcement on Meta's services:

| Paragraph | Portion To Be Sealed |
|-----------|---------------------|
| 248 | From after "with children:" to before "this is the worst" |
| 248 | From after "Also because" to before "Elsewhere, Meta" |
| 248 | From after "Meta acknowledged" to before "of Tier 2" |
| 248 | From after "communication services;" to before "and warned" |
| 259 | In image from after "State of Play" to before "Data: under" |
| 259 | In image from after "valuable insights" to before "User education" |
| 259 | In image from after "size limitations" to bottom of image column |
| 259 | In image from after "significant investment" to before "in x-industry" |
| 259 | In image from after "resource hub" to before "Offer legislative" |
| 264 | From after "as a friend and" to end of paragraph |

3.     The above-listed information concerns Meta's detection, reporting, and prevention systems, policies, or processes regarding child sexual exploitation, including child sexual abuse material ("CSAM").

4.     The above-listed information is highly sensitive and Meta does not publicly reveal it.

5.     Disclosure of the above-listed information could enable online predators and other bad actors to evade detection and/or enforcement.

6.     Predators and other bad actors can be highly sophisticated, work together, share information with one another, and use constantly evolving tactics to seek to circumvent safety

1

DECLARATION OF RAVI SINHA IN SUPPORT OF OMNIBUS JANUARY 17 SEALING FILING REGARDING PLAINTIFFS' SECOND
AMENDED MASTER COMPLAINT (PERSONAL INJURY)
4:22-md-03047-YGR

mechanisms.  For example, in my experience, groups of predators will create and disseminate

comprehensive guides on how to locate, contact, exploit, and abuse minors and to evade detection.

     I declare under penalty of perjury that the foregoing is true and correct under the laws of the

United States.  Executed on January 17, 2024, at San Francisco, California.

By: _____

         Ravi Sinha