**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON SEALING REQUESTS RE: SECOND AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on Plaintiffs' and the Meta Defendants' Omnibus Stipulation Regarding Sealing Material attached to the Second Amended Master Complaint (Personal Injury) ("SAMC):

| Document | Paragraph and Portion to Be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit B to SAMC (Dkt. 495-3) | 38 (Table after "January 2023:") | Redact specified portion | |
| Exhibit B to SAMC | 39 (Table after "below:") | Redact specified portion | |
| Exhibit B to SAMC | 40 (Table after "Instagram:" and table after "Facebook:") | Redact specified portion | |
| Exhibit B to SAMC | 224 (In image: name in column "OWNER" before "Antigone Davis") | Redact specified portion | |
| Exhibit B to SAMC | 224 (In image: name in column "OWNER" after "Antigone Davis") | Redact specified portion | |
| Exhibit B to SAMC | 248 (From after "with children:" to before "this is the") | Redact specified portion | |
| Exhibit B to SAMC | 248 (From after "Also because" to before "Elsewhere, Meta") | Redact specified portion | |
| Exhibit B to SAMC | 248 (From after "Meta acknowledged" to before "of Tier 2") | Redact specified portion | |
| Exhibit B to SAMC | 248 (From after "communication services;" to before "and warned") | Redact specified portion | |
| Exhibit B to SAMC | 258 (Name in image before "(7/09/2020 11:42…") | Redact specified portion | |
| Exhibit B to SAMC | 258 (Name in image from after "TikTok)?" to before "(7/09/2020…") | Redact specified portion | |
| Exhibit B to SAMC | 259 (In image from after "State of Play" to before "Data: under") | Redact specified portion | |
| Exhibit B to SAMC | 259 (In image from after "valuable insights" to before "User education") | Redact specified portion | |
| Exhibit B to SAMC | 259 (In image from after "size limitations" to bottom of image column) | Redact specified portion | |
| Exhibit B to SAMC | 259 (In image from after "significant investment" to before "in x-industry") | Redact specified portion | |

| | | | |
|---|---|---|---|
| Exhibit B to SAMC | 259 (In image from after "resource hub" to before "Offer legislative") | Redact specified portion | |
| Exhibit B to SAMC | 264 (From after "as a friend and" to end of paragraph) | Redact specified portion | |
| Exhibit B to SAMC | 374 (Name from after "Meta employee" to before "announced her") | Redact specified portion | |
| Exhibit B to SAMC | EXHIBIT 1, slide 1 (Name from after "Data collection: June 27-July 8, 2021" until "(UXR) Signals and Insights Platform") | Redact specified portion | |

**SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge