1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON THE TIKTOK DEFENDANTS' OMNIBUS SEALING STIPULATION REGARDING PLAINTIFFS' MASTER COMPLAINT (LOCAL GOVERNMENT AND SCHOOL DISTRICT)** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on the TikTok Defendants' Omnibus Sealing Stipulation Regarding Plaintiffs' Master Complaint (Local Government and School District) ("Master Complaint") (Dkt. 504):

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Master Complaint (Dkt. 504) | **Paragraph 816**<br>From after "Hey" until "could you" | Redact specified portion | |

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Master Complaint | **Paragraph 835** From after "Specifically, TikTok's" until "has acknowledged" | Redact specified portion | |

**IT IS SO ORDERED.**

DATED: _____  _____
Hon. Yvonne Gonzalez Rogers
United States Judge