UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON THE TIKTOK DEFENDANTS' OMNIBUS SEALING STIPULATION REGARDING EXHIBIT C TO PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on the TikTok Defendants' Omnibus Sealing Stipulation Regarding Exhibit C to Plaintiffs' Second Amended Master Complaint (Personal Injury) ("SAMC") (Dkt. 495-5):

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit C to SAMC (Dkt. 495-5) | **Paragraph 18**<br>From after "and asking the" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 29**<br>From after "commented on" until end | Redact specified portion | |

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit C to SAMC | **Paragraph 30** From after "they are each" until "By finding videos" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 35** From after "which TikTok" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 39** From after "According to TikTok, the" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 52** From after "Specifically, TikTok's" until "has acknowledged" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 70** From after "uphold its promises" until "As described"; from after "below, TikTok" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 72** From after "as shown" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 73** From after first "TikTok's" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 74** From after "because TikTok's" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 75** From after "TikTok has" until "In other words"; from after "TikTok is only" until "A parent" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 76** From after "widely on the app" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 77** From after "TikTok's" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 78** From "promises, TikTok" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 80** | Redact entire paragraph | |

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit C to SAMC | **Paragraph 81** From beginning until "Further, content" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 82** | Redact entire paragraph | |
| Exhibit C to SAMC | **Paragraph 83** From after "TikTok is aware" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 84** | Redact entire paragraph | |
| Exhibit C to SAMC | **Paragraph 86** From after "The" until "could explain"; from after "content is" until "but TikTok" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 87** After first "TikTok" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 88** From after "failure to" until "In effect" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 89** From beginning until "For example"; from after "human moderators" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 89** (Figure 8) | Redact entire figure | |
| Exhibit C to SAMC | **Paragraph 97** From after "Hey" until "could you" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 104** From after "accounts 'where'" until "but when"; from after "but when" until "is obviously"; and from after "dedicated to" until end | Redact specified portion | |

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit C to SAMC | **Paragraph 105** From after "failure to monitor" until "an optimal"; from after "accounts who" until "*See* Figure 9"; and from after "memo titled" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 105** (Figure 9) | Redact entire figure | |
| Exhibit C to SAMC | **Paragraph 114** From beginning until "Choking, for instance" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 117** | Redact entire paragraph | |
| Exhibit C to SAMC | **Paragraph 121** From after "prohibited on the app, but" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 122** From after "However, its" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 123** From after "severe injuries" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 128** From after "six months later" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 134** From after "controlled substances" until "TikTok's failure" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 135** From after "controlled substances did" until end | Redact specified portion | |

**IT IS SO ORDERED.**

DATED: _____    _____
Hon. Yvonne Gonzalez Rogers
United States Judge