[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**AGENDA AND JOINT STATEMENT FOR JANUARY 26, 2024, CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order No. 1 (ECF No. 75), the Parties submit this agenda and joint statement in advance of the January 26, 2024, Case Management Conference ("CMC").

**I.   Update on Motions to Dismiss**

As of the filing of this statement, motion to dismiss briefing has concluded for the Personal Injury Plaintiffs' priority claims. This Court entered an Order granting in part and denying in part those motions to dismiss ("First MTD Order"). ECF No. 430. At the November 16, 2023 Case Management conference, this Court ordered additional motion to dismiss briefing to proceed on four "tracks," *see* ECF No. 451:

- Track 1: The State Attorneys General Complaint, as well as Claims 7, 8, and 9 of the Personal Injury Plaintiffs' Master Amended Complaint (Plaintiffs' Consumer Protection and Misrepresentation Claims). On December 22, 2023, Meta moved to

dismiss the Multistate Attorneys General Complaint, the Florida Attorney General Complaint,[1] and the Personal Injury Plaintiffs' Consumer Protection and Misrepresentation Claims. ECF No. 517. Defendants YouTube, Snap, and TikTok joined Meta's motion to dismiss Count 7 of the Personal Injury Plaintiffs' Amended Master Complaint. ECF No. 519. Oppositions are due February 5, 2024 and Defendants' reply is due February 26, 2024. ECF No. 450.

- <u>Track 2</u>: [Remaining] Personal Injury Plaintiffs' Non-Priority Claims.

  - On December 22, 2023, Defendants jointly moved to dismiss the Personal Injury Plaintiffs' remaining non-priority claims (i.e., besides Counts 7, 8, and 9). ECF No. 516. The Personal Injury Plaintiffs' opposition is due February 5, 2024 and Defendants' reply is due February 26, 2024. ECF No. 450.

  - On December 15, 2023, the Personal Injury Plaintiffs filed a Second Amended Master Complaint ("SAC") withdrawing Counts 6 (negligent undertaking), 11 (sex trafficking), and 13 and 15 (CSAM) as to all Defendants, and Counts 12 and 14 (the remaining CSAM claims) as to all Defendants except Meta, without prejudice to individual plaintiffs re-asserting those claims in Short-Form Complaints (SFCs) due by January 2. Dkts. 494, 479. On January 2, 2024, individual plaintiffs Alice Doe, K.S., and D.H. filed amended SFCs in which they reasserted Counts 12 and 14 against Snap. Snap moved to dismiss those counts on January 12, 2024. Individual plaintiffs Alice Doe, K.S., and D.H. may file a consolidated opposition by February 5, 2024. ECF No. 479. Snap's reply in support of this motion to dismiss would be due by February 26, 2024. ECF No. 479.

---

[1] The Florida Attorney General Complaint was transferred to the MDL on November 8, 2023. ECF No. 416.

- Track 3: School District Master Complaint. On December 18, 2023, the School District Plaintiffs filed their Master Complaint. ECF No. 504. Defendants will move to dismiss that Master Complaint by February 5, 2024. ECF No. 451. The School District Plaintiffs will file their opposition to the motion by March 4, 2024. ECF No. 451. Defendants will then file a reply by March 25, 2024. ECF No. 451.

- Track 4: Personal Injury Plaintiffs' Claims Against Mark Zuckerberg in His Individual Capacity. On December 22, 2023, Defendant Mark Zuckerberg moved to dismiss the Personal Injury Plaintiffs' claims against him in his individual capacity. ECF No. 518. The Personal Injury Plaintiffs' opposition is due January 16, 2024 and Mr. Zuckerberg's reply is due January 23, 2024. ECF No. 451.

## II.     Briefing on Defendants' § 1292(b) Motion

On December 12, 2023, Defendants filed a motion to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the Court's First MTD Order. ECF No. 473. On January 9, 2024, the Personal Injury Plaintiffs filed an opposition to Defendants' 1292(b) motion. ECF No. 527. On January 9, 2024, the State Attorneys General also filed an opposition. ECF No. 526. Defendants' reply is due January 19, 2024, and the Court has set argument on the motion during the January 26, 2024 CMC. ECF No. 479.

## III.     General Causation Letter Briefs

On December 13, 2023, the Court granted Defendants leave to file letter briefs on strategies to facilitate early resolution of the issue of general causation relative to the Personal Injury Plaintiffs' Master Complaint. *See* ECF No. 479 (Case Management Order No. 7) at 3. Pursuant to Case Management Order No. 7 (*id.*), on January 15, 2024, the Personal Injury Plaintiffs and Defendants filed opening letter briefs on their respective positions on prioritizing general causation for early resolution (ECF Nos. 537 (Pls), 536 (Defs)), and on January 19, 2024, they filed their rebuttal letter briefs. Based on the letter briefs, the State Attorneys General reserve the right to request leave from the Court to file a response.

### IV. TikTok Motion to Seal Redacted Material in Individual Plaintiffs' Second Amended Master Complaint and Local Government and School District Plaintiffs' Master Complaint

The Personal Injury Plaintiffs and TikTok Defendants are meeting and conferring regarding the appropriateness of leaving under seal certain portions of the complaint filed by the Utah Attorney General and attached to the Personal Injury Plaintiffs' Amended Master Complaint. If agreement is not reached, letter briefing will be fully submitted by Tuesday, January 23.

### V. Matters Before Magistrate Judge Kang

The Parties' next Discovery Management Conference with Magistrate Judge Kang is scheduled for January 25, 2024. Pursuant to Discovery Management Order No. 1 (ECF No. 503), by separate cover today (January 19, 2024), the Parties will submit a joint status report and proposed discovery plans to Magistrate Judge Kang.

At the guidance of Magistrate Judge Kang (*see* Hr'g Tr. 62:2-9 (Dec. 14, 2023)), the Plaintiffs wish to discuss whether the Court intends to impose a deadline to start or finish Alternative Dispute Resolution.

### VI. Bellwether Protocol(s)

As outlined in the Parties' joint report to Judge Kang, the Parties seek guidance on the Court's desired process and timing for submission of proposed bellwether protocol(s).

### VII. Personal Injury Plaintiff Fact Sheet and Implementation Order

On December 14, 2023, Judge Kuhl entered a Personal Injury Plaintiff Fact Sheet ("PFS") and PFS Implementation Order, along with a related "User Account Information Order" and associated forms. The Personal Injury Plaintiffs and Defendants will be submitting these orders (conformed as appropriate for the MDL) to the Court soon.

### VIII. Short Form Complaint Implementation Orders

Pursuant to CMO No. 7 (ECF No. 479), on December 28, 2023, the Personal Injury Plaintiffs and Defendants filed a proposed stipulated implementation order governing the adoption of the Second Amended Master Complaint (Personal Injury) that also included an

amended template Short Form Complaint ("SFC").[2]  ECF No. 520.  On January 5, 2024, the Local Government Entity and School District Plaintiffs and Defendants submitted their stipulated and proposed implementation order governing adoption of the Master Complaint (Local Government and School District), including a proposed template Short Form Complaint, for the Court's consideration.  *See* ECF No. 524.

Since filing the SFC implementation orders, the Personal Injury and Local Government and School District **("PI/SD")** Plaintiffs and Defendants have discussed use of MDL Centrality—the platform the Parties will use for fact sheets—for SFC service.  To that end, the PI/SD Plaintiffs and Defendants intend to file a revised SFC implementation orders for the Court's consideration.

**IX.     Pending Motion to Remand**

***Youngers* Plaintiffs' Position:**

In member case *Youngers et al., v. Meta Platforms, Inc.*, 4:23-cv-00547, the Plaintiffs filed a motion to remand.  ECF No. 58.  Following meet and confer, the *Youngers* Plaintiffs withdrew the motion without prejudice to its refiling as directed by the Court.  ECF No. 59.  The *Youngers* Plaintiffs request leave to file the motion and that the Court set a briefing schedule for it..

The *Youngers* Plaintiffs contend that this case was improperly removed and then transferred to the MDL before the District Court acted on the Motion to Remand below.  The *Youngers* Plaintiffs contend that this Court setting a schedule for briefing, hearing, and ruling on a Motion to Remand would be appropriate and efficient.  As Defendants admit, the *Youngers* case is the only one in the entire MDL for which remand has been sought.  There are no other remand

---

[2] During the proposed order's pendency, there appears to have been some confusion among Plaintiffs regarding which Short Form Complaint template to utilize.  For example, three amended Short Form Complaints filed on January 2, 2024, utilize the newer amended template (*see* the Short Form Complaints filed in *D.H. v. Meta Platforms, Inc.*, et al., Case No. 4:22-cv-4888-YGR; *K.S. v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-05146-YGR; and *"Alice" Doe v. Meta Platforms, Inc., et al.*, Case No. 4:23-cv-04719-YGR), whereas another Short Form Complaint filed on January 8, 2024 utilizes the prior template (*see* Short Form Complaint filed in *Robertson v. Meta Platforms, Inc., et. al.*, Case No. 4:24-cv-00127).

motions currently pending with overlapping issues that might arguably benefit from the Court's consideration of them as a group. Defendants contend that keeping this case in the MDL would enhance efficiency. However, they have not identified what those efficiencies would be. Delaying the resolution of the *Youngers* Plaintiffs' remand motion would not promote efficiency. It would only serve to deny the *Youngers* Plaintiffs the appropriate forum to resolve their claims. The most efficient course of action would be for the Court to consider and rule on this sole remand motion and allow a New Mexico state court to resolve the *Youngers* Plaintiffs' claims arising from New Mexico state law. For these reasons, the *Youngers* Plaintiffs contend the *Youngers* case should be treated differently than the other cases pending in the MDL.

**Defendants' Position:**

*Youngers* was originally filed in New Mexico state court. Defendants removed the case to federal court,[3] and the JPML transferred the case to this MDL while Plaintiffs' motion to remand was pending. Eleven months later, on December 22, 2023, the *Youngers* Plaintiffs re-filed their motion to remand in these proceedings. After Defendants informed Plaintiffs' counsel that the remand motion was improper under this Court's initial case management order, *see* ECF No. 75, they withdrew their motion. Plaintiffs now seek leave to re-file that motion.

MDL courts typically defer resolution of remand motions pending resolution of more cross-cutting issues, because "there are efficiencies to be gained through the processes underway in [MDLs] for all cases, regardless of when they might be remanded." *E.g.*, *In re: Juul Labs, Inc., Marketing, Sales Practices*, No. 3:19-md-02913-WHO, Dkt. 370 (N.D. Cal. Feb. 14, 2020) (staying adjudication of motions to remand pending further proceedings); *see also id.*, Dkt. 368 (joint proposal of the parties that, with eight remand motions pending, "the Court defer addressing these motions until there is a critical mass"). Here, the *Youngers* motion is the only remand motion currently pending in this MDL, and resolution of that motion would have little

---

[3] Defendants' removal petition was not "improper," as Plaintiffs assert. Instead, it was Plaintiffs who fraudulently misjoined individual citizens of New Mexico to their state-court complaint against the Meta and Snap Defendants to defeat diversity. Fraudulent misjoinder is a proper and recognized basis for removal. *See Sutton v. Davol, Inc.*, 251 F.R.D. 500, 505 (E.D. Cal. 2008); *Flores-Duenas v. Briones*, 2013 WL 6503537, at *24 (D.N.M. Dec. 1, 2013).

1  impact on these proceedings in comparison to the cross-cutting issues yet to be resolved. It would
2  be inefficient for this Court to devote its limited resources now to resolving a motion affecting
3  only one case, when hundreds of pages of briefing on cross-cutting issues are already pending
4  before the Court. Resolution of those cross-cutting issues would also help advance the Youngers
5  case insofar as that case raises those same cross-cutting issues (which it does). Defendants
6  therefore propose that the Court deny the *Younger* Plaintiffs' request for leave to re-file their
7  motion, without prejudice to later renewing that motion at a more appropriate time.

8  DATED: January 19, 2024

Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER

**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104

|  |  |
|---|---|
| 1 | Telephone: 415-986-1400 |
| 2 | jennie@andrusanderson.com |
| 3 | Liaison Counsel |
| 4 | JOSEPH G. VANZANDT |
| 5 | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 6 | 234 COMMERCE STREET<br>MONTGOMERY, AL 36103 |
| 7 | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 8 |  |
| 9 | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |
| 10 | 220 W. GARDEN STREET, 9TH FLOOR<br>PENSACOLA, FL 32502 |
| 11 | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 12 |  |
| 13 | RON AUSTIN<br>**RON AUSTIN LAW** |
| 14 | 400 Manhattan Blvd.<br>Harvey LA, 70058 |
| 15 | Telephone: (504) 227–8100<br>raustin@ronaustinlaw.com |
| 16 |  |
| 17 | MATTHEW BERGMAN<br>GLENN DRAPER |
| 18 | **SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 SECOND AVENUE, SUITE 2100 |
| 19 | SEATTLE, WA 98104<br>Telephone: 206-741-4862 |
| 20 | matt@socialmediavictims.org<br>glenn@socialmediavictims.org |
| 21 |  |
| 22 | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC** |
| 23 | 700 BROADWAY<br>NEW YORK, NY 10003 |
| 24 | Telephone: 212-558-5500<br>Facsimile: 212-344-5461 |
| 25 | jbilsborrow@weitzlux.com |
| 26 | PAIGE BOLDT |
| 27 | **WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100 |
| 28 | San Antonio, TX 78257 |

- 8 - AGENDA AND JOINT STATEMENT FOR JANUARY 26, 2024, CASE MANAGEMENT CONFERENCE

|    |                                        |
|----|----------------------------------------|
| 1  | T: 210-448-0500                        |
| 2  | PBoldt@WattsGuerra.com                 |
| 3  | THOMAS P. CARTMELL                     |
|    | **WAGSTAFF & CARTMELL LLP**            |
| 4  | 4740 Grand Avenue, Suite 300           |
|    | Kansas City, MO 64112                  |
| 5  | T: 816-701 1100                        |
| 6  | tcartmell@wcllp.com                    |
| 7  | JAYNE CONROY                           |
|    | **SIMMONS HANLY CONROY, LLC**          |
| 8  | 112 MADISON AVE, 7TH FLOOR             |
|    | NEW YORK, NY 10016                     |
| 9  | Telephone: 917-882-5522                |
| 10 | jconroy@simmonsfirm.com                |
| 11 | CARRIE GOLDBERG                        |
|    | **C.A. GOLDBERG, PLLC**                |
| 12 | 16 Court St.                           |
|    | Brooklyn, NY 11241                     |
| 13 | T: (646) 666-8908                      |
| 14 | carrie@cagoldberglaw.com               |
| 15 | KIRK GOZA                              |
|    | **GOZA & HONNOLD, LLC**                |
| 16 | 9500 Nall Avenue, Suite 400            |
|    | Overland Park, KS 66207                |
| 17 | T: 913-451-3433                        |
| 18 | kgoza@gohonlaw.com                     |
|    | SIN-TINY MARY LIU                      |
| 19 | **AYLSTOCK WITKIN KREIS &**            |
| 20 | **OVERHOLTZ, PLLC**                    |
|    | 17 EAST MAIN STREET, SUITE 200         |
| 21 | PENSACOLA, FL 32502                    |
| 22 | Telephone: 510-698-9566                |
|    | mliu@awkolaw.com                       |
| 23 |                                        |
| 24 | ANDRE MURA                             |
|    | **GIBBS LAW GROUP, LLP**               |
| 25 | 1111 BROADWAY, SUITE 2100              |
|    | OAKLAND, CA 94607                      |
| 26 | Telephone: 510-350-9717                |
| 27 | amm@classlawgroup.com                  |
|    | EMMIE PAULOS                           |
| 28 | **LEVIN PAPANTONIO RAFFERTY**          |

|    |    |
|----|----|
| 1  | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 2  | PENSACOLA, FL 32502 |
|    | Telephone: 850-435-7107 |
| 3  | epaulos@levinlaw.com |
| 4  | ROLAND TELLIS |
|    | DAVID FERNANDES |
| 5  | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 6  | Encino, CA 91436 |
| 7  | Telephone: (818) 839-2333 |
|    | Facsimile: (818) 986-9698 |
| 8  | rtellis@baronbudd.com |
|    | dfernandes@baronbudd.com |
| 9  |    |
|    | ALEXANDRA WALSH |
| 10 | **WALSH LAW** |
| 11 | 1050 Connecticut Ave, NW, Suite 500 |
|    | Washington D.C. 20036 |
| 12 | T: 202-780-3014 |
|    | awalsh@alexwalshlaw.com |
| 13 |    |
| 14 | MICHAEL M. WEINKOWITZ |
|    | **LEVIN SEDRAN & BERMAN, LLP** |
| 15 | 510 WALNUT STREET |
|    | SUITE 500 |
| 16 | PHILADELPHIA, PA 19106 |
| 17 | Telephone: 215-592-1500 |
|    | mweinkowitz@lfsbalw.com |
| 18 |    |
|    | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 19 | **DICELLO LEVITT** |
| 20 | 505 20th St North |
|    | Suite 1500 |
| 21 | Birmingham, Alabama 35203 |
|    | Telephone: 205.855.5700 |
| 22 | fu@dicellolevitt.com |
| 23 | ROBERT H. KLONOFF |
|    | **ROBERT KLONOFF, LLC** |
| 24 | 2425 SW 76TH AVENUE |
|    | PORTLAND, OR 97225 |
| 25 | Telephone: 503-702-0218 |
| 26 | klonoff@usa.net |
| 27 | HILLARY NAPPI |
|    | **HACH & ROSE LLP** |
| 28 | 112 Madison Avenue, 10th Floor |

New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
(817) 601-9564
akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
T: 205.564.2741
francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

_/s/ Bianca E. Miyata_
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General State
of California

_/s/ Bernard Eskandari_
Nick A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Bernard.Eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of*

- 12 -  AGENDA AND JOINT STATEMENT FOR JANUARY 26, 2024, CASE MANAGEMENT CONFERENCE

*California*

**DANIEL J. CAMERON**
Attorney General Commonwealth
of Kentucky

_/s/ J. Christian Lewis_
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Gregory B. Ladd (KY Bar No. 95886),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
GREG.LADD@KY.GOV
ZACH.RICHARDS@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


COVINGTON & BURLING LLP

By:   _/s/ Phyllis A. Jones_
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

```
                              FAEGRE DRINKER LLP

                              By:    /s/ Andrea Roberts Pierson
                              Andrea Roberts Pierson, pro hac vice
                              Amy Fiterman, pro hac vice
                              FAEGRE DRINKER LLP
                              300 N. Meridian Street, Suite 2500
                              Indianapolis, IN 46204
                              Telephone: + 1 (317) 237-0300
                              Facsimile: + 1 (317) 237-1000
                              Email: andrea.pierson@faegredrinker.com
                              Email: amy.fiterman @faegredrinker.com

                              GEOFFREY DRAKE, pro hac vice
                              David Mattern, pro ha vice
                              KING & SPALDING LLP
                              1180 Peachtree Street, NE, Suite 1600
                              Atlanta, GA 30309
                              Tel.: 404-572-4600
                              Email: gdrake@kslaw.com
                              Email: dmattern@kslaw.com


                              Attorneys for Defendants TikTok Inc. and
                              ByteDance Inc.

                              MUNGER, TOLLES & OLSEN LLP

                              By:    /s/ Jonathan H. Blavin
                              Jonathan H. Blavin, SBN 230269
                              MUNGER, TOLLES & OLSON LLP
                              560 Mission Street, 27th Floor
                              San Francisco, CA 94105-3089
                              Telephone: (415) 512-4000
                              Facsimile: (415) 512-4077
                              Email: jonathan.blavin@mto.com

                              Rose L. Ehler (SBN 29652)
                              Victoria A. Degtyareva (SBN 284199)
                              Laura M. Lopez, (SBN 313450)
                              Ariel T. Teshuva (SBN 324238)
                              MUNGER, TOLLES & OLSON LLP
                              350 South Grand Avenue, 50th Floor
                              Los Angeles, CA 90071-3426
                              Telephone: (213) 683-9100
                              Facsimile: (213) 687-3702
                              Email: rose.ehler@mto.com
                              Email: victoria.degtyareva@mto.com
```

Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*


WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ Brian M. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

AGENDA AND JOINT STATEMENT FOR JANUARY 26, 2024, CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | By: */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli<br>jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin<br>ahardin@wc.com |
| 5 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 6 | Telephone.: 202-434-5000<br>Fax: 202-434-5029 |
| 7 | |
| 8 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

**ATTESTATION**

I, Lexi J. Hzam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** January 19, 2024

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com