Lexi J. Hazam (SBN 224457)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
lhazam@lchb.com

Christopher A. Seeger (*pro hac vice*)
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Facsimile: 973.679.8656
cseeger@seegerweiss.com

Previn Warren (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*
*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT NOTICE OF FILING PROPOSED PLAINTIFF USER ACCOUNT INFORMATION ORDER AND RELATED FORMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

      The Personal Injury Plaintiffs' Co-Lead Counsel and Defendants' Counsel submit the

attached proposed Plaintiff User Account Information Order and related forms, Exhibit A – C, for

the Court's consideration. These materials are substantively identical to the materials adopted in the JCCP.

DATED: January 22, 2024

Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29^(TH) FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6^(TH) FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103

Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
T: 913-451-3433
kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600

|   |   |
|---|---|
| 1 | Encino, CA 91436 |
| 2 | Telephone: (818) 839-2333 |
|   | Facsimile: (818) 986-9698 |
| 3 | rtellis@baronbudd.com |
|   | dfernandes@baronbudd.com |

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: 503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092

|   |   |
|---|---|
| 1 | (817) 601-9564 |
| 2 | akbruster@brusterpllc.com |
| 3 | FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM |
| 4 | **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS** |
| 5 | 2762 B M Montgomery Street, Suite 101 Homewood, Alabama 35209 |
| 6 | T: 205.564.2741 |
| 7 | francois@southernmedlaw.com |
| 8 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 9 | 31 HUDSON YARDS, 11TH FLOOR NEW YORK, NY 10001-2170 |
| 10 | Telephone: 212-372-3030 |
| 11 | jamesmarsh@marshlaw.com |
| 12 | *Attorneys for Plaintiffs* |

COVINGTON & BURLING LLP

By:   */s/ Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

|   |   |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | By:   */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice* |
|   | Amy Fiterman, *pro hac vice* |
| 4 | FAEGRE DRINKER LLP |
|   | 300 N. Meridian Street, Suite 2500 |
| 5 | Indianapolis, IN 46204 |
|   | Telephone: + 1 (317) 237-0300 |
| 6 | Facsimile: + 1 (317) 237-1000 |
| 7 | Email: andrea.pierson@faegredrinker.com |
|   | Email: amy.fiterman @faegredrinker.com |
| 8 |   |
|   | GEOFFREY DRAKE, *pro hac vice* |
| 9 | David Mattern, *pro ha vice* |
|   | KING & SPALDING LLP |
| 10 | 1180 Peachtree Street, NE, Suite 1600 |
| 11 | Atlanta, GA 30309 |
|   | Tel.: 404-572-4600 |
| 12 | Email: gdrake@kslaw.com |
|   | Email: dmattern@kslaw.com |
| 13 |   |
| 14 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 15 |   |
| 16 | MUNGER, TOLLES & OLSEN LLP |
| 17 | By:   */s/ Jonathan H. Blavin* |
|   | Jonathan H. Blavin, SBN 230269 |
| 18 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 19 | San Francisco, CA  94105-3089 |
| 20 | Telephone:  (415) 512-4000 |
|   | Facsimile:  (415) 512-4077 |
| 21 | Email: jonathan.blavin@mto.com |
| 22 | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
| 23 | Laura M. Lopez, (SBN 313450) |
| 24 | Ariel T. Teshuva  (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
| 25 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA  90071-3426 |
| 26 | Telephone:  (213) 683-9100 |
| 27 | Facsimile:  (213) 687-3702 |
|   | Email: rose.ehler@mto.com |
| 28 | Email: victoria.degtyareva@mto.com |

|   |   |
|---|---|
| 1 | Email: Ariel.Teshuva@mto.com |
| 2 | Lauren A. Bell (*pro hac vice forthcoming*) |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 601 Massachusetts Ave., NW St., |
| 4 | Suite 500 E |
|   | Washington, D.C.  20001-5369 |
| 5 | Telephone:  (202) 220-1100 |
|   | Facsimile:  (202) 220-2300 |
| 6 | Email: lauren.bell@mto.com |
| 7 |   |
|   | *Attorneys for Defendant Snap Inc.* |
| 8 |   |
| 9 | WILSON SONSINI GOODRICH & ROSATI |
| 10 | Professional Corporation |
| 11 | By:     */s/ Brian M. Willen* |
|   | Brian M. Willen |
| 12 | WILSON SONSINI GOODRICH & ROSATI |
|   | 1301 Avenue of the Americas, 40th Floor |
| 13 | New York, New York 10019 |
|   | Telephone: (212) 999-5800 |
| 14 | Facsimile: (212) 999-5899 |
| 15 | Email: bwillen@wsgr.com |
| 16 | Lauren Gallo White |
|   | Samantha A. Machock |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 18 | San Francisco, CA  94105 |
| 19 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 20 | Email: lwhite@wsgr.com |
|   | Email: smachock@wsgr.com |
| 21 |   |
| 22 | Christopher Chiou |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 23 | 633 West Fifth Street |
|   | Los Angeles, CA 90071-2048 |
| 24 | Telephone: (323) 210-2900 |
|   | Facsimile: (866) 974-7329 |
| 25 | Email: cchiou@wsgr.com |
| 26 |   |
|   | *Attorneys for Defendants YouTube, LLC,* |
| 27 | *Google LLC, and Alphabet Inc.* |
| 28 |   |

|   |   |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | By: */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli |
|   | jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin |
|   | ahardin@wc.com |
| 5 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 6 | Telephone.: 202-434-5000 |
| 7 | Fax: 202-434-5029 |
| 8 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** January 22, 2024

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com