# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br>MDL No. 3047 |
|---|---|
| This Document Relates to:<br>Case Caption and Civil Action No.: | **USER ACCOUNT IDENTIFICATION FORM** |

This User Account Identification Form ("Account Identification Form") is to be completed by Defendants in response to a completed Plaintiff User Account Preservation Form ("Preservation Form"). The information Plaintiff provided in the Preservation Form should be considered in completing this Account Identification Form. In completing this Account Identification Form, the Defendant must provide information that is true and correct to the best of its knowledge based upon its reasonable investigation, including by review of documents or materials in its or its attorneys' custody or possession. If the requested information does not apply to a Defendant, the Defendant may answer, "N/A." If the requested information is not obtainable, the Defendant may answer "unknown." The information is Confidential pursuant to the Protective Order that has been or will be entered by the Court.

This Account Identification Form pertains to the following Plaintiff User:

Plaintiff Name: _____

Date that this Account Identification Form was completed: _____

Defendant: _____

**A.    User accounts identified by Plaintiff in the Preservation Form.**

| **Username** |
|---|
|  |
|  |

**B.     Users accounts that Defendant has reason to believe are or were used by Plaintiff and not identified by Plaintiff in the Preservation Form (to the extent information categories are applicable to Defendant):**

- Username:
- Name Associated with Account:
- Associated Email Address(es):
- Associated Phone Number(s):
- Account Creation Date:
- Account Deletion Date:
- Last Login Date: