Lexi J. Hazam (SBN 224457)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
lhazam@lchb.com

Christopher A. Seeger (*pro hac vice*)
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973.639.9100
Facsimile: 973.679.8656
cseeger@seegerweiss.com

Previn Warren (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*
*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT NOTICE OF FILING IMPLEMENTATION ORDER GOVERNING ADOPTION OF PLAINTIFF FACT SHEET FOR PERSONAL INJURY PLAINTIFFS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The Personal Injury Plaintiffs' Co-Lead Counsel and Defendants' Counsel submit the

attached proposed Implementation Order Governing Adoption of Plaintiff Fact Sheet for Personal

Injury Plaintiffs, Plaintiff Fact Sheet, and related authorizations, for the Court's consideration.

These materials are substantively identical to the materials adopted in the JCCP.

DATED: January 22, 2024

                               Respectfully submitted,

                               */s/ Lexi J. Hazam*
                               LEXI J. HAZAM
                               **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                               275 BATTERY STREET, 29TH FLOOR
                               SAN FRANCISCO, CA 94111-3339
                               Telephone: 415-956-1000
                               lhazam@lchb.com

                               CHRISTOPHER A. SEEGER
                               **SEEGER WEISS, LLP**
                               55 CHALLENGER ROAD, 6TH FLOOR
                               RIDGEFIELD PARK, NJ 07660
                               Telephone: 973-639-9100
                               Facsimile: 973-679-8656
                               cseeger@seegerweiss.com

                               PREVIN WARREN
                               **MOTLEY RICE LLC**
                               401 9th Street NW Suite 630
                               Washington DC 20004
                               T: 202-386-9610
                               pwarren@motleyrice.com

                               Co-Lead Counsel

                               JENNIE LEE ANDERSON
                               **ANDRUS ANDERSON, LLP**
                               155 MONTGOMERY STREET, SUITE 900
                               SAN FRANCISCO, CA 94104
                               Telephone:  415-986-1400
                               jennie@andrusanderson.com

                               Liaison Counsel

                               JOSEPH G. VANZANDT
                               **BEASLEY ALLEN CROW METHVIN**

|   |   |
|---|---|
| 1 | **PORTIS & MILES, P.C.** |
| 2 | 234 COMMERCE STREET |
|   | MONTGOMERY, AL 36103 |
| 3 | Telephone: 334-269-2343 |
|   | joseph.vanzandt@beasleyallen.com |
| 4 |   |
|   | EMILY C. JEFFCOTT |
| 5 | **MORGAN & MORGAN** |
|   | 220 W. GARDEN STREET, 9TH FLOOR |
| 6 | PENSACOLA, FL 32502 |
| 7 | Telephone: 850-316-9100 |
|   | ejeffcott@forthepeople.com |
| 8 |   |
|   | RON AUSTIN |
| 9 | **RON AUSTIN LAW** |
|   | 400 Manhattan Blvd. |
| 10 | Harvey LA, 70058 |
| 11 | Telephone: (504) 227–8100 |
|   | raustin@ronaustinlaw.com |
| 12 |   |
|   | MATTHEW BERGMAN |
| 13 | GLENN DRAPER |
|   | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 14 | 821 SECOND AVENUE, SUITE 2100 |
| 15 | SEATTLE, WA 98104 |
|   | Telephone: 206-741-4862 |
| 16 | matt@socialmediavictims.org |
|   | glenn@socialmediavictims.org |
| 17 |   |
|   | JAMES J. BILSBORROW |
| 18 | **WEITZ & LUXENBERG, PC** |
| 19 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 20 | Telephone: 212-558-5500 |
|   | Facsimile: 212-344-5461 |
| 21 | jbilsborrow@weitzlux.com |
| 22 |   |
|   | PAIGE BOLDT |
| 23 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 24 | San Antonio, TX 78257 |
|   | T: 210-448-0500 |
| 25 | PBoldt@WattsGuerra.com |
| 26 |   |
|   | THOMAS P. CARTMELL |
| 27 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 28 | Kansas City, MO 64112 |

|   |   |
|---|---|
| 1 | T: 816-701 1100 |
| 2 | tcartmell@wcllp.com |
| 3 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 4 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 5 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |
| 6 |  |
| 7 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 8 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 9 | T: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 10 |  |
| 11 | KIRK GOZA |
|   | **GOZA & HONNOLD, LLC** |
| 12 | 9500 Nall Avenue, Suite 400 |
|   | Overland Park, KS 66207 |
| 13 | T: 913-451-3433 |
|   | kgoza@gohonlaw.com |
| 14 |  |
| 15 | SIN-TINY MARY LIU |
|   | **AYLSTOCK WITKIN KREIS &** |
| 16 | **OVERHOLTZ, PLLC** |
|   | 17 EAST MAIN STREET, SUITE 200 |
| 17 | PENSACOLA, FL 32502 |
| 18 | Telephone: 510-698-9566 |
|   | mliu@awkolaw.com |
| 19 |  |
| 20 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 21 | 1111 BROADWAY, SUITE 2100 |
|   | OAKLAND, CA 94607 |
| 22 | Telephone: 510-350-9717 |
|   | amm@classlawgroup.com |
| 23 |  |
| 24 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 25 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|   | PENSACOLA, FL 32502 |
| 26 | Telephone: 850-435-7107 |
|   | epaulos@levinlaw.com |
| 27 |  |
| 28 | ROLAND TELLIS |
|   | DAVID FERNANDES |

| | |
|---|---|
| 1 | **BARON & BUDD, P.C.** |
| 2 | 15910 Ventura Boulevard, Suite 1600 |
|  | Encino, CA 91436 |
| 3 | Telephone: (818) 839-2333 |
|  | Facsimile: (818) 986-9698 |
| 4 | rtellis@baronbudd.com |
|  | dfernandes@baronbudd.com |

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: 503-702-0218
klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | 680 N. Carroll Ave., Suite 110                                  |
| 2  | Southlake, TX 76092                                             |
|    | (817) 601-9564                                                  |
| 3  | akbruster@brusterpllc.com                                       |
| 4  | FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM                          |
| 5  | **SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**            |
| 6  | 2762 B M Montgomery Street, Suite 101                           |
| 7  | Homewood, Alabama 35209                                         |
|    | T: 205.564.2741                                                 |
| 8  | francois@southernmedlaw.com                                     |
| 9  | JAMES MARSH                                                     |
| 10 | **MARSH LAW FIRM PLLC**                                         |
|    | 31 HUDSON YARDS, 11TH FLOOR                                     |
| 11 | NEW YORK, NY 10001-2170                                         |
| 12 | Telephone:  212-372-3030                                        |
|    | jamesmarsh@marshlaw.com                                         |
| 13 | *Attorneys for Plaintiffs*                                      |
| 14 |                                                                 |
| 15 |                                                                 |
| 16 | COVINGTON & BURLING LLP                                         |
| 17 | By:   */s/ Phyllis A. Jones*                                    |
|    | Phyllis A. Jones, *pro hac vice*                                |
| 18 | Paul W. Schmidt, *pro hac vice*                                 |
|    | COVINGTON & BURLING LLP                                         |
| 19 | One City Center                                                 |
| 20 | 850 Tenth Street, NW                                            |
|    | Washington, DC 20001-4956                                       |
| 21 | Telephone: + 1 (202) 662-6000                                   |
| 22 | Facsimile: + 1 (202) 662-6291                                   |
|    | Email:  pajones@cov.com                                         |
| 23 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 24 |                                                                 |
| 25 |                                                                 |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |

| | |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | By:   */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice* |
|   | Amy Fiterman, *pro hac vice* |
| 4 | FAEGRE DRINKER LLP |
|   | 300 N. Meridian Street, Suite 2500 |
| 5 | Indianapolis, IN 46204 |
|   | Telephone: + 1 (317) 237-0300 |
| 6 | Facsimile: + 1 (317) 237-1000 |
| 7 | Email: andrea.pierson@faegredrinker.com |
|   | Email: amy.fiterman @faegredrinker.com |
| 8 | |
|   | GEOFFREY DRAKE, *pro hac vice* |
| 9 | David Mattern, *pro ha vice* |
|   | KING & SPALDING LLP |
| 10 | 1180 Peachtree Street, NE, Suite 1600 |
| 11 | Atlanta, GA 30309 |
|   | Tel.: 404-572-4600 |
| 12 | Email: gdrake@kslaw.com |
| 13 | Email: dmattern@kslaw.com |
| 14 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 15 | |
| 16 | MUNGER, TOLLES & OLSEN LLP |
| 17 | By:   */s/ Jonathan H. Blavin* |
|   | Jonathan H. Blavin, SBN 230269 |
| 18 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 19 | San Francisco, CA  94105-3089 |
| 20 | Telephone:  (415) 512-4000 |
|   | Facsimile:  (415) 512-4077 |
| 21 | Email: jonathan.blavin@mto.com |
| 22 | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
| 23 | Laura M. Lopez, (SBN 313450) |
| 24 | Ariel T. Teshuva  (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
| 25 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA  90071-3426 |
| 26 | Telephone:  (213) 683-9100 |
| 27 | Facsimile:  (213) 687-3702 |
|   | Email: rose.ehler@mto.com |
| 28 | Email: victoria.degtyareva@mto.com |

| | |
|---|---|
| 1 | Email: Ariel.Teshuva@mto.com |
| 2 | |
| | Lauren A. Bell (*pro hac vice forthcoming*) |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 601 Massachusetts Ave., NW St., |
| 4 | Suite 500 E |
| | Washington, D.C.  20001-5369 |
| 5 | Telephone:  (202) 220-1100 |
| | Facsimile:  (202) 220-2300 |
| 6 | Email: lauren.bell@mto.com |
| 7 | |
| | *Attorneys for Defendant Snap Inc.* |
| 8 | |

9     WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation
10
      By:      /s/ Brian M. Willen
11    Brian M. Willen
      WILSON SONSINI GOODRICH & ROSATI
12    1301 Avenue of the Americas, 40th Floor
      New York, New York 10019
13    Telephone: (212) 999-5800
      Facsimile: (212) 999-5899
14    Email: bwillen@wsgr.com
15
      Lauren Gallo White
16    Samantha A. Machock
      WILSON SONSINI GOODRICH & ROSATI
17    One Market Plaza, Spear Tower, Suite 3300
      San Francisco, CA  94105
18    Telephone: (415) 947-2000
      Facsimile: (415) 947-2099
19    Email: lwhite@wsgr.com
      Email: smachock@wsgr.com
20
21    Christopher Chiou
      WILSON SONSINI GOODRICH & ROSATI
22    633 West Fifth Street
      Los Angeles, CA 90071-2048
23    Telephone: (323) 210-2900
      Facsimile: (866) 974-7329
24    Email: cchiou@wsgr.com
25
      *Attorneys for Defendants YouTube, LLC,*
26    *Google LLC, and Alphabet Inc.*
27
28

|   |   |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | By: */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli<br>jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin<br>ahardin@wc.com |
| 5 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 6 | Telephone.: 202-434-5000<br>Fax: 202-434-5029 |
| 7 | |
| 8 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** January 22, 2024

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com