UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to: | **ORDER GRANTING IN PART** *EX PARTE* **CONSOLIDATED APPLICATIONS AND APPOINTING GUARDIANS** *AD LITEM* |

*M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.*, 4:23-cv-03801;

*F.R., filed on behalf of B.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-04102;

*J.H., filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.*, 4:23-cv-03842;

*A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-3798;

*L.L., on behalf of A.L. v. Meta Platforms, Inc., et al.*, 4:23-cv-04262;

*K.C., filed on behalf of K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179;

*S.M., filed on behalf of N.M. v. Meta Platforms, Inc., et al.*, 4:23-cv-03978;

*C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al.*, 4:23-cv-4682;

*S.R., on behalf of minor S.L. v. Meta*

*Platforms, Inc., et al.*, 4:23-cv-05097;

*B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055;

*C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al.*, 2023-cv-06277;

*S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287;

*C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-06301; and

*V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc.*, 4:23-cv-05093.

The Court is in receipt of Plaintiffs' Fifth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Fifth Consolidated *Ex Parte* Application") (Dkt. No. 363), Plaintiffs' Sixth *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Sixth Consolidated *Ex Parte* Application") (Dkt. No. 406), and Plaintiffs' Seventh *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Seventh Consolidated *Ex Parte* Application") (Dkt. No. 523).

Pursuant to this Court's Order Regarding Appointments of Guardians *Ad Litem* (the "Order") (Dkt. No. 122), applications for appointment of guardians *ad litem* submitted by parents and/or legal guardians are presumptively approved upon filing because there is no apparent conflict between applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." (Dkt. No. 122 ¶ 4) (quoting *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016).

Pursuant to this Court's Order, any objections to the presumptive approval of applications submitted by the parent or legal guardian of the minor were to be filed within fifteen days of the filing of Plaintiffs' Fifth, Sixth, and Seventh Consolidated *Ex Parte* Applications. (Dkt. No. 122

¶ 5.) Having received no timely objections and good cause appearing, it is hereby **ORDERED** that that the applicants identified in the following Exhibits shall be appointed guardians *ad litem* for the purposes of this litigation until the minor plaintiff reaches the age of majority in the state in which they are domiciled:

- *M.L., on behalf of minor A.W. v. Meta Platforms, Inc., et al.*, 4:23-cv-03801 (Fifth Consolidated *Ex Parte* Application, Exhibit 1);
- *J.H., filed on behalf of minor C.H. v. Meta Platforms, Inc., et al.*, 4:23-cv-03842 (Fifth Consolidated *Ex Parte* Application, Exhibit 3);
- *A.H., filed on behalf of Minor A.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-3798 (Fifth Consolidated *Ex Parte* Application, Exhibit 4);
- *L.L., on behalf of A.L. v. Meta Platforms, Inc., et al.*, 4:23-cv-04262 (Fifth Consolidated *Ex Parte* Application, Exhibit 5);
- *K.C., filed on behalf of K.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-03179 (Fifth Consolidated *Ex Parte* Application, Exhibit 6);
- *C.F., on behalf of minor A.K. v. Meta Platforms, Inc., et al.*, 4:23-cv-4682 (Sixth Consolidated *Ex Parte* Application, Exhibit 1);
- *S.R., on behalf of minor S.L. v. Meta Platforms, Inc., et al.*, 4:23-cv-05097 (Sixth Consolidated *Ex Parte* Application, Exhibit 2);
- *B.A., individually and as next of friend to minor J.A. v. Meta Platforms, Inc., et al.*, 4:23-cv-05055 (Seventh Consolidated *Ex Parte* Application, Exhibit 1);
- *C.C., individually and as next of friend to minor M.C. v. Meta Platforms, Inc., et al.*, 2023-cv-06277 (Seventh Consolidated *Ex Parte* Application, Exhibit 2);
- *S.F., individually and as next of friend to minor D.F. v. Meta Platforms, Inc., et al.*, 4:23-cv-06287 (Seventh Consolidated *Ex Parte* Application, Exhibit 3);
- *C.R., individually and as next of friend to minor S.G. v. Meta Platforms, Inc., et al.*, 4:23-cv-06301 (Seventh Consolidated *Ex Parte* Application, Exhibit 4); and
- *V.K., individually and as next of friend to minor A.K. v. Meta Platforms, Inc.*, 4:23-cv-05093 (Seventh Consolidated *Ex Parte* Application, Exhibit 5).

The applications for guardians *ad litem* submitted by *F.R.* on behalf of *B.R. v. Meta Platforms, Inc., et al.*, 4:23-cv-04102 (Fifth Consolidated *Ex Parte* Application, Exhibit 2) and by *S.M.* on behalf of *N.M. v. Meta Platforms Inc., et al.*, 4:23-cv-03978 (Fifth Consolidated *Ex Parte* Application, Exhibit 7) involve named plaintiffs who no longer appear to be minors. Such applications are **DENIED WITHOUT PREJUDICE** as moot. Should the Court be in error, applicants may refile providing the Court with updated information showing that N.M. and/or B.R. are still minors and/or require a guardian *ad litem*. Such motions to be filed within fourteen (14) days.

The Court also **GRANTS** the associated motions to seal the guardian *ad litem* applications. Dkt. Nos. 362, 405, 522.

This terminates docket numbers 362, 363, 405, 406, 522, and 523.

**IT IS SO ORDERED.**

Dated: January 22, 2024

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE