AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▼

| In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants ByteDance Inc. and TikTok Inc. .

Date:    1/23/2024

/s/ TaCara D. Harris
*Attorney's signature*

TaCara D. Harris (GA Bar No. 477696)
*Printed name and bar number*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521

*Address*

tharris@kslaw.com
*E-mail address*

(404) 572-4600
*Telephone number*

(404) 572-5100
*FAX number*