AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

*Plaintiff*

v.   Case No. 4:22-md-03047-YGR

*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Joleen Youngers, As Personal Representative of the Wrongful Death Estate of L.K., a Deceased Minor Child, Ar. K., and An. K.

Date:  01/24/2024

/s/ Edward K. Chin
*Attorney's signature*

Edward K. Chin (TX 50511688)
*Printed name and bar number*
BRUSTER, PLLC
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092

*Address*

ed@brusterpllc.com
*E-mail address*

817.601.9564
*Telephone number*

(817) 796-2929
*FAX number*