Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR JANUARY 26, 2024, FEBRUARY 23, 2024, AND MARCH 22, 2024, CASE MANAGEMENT CONFERENCES** |
| ALL ACTIONS | |

Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, the Court has scheduled upcoming case management conferences to take place on the following dates in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor:

- January 26, 2024;
- February 23, 2024;
- March 22, 2024.

WHEREAS, the Court previously advised that it will allow video access to proceedings before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the upcoming January 26, 2024, February 23, 2024, and March 22, 2024 case management conferences remotely, rather than traveling to appear in person;

WHEREAS, the Parties prefer to observe the upcoming case management conferences remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the January 26, 2024, February 23, 2024, and March 22, 2024, case management conferences, public video access will be permitted for the proceeding using the webinar link found on the Court's webpage; and

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the January 26, 2024, February 23, 2024, and March 22, 2024, case management conferences, there will be audio remote access only for the hearing.

Dated: January 25, 2024

_/s/ Jennie Lee Anderson_
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

_Liaison Counsel for Plaintiffs_

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: + 1 (202) 386-9610
Email: pwarren@motleyrice.com

_Co-Lead Counsel for Plaintiffs_

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862
Email: matt@socialmediavictims.org
Email: glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: + 1 (212) 558-5500
Facsimile: + 1 (212) 344-5461
Email: jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: + 1 (917) 882-5522
Email: jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**

9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: + 1 (913) 451-3433
Email: kgoza@gohonlaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: + 1 (510) 698-9566
Email: mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: + 1 (510) 350-9717
Email: amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: + 1 (850) 435-7107
Email: epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: + 1 (818) 839-2333
Facsimile: + 1 (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: + 1 (202) 780-3014
Email: awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: + 1 (215) 592-1500
Email: mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**

505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net
HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE
FCLM
**SOUTHERN INSTITUTE FOR MEDICAL
AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Megan O'Neill (CA SBN 343535)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorney for the People of the State of California*

**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

/s/ *J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
Gregory B. Ladd (KY Bar No. 95886), *Pro hac vice*
Zachary Richards (KY Bar No. 99209), *Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice app. forthcoming*
Assistant Attorneys General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Greg.Ladd@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**PHILIP J. WEISER**
Attorney General
State of Colorado
/s/ *Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012, *pro hac vice*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorney for Plaintiff State of Colorado, ex rel. Philip Weiser, Attorney General*

**COVINGTON & BURLING LLP**

- 7 -

1

2          _____/s/Phyllis A. Jones_____
           Phyllis A. Jones, *pro hac vice*
           Paul W. Schmidt, *pro hac vice*
3          COVINGTON & BURLING LLP
           One CityCenter
4          850 Tenth Street, NW
           Washington, DC 20001-4956
5          Telephone: + 1 (202) 662-6000
           Facsimile: + 1 (202) 662-6291
6          Email: pajones@cov.com
           Email: pschmidt@cov.com
7
           Emily Johnson Henn (State Bar. No. 269482)
8          COVINGTON & BURLING LLP
           3000 El Camino Real
9          5 Palo Alto Square, 10th Floor
           Palo Alto, CA 94306
10         Telephone: + 1 (650) 632-4700
           Facsimile: +1 (650) 632-4800
11         Email: ehenn@cov.com

12         Ashley M. Simonsen (State Bar. No. 275203)
           COVINGTON & BURLING LLP
13         1999 Avenue of the Stars
           Los Angeles, CA 90067
14         Telephone: + 1 (424) 332-4800
           Facsimile: +1 (424) 332-4749
15         Email: asimonsen@cov.com

16         Isaac D. Chaput (State Bar. No. 326923)
           COVINGTON & BURLING LLP
17         Salesforce Tower
           415 Mission Street, Suite 5400
18         San Francisco, CA 94105
           Telephone: + 1 (415) 591-6000
19         Facsimile: +1 (415) 591-6091
           Email: ichaput@cov.com
20
           Gregory L. Halperin, *pro hac vice*
21         COVINGTON & BURLING LLP
           620 Eighth Avenue
22         New York, NY 10018
           Telephone: + 1 (212) 841-1000
23         Facsimile: +1 (212) 841-1010
           Email: ghalperin@cov.com
24
           *Attorney for Defendants Meta Platforms, Inc.*
25         *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
           *Facebook Operations, LLC; Facebook*
26         *Payments, Inc.; Facebook Technologies, LLC;*
           *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
27         *Zuckerberg*
           **KING & SPALDING LLP**
28

                                    - 8 -
                                                 VIDEO ACCESS FOR IN-COURT PROCEEDINGS
                                                 NO. 4:22-MD-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/ Geofrey M. Drake_
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

_/s/ Andrea Roberts Pieron_
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

_Attorneys for Defendants TikTok Inc. and
ByteDance Inc._

**WILSON SONSINI GOODRICH & ROSATI
Professional Corporation**

_/s/ Lauren Gallo White_
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

1

                              */s/ Joseph G. Petrosinelli*

2

                              Joseph G. Petrosinelli, *pro hac vice*
jpetrosinelli@wc.com

3

                              Ashley W. Hardin, *pro hac vice*
ahardin@wc.com

4

                              680 Maine Avenue, SW
Washington, DC 20024

5

                              Tel.: 202-434-5000

6

                              *Attorneys for Defendants YouTube, LLC,*
*Google LLC, and Alphabet Inc.*

7

8

                              **MUNGER, TOLLES & OLSON LLP**

9

                                  */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269

10

                              MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

11

                              San Francisco, CA 94105-3089
Telephone: (415) 512-4000

12

                              Facsimile: (415) 512-4077

13

                              Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

14

                              Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP

15

                              350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

16

                              Telephone: (213) 683-9100
Facsimile: (213) 687-3702

17

                              Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP

18

                              601 Massachusetts Ave., NW St.,
Suite 500 E

19

                              Washington, D.C. 20001-5369
Telephone: (202) 220-1100

20

                              Facsimile: (202) 220-2300

21

                              *Attorneys for Defendant Snap Inc.*

22

        **IT IS SO ORDERED.**

23

24

DATE: _____

25

                                  Hon. Yvonne Gonzalez Rogers

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.


Dated: January 25, 2024                     _____/s/ Jennie Lee Anderson_____
                                            JENNIE LEE ANDERSON
                                            **ANDRUS ANDERSON, LLP**
                                            155 MONTGOMERY STREET, SUITE 900
                                            SAN FRANCISCO, CA 94104
                                            Telephone: + 1 (415) 986-1400
                                            Email: jennie@andrusanderson.com

                                            *Liaison Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR