Geoffrey M. Drake (*pro hac vice*)
gdrake@kslaw.com
David Mattern *(pro hac vice)*
dmattern@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants *TikTok, Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF JAMES GATLIN IN SUPPORT OF THE TIKTOK DEFENDANTS' OMNIBUS MOTION TO SEAL PORTIONS OF EXHIBIT C TO PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

I, James Gatlin, do hereby declare and state as follows:

1. I am over the age of 18 and competent to make this declaration. I make this declaration based upon my personal knowledge, unless stated otherwise, and if called upon to do so, I could and would so testify.

2. I am United States Data Security Child Safety Team (CST) Manager for TikTok and have been with TikTok since October 2019. Among other things, my team is responsible for (a) reviewing any escalation of content on the TikTok platform to determine if it contains child sexual abuse materials (CSAM); (b) preserving and reporting information to the National Center for Missing & Exploited Children (NCMEC) that are detected on the TikTok platform pursuant to 18 U.S.C. § 2258A (known as the Protect Our Children Act (PROTECT Act)); and (c) taking any action warranted on the account and the user. I submit this declaration in support of Defendants' Omnibus Motion to Seal Portions of Exhibit C to Plaintiffs' Second Amended Master Complaint (Personal Injury). This declaration is based on my personal knowledge and experience at TikTok and in my career.

3. The following portions of Exhibit C to Plaintiffs' Second Amended Master Complaint (Personal Injury) that the TikTok Defendants have moved to maintain under seal contain excerpts and discussion of information that could enable online predators and other bad actors to avoid detection and/or enforcement on TikTok's services:

| **Document** | **Paragraph / Figure** |
|:---:|:---:|
| Exhibit C | ¶ 104 (after "accounts 'where'" until "but when"; after "but when" until "is obviously"; and after "dedicated to") |
| Exhibit C | ¶ 105 (after "failure to monitor" until "an optimal"; after "accounts who" until "*See* Figure 9"; and after "memo titled") |
| Exhibit C | Figure 9 |

4. The above-listed information concerns TikTok's detection, reporting, and prevention systems, policies, and processes regarding child sexual exploitation, including CSAM.

5. The above-listed information is highly sensitive and TikTok does not publicly reveal it.

6. Public disclosure of the above-listed information could enable online predators and other bad actors to evade detection and/or enforcement.

7. Predators and other bad actors can be highly sophisticated, work together, share information with one another, and use constantly evolving tactics to seek to circumvent safety mechanisms. For example, groups of predators create and disseminate comprehensive guides on how to locate, contact, exploit, and abuse minors, as well as how to avoid detection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed this <u>18th</u> day of January, 2024, at Culver City, California.

*James Gatlin*
JAMES GATLIN