UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON THE TIKTOK DEFENDANTS' OMNIBUS SEALING STIPULATION REGARDING EXHIBIT C TO PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (PERSONAL INJURY)** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on the TikTok Defendants' Omnibus Sealing Stipulation Regarding Exhibit C to Plaintiffs' Second Amended Master Complaint (Personal Injury) ("SAMC") (Dkt. 495-5):

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit C to SAMC | **Paragraph 52**<br>From after "Specifically, TikTok's" until "has acknowledged" | Redact specified portion | |

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Exhibit C to SAMC | **Paragraph 77** From after "TikTok's" until "has acknowledged" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 97** From after "Hey" until "could you" | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 104** From after "accounts 'where'" until "but when"; from after "but when" until "is obviously"; and from after "dedicated to" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 105** From after "failure to monitor" until "an optimal"; from after "accounts who" until "*See* Figure 9"; and from after "memo titled" until end | Redact specified portion | |
| Exhibit C to SAMC | **Paragraph 105** (Figure 9) | Redact entire figure | |

**SO ORDERED.**

DATED: _____        _____
                                     Hon. Yvonne Gonzalez Rogers
                                     United States Judge