# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 26, 2024 | **Time:** 9:30 a.m. to 11:14 a.m. 1 hour 44 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)
**List of Additional Appearances Attached.**

**Deputy Clerk:** Edwin A. Cuenco          **Reported by:** Stephen Franklin, via Zoom

## PROCEEDINGS

Further Case Management Conference - **HELD**.

The Court heard argument on, among others, defendants' motion for certification of interlocutory appeal and parties' letter briefs regarding early resolution of the general causation issue. The motion for certification of interlocutory appeal was taken under submission. The request for early resolution of the general causation issue was **DENIED** for the reasons articulated on the record.

The Court also heard argument on several pending stipulations, including with respect to sealing; bellwether protocols; and other requests. The Court issued rulings relative to some but not all of these issues.

To assist the Court in setting pretrial/trial deadlines, parties are **ORDERED** to file proposed trial schedules with the Court by no later than **Friday, February 2, 2024.** The Court **SETS** a hearing on **February 6, 2024** at **9:00 a.m.** to address parties' proposals.

The next Further Case Management Conference in the above-captioned matter was previously scheduled for February 23, 2024. The Court now **ADVANCES** that conference from **2:30 p.m.** to **9:30 a.m.**

Written order to issue.