Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Christopher Seeger | Seeger Weiss LLP | *[signed]* |
| Jennifer R Scullion | Seeger Weiss LLP | *[signed]* |
| Christopher Ayers | Seeger Weiss LLP | *[signed]* |
| Audrey Siegel | Seeger Weiss LLP | |
| Erica Kubly | Seeger Weiss LLP | *[signed] Erica K* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Jason L. Lichtman | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Gabriel A. Panek — Patrick Andrews [PATRICK ANDREWS] | Lieff Cabraser Heimann & Bernstein LLP | *[signed] Patrick A* |
| Previn Warren | Motley Rice, LLC | *[signed]* |
| Annie Kouba | Motley Rice, LLC | *[signed]* |
| Jennie Lee Anderson | Andrus Anderson LLP | *[signed]* |
| Matthew P Bergman | Social Media Victims Law Center PLLC | *[signed]* |
| Glenn Draper | Social Media Victims Law Center PLLC | *[signed]* |
| James Bilsborrow | Weitz & Luxenberg PC | *[signed]* |
| Carrie Goldberg | C.A. Goldberg PLLC | *[signed]* |
| Alexandra M. Walsh | Walsh Law PLLC | *[signed]* |
| Jayne Conroy | Simmons Hanly Conroy | *[signed]* |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | *[signed]* |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| PLAINTIFFS: | | |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *signed* |
| Edward Chin | Bruster PLLC | *signed* |
| Bianca Miyata | Senior Assistant Attorney General (CO) | B Miyata |
| Beth Orem | Assistant Attorney General (CO) | Beth Orem |
| Megan O'Neill | Deputy Attorney General (CA) | *signed* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General (CA) | *signed* |
| Marissa Roy | Deputy Attorney General (CA) | *signed* |
| Christopher Lewis | Commissioner, Consumer & Senior Protection (KY) | *signed* |
| Daniel Keiser | Assistant Attorney General (KY) | *signed* |
| Thomas Huynh | Deputy Attorney General (NJ) | *signed* |
| Andre Michel Mura | Gibbs Law Group LLP | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| DEFENDANTS: | | |
| Paul Schmidt | Covington & Burling | *signed* |
| Ashley Simonsen | Covington & Burling | *signed* |
| Jonathan Blavin | Munger, Tolles & Olson | PRESENT |
| Geoffrey Drake | King & Spalding | *signed* |
| TaCara Harris | King & Spalding | TDH |
| Andrea Pierson | Faegre Drinker Biddle & Reath | ARP |
| Amy Fiterman | Faegre Drinker Biddle & Reath | AF |
| Brian Willen | Wilson Sonsini | BW |
| Matt Donohue | Wilson Sonsini | MD |
| Ashley Harden (Remote) | Williams & Connolly | — |
| Stephanie Schuster (Remote) | Morgan Lewis | — |