Carrie Goldberg (*Pro hac vice*)
Hannah Meropol (SBN 340095)
**C.A. GOLDBERG PLLC**
16 Court Street 33rd Floor
Brooklyn, NY 11241
Telephone: 646-666-8908
Email: carrie@cagoldberglaw.com
hannah@cagoldberglaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATED TO:<br><br>ALL ACTIONS | Case No.: 4:22-md-03047<br><br>MDL No. 3047<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br><br>Judge Yvonne Gonzalez Rogers<br>Oakland Courthouse,<br>4th Floor<br>1301 Clay Street<br>Oakland, California |

| | |
|---|---|
| 1 | **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** |

     PLEASE TAKE NOTICE pursuant to Local Civil Rule 5-1(c)(2)(C) that Hannah Meropol of the law firm C.A. Goldberg, PLLC hereby withdraws as attorney of record for Plaintiffs Dean Nasca, Michelle Nasca, J.A., K.L., and A.L. in this action and should be removed the service list. Carrie A. Goldberg of the law firm C.A. Goldberg, PLLC continues to represent Plaintiffs and should continue to receive filings.

DATED: January 30, 2024

**C.A. GOLDBERG, PLLC**

By: */s/ Hannah Meropol*
Hannah Meropol, Esq.

*Attorneys for Plaintiff*