| | |
|---|---|
| 1 | DREW H. WRIGLEY |
| 2 | Attorney General of North Dakota |
|   | PARRELL D. GROSSMAN, *pro hac vice* |
| 3 | ELIN S. ALM, *pro hac vice* |
|   | CHRISTOPHER G. LINDBLAD, *pro hac vice* |
| 4 | Office of Attorney General |
| 5 | 1720 Burlington Drive, Suite C |
|   | Bismarck, ND 58504-7736 |
| 6 | Telephone (701) 328-5570 |
|   | E-mail:  pgrossman@nd.gov |
| 7 | |
| 8 | *Attorneys for Plaintiff State of North Dakota,* |
|   | *ex rel. Drew H. Wrigley, Attorney General* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: 10/24/2023 |

**COMES NOW** Parrell D. Grossman, of the North Dakota Attorney General's Office, and hereby withdraws as counsel for Plaintiff, State of North Dakota, ex rel. Drew H. Wrigley, Attorney General in the above-captioned litigation. All future pleadings and correspondence should be directed to all other attorneys of record for the State of North Dakota in this case.

Dated: January 31, 2024

STATE OF NORTH DAKOTA
Drew H. Wrigley
Attorney General

/s/ Parrell D. Grossman
Parrell D. Grossman, ND ID 04684
Director, Consumer Protection & Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
Facsimile (701) 328-5568
pgrossman@nd.gov

*Attorneys for Plaintiff State of North Dakota,
ex rel. Drew H. Wrigley, Attorney General*