1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | MDL No. 3047 |
| This Document Relates to: ALL CASES | **CASE MANAGEMENT ORDER NO. 9 RE ADJUSTMENTS TO THE PLAINTIFFS' ATTORNEYS' LEADERSHIP STRUCTURE** |

12      **TO ALL PARTIES AND COUNSEL OF RECORD:**

13              From the outset of this MDL, the Court has expressed its concern that the requested

14      leadership structure for plaintiffs' counsel has been too large.  With that perspective, the Court has

15      considered the various requests for reappointment to plaintiffs' leadership required under Case

16      Management Order No. 6. (*See* Dkt. No. 451 at 3-4.) Having carefully considered the requests and

17      having conducted *ex parte* meetings with certain plaintiffs' counsel following the January 26, 2024

18      further case management conference, the Court makes the following adjustments:

19          • Chris Seeger is appointed Counsel to the Co-Lead Counsel and Settlement Counsel, as

20              opposed to a Co-Lead Counsel with day-to-day responsibilities.  Lexi Hazam and

21              Previn Warren shall remain as Co-Lead Counsel.

22          • Emily Jeffcott and Joseph VanZandt are appointed "Federal/State Liaisons," as opposed

23              to members of Plaintiffs' Steering Committee Leadership, given that they are currently

24              actively engaged as the co-leads for California's Judicial Council Coordination

25              Proceedings ("JCCP").

26          • James Bilsborrow is appointed to Plaintiffs' Steering Committee Leadership.

27
28

1

1    • Ron Austin is removed from Plaintiffs' Steering Committee membership as he did not

2    submit a request for reappointment as ordered.

3    Unless otherwise noted in this order, the leadership structure established in Case Management

4    Order Nos. 1 and 6 remains in effect. (*See* Dkt. Nos. 75 at 1-3; 451 at 4-5.)

5    Plaintiffs' counsel are reminded that, under Case Management Order No. 6, the Court will

6    consider adjustments to plaintiffs' leadership on a yearly basis. With respect to future requests for

7    appointment, counsel are advised that the Court expects to receive, in support of each such request,

8    timekeeping records for the preceding calendar year *with sufficient detail* to describe the work

9    performed for that year in the categories outlined in the Common Benefit Order. (*See* Dkt. No. 169

10   at 8-10.)  Most, but not all, counsel provided that detail in the pending submissions.

11   **IT IS SO ORDERED.**

12

13   Dated:  February 2, 2024

14                                                                        YVONNE GONZALEZ ROGERS
                                                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28