1

2   [*Submitting Counsel on Signature Page*]

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT            Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION            MDL No. 3047

13   _____

14   This Document Relates to:               **[PROPOSED] REVISED SECOND
                                             AMENDED STIPULATED
15   ALL PERSONAL INJURY ACTIONS             IMPLEMENTATION ORDER
                                             GOVERNING ADOPTION OF MASTER
16                                           COMPLAINT (PERSONAL INJURY) AND
                                             SHORT-FORM COMPLAINTS FOR
17                                           FILED CASES**

18

19   **I.       APPLICABILITY AND SCOPE OF ORDER**

20          This Implementation Order ("Order") applies only to Plaintiffs who have asserted or seek

21   to assert personal injury claims related to the use of one or more of Defendants' social media apps[1]

22   ("Personal Injury Plaintiffs") consistent with the scope of the October 11, 2022 Transfer Order

23   initiating these MDL proceedings.[2] No personal injury claims may be asserted in current or future

24   filed cases in this MDL other than pursuant to the terms of this Order. This Order applies to cases

25   directly filed in this MDL and those transferred, removed, or otherwise assigned to this proceeding

26   _____

27   [1] Plaintiffs allege in the Second Amended Master Complaint and their proposed Short Form
     Complaint that the social media apps are "products." Nothing in this Case Management Order or
     in the template Short Form Complaint shall be construed as an admission by any Defendant that
28   their social media platform(s) are products for purposes of any claim asserted by any Plaintiff.
     [2] This Order does not apply to government entity cases.

                                             1

(collectively, "this MDL proceeding"). This Order is binding on all Parties and their counsel in all such cases. This Order is not intended to alter the applicable provisions of the Federal Rules of Civil Procedure or the Local Rules of this Court, except as specified herein or in any subsequent Pretrial Order. Defendants preserve all defenses, including jurisdictional and venue challenges, to any claims brought in this MDL pursuant to this Order.

**II.    MASTER PLEADINGS**

    **A.    MASTER COMPLAINT (PERSONAL INJURY)**

        1.    **Timing.** Pursuant to Case Management Order No. 7 ("CMO-7"),[3] the Plaintiffs' Steering Committee (PSC) filed a *Second Amended Master Complaint (Personal Injury)* ("*Master Complaint*") on December 15, 2023.[4]

        2.    **Effect of *Master Complaint*.** All claims pleaded in the *Master Complaint* will supersede and replace all claims for personal injury in any action pending in this MDL. In accordance with CMO-7, individual plaintiffs who wished to maintain the causes of action withdrawn in the *Master Complaint* filed amended Short-Form Complaints re-asserting those counts (and any supporting allegations) on Tuesday, **January 2, 2024**. If an amended Short-Form Complaint was not filed, individual plaintiffs were deemed to stand on their earlier filed individual Short-Form Complaints, which are deemed amended to conform with the *Master Complaint*.[5] Nothing in this Order shall preclude the PSC from seeking leave to amend the *Master Complaint* as provided in the Federal Rules of Civil Procedure or preclude any Defendant from opposing such leave.

    **B.    SHORT-FORM COMPLAINT**

        1.    Attached as **Exhibit A** to this Order is a template form *Short-Form Complaint* ("SFC") for use by personal injury Plaintiffs in current and future-filed personal injury cases in this MDL.

---

[3] Dkt. 479.

[4] Dkt. 494.

[5] Dkt. 479, at 2.

2.      The SFC is an abbreviated form that each individual Plaintiff will complete, indicating their individual claims, the Defendants against whom they are bringing those claims, and adopting the applicable factual allegations set forth in the *Master Complaint* as the basis for those individual claims. Each Plaintiff who claims injury arising from their own use of Defendants' platforms shall file a separate SFC setting forth their individual claims and injury. Plaintiffs asserting loss of consortium claims as permitted by law; parents or guardians of a minor Plaintiff as permitted by law; and in the event of a wrongful death action, the appropriate heirs or representative(s) of the Estate may state their claims on the same SFC as the individual Plaintiff whose use of Defendants' platforms gives rise to their claims. By this process, all allegations applicable to the specific Defendants named in the SFC that are set forth in the *Master Complaint* shall be deemed pleaded against those Defendants.

3.      For each such personal injury action, the *Master Complaint* (and any subsequent amendments) and the SFC (and any subsequent amendments) shall be deemed the Plaintiff's operative Complaint.

4.      Each SFC filed in this MDL proceeding shall indicate the federal district where the individual Plaintiff(s) originally filed or would have originally filed their Complaint.

5.      The procedures for filing the *Master Complaint* and the SFC do not reflect that the Defendants have agreed to or admitted the allegations set forth in those pleadings, nor have the Defendants conceded or waived their right to dispute the legal validity of the claims alleged therein.

## C.    TIMING AND EFFECT OF FILING *SHORT FORM* COMPLAINTS

### 1.    All Personal Injury Complaints

a.      **Direct Filed cases**: All Personal Injury Plaintiffs must file their SFCs electronically in this MDL. The Court refers Plaintiffs' counsel to Case Management Order No. 4 – Direct Filing Order ("CMO-4"),[6] which is incorporated herein and should be reviewed and followed. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their Complaint as of the date they filed their Short Form Complaint and not

---

[6] Dkt. 119.

[PROPOSED] REVISED SECOND AMENDED STIPULATED IMPLEMENTATION ORDER GOVERNING ADOPTION OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT FORM COMPLAINTS FOR FILED CASES

1    the date of any master complaint, except that, for any Plaintiff who filed a Personal Injury

2    Complaint in this MDL pursuant to CMO-4 before March 8, 2023 (the date the original version of

3    this Order was entered), the date on which they filed such Complaint shall be the relevant date.

4           b.       **Transferred cases**: Any Plaintiff whose case becomes part of this

5    MDL after March 8, 2023 (the date of filing of the original version of this Order (Dkt. 177)) by

6    transfer from another district or from another judge in this district must file a SFC within 20 days

7    from the date of transfer or, if originally filed in this district, from the date of assignment to this

8    Court. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be

9    deemed to have filed their Complaint as of the date they filed their original Complaint in a different

10   judicial district or in this district and not the date of any master complaint or the date they filed their

11   Short Form Complaint. For purposes of statutes of limitations and statutes of repose, any Plaintiff

12   whose case became part of this MDL before March 8, 2023, shall be deemed to have filed their

13   complaint as of the date they filed their original complaint, and not the date of any master complaint

14   or the date they filed the SFC. Nothing in this Order or the filing of a SFC shall be construed as a

15   prior dismissal or amendment of a prior complaint, but the prior complaint shall no longer be

16   deemed the operative complaint.

17           2.       <u>**No Multi-Plaintiff Personal Injury Complaints**</u>. Each Plaintiff must have an

18   individual complaint on file. Any Plaintiff who asserts personal injury claims in a multi-plaintiff

19   complaint that is pending or that is subsequently transferred to this MDL must file an individual SFC

20   20 days from the date that the Court posts the applicable Transfer Order on its docket. This provision

21   does not apply to Personal Injury Plaintiffs asserting loss of consortium claims as permitted by law;

22   parents or guardians of a minor Plaintiff as permitted by law; and in the event of a wrongful death

23   action, the appropriate heirs or representative(s) of the Estate.

24   **III.**    <u>**RESPONSE TO *MASTER COMPLAINT* AND *SHORT-FORM* COMPLAINTS**</u>

25           To eliminate potential delays and to promote judicial efficiency with respect to the

26   administration of this MDL proceeding, all SFCs filed in this MDL proceeding are deemed

27   answered and denied, without waiver of any defense or right to move to dismiss, and with full

28

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1  preservation of all arguments and defenses that may be raised in any responsive pleading that may

2  be required by future order of the Court or motion to dismiss.

3  **IV.**     **SERVICE OF PROCESS**

4          **A.**     **SERVICE OF PROCESS OF NEWLY NAMED DEFENDANTS**

5              1.     Plaintiffs may file an action against any Defendant not named in the current

6  *Master Complaint* ("*Newly Named Defendants*") directly in the MDL by using the SFC[7] and the

7  *Master Complaint* which is deemed adopted into any filed SFC.

8              2.     By this Order, Plaintiffs who name any "*Newly Named Defendant*" in their

9  SFC may effectuate service of process on each "*Newly Named Defendant*" by serving the following

10  upon each *Newly Named Defendant* named in the SFC, in accordance with Rule 4 of the Federal

11  Rules of Civil Procedure:

12              a.   a copy of the *Master Complaint*;

13              b.   the SFC;

14              c.   a copy of this Order, and,

15              d.   a Summons.

16              3.     To the extent Plaintiffs name Meta Platforms Technologies, LLC, Meta

17  Payments, Inc., or Whatsapp Inc. as *Newly Named Defendants*, the entities agree to waive formal

18  service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Service shall be

19  effectuated pursuant to the Section IV.B of this Order.

20              4.     The right of Defendants and "*Newly Named Defendants*" to challenge

21  jurisdiction and venue are hereby preserved and explicitly not waived by Plaintiffs' direct filing of

22  SFCs.

23          **B.**     **SERVICE OF PROCESS WAIVER OF THE DEFENDANTS NAMED IN THE CURRENT *MASTER COMPLAINT***

24

25              1.     CMO-4, Section II (G) is amended as follows: For SFCs that are properly

26  filed in this MDL, the Defendants Meta Platforms, Inc., *formerly known as Facebook Inc.*;

27  Instagram, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Siculus, Inc.; Meta

28

---

[7] *See* Section II.B of the SFC.

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

Platforms Technologies, LLC; Meta Payments, Inc.; Whatsapp Inc.; Snap Inc.; ByteDance, Inc.; TikTok, Inc; ByteDance Ltd.; TikTok Ltd.; TikTok LLC;YouTube, LLC; and Google LLC agree to waive formal service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Please note that a Plaintiff that is serving a SFC, Summons, and Civil Cover Sheet is **not** required to serve a copy of the *Master Complaint* upon the currently named Defendants.

2.      MDL Centrality will provide a mechanism for Plaintiffs to upload and serve copies of the Complaint, Summons, and Civil Cover Sheet that were Electronically Filed with the Court on Defendants. MDL Centrality is accessible at www.mdlcentrality.com/socialmedia. Each Plaintiff, through counsel or *pro se*, may obtain authorized usernames and secure login passwords to permit the use of MDL Centrality by emailing socialmedia@browngreer.com.

3.      Absent a technical failure, Plaintiffs must upload the file-stamped version of the SFC and a fillable PDF version of the SFC to MDL Centrality on the same day that the SFC is filed with the Court.  Service on Defendants shall be deemed to occur when the submitting party has received the MDL Centrality confirmation report that the materials have been successfully submitted to Defendants.

4.      For any Short Form Complaint filed ***on or before*** the date of this Order, a file-stamped copy of the Short Form Complaint must be uploaded to MDL Centrality within fourteen (14) days of the date of this Order.  Additionally, if counsel possesses a fillable PDF version of any previously filed Short Form Complaint, the fillable PDF version must also be uploaded to MDL Centrality by this date.

5.      Plaintiffs shall make proof of electronic service to the Court as required by Rule 4(l)(1) of the Federal Rules of Civil Procedure. Plaintiffs may use the MDL Centrality report to demonstrate proof of service.

6.      In the event a Plaintiff intends to name a Defendant not listed above, the Plaintiff must serve the unlisted Defendant by the methods of service prescribed by the Federal Rules of Civil Procedure.

7.      For all SFCs filed in, removed to, or transferred to this MDL: (i) all requests for issuance of summons shall be made in the underlying constituent case, and not through the

6

1    MDL Master Docket File; (ii) all proofs of service shall be filed only in the underlying constituent

2    case and not in the MDL Master Docket File. Acceptance of electronic service shall not constitute

3    a waiver of any defense.

4

5    DATED: February 5, 2024

6                                                        Respectfully submitted,

7                                                        */s/ Lexi J. Hazam*
                                                         LEXI J. HAZAM
8                                                        **LIEFF CABRASER HEIMANN &**
                                                         **BERNSTEIN, LLP**
9                                                        275 BATTERY STREET, 29TH FLOOR
                                                         SAN FRANCISCO, CA 94111-3339
10                                                       Telephone: 415-956-1000
                                                         lhazam@lchb.com
11
                                                         PREVIN WARREN
12                                                       **MOTLEY RICE LLC**
                                                         401 9th Street NW Suite 630
13                                                       Washington DC 20004
                                                         Telephone: 202-386-9610
14                                                       pwarren@motleyrice.com

15                                                       Co-Lead Counsel

16                                                       CHRISTOPHER A. SEEGER
                                                         **SEEGER WEISS, LLP**
17                                                       55 CHALLENGER ROAD, 6TH FLOOR
                                                         RIDGEFIELD PARK, NJ 07660
18                                                       Telephone: 973-639-9100
                                                         Facsimile: 973-679-8656
19                                                       cseeger@seegerweiss.com

20                                                       Counsel to Co-Lead Counsel and Settlement
                                                         Counsel
21
                                                         JENNIE LEE ANDERSON
22                                                       **ANDRUS ANDERSON, LLP**
                                                         155 MONTGOMERY STREET, SUITE 900
23                                                       SAN FRANCISCO, CA 94104
                                                         Telephone:  415-986-1400
24                                                       jennie@andrusanderson.com

25                                                       Liaison Counsel

26                                                       JOSEPH G. VANZANDT
                                                         **BEASLEY ALLEN CROW METHVIN**
27                                                       **PORTIS & MILES, P.C.**
                                                         234 COMMERCE STREET
28                                                       MONTGOMERY, AL 36103

                                              7          [PROPOSED] REVISED SECOND AMENDED STIPULATED
                                                         IMPLEMENTATION ORDER GOVERNING ADOPTION
                                                         OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT
                                                         FORM COMPLAINTS FOR FILED CASES

1                                  Telephone:  334-269-2343

joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 GRANDVIEW DRIVE
FT. MITCHELL, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**

2

16 Court St.
Brooklyn, NY 11241

3

T: (646) 666-8908
carrie@cagoldberglaw.com

4

5

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**

6

600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202

7

Telephone: 859-578-4444
rjohnson@justicestartshere.com

8

9

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**

10

**OVERHOLTZ, PLLC**

11

17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502

12

Telephone:  510-698-9566
mliu@awkolaw.com

13

14

JAMES MARSH
**MARSH LAW FIRM PLLC**

15

31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030

16

jamesmarsh@marshlaw.com

17

ANDRE MURA
**GIBBS LAW GROUP, LLP**

18

1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607

19

Telephone:  510-350-9717
amm@classlawgroup.com

20

21

HILLARY NAPPI
**HACH & ROSE LLP**

22

112 Madison Avenue, 10th Floor

23

New York, New York 10016
Tel: 212.213.8311

24

hnappi@hrsclaw.com

25

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**

26

316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502

27

Telephone:  850-435-7107
epaulos@levinlaw.com

28

RUTH THI RIZKALLA

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1          **THE CARLSON LAW FIRM, P.C.**
           1500 ROSECRANS AVE., STE. 500
2          MANHATTAN BEACH, CA 90266
           Telephone: 415-308-1915
3          rrizkalla@carlsonattorneys.com

4          ROLAND TELLIS
           DAVID FERNANDES
5          **BARON & BUDD, P.C.**
           15910 Ventura Boulevard, Suite 1600
6          Encino, CA 91436
           Telephone:  (818) 839-2333
7          Facsimile:  (818) 986-9698
           rtellis@baronbudd.com
8          dfernandes@baronbudd.com

9          ALEXANDRA WALSH
           **WALSH LAW**
10         1050 Connecticut Ave, NW, Suite 500
           Washington D.C. 20036
11         T: 202-780-3014
           awalsh@alexwalshlaw.com
12
           MICHAEL M. WEINKOWITZ
13         **LEVIN SEDRAN & BERMAN, LLP**
           510 WALNUT STREET
14         SUITE 500
           PHILADELPHIA, PA 19106
15         Telephone:  215-592-1500
           mweinkowitz@lfsbalw.com
16
           MELISSA YEATES
17         JOSEPH H. MELTZER
           **KESSLER TOPAZ MELTZER & CHECK,**
18         **LLP**
           280 KING OF PRUSSIA ROAD
19         RADNOR, PA 19087
           Telephone: 610-667-7706
20         myeates@ktmc.com
           jmeltzer@ktmc.com
21
           DIANDRA "FU" DEBROSSE ZIMMERMANN
22         **DICELLO LEVITT**
           505 20th St North
23         Suite 1500
           Birmingham, Alabama 35203
24         Telephone:  205.855.5700
           fu@dicellolevitt.com
25
           *Attorneys for Plaintiffs*
26

27

28

[PROPOSED] REVISED SECOND AMENDED STIPULATED
           IMPLEMENTATION ORDER GOVERNING ADOPTION
           OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
           FORM COMPLAINTS FOR FILED CASES

1

2

COVINGTON & BURLING LLP

By:      /s/ Paul W. Schmidt
3

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
4

One City Center
850 Tenth Street, NW
5

Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
6

Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
7

8

*Attorney for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings,
LLC; Facebook Operations, LLC; Facebook
9

Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
10

Zuckerberg*

11

12

FAEGRE DRINKER LLP

13

By:      /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
14

FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
15

Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
16

Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
17

Email: amy.fiterman @faegredrinker.com

18

GEOFFREY DRAKE, *pro hac vice*
19

David Mattern, *pro ha vice*
KING & SPALDING LLP
20

1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
21

Tel.: 404-572-4600
22

Email: gdrake@kslaw.com
Email: dmattern@kslaw.com
23

24

*Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*

25

26

MUNGER, TOLLES & OLSEN LLP

27

By:      /s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
28

MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      */s/ Brian D. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI

12

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1

2

3

633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

4

5

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

6

WILLIAMS & CONNOLLY LLP

7

8

9

10

11

By: */s/ Ashley W. Hardin*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

12

13

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____, 2024

4                                                    _____
                                                     YVONNE GONZALEZ ROGERS
5                                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1

**ATTESTATION**

2          I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence

3   to the filing of this document has been obtained from each signatory hereto.

4   **DATED:** February 5, 2024                    */s/Lexi J. Hazam*_____

5                                          Lexi J. Hazam

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES