# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR-PHK<br><br>MDL No. 3047<br><br>**NOTICE OF ERRATA TO JOINT STATEMENT REGARDING BELLWETHER TRIAL PROTOCOL AND PROPOSED TRIAL SCHEDULES** |

The Parties respectfully submit this errata to their Joint Statement Regarding the Bellwether Trial Protocol and Schedules to correct inadvertent errors in the Joint Statement and the Parties' proposed schedules. The Parties note that the proposed agreed-upon dates for the first bellwether trial, dispositive and Rule 702 briefing, and the close of expert discovery remain unchanged. Corrected versions are submitted as the following exhibits:

- **Exhibit A:** Corrected Joint Statement Regarding Bellwether Trial Protocol;
- **Exhibit B:** Joint Statement Regarding Bellwether Trial Protocol with corrections in redline;
- **Exhibit C:** Corrected Plaintiffs' Proposed Bellwether Case Management Schedule;
- **Exhibit D:** Plaintiffs' Proposed Bellwether Case Management Schedule with corrections in redline.
- **Exhibit E:** Corrected Defendants' Proposed Bellwether Case Management Schedule; and

- **Exhibit F:** Defendants' Proposed Bellwether Case Management Schedule with corrections in redline.

Dated: February 5, 2024

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

- 2 -

ERRATA TO JOINT BELLWETHER
PROTOCOL AND SCHEDULES
CASE NO. 4:22-MD-03047-YGR-PHK

|   |   |
|---|---|
| 1 | MATTHEW BERGMAN |
| 2 | GLENN DRAPER |
|   | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 3 | 821 SECOND AVENUE, SUITE 2100 |
|   | SEATTLE, WA 98104 |
| 4 | Telephone: 206-741-4862 |
|   | matt@socialmediavictims.org |
| 5 | glenn@socialmediavictims.org |
| 6 |   |
|   | JAMES J. BILSBORROW |
| 7 | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 8 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 9 | Facsimile: 212-344-5461 |
|   | jbilsborrow@weitzlux.com |
| 10 |   |
| 11 | PAIGE BOLDT |
|   | **WATTS GUERRA LLP** |
| 12 | 4 Dominion Drive, Bldg. 3, Suite 100 |
|   | San Antonio, TX 78257 |
| 13 | T: 210-448-0500 |
|   | PBoldt@WattsGuerra.com |
| 14 |   |
| 15 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 16 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 17 | T: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 18 |   |
| 19 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 20 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 21 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |
| 22 | CARRIE GOLDBERG |
| 23 | **C.A. GOLDBERG, PLLC** |
|   | 16 Court St. |
| 24 | Brooklyn, NY 11241 |
|   | T: (646) 666-8908 |
| 25 | carrie@cagoldberglaw.com |
| 26 |   |
|   | SIN-TING MARY LIU |
| 27 | **AYLSTOCK WITKIN KREIS &** |
|   | **OVERHOLTZ, PLLC** |
| 28 | 17 EAST MAIN STREET, SUITE 200 |

| | |
|---|---|
| 1 | |
| 2 | PENSACOLA, FL 32502<br>Telephone: 510-698-9566<br>mliu@awkolaw.com |
| 3 | |
| 4 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP**<br>1111 BROADWAY, SUITE 2100<br>OAKLAND, CA 94607<br>Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 5 | |
| 6 | |
| 7 | |
| 8 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY**<br>316 SOUTH BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 32502<br>Telephone: 850-435-7107<br>epaulos@levinlaw.com |
| 9 | |
| 10 | |
| 11 | |
| 12 | ROLAND TELLIS<br>DAVID FERNANDES<br>**BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: (818) 839-2333<br>Facsimile: (818) 986-9698<br>rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | ALEXANDRA WALSH<br>**WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036<br>T: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 18 | |
| 19 | |
| 20 | |
| 21 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP**<br>510 WALNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 2 | **DICELLO LEVITT** |
| 3 | 505 20th St North<br>Suite 1500 |
| 4 | Birmingham, Alabama 35203<br>Telephone: 205.855.5700 |
| 5 | fu@dicellolevitt.com |
| 6 | HILLARY NAPPI |
| 7 | **HACH & ROSE LLP** |
| 8 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 9 | Tel: 212.213.8311<br>hnappi@hrsclaw.com |
| 10 | JAMES MARSH |
| 11 | **MARSH LAW FIRM PLLC** |
| 12 | 31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY 10001-2170 |
| 13 | Telephone: 212-372-3030<br>jamesmarsh@marshlaw.com |
| 14 | *Attorneys for Individual Plaintiffs* |

**PHILIP J. WEISER**
Attorney General
State of Colorado

 */s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 */s/ Megan O'Neill*
Nick A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Bernard.Eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Gregory B. Ladd (KY Bar No. 95886),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
GREG.LADD@KY.GOV
ZACH.RICHARDS@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

|  |  |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | By: */s/ Ashley M. Simonsen* |
| 3 | Ashley M. Simonsen, SBN 275203 |
|   | COVINGTON & BURLING LLP |
| 4 | 1999 Avenue of the Stars |
|   | Los Angeles, CA 90067 |
| 5 | Telephone: (424) 332-4800 |
|   | Facsimile: + 1 (424) 332-4749 |
| 6 | Email: asimonsen@cov.com |
| 7 |  |
|   | Phyllis A. Jones, *pro hac vice* |
| 8 | Paul W. Schmidt, *pro hac vice* |
|   | COVINGTON & BURLING LLP |
| 9 | One City Center |
|   | 850 Tenth Street, NW |
| 10 | Washington, DC 20001-4956 |
| 11 | Telephone: + 1 (202) 662-6000 |
|   | Facsimile: + 1 (202) 662-6291 |
| 12 | Email: pajones@cov.com |
| 13 |  |
|   | *Attorney for Defendants Meta Platforms, Inc.* |
| 14 | *f/k/a Facebook, Inc.; Facebook Holdings,* |
|   | *LLC; Facebook Operations, LLC; Facebook* |
| 15 | *Payments, Inc.; Facebook Technologies, LLC;* |
|   | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 16 | *Zuckerberg* |
| 17 | FAEGRE DRINKER LLP |
|    | By: */s/ Andrea Roberts Pierson* |
| 18 | Andrea Roberts Pierson, *pro hac vice* |
| 19 | Amy Fiterman, *pro hac vice* |
|    | FAEGRE DRINKER LLP |
| 20 | 300 N. Meridian Street, Suite 2500 |
|    | Indianapolis, IN 46204 |
| 21 | Telephone: + 1 (317) 237-0300 |
|    | Facsimile: + 1 (317) 237-1000 |
| 22 | Email: andrea.pierson@faegredrinker.com |
| 23 | Email: amy.fiterman @faegredrinker.com |
| 24 | GEOFFREY DRAKE, *pro hac vice* |
|    | David Mattern, *pro ha vice* |
| 25 | KING & SPALDING LLP |
| 26 | 1180 Peachtree Street, NE, Suite 1600 |
|    | Atlanta, GA 30309 |
| 27 | Tel.: 404-572-4600 |
|    | Email: gdrake@kslaw.com |
| 28 | Email: dmattern@kslaw.com |

|   |   |
|---|---|
| 1 |   |
| 2 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 3 | MUNGER, TOLLES & OLSEN LLP |
| 4 | By: */s/ Jonathan H. Blavin*<br>Jonathan H. Blavin, SBN 230269 |
| 5 | MUNGER, TOLLES & OLSON LLP |
| 6 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 7 | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 8 | Email: jonathan.blavin@mto.com |
| 9 | Rose L. Ehler (SBN 29652) |
| 10 | Victoria A. Degtyareva (SBN 284199)<br>Laura M. Lopez, (SBN 313450) |
| 11 | Ariel T. Teshuva (SBN 324238)<br>MUNGER, TOLLES & OLSON LLP |
| 12 | 350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426 |
| 13 | Telephone: (213) 683-9100 |
| 14 | Facsimile: (213) 687-3702<br>Email: rose.ehler@mto.com |
| 15 | Email: victoria.degtyareva@mto.com<br>Email: Ariel.Teshuva@mto.com |
| 16 |   |
| 17 | Lauren A. Bell (*pro hac vice forthcoming*)<br>MUNGER, TOLLES & OLSON LLP |
| 18 | 601 Massachusetts Ave., NW St.,<br>Suite 500 E |
| 19 | Washington, D.C. 20001-5369<br>Telephone: (202) 220-1100 |
| 20 | Facsimile: (202) 220-2300<br>Email: lauren.bell@mto.com |
| 21 | *Attorneys for Defendant Snap Inc.* |
| 22 | WILSON SONSINI GOODRICH & ROSATI |
| 23 | Professional Corporation<br>By: */s/ Brian M. Willen* |
| 24 | Brian M. Willen<br>WILSON SONSINI GOODRICH & ROSATI |
| 25 | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 26 | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 27 | Email: bwillen@wsgr.com |
| 28 |   |

|   |   |
|---|---|
| 1 | Lauren Gallo White |
| 2 | Samantha A. Machock |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 4 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 5 | Email: lwhite@wsgr.com |
| 6 | Email: smachock@wsgr.com |

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I, Lexi Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 5, 2024

By: /s/ *Lexi J. Hazam*
LEXI J. HAZAM