UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | |

**ORDER**

Upon consideration of the "MOTION TO RECONSIDER AND MODIFY, PRIOR ORDER," the motion is hereby GRANTED.

This is done in Oakland, California on the ____ day of _____, 2024.

_____

Honorable Judge Yvonne Gonzalez Rogers

4