# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 6, 2024 | **Time:** 9:04 a.m. to 11:00 a.m.  1 hour 56 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorneys for Plaintiffs:** Lexi Hazam, Annie Kouba, Michael Weinkowitz, Bianca Miyata, Megan O'Neill, Christian Lewis.

**Attorneys for Defendants:** Ashley Simonsen, Phyllis Jones, Jonathan Blavin, Geoffrey Drake, Andrea Pierson, Ashley Hardin, Yardena Zwang-Weissman.

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Not Reported

## PROCEEDINGS

Status Conference – **HELD**.

The Court held an informal, off-the-record conversation with parties regarding trial scheduling and bellwether selection protocols.

Written order to issue.