# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS<br><br>. | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF USER ACCOUNT PRESERVATION FORM** |

  The Plaintiff User named below submits this Plaintiff User Account Preservation Form, by and through the undersigned counsel, after reasonable investigation. This information is Confidential pursuant to the Protective Order that has been or will be entered by the Court and is being provided solely for preservation purposes.

  A. Plaintiff User's full name:

_____

  B. Date of birth:

_____

C. For any Plaintiff User who is a minor, the full name of the Plaintiff's legal representative or guardian ad litem ("Representative") with authority to consent to the preservation of information and to receive information on the minor Plaintiff's behalf is:[1]

_____

D. City:

_____

E. State:

_____

F. Any phone number(s) that may have been used by Plaintiff User to create an account on a Defendant's platform:

_____

G. Any email address(es) that may have been used by Plaintiff User to create an account on a Defendant's platform:

_____

H. Known account username(s) used by Plaintiff User on Defendants' platforms:

- Facebook account URL link(s) used:

  _____

- Instagram account username(s) (handles) and/or URL link(s) used:

  _____

- YouTube account username(s) used:

  _____

---

[1] To the extent the Court has appointed a guardian ad litem to represent the Plaintiff in this action at the time this form is transmitted, Plaintiff will attach the Court's order to this form.

PLAINTIFF USER ACCOUNT PRESERVATION FORM        2        CASE NO.: 4:22-MD-03047-YGR

- Snapchat account username(s) used:

  _____

- TikTok account username(s) used:

  _____

- Other:

  _____

I. Other identifying information that Plaintiff User wishes to provide that Defendants may be able to use to identify a Plaintiff User's account(s):

_____

_____

J. To the extent Plaintiff User's claims are predicated on use of any Defendant's platform via an account opened and used primarily by a user other than the Plaintiff User, the full legal name of the third party.

_____

_____

K. To the extent Plaintiff identifies any third party in response to Question J, identify:

| Third-party name | Defendant platform accessed | All known account identifying information (e.g., email address, phone number, URL, username or "handle") | Relationship of Plaintiff to third-party account holder | Estimated time period(s) during which Plaintiff used the third-party account |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

PLAINTIFF USER ACCOUNT PRESERVATION FORM       3       CASE NO.: 4:22-MD-03047-YGR

L. For preservation of third-party account(s) alleged to have been engaged in specific user-directed misconduct, identify:

| Name of the third-party bad actor | All known account identifying information | Platform on which the alleged misconduct occurred | Known (or approximate) date(s) of alleged misconduct |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |