# EXHIBIT B

## KELLER ROHRBACK L.L.P.

DEAN KAWAMOTO
DKAWAMOTO@KELLERROHRBACK.COM
(206) 428-0586

## LEVIN SEDRAN & BERMAN, LLP
*Counsellors at Law and Proctors in Admiralty*

MICHAEL M. WEINKOWITZ
MWEINKOWITZ@LFSBLAW.COM
(215) 592-1500

## KESSLER TOPAZ MELZER & CHECK, LLP

MELISSA L. YEATES
MYEATES@KTMC.COM
(610) 667-7056

## WAGSTAFF & CARTMELL

TOM CARTMELL
TCARTMELL@WCLLP.COM
(816) 701-1102

January 25, 2024

**VIA E-MAIL**

Lauren Bell
Munger, Tolles & Olson LLP
601 Massachusetts Ave., NW Street
Suite 500 E
Washington, D.C. 20001-5369
lauren.bell@mto.com

Jonathan H. Blavin
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
jonathan.blavin@mto.com

Rose L. Ehler
Victoria A. Degtyareva
Ariel T. Teshuva
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
rose.ehler@mto.com
victoria.degtyareva@mto.com
ariel.teshuva@mto.com

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP

Ashley M. Simonsen
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
asimonsen@cov.com

Phyllis A. Jones
Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
pajones@cov.com
pschmidt@cov.com
mimbroscio@cov.com

Emily Johnson Henn
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
ehenn@cov.com

Geoffrey M. Drake

January 25, 2024
Page 2

| | |
|---|---|
| 1440 New York Ave., N.W.<br>Washington, DC 20005<br>john.beisner@skadden.com | King & Spalding LLP<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>gdrake@kslaw.com |
| Andrea Roberts Pierson<br>Faegre Drinker LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>andrea.pierson@faegredrinker.com | Joseph G. Petrosinelli<br>Ashley W. Hardin<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>jpetrosinelli@wc.com<br>ahardin@wc.com |

Re: *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, JCCP 5255 and MDL No. 3047 – Defendants' Preservation Demands

Dear Counsel:

On behalf of MDL and JCCP leadership in the above-referenced matters, we write to respond to Defendants'[1] January 5, 2024, letter concerning Defendants' demands for local government entity plaintiffs' ("GE Plaintiffs") preservation.

**Custodians.** Defendants' January 5 letter repeats Defendants' position regarding preservation custodians for the GE Plaintiffs.[2] The parties have discussed this issue at length, in written correspondence and meet-and-confers. The GE Plaintiffs reiterate their position expressed in prior correspondence dated July 18, 2023, August 30, 2023, and December 7, 2023. In short, Defendants' demand that Plaintiffs preserve the complete custodial files of "all individuals who may have [relevant] information" is untenable, unreasonable, and disproportionate to the needs of the case. The GE Plaintiffs vary in size, organization, and sophistication, with no one plaintiff's circumstances the same as another. Counsel for the GE Plaintiffs are communicating with their respective clients about their preservation obligations on an individualized basis and are complying with applicable law, rather than merely adopting the categorical approach insisted on by

---

[1] Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc; Meta Platform Technologies, LLC; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; Whatsapp, Inc.; Snap Inc.; TikTok Inc.; ByteDance Inc.; YouTube, LLC; Google LLC; XXVI Holdings Inc.; and Alphabet Inc.

[2] As previously indicated, for ease of reference, the GE Plaintiffs adopt Defendants nomenclature for the disputes. But the GE Plaintiffs do not agree that every individual whose information is preserved would be a proper custodian for discovery.

January 25, 2024
Page 3

Defendants, which cannot be tailored to each plaintiff's systems and operations. In general, the GE Plaintiffs have reasonably limited their preservation efforts to individuals, administrators, departments, committees, and boards whose primary responsibility and role is to address issues concerning students' use of social media, including to provide health and physical safety supports for students, including policy development, enforcement, treatment, funding, and information technology support.

**Timeframe.** As previously stated, the GE Plaintiffs are willing to preserve centralized documents back to 2010, to the extent available. In the interest of compromise, the GE Plaintiffs agree to Defendants' demand that custodial files be preserved back to the 2015-16 school year, to the extent available.

*      *      *      *      *

We are communicating the positions expressed in this letter and prior correspondence on this issue to counsel for GE Plaintiffs not represented by our firms. Ultimately, preservation decisions must be assessed on a case-by-case basis by counsel for each GE Plaintiff based on their specific circumstances.

As stated, the GE Plaintiffs are taking reasonable efforts to preserve potentially discoverable information and will continue to do so as appropriate. The GE Plaintiffs do not waive and expressly preserve their rights to object to the production of documents and information discussed herein, prior correspondence, or during the parties' past and future meet-and-confers.

January 25, 2024
Page 4

      If Defendants believe disputes remain and intend to seek relief from any court, please explain the relief Defendants intend to seek and provide your availability for a meet-and-confer.

      Sincerely,

**DEAN KAWAMOTO**
**Co-Chair of the JCCP Government Entity**
**Committee**

**MICHAEL WEINKOWITZ**
**MDL Plaintiff Steering Committee Leadership**
**Co-Chair of MDL Government Entity**
**Subcommittee**

**MELISSA YEATES**
**Co-Chair of MDL Government Entity**
**Subcommittee**

**TOM CARTMELL**
**MDL Government Entity Subcommittee**

cc:    Joseph VanZandt
        Emily Jeffcott
        Jesse Creed
        Kirk Goza
        Jim Frantz
        Chris Seeger
        Lexi Hazam
        Previn Warren
        School District Counsel of Record