1
2

*[Submitting Counsel on Signature Page]*

3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT         Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION          MDL No. 3047

13

14   This Document Relates to:              **[PROPOSED]** **REVISED SECOND
                                            AMENDED STIPULATED
15   ALL PERSONAL INJURY ACTIONS            IMPLEMENTATION ORDER
                                            GOVERNING ADOPTION OF MASTER
16                                          COMPLAINT (PERSONAL INJURY) AND
                                            SHORT-FORM COMPLAINTS FOR
17                                          FILED CASES**

18

19   **I.      APPLICABILITY AND SCOPE OF ORDER**

20         This Implementation Order ("Order") applies only to Plaintiffs who have asserted or seek

21   to assert personal injury claims related to the use of one or more of Defendants' social media apps[1]

22   ("Personal Injury Plaintiffs") consistent with the scope of the October 11, 2022 Transfer Order

23   initiating these MDL proceedings.[2] No personal injury claims may be asserted in current or future

24   filed cases in this MDL other than pursuant to the terms of this Order. This Order applies to cases

25   directly filed in this MDL and those transferred, removed, or otherwise assigned to this proceeding

26

27   [1] Plaintiffs allege in the Second Amended Master Complaint and their proposed Short Form
     Complaint that the social media apps are "products." Nothing in this Case Management Order or
     in the template Short Form Complaint shall be construed as an admission by any Defendant that
28   their social media platform(s) are products for purposes of any claim asserted by any Plaintiff.
     [2] This Order does not apply to government entity cases.

1

(collectively, "this MDL proceeding"). This Order is binding on all Parties and their counsel in all such cases. This Order is not intended to alter the applicable provisions of the Federal Rules of Civil Procedure or the Local Rules of this Court, except as specified herein or in any subsequent Pretrial Order. Defendants preserve all defenses, including jurisdictional and venue challenges, to any claims brought in this MDL pursuant to this Order.

## II.    MASTER PLEADINGS

### A.    MASTER COMPLAINT (PERSONAL INJURY)

1.    **Timing.** Pursuant to Case Management Order No. 7 ("CMO-7"),[3] the Plaintiffs' Steering Committee (PSC) filed a *Second Amended Master Complaint (Personal Injury)* ("*Master Complaint*") on December 15, 2023.[4]

2.    **Effect of *Master Complaint*.** All claims pleaded in the *Master Complaint* will supersede and replace all claims for personal injury in any action pending in this MDL. In accordance with CMO-7, individual plaintiffs who wished to maintain the causes of action withdrawn in the *Master Complaint* filed amended Short-Form Complaints re-asserting those counts (and any supporting allegations) on Tuesday, **January 2, 2024**. If an amended Short-Form Complaint was not filed, individual plaintiffs were deemed to stand on their earlier filed individual Short-Form Complaints, which are deemed amended to conform with the *Master Complaint*.[5] Nothing in this Order shall preclude the PSC from seeking leave to amend the *Master Complaint* as provided in the Federal Rules of Civil Procedure or preclude any Defendant from opposing such leave.

### B.    SHORT-FORM COMPLAINT

1.    Attached as **Exhibit A** to this Order is a template form *Short-Form Complaint* ("SFC") for use by personal injury Plaintiffs in current and future-filed personal injury cases in this MDL.

---

[3] Dkt. 479.
[4] Dkt. 494.
[5] Dkt. 479, at 2.

2.      The SFC is an abbreviated form that each individual Plaintiff will complete, indicating their individual claims, the Defendants against whom they are bringing those claims, and adopting the applicable factual allegations set forth in the *Master Complaint* as the basis for those individual claims. Each Plaintiff who claims injury arising from their own use of Defendants' platforms shall file a separate SFC setting forth their individual claims and injury. Plaintiffs asserting loss of consortium claims as permitted by law; parents or guardians of a minor Plaintiff as permitted by law; and in the event of a wrongful death action, the appropriate heirs or representative(s) of the Estate may state their claims on the same SFC as the individual Plaintiff whose use of Defendants' platforms gives rise to their claims. By this process, all allegations applicable to the specific Defendants named in the SFC that are set forth in the *Master Complaint* shall be deemed pleaded against those Defendants.

3.      For each such personal injury action, the *Master Complaint* (and any subsequent amendments) and the SFC (and any subsequent amendments) shall be deemed the Plaintiff's operative Complaint.

4.      Each SFC filed in this MDL proceeding shall indicate the federal district where the individual Plaintiff(s) originally filed or would have originally filed their Complaint.

5.      The procedures for filing the *Master Complaint* and the SFC do not reflect that the Defendants have agreed to or admitted the allegations set forth in those pleadings, nor have the Defendants conceded or waived their right to dispute the legal validity of the claims alleged therein.

C.      **TIMING AND EFFECT OF FILING *SHORT FORM* COMPLAINTS**

1.      **All Personal Injury Complaints**

a.      **Direct Filed cases**: All Personal Injury Plaintiffs must file their SFCs electronically in this MDL. The Court refers Plaintiffs' counsel to Case Management Order No. 4 – Direct Filing Order ("CMO-4"),[6] which is incorporated herein and should be reviewed and followed. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their Complaint as of the date they filed their Short Form Complaint and not

---

[6] Dkt. 119.

the date of any master complaint, except that, for any Plaintiff who filed a Personal Injury Complaint in this MDL pursuant to CMO-4 before March 8, 2023 (the date the original version of this Order was entered), the date on which they filed such Complaint shall be the relevant date.

b.     **Transferred cases**: Any Plaintiff whose case becomes part of this MDL after March 8, 2023 (the date of filing of the original version of this Order (Dkt. 177)) by transfer from another district or from another judge in this district must file a SFC within 20 days from the date of transfer or, if originally filed in this district, from the date of assignment to this Court. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their Complaint as of the date they filed their original Complaint in a different judicial district or in this district and not the date of any master complaint or the date they filed their Short Form Complaint. For purposes of statutes of limitations and statutes of repose, any Plaintiff whose case became part of this MDL before March 8, 2023, shall be deemed to have filed their complaint as of the date they filed their original complaint, and not the date of any master complaint or the date they filed the SFC. Nothing in this Order or the filing of a SFC shall be construed as a prior dismissal or amendment of a prior complaint, but the prior complaint shall no longer be deemed the operative complaint.

2.     **No Multi-Plaintiff Personal Injury Complaints**. Each Plaintiff must have an individual complaint on file. Any Plaintiff who asserts personal injury claims in a multi-plaintiff complaint that is pending or that is subsequently transferred to this MDL must file an individual SFC 20 days from the date that the Court posts the applicable Transfer Order on its docket. This provision does not apply to Personal Injury Plaintiffs asserting loss of consortium claims as permitted by law; parents or guardians of a minor Plaintiff as permitted by law; and in the event of a wrongful death action, the appropriate heirs or representative(s) of the Estate.

### III.     RESPONSE TO *MASTER COMPLAINT* AND *SHORT-FORM* COMPLAINTS

To eliminate potential delays and to promote judicial efficiency with respect to the administration of this MDL proceeding, all SFCs filed in this MDL proceeding are deemed answered and denied, without waiver of any defense or right to move to dismiss, and with full

preservation of all arguments and defenses that may be raised in any responsive pleading that may be required by future order of the Court or motion to dismiss.

## IV.    SERVICE OF PROCESS

### A.    SERVICE OF PROCESS OF NEWLY NAMED DEFENDANTS

1.    Plaintiffs may file an action against any Defendant not named in the current *Master Complaint* ("*Newly Named Defendants*") directly in the MDL by using the SFC[7] and the *Master Complaint* which is deemed adopted into any filed SFC.

2.    By this Order, Plaintiffs who name any "*Newly Named Defendant*" in their SFC may effectuate service of process on each "*Newly Named Defendant*" by serving the following upon each *Newly Named Defendant* named in the SFC, in accordance with Rule 4 of the Federal Rules of Civil Procedure:

   a.   a copy of the *Master Complaint*;

   b.   the SFC;

   c.   a copy of this Order, and,

   d.   a Summons.

3.    To the extent Plaintiffs name Meta Platforms Technologies, LLC, Meta Payments, Inc., or Whatsapp Inc. as *Newly Named Defendants*, the entities agree to waive formal service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Service shall be effectuated pursuant to the Section IV.B of this Order.

4.    The right of Defendants and "*Newly Named Defendants*" to challenge jurisdiction and venue are hereby preserved and explicitly not waived by Plaintiffs' direct filing of SFCs.

### B.    SERVICE OF PROCESS WAIVER OF THE DEFENDANTS NAMED IN THE CURRENT *MASTER COMPLAINT*

1.    CMO-4, Section II (G) is amended as follows: For SFCs that are properly filed in this MDL, the Defendants Meta Platforms, Inc., *formerly known as Facebook Inc.*; Instagram, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Siculus, Inc.; Meta

---

[7] *See* Section II.B of the SFC.

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

Platforms Technologies, LLC; Meta Payments, Inc.; Whatsapp Inc.; Snap Inc.; ByteDance, Inc.; TikTok, Inc; ByteDance Ltd.; TikTok Ltd.; TikTok LLC;YouTube, LLC; and Google LLC agree to waive formal service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Please note that a Plaintiff that is serving a SFC, Summons, and Civil Cover Sheet is **not** required to serve a copy of the *Master Complaint* upon the currently named Defendants.

2.      MDL Centrality will provide a mechanism for Plaintiffs to upload and serve copies of the Complaint, Summons, and Civil Cover Sheet that were Electronically Filed with the Court on Defendants. MDL Centrality is accessible at www.mdlcentrality.com/socialmedia. Each Plaintiff, through counsel or *pro se*, may obtain authorized usernames and secure login passwords to permit the use of MDL Centrality by emailing socialmedia@browngreer.com.

3.      Absent a technical failure, Plaintiffs must upload the file-stamped version of the SFC and a fillable PDF version of the SFC to MDL Centrality on the same day that the SFC is filed with the Court.  Service on Defendants shall be deemed to occur when the submitting party has received the MDL Centrality confirmation report that the materials have been successfully submitted to Defendants.

4.      For any Short Form Complaint filed ***on or before*** the date of this Order, a file-stamped copy of the Short Form Complaint must be uploaded to MDL Centrality within fourteen (14) days of the date of this Order.  Additionally, if counsel possesses a fillable PDF version of any previously filed Short Form Complaint, the fillable PDF version must also be uploaded to MDL Centrality by this date.

5.      Plaintiffs shall make proof of electronic service to the Court as required by Rule 4(l)(1) of the Federal Rules of Civil Procedure. Plaintiffs may use the MDL Centrality report to demonstrate proof of service.

6.      In the event a Plaintiff intends to name a Defendant not listed above, the Plaintiff must serve the unlisted Defendant by the methods of service prescribed by the Federal Rules of Civil Procedure.

7.      For all SFCs filed in, removed to, or transferred to this MDL: (i) all requests for issuance of summons shall be made in the underlying constituent case, and not through the

1   MDL Master Docket File; (ii) all proofs of service shall be filed only in the underlying constituent

2   case and not in the MDL Master Docket File. Acceptance of electronic service shall not constitute

3   a waiver of any defense.

4

5   DATED: February 5, 2024

6                                                    Respectfully submitted,

7                                                    */s/ Lexi J. Hazam*
                                                     LEXI J. HAZAM
8                                                    **LIEFF CABRASER HEIMANN &**
                                                     **BERNSTEIN, LLP**
9                                                    275 BATTERY STREET, 29TH FLOOR
                                                     SAN FRANCISCO, CA 94111-3339
10                                                   Telephone: 415-956-1000
                                                     lhazam@lchb.com
11
                                                     PREVIN WARREN
12                                                   **MOTLEY RICE LLC**
                                                     401 9th Street NW Suite 630
13                                                   Washington DC 20004
                                                     Telephone: 202-386-9610
14                                                   pwarren@motleyrice.com

15                                                   Co-Lead Counsel

16                                                   CHRISTOPHER A. SEEGER
                                                     **SEEGER WEISS, LLP**
17                                                   55 CHALLENGER ROAD, 6TH FLOOR
                                                     RIDGEFIELD PARK, NJ 07660
18                                                   Telephone: 973-639-9100
                                                     Facsimile: 973-679-8656
19                                                   cseeger@seegerweiss.com

20                                                   Counsel to Co-Lead Counsel and Settlement
                                                     Counsel
21
                                                     JENNIE LEE ANDERSON
22                                                   **ANDRUS ANDERSON, LLP**
                                                     155 MONTGOMERY STREET, SUITE 900
23                                                   SAN FRANCISCO, CA 94104
                                                     Telephone:  415-986-1400
24                                                   jennie@andrusanderson.com

25                                                   Liaison Counsel

26                                                   JOSEPH G. VANZANDT
                                                     **BEASLEY ALLEN CROW METHVIN**
27                                                   **PORTIS & MILES, P.C.**
                                                     234 COMMERCE STREET
28                                                   MONTGOMERY, AL 36103

                                            7        [PROPOSED] REVISED SECOND AMENDED STIPULATED
                                                     IMPLEMENTATION ORDER GOVERNING ADOPTION
                                                     OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
                                                     FORM COMPLAINTS FOR FILED CASES

1    Telephone:  334-269-2343
     joseph.vanzandt@beasleyallen.com
2
     EMILY C. JEFFCOTT
3    **MORGAN & MORGAN**
     220 W. GARDEN STREET, 9TH FLOOR
4    PENSACOLA, FL 32502
     Telephone: 850-316-9100
5    ejeffcott@forthepeople.com

6    Federal/State Liaison Counsel

7    MATTHEW BERGMAN
     **SOCIAL MEDIA VICTIMS LAW CENTER**
8    821 SECOND AVENUE, SUITE 2100
     SEATTLE, WA 98104
9    Telephone:  206-741-4862
     matt@socialmediavictims.org
10
     JAMES J. BILSBORROW
11   **WEITZ & LUXENBERG, PC**
     700 BROADWAY
12   NEW YORK, NY 10003
     Telephone:  212-558-5500
13   Facsimile: 212-344-5461
     jbilsborrow@weitzlux.com
14
     PAIGE BOLDT
15   **WATTS GUERRA LLP**
     4 Dominion Drive, Bldg. 3, Suite 100
16   San Antonio, TX 78257
     T: 210-448-0500
17   PBoldt@WattsGuerra.com

18   THOMAS P. CARTMELL
     **WAGSTAFF & CARTMELL LLP**
19   4740 Grand Avenue, Suite 300
     Kansas City, MO 64112
20   T: 816-701 1100
     tcartmell@wcllp.com
21
     JAYNE CONROY
22   **SIMMONS HANLY CONROY, LLC**
     112 MADISON AVE, 7TH FLOOR
23   NEW YORK, NY 10016
     Telephone:  917-882-5522
24   jconroy@simmonsfirm.com

25   SARAH EMERY
     **HENDY JOHNSON VAUGHN EMERY, PSC**
26   2380 GRANDVIEW DRIVE
     FT. MITCHELL, KY 41017
27   Telephone: 888-606-5297
     semery@justicestartshere.com
28

8    [PROPOSED] REVISED SECOND AMENDED STIPULATED
     IMPLEMENTATION ORDER GOVERNING ADOPTION
     OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
     FORM COMPLAINTS FOR FILED CASES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA

9

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OFMASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE CARLSON LAW FIRM, P.C.**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone:  (818) 839-2333
Facsimile:  (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COVINGTON & BURLING LLP

By:    _/s/ Paul W. Schmidt_
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings,
LLC; Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*

FAEGRE DRINKER LLP

By:    _/s/ Andrea Roberts Pierson_
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:    _/s/ Jonathan H. Blavin_
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1    San Francisco, CA  94105-3089
     Telephone:  (415) 512-4000
2    Facsimile:  (415) 512-4077
     Email: jonathan.blavin@mto.com
3
     Rose L. Ehler (SBN 29652)
4    Victoria A. Degtyareva (SBN 284199)
     Laura M. Lopez, (SBN 313450)
5    Ariel T. Teshuva  (SBN 324238)
     MUNGER, TOLLES & OLSON LLP
6    350 South Grand Avenue, 50th Floor
     Los Angeles, CA  90071-3426
7    Telephone:  (213) 683-9100
     Facsimile:  (213) 687-3702
8    Email: rose.ehler@mto.com
     Email: victoria.degtyareva@mto.com
9    Email: Ariel.Teshuva@mto.com

10   Lauren A. Bell (*pro hac vice forthcoming*)
     MUNGER, TOLLES & OLSON LLP
11   601 Massachusetts Ave., NW St.,
     Suite 500 E
12   Washington, D.C.  20001-5369
     Telephone:  (202) 220-1100
13   Facsimile:  (202) 220-2300
     Email: lauren.bell@mto.com
14
     *Attorneys for Defendant Snap Inc.*
15

16   WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
17

18   By:      */s/ Brian D. Willen*
     Brian M. Willen
19   WILSON SONSINI GOODRICH & ROSATI
     1301 Avenue of the Americas, 40th Floor
20   New York, New York 10019
     Telephone: (212) 999-5800
21   Facsimile: (212) 999-5899
     Email: bwillen@wsgr.com
22
     Lauren Gallo White
23   Samantha A. Machock
     WILSON SONSINI GOODRICH & ROSATI
24   One Market Plaza, Spear Tower, Suite 3300
     San Francisco, CA  94105
25   Telephone: (415) 947-2000
     Facsimile: (415) 947-2099
26   Email: lwhite@wsgr.com
     Email: smachock@wsgr.com
27
     Christopher Chiou
28   WILSON SONSINI GOODRICH & ROSATI

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1    633 West Fifth Street
     Los Angeles, CA 90071-2048
2    Telephone: (323) 210-2900
     Facsimile: (866) 974-7329
3    Email: cchiou@wsgr.com

4    *Attorneys for Defendants YouTube, LLC,*
     *Google LLC, and Alphabet Inc.*
5

6         WILLIAMS & CONNOLLY LLP

7    By: */s/ Ashley W. Hardin*
     Joseph G. Petrosinelli
8    jpetrosinelli@wc.com
     Ashley W. Hardin
9    ahardin@wc.com
     680 Maine Avenue, SW
10   Washington, DC 20024
     Telephone.: 202-434-5000
11   Fax: 202-434-5029

12   *Attorneys for Defendants YouTube, LLC,*
     *Google LLC, and Alphabet Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated:  **February 20, 2024**

4  YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** February 5, 2024                          /s/Lexi J. Hazam_____

                                                                    Lexi J. Hazam

[PROPOSED] REVISED SECOND AMENDED STIPULATED
IMPLEMENTATION ORDER GOVERNING ADOPTION
OF MASTER COMPLAINT (PERSONAL INJURY) AND SHORT
FORM COMPLAINTS FOR FILED CASES