| | |
|---|---|
| 1 | MEGAN M. EGLI |
| 2 | megli@shb.com<br>**SHOOK, HARDY & BACON L.L.P.** |
| 3 | 2555 Grand Boulevard<br>Kansas City, MO 64108 |
| 4 | Telephone: 816-474-6550<br>Facsimile: 816-421-5547 |

Attorneys for Defendants
Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF MEGAN M. EGLI** |

Case No.: 4:22-md-03047-YGR
NOTICE OF APPEARANCE OF MEGAN M. EGLI

4866-5269-2123

# NOTICE OF APPEARANCE OF MEGAN M. EGLI AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Megan M. Egli of the law firm Shook, Hardy & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-2613, telephone number (816) 474-6550, facsimile number (816) 421-5547, email address megli@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Ms. Egli hereby requests to be added to the docket and the electronic service list in this matter.

Dated:  February 21, 2024            SHOOK, HARDY & BACON L.L.P.

By: */s/Megan M. Egli*
    Megan M. Egli

Attorneys for Defendants
Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg