AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Social Media Adolescent Addiction/Personal Injury | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mandy and Douglas Westwood.

Date:   02/23/2024

/s/ Michael Levin-Gesundheit
*Attorney's signature*

Michael Levin-Gesundheit (CA Bar No. 292930)
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
*Address*

mlevin@lchb.com
*E-mail address*

(415) 956-1000
*Telephone number*

(415) 956-1008
*FAX number*