Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*K.O. and J.O., individually and as next of friend to minor D.O. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255<br><br>*K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-05794<br><br>*I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-03292 | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' EIGHTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Eighth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-3 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eighth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *K.O. and J.O., individually and as next of friend to minor D.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255 (Exhibit 1);
- *K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.,* 4:23-cv-05794 (Exhibit 2); and
- *I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.,* 4:23-cv-03292 (Exhibit 3).

This motion is accompanied by a [Proposed] Order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eighth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion"), pursuant to Civil Local Rules 7-11 and 7-12. *See* Civ. L. R. 79-5(c).

This Court previously considered and finding good cause granted Plaintiffs' request to seal applications for guardian *ad litem* in this case. ECF No. 16.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants for a standing stipulation that Applications may be filed under seal. Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause. Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the

1  [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibits in

2  Support of Plaintiffs' Eighth *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3

4  Dated:  February 23, 2024                        Respectfully submitted,

5                                                  **ANDRUS ANDERSON LLP**

6                                                  */s/ Jennie Lee Anderson*
                                                   Jennie Lee Anderson (SBN 203586)
7                                                  *jennie@andrusanderson.com*
                                                   **ANDRUS ANDERSON LLP**
8                                                  155 Montgomery Street, Suite 900
                                                   San Francisco, CA  94104
9                                                  Telephone: (415) 986-1400

10
                                                   *Plaintiffs' Liaison Counsel*
11
                                                   Lexi J. Hazam (SBN 224457)
12                                                 *lhazam@lchb.com*
                                                   **LIEFF CABRASER HEIMANN**
13                                                 **& BERNSTEIN, LLP**
                                                   275 Battery Street, 29th Floor
14                                                 San Francisco, CA 94111-3339
                                                   Telephone: (415) 956-1000
15                                                 Facsimile: (415) 956-100

16                                                 Previn Warren (*pro hac vice*)
                                                   *pwarren@motleyrice.com*
17                                                 **MOTLEY RICE LLC**
                                                   401 9th Street NW, Suite 630
18                                                 Washington, DC 20004
                                                   Telephone: (202) 386-9610
19                                                 Facsimile: (202) 232-5513

20                                                 *Plaintiffs' Co-Lead Counsel*

21                                                 Christopher A. Seeger (*pro hac vice*)
                                                   *cseeger@seegerweiss.com*
22                                                 **SEEGER WEISS, LLP**
                                                   55 Challenger Road, 6th Floor
23                                                 Ridgefield Park, NJ 07660
                                                   Telephone: (973) 639-9100
24                                                 Facsimile: (973) 679-8656**Counsel to the Co-Lead
                                                   Counsel and Settlement Counsel**
25                                                 JOSEPH G. VANZANDT
                                                   **BEASLEY ALLEN CROW METHVIN**
26                                                 **PORTIS & MILES, P.C.**
27                                                 234 COMMERCE STREET
                                                   MONTGOMERY, AL 36103
28                                                 Telephone:  334-269-2343

|   |   |
|---|---|
| 1 | joseph.vanzandt@beasleyallen.com |
| 2 | EMILY C. JEFFCOTT |
| 3 | **MORGAN & MORGAN**<br>220 W. GARDEN STREET, 9TH FLOOR |
| 4 | PENSACOLA, FL 32502<br>Telephone: 850-316-9100 |
| 5 | ejeffcott@forthepeople.com |
| 6 | *Federal/State Liaisons* |
| 7 |   |
| 8 | MATTHEW BERGMAN<br>**SOCIAL MEDIA VICTIMS LAW CENTER** |
| 9 | 821 SECOND AVENUE, SUITE 2100<br>SEATTLE, WA 98104 |
| 10 | Telephone:  206-741-4862<br>matt@socialmediavictims.org |
| 11 |   |
| 12 | JAYNE CONROY<br>**SIMMONS HANLY CONROY, LLC** |
| 13 | 112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016 |
| 14 | Telephone:  917-882-5522<br>jconroy@simmonsfirm.com |
| 15 |   |
| 16 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 17 | 1111 BROADWAY, SUITE 2100<br>OAKLAND, CA 94607 |
| 18 | Telephone:  510-350-9717<br>amm@classlawgroup.com |
| 19 |   |
| 20 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 21 | 510 WALNUT STREET<br>SUITE 500 |
| 22 | PHILADELPHIA, PA 19106<br>Telephone:  215-592-1500 |
| 23 | mweinkowitz@lfsbalw.com |
| 24 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 25 | 1050 Connecticut Ave, NW, Suite 500 |
| 26 | Washington D.C. 20036<br>Telephone: 202-780-3014 |
| 27 | awalsh@alexwalshlaw.com |
| 28 | JAMES J. BILSBORROW |

jbilsborrow@weitzlux.com

**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500

*Plaintiffs' Steering Committee Leadership*

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500

Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

RUTH RIZKALLA
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

*Plaintiffs' Steering Committee Membership*