1   Lexi J. Hazam (SBN 224457)
    *lhazam@lchb.com*
2   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000

5                                          Jennie Lee Anderson (SBN 203586)
    Previn Warren (*pro hac vice*)          *jennie@andrusanderson.com*
6   *pwarren@motleyrice.com*                ANDRUS ANDERSON LLP
    MOTLEY RICE LLC                         155 Montgomery Street, Suite 900
7   401 9th Street NW, Suite 630            San Francisco, CA  94104
    Washington, DC 20004                    Telephone:    (415) 986-1400
8   Telephone: (202) 386-9610

9   *Plaintiffs' Co-Lead Counsel*          *Plaintiffs' Liaison Counsel*

10
                    UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA

12  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
13  PRODUCTS LIABILITY LITIGATION           MDL No. 3047

14
    This Document Relates to:
15
    *K.O. and J.O., individually and as next of*   **PLAINTIFFS' EIGHTH CONSOLIDATED *EX***
16  *friend to minor D.O. v. Meta Platforms,*       ***PARTE* APPLICATION FOR APPOINTMENT**
    *Inc., et al.,* 4:23-cv-04255                    **OF GUARDIANS *AD LITEM***
17
    *K.P., individually and as next of friend to*
18  *minor S.P. v. Meta Platforms, Inc., et al.,*
    4:23-cv-05794
19
    *I.T. individually and as next of friend to*
20  *minor, A.P. v. Meta Platforms, Inc., et al.,*
    4:23-cv-03292
21

22

23

24

25                         **<u>APPLICATION</u>**

26          Pursuant to this Court's Order Regarding Appointment of Guardian *Ad Litem* ("Guardians

27  *Ad Litem* Order") (ECF No. 122 at 3), Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby

28  submits Plaintiffs' Eighth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad*

                                                          1            Case No. 4:22-md-03047-YGR

1 | *Litem* ("*Ex Parte* Application") for this Court's consideration.

2 |        "Fit parents are presumed to act in the best interests of their children." *J.B. by &*

3 | *Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021

4 | WL 3115195, at *2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000);

5 | *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-

6 | RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party

7 | to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the

8 | parent as guardian ad litem upon receipt of an ex parte application without exercising much

9 | discretion.") (citation omitted).  Absent a conflict of interest, "[a] parent is generally appointed

10 | guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL

11 | 2002370, at *3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-

12 | 01165-AWI NEW (TAG), 2007 WL 1390672, at *3 (E.D. Cal. May 9, 2007)); *accord J.M. v.*

13 | *Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *2 (N.D. Cal.

14 | Sept.16, 2016).  However, "[w]hen there is a potential conflict between a perceived parental

15 | responsibility and an obligation to assist the court in achieving a just and speedy determination of

16 | the action, a court has the right to select a guardian ad litem who is not a parent if that guardian

17 | would best protect the child's interests." *J.M.*, 2016 WL 4942999, at *1 (citations omitted)

18 | (internal quotation marks omitted).

19 |        Attached as Exhibits 1-3 to the Declaration of Jennie Lee Anderson in Support of

20 | Plaintiffs' Eighth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*

21 | ("Anderson Decl." or "Anderson Declaration") are the *Ex Parte* Applications for Appointment of

22 | Guardians *Ad Litem* ("Applications") submitted by the parents and/or legal guardians of individual

23 | minor Plaintiffs in the following cases:

24 | • *K.O. and J.O., individually and as next of friend to minor D.C. v. Meta Platforms, Inc., et*

25 |    *al.*, 4:23-cv-04255 (Exhibit 1);

26 | • *K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.,* 4:23-

27 |    cv-05794 (Exhibit 2); and

28 | • *I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.,* 4:23-

2                    Case No. 4:22-md-03047-YGR

Plaintiffs' Eighth Ex Parte Application for Appointment of Guardians Ad Litem

1      cv-03292 (Exhibit 3).

2      Exhibits 1-3 to the Anderson Declaration are Applications submitted to Plaintiffs' Liaison

3 Counsel for filing since the last guardian *ad litem* submission. The Applications attached to the

4 Anderson Declaration as Exhibits 1-3 are consistent with Attachment A to this Court's Guardian

5 *Ad Litem* Order (ECF No. 122) and include (1) the applicant's name and contact information

6 (including address, email, and telephone number); (2) the name, case number, state of domicile

7 (and its minimum age of capacity); (3) a sworn statement that the applicant is the parent and/or

8 legal guardian of the minor plaintiff; and (4) a sworn statement affirming that the applicant is

9 fully competent and qualified to understand and protect the rights of the minor plaintiff and has

10 no interests adverse to the interests of that person. Anderson Decl. ¶ 6.

11      Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or

12 legal guardians in the cases listed above are deemed presumptively approved upon filing, as there

13 is no apparent conflict between the applicants' parental responsibility and their obligation to assist

14 the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing

15 *J.M.*, 2016 WL 494299, at *1). This Court also ordered that, absent the filing of an objection, the

16 presumptive approval shall become final fifteen days after the date this *Ex Parte* Application is

17 filed. ECF No. 122 ¶ 5. Therefore, the objection period will close on March 11, 2024.

18      Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte*

19 Applications and Appointing Guardian *Ad Litem* appointing the parent and/or legal guardian

20 named in the Applications submitted in the case listed above.

21 Dated: February 23, 2024          Respectfully submitted,

22                          */s/ Jennie Lee Anderson*

23                          Jennie Lee Anderson (SBN 203586)
                         *jennie@andrusanderson.com*

24                          **ANDRUS ANDERSON LLP**
                         155 Montgomery Street, Suite 900

25                          San Francisco, CA 94104
                         Telephone: (415) 986-1400

26

27 //                          ***Plaintiffs' Liaison Counsel***

28 //

Plaintiffs' Eighth Ex Parte Application for Appointment of Guardians Ad Litem

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

***Plaintiffs' Co-Lead Counsel***

Christopher A. Seeger (*pro hac vice*)
*cseeger@seegerweiss.com*
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

***Counsel to the Co-Lead Counsel and Settlement
Counsel***

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

***Federal/State Liaisons***

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104

Plaintiffs' Eighth Ex Parte Application for Appointment of Guardians Ad Litem

Telephone:  206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
jbilsborrow@weitzlux.com

***Plaintiffs' Steering Committee Leadership***

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257

Plaintiffs' Eighth Ex Parte Application for Appointment of Guardians Ad Litem

Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH

Plaintiffs' Eighth Ex Parte Application for Appointment of Guardians Ad Litem

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com


RUTH RIZKALLA
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

***Plaintiffs' Steering Committee Membership***

Plaintiffs' Eighth Ex Parte Application for Appointment of Guardians Ad Litem