Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*K.O. and J.O., individually and as next of friend to minor D.O. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255<br><br>*K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-05794<br><br>*I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-03292 | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' EIGHTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1

Case No. 4:22-MD-03047-YGR

Declaration ISO Plaintiffs' Eighth Ex Parte App. For Appointment of Guardian *Ad Litem*

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Eighth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.O. and J.O., individually and as next of friend to minor D.O. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-05794.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc.*, et al., 4:23-cv-03292.

6. **Exhibits 1-3** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-3**. The Applications have been made by the minor's parent, and/or legal guardian. Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the

1  minor plaintiff and has no interests adverse to the interests of that person.

2  I declare under penalty of perjury pursuant to the laws of the United States of America that
3  the foregoing is true and correct.

5  Dated: February 23, 2024          Respectfully submitted,

7  /s/Jennie Lee Anderson
   Jennie Lee Anderson

8  ANDRUS ANDERSON LLP
9  155 Montgomery Street, Suite 900
   San Francisco, CA 94104
10 Telephone: (415) 986-1400
   Facsimile: (415) 986-1474
11 jennie@andrusanderson.com

12 *Plaintiffs' Liaison Counsel*