1  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5
   Christopher A. Seeger (*pro hac vice*)
6  *cseeger@seegerweiss.com*
   SEEGER WEISS, LLP
7  55 Challenger Road, 6th Floor
   Ridgefield Park, NJ 07660
8  Telephone: (973) 639-9100
   Facsimile: (973) 679-8656
9
   Previn Warren (*pro hac vice*)
10 *pwarren@motleyrice.com*
   MOTLEY RICE LLC
11 401 9th Street NW, Suite 630
   Washington, DC 20004
12 Telephone: (202) 386-9610
   Facsimile: (202) 232-5513
13 *Plaintiffs' Co-*Lead *Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:  (415) 986-1474

*Plaintiffs' Liaison Counsel*

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
18  PRODUCTS LIABILITY LITIGATION           MDL No. 3047

19  ─────────────────────────────          **EXHIBITS 1-3 TO DECLARATION OF**
                                            **JENNIE LEE ANDERSON IN SUPPORT**
20  This Document Relates to:               **OF PLAINTIFFS' SEVENTH *EX PARTE***
                                            **APPLICATION FOR APPOINTMENT**
21  *K.O. and J.O., individually and as next of*   **OF GUARDIANS AD LITEM**
    *friend to minor D.O. v. Meta Platforms,*
22  *Inc., et al., 4:23-cv-04255*

23  *K.P., individually and as next of friend to*
    *minor S.P. v. Meta Platforms, Inc., et al.,*
24  *4:23-cv-05794*

25  *I.T. individually and as next of friend to*
    *minor, A.P. v. Meta Platforms, Inc., et al.,*
26  *4:23-cv-03292*

27

28

                                        1              Case No. 4:22-md-03047-YGR

# EXHIBIT 1

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 2

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 3

**EXHIBIT FILED UNDER SEAL**