# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** February 23, 2024          **Time:** 9:30 a.m. to 11:33 a.m.     **Judge:** YVONNE GONZALEZ ROGERS
2 hours 3 minutes
**Case No.:** 22-md-03047-YGR     **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury
Products Liability Litigation

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Reported by:** Raynee Mercado

### PROCEEDINGS

Motion to Dismiss; Further Case Management Conference  -  Held.

The Court heard argument on, among others, defendant Mark Zuckerberg's motion to dismiss and the selection criteria for the bellwether discovery pools.  The Court **ORDERED** supplemental briefing with respect to two issues on Mr. Zuckerberg's motion.

The parties also discussed whether defendants have a right to a jury trial under any of the state Attorneys General (the "States") claims. The States are **ORDERED** to prepare a chart identifying, for each state law claim they bring, whether defendant is entitled to a jury on findings of liability and/or relief, to share with defendants for their input.  The parties are also **ORDERED** to meet and confer as to whether their interpretations of *Tull v. United States*, 481 U.S. 412 (1987) differ as to defendant Meta's potential entitlement to a jury trial.

The Court will hear **ARGUMENT** on the motion to remand in *Youngers v. Meta Platforms, Inc.*, No. 22-md-03047 (N.D. Cal. Feb. 15, 2024), Dkt. No. 64, at the March 22, 2024, case management conference.

The Court will hear **ARGUMENT** on the motion to dismiss the multistate Attorneys General complaint, the Florida Attorney General's complaint, and the personal injury consumer protection and misrepresentation claims (previously identified as the "Track 1" dismissal briefing) at the April 19, 2024, case management conference.

Written order to issue.