Social Media MDL
Case No.: 22-md-3047-YGR

**ATTORNEY SIGN-IN SHEET**

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| PLAINTIFFS: | | |
| Jennie L. Anderson | Andrus Anderson LLP | *signature* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *signature* |
| Kelly McNabb | Lieff Cabraser Heimann & Bernstein LLP | *signature* |
| Michael Levin-Gesundheit | Lieff Cabraser Heimann & Bernstein LLP | *signature* |
| Annie Kouba | Motley Rice, LLC | *signature* |
| Nelson Drake | Motley Rice LLC | *signature* |
| Mathew Jasinski | Motley Rice LLC | *signature* |
| Christopher Ayers | Seeger Weiss LLP | |
| Andre M. Mura | Gibbs Law Group LLP | *signature* |
| Emily Jeffcott | Morgan & Morgan | *signature* |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | *signature* |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *signature* |
| Bianca Miyata | Senior Assistant Attorney General (CO) | *signature* |
| Megan O'Neill | Deputy Attorney General (CA) | *signature* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General (CA) | *signature* |
| Daniel Keiser | Commissioner, Consumer & Senior Protection (KY) | *signature* |
| Thomas Huynh | Deputy Attorney General (NJ) | *signature* |
| Mandy Wang | Deputy Attorney General (NJ) | *signature* |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| PLAINTIFFS: | | |
| Chris Seeger | Seeger Weiss | [signature] |
| Audry Sigal | Seeger Weiss | [signature] |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Isaac Chaput | Covington & Burling | *[signed]* |
| Greg Halperin | Covington & Burling | *[signed]* |
| Tim Hester | Covington & Burling | Timothy C. Hester |
| Michael Imbroscio | Covington & Burling | M.I.X. |
| Ashley M. Simonsen | Covington & Burling | *[signed]* |
| Jonathan Blavin | Munger Tolles & Olson LLP | *[signed]* |
| Geoffrey Drake | King & Spalding | *[signed]* |
| Amy Fiterman | Faegre Drinker Biddle & Reath | *[signed]* |
| Andrea Pierson | Faegre Drinker Biddle & Reath | Andrea Pierson |
| Joe Petrosinelli | Williams & Connolly | *[signed]* |
| Matt Donohue | Wilson Sonsini | *[signed]* |