UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ADDENDUM TO CASE MANAGEMENT ORDER NO. 9 RE ADJUSTMENTS TO THE PLAINTIFFS' ATTORNEYS' LEADERSHIP STRUCTURE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed Ron Austin's motion to reconsider his reappointment to the plaintiffs' leadership. (Dkt. No. 607.) For good cause, Mr. Austin's motion is **GRANTED**. Mr. Austin is reappointed to the Plaintiffs' Steering Committee membership.

**IT IS SO ORDERED.**

Dated: February 27, 2024

                                                                                          **YVONNE GONZALEZ ROGERS**
                                                                                          **UNITED STATES DISTRICT JUDGE**