# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 2/22/2024 | Time: 2 hours, 8 minutes | Judge: PETER H. KANG |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |

**Attorney for Plaintiffs:**
(Co-Lead Counsel) Lexi Hazam, Kelly K. McNabb, Annie Kouba
(Representative of Counsel to Co-Lead Counsel and Settlement Counsel) Christopher Ayers
(Government Entity Subcommittee) Melissa L. Yeates, Michael Weinkowitz
(State Attorneys General) Megan O'Neill, Joshua Olszewski-Jubelirer, Thomas Huynh, Mandy Wang

**Attorney for Defendants:**
(Meta) Ashley Simonsen, Greg Halperin, Isaac Chaput
(Snap) Jonathan Blavin, Laura Lopez
(TikTok) Geoffrey Drake, Amy Fiterman
(YouTube) Joe Petrosinelli, Matt Donohue

**Deputy Clerk:** Julia Fox                                **Court Reporter:** Jennifer Coulthard

## PROCEEDINGS

Discovery Management Conference held on 2/22/2024.

The Court heard arguments and provided guidance on the Parties' dispute regarding a proposed Privilege Log Protocol. Dkt [608]. The Parties confirmed that certain issues were either moot or resolved. The Court directed the Parties to meet and confer by March 1, 2024, regarding issues that remain in dispute. The Parties were ordered to submit a Joint Status Report as to their proposed Privilege Log Protocol by March 6, 2024.

The Court granted the Parties' request to vacate deadlines relating to the submission of a proposed Source Code Protocol. The Court ordered the Parties to brief the Source Code Protocol dispute(s) (or advise that all such disputes are resolved) in their next Joint DMC Statement due March 15, 2024. The Court will hear argument on the remaining disputes at the next DMC.

The Court heard arguments from the Parties regarding discovery limit disputes Dkt. [617]. The Court set certain limits for depositions, interrogatories, and requests for admission as stated on the record.

The Court heard argument regarding whether discovery from non-AG state agencies must be obtained via third party subpoena. Meta ordered to submit a list of anticipated state agency witnesses within 1 week. AG Plaintiffs will then advise which of those agencies they intend to represent. Written order re: Discovery Management Conference to follow.