[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-03047-YGR<br><br>**SUPPLEMENTAL EXHIBIT C TO JOINT STATEMENT RE: DEPOSITION PROTOCOL DISPUTE**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The Parties respectfully submit the attached Supplemental Exhibit C to their Joint Statement re: Deposition Protocol Dispute (ECF 649), which is a redline comparing the Parties' respective proposals (ECF 649-1, Pls' proposal; ECF 649-2, Defs' proposal), using Defendants' proposal as the original document.

DATED: February 28, 2024

                                                    Respectfully submitted,

                                                    */s/ Lexi J. Hazam*
                                                    LEXI J. HAZAM
                                                    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                                    275 BATTERY STREET, 29TH FLOOR
                                                    SAN FRANCISCO, CA 94111-3339
                                                    Telephone: 415-956-1000
                                                    lhazam@lchb.com

| | |
|---|---|
| 1 | PREVIN WARREN |
| | **MOTLEY RICE LLC** |
| 2 | 401 9th Street NW Suite 630 |
| | Washington DC 20004 |
| 3 | T: 202-386-9610 |
| | pwarren@motleyrice.com |
| 4 | |
| | *Co-Lead Counsel* |
| 5 | |
| | CHRISTOPHER A. SEEGER |
| 6 | **SEEGER WEISS, LLP** |
| | 55 CHALLENGER ROAD, 6TH FLOOR |
| 7 | RIDGEFIELD PARK, NJ 07660 |
| | Telephone: 973-639-9100 |
| 8 | Facsimile: 973-679-8656 |
| | cseeger@seegerweiss.com |
| 9 | |
| | *Counsel to Co-Lead Counsel* |
| 10 | |
| | JENNIE LEE ANDERSON |
| 11 | **ANDRUS ANDERSON, LLP** |
| | 155 MONTGOMERY STREET, SUITE 900 |
| 12 | SAN FRANCISCO, CA 94104 |
| | Telephone:  415-986-1400 |
| 13 | jennie@andrusanderson.com |
| 14 | |
| | *Liaison Counsel* |
| 15 | |
| | MATTHEW BERGMAN |
| | GLENN DRAPER |
| 16 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| | 821 SECOND AVENUE, SUITE 2100 |
| 17 | SEATTLE, WA 98104 |
| | Telephone:  206-741-4862 |
| 18 | matt@socialmediavictims.org |
| | glenn@socialmediavictims.org |
| 19 | |
| | JAMES J. BILSBORROW |
| 20 | **WEITZ & LUXENBERG, PC** |
| | 700 BROADWAY |
| 21 | NEW YORK, NY 10003 |
| | Telephone:  212-558-5500 |
| 22 | Facsimile: 212-344-5461 |
| | jbilsborrow@weitzlux.com |
| 23 | |
| | PAIGE BOLDT |
| 24 | **WATTS GUERRA LLP** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 25 | San Antonio, TX 78257 |
| | T: 210-448-0500 |
| 26 | PBoldt@WattsGuerra.com |
| 27 | |
| | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 28 | 4740 Grand Avenue, Suite 300 |

Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500

Washington D.C. 20036
T: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Individual Plaintiffs*

|    |    |
|----|----|
| 1  | **PHILIP J. WEISER** |
| 2  | Attorney General |
|    | State of Colorado |
| 3  |    |
|    | */s/ Bianca E. Miyata* |
| 4  | Bianca E. Miyata, CO Reg. No. 42012, |
|    | *pro hac vice* |
| 5  | Senior Assistant Attorney General |
|    | Lauren M. Dickey, CO Reg. No. 45773 |
| 6  | First Assistant Attorney General |
| 7  | Megan Paris Rundlet, CO Reg. No. 27474 |
|    | Senior Assistant Solicitor General |
| 8  | Elizabeth Orem, CO Reg. No. 58309 |
|    | Assistant Attorney General |
| 9  | Colorado Department of Law |
|    | Ralph L. Carr Judicial Center |
| 10 | Consumer Protection Section |
| 11 | 1300 Broadway, 7th Floor |
|    | Denver, CO 80203 |
| 12 | Phone: (720) 508-6651 |
|    | bianca.miyata@coag.gov |
| 13 |    |
| 14 | *Attorneys for Plaintiff State of Colorado, ex rel.* |
|    | *Philip J. Weiser, Attorney General* |
| 15 |    |
|    | **ROB BONTA** |
| 16 | Attorney General State |
|    | of California |
| 17 |    |
| 18 | */s/ Megan O'Neill* |
|    | Nick A. Akers (CA SBN 211222) |
| 19 | Senior Assistant Attorney General |
|    | Bernard Eskandari (SBN 244395) |
| 20 | Supervising Deputy Attorney General |
|    | Megan O'Neill (CA SBN 343535) |
| 21 | Joshua Olszewski-Jubelirer |
| 22 | (CA SBN 336428) |
|    | Marissa Roy (CA SBN 318773) |
| 23 | Deputy Attorneys General |
|    | California Department of Justice |
| 24 | Office of the Attorney General |
|    | 455 Golden Gate Ave., Suite 11000 |
| 25 | San Francisco, CA 94102-7004 |
| 26 | Phone: (415) 510-4400 |
|    | Fax: (415) 703-5480 |
| 27 | Megan.oneill@doj.ca.gov |
| 28 |    |
|    | *Attorneys for Plaintiff the People of the State of* |

|     |     |
| --- | --- |
| 1 | *California* |
| 2 | **RUSSELL COLEMAN** |
| 3 | Attorney General Commonwealth of Kentucky |
| 4 | |
| 5 | */s/ J. Christian Lewis*<br>J. Christian Lewis (KY Bar No. 87109), |
| 6 | *Pro hac vice*<br>Philip Heleringer (KY Bar No. 96748), |
| 7 | *Pro hac vice*<br>Gregory B. Ladd (KY Bar No. 95886), |
| 8 | *Pro hac vice*<br>Zachary Richards (KY Bar No. 99209), |
| 9 | *Pro hac vice* |
| 10 | Assistant Attorneys General<br>1024 Capital Center Drive, Suite 200 |
| 11 | Frankfort, KY 40601<br>CHRISTIAN.LEWIS@KY.GOV |
| 12 | PHILIP.HELERINGER@KY.GOV<br>GREG.LADD@KY.GOV |
| 13 | ZACH.RICHARDS@KY.GOV |
| 14 | Phone: (502) 696-5300<br>Fax: (502) 564-2698 |
| 15 | |
| 16 | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 17 | |
| 18 | COVINGTON & BURLING LLP |
| 19 | By:   */s/ Ashley M. Simonsen* |
| 20 | Ashley M. Simonsen, SBN 275203<br>COVINGTON & BURLING LLP |
| 21 | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 22 | Telephone: (424) 332-4800<br>Facsimile: + 1 (424) 332-4749 |
| 23 | Email: asimonsen@cov.com |
| 24 | Phyllis A. Jones, *pro hac vice*<br>Paul W. Schmidt, *pro hac vice* |
| 25 | COVINGTON & BURLING LLP<br>One City Center |
| 26 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 27 | Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291 |
| 28 | Email: pajones@cov.com |

|   |   |
|---|---|
| 1 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |

FAEGRE DRINKER LLP

By:    */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:    */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100

|   |   |
|---|---|
| 1 | Facsimile:  (213) 687-3702 |
|   | Email: rose.ehler@mto.com |
| 2 | Email: victoria.degtyareva@mto.com |
|   | Email: Ariel.Teshuva@mto.com |
| 3 |   |
|   | Lauren A. Bell (*pro hac vice forthcoming*) |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 601 Massachusetts Ave., NW St., |
| 5 | Suite 500 E |
|   | Washington, D.C.  20001-5369 |
| 6 | Telephone:  (202) 220-1100 |
|   | Facsimile:  (202) 220-2300 |
| 7 | Email: lauren.bell@mto.com |

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ Brian M. Willen
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP

By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC,*

|   |   |
|---|---|
| 1 | *Google LLC, and Alphabet Inc.* |
| 2 | MORGAN LEWIS & BOCKIUS, LLP |
| 3 | By: */s/ Brian Ercole* |
|   | Brian Ercole (pro hac vice) |
| 4 | brian.ercole@morganlewis.com |
|   | Morgan Lewis & Bockius, LLP |
| 5 | 600 Brickell Avenue, Suite 1600 |
|   | Miami, FL 33131-3075 |
| 6 | Tel.: 305.415.3416 |
| 7 | Yardena R. Zwang-Weissman (SBN 247111) |
|   | yardena.zwang-weissman@morganlewis.com |
| 8 | Morgan Lewis & Bockius, LLP |
|   | 300 South Grand Avenue, 22nd Floor |
| 9 | Los Angeles, CA 90071-3132 |
|   | Tel.: 213.612.7238 |
| 10 |   |
|   | *Attorneys for Defendants YouTube, LLC,* |
| 11 | *Google LLC, and Alphabet Inc.* |

# ATTESTATION

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** February 28, 2024    */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com