[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>*Joleen Youngers, et al. v. Meta Platforms, Inc. et al.*; Case No. 4:23-cv-00547-YGR | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING DEADLINES AND THE HEARING DATE ON PLAINTIFFS' MOTION TO REMAND** |

The Corporate Defendants[1] and Plaintiffs involved in *Youngers, et al. v. Meta Platforms, Inc. et al.*, No. 4:23-cv-00547-YGR, hereby submit this Joint Stipulated Administrative Motion and Proposed Order to modify the briefing deadlines and the hearing date relating to Plaintiffs' motion to remand.

The *Youngers* case was transferred to this MDL on February 1, 2023. *See* Dkt. No. 128. On January 19, 2024, Plaintiffs sought leave to file a motion to remand, *see* Dkt. No. 545 at 5-6, which the Court granted on January 29, 2024, *see* Dkt. No. 581 at 3. On February 15, 2024, Plaintiffs filed their motion to remand in member case no. 4:23-cv-00547-YGR, noticing it for hearing on March 26, 2024, *see Youngers v. Meta Platforms Inc.,* No. 4:23-cv-00547-YGR, Dkt. No. 64; however, the undersigned counsel for Meta did not receive a copy of the motion (because counsel had not entered appearances in that member case, as opposed to the MDL). Case Management Order No. 11 set the motion for hearing at the March 22, 2024 CMC. *See* Dkt. No. 645 at 1. Currently, Defendants' response to the motion is due on February 29, 2024, and Plaintiffs' reply is due on March 7, 2024.

In light of the above, Plaintiffs and the Corporate Defendants have conferred and respectfully request and agree, subject to Court approval, that the briefing deadlines and hearing on the motion to remand be modified as follows:

- March 11, 2024: Defendants' response to Plaintiffs' motion to remand due.
- March 25, 2024: Plaintiffs' reply in support of their motion to remand due.
- April 19, 2024: Hearing on Plaintiffs' motion to remand.

Dated: February 28, 2024

Respectfully submitted,

By:   */s/ Anthony Bruster*

ANTHONY BRUSTER
New Mexico Bar No. 20283
BRUSTER PLLC
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092

---

[1] The Corporate Defendants are Meta Platforms, Inc. ("Meta"), Snap, Inc., ByteDance Inc., and TikTok Inc.

Telephone: (817) 601-9564
Facsimile: (817) 796-2929
akbruster@brusterpllc.com

Justin R. Kaufman
Rosalind B. Bienvenu
DURHAM, PITTARD & SPALDING, L.L.P.
505 Cerrillos Rd., Suite A209
Santa Fe, NM 87507
Telephone: (505) 986-0600
Facsimile: (505) 986-0632
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com

*Attorneys for Plaintiffs*

COVINGTON & BURLING LLP

By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: +1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendant Meta Platforms, Inc.*

FAEGRE DRINKER LLP

By:    */s/ Andrea Roberts Pierson*

Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP

300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By:     */s/ Jonathan H. Blavin*

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice* forthcoming)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E

4
JOINT STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING DEADLINES AND THE HEARING DATE ON PLAINTIFFS' MOTION TO REMAND

Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Stipulated Administrative Motion to Modify Briefing Deadlines and the Hearing Date on Plaintiffs' Motion to Remand in *Youngers, et al. v. Meta Platforms, Inc. et al.*, No. 4:23-cv-00547-YGR.  The Court has reviewed the parties' Joint Stipulated Administrative Motion and hereby orders that the following deadlines shall apply:

| | |
|---|---|
| March 11, 2024 | Defendants' response to Plaintiffs' motion to remand due. |
| March 25, 2024 | Plaintiffs' reply in support of their motion to remand due. |

Additionally, the Court will hear **ARGUMENT** on the motion to remand at the April 19, 2024, case management conference.

DATED: February 29, 2024

Hon. Yvonne Gonzalez Rogers
United States District Judge

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 28, 2024                     By:    */s/ Ashley M. Simonsen*
                                                    Ashley M. Simonsen