UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL LOCAL GOVERNMENT AND SCHOOL DISTRICT ACTIONS | **STIPULATION REGARDING AMENDED IMPLEMENTATION ORDER GOVERNING ADOPTION OF MASTER COMPLAINT (LOCAL GOVERNMENT AND SCHOOL DISTRICT) AND SHORT-FORM COMPLAINTS FOR FILED CASES** |

The parties, by their undersigned counsel, hereby **STIPULATE** as follows:

**WHEREAS,** on February 20, 2024, the Court entered a *Stipulated Implementation Order Governing Adoption of Master Complaint (Local Government and School District) and Short-Form Complaints for Filed Cases* ("*Implementation Order*") (Dkt. No. 620) which applied only to Local Government Entities and School Districts, including school districts, municipalities, county district attorneys, and counties, who have asserted or seek to assert claims related to Defendants' social media platforms ("Local Government and School District Plaintiffs") in this MDL.

**WHEREAS**, attached as Exhibit A to the *Implementation Order* was a template form *Short-Form Complaint* ("SFC") for use by Local Government and School District Plaintiffs in current

1 and future-filed cases in this MDL.

2 **WHEREAS**, the template form SFC attached to the *Implementation Order* inadvertently omitted two Meta Entities named Master Complaint (School District) ("*Master Complaint*") (Dkt. No. 504) (Facebook Holdings, LLC and Meta Payments, Inc.).[1]

5 **WHEREAS**, Exhibit 1 to the attached proposed *Amended Stipulated Order Governing Adoption of Master Complaint (Local Government and School District) and Short-Form Complaints for Filed Cases* ("*Amended Implementation Order*") is an updated and corrected template form SFC for use by Local Government and School District Plaintiffs, which should replace the form template SFC attached to the original *Implementation Order* (Dkt. No. 620-1) and should be the operative SFC for Local Government and School District Plaintiffs in this MDL.

11 **WHEREAS**, the parties respectfully request the Court enter the attached proposed *Amended Implementation Order*.

13 **IT IS HEREBY STIPULATED BY**:

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

---

[1] *See* Dkt. No. 504 at paras. 42 and 44.

```
 1    CHRISTOPHER A. SEEGER
      **SEEGER WEISS, LLP**
 2    55 CHALLENGER ROAD, 6TH FLOOR
      RIDGEFIELD PARK, NJ 07660
 3    Telephone: 973-639-9100
      Facsimile: 973-679-8656
 4    cseeger@seegerweiss.com

 5    *Counsel to the Lead Counsel*

 6    JENNIE LEE ANDERSON
      **ANDRUS ANDERSON, LLP**
 7    155 MONTGOMERY STREET, SUITE 900
      SAN FRANCISCO, CA 94104
 8    Telephone:  415-986-1400
      jennie@andrusanderson.com
 9
      *Liaison Counsel*
10
      MICHAEL M. WEINKOWITZ
11    **LEVIN SEDRAN & BERMAN, LLP**
      510 WALNUT STREET
12    SUITE 500
      PHILADELPHIA, PA 19106
13    Telephone:  215-592-1500
      mweinkowitz@lfsbalw.com
14
      *Plaintiff Leadership Committee*
15    *Co-Chair of Local Government Entity Committee*

16    MELISSA L. YEATES
      **KESSLER TOPAZ**
17    **MELTZER CHECK, LLP**
      280 King of Prussia Road
18    Radnor, PA 19087
      Telephone: 610-667-7706
19    myeates@ktmc.com

20    *Co-Chair of Local Government Entity Committee*

21
              **COVINGTON & BURLING LLP**
22
      By:     */s/ Ashley M. Simonsen*
23    Ashley M. Simonsen, SBN 275203
      COVINGTON & BURLING LLP
24    1999 Avenue of the Stars
      Los Angeles, CA 90067
25    Telephone: (424) 332-4800
      Facsimile: + 1 (424) 332-4749
26    Email: asimonsen@cov.com

27    Phyllis A. Jones, *pro hac vice*
      Paul W. Schmidt, *pro hac vice*
28    COVINGTON & BURLING LLP
```

3  [PROPOSED]AMENDED STIPULATED IMPLEMENTATION ORDER
   CASE NO. 4:22-MD-03047-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL LOCAL GOVERNMENT AND SCHOOL DISTRICT ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] AMENDED STIPULATED IMPLEMENTATION ORDER GOVERNING ADOPTION OF MASTER COMPLAINT (LOCAL GOVERNMENT AND SCHOOL DISTRICT) AND SHORT-FORM COMPLAINTS FOR FILED CASES** |

1. On February 20, 2024, the Court entered a *Stipulated Implementation Order Governing Adoption of Master Complaint (Local Government and School District) and Short-Form Complaints for Filed Cases* ("*Implementation Order*") (Dkt. No. 620) which applied only to Local Government Entities and School Districts, including school districts, municipalities, county district attorneys, and counties, who have asserted or seek to assert claims related to Defendants' social media platforms ("Local Government and School District Plaintiffs") in this MDL.

2. Attached as Exhibit A to the *Implementation Order* was a template form *Short-Form Complaint* ("SFC") for use by Local Government and School District Plaintiffs in current and future-filed cases in this MDL.

3. The Parties have advised that the template form SFC attached to the *Implementation Order* inadvertently omitted two Meta Entities named Master Complaint (School District) ("*Master Complaint*") (Dkt. No. 504) (Facebook Holdings, LLC and Meta Payments, Inc.).[2]

4. The template form SFC attached as Exhibit A to the *Implementation Order* is stricken and shall not be used. Attached hereto as **Exhibit 1** is an updated template form SFC for use by Local Government and School District Plaintiffs containing the necessary corrections, which

---

[2] *See* Dkt. No. 504 at paras. 42 and 44.

shall replace the form template SFC attached to the original *Implementation Order* (Dkt. No. 620-1) and shall be the operative SFC for Local Government and School District Plaintiffs in this MDL.

5. **Amended Timing of Filing *Short Form* Complaints**

   a. **Complaints Transferred, or in the Process of Being Transferred, to this MDL Before the Filing of this Order**: Any Local Government and School District Plaintiff whose Complaint was transferred to this MDL or was in process of being transferred to this MDL before the date of filing this Order must file a SFC in their individual case, referencing their individual docket number to avoid the triggering of a filing fee, by March 5, 2024, or 10 days after entry of this Order, whichever is later.

6. All other provisions of the *Implementation Order* (Dkt. No. 620) remain in full force and effect.

**IT IS SO ORDERED,**

Dated: _____, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE