*Parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang<br><br>**STIPULATION TO MODIFY PROTECTIVE ORDER** |

     Pursuant to Civil Local Rule 7-12, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court amend the Protective Order [586] to include a stipulated law enforcement sharing provision.

     The Parties declare in support of this request:

1. Pursuant to Discovery Management Order No. 2 (ECF 606), the Parties negotiated and agreed upon a law enforcement sharing provision to amend the Protective Order [586].

2. The Parties agree on the following language:

   <u>Law Enforcement Purposes</u>. The Plaintiff State Attorneys General may disclose the Meta Defendants' Protected Material to other State Attorneys General and United States federal government enforcement agencies that are investigating and/or prosecuting consumer protection claims against

Meta Defendants related to the allegations in any complaint filed by a State Attorney General against Meta Defendants that is or becomes included in this MDL, provided that those agencies agree in writing to be bound by the terms of this Order. The State Attorneys General and United States federal government enforcement agencies who receive the Meta Defendants' Protected Material pursuant to this paragraph may use it for investigating and/or litigating their consumer protection claims against Meta Defendants related to the allegations in any complaint filed by State Attorneys General against Meta Defendants that is or becomes included in this MDL. The Parties agree to meet and confer regarding amending this provision to apply to additional Defendants if a complaint filed by a State Attorney General that is or becomes included in this MDL names such Defendants.

3. The Parties agree that the aforementioned language shall be inserted into Protective Order [586] as section 7.1(a).

THEREFORE, pursuant to Civil Local Rule 7-12, the Parties stipulate and respectfully request that the Court amend the Protective Order [586].

**IT IS SO STIPULATED AND AGREED.**

DATED: March 1, 2024                                Respectfully Submitted,

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610

pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 61TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: (504) 227–8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT

| | |
|---|---|
| 1 | |
| 2 | **WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br>T: 210-448-0500<br>PBoldt@WattsGuerra.com |

WATTS GUERRA LLP
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
T: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
T: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  |                                                                      |
| 2  | ROLAND TELLIS                                                        |
|    | DAVID FERNANDES                                                      |
| 3  | **BARON & BUDD, P.C.**                                               |
|    | 15910 Ventura Boulevard, Suite 1600                                  |
| 4  | Encino, CA 91436                                                     |
|    | Telephone: (818) 839-2333                                            |
| 5  | Facsimile: (818) 986-9698                                            |
|    | rtellis@baronbudd.com                                                |
| 6  | dfernandes@baronbudd.com                                             |
| 7  |                                                                      |
|    | ALEXANDRA WALSH                                                      |
| 8  | **WALSH LAW**                                                        |
|    | 1050 Connecticut Ave, NW, Suite 500                                  |
| 9  | Washington D.C. 20036                                                |
|    | T: 202-780-3014                                                      |
| 10 | awalsh@alexwalshlaw.com                                              |
| 11 |                                                                      |
|    | MICHAEL M. WEINKOWITZ                                                |
| 12 | **LEVIN SEDRAN & BERMAN, LLP**                                       |
|    | 510 WALNUT STREET                                                    |
| 13 | SUITE 500                                                            |
|    | PHILADELPHIA, PA 19106                                               |
| 14 | Telephone: 215-592-1500                                              |
|    | mweinkowitz@lfsbalw.com                                              |
| 15 |                                                                      |
| 16 | DIANDRA "FU" DEBROSSE ZIMMERMANN                                     |
|    | **DICELLO LEVITT**                                                   |
| 17 | 505 20th St North                                                    |
|    | Suite 1500                                                           |
| 18 | Birmingham, Alabama 35203                                            |
|    | Telephone: 205.855.5700                                              |
| 19 | fu@dicellolevitt.com                                                 |
| 20 |                                                                      |
|    | HILLARY NAPPI                                                        |
| 21 | **HACH & ROSE LLP**                                                  |
|    | 112 Madison Avenue, 10th Floor                                       |
| 22 | New York, New York 10016                                             |
|    | Tel: 212.213.8311                                                    |
| 23 | hnappi@hrsclaw.com                                                   |
| 24 |                                                                      |
|    | JAMES MARSH                                                          |
| 25 | **MARSH LAW FIRM PLLC**                                              |
|    | 31 HUDSON YARDS, 11TH FLOOR                                          |
| 26 | NEW YORK, NY 10001-2170                                              |
|    | Telephone: 212-372-3030                                              |
| 27 | jamesmarsh@marshlaw.com                                              |
| 28 |                                                                      |

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Bianca E. Miyata
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 /s/ Bernard Eskandari
Nick A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Bernard.Eskandari@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*pro hac vice*
Assistant Section Chief, Deputy Attorney General
Gina F. Pittore (NJ Bar No. 323552019),
*pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*pro hac vice*

Mandy K. Wang (NJ Bar No. 373452021),
*pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Gina.Pittore@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP
By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*

Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E

```
                              Washington, D.C. 20001-5369
                              Telephone: (202) 220-1100
                              Facsimile: (202) 220-2300
                              Email: lauren.bell@mto.com

                              *Attorneys for Defendant Snap Inc.*

                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation
                              By: /s/ Brian M. Willen
                              Brian M. Willen
                              WILSON SONSINI GOODRICH & ROSATI
                              1301 Avenue of the Americas, 40th Floor
                              New York, New York 10019
                              Telephone: (212) 999-5800
                              Facsimile: (212) 999-5899
                              Email: bwillen@wsgr.com

                              Lauren Gallo White
                              Samantha A. Machock
                              WILSON SONSINI GOODRICH & ROSATI
                              One Market Plaza, Spear Tower, Suite 3300
                              San Francisco, CA 94105
                              Telephone: (415) 947-2000
                              Facsimile: (415) 947-2099
                              Email: lwhite@wsgr.com
                              Email: smachock@wsgr.com

                              Christopher Chiou
                              WILSON SONSINI GOODRICH & ROSATI
                              633 West Fifth Street
                              Los Angeles, CA 90071-2048
                              Telephone: (323) 210-2900
                              Facsimile: (866) 974-7329
                              Email: cchiou@wsgr.com

                              *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

                              WILLIAMS & CONNOLLY LLP
                              By: /s/ Joseph G. Petrosinelli
                              Joseph G. Petrosinelli
                              jpetrosinelli@wc.com
                              Ashley W. Hardin
                              ahardin@wc.com
                              680 Maine Avenue, SW
                              Washington, DC 20024
                              Telephone.: 202-434-5000
```

Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                              MAGISTRATE JUDGE PETER H. KANG

## ATTESTATION

I, Thomas Huynh, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 1 2024

By: */s/ Thomas Huynh*
       Thomas Huynh
       Deputy Attorney General