# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL LOCAL GOVERNMENT AND SCHOOL DISTRICT ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>[PROPOSED] AMENDED STIPULATED IMPLEMENTATION ORDER GOVERNING ADOPTION OF MASTER COMPLAINT (LOCAL GOVERNMENT AND SCHOOL DISTRICT) AND SHORT-FORM COMPLAINTS FOR FILED CASES; **AS AMENDED BY THE COURT** |

1. On February 20, 2024, the Court entered a *Stipulated Implementation Order Governing Adoption of Master Complaint (Local Government and School District) and Short-Form Complaints for Filed Cases* ("*Implementation Order*") (Dkt. No. 620) which applied only to Local Government Entities and School Districts, including school districts, municipalities, county district attorneys, and counties, who have asserted or seek to assert claims related to Defendants' social media platforms ("Local Government and School District Plaintiffs") in this MDL.

2. Attached as Exhibit A to the *Implementation Order* was a template form *Short-Form Complaint* ("SFC") for use by Local Government and School District Plaintiffs in current and future-filed cases in this MDL.

3. The Parties have advised that the template form SFC attached to the *Implementation Order* inadvertently omitted two Meta Entities named in the Master Complaint (School District) ("*Master Complaint*") (Dkt. No. 504) (Facebook Holdings, LLC and Meta Payments, Inc.).[2]

4. The template form SFC attached as Exhibit A to the *Implementation Order* is stricken and shall not be used. Attached hereto as **Exhibit 1** is an updated template form SFC for use by Local Government and School District Plaintiffs containing the necessary corrections, which

---

[2] *See* Dkt. No. 504 at paras. 42 and 44.

shall replace the form template SFC attached to the original *Implementation Order* (Dkt. No. 620-1) and shall be the operative SFC for Local Government and School District Plaintiffs in this MDL.

5. **Amended Timing of Filing *Short Form* Complaints**

a. **Complaints Transferred, or in the Process of Being Transferred, to this MDL Before the Filing of this Order**: Any Local Government and School District Plaintiff whose Complaint was transferred to this MDL or was in process of being transferred to this MDL before the date of filing this Order must file a SFC in their individual case, referencing their individual docket number to avoid the triggering of a filing fee, by March 5, 2024, or 10 days after entry of this Order, whichever is later.

6. All other provisions of the *Implementation Order* (Dkt. No. 620) remain in full force and effect.

**IT IS SO ORDERED,**

Dated:  **March 4**, 2024

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE