Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and
Meta Platforms Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF MEGAN L. RODGERS** |

# NOTICE OF APPEARANCE OF
# MEGAN L. RODGERS AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Megan L. Rodgers of the law firm Covington & Burling LLP, located at 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, telephone number (650) 632-4700, facsimile number (650) 632-4800, email address mrodgers@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC. Ms. Rodgers hereby requests to be added to the docket and the electronic service list in this matter.

DATED: March 11, 2024          COVINGTON & BURLING, LLP

                               By:  /s/ Megan L. Rodgers
                                    *Megan L. Rodgers*

                                    *Attorneys for Defendants Meta Platforms, Inc.*
                                    *Instagram, LLC; Meta Payments, Inc.; and*
                                    *Meta Platforms Technologies, LLC*