# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL SCHOOL DISTRICT ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION REGARDING IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET** |

**WHEREAS**, at the February 23, 2024 Case Management Conference the parties advised the Court that they would submit an Implementation Order that applies to School District Plaintiffs and sets forth the procedures for the exchange of the School District Plaintiff Fact Sheet and Supplemental School District Plaintiff Fact Sheet (CMC Tr. 2/23/24 at 76).

**WHEREAS,** the parties Stipulate and Agree to provisions of the *[Proposed] Stipulated Implementation Order Governing School District Plaintiff Fact Sheet And Supplemental Plaintiff Fact Sheet* attached as **Exhibit 1**, and respectfully request the Court enter it.

| | | |
|---|---|---|
| 1 | Dated: March 11, 2024 | Respectfully submitted, |
| 2 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 3 | | |
| 4 | | By: */s/ Lexi J. Hazam* |
| | | Lexi J. Hazam |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111 |
| 7 | | Telephone: + 1 (415) 956-1000 |
| | | lhazam@lchb.com |
| 8 | | |
| | | Previn Warren |
| 9 | | **MOTLEY RICE LLC** |
| | | 401 9th Street NW, Suite 630 |
| 10 | | Washington, D.C. 20004 |
| | | Telephone: + 1 (202) 386-9610 |
| 11 | | pwarren@motleyrice.com |
| 12 | | *Co-Lead Counsel* |
| 13 | | Christopher A. Seeger |
| | | **SEEGER WEISS, LLP** |
| 14 | | 55 Challenger Road, 6th Floor |
| | | Ridgefield Park, NJ 07660 |
| 15 | | Telephone: + 1 (973) 639-9100 |
| | | Facsimile: + 1 (973) 679-8656 |
| 16 | | cseeger@seegerweiss.com |
| 17 | | *Counsel to the Lead Counsel* |
| 18 | | Jennie Lee Anderson |
| | | **ANDRUS ANDERSON, LLP** |
| 19 | | 155 Montgomery Street, Suite 900 |
| | | San Francisco, CA 94104 |
| 20 | | Telephone: + 1 (415) 986-1400 |
| | | jennie@andrusanderson.com |
| 21 | | *Liaison Counsel* |
| 22 | | |
| 23 | | Michael M. Weinkowitz |
| | | **LEVIN SEDRAN & BERMAN, LLP** |
| 24 | | 510 Walnut Street, Suite 500 |
| | | Philadelphia, PA 19106 |
| 25 | | Telephone: + 1 (215) 592-1500 |
| | | mweinkowitz@lfsbalw.com |
| 26 | | *Plaintiff Leadership Committee* |
| | | *Co-Chair of Local Government Entity Committee* |
| 27 | | |
| 28 | | |

- 2 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR

MELISSA L. YEATES
**KESSLER TOPAZ**
 **MELTZER CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-Chair of Local Government Entity Committee*

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
　　Geoffrey M. Drake, *pro hac vice*
　　gdrake@kslaw.com
　　TaCara D. Harris, *pro hac vice*
　　tharris@kslaw.com
　　David Mattern, *pro hac vice*
　　dmattern@kslaw.com
　　King & Spalding LLP
　　1180 Peachtree Street, NE, Suite 1600
　　Atlanta. GA 30309
　　Telephone: + 1 (404) 572-4600
　　Facsimile: + 1 (404) 572-5100

**FAEGRE DRINKER LLP**

By: */s/ Andrea Roberts Pierson*
　　Andrea Roberts Pierson, *pro hac vice*
　　andrea.pierson@faegredrinker.com
　　Amy Fiterman, *pro hac vice*
　　amy.fiterman@ faegredrinker.com
　　Faegre Drinker LLP
　　300 N. Meridian Street, Suite 2500
　　Indianapolis, IN 46204
　　Telephone: + 1 (317) 237-0300
　　Facsimile: + 1 (317) 237-1000

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**COVINGTON & BURLING LLP**

By: */s/ Mark W. Mosier*
　　Mark W. Mosier, *pro hac vice*
　　mmosier@cov.com
　　Paul W. Schmidt, *pro hac vice*
　　pschmidt@cov.com
　　Phyllis A. Jones, *pro hac vice*
　　pajones@cov.com

- 3 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
|   | One City Center |
| 2 | 850 Tenth Street, NW |
|   | Washington, DC 20001 |
| 3 | Telephone: + 1 (202) 662-6000 |
|   | Facsimile: + 1 (202) 662-6291 |
| 4 |   |
|   | Emily Johnson Henn (SBN 269482) |
| 5 | ehenn@cov.com |
|   | COVINGTON & BURLING LLP |
| 6 | 3000 El Camino Real |
|   | 5 Palo Alto Square, 10th Floor |
| 7 | Palo Alto, CA 94306 |
|   | Telephone: + 1 (650) 632-4700 |
| 8 | Facsimile: + 1 (650) 632-4800 |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a/ Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliott Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

By:  */s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSEN LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: + 1 (415) 512-4000
Facsimile: + 1 (415) 512-4077

Rose L. Ehler (SBN 296523)
rose.ehler@mto.com
Victoria A. Degtyareva (SBN 284199)
victoria.degtyareva@mto.com
Ariel T. Teshuva (SBN 324238)
ariel.teshuva@mto.com
MUNGER, TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: + 1 (213) 683-9100
Facsimile: + 1 (213) 687-3702

Lauren A. Bell, pro hac vice
lauren.bell@mto.com
MUNGER, TOLLES & OLSEN LLP
601 Massachusetts Ave.,
NW, Suite 500 E
Washington, D.C. 20001
Telephone: + 1 (202) 220-1100
Facsimile: + 1 (202) 220-2300

*Attorneys for Defendant Snap Inc.*

- 4 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 |   |
| 2 | **WILSON SONSINI GOODRICH & ROSATI** |
| 3 | By:  */s/ Brian M. Willen* |
| 4 | Brian M. Willen, *pro hac vice*<br>bwillen@wsgr.com |
| 5 | Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the Americas, 40 Floor |
| 6 | New York, New York 10019<br>Telephone: + 1 (212) 999-5800 |
| 7 | Facsimile: + 1 (212) 999-5899 |
| 8 | Lauren Gallo White (SBN 309075)<br>lwhite@wsgr.com |
| 9 | Andrew Kramer (SBN 321574)<br>akramer@wsgr.com |
| 10 | Carmen Sobczak (SBN 342569)<br>One Market Plaza, Spear Tower, Suite 3300 |
| 11 | San Francisco, CA 94105<br>Telephone: + 1 (415) 947-2000 |
| 12 | Facsimile: + 1 (415) 947-2099 |
| 13 | Christopher Chiou (SBN 233587)<br>cchiou@wsgr.com |
| 14 | Matthew K. Donohue (SBN 302144)<br>mdonohue@wsgr.com |
| 15 | Wilson Sonsini Goodrich & Rosati<br>633 West Fifth Street |
| 16 | Los Angeles, CA 90071<br>Telephone: + 1 (323) 210-2900 |
| 17 | Facsimile: + 1 (866) 974-7329 |
| 18 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

- 5 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR