JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
laura.lopez@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
FAYE PAUL TELLER (State Bar No.343506)
faye.teller@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

LAUREN BELL, (*pro hac vice*)
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001-5369
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF FAYE PAUL TELLER FOR DEFENDANT SNAP INC.** |

1   **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS
2   OF RECORD**:

3       **PLEASE TAKE NOTICE** that Faye Paul Teller of the law firm of Munger, Tolles &
4   Olson, LLP hereby enters an appearance in this matter on behalf of Defendant SNAP INC. Ms.
5   Teller hereby requests to be added to the docket and the electronic service list in this matter.

    FAYE PAUL TELLER (SBN 343506)
    MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, 50th Floor
    Los Angeles, California 90071
    Email: faye.teller@mto.com
    Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702

DATED: March 7, 2024                  MUNGER, TOLLES & OLSON LLP

By:    */s/ Faye Paul Teller*
        Faye Paul Teller
Attorney for Defendant SNAP INC.