# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL LOCAL GOVERNMENT AND SCHOOL DISTRICT ACTIONS | **[PROPOSED] STIPULATED ORDER TO AMEND THE PLAINTIFFS' MASTER (LOCAL GOVERNMENT AND SCHOOL DISTRICT) TO CORRECT MISNOMER** |

**WHEREAS**, on December 18, 2023, Plaintiffs filed a *Master Complaint (Local Government and School District)* (Dkt. No. 504) ("*GE Master Complaint*");

**WHEREAS**, Defendant TikTok Ltd was inadvertently named in the *GE Master Complaint* as TikTok Pte. Ltd.;

**WHEREAS**, Plaintiffs seek to amend the *GE Master Complaint* solely to remedy this misnomer;

**WHEREAS,** Plaintiffs' filing of an amended complaint in the form of the *First Amended Master Complaint (Local Government and School District)* attached hereto as **Exhibit A** will not cause any undue prejudice to any party;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorney of record that Plaintiffs may, pursuant to Federal Rule of Civil

1 | Procedure 15(a), file an amended complaint in the form of the *First Amended Master Complaint*

2 | *(Local Government and School District)* attached hereto as **Exhibit A**.

3 | Dated: March 12, 2024

4 | By: */s/ Lexi J. Hazam*
Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: + 1 (415) 956-1000
lhazam@lchb.com

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, D.C. 20004
Telephone: + 1 (202) 386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
cseeger@seegerweiss.com

*Counsel to the Lead Counsel*

Jennie Lee Anderson
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: + 1 (415) 986-1400
jennie@andrusanderson.com

*Liaison Counsel*

Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: + 1 (215) 592-1500
mweinkowitz@lfsbalw.com

*Plaintiff Leadership Committee*
*Co-Chair of Local Government Entity Committee*

|||
|---|---|
|1||
|2|MELISSA L. YEATES|
||**KESSLER TOPAZ**|
|3|**MELTZER CHECK, LLP**|
||280 King of Prussia Road|
|4|Radnor, PA 19087|
||Telephone: 610-667-7706|
|5|myeates@ktmc.com|

*Co-Chair of Local Government Entity Committee*

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
TaCara D. Harris, *pro hac vice*
tharris@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta. GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

**FAEGRE DRINKER LLP**

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@ faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL LOCAL GOVERNMENT AND SCHOOL DISTRICT ACTIONS | **[PROPOSED] ORDER TO AMEND THE PLAINTIFFS' MASTER (LOCAL GOVERNMENT AND SCHOOL DISTRICT) TO CORRECT MISNOMER** |

Based on the written stipulation of the parties and good cause appearing in support thereof, Plaintiffs are granted leave to file an amended complaint in the form of the *First Amended Master Complaint (Local Government and School District)* attached hereto as Exhibit A.

Upon filing, the *First Amended Master Complaint (Local Government and School District)*, is deemed to be the operative complaint for all Local Government and School District Short Form-Complaints filed in this MDL.

**IT IS SO ORDERED,**

Dated: _____, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE