AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:22-MD-03047-YGR |
| GOOGLE LLC AND YOUTUBE, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Google LLC and YouTube, LLC.

Date:   03/14/2024

/s/ Jesse S. Krompier
*Attorney's signature*

Jesse S. Krompier Bar No. 318760
*Printed name and bar number*
Morgan, Lewis & Bockius LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132

*Address*

jesse.krompier@morganlewis.com
*E-mail address*

(213) 612-7372
*Telephone number*

(213) 612-2501
*FAX number*