AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJUNRY PRODUCTS LIABILITY LITIGATION )<br>*Plaintiff* )<br>v. )<br> )<br>*Defendant* ) | Case No. 4:22-md-03047-YGR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of California.

Date:   03/14/2024

/s/ Nayha Arora
*Attorney's signature*

Nayha Arora (SBN 350467)
*Printed name and bar number*

California Department of Justice
455 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

*Address*

nayha.arora@doj.ca.gov
*E-mail address*

(415) 510-3773
*Telephone number*

(415) 703-5480
*FAX number*