1  ROB BONTA
   Attorney General of California
2  NICKLAS A. AKERS (SBN 211222)
   Senior Assistant Attorney General
3  BERNARD A. ESKANDARI (SBN 244395)
   Supervising Deputy Attorney General
4  NAYHA ARORA (SBN 350467)
5  JOSHUA OLSZEWSKI-JUBELIRER (SBN 336428)
   MEGAN O'NEILL (SBN 343535)
6  MARISSA ROY (SBN 318773)
   Deputy Attorneys General
7   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
8   Telephone:  (415) 510-3773
    Fax:  (415) 510-5480
9   E-mail:  Nayha.Arora@doj.ca.gov
   *Attorneys for Plaintiff the People of the State of*
10 *California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**STATEMENT OF RECENT DECISION**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

1   Pursuant to Local Rule 7-3(d)(2), the undersigned encloses a copy of a judicial opinion issued in *State of Tennessee v. Meta Platforms, Inc. et al*, No. 23-1364-IV.  The opinion is relevant to the Motion to Dismiss (doc. no. 517), for which a hearing has been scheduled on April 19, 2024.  The opinion was issued on March 13, 2024, after the submission deadline for the Plaintiffs' response to the Motion to Dismiss.

Dated:  March 15, 2024

Respectfully submitted,

/s/ Nayha Arora
Deputy Attorney General
California Department of Justice
Office of the Attorney General

*Attorney for the Plaintiff the People of the State of California*