1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11    People of the State of California, et al.                MDL No. 3047

12        v.                                              Case Nos.: 4:23-cv-05448-YGR

13    Meta Platforms, Inc., Instagram, LLC, Meta              4:23-cv-05885-YGR
      Payments, Inc., Meta Platforms Technologies,
14    LLC

15    -----------------------------------------------------    **[PROPOSED ORDER] RE: STATE
                                                              ATTORNEYS GENERAL'S
16    Office of the Attorney General, State of Florida,       ADMINISTRATIVE MOTION SEEKING
      Department of Legal Affairs                            AN EXTENSION TO SUBMIT JURY
17                                                            ENTITLEMENT CHART**

18        v.                                              Judge: Hon. Yvonne Gonzalez Rogers

19                                                       Magistrate Judge: Hon. Peter H. Kang

20    Meta Platforms, Inc., Instagram, LLC.

21    -----------------------------------------------------

22    IN RE: SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY PRODUCTS
23    LIABILITY LITIGATION

24    THIS DOCUMENT RELATES TO:

25    4:23-cv-05448, 4:23-cv-05885.

26

27

28
                                       1

Before the Court is the State Attorneys General's Administrative Motion Seeking an Extension to Submit Jury Entitlement Chart. The Court has reviewed the Motion and the Declaration in support thereof.

The State Attorneys General Administrative Motion Seeking an Extension to Submit Jury Entitlement Chart is hereby **GRANTED**.  The length of the extension shall be determined at the March 22, 2024, Case Management Conference.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.    _____
                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER] RE: STATE ATTORNEYS GENERAL ADMINISTRATIVE MOTION SEEKING AN EXTENSION
4:23-CV-05488-YGR
4:23-CV-05885-YGR