| | |
|---|---|
| 1 | JONATHAN H. BLAVIN (State Bar No. 230269) |
|  | jonathan.blavin@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
|  | 560 Mission Street, 27th Floor |
| 3 | San Francisco, CA  94105-3089 |
|  | Telephone:     (415) 512-4000 |
| 4 | Facsimile:      (415) 512-4077 |
| 5 | ROSE LEDA EHLER (State Bar No. 296523) |
|  | rose.ehler@mto.com |
| 6 | VICTORIA A, DEGTYAREVA (State Bar No. 284199) |
|  | victoria.degtyareva@mto.com |
| 7 | FAYE PAUL TELLER (State Bar No.343506) |
|  | faye.teller@mto.com |
| 8 | LAURA M. LOPEZ (State Bar No. 313450) |
|  | laura.lopez@mto.com |
| 9 | ROWLEY J. RICE (State Bar No. 313737) |
|  | rowley.rice@mto.com |
| 10 | ARIEL TESHUVA (State Bar No. 324238) |
|  | ariel.teshuva@mto.com |
| 11 | MUNGER, TOLLES & OLSON LLP |
|  | 350 South Grand Avenue, 50th Floor |
| 12 | Los Angeles, California 90071-3426 |
|  | Telephone:     (213) 683-9100 |
| 13 | Facsimile:      (213) 687-3702 |
| 14 | LAUREN BELL, (*pro hac vice*) |
|  | lauren.bell@mto.com |
| 15 | MUNGER, TOLLES & OLSON LLP |
|  | 601 Massachusetts Avenue NW, Suite 500 E |
| 16 | Washington, D.C.  20001-5369 |
|  | Telephone:     (202) 220-1100 |
| 17 | Facsimile:      (202) 220-2300 |
| 18 | Attorneys for SNAP INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF ROWLEY J. RICE FOR DEFENDANT SNAP INC.** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Rowley J. Rice of the law firm of Munger, Tolles & Olson, LLP hereby enters an appearance in this matter on behalf of Defendant SNAP INC. Mr. Rice hereby requests to be added to the docket and the electronic service list in this matter.

```
ROWLEY J. RICE (SBN 313737)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Email: rowley.rice@mto.com
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
```

DATED: March 20, 2024                              MUNGER, TOLLES & OLSON LLP


By:  ___*/s/ ROWLEY J. RICE*___
           ROWLEY J. RICE
Attorney for Defendant SNAP INC.