1  [*Parties and Counsel Listed on Signature Pages*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>--------------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC.<br><br>--------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:23-cv-05885. | MDL No. 3047<br><br>Case Nos.: 4:23-cv-05448-YGR<br><br>4:23-cv-05885-YGR<br><br>**STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE ANNOTATED APPENDICES OF STATE LAW**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Under Civil Local Rule 7-11, the State Attorneys General ("State AGs") submit this administrative motion seeking leave to file annotated charts of the appendices (ECF 662-1) that were filed by Defendant Meta Platforms, Inc. ("Meta") along with Meta's Reply in Support of Motion to Dismiss the State AGs Complaint (ECF 662).

During the February 23, 2024 Case Management Conference ("CMC"), the Court heard discussion from the State AGs and Meta (collectively, "Parties") regarding the most efficient way to provide the Court with the elements and requirements of the various State laws at issue. The Court represented that it would be efficient for the parties to furnish appended tables of State law with the Parties' perspectives. To that end, the Court requested that the State AGs give Meta an editable version of the Appendix of State Law (ECF 599-1) that was filed by the State AGs along with the Opposition to Meta's Motion to Dismiss (ECF 599). Additionally, the State AGs requested that to the extent Meta's Reply in Support would address additional state law issues, that the State AGs would be afforded the opportunity to respond. The Court directed the State AGs to raise that issue after receiving the Reply.

Meta filed its Reply in Support of Motion to Dismiss the State AGs Complaint (ECF 662) on March 1, 2024. Included with this filing was Meta's annotation of the State AGs appendix (ECF 662-2) as requested by the Court. Meta also filed eight additional appendices of State law (ECF 662-1). The eight appendices are distinct and different from the State AGs appendix. While the State AGs appendix was a mere recitation of portions of State consumer protection statutes, Meta's eight new appendices include statutes and case law covering a variety of issues such as materiality, the applicability of the FTC Act standard, consumer transactions requirements, and restitution. Some, but not all, of the statutes and cases in the appendices have been directly addressed in prior filings by the Parties. In light of the Court's interest in a state-by-state delineation of relevant law, the State AGs have prepared annotated versions of the appendices submitted by Meta, for the convenience of the Court.

Civil Local Rule 7-11 requires that a Motion for Administrative Relief be accompanied by a proposed order and by either a stipulation under Civil Local Rule 7-12 or by a declaration that explains why a stipulation could not be obtained. In support of this motion, the State AGs include the declaration

of J. Christian Lewis, Office of the Kentucky Attorney General. Meta does not object to the State AGs filing of this motion for leave.

For the foregoing reasons, the State AGs request that the Court grant this administrative motion and enter an order permitting the State AGs leave to file annotated charts of State law.

DATED: March 20, 2024

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

 */s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer

(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Nayha Arora (CA SBN 350467)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Gina F. Pittore (NJ Bar No. 323552019),
*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Gina.Pittore@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Division of Consumer Affairs*

## ATTESTATION

I, J. Christian Lewis, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 20, 2024

J. CHRISTIAN LEWIS
Division Chief