**RUSSELL COLEMAN**
Attorney General of Kentucky
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice app. Forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARD@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698
*Attorneys for Plaintiff the Commonwealth of Kentucky*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC. | MDL No. 3047<br><br>Case Nos.: 4:23-cv-05448-YGR<br><br>4:23-cv-05885-YGR<br><br>**DECLARATION OF J. CHRISTIAN LEWIS IN SUPPORT OF STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE ANNOTATED APPENDICES OF LAW**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

---

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

4:23-cv-05448, 4:23-cv-05885.

---

I, J. CHRISTIAN LEWIS, declare and state as follows:

1. I am the Division Chief of the Division of Consumer and Senior Protection of the Office of the Kentucky Attorney General. I am a member of good standing of the State Bar of Kentucky. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of the State Attorneys General's Administrative Motion Seeking Leave to File Annotated Appendices of Law.

3. At the February 23, 2024 Case Management Conference ("CMC") the Court requested that the State Attorneys General ("State AGs") provide Defendant Meta Platforms, Inc. ("Meta") with an editable version of the Appendix of State Law (ECF 599-1) filed by the State AGs along with the Opposition to Meta's Motion to Dismiss (ECF 599).

4. Pursuant to the Court's request, the State AGs sent the appendix to Meta on February 26, 2024.

5. Meta filed its Reply in Support of Motion to Dismiss the State AGs Complaint (ECF 662) on March 1, 2024 along with an annotation of the appendix provided by the State AGs (ECF 662-2) and additional appendices of State law (ECF 662-1).

6. In light of the Court's expressed interest in a state-by-state delineation of relevant law with the parties' perspectives, the State AGs have prepared annotated versions of the appendices submitted by Meta.

7. To the extent that the Court wishes to accept filing of the annotated charts, the State AGs file the within motion.

8. Meta does not object to the State AGs' filing of this administrative motion for leave.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2024, in Oakland, California.

DATED: March 20, 2024

*[signature]*

J. CHRISTIAN LEWIS
Division Chief