IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>   v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>-----------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>   v.<br><br>Meta Platforms, Inc., Instagram, LLC.<br><br>-----------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:23-cv-05885. | MDL No. 3047<br><br>Case Nos.: 4:23-cv-05448-YGR<br><br>4:23-cv-05885-YGR<br><br>**[PROPOSED ORDER] RE: STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION SEEKING LEAVE TO FILE ANNOTATED APPENDICES OF LAW**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Before the Court is the State Attorneys General's Administrative Motion Seeking Leave to file Annotated Appendices of Law. The Court has reviewed the Motion and the Declaration in support thereof.

The State Attorneys General Administrative Motion Seeking Leave to File Annotated Appendices of Law is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE