UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*K.O. and J.O., individually and as next of friend to minor D.O. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255<br><br>*K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-05794<br><br>*I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-03292 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' EIGHTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM* |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eighth Consolidated Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Eighth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-3 to the Anderson Declaration in Support of Eighth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *K.O. and J.O., individually and as next of friend to minor D.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255 | Entire Application/ Exhibit | ☒ Granted<br>___ Denied |
| Exhibit 2 – Application for *K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.,* 4:23-cv-05794 | Entire Application/ Exhibit | ☒ Granted<br>___ Denied |
| Exhibit 3 – Application for *I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.,* 4:23-cv-03292 | Entire Application/ Exhibit | ☒ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED: March 22, 2024

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE