UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*K.O. and J.O., individually and as next of friend to minor D.O. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255<br><br>*K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-05794<br><br>*I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-03292 | [PROPOSED] ORDER GRANTING PLAINTIFFS' EIGHTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM* |

[PROPOSED] ORDER

The Court is in receipt of Plaintiffs' Eighth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Eighth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4

(citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On February 23, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *K.O. and J.O., individually and as next of friend to minor D.C. v. Meta Platforms, Inc., et al.*, 4:23-cv-04255 (Exhibit 1);
- *K.P., individually and as next of friend to minor S.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-05794 (Exhibit 2); and
- *I.T. individually and as next of friend to minor, A.P. v. Meta Platforms, Inc., et al.*, 4:23-cv-03292 (Exhibit 3).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Eighth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before March 11, 2024, which is fifteen (15) days after the filing of Plaintiffs' Eighth *Ex Parte* Application[1], and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: March 22, 2024

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

---

[1] The fifteenth (15) day after the filing of Plaintiffs' Eighth *Ex Parte* Application was Saturday, March 9, 2024, such that the deadline to object was the next court day, March 11, 2024.