# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL SCHOOL DISTRICT ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**SECOND AMENDED STIPULATION REGARDING IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET** |

**WHEREAS**, at the February 23, 2024 Case Management Conference the parties advised the Court that they would submit an Implementation Order that applies to School District Plaintiffs and sets forth the procedures for the exchange of the School District Plaintiff Fact Sheet and Supplemental School District Plaintiff Fact Sheet (CMC Tr. 2/23/24 at 76).

**WHEREAS,** the parties Stipulate and Agree to provisions of the *[Proposed] Stipulated Implementation Order Governing School District Plaintiff Fact Sheet And Supplemental Plaintiff Fact Sheet* attached as **Exhibit 1**, and respectfully request the Court enter it.

| | |
|---|---|
| Dated: March 22, 2024 | Respectfully submitted,<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br><br>By: */s/ Lexi J. Hazam*<br>Lexi J. Hazam<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: + 1 (415) 956-1000<br>lhazam@lchb.com<br><br>Previn Warren<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 630<br>Washington, D.C. 20004<br>Telephone: + 1 (202) 386-9610<br>pwarren@motleyrice.com<br><br>*Co-Lead Counsel*<br><br>Christopher A. Seeger<br>**SEEGER WEISS, LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Telephone: + 1 (973) 639-9100<br>Facsimile: + 1 (973) 679-8656<br>cseeger@seegerweiss.com<br><br>*Counsel to the Lead Counsel*<br><br>Jennie Lee Anderson<br>**ANDRUS ANDERSON, LLP**<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: + 1 (415) 986-1400<br>jennie@andrusanderson.com<br><br>*Liaison Counsel*<br><br>Michael M. Weinkowitz<br>**LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: + 1 (215) 592-1500<br>mweinkowitz@lfsbalw.com<br><br>*Plaintiff Leadership Committee*<br>*Co-Chair of Local Government Entity Committee* |

- 2 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR

MELISSA L. YEATES
**KESSLER TOPAZ**
 **MELTZER CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-Chair of Local Government Entity Committee*

**KING & SPALDING LLP**

By:  */s/ Geoffrey M. Drake*
   Geoffrey M. Drake, *pro hac vice*
   gdrake@kslaw.com
   TaCara D. Harris, *pro hac vice*
   tharris@kslaw.com
   David Mattern, *pro hac vice*
   dmattern@kslaw.com
   King & Spalding LLP
   1180 Peachtree Street, NE, Suite 1600
   Atlanta. GA 30309
   Telephone: + 1 (404) 572-4600
   Facsimile: + 1 (404) 572-5100

**FAEGRE DRINKER LLP**

By:  */s/ Andrea Roberts Pierson*
   Andrea Roberts Pierson, *pro hac vice*
   andrea.pierson@faegredrinker.com
   Amy Fiterman, *pro hac vice*
   amy.fiterman@ faegredrinker.com
   Faegre Drinker LLP
   300 N. Meridian Street, Suite 2500
   Indianapolis, IN 46204
   Telephone: + 1 (317) 237-0300
   Facsimile: + 1 (317) 237-1000

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**COVINGTON & BURLING LLP**

By:  */s/ Mark W. Mosier*
   Mark W. Mosier, *pro hac vice*
   mmosier@cov.com
   Paul W. Schmidt, *pro hac vice*
   pschmidt@cov.com
   Phyllis A. Jones, *pro hac vice*
   pajones@cov.com

- 3 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR

|     |     |
| --- | --- |
| 1   | COVINGTON & BURLING LLP |
|     | One City Center |
| 2   | 850 Tenth Street, NW |
|     | Washington, DC 20001 |
| 3   | Telephone: + 1 (202) 662-6000 |
|     | Facsimile: + 1 (202) 662-6291 |

COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a/ Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliott Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSEN LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: + 1 (415) 512-4000
Facsimile: + 1 (415) 512-4077

Rose L. Ehler (SBN 296523)
rose.ehler@mto.com
Victoria A. Degtyareva (SBN 284199)
victoria.degtyareva@mto.com
Ariel T. Teshuva (SBN 324238)
ariel.teshuva@mto.com
MUNGER, TOLLES & OLSEN LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: + 1 (213) 683-9100
Facsimile: + 1 (213) 687-3702

Lauren A. Bell, pro hac vice
lauren.bell@mto.com
MUNGER, TOLLES & OLSEN LLP
601 Massachusetts Ave.,
NW, Suite 500 E
Washington, D.C. 20001
Telephone: + 1 (202) 220-1100
Facsimile: + 1 (202) 220-2300

*Attorneys for Defendant Snap Inc.*

- 4 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR

**WILSON SONSINI GOODRICH & ROSATI**

By: */s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
bwillen@wsgr.com
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40 Floor
New York, New York 10019
Telephone: + 1 (212) 999-5800
Facsimile: + 1 (212) 999-5899

Lauren Gallo White (SBN 309075)
lwhite@wsgr.com
Andrew Kramer (SBN 321574)
akramer@wsgr.com
Carmen Sobczak (SBN 342569)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: + 1 (415) 947-2000
Facsimile: + 1 (415) 947-2099

Christopher Chiou (SBN 233587)
cchiou@wsgr.com
Matthew K. Donohue (SBN 302144)
mdonohue@wsgr.com
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street
Los Angeles, CA 90071
Telephone: + 1 (323) 210-2900
Facsimile: + 1 (866) 974-7329

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

- 5 -

[PROPOSED] STIPULATED IMPLEMENTATION ORDER GOVERNING SCHOOL DISTRICT PLAINTIFF FACT SHEET AND SUPPLEMENTAL PLAINTIFF FACT SHEET - Case No. 4:22-MD-03047-YGR