ROB BONTA
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
JOSHUA OLSZEWSKI-JUBELIRER (SBN 336428)
MEGAN O'NEILL (SBN 343535)
MARISSA ROY (SBN 318773)
NAYHA ARORA (SBN 350467)
Deputy Attorneys General
  455 Golden State Ave., Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4400
  Fax: (415) 703-5480
  E-mail: Marissa.Roy@doj.ca.gov
*Attorneys for The People of the State of California*

*Additional parties and counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *People of the State of California, et al.* | MDL No. 3047 |
| v. | Case Nos. 4:23-cv-05448-YGR |
| *Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC* | 4:23-cv-05885-YGR |
| -------------------------------------------------- | **STATE ATTORNEYS GENERAL'S RESPONSE TO PRO SE MOTION TO INTERVENE** |
| *Office of the Attorney General, State of Florida, Department of Legal Affairs* | |
| v. | Judge: Honorable Yvonne Gonzalez Rogers |
| *Meta Platforms, Inc., Instagram LLC* | |
| -------------------------------------------------- | |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: 4:23-cv-05448, 4:23-cv-05885 | |

1

**INTRODUCTION**

Taiming Zhang's ("Zhang") pro se motion to intervene is an improper attempt to insert private claims for individual relief into public law-enforcement actions brought by 33 state attorneys general and the Florida Attorney General (collectively the "State AGs"). As this Court recently held in denying a similar motion, the Federal Rules of Civil Procedure and this Circuit's precedent do not allow Zhang to intervene in this action: "This state attorneys general enforcement action involves interests separate from [the proposed intervenor]'s. Further, the instant case does not preclude [the proposed intervenor] from seeking relief on an individualized basis." Dkt. No. 80 at 1; *see also id*. at 5 ("[The proposed intervenor] is nonetheless free to file his own complaint against defendant Meta. Nothing about this state attorneys general enforcement action precludes him from doing so.").

**ARGUMENT**

I. **ZHANG HAS NO MANDATORY RIGHT TO INTERVENE.**

Zhang cannot establish a mandatory right to intervene in this public enforcement action. Rule 24(a) gives a right to intervene to anyone who is "given an unconditional right to intervene by federal statute" or, alternatively, anyone who has (1) "an interest relating to the property or transaction that is the subject of the action" that (2) would be "impair[ed] or impede[d]" if the person was not permitted to intervene and (3) could not be "adequately represent[ed]" by the existing parties. Fed. R. Civ. P. 24(a)(1)-(2); *see also, e.g.*, *Cal. Dep't of Toxic Substances Control v. Jim Dobbas, Inc.*, 54 F.4th 1078, 1086 (9th Cir. 2022). The burden is on Zhang to establish that Rule 24's factors are met. *Id.* Here, Zhang does not identify an unconditional right to intervene and does not meet any of the three factors that would alternatively give rise to such a right.

**First**, Zhang does not have a legally sufficient interest in the "property or transaction" underlying this enforcement action. *See, e.g.*, *Donaldson v. United States*, 400 U.S. 517, 531 (1971) (requiring a "significantly protectable interest"); *United States v. Alisal Water Corp.*, 370 F.3d 915, 919-20 (9th Cir. 2004) (holding that an "interest must be concrete," not "several degrees removed" or "prospective"). Here, the State AGs have brought a public enforcement

action that does not involve property that Zhang has a claim to, contracts Zhang is party to, or Zhang's economic interests. Zhang's interest in the State AGs' public enforcement action appears to derive from pending litigation against Twitter (not a defendant in the State AGs' action) involving allegations of breach of contract, tortious conduct, and common law fraud (not claims in the State AGs' action against Meta) seeking, among other remedies, reinstatement of Zhang's suspended Twitter account (not relief the State AGs are seeking). *See* Complaint at ¶¶ 1, 42, *Taiming Zhang v. Twitter, Inc.*, 3:23-cv-00980 (N.D. Cal., Mar. 2, 2023). Also, Zhang's possible generalized interest in the potential application of the Communications Decency Act to the State AGs' separate action is insufficient to support mandatory intervention. *See Donaldson*, 400 U.S. at 531. For this reason alone, Zhang's motion for mandatory intervention must be denied.

**Second**, the State AGs' public enforcement action against Meta has no impact on Zhang's interests because Zhang is free to engage in separate litigation. As the Court recently held in denying a similar attempt to intervene in this enforcement action, "an individual's interests are not impeded or impaired by a pending case when they can be 'raise[d] . . . through a separate lawsuit[.]'" Dkt 80 at 3 (quoting *Warren v. Comm'r of Internal Revenue*, 302 F.3d 1012, 1015 (9th Cir. 2002)) (alternations in original). As there, "[h]ere, [Zhang] is free to file a private action . . . and to seek consolidation of such an action with the multi-district litigation of which this case is a part." *Id*. Indeed, Zhang's separate action against Twitter demonstrates that the State AGs' separate public enforcement action against Meta in no way impedes Zhang's interests or ability to litigate.

**Third**, to the extent that Zhang has a generalized interest in the public rights that the State AGs seek to vindicate, the State AGs are best situated to represent that interest. When the government is representing the public, there is an "assumption of adequacy." *Arakaki v. Cayetano*, 324 F.3d 1078, 1086 (9th Cir. 2003). Thus, the proposed intervenor must make a "very compelling showing" that the government cannot adequately represent public rights. *Oakland Bulk & Oversized Terminal, LLC v. City of Oakland*, 960 F.3d 603, 620 (9th Cir. 2020). Zhang makes no showing, nor could Zhang. In sum, Zhang meets none of the requirements for mandatory intervention.

**II.     ZHANG HAS NO BASIS TO PERMISSIVELY INTERVENE.**

In the absence of grounds for mandatory intervention, the Court may permit intervention to anyone who "is given a conditional right to intervene by a federal statute" or who "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(A)-(B). Zhang has not made either showing.

As an initial matter, Zhang does not identify a federal statute that provides a conditional right to intervene, and the State AGs are unaware of one. Further, there are no common questions of fact or law as Zhang appears to invoke contract, tort, and common-law theories that are absent from the State AGs' case. By contrast, as this Court observed, the state AG's action focuses on "misconduct stemming from Meta's (1) collection of data from users under thirteen years old without required parental notification and consent; (2) misrepresentations surrounding the safety of its social media platforms; and (3) the deceptive and unfair constellation of features that prolong engagement and lead to youth addiction." Dkt. 80 at 5 (citation and quotation marks omitted). These significant differences, and the fact that Zhang is "free to file his own complaint," Dkt. 80 at 5, underscore that permissive intervention should also be denied.

## CONCLUSION

For these reasons, the State AGs respectfully request that the Court deny Taiming Zhang's motion to intervene in this public enforcement action.

Dated: March 25, 2024                                    Respectfully submitted,


                                                         /s/ Marissa Roy

                                                         Deputy Attorney General
                                                         California Department of Justice
                                                         Office of the Attorney General

                                                         *Attorney for Plaintiff the People of the State of California*

| | | |
|---|---|---|
| 1 | **KRISTIN K. MAYES** | **PHILIP J. WEISER** |
| 2 | Attorney General<br>State of Arizona | Attorney General<br>State of Colorado |
| 3 | | |
| 4 | */s/ Laura Dilweg*<br>Laura Dilweg (AZ No. 036066 CA No. 260663) | */s/ Bianca E. Miyata*<br>Bianca E. Miyata (CO Reg. No. 42012), *pro hac vice* |
| 5 | Consumer Protection Section Chief Counsel | Senior Assistant Attorney General<br>Lauren M. Dickey (CO Reg. No. 45773) |
| 6 | Nathan Whelihan (AZ No. 037560), *pro hac vice* | First Assistant Attorney General<br>Megan Paris Rundlet (CO Reg. No. 27474) |
| 7 | Assistant Attorney General | Senior Assistant Solicitor General |
| 8 | Arizona Attorney General's Office<br>2005 North Central Avenue | Elizabeth Orem (CO Reg. No. 58309)<br>Assistant Attorney General |
| 9 | Phoenix, AZ 85004<br>Phone: (602) 542-3725 | Colorado Department of Law<br>Ralph L. Carr Judicial Center |
| 10 | Fax:   (602) 542-4377 | Consumer Protection Section |
| 11 | Laura.Dilweg@azag.gov<br>Nathan.Whelihan@azag.gov | 1300 Broadway, 7th Floor<br>Denver, CO 80203 |
| 12 | | Phone: (720) 508-6651 |
| 13 | *Attorneys for Plaintiff State of Arizona, ex rel. Kristin K. Mayes, Attorney General* | bianca.miyata@coag.gov |
| 14 | | *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |
| 15 | | |
| 16 | | **WILLIAM TONG**<br>Attorney General |
| 17 | | State of Connecticut |
| 18 | | */s/ Lauren H. Bidra* |
| 19 | | Lauren H. Bidra<br>(CT Juris No. 440552), *pro hac vice* |
| 20 | | Special Counsel for Media and Technology<br>Krislyn M. Launer |
| 21 | | (CT Juris No. 440789), *pro hac vice*<br>Ashley H. Meskill |
| 22 | | (CT Juris No. 444377), *pro hac vice*<br>Assistant Attorneys General |
| 23 | | Connecticut Office of the Attorney General |
| 24 | | 165 Capitol Avenue<br>Hartford, Connecticut 06106 |
| 25 | | Phone: 860-808-5306<br>Fax: 860-808-5593 |
| 26 | | Lauren.Bidra@ct.gov |
| 27 | | Krislyn.Launer@ct.gov<br>Ashley.Meskill@ct.gov |
| 28 | | *Attorneys for Plaintiff State of Connecticut* |

| | | |
|---|---|---|
| 1 | **KATHLEEN JENNINGS** | **ASHLEY MOODY** |
| | Attorney General | Attorney General |
| 2 | State of Delaware | State of Florida |
| 3 | | |
| | /s/ Marion Quirk | /s/ Victoria Ann Butler |
| 4 | Owen Lefkon | Victoria Ann Butler (FL Bar No. 861250), |
| | Director of Fraud and Consumer Protection | pro hac vice |
| 5 | Marion Quirk, pro hac vice | Director of Consumer Protection Litigation |
| | Director of Consumer Protection | 3507 E. Frontage Road, Suite 325 |
| 6 | Dashiell Radosti (DE Bar 7100), pro hac vice | Tampa, FL 33607 |
| 7 | Deputy Attorney General | Telephone: (813) 287-7950 |
| | Delaware Department of Justice | Victoria.butler@myfloridalegal.com |
| 8 | 820 N. French Street, 5th Floor | |
| | Wilmington, DE 19801 | John M. Guard (FL Bar No. 374600), |
| 9 | Phone: (302) 683-8800 | pro hac vice |
| 10 | Dashiell.Radosti@delaware.gov | Chief Deputy Attorney General |
| | | PL-01 The Capitol |
| 11 | Attorneys for Plaintiff State of Delaware | Tallahassee, FL 32399 |
| | | John.guard@myfloridalegal.com |
| 12 | | |
| 13 | | Nicholas J. Weilhammer (FL Bar No. 479322), |
| | | pro hac vice |
| 14 | | Associate Deputy Attorney General for Enforcement |
| 15 | | PL-01 The Capitol |
| 16 | | Tallahassee, FL 32399 |
| | | Telephone: (850) 414-3861 |
| 17 | | Nicholas.weilhammer@myfloridalegal.com |
| 18 | | |
| | | Donna Cecilia Valin (FL Bar No. 96687), |
| 19 | | pro hac vice |
| | | Special Counsel, Assistant Attorney General |
| 20 | | 135 West Central Blvd. |
| | | Orlando, FL 32801 |
| 21 | | Telephone: (407) 316-4840 |
| 22 | | Donna.valin@myfloridalegal.com |
| 23 | | Karen E. Berger (FL Bar No. 72991) |
| | | pro hac vice |
| 24 | | Special Counsel, Assistant Attorney General |
| 25 | | 110 SE 6th Street, 10th Floor |
| | | Fort Lauderdale, FL 33301 |
| 26 | | Telephone: (954) 712-4600 |
| | | Karen.berger@myfloridalegal.com |
| 27 | | |
| 28 | | Attorneys for Office of the Attorney General, State of Florida, Department of Legal Affairs |

| | | |
|---|---|---|
| 1 | **CHRISTOPHER M. CARR**<br>Attorney General<br>State of Georgia | **RAÚL R. LABRADOR**<br>Attorney General<br>State of Idaho |

**CHRISTOPHER M. CARR**
Attorney General
State of Georgia

*/s/ Melissa M. Devine*
Melissa M. Devine (GA Bar No. 403670),
*pro hac vice*
Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-3765
Fax: (404) 651-9108
mdevine@law.ga.gov

*Attorneys for Plaintiff State of Georgia*

**RAÚL R. LABRADOR**
Attorney General
State of Idaho

By:   */s/ Nathan Nielson*
Nathan H. Nielson (ID Bar No. 9234),
Stephanie N. Guyon (ID Bar No. 5989)
pro hac vice
Deputy Attorneys General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2424
nathan.nielson@ag.idaho.gov
stephanie.guyon@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi

*/s/ Christopher T. Han*
Bryan C. Yee (HI JD No. 4050),
*pro hac vice*
Supervising Deputy Attorney General
Christopher T. Han (HI JD No. 11311),
*pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development Division
425 Queen Street
Honolulu, Hawaiʻi 96813
Phone: (808) 586-1180
Bryan.c.yee@hawaii.gov
Christopher.t.han@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

| | | |
|---|---|---|
| 1 | **KWAME RAOUL** <br> Attorney General | **THEODORE E. ROKITA** <br> Attorney General |
| 2 | State of Illinois | State of Indiana |

By: */s/ Daniel Edelstein*
Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)
Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)
Daniel Edelstein, Supervising Attorney, Consumer Fraud Bureau (IL Bar No. 6328692), *pro hac vice*
Kevin Whelan, Supervising Attorney, Consumer Fraud Bureau (IL Bar No. 6321715), *pro hac vice*
Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*
Adam Sokol, Senior Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6216883)
Emily María Migliore, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392)
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-8554
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Daniel.Edelstein@ilag.gov
Kevin.Whelan@ilag.gov
Adam.Sokol@ilag.gov
Emily.Migliore@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82), *pro hac vice*
Chief Counsel and Director of Consumer Protection
Corinne Gilchrist (IN Atty No. 27115-53), *pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49), *pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas

*/s/   Sarah M. Dietz*
Sarah M. Dietz
(KS Bar No. 27457), *pro hac vice*
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
Fax: (785) 296-3131
Email: sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

| | |
|---|---|
| **RUSSELL COLEMAN**<br>Attorney General<br>Commonwealth of Kentucky<br><br>/s/ *J. Christian Lewis*<br>J. Christian Lewis (KY Bar No. 87109),<br>*pro hac vice*<br>Philip Heleringer (KY Bar No. 96748),<br>*pro hac vice*<br>Zachary Richards (KY Bar No. 99209),<br>*pro hac vice app. forthcoming*<br>Daniel I. Keiser (KY Bar No. 100264),<br>*pro hac vice*<br>Assistant Attorneys General<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov<br>Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky*<br><br><br>**LIZ MURRILL**<br>Attorney General<br>State of Louisiana<br><br>*/s/ Arham Mughal*<br>Arham Mughal (LA Bar No. 38354),<br>*pro hac vice*<br>L. Christopher Styron (LA Bar No. 30747),<br>*pro hac vice*<br>Assistant Attorneys General<br>Louisiana Department of Justice<br>Office of the Attorney General<br>Public Protection Division<br>Consumer Protection Section<br>1885 N 3rd Street, 4th Floor<br>Baton Rouge, LA 70802<br>Tel: (225) 326-6438<br>MughalA@ag.louisiana.gov<br>StyronL@ag.louisiana.gov<br><br>*Attorneys for State of Louisiana* | **AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>/s/ *Michael Devine*<br>Michael Devine, Maine Bar No. 5048,<br>*pro hac vice*<br>Laura Lee Barry Wommack, Maine Bar No. 10110, *pro hac vice*<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>michael.devine@maine.gov<br>lauralee.barrywommack@maine.gov<br><br>*Attorneys for Plaintiff State of Maine*<br><br><br>**ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland<br><br>/s/ *Elizabeth J. Stern*<br>Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*<br>Deputy Chief, Consumer Protection Division<br>Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417 (Mr. Ziperman)<br>Phone: (410) 576-7226 (Ms. Stern)<br>Fax: (410) 576-6566<br>pziperman@oag.state.md.us<br>estern@oag.state.md.us<br><br>*Attorneys for Plaintiff Office of the Attorney General of Maryland* |

| | |
|---|---|
| **DANA NESSEL**<br>Attorney General<br>State of Michigan<br><br>/s/ *Daniel J. Ping*<br>Daniel J. Ping (P81482), *pro hac vice*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>517-335-7632<br>PingD@michigan.gov<br><br>*Attorneys for Plaintiff State of Michigan*<br><br>**KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>/s/ *Caitlin Micko*<br>Caitlin Micko (MN Bar No. 0395388),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Tel: (651) 724-9180<br>caitlin.micko@ag.state.mn.us<br><br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* | **ANDREW BAILEY**<br>Attorney General<br>State of Missouri<br><br>By: /s/ *Michael Schwalbert*<br>Michael Schwalbert, *pro hac vice*<br>Assistant Attorney General<br>Consumer Protection Section<br>Missouri Attorney General's Office<br>815 Olive Street \| Suite 200<br>Saint Louis, Missouri 63101<br>michael.schwalbert@ago.mo.gov<br>Phone: 314-340-7888<br>Fax: 314-340-7981<br><br>*Attorney for Plaintiff State of Missouri, ex rel. Andrew Bailey, Attorney General*<br><br>**MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>/s/ *Colin P. Snider*<br>Colin P. Snider (NE #27724)<br>Assistant Attorney General<br>*pro hac vice*<br>Nebraska Attorney General's Office<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Phone: (402) 471-2682<br>Email: colin.snider@nebraska.gov<br><br>*Attorney for Plaintiff State of Nebraska* |

| | | |
|---|---|---|
| 1 | **MATTHEW J. PLATKIN** | **LETITIA JAMES** |
| | Attorney General | Attorney General |
| 2 | State of New Jersey | State of New York |
| 3 | | |
| | By: */s/ Kashif T. Chand* | */s/ Christopher D'Angelo* |
| 4 | Kashif T. Chand (NJ Bar No. 016752008), | Christopher D'Angelo, Chief Deputy |
| | *pro hac vice* | Attorney General, Economic Justice |
| 5 | Section Chief, Deputy Attorney General | Division |
| | Thomas Huynh (NJ Bar No. 200942017), | (NY Bar No. 4348744), *pro hac vice* |
| 6 | *pro hac vices* | Christopher.D'Angelo@ag.ny.gov |
| 7 | Assistant Section Chief, Deputy Attorney | Clark Russell, Deputy Chief, Bureau of |
| | General | Internet and Technology |
| 8 | Gina F. Pittore (NJ Bar No. 323552019), *pro* | (NY Bar No. 2848323), *pro hac vice* |
| | *hac vice* | Clark.Russell@ag.ny.gov |
| 9 | Verna J. Pradaxay (NJ Bar No. 335822021), | Nathaniel Kosslyn, Assistant Attorney |
| | *pro hac vice* | General (NY Bar No. 5773676), *pro hac vice* |
| 10 | Mandy K. Wang (NJ Bar No. 373452021), | Nathaniel.Kosslyn@ag.ny.gov |
| | *pro hac vice* | New York State Office of the Attorney |
| 11 | Deputy Attorneys General | General |
| 12 | New Jersey Office of the Attorney General, | 28 Liberty Street |
| | Division of Law | New York, NY 10005 |
| 13 | 124 Halsey Street, 5th Floor | (212) 416-8262 |
| | Newark, NJ 07101 | |
| 14 | Tel: (973) 648-2052 | *Attorneys for Plaintiff the People of the State* |
| 15 | Kashif.Chand@law.njoag.gov | *of New York* |
| | Thomas.Huynh@law.njoag.gov | |
| 16 | Gina.Pittore@law.njoag.gov | |
| | Verna.Pradaxay@law.njoag.gov | |
| 17 | Mandy.Wang@law.njoag.gov | |
| 18 | | |
| | *Attorneys for Plaintiffs State of New Jersey* | |
| 19 | *and the New Jersey Division of Consumer* | |
| | *Affairs* | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | **JOSHUA H. STEIN** <br> Attorney General <br> State of North Carolina | **DREW H. WRIGLEY** <br> Attorney General <br> State of North Dakota |

<div style="display:flex">

**JOSHUA H. STEIN**
Attorney General
State of North Carolina

*/s/ Kevin Anderson*
Kevin Anderson (N.C. Bar No. 22635), *pro hac vice*
Senior Counsel
Sarah G. Boyce
Deputy Attorney General & General Counsel
Jasmine S. McGhee
Senior Deputy Attorney General
Josh Abram
Kunal Choksi
Special Deputy Attorneys General
Charles G. White
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6006
Facsimile: (919) 716-6050
kander@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

**DREW H. WRIGLEY**
Attorney General
State of North Dakota

By: */s/ Elin S. Alm*
Elin S. Alm, *pro hac vice*
(ND Bar No. 05924)
Assistant Attorney General
Christopher G. Lindblad, *pro hac vice*
(ND Bar No. 06480)
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
ealm@nd.gov
clindblad@nd.gov

*Attorneys for Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General*

**DAVE YOST**
Attorney General
State of Ohio

*/s/ Kevin R. Walsh*
Melissa G. Wright (Ohio Bar No. 0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (Ohio Bar No. 0083551)
Asst. Section Chief, Consumer Protection Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (Ohio Bar No. 0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (Ohio Bar No. 0073999), *pro hac vice*
Kevin.Walsh@ohioago.gov
Senior Assistant Attorney General
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Tel: 614-466-1031

*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost*

</div>

| | | |
|---|---|---|
| 1 | **ELLEN F. ROSENBLUM**<br>Attorney General<br>State of Oregon | **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island |
| 2 | | |
| 3 | */s/ Jordan M. Roberts* | */s/ Stephen N. Provazza* |
| 4 | Jordan M. Roberts (Oregon Bar No. 115010), *pro hac vice* | Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice* |
| 5 | Assistant Attorney General | Special Assistant Attorney General |
| 6 | Oregon Department of Justice<br>Consumer Protection Section | Rhode Island Office of the Attorney General<br>150 South Main St. |
| 7 | 100 SW Market Street<br>Portland, Oregon 97201 | Providence, RI 02903<br>Phone: 401-274-4400 |
| 8 | Telephone:   (971) 673-1880<br>Facsimile:   (971) 673-1884 | Email: SProvazza@riag.ri.gov |
| 9 | E-mail: jordan.m.roberts@doj.state.or.us | *Attorneys for Plaintiff State of Rhode Island* |
| 10 | *Attorneys for State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the State of Oregon* | |
| 11 | | **ALAN WILSON**<br>Attorney General |
| 12 | | State of South Carolina |
| 13 | **MICHELLE A. HENRY** | */s/ Anna C. Smith* |
| 14 | Attorney General<br>Commonwealth of Pennsylvania | C. Havird Jones, Jr.<br>Senior Assistant Deputy Attorney General |
| 15 | */s/ Timothy R. Murphy* | Jared Q. Libet (S.C. Bar No. 74975),<br>*pro hac vice* |
| 16 | Timothy R. Murphy<br>Senior Deputy Attorney General | Assistant Deputy Attorney General |
| 17 | (PA Bar No. 321294), *pro hac vice* | Anna C. Smith (SC Bar No. 104749),<br>*pro hac vice* |
| 18 | Email: tmurphy@attorneygeneral.gov<br>Jonathan R. Burns | Assistant Attorney General |
| 19 | Deputy Attorney General<br>(PA Bar No. 315206), *pro hac vice* | Clark C. Kirkland, Jr. (CA SBN 272522)<br>Assistant Attorney General |
| 20 | Email: jburns@attorneygeneral.gov<br>Pennsylvania Office of Attorney General | Office of the Attorney General of South Carolina |
| 21 | Strawberry Square, 14th Floor<br>Harrisburg, PA 17120 | P.O. Box 11549<br>Columbia, South Carolina 29211 |
| 22 | Tel: 717.787.4530 | Tel: (803) 734-0536<br>annasmith@scag.gov |
| 23 | *Attorneys for Plaintiff the Commonwealth of Pennsylvania* | *Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as Attorney General of the State of South Carolina* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | **MARTY J. JACKLEY** | **ROBERT W. FERGUSON** |
| | Attorney General | Attorney General |
| 2 | State of South Dakota | State of Washington |
| 3 | | |
| | */s/ Jessica M. LaMie* | */s/ Joseph Kanada* |
| 4 | By: Jessica M. LaMie (SD Bar No. 4831), | Joseph Kanada (WA Bar No. 55055), |
| | *pro hac vice* | *pro hac vice* |
| 5 | Assistant Attorney General | Alexandra Kory (WA Bar No. 49889), |
| | 1302 East Highway 14, Suite 1 | *pro hac vice* |
| 6 | Pierre, SD 57501-8501 | Rabi Lahiri |
| 7 | Telephone: (605) 773-3215 | Gardner Reed |
| | Jessica.LaMie@state.sd.us | Assistant Attorneys General |
| 8 | | Washington State Office of the Attorney |
| | *Attorneys for Plaintiff State of South Dakota* | General |
| 9 | | 800 Fifth Avenue, Suite 2000 |
| | | Seattle, WA 98104 |
| 10 | **JASON S. MIYARES** | (206) 389-3843 |
| 11 | Attorney General | Joe.Kanada@atg.wa.gov |
| | Commonwealth Of Virginia | |
| 12 | | *Attorneys for Plaintiff State of Washington* |
| | */s/ Joelle E. Gotwals* | |
| 13 | Steven G. Popps | |
| | Deputy Attorney General | **PATRICK MORRISEY** |
| 14 | Richard S. Schweiker, Jr. | Attorney General |
| 15 | Senior Assistant Attorney General and | State of West Virginia |
| | Section Chief | |
| 16 | Joelle E. Gotwals (VSB No. 76779), | */s/ Laurel K. Lackey* |
| | *pro hac vice* | Laurel K. Lackey (WVSB No. 10267), |
| 17 | Assistant Attorney General | *pro hac vice* |
| 18 | Office of the Attorney General of Virginia | Abby G. Cunningham (WVSB No. 13388) |
| | Consumer Protection Section | Assistant Attorneys General |
| 19 | 202 N. 9th Street | Office of the Attorney General |
| | Richmond, Virginia 23219 | Consumer Protection & Antitrust Division |
| 20 | Telephone:    (804) 786-8789 | Eastern Panhandle Office |
| 21 | Facsimile:    (804) 786-0122 | 269 Aikens Center |
| | E-mail: jgotwals@oag.state.va.us | Martinsburg, West Virginia 25404 |
| 22 | | (304) 267-0239 |
| | *Attorneys for the Plaintiff Commonwealth of* | laurel.k.lackey@wvago.gov |
| 23 | *Virginia ex rel. Jason S. Miyares, Attorney* | |
| | *General* | *Attorneys for Plaintiff State of West Virginia,* |
| 24 | | *ex rel. Patrick Morrisey, Attorney General* |

1  **JOSHUA L. KAUL**
   Attorney General
2  State of Wisconsin

3
   */s/ R. Duane Harlow*
4  R. Duane Harlow
   Assistant Attorney General
5  WI State Bar #1025622, *pro hac vice*
   Wisconsin Department of Justice
6  Post Office Box 7857
   Madison, Wisconsin 53707-7857
7  (608) 266-2950
   harlowrd@doj.state.wi.us
8

9  *Attorneys for Plaintiff State of Wisconsin*

15

State AGs' Response to Pro Se Motion to Intervene (Case No. 4:22-md-03047)

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 25, 2024            By:   */s/ Marissa Roy*
                                          Marissa Roy

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and processed the foregoing document for service by mail to Taiming Zhang at the address provided, 801, No. 21 Taishan Lane, Zhongshan District, Dalian, Liaoning, China.

By: */s/ Marissa Roy*

Marissa Roy