# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** March 22, 2024       **Time:** 1:31 p.m. to 2:13 p.m.       **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 22-md-03047-YGR       **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco                    **Reported by:** Raynee Mercado

### PROCEEDINGS

Further Case Management Conference  -  Held.

The Court **GRANTS:** the State Attorneys General's Administrative Motion Seeking Leave to File Annotated Appendices of State Law (Dkt. No. 701); the Proposed Stipulated Order to Amend the School District Master Complaint to Correct Misnomer (Dkt. No. 678); and the parties Stipulation regarding Joint Filings (Dkt. No. 687-2).  The Court **DENIED** as superseded and premature Dkt. Nos. 675 and 709, respectively, concerning the Stipulation and Proposed Order Governing School District Plaintiff Fact Sheet ("PFS") and Supplemental PFS, which the parties will re-file.

The Court heard argument on, among others, the State Attorneys General ("State AGs") First Motion for Extension to Submit Jury Entitlement Chart (Dkt. No. 684) concerning the applicability of *Tull v. United States*, 481 U.S. 412 (1987) to the State AGs consumer protection claims.  The Court **HOLDS IN ABEYANCE** the matter of *Tull*'s applicability pending resolution of the appeal in *Jarkesy v. SEC*, 34 F.4th 446 (5th Cir. 2022), *cert. granted*, 143 S. Ct. 2688 (2023) (No. 22-859), and correspondingly **WITHDRAWS** its request for the parties to create a chart identifying a jury trial right (or lack thereof) for each of the State AGs claims of relief and **DENIES** as moot the states motion for extension (Dkt. No. 684).

The Court agreed to **MODIFY** the bellwether eligibility criteria and **ADOPT** the *Lexecon* objection process pursuant to the parties' requests.

The Further Case Management Conference previously set for May 10, 2024, is **ADVANCED** to May 9, 2024, at 10:30 a.m.  The Further Case Management Conference on June 21, 2024, is **SET** for 2:00 p.m.

The Court **SETS** argument on the motion to dismiss the School District Master Complaint

(Dkt. No. 601) for May 9, 2024; and the motion to dismiss plaintiffs' non-priority claims (Dkt. No. 516) and Snap Inc.'s motion to dismiss Counts 12 and 14 asserted in plaintiffs D.H., K.S., and Alice Doe's amended SFCs (Dkt. No. 533) for June 21, 2024.

Written order to issue.