# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>[Insert case name and number] | **PLAINTIFF FACT SHEET – SCHOOL DISTRICTS** |

## <u>INSTRUCTIONS</u>

<u>Use of this fact sheet</u>. Each school-district plaintiff that has filed a complaint in this action must complete this Plaintiff Fact Sheet. If more than one school district is a plaintiff on a single complaint, each individual school district must submit its own individual Plaintiff Fact Sheet. This Plaintiff Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure. The information provided will only be used for purposes related to this litigation and may be disclosed only as permitted by the Protective Order entered in this litigation.

<u>Terms used</u>. "You," "your," "Plaintiff," and "School District" as used throughout this fact sheet refers to the school district completing this form. "Social media" refers to Defendants' social media platforms as described in your complaint.

<u>Certification</u>. In completing this Plaintiff Fact Sheet, you are representing that you are an authorized representative of the school district bringing the lawsuit. You must certify under oath that the information is true and correct to the best of your knowledge, information, and belief.

<u>Instructions regarding requests for information</u>. Do not leave any questions unanswered or blank; if you cannot recall all of the information requested, provide as much information as you can. You should insert additional space where necessary to answer the questions completely. You should consult with your attorney about completing this form. None of the requests are designed to require an expert evaluation or limit expert testimony. None of the requests are designed to require review of individual student records.

_Instructions regarding document requests._ For each question calling for the production of documents, indicate whether you possess any existing documents responsive to the request. A request will indicate where it only requires that you produce information that has already been compiled and/or exists in report, survey, analysis, study, or other document that provides an overview of or describes the indicated topic. If information has not been compiled or summarized on these topics, it does not need to be located, described, or produced for the purposes of this Plaintiff Fact Sheet. For example, you are not required to locate, compile, sort, describe or produce underlying records that might show, for example, the prevalence of student use of social media or expenses incurred to address problems arising from student use of social media; however, you are required to produce existing reports, surveys, analyses, studies, or other overviews on that topic.

To determine whether you have any responsive documents, you are required to investigate whether you have the information sought. This investigation might involve a district employee asking the appropriate person at each school to provide the district with documents or reports responsive to the requests. You do not need to create any new documents.

If you do possess any such documents, reports, surveys, analyses, studies, or other overview documents, then provide copies as they are kept in the ordinary course of business, without identifying any student-specific data.

## I.  **CASE INFORMATION**

1.  Plaintiff: _____

2.  Name of the court in which the complaint was initially filed: _____

3.  Case number in court in which complaint was originally filed: _____

4.  Filing date of the complaint: _____

5.  Named defendants in the complaint: _____

    _____

6.  Name, firm, and e-mail address of the principal attorney(s) representing Plaintiff:

    _____

## II.  **REPRESENTATIVE CAPACITY**

_For purposes of Section II (Representative Capacity) "you" refers to the person filling out this form. When you complete the rest of this form "you," "your," "Plaintiff," and "School District" refers to the School District Plaintiff named in this action, including any departments, divisions, agents, and/or employees._

7.  Name of individual(s) completing this Fact Sheet: _____

8.    Role within Plaintiff's organization: _____

**III.    SCHOOL DISTRICT DATA**

9.    Provide the total number of schools in your district at each level from kindergarten through 12th grade from the 2017-2018 school year to present or the year for which data is most currently available:

| Year | Level | Number of Schools |
|------|-------|-------------------|
| 2023-2024 | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2022-2023 | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2021-2022 | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2020-2021 | Elementary School | |

| | Middle School | |
|---|---|---|
| | High School | |
| | Other | |
| 2019-2020 | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2018-2019 | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2017-2018 | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |

10.  Provide the total number of students enrolled in your district, and the student population at each level from kindergarten through 12th grade from 2017-2018 to present or to the year for which data is most currently available:

| Year | Level | Number of Students |
|---|---|---|
| 2023-2024 | District-Wide | |
| | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2022-2023 | District-Wide | |
| | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2021-2022 | District-Wide | |
| | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2020-2021 | District-Wide | |
| | Elementary School | |

| | Middle School | |
|---|---|---|
| | High School | |
| | Other | |
| 2019-2020 | District-Wide | |
| | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2018-2019 | District-Wide | |
| | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |
| 2017-2018 | District-Wide | |
| | Elementary School | |
| | Middle School | |
| | High School | |
| | Other | |

11. Provide the total number of district employees from 2017-2018 to present or to the year for which data is most currently available (specified as Full Time Equivalents ("FTE") if available):

| Year | Number of Employees |
|------|---------------------|
| 2023-2024 | |
| 2022-2023 | |
| 2021-2022 | |
| 2020-2021 | |
| 2019-2020 | |
| 2018-2019 | |
| 2017-2018 | |

12. Provide the total number of teachers employed by your district from 2017-2018 to present or to the year for which data is most currently available (specified as FTE if available):

| Year | Number of Teachers |
|------|---------------------|
| 2023-2024 | |
| 2022-2023 | |
| 2021-2022 | |
| 2020-2021 | |
| 2019-2020 | |
| 2018-2019 | |

| 2017-2018 | |
|---|---|
| | |

13.    Provide the total number of on-campus health care workers (e.g., social workers, nurses, psychologists, psychiatrists, counselors, etc.) employed by the district from 2017-2018 to present or to the year for which data is most currently available (specified as FTE if available), as well as the total number of volunteers in these positions, if any:

| Year | Number of On-Campus Health Care Workers | Number of On-Campus Health Care Volunteers |
|---|---|---|
| 2023-2024 | | |
| 2022-2023 | | |
| 2021-2022 | | |
| 2020-2021 | | |
| 2019-2020 | | |
| 2018-2019 | | |
| 2017-2018 | | |

14.    Provide the total number of off-campus health care workers (e.g., social workers, nurses, psychologists, psychiatrists, counselors, etc.) employed by the district from 2017-2018 to present or to the year for which data is most currently available (specified as FTE if available), as well as the total number of volunteers in these positions, if any:

| Year | Number of Off-Campus Health Care Workers | Number of Off-Campus Health Care Volunteers |
|---|---|---|

8

| | | |
|---|---|---|
| 2023-2024 | | |
| 2022-2023 | | |
| 2021-2022 | | |
| 2020-2021 | | |
| 2019-2020 | | |
| 2018-2019 | | |
| 2017-2018 | | |

15. Other than health care workers identified above, does the district have other employees who provide mental health services? **If yes**, provide the total number of such employees from 2017-2018 to present or to the year for which data is most currently available and their positions (specified as FTE if available), as well as the total number of volunteers in these positions, if any:

| Year | Number of Employees | Number of Volunteers | Positions |
|---|---|---|---|
| 2023-2024 | | | |
| 2022-2023 | | | |
| 2021-2022 | | | |
| 2020-2021 | | | |
| 2019-2020 | | | |
| 2018-2019 | | | |

| 2017-2018 | | | |
|-----------|--|--|--|

16.    Provide the total number of health care workers (e.g., social workers, nurses, psychologists, psychiatrists, counselors) employed by the district whose primary responsibilities include addressing student mental health issues from 2017-2018 to present or to the year for which data is most currently available and their positions (specified as FTE if available), as well as the total number of volunteers in these positions, if any:

| Year | Number of Employees | Number of Volunteers | Positions |
|------|---------------------|----------------------|-----------|
| 2023-2024 | | | |
| 2022-2023 | | | |
| 2021-2022 | | | |
| 2020-2021 | | | |
| 2019-2020 | | | |
| 2018-2019 | | | |
| 2017-2018 | | | |

17.    Does your district maintain organizational charts depicting the district's general organizational structure?

___ Yes ___ No

**If yes**, please provide a copy of the organizational chart(s) for the most recent year it is available.

## IV.    <u>PEOPLE WITH KNOWLEDGE</u>

18.    Identify the superintendent(s), vice/assistant superintendent(s), director of student and family services, director of school health and/or safety, director of technology, and chief

financial officer/head of finance, or the individuals in equivalent positions, in your district from 2017-2018 school year to the present:

_____

_____

_____

_____

_____

_____

19.    To the extent not listed above, identify the person(s), including their title/position, at the district level whose primary responsibility was the district's budget, funding, or grant procurement efforts from the 2017-2018 school year to the present:

_____

_____

_____

20.    Identify the person(s), including their title/position, in your district most knowledgeable about student use of social media on school property and the impact of such use on your district from the 2017-2018 school year to the present:

_____

_____

_____

21.    To the extent not listed above, identify the person(s), including their title/position, in your district most knowledgeable about student mental health issues from the 2017-2018 school year to the present:

_____

_____

_____

## V.   **<u>DAMAGES</u>**

22.   State generally in what way or how you claim you have been damaged by each defendant's alleged acts at issue in this lawsuit and approximately when that injury began.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

23.   Are you seeking any monetary damages?

   ___ Yes ___ No

   **If yes,** identify each category of damages or monetary relief that you allege.

_____

_____

_____

_____

_____

_____

24.    Are you seeking injunctive relief other than abatement?

___ Yes ___ No

**If yes,** provide a general description of the injunctive relief sought.

_____

_____

_____

_____

_____

_____

25.    Are you seeking abatement (e.g. forward looking relief to address the problem, including continuation of existing programs, expansion of some or all of those programs, and/or creation of new programs)?

___ Yes ___ No

**If yes**, provide a general description of the abatement sought.

_____

_____

_____

_____

_____

_____

26. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes known expenditures and anticipated future expenditures made by your District, related to youth mental health?

___ Yes ___ No

If yes, provide a copy and identify the documents(s) responsive to this question.

27. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes known costs incurred or damages sought as a result of any harms to your district which you attribute to social media?

___ Yes ___ No

**If yes**, provide a copy and identify document(s) responsive to this question.

## VI.   **INTERACTIONS WITH DEFENDANTS**

28. Have you, any schools in your district, or any affiliated organization (i.e., a parent-teacher association) communicated with any of the Defendants regarding students' use of social media? Note: This question is limited to individuals authorized to speak on behalf of the district or school and is not meant to include marketing or routine customer service correspondence, e.g., account registration, password resets, help desk questions, or the district's use of Defendants' platforms for communicating with third parties.

___ Yes ___ No

**If yes**, please describe the timeframe and general nature of the communications.

_____

_____

_____

_____

_____

_____

29. Have you been involved in any other litigation against any social media company? For purposes of this question, "social media company" refers to any Defendant in this litigation and/or any other social media company not named in the Complaint.

___ Yes ___ No

**If yes**, for each lawsuit, state (1) the court in which the lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; and (4) your involvement or claims in the lawsuit.

_____

_____

_____

_____

_____

_____

_____

30.    Has your district incorporated the use of any of Defendants' platforms in its curriculum since the 2017-2018 school year?

\_\_\_ Yes \_\_\_ No

**If yes**, please generally describe and identify which platform(s).

_____

_____

_____

_____

_____

31.    Have you received any grant, donation, or other funding from any of the Defendants?

\_\_\_ Yes \_\_\_ No

**If yes**, describe generally the grant/donation/funding, state the approximate date of receipt, and identify which Defendant it came from.

_____

_____

1

2

3

4

5

6

7

8

**VII.**     **SCHOOL POLICIES FOR ELECTRONIC DEVICES, INTERNET, AND SOCIAL MEDIA USE**

9

10

32.     Has the district drafted or implemented any disciplinary codes, policies, or codes of conduct that address students' use of the internet or social media on school property from the 2017-2018 school year to present?

11

12

___ Yes ___ No

13

**If yes**, attach copies of the relevant codes or policies.

14

33.     Has the district drafted or implemented any disciplinary codes, policies, or codes of conduct that address students' use of the internet or social media off school property from the 2017-2018 school year to present?

15

16

___ Yes ___ No

17

**If yes**, attach copies of the relevant codes or policies.

18

19

34.     Has the district drafted or implemented any disciplinary codes, policies, or codes of conduct that address teachers' use of the internet or social media on school property from the 2017-2018 school year to present?

20

21

___ Yes ___ No

22

**If yes**, attach copies of the relevant codes or policies.

23

35.     Has the district drafted or implemented any disciplinary codes, policies, or codes of conduct that address teachers' use of the internet or social media off school property from the 2017-2018 school year to present?

24

25

___ Yes ___ No

26

**If yes**, attach copies of the relevant codes or policies.

27

28

36. Has the district drafted or implemented any disciplinary codes, policies, or codes of conduct that address students' use of electronic devices, e.g., cell phones, on school property from the 2017-2018 school year to present?

___ Yes ___ No

**If yes**, attach copies of the relevant codes or policies.

37. Has your district ever had a policy and/or program whereby students are issued tablets, laptops, or similar devices for students' use in the course of the school year for educational purposes?

___ Yes ___ No

**If yes**, please provide the policy since the 2017-2018 school year or generally describe the policy and/or program, including material changes since the 2017-2018 school year.

_____

_____

_____

_____

_____

_____

## VIII.  SOCIAL-MEDIA AND MENTAL HEALTH SERVICES AND PROGRAMS

38. Describe the portion of your student body receiving mental health services in your district and how it has changed over time since the 2017-2018 school year, including approximate numbers and percentages if available in any existing report, survey, analysis, study or other document that provides an overview of or describes student mental health services. Note: This question is not designed to require review of underlying individual student records.

_____

_____

_____

_____

39.     Have you formally proposed, formed, or participated in any district-wide task force, other program, or group to address issues related to social media use or youth mental health among students?

        ___ Yes ___ No

        **If yes**, identify the name of any such program(s), what aspects of student social media use and/or mental health were addressed, and the approximate dates of the district's participation in the task force, group, or program.

40.     Have you formally proposed, formed, or participated in any district-wide task force, other program, or group to address behavioral issues, bullying, absences, substance abuse, mobile device use, addiction, and/or vaping?

        ___ Yes ___ No

        **If yes**, identify the name of any such program(s), what student issues were addressed, and the approximate dates of the district's participation in the task force, group, or program.

41. Has your district provided trainings for employees on how to address student mental health issues relating to social media?

    ___ Yes ___ No

    **If yes**, please generally describe what types of trainings were offered by your district, when they were offered, whether attendance at the trainings was mandatory or optional, and the categories of employees at the district that were required to attend.

    _____

    _____

    _____

    _____

    _____

    _____

    _____

42. Does your district use or provide any materials to students, parents, teachers, or staff regarding the potential risks or adverse effects of using electronic devices, the internet and/or social media?

    ___ Yes ___ No

    If yes, provide a copy and identify the document(s) responsive to this question.

## IX.    INCIDENCE OF OTHER TRAUMATIC EVENTS

43. Was your district ever closed to in-person learning during the COVID-19 pandemic?

    ___ Yes ___ No

    **If yes**, please generally describe when schools were closed, when remote learning was offered, and when students came back to in-person learning.

Please also provide any written district-wide policies implementing remote learning.

## X.    FINANCIAL INFORMATION

44.    Provide the district's overall budget for each year from the 2017-2018 school year to the present.

| Year | Overall Budget |
|------|----------------|
| 2023-2024 | |
| 2022-2023 | |
| 2021-2022 | |
| 2020-2021 | |
| 2019-2020 | |
| 2018-2019 | |
| 2017-2018 | |

45.    What is the approximate annual amount budgeted for health services in the district, if separately budgeted/itemized? Has that amount increased or decreased by more than 20% since the 2017-2018 school year?

___ Yes ___ No

**If yes**, please describe.

_____

_____

_____

_____

_____

_____

46.   What is the approximate annual amount budgeted for mental health services in the district, if separately budgeted/itemized? Has that amount increased or decreased by more than 20% since the 2017-2018 school year?

___ Yes ___ No

**If yes**, please describe.

_____

_____

_____

_____

_____

_____

_____

## XI.   DOCUMENTS RELATING TO MENTAL HEALTH, SOCIAL MEDIA USE, OTHER EVENTS, AND EXPENDITURES

**A. Prevalence**

47.   Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes the prevalence of or number of students with reported mental health issues in your district and the possible causes of those issue?

___ Yes ___ No

**If yes**, provide a copy and identify the document(s) responsive to this question.

48.   Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes the prevalence of the harms associated with student social media use in your district, including associated mental health issues and classroom disruption?

___ Yes ___ No

**If yes,** provide a copy and identify the document(s) responsive to this question.

49. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes the prevalence of students in the district receiving mental health services through the district?

    ___ Yes ___ No

    **If yes**, provide a copy (should include students at each level if part of the document(s)) and identify the document(s) responsive to this question.

50. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes the prevalence of social media use in your district and/or the impact of social media use in your district?

    ___ Yes ___ No

    **If yes**, provide a copy and identify the document(s) responsive to this question.

51. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes traumatic events, i.e. school shooting, violence at school by a non-student or non-staff members, or threats of violence?

    ___ Yes ___ No

    **If yes**, provide a copy and identify the document(s) responsive to this question.

52. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes attempted or completed suicides among staff or students?

    ___ Yes ___ No

    **If yes**, provide a copy and identify the document(s) responsive to this question

**B. Discipline measures**

53. Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes interventions, discipline, or other consequences imposed on students for using social media on school premises?

    ___ Yes ___ No

    **If yes**, provide a copy and identify the document(s) responsive to this question.

54.  Do you possess any existing report, survey, analysis, study or other document that provides an overview of or describes disciplinary issues among students in your district, possible causes of those issues, and any interventions and/or consequences imposed?

___ Yes ___ No

**If yes**, provide a copy and identify the document(s) responsive to this question.

## <u>CERTIFICATION</u>

I have made reasonable inquiries to answer the foregoing questions. Based on my personal knowledge and the information provided by other district employees, I declare under penalty of perjury that the information provided in this Plaintiff Fact Sheet is complete, true, and correct to the best of my knowledge and information, and that I have provided all of the requested documents that are reasonably accessible to me and/or my attorneys, to the best of my knowledge.

_____       _____

Signature                                                    Date

_____       _____

Name (Printed)                                          Title