1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  SKYLAR B. GROVE (State Bar No. 310707)
   skylar.grove@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, CA  94105-3089
   Telephone:     (415) 512-4000
5  Facsimile:     (415) 512-4077

6  ROSE LEDA EHLER (State Bar No. 296523)
   rose.ehler@mto.com
7  VICTORIA A, DEGTYAREVA (State Bar No. 284199)
   victoria.degtyareva@mto.com
8  FAYE PAUL TELLER (State Bar No.343506)
   faye.teller@mto.com
9  LAURA M. LOPEZ (State Bar No. 313450)
   laura.lopez@mto.com
10 ROWLEY J. RICE (State Bar No. 313737)
   rowley.rice@mto.com
11 ARIEL TESHUVA (State Bar No. 324238)
   ariel.teshuva@mto.com
12 MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
13 Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
14 Facsimile:     (213) 687-3702

15 LAUREN BELL, (*pro hac vice*)
   lauren.bell@mto.com
16 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
17 Washington, D.C.  20001-5369
   Telephone:     (202) 220-1100
18 Facsimile:     (202) 220-2300

19 Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF SKYLAR B. GROVE FOR DEFENDANT SNAP INC.** |
| ALL ACTIONS | |

1    **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**

2    **OF RECORD**:

3    **PLEASE TAKE NOTICE** that Skylar B. Grove of the law firm of Munger, Tolles &

4    Olson, LLP hereby enters an appearance in this matter on behalf of Defendant SNAP INC.

5    Ms. Grove hereby requests to be added to the docket and the electronic service list in this matter.

SKYLAR B. GROVE (State Bar No. 310707)
skylar.grove@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

DATED:  March 28, 2024                MUNGER, TOLLES & OLSON LLP

By:    */s/ SKYLAR B. GROVE*
       SKYLAR B. GROVE
Attorney for Defendant SNAP INC.