**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 730 |
| This Document Relates to:<br>All Actions | |

Plaintiffs move to file under seal limited portions of Plaintiffs' First Amended Master Complaint for Local Governments and School Districts containing (at paragraphs 816 and 835) specific names and/or titles of current or former non-party TikTok employees that TikTok contends are confidential. (Dkt. No. 730.) The Court previously granted the same request for the prior iteration of the complaint. (*See* Dkt. No. 581, Case Management Order No. 8 at 3; Dkt. No. 542 (motion).) Plaintiffs' motion is **GRANTED**.

This terminates Dkt. No. 730.

**IT IS SO ORDERED.**

Dated: April 1, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**