**Exhibit 1**

1   *Parties and counsel listed on signature pages*

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 | MDL No. 3047 |
| 13 IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY | Case No. 4:22-md-03047-YGR-PHK |
| 14 PRODUCTS LIABILITY LITIGATION | **STATE ATTORNEY GENERAL PLAINTIFFS' AND META** |
| 15 THIS DOCUMENT RELATES TO: | **DEFENDANTS' JOINT SUBMISSION REGARDING STATE AGENCIES** |
| 16 *People of the State of California v. Meta Platforms, Inc.*, 4:23-cv-05448; | **PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3** |
| 17 | |
| 18 *Office of the Attorney General, State of Florida, Department of Legal Affairs v.* | Honorable Yvonne Gonzalez Rogers Honorable Peter H. Kang |
| 19 *Meta Platforms, Inc.*, 4:23-cv-05885; | |
| 20 *State of Montana, ex rel. Austin Knudsen, Attorney General v. Meta Platforms, Inc.*, | |
| 21 4:24-cv-00805. | |
| 22 | |

23

24       Pursuant to the Court's Discovery Management Order No. 3 (Dkt. 667), the State

Attorneys General and Meta Defendants submit the following chart. Meta identified the list of

25

agencies. The State Attorneys General have prepared a response with regard to each listed entity.

26

The consolidated chart is below.

27

28                      1

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 1 | Arizona Board of Regents | x | | |
| 2 | Arizona Commerce Authority | x | | |
| 3 | Arizona Department of Child Safety | | | x |

[1] The State Attorneys General have requested the opportunity to submit further letter briefing on these issues to be submitted by March 15, 2024.  Meta does not oppose this request.  In providing the information in this joint submission, the State Attorneys General reserve all rights to object to discovery requests.

[2] The following list represents Meta's good-faith effort to identify government entities that may possess information relevant to the claims or defenses at issue in the cases brought by the Plaintiff States against Meta in this MDL.  In the event that Meta becomes aware of additional entities that may possess relevant information, Meta may supplement this list.

[3] With respect to certain agencies in a subset of states, the agency may request representation by the State Attorney General, who would assess each request and may accept or decline it. In other cases, the agency requires the consent of the State Attorney General to be represented by in-house or private counsel. In some cases, the agency would be represented by in-house counsel in responding to a subpoena, but in the event of motions practice related to the subpoenas, would be represented by outside counsel to appear in court, which could include lawyers from the State Attorney General's Office.

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 4 | Arizona Department of Education | x | | |
| 5 | Arizona Department of Health Services | | | x |
| 6 | Arizona Governor's Office | x | | |
| 7 | Arizona Governor's Office of Strategic Planning and Budgeting | x | | |
| 8 | Arizona Office of Economic Opportunity | | | x |
| 9 | Arizona State Board of Education | | | x |
| 10 | California Business, Consumer Services, and Housing Agency | | x | |
| 11 | California Department of Child Support Services | | x | |
| 12 | California Department of Consumer Affairs | | x | |
| 13 | California Department of Education | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 14 | California Department of Finance | | x | |
| 15 | California Department of Health Care Services | | x | |
| 16 | California Department of Public Health | | x | |
| 17 | California Office of the Governor | | x | |
| 18 | California Governor's Office of Business and Economic Development | | x | |
| 19 | California Health and Human Services Agency | | x | |
| 20 | California Mental Health Services Oversight and Accountability Commission | | x | |
| 21 | California Office of Data and Innovation | | x | |
| 22 | California School Finance Authority | | x | |

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-03047)

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 23 | Colorado Behavioral Health Administration | | | x |
| 24 | Colorado Department of Education | | | x |
| 25 | Colorado Department of Higher Education | | | x |
| 26 | Colorado Department of Human Services | | | x |
| 27 | Colorado Department of Regulatory Agencies | | | x |
| 28 | Colorado Office of the Governor | | | x |
| 29 | Colorado Office of Economic Development & International Trade | | | x |
| 30 | Colorado Office of State Planning and Budgeting | | | x |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 31 | Connecticut Commission for Educational Technology | | x | |
| 32 | Connecticut Department of Consumer Protection | | | x |
| 33 | Connecticut Department of Economic and Community Development | | x | |
| 34 | Connecticut Department of Education | | x | |
| 35 | Connecticut Department of Mental Health and Addiction Services | | x | |
| 36 | Connecticut Department of Public Health | | x | |
| 37 | Connecticut Department of Children and Families | | x | |
| 38 | Connecticut Office of Health Strategy | | x | |
| 39 | Connecticut Office of Higher Education | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 40 | Connecticut Office of Policy and Management | | x | |
| 41 | Connecticut Office of the Child Advocate | | x | |
| 42 | Connecticut Office of the Governor | | x | |
| 43 | Connecticut Office of the State Comptroller | | x | |
| 44 | Delaware Department of Education | | x | |
| 45 | Delaware Department of Health and Social Services | | x | |
| 46 | Delaware Department of Services for Children, Youth and Families | | x | |
| 47 | Delaware Office of Management and Budget | | x | |
| 48 | Delaware Office of the Governor | | x | |

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-03047)

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 49 | Florida Commerce | x | | |
| 50 | Florida Department of Agriculture and Consumer Services | x | | |
| 51 | Florida Department of Children and Families | x | | |
| 52 | Florida Department of Education | x | | |
| 53 | Florida Department of Health | x | | |
| 54 | Florida Office of Governor | x | | |
| 55 | Georgia Board of Regents | | x | |
| 56 | Georgia Department of Behavioral Health and Developmental Disabilities | | x | |
| 57 | Georgia Department of Economic Development | | x | |
| 58 | Georgia Department of Education | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 59 | Georgia Department of Family and Children Services | | x | |
| 60 | Georgia Department of Human Services | | x | |
| 61 | Georgia Department of Public Health | | x | |
| 62 | Georgia Governor's Office | | x | |
| 63 | Georgia Office of the Child Advocate | | x | |
| 64 | Hawaii Department of Budget and Finance | | | x |
| 65 | Hawaii Department of Business, Economic Development & Tourism | | | x |
| 66 | Hawaii Department of Commerce & Consumer Affairs | | | x |
| 67 | Hawaii Department of Education | | | x |
| 68 | Hawaii Department of Health | | | x |
| 69 | Hawaii Department of Human Services | | | x |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 70 | Hawaii Governor | | | x |
| 71 | Hawaii State Council on Mental Health | | | x |
| 72 | Idaho Commerce Department | | x | |
| 73 | Idaho Education Board | | x | |
| 74 | Idaho Education Department | | x | |
| 75 | Idaho Governor's Office | | x | |
| 76 | Idaho Health & Welfare Department | | x | |
| 77 | Illinois Board of Education | | x | |
| 78 | Illinois Board of Higher Education | | x | |
| 79 | Illinois Department of Children and Family Services | | x | |
| 80 | Illinois Department of Commerce and Economic Opportunity | | x | |
| 81 | Illinois Department of Human Services | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 82 | Illinois Department of Public Health | | x | |
| 83 | Illinois Office of the Governor | | x | |
| 84 | Commission on Improving the Status of Children in Indiana | | x | |
| 85 | Indiana Department of Child Services | | x | |
| 86 | Indiana Department of Education | | x | |
| 87 | Indiana Department of Health | | x | |
| 88 | Indiana Economic Development Corporation | | x | |
| 89 | Indiana Family and Social Services Administration | | x | |
| 90 | Indiana Governor | | x | |
| 91 | Indiana Office of Management and Budget | | x | |
| 92 | Indiana State Board of Education | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 93 | Kansas Board of Regents | x | | |
| 94 | Kansas Department for Aging and Disability Services | x | | |
| 95 | Kansas Department for Children and Families | x | | |
| 96 | Kansas Department of Administration | x | | |
| 97 | Kansas Department of Commerce | x | | |
| 98 | Kansas Department of Education | x | | |
| 99 | Kansas Department of Health & Environment | x | | |
| 100 | Kansas Governor | x | | |
| 101 | Kentucky Board of Education | | x | |
| 102 | Kentucky Cabinet for Health and Family Services | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 103 | Kentucky Department for Behavioral Health, Developmental and Intellectual Disabilities | | x | |
| 104 | Kentucky Department for Business Development | | x | |
| 105 | Kentucky Department for Public Health | | x | |
| 106 | Kentucky Department of Education | | x | |
| 107 | Kentucky Finance and Administration Cabinet | | x | |
| 108 | Kentucky Governor | | x | |
| 109 | Kentucky Office of State Budget Director | | x | |
| 110 | Louisiana Department of Children and Family Services | | x | |
| 111 | Louisiana Department of Education | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 112 | Louisiana Department of Health | | x | |
| 113 | Louisiana Economic Development | | x | |
| 114 | Louisiana Office of Planning and Budget | | x | |
| 115 | Louisiana Office of the Governor | | x | |
| 116 | Maine Department of Economic & Community Development | | | x |
| 117 | Maine Department of Education | | | x |
| 118 | Maine Department of Health & Human Services | | | x |
| 119 | Maine Department of Administrative and Financial Services | | | x |
| 120 | Maine Governor's Office | | | x |
| 121 | Maryland Center for School Safety | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 122 | Maryland Department of Budget and Management | | x | |
| 123 | Maryland Department of Commerce | | x | |
| 124 | Maryland Department of Health | | x | |
| 125 | Maryland Department of Human Services | | x | |
| 126 | Maryland Governor's Office | | x | |
| 127 | Maryland Higher Education Commission | | x | |
| 128 | Maryland State Department of Education | | x | |
| 129 | Michigan Department of Education | | x | |
| 130 | Michigan Department of Health and Human Services | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 131 | Michigan Department of Labor and Economic Opportunity | | x | |
| 132 | Michigan Department of Lifelong Education, Advancement, and Potential | | x | |
| 133 | Michigan Executive Office of the Governor | | x | |
| 134 | Michigan State Budget Office | | x | |
| 135 | Minnesota Department of Commerce | | x | |
| 136 | Minnesota Department of Health | | x | |
| 137 | Minnesota Department of Human Services | | x | |
| 138 | Minnesota Education Department | | x | |
| 139 | Minnesota Employment and Economic Development Department | | x | |
| 140 | Minnesota Governor's Office | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 141 | Minnesota Office of Higher Education | | x | |
| 142 | Minnesota Management and Budget | | x | |
| 143 | Missouri Department of Economic Development | | x | |
| 144 | Missouri Department of Elementary and Secondary Education | | x | |
| 145 | Missouri Department of Health and Senior Services | | x | |
| 146 | Missouri Department of Higher Education & Workforce Development | | x | |
| 147 | Missouri Department of Mental Health | | x | |
| 148 | Missouri Department of Social Services Missouri Office of Administration | | x | |
| 149 | Missouri Office of the Child Advocate | | x | |
| 150 | Missouri Governor's Office | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 151 | Montana Board of Public Education | | x | |
| 152 | Montana Department of Commerce | | x | |
| 153 | Montana Department of Public Health and Human Services | | x | |
| 154 | Montana Governor's Office | | x | |
| 155 | Montana Office of the Commissioner of Higher Education | | x | |
| 156 | Montana Office of Public Instruction | | x | |
| 157 | Nebraska Children's Commission | | x | |
| 158 | Nebraska Department of Administrative Services | | x | |
| 159 | Nebraska Department of Economic Development Nebraska Department of Education | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 160 | Nebraska Department of Health and Human Services | | x | |
| 161 | Nebraska Governor | x | | |
| 162 | New Jersey Department of Children & Families | | | x |
| 163 | New Jersey Department of Education | | | x |
| 164 | New Jersey Department of Health | | | x |
| 165 | New Jersey Department of Human Services | | | x |
| 166 | New Jersey Department of the Treasury | | | x |
| 167 | New Jersey Economic Development Authority | | x | |
| 168 | New Jersey Governor's Council on Mental Health Stigma | | | x |
| 169 | New Jersey Office of the Governor | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 170 | New Jersey Office of the Secretary of Higher Education | | | x |
| 171 | Empire State Development | | x | |
| 172 | New York Council on Children and Families | | x | |
| 173 | New York Department of Education | | x | |
| 174 | New York Department of Health | | x | |
| 175 | New York Department of State | | x | |
| 176 | New York Higher Education Services Corporation | | x | |
| 177 | New York Office of Children and Family Services | | x | |
| 178 | New York Office of Mental Health | | x | |
| 179 | New York Office of the Governor | | x | |
| 180 | New York State Division of the Budget | | x | |

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-03047)

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 181 | North Carolina Department of Commerce | x | | |
| 182 | North Carolina Department of Health and Human Services | | x | |
| 183 | North Carolina Department of Public Instruction | | x | |
| 184 | North Carolina Office of Governor | | x | |
| 185 | North Carolina Office of State Budget and Management | | x | |
| 186 | North Dakota Commerce | | x | |
| 187 | North Dakota Department of Health and Human Services | | x | |
| 188 | North Dakota Department of Public Instruction | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 189 | North Dakota Education Standards and Practices Board | | x | |
| 190 | North Dakota Office of Management and Budget | | x | |
| 191 | North Dakota Office of the Governor | | x | |
| 192 | Ohio Department of Children and Youth | | x | |
| 193 | Ohio Department of Development | | x | |
| 194 | Ohio Department of Education & Workforce | | x | |
| 195 | Ohio Department of Health | | x | |
| 196 | Ohio Department of Higher Education | | x | |
| 197 | Ohio Department of Job and Family Services | | x | |
| 198 | Ohio Department of Mental Health & Addiction Services | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 199 | Ohio Department of Youth Services | | x | |
| 200 | Ohio Office of Budget and Management | | x | |
| 201 | Ohio Governor | | x | |
| 202 | Business Oregon | | | x |
| 203 | Governor of Oregon | | | x |
| 204 | Oregon Department of Administrative Services | | | x |
| 205 | Oregon Department of Consumer and Business Services | | | x |
| 206 | Oregon Department of Education | | | x |
| 207 | Oregon Department of Human Services | | | x |
| 208 | Oregon Health Authority | | | x |
| 209 | Oregon Higher Education Coordinating Commission | | | x |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 210 | Pennsylvania Department of Communities and Economic Development | | x | |
| 211 | Pennsylvania Department of Education | | x | |
| 212 | Pennsylvania Department of Health | | x | |
| 213 | Pennsylvania Department of Human Services | | x | |
| 214 | Pennsylvania Governor's Office | | x | |
| 215 | Pennsylvania Office of the Budget | | x | |
| 216 | Rhode Island Board of Governors for Higher Education | | x | |
| 217 | Rhode Island Department of Administration | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 218 | Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals | | x | |
| 219 | Rhode Island Department of Children, Youth, and Families | | x | |
| 220 | Rhode Island Department of Education | | x | |
| 221 | Rhode Island Department of Health | | x | |
| 222 | Rhode Island Department of Human Services | | x | |
| 223 | Rhode Island Executive Office of Health and Human Services | | x | |
| 224 | Rhode Island Office of Governor | | x | |
| 225 | Rhode Island Office of the Child Advocate | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 226 | South Carolina Commission on Higher Education | | x | |
| 227 | South Carolina Department of Administration Executive Budget Office | | x | |
| 228 | South Carolina Department of Children's Advocacy | | x | |
| 229 | South Carolina Department of Commerce | | x | |
| 230 | South Carolina Department of Consumer Affairs | | x | |
| 231 | South Carolina Department of Education | | x | |
| 232 | South Carolina Department of Health and Human Services | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 233 | South Carolina Department of Mental Health | | x | |
| 234 | South Carolina Department of Social Services | | x | |
| 235 | South Carolina Education Oversight Committee | | x | |
| 236 | South Carolina Office of the Governor | | x | |
| 237 | South Dakota Board of Regents | | x | |
| 238 | South Dakota Bureau of Finance and Management | | x | |
| 239 | South Dakota Department of Education | | x | |
| 240 | South Dakota Department of Health | | x | |
| 241 | South Dakota Department of Social Services | | x | |
| 242 | South Dakota Governor's Office | | x | |

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-03047)

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 243 | South Dakota Governor's Office of Economic Development | | x | |
| 244 | Virginia Department of Behavioral Health and Developmental Services | | | x |
| 245 | Virginia Department of Education | | | x |
| 246 | Virginia Department of Health | | | x |
| 247 | Virginia Department of Planning and Budget | | | x |
| 248 | Virginia Department of Social Services | | | x |
| 249 | Virginia Economic Development Partnership | | | x |
| 250 | Virginia Foundation for Healthy Youth | | | x |
| 251 | Virginia Office of Children's Services | | | x |
| 252 | Virginia Office of the Governor | | | x |

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-03047)

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 253 | Washington Department of Children, Youth, and Families | | | x |
| 254 | Washington Department of Health | | | x |
| 255 | Washington Health Care Authority | | | x |
| 256 | Washington Office of Financial Management | | | x |
| 257 | Washington Office of the Governor | | | x |
| 258 | Washington State Board of Education | | | x |
| 259 | Washington State Board of Health | | | x |
| 260 | Washington State Department of Commerce | | | x |
| 261 | Washington State Department of Health | | | x |
| 262 | Washington State Department of Social and Health Services | | | x |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 263 | West Virginia Bureau for Children and Families | | x | |
| 264 | West Virginia Department of Education | | x | |
| 265 | West Virginia Department of Health and Human Resources | | x | |
| 266 | West Virginia Development Office | | x | |
| 267 | West Virginia Governor's Office | | x | |
| 268 | West Virginia State Budget Office | | x | |
| 269 | West Virginia State Department of Education | | x | |
| 270 | Wisconsin Department of Administration | | x | |
| 271 | Wisconsin Department of Children and Families | | x | |

| No.[1] | Agency Name[2] | Category 1 - If served with a subpoena, this entity would not be represented by the Attorney General's Office. | Category 2 - Upon receipt of a subpoena, this entity has discretion to utilize its in-house counsel or retain outside counsel, which could include the Attorney General's Office, or in some cases, private counsel. Unless and until an actual Rule 45 subpoena has been served, the State Attorneys General cannot speculate as to how this entity may choose to exercise its discretion.[3] | Category 3 - If served with a subpoena, this entity would be represented by attorneys from the Attorney General's Office. In most cases, these lawyers would not be members of the prosecution team, but rather lawyers in other divisions of the Attorney General's Office. |
|---|---|---|---|---|
| 272 | Wisconsin Department of Health Services | | x | |
| 273 | Wisconsin Department of Public Instruction | | x | |
| 274 | Wisconsin Office of Children's Mental Health | | x | |
| 275 | Wisconsin Governor | | x | |

Dated:  March 11, 2024                                    Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

 /s/ Joshua Olszewski-Jubelirer
Nick A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (510) 879-1300
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Bianca E. Miyata
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*pro hac vice*
Assistant Section Chief, Deputy Attorney General
Gina F. Pittore (NJ Bar No. 323552019),
*pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov

33

1    Gina.Pittore@law.njoag.gov
     Verna.Pradaxay@law.njoag.gov
2    Mandy.Wang@law.njoag.gov

3    *Attorneys for Plaintiff New Jersey Division of*
     *Consumer Affairs*
4
     Anna K. Schneider
5    Montana Attorney General's Office
     Bureau Chief
6    Office of Consumer Protection
     P.O. Box 201405
7    Helena, MT 59620-1405
     (406) 444-4500
8    anna.schneider@mt.gov

9
     David H. Thompson
10   Michael W. Kirk
     Brian W. Barnes
11   Megan M. Wold
     Athanasia O. Livas
12   COOPER & KIRK, PLLC
     1523 New Hampshire Ave., N.W.
13   Washington, D.C. 20036
     Tel: (202) 220-9600
14   Fax: (202) 220-9601
15
     *Counsel for Plaintiff, State of Montana*
16

17   **COVINGTON & BURLING LLP**
18
     By:  */s/ Ashley M. Simonsen*
19   Ashley M. Simonsen, SBN 275203
     COVINGTON & BURLING LLP
20   1999 Avenue of the Stars
     Los Angeles, CA 90067
21   Telephone: (424) 332-4800
     Facsimile: + 1 (424) 332-4749
22   Email: asimonsen@cov.com
23
     Phyllis A. Jones, *pro hac vice*
24   Paul W. Schmidt, *pro hac vice*
     COVINGTON & BURLING LLP
25   One City Center
     850 Tenth Street, NW
26   Washington, DC 20001-4956
     Telephone: + 1 (202) 662-6000
27   Facsimile: + 1 (202) 662-6291
28

34

1

Email: pajones@cov.com

2

*Attorney for Defendants Meta Platforms,*

3

*Inc. f/k/a Facebook, Inc.; Facebook*
*Holdings, LLC; Facebook Operations,*

4

*LLC; Facebook Payments, Inc.; Facebook*
*Technologies, LLC; Instagram, LLC;*

5

*Siculus, Inc.; and Mark Elliot Zuckerberg*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION
REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-
03047)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE ATTORNEY GENERAL PLAINTIFFS' AND META DEFENDANTS' JOINT SUBMISSION
REGARDING STATE AGENCIES PURSUANT TO DISCOVERY MANAGEMENT ORDER NO. 3 (4:22-md-03047)