**Exhibit 39**

RECEIVED
JUDGES MAIL ROOM

2017 FEB 14  AM 10: 36

KING COUNTY
SUPERIOR COURT

The Honorable Suzanne Parisien
Hearing Date: February 24, 2017
Time: 9:00 a.m.
WITHOUT ORAL ARGUMENT

STATE OF WASHINGTON
KING COUNTY SUPERIOR COURT

| STATE OF WASHINGTON, | NO. 16-2-12186-1 SEA |
|---|---|
| Plaintiff, | SRP |
| v. | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PROTECTIVE ORDER |
| JOHNSON & JOHNSON, a New Jersey Corporation; ETHICON, INC., a New Jersey Corporation, a wholly owned subsidiary of JOHNSON & JOHNSON; ETHICON US, LLC, a New Jersey Company, a wholly owned subsidiary of JOHNSON & JOHNSON; and DOES 1 through 100, inclusive, | (Clerk's Action Required) |
| Defendants. | |

THIS MATTER, having come before the Court on Plaintiff's Motion to limit the party-plaintiff to the Consumer Protection Division of the Washington State Attorney General's Office, and the Court having reviewed the foregoing Motion, responses, if any, and being familiar with the records and files herein, the Court hereby enters the following **FINDINGS OF FACT AND CONCLUSIONS OF LAW**:

1. Defendants' definitions of "You" and "Your" as defined in their discovery requests is overly broad and unduly burdensome.

2. Defendants are not entitled to obtain party discovery from non-party state agencies.

[PROPOSED] ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S MOTION FOR
PROTECTIVE ORDER - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745

3. CR 26(c) gives superior courts the authority to enter protective orders "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

4. Washington state agencies and departments other than the Consumer Protection Division of the Washington State Attorney General's Office are separate entities, are not parties to this litigation, and are not subject to party discovery under CR 33 and 34.

Having entered the above FINDINGS OF FACT AND CONCLUSIONS OF LAW, it is hereby ORDERED, ADJUDGED, and DECREED that the Plaintiff State of Washington's Motion for Protective Order is **GRANTED**.

_____ 3/10/17
HONORABLE SUZANNE PARISIEN

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Daniel L. Allen
ELIZABETH J. ERWIN, WSBA #16548
Senior Counsel
DANIEL L. ALLEN, WSBA #45036
LEILANI N. FISHER, WSBA #48233
PATRICIA C. BOWER, WSBA #49525
KATHARINE F. BARACH, WSBA #51766
Assistant Attorneys General
Attorneys for Plaintiff State of Washington

[PROPOSED] ORDER GRANTING PLAINTIFF
STATE OF WASHINGTON'S MOTION FOR
PROTECTIVE ORDER - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745