**Exhibit 40**

The Honorable Roger Rogoff
Hearing Date: Tuesday, March 5, 2019
Without Oral Argument

# STATE OF WASHINGTON
# KING COUNTY SUPERIOR COURT

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>TVI, INC., d/b/a Value Village,<br><br>Defendant. | No. 17-2-32886-3-SEA<br><br>ORDER DENYING (IN PART) TVI'S MOTION TO COMPEL |

This matter having come before the Court on Defendant TVI, Inc.'s Motion to Compel, and the Court having reviewed the Motion, the Plaintiff State of Washington's Response, and Defendant's Reply, as well as the exhibits thereto, and being otherwise familiar with the records and files herein, the Court hereby orders as follows:

Defendant TVI, Inc.'s Motion to Compel is DENIED, in part.

The Secretary of State is a separately elected official overseeing a distinct State agency that is not involved in bringing the instant lawsuit. Defendant may serve non-party discovery on the Secretary of State if they believe relevant information exists in that agency's possession.

The Court similarly denies CR 30(b)(6) deposition of the Attorney General's Office as a whole. The named party shall decide who to designate a representative who can fulfill the

ORDER DENYING (IN PART) TVI'S
MOTION TO COMPEL - 1

ORIGINAL

ATTORNEY GENERAL'S OFFICE
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745

requirements of CR 30(b), and in this case, that designate can be a representative of the Consumer Protection Division.

The Court grants Defendant's request to compel certain discovery of the Attorney General's Office more broadly via written interrogatories to discover whether any material/relevant evidence related to the causes of action in the Complaint exist outside the Consumer Protection Division within the Attorney General's Office. However, those requests shall be limited and reasonable. The Court's ruling is designed to speed up discovery since Plaintiff can quickly and easily communicate with other divisions within its office. Privileged and work product communications shall remain protected.

Dated this 7 day of March, 2019.

HONORABLE ROGER ROGOFF

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Seann Colgan*
JOHN A. NELSON, WSBA #45724
SHIDON B. AFLATOONI, WSBA #52135
SEANN COLGAN, WSBA# 38769
Assistant Attorneys General
Attorneys for the State of Washington

ORDER DENYING (IN PART) TVI'S
MOTION TO COMPEL - 2

ATTORNEY GENERAL'S OFFICE
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7745