**Exhibit 41**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES,** *et al.*, | |
| *Plaintiffs*, | **Civil Action No. 1:23-cv-00108-LMB-JFA** |
| **v.** | |
| **GOOGLE LLC,** | |
| *Defendant*. | |

<u>**NOTICE OF SUBPOENA**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 34(c) and Rule 45 of the Federal Rules

of Civil Procedure, Defendant Google LLC in the above-captioned matter intends to arrange for

service of the subpoenas for documents for the entities named in the attached Addendum.

The documents to be produced are described in Exhibit A to each of the subpoenas.

Dated: April 28, 2023

_____
Eric Mahr (*pro hac vice*)
Julie Elmer (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Lauren Kaplin (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor

Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: eric.mahr@freshfields.com

CRAIG C. REILLY (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: Craig.reilly@ccreillylaw.com

*Counsel for Google LLC*

**<u>Addendum</u>**
**<u>Subpoena Recipients</u>**

- Arizona State University

- Arizona Game & Fish Department

- University of Illinois System

- Illinois Department of Commerce & Economic Opportunity

- Michigan Department of Labor and Economic Opportunity

- Central Michigan University

- University of Minnesota

- Minnesota Department of Health

- University of Nebraska Omaha

- Nebraska Department of Transportation