**Exhibit 41**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **GOOGLE LLC**, <br><br> *Defendant*. | Civil Action No. 1:23-cv-00108-LMB-JFA |

## NOTICE OF SUBPOENA

**PLEASE TAKE NOTICE** that, pursuant to Rule 34(c) and Rule 45 of the Federal Rules of Civil Procedure, Defendant Google LLC in the above-captioned matter intends to arrange for service of the subpoenas for documents for the entities named in the attached Addendum.

The documents to be produced are described in Exhibit A to each of the subpoenas.

Dated: April 28, 2023

Eric Mahr (*pro hac vice*)
Julie Elmer (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Lauren Kaplin (*pro hac vice*)
Jeanette Bayoumi (*pro hac vice*)
Claire Leonard (*pro hac vice*)
Sara Salem (*pro hac vice*)
Tyler Garrett (VSB # 94759)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor

2

Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: eric.mahr@freshfields.com

CRAIG C. REILLY (VSB # 20942)
209 Madison Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
Email: Craig.reilly@ccreillylaw.com

*Counsel for Google LLC*

2

**Addendum**
**Subpoena Recipients**

- Arizona State University

- Arizona Game & Fish Department

- University of Illinois System

- Illinois Department of Commerce & Economic Opportunity

- Michigan Department of Labor and Economic Opportunity

- Central Michigan University

- University of Minnesota

- Minnesota Department of Health

- University of Nebraska Omaha

- Nebraska Department of Transportation