Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
David Mattern, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com
　　　 tharris@kslaw.com
　　　 dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-TSH<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF GEOFFREY M. DRAKE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 FOR AMENDMENT OF DEADLINES UNDER CASE MANAGEMENT ORDER 10 AND OTHER RELIEF** |

1

DECLARATION OF GEOFFREY M. DRAKE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR AMENDMENT OF DEADLINES UNDER CASE MANAGEMENT ORDER 10 AND OTHER RELIEF
CASE NO. 4:22-MD-03047-YGR

I, Geoffrey M. Drake, declare and state as follows:

1. I am a partner at King & Spalding LLP and counsel for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of Defendants' Administrative Motion Pursuant to Civil Local Rule 7-11 for Amendment of Deadlines Under Case Management Order 10 and Other Relief.

3. Pursuant to Civil Local Rule 7-11(a), the Parties have conferred regarding Defendants' request to remedy the Plaintiffs' failure to timely submit Plaintiff Fact Sheets for Personal Injury and School District Plaintiffs, including through an extension of the deadline under Case Management Order 10 for bellwether discovery selection on April 15.

4. The Parties have not reached a stipulation pursuant to Civil Local Rule 7-11(a). Plaintiffs have opposed Defendants' request and Defendants expect they will file an opposition pursuant to Civil Local Rule 7-11(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2024 in Atlanta, GA.

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
