# Exhibit 1

```
                                              Pages 1 - 40

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

IN RE:  SOCIAL MEDIA ADOLESCENT)
ADDICTION/PERSONAL INJURY     )
PRODUCTS LIABILITY LITIGATION )   NO. 22-MD-03047 YGR (PHK)
_____)

                              San Francisco, California
                              Thursday, March 21, 2024
```

**APPEARANCES:**

For Plaintiffs:
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, South Carolina 29464
  **BY: ANNIE E. KOUBA**
     **ATTORNEY AT LAW**

        LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
        275 Battery Street - 29th Floor
        San Francisco, California 94111
  **BY: LEXI J. HAZAM**
     **MICHAEL I. LEVIN-GESUNDHEIT**
     **ATTORNEYS AT LAW**

        LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
        250 Hudson Street - 8th Floor
        New York, New York 10013
  **BY: KELLY K. MCNABB**
     **ATTORNEY AT LAW**

        BEASLEY ALLEN LAW FIRM
        218 Commerce Street
        Montgomery, Alabama 36104
  **BY: JOSEPH G. VanZANDT**
     **ATTORNEY AT LAW**

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:   Kelly Shainline, CSR No. 13476, RPR, CRR
              Official Stenographic Reporter

1          **MR. DRAKE:**  Geoffrey Drake, King & Spalding, for the
2    TikTok defendants.
3          **THE COURT:**  So what is it in Rule 26(a)(1) that won't
4    be in their plaintiff fact sheets that you need?
5          **MR. DRAKE:**  As we laid out in the letter, that we
6    anticipate that the fact sheets will provide the information
7    that we expected to receive in the initial disclosures.  So I
8    don't think that there's anything ripe for the Court to
9    adjudicate today.
10        We didn't file a motion or raise any concern.  We simply
11   sent a letter to the plaintiffs expressing our dissatisfaction
12   that even information they already knew at the time the
13   disclosures were due wasn't provided, and we said in the letter
14   "We anticipate you're going to cure this on April 1st in your
15   fact sheets."  And we expect that to be cured immediately
16   because we only get two weeks after that then to make our
17   bellwether selection, so there's limited time.
18         **THE COURT:**  So in terms of the timing issue -- and I
19   should have checked the docket -- is April 1st the date to
20   provide plaintiff fact sheets or is it the deadline by which
21   they have to be submitted or exchanged?
22         **MR. WARREN:**  Well, I think in all -- for all practical
23   purposes, those are one and the same given that it's about a
24   week away, but we expect the plaintiffs' fact sheets for all
25   cases that would be in the bellwether pool to be filed on

1  April 1st as they're required to be.  So it sounds like we
2  don't have a dispute here.
3          **THE COURT:**  Okay.  My question is:  Are any of them
4  ready to go?  I mean, why hold back?  If any of them are ready
5  to go, why hold back?
6          **MR. WARREN:**  We passed that along to all of the
7  plaintiffs' attorneys, and they understand they should be
8  filing on a rolling basis; but I think as these things tend to
9  happen, you know --
10         **THE COURT:**  My only directive then is to make sure all
11 the plaintiffs' attorneys know that, you know, if they're ready
12 to go, they shouldn't hold back artificially.
13         **MR. WARREN:**  Absolutely, Your Honor.
14         **MR. DRAKE:**  Thank you, Your Honor.
15   I think that was really our point in many instances.  If
16 the information is already in the possession of counsel, which
17 I have to assume it is, particularly for these school districts
18 which are akin to corporate entities that are suing, we'd like
19 to get that information.  We think we were entitled to it
20 two weeks ago, but we're trying to be reasonable about it and
21 we'll look forward to the supplement.
22         **THE COURT:**  Okay.  So really no dispute there, and
23 we'll just try to work things through --
24         **MR. WARREN:**  Yes, sir.
25         **THE COURT:**  -- as expeditiously as possible.