# Exhibit 2

```
                                        Pages 1 - 95

                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

IN RE:  SOCIAL MEDIA            )
ADOLESCENT ADDICTION/PERSONAL   )
INJURY PRODUCTS LIABILITY       )
LITIGATION,                     )
                                )  NO. 22-MD-03047-YGR (PHK)
                                )
_____)

                                San Francisco, California
                                Thursday, February 22, 2024
```

APPEARANCES:

For Plaintiffs:
        ANDRUS ANDERSON LLP
        155 Montgomery Street - Suite 900
        San Francisco, California  94104
    **BY:  JENNIE LEE ANDERSON**
        **ATTORNEY AT LAW**

        SEEGER WEISS LLP
        55 Challenger Road - 6th Floor
        Ridgefield Park, New Jersey  07660
    **BY:  CHRISTOPHER AYERS, ATTORNEY AT LAW**

        LIEFF CABRASER HEIMANN & BERNSTEIN LLP
        275 Battery Street - 29th Floor
        San Francisco, California 94111
    **BY:  LEXI JOY HAZAM, ATTORNEY AT LAW**
        **MICHAEL LEVIN-GESUNDHEIT**
        **ATTORNEY AT LAW**

        LIEFF CABRASER HEIMANN & BERNSTEIN LLP
        250 Hudson Street - 8th Floor
        New York, New York 10013
    **BY:  KELLY KRISTINE McNABB, ATTORNEY AT LAW**

    (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Jennifer Coulthard, RMR, CRR, CRC
             Official Reporter, CSR No. 14457

1  previously ordered on a significantly shortened timeframe.
2          If each minor plaintiff can fill out 43-page PFSs with
3  over a hundred questions by April 1st and if plaintiffs can
4  conduct 170 depositions of plaintiff's witnesses collectively
5  by the discovery cutoff -- which is, in fact, what we are
6  proposing -- then defendants can certainly do the same number
7  of depositions total because plaintiffs are seeking 152,
8  approximately; whereas, we are offering over 170.  But, in any
9  event, the total hours are actually very disparate between what
10 we're seeking as plaintiffs and what defendants are seeking.
11 Defendants are seeking far more.  So the rationale of there's
12 not enough time is not well taken.
13         **MS. O'NEILL:**  Your Honor, if I may add --
14         **MS. SIMONSEN:**  Your Honor, those numbers are --
15         **MS. O'NEILL:**  If I may just add --
16         **THE COURT:**  Sure.
17         **MS. O'NEILL:**  -- a bit on the additional request from
18 the AGs for depositions on Meta --
19         **THE CLERK:**  What's your name?
20         **MS. O'NEILL:**  Excuse me.  Meghan O'Neill for the State
21 AGs.
22         We think that these additional depositions are
23 warranted for a few reasons, including the specific nature of
24 the AG's action, the case's complexity, and Meta's role in this
25 case.