# Exhibit 7

| School District Plaintiff |
|---|
| Broome-Tioga Board Cooperative Educational Services, NY |
| Chenango Forks Central School District, NY |
| Chenango Valley Central School District, NY |
| Harpursville Central School District, NY |
| Livingston Parish School Board, LA |
| Maine Endwell Central School District, NY |
| St. Martin Parish School Board, LA |
| Susquehanna Valley Central School District, NY |
| The School Board of Polk County, FL |
| Trumansburg Central School District, NY |
| Union-Endicott Central School District, NY |
| Whitney Point Central School District, NY |
| Windsor Central School, NY |