# Exhibit 9

| | |
|---|---|
| **From:** | owner-defendants-mdl3047jccp5255@skaddenlists.com on behalf of Glenn S. Draper |
| **To:** | Defendants-MDL3047JCCP5255@skaddenlists.com |
| **Cc:** | Matthew P. Bergman; Laura Marquez-Garrett; Julie Sojot |
| **Subject:** | Social Media Victims Law Center Plaintiff Fact Sheet submissions |
| **Date:** | Tuesday, April 2, 2024 6:24:46 PM |
| **Attachments:** | image001.png<br>SMVLC MDL Fact Sheets .pdf |

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Dear Counsel:

Pursuant to the Judge Gonzalez Rogers' order, we have attached a list of those cases for which we have uploaded the Plaintiff Fact Sheets, Appendices, Authorizations and related documents to MDL Centrality (50) and those cases for which we will submit fact sheets within 60 days (22).

Glenn Draper



**Glenn S. Draper**
Attorney
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
glenn@socialmediavictims.org

Confidential Communication/Attorney-Client Privileged. This e-mail is sent by a law firm and may contain information that is PRIVILEGED or CONFIDENTIAL. If you are not the intended recipient, please delete the e-mail and any attachments and notify our office immediately. Thank you.

| SMVLC MDL Fact Sheets Status - as of April 1, 2024 | | | |
|---|---|---|---|
| **Plaintiff Name** | **Defendants** | **Case Number** | **Status** |
| A.C. and John Doe | Meta Platforms, Inc., formerly known as Facebook, Inc.; Snap, Inc.; and Does 1-100, Inclusive | 4:23-cv-00646 | PFS Filed |
| A.H., individually and on behalf of A.R. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc. | 4:23-cv-3798 | PFS Filed |
| Alexandra, Benjamin, and Jennifer Martin | Meta Platforms, Inc., formerly known as Facebook, Inc. | 4:22-cv-04286 | PFS Filed |
| Alexis, Kathleen, and Jeffrey Spence | Meta Platforms, Inc., formerly known as Facebook, Inc. (Instagram) | 4:22-cv-03294 | PFS Filed |
| Alilah Fernandez | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-6128-YGR | Round 2 |
| Amy Morgan, individually and on behalf of Landis Morgan, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC | 4:23-cv-3800 | Round 2 |
| Angelicia Smith, Successor-in-Interest to Giovanni Bourne, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC; YouTube, LLC | 4:23-cv-2680-YGR | PFS Filed |
| B.R. and K.R. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc. | 4:23-cv-4100 | PFS Filed |
| Blair Aranda and Gregorio Aranda, individually, and Blair Aranda as the Personal Representative of the Estate of Brantley Aranda | Meta Platforms, Inc., formerly known as Facebook, Inc. | 4:22-cv-04209-YGR | PFS Filed |
| Brandy Roberts and Toney Roberts, individually, and Brandy Roberts, as the Personal Representative of the Estate of Englyn Roberts | Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., and ByteDance, Inc. | 4:22-cv-04210 | PFS Filed |
| Brittney Doffing, individually and as next of friend to minor plaintiff M.K. | Meta Platforms, Inc., formerly known as Facebook, Inc., and Snap, Inc. | 4:22-cv-05892-YGR | PFS Filed |
| Brittney Obray, individually and on behalf of Dexton Hutchings, Deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc. | 4:23-cv-3799 | PFS Filed |
| C.C., individually and as next of friend to minor C.L. | Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 4:22-cv-04709 | Round 2 |
| C.U. and S.U. | Meta Platforms, Inc., formerly known as Facebook, Inc.; Snap, Inc.; Roblox Corporation; Discord Inc. | 4:22-cv-07347 | Round 2 |

| SMVLC MDL Fact Sheets Status - as of April 1, 2024 | | | |
|---|---|---|---|
| **Plaintiff Name** | **Defendants** | **Case Number** | **Status** |
| CN and Candace Wuest | Meta Platforms, Inc., formerly known as Facebook, Inc. | 4:22-cv-04283 | PFS Filed |
| D.D. and G.D. | Meta Platforms, Inc., formerly known as Facebook, Inc..; Snap, Inc.; TikTok Inc.; ByteDance Inc. | 4:22-cv-06190-YGR | PFS Filed |
| D.D., filed on behalf of minor J.D. | Meta Platforms, Inc., Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap, Inc.; Bytedance, Ltd; Bytedance, Inc; TikTok, Ltd.; TikTok, LLC; TikTok, Inc. | 4:22-cv-06205-YGR | Round 2 |
| Damian Johnson, individually and as next of friend to minor plaintiffs K.L.J., K.A.J., and J.A.J. | Meta Platforms, Inc., formerly known as Facebook, Inc.; YouTube, LLC; Google LLC; Alphabet Inc.; Snap, Inc.; TikTok Inc.; ByteDance Inc. | 4:22-cv-06418-YGR | PFS Filed |
| Damian Johnson, individually and as next of friend to minor plaintiffs K.L.J., K.A.J., and J.A.J. | Meta Platforms, Inc., formerly known as Facebook, Inc.; YouTube, LLC; Google LLC; Alphabet Inc.; Snap, Inc.; TikTok Inc.; ByteDance Inc. | 4:22-cv-06418-YGR | PFS Filed |
| Damian Johnson, individually and as next of friend to minor plaintiffs K.L.J., K.A.J., and J.A.J. | Meta Platforms, Inc., formerly known as Facebook, Inc.; YouTube, LLC; Google LLC; Alphabet Inc.; Snap, Inc.; TikTok Inc.; ByteDance Inc. | 4:22-cv-06418-YGR | PFS Filed |
| Damon Waid, individually and on behalf of Parker Waid, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC, YouTube, LLC | 4:23-cv-3638 | Round 2 |
| Darla Gill, individually and as the Personal Representative of the Estate of Emma Claire Gill, and Joseph Ryan Gill, individually | Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., and ByteDance, Inc. | 4:22-cv-05985-YGR | PFS Filed |
| DeAnna LaFrombois, successor-in-interest to Oscar Sanchez, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap, Inc. | 4:23-cv-2644-YGR | Round 2 |
| Donna Dawley, individually and Personal Representative of the Estate of Christopher J. Dawley | Meta Platforms, Inc., formerly known as Facebook, Inc.; Snap, Inc. | 4:22-cv-06376-YGR | PFS Filed |
| E.S. Individually and on behalf of E.S. and J.S., Individually | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3682 | PFS Filed |
| E.W., as next of friend to minor plaintiff Z.W. | YouTube, LLC, Google LLC, Alphabet Inc., Snap, Inc., TikTok Inc., ByteDance Inc. | 4:22-cv-04528 | PFS Filed |
| Elizabeth Mullen and N.M. | Meta Platforms, Inc., formerly known as Facebook, Inc.; TikTok, Inc.; ByteDance, Inc. | 4:23-cv-00600-YGR | PFS Filed |
| F.R. on behalf of B.R. | Meta Platforms, Inc., et al. | 4:23-cv-4102 | PFS Filed |

| SMVLC MDL Fact Sheets Status - as of April 1, 2024 | | | |
|---|---|---|---|
| **Plaintiff Name** | **Defendants** | **Case Number** | **Status** |
| G.W., individually and as next of friend to minor M.W. | Snap, Inc. | 4:23-cv-00545-YGR | PFS Filed |
| Gail Flatt, individually and as the Personal Representative of the Estate of Sarah Flatt | Meta Platforms, Inc., formerly known as Facebook, Inc., and Snap, Inc. | 4:22-cv-04535 | PFS Filed |
| I.A., K.A., and A.A. | Meta Platforms, Inc., formerly known as Facebook, Inc.; Tiktok, Inc.; and Bytedance Inc. | 4:22-cv-06252-YGR | PFS Filed |
| Isabella Marie Simmons | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:24-cv-01527 | Round 2 |
| J.A., K.L., and A.L. | TikTok, Inc. and ByteDance Inc. | 4:23-cv-00515-YGR | PFS Filed |
| J.H., individually and as next of friend to minor plaintiffs N.R. and A.M. | Meta Platforms, Inc., formerly known as Facebook, Inc., YouTube LLC, Google LLC, Alphabet Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 3:22-cv-04710 | Round 2 |
| J.H., individually and as next of friend to minor plaintiffs N.R. and A.M. | Meta Platforms, Inc., formerly known as Facebook, Inc., YouTube LLC, Google LLC, Alphabet Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 3:22-cv-04710 | Round 2 |
| J.H., individually and on behalf of C.H. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC; YouTube, LLC | 4:23-cv-3842 | PFS Filed |
| J.M. and D.M. | ByteDance Inc., TikTok Inc., Snap, Inc. | 4:22-cv-04533 | PFS Filed |
| J.O. individually and next of friend to minor C.O. | Meta Platforms, Inc., formally known as Facebook, Inc.; and Snap, Inc. | 4:22-cv-05546 | Round 2 |
| Jennifer Mitchell, individually and as the Personal Representative of the Estate of Ian James Ezquerra | Meta Platforms, Inc., formerly known as Facebook, Inc., and Snap, Inc. | 4:22-cv-06387-YGR | PFS Filed |
| Katheryn Guillot, individually and on behalf of Kennedy Loftin, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Roblox Corporation; Discord Inc.; Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3453 | PFS Filed |
| Kristie Reilly, individually and on behalf of Noah Dennis, Deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC; YouTube, LLC | 4:23-cv-4101 | PFS Filed |

| SMVLC MDL Fact Sheets Status - as of April 1, 2024 | | | |
|---|---|---|---|
| **Plaintiff Name** | **Defendants** | **Case Number** | **Status** |
| Krystal Lebofsky, successor in interest to De'ja McCullough | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Google LLC; YouTube, LLC; Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-02088 | PFS Filed |
| Krystal McClatchy, individually and as Personal Representative of the Estate of Matthew Colyer | Meta Platforms, Inc., formerly known as. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap, Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC; YouTube, LLC | 4:23-cv-01465-YGR | Round 2 |
| L.A.T., individually as next of friend to minor plaintiffs P.T. and L.T. | Meta Platforms, Inc., formerly known as Facebook, Inc.; YouTube LLC; Google LLC; Alphabet Inc.; TikTok, Inc.; ByteDance, Inc. | 4:22-cv-04937 | Round 2 |
| L.A.T., individually as next of friend to minor plaintiffs P.T. and L.T. | Meta Platforms, Inc., formerly known as Facebook, Inc.; YouTube LLC; Google LLC; Alphabet Inc.; TikTok, Inc.; ByteDance, Inc. | 4:22-cv-04937 | Round 2 |
| L.L. on behalf of A.L. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC; YouTube, LLC | 4:23-cv-4262 | PFS Filed |
| L.T. on behalf of C.A. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3637 | PFS Filed |
| Lori Welch, Individually and on behalf of Tallie Lynn, Deceased | Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3457 | PFS Filed |
| M.C., individually and as next of friend to minor plaintiff M.B. | Meta Platforms, Inc., formerly known as Facebook, Inc., YouTube LLC, Google LLC, Alphabet Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 4:22-cv-04529 | PFS Filed |
| M.F., B.F., and A.F | Meta Platforms, Inc., formally known as Facebook, Inc. | 4:22-cv-05573 | PFS Filed |
| M.H., individually and on behalf of B.H., and E.H., individually | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3639 | PFS Filed |
| M.L. individually and on behalf of A.W. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC;ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Snap Inc. | 4:23-cv-3801 | Round 2 |

| SMVLC MDL Fact Sheets Status - as of April 1, 2024 | | | |
|---|---|---|---|
| Plaintiff Name | Defendants | Case Number | Status |
| Mary Popolizio, as Successor-in-interest to Alexandra-Victoria Popolizio | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Google LLC; YouTube, LLC | 4:23-cv-01887 | PFS Filed |
| Melissa Ward, individually and on behalf of Hunter Ward, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3843 | PFS Filed |
| Michael and Shonell Green, individually and on behalf of Tate Green, deceased | ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3840 | PFS Filed |
| N.B., individually and on behalf of H.B. | Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-3635 | PFS Filed |
| Roger Pytko, individually and on behalf of Zachary Pytko, Deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc. | 4:23-cv-3841 | PFS Filed |
| S.L. on behalf of K.A. | Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Discord Inc. | 4:24-cv-1868 | PFS Filed |
| S.M., individually and on behalf of N.M. | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC.; Snap Inc. | 4:23-cv-03978-YGR | Round 2 |
| S.R., individually and as next of friend to minor plaintiff L.S. | Meta Platforms, Inc., formerly known as Facebook, Inc.; Snap, Inc.; TikTok Inc.; ByteDance Inc. | 4:22-cv-6455-YGR | Round 2 |
| Sabrina and Carlos Gidron, individually and behalf of C.G. | YouTube, LLC; Google LLC; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:24-cv-1843 | PFS Filed |
| Shailyn Malone, individually and on behalf of Taylen Dorsey, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC.; Snap Inc. | 4:23-cv-3500 | PFS Filed |
| Shawanee Miller, Successor-In-Interest to Leon Miller, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap, Inc. | 4:23-cv-02630-YGR | Round 2 |
| Sherry Carthen and Geneva (Joy) Carthen | Meta Platforms, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap, Inc.; ByteDance, Ltd; ByteDance, Inc.; TikTok, Ltd.; TikTok, LLC; TikTok, Inc.; Snap Inc; Google LLC; YouTube LLC | 4:23-cv-02915 | PFS Filed |
| Stacie Hoffine, Successor-in-Interest to Candice Hoffine, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Inc; ByteDance, Ltd; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc. | 4:23-cv-05031-YGR | PFS Filed |

| SMVLC MDL Fact Sheets Status - as of April 1, 2024 | | | |
|---|---|---|---|
| **Plaintiff Name** | **Defendants** | **Case Number** | **Status** |
| Summer Anthony and Mallory Wiles | Meta Platforms, Inc. | 4:23-cv-3797 | PFS Filed |
| T.K., individually and as next of friend to minor plaintiff S.R. | Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 4:22-cv-04588 | PFS Filed |
| T.R., individually and as next friend to minor child E.R. | Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 4:22-cv-04712 | Round 2 |
| Tammy Long and Arthur Long, individually and on behalf of Londen Long, deceased | Meta Platforms, Inc., f.k.a. Facebook, Inc.; Instagram, LLC; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Snap Inc.; ByteDance, Ltd; ByteDance, Inc; TikTok, Ltd.; TikTok, LLC.; TikTok, Inc.; Google LLC; YouTube, LLC | 4:24-cv-221 | Round 2 |
| Tammy Rodriguez, individually and as the Personal Representative of the Estate of Selena Rodriguez | Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | 4:22-cv-00401 | PFS Filed |
| Travis Heath, individually and on behalf of Adrian Buie, deceased | Meta Platforms, Inc., et al. | 4:23-cv-3498 | Round 2 |
| V.P., on behalf of her minor child J.P., individually and on behalf of all others similarly situated | Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations LLC, Facebook Technologies LLC, and Instagram LLC | 4:22-cv-06617 | Round 2 |