UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-TSH<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 FOR AMENDMENT OF DEADLINES UNDER CASE MANAGEMENT ORDER 10 AND OTHER RELIEF** |

The Court, having considered Defendants' Administrative Motion Pursuant to Civil Local Rule 7-11 for Amendment of Deadlines Under Case Management Order 10 and Other Relief and associated Declaration, GRANTS Defendants' request and ORDERS:

(1) Each Plaintiff who filed an action before March 1, 2024 but who did not submit a Plaintiff Fact Sheet ("PFS") by April 1, 2024 is required to do so within seven days from the entry of this Order, subject to the dismissal of the action with prejudice;

1

[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION FOR AMENDMENT OF
DEADLINES UNDER CASE MANAGEMENT ORDER 10 AND OTHER RELIEF
CASE NO. 4:22-MD-03047-YGR

(2) Case Management Order 10's bellwether-selection deadline and all other case management deadlines are extended by 14 days from the entry of the Court's Order; and

**(3)** Plaintiffs' bellwether-discovery selections are reduced from six to five Personal Injury and School District cases.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge