Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
David Mattern, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com
       dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc.,
ByteDance Inc., ByteDance Ltd.,
TikTok Ltd., and TikTok LLC*

*Additional parties and counsel listed on
signature pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-TSH<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Defendants make this application for the purpose of seeking to remove two filings—Dkt. Nos. 743 and 743-9—from the April 5, 2024 filing of their Administrative Motion Pursuant to Civil Local Rule 7-11 for Amendment of Deadlines Under Case Management Order 10 and Other Relief (Dkt. 743, "the Motion"), relating to Plaintiffs' deadline to serve Plaintiff Fact Sheets under Case Management Order 10.

The day after Defendants filed the Motion, Plaintiffs requested that Defendants redact certain information in the Motion relating to two adult plaintiffs' last names and certain information in Exhibit 8 thereto. Although Defendants disagree that this information was required to be redacted under the Parties' Protective Order or for any other reason, Defendants have agreed to file redacted versions to avoid burdening the Court with an unnecessary dispute. Accordingly, Defendants have already filed "corrected" versions of both documents.

Defendants thus ask that Docket No. 743 (the Motion) be replaced with Docket No. 744 and that Docket No. 743-9 (Exhibit 8 thereto) be replaced with 744-1.

Counsel for Defendants have already notified the Court's civil docketing clerk of this issue and related request.

Dated: April 8, 2024                         Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Email: gdrake@kslaw.com
         tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006-4707
Telephone: + 1 (202) 737-0500
Facsimile: + 1 (202) 626-3737
Email: dmattern@kslaw.com

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500

Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

**COVINGTON & BURLING LLP**

 /s/ Ashley M. Simonsen
 Ashley M. Simonsen, SBN 275203
 COVINGTON & BURLING LLP
 1999 Avenue of the Stars
 Los Angeles, CA 90067
 Telephone: + 1 (424) 332-4800
 Facsimile: +1 (424) 332-4749
 Email: asimonsen@cov.com

 Phyllis A. Jones, *pro hac vice*
 Paul W. Schmidt, *pro hac vice*
 COVINGTON & BURLING LLP
 One City Center
 850 Tenth Street, NW
 Washington, DC 20001-4956
 Telephone: + 1 (202) 662-6000
 Facsimile: + 1 (202) 662-6291
 Email: pajones@cov.com
 Email: pschmidt@cov.com

 *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

|   |   |
|---|---|
| 1 |  |
| 2 | **MUNGER, TOLLES & OLSEN LLP** |
| 3 | /s/ *Jonathan H. Blavin* |
| 4 | Jonathan H. Blavin, SBN 230269<br>MUNGER, TOLLES & OLSON LLP |
| 5 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 6 | Telephone: + 1 (415) 512-4000<br>Facsimile: + 1 (415) 512-4077 |
| 7 | Email: jonathan.blavin@mto.com |
| 8 | Rose L. Ehler (SBN 296523) |
| 9 | Victoria A. Degtyareva (SBN 284199)<br>Laura M. Lopez (SBN 313450) |
| 10 | Ariel T. Teshuva (SBN 324238)<br>MUNGER, TOLLES & OLSON LLP |
| 11 | 350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426 |
| 12 | Telephone: + 1 (213) 683-9100<br>Facsimile: + 1 (213) 687-3702 |
| 13 | Email: rose.ehler@mto.com |
| 14 | Email: victoria.degtyareva@mto.com<br>Email: laura.lopez@mto.com |
| 15 | Email: ariel.teshuva@mto.com |
| 16 | Lauren A. Bell (*pro hac vice*) |
| 17 | MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave., NW |
| 18 | Suite 500 E<br>Washington, D.C. 20001-5369 |
| 19 | Telephone: + 1 (202) 220-1100<br>Facsimile: + 1 (202) 220-2300 |
| 20 | Email: lauren.bell@mto.com |
| 21 | *Attorneys for Defendant Snap Inc.* |
| 22 |  |
| 23 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 24 |  |
| 25 | /s/ *Brian M. Willen* |
| 26 | Brian M. Willen (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI |
| 27 | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 28 | Telephone: + 1 (212) 999-5800<br>Facsimile: + 1 (212) 999-5899 |

4

DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 4:22-MD-03047-YGR

Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: + 1 (415) 947-2000
Facsimile: + 1 (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (State Bar No. 233587)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: + 1 (323) 210-2900
Facsimile: + 1 (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

Joseph G. Petrosinelli
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: + 1 (202) 434-5000
Facsimile: + 1 (202) 434-5029
Email: jpetrosinelli@wc.com
Email: ahardin@wc.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 8, 2024           By:   */s/ Geoffrey M. Drake*
                                     Geoffrey M. Drake