Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
lhazam@lchb.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**DECLARATION OF LEXI HAZAM IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION FOR AMENDMENT OF DEADLINES UNDER CASE MANAGEMENT ORDER AND OTHER RELIEF** |

I, Lexi J. Hazam, declare and state as follows:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP and Co-Lead Counsel for Plaintiffs in this action. I am a member in good standing of the State Bar of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached as Exhibit A is a copy of correspondence sent by counsel for the School District of Polk County, FL to Defendants on April 2, 2024 informing Defendants of the unexpected death in the family of the individual at the school district with whom counsel was

1  working on the district's PFS.

2  3. Attached as Exhibit B is a copy of correspondence sent by counsel for Plaintiffs to
3  counsel for Defendants on April 3, 2024, which Defendants previously filed on the public docket
4  as Exhibit 5 to their Administrative Motion for Amendment of Deadlines (ECF No. 743-6).

5  I declare under penalty of perjury that the foregoing is true and correct. Executed on April
6  9, 2024, in San Francisco, California.

*/s/ Lexi J. Hazam*
Lexi J. Hazam