**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Re: Dkt. No. 745 |

Defendants move to remove two filings (Dkt. Nos. 743, 743-9) from the April 5, 2024, Administrative Motion Pursuant to Civil Local Rule 7-11 for Amendment of Deadlines Under Case Management Order No. 10 and Other Relief. (Dkt. No. 745.)

Defendants' motion is **GRANTED**. The Clerk of Court is instructed to remove the filings at Dkt. Nos. 743 and 743-9 and unseal the remaining attachments. The corrected filings are located at Dkt. Nos. 744 and 744-1, respectively.

This terminates Dkt. Nos. 744 and 745.

**IT IS SO ORDERED.**

Dated: April 10, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE