*[Parties and Counsel Listed on Signature Pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS**<br><br>**[REDACTED]**<br><br>**<u>Hearing:</u>**<br>Date:    April 19, 2024<br>Time:   9:30 a.m.<br>Place:   Oakland, California<br>Judge:  Hon. Yvonne Gonzalez Rogers |





DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR





2



DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR



DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR



DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR



6











6 *See, e.g.,* data available through the national census (https://data.census.gov/), the Department of Housing and Urban Development (https://data.hud.gov/) and American Housing Survey (https://www.huduser.gov/portal/datasets/ahs.html).







DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR



15



DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR



1

2

3

4

5

6

7

8    Dated:  April 15, 2024                    Respectfully submitted,

9

10                                             **FAEGRE DRINKER BIDDLE & REATH LLP**

11                                             */s/ Andrea R. Pierson*
                                              Andrea Roberts Pierson, *pro hac vice*
                                               andrea.pierson@faegredrinker.com
12                                             Amy Fiterman, *pro hac vice*
                                               amy.fiterman@faegredrinker.com
13                                             Faegre Drinker LLP
                                              300 N. Meridian Street, Suite 2500
14                                             Indianapolis, IN 46204
                                              Telephone: + 1 (317) 237-0300
15                                             Facsimile: +1 (317) 237-1000

16                                             **KING & SPALDING LLP**

17                                             */s/ Geoffrey M. Drake*
                                              Geoffrey M. Drake, *pro hac vice*
18                                             gdrake@kslaw.com
                                              David Mattern, *pro hac vice*
19                                             dmattern@kslaw.com
                                              King & Spalding LLP
20                                             1180 Peachtree Street, NE, Suite 1600
                                              Atlanta, GA 30309
21                                             Telephone: + 1 (404) 572-4600
                                              Facsimile: + 1 (404) 572-5100

22
                                              *Attorneys for Defendants TikTok Inc., ByteDance*
23                                             *Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

24                                             **COVINGTON & BURLING LLP**

25                                             */s/ Mark W. Mosier*
                                              Mark W. Mosier, *pro hac vice*
26                                             mmosier@cov.com
                                              Paul W. Schmidt, *pro hac vice*
27                                             pschmidt@cov.com
                                              Phyllis A. Jones, *pro hac vice*
28                                             pajones@cov.com
                                              COVINGTON & BURLING LLP

18

One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
 ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
 Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
 Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
 Victoria.Degtyareva@mto.com
Ariel T. Teshuva  (State Bar No. 324238)
 Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
 Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

19

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
  bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
  lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
  akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
  csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
  cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
  mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ / Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole (*pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

Stephanie Schuster (*pro hac vice*)
stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
*Attorneys for Defendants YouTube, LLC and Google LLC*

20

1

**WILLIAMS & CONNOLLY LLP**

2

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli

3

jpetrosinelli@wc.com
Ashley W. Hardin

4

ahardin@wc.com
680 Maine Avenue, SW

5

Washington, DC 20024
Telephone.: 202-434-5000

6

Fax: 202-434-5029

7

*Attorneys for Defendants YouTube, LLC,*

8

*Google LLC, and Alphabet Inc.*

9

10

**ATTESTATION**

11

I hereby attest that I have on file all holographic signatures corresponding to any signatures

12

indicated by a conformed signature (/S/) within this e-filed document.

13

14

Dated:  April 15, 2024                    */s/ Andrea R. Pierson*
                                          Andrea R. Pierson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that copies of the foregoing were served on all parties registered to receive

3     service by ECF on April 15, 2024.

4

     Dated:  April 15, 2024                    */s/ Andrea R. Pierson*
5                                               Andrea R. Pierson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS
CASE NO. 4:22-MD-03047-YGR

# EXHIBIT 1

