*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS' TEMPORARY SEALING MOTION (DEFENDANTS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants file the instant Temporary Sealing Motion requesting to file under seal Defendants' Brief in Support of Bellwether Discovery Pool Selections. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 756-1 | Defendants' Brief in Support of Bellwether Discovery Pool Selections (Sealed) | The document contains information designated as confidential by Plaintiffs. |

Dated: April 15, 2024                                  Respectfully submitted,

**FAEGRE DRINKER BIDDLE REATH LLP**

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

|   |                                                                    |
|---|--------------------------------------------------------------------|
| 1 | **COVINGTON & BURLING LLP**                                        |
| 2 | */s/ Mark W. Mosier*                                               |
| 3 | Mark W. Mosier, *pro hac vice*                                     |
|   | mmosier@cov.com                                                    |
| 4 | Paul W. Schmidt, *pro hac vice*                                    |
|   | pschmidt@cov.com                                                   |
| 5 | Phyllis A. Jones, *pro hac vice*                                   |
|   | pajones@cov.com                                                    |
| 6 | COVINGTON & BURLING LLP                                            |
|   | One CityCenter                                                     |
| 7 | 850 Tenth Street, NW                                               |
|   | Washington, DC 20001-4956                                          |
| 8 | Telephone: + 1 (202) 662-6000                                      |
|   | Facsimile: + 1 (202) 662-6291                                      |
| 9 |                                                                    |
|   | Emily Johnson Henn (State Bar No. 269482)                          |
|10 | ehenn@cov.com                                                      |
|   | COVINGTON & BURLING LLP                                            |
|11 | 3000 El Camino Real                                                |
|   | 5 Palo Alto Square, 10th Floor                                     |
|12 | Palo Alto, CA 94306                                                |
|   | Telephone: + 1 (650) 632-4700                                      |
|13 | Facsimile: +1 (650) 632-4800                                       |
|14 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a*              |
|   | *Facebook, Inc.; Facebook Holdings, LLC;*                          |
|15 | *Facebook Operations, LLC; Facebook Payments,*                     |
|   | *Inc.; Facebook Technologies, LLC; Instagram,*                     |
|16 | *LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*                   |
|17 | **MUNGER, TOLLES & OLSEN LLP**                                     |
|18 | */s/ Jonathan H. Blavin*                                           |
|   | Jonathan H. Blavin (State Bar No. 230269)                          |
|19 | Jonathan.Blavin@mto.com                                            |
|   | MUNGER, TOLLES & OLSON LLP                                         |
|20 | 560 Mission Street, 27th Floor                                     |
|   | San Francisco, CA 94105-3089                                       |
|21 | Telephone: (415) 512-4000                                          |
|   | Facsimile: (415) 512-4077                                          |
|22 |                                                                    |
|   | Rose L. Ehler (State Bar No. 296523)                               |
|23 | Rose.Ehler@mto.com                                                 |
|   | Victoria A. Degtyareva (State Bar No. 284199)                      |
|24 | Victoria.Degtyareva@mto.com                                        |
|   | Ariel T. Teshuva (State Bar No. 324238)                            |
|25 | Ariel.Teshuva@mto.com                                              |
|   | MUNGER, TOLLES & OLSON LLP                                         |
|26 | 350 South Grand Avenue, 50th Floor                                 |
|   | Los Angeles, CA 90071-3426                                         |
|27 | Telephone: (213) 683-9100                                          |
|   | Facsimile: (213) 687-3702                                          |
|28 |                                                                    |

Lauren A. Bell, *pro hac vice*
 Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

 */s/ Brian M. Willen*
_____
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
 bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
 lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
 akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
 csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
 cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
 mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC,*
*Google LLC, and Alphabet Inc.*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ / Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole (*pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

Stephanie Schuster (*pro hac vice*)
stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
*Attorneys for Defendants YouTube, LLC and Google LLC*

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 15, 2024           */s/ Andrea R. Pierson*
                                Andrea R. Pierson

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were served on all parties registered to receive service by ECF on April 15, 2024.

Dated: April 15, 2024         */s/ Andrea R. Pierson*
                                                Andrea R. Pierson