1  [*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates To<br><br>All Actions | **PLAINTIFFS' TEMPORARY SEALING MOTION (PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1

Following the Court's guidance in its Order Setting Sealing Procedure (Dkt. 341), Plaintiffs file this Sealing Motion, seeking permission to file under seal Plaintiffs Brief in Support of Bellwether Discovery Pool Selections. The reasons for sealing will be addressed in a forthcoming omnibus motion.

Below is the chart the Court requested in Dkt. 341:

| Docket No. | Document | Whether the Document Contains the Filing Party's Confidential Information or Another Party's Confidential Information |
|---|---|---|
| 757-1 | Plaintiffs' Brief in Support of Bellwether Discovery Pool Selections (Sealed) | Filing Party |

DATED: April 15, 2024

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
PAIGE BOLDT
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1

|   |   |
|---|---|
| 1 | JOSEPH E. MELTER |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
|   | 280 KING OF PRUSSIA ROAD |
| 3 | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | jmeltzer@ktmc.com |

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com
EMMIE PAULOS

**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com
RUTH THI RIZKALLA

**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com
ROLAND TELLIS
DAVID FERNANDES

**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

6

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

                                                    */s/ Lexi J. Hazam*
                                                   Lexi J. Hazam

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
(PLAINTIFFS' BRIEF IN SUPPORT OF BELLWETHER DISCOVERY POOL SELECTIONS)
Case No. 4:22-md-03047-YGR

2983570.1