Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)
*pwarren@motleyrice.com*
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 |
| This Document Relates to: <br><br> ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR APRIL 19, 2024, MAY 9, 2024, JUNE 21, 2024, AND JULY 19, 2024, CASE MANAGEMENT CONFERENCES** |

Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations,

LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc.

("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube,

LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, the Court has scheduled upcoming case management conferences to take place on the following dates in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor:

- April 19, 2024 at 9:30 a.m.
- May 9, 2024 at 10:30 a.m.
- June 21, 2024 at 2:30 p.m.
- July 19, 2024 at 2:30 p.m.

WHEREAS, the Court previously advised that it will allow video access to proceedings before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the upcoming April 19, 2024, May 9, 2024, June 21, 2024, and July 19, 2024 case management conferences remotely, rather than traveling to appear in person;

WHEREAS, some Parties prefer to observe the upcoming case management conferences remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the April 19, 2024, May 9, 2024, June 21, 2024, and July 19, 2024, case management conferences, public video access will be permitted for the proceeding using the webinar link found on the Court's webpage; and

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the April 19, 2024, May 9, 2024, June 21, 2024, and July 19, 2024, case management conferences, there will be audio remote access only for the hearing.

1   Dated: April 18, 2024                  Respectfully submitted,

2                                          **ANDRUS ANDERSON LLP**

3                                          */s/ Jennie Lee Anderson*
                                           Jennie Lee Anderson (SBN 203586)
4                                          jennie@andrusanderson.com
                                           **ANDRUS ANDERSON LLP**
5                                          155 Montgomery Street, Suite 900
                                           San Francisco, CA  94104
6                                          Telephone: (415) 986-1400

7                                          ***Plaintiffs' Liaison Counsel***

8                                          Lexi J. Hazam (SBN 224457)
                                           lhazam@lchb.com
9                                          **LIEFF CABRASER HEIMANN**
                                           **& BERNSTEIN, LLP**
10                                         275 Battery Street, 29th Floor
                                           San Francisco, CA 94111-3339
11                                         Telephone: (415) 956-1000
                                           Facsimile: (415) 956-100
12
                                           Previn Warren (pro hac vice)
13                                         pwarren@motleyrice.com
                                           **MOTLEY RICE LLC**
14                                         401 9th Street NW, Suite 630
                                           Washington, DC 20004
15                                         Telephone: (202) 386-9610
                                           Facsimile: (202) 232-5513
16
                                           ***Plaintiffs' Co-Lead Counsel***
17
                                           Christopher A. Seeger (pro hac vice)
18                                         cseeger@seegerweiss.com
                                           **SEEGER WEISS, LLP**
19                                         55 Challenger Road, 6th Floor
                                           Ridgefield Park, NJ 07660
20                                         Telephone: (973) 639-9100
                                           Facsimile: (973) 679-8656
21
                                           ***Counsel to the Co-Lead Counsel and Settlement***
22                                         ***Counsel***

23                                         Joseph G. Vanzandt
                                           **BEASLEY ALLEN CROW METHVIN**
24                                         **PORTIS & MILES, P.C.**
                                           234 Commerce Street
25                                         Montgomery, AL 36103
                                           Telephone:  334-269-2343
26                                         joseph.vanzandt@beasleyallen.com

27                                         Emily C. Jeffcott
                                           **MORGAN & MORGAN**
28                                         220 W. Garden Street, 9th Floor

1   Pensacola, FL 32502
    Telephone: 850-316-9100
2   ejeffcott@forthepeople.com

3   ***Federal/State Liaisons***

4   Matthew Bergman
    **SOCIAL MEDIA VICTIMS LAW CENTER**
5   821 Second Avenue, Suite 2100
    Seattle, WA 98104
6   Telephone:  206-741-4862
    matt@socialmediavictims.org
7
    Jayne Conroy
8   **SIMMONS HANLY CONROY, LLC**
    112 Madison Ave, 7th Floor
9   New York, NY 10016
    Telephone:  917-882-5522
10  jconroy@simmonsfirm.com

11  Andre Mura
    **GIBBS LAW GROUP, LLP**
12  1111 Broadway, Suite 2100
    Oakland, CA 94607
13  Telephone:  510-350-9717
    amm@classlawgroup.com
14
    MICHAEL M. WEINKOWITZ
15  **LEVIN SEDRAN & BERMAN, LLP**
    510 Walnut Street
16  Suite 500
    Philadelphia, PA 19106
17  Telephone:  215-592-1500
    mweinkowitz@lfsbalw.com
18
    ALEXANDRA WALSH
19  **WALSH LAW**
    1050 Connecticut Ave, NW, Suite 500
20  Washington D.C. 20036
    Telephone: 202-780-3014
21  awalsh@alexwalshlaw.com

22  James J. Bilsborrow
    **WEITZ & LUXENBERG, PC**
23  700 Broadway
    New York, NY 10003
24  Telephone:  212-558-5500
    jbilsborrow@weitzlux.com
25
    ***Plaintiffs' Steering Committee Leadership***
26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

1    Ron Austin
     **RON AUSTIN LAW**
2    400 Manhattan Blvd.
     Harvey LA, 70058
3    Telephone: + 1 (504) 227–8100
     Email: raustin@ronaustinlaw.com
4
     Paige Boldt
5    **WATTS GUERRA LLP**
     4 Dominion Drive, Bldg. 3, Suite 100
6    San Antonio, TX 78257
     Telephone: 210-448-0500
7    PBoldt@WattsGuerra.com

8    Carrie Goldberg
     **C.A. GOLDBERG, PLLC**
9    16 Court St.
     Brooklyn, NY 11241
10   Telephone: (646) 666-8908
     carrie@cagoldberglaw.com
11
     Sin-Tiny Mary Liu
12   **AYLSTOCK WITKIN KREIS &**
     **OVERHOLTZ, PLLC**
13   17 East Main Street, Suite 200
     Pensacola, FL 32502
14   Telephone:  510-698-9566
     mliu@awkolaw.com
15
     Emmie Paulos
16   **LEVIN PAPANTONIO RAFFERTY**
     316 SOUTH BAYLEN STREET, SUITE 600
17   PENSACOLA, FL 32502
     Telephone:  850-435-7107
18   epaulos@levinlaw.com

19   Roland Tellis
     **BARON & BUDD, P.C.**
20   15910 Ventura Boulevard, Suite 1600
     Encino, CA 91436
21   Telephone: (818) 839-2333
     rtellis@baronbudd.com
22
     Diandra "Fu" Debrosse Zimmermann
23   **DICELLO LEVITT**
     505 20th St North
24   Suite 1500
     Birmingham, Alabama 35203
25   Telephone:  205.855.5700
     fu@dicellolevitt.com
26
     Hillary Nappi
27   **HACH & ROSE LLP**
     112 Madison Avenue, 10th Floor
28   New York, New York 10016

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

Telephone: 212.213.8311
hnappi@hrsclaw.com

James Marsh
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

Ruth Rizkalla
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

***Plaintiffs' Steering Committee Membership***


**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Megan O'Neill (CA SBN 343535)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorney for the People of the State of California*

**DANIEL J. CAMERON**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
Gregory B. Ladd (KY Bar No. 95886), *Pro hac vice*
Zachary Richards (KY Bar No. 99209), *Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice app. forthcoming*
Assistant Attorneys General
1024 Capital Center Drive
Suite 200

Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Greg.Ladd@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of*
*Kentucky*

**PHILIP J. WEISER**
Attorney General
State of Colorado
*/s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorney for Plaintiff State of Colorado, ex rel.*
*Philip Weiser, Attorney General*

***On Behalf of the Attorneys General***


**COVINGTON & BURLING LLP**

*/s/Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (State Bar. No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: + 1 (415) 591-6000
Facsimile: +1 (415) 591-6091
Email: ichaput@cov.com

Gregory L. Halperin, *pro hac vice*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: + 1 (212) 841-1000
Facsimile: +1 (212) 841-1010
Email: ghalperin@cov.com

*Attorney for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*

**KING & SPALDING LLP**

*/s/ Geofrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pieron*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

1                              *Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

2

3                              **WILSON SONSINI GOODRICH & ROSATI**
                             **Professional Corporation**

4                                  */s/ Lauren Gallo White*

                             Lauren Gallo White

5                              Wilson Sonsini Goodrich & Rosati
                             lwhite@wsgr.com

6                              Samantha A. Machock
                             smachock@wsgr.com

7                              One Market Plaza, Spear Tower, Suite 3300
                             San Francisco, CA  94105

8                              Telephone: (415) 947-2000
                             Facsimile: (415) 947-2099

9

10                              Brian M. Willen
                             Wilson Sonsini Goodrich & Rosati
                             bwillen@wsgr.com

11                              1301 Avenue of the Americas, 40th Floor
                             New York, New York 10019

12                              Telephone: (212) 999-5800
                             Facsimile: (212) 999-5899

13

14                              Christopher Chiou
                             Wilson Sonsini Goodrich & Rosati
                             cchiou@wsgr.com

15                              633 West Fifth Street
                             Los Angeles, CA 90071-2048

16                              Telephone: (323) 210-2900
                             Facsimile: (866) 974-7329

17

18                              **WILLIAMS & CONNOLLY LLP**

19                              */s/ Joseph G. Petrosinelli*

20                              Joseph G. Petrosinelli, *pro hac vice*
                             jpetrosinelli@wc.com

21                              Ashley W. Hardin, *pro hac vice*
                             ahardin@wc.com

22                              680 Maine Avenue, SW
                             Washington, DC 20024
                             Tel.: 202-434-5000

23

24                              *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

25                              **MUNGER, TOLLES & OLSON LLP**

26                              */s/ Jonathan H. Blavin*

                             Jonathan H. Blavin, SBN 230269

27                              MUNGER, TOLLES & OLSON LLP
                             560 Mission Street, 27th Floor

28                              San Francisco, CA 94105-3089

Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE: _____          _____
                                                    Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose

behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: April 18, 2024              _____*/s/ Jennie Lee Anderson*_____
                                              JENNIE LEE ANDERSON
                                              **ANDRUS ANDERSON, LLP**
                                              155 MONTGOMERY STREET, SUITE 900
                                              SAN FRANCISCO, CA 94104
                                              Telephone: + 1 (415) 986-1400
                                              Email: jennie@andrusanderson.com

                                              *Liaison Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR