Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Mark Elliot Zuckerberg*

*Additional counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| *People of the State of California, et al.*,<br><br>         v.<br><br>*Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC* | MDL No. 3047<br><br>Case Nos. 4:23-cv-05448-YGR<br><br>            4:23-cv-05885-YGR<br><br>            4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers |
| *Office of the Attorney General, State of Florida, Department of Legal Affairs*,<br><br>         v.<br><br>*Meta Platforms, Inc., Instagram LLC* | **META'S NOTICE OF FILING OF DEMONSTRATIVE USED AT HEARING IN SUPPORT OF MOTION TO DISMISS THE MULTISTATE ATTORNEYS GENERAL COMPLAINT; FLORIDA ATTORNEY GENERAL COMPLAINT; AND PERSONAL INJURY PLAINTIFFS' CONSUMER PROTECTION AND MISREPRESENTATION CLAIMS** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hearing:**<br>Date:   April 19, 2024<br>Time:   9:30 AM<br>Place:  Oakland, California<br>Judge:  Hon. Yvonne Gonzalez Rogers |

As instructed by the Court on the record at the April 19, 2024 hearing on Meta's Motion to Dismiss the Multistate Attorneys General Complaint, the Florida Attorney General Complaint, and Counts 7–9 of the Personal Injury Plaintiffs' Complaint ("Motion"), Meta hereby provides notice of its filing of the demonstrative used by its counsel in support of its oral argument on the Motion at the April 19 hearing, which is attached hereto.

Dated: April 22, 2024                                            Respectfully submitted,

**COVINGTON & BURLING LLP**

*/s/ Phyllis A. Jones*
Paul W. Schmidt, *pro hac vice*
  pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
  pajones@cov.com
Christian J. Pistilli, *pro hac vice*
  cpistilli@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
  ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Mark Elliot Zuckerberg*

3

META'S NOTICE OF FILING OF DEMONSTRATIVE USED AT HEARING IN SUPPORT OF MOTION TO DISMISS THE MULTISTATE ATTORNEYS GENERAL COMPLAINT; FLORIDA ATTORNEY GENERAL COMPLAINT; AND PERSONAL INJURY PLAINTIFFS' CONSUMER PROTECTION AND MISREPRESENTATION CLAIMS