# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** April 19, 2024  **Time:** 9:06 a.m. to 10:21 a.m.  **Judge:** YVONNE GONZALEZ ROGERS
10:28 a.m. to 11:39 a.m.
12:15 p.m. to 1:52 p.m.

**Case No.:** 22-md-03047-YGR  **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Reported by:** Stephen Franklin; via Zoom

### PROCEEDINGS

Motion Hearing and Further Case Management Conference - Held.

The Court heard argument on defendant Meta's motion to dismiss the multistate AGs' complaint, the Florida AG's complaint, and the personal injury plaintiffs' consumer protection and misrepresentation claims (Track 1, Dkt. No. 517), as well as plaintiffs' motion to remand in *Youngers v. Meta Platforms, Inc.*, No. 23-cv-00547 (N.D. Cal. Feb. 15, 2024) (Dkt. No. 64). The motions were taken under submission.

The Court then heard argument on the parties' bellwether discovery pool selections. The Court **ADOPTED** the parties' proposals, with certain qualifications:

First, as to the personal injury ("PI") plaintiffs, because two PI plaintiffs selected by defendants asserted *Lexecon* objections, the Court **ORDERED** that all PI plaintiffs assert their position on *Lexecon* by May 17, 2024. One PI plaintiff has indicated an intent to withdraw their action. Defendants, pursuant to the *Lexecon* protocol, will then have until May 22, 2024, to propose three replacement cases. Discovery commences as to the other nine PI bellwethers.

Second, as to the school district ("SD") plaintiffs, ten SD bellwethers waive objections under *Lexecon*. Plaintiffs' counsel will confirm by April 25, 2024, whether the remaining two SD bellwether cases will assert *Lexecon* objections. In the meantime, defendants will compile a list of six to ten alternates to send to plaintiffs' counsel who will in turn confirm whether the alternates will assert *Lexecon* objections. Discovery commences as to the ten SD bellwethers which did not assert *Lexecon* objections.

The parties will file a joint stipulation as to the legal standards applicable in Utah and Arizona

for the motion to dismiss the school district and local government entities master complaint, should the parties agree on such standards.

The parties agreed and the Court **ORDERED** the following schedule for the 25 plaintiffs' consolidated addendum asserting corporate-officer liability against defendant Mark Zuckerberg: the addendum is due by April 28, 2024; defendant's motion to dismiss by May 10, 2024; plaintiff's opposition by May 23, 2024, and defendant's reply by May 30, 2024.  The motion briefs have page limits of 10, 10, and 6 pages each, respectively.

Written order to issue.