Arthur H. Bryant
**BAILEY & GLASSER, LLP**
1999 Harrison Street
Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Fax: (510) 463-0291
Email: abryant@baileyglasser.com

*Attorneys for Plaintiff The Baltimore City Board of School Commissioners*

*Additional parties and counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| *The Baltimore City Board of School Commissioners,* *v.* *Meta Platforms, Inc. et al.* Member Case No.: 4:23-cv-04064-YGR | **PLAINTIFF THE BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS' NOTICE OF NON-WAIVER UNDER *LEXECON*** |

1  Plaintiff, The Baltimore City Board of School Commissioners, by and through its counsel,
2  respectfully notifies this Court that it will not waive its right to have its case remanded to the
3  District of Maryland at or before the conclusion of pretrial proceedings pursuant to 28 U.S.C.
4  §1407(a) and *Lexecon, Inc. et al. v. Milberg Weiss Bershad Hynes & Lerach et al.*, 523 U.S. 26
5  (1998).

DATED: April 25, 2024                     Respectfully submitted,

By:   /s/ *Arthur H. Bryant*
      Arthur H. Bryant
      Leslie A. Brueckner
      Bailey & Glasser, LLP
      1999 Harrison Street, Suite 660
      Oakland, CA 94612
      Telephone: (510) 272-8000
      Fax: (510) 463-0291
      Email: abryant@baileyglasser.com
             lbrueckner@baileyglasser.com

      Benjamin L. Bailey (*pro hac vice*)
      John W. Barrett (*pro hac vice*)
      Bailey & Glasser, LLP
      209 Capitol Street
      Charleston, WV 25301
      Telephone: (304) 345-6555
      Fax: (304) 342-1110
      Email: bbailey@baileyglasser.com
             jbarrett@baileyglasser.com

      Cary L. Joshi (*pro hac vice*)
      Panida A. Anderson (*pro hac vice*)
      Bailey & Glasser, LLP
      1055 Thomas Jefferson Street NW
      Suite 540
      Washington, DC 20007
      Telephone: (202) 463-2101
      Fax: (202) 463-2103
      Email: cjoshi@baileyglasser.com
             panderson@baileyglasser.com

Cyrus Mehri (*pro hac vice*)
Joshua Karsh (*pro hac vice*)
Mehri & Skalet, PLLC
2000 K Street
Washington, DC 20006
Telephone: (202) 822-5100
Fax: (202) 822-4997
Email: cmehri@findjustice.com
       jkarsh@findjustice.com

Wayne Hogan (*pro hac vice*)
Alan Pickert (*pro hac vice*)
Terrell Hogan Yegelwel, P.A.
233 East Bay Street, 8th Floor
Jacksonville, FL 32202
Telephone: (904) 722-2228
Fax: (904) 632-2027
Email: hogan@terrellhogan.com
       pickert@terrellhogan.com

Joshua Civin (*pro hac vice*)
Baltimore City Public Schools
200 E. North Avenue, Suite 208
Baltimore, Maryland 21202
Telephone: (410) -396-8542
Email: jcivin@bcps.k12.md.us

*Attorneys for Plaintiff*
*The Baltimore City Board of School Commissioners*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were served on all parties registered to receive service by ECF on April 25, 2024.

                                                         */s/Arthur H. Bryant*
                                                        Arthur H. Bryant