1   Thomas P. Cartmell (*pro hac vice*)*
    Jonathan P. Kieffer (*pro hac vice*)*
2   Austin Brane, SBN 286227
    WAGSTAFF & CARTMELL LLP
3   4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
4   Tel: (816) 701-1100
    Email: tcartmell@wcllp.com
5   Email: jpkieffer@wcllp.com
    Email: abrane@wcllp.com
6
7   *Attorneys for Plaintiff* (additional counsel on
    signature page)
8

9

10

11                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12

| 13 DEKALB COUNTY SCHOOL DISTRICT, | CASE NO. 4:23-cv-5733 |
|---|---|
| 14                            Plaintiff, | MDL NO. 4:22-md-03047 |
| 15                     v. | **NOTICE OF LEXECON OBJECTION** |
| 16 META PLATFORMS, INC.; FACEBOOK HOLDINGS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK OPERATIONS, LLC; INSTAGRAM, LLC; SICULUS, INC.; META PAYMENTS, INC.; SNAP INC.; TIKTOK, INC.; BYTEDANCE, INC.; BYTEDANCE LTD.; TIKTOK LTD.; TIKTOK LLC; GOOGLE LLC; and YOUTUBE LLC, | |
| 22                          Defendants. | |

23

24

25

26

27

28

NOTICE IS HEREBY GIVEN THAT, in accordance with Case Management Order No. 13 (MDL 3047, ECF No. 780), plaintiff DeKalb County School District ("Plaintiff") hereby asserts its rights with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998). As stated in Plaintiff's complaint, the complaint is deemed to have been filed in the United States District Court for the Northern District of Georgia. *See* Case No. 4:23-cv-5733, ECF Nos. 1, 11; *see also* CMO 4, § II.D (MDL 3047, ECF No. 119) ("At the completion of all pretrial proceedings … this Court shall transfer such cases to the federal district court identified by the Plaintiff….").

DATED:  April 25, 2024

**WAGSTAFF & CARTMELL LLP**


/s/ *Austin Brane*

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin P. Brane, State Bar No. 286227
**Wagstaff & Cartmell LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100; Fax (816) 531-2372
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

Joseph G. VanZandt (pro hac vice)*
Davis Vaughn (pro hac vice)*
Jennifer Emmel (pro hac vice)*
Clinton Richardson (pro hac vice)*
Seth Harding (pro hac vice)*
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, LLC**
234 Commerce Street Montgomery, AL 36103
Tel: (334) 269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Davis.Vaughn@BeasleyAllen.com
Email: Jennifer.Emmel@BeasleyAllen.com
Email: Clinton.Richardson@BeasleyAllen.com
Email: Seth.Harding@BeasleyAllen.com

Kirk J. Goza (pro hac vice)*
Bradley D. Honnold (pro hac vice)*
**GOZA & HONNOLD LLC**
9500 Nall Avenue, Suite 400 Overland Park, KS 66207

1

1

Tel: (913) 451-3433
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

2

3

**Attorneys for Plaintiff DeKalb County School District**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LEXECON OBJECTION
CASE NO. 4:23-cv-5733