|   |   |
|---|---|
| 1 | Previn Warren |
|   | **MOTLEY RICE LLC** |
| 2 | 401 9th Street NW, Suite 630 |
|   | Washington, DC  20004 |
| 3 | Telephone: 202-386-9610 |
| 4 | pwarren@motleyrice.com |

*Attorney for Plaintiffs Baker, B.B., Booker, C.G., C.S., Calvoni, Cameron, Cusato, D.S., Dodd, Dowdy, Garceau, Haas, Hirka, J.F., Jackson, Jansky, K.C., Keizer, Koizol, M.C., M.M., N.K., Robertson, and S.S.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br>*Baker*   (4:23-cv-01578);<br>*B.B.*     (4:23-cv-03032);<br>*Booker*  (4:23-cv-01537);<br>*C.G.*    (4:23-cv-01568);<br>*C.S.*    (4:23-cv-01569);<br>*Calvoni* (4:22-cv-05873);<br>*Cameron* (4:23-cv-03266);<br>*Cusato*  (4:23-cv-04961);<br>*D.S.*    (4:23-cv-03402);<br>*Dodd*    (4:23-cv-01583);<br>*Dowdy*   (4:23-cv-01866);<br>*Garceau* (4:23-cv-04962);<br>*Haas*    (4:23-cv-01565);<br>*Hirka*   (4:23-cv-03906);<br>*J.F.*    (4:23-cv-01846);<br>*Jackson* (4:23-cv-03774);<br>*Jansky*  (4:23-cv-02026);<br>*K.C.*    (4:23-cv-03179);<br>*Keizer*  (4:23-cv-02972);<br>*Koizol*  (4:23-cv-02244);<br>*M.C.*    (4:23-cv-03398);<br>*M.M.*    (4:23-cv-01615);<br>*N.K.*    (4:23-cv-01584);<br>*Robertson* (4:24-cv-00127);<br>*S.S.*    (4:23-cv-02024). | **PLAINTIFFS' TEMPORARY SEALING MOTION (CONSOLIDATED ADDENDUM TO SHORT-FORM COMPLAINTS THAT NAME MARK ZUCKERBERG AS AN ADDITIONAL DEFENDANT)**<br><br>Judge Yvonne Gonzalez Rogers |

Pursuant to the Court's Order Setting Sealing Procedures [ECF 341], the twenty-five Plaintiffs stating claims against Mark Zuckerberg ("Plaintiffs") file the instant Temporary Sealing Motion requesting to file under seal the unredacted version of their Consolidated Addendum to Plaintiffs' Short-Form Complaints, a redacted version of which appears on the docket at ECF 794. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| ECF 795-1 | Consolidated Addendum to Plaintiffs' Short-Form Complaints | The document contains information designated as confidential by the Meta Defendants. |

Dated: April 26, 2024

Respectfully submitted,

*/s/ Previn Warren*
Previn Warren
Abigail Burman
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington, DC 20004
Telephone: 202-232-5504
pwarren@motleyrice.com
aburman@motleyrice.com

Mathew P. Jasinski
Jessica C. Colombo
**MOTLEY RICE LLC**
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
mjasinski@motleyrice.com
jcolombo@motleyrice.com

Jodi Westbrook Flowers
Sara O. Couch
Jade Haileselassie
Annie Kouba
Ebony Bobbitt
Jessica L. Carroll
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843-216-9000
jflowers@motleyrice.com
scouch@motleyrice.com
jhaileselassie@motleyrice.com
akouba@motleyrice.com
ebobbitt@motleyrice.com
jcarroll@motleyrice.com

Jonathan D. Orent
Katie Menard
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Telephone: 401-457-7700
jorent@motleyrice.com
kmenard@motleyrice.com

*Attorneys for Plaintiffs*