1  Previn Warren
   **MOTLEY RICE LLC**
2  401 9th Street NW, Suite 630
   Washington, DC  20004
3  Telephone: 202-386-9610
4  pwarren@motleyrice.com

5  *Attorney for Plaintiffs Baker, B.B., Booker, C.G., C.S.,*
   *Calvoni, Cameron, Cusato, D.S., Dodd, Dowdy, Garceau,*
6  *Haas, Hirka, J.F., Jackson, Jansky, K.C., Keizer, Koizol,*
   *M.C., M.M., N.K., Robertson, and S.S.*
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                     **OAKLAND DIVISION**

11 | IN RE: SOCIAL MEDIA ADOLESCENT | Case No. 4:22-md-03047-YGR |
   | ADDICTION/PERSONAL INJURY |  |
12 | PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
13

14 This Document Relates to:           **CERTIFICATE OF SERVICE**
   *Baker*    (4:23-cv-01578);
15 *B.B.*     (4:23-cv-03032);
   *Booker*   (4:23-cv-01537);         Judge Yvonne Gonzalez Rogers
16 *C.G.*     (4:23-cv-01568);
   *C.S.*     (4:23-cv-01569);
17 *Calvoni*  (4:22-cv-05873);
18 *Cameron*  (4:23-cv-03266);
   *Cusato*   (4:23-cv-04961);
19 *D.S.*     (4:23-cv-03402);
   *Dodd*     (4:23-cv-01583);
20 *Dowdy*    (4:23-cv-01866);
   *Garceau*  (4:23-cv-04962);
21 *Haas*     (4:23-cv-01565);
22 *Hirka*    (4:23-cv-03906);
   *J.F.*     (4:23-cv-01846);
23 *Jackson*  (4:23-cv-03774);
   *Jansky*   (4:23-cv-02026);
24 *K.C.*     (4:23-cv-03179);
   *Keizer*   (4:23-cv-02972);
25 *Koizol*   (4:23-cv-02244);
26 *M.C.*     (4:23-cv-03398);
   *M.M.*     (4:23-cv-01615);
27 *N.K.*     (4:23-cv-01584);
   *Robertson* (4:24-cv-00127);
28 *S.S.*     (4:23-cv-02024).

I hereby certify that on April 26, 2024, a copy of the unredacted version of the Consolidated Addendum to Plaintiffs' Short-Form Complaint was served on the interested parties by electronic mail as follows:

- PSCServiceMDL3047@motleyrice.com;
- MetaNoticeofService@cov.com.

Dated: April 26, 2024

Respectfully submitted,

/s/ Previn Warren

| | |
|---|---|
| Mathew P. Jasinski<br>Jessica C. Colombo<br>**MOTLEY RICE LLC**<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Telephone: 860-882-1681<br>mjasinski@motleyrice.com<br>jcolombo@motleyrice.com | Previn Warren<br>Abigail Burman<br>**MOTLEY RICE LLC**<br>401 9th Street NW Suite 630<br>Washington, DC 20004<br>Telephone: 202-232-5504<br>pwarren@motleyrice.com<br>aburman@motleyrice.com |
| Jodi Westbrook Flowers<br>Sara O. Couch<br>Jade Haileselassie<br>Annie Kouba<br>Ebony Bobbitt<br>Jessica L. Carroll<br>**MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>Telephone: 843-216-9000<br>jflowers@motleyrice.com<br>scouch@motleyrice.com<br>jhaileselassie@motleyrice.com<br>akouba@motleyrice.com<br>ebobbitt@motleyrice.com<br>jcarroll@motleyrice.com | Jonathan D. Orent<br>Katie Menard<br>**MOTLEY RICE LLC**<br>40 Westminster St., 5th Floor<br>Providence, RI 02903<br>Telephone: 401-457-7700<br>jorent@motleyrice.com<br>kmenard@motleyrice.com<br><br><br><br><br><br><br>*Attorneys for Plaintiffs* |