Ansel F. Carpenter, SBN 338829
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4758
Facsimile: + 1 (424) 332-4749
Email: acarpenter@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC; Facebook*
*Operations, LLC; Facebook Payments, Inc.;*
*Facebook Technologies, LLC; Instagram, LLC;*
*Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **NOTICE OF APPEARANCE OF ANSEL F. CARPENTER** |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ansel F. Carpenter of the law firm Covington & Burling LLP, located at 1999 Avenue of the Stars, Suite 3500, Los Angeles, CA 90067, telephone number (424) 332-4758, facsimile number (424) 332-4749, email address acarpenter@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Mr. Carpenter hereby requests to be added to the docket and the electronic service list in this matter.


DATED:  April 30, 2024                          COVINGTON & BURLING, LLP


                                                By:  */s/ Ansel F. Carpenter*
                                                Ansel F. Carpenter

                                                *Attorneys for Defendants Meta Platforms, Inc.*
                                                *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
                                                *Facebook Operations, LLC; Facebook*
                                                *Payments, Inc.; Facebook Technologies, LLC;*
                                                *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
                                                *Zuckerberg*