1  [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  | IN RE: SOCIAL MEDIA ADOLESCENT | MDL No. 3047 |
    ADDICTION/PERSONAL INJURY

12  PRODUCTS LIABILITY LITIGATION | Case No. 4:22-03047-YGR |

13  ——————————————————————— | **JOINT STIPULATION MODIFYING** |

14  This Document Relates to: | **TEMPORARY SEALING PROCEDURE** |
                                **DEADLINE**

15  ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers |

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby submit this Joint Stipulation Modifying Temporary Sealing Procedure Deadline.

On April 15, 2024 the Parties each submitted their respective Briefs in Support of Bellwether Discovery Pool Selections. *See* ECF Nos. 754 and 755.  Each Party also submitted a Temporary Sealing Motion pertaining to those briefs, and subsequently filed their briefs under seal on April 15, 2024.  *See* ECF Nos. 756; 756-1;757; 757-1.

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties hereby stipulate to extend the time to file the Omnibus Sealing Stipulation to 21 days after the briefing was filed, May 6, 2024.


DATED: May 3, 2024                    Respectfully submitted,


By:  */s/ Previn Warren*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to personal injury and school district Plaintiffs.

1         CHRISTOPHER A. SEEGER
              **SEEGER WEISS, LLP**
2         55 CHALLENGER ROAD, 6TH FLOOR
              RIDGEFIELD PARK, NJ 07660
3         Telephone: 973-639-9100
              cseeger@seegerweiss.com
4

5         Counsel to Co-Lead Counsel

6         JENNIE LEE ANDERSON
              **ANDRUS ANDERSON, LLP**
7         155 MONTGOMERY STREET, SUITE 900
              SAN FRANCISCO, CA 94104
8         Telephone: 415-986-1400
              jennie@andrusanderson.com
9

10        Liaison Counsel

11        EMILY C. JEFFCOTT
              **MORGAN & MORGAN**
12        633 WEST FIFTH STREET, SUITE 2652
              LOS ANGELES, CA 90071
13        Telephone: 213-787-8590
              ejeffcott@forthepeople.com
14

15        JOSEPH VANZANDT
              **BEASLEY ALLEN**
16        234 COMMERCE STREET
              MONTGOMERY, LA 36103
17        Telephone: 334-269-2343
              joseph.vanzandt@beasleyallen.com
18

19        Federal/State Liaisons

20        MATTHEW BERGMAN
              GLENN DRAPER
21        **SOCIAL MEDIA VICTIMS LAW CENTER**
              821 SECOND AVENUE, SUITE 2100
22        SEATTLE, WA 98104
              Telephone: 206-741-4862
23        matt@socialmediavictims.org
              glenn@socialmediavictims.org
24

25        JAMES J. BILSBORROW
              **WEITZ & LUXENBERG, PC**
26        700 BROADWAY
              NEW YORK, NY 10003
27        Telephone: 212-558-5500

28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

1                          JOSEPH E. MELTER

2                          **KESSLER TOPAZ MELTZER & CHECK LLP**

3                          280 KING OF PRUSSIA ROAD
RADNOR, PA 19087

4                          Telephone: 610-667-7706
jmeltzer@ktmc.com

5

6                          HILLARY NAPPI

7                          **HACH & ROSE LLP**
112 Madison Avenue, 10th Floor

8                          New York, New York 10016
Telephone: 212-213-8311

9                          hnappi@hrsclaw.com

10                        EMMIE PAULOS

11                        **LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600

12                      PENSACOLA, FL 32502
Telephone: 850-435-7107

13                      epaulos@levinlaw.com

14                       RUTH THI RIZKALLA

15                       **THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500

16                      MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915

17                      rrizkalla@carlsonattorneys.com

18                       ROLAND TELLIS
DAVID FERNANDES

19                      **BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600

20                      Encino, CA 91436
Telephone: 818-839-2333

21                      rtellis@baronbudd.com
dfernandes@baronbudd.com

22

23

24

25

26

27

28

1  MELISSA YEATES
   **KESSLER TOPAZ MELTZER & CHECK**
2  **LLP**
   280 KING OF PRUSSIA ROAD
3  RADNOR, PA 19087
   Telephone: 610-667-7706
4  myeates@ktmc.com
5
   DIANDRA "FU" DEBROSSE
6  ZIMMERMANN
   **DICELLO LEVITT**
7  505 20th St North
8  Suite 1500
   Birmingham, Alabama 35203
9  Telephone: 205-855-5700
   fu@dicellolevitt.com
10
   Plaintiffs' Steering Committee Membership
11
   *Attorneys for Individual Plaintiffs*
12
13
   COVINGTON & BURLING LLP
14
   By:  */s/ Ashley M. Simonsen*
15 Ashley M. Simonsen, SBN 275203
   COVINGTON & BURLING LLP
16 1999 Avenue of the Stars
   Los Angeles, CA 90067
17 Telephone: (424) 332-4800
   Facsimile: + 1 (424) 332-4749
18 Email: asimonsen@cov.com
19
   Phyllis A. Jones, *pro hac vice*
20 Paul W. Schmidt, *pro hac vice*
   COVINGTON & BURLING LLP
21 One City Center
   850 Tenth Street, NW
22 Washington, DC 20001-4956
   Telephone: + 1 (202) 662-6000
23 Facsimile: + 1 (202) 662-6291
   Email: pajones@cov.com
24
25
   *Attorney for Defendants Meta Platforms, Inc.*
26 *f/k/a Facebook, Inc.; Facebook Holdings,*
   *LLC; Facebook Operations, LLC; Facebook*
27 *Payments, Inc.; Facebook Technologies, LLC;*
   *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1       *Zuckerberg*

2       FAEGRE DRINKER LLP

3       By: /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson, *pro hac vice*

4       FAEGRE DRINKER LLP
    300 N. Meridian Street, Suite 2500

5       Indianapolis, IN 46204
    Telephone: + 1 (317) 237-0300

6       Facsimile: + 1 (317) 237-1000
    Email: andrea.pierson@faegredrinker.com

7       Email: amy.fiterman @faegredrinker.com

8

9       Amy R. Fiterman, *pro hac vice*
    FAEGRE DRINKER LLP

10      2200 Wells Fargo Center
    90 South Seventh Street

11      Minneapolis, MN 55402
    Telephone: +1 (612) 766-7768

12      Facsimile: +1 (612) 766-1600
    Email: amy.fiterman@faegredrinker.com

13

14      Geoffrey Drake, *pro hac vice*
    KING & SPALDING LLP

15      1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309

16      Tel.: 404-572-4600
    Email: gdrake@kslaw.com

17      Email: dmattern@kslaw.com

18

19      David Mattern, *pro ha vice*
    KING & SPALDING LLP

20      1700 Pennsylvania Avenue, NW, Suite 900
    Washington, D.C. 20006

21      Telephone: +1 (202) 626-2946
    Email: dmattern@kslaw.com

22      *Attorneys for Defendants TikTok Inc. and*

23      *ByteDance Inc.*

24      MUNGER, TOLLES & OLSEN LLP
    By: /s/ Jonathan H. Blavin

25      Jonathan H. Blavin, SBN 230269
    MUNGER, TOLLES & OLSON LLP

26      560 Mission Street, 27th Floor
    San Francisco, CA 94105-3089

27      Telephone: (415) 512-4000
    Facsimile: (415) 512-4077

28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1    Email: jonathan.blavin@mto.com

2    Rose L. Ehler (SBN 29652)
3    Victoria A. Degtyareva (SBN 284199)
     Laura M. Lopez, (SBN 313450)
4    Ariel T. Teshuva (SBN 324238)
     MUNGER, TOLLES & OLSON LLP
5    350 South Grand Avenue, 50th Floor
     Los Angeles, CA 90071-3426
6    Telephone: (213) 683-9100
7    Facsimile: (213) 687-3702
     Email: rose.ehler@mto.com
8    Email: victoria.degtyareva@mto.com
     Email: Ariel.Teshuva@mto.com
9
     Lauren A. Bell (*pro hac vice forthcoming*)
10   MUNGER, TOLLES & OLSON LLP
     601 Massachusetts Ave., NW St.,
11   Suite 500 E
12   Washington, D.C. 20001-5369
     Telephone: (202) 220-1100
13   Facsimile: (202) 220-2300
     Email: lauren.bell@mto.com
14
15   *Attorneys for Defendant Snap Inc.*

16   WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
17   By: */s/ Brian M. Willen*
     Brian M. Willen
18   WILSON SONSINI GOODRICH & ROSATI
19   1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
20   Telephone: (212) 999-5800
     Facsimile: (212) 999-5899
21   Email: bwillen@wsgr.com

22

23   Lauren Gallo White
     Samantha A. Machock
24   WILSON SONSINI GOODRICH & ROSATI
     One Market Plaza, Spear Tower, Suite 3300
25   San Francisco, CA 94105
     Telephone: (415) 947-2000
26   Facsimile: (415) 947-2099
     Email: lwhite@wsgr.com
27   Email: smachock@wsgr.com

28

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC,
Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google
LLC, and Alphabet Inc.*

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1

## ATTESTATION

2   I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the

3   filing of this document has been obtained from each signatory hereto.

4   **DATED:** May 3, 2024                 */s/ Previn Warren*

5                                          Previn Warren

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047