AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-3047-YGR |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ricky Hawkins.

Date: 05/06/2024

/s/ Thien An Vinh Truong
*Attorney's signature*

Thien An Vinh Truong (NY Bar No. 4820569)
*Printed name and bar number*

112 Madison Ave Floor 7
New York, NY 10016
*Address*

atruong@simmonsfirm.com
*E-mail address*

(212) 784-6276
*Telephone number*

(212) 213-5949
*FAX number*