AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation  )
*Plaintiff* )
v. ) Case No. 4:22-md-3047-YGR
 )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ricky Hawkins.

Date: 05/06/2024

/s/ Ellyn H. Hurd
*Attorney's signature*

Ellyn H. Hurd (MA Bar No. 652031)
*Printed name and bar number*

One Court Street
Alton, IL 62002

*Address*

ehurd@simmonsfirm.com
*E-mail address*

(212) 257-8482
*Telephone number*

(618) 259-2251
*FAX number*