JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
NATALIE MOYCE (State Bar No. 341326)
natalie.moyce@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
laura.lopez@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
FAYE PAUL TELLER (State Bar No.343506)
faye.teller@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF NATALIE MOYCE FOR DEFENDANT SNAP, INC.** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Natalie Moyce of the law firm of Munger, Tolles & Olson, LLP hereby enters an appearance in this matter on behalf of Defendant SNAP INC.  Ms. Moyce hereby requests to be added to the docket and the electronic service list in this matter.

NATALIE MOYCE (SBN 341326)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4049

DATED:  May 6, 2024                MUNGER, TOLLES & OLSON LLP


By:    /s/ Natalie Moyce
       Natalie Moyce
Attorney for Defendant SNAP, INC.