[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-03047-YGR |
| This Document Relates to: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |

Following the Court's guidance in its Order Setting Sealing Procedure (Dkt. 341), Plaintiffs file this Sealing Motion, seeking permission to file under seal the chart listing all documents requested to be sealed as required in Section II. Post-Briefing Omnibus Sealing Procedures, Subpart A(1)(a). The reason Plaintiffs are seeking to file under seal is because the document contains the information sought to be sealed in Dkt. 810, the Omnibus Sealing Stipulation with Declaration.

Below is the chart required by Dkt. 341.

| Docket No. | Document | Whether the Document Contains the Filing Party's Confidential Information or Another Party's Confidential Information |
|---|---|---|
| 811–1 attachment to this docket entry | Chart Listing Documents Requested to be Sealed | The document contains information the Parties are proposing to redact from the Parties Bellwether Briefs and stated in Docket No. 810. |
| 811–2 attachment to this docket entry | Defendants' Bellwether Brief | This document is the modified redacted version of the Defendants' Bellwether Brief |
| 811–3 attachment to this docket entry | Plaintiffs' Bellwether Brief | This document is the modified redacted version of the Plaintiffs' Bellwether Brief |

DATED: May 6, 2024

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

|   |   |
|---|---|
| 1 |   |
| 2 | JENNIE LEE ANDERSON |
|   | **ANDRUS ANDERSON, LLP** |
| 3 | 155 MONTGOMERY STREET, SUITE 900 |
|   | SAN FRANCISCO, CA 94104 |
| 4 | Telephone: 415-986-1400 |
| 5 | jennie@andrusanderson.com |
| 6 | Liaison Counsel |
| 7 | EMILY C. JEFFCOTT |
|   | **MORGAN & MORGAN** |
| 8 | 633 WEST FIFTH STREET, SUITE 2652 |
|   | LOS ANGELES, CA 90071 |
| 9 | Telephone: 213-787-8590 |
| 10 | ejeffcott@forthepeople.com |
| 11 | JOSEPH VANZANDT |
|   | **BEASLEY ALLEN** |
| 12 | 234 COMMERCE STREET |
|   | MONTGOMERY, LA 36103 |
| 13 | Telephone: 334-269-2343 |
| 14 | joseph.vanzandt@beasleyallen.com |
| 15 | Federal/State Liaisons |
| 16 | MATTHEW BERGMAN |
|   | GLENN DRAPER |
| 17 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 18 | SEATTLE, WA 98104 |
| 19 | Telephone: 206-741-4862 |
|   | matt@socialmediavictims.org |
| 20 | glenn@socialmediavictims.org |
| 21 | JAMES J. BILSBORROW |
| 22 | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 23 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 24 | jbilsborrow@weitzlux.com |
| 25 | JAYNE CONROY |
| 26 | **SIMMONS HANLY CONROY, LLC** |
|   | 112 MADISON AVE, 7TH FLOOR |
| 27 | NEW YORK, NY 10016 |
|   | Telephone: 917-882-5522 |
| 28 | jconroy@simmonsfirm.com |

|   |   |
|---|---|
| 1 |   |
| 2 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 3 | 1111 BROADWAY, SUITE 2100 |
|   | OAKLAND, CA 94607 |
| 4 | Telephone: 510-350-9717 |
| 5 | amm@classlawgroup.com |
| 6 | ALEXANDRA WALSH |
|   | **WALSH LAW** |
| 7 | 1050 Connecticut Ave, NW, Suite 500 |
|   | Washington D.C. 20036 |
| 8 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 9 |   |
| 10 | MICHAEL M. WEINKOWITZ |
|   | **LEVIN SEDRAN & BERMAN, LLP** |
| 11 | 510 WALNUT STREET |
|   | SUITE 500 |
| 12 | PHILADELPHIA, PA 19106 |
|   | Telephone: 215-592-1500 |
| 13 | mweinkowitz@lfsbalw.com |
| 14 |   |
|   | Plaintiffs' Steering Committee Leadership |
| 15 |   |
|   | RON AUSTIN |
| 16 | **RON AUSTIN LAW** |
|   | 400 MANHATTAN BLVD. |
| 17 | HARVEY, LA 70058 |
|   | Telephone: 504-227–8100 |
| 18 | raustin@ronaustinlaw.com |
| 19 |   |
|   | PAIGE BOLDT |
| 20 | **WALSH LAW** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 21 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 22 | PBoldt@alexwalshlaw.com |
| 23 |   |
|   | THOMAS P. CARTMELL |
| 24 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 25 | Kansas City, MO 64112 |
|   | Telephone: 816-701-1100 |
| 26 | tcartmell@wcllp.com |
| 27 |   |
|   | SARAH EMERY |
| 28 | **HENDY JOHNSON VAUGHN EMERY PSC** |

| | |
|---|---|
| 1 | 600 WEST MAIN STREET, SUITE 100 |
| 2 | LOUISVILLE, KT 40202 |
| | Telephone: 859-600-6725 |
| 3 | semery@justicestartshere.com |
| 4 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |
| 5 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 6 | Telephone: 646-666-8908 |
| 7 | carrie@cagoldberglaw.com |
| 8 | RONALD E. JOHNSON, JR. |
| | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 9 | 600 WEST MAIN STREET, SUITE 100 |
| | LOUISVILLE, KT 40202 |
| 10 | Telephone: 859-578-4444 |
| 11 | rjohnson@justicestartshere.com |
| 12 | SIN-TING MARY LIU |
| | **AYLSTOCK WITKIN KREIS &** |
| 13 | **OVERHOLTZ, PLLC** |
| 14 | 17 EAST MAIN STREET, SUITE 200 |
| | PENSACOLA, FL 32502 |
| 15 | Telephone: 510-698-9566 |
| | mliu@awkolaw.com |
| 16 | |
| 17 | JAMES R. MARSH |
| | **MARSH LAW FIRM PLLC** |
| 18 | 31 HUDSON YARDS, 11TH FLOOR |
| | NEW YORK, NY 10001-2170 |
| 19 | Telephone: 212-372-3030 |
| | jamesmarsh@marsh.law |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | JOSEPH E. MELTER |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706<br>jmeltzer@ktmc.com |
| 5 |   |
| 6 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 7 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 8 | Telephone: 212-213-8311<br>hnappi@hrsclaw.com |
| 9 |   |
| 10 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY** |
| 11 | 316 SOUTH BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 32502 |
| 12 | Telephone: 850-435-7107<br>epaulos@levinlaw.com |
| 13 |   |
| 14 | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, PC** |
| 15 | 1500 ROSECRANS AVE., STE. 500<br>MANHATTAN BEACH, CA 90266 |
| 16 | Telephone: 415-308-1915<br>rrizkalla@carlsonattorneys.com |
| 17 |   |
| 18 | ROLAND TELLIS<br>DAVID FERNANDES |
| 19 | **BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600 |
| 20 | Encino, CA 91436<br>Telephone: 818-839-2333 |
| 21 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 22 |   |

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*