Joseph H. Meltzer
Melissa L. Yeates
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
myeates@ktmc.com

*Attorneys for Plaintiff City of Providence*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates To:<br>*City of Providence v. Meta Platforms, Inc. et al.*<br><br>Member Case No.:<br>23-cv-02605 | **PLAINTIFF CITY OF PROVIDENCE'S NOTICE OF *LEXECON* OBJECTION** |

1    NOTICE IS HEREBY GIVEN THAT, Plaintiff City of Providence ("Plaintiff") hereby asserts its rights with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998). Specifically, Plaintiff will not waive its right to have its case remanded to the United States District Court for the District of Rhode Island, where its Complaint was initially filed, at or before the conclusion of pretrial proceedings pursuant to 28 U.S.C. §1407(a). *See* Case No. 4:23-cv-02605, ECF Nos. 1, 11.

Dated: May 7, 2024                    Respectfully submitted,

/s/ *Melissa L. Yeates*
Joseph H. Meltzer (admitted *pro hac vice*)
Melissa L. Yeates (admitted *pro hac vice*)
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
myeates@ktmc.com

Patrick C. Lynch
Jeffrey B. Pine
**LYNCH AND PINE**
One Park Row, 5th Floor
Providence, RI 02903
Telephone: (401) 274-3306
plynch@lynchpine.com
jpine@lynchpine.com

*Counsel for Plaintiff City of Providence*