MICHAEL X. IMBROSCIO, *pro hac vice*
mimbroscio@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |  Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF MICHAEL X. IMBROSCIO** |
| ALL ACTIONS | |

## NOTICE OF APPEARANCE OF

## MICHAEL X. IMBROSCIO AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

PLEASE TAKE NOTICE that Michael X. Imbroscio of the law firm of Covington & Burling

LLP, located at One CityCenter, 850 Tenth St., N.W., Washington, DC 20001-4956, telephone number

(202) 662-6000, facsimile number (202) 662-6291, email address mimbroscio@cov.com, hereby enters

an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.;

Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook

Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Mr. Imbroscio hereby

requests to be added to the docket and the electronic service list in this matter.


DATED:  May 8, 2024                          COVINGTON & BURLING, LLP


                                             By:  _/s/ Michael X. Imbroscio_____
                                                  Michael X. Imbroscio

                                             *Attorneys for Defendants Meta Platforms, Inc.*
                                             *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
                                             *Facebook Operations, LLC; Facebook*
                                             *Payments, Inc.; Facebook Technologies, LLC;*
                                             *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
                                             *Zuckerberg*