Frank Busch (258288)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
ef-fhb@cpdb.com

Attorneys for Plaintiff
PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | **NOTICE OF CHANGE OF COUNSEL** |
| ALL ACTIONS | |

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5-1(c)(2)(C) that Frank Busch ceased to be involved as counsel of record for Plaintiffs Nicholas Calvoni, Rosemarie Calvoni and J. C. Minor Child in the above-captioned matter.

Motley Rice LLC and James Wagstaffe of Adamski Moroski Madden Cumberland & Green LLP remain counsel of record for Plaintiffs in the instant action.

DATED: May 8, 2024

By:     /s/ Frank Busch
       FRANK BUSCH