Phyllis A. Jones, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional parties and counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION** |

1
2
3
4
5
6
7
8
9

Pursuant to Civil L.R. 7–3(d)(2), Defendants submit a copy of the judicial opinion issued in *Lama v. Meta Platforms, Inc.*, No. 3:23-cv-0462 (N.D.N.Y. May 6, 2024). The opinion is relevant to the Section 230 failure-to-warn arguments in Meta's Motion to Dismiss the Multistate Attorneys General Complaint; Florida Attorney General Complaint; and Personal Injury Plaintiffs' Consumer Protection and Misrepresentation Claims (Dkt. 517), in Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non-Priority Claims (Counts 5, 12, 14, 16–18) (Dkt. 516), and in Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) the School District and Local Government Entities' Master Complaint (Dkt. 601). The opinion was issued on May 6, 2024, after Defendants' replies in support of the aforementioned motions were filed.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: May 8, 2024

Respectfully submitted,

**COVINGTON & BURLING LLP**

*/s/ Phyllis A. Jones*

Mark W. Mosier, *pro hac vice*
  mmosier@cov.com
Paul W. Schmidt, *pro hac vice*
  pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
  pajones@cov.com
Christian J. Pistilli, *pro hac vice forthcoming*
  cpistilli@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
  ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
  gdrake@kslaw.com
Albert Q. Giang (State Bar No. 224332)
  agiang@kslaw.com
David Mattern, *pro hac vice*
  dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100


**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
  andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
  amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000


*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

|     |     |
| --- | --- |
| 1   | **MUNGER, TOLLES & OLSON LLP** |
| 2   | */s/ Jonathan H. Blavin* |
| 3   | Jonathan H. Blavin (State Bar No. 230269) |
|     |   Jonathan.Blavin@mto.com |
| 4   | MUNGER, TOLLES & OLSON LLP |
|     | 560 Mission Street, 27th Floor |
| 5   | San Francisco, CA  94105-3089 |
|     | Telephone:  (415) 512-4000 |
| 6   | Facsimile:  (415) 512-4077 |
| 7   |     |
|     | Rose L. Ehler (State Bar No. 296523) |
| 8   |   Rose.Ehler@mto.com |
|     | Victoria A. Degtyareva (State Bar No. 284199) |
| 9   |   Victoria.Degtyareva@mto.com |
|     | Ariel T. Teshuva  (State Bar No. 324238) |
| 10  |   Ariel.Teshuva@mto.com |
| 11  | MUNGER, TOLLES & OLSON LLP |
|     | 350 South Grand Avenue, 50th Floor |
| 12  | Los Angeles, CA  90071-3426 |
|     | Telephone:  (213) 683-9100 |
| 13  | Facsimile:  (213) 687-3702 |
| 14  |     |
|     | Lauren A. Bell, *pro hac vice* |
| 15  |   Lauren.Bell@mto.com |
|     | MUNGER, TOLLES & OLSON LLP |
| 16  | 601 Massachusetts Ave., NW, |
|     | Suite 500 E |
| 17  | Washington, D.C. 20001-5369 |
|     | Telephone:  (202) 220-1100 |
| 18  | Facsimile:  (202) 220-2300 |
| 19  |     |
|     | *Attorneys for Defendant Snap Inc.* |
| 20  |     |

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*

Brian M. Willen, *pro hac vice*
  bwillen@wsgr.com
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
  lwhite@wsgr.com
Carmen Sobczak (State Bar No. 342569)
  csobczak@wsgr.com
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
  cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
  mdonohue@wsgr.com
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube LLC,*
*Google LLC, and Alphabet Inc.*

**ATTESTATION**

I, Phyllis A. Jones, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 8, 2024          By:   */s/ Phyllis A. Jones*
                                       Phyllis A. Jones