J. ANDREW KEYES
akeyes@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5584

*Attorney for Defendants YouTube, LLC
and Google, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | ) Case No. 4:22-md-03047-YGR<br>)<br>) Judge Yvonne Gonzalez Rogers<br>)<br>) **NOTICE OF APPEARANCE OF**<br>) **J. ANDREW KEYES**<br>)<br>) |

# NOTICE OF APPEARANCE OF
# J. ANDREW KEYES AS COUNSEL FOR YOUTUBE, LLC ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that J. Andrew Keyes of the law firm Williams & Connolly LLP, located at 680 Maine Avenue SW, Washington, DC 20024, telephone number (202) 434-5584, email address akeyes@wc.com, hereby enters an appearance in this matter on behalf of Defendants YouTube, LLC and Google, LLC. Mr. Keyes hereby requests to be added to the docket and the electronic service list in this matter.

DATED: May 9, 2024

WILLIAMS & CONNOLLY LLP

By: */s/ J. Andrew Keyes*
J. Andrew Keyes

*Attorney for Defendants YouTube, LLC and Google, LLC*