1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)          Jennie Lee Anderson (SBN 203586)
   pwarren@motleyrice.com                  jennie@andrusanderson.com
6  MOTLEY RICE LLC                         ANDRUS ANDERSON LLP
7  401 9th Street NW, Suite 630            155 Montgomery Street, Suite 900
   Washington, DC 20004                    San Francisco, CA  94104
8  Telephone: (202) 386-9610               Telephone:    (415) 986-1400

9  *Plaintiffs' Co-Lead Counsel*           *Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*S.P., filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817<br><br>*S.L. on behalf of K.A. v. Snap, Inc., et al.,* 4:24-cv-01868<br><br>*S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.,* 4:24-cv-01843 | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Ninth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3. For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Ninth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4. True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

- *S.P., filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817 (Exhibit 1);
- *S.L. on behalf of K.A. v. Snap Inc., et al.,* 4:24-cv-01868 (Exhibit 2); and
- *S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.,* 4:24-cv-01843 (Exhibit 3).

5. Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a standing stipulation that the individual applications seeking appointment of guardians *ad litem* in this litigation may be filed under seal. Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future

1  to unseal individual applications and/or require parents who wish to proceed pseudonymously
2  going forward make a showing of good cause.
3       I declare under penalty of perjury pursuant to the laws of the United States of America that
4  the foregoing is true and correct.

6  Dated: May 10, 2024                    Respectfully submitted,

                                          */s/Jennie Lee Anderson*
                                          Jennie Lee Anderson
                                          *Plaintiffs' Liaison Counsel*

                                          ANDRUS ANDERSON LLP
                                          155 Montgomery Street, Suite 900
                                          San Francisco, CA  94104
                                          Telephone:    (415) 986-1400
                                          Facsimile:    (415) 986-1474
                                          jennie@andrusanderson.com