# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*S.P., filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817<br><br>*S.L. on behalf of K.A. v. Snap, Inc., et al.,* 4:24-cv-01868<br><br>*S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.,* 4:24-cv-01843 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Ninth Consolidated Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Ninth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-3 to the Anderson Declaration in Support of Ninth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *S.P.*, filed on behalf of minor *A.P.*, et al., 4:24-cv-01817 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *S.L. on behalf of K.A. v. Snap Inc., et al.*, 4:24-cv-01868 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.*, 4:24-cv-01843 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE