| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>*lhazam@lchb.com*<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | |
| Previn Warren (*pro hac vice*)<br>*pwarren@motleyrice.com*<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610 | Jennie Lee Anderson (SBN 203586)<br>*jennie@andrusanderson.com*<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone:   (415) 986-1400 |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Liaison Counsel* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*S.P. filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817<br><br>*S.L. on behalf of K.A. v. Snap, Inc., et al.,* 4:24-cv-01868<br><br>*S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.,* 4:24-cv-01843 | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1    I, Jennie Lee Anderson, do hereby declare and state as follows:

2    1.    I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted
3    to practice before the courts of the State of California and in the Northern District of California. I
4    am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent*
5    *Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of
6    record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I
7    make this declaration of my own personal knowledge and, if called as a witness, I could and
8    would testify competently to the matters stated below.

9    2.    I make this declaration in support of Plaintiffs' Ninth Consolidated *Ex Parte*
10   Application for Appointment of Guardians *Ad Litem*.

11   3.    Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte*
12   Application for Appointment of Guardian *Ad Litem* I received for the case *S.P. filed on behalf of*
13   *minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817.

14   4.    Attached hereto as ***Exhibit 2*** is a true and correct copy of the *Ex Parte*
15   Application for Appointment of Guardian *Ad Litem* I received for the case *S.L. on behalf of K.A.*
16   *v. Snap Inc., et al.,* 4:24-cv-01868.

17   5.    Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte*
18   Application for Appointment of Guardian *Ad Litem* I received for the case *S.G. individually and*
19   *on behalf of C.G. v. YouTube, LLC, et al.,* 4:24-cv-01843.

20   6.    **Exhibits 1-3** are Applications submitted to Plaintiffs' Liaison Counsel for filing
21   since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached
22   as **Exhibits 1-3**. The Applications have been made by the minor's parent, and/or legal guardian.
23   Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order
24   Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's
25   name and contact information (including address, email, and telephone number); (2) the name,
26   case number, state of domicile (and its minimum age of capacity); (3) a statement that the
27   applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming
28   that the applicant is fully competent and qualified to understand and protect the rights of the

1  minor plaintiff and has no interests adverse to the interests of that person.

2  I declare under penalty of perjury pursuant to the laws of the United States of America that
3  the foregoing is true and correct.

5  Dated:  May 10, 2024                    Respectfully submitted,

7  　　　　　　　　　　　　　　　　　　　　*/s/Jennie Lee Anderson*
　　　　　　　　　　　　　　　　　　　　Jennie Lee Anderson

　　　　　　　　　　　　　　　　　　　　ANDRUS ANDERSON LLP
　　　　　　　　　　　　　　　　　　　　155 Montgomery Street, Suite 900
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 986-1400
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 986-1474
　　　　　　　　　　　　　　　　　　　　jennie@andrusanderson.com

　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*