| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>*lhazam@lchb.com*<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | Jennie Lee Anderson (SBN 203586)<br>*jennie@andrusanderson.com*<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone:   (415) 986-1400 |
| Previn Warren (*pro hac vice*)<br>*pwarren@motleyrice.com*<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610 | *Plaintiffs' Liaison Counsel* |
| *Plaintiffs' Co-Lead Counsel* | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*S.P., filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817<br><br>*S.L. on behalf of K.A. v. Snap, Inc., et al.,* 4:24-cv-01868<br><br>*S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.,* 4:24-cv-01843 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**EXHIBITS 1-3 TO DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' NINTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM** |

# EXHIBIT 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 2

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL