**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*S.P., filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817<br><br>*S.L. on behalf of K.A. v. Snap, Inc., et al.*, 4:24-cv-01868<br><br>*S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.*, 4:24-cv-01843 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' NINTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Ninth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Ninth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1

(N.D. Cal. Sept.16, 2016)).

On May 10, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *S.P., filed on behalf of minor A.P. v. Meta Platforms, Inc., et al.*, 4:24-cv-01817 (Exhibit 1);
- *S.L. on behalf of K.A. v. Snap Inc., et al.*, 4:24-cv-01868 (Exhibit 2); and
- *S.G. individually and on behalf of C.G. v. YouTube, LLC, et al.*, 4:24-cv-01843 (Exhibit 3).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Ninth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before May 25, 2024, which is fifteen (15) days after the filing of Plaintiffs' Ninth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

2    Case No. 4:22-MD-03047-YGR
[Proposed] Order Granting Ninth *Ex Parte* Application and Appointing Guardians *Ad Litem*