# Exhibit A

**Simonsen, Ashley M**

| | |
|---|---|
| **From:** | Marc Mandich <marc@southernmedlaw.com> |
| **Sent:** | Friday, May 3, 2024 1:45 PM |
| **To:** | Simonsen, Ashley M; Jones, Phyllis; Schmidt, Paul; gdrake@kslaw.com; dmattern@kslaw.com; andrea.pierson@faegredrinker.com; Amy Fiterman - Faegre Drinker Biddle & Reath LLP (amy.fiterman@faegredrinker.com); bwillen@wsgr.com; lwhite@wsgr.com; smachock@wsgr.com; jpetrosinelli@wc.com; ahardin@wc.com; Christopher Chiou (cchiou@wsgr.com) |
| **Cc:** | Francois Blaudeau; Bill Bross; Andrews, Patrick I.; lhazam@lchb.com; pwarren@motleyrice.com; 'Carroll, Jessica'; Natalie Williams |
| **Subject:** | B.S. o/b/o D.D. v. Meta Platforms, et al (MDL 3047; Individual Case #: 4:22-cv-06495) |
| **Attachments:** | Joint Stipulation of Dismissal w-Prej _ DD.docx |

**[EXTERNAL]**
Counsel, I hope this email finds you well.

I regret to inform you that this plaintiff (defense bellwether pick in the MDL) has decided to voluntarily dismiss the case. I've attached a draft joint stipulation of dismissal with prejudice for your review and approval. Please let me know as soon as practicable whether or not your clients consent to the filing. If no edits or comments, I will e-file under the individual case number (4:22-cv-06495) once I've received all necessary approvals.

Thanks and have a great weekend everyone!
Marc

*Marc J. Mandich*
Attorney

Southern Institute for Medical and Legal Affairs
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
www.southernmedlaw.com
marc@southernmedlaw.com
Office: 205.564.2741 || Ext. 3
Cell: 504.615.4207
Fax: 205.649.6386




This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 205.564.2741) and immediately delete this message and all its attachments.