# Exhibit B

[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL PERSONAL INJURY ACTIONS | Case No.: 4:22-md-03047-YGR<br><br>MDL No.: 3047<br><br>**CASE MANAGEMENT ORDER NO. \_\_\_\_:**<br><br>**[PROPOSED] ORDER GOVERNING AMENDMENTS TO SHORT-FORM COMPLAINTS FOR FILED CASES** |

I. **APPLICABILITY AND SCOPE OF ORDER**

1. This Order Governing Amendments to Short-Form Complaints for Filed Cases ("Order") applies to all short-form complaints ("SFCs") in the above-captioned litigation. It implements the Court's guidance in Case Management Order No. 13 (Dkt. No. 780) regarding the Court's review of proposed amendments to SFCs.

II. **AMENDMENTS TO SHORT-FORM COMPLAINTS**

2. Plaintiffs shall provide at least five days written notice of any proposed amendment to an SFC to all Defendants in the MDL, as well as a short statement of the basis for seeking such amendment (*e.g.*, to supplement information regarding the age of first use or platform usage or to

1 | add a Defendant).

2 | 3. Plaintiffs shall file a motion for leave to amend an SFC, unless there is consent by:
3 | (a) all parties currently named in the SFC; and (b) any non-parties that the proposed amended SFC
4 | seeks to add.

5 | 4. A proposed new Defendant has a limited intervention right under Rule 24 of the
6 | Federal Rules of Civil Procedure to oppose any amendment that seeks to add that Defendant to the
7 | case. A proposed new Defendant may file an opposition to the motion to amend without seeking
8 | leave to intervene.

9 | 5. The parties reserve all rights and defenses with respect to any claims asserted through
10 | a proposed amendment to an SFC.

11 | **IT IS SO ORDERED.**

12 | Dated: _____, 2024

14 | YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE