# Exhibit B

[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 4:22-md-03047-YGR<br><br>MDL No.: 3047 |
| This Document Relates to:<br><br>ALL PERSONAL INJURY ACTIONS | **CASE MANAGEMENT ORDER NO. \_\_\_\_:**<br><br>**[PROPOSED] ORDER GOVERNING AMENDMENTS TO SHORT-FORM COMPLAINTS FOR FILED CASES** |

I. **APPLICABILITY AND SCOPE OF ORDER**

1. This Order Governing Amendments to Short-Form Complaints for Filed Cases ("Order") applies to all short-form complaints ("SFCs") in the above-captioned litigation. It implements the Court's guidance in Case Management Order No. 13 (Dkt. No. 780) regarding the Court's review of proposed amendments to SFCs.

II. **AMENDMENTS TO SHORT-FORM COMPLAINTS**

2. Plaintiffs shall provide at least five days written notice of any proposed amendment to an SFC to all Defendants in the MDL, as well as a short statement of the basis for seeking such amendment (*e.g.*, to supplement information regarding the age of first use or platform usage or to

add a Defendant).

3. Plaintiffs shall file a motion for leave to amend an SFC, unless there is consent by: (a) all parties currently named in the SFC; and (b) any non-parties that the proposed amended SFC seeks to add.

4. A proposed new Defendant has a limited intervention right under Rule 24 of the Federal Rules of Civil Procedure to oppose any amendment that seeks to add that Defendant to the case. A proposed new Defendant may file an opposition to the motion to amend without seeking leave to intervene.

5. The parties reserve all rights and defenses with respect to any claims asserted through a proposed amendment to an SFC.

**IT IS SO ORDERED.**

Dated: _____, 2024

　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE