AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:22-md-03047-YGR |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of California                                    .

Date:   05/13/2024

/s/ Emily C. Kalanithi
*Attorney's signature*

Emily C. Kalanithi (SBN 256972)
*Printed name and bar number*

California Department of Justice
455 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
*Address*

emily.kalanithi@doj.ca.gov
*E-mail address*

(415) 510-3468
*Telephone number*

(415) 703-5480
*FAX number*