Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Krystal McClatchy, individually and as successor in interest to Matthew Colyer, Deceased minor,<br><br>Plaintiff,<br><br>vs.<br><br>Meta Platforms, Inc., et al.<br><br>Defendants. | CASE NO. 4:23-cv-01465-YGR<br><br>MDL NO. 4:22-md-03047<br><br>**PLAINTIFF KRYSTAL MCCLATCHY'S NOTICE OF LEXECON OBJECTION** |

NOTICE IS HEREBY GIVEN THAT, in accordance with Case Management Order No. 13 (MDL 3047, ECF No. 780), plaintiff Krystal McClatchy, individually and as successor in interest to Matthew Colyer, Deceased minor ("Plaintiff") hereby asserts her right with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998). As stated in Plaintiff's complaint, the complaint is deemed to have been filed in the United States District Court for the District of Arizona. See Case No. 4:23-cv-01465,

ECF No. 1; see also CMO 4, § II.D (MDL 3047, ECF No. 119) ("At the completion of all pretrial proceedings … this Court shall transfer such cases to the federal district court identified by the Plaintiff….").

DATED this 13th day of May, 2024.

        SOCIAL MEDIA VICTIMS LAW CENTER PLLC

        By: */s/ Laura Marquez-Garrett*
           Laura Marquez-Garrett

        Laura Marquez-Garrett (SBN 221542)
        Laura@socialmediavictims.org
        Matthew P. Bergman
        matt@socialmediavictims.org
        Glenn S. Draper
        glenn@socialmediavictims.org
        **SOCIAL MEDIA VICTIMS LAW CENTER**
        600 1st Ave, Ste 102 - PMB 2383
        Seattle, WA 98104
        Telephone: (206) 741-4862

        Christopher A. Seeger
        cseeger@seegerweiss.com
        Christopher Ayers
        cayers@seegerweiss.com
        Jennifer Scullion
        jscullion@seegerweiss.com
        **SEEGER WEISS LLP**
        55 Challenger Road
        Ridgefield Park, NJ 07660
        Telephone: 973-639-9100
        Facsimile: 973-679-8656

        Robert H. Klonoff
        klonoff@usa.net
        **ROBERT KLONOFF, LLC**
        2425 S.W. 76th Ave.
        Portland, Oregon 97225
        Telephone: (503) 702-0218
        Facsimile: (503) 768-6671

        Attorneys for Plaintiff