[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 FOR BELLWETHER USER DATA AND ACCOUNT INFORMATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully move the Court for relief as a result of Defendants' refusal to agree to promptly provide Defendant Fact Sheet data and account preservation captures of Personal Injury Bellwether Plaintiffs social media accounts, as stipulated to and as the parties anticipate Judge Kuhl will order in the Judicial Council Coordination Proceedings ("JCCP").

**ARGUMENT**

Plaintiffs respectfully request the Court to order Defendants to produce preservation captures of Plaintiffs' social media accounts ("snapshots") and Defendant Fact Sheet ("DFS") data for the selected Personal Injury Bellwether Plaintiffs within 14 days of the date of the attached proposed order or of their selection as a bellwether, whichever is later.

1    Judge Kuhl has been overseeing the negotiation and implementation of fact sheets,
2    discovery mechanisms commonly used in mass litigations to obtain basic case-specific
3    information.  Following implementation of the Plaintiff Fact Sheet ("PFS") in the JCCP, this
4    Court adopted the same PFS for use in the MDL.  *See* ECF 596.  DFSs, like PFSs, are a standard
5    component of plaintiff-specific discovery in MDLs, and the MDL Plaintiffs participated in the
6    DFS negotiations with the understanding that like the PFS, the DFS would be adopted in the
7    MDL once entered by Judge Kuhl in the JCCP.  The parties in the JCCP submitted the stipulated
8    DFS and proposed order for Judge Kuhl's consideration on May 1, 2024, which will require
9    Defendants to produce a verified DFS and accompanying data for all identified accounts on or
10   before May 31, 2024.[1]  *See* Stipulated DFS Implementation Order (Ex. A).  That data, which will
11   be produced for upwards of 400 plaintiffs in the JCCP, includes such critical information as the
12   total time each plaintiff spent on the platform per day, their number of sessions per day, and their
13   total number of notifications per day. In addition to aiding bellwether selection in the JCCP, it
14   will serve as basic case-specific discovery akin to the PFSs all Plaintiffs in both litigations must
15   produce.  Negotiations of the DFS took longer than anticipated, and although this Court rejected
16   Plaintiffs' request to use this data for bellwether selection in the MDL (*see* CMO No. 12, ECF
17   728), DFS data remains highly relevant to the twelve MDL personal injury bellwether cases.

18       Defendants have also been ordered to produce in the JCCP snapshots of plaintiffs'
19   accounts. *See* Minute Order, at 2 (Apr. 24, 2024) (Ex. B).  These snapshots are in effect visual
20   captures of some (though not all) data contained in those accounts (the specifics vary by
21   Defendant). In the JCCP, Defendants will produce these snapshots for bellwether cases within
22   two days following their selection. *See id.*  Plaintiffs in the MDL originally requested these
23   snapshots be produced in the MDL during the Parties' lengthy but ultimately unsuccessful
24   discussions regarding a proposed preservation order that took place over the last year.  Plaintiffs
25   renewed their request for immediate production of the snapshots for selected bellwethers on May

---

[1] There is variation in the extent of DFS data Defendants must provide according to the timing of when a Plaintiff provides the Plaintiff Preservation Form or User Account Confirmation and Consent Form, as reflected in the attached Exhibit A, but DFSs must be provided for all Plaintiffs who provided Preservation or Confirmation Forms by May 31, 2024.

PLTS' ADMIN MOTION FOR
BELLWETHER USER DATA
MDL NO. 3047

2, 2024.

The Parties met and conferred regarding Plaintiffs' request for production of DFS data and snapshots for the selected bellwether plaintiffs on May 8, 2024, and on May 9, 2024, Defendants confirmed they oppose the requested relief. Some Defendants argue that Plaintiffs should be required to propound requests for production of documents for the entire universe of bellwether Plaintiff-specific information they may ultimately seek, and then finalize meet and confer on same, as a prerequisite to obtaining the same basic and highly relevant DFS and snapshot information that the Parties stipulated to, and expect Judge Kuhl to simply order be provided in the JCCP.[2] But this would only serve to cause unnecessary delays. Plaintiffs' request is simple: Defendants should produce DFS data and the snapshots for identified accounts for the twelve bellwether Plaintiffs without delay. There is no dispute that this information is highly relevant, and it is immaterial that Judge Kuhl is also using this data to aid in JCCP bellwether selection. There is no burden on Defendants, who are already producing this data for a far greater number of JCCP plaintiffs, without any need for prior requests for production of documents and meet and confers on same. The fact is the Defendants are required to produce this data in the JCCP expeditiously, and they should be required to do so for the twelve bellwether Plaintiffs here.

## **CONCLUSION**

Defendants' refusal to expeditiously produce snapshots and DFS data for the selected Personal Injury Bellwether Plaintiffs is nothing more than an attempt to delay crucial bellwether discovery and the case schedule. The information is highly relevant and proportional to the needs of the case and should be produced within 14 days.

---

[2] Given Defendants' refusal to enter into a stipulation like that in the JCCP, in order to preserve their rights some bellwether Plaintiffs propounded requests for production of documents for DFS data and snapshots starting on May 10, 2024.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 14, 2024 | Respectfully submitted, |
| 3 | | By: */s/ Lexi J. Hazam* |
| | | LEXI J. HAZAM |
| 4 | | **LIEFF CABRASER HEIMANN &** |
| | | **BERNSTEIN, LLP** |
| 5 | | 275 BATTERY STREET, 29TH FLOOR |
| | | SAN FRANCISCO, CA 94111-3339 |
| 6 | | Telephone: 415-956-1000 |
| | | lhazam@lchb.com |
| 7 | | |
| 8 | | PREVIN WARREN |
| | | **MOTLEY RICE LLC** |
| 9 | | 401 9th Street NW Suite 630 |
| | | Washington DC 20004 |
| 10 | | Telephone: 202-386-9610 |
| | | pwarren@motleyrice.com |
| 11 | | |
| 12 | | Co-Lead Counsel |
| 13 | | CHRISTOPHER A. SEEGER |
| | | **SEEGER WEISS, LLP** |
| 14 | | 55 CHALLENGER ROAD, 6TH FLOOR |
| | | RIDGEFIELD PARK, NJ 07660 |
| 15 | | Telephone: 973-639-9100 |
| | | cseeger@seegerweiss.com |
| 16 | | |
| 17 | | Counsel to Co-Lead Counsel |
| 18 | | JENNIE LEE ANDERSON |
| | | **ANDRUS ANDERSON, LLP** |
| 19 | | 155 MONTGOMERY STREET, SUITE 900 |
| | | SAN FRANCISCO, CA 94104 |
| 20 | | Telephone: 415-986-1400 |
| 21 | | jennie@andrusanderson.com |
| 22 | | Liaison Counsel |
| 23 | | |
| | | EMILY C. JEFFCOTT |
| 24 | | **MORGAN & MORGAN** |
| | | 633 WEST FIFTH STREET, SUITE 2652 |
| 25 | | LOS ANGELES, CA 90071 |
| | | Telephone: 213-787-8590 |
| 26 | | ejeffcott@forthepeople.com |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | JOSEPH VANZANDT |
| 2 | **BEASLEY ALLEN** |
|   | 234 COMMERCE STREET |
| 3 | MONTGOMERY, LA 36103 |
|   | Telephone: 334-269-2343 |
| 4 | joseph.vanzandt@beasleyallen.com |
| 5 | Federal/State Liaisons |
| 6 | |
|   | MATTHEW BERGMAN |
| 7 | GLENN DRAPER |
|   | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 8 | 821 SECOND AVENUE, SUITE 2100 |
|   | SEATTLE, WA 98104 |
| 9 | Telephone: 206-741-4862 |
|   | matt@socialmediavictims.org |
| 10 | glenn@socialmediavictims.org |
| 11 | |
|   | JAMES J. BILSBORROW |
| 12 | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 13 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 14 | jbilsborrow@weitzlux.com |
| 15 | |
|   | JAYNE CONROY |
| 16 | **SIMMONS HANLY CONROY, LLC** |
|   | 112 MADISON AVE, 7TH FLOOR |
| 17 | NEW YORK, NY 10016 |
|   | Telephone: 917-882-5522 |
| 18 | jconroy@simmonsfirm.com |
| 19 | |
|   | ANDRE MURA |
| 20 | **GIBBS LAW GROUP, LLP** |
|   | 1111 BROADWAY, SUITE 2100 |
| 21 | OAKLAND, CA 94607 |
|   | Telephone: 510-350-9717 |
| 22 | amm@classlawgroup.com |
| 23 | |
|   | ALEXANDRA WALSH |
| 24 | **WALSH LAW** |
|   | 1050 Connecticut Ave, NW, Suite 500 |
| 25 | Washington D.C. 20036 |
|   | Telephone: 202-780-3014 |
| 26 | awalsh@alexwalshlaw.com |
| 27 | |
| 28 | |

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

| | |
|---|---|
| 1 | RUTH THI RIZKALLA |
| 2 | **THE CARLSON LAW FIRM, PC** |
|   | 1500 ROSECRANS AVE., STE. 500 |
| 3 | MANHATTAN BEACH, CA 90266 |
|   | Telephone: 415-308-1915 |
| 4 | rrizkalla@carlsonattorneys.com |

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** May 14, 2024        */s/ Lexi J. Hazam*

Lexi J. Hazam