# EXHIBIT B

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 12

JCCP5255 April 24, 2024
**Social Media Cases** 9:00 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene    ERM: None
Courtroom Assistant: A. Soni       Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Hearing on Motion to Strike Third-Party Misconduct and Online Challenge Allegations from Identified Short-Form Complaints (22STCV21355, 22STCV28202, 23SMCV03371, CV2022-1472, 23SMCV03371, CIVSB2218921, 22CV019089, 23SMCV03371) Further Briefing; Informal Status Conference re: In chambers of procedures for selection of the PI bellwether discovery pool; Further Status Conference (All Cases)

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Gail Peeples CSR# 11458, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Appearances on behalf of the Plaintiff's in person:
Michael Akselrud, Josh Autry, Emily Jeffcott, Davis Vaughn, Mariana McConnell, and Joseph VanZandt, Johnathan Kieffer.

Appearances on behalf of the Plaintiff's via LA Court Connect:
Marmeen Nketi, Paul Kiesel, Cari Laufenberg, Lucy Malone, Cherisse Cleofe, Kristina Aghazaryan, James Frantz, Felicia Craick, Kelly McNabb, Sydney Lottes, Mary Liu, Michael Winkowitz, Adam Davis, Jennifer Domer, James Lamplin, Katy Massa, Thomas Cartmell, Lexi Hazam, and Sara Abstom.

Appearances on behalf of the Defendant's in person:
Andrea Pierson, Lauren Bell, Yardena R. Zwang Weissman, Ashley Simonsen, Matt Blaschke, Christopher Chiou, Jonathan Blavin, Isaac Chaput, and Phyllis Jones.

Appearances on behalf of the Defendant's via LA Court Connect:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                                 April 24, 2024
**Social Media Cases**                                                                            9:00 AM

Judge: Honorable Carolyn B. Kuhl                   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene                    ERM: None
Courtroom Assistant: A. Soni                       Deputy Sheriff: None

---

Andrew Campbell, Bryan Pasciak, David Koeller, Micheal Imbroscio, Geoffrey Drake, Emma DeLaney Strenski, Richard Lee, Patrick Reily, Tarifa Laddon, and David Mattern.

The Court and counsel argue further briefing on the motions entitled above.

The Court takes the Hearing on Motion to Strike Third-Party Misconduct and Online Challenge Allegations from Identified Short-Form Complaints (22STCV21355, 22STCV28202, 23SMCV03371, CV2022-1472, 23SMCV03371, CIVSB2218921, 22CV019089, 23SMCV03371) Further Briefing under submission as to case 22STCV21355.

Further Status Conference is called.

Court and counsel meet and confer regarding issues raised in the Joint Status Conference Report filed Apr. 22, 2024. The court hears arguments from counsel for YouTube and counsel for TikTok regarding objections to proposed requirements regarding Defendant Fact Sheets as included in the court reporters notes for the hearing.

The court discusses with the parties the mechanism for Defendants to raise the issue of deficiencies in any Plaintiff Fact Sheet or the failure of a Plaintiff to submit a Plaintiff Fact Sheet. Counsel are to meet and confer to discuss further steps after time for correction of a deficiency has passed and present the outcome of the discussion in the next joint status conference report.

After hearing from counsel the court affirms that the bellwether discovery pool will be selected from the pool of Plaintiffs who have submitted Plaintiff Fact Sheets by May 16, 2024.

Names of Plaintiffs for the bellwether discovery pool will be randomly drawn on June 17, 2024. Within two days thereafter, Defendant are ordered to produce preservation captures (aka "snapshots") for all accounts known or believed to be associated with each Plaintiff randomly selected. By June 21 Plaintiffs' counsel shall advise opposing counsel and the court if any Plaintiff from the bellwether discovery pool selections will not be going forward with their case. On June 21 Plaintiffs' counsel shall submit to the court a binder with the PFSs and DFSs for each bellwether discovery pool Plaintiff and a thumb drive with attachments to such fact sheets. On June 25, counsel shall file briefs addressing any Plaintiff selected for the bellwether discovery pool who should be considered an "outlier" and excluded from the bellwether discovery pool (no more than a half page per Plaintiff sought to be excluded). The court will hear arguments on the issue of whether any bellwether discovery pool plaintiff should be excluded as an "outlier" on June 27, 2024 at 9 AM.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  April 24, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl         CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene          ERM: None
Courtroom Assistant: A. Soni             Deputy Sheriff: None

---

Further status conference is set for May 13, 2024 at 9:30 AM. and a joint status conference report is ordered to be filed by May 9, 2024.

Further status conference is set for June 27, 2024 at 9:00 AM and a joint status conference report is ordered to be filed by June 24, 2024.

Court and counsel confer off the record regarding the categories for random selection of the bellwether discovery pool.

Plaintiff is to provide notice.

The Further Status Conference (All Cases) scheduled for 04/24/2024 is 'Held' for cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853, 23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | April 24, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: A. Soni  Deputy Sheriff: None

---

23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296,
23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367,
23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524,
23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553,
23STCV16686, 23STCV16691, 23STCV16699, 23STCV16816, 23STCV16820,
23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931,
23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944,
23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964,
23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995,
23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021,
23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065,
23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088,
23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368,
23STCV17373, 23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420,
23STCV17423, 23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615,
23STCV17620, 23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694,
23STCV17696, 23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713,
23STCV17720, 23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742,
23STCV17746, 23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997,
23STCV18035, 23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081,
23STCV18088, 23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092,
23STCV18100, 23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310,
23STCV18315, 23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413,
23STCV18459, 23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595,
23STCV18622, 23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324,
23STCV19330, 23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610,
23STCV19631, 23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698,
23STCV19715, 23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767,
23STCV19973, 23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077,
23STCV20078, 23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087,
23STCV20089, 23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157,
23STCV20161, 23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378,
23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541,
23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759,
23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817,
23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031,
23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105,
23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958, 23STCV21982,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  April 24, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: A. Soni   Deputy Sheriff: None

23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628,
23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23063,
23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094,
23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231,
23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544,
23STCV23545, 23STCV23552, 23STCV23553, 23STCV23559, 23STCV23597,
23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635,
23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680,
23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693,
23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702,
23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775,
23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24148, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV26875, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,
23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30261, 23STCV30266, 23STCV30274, 23STCV30285,
23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | April 24, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: A. Soni  Deputy Sheriff: None

---

23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24SMCV00011, 24SMCV00050, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375, 24STCV01468, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV01970, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

The Informal Status Conference re: In chambers of procedures for selection of the PI bellwether discovery pool scheduled for 04/24/2024 is 'Held' for cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853, 23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | April 24, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl                   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene                       ERM: None
Courtroom Assistant: A. Soni                         Deputy Sheriff: None

---

23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157,
23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211,
23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235,
23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303,
23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387,
23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534,
23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691,
23STCV16699, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898,
23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938,
23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947,
23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982,
23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013,
23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043,
23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069,
23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098,
23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407,
23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482,
23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663,
23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701,
23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722,
23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751,
23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042,
23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089,
23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102,
23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322,
23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465,
23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743,
23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344,
23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649,
23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759,
23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032,
23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079,
23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096,
23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351,
23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | April 24, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: A. Soni  Deputy Sheriff: None

---

23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066,
23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163,
23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255,
23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552,
23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734,
23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791,
23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849,
23STCV23871, 23STCV23873, 23STCV23876, 23STCV23889, 23STCV23894,
23STCV23902, 23STCV23920, 23STCV23925, 23STCV23936, 23STCV23959,
23STCV23970, 23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082,
23STCV24084, 23STCV24135, 23STCV24146, 23STCV24148, 23STCV24332,
23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492, 23STCV24609,
23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701, 23STCV24721,
23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458, 23STCV25512,
23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647, 23STCV26013,
23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297, 23STCV26301,
23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750, 23STCV26814,
23STCV26875, 23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771,
23STCV27778, 23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740,
23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908,
23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972,
23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363,
23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401,
23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457,
23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536,
23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659,
23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710,
23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | April 24, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl            CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: A. Soni                Deputy Sheriff: None

---

23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30261, 23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24SMCV00011, 24SMCV00050, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375, 24STCV01468, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV01970, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03479, 22-CIV-03480, 22-CIV-03588, 22-CIV-03731, 22-CIV-03783, 22-CIV-03808, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV02183, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40570, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01824, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853, 23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  April 24, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl                    CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene                     ERM: None
Courtroom Assistant: A. Soni                        Deputy Sheriff: None

---

23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028,
23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059,
23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089,
23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181,
23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214,
23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241,
23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359,
23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406,
23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540,
23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16699,
23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20393, 23STCV20395, 23STCV20530,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  April 24, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: A. Soni   Deputy Sheriff: None

---

23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066,
23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163,
23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255,
23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552,
23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23698, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23807, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24148, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV26875, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**   April 24, 2024
**Social Media Cases**   9:00 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: A. Soni   Deputy Sheriff: None

23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30261, 23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375, 24STCV01468, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV01970, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04593, 24STCV04615, 24STCV04624, 24STCV04652, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.