1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: thester@cov.com

*Attorney for Defendants Meta Platforms, Inc.,*
*Instagram, LLC, Meta Payments, Inc.,*
*Meta Platforms Technologies, LLC, Facebook*
*Payments, Inc., Siculus, Inc., Facebook*
*Operations, LLC, and Mark Elliot Zuckerberg*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

*People of the State of California, et al.*,

     v.

*Meta Platforms, Inc.*, *Instagram, LLC*, *Meta Payments, Inc.*, *Meta Platforms Technologies, LLC*

---

*Office of the Attorney General, State of Florida, Department of Legal Affairs*,

     v.

*Meta Platforms, Inc.*, *Instagram LLC*

---

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

MDL No. 3047

Case Nos. 4:23-cv-05448-YGR

     4:23-cv-05885-YGR

     4:22-md-03047-YGR-PHK

Honorable Yvonne Gonzalez Rogers

**META'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS THE MULTISTATE ATTORNEYS GENERAL COMPLAINT; FLORIDA ATTORNEY GENERAL COMPLAINT; AND PERSONAL INJURY PLAINTIFFS' CONSUMER PROTECTION AND MISREPRESENTATION CLAIMS**

**Hearing:**
Date:   April 19, 2024
Time:   9:30 AM
Place:  Oakland, California
Judge: Hon. Yvonne Gonzalez Rogers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

During the hearing on Defendant Meta's Motion to Dismiss held on April 19, 2024, the Court inquired when each of the consumer protection statutes at issue had been enacted and last amended. For the convenience of the Court, Meta has prepared the table below that provides this information for each statute. Meta respectfully requests leave to file this as supplemental authority.

| State: Statute Title | Citation | Year of Original Enactment | Year of Last Amendment |
|---|---|---|---|
| **Alabama:** Deceptive Trade Practices Act | Ala. Code §§ 8–19–1 to 8-19-15 | 1981 | 2021 |
| **Arizona:** Consumer Fraud Act | Ariz. Rev. Stat. §§ 44-1521 *et seq.* | 1967 | 2023 |
| **California:** Unfair Competition Law | Cal. Bus. & Prof. Code §§ 17200 *et seq.* | 1977 | 2022 |
| **California:** False Advertising Law | Cal. Bus. & Prof. Code § 17500 *et seq.* | 1941 | 2016 |
| **Colorado:** Consumer Protection Act | Colo. Rev. Stat. § 6–1–101 to § 6–1–116 | 1969 | 2023 |
| **Connecticut:** Unfair Trade Practices Act | Conn. Gen. Stat. § 42–110a to § 42–110q | 1973 | 2023 |
| **Delaware:** Consumer Fraud Act | 6 Del. Code Ann. § 2511 to § 2528 | 1965 | 2022 |
| **Delaware:** Deceptive Trade Practices Act | 6 Del. Code Ann. § 2531 to § 2536 | 1965 | 2010 |
| **Florida:** Deceptive and Unfair Trade Practices Act | F.S.A. § 501.201 to § 501.23 | 1973 | 2023 |
| **Georgia:** Fair Business Practices Act | O.C.G.A. § 10–1–390 to § 10–1–408 | 1975 | 2023 |

2

| State: Statute Title | Citation | Year of Original Enactment | Year of Last Amendment |
|---|---|---|---|
| **Hawai'i:** Consumer Protection law | H.R.S. § 480–1 to § 480–24 | 1961 | 2016 |
| **Idaho:** Consumer Protection Act | I.C. § 48–601 to § 48–619 | 1971 | 2023 |
| **Illinois:** Consumer Fraud and Deceptive Business Practices Act ("Consumer Fraud Act") | 815 ILCS 505/1 to 505/12 | 1961 | 2024 |
| **Illinois:** Uniform Deceptive Trade Practices Act | 815 ILCS 510/1 to 510/7 | 1965 | 2001 |
| **Indiana:** Deceptive Consumer Sales Act ("Consumer Act") | Ind. Code § 24–5–0.5–0.1 to § 24–5–0.5–12 | 1971 | 2023 |
| **Kansas:** Consumer Protection Act | K.S.A. § 50–623 to § 50–643 | 1973 | 2019 |
| **Kentucky:** Consumer Protection Act | Ky. Rev. Stat. § 367.110 to § 367.360 | 1972 | 2024 |
| **Louisiana:** Unfair Trade Practices Act | La. Rev. Stat. Ann. § 1401 to § 1430 | 1972 | 2019 |
| **Maine:** Unfair Trade Practices Act | 5 M.R.S.A. § 205–A to § 214 | 1969 | 2007 |
| **Maryland:** Consumer Protection Act | Md. Code Ann., Com. Law § 13–101 to § 13–501 | 1975 | 2023 |
| **Massachusetts:** Consumer Protection statutes | Mass. Gen. Laws Ann. Ch. 93A, *et seq.* | 1967 | 2004 |
| **Michigan:** Consumer Protection Act | Mich. Comp. Laws § 445.901 to § 445.922 | 1976 | 2022 |

3

| State: Statute Title | Citation | Year of Original Enactment | Year of Last Amendment |
|---|---|---|---|
| **Minnesota:** Uniform Deceptive Trade Practices Act | M.S.A. § 325D.43 to § 325D.48 | 1973 | 2023 |
| **Missouri:** Merchandising Practices Act | Mo. Rev. Stat. § 407.005 to § 407.315 | 1967 | 2023 |
| **Nebraska:** Consumer Protection Act | Neb. Rev. Stat. § 59-1601 to § 59-1623 | 1974 | 2024 |
| **Nebraska:** Uniform Deceptive Trade Practices Act | Ne. Rev. Stat. § 87-301 to § 87-306 | 1969 | 2016 |
| **New Jersey:** Consumer Fraud Act | N.J. Stat. Ann. § 56:8–1 to § 56:8–229 | 1960 | 2023 |
| **New York:** Consumer Protections Act | N.Y. Gen. Bus. L. § 349 to § 350–f–1 | 1963 | 2023 |
| **North Carolina:** Consumer Protection Act | N.C.G.S. § 75-1 to § 75-49 | 1913 | 2018 |
| **North Dakota:** Unlawful Sales or Advertising Practices Act | N.D. Cent. Code § 51–15–01 to § 51–15–12 | 1965 | 2021 |
| **Ohio:** Consumer Sales Practices Act | Ohio Rev. Code § 1345.01 to § 1345.13 | 1972 | 2023 |
| **Oregon:** Unlawful Trade Practices Act | O.R.S. § 646.605 to § 646.700 | 1965 | 2023 |
| **Pennsylvania:** Unfair Trade Practices and Consumer Protection Law | 73 P.S. § 201–1 to § 201–10 | 1968 | 2020 |

META'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS THE MULTISTATE ATTORNEYS GENERAL COMPLAINT; FLORIDA ATTORNEY GENERAL COMPLAINT; AND PERSONAL INJURY PLAINTIFFS' CONSUMER PROTECTION AND MISREPRESENTATION CLAIMS

| State: Statute Title | Citation | Year of Original Enactment | Year of Last Amendment |
|---|---|---|---|
| **Rhode Island:** Deceptive Trade Practices Act | R.I. Gen. L. § 6–13.1–1 to § 6–13.1–30 | 1956 | 2014 |
| **South Carolina:** Unfair Trade Practices Act | S.C. Code Ann. § 39–5–10 to § 39–5–730 | 1962 | 1976 |
| **Tennessee:** Consumer Protection Act | Tenn. Code. Ann. § 47–18–101 to § 47–18–135 | 1977 | 2024 |
| **Texas:** Deceptive Trade Practices Act | Tx. Bus. & Com. Code Ann. § 17.41 to § 17.63 | 1973 | 2019 |
| **Utah:** Consumer Sales Practices Act | Utah Code Ann. § 13–11–1 to § 13–11–23 | 1953 | 2004 |
| **Vermont:** Consumer Fraud Act | 9 Vt. Stat. Ann. § 2451 to § 2466c | 1967 | 2017 |
| **Virginia:** Consumer Protection Act | Va. Code § 59.1–196 to § 59.1–207 | 1977 | 2024 |
| **Washington:** Consumer Protection Act | RCW 19.86.010 to 19.86.920 | 1961 | N/A (not amended) |
| **Wisconsin:** Marketing; Trade Practices Act | Wis. Stat. § 100.01 to § 100.75 | 1913 | 2017 |

Dated: May 14, 2024                          Respectfully submitted,


                                             **COVINGTON & BURLING LLP**

                                              */s/ Timothy C. Hester*
                                             Timothy C. Hester, *pro hac vice*
                                               thester@cov.com
                                             Paul W. Schmidt, *pro hac vice*
                                               pschmidt@cov.com
                                             Phyllis A. Jones, *pro hac vice*
                                               pajones@cov.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Christian J. Pistilli, *pro hac vice*
  cpistilli@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
  ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc.,
Instagram, LLC, Meta Payments, Inc., Meta Platforms
Technologies, LLC, Facebook Payments, Inc., Siculus,
Inc., Facebook Operations, LLC, and Mark Elliot
Zuckerberg*

META'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS THE MULTISTATE
ATTORNEYS GENERAL COMPLAINT; FLORIDA ATTORNEY GENERAL COMPLAINT; AND PERSONAL INJURY PLAINTIFFS'
CONSUMER PROTECTION AND MISREPRESENTATION CLAIMS