JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES
akeyes@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC, and Google LLC*

*Additional parties and counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL SCHOOL DISTRICT ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION CONCERNING SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION TO DISMISS THE SCHOOL DISTRICT AND LOCAL GOVERNMENTAL ENTITY MASTER COMPLAINT**<br><br><u>Hearing:</u><br>Date:   May 17, 2024<br>Time:   9:00 AM PT<br>Place:  Oakland, California<br>Judge:  Hon. Yvonne Gonzalez Rogers |

On April 15, 2024, the Parties exchanged their six bellwether selections for the School District cases. Two of Plaintiffs' selections, Tucson Unified School District (N.D. Cal. No. 24-cv-01382) and the Board of Education of Jordan School District (N.D. Cal. No. 24-cv-01377), were filed more than a month after Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint. *See* Doc. 601. At the time Defendants filed their Motion to Dismiss (February 5, 2024), there were no School Districts or Local Entities from Utah or Arizona. Accordingly, Defendants did not specifically discuss those states in their motion. *See id.*

For the sake of efficiency and to ease the burden on the Court at this time, the Parties hereby stipulate that further briefing is not necessary on Utah and Arizona law prior to the hearing on Defendants' Motion on May 17, 2024. Both Arizona and Utah look to Sections 821B and 821C of the Restatement (Second) of Torts. Accordingly, the Parties' briefing on the Motion to Dismiss largely addresses the substantive legal issues in these jurisdictions.[1] Defendants reserve their right to raise the legal sufficiency of these Plaintiffs', and any other School District Plaintiffs', claims at summary judgment, trial, or any later phase of the cases and Plaintiffs reserve their right to respond to any such arguments.

Dated: May 15, 2024                                      Respectfully submitted,


                                                          **COVINGTON & BURLING LLP**

                                                          *Christian J. Pistilli*
                                                          Paul W. Schmidt, *pro hac vice*
                                                          pschmidt@cov.com

---

[1] Defendants' position is that a statutory claim for public nuisance in Utah requires, as an additional element, *unlawful* conduct, Utah Stat. § 76-10-803(1), and that the School Districts have not adequately pled that element. *See also* Pls.' Opp. to School District MTD (Doc. 668) at 60 (citing Utah Stat. § 76-10-803(1)). Should the Court deny Defendants' generally applicable arguments relating to the School Districts' public nuisance claims, the Parties respectfully request the opportunity to submit short supplemental briefing on that narrow issue of Utah law. It is Plaintiffs' position that the School District and Local Government Entities' Master Complaint adequately alleges a public nuisance claim under Utah law. To the extent Defendants seek to raise any issue specific to Utah law not addressed in their Motion to Dismiss the School District and Local Government Entities' Master Complaint, Plaintiffs agree that briefing on any such issue would be necessary.

Phyllis A. Jones, *pro hac vice*
 pajones@cov.com
Christian J. Pistilli (*pro hac vice* pending)
 cpistilli@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
 ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

<u>Geoffrey M. Drake</u>
Geoffrey M. Drake, *pro hac vice*
 gdrake@kslaw.com
TaCara D. Harris, *pro hac vice*
 tharris@kslaw.com
David Mattern, *pro hac vice*
 dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Fascimile: + 1 (404) 572-5100

**FAEGRE DRINKER LLP**

<u>Andrea Roberts Pierson</u>
Andrea Roberts Pierson, *pro hac vice*
 andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*

amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**MUNGER, TOLLES & OLSEN LLP**

*Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
 Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
 Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
 Victoria.Degtyareva@mto.com
Ariel T. Teshuva  (State Bar No. 324238)
 Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
 Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILLIAMS & CONNOLLY LLP**

*Ashley W. Hardin*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES *pro hac vice*
akeyes@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
  bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
  lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
  akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
  csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
  cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
  mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048

Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC, and Google LLC*

/s/ *Previn Warren*
**PREVIN WARREN**
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

/s/ *Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Plaintiffs' Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership Co-Chair of Local Government Entity Subcommittee*

MELISSA L. YEATES
**KESSLER TOPAZ MELTZER CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-Chair of Local Government Entity Subcommittee*

**ATTESTATION**

I, Ashley W. Hardin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 15, 2024        By:   *Ashley W. Hardin*
                                  Ashley W. Hardin