1  LAUREN GALLO WHITE, SBN 309075          BRIAN M. WILLEN
   SAMANTHA A. MACHOCK, SBN 298852          WILSON SONSINI GOODRICH & ROSATI
2  WILSON SONSINI GOODRICH & ROSATI         Professional Corporation
   Professional Corporation                 1301 Avenue of the Americas, 40th Floor
3  One Market Plaza, Spear Tower, Suite 3300  New York, NY 10019-6022
   San Francisco, CA 94105-1126             Telephone: (212) 999-5800
   Telephone: (415) 947-2000                Facsimile:  (212) 999-5801
4  Facsimile:  (415) 947-2099               Email:       bwillen@wsgr.com
   Email:       lwhite@wsgr.com
5               smachock@wsgr.com

6  CHRISTOPHER CHIOU, SBN 233587
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   633 West Fifth Street
8  Los Angeles, CA 90071.2048
   Telephone: (323) 210-2900
   Facsimile:  (866) 974-7329
9  Email:       cchiou@wsgr.com

10  Attorneys for Defendants
    YOUTUBE, LLC and GOOGLE, LLC

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  IN RE: SOCIAL MEDIA ADOLESCENT            MDL No. 3047
    ADDICTION/PERSONAL INJURY
14  PRODUCTS LIABILITY LITIGATION             CASE NO.:  4:22-md-03047-YGR

15                                            **DEFENDANTS YOUTUBE, LLC AND
                                              GOOGLE LLC'S ADMINISTRATIVE
16  This Document Relates to:                 MOTION TO FILE UNDER SEAL**

17  ALL ACTIONS                               Honorable Yvonne Gonzalez Rogers
                                              Honorable Peter H. Kang
18

19

20

21

22

23

24

25

1

2          Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective

3    Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion To File Under Seal; Setting

4    Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC ("YouTube") and Google, LLC

5    ("Google") submit this administrative motion to file under seal certain sensitive and confidential

6    information regarding Document Custodians in connection with the Joint Letter Brief on

7    Whether YouTube Must Designate Additional Document Custodians.  Pursuant to the Court's

8    August 1, 2023 Order, the reasons for sealing this information will be addressed in a forthcoming

9    Omnibus Motion To Seal and/or Omnibus Sealing Stipulation.  All items associated with the

10   Joint Letter Brief on Whether YouTube Must Designate Additional Document Custodians are

11   attached hereto and are identified in the chart below, including the information sought to be

     sealed by this motion.

12

| Dkt. No. | Description | Status | Designating Party |
|----------|-------------|--------|-------------------|
| 848 | Joint Letter Brief on Whether YouTube Must Designate Additional Document Custodians | Not under seal | YouTube and Google |
| 848-1 | Exhibit A to Joint Letter Brief on Whether YouTube Must Designate Additional Document Custodians | Sealed | YouTube and Google |

13

14

15

16

17

18

19

20

21

22

23

24

25

1

Respectfully submitted,

2

3

Dated:  May 15, 2024

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ Christopher Chiou*


CHRISTOPHER CHIOU, SBN 233587
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street
Los Angeles, CA 90071.2048
Telephone:(323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

LAUREN GALLO WHITE, SBN 309075
SAMANTHA A. MACHOCK, SBN 298852
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:(415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
smachock@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:(212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

*Attorneys for Defendants*
YOUTUBE, LLC and GOOGLE, LLC