UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., et al., <br><br> Defendants. | Case No. 22-md-03047-YGR <br><br> **CLERK'S NOTICE** <br><br> Re: Dkt. No. 797 |

    You are hereby notified that Further Case Management Conference previously set for May 17, 2024, at 9:00 a.m. is advanced to May 17, 2024, at 8:00 a.m.

Dated: May 16, 2024

                                                      Mark B. Busby <br>
                                                      Clerk, United States District Court

By: _____ <br>
Edwin Angelo A. Cuenco, Deputy Clerk to the <br>
Honorable YVONNE GONZALEZ ROGERS <br>
5106573540