Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862
Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C.C., individually and as next friend to minor C.L.,<br><br>Plaintiff,<br>v.<br><br>Meta Platforms, Inc., et al.,<br><br>Defendants. | CASE NO. 4:22-cv-04709-YGR<br><br>MDL NO. 4:22-md-03047<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff C.C., individually and as next friend to minor C.L., and Defendants Meta Platforms, Inc., *f/k/a* Facebook, Inc., Instagram, LLC, Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, Snap Inc., ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok LLC, and TikTok Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

DATED this 15th day of May, 2024. Respectfully submitted,

By: */s/ Laura Marquez-Garrett*
Laura Marquez-Garrett, SBN 221542
**SOCIAL MEDIA VICTIMS LAW CENTER**
Laura Marquez-Garrett
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

**SEEGER WEISS**
Christopher A. Seeger
cseeger@seegerweiss.com
Christopher Ayers
cayers@seegerweiss.com
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656

**ROBERT KLONOFF, LLC**
Robert H. Klonoff
klonoff@usa.net
2425 S.W. 76th Ave.
Portland, Oregon 97225
Telephone: (503) 702-0218
Facsimile: (503) 768-6671

*Attorneys for Plaintiff*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*

```
 1    COVINGTON & BURLING LLP
      One City Center
 2    850 Tenth Street, NW
      Washington, DC 20001
 3    Telephone: + 1 (202) 662-6000
      Facsimile: + 1 (202) 662-6291
 4    Email: pajones@cov.com
      Email: pschmidt@cov.com
 5
 6    *Attorneys for Defendants Meta Platforms, Inc.
      f/k/a Facebook, Inc.; Facebook Holdings,*
 7    *LLC; Facebook Operations, LLC; Facebook
      Payments, Inc.; Facebook Technologies, LLC; Instagram,*
 8    *LLC; Siculus, Inc., and Mark Elliot Zuckerberg*
 9
      **FAEGRE DRINKER LLP**
10
      By: */s/ Geoffrey Drake*
11    Geoffrey Drake, *pro hac vice*
      David Mattern, *pro hac vice*
12    KING & SPALDING LLP
      1180 Peachtree Street, NE, Suite 1600
13    Atlanta, GA 30309
      Tel.: 404-572-4600
14    Email: gdrake@kslaw.com
      Email: dmattern@kslaw.com
15
16
      Andrea Roberts Pierson, *pro hac vice*
17    Amy Fiterman, *pro hac vice*
      FAEGRE DRINKER LLP
18    300 N. Meridian Street, Suite 2500
      Indianapolis, IN 46204
19    Telephone: + 1 (317) 237-0300
      Facsimile: + 1 (317) 237-1000
20    Email: andrea.pierson@faegredrinker.com
      Email: amy.fiterman @faegredrinker.com
21
22
      *Attorneys for Defendants TikTok Inc. and ByteDance Inc.*
23
      **MUNGER, TOLLES & OLSON LLP**
24
      By: */s/ Lauren A. Bell*
25    Jonathan H. Blavin, SBN 230269
      MUNGER, TOLLES & OLSON LLP
26    560 Mission Street, 27th Floor
      San Francisco, CA 94105-3089
27    Telephone: (415) 512-4000
      Facsimile: (415) 512-4077
28
```

Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*