UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> This Document Relates to: <br><br> *F. U., Plaintiff* <br><br> Member Case No.: | § § § § § § § § § § § § § § § § | No. 4:22-md003047-YGR <br><br> MDL No. 3047 <br><br> **PLAINTIFF F.U.'S NOTICE OF *LEXECON* OBJECTION** |

TO THE HONORABLE U. S. DISTRICT COURT:

NOTICE IS HEREBY GIVEN THAT, Plaintiff F.U. ("Plaintiff") hereby asserts her rights with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

Specifically, Plaintiff will not waive her right to have her case remanded to the United States District Court for the Northern District of Texas, where she would have originally filed her Complaint, at or before the conclusion of pretrial proceedings pursuant to 28 U.S.C. §1407(a).

Dated: May 17, 2024.

                                        Respectfully submitted,

                                        TURLEY LAW FIRM

                                        */s/ Lacey Turley Most*
Lacey Turley Most
State Bar No. 24093225
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
Telephone No. 214/691-4025
Telecopier No. 214/361-5802
laceym@wturley.com,
davette@wturley.com

ATTORNEY FOR PLAINTIFF F.U.