# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** May 17, 2024     **Time:** 2 hours 52 minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-md-03047-YGR     **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Reported by:** Raynee Mercado

## PROCEEDINGS

Motion Hearing and Further Case Management Conference  -  Held.

The Court heard argument on defendants' motion to dismiss the school district and local government entities' master complaint (Dkt. No. 601), and the motion was taken under submission.

The Court heard argument on plaintiffs' motion under Civil Local Rule 7-11 regarding DFS data and account preservation captures (Dkt. No. 843), as well as the parties' broader disputes as to the production of DFS information (*See* Dkt. No. 836 at 8–10).  The Court **ORDERED** defendants to produce what data they had already collected within two (2) days.  The parties to further meet and confer and submit filing by Monday, May 20, 2024 at 12:00 p.m.

The Court discussed the impact of *Lexecon* waivers, voluntary dismissals, and outstanding plaintiff fact sheets on bellwether selection, as well as defendants' related requests for relief. (*See* Dkt. No. 836 at 4–5.)  The Court **SET** an informal conference for May 21, 2024, at 8:00 a.m. to discuss further updates with respect to bellwether selection.

The Court discussed with the parties' the implementation of a protocol with respect to short-form complaint amendments, in particular those involving the addition of a new MDL defendant.

The Court **GRANTED** Meta's motion for leave to submit supplemental authority in support of its motion to dismiss the multistate AGs' complaint, the Florida AG's complaint, and the personal injury plaintiffs' and consumer protection and misrepresentation claims. (Dkt. No. 844.)  The Court further **GRANTED** the states' request to submit a responsive filing.

The Court **GRANTED** the consent motion for voluntary dismissal filed in member-case *B.S.* (No. 22-cv-06495, Dkt. No. 18).  The Court requests the plaintiff in *Casteel* (No. 22-cv-06423)

file their stipulation in the member-case docket.  The Court confirmed that the plaintiff in *Araluce* (No. 23-cv-5073) obtained consent from defendants and so dismissal is appropriate.

Written order to issue.