Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen | Covington & Burling | *signed* |
| Mike Imbroscio | Covington & Burling | *signed* |
| Isaac Chaput | Covington & Burling | *signed* |
| Christian Pistilli | Covington & Burling | *signed* |
| Jonathan Blavin | Munger, Tolles & Olson | *signed* |
| Geoffrey Drake | King & Spalding | *signed* |
| David Mattern | King & Spalding | *signed* |
| Andrea Pierson | Faegre Drinker Biddle & Reath | *A. Pierson* |
| Matt Donohue | Wilson Sonsini | *signed* |
| Ashley Hardin | Williams & Connolly | *signed* |
| Yardena R. Zwang-Weissman | Morgan Lewis | *signed* |
| | | |
| | | |
| | | |
| | | |
| | | |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson | Andrus Anderson LLP | *signed* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Jason L. Lichtman | Lieff Cabraser Heimann & Bernstein LLP | |
| Patrick I. Andrews | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Previn Warren | Motley Rice, LLC | *signed* |
| Jade A. Haileselassie | Motley Rice, LLC | *signed* |
| Christopher Seeger | Seeger Weiss LLP | *signed* |
| Audrey Siegel | Seeger Weiss LLP | *signed* |
| Andre M. Mura | Gibbs Law Group LLP | *signed* |
| Davis Vaughn | Beasley Allen Law Firm | *signed* |
| Clinton Richardson | Beasley Allen Law Firm | *signed* |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | M Yeates |
| Tyler S. Graden | Kessler Topaz Meltzer & Check, LLP | Ty S Grad |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *signed* |
| Bianca Miyata | Senior Assistant Attorney General (CO) | *signed* |
| Beth Orem | Assistant Attorney General (CO) | Beth Orem |
| Christopher Lewis | Commissioner, Consumer & Senior Protection (KY) | *signed* |
| Daniel Keiser | Assistant Attorney General (KY) | *signed* |
| Michael Innes / Glenn Draper | Carella Byrne Cecchi Brody Agnello / SMVLC | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Joshua Olszewski-Jubelirer | Deputy Attorney General (CA) | *[signature]* |
| Nayha Arora | California Department of Justice | *[signature]* |
| Michael Levin-Gesundheit | Lieff Cabraser | *[signature]* |