Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Facebook Payments, Inc., Siculus, Inc., Facebook Operations, LLC, and Mark Elliot Zuckerberg*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.*<br><br>*State of Florida, et al. v. Meta Platforms, Inc.*<br><br>*State of Montana, ex. rel. Austin Knudsen v. Meta Platforms, Inc.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>4:23-cv-05885-YGR<br><br>4:24-cv-00805-YGR<br><br>**META DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), Meta submits this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent ruling of the Chancery Court of Davidson County, Tennessee in a related case, *State of Tennessee ex rel. Jonathan Skremetti, Attorney General and Reporter v. Meta Platforms, Inc.*, Case No. 23-1364-IV. That court ruled that specified Tennessee state agencies from whom documents were sought, other than the Governor's Office and legislature, would be subject to Rule 34 party discovery, which is relevant to the dispute pending before Magistrate Judge Kang regarding discovery into agencies and departments of the States that have brought suit here (ECF 738). Meta submits this authority via motion rather than a Statement of Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must be submitted "before the noticed hearing date." Civ. L.R. 7-3(d)(2). The final brief on this dispute (ECF 738) was submitted on April 1, 2024; the Court held a hearing on the dispute on May 6, 2024; and the oral ruling of the Tennessee court occurred at a hearing on May 17, 2024. That court indicated that it would also issue a written order on the matter. The transcript of the Tennessee court's oral ruling is attached as Exhibit A and the court's ruling begins on page 62.

DATED: May 22, 2024                                      Respectfully submitted,

**COVINGTON & BURLING LLP**

  */s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

Isaac D. Chaput (State Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: +1 (415) 591-6000
Facsimile: +1 (415) 591-6091
Email:  ichaput@cov.com

Gregory L. Halperin, *pro hac vice*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: +1 (212) 841-1010
Email:  ghalperin@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**META** DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY