# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos.: 4:22-md-03047-YGR-PHK |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | 4:23-cv-05448-YGR |
| | 4:23-cv-05885-YGR |
| *State of Florida, et al. v. Meta Platforms, Inc.* | 4:24-cv-00805-YGR |
| *State of Montana, ex. rel. Austin Knudsen v. Meta Platforms, Inc.* | **[PROPOSED] ORDER GRANTING META DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the Meta Defendants' Unopposed Administrative Motion for Leave to File Supplemental Authority.

**SO ORDERED.**

DATED: _____
Hon. Peter H. Kang
United States Magistrate Judge