*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047 |
| | MDL No. 3047 |
| This Document Relates to: | **OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF REGARDING THE SCOPE OF DISCOVERY ABOUT THE "TIKTOK PLATFORM"** |
| ALL ACTIONS | |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs and Defendants TikTok, Ltd., TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc. (collectively referred to in this submission as "TikTok Defendants," and with Plaintiffs as the "Parties") submit this Omnibus Sealing Stipulation Regarding Joint Letter Brief Regarding the Scope of Discovery About the "TikTok Platform."

On May 1, 2024, the Parties filed their Joint Letter Brief Regarding Discovery About the "TikTok Platform" (hereinafter "Joint Letter Brief") (ECF No. 800), together with a Joint Temporary Sealing Motion (ECF No. 801). The Parties filed the Joint Letter Brief with confidentiality redactions (at ECF No. 800), and submitted a sealed unredacted copy of the Joint Letter Brief to the Court (ECF No. 801-1).

The Parties now agree that the following portions of the Joint Letter Brief should remain sealed:

| Docket No. | Language to Be Redacted | Basis for Sealing Redactions |
|---|---|---|
| ECF Nos. 800/801-1 | First redaction in page 1, paragraph 1: beginning after "And TikTok documents show that" and ending before "The U.S. version of its platform." | The language that is the subject of redaction discusses the TikTok Defendants' confidential platform design, testing, and marketing and business strategies; and further characterizes and/or directly quotes from confidential internal memos regarding the same. Disclosure of this information would provide the TikTok Defendants' competitors with insights into the TikTok Defendants' business that they would not otherwise have, and thereby cause competitive harm to the TikTok Defendants. *See* Declaration of Noreen Yeh; *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (stating that "sources of business information that might harm a litigant's competitive standing" properly may be sealed); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude |
| ECF Nos. 800/801-1 | Second redaction in page 1, paragraph 1: beginning after "usage to 'just 40 minutes per day');" and extending through the end of the paragraph. | |
| ECF Nos. 800/801-1 | Only redaction in the first full paragraph of page 2: beginning after "strategies are often global. *E.g.*," and extending through the end of the paragraph. | |
| ECF Nos. 800/801-1 | Redaction in page 3, line 2: beginning after "how to make TikTok safer. *E.g.*," and ending before "Thus, what ByteDance has done." | |
| ECF Nos. 800/801-1 | Redaction in the first full paragraph of page 3: beginning after "For example," and ending before | |

| | "would not have been produced." | to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information."). |
|---|---|---|
| ECF Nos. 800/801-1 | Redaction beginning on page 4 and extending into page 5: beginning after "As another example, Plaintiffs cite to" on page 4 and ending before "(*Id*. at 2) " on page 5. | |

The Parties agree that the portions of the Joint Letter Brief not listed in the above chart may be unsealed. The TikTok Defendants do not waive, and expressly reserve, their right to move to seal other material from, or derived from, documents quoted, paraphrased, characterized, or otherwise cited in the Joint Letter Brief. The confidentiality or appropriateness of sealing material other than cited portions of the Joint Letter Brief is not currently at issue, and the TikTok Defendants do not waive any right with respect to that material.

Plaintiffs' agreement to allow portions of the Joint Letter Brief to remain under seal is made in a good faith effort to resolve the current dispute and is not a concession that the agreed redactions are mandated by law.  Plaintiffs' agreement extends solely to the copy of the Joint Letter Brief and, as such, does not extend to any underlying documents or information within those documents. Plaintiffs reserve all rights to oppose sealing this same or similar information in the future, as well as to unseal or de-designate the Joint Letter Brief in its entirety in the future.

Pursuant to this Court's sealing procedures, the following are attached hereto: (i) a modified copy of the Joint Letter Brief, with the redactions agreed by the Parties listed above; (ii) the Declaration of Noreen Yeh supporting the requests to seal; and (iii) a Proposed Order On Undisputed Sealing Requests.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  May 22, 2024                         Respectfully submitted,

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

- 3 -

1

2      PREVIN WARREN
        **MOTLEY RICE LLC**

3      401 9th Street NW Suite 630
        Washington DC 20004
        Telephone: 202-386-9610

4      pwarren@motleyrice.com

5      Co-Lead Counsel

6      CHRISTOPHER A. SEEGER
        **SEEGER WEISS, LLP**

7      55 Challenger Road, 6th floor
        Ridgefield Park, NJ 07660

8      Telephone: 973-639-9100
        Facsimile: 973-679-8656

9      cseeger@seegerweiss.com

10     Counsel to Co-Lead Counsel and Settlement
        Counsel

11

12     JENNIE LEE ANDERSON
        **ANDRUS ANDERSON, LLP**

13     155 Montgomery Street, Suite 900
        San Francisco, CA 94104
        Telephone: 415-986-1400

14     jennie@andrusanderson.com

15     Liaison Counsel

16     JOSEPH G. VANZANDT
        **BEASLEY ALLEN CROW METHVIN**

17     **PORTIS & MILES, P.C.**
        234 Commerce Street

18     Montgomery, AL 36103
        Telephone: 334-269-2343

19     joseph.vanzandt@beasleyallen.com

20     EMILY C. JEFFCOTT
        **MORGAN & MORGAN**

21     220 W. Garden Street, 9th Floor
        Pensacola, FL 32502

22     Telephone: 850-316-9100
        ejeffcott@forthepeople.com

23
        Federal/State Liaison Counsel

24

25     MATTHEW BERGMAN
        **SOCIAL MEDIA VICTIMS LAW CENTER**

26     821 Second Avenue, Suite 2100
        Seattle, WA 98104
        Telephone: 206-741-4862

27     matt@socialmediavictims.org

28

- 4 -

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

- 5 -

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

- 6 -

1

2                    ALEXANDRA WALSH
                    **WALSH LAW**

3                    1050 Connecticut Ave, NW, Suite 500
                    Washington D.C. 20036
                    Telephone: 202-780-3014

4                    awalsh@alexwalshlaw.com

5                    MICHAEL M. WEINKOWITZ
                    **LEVIN SEDRAN & BERMAN, LLP**

6                    510 Walnut Street
                    Suite 500

7                    Philadelphia, PA 19106
                    Telephone: 215-592-1500

8                    mweinkowitz@lfsbalw.com

9                    MELISSA YEATES
                    JOSEPH H. MELTZER

10                  **KESSLER TOPAZ MELTZER & CHECK, LLP**

11                  280 King of Prussia Road
                   Radnor, PA 19087

12                  Telephone: 610-667-7706
                   myeates@ktmc.com

13                  jmeltzer@ktmc.com

14                  DIANDRA "FU" DEBROSSE ZIMMERMANN

15                  **DICELLO LEVITT**
                   505 20th St North

16                  Suite 1500
                   Birmingham, Alabama 35203

17                  Telephone: 205.855.5700
                   fu@dicellolevitt.com

18

19                  *Attorneys for Plaintiffs*

20                  */s/ Andrea Roberts Pierson*
                  Andrea Roberts Pierson, *pro hac vice*

21                   andrea.pierson@faegredrinker.com
                  Amy Fiterman, *pro hac vice*

22                   amy.fiterman@faegredrinker.com
                  Faegre Drinker LLP

23                  300 N. Meridian Street, Suite 2500
                  Indianapolis, IN 46204

24                  Telephone: + 1 (317) 237-0300
                  Facsimile: +1 (317) 237-1000

25

26

27

28

OMNIBUS SEALING STIPULATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
 gdrake@kslaw.com
David Mattern, *pro hac vice*
 dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

- 8 -