JESSICA DAVIDSON
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Telephone:  (212) 735-2588
Facsimile:  (917) 777-2588
Email:  jessica.davidson@skadden.com

Attorney for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> ALL ACTIONS | Case No. 4:22-MD-03047-YGR <br><br> Judge Yvonne Gonzalez Rogers <br><br> **NOTICE OF APPEARANCE OF JESSICA DAVIDSON** |

# NOTICE OF APPEARANCE OF

# JESSICA DAVIDSON AS COUNSEL FOR SNAP INC.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jessica Davidson of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at One Manhattan West, New York, NY 10001-8602, telephone number (212) 735-2588, facsimile number (917) 777-2588, email address jessica.davidson@skadden.com, hereby enters an appearance in this matter on behalf of Defendant SNAP INC. Ms. Davidson hereby requests to be added to the docket and the electronic service list in this matter.

DATED: May 23, 2024                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                        By:      */s/ Jessica Davidson*
                                                 Jessica Davidson

                                        Attorney for SNAP INC.