**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' NOTICE AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

**PROPOUNDING PARTY:**   MDL Personal Injury and Local Government Plaintiffs

**RESPONDING PARTIES:**   Meta Platforms, Inc.; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Instagram, LLC

**SET:**   1

**DATE OF SERVICE:**   December 6, 2023

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs, through the undersigned counsel, propound the following set of Requests for Production of Documents on the above-named Responding Party or Parties. Responses to these Requests for Production, or objections in lieu thereof, shall be served within 30 days after service of this document.

**I.     DEFINITIONS**

1. "**Including**" means "including, without limitation" and "including but not limited to."

2. "**You**," "**Your**," "**Defendant**," or "**Defendants**" means the above-named Responding Party or Parties (individually and, where applicable, collectively); each of their predecessor or successor business entities; each foreign or domestic governmental, nongovernmental, or private corporation or entity with which they are commonly owned, including subsidiaries and parent corporations; each of their former or present Units; and for each of the foregoing all former or present directors, officers, members, partners, principals, employees,

6.  If no Documents responsive to a particular Request exist, you must state that no responsive Documents exist.

7.  If You have already produced to the MDL or JCCP Plaintiffs all Documents that are responsive to a request, please identify in your response the beginning Bates number for each such Document.

8.  If any of the Documents or information requested cannot be produced in full, You are required to specify, to the extent possible, the reasons for Your inability to produce the remainder, and the approximate date when You expect to produce such Documents, if at all.

9.  If any Document is known to have existed but no longer exists, has been destroyed (whether intentionally, accidentally, or otherwise), or is otherwise unavailable, You must identify the Document, the date and reason for its loss, destruction, or unavailability, the name of each Person known or reasonably believed by Defendant to have present possession, custody, or control of the original and any copy thereof (if applicable), and a description of the disposition of each copy of the Document.

10. This Notice and Request is continuing in nature and You shall supplement Your responses according to applicable law. If, after producing Documents or information responsive to this Request, additional responsive information or Documents become available to You, You are required to produce such additional Documents or information.

11. Unless otherwise indicated, the relevant time period for the information sought is from the date You first researched, designed, or developed the Facebook Platform or any of its predecessors to the present ("Relevant Time Period"). All Documents requested shall include all Documents and information that relate in whole or in part to the Relevant Time Period, or to events or circumstances during such Relevant Time Period, even though dated, prepared, generated, or received prior. If a Document prepared before the Relevant Time Period is necessary for a correct or complete understanding of any Document covered by a Request, you must produce the earlier Document as well. If a Document is undated or the date of its preparation cannot be ascertained, and the Document is otherwise responsive to Request, you must produce the Document.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on December 6, 2023 to the following, Counsel for Defendants Meta Platforms, Inc.; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; Instagram, LLC:

ASHLEY M. SIMONSEN, SBN 275203
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel.: 424-332-4800

EMILY JOHNSON HENN, SBN 269482
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Tel.: 650-632-4700

PHYLLIS A. JONES, *pro hac vice*
pajones@cov.com
PAUL W. SCHMIDT, *pro hac vice pending*
pschmidt@cov.com
MICHAEL X. IMBROSCIO, *pro hac vice forthcoming*
mimbroscio@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: 202-662-6000

*/s/ Previn Warren*
PREVIN WARREN

- 10 -