1    [*Parties and Counsel Listed on Signature Pages*]

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**
9                              **OAKLAND DIVISION**

10   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
11   PRODUCTS LIABILITY LITIGATION           MDL No. 3047

12                                           Honorable Yvonne Gonzalez Rogers

13   _____     **DEFENDANTS' NOTICE OF**
                                             **REPLACEMENT PERSONAL INJURY**
14                                           **BELLWETHER DISCOVERY POOL**
     This Document Relates to:               **SELECTIONS**
15
     ALL ACTIONS                             **[REDACTED – FILED UNDER SEAL]**
16

17

18

19   ████████████████████████████████████████████████

20   ████████████████████████████████

21   ██████████████████████████████████████████████

22   ████████████████████████████████████████████████

23   ████████████████████████████████████████████████

24   ████████████████████████████████████████████████

25   ████████████████████████████████████████████████

26   ████████████████████████████████████████████████

27   ██████████████

28   ██████████████████████████████████████████████

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -



FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO



FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:22-MD-03047-YGR

1

2   Dated: May 24, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

3

4   */s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*

5   andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*

6   amy.fiterman@faegredrinker.com
Faegre Drinker LLP

7   300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204

8   Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

9

10   **KING & SPALDING LLP**

11   */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*

12   gdrake@kslaw.com
David Mattern, *pro hac vice*

13   dmattern@kslaw.com
King & Spalding LLP

14   1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309

15   Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

16

17   *Attorneys for Defendants TikTok Inc., ByteDance*
*Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

18

19   **COVINGTON & BURLING LLP**

20   */s/ Mark W. Mosier*
Mark W. Mosier, *pro hac vice*

21   mmosier@cov.com
Paul W. Schmidt, *pro hac vice*

22   pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*

23   pajones@cov.com
COVINGTON & BURLING LLP

24   One CityCenter
850 Tenth Street, NW

25   Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

26   Facsimile: + 1 (202) 662-6291

27

28   Emily Johnson Henn (State Bar No. 269482)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook Payments,
Inc.; Facebook Technologies, LLC; Instagram,
LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com
Ariel T. Teshuva (State Bar No. 324238)
Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ / Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole (*pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Stephanie Schuster (*pro hac vice*)

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:22-MD-03047-YGR

stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595

*Attorneys for Defendants YouTube, LLC and Google LLC*

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:   May 24, 2024          */s/ Andrea R. Pierson*
                                       Andrea R. Pierson