*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS' TEMPORARY SEALING MOTION (DEFENDANTS' NOTICE OF BELLWETHER DISCOVERY POOL SELECTIONS)** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants file the instant Joint Temporary Sealing Motion requesting to file under seal limited portions of Defendants' Notice of Bellwether Discovery Pool Selections. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 900-1 | Defendants' Notice of Bellwether Discovery Pool Selections (Sealed) | The document contains information designated as confidential by Plaintiffs. |

Dated: May 24, 2024

Respectfully submitted,

**FAEGRE DRINKER BIDDLE REATH LLP**

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**COVINGTON & BURLING LLP**

*/s/ Mark W. Mosier*
Mark W. Mosier, *pro hac vice*
 mmosier@cov.com
Paul W. Schmidt, *pro hac vice*
 pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
 pajones@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
 ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
 Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
 Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
 Victoria.Degtyareva@mto.com
Ariel T. Teshuva  (State Bar No. 324238)
 Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

- 3 -

DEFENDANTS' TEMPORARY SEALING MOTION

|   |   |
|---|---|
| 1 | |
| 2 | Lauren A. Bell, *pro hac vice* |
|   | Lauren.Bell@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 601 Massachusetts Ave., NW, |
|   | Suite 500 E |
| 4 | Washington, D.C. 20001-5369 |
|   | Telephone:  (202) 220-1100 |
| 5 | Facsimile:  (202) 220-2300 |
| 6 | *Attorneys for Defendant Snap Inc.* |
| 7 | **WILSON SONSINI GOODRICH & ROSATI** |
|   | **Professional Corporation** |
| 8 | |
|   |  */s/ Brian M. Willen* |
| 9 | Brian M. Willen, *pro hac vice* |
|   | Wilson Sonsini Goodrich & Rosati |
| 10 |  bwillen@wsgr.com |
|   | 1301 Avenue of the Americas, 40th Floor |
| 11 | New York, New York 10019 |
|   | Telephone: (212) 999-5800 |
| 12 | Facsimile: (212) 999-5899 |
| 13 | Lauren Gallo White (State Bar No. 309075) |
|   | Wilson Sonsini Goodrich & Rosati |
| 14 |  lwhite@wsgr.com |
|   | Andrew Kramer (State Bar No. 321574) |
| 15 |  akramer@wsgr.com |
|   | Carmen Sobczak (State Bar No. 342569) |
| 16 |  csobczak@wsgr.com |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 17 | San Francisco, CA  94105 |
|   | Telephone: (415) 947-2000 |
| 18 | Facsimile: (415) 947-2099 |
| 19 | Christopher Chiou (State Bar No. 233587) |
|   | Wilson Sonsini Goodrich & Rosati |
| 20 |  cchiou@wsgr.com |
|   | Matthew K. Donohue (State Bar No. 302144) |
| 21 |  mdonohue@wsgr.com |
|   | 633 West Fifth Street |
| 22 | Los Angeles, CA 90071-2048 |
|   | Telephone: (323) 210-2900 |
| 23 | Facsimile: (866) 974-7329 |
| 24 | *Attorneys for Defendants YouTube, LLC,* |
|   | *Google LLC, and Alphabet Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DEFENDANTS' TEMPORARY SEALING MOTION

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ / Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole (*pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

Stephanie Schuster (*pro hac vice*)
stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
*Attorneys for Defendants YouTube, LLC and Google LLC*

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

- 5 -

DEFENDANTS' TEMPORARY SEALING MOTION

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 24, 2024         */s/ Andrea R. Pierson*
                                          Andrea R. Pierson