[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' AMENDED NOTICE OF REPLACEMENT PERSONAL INJURY BELLWETHER DISCOVERY POOL SELECTIONS**<br><br>**[REDACTED – FILED UNDER SEAL]** |

[Redacted]

[Page content redacted]



1  ███████████████████████████████████████████████████████████████
2  ██████████████████████████████████████
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | |
| 2  Dated: May 28, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 3 | |
| 4 | */s/ Andrea R. Pierson* |
|   | Andrea Roberts Pierson, *pro hac vice* |
| 5 | andrea.pierson@faegredrinker.com |
|   | Amy Fiterman, *pro hac vice* |
| 6 | amy.fiterman@faegredrinker.com |
|   | Faegre Drinker LLP |
| 7 | 300 N. Meridian Street, Suite 2500 |
|   | Indianapolis, IN 46204 |
| 8 | Telephone: + 1 (317) 237-0300 |
|   | Facsimile: +1 (317) 237-1000 |
| 9 | |
| 10 | **KING & SPALDING LLP** |
| 11 | */s/ Geoffrey M. Drake* |
|    | Geoffrey M. Drake, *pro hac vice* |
| 12 | gdrake@kslaw.com |
|    | David Mattern, *pro hac vice* |
| 13 | dmattern@kslaw.com |
|    | King & Spalding LLP |
| 14 | 1180 Peachtree Street, NE, Suite 1600 |
|    | Atlanta, GA 30309 |
| 15 | Telephone: + 1 (404) 572-4600 |
| 16 | Facsimile: + 1 (404) 572-5100 |
| 17 | *Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC* |
| 18 | |
| 19 | **COVINGTON & BURLING LLP** |
| 20 | */s/ Mark W. Mosier* |
|    | Mark W. Mosier, *pro hac vice* |
| 21 | mmosier@cov.com |
|    | Paul W. Schmidt, *pro hac vice* |
| 22 | pschmidt@cov.com |
| 23 | Phyllis A. Jones, *pro hac vice* |
|    | pajones@cov.com |
| 24 | COVINGTON & BURLING LLP |
|    | One CityCenter |
| 25 | 850 Tenth Street, NW |
|    | Washington, DC 20001-4956 |
| 26 | Telephone: + 1 (202) 662-6000 |
| 27 | Facsimile: + 1 (202) 662-6291 |
| 28 | Emily Johnson Henn (State Bar No. 269482) |

|  |  |
|---|---|
| 1 | ehenn@cov.com |
| 2 | COVINGTON & BURLING LLP |
|   | 3000 El Camino Real |
| 3 | 5 Palo Alto Square, 10th Floor |
|   | Palo Alto, CA 94306 |
| 4 | Telephone: + 1 (650) 632-4700 |
|   | Facsimile: +1 (650) 632-4800 |
| 5 |  |
| 6 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 7 | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram,* |
| 8 | *LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 9 | **MUNGER, TOLLES & OLSEN LLP** |
| 10 |  |
|    | */s/ Jonathan H. Blavin* |
| 11 | Jonathan H. Blavin (State Bar No. 230269) |
|    | Jonathan.Blavin@mto.com |
| 12 | MUNGER, TOLLES & OLSON LLP |
|    | 560 Mission Street, 27th Floor |
| 13 | San Francisco, CA 94105-3089 |
|    | Telephone: (415) 512-4000 |
| 14 | Facsimile: (415) 512-4077 |
| 15 |  |
|    | Rose L. Ehler (State Bar No. 296523) |
| 16 | Rose.Ehler@mto.com |
|    | Victoria A. Degtyareva (State Bar No. 284199) |
| 17 | Victoria.Degtyareva@mto.com |
|    | Ariel T. Teshuva (State Bar No. 324238) |
| 18 | Ariel.Teshuva@mto.com |
|    | MUNGER, TOLLES & OLSON LLP |
| 19 | 350 South Grand Avenue, 50th Floor |
| 20 | Los Angeles, CA 90071-3426 |
|    | Telephone: (213) 683-9100 |
| 21 | Facsimile: (213) 687-3702 |
| 22 |  |
|    | Lauren A. Bell, *pro hac vice* |
| 23 | Lauren.Bell@mto.com |
|    | MUNGER, TOLLES & OLSON LLP |
| 24 | 601 Massachusetts Ave., NW, |
|    | Suite 500 E |
| 25 | Washington, D.C. 20001-5369 |
|    | Telephone: (202) 220-1100 |
| 26 | Facsimile: (202) 220-2300 |
| 27 |  |
|    | *Attorneys for Defendant Snap Inc.* |
| 28 |  |

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ / Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole (*pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Stephanie Schuster (*pro hac vice*)

stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 28, 2024       */s/ Andrea R. Pierson*_____
                         Andrea R. Pierson