NINA R. ROSE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:    (202) 371-7105
Facsimile:    (202) 661-0575
Email:        nina.rose@skadden.com

Attorney for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF NINA R. ROSE** |

**NOTICE OF APPEARANCE OF**

**<u>NINA R. ROSE AS COUNSEL FOR SNAP INC.</u>**

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nina R. Rose of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at 1440 New York Avenue, N.W., Washington, D.C. 20005, telephone number (202) 371-7105, facsimile number (202) 661-0575, email address nina.rose@skadden.com, hereby enters an appearance in this matter on behalf of Defendant SNAP INC. Ms. Rose hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  May 29, 2024                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    */s/ Nina R. Rose*
            Nina R. Rose

       Attorney for SNAP INC.

Case No. 4:22-MD-03047-YGR

NOTICE OF APPEARANCE OF NINA R. ROSE