AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation )
)
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, individually and on behalf of their minor child J.C.

Date: 05/29/2024

/s/ Paul T. Lyons
*Attorney's signature*

Paul T. Lyons, Esq. NJ ID No. 449972024
*Printed name and bar number*
MOTLEY RICE LLC
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002

*Address*

plyons@motleyrice.com
*E-mail address*

(856) 382-4677
*Telephone number*

(856) 667-5133
*FAX number*