# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-03047-YGR<br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang<br><br>**OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 848, 849 (JOINT LETTER BRIEF RE: YOUTUBE'S CUSTODIANS)** |

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with their Joint Letter Brief on Whether YouTube Must Designate Additional Custodians (the "Joint Letter Brief") and its exhibit filed on May 15, 2024. ECF Nos. 848-849.

The Parties have met and conferred regarding the proposed sealing designations. At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following charts.

I.  **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS**

| Dkt. No. | Description | Requested Action | Designating Party | YouTube's Basis for Sealing | Previously Sealed |
|---|---|---|---|---|---|
| 848 | Joint Letter Brief on Whether YouTube Must Designate Additional Custodians | Maintain redactions at 1, 2, 3. | YouTube | YouTube seeks to redact personal identifying information such as job titles, job descriptions, and direct quotes of YouTube employees proposed or designated to be document custodians in this case. Disclosure of YouTube employees' identities violates their privacy interests and could cause them to receive threatening contact from the public. Indeed, YouTube employees have previously been identified, doxxed, harassed, and threatened due to their mere connection to YouTube's public | No. |

| Dkt. No. | Description | Requested Action | Designating Party | YouTube's Basis for Sealing | Previously Sealed |
|---|---|---|---|---|---|
| | | | | filings in litigation. Chiou Decl. ¶ 4. | |
| 849 | Exhibit A to Joint Letter Brief | Maintain under seal | YouTube | Exhibit A to the Joint Letter Brief contains substantial personal identifying information for 69 YouTube employees who have been proposed or designated to be document custodians in this case.<br><br>Exhibit A contains descriptive information—including direct quotes from the employees, job titles and descriptions, and other personally identifiable information—that could reveal the private identities of YouTube's employees.<br><br>All this information is also presented in a single, easily accessible chart with explicit reference to the present litigation that may serve as a roadmap for potential bad actors to identify, doxx, harass, and threaten YouTube's employees as they have historically done. Chiou Decl. ¶ 4. | No. |

The Parties therefore agree that the above information may be sealed in connection with the Joint Letter Brief.

**IT IS SO STIPULATED AND AGREED.**

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | DATED: May 29, 2024 | **WILSON SONSINI GOODRICH & ROSATI** |
| 4 | | Professional Corporation |

By: /s/ *Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED: May 29, 2024

By: /s/ *Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

|   |   |
|---|---|
| 1 | Co-Lead Counsel |
| 2 | |
| 3 | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP**<br>55 Challenger Road, 6th floor |
| 4 | Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100 |
| 5 | Facsimile: 973-679-8656<br>cseeger@seegerweiss.com |
| 6 | |
| 7 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 8 | JENNIE LEE ANDERSON |
| 9 | **ANDRUS ANDERSON, LLP**<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 10 | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 11 | |
| 12 | Liaison Counsel |
| 13 | JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 14 | 234 Commerce Street<br>Montgomery, AL 36103 |
| 15 | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 16 | |
| 17 | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |
| 18 | 220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502 |
| 19 | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 20 | Federal/State Liaison Counsel |
| 21 | MATTHEW BERGMAN |
| 22 | **SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 Second Avenue, Suite 2100<br>Seattle, WA 98104 |
| 23 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 24 | |
| 25 | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC**<br>700 Broadway |
| 26 | New York, NY 10003<br>Telephone: 212-558-5500 |
| 27 | Facsimile: 212-344-5461<br>jbilsborrow@weitzlux.com |
| 28 | |

| | |
|---|---|
| 1 | JAYNE CONROY |
| | **SIMMONS HANLY CONROY, LLC** |
| 2 | 112 Madison Ave, 7th Floor |
| | New York, NY 10016 |
| 3 | Telephone: 917-882-5522 |
| | jconroy@simmonsfirm.com |
| 4 | |
| | ANDRE MURA |
| 5 | **GIBBS LAW GROUP, LLP** |
| | 1111 Broadway, Suite 2100 |
| 6 | Oakland, CA 94607 |
| | Telephone: 510-350-9717 |
| 7 | amm@classlawgroup.com |
| 8 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 9 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 10 | Telephone: 202-780-3014 |
| | awalsh@alexwalshlaw.com |
| 11 | |
| | MICHAEL M. WEINKOWITZ |
| 12 | **LEVIN SEDRAN & BERMAN, LLP** |
| | 510 Walnut Street Suite 500 |
| 13 | Philadelphia, PA 19106 |
| | Telephone: 215-592-1500 |
| 14 | mweinkowitz@lfsbalw.com |
| 15 | Plaintiffs' Steering Committee Leadership |
| 16 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 17 | 400 MANHATTAN BLVD |
| | HARVEY, LA 70058 |
| 18 | Telephone: 504-227–8100 |
| | raustin@ronaustinlaw.com |
| 19 | |
| | PAIGE BOLDT |
| 20 | **WATTS GUERRA LLP** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 21 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 22 | PBoldt@WattsGuerra.com |
| 23 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 24 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 25 | Telephone: 816-701 1100 |
| | tcartmell@wcllp.com |
| 26 | |
| | SARAH EMERY |
| 27 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 2380 Grandview Drive |
| 28 | Ft. Mitchell, KY 41017 |
| | Telephone: 888-606-5297 |

semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 29, 2024

By: /s/  Christopher Chiou
Christopher Chiou

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER ON DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC'S OMNIBUS MOTION TO SEAL**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving, opposition, and reply papers, supporting declarations, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the following documents relating to Joint Letter Brief on Whether YouTube Must Designate Additional Custodians:

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 848 | Joint Letter Brief on Whether YouTube Must Designate Additional Custodians | Maintain redactions at 1, 2, 3. | Granted _____ <br><br> Denied _____ |
| 849 | Exhibit A to Joint Letter Brief on Whether YouTube Must Designate Additional Custodians. | Seal in entirety. | Granted _____ <br><br> Denied _____ |

**IT IS SO ORDERED.**

DATED: _____    _____

HONORABLE PETER H. KANG
UNITED STATES DISTRICT JUDGE