| | |
|---|---|
| LAUREN GALLO WHITE, SBN 309075 | BRIAN M. WILLEN |
| SAMANTHA A. MACHOCK, SBN 298852 | WILSON SONSINI GOODRICH & ROSATI |
| WILSON SONSINI GOODRICH & ROSATI | Professional Corporation |
| Professional Corporation | 1301 Avenue of the Americas, 40th Floor |
| One Market Plaza, Spear Tower, Suite 3300 | New York, NY 10019-6022 |
| San Francisco, CA 94105-1126 | Telephone: (212) 999-5800 |
| Telephone: (415) 947-2000 | Facsimile: (212) 999-5801 |
| Facsimile: (415) 947-2099 | Email: bwillen@wsgr.com |
| Email: lwhite@wsgr.com | |
| smachock@wsgr.com | |

CHRISTOPHER CHIOU, SBN 233587
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street
Los Angeles, CA 90071.2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC and GOOGLE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR<br><br>**PROOF OF SERVICE RE DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC'S OMNIBUS MOTION TO SEAL**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

# PROOF OF SERVICE

I, Shallen Torrez, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 848, 849 (JOINT LETTER BRIEF RE: YOUTUBE'S CUSTODIANS)**

2. **[CONFIDENTIAL VERSION] JOINT LETTER BRIEF ON WHETHER YOUTUBE MUST DESIGNATE ADDITIONAL DOCUMENT CUSTODIANS**

3. **[CONFIDENTIAL VERSION] EXHIBIT A TO JOINT LETTER BRIEF RE CUSTODIANS**

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address(es) listed below:

PSCServiceMDL3047@motleyrice.com
MetaNoticeofService@cov.com
SnapNoticeofService@mto.com
TikTokNoticeofService@faegredrinker.com

*Associated Counsel*

PHKpo@cand.uscourts.gov

*Honorable District Judge Peter H. Kang*

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on May 29, 2024.

Shallen Torrez