AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> *Defendant* ) | Case No. 4:22-md-03047-YGR |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware.

Date: 05/30/2024

/s/ Ryan T. Costa
*Attorney's signature*

Ryan T. Costa, DE Bar No. 5325
*Printed name and bar number*

Delaware Department of Justice
820 N. French St, 5th Floor
Wilmington, DE 19801
*Address*

Ryan.costa@delaware.gov
*E-mail address*

(302) 683-8811
*Telephone number*

*FAX number*