IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>[PROPOSED] **ORDER ON THE OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF REGARDING THE SCOPE OF DISCOVERY ABOUT THE "TIKTOK PLATFORM"** |

1   Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing
2   Procedures (ECF No. 341), the Court rules as follows on Plaintiffs' and Defendants TikTok, Ltd.,
3   TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc.'s (collectively referred to in this
4   submission as "TikTok Defendants," and with Plaintiffs as the "Parties") Omnibus Sealing
5   Stipulation Regarding Joint Letter Brief Regarding the Scope of Discovery About the "TikTok
6   Platform":

| Docket No. | Language to Be Redacted | Action to be Taken | Court's Order |
|---|---|---|---|
| ECF Nos. 800/801-1 | First redaction in page 1, paragraph 1: beginning after "And TikTok documents show that" and ending before "The U.S. version of its platform." | Redact specified portion | |
| ECF Nos. 800/801-1 | Second redaction in page 1, paragraph 1: beginning after "usage to 'just 40 minutes per day');" and extending through the end of the paragraph. | Redact specified portion | |
| ECF Nos. 800/801-1 | Only redaction in the first full paragraph of page 2: beginning after "strategies are often global. *E.g.*," and extending through the end of the paragraph. | Redact specified portion | |
| ECF Nos. 800/801-1 | Redaction in page 3, line 2: beginning after "how to make TikTok safer. *E.g.*," and ending before "Thus, what ByteDance has done." | Redact specified portion | |
| ECF Nos. 800/801-1 | Redaction in the first full paragraph of page 3: beginning after "For example," and ending before "would not have been produced." | Redact specified portion | |
| ECF Nos. 800/801-1 | Redaction beginning on page 4 and extending into page 5: beginning after "As another example, Plaintiffs cite to" on page | Redact specified portion | |

| | 4 and ending before "(*Id.* at 2) " on page 5. | | |
|---|---|---|---|

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge