IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>[PROPOSED] **ORDER ON THE OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF REGARDING RELEVANT TIME PERIOD APPLICABLE TO BYTEDANCE DOCUMENT SEARCH AND PRODUCTION** |

1 | Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing
2 | Procedures (ECF No. 341), the Court rules as follows on Plaintiffs' and Defendants TikTok, Ltd.,
3 | TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc.'s (collectively referred to in this
4 | submission as "TikTok Defendants," and with Plaintiffs as the "Parties") Omnibus Sealing
5 | Stipulation Regarding Joint Letter Brief Regarding Relevant Time Period Applicable to ByteDance
6 | Document Search and Production:

| Docket No. | Language to Be Redacted | Action to be Taken | Court's Order |
|---|---|---|---|
| ECF Nos. 798/799-1 | Redaction beginning on page 1 and extending into page 2: beginning after "Indeed," on page 1 and ending before "Thus," on the first line of page 2. | Redact specified portion | |
| ECF Nos. 798/799-1 | Redaction on the second line of page 2: beginning after "Thus," and ending before "And" on line 2 of page 2. | Redact specified portion | |
| ECF Nos. 798/799-1 | Redaction beginning on the third line of page 2: beginning after "And" and extending to the end of the paragraph. | Redact specified portion | |
| ECF Nos. 798/799-1 | Redaction in the third paragraph of page 2: beginning after "When ByteDance launched TikTok," and ending before "The company spent massively." | Redact specified portion | |
| ECF Nos. 798/799-1 | Redaction in the fourth paragraph of page 2: beginning after "For example," and ending before "Given how completely." | Redact specified portion | |

1  **IT IS SO ORDERED**.

3  Dated: May 30, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge