1    [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION           Case No. 4:22-md-03047-YGR

13   _____         **SCHOOL DISTRICT/LOCAL
                                             GOVERNMENT ENTITY PLAINTIFFS'**
14   This Document Relates to:               **UNOPPOSED ADMINISTRATIVE
                                             MOTION FOR LEAVE TO FILE**
15   ALL ACTIONS                             **SUPPLEMENTAL AUTHORITY**

16                                            Judge:  Hon. Yvonne Gonzalez Rogers

17                                            Magistrate Judge: Hon. Peter H. Kang

18

19         Pursuant to Civil Local Rules 7-11 and 7-3(d), the School District/Local Government

20   Entity Plaintiffs ("SD Plaintiffs") submit this Unopposed Administrative Motion for Leave to File

21   Supplemental Authority to bring to the Court's attention the recent ruling in *Alaska v. Express*

22   *Scripts, Inc.*, No. 3:23-cv-233-JMK (D. Alaska. May 22, 2024) (ECF 73), attached hereto as

23   Exhibit A. This ruling denied a motion to dismiss a public nuisance claim brought under Alaska

24   law.  Alaska is one of the states at issue in the pending Motion to Dismiss the SD Plaintiffs'

25   Master Complaint. *See* ECF 601 (Mot. to Dismiss) at 1 n.1; ECF 668 (Opp'n to Mot. to Dismiss)

26   at 1 n.3.

27         The SD Plaintiffs submit this authority via Administrative Motion rather than a Statement

28   of Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision

must be submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). Defendants filed their

reply brief on March 25, 2024 (ECF 723); the Court held a hearing on the motion on May 17,

2024 (ECF 880); and the ruling in *Alaska v. Express Scripts, Inc.* occurred on May 22, 2024.

DATED: May 30, 2024                                Respectfully submitted,

                                                   By:  */s/ Lexi J. Hazam*

                                                   LEXI J. HAZAM
                                                   **LIEFF CABRASER HEIMANN &**
                                                   **BERNSTEIN, LLP**
                                                   275 BATTERY STREET, 29TH FLOOR
                                                   SAN FRANCISCO, CA 94111-3339
                                                   Telephone: 415-956-1000
                                                   lhazam@lchb.com

                                                   PREVIN WARREN
                                                   **MOTLEY RICE LLC**
                                                   401 9th Street NW Suite 630
                                                   Washington DC 20004
                                                   Telephone: 202-386-9610
                                                   pwarren@motleyrice.com

                                                   Co-Lead Counsel

                                                   CHRISTOPHER A. SEEGER
                                                   **SEEGER WEISS, LLP**
                                                   55 CHALLENGER ROAD, 6TH FLOOR
                                                   RIDGEFIELD PARK, NJ 07660
                                                   Telephone: 973-639-9100
                                                   cseeger@seegerweiss.com

                                                   Counsel to Co-Lead Counsel

                                                   JENNIE LEE ANDERSON
                                                   **ANDRUS ANDERSON, LLP**
                                                   155 MONTGOMERY STREET, SUITE 900
                                                   SAN FRANCISCO, CA 94104
                                                   Telephone: 415-986-1400
                                                   jennie@andrusanderson.com

                                                   Liaison Counsel

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Co-Chairs of Local Government Entity Subcommittee

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003

Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SD PLTS' ADMIN MOTION FOR
LEAVE TO FILE SUPPL. AUTH.
MDL NO. 3047

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE
ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership