1
2  *[Submitting Counsel on signature page]*
3
4
5
6
7
8
9
10
11
12                    **UNITED STATES DISTRICT COURT**
13                    **NORTHERN DISTRICT OF CALIFORNIA**
14

| 15 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br>Case No 4:22-MD-03047-YGR<br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |
|---|---|---|
| 17 | This Document Relates to: | |
| 18 | ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME FOR DISCUSSION AND BRIEFING OF SNAP INC.'S SEARCH TERMS** |

21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED]                                    Case No. 4:22-03047-YGR-PHK
ORDER RE EXTENSION OF TIME

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendant Snap Inc. ("Snap" or "Defendant") to finalize search term negotiations from May 31, 2024 to June 7, 2024, with any necessary letter briefing to be submitted by June 14, 2024. The parties declare in support of this request:

1. Plaintiffs and Snap are engaged in ongoing search term negotiations relating to Plaintiffs' already served Requests for Production.

2. Plaintiffs and Snap mutually agree that they would benefit from more time to continue their conferrals and attempt to narrow disputes regarding search terms.

3. Plaintiffs and Snap believe that an extension until June 7 to finalize negotiations will afford adequate time for such negotiations.

4. Extending this deadline will not affect any other deadline affixed by the Court.

5. This is the second request to extend this deadline.[1]

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Snap to finalize search term negotiations to June 7, with any necessary letter briefing to be submitted by June 14.

**IT IS SO ORDERED,**

DATED: _____

                PETER H. KANG
                UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED AND AGREED.**

---

[1] Pursuant to DMC Order No. 6 (ECF 875), the Court originally ordered that search term discussions *and briefing* be concluded by May 31, 2024. On May 23, 2024, the parties requested, and the Court granted on the record, a modification to the order that discussions be concluded by May 31, 2024 but that briefing would be concluded by June 7, 2024. *See* May 23, 2024 Hr'g Tr.

DATED: June 3, 2024

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: _____/s/ Jonathan H. Blavin_____
Jonathan H. Blavin (State Bar No. 230269)
Natalie Moyce (State Bar No. 341326)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Email: jonathan.blavin@mto.com
Email: natalie.moyce@mto.com

Rose Leda Ehler (State Bar No. 296523)
Victoria A. Degtyareva (State Bar No. 284199)
Laura M. Lopez (State Bar No. 313450)
Rowley J. Rice (State Bar No. 313737)
Ariel Teshuva (State Bar No. 324238)
Faye P. Teller (State Bar No. 343506)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: laura.lopez@mto.com
Email: rowley.rice@mto.com
Email: ariel.teshuva@mto.com
Email: faye.teller@mto.com

Lauren Bell (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500 E
Washington D.C., 2000
Telephone: (202) 220-1125
Email: lauren.bell@mto.com

Attorneys for SNAP INC.

| | | |
|---|---|---|
| 1 | DATED: June 3, 2024 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | | |
| 4 | | By:     /s/ Lexi J. Hazam    <br>Lexi J. Hazam |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 7 | | Telephone: 415-956-1000<br>Email: lhazam@lchb.com |
| 8 | | |
| 9 | | Previn Warren<br>**MOTLEY RICE LLC** |
| 10 | | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 11 | | Telephone: 202-386-9610<br>Email: pwarren@motleyrice.com |
| 12 | | |
| 13 | | Co-Lead Counsel |
| 14 | | Christopher A. Seeger<br>**SEEGER WEISS, LLP** |
| 15 | | 55 Challenger Road, 6th floor<br>Ridgefield Park, NJ 07660 |
| 16 | | Telephone: 973-639-9100<br>Facsimile: 973-679-8656 |
| 17 | | Email: cseeger@seegerweiss.com |
| 18 | | |
| 19 | | Counsel to Co-Lead Counsel and Settlemen Counsel |
| 20 | | |
| 21 | | Jennie Lee Anderson<br>**ANDRUS ANDERSON, LLP** |
| 22 | | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 23 | | Telephone: 415-986-1400 Email:<br>jennie@andrusanderson.com |
| 24 | | Liaison Counsel |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Joseph G. Vanzandt
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343 Email: joseph.vanzandt@beasleyallen.com

Emily C. Jeffcott
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
Email: ejeffcott@forthepeople.com

Federal/State Liaison Counsel

Matthew Bergman
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
Email: matt@socialmediavictims.org

James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
Email: jbilsborrow@weitzlux.com

Jayne Conroy
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
Email: jconroy@simmonsfirm.com

Andre Mura
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
Email: amm@classlawgroup.com

Alexandra Walsh
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
Email: awalsh@alexwalshlaw.com

Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106 Telephone: 215-592-1500
Email: mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

Ron Austin
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058
Telephone: 504-227–8100
Email: raustin@ronaustinlaw.com

Paige Boldt
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
Email: tcartmell@wcllp.com

Sarah Emery
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
Email: semery@justicestartshere.com

Sin-Ting Mary Liu
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
Email: mliu@awkolaw.com

James Marsh
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
Email: jamesmarsh@marshlaw.com

Hillary Nappi
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
Email: hnappi@hrsclaw.com

Emmie Paulos
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
Email: epaulos@levinlaw.com

Ruth Thi Rizkalla
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
Email: rrizkalla@carlsonattorneys.com

Roland Tellis
David Fernandes
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
Email: rtellis@baronbudd.com
Email: dfernandes@baronbudd.com

Melissa Yeates
Joseph E. Meltzer
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Email: myeates@ktmc.com
Email: jmeltzer@ktmc.com

Diandra "Fu" Debrosse Zimmermann
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
Email: fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## **ATTESTATION**

I, Faye P. Teller, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 3, 2024               By:      */s/ Faye P. Teller*
                                              Faye P. Teller