*[Submitting Counsel on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No 4:22-MD-03047-YGR<br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang<br><br>**STIPULATION AND [PROPOSED] ORDER TERMINATING JOINT LETTER BRIEF REGARDING THE APPROPRIATE NUMBER OF CUSTODIANS AS TO SNAP INC. [ECF NO. 890]** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court terminate the Joint Letter Brief Regarding the Appropriate Number of Custodians as to Defendant Snap Inc., ECF No. 890. The parties declare in support of this request:

1.      Plaintiffs and Defendant Snap Inc. ("Snap") filed the Joint Letter Brief Regarding the Appropriate Number of Custodians as to Snap Inc. on May 23, 2024, ECF No. 890.

2.      The parties continued to meet and confer following submission of the joint letter brief and were able to reach a compromise regarding the dispute.

3.      Accordingly, the dispute set forth in the joint letter brief has been resolved and is now moot.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court terminate the Joint Letter Brief Regarding the Appropriate Number of Custodians as to Snap Inc, ECF No. 890.

**IT IS SO ORDERED,**

DATED: _____      _____
                                    PETER H. KANG
                                    UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED AND AGREED.**

DATED: June 4, 2024        Respectfully submitted,


                                   /s/ Lexi J. Hazam

                           LEXI J. HAZAM
                           **LIEFF CABRASER HEIMANN &**
                           **BERNSTEIN, LLP**
                           275 BATTERY STREET, 29TH FLOOR
                           SAN FRANCISCO, CA 94111-3339
                           Telephone: 415-956-1000
                           lhazam@lchb.com

                           PREVIN WARREN
                           **MOTLEY RICE LLC**
                           401 9th Street NW Suite 630
                           Washington DC 20004
                           Telephone: 202-386-9610
                           pwarren@motleyrice.com

                           Co-Lead Counsel

                           CHRISTOPHER A. SEEGER
                           **SEEGER WEISS, LLP**
                           55 CHALLENGER ROAD, 6TH FLOOR
                           RIDGEFIELD PARK, NJ 07660
                           Telephone: 973-639-9100
                           cseeger@seegerweiss.com

                           Counsel to Co-Lead Counsel

                           JENNIE LEE ANDERSON
                           **ANDRUS ANDERSON, LLP**
                           155 MONTGOMERY STREET, SUITE 900
                           SAN FRANCISCO, CA 94104
                           Telephone: 415-986-1400
                           jennie@andrusanderson.com

                           Liaison Counsel

                           EMILY C. JEFFCOTT
                           **MORGAN & MORGAN**
                           633 WEST FIFTH STREET, SUITE 2652
                           LOS ANGELES, CA 90071
                           Telephone: 213-787-8590
                           ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.

**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500

MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

DATED: June 4, 2024

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:    */s/ Jonathan H. Blavin*

Jonathan H. Blavin (State Bar No. 230269)
Natalie Moyce (State Bar No. 341326)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Email: jonathan.blavin@mto.com
Email: natalie.moyce@mto.com

Rose Leda Ehler (State Bar No. 296523)
Victoria A. Degtyareva (State Bar No. 284199)
Laura M. Lopez (State Bar No. 313450)
Rowley J. Rice (State Bar No. 313737)
Ariel Teshuva (State Bar No. 324238)
Faye P. Teller (State Bar No. 343506)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: laura.lopez@mto.com
Email: rowley.rice@mto.com
Email: ariel.teshuva@mto.com
Email: faye.teller@mto.com

Lauren Bell (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500 E
Washington D.C., 2000
Telephone: (202) 220-1125
Email: lauren.bell@mto.com

Attorneys for SNAP INC.

## **ATTESTATION**

I, James J. Bilsborrow, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 4, 2024

By: _____*James J. Bilsborrow*_____
James J. Bilsborrow