```
1  Nathan E. Shafroth, SBN 232505
   COVINGTON & BURLING LLP
2  Salesforce Tower
   415 Mission Street, Suite 5400
3  San Francisco, CA 94105-2533
   Telephone: + 1 (415) 591-6000
4  Facsimile: +1 (415) 591-6091
   Email: nshafroth@cov.com
5
6
   *Attorneys for Defendants Meta Platforms, Inc. f/k/a
7  Facebook, Inc.; Facebook Holdings, LLC; Facebook
   Operations, LLC; Facebook Payments, Inc.;
8  Facebook Technologies, LLC; Instagram, LLC;
   Siculus, Inc.; and Mark Elliot Zuckerberg*
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | ) MDL No. 3047<br>)<br>) Case No. 4:22-md-03047-YGR<br>)<br>) Case No. 4:23-cv-05885-YGR<br>)<br>) Honorable Yvonne Gonzalez Rogers<br>)<br>) **NOTICE OF APPEARANCE OF**<br>) **NATHAN E. SHAFROTH**<br>)<br>) |

1   TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nathan E. Shafroth of the law firm Covington & Burling LLP, located at 415 Mission Street, Suite 5400, San Francisco, CA 94105, telephone number (415) 591-6000, facsimile number (415) 591-6091, email address nshafroth@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Mr. Shafroth hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  June 6, 2024                         COVINGTON & BURLING, LLP

By:  /s/ Nathan E. Shafroth
Nathan E. Shafroth

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*