1    [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION           Case No. 4:22-03047-YGR

13   _____        **OMNIBUS SEALING STIPULATION
                                             PURSUANT TO THE ORDER GRANTING**
14   This Document Relates to:               **MOTION TO FILE UNDER SEAL;
                                             SETTING SEALING PROCEDURES**
15   ALL ACTIONS                             **FOR ECF 904**

16

17   _____

18         Pursuant to the Court's Order Granting Motion to File Under Seal; Setting Sealing

19   Procedures ("Sealing Procedures Order") (ECF 341), the Parties, through their undersigned

20   counsel, hereby submit this Omnibus Sealing Stipulation.

21         The Parties declare in support of this Stipulation:

22         1.      In accordance with Section II of the Sealing Procedures Order, entitled Post-

23   Briefing Omnibus Sealing Procedures, the Parties have met and conferred regarding the Parties'

24   proposed sealing and redactions in the Defendants' Amended Notice of Replacement Personal

25   Injury Bellwether Discovery Pool Selections (ECF 904) filed on May 28, 2024.

26         2.      In accordance with the Sealing Procedures Order, the Parties have created the

27   attached Chart listing the portion of the Defendants' Notice of Replacement Personal Injury

28

Bellwether Discovery Pool Selections (ECF 899) and Defendants' Amended Notice of Replacement Personal Injury Bellwether Discovery Pool Selections (ECF 904) to be redacted.

3.     The Parties have limited proposed redactions to Protected Health Information as defined by the Parties' Stipulated Second Modified Protective Order. (ECF 665).

4.     In addition, the Parties have limited proposed redactions to materials that are not currently on the public docket.

5.     Plaintiffs state the following:

a.     Protected Health Information ("PHI"): "has the meaning set forth in 45 C.F.R. §§ 160.103 and 164.501…and includes but is not limited to individually identifiable health information, including demographic information, relating to either (a) the past, present, or future physical or mental condition of an individual; (b) the provision of health care to an individual…" Stipulated Second Modified Protective Order. ECF No. 665.

b.     In *A.C. v. City of Santa Clara*, No. 13-CV-03276-HSG, 2015 WL 4076364, at *2 (N.D. Cal. July 2, 2015), Judge Gilliam found that when it comes to medical records, "compelling confidentiality concerns outweigh the presumption of public access to court records." *See Dalton v. Cnty. of San Diego*, No. 3:21-CV-2143 W (WVG), 2024 WL 1319719, at *1 (S.D. Cal. Mar. 27, 2024) (to the extent the exhibits identify a minor and implicate her criminal and mental health history, the documents may be sealed.); *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, No. 10–cv–02258–SBA, 2011 WL 89931, at *1 n.1 (N.D.Cal. Jan. 10, 2011) (finding that confidentiality of medical records under the Health Insurance Portability and Accountability Act of 1996 outweighed *Kamakana* presumption in favor of public access to court records); *Ballou v. McElvain*, No. 3:19-CV-05002-DGE, 2023 WL 8236530, at *2 (W.D. Wash. Nov. 28, 2023) (concluding that there is great need to protect sensitive medical information from public disclosure such as plaintiff's mental state, including mental health symptoms). *See also Liaw v. United Airlines, Inc.*, No. 19-CV-00396-WHA, 2019 WL 6251204, at *10 (N.D. Cal. Nov. 22, 2019) (private medical records sealed under higher 'compelling reason' standard); *Pratt v. Gamboa*, No. 17-CV-04375-LHK, 2020 WL 8992141, at *2 (N.D. Cal. May 22, 2020). ('compelling reasons' justify sealing Plaintiff's medical records which are deemed

confidential under the Health Insurance Portability and Accountability Act of 1996); *Bruce v. Azar*, 389 F. Supp. 3d 716, 727 (N.D. Cal. 2019), aff'd, 826 F. App'x 643 (9th Cir. 2020) (courts have found under 'compelling reason' standard that a party's privacy interests in medical records and private information outweigh the public's interest in access.); *Woods v. City of Hayward*, No. 19-CV-01350-JCS, 2021 WL 4061657, at *20 (N.D. Cal. Sept. 7, 2021) (to the extent proposed redactions are based on medical privacy, privacy interests related to juvenile correctional records, or the privacy protections of Rule 5.2, plaintiff has shown 'compelling reasons' to maintain material under seal and his requests are narrowly tailored). *See also In re Flint Water Cases*, No. 517CV10164JELMKM, 2021 WL 2254064, at *2 (E.D. Mich. May 20, 2021) (private medical information of the bellwether plaintiffs, identifying information of minors, and addresses of minor plaintiffs, all is appropriate to redact and/or seal).

> c.     PHI, which is already subject to the Stipulated Second Modified Protective Order, should remain sealed in the Defendants' Amended Notice of Replacement Personal Injury Bellwether Discovery Pool Selections, including the statistical analysis and narratives detailing specific "past, present, or future physical or mental conditions" and "the provision of health care" such as hospitalizations. *See* ECF No. 665. The bellwether plaintiffs, all of whom were injured as minors, should be protected from any potential embarrassment resulting from having their PHI linked to their identities as recognized by this Court and well-established Ninth Circuit precedent.

6.     Defendants' position is that Plaintiffs' medical histories are not subject to absolute protection, given that Plaintiffs have put those medical histories at issue by filing these lawsuits. *See, e.g.*, *Howard v. Cox*, 2021 WL 4487603, at *2 (D. Nev. Sept. 30, 2021) (sealing medical records but declining to "require the parties to redact the parts of those records that they quote or paraphrase in their briefs because those points are relevant to [plaintiff's] claims in this action"); *Cole v. Janssen Pharms., Inc.*, No. 15-CV-57, 2017 WL 2929523, at *3 (E.D. Wis. July 10, 2017) ("To the extent that the information from the medical records is incorporated into other documents filed by the parties or orders issued by this court, that information is relevant to the issues raised in the case and should be available to the public."). Nonetheless, to obviate the need for the Court to address a sealing dispute, Defendants agree to seal certain material from these

briefs without prejudice to their ability to argue that such material should be unsealed in
subsequent filings.

THEREFORE, in accordance with the Sealing Procedures Order, the Parties stipulate and
respectfully request that the Court accept their undisputed requests to maintain the redactions in
the Defendants' Amended Notice of Replacement Personal Injury Bellwether Discovery Pool
Selections (ECF 899) and Defendants' Amended Notice of Replacement Personal Injury
Bellwether Discovery Pool Selections (ECF 904), as set forth in attached Chart and the duly
submitted Proposed Order Addressing All Undisputed Sealing Requests emailed to the Court's
proposed order inbox.

**IT IS SO STIPULATED AND AGREED**

DATED: June 7, 2024                    Respectfully submitted,

                                       By: */s/ Lexi J. Hazam*
                                       LEXI J. HAZAM
                                       **LIEFF CABRASER HEIMANN &**
                                       **BERNSTEIN, LLP**
                                       275 BATTERY STREET, 29TH FLOOR
                                       SAN FRANCISCO, CA 94111-3339
                                       Telephone: 415-956-1000
                                       lhazam@lchb.com

                                       PREVIN WARREN
                                       **MOTLEY RICE LLC**
                                       401 9th Street NW Suite 630
                                       Washington DC 20004
                                       Telephone: 202-386-9610
                                       pwarren@motleyrice.com

                                       Co-Lead Counsel

                                       CHRISTOPHER A. SEEGER
                                       **SEEGER WEISS, LLP**
                                       55 CHALLENGER ROAD, 6TH FLOOR
                                       RIDGEFIELD PARK, NJ 07660
                                       Telephone: 973-639-9100
                                       cseeger@seegerweiss.com

                                       Counsel to Co-Lead Counsel

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1

2      ANDRE MURA
       **GIBBS LAW GROUP, LLP**
3      1111 BROADWAY, SUITE 2100
       OAKLAND, CA 94607
4      Telephone: 510-350-9717
       amm@classlawgroup.com
5
       ALEXANDRA WALSH
6      **WALSH LAW**
       1050 Connecticut Ave, NW, Suite 500
7      Washington D.C. 20036
       Telephone: 202-780-3014
8      awalsh@alexwalshlaw.com
9
       MICHAEL M. WEINKOWITZ
10     **LEVIN SEDRAN & BERMAN, LLP**
       510 WALNUT STREET
11     SUITE 500
       PHILADELPHIA, PA 19106
12     Telephone: 215-592-1500
       mweinkowitz@lfsbalw.com
13
14     Plaintiffs' Steering Committee Leadership
15
       RON AUSTIN
16     **RON AUSTIN LAW**
       400 MANHATTAN BLVD.
17     HARVEY, LA 70058
       Telephone: 504-227–8100
18     raustin@ronaustinlaw.com
19
       PAIGE BOLDT
20     **WALSH LAW**
       4 Dominion Drive, Bldg. 3, Suite 100
21     San Antonio, TX 78257
       Telephone: 210-448-0500
22     PBoldt@alexwalshlaw.com
23
       THOMAS P. CARTMELL
24     **WAGSTAFF & CARTMELL LLP**
       4740 Grand Avenue, Suite 300
25     Kansas City, MO 64112
       Telephone: 816-701-1100
26     tcartmell@wcllp.com
27
28

- 6 -

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES R. MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marsh.law

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK
LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

| | |
|---|---|
| 1 | MELISSA YEATES |
| | **KESSLER TOPAZ MELTZER & CHECK** |
| 2 | **LLP** |
| | 280 KING OF PRUSSIA ROAD |
| 3 | RADNOR, PA 19087 |
| | Telephone: 610-667-7706 |
| 4 | myeates@ktmc.com |
| 5 | |
| | DIANDRA "FU" DEBROSSE |
| 6 | ZIMMERMANN |
| 7 | **DICELLO LEVITT** |
| | 505 20th St North |
| 8 | Suite 1500 |
| | Birmingham, Alabama 35203 |
| 9 | Telephone: 205-855-5700 |
| | fu@dicellolevitt.com |
| 10 | |
| 11 | Plaintiffs' Steering Committee Membership |
| 12 | *Attorneys for Individual Plaintiffs* |
| 13 | COVINGTON & BURLING LLP |
| 14 | By:  */s/ Ashley M. Simonsen* |
| 15 | Ashley M. Simonsen, SBN 275203 |
| | COVINGTON & BURLING LLP |
| 16 | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| 17 | Telephone: (424) 332-4800 |
| | Facsimile: + 1 (424) 332-4749 |
| 18 | Email: asimonsen@cov.com |
| 19 | |
| 20 | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| 21 | COVINGTON & BURLING LLP |
| | One City Center |
| 22 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 23 | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| 24 | Email: pajones@cov.com |
| 25 | |
| | *Attorney for Defendants Meta Platforms, Inc.* |
| 26 | *f/k/a Facebook, Inc.; Facebook Holdings,* |
| | *LLC; Facebook Operations, LLC; Facebook* |
| 27 | *Payments, Inc.; Facebook Technologies, LLC;* |
| | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 28 | *Zuckerberg* |

1

2    FAEGRE DRINKER LLP
     By: /s/ Andrea Roberts Pierson
3    Andrea Roberts Pierson, *pro hac vice*
     FAEGRE DRINKER LLP
4    300 N. Meridian Street, Suite 2500
     Indianapolis, IN 46204
5    Telephone: + 1 (317) 237-0300
     Facsimile: + 1 (317) 237-1000
6    Email: andrea.pierson@faegredrinker.com
     Email: amy.fiterman @faegredrinker.com
7

8    Amy R. Fiterman, *pro hac vice*
     FAEGRE DRINKER LLP
9    2200 Wells Fargo Center
     90 South Seventh Street
10   Minneapolis, MN 55402
     Telephone: +1 (612) 766-7768
11   Facsimile: +1 (612) 766-1600
     Email: amy.fiterman@faegredrinker.com
12

13   Geoffrey Drake, *pro hac vice*
     KING & SPALDING LLP
14   1180 Peachtree Street, NE, Suite 1600
     Atlanta, GA 30309
15   Tel.: 404-572-4600
     Email: gdrake@kslaw.com
16   Email: dmattern@kslaw.com
17

18   David Mattern, *pro ha vice*
     KING & SPALDING LLP
19   1700 Pennsylvania Avenue, NW, Suite 900
     Washington, D.C. 20006
20   Telephone: +1 (202) 626-2946
     Email: dmattern@kslaw.com
21

22   *Attorneys for Defendants TikTok Inc. and*
     *ByteDance Inc.*
23

24   MUNGER, TOLLES & OLSEN LLP
     By: /s/ Jonathan H. Blavin
25   Jonathan H. Blavin, SBN 230269
     MUNGER, TOLLES & OLSON LLP
26   560 Mission Street, 27th Floor
     San Francisco, CA 94105-3089
27   Telephone: (415) 512-4000
     Facsimile: (415) 512-4077
28   Email: jonathan.blavin@mto.com

- 10 -          JOINT STIPULATION MODIFYING TEMPORARY SEALING
                         PROCEDURE DEADLINE
                            MDL NO. 3047

1

2                    Rose L. Ehler (SBN 29652)
                      Victoria A. Degtyareva (SBN 284199)

3                    Laura M. Lopez, (SBN 313450)
                      Ariel T. Teshuva (SBN 324238)

4                    MUNGER, TOLLES & OLSON LLP
                      350 South Grand Avenue, 50th Floor

5                    Los Angeles, CA 90071-3426
                      Telephone: (213) 683-9100

6                    Facsimile: (213) 687-3702
                      Email: rose.ehler@mto.com

7                    Email: victoria.degtyareva@mto.com

8                    Email: Ariel.Teshuva@mto.com

9                    Lauren A. Bell (*pro hac vice forthcoming*)

10                 MUNGER, TOLLES & OLSON LLP
                      601 Massachusetts Ave., NW St.,

11                 Suite 500 E
                      Washington, D.C. 20001-5369

12                 Telephone: (202) 220-1100
                      Facsimile: (202) 220-2300

13                 Email: lauren.bell@mto.com

14                 *Attorneys for Defendant Snap Inc.*

15                 WILSON SONSINI GOODRICH & ROSATI

16                 Professional Corporation
                      By: */s/ Brian M. Willen*

17                 Brian M. Willen
                      WILSON SONSINI GOODRICH & ROSATI

18                 1301 Avenue of the Americas, 40th Floor
                      New York, New York 10019

19                 Telephone: (212) 999-5800
                      Facsimile: (212) 999-5899

20                 Email: bwillen@wsgr.com

21

22                 Lauren Gallo White
                      Samantha A. Machock

23                 WILSON SONSINI GOODRICH & ROSATI
                      One Market Plaza, Spear Tower, Suite 3300

24                 San Francisco, CA 94105
                      Telephone: (415) 947-2000

25                 Facsimile: (415) 947-2099
                      Email: lwhite@wsgr.com

26                 Email: smachock@wsgr.com

27

28

                                     JOINT STIPULATION MODIFYING TEMPORARY SEALING
                                           PROCEDURE DEADLINE
                                              MDL NO. 3047

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC,*
*Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google*
*LLC, and Alphabet Inc.*

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3   Dated_____          _____

4                                          Hon. Yvonne Gonzalez Rogers

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047