Geoffrey M. Drake
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
Telephone: +1 (404) 572-4600
Facsimile: +1 (404) 572-5100
Email: gdrake@kslaw.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

1    Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants submit this Unopposed
2    Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention
3    the Opinion and Order re (1) Defendants' Demurrer to Certain School District Complaints,
4    (2) Defendants' Motion to Strike Certain School District Complaints, *Social Media Cases*, Case
5    No. JCCP 5255 (Cal. Super. Ct. June 7, 2024), attached hereto as Exhibit A.

6    Defendants submit this authority via Administrative Motion rather than a Statement of
7    Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must
8    be submitted "before the noticed hearing date." Civ. L.R. 7-3(d)(2). Defendants filed their reply
9    brief on March 25, 2024 (ECF 723); the Court held a hearing on the motion on May 17, 2024 (ECF
10   880); and the ruling in *Social Media Cases* occurred on June 7, 2024.

Dated: June 10, 2024                    Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattem@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC*

| | |
|---|---|
| 1 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 2 | */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice*<br> andrea.pierson@faegredrinker.com |
| 4 | Amy Fiterman, *pro hac vice*<br> amy.fiterman@faegredrinker.com |
| 5 | Faegre Drinker LLP<br>300 N. Meridian Street, Suite 2500 |
| 6 | Indianapolis, IN 46204<br>Telephone: + 1 (317) 237-0300 |
| 7 | Facsimile: +1 (317) 237-1000 |
| 8 | **COVINGTON & BURLING LLP** |
| 9 | */s/ Mark W. Mosier*<br>Mark W. Mosier, *pro hac vice* |
| 10 | mmosier@cov.com<br>Paul W. Schmidt, *pro hac vice* |
| 11 | pschmidt@cov.com<br>Phyllis A. Jones, *pro hac vice* |
| 12 | pajones@cov.com<br>COVINGTON & BURLING LLP |
| 13 | One CityCenter 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 14 | Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291 |
| 15 | Emily Johnson Henn (State Bar No. 269482) |
| 16 | ehenn@cov.com<br>COVINGTON & BURLING LLP |
| 17 | 3000 El Camino Real 5 Palo Alto Square,<br>10th Floor |
| 18 | Palo Alto, CA 94306<br>Telephone: + 1 (650) 632-4700 |
| 19 | Facsimile: +1 (650) 632-4800 |
| 20 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook* |
| 21 | *Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC;* |
| 22 | *Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 23 | **MUNGER, TOLLES & OLSON LLP** |
| 24 | */s/ Jonathan H. Blavin*<br>Jonathan H. Blavin (State Bar No. 230269) |
| 25 | Jonathan.Blavin@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 26 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 27 | Telephone: (415) 512-4000<br>Facsimile: (415)512-4077 |
| 28 | |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
CASE NO. 4:22-md-03047-YGR

Rose L. Ehler (State Bar No. 296523)
 Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
 Victoria.Degtyareva@mto.com
Ariel T. Teshuva (State Bar No. 324238)
 Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
 Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202)220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*


**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
 bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
 lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
 akramer@wsgr. com
Carmen Sobczak (State Bar No. 342569)
 csobczak@wsgr. com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
 cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
 mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048

|   |   |
|---|---|
| 1 | Telephone: (323) 210-2900 |
| 2 | Facsimile: (866) 974-7329 |
| 3 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 4 | */s/ Yardena R. Zwang-Weissman* |
|   | Yardena R. Zwang-Weissman (SBN 247111) |
| 5 | yardena.zwang-weissman@morganlewis.com |
|   | 300 South Grand Avenue, 22nd Floor |
| 6 | Los Angeles, CA 90071-3132 |
|   | Tel.: 213.612.7238 |
| 7 | |
| 8 | Brian Ercole *(pro hac vice)* |
|   | brian.ercole@morganlewis.com |
| 9 | 600 Brickell Avenue, Suite 1600 |
|   | Miami, FL 33131-3075 |
| 10 | Tel.: 305.415.3416 |
| 11 | Stephanie Schuster *(pro hac vice)* |
|   | Stephanie.schuster@morganlewis.com |
| 12 | 1111 Pennsylvania Avenue NW |
|   | Washington, DC 20004-2541 |
| 13 | Tel.: 202.373.6595 |
| 14 | **WILLIAMS & CONNOLLY LLP** |
| 15 | */s/ Joseph G. Petrosinelli* |
|   | Joseph G. Petrosinelli |
| 16 | jpetrosinelli@wc.com |
|   | Ashley W. Hardin |
| 17 | ahardin@wc.com |
|   | 680 Maine Avenue, SW |
| 18 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 19 | Fax: 202-434-5029 |
| 20 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

# ATTESTATION

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 10, 2024               */s/ Geoffrey M. Drake*
                                    Geoffrey M. Drake