**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

King & Spalding LLP
Attorneys at Law
Atlanta

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY - CASE NO. 4:22-md-03047-YGR

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., TikTok LLC, Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., Snap Inc., YouTube, LLC, Google LLC, and Alphabet Inc.'s Unopposed Administrative Motion for Leave to File Supplemental Authority.

**IT IS SO ORDERED**.

DATED this ___ day of _____, 2024.

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY - CASE NO. 4:22-md-03047-YGR

King & Spalding LLP
Attorneys at Law
Atlanta