1  Nathan E. Shafroth, SBN 232505
2  COVINGTON & BURLING LLP
   Salesforce Tower
3  415 Mission Street, Suite 5400
   San Francisco, CA 94105-2533
4  Telephone: + 1 (415) 591-6000
   Facsimile: +1 (415) 591-6091
5  Email: nshafroth@cov.com

6  *Attorneys for Defendants Meta Platforms, Inc. f/k/a*
7  *Facebook, Inc.; Facebook Holdings, LLC; Facebook*
   *Operations, LLC; Facebook Payments, Inc.;*
8  *Facebook Technologies, LLC; Instagram, LLC;*
   *Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *Office of the Attorney General, State of Florida, Department of Legal Affairs*<br>    *v.*<br>*Meta Platforms, Inc., Instagram LLC, and Meta Payments, Inc.*<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:23-cv-05885-YGR<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**NOTICE OF STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FLORIDA ATTORNEY GENERAL AMENDED COMPLAINT** |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2024, Plaintiff Florida Attorney General and Defendants Meta Platforms, Inc., Instagram, LLC, and Meta Payments, Inc. filed a joint stipulation and proposed order setting the briefing schedule for Defendants' Motion to Dismiss Plaintiff's Amended Complaint in Case No. 4:23-cv-05885-YGR.

DATED: June 10, 2024                         COVINGTON & BURLING, LLP

                                             By: /s/ Nathan E. Shafroth
                                                 Nathan E. Shafroth

                                             *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*