| | |
|---|---|
| 1 | GREGORY K. WU |
| 2 | gwu@shb.com |
|   | **SHOOK, HARDY & BACON L.L.P.** |
| 3 | 2555 Grand Boulevard |
|   | Kansas City, MO 64108 |
| 4 | Telephone: 816-474-6550 |
|   | Facsimile: 816-421-5547 |

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF APPEARANCE OF GREGORY K. WU** |
| ALL ACTIONS | |

NOTICE OF APPEARANCE OF GREGORY K. WU

4895-0886-9829

# NOTICE OF APPEARANCE OF GREGORY K. WU AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gregory K. Wu of the law firm Shook, Hardy & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-2613, telephone number (816) 474-6550, facsimile number (816) 421-5547, email address gwu@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. Wu hereby requests to be added to the docket and the electronic service list in this matter.

Dated: June 18, 2024         SHOOK, HARDY & BACON L.L.P.

By: */s/Gregory K. Wu*
         Gregory K. Wu

Attorneys for Defendants
Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

4895-0886-9829