1

2

3

4

5

6

7

8

CHRISTOPHER S. MCRAE
cmcrae@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13

14

15

16

17

18

19

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF APPEARANCE OF CHRISTOPHER S. MCRAE** |
| ALL ACTIONS | |

20

21

22

23

24

25

26

27

28

1

2

# **NOTICE OF APPEARANCE OF CHRISTOPHER S. MCRAE AS COUNSEL FOR META PLATFORMS, INC. ET AL.**

3      TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR

4   ATTORNEYS OF RECORD:

5      PLEASE TAKE NOTICE that Christopher S. McRae of the law firm Shook,

6   Hardy & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-

7   2613, telephone number (816) 474-6550, facsimile number (816) 421-5547, email

8   address cmcrae@shb.com, hereby enters an appearance in this matter on behalf of

9   Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;

10  Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;

11  Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. McRae hereby

12  requests to be added to the docket and the electronic service list in this matter.

13

14  Dated:  June 18, 2024                    SHOOK, HARDY & BACON L.L.P.

15

16

17                                          By: */s/Christopher S. McRae*
                                              Christopher S. McRae
18

19                                          Attorneys for Defendants
                                            Meta Platforms, Inc. f/k/a Facebook, Inc.;
20                                          Facebook    Holdings,    LLC;    Facebook
                                            Operations, LLC; Facebook Payments, Inc.;
21                                          Facebook Technologies, LLC; Instagram,
                                            LLC;  Siculus,  Inc.;  and  Mark  Elliot
22                                          Zuckerberg

23

24

25

26

27

28