GERI E. HOWELL
ghowell@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF APPEARANCE OF GERI E. HOWELL** |
| ALL ACTIONS | |

NOTICE OF APPEARANCE OF GERI E. HOWELL

4867-2640-8902

# NOTICE OF APPEARANCE OF GERI E. HOWELL AS COUNSEL FOR META PLATFORMS, INC. *ET AL*.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Geri E. Howell of the law firm Shook, Hardy & Bacon L.L.P., located at Citigroup Center, Suite 3200, 201 South Biscayne Boulevard Miami, Florida 33131, Telephone number: (305) 358-5171, Facsimile number: (305) 358-7470, email address ghowell@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Ms. Howell hereby requests to be added to the docket and the electronic service list in this matter.

Dated: June 18, 2024               SHOOK, HARDY & BACON L.L.P.


                                   By: */s/Geri E. Howell*
                                        Geri E. Howell

                                   Attorneys for Defendants
                                   Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg