AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/
Personal Injury Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC .

Date: 06/19/2024

*/s/ Bailey J. Langner*
*Attorney's signature*

Bailey J. Langner (CA Bar No. 307753)
*Printed name and bar number*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111

*Address*

blangner@kslaw.com
*E-mail address*

(415) 318-1200
*Telephone number*

(415) 318-1300
*FAX number*