# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 21, 2024        **Time:** 2 hours 55 minutes        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-md-03047-YGR        **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Kelly Shainline

### PROCEEDINGS

Further Case Management Conference  -  Held.

The Court heard argument on the defendants' motion to dismiss the personal injury plaintiffs' non-priority claims (Track 2, Dkt. No. 516) and Snap Inc.'s motion to dismiss Counts 12 and 14 asserted in plaintiffs D.H., K.S., and Alice Doe's amended short-form complaints ("SFCs") (Dkt. No. 533).

Application for Appointment of Guardians ad Litem (Dkt. Nos. 828 and 829) is **Granted**. Motion for Leave to file Supplemental Authority (Dkt. Nos. 917, 934, and 952) is **Granted**. Administrative Motions to File Under Seal (Dkt. Nos. 811, 900, 905, and 932) is **Granted**.  The parties' stipulation setting a briefing schedule for the motion to dismiss the Florida Attorney General's amended complaint (No. 23-cv-05885, Dkt. No. 29) is **Granted**.

The hearing on the plaintiff's Motion to Withdraw as Attorney (Levin v. Meta Platforms, Inc., No. 22-cv-6263-YGR) set for June 25, 2024 is **Vacated**.

The case is continued to July 12, 2024, at 8:30 a.m. for Further Case Management Conference.

Written order to issue.