Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson | Andrus Anderson LLP | *[signed]* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Kelly K. McNabb | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Michael Levin-Gesundheit | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Mathew Jasinski | Motley Rice, LLC | *[signed]* |
| Nelson Drake | Motley Rice, LLC | *[signed]* |
| Jennifer Scullion | Seeger Weiss LLP | |
| Hillary Fidler | Seeger Weiss LLP | *[signed]* |
| Matthew P. Bergman | Social Media Victims Law Center | *[signed]* |
| Joseph VanZandt | Beasley Allen Law Firm | |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | *[signed]* |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *[signed]* |
| Bianca Miyata | Senior Assistant Attorney General (CO) | *[signed]* |
| Verna Pradaxay | Deputy Attorney General (NJ) | *Verna Pradaxay* |
| Christopher Lewis | Commissioner, Consumer & Senior Protection (KY) | *[signed]* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General (CA) | *[signed]* |
| Megan O'Neill | Deputy Atty Gen (CA) | *[signed]* |
| James R Marsh | Marsh Law | *[signed]* |
| Sin-Ting Mary Liu | Aylstock, Witkin, Kreis & Overholtz | *[signed]* |
| ROLAND TELLIS | BARON & BUDD | *[signed]* |

Social Media MDL
Case No.: 22-md-3047-YGR

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen | Covington & Burling | *[signed]* |
| Paul Schmidt | Covington & Burling | *Paul Schmidt* |
| Mike Imbroscio | Covington & Burling | *Mike Imbroscio* |
| Tim Hester | Covington & Burling | *Timothy Hester* |
| Jonathan Blavin | Munger, Tolles & Olson | *Jonathan Blavin* |
| Natalie Moyce | Munger, Tolles & Olson | *[signed]* |
| Geoffrey Drake | King & Spalding | *[signed]* |
| David Mattern | King & Spalding | *[signed]* |
| Bailey Langner | King & Spalding | *[signed]* |
| Andrea Pierson | Faegre Drinker Biddle & Reath | *Andrea Pierson* |
| Matt Donohue | Wilson Sonsini Goodrich and Rosati, PC | *[signed]* |
| Lauren Gallo White | Wilson Sonsini Goodrich and Rosati, PC | *[signed]* |
| Joseph Petrosinelli | Williams & Connolly | *[signed]* |
| *Donna Valin* | *FL Attorney General* | *[signed]* |
| *[illegible]* | | |