*[Submitting Counsel on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No 4:22-MD-03047-YGR<br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING RELIEF FROM DECLARATIONS REQUIRED BY ORDER RESOLVING DISCOVERY DISPUTE REGARDING PLAINTIFFS' REQUESTS FOR PRODUCTION NOS. 103-104 TO SNAP [ECF NO. 983]** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court relieve the parties of filing the declarations required by the Court's Order Resolving Discovery Dispute Regarding Plaintiffs' Requests for Production Nos. 103-104 to Snap (ECF No. 983). The parties declare in support of this request:

1.      Plaintiffs and Defendant Snap Inc. ("Snap") filed the Joint Letter Brief Regarding Plaintiffs' Requests for Production 103-104 to Snap Inc. (ECF No. 981) on June 26, 2024.

2.      On June 28, 2024, the Court issued an Order Resolving Discovery Dispute Regarding Plaintiffs' Requests for Production Nos. 103-104 to Snap (ECF No. 983).  The Court's Order requires Snap to file an initial declaration providing specified information relating to the dispute by July 3, 2024, requires Plaintiffs to file a responsive declaration providing specified information within three business days of the filing of Snap's initial declaration, and requires Snap to file a declaration providing additional specified information by July 10, 2024. ECF No. 983 at 4-6.

3.      The parties continued to meet and confer following the Court's Order and were able to reach a compromise regarding the dispute.

4.      Accordingly, the dispute set forth in the joint letter brief has been resolved and is now moot.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court relieve them from filing the declarations required by the Court's Order Resolving Discovery Dispute Regarding Plaintiffs' Requests for Production Nos. 103-104 to Snap (ECF No. 983).

**IT IS SO ORDERED,**


DATED:  July 2, 2024                          _____
                                               PETER H. KANG
                                               UNITED STATES MAGISTRATE JUDGE

1    **IT IS SO STIPULATED AND AGREED.**

2

3    DATED:  July 2, 2024                    Respectfully submitted,

4                                            MUNGER, TOLLES & OLSON LLP

5

6                                   By:        */s/ Victoria A. Degtyareva*
                                            Victoria A. Degtyareva (State Bar No. 284199)
7                                           Rose Leda Ehler (State Bar No. 296523)
                                            Laura M. Lopez (State Bar No. 313450)
8                                           Rowley J. Rice (State Bar No. 313737)
                                            Ariel Teshuva (State Bar No. 324238)
9                                           Faye P. Teller (State Bar No. 343506)
                                            **MUNGER, TOLLES & OLSON LLP**
10                                          350 South Grand Avenue, 50th Floor
                                            Los Angeles, California 90071-3426
11                                          Telephone:    (213) 683-9100
                                            Facsimile:    (213) 687-3702
12                                          Email: rose.ehler@mto.com
                                            Email: victoria.degtyareva@mto.com
13                                          Email: laura.lopez@mto.com
                                            Email: rowley.rice@mto.com
14                                          Email: ariel.teshuva@mto.com
                                            Email: faye.teller@mto.com
15
                                            Jonathan H. Blavin (State Bar No. 230269)
16                                          Natalie Moyce (State Bar No. 341326)
                                            **MUNGER, TOLLES & OLSON LLP**
17                                          560 Mission Street, 27th Floor
                                            San Francisco, CA  94105-3089
18                                          Telephone:  (415) 512-4000
                                            Email: jonathan.blavin@mto.com
19                                          Email: natalie.moyce@mto.com

20                                          Lauren Bell (*pro hac vice*)
                                            **MUNGER, TOLLES & OLSON LLP**
21                                          601 Massachusetts Avenue NW, Suite 500 E
22                                          Washington D.C., 2000
                                            Telephone: (202) 220-1125
23                                          Email: lauren.bell@mto.com

24                                          Attorneys for SNAP INC.

25

26

27

28

1    DATED:        July 2, 2024              Respectfully submitted,

2

3                                           /s/ *Lexi J. Hazam*

4                                           LEXI J. HAZAM

5                                           **LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP**

6                                           275 BATTERY STREET, 29TH FLOOR
                                            SAN FRANCISCO, CA 94111-3339

7                                           Telephone: 415-956-1000
                                            lhazam@lchb.com

8

9                                           PREVIN WARREN
                                            **MOTLEY RICE LLC**

10                                          401 9th Street NW Suite 630
                                            Washington DC 20004

11                                          Telephone: 202-386-9610
                                            pwarren@motleyrice.com

12

13                                          Co-Lead Counsel

14                                          CHRISTOPHER A. SEEGER
                                            **SEEGER WEISS, LLP**

15                                          55 CHALLENGER ROAD, 6TH FLOOR
                                            RIDGEFIELD PARK, NJ 07660

16                                          Telephone: 973-639-9100
                                            cseeger@seegerweiss.com

17

18                                          Counsel to Co-Lead Counsel

19                                          JENNIE LEE ANDERSON

20                                          **ANDRUS ANDERSON, LLP**
                                            155 MONTGOMERY STREET, SUITE 900

21                                          SAN FRANCISCO, CA 94104
                                            Telephone: 415-986-1400

22                                          jennie@andrusanderson.com

23                                          Liaison Counsel

24                                          EMILY C. JEFFCOTT

25                                          **MORGAN & MORGAN**
                                            633 WEST FIFTH STREET, SUITE 2652

26                                          LOS ANGELES, CA 90071
                                            Telephone: 213-787-8590

27                                          ejeffcott@forthepeople.com

28
     STIPULATION AND [PROPOSED]                            Case No. 4:22-03047-YGR-PHK
     ORDER REQUESTING RELIEF           -3-
     FROM REQUIRED DECLARATIONS

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

STIPULATION AND [PROPOSED]
ORDER REQUESTING RELIEF
FROM REQUIRED DECLARATIONS

-4-

Case No. 4:22-03047-YGR-PHK

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE
ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

STIPULATION AND [PROPOSED]
ORDER REQUESTING RELIEF
FROM REQUIRED DECLARATIONS

-7-

Case No. 4:22-03047-YGR-PHK

1

## **ATTESTATION**

2      I, Victoria A. Degtyareva, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that

3  the concurrence to the filing of this document has been obtained from each signatory hereto.

4

5  Dated: July 2, 2024                                      By:  *Victoria A. Degtyareva*
                                                                 Victoria A. Degtyareva

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28