1   BRIAN M. WILLEN (*pro hac vice*)
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    301 Avenue of the Americas, 40th Floor
3   New York, New York 10019
    Telephone: (212) 999-5800
4   Facsimile: (212) 999-5899
    Email: bwillen@wsgr.com
5

6   *Attorneys for Defendants YouTube, LLC,*
    *and Google LLC*
7
    *Additional parties and counsel listed on*
8   *signature pages*

9                  UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
14  PRODUCTS LIABILITY LITIGATION,          MDL No. 3047

15                     Plaintiff,           Honorable Yvonne Gonzalez Rogers

16  This Document Relates to:               **DEFENDANTS' UNOPPOSED**
                                            **ADMINISTRATIVE MOTION FOR**
17  ALL ACTIONS                             **LEAVE TO FILE SUPPLEMENTAL**
                                            **AUTHORITY**
18

19

20

21

22

23

24

25

26

27

28
                                                    Case No. 4:22-MD-03047-YGR

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants Snap Inc.; Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC; YouTube, LLC, and Google LLC (collectively referred to hereinafter as the "Defendants") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention a recent district court opinion, *NetChoice, LLC v. Fitch*, No. 1:24-cv-170-HSO-BWR, 2024 U.S. Dist. LEXIS 115368 (S.D. Miss. July 1, 2024). Defendants submit *Fitch* (*see id.* at *21-40) in support of their First Amendment arguments raised in the following motions: (1) Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non-Priority Claims; and (2) Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint. A copy of *Fitch*, which was issued after the completion of briefing and argument on the motions listed above, is attached as Exhibit A.

1  Dated: July 5, 2024                    Respectfully submitted,

2

3                                         **WILSON SONSINI GOODRICH & ROSATI**
                                          **Professional Corporation**

4                                         */s/ Brian M. Willen*
                                          Brian M. Willen, *pro hac vice*
5                                         Wilson Sonsini Goodrich & Rosati
                                          bwillen@wsgr.com
6                                         1301 Avenue of the Americas, 40th Floor
                                          New York, New York 10019
7                                         Telephone: (212) 999-5800
                                          Facsimile: (212) 999-5899

8
                                          Lauren Gallo White (State Bar No. 309075)
9                                         Wilson Sonsini Goodrich & Rosati
                                          lwhite@wsgr.com
10                                        Andrew Kramer (State Bar No. 321574)
                                          akramer@wsgr. com
11                                        Carmen Sobczak (State Bar No. 342569)
                                          csobczak@wsgr. com
12                                        One Market Plaza, Spear Tower, Suite 3300
                                          San Francisco, CA 94105
13                                        Telephone: (415) 947-2000
                                          Facsimile: (415) 947-2099

14
                                          Christopher Chiou (State Bar No. 233587)
15                                        Wilson Sonsini Goodrich & Rosati
                                          cchiou@wsgr.com
16                                        Matthew K. Donohue (State Bar No. 302144)
                                          mdonohue@wsgr.com
17                                        633 West Fifth Street
                                          Los Angeles, CA 90071-2048
18                                        Telephone: (323) 210-2900
                                          Facsimile: (866) 974-7329

19
                                          **MORGAN, LEWIS & BOCKIUS LLP**
20
                                          */s/ Yardena R. Zwang-Weissman*
21                                        Yardena R. Zwang-Weissman (SBN 247111)
                                          yardena.zwang-weissman@morganlewis.com
22                                        300 South Grand Avenue, 22nd Floor
                                          Los Angeles, CA 90071-3132
23                                        Tel.: 213.612.7238

24                                        Brian Ercole *(pro hac vice)*
                                          brian.ercole@morganlewis.com
25                                        600 Brickell Avenue, Suite 1600
                                          Miami, FL 33131-3075
26                                        Tel.: 305.415.3416

27

28
                                          - 3 –                    Case No. 4:22-MD-03047-YGR

1  Stephanie Schuster *(pro hac vice)*
   Stephanie.schuster@morganlewis.com
2  1111 Pennsylvania Avenue NW
   Washington, DC 20004-2541
3  Tel.: 202.373.6595

4  **WILLIAMS & CONNOLLY LLP**

5  */s/ Joseph G. Petrosinelli*
   Joseph G. Petrosinelli
6  jpetrosinelli@wc.com
   Ashley W. Hardin
7  ahardin@wc.com
   680 Maine Avenue, SW
8  Washington, DC 20024
   Telephone.: 202-434-5000
9  Fax: 202-434-5029

10 *Attorneys for Defendants YouTube, LLC,*
   *and Google LLC*
11

12 **COVINGTON & BURLING LLP**

13 */s/ Mark W. Mosier*
   Mark W. Mosier, *pro hac vice*
14 mmosier@cov.com
   Paul W. Schmidt, *pro hac vice*
15 pschmidt@cov.com
   Phyllis A. Jones, *pro hac vice*
16 pajones@cov.com
   COVINGTON & BURLING LLP
17 One CityCenter 850 Tenth Street, NW
   Washington, DC 20001-4956
18 Telephone: + 1 (202) 662-6000
   Facsimile: + 1 (202) 662-6291
19
   Emily Johnson Henn (State Bar No. 269482)
20 ehenn@cov.com
   COVINGTON & BURLING LLP
21 3000 El Camino Real 5 Palo Alto Square,
   10th Floor
22 Palo Alto, CA 94306
   Telephone: + 1 (650) 632-4700
23 Facsimile: +1 (650) 632-4800

24 *Attorneys for Defendants Meta Platforms, Inc. f/k/a*
   *Facebook, Inc.; Facebook Holdings, LLC; Facebook*
25 *Operations, LLC; Facebook Payments, Inc.;*
   *Facebook Technologies, LLC; Instagram, LLC;*
26 *Siculus, Inc.; and Mark Elliot Zuckerberg*

27

28
                                    - 4 –                    Case No. 4:22-MD-03047-YGR

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITY

1
2

**FAEGRE DRINKER BIDDLE & REATH LLP**

3

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com

4

Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com

5

Faegre Drinker LLP
300 N. Meridian Street, Suite 2500

6

Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300

7

Facsimile: +1 (317) 237-1000

8
9

**KING & SPALDING LLP**

10

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com

11

David Mattern, *pro hac vice*
dmattern@kslaw.com

12

King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600

13

Atlanta, GA 30309
Telephone: + 1 (404) 572-4600

14

Facsimile: + 1 (404) 572-5100

15

*Attorneys for Defendants TikTok Inc., ByteDance*
*Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

16
17

**MUNGER, TOLLES & OLSON LLP**

18

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)

19

Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP

20

560 Mission Street, 27th Floor
San Francisco, CA 94105-3089

21

Telephone: (415) 512-4000
Facsimile: (415)512-4077

22
23

Rose L. Ehler (State Bar No. 296523)
Rose.Ehler@mto.com

24

Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com

25

Ariel T. Teshuva (State Bar No. 324238)
Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP

26

350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

27

Telephone: (213) 683-9100
Facsimile: (213) 687-3702

28

- 5 –                                      Case No. 4:22-MD-03047-YGR

1

Lauren A. Bell, *pro hac vice*
Lauren.Bell@mto.com

2

MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500 E

3

Washington, D.C. 20001-5369
Telephone: (202)220-1100

4

Facsimile: (202) 220-2300

5

*Attorneys for Defendant Snap Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:22-MD-03047-YGR

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITY

1

**ATTESTATION**

2        I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this

3   document has been obtained from each signatory hereto.

4

5   Dated: July 5, 2024                              */s/ Brian M. Willen*
                                                     Brian M. Willen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITY