# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the Defendants' |
| 2 | Unopposed Administrative Motion for Leave to File Supplemental Authority regarding |
| 3 | *NetChoice, LLC v. Fitch*, No. 1:24-cv-170-HSO-BWR, 2024 U.S. Dist. LEXIS 115368 (S.D. |
| 4 | Miss. July 1, 2024). |

DATED: _____

Hon. Yvonne Gonzalez-Rogers
United States District Judge