UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 4:22-MD-03047-YGR (PHKx)<br><br>MDL No. 3047<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MARKING DEPOSITION EXHIBITS** |

**WHEREAS,** the parties have met and conferred regarding a protocol for marking deposition exhibits as contemplated by the *Stipulation and Order Governing Protocol for Fact Discovery and Rule 30(b)(6)/PMQ Depositions* (ECF 742) at paragraph II (N)(7).

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorney of record that for each Defendant Group (Meta, TikTok/ByteDance, Snap and YouTube/Google) or Third-Party, documents will be marked sequentially within each deposition starting with Exhibit 1, and because of the number of depositions anticipated, the parties agree that there is no need to mark exhibits sequentially across depositions. Exhibits shall be marked at depositions as follows:

- For depositions of Plaintiffs' fact witnesses and for case-specific third-party witnesses (e.g., treating physicians): "[Plaintiff Last Name / School District / State], Witness Name[1], Exhibit Number". For example, "Doe-Jane Doe-1", 2, 3, etc. and "Doe-James Doe-1", 2, 3, etc.

- For depositions of Defendants' fact witnesses: "Defendant Group Name, Witness Last Name, Exhibit Number". For example, "Meta-Smith-1", 2, 3, 4, etc. and "TikTok-Smith-1", 2, 3 etc.

This Stipulation and Order Regarding Marking Deposition Exhibits ("Order") shall govern the conduct of fact as well as Fed. R. Civ. P. 30(b)(6)/PMQ depositions for all cases currently in MDL No. 3047 ("MDL") and hereafter added or transferred to MDL No. 3047, all cases currently in California JCCP No. 5255 ("JCCP") and hereafter added or transferred to JCCP No. 5255, and any deposition that is originally noticed in the MDL or JCCP and cross-noticed by parties in Related Actions.[2]

[SIGNATURE BLOCKS ON THE NEXT PAGE]

---

[1] Where counsel is aware at the time of the deposition that there will be multiple deponents with the same last name in a specific case, counsel shall endeavor to mark exhibits with either each witness's full name or sufficient initials to distinguish the witnesses from one another.

[2] For purposes of this Order, "Related Actions" shall have the same meaning as in the *Stipulation and Order Governing Protocol for Fact Discovery and Rule 30(b)(6)/PMQ Depositions* (ECF 742).

| | |
|---|---|
| Dated: July 8, 2024 | Respectfully submitted,<br><br>/s/ Lexi J. Hazam<br>LEXI J. HAZAM<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>lhazam@lchb.com<br><br>PREVIN WARREN<br>Motley Rice LLC<br>401 9th Street NW Suite 630<br>Washington DC 20004<br>Telephone: 202-386-9610<br>pwarren@motleyrice.com<br><br>Co-Lead Counsel<br><br>CHRISTOPHER A. SEEGER<br>Seeger Weiss, LLP<br>55 Challenger Road, 6th floor<br>Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100<br>Facsimile: 973-679-8656<br>cseeger@seegerweiss.com<br><br>Counsel to Co-Lead Counsel and Settlement Counsel<br><br>JENNIE LEE ANDERSON<br>Andrus Anderson, LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: 415-986-1400<br>jennie@andrusanderson.com<br><br>Liaison Counsel<br><br>JOSEPH G. VANZANDT<br>Beasley Allen Crow Methvin Portis & Miles, P.C.<br>234 Commerce Street<br>Montgomery, AL 36103<br>Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com<br><br>EMILY C. JEFFCOTT<br>Morgan & Morgan<br>220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502<br>Telephone: 850-316-9100<br>ejeffcott@forthepeople.com<br><br>Federal/State Liaison Counsel |

RON AUSTIN
Ron Austin Law
400 Manhattan Blvd.
Harvey, LA 70058
Telephone: (504) 227-8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
Social Media Victims Law Center
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
Watts Guerra LLP
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
Simmons Hanly Conroy, LLC
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
C.A. Goldberg, PLLC
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TING MARY LIU
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502

| | |
|---|---|
| 1 | Telephone: 510-698-9566 |
| | mliu@awkolaw.com |
| 2 | |
| | ANDRE MURA |
| 3 | Gibbs Law Group, LLP |
| | 1111 Broadway, Suite 2100 |
| 4 | Oakland, CA 94607 |
| | Telephone: 510-350-9717 |
| 5 | amm@classlawgroup.com |
| 6 | |
| | EMMIE PAULOS |
| | Levin Papantonio Rafferty |
| 7 | 316 South Baylen Street, Suite 600 |
| | Pensacola, FL 32502 |
| 8 | Telephone: 850-435-7107 |
| | epaulos@levinlaw.com |
| 9 | |
| | ROLAND TELLIS |
| 10 | DAVID FERNANDES |
| | Baron & Budd, P.C. |
| 11 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| 12 | Telephone: (818) 839-2333 |
| | Facsimile: (818) 986-9698 |
| 13 | rtellis@baronbudd.com |
| | dfernandes@baronbudd.com |
| 14 | |
| | ALEXANDRA WALSH |
| 15 | Walsh Law |
| | 1050 Connecticut Ave, NW, Suite 500 |
| 16 | Washington D.C. 20036 |
| | Telephone: 202-780-3014 |
| 17 | awalsh@alexwalshlaw.com |
| 18 | |
| | MICHAEL M. WEINKOWITZ |
| | Levin Sedran & Berman, LLP |
| 19 | 510 Walnut Street, Suite 500 |
| | Philadelphia, PA 19106 |
| 20 | Telephone: 215-592-1500 |
| | mweinkowitz@lfsbalw.com |
| 21 | |
| | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 22 | Dicello Levitt |
| | 505 20th St North |
| 23 | Suite 1500 |
| | Birmingham, Alabama 35203 |
| 24 | Telephone: 205.855.5700 |
| | fu@dicellolevitt.com |
| 25 | |
| | HILLARY NAPPI |
| 26 | Hach & Rose LLP |
| | 112 Madison Avenue, 10th Floor |
| 27 | New York, New York 10016 |
| | Telephone: 212.213.8311 |
| 28 | hnappi@hrsclaw.com |

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
**Attorney General**
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata, Admitted *Pro Hac Vice*
Senior Assistant Attorney General
Lauren M. Dickey, Admitted *Pro Hac Vice*
First Assistant Attorney General
Megan Paris Rundlet, Admitted *Pro Hac Vice*
Senior Assistant Solicitor General
Elizabeth Orem, Admitted *Pro Hac Vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
**Attorney General**
State of California

*/s/ Megan O'Neill*
Nick A. Akers
Bernard Eskandari
Megan O'Neill
Joshua Olszewski-Jubelirer
Marissa Roy
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

5

|   |   |
|---|---|
| 1 | **RUSSELL COLEMAN** |
|   | **Attorney General** |
| 2 | Commonwealth of Kentucky |
| 3 | /s/ *J. Christian Lewis* |
|   | J. Christian Lewis, Admitted P*ro Hac Vice* |
| 4 | Philip Heleringer Admitted P*ro Hac Vice* Gregory B. Ladd Admitted P*ro Hac Vice* |
| 5 | Zachary Richards Admitted P*ro Hac Vice* |
|   | Assistant Attorneys General |
| 6 | 1024 Capital Center Drive, Suite 200 |
|   | Frankfort, KY 40601 |
| 7 | christian.lewis@ky.gov |
|   | philip.heleringer@ky.gov |
| 8 | zach.richards@ky.gov |
|   | daniel.keiser@ky.gov |
| 9 | Phone: (502) 696-5300 |
|   | Fax: (502) 564-2698 |
| 10 |   |
|   | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 11 |   |
| 12 | **COVINGTON & BURLING LLP** |
| 13 | By: /s/ *Ashley M. Simonsen* |
|   | Ashley M. Simonsen |
| 14 | 1999 Avenue of the Stars |
|   | Los Angeles, CA 90067 |
| 15 | Telephone: (424) 332-4800 |
|   | Facsimile: + 1 (424) 332-4749 |
| 16 | Email: asimonsen@cov.com |
| 17 | Phyllis A. Jones, *pro hac vice* |
|   | Paul W. Schmidt, *pro hac vice* |
| 18 | One City Center |
|   | 850 Tenth Street, NW |
| 19 | Washington, DC 20001-4956 |
|   | Telephone: + 1 (202) 662-6000 |
| 20 | Facsimile: + 1 (202) 662-6291 |
|   | Email: pajones@cov.com |
| 21 |   |
|   | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 26 | /s/ *Andrea R. Pierson* |
|   | Andrea Roberts Pierson, *pro hac vice* |
| 27 | andrea.pierson@faegredrinker.com |
|   | Amy Fiterman, *pro hac vice* |
| 28 | amy.fiterman@faegredrinker.com |

300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**KING & SPALDING LLP**
Geoffrey M. Drake, *pro hac vice*
 gdrake@kslaw.com
David Mattern, *pro hac vice*
 dmattern@kslaw.com
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**MUNGER, TOLLES & OLSEN LLP**

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler
Victoria A. Degtyareva
Laura M. Lopez
Rowley J. Rice
Ariel T. Teshuva
Faye Paul Teller
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: laura.lopez@mto.com
Email: rowley.rice@mto.com
Email: ariel.teshuva@mto.com
Email: faye.teller@mto.com

Lauren A. Bell (*pro hac vice*)
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

| | |
|---|---|
| 1 | **WILSON SONSINI GOODRICH & ROSATI** |
| 2 | Professional Corporation |
| 3 | By: */s/ Brian M. Willen* |
|   | Brian M. Willen (*pro hac vice*) |
| 4 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 5 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 6 | Email: bwillen@wsgr.com |
| 7 | Lauren Gallo White |
|   | Samantha A. Machock |
| 8 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 9 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 10 | Email: lwhite@wsgr.com |
|    | Email: smachock@wsgr.com |
| 11 | Christopher Chiou |
|    | Matthew K. Donohue |
| 12 | 953 East Third Street, Suite 100 |
|    | Los Angeles, CA 90013 |
| 13 | Telephone: (323) 210-2900 |
|    | Facsimile: (866) 974-7329 |
| 14 | Email: cchiou@wsgr.com |
|    | Email: mdonohue@wsgr.com |
| 15 | |
| 16 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 17 | **WILLIAMS & CONNOLLY LLP** |
| 18 | By: */s/ Joseph G. Petrosinelli* |
|    | Joseph G. Petrosinelli, *pro hac vice* |
| 19 | Ashley W. Hardin, *pro hac vice* |
|    | 680 Maine Avenue, SW |
| 20 | Washington, DC 20024 |
|    | Tel.: 202-434-5000 |
| 21 | Fax: 202-434-5029 |
|    | Email: jpetrosinelli@wc.com |
| 22 | Email: ahardin@wc.com |
| 23 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 24 | |
| 25 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 26 | By: */s/ Yardena R. Zwang-Weissman* |
|    | Yardena R. Zwang-Weissman |
| 27 | 300 South Grand Avenue, 22nd Floor |
|    | Los Angeles, CA 90071-3132 |
| 28 | Tel.: 213.612.7238 |

Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**IT IS SO ORDERED** that the foregoing Stipulation is approved.

DATED: July __, 2024

_____
HONORABLE PETER H. KANG
United States District Court Magistrate Judge

**ATTESTATION**

I, Andrea R. Pierson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 8, 2024

*s/ Andrea R. Pierson*
Andrea R. Pierson