**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION. | Case No. 4:22-MD-03047-YGR (PHK) |
|  | MDL No. 3047 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING MARKING DEPOSITION EXHIBITS** |

**WHEREAS,** the parties have met and conferred regarding a protocol for marking deposition exhibits as contemplated by the *Stipulation and Order Governing Protocol for Fact Discovery and Rule 30(b)(6)/PMQ Depositions* (ECF 742) at paragraph II (N)(7).

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorney of record that for each Defendant Group (Meta, TikTok/ByteDance, Snap and YouTube/Google) or Third-Party, documents will be marked sequentially within each deposition starting with Exhibit 1, and because of the number of depositions anticipated, the parties agree that there is no need to mark exhibits sequentially across depositions. Exhibits shall be marked at depositions as follows:

- For depositions of Plaintiffs' fact witnesses and for case-specific third-party witnesses (e.g., treating physicians): "[Plaintiff Last Name / School District / State], Witness Name[1], Exhibit Number". For example, "Doe-Jane Doe-1", 2, 3, etc. and "Doe-James Doe-1", 2, 3, etc.

- For depositions of Defendants' fact witnesses: "Defendant Group Name, Witness Last Name, Exhibit Number". For example, "Meta-Smith-1", 2, 3, 4, etc. and "TikTok-Smith-1", 2, 3 etc.

This Stipulation and Order Regarding Marking Deposition Exhibits ("Order") shall govern the conduct of fact as well as Fed. R. Civ. P. 30(b)(6)/PMQ depositions for all cases currently in MDL No. 3047 ("MDL") and hereafter added or transferred to MDL No. 3047, all cases currently in California JCCP No. 5255 ("JCCP") and hereafter added or transferred to JCCP No. 5255, and any deposition that is originally noticed in the MDL or JCCP and cross-noticed by parties in Related Actions.[2]

[SIGNATURE BLOCKS ON THE NEXT PAGE]

---

[1]     Where counsel is aware at the time of the deposition that there will be multiple deponents with the same last name in a specific case, counsel shall endeavor to mark exhibits with either each witness's full name or sufficient initials to distinguish the witnesses from one another.

[2] For purposes of this Order, "Related Actions" shall have the same meaning as in the *Stipulation and Order Governing Protocol for Fact Discovery and Rule 30(b)(6)/PMQ Depositions* (ECF 742).

1

1

2
Dated:  July 8, 2024

Respectfully submitted,

3
*/s/ Lexi J. Hazam*
LEXI J. HAZAM
Lieff Cabraser Heimann & Bernstein, LLP

4
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

5
Telephone: 415-956-1000
lhazam@lchb.com

6

7
PREVIN WARREN
Motley Rice LLC

8
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610

9
pwarren@motleyrice.com

10
Co-Lead Counsel

11
CHRISTOPHER A. SEEGER
Seeger Weiss, LLP

12
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660

13
Telephone: 973-639-9100
Facsimile: 973-679-8656

14
cseeger@seegerweiss.com

15
Counsel to Co-Lead Counsel and Settlement
Counsel

16

17
JENNIE LEE ANDERSON
Andrus Anderson, LLP

18
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400

19
jennie@andrusanderson.com

20
Liaison Counsel

21
JOSEPH G. VANZANDT
Beasley Allen Crow Methvin Portis & Miles, P.C.

22
234 Commerce Street
Montgomery, AL 36103

23
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

24

25
EMILY C. JEFFCOTT
Morgan & Morgan

26
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100

27
ejeffcott@forthepeople.com

28
Federal/State Liaison Counsel

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RON AUSTIN
Ron Austin Law
400 Manhattan Blvd.
Harvey, LA 70058
Telephone: (504) 227-8100
raustin@ronaustinlaw.com

MATTHEW BERGMAN
Social Media Victims Law Center
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
Watts Guerra LLP
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
Simmons Hanly Conroy, LLC
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

CARRIE GOLDBERG
C.A. Goldberg, PLLC
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TING MARY LIU
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502

3

Telephone: 510-698-9566
mliu@awkolaw.com

ANDRE MURA
Gibbs Law Group, LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

EMMIE PAULOS
Levin Papantonio Rafferty
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
DAVID FERNANDES
Baron & Budd, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
Walsh Law
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
Levin Sedran & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
Dicello Levitt
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
Hach & Rose LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

4

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
**Attorney General**
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata, Admitted *Pro Hac Vice*
Senior Assistant Attorney General
Lauren M. Dickey, Admitted *Pro Hac Vice*
First Assistant Attorney General
Megan Paris Rundlet, Admitted *Pro Hac Vice*
Senior Assistant Solicitor General
Elizabeth Orem, Admitted *Pro Hac Vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
**Attorney General**
State of California

*/s/ Megan O'Neill*
Nick A. Akers
Bernard Eskandari
Megan O'Neill
Joshua Olszewski-Jubelirer
Marissa Roy
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of*
*California*

5

RUSSELL COLEMAN
**Attorney General**
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis, Admitted P*ro Hac Vice*
Philip Heleringer Admitted P*ro Hac Vice* Gregory
B. Ladd Admitted P*ro Hac Vice*
Zachary Richards Admitted P*ro Hac Vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**COVINGTON & BURLING LLP**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings,
LLC; Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*
 andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
 amy.fiterman@faegredrinker.com

6

300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**KING & SPALDING LLP**
Geoffrey M. Drake, *pro hac vice*
  gdrake@kslaw.com
David Mattern, *pro hac vice*
  dmattern@kslaw.com
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance
Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**MUNGER, TOLLES & OLSEN LLP**

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler
Victoria A. Degtyareva
Laura M. Lopez
Rowley J. Rice
Ariel T. Teshuva
Faye Paul Teller
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: laura.lopez@mto.com
Email: rowley.rice@mto.com
Email: ariel.teshuva@mto.com
Email: faye.teller@mto.com

Lauren A. Bell (*pro hac vice*)
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
Matthew K. Donohue
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and*
*Google LLC*

**WILLIAMS & CONNOLLY LLP**

By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000
Fax: 202-434-5029
Email: jpetrosinelli@wc.com
Email: ahardin@wc.com

*Attorneys for Defendants YouTube, LLC and*
*Google LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

8

Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**IT IS SO ORDERED** that the foregoing Stipulation is approved.

DATED: July 8, 2024

_____
HONORABLE PETER H. KANG
United States District Court Magistrate Judge

STIPULATION AND [PROPOSED] ORDER REGARDING MARKING DEPOSITION EXHIBITS
CASE NO. 4:22-MD-03047-YGR

1

## **ATTESTATION**

2      I, Andrea R. Pierson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

3  concurrence to the filing of this document has been obtained from each signatory hereto.

4  Dated: July 8, 2024                    *s/ Andrea R. Pierson*
                                          Andrea R. Pierson
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28