# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | Honorable Peter H. Kang |
| | **OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 890, 891 (JOINT LETTER BRIEF RE: THE APPROPRIATE NUMBER OF CUSTODIANS AS TO SNAP INC.)** |

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendant Snap Inc. and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with their Joint Letter Brief Regarding The Appropriate Number of Custodians As To Snap Inc. (the "Joint Letter Brief") and its exhibit filed on May 23, 2024. ECF 890, 891.

The Parties have met and conferred regarding the proposed sealing designations. At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

Case No. 4:22-MD-03047-YGR

**UNDISPUTED REQUEST TO MAINTAIN A DOCUMENT UNDER SEAL**

| Dkt. No. | Description | Requested Action | Designating Party | Designating Party's Basis for Sealing | Previously Sealed? |
|---|---|---|---|---|---|
| 891-2 | Appendix A to Joint Letter Brief | Maintain under seal. | Snap | Appendix A to the Joint Letter Brief contains substantial personal identifying information for more than 50 current and former Snap employees who have been proposed as or designated to be document custodians in this case. Appendix A contains descriptive information—including direct quotes from the employees, job titles and descriptions, and other personal identifying information—that could reveal the private identities of Snap's employees. All this information is also presented in a single, accessible chart with explicit reference to the present litigation that may serve as a roadmap for potential bad actors to identify, doxx, harass, and threaten Snap's employees, as they have historically done to other defendants. *See* Dkt. No. 910-2 (declaration of YouTube). | No. |

OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER RE: SNAP'S CUSTODIANS

Case No. 4:22-MD-03047-YGR

| | | |
|---|---|---|
| 1 | Dated: July 9, 2024 | Respectfully submitted, |
| 2 | | */s/ Lexi J. Hazam* |
| | | LEXI J. HAZAM |
| 3 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 4 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-339 |
| 5 | | Telephone: 415-956-1000 |

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jenni@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

- 3 –

|   |   |
|---|---|
| 1 | Federal/State Liaison Counsel |
| 2 | MATTHEW BERGMAN |
|   | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 3 | 821 Second Avenue, Suite 2100 |
|   | Seattle, WA 98104 |
| 4 | Telephone: 206-741-4862 |
|   | matt@socialmediavictims.org |
| 5 |   |
|   | JAMES J. BILSBORROW |
| 6 | **WEITZ & LUXENBERG, PC** |
|   | 700 Broadway |
| 7 | New York, NY 10003 |
|   | Telephone: 212-558-5500 |
| 8 | Facsimile: 212-344-5461 |
|   | jbilsborrow@weitzlux.com |
| 9 |   |
|   | PAIGE BOLDT |
| 10 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 11 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 12 | PBoldt@WattsGuerra.com |
| 13 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 14 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 15 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 16 |   |
| 17 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 18 | 112 Madison Ave, 7th Floor |
|   | New York, NY 10016 |
|   | Telephone: 917-882-5522 |
| 19 | jconroy@simmonsfirm.com |
| 20 | SARAH EMERY |
|   | **HENDY JOHNSON VAUGHN EMERY,** |
| 21 | **PSC** |
|   | 2380 Grandview Drive |
| 22 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 23 | semery@justicestartshere.com |
| 24 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 25 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 26 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 27 |   |
| 28 |   |

- 4 –

|   |   |
|---|---|
| 1 | RONALD E. JOHNSON, JR. |
| 2 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 600 West Main Street, Suite 100 |
| 3 | Louisville, KY 40202 |
|   | Telephone: 859-578-4444 |
| 4 | rjohnson@justicestartshere.com |
| 5 | SIN-TING MARY LIU |
|   | **AYLSTOCK WITKIN KREIS &** |
| 6 | **OVERHOLTZ, PLLC** |
|   | 17 East Main Street, Suite 200 |
| 7 | Pensacola, FL 32502 |
|   | Telephone: 510-698-9566 |
| 8 | mliu@awkolaw.com |
| 9 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 10 | 31 Hudson Yards, 11th floor |
|   | New York, NY 10001-2170 |
| 11 | Telephone: 212-372-3030 |
|   | jamesmarsh@marshlaw.com |
| 12 |   |
|   | ANDRE MURA |
| 13 | **GIBBS LAW GROUP, LLP** |
|   | 1111 Broadway, Suite 2100 |
| 14 | Oakland, CA 94607 |
|   | Telephone: 510-350-9717 |
| 15 | amm@classlawgroup.com |
| 16 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 17 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 18 | Telephone: 212.213.8311 |
|   | hnappi@hrsclaw.com |
| 19 |   |
|   | EMMIE PAULOS |
| 20 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 South Baylen Street, Suite 600 |
| 21 | Pensacola, FL 32502 |
|   | Telephone: 850-435-7107 |
| 22 | epaulos@levinlaw.com |
| 23 | RUTH THI RIZKALLA |
|   | **THE CARLSON LAW FIRM, P.C.** |
| 24 | 1500 Rosecrans Ave., Ste. 500 |
|   | Manhattan Beach, CA 90266 |
| 25 | Telephone: 415-308-1915 |
|   | rrizkalla@carlsonattorneys.com |
| 26 |   |
|   | ROLAND TELLIS |
| 27 | DAVID FERNANDES |
|   | **BARON & BUDD, P.C.** |
| 28 |   |

- 5 –

| | |
|---|---|
| 1 | 15910 Ventura Boulevard, Suite 1600 |
| 2 | Encino, CA 91436<br>Telephone: (818) 839-2333 |
| 3 | Facsimile: (818) 986-9698<br>rtellis@baronbudd.com |
| 4 | dfernandes@baronbudd.com |
| 5 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 6 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 7 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 8 | MICHAEL M. WEINKOWITZ |
| 9 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street |
| 10 | Suite 500<br>Philadelphia, PA 19106 |
| 11 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |
| 12 | MELISSA YEATES |
| 13 | JOSEPH H. MELTZER<br>**KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 14 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 15 | Telephone: 610-667-7706<br>myeates@ktmc.com |
| 16 | jmeltzer@ktmc.com |
| 17 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT** |
| 18 | 505 20th St North<br>Suite 1500 |
| 19 | Birmingham, Alabama 35203<br>Telephone: 205.855.5700 |
| 20 | fu@dicellolevitt.com |
| 21 | Attorneys for Plaintiffs |
| 22 | |
| 23 | */s/ Jonathan H. Blavin*<br>Jonathan H. Blavin (SBN 230269) |
| 24 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 25 | San Francisco, CA 94105-3089<br>Telephone: (415) 512-4000 |
| 26 | Facsimile: (415) 512-4077<br>Email: jonathan.blavin@mto.com |
| 27 | Rose L. Ehler (SBN 29652) |
| 28 | Victoria A. Degtyareva (SBN 284199) |

- 6 –

OMNIBUS SEALING STIPULATION AND [PROPOSED]          Case No. 4:22-MD-03047-YGR
ORDER RE: SNAP'S CUSTODIANS

|   |   |
|---|---|
| 1 | Ariel T. Teshuva (SBN 324238) |
| 2 | MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor |
| 3 | Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100 |
| 4 | Facsimile: (213) 687-3702<br>Email: rose.ehler@mto.com |
| 5 | Email: victoria.degtyareva@mto.com<br>Email: Ariel.Teshuva@mto.com |
| 6 | Lauren A. Bell (*pro hac vice*) |
| 7 | MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave., NW St., |
| 8 | Suite 500 E<br>Washington, D.C. 20001-5369 |
| 9 | Telephone: (202) 220-1100<br>Facsimile: (202) 220-2300 |
| 10 | Email: lauren.bell@mto.com |
| 11 | *Attorneys for Defendant Snap Inc.* |

- 7 –

OMNIBUS SEALING STIPULATION AND [PROPOSED]     Case No. 4:22-MD-03047-YGR
ORDER RE: SNAP'S CUSTODIANS

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 9, 2024

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin

- 8 –

OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER RE: SNAP'S CUSTODIANS

Case No. 4:22-MD-03047-YGR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | Honorable Peter H. Kang |
| | **OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 890, 891 (JOINT LETTER BRIEF RE: THE APPROPRIATE NUMBER OF CUSTODIANS AS TO SNAP INC.)** |

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the following documents related to the Joint Letter Brief Regarding The Appropriate Number of Custodians As To Snap Inc.

OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER RE: SNAP'S CUSTODIANS

Case No. 4:22-MD-03047-YGR

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 891-2 | Appendix A to Joint Letter Brief Regarding the Appropriate Number of Custodians As To Snap Inc. | Seal in entirety. | Granted _____ <br> Denied _____ |

**IT IS SO ORDERED.**

DATED: _____   _____

                                        HONORABLE PETER H. KANG
                                        UNITED STATES MAGISTRATE JUDGE