1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,

This Document Relates to:

ALL ACTIONS

Case No. 4:22-MD-03047-YGR

MDL No. 3047

Honorable Yvonne Gonzalez Rogers

Honorable Peter H. Kang

**OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 890, 891 (JOINT LETTER BRIEF RE: THE APPROPRIATE NUMBER OF CUSTODIANS AS TO SNAP INC.)**

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendant Snap Inc. and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with their Joint Letter Brief Regarding The Appropriate Number of Custodians As To Snap Inc. (the "Joint Letter Brief") and its exhibit filed on May 23, 2024. ECF 890, 891.

The Parties have met and conferred regarding the proposed sealing designations. At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

**UNDISPUTED REQUEST TO MAINTAIN A DOCUMENT UNDER SEAL**

| Dkt. No. | Description | Requested Action | Designating Party | Designating Party's Basis for Sealing | Previously Sealed? |
|---|---|---|---|---|---|
| 891-2 | Appendix A to Joint Letter Brief | Maintain under seal. | Snap | Appendix A to the Joint Letter Brief contains substantial personal identifying information for more than 50 current and former Snap employees who have been proposed as or designated to be document custodians in this case. Appendix A contains descriptive information—including direct quotes from the employees, job titles and descriptions, and other personal identifying information—that could reveal the private identities of Snap's employees. All this information is also presented in a single, accessible chart with explicit reference to the present litigation that may serve as a roadmap for potential bad actors to identify, doxx, harass, and threaten Snap's employees, as they have historically done to other defendants. *See* Dkt. No. 910-2 (declaration of YouTube). | No. |

- 2 –

1   Dated: July 9, 2024                    Respectfully submitted,

2                                          */s/ Lexi J. Hazam*
                                          LEXI J. HAZAM
3                                          **LIEFF CABRASER HEIMANN &**
                                          **BERNSTEIN, LLP**
4                                          275 Battery Street, 29th Floor
                                          San Francisco, CA 94111-339
5                                          Telephone: 415-956-1000

6                                          PREVIN WARREN
                                          **MOTLEY RICE LLC**
7                                          401 9th Street NW Suite 630
                                          Washington DC 20004
8                                          Telephone: 202-386-9610
                                          pwarren@motleyrice.com

9
                                          Co-Lead Counsel
10

11                                         CHRISTOPHER A. SEEGER
                                          **SEEGER WEISS, LLP**
12                                         55 Challenger Road, 6th floor
                                          Ridgefield Park, NJ 07660
13                                         Telephone: 973-639-9100
                                          Facsimile: 973-679-8656
14                                         cseeger@seegerweiss.com

15                                         Counsel to Co-Lead Counsel and Settlement
                                          Counsel
16

17                                         JENNIE LEE ANDERSON
                                          **ANDRUS ANDERSON, LLP**
18                                         155 Montgomery Street, Suite 900
                                          San Francisco, CA 94104
19                                         Telephone: 415-986-1400
                                          jenni@andrusanderson.com

20
                                          Liaison Counsel
21

22                                         JOSEPH G. VANZANDT
                                          **BEASLEY ALLEN CROW METHVIN**
23                                         **PORTIS & MILES, P.C.**
                                          234 Commerce Street
24                                         Montgomery, AL 36103
                                          Telephone: 334-269-2343
25                                         joseph.vanzandt@beasleyallen.com

26                                         EMILY C. JEFFCOTT
                                          **MORGAN & MORGAN**
27                                         220 W. Garden Street, 9th Floor
                                          Pensacola, FL 32502
28                                         Telephone: 850-316-9100
                                          ejeffcott@forthepeople.com

                            – 3 –

1        Federal/State Liaison Counsel

2        MATTHEW BERGMAN
         **SOCIAL MEDIA VICTIMS LAW CENTER**
3        821 Second Avenue, Suite 2100
         Seattle, WA 98104
4        Telephone: 206-741-4862
         matt@socialmediavictims.org
5
         JAMES J. BILSBORROW
6        **WEITZ & LUXENBERG, PC**
         700 Broadway
7        New York, NY 10003
         Telephone: 212-558-5500
8        Facsimile: 212-344-5461
         jbilsborrow@weitzlux.com
9
         PAIGE BOLDT
10       **WATTS GUERRA LLP**
         4 Dominion Drive, Bldg. 3, Suite 100
11       San Antonio, TX 78257
         Telephone: 210-448-0500
12       PBoldt@WattsGuerra.com

13       THOMAS P. CARTMELL
         **WAGSTAFF & CARTMELL LLP**
14       4740 Grand Avenue, Suite 300
         Kansas City, MO 64112
15       Telephone: 816-701 1100
         tcartmell@wcllp.com
16
         JAYNE CONROY
17       **SIMMONS HANLY CONROY, LLC**
         112 Madison Ave, 7th Floor
18       New York, NY 10016
         Telephone: 917-882-5522
19       jconroy@simmonsfirm.com

20       SARAH EMERY
         **HENDY JOHNSON VAUGHN EMERY,**
21       **PSC**
         2380 Grandview Drive
22       Ft. Mitchell, KY 41017
         Telephone: 888-606-5297
23       semery@justicestartshere.com

24       CARRIE GOLDBERG
         **C.A. GOLDBERG, PLLC**
25       16 Court St.
         Brooklyn, NY 11241
26       Telephone: (646) 666-8908
         carrie@cagoldberglaw.com
27

28

– 4 –

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY,**
**PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

- 5 –

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Attorneys for Plaintiffs


*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

– 6 –

1      Ariel T. Teshuva (SBN 324238)
        MUNGER, TOLLES & OLSON LLP
2      350 South Grand Avenue, 50th Floor
        Los Angeles, CA 90071-3426
3      Telephone: (213) 683-9100
        Facsimile: (213) 687-3702
4      Email: rose.ehler@mto.com
        Email: victoria.degtyareva@mto.com
5      Email: Ariel.Teshuva@mto.com

6      Lauren A. Bell (*pro hac vice*)
        MUNGER, TOLLES & OLSON LLP
7      601 Massachusetts Ave., NW St.,
        Suite 500 E
8      Washington, D.C. 20001-5369
        Telephone: (202) 220-1100
9      Facsimile: (202) 220-2300
        Email: lauren.bell@mto.com

10

11      *Attorneys for Defendant Snap Inc.*

- 7 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 9, 2024

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin

- 8 –

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | Honorable Peter H. Kang |
| | **OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 890, 891 (JOINT LETTER BRIEF RE: THE APPROPRIATE NUMBER OF CUSTODIANS AS TO SNAP INC.)** |

    Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the following documents related to the Joint Letter Brief Regarding The Appropriate Number of Custodians As To Snap Inc.

– 9 –

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 891-2 | Appendix A to Joint Letter Brief Regarding the Appropriate Number of Custodians As To Snap Inc. | Seal in entirety. | Granted ___X___ <br> Denied _____ |

**IT IS SO ORDERED.**

DATED: July 10, 2024

_____

HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

- 10 –