Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
*jennie@andrusanderson.com*
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*A.U. and M.U. v. Meta Platforms, Inc., et al.*, 4:24-cv-03231<br><br>*C.A. and C.J. v. Meta Platforms, Inc., et al.*, 4:24-cv-03234<br><br>*D.Z. and K.Z. v. Meta Platforms, Inc., et al.*, 4:24-cv-03232<br><br>*Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.*, 4:24-cv-02924<br><br>*S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.*, 4:24-cv-01989<br><br>*Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-03235<br><br>*S.G. and L.P. v. Snap, Inc., et al.*, 4:24-cv-03233<br><br>*M.H. and A.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-03831 | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1                                    Case No. 4:22-md-03047-YGR
Declaration of Jennie Lee Anderson ISO Administration Motion to File Under Seal

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Tenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative Motion to Seal").

3. For the reasons set forth in Plaintiffs' administrative motion to seal filed on February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Tenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

4. True and correct copies of the following Exhibits to the Anderson Declaration are as follows and attached hereto:

- *A.U. and M.U. v. Meta Platforms, Inc., et al.*, 4:24-cv-03231 (Exhibit 1);
- *C.A. and C.J. v. Meta Platforms, Inc., et al.*, 4:24-cv-03234 (Exhibit 2);
- *D.Z. and K.Z. v. Meta Platforms, Inc., et al.*, 4:24-cv-03232 (Exhibit 3);
- *Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.*, 4:24-cv-02924 (Exhibit 4);
- *S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.*, 4:24-cv-01989 (Exhibit 5);
- *Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-03235 (Exhibit 6);

- *S.G. and L.P. v. Snap, Inc., et al.,* 4:24-cv-03233 (Exhibit 7); and

- *M.H. and A.H. v. Meta Platforms, Inc., et al.,* 4:24-cv-03831 (Exhibit 8).

5. Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a standing stipulation that the individual applications seeking appointment of guardians *ad litem* in this litigation may be filed under seal. Defendants also confirmed that, in so stipulating, Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: July 11, 2024              Respectfully submitted,

/s/Jennie Lee Anderson
Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:     (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*