Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:     (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |

This Document Relates to:

*A.U. and M.U. v. Meta Platforms, Inc., et al.,*
4:24-cv-03231

*C.A. and C.J. v. Meta Platforms, Inc., et al.,*
4:24-cv-03234

*D.Z. and K.Z. v. Meta Platforms, Inc., et al.,*
4:24-cv-03232

*Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.,* 4:24-cv-02924

*S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.,* 4:24-cv-01989

*Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.,* 4:24-cv-03235

*S.G. and L.P. v. Snap, Inc., et al.,* 4:24-cv-03233

*M.H. and A.H. v. Meta Platforms, Inc., et al.,*
4:24-cv-03831

**EXHIBITS 1-8 TO DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TENTH *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM**

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 6

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

# EXHIBIT 8

21
22
23
24
25
26
27
28

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application

# EXHIBIT FILED UNDER SEAL

Exhibits 1-8 to Declaration of Jennie Lee Anderson ISO Plaintiffs' Tenth Ex Parte Application