# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] USER DATA CONSENT ORDER** |

The parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court enter this User Data Consent Order to govern production of User Data by Defendants in personal injury cases coordinated in this MDL. The parties declare in support of this request:

1. Personal injury Plaintiffs in this MDL bring claims related to their use of Defendants' platforms (Facebook, Instagram, Snapchat, TikTok, and YouTube).

2. Personal injury Plaintiffs have requested and expect to further request production of various categories of user-specific data, including the contents of accounts that Plaintiffs identify and confirm belong to them.

3. The Court has previously ordered a process by which personal injury Plaintiffs submit to each Defendant a Plaintiff User Account Preservation Form that contains identifying information that the Defendant may use to assist in efforts to identify and preserve a Plaintiff's User Accounts; the Defendant in turn submits to Plaintiff a User Account Identification Form containing certain basic subscriber information about user accounts that the Defendant has reason to believe are or were registered to the Plaintiff based on the Defendant's reasonable investigation in this action; then, personal injury Plaintiffs submit a signed Plaintiff User Account Confirmation and Consent Form that confirms whether the User Accounts identified

by the Defendant in the User Account Identification Form are registered to the personal injury Plaintiff.  *See* User Account Information Order, Dkt. No. 616 (January 29, 2024).

4. Defendants submit that they are providers subject to the Stored Communications Act, 18 U.S.C. §§ 2701, et seq., and as such are not permitted to knowingly divulge the contents of users' communications except under the circumstances enumerated in 18 U.S.C. § 2702(b), including where the provider has obtained "the lawful consent of the originator or an addressee or intended recipient of such communication."  18 U.S.C. § 2702(b)(3).

5. Whether the Stored Communication Act applies to the instant proceedings is a disputed issue that this Order does not address.

6. To the extent the Stored Communications Act applies, Defendants' production of certain of the user-specific data described above would require Defendants to divulge the contents of users' communications.

7. The Court hereby FINDS that by filing litigation against Defendants related to personal injury Plaintiffs' use of Defendants' platforms, and by identifying user accounts through the process described in Paragraph 3 of this Order, personal injury Plaintiffs have lawfully consented to disclosure of their communications relating to litigation of this proceeding, including but not limited to disclosure to Plaintiffs' counsel, Plaintiffs' co-lead counsel and their designee, Defendants, Defendants' counsel, and the court.

8. For purposes of this Order, the word "Defendants" means only the Defendants named in the case brought by the plaintiff user or person suing on the user's behalf.  Any intentional disclosure to a Defendant in the MDL or that Defendant's counsel who is not named in the case brought by the plaintiff user or person suing on the user's behalf is beyond the scope of this Order.

[PROPOSED] USER DATA CONSENT ORDER
CASE NO. 4:22-MD-03047-YGR

9. Defendants' disclosure of user data relating to the personal injury Plaintiffs in this case is a disclosure compelled by this Order, on which Defendants rely in good faith.

10. In the event a Defendant produces user data, and a Defendant, the receiving Plaintiff, or their respective counsel subsequently determines the account was mistakenly believed to be and/or confirmed as having been registered to the Plaintiff, within two business days: (a) counsel shall notify the respective Defendant's or Plaintiff's counsel and identify the specific account at issue; and, within five business days, (b) the receiving Plaintiff shall permanently delete all copies of user data relating to such account in the possession of Plaintiff and their counsel, including materials derived therefrom, and direct any third party to whom they have provided the information to do the same. This Order is not intended to, and does not, resolve any party's objection to production, relevance, authenticity, or admissibility of user data requested or produced in this matter, except as explicitly set forth herein.  The parties reserve all such objections.

**IT IS SO ORDERED** that the foregoing Stipulation is approved.


Dated: _____                    _____
                                 YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: July 12, 2024 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | By: _____*/s/ Stephanie Schuster*_____ |
| | Stephanie Schuster |
| | Stephanie Schuster (*pro hac vice*) |
| | 1111 Pennsylvania Avenue NW NW Washington, DC 20004-2541 Tel.: 202.373.6595 |
| | Email: stephanie.schuster@morganlewis.com |
| | Yardena R. Zwang-Weissman, SBN 247111 |
| | 300 South Grand Avenue, 22nd Floor |
| | Los Angeles, CA 90071-3132 |
| | Tel.: 213.612.7238 |
| | Brian Ercole (*pro hac vice*) |
| | 600 Brickell Avenue, Suite 1600 Miami, FL 33131-3075 Tel.: 305.415.3416 |
| | Email: brian.ercole@morganlewis.com |
| | *Attorneys for Defendants YouTube, LLC, Google LLC* |
| Dated: July 12, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | By: _____*/s/ Tarifa B. Laddon*_____ |
| | Tarifa B. Laddon |
| | TARIFA B. LADDON, SBN 240419 |
| | tarifa.laddon@faegredrinker.com |
| | DAVID P. KOLLER, SBN 328633 |
| | david.koller@faegredrinker.com |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1800 Century Park East, Suite 1500 |
| | Los Angeles, CA 90067 |
| | Tel.: 310-203-4000 |
| | ANDREA R. PIERSON, (*Pro Hac Vice*) |
| | andrea.pierson@faegredrinker.com |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| | Tel: 317-237-1424 |
| | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |

4

Dated: July 12, 2024                     **COVINGTON & BURLING LLP**

                                         By: _____/s/ Ashley M. Simonsen_____
                                                 Ashley M. Simonsen

                                         ASHLEY M. SIMONSEN, SBN 275203
                                         asimonsen@cov.com
                                         COVINGTON & BURLING LLP
                                         1999 Avenue of the Stars
                                         Los Angeles, CA 90067
                                         Tel.: 424-332-4800

                                         EMILY JOHNSON HENN, SBN 269482
                                         ehenn@cov.com
                                         COVINGTON & BURLING LLP
                                         3000 El Camino Real
                                         5 Palo Alto Square, 10th Floor
                                         Palo Alto, CA 94306
                                         Tel.: 650-632-4700

                                         MARK W. MOSIER, (*Pro Hac Vice*)
                                         mmosier@cov.com
                                         PHYLLIS A. JONES, (*Pro Hac Vice*
                                         *Forthcoming*)
                                         pajones@cov.com
                                         PAUL W. SCHMIDT, (*Pro Hac Vice*)
                                         pschmidt@cov.com
                                         MICHAEL X. IMBROSCIO, (*Pro Hac Vice*)
                                         mimbroscio@cov.com
                                         COVINGTON & BURLING LLP
                                         One City Center
                                         850 Tenth Street, NW
                                         Washington, DC 20001-4956
                                         Tel.: 202-662-6000

                                         *Attorneys for Defendants Meta Platforms, Inc.*
                                         *f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
                                         *Facebook Operations, LLC, Facebook Payments,*
                                         *Inc., Facebook Technologies, LLC, Instagram,*
                                         *LLC; and Siculus, Inc.*

Dated: July 12, 2024                     **MUNGER, TOLLES & OLSON LLP**

                                         By: _____/s/ Jonathan H. Blavin_____
                                                 Jonathan H. Blavin

                                         JONATHAN H. BLAVIN, SBN 230269
                                         jonathan.blavin@mto.com

5

MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Tel.: 415-512-4000

ROSE L. EHLER, SBN 29652
Rose.Ehler@mto.com
VICTORIA A. DEGTYAREVA, SBN 284199
Victoria.Degtyareva@mto.com
ARIEL T. TESHUVA, SBN 324238
Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel.: 213-683-9100

LAUREN A. BELL, (*Pro Hac Vice*)
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.
Suite 500 E
Washington, D.C. 20001-5369
Tel.: 202-220-1100

*Attorneys for Defendant Snap Inc.*

DATED:  July 12, 2024                    By:  */s/ Lexi J. Hazam*
                                         LEXI J. HAZAM
                                         **LIEFF CABRASER HEIMANN &
                                         BERNSTEIN, LLP**
                                         275 BATTERY STREET, 29TH FLOOR
                                         SAN FRANCISCO, CA 94111-3339
                                         Telephone: 415-956-1000
                                         lhazam@lchb.com

                                         PREVIN WARREN
                                         **MOTLEY RICE LLC**
                                         401 9th Street NW Suite 630
                                         Washington DC 20004
                                         Telephone: 202-386-9610
                                         pwarren@motleyrice.com

                                         Co-Lead Counsel

6

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500

7

jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL

8

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

9

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

10

**ATTESTATIONS**

I, Stephanie Schuster, hereby attest, pursuant to N.D. Cal Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 12, 2024

/s/ Stephanie Schuster
Stephanie Schuster

[PROPOSED] USER DATA CONSENT ORDER
CASE NO. 4:22-MD-03047-YGR