AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION )<br>*Plaintiff* )<br>v. )   Case No. 4:22-md-03047-YGR<br>)<br>*Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut.

Date:   07/15/2024

*Tess Shaw*   Digitally signed by Tess Shaw
Date: 2024.07.15 10:23:12 -04'00'

*Attorney's signature*

Tess Shaw (ct31686)
*Printed name and bar number*

Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

*Address*

Tess.Shaw@ct.gov
*E-mail address*

(860) 808-5597
*Telephone number*

(860) 808-5597
*FAX number*