MATTHEW E. DEPAZ
mdepaz@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
|  | Judge Yvonne Gonzalez Rogers |
|  | **NOTICE OF APPEARANCE OF MATTHEW E. DEPAZ** |
| ALL ACTIONS |  |

# NOTICE OF APPEARANCE OF MATTHEW E. DEPAZ AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Matthew E. DePaz of the law firm Shook, Hardy & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-2613, telephone number (816) 474-6550, facsimile number (816) 421-5547, email address mdepaz@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. DePaz hereby requests to be added to the docket and the electronic service list in this matter.

Dated: July 16, 2024    SHOOK, HARDY & BACON L.L.P.

By: */s/Matthew E. DePaz*
    Matthew E. DePaz

Attorneys for Defendants
Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg