UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** July 12, 2024  **Time:** 1 hour 29 minutes  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-md-03047-YGR  **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Attorney for Plaintiff:** Jennie Lee Anderson (Liaison Counsel)

**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco   **Reported by:** Raynee Mercado

PROCEEDINGS

Further Case Management Conference  -  Held.

The Court heard argument on defendant Mark Zuckerberg's motion to dismiss certain personal injury plaintiffs' corporate-officer liability claims.  (Dkt. No. 833.)

The Court heard argument on motions to amend short-form complaints to add Google and YouTube as defendants in seven personal injury cases.  Plaintiffs' motions for leave to amend are **GRANTED** in *Copelton* (No. 22-cv-6165), *Murden* (No. 22-cv-5889), *Naber* (No. 22-cv-6832), and *Smith* (No. 22-cv-6138); and **DENIED** in *Clevenger* (No. 22-cv-6457), *Craig* (No. 22-cv-5890), and *Melton* (No. 22-cv-6627).

The Court discussed the parties' proposal of a protocol for withdrawal of counsel in cases where plaintiff's counsel has been unable to make contact with their client.

The Court had further discussion on the personal injury plaintiffs' position with respect to the availability of loss of consortium claims under certain states' laws.

The Court **SETS** further case management conferences for September 13, 2024, October 25, 2024, November 22, 2024, and December 10, 2024, each at 9:00 a.m.

The Court **SETS** argument on Meta's motion to dismiss the Florida Attorney General Amended Complaint (No. 22-md-3047, Dkt. No. 950; No. 23-cv-05885, Dkt. No. 30) for September 13, 2024.

The case is continued to August 9, 2024, at 8:30 a.m. for Further Case Management Conference.

Written order to issue.