Social Media MDL
Case No.: 22-md-3047-YGR     July 12, 2024

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson | Andrus Anderson LLP | *signed* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Kelly K. McNabb | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Gabriel A. Panek | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Mathew Jasinski | Motley Rice, LLC | *signed* |
| Abigail Burman | Motley Rice, LLC | *signed* |
| Previn Warren | Motley Rice, LLC | *signed* |
| Jessica Carroll | Motley Rice, LLC | *signed* |
| ~~Riley Breakell~~ | ~~Motley Rice, LLC~~ | |
| Joseph VanZandt | Beasley Allen Law Firm | *signed* |
| Tyler S. Graden | Kessler Topaz Meltzer & Check, LLP | *signed* |
| ~~Michael Weinkowitz~~ | ~~Levin Sedran & Berman LLP~~ | |
| Beth Orem | Assistant Attorney General, Colorado | EO |
| Verna Pradaxay | Deputy Attorney General (NJ) | *signed* |
| Daniel Keiser | Assistant Attorney General, Office of the Kentucky Attorney Genera | *signed* |
| ~~Joshua Olszewski-Jubelirer~~ | ~~Deputy Attorney General (CA)~~ | |
| Megan O'Neill | Deputy Attorney General (CA) | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR   July 12, 2024

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen | Covington & Burling | [signature] |
| Paul Schmidt | Covington & Burling | Paul Schmidt |
| Tim Hester | Covington & Burling | Timothy G. Hester |
| Jonathan Blavin | Munger, Tolles & Olson | [signature] |
| Geoffrey Drake | King & Spalding | [signature] |
| Andrea Pierson | Faegre Drinker Biddle & Reath | Pierson |
| Brian Ercole | Morgan, Lewis | [signature] |
| Lauren Gallo White | Wilson Sonsini Goodrich and Rosati, PC | [signature] |
| Bailey Langner | King + Spalding | [signature] |
| Andre Mura | Gibbs Law Group | [signature] |