*Parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047<br>MDL No. 3047<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL** |

The Personal Injury Plaintiffs ("PI Plaintiffs") and Defendants (collectively with Plaintiffs, the "Parties"), hereby submit the following Stipulation and [Proposed] Order Regarding Withdrawal of Counsel.

WHEREAS, PI Plaintiffs have informed the Court and Defendants that counsel for certain personal injury plaintiffs have been unable to make contact with their clients. In some but not all of these cases, counsel for the unresponsive plaintiffs have indicated that they intend to move to withdraw.

WHEREAS, the PI Plaintiffs and Defendants agree that where a plaintiff is unresponsive to counsel, counsel should be permitted to withdraw and the plaintiff's claims should be dismissed for failure to prosecute if the plaintiff, having received adequate notice, does not re-engage and advise the Court of a desire to proceed. The PI Plaintiffs and Defendants propose

below a protocol for handling attorney withdrawal and dismissal under Rule 41(b) in these circumstances.

WHEREAS, under Civil Local Rule 11-5, counsel may withdraw from representation only with the Court's permission. The Court has discretion to determine whether a request to withdraw is made with good cause. In exercising this discretion, it applies California Rule of Professional Conduct 1.16(b), which lists factors warranting permissive withdrawal of counsel. Under the Rule, withdrawal is permissible where the client's conduct "renders it unreasonably difficult for the lawyer to carry out the representation effectively." Cal. Rule of Prof'l Conduct 1.16(b)(4).

WHEREAS, it is unreasonably difficult for a personal injury plaintiff's counsel to carry out the representation in this MDL if the plaintiff fails or refuses to communicate with counsel. See *Tikotzky v. Remax Real Pros*, 2020 WL 13281523, at *1 (C.D. Cal. Oct. 13, 2020); *Connally v. Cafe*, 2016 WL 1697937, at *2 (N.D. Cal. Apr. 28, 2016); *Ortiz v. Freitas*, 2015 WL 3826151, at *2 (N.D. Cal. June 18, 2015) ("Mr. Ortiz's failure to maintain regular contact with his counsel and cooperate in moving the litigation forward constitutes good cause for withdrawal."). Where both the Court and counsel have provided explicit written notice, permitting withdrawal does not cause harm to the administration of justice and will advance, rather than delay, the ultimate resolution of the plaintiff's case. See *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prod. Liab. Litig.*, 2019 WL 13268604, at *1 (N.D. Cal. Aug. 30, 2019). This may be so even if the client does not consent to the withdrawal. *Robinson v. Delgado*, 2010 WL 3259384, at *2 (N.D. Cal. Aug. 18, 2010) (noting that the "consent of the client is not dispositive").

WHEREAS, Federal Rule of Civil Procedure 41(b) provides for the involuntary dismissal of an action when "the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b). "District courts have the inherent power to control their dockets and, '[i]n the exercise of that power they may impose sanctions including, where appropriate, . . . dismissal of a case.'" *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (citation omitted). The need for vigilance in maintaining control over the Court's docket and promoting efficient conduct of

the litigation is more acute, and the Court's discretion is accordingly greater, in the context of multidistrict litigation. *In re Phenylpropanolamine (PPA) Prods. Liability Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006); see also *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 867 (8th Cir. 2007) (noting that "MDL courts must be given greater discretion to organize, coordinate and adjudicate its proceedings, including the dismissal of cases for failure to comply with its orders"). The Court has the power to dismiss an action sua sponte for failure to prosecute. *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984).

WHEREAS, when determining whether to dismiss an action for failure to prosecute, courts weigh five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *In re PPA*, 460 F.3d at 1226 (citation omitted). Taking these factors into consideration, several courts in the Ninth Circuit have ruled that a plaintiff who fails or refuses to communicate with their attorneys should at least be required to show cause why their case should not be dismissed. See *Williams v. County of Fresno*, 2022 WL 209327 (E.D. Cal. Mar. 3, 2022) (recommending dismissal)[1]; *McConnell v. United States*, 2021 WL 4818946 (N.D. Cal. Oct. 15, 2021) (ordering the plaintiff to show cause).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:

1. If counsel for any personal injury plaintiff has lost the ability to communicate effectively with that plaintiff, counsel should move the Court for permission to withdraw pursuant to Civil Local Rule 11-5. In so moving, Plaintiff's counsel must document that his or her client has repeatedly failed to respond to counsel's communications in a manner consistent with counsel's confidentiality obligations.

---

[1] *Findings and recommendations adopted,* 2022 WL 624567 (E.D. Cal. Mar. 3, 2022).

2. The Court will then enter a show-cause order (attached hereto as Exhibit A) directing the plaintiff to advise the court in writing within **thirty-five (35) days** whether he or she intends to proceed with the case, either through current counsel, with substitute counsel, or without counsel.  The order will advise the plaintiff that if the plaintiff responds to the Court that he or she no longer desires to proceed with the case, or if the plaintiff fails to respond within the time provided, the plaintiff's claims will be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

3. Simultaneous with any motion to withdraw, the plaintiff's counsel must send to the plaintiff, by any means available, written notice that counsel has sought the Court's permission to withdraw because of the failure to communicate.

4. Plaintiff's counsel shall mail the Court's show-cause order to the plaintiff at the plaintiff's home address.  The plaintiff's counsel shall be required to make diligent continued efforts to contact the plaintiff during the 35-day notice period.  The plaintiff's counsel shall promptly inform the Court if it succeeds in re-establishing communication with the plaintiff during the 35-day notice period.

5. If the plaintiff timely responds to the show-cause order, the Court shall exercise its discretion in determining whether to permit counsel's withdrawal.

6. If the plaintiff timely responds to the show-cause order and states that he or she no longer wishes to proceed with the case, or if the plaintiff fails to respond to the show-cause order, the Court shall enter an order permitting counsel's withdrawal, and shall separately enter an order dismissing the plaintiff's claims.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  July 21, 2024

By: /s/ Lexi J. Hazam

LEXI J. HAZAM

**LIEFF CABRASER HEIMANN &**

```
 1                          BERNSTEIN, LLP
                            275 BATTERY STREET, 29TH FLOOR
 2                          SAN FRANCISCO, CA 94111-3339
                            Telephone: 415-956-1000
 3                          lhazam@lchb.com
 4                          PREVIN WARREN
                            MOTLEY RICE LLC
 5                          401 9th Street NW Suite 630
                            Washington DC 20004
 6                          Telephone: 202-386-9610
 7                          pwarren@motleyrice.com

 8                          Co-Lead Counsel

 9                          CHRISTOPHER A. SEEGER
                            SEEGER WEISS, LLP
10                          55 CHALLENGER ROAD, 6TH FLOOR
                            RIDGEFIELD PARK, NJ 07660
11                          Telephone: 973-639-9100
                            cseeger@seegerweiss.com
12
13                          Counsel to Co-Lead Counsel

14                          JENNIE LEE ANDERSON
                            ANDRUS ANDERSON, LLP
15                          155 MONTGOMERY STREET, SUITE 900
                            SAN FRANCISCO, CA 94104
16                          Telephone: 415-986-1400
17                          jennie@andrusanderson.com

18                          Liaison Counsel

19                          EMILY C. JEFFCOTT
                            MORGAN & MORGAN
20                          633 WEST FIFTH STREET, SUITE 2652
                            LOS ANGELES, CA 90071
21                          Telephone: 213-787-8590
22                          ejeffcott@forthepeople.com

23                          JOSEPH VANZANDT
24                          BEASLEY ALLEN
                            234 COMMERCE STREET
25                          MONTGOMERY, LA 36103
                            Telephone: 334-269-2343
26                          joseph.vanzandt@beasleyallen.com

27                          Federal/State Liaisons
28                                    -5-
```

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

|   |   |
|---|---|
| 1 | |
| 2 | MATTHEW BERGMAN |
|   | GLENN DRAPER |
| 3 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 4 | SEATTLE, WA 98104 |
|   | Telephone: 206-741-4862 |
| 5 | matt@socialmediavictims.org |
|   | glenn@socialmediavictims.org |
| 6 | |
| 7 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 8 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 9 | Telephone: 212-558-5500 |
|   | jbilsborrow@weitzlux.com |
| 10 | |
| 11 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 12 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 13 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |
| 14 | |
| 15 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 16 | 1111 BROADWAY, SUITE 2100 |
|   | OAKLAND, CA 94607 |
| 17 | Telephone: 510-350-9717 |
|   | amm@classlawgroup.com |
| 18 | |
| 19 | ALEXANDRA WALSH |
|   | **WALSH LAW** |
| 20 | 1050 Connecticut Ave, NW, Suite 500 |
|   | Washington D.C. 20036 |
| 21 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 22 | |
| 23 | MICHAEL M. WEINKOWITZ |
|   | **LEVIN SEDRAN & BERMAN, LLP** |
| 24 | 510 WALNUT STREET |
|   | SUITE 500 |
| 25 | PHILADELPHIA, PA 19106 |
|   | Telephone: 215-592-1500 |
| 26 | mweinkowitz@lfsbalw.com |
| 27 | |
|   | Plaintiffs' Steering Committee Leadership |
| 28 | |

-6-

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

|     |                                                         |
| --- | ------------------------------------------------------- |
| 1   |                                                         |
| 2   | RON AUSTIN                                              |
|     | **RON AUSTIN LAW**                                      |
| 3   | 400 MANHATTAN BLVD.                                     |
|     | HARVEY, LA 70058                                        |
| 4   | Telephone: 504-227–8100                                 |
|     | raustin@ronaustinlaw.com                                |
| 5   |                                                         |
| 6   | PAIGE BOLDT                                             |
|     | **WALSH LAW**                                           |
| 7   | 4 Dominion Drive, Bldg. 3, Suite 100                    |
|     | San Antonio, TX 78257                                   |
| 8   | Telephone: 210-448-0500                                 |
|     | PBoldt@alexwalshlaw.com                                 |
| 9   |                                                         |
| 10  | THOMAS P. CARTMELL                                      |
|     | **WAGSTAFF & CARTMELL LLP**                             |
| 11  | 4740 Grand Avenue, Suite 300                            |
|     | Kansas City, MO 64112                                   |
| 12  | Telephone: 816-701-1100                                 |
|     | tcartmell@wcllp.com                                     |
| 13  |                                                         |
| 14  | SARAH EMERY                                             |
|     | **HENDY JOHNSON VAUGHN EMERY PSC**                      |
| 15  | 600 WEST MAIN STREET, SUITE 100                         |
|     | LOUISVILLE, KY 40202                                    |
| 16  | Telephone: 859-600-6725                                 |
|     | semery@justicestartshere.com                            |
| 17  |                                                         |
| 18  | CARRIE GOLDBERG                                         |
|     | **C.A. GOLDBERG, PLLC**                                 |
| 19  | 16 Court St.                                            |
|     | Brooklyn, NY 11241                                      |
| 20  | Telephone: 646-666-8908                                 |
|     | carrie@cagoldberglaw.com                                |
| 21  |                                                         |
| 22  | RONALD E. JOHNSON, JR.                                  |
|     | **HENDY JOHNSON VAUGHN EMERY PSC**                      |
| 23  | 600 WEST MAIN STREET, SUITE 100                         |
|     | LOUISVILLE, KY 40202                                    |
| 24  | Telephone: 859-578-4444                                 |
|     | rjohnson@justicestartshere.com                          |
| 25  |                                                         |
| 26  | SIN-TING MARY LIU                                       |
|     | **AYLSTOCK WITKIN KREIS &**                             |
| 27  | **OVERHOLTZ, PLLC**                                     |
|     | 17 EAST MAIN STREET, SUITE 200                          |
| 28  |                                                         |

-7-

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com

-8-

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

<sub>dfernandes@baronbudd.com</sub>

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

-9-
STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR
3049721.2

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | By:  /s/ *Ashley M. Simonsen* |
|   | Ashley M. Simonsen, SBN 275203 |
| 3 | COVINGTON & BURLING LLP |
| 4 | 1999 Avenue of the Stars |
|   | Los Angeles, CA 90067 |
| 5 | Telephone: (424) 332-4800 |
|   | Facsimile: + 1 (424) 332-4749 |
| 6 | Email: asimonsen@cov.com |
| 7 |   |
|   | Phyllis A. Jones, *pro hac vice* |
| 8 | Paul W. Schmidt, *pro hac vice* |
|   | COVINGTON & BURLING LLP |
| 9 | One City Center |
| 10 | 850 Tenth Street, NW |
|    | Washington, DC 20001-4956 |
| 11 | Telephone: + 1 (202) 662-6000 |
|    | Facsimile: + 1 (202) 662-6291 |
| 12 | Email: pajones@cov.com |
| 13 | *Attorney for Defendants Meta Platforms, Inc.* |
|    | *f/k/a Facebook, Inc.; Facebook Holdings,* |
| 14 | *LLC; Facebook Operations, LLC; Facebook* |
| 15 | *Payments, Inc.; Facebook Technologies, LLC;* |
|    | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 16 | *Zuckerberg* |
| 17 | FAEGRE DRINKER LLP |
|    | By: */s/ Andrea Roberts Pierson* |
| 18 | Andrea Roberts Pierson, *pro hac vice* |
| 19 | FAEGRE DRINKER LLP |
|    | 300 N. Meridian Street, Suite 2500 |
| 20 | Indianapolis, IN 46204 |
|    | Telephone: + 1 (317) 237-0300 |
| 21 | Facsimile: + 1 (317) 237-1000 |
|    | Email: andrea.pierson@faegredrinker.com |
| 22 | Email: amy.fiterman @faegredrinker.com |
| 23 |   |
|    | Amy R. Fiterman, *pro hac vice* |
| 24 | FAEGRE DRINKER LLP |
| 25 | 2200 Wells Fargo Center |
|    | 90 South Seventh Street |
| 26 | Minneapolis, MN 55402 |
|    | Telephone: +1 (612) 766-7768 |
| 27 | Facsimile: +1 (612) 766-1600 |
|    | Email: amy.fiterman@faegredrinker.com |
| 28 |   |

|   |   |
|---|---|
| 1 | |
| 2 | Geoffrey Drake, *pro hac vice* |
|   | KING & SPALDING LLP |
| 3 | 1180 Peachtree Street, NE, Suite 1600 |
|   | Atlanta, GA 30309 |
| 4 | Tel.: 404-572-4600 |
|   | Email: gdrake@kslaw.com |
| 5 | Email: dmattern@kslaw.com |

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369

-11-

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

|   |   |
|---|---|
| 1 | Telephone: (202) 220-1100 |
| 2 | Facsimile: (202) 220-2300 |
|   | Email: lauren.bell@mto.com |
| 3 | *Attorneys for Defendant Snap Inc.* |

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW

-12-

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

|   |   |
|---|---|
| 1 | Washington, DC 20024 |
| 2 | Telephone: 202-434-5000 |
|   | Fax: 202-434-5029 |

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____     _____
                          YVONNE GONZALEZ ROGERS
                          UNITED STATES DISTRICT JUDGE

**<u>ATTESTATION</u>**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 21, 2024                               By: <u>/s/Lexi J. Hazam</u>