# EXHIBIT A

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

11   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY              MDL No. 3047
12   PRODUCTS LIABILITY LITIGATION

13   _____         **ORDER TO SHOW CAUSE**

14   This Document Relates to:

15   [Insert Case Caption and Civil Action
     No.]
16

17          Pursuant to Civil Local Rule 11-5, counsel for Plaintiff filed a motion to withdrawal as

18   counsel because counsel has lost the ability to communicate effectively with Plaintiff.

19   According, it is ORDERED that:

20          1.   Plaintiff shall advise the Court in writing within thirty-five (35) days whether he or

21   she intends to proceed with the case, either through current counsel, with substitute counsel, or

22   without counsel. The Court can be contacted via email at ygrcrd@cand.uscourts.gov or mail at

23   District Judge Yvonne Gonzalez Rogers, Oakland Courthouse, Courtroom 1 – 4th Floor, 1301

24   Clay Street, Oakland, CA 94612.

25          2.   On this same day, Plaintiffs' counsel shall send this show-cause order to the Plaintiff

26   at the Plaintiff's home address and email.  The Plaintiff's counsel shall be required to make

27   diligent continued efforts to contact the Plaintiff during the 35-day notice period.  Plaintiff's

28

ORDER TO SHOW CAUSE

3049722.2

counsel shall promptly inform the Court if it succeeds in re-establishing communication with the plaintiff during the 35-day notice period.

     3.  If the Plaintiff timely responds to this show-cause order, the Court shall exercise its discretion in determining whether to permit counsel's withdrawal.

     4.  If the Plaintiff timely responds to this show-cause order and states that he or she no longer wishes to proceed with the case, or if the plaintiff fails to respond to the show-cause order, the Court shall enter an order permitting counsel's withdrawal, and shall separately enter an order dismissing the plaintiff's claims under Fed. R. Civ. P. 41(b).

**SO ORDERED,** on this ___ day of _____, 20___

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

-2-
ORDER TO SHOW CAUSE

3049722.2