# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>--------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the State Attorneys General's Administrative Motion for Leave to File Supplemental Information.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL
INFORMATION
4:23-CV-05448-YGR