EMILY M. WEISSENBERGER (SBN 248898)
emily.weissenberger@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:    +1 415 591 7500
Facsimile:    +1 415 591 7510

Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| THIS DOCUMENT RELATES TO ALL CASES | **NOTICE OF APPEARANCE OF EMILY M. WEISSENBERGER** |
| | Action Filed: October 6, 2022 Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Emily M. Weissenberger of the law firm of Faegre Drinker

Biddle & Reath LLP, located at Four Embarcadero Center, 27th Floor, San Francisco, California

94111, telephone number (415) 591-7500, facsimile number (415) 591-7510, and email address

emily.weissenberger@faegredrinker.com, hereby enters an appearance in this matter on behalf of

Defendants TikTok Inc. and ByteDance Inc.  Ms. Weissenberger hereby requests to be added to

the docket and the electronic service list in this matter.

Dated: July 25, 2024                     **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Emily M. Weissenberger*
    Emily M. Weissenberger

Attorneys for Defendants,
TIKTOK INC. and BYTEDANCE INC.

DMS_US.364915904.1