*Parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047<br>MDL No. 3047 |
| _____ | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL** |
| This Document Relates to: | |
| ALL ACTIONS | |

The Personal Injury Plaintiffs ("PI Plaintiffs") and Defendants (collectively with Plaintiffs, the "Parties"), hereby submit the following Stipulation and [Proposed] Order Regarding Withdrawal of Counsel.

WHEREAS, PI Plaintiffs have informed the Court and Defendants that counsel for certain personal injury plaintiffs have been unable to make contact with their clients. In some but not all of these cases, counsel for the unresponsive plaintiffs have indicated that they intend to move to withdraw.

WHEREAS, the PI Plaintiffs and Defendants agree that where a plaintiff is unresponsive to counsel, counsel should be permitted to withdraw and the plaintiff's claims should be dismissed for failure to prosecute if the plaintiff, having received adequate notice, does not re-engage and advise the Court of a desire to proceed.  The PI Plaintiffs and Defendants propose

3049721.2

below a protocol for handling attorney withdrawal and dismissal under Rule 41(b) in these
circumstances.

WHEREAS, under Civil Local Rule 11-5, counsel may withdraw from representation
only with the Court's permission. The Court has discretion to determine whether a request to
withdraw is made with good cause. In exercising this discretion, it applies California Rule of
Professional Conduct 1.16(b), which lists factors warranting permissive withdrawal of counsel.
Under the Rule, withdrawal is permissible where the client's conduct "renders it unreasonably
difficult for the lawyer to carry out the representation effectively." Cal. Rule of Prof'l Conduct
1.16(b)(4).

WHEREAS, it is unreasonably difficult for a personal injury plaintiff's counsel to carry
out the representation in this MDL if the plaintiff fails or refuses to communicate with counsel.
See *Tikotzky v. Remax Real Pros*, 2020 WL 13281523, at *1 (C.D. Cal. Oct. 13, 2020); *Connally
v. Cafe*, 2016 WL 1697937, at *2 (N.D. Cal. Apr. 28, 2016); *Ortiz v. Freitas*, 2015 WL 3826151,
at *2 (N.D. Cal. June 18, 2015) ("Mr. Ortiz's failure to maintain regular contact with his counsel
and cooperate in moving the litigation forward constitutes good cause for withdrawal."). Where
both the Court and counsel have provided explicit written notice, permitting withdrawal does not
cause harm to the administration of justice and will advance, rather than delay, the ultimate
resolution of the plaintiff's case. See *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., &
Prod. Liab. Litig.*, 2019 WL 13268604, at *1 (N.D. Cal. Aug. 30, 2019). This may be so even if
the client does not consent to the withdrawal. *Robinson v. Delgado*, 2010 WL 3259384, at *2
(N.D. Cal. Aug. 18, 2010) (noting that the "consent of the client is not dispositive").

WHEREAS, Federal Rule of Civil Procedure 41(b) provides for the involuntary dismissal
of an action when "the plaintiff fails to prosecute or to comply with these rules or a court order."
Fed. R. Civ. P. 41(b). "District courts have the inherent power to control their dockets and, '[i]n
the exercise of that power they may impose sanctions including, where appropriate, . . . dismissal
of a case.'" *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (citation omitted). The need
for vigilance in maintaining control over the Court's docket and promoting efficient conduct of

-2-

3049721.2

the litigation is more acute, and the Court's discretion is accordingly greater, in the context of multidistrict litigation. *In re Phenylpropanolamine (PPA) Prods. Liability Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006); see also *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 867 (8th Cir. 2007) (noting that "MDL courts must be given greater discretion to organize, coordinate and adjudicate its proceedings, including the dismissal of cases for failure to comply with its orders"). The Court has the power to dismiss an action sua sponte for failure to prosecute. *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984).

WHEREAS, when determining whether to dismiss an action for failure to prosecute, courts weigh five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *In re PPA*, 460 F.3d at 1226 (citation omitted). Taking these factors into consideration, several courts in the Ninth Circuit have ruled that a plaintiff who fails or refuses to communicate with their attorneys should at least be required to show cause why their case should not be dismissed. See *Williams v. County of Fresno*, 2022 WL 209327 (E.D. Cal. Mar. 3, 2022) (recommending dismissal)[1]; *McConnell v. United States*, 2021 WL 4818946 (N.D. Cal. Oct. 15, 2021) (ordering the plaintiff to show cause).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:

1. If counsel for any personal injury plaintiff has lost the ability to communicate effectively with that plaintiff, counsel should move the Court for permission to withdraw pursuant to Civil Local Rule 11-5. In so moving, Plaintiff's counsel must document that his or her client has repeatedly failed to respond to counsel's communications in a manner consistent with counsel's confidentiality obligations.

---

[1] *Findings and recommendations adopted,* 2022 WL 624567 (E.D. Cal. Mar. 3, 2022).

3049721.2

2.   The Court will then enter a show-cause order (attached hereto as Exhibit A) directing the plaintiff to advise the court in writing within **thirty-five (35) days** whether he or she intends to proceed with the case, either through current counsel, with substitute counsel, or without counsel.  The order will advise the plaintiff that if the plaintiff responds to the Court that he or she no longer desires to proceed with the case, or if the plaintiff fails to respond within the time provided, the plaintiff's claims will be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

3.   Simultaneous with any motion to withdraw, the plaintiff's counsel must send to the plaintiff, by any means available, written notice that counsel has sought the Court's permission to withdraw because of the failure to communicate.

4.   Plaintiff's counsel shall mail the Court's show-cause order to the plaintiff at the plaintiff's home address.  The plaintiff's counsel shall be required to make diligent continued efforts to contact the plaintiff during the 35-day notice period.  The plaintiff's counsel shall promptly inform the Court if it succeeds in re-establishing communication with the plaintiff during the 35-day notice period.

5.   If the plaintiff timely responds to the show-cause order, the Court shall exercise its discretion in determining whether to permit counsel's withdrawal.

6.   If the plaintiff timely responds to the show-cause order and states that he or she no longer wishes to proceed with the case, or if the plaintiff fails to respond to the show-cause order, the Court shall enter an order permitting counsel's withdrawal, and shall separately enter an order dismissing the plaintiff's claims.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  July 21, 2024

By: */s/ Lexi J. Hazam*

LEXI J. HAZAM

**LIEFF CABRASER HEIMANN &**

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

-5-

1

2       MATTHEW BERGMAN
        GLENN DRAPER
3       **SOCIAL MEDIA VICTIMS LAW CENTER**
        821 SECOND AVENUE, SUITE 2100
4       SEATTLE, WA 98104
        Telephone: 206-741-4862
5       matt@socialmediavictims.org
        glenn@socialmediavictims.org
6

7       JAMES J. BILSBORROW
        **WEITZ & LUXENBERG, PC**
8       700 BROADWAY
        NEW YORK, NY 10003
9       Telephone: 212-558-5500
        jbilsborrow@weitzlux.com
10

11      JAYNE CONROY
        **SIMMONS HANLY CONROY, LLC**
12      112 MADISON AVE, 7TH FLOOR
        NEW YORK, NY 10016
13      Telephone: 917-882-5522
        jconroy@simmonsfirm.com
14

15      ANDRE MURA
        **GIBBS LAW GROUP, LLP**
16      1111 BROADWAY, SUITE 2100
        OAKLAND, CA 94607
17      Telephone: 510-350-9717
        amm@classlawgroup.com
18

19      ALEXANDRA WALSH
        **WALSH LAW**
20      1050 Connecticut Ave, NW, Suite 500
        Washington D.C. 20036
21      Telephone: 202-780-3014
        awalsh@alexwalshlaw.com
22

23      MICHAEL M. WEINKOWITZ
        **LEVIN SEDRAN & BERMAN, LLP**
24      510 WALNUT STREET
        SUITE 500
25      PHILADELPHIA, PA 19106
        Telephone: 215-592-1500
26      mweinkowitz@lfsbalw.com

27
        Plaintiffs' Steering Committee Leadership
28                          -6-

---

3049721.2

1

2   RON AUSTIN
    **RON AUSTIN LAW**
3   400 MANHATTAN BLVD.
    HARVEY, LA 70058
4   Telephone: 504-227–8100
    raustin@ronaustinlaw.com
5

6   PAIGE BOLDT
    **WALSH LAW**
7   4 Dominion Drive, Bldg. 3, Suite 100
    San Antonio, TX 78257
8   Telephone: 210-448-0500
    PBoldt@alexwalshlaw.com
9

10  THOMAS P. CARTMELL
    **WAGSTAFF & CARTMELL LLP**
11  4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
12  Telephone: 816-701-1100
    tcartmell@wcllp.com
13

14  SARAH EMERY
    **HENDY JOHNSON VAUGHN EMERY PSC**
15  600 WEST MAIN STREET, SUITE 100
    LOUISVILLE, KY 40202
16  Telephone: 859-600-6725
    semery@justicestartshere.com
17

18  CARRIE GOLDBERG
    **C.A. GOLDBERG, PLLC**
19  16 Court St.
    Brooklyn, NY 11241
20  Telephone: 646-666-8908
    carrie@cagoldberglaw.com
21

22  RONALD E. JOHNSON, JR.
    **HENDY JOHNSON VAUGHN EMERY PSC**
23  600 WEST MAIN STREET, SUITE 100
    LOUISVILLE, KY 40202
24  Telephone: 859-578-4444
    rjohnson@justicestartshere.com
25

26  SIN-TING MARY LIU
    **AYLSTOCK WITKIN KREIS &**
27  **OVERHOLTZ, PLLC**
    17 EAST MAIN STREET, SUITE 200
28

-7-

3049721.2

PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com

-8-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK
LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

1                                          COVINGTON & BURLING LLP

2                                          By: */s/ Ashley M. Simonsen*

3                                          Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP

4                                          1999 Avenue of the Stars
Los Angeles, CA 90067

5                                          Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749

6                                          Email: asimonsen@cov.com

7                                          Phyllis A. Jones, *pro hac vice*

8                                          Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP

9                                          One City Center
850 Tenth Street, NW

10                                        Washington, DC 20001-4956

11                                       Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

12                                       Email: pajones@cov.com

13                                     *Attorney for Defendants Meta Platforms, Inc.*

14                                     *f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*

15                                     *Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*

16                                     *Zuckerberg*

17                                       FAEGRE DRINKER LLP

18                                     By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*

19                                     FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500

20                                     Indianapolis, IN 46204

21                                     Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000

22                                     Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

23                                     Amy R. Fiterman, *pro hac vice*

24                                     FAEGRE DRINKER LLP
2200 Wells Fargo Center

25                                     90 South Seventh Street

26                                     Minneapolis, MN 55402
Telephone: +1 (612) 766-7768

27                                     Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

28                                          -10-

3049721.2

1

2   Geoffrey Drake, *pro hac vice*
    KING & SPALDING LLP
3   1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309
4   Tel.: 404-572-4600
    Email: gdrake@kslaw.com
5   Email: dmattern@kslaw.com

6   David Mattern, *pro ha vice*
    KING & SPALDING LLP
7   1700 Pennsylvania Avenue, NW, Suite 900
    Washington, D.C. 20006
8   Telephone: +1 (202) 626-2946
    Email: dmattern@kslaw.com
9

10  *Attorneys for Defendants TikTok Inc. and*
    *ByteDance Inc.*
11

12  MUNGER, TOLLES & OLSEN LLP
    By: /s/ Jonathan H. Blavin
13  Jonathan H. Blavin, SBN 230269
    MUNGER, TOLLES & OLSON LLP
14  560 Mission Street, 27th Floor
    San Francisco, CA 94105-3089
15  Telephone: (415) 512-4000
    Facsimile: (415) 512-4077
16  Email: jonathan.blavin@mto.com

17
    Rose L. Ehler (SBN 29652)
18  Victoria A. Degtyareva (SBN 284199)
    Laura M. Lopez, (SBN 313450)
19  Ariel T. Teshuva (SBN 324238)
    MUNGER, TOLLES & OLSON LLP
20  350 South Grand Avenue, 50th Floor
    Los Angeles, CA 90071-3426
21  Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
22  Email: rose.ehler@mto.com
    Email: victoria.degtyareva@mto.com
23  Email: Ariel.Teshuva@mto.com
24

25  Lauren A. Bell (*pro hac vice*)
    MUNGER, TOLLES & OLSON LLP
26  601 Massachusetts Ave., NW St.,
    Suite 500 E
27  Washington, D.C. 20001-5369

28
-11-
STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

1    Telephone: (202) 220-1100
     Facsimile: (202) 220-2300
2    Email: lauren.bell@mto.com

3    *Attorneys for Defendant Snap Inc.*

4    WILSON SONSINI GOODRICH & ROSATI
5    Professional Corporation
     By: /s/ *Brian M. Willen*
6    Brian M. Willen (*pro hac vice*)
     WILSON SONSINI GOODRICH & ROSATI
7    1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
8    Telephone: (212) 999-5800
9    Facsimile: (212) 999-5899
     Email: bwillen@wsgr.com
10
11   Lauren Gallo White (SBN 309075)
     Samantha A. Machock (SBN 298852)
12   WILSON SONSINI GOODRICH & ROSATI
     One Market Plaza, Spear Tower, Suite 3300
13   San Francisco, CA 94105
     Telephone: (415) 947-2000
14   Facsimile: (415) 947-2099
     Email: lwhite@wsgr.com
15   Email: smachock@wsgr.com
16
     Christopher Chiou (SBN 233587)
17   Matthew K. Donohue (SBN 302144)
     WILSON SONSINI GOODRICH & ROSATI
18   953 East Third Street, Suite 100
     Los Angeles, CA 90013
19   Telephone: (323) 210-2900
     Facsimile: (866) 974-7329
20   Email: cchiou@wsgr.com
     Email: mdonohue@wsgr.com
21
22   *Attorneys for Defendants YouTube, LLC and*
     *Google LLC*
23
24   WILLIAMS & CONNOLLY LLP
     By: /s/ *Joseph G. Petrosinelli*
25   Joseph G. Petrosinelli (*pro hac vice*)
     jpetrosinelli@wc.com
26   Ashley W. Hardin (*pro hac vice*)
     ahardin@wc.com
27   680 Maine Avenue, SW
28                              -12-

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2

1    Washington, DC 20024
     Telephone: 202-434-5000
2    Fax: 202-434-5029

3    *Attorneys for Defendants YouTube, LLC and*
     *Google LLC*
4

5    MORGAN, LEWIS & BOCKIUS LLP
     By: */s/ Yardena R. Zwang-Weissman*
6    Yardena R. Zwang-Weissman (SBN 247111)
     300 South Grand Avenue, 22nd Floor
7    Los Angeles, CA 90071-3132
     Tel.: 213.612.7238
8    Email: yardena.zwang-
     weissman@morganlewis.com
9

10   Brian Ercole (*pro hac vice*)
     600 Brickell Avenue, Suite 1600
11   Miami, FL 33131-3075
     Tel.: 305.415.3416
12   Email: brian.ercole@morganlewis.com

13
     Stephanie Schuster (*pro hac vice*)
14   1111 Pennsylvania Avenue NW
     NW Washington, DC 20004-2541
15   Tel.: 202.373.6595
     Email: stephanie.schuster@morganlewis.com
16

17   *Attorneys for Defendants YouTube, LLC and*
     *Google LLC*
18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20
     Dated: July 26, 2024
21                                      _____
                                        YVONNE GONZALEZ ROGERS
22                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
                                    -13-
3049721.2

1

## **ATTESTATION**

2      I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence

3  to the filing of this document has been obtained from each signatory hereto.

4  Dated: July 21, 2024                    By: */s/Lexi J. Hazam*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE WITHDRAWAL OF COUNSEL – 4:22-MD-03047-YGR

3049721.2