UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION , <br><br>Plaintiff(s), <br><br>v. <br><br>TIKTOK INC. and BYTEDANCE INC. , <br><br>Defendant(s). | Case No. 4:22-md-03047-YGR <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, Kip S.M. McDonald, an active member in good standing of the bar of The State of Indiana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: TikTok Inc. and ByteDance Inc. in the above-entitled action. My local co-counsel in this case is Emily M. Weissenberger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 248898.

| | |
|---|---|
| 300 N. Meridian St., Suite 2500 <br> Indianapolis, IN 46204 <br> MY ADDRESS OF RECORD | Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (317) 237-1485 <br> MY TELEPHONE # OF RECORD | (415) 591-7505 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kip.mcdonald@faegredrinker.com <br> MY EMAIL ADDRESS OF RECORD | emily.weissenberger@faegredrinker.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 29370-49.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2024

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Roger A. G. Sharpe, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## KIP S.M. MCDONALD

was duly admitted and qualified as an Attorney and Counselor of said Court on the 15th Day of October A.D., 2010, and is in good standing as a member of the bar of said Court.

Furthermore, no pending disciplinary action is on record.

_Roger A.G. Sharpe_
Clerk of the United States District Court

By: _____
Deputy Clerk

**Issued:** September 22, 2023