AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/ )
Personal Injury Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC  .

Date:   7/31/2024

*/s/ Michael Vives*
*Attorney's signature*

Michael Vives (NY Bar No. 5797667)
*Printed name and bar number*

KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
*Address*

mvives@kslaw.com
*E-mail address*

(212) 556-2100
*Telephone number*

(212) 556-2222
*FAX number*