AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC.

Date: 7/31/2024

/s/ Philip R. Green
*Attorney's signature*

Philip R. Green (GA Bar No. 312940
*Printed name and bar number*

KING & SPALDING LLP
1180 Peachtree St., NE, Suite 1600
Atlanta, GA 30309
*Address*

pgreen@kslaw.com
*E-mail address*

(404) 572-4600
*Telephone number*

(404) 572-5100
*FAX number*