LAURA BERNESCU
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
320 S. Canal
Chicago, IL 60606
Telephone:     (312) 407-0709
Facsimile:      (312) 827-9421
Email:           laura.bernescu@skadden.com

Attorney for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF LAURA BERNESCU** |

# NOTICE OF APPEARANCE OF

# LAURA BERNESCU AS COUNSEL FOR SNAP INC.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Laura Bernescu of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at 320 S. Canal, Chicago, IL 60606, telephone number (312) 407-0709, facsimile number (312) 827-9421, email address laura.bernescu@skadden.com, hereby enters an appearance in this matter on behalf of Defendant SNAP INC. Ms. Bernescu hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  August 1, 2024              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                By:     */s/ Laura Bernescu*
                                        Laura Bernescu

                                        Attorney for SNAP INC.