FAEGRE DRINKER BIDDLE & REATH LLP
Kip S.M. McDonald (SBN 29370-49)
kip.mcdonald@faegredrinker.com
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:     +1 317 237 0300
Facsimile:      +1 317 237 1000

Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| THIS DOCUMENT RELATES TO ALL CASES | **NOTICE OF APPEARANCE OF KIP S.M. MCDONALD** |
| | Action Filed: October 6, 2022 Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kip S.M. McDonald of the law firm of Faegre Drinker Biddle & Reath LLP, located at 300 North Meridian Street, Suite 2500, Indianapolis, Indiana 46204, telephone number (317) 237-0300, facsimile number (317) 237-1000, and email address kip.mcdonald@faegredrinker.com, hereby enters an appearance in this matter on behalf of Defendants TikTok Inc. and ByteDance Inc.  Mr. McDonald hereby requests to be added to the docket and the electronic service list in this matter.

Dated: August 1, 2024                    **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Kip S.M. McDonald*
Kip S.M. McDonald

Attorneys for Defendants,
TIKTOK INC. and BYTEDANCE INC.

DMS_US.364915977.1