AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-md-03047-YGR |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Camara Dodd, Jasmine Baker, Jordyn Merrill, Chesapeake Dowdy, and K.C.

Date: 08/01/2024

/s/ Nelson Drake
*Attorney's signature*

Nelson Drake (1643863)
*Printed name and bar number*
401 9th St NW, Ste 630
Washington, DC 20004

*Address*

ndrake@motleyrice.com
*E-mail address*

(202) 849-4966
*Telephone number*

(202) 386-9623
*FAX number*