1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

MDL No. 3047

12

Case No. 4:22-md-03047-YGR

13

This Document Relates to:

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED
ADMINISTRATIVE MOTION FOR
LEAVE TO FILE SUPPLEMENTAL
AUTHORITY**

14

ALL ACTIONS

15
16

Judge:  Hon. Yvonne Gonzalez Rogers

17

Magistrate Judge: Hon. Peter H. Kang

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Plaintiffs' Unopposed Administrative Motion for Leave to File Supplemental Authority.

**IT IS SO ORDERED.**

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE