[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT ON FORENSIC IMAGING AND DEVICE DATA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Discovery Management Order No. 8 ("DMO No. 8"), the Parties jointly provide this status report on Plaintiffs' progress since their July 26, 2024, submission (ECF 1034) in identifying and producing data from certain of Plaintiffs' devices (hereinafter "Main Devices"),[1] as well as the Parties' progress in conferring on certain other topics as directed by the Court.

### I. Search Terms & Word Searchable Databases

In DMO 8, the Court noted that "[t]he PI Plaintiffs have offered to use an agreed set of search terms to search for and, if found, produce non-privileged, relevant electronically stored documents from the devices. Accordingly, the Parties are further **ORDERED** to discuss a reasonably targeted set of search terms for a search of ESI on the devices . . . As with usual ESI productions, the search term discussions may require exchange of hit counts and proposed/counter-proposed modified search terms by both sides. After the search terms are finalized, the PI Plaintiffs are **ORDERED** to run the agreed upon search terms on the collected data files from the Bellwether PI Plaintiffs' devices and produce relevant, non-privileged ESI." DMO 8 at 7.

**Status Report Updates since July 26:**

- Plaintiffs provided a counter proposal on search terms on July 31, 2024. This counterproposal included hit reports and included case-specific search terms for individual plaintiffs, where appropriate.

- Defendants responded to Plaintiffs' proposal on August 2, 2024.

- Defendants have requested that the parties conclude negotiations over search terms by August 7, 2024; Plaintiffs do not agree.

- The parties will report to the Court on the status of search term negotiations in connection with the August 8, 2024 Discovery Management Conference.

### II. Forensic Imaging

During the hearing and in the Joint Letter Brief, Plaintiffs stated that they conducted "a full-file forensic image" of specified devices. Letter Brief at 12; *see also* Hrg. Tr. 25:7. As outlined in the Parties July 26, 2024, status report, the Parties disagree with respect to (1) Plaintiffs' diligence in forensically

---

[1] The Parties use the term "Main Devices" to refer to the Court's definition in DMO 8 of devices from which information will be initially produced: "[A]ll devices (cellphones, tablets, laptops, computers, and the like) which are in each Bellwether PI Plaintiff's possession, custody, or control and that they have habitually, routinely, or regularly used during the relevant time period to access the Defendants' platforms." Order at 8:24–9:25; Hrg. Tr. 45:19–21.

imaging the Main Devices (*see* ECF 1034, at 6-7); and (2) any lost or destroyed data, which is separately addressed in the DMC statement.

**Status Report Updates since July 26**

On July 19, 2024 Plaintiffs provided Defendants with a Table indicating they had performed a Logical image of 15 Devices,[2] and a File System Extraction of eight devices for two Plaintiffs—six devices belonging to one Plaintiff, and two belonging to another Plaintiff.  Plaintiffs provided Defendants with a similar table on July 24, 2024 and August 1, 2024.  While those tables show that Plaintiffs have located additional Devices, no additional File System Extractions have been performed since last week. Currently, more than 20 Devices on Plaintiffs' Table still have not yet had a file-system level image completed.

### III.  Inventory of Devices

In DMO 8, the Court ordered Plaintiffs, among other things, to "produce a list of every model number of every relevant Bellwether PI Plaintiffs' device . . .  Said list of devices must be correlated by individual Bellwether PI Plaintiff.  Further, the PI Plaintiffs are **ORDERED** to provide a full list and chart to the Defendants of all the applications which are currently on the relevant Bellwether PI Plaintiffs' devices." July 19, 2024 Order, Doc. 1025 at 5:23-6:5.

The Court noted that Plaintiffs were to identify all of Plaintiffs devices, including old devices, and their make and model numbers "so we have a complete universe of what the devices are." Hrg. Tr. 28-29, 40, 42; Order at 5:23–24. Plaintiffs were to include a description of the Main Devices' features, and the way in which those features are logged or included in specific databases.  *Id*.   Moreover, the Court ordered Plaintiffs to provide this information in "a list" or "table" "correlated by individual Bellwether Plaintiff." *See generally* Order at 5-6; Hrg. Tr. at 46.

**Status Report Tasks and Updates since July 26:**

- Following the parties' conferrals, Plaintiffs agreed to provide Defendants with a spreadsheet which compiles information from Plaintiffs' interrogatories for all devices,

---

[2] Logical extractions contain comprehensive data covering the contents of devices and is duplicative of most of the data that will be extracted in a file-system level extraction with the exception of usage logs, file-systems, databases, and other system level information. For those Bellwethers where logical images have been performed, Plaintiffs are already producing data from them to Defendants.

including both current and old devices, their approximate dates of use, identifying information, and to specifically identify which devices are Main Devices.

- Plaintiffs have not amended their Plaintiff Fact Sheets to accurately reflect the devices routinely used, but are agreeable to doing so.

- Plaintiffs have provided information concerning the operating system of some devices, but have not provided information about the operating system of 29 Main Devices, and have not yet provided any information concerning the history of operating systems for each device. Plaintiffs have stated that any missing operating system information will be supplemented as the file-system extractions are completed on the other Main Devices where that data is available.[3]

- Plaintiffs have not provided the IMEI or MEID numbers for 21 Main Devices and have not provided MAC Addresses and/or serial numbers for 20 Main Devices.

- The Parties have a meet and confer tentatively scheduled for the week of August 5, 2024 including their ESI vendors, to discuss Datasets, Applications, and the form of production.

### IV. Device Specific Information Identified by Plaintiffs for Production

During the July 11 hearing, Plaintiffs represented that they would produce the following categories of information from the Plaintiff Devices to the extent available:

a) app usage data;

b) browser history;

c) search data;

d) location data;

e) communication logs;

f) media files;

g) metadata;

h) application settings and preferences;

i) deleted data and artifacts;

j) device usage metrics;

k) health and fitness data;

l) third-party app data; and

---

[3] Not all devices will have historic operating system data, but to the extent it exists, it will be produced to Defendants.

m) notification data.

Hrg. Tr. at 26:4–21, 34:15–21; *see also* Order at 6:6-12.

**Status Report Updates since July 26:**

Plaintiffs have not yet provided any of this data, with the exception of identifying certain apps (described below) and bookmarks for two Plaintiff computers (Clevenger HP Pavillion, McNeal HP Pavillion) and applications on two other Plaintiff computers (Craig Lenovo and Melton Asus Vivobook).

Plaintiffs have produced some of this data from the logical images performed on Bellwether Plaintiff Devices (communication data and media files); however, the majority of the above listed file-system level data will be provided from the Plaintiff Device Images following conferral of the Parties and their experts.

**Additional updates since July 26:**

The Parties have a meet and confer tentatively scheduled for the week of August 5, 2024 including their ESI vendors, to discuss Datasets, Applications, and the form of production.

### V. List of All Current and Deleted Applications

The Court ordered Plaintiffs to produce a full list and chart of all applications on the Plaintiff Devices, including "every single app on every single device." Hrg. Tr. at 35–36; Order at 5:28–6:2. This list includes applications deleted from the Plaintiff Devices. Hrg. Tr. at 26–27, 34 (Plaintiffs agree to provide "app usage data [and] deleted data and artifacts").[4]

**Additional updates since July 26:**

The Parties have a meet and confer tentatively scheduled for the week of August 5, 2024 including their ESI vendors, to discuss Datasets, Applications, and the form of production.

### VI. System Databases, Features, and Settings and Non-Word Searchable Files

The Court ordered the Parties to meet and confer regarding other system log files and databases and other non-word searchable logs, files, metadata, and databases that may be present on the Plaintiff

---

[4] To the extent application usage data and deleted applications data is available from the devices.

Devices that need to be produced for Defendants to understand the tapestry of each Plaintiff's device usage — e.g., databases associated with device system settings and feature settings. *See generally* Tr. at 35–37, 39, 47.

**Additional updates since July 26:**

The Parties have a meet and confer tentatively scheduled for the week of August 5, 2024, including their ESI vendors, to discuss Datasets, Applications, and the form of production.

### VII. Authorizations

During the hearing, the Parties briefly addressed the potential means of retrieving application data. Plaintiffs volunteered to "sign a release that would allow" Defendants to collect that information from third parties. Hrg. Tr. at 49. The Court ordered the parties to meet and confer on this topic. *Id.*

**Additional Updates Since July 26:**

Plaintiffs have agreed to (1) investigate the application data Plaintiffs are able to retrieve themselves, (2) consider the application data Defendants may retrieve by use of authorizations, and (3) consider providing additional information for each application (e.g., installation date, and amount of application data) so that the Parties can explore the best means of collecting this information. Thereafter, the Parties will meet and confer to determine whether authorizations are required, and if so, the content of the authorization that would allow Defendants to request third-party application data for the applications used by Plaintiffs during the Relevant Time Period.

### VIII. School Devices

Four Plaintiffs have acknowledged using School Devices to access Defendants' platforms (and presumably other sites and platforms) in their Plaintiff Fact Sheets. At least one other Plaintiff similarly disclosed accessing Defendants' platform from School Devices in interrogatory responses. Defendants have served subpoenas on Plaintiffs' schools to create images of those devices. Plaintiffs have objected to the collection of these Device images, but are conferring with Defendants regarding a protocol for imaging and producing relevant information from those devices.

**Additional Updates Since July 26:**

As previewed in the Parties' July 26 status report (ECF 1034, at 11), the Parties continue to meet and confer with respect to a protocol for the preservation of school issued devices and the production of relevant data from those devices, which is addressed in the DMC statement.

### X. Supplemental Status Reports

The Parties will provide the Court with a Supplemental Status Report regarding the above items on Thursday, August 8, 2024.

Respectfully submitted

DATED: August 2, 2024

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

| | |
|---|---|
| 1 | EMILY C. JEFFCOTT |
| | **MORGAN & MORGAN** |
| 2 | 633 WEST FIFTH STREET, SUITE 2652 |
| | LOS ANGELES, CA 90071 |
| 3 | Telephone: 213-787-8590 |
| | ejeffcott@forthepeople.com |

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

DMS_US.365419047.3

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

10
JOINT STATUS REPORT ON FORENSIC IMAGING AND DEVICE DATA
Case No. 4:22-md-03047-YGR
DMS_US.365419047.3

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 */s/ Bianca E. Miyata*
Bianca E. Miyata, *pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, *pro hac vice*
First Assistant Attorney General
Megan Paris Rundle
Senior Assistant Solicitor General
Elizabeth Orem
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 */s/ Megan O'Neill*
Nicklas A. Akers
Senior Assistant Attorney General
Bernard Eskandari
Emily Kalanithi
Supervising Deputy Attorneys General
Nayha Arora
Megan O'Neill

11

Joshua Olszewski-Jubelirer
Marissa Roy
Brendan Ruddy
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis, *Pro hac vice*
Philip Heleringer, *Pro hac vice*
Zachary Richards, *Pro hac vice*
Daniel I. Keiser, *Pro hac vice*
Matthew Cocanougher, *Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand, *Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh, *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxa, *Pro hac vice*
Mandy K. Wang, *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101

12

Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen,
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

COVINGTON & BURLING LLP
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com


Amy R. Fiterman, *pro hac vice*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

|   |   |
|---|---|
| 1 | KING & SPALDING LLP |
|   | Geoffrey Drake, *pro hac vice* |
| 2 | 1180 Peachtree Street, NE, Suite 1600 |
|   | Atlanta, GA 30309 |
| 3 | Tel.: 404-572-4600 |
|   | Email: gdrake@kslaw.com |
|   | Email: dmattern@kslaw.com |

KING & SPALDING LLP
Geoffrey Drake, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler
Victoria A. Degtyareva
Laura M. Lopez,
Ariel T. Teshuva
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White
Samantha A. Machock
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
Matthew K. Donohue
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP

By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## **ATTESTATION**

I, Andrea R. Pierson hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 2, 2024

By: */s/ Andrea R. Pierson*
    Andrea R. Pierson