[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**AGENDA AND JOINT STATEMENT FOR AUGUST 9, 2024, CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order ("CMO") No. 1 (ECF 75), the Parties submit this agenda and joint statement in advance of the August 9, 2024 Case Management Conference ("CMC").

**I. Update on Pending Motions**

**A. Motion to Dismiss Personal Injury Plaintiffs' Claims Against Mark Zuckerberg**

On April 15, 2024, the Court issued an order granting Defendant Mark Zuckerberg's motion to dismiss 25 Personal Injury ("PI") Plaintiffs' claims against him in his individual capacity, with leave to amend (ECF 518). *See* ECF 753. On April 26, 2024, pursuant to Case Management Order No. 13, ECF 780 ("CMO 13"), these 25 PI Plaintiffs filed a consolidated addendum to their complaints. *See* ECF 794; ECF 832-1 (unredacted version). Defendant filed his motion to dismiss on May 10, 2024 (ECF 833), the PI Plaintiffs filed their opposition on May 23, 2024 (ECF 889), and Defendant filed his reply on May 30,

2024 (ECF 916). The Court heard oral argument on this motion on July 12, 2024, and the Court has taken the motion under submission. *See* Case Management Order No. 16 (ECF 1023) ("CMO No. 16").

### B. Motion to Dismiss Negligence *Per Se* Claim of PI Plaintiffs

On June 28, 2024, the Parties met and conferred regarding their proposals for a supplemental briefing schedule on Defendants' motion to dismiss the PI Plaintiffs' negligence per se claims. Plaintiffs proposed to continue the Parties' discussions until after the Court rules on Meta's pending motion to dismiss the Multistate Attorneys General ("AGs") Complaint (ECF No. 517), including to discuss whether briefing on negligence per se should be limited to bellwether claims. Defendants are amenable to that approach, subject to the PI Plaintiffs' agreement that this issue may be briefed in a supplemental motion to dismiss.

### C. Motion to Dismiss Certain Non-Priority Claims of PI Plaintiffs

On December 22, 2023, Defendants moved to dismiss the PI Plaintiffs' remaining "non-priority claims" (Counts 5, 12, 14, 16–18) asserted in the PI Plaintiffs' Second Amended Master Complaint. *See* ECF 516. The PI Plaintiffs filed their opposition on February 5, 2024. *See* ECF 597. Defendants filed their reply on February 26, 2024. *See* ECF 644. Defendants and the PI Plaintiffs argued this motion at the June 21, 2024, hearing and the Court has taken the motion under submission. *See* ECF 976, CMO No. 15 at 1.

### D. Motion to Dismiss AG Complaints, Consumer Protection Claims, and Misrepresentation Claims

On April 19, 2024, the Court heard argument on Meta's motion to dismiss the Multistate AGs' Complaint, the Florida AG's Complaint, and the PI Plaintiffs' Consumer Protection and Misrepresentation Claims (Counts 7-9). *See* ECF 517.[1] On May 14, 2024, Meta filed supplemental authority in support of its motion to dismiss (ECF 844), and the AGs responded on May 20, 2024 (ECF 876). On June 19, 2024,

---

[1] Defendants YouTube, Snap, and TikTok joined Meta's motion to dismiss Count 7 of the PI Plaintiffs' Amended Master Complaint. *See* ECF 519. The AGs and PI Plaintiffs opposed the motions. *See* ECF 599; 600.

the AGs filed an unopposed administrative motion for leave to file additional supplemental authority (ECF 952), which the Court granted on the record at the June 21, 2024 CMC.

### E. Motion to Dismiss Florida AG Complaint

Florida filed an Amended Complaint on April 29, 2024 (*see* Case 4:23-cv-05885-YGR, ECF 23) and a *Lexecon* objection on April 25, 2024 (*see* Case 4:23-cv-05885-YGR, ECF 22).  Florida and Meta stipulated to a briefing schedule for Meta's motion to dismiss Florida's Amended Complaint and the Court granted the stipulation at the June 21, 2024 CMC.  The briefing has been completed (*see* Case 4:23-cv-05885-YGR, ECFs 30, 32 and 33).  The Court set oral argument for the September 13, 2024 CMC.  ECF 1023.

### F. Motion to Dismiss Claims Asserted in Certain PI Plaintiffs' SFCs Against Snap

On January 12, 2024, Defendant Snap moved to dismiss claims under 18 U.S.C. §§ 2252 and 2252A (also known as the "Identified Counts") asserted in certain PI Plaintiffs' amended Short-Form Complaints pursuant to CMO No. 7 (ECF 479).  *See* ECF 533.  Those PI Plaintiffs filed their opposition on February 5, 2024.  ECF 598.  Defendant Snap filed its reply on February 15, 2024.  ECF 613.  The PI Plaintiffs and Snap argued this motion at the June 21, 2024 hearing and the Court has taken the motion under submission.  *See* ECF 728, CMO No. 12 at 6 (setting hearing).

### G. Motion to Dismiss School District and Local Government Entity Plaintiffs' Master Complaint

On February 5, 2024, Defendants moved to dismiss the claims asserted in the School District and Local Government Entity ("SD/GE") Plaintiffs' Master Complaint (ECF 504).  *See* ECF 601.  The SD/GE Plaintiffs filed their opposition on March 4, 2024.  *See* ECF 668.  Defendants filed their reply on March 25, 2024.  *See* ECF 723.  Defendants and SD/GE Plaintiffs argued this motion during the May 17, 2024 CMC and the Court has taken the motion under submission.  *See* ECF 883, CMO No. 14 (noting separate order will issue and stipulation with respect to Utah and Arizona law).

## II. Request for Judicial Intercircuit Assignments

In Case Management Order No. 15 (ECF 976), the Court indicated that it would seek temporary intercircuit assignments in the Eastern District of Pennsylvania, Western District of Kentucky, Northern District of Georgia, and District of Maryland to enable the Court to preside over the trials of bellwether cases that Defendants had selected in those jurisdictions where the bellwether Plaintiffs asserted a *Lexecon* objection. The Parties understand that the Court intends to have this issue resolved within the next month or so, after speaking with Chief Judge Sutton.

## III. Loss of Consortium Claims

Pursuant to the Court's instruction in CMO No. 16 (ECF No. 1023), the PI Plaintiffs filed today, August 2, 2024 (ECF 1046), their position regarding the PI Plaintiffs' claims asserted in Count 18 of the Second Amended Master Complaint ("SAMC") (ECF No. 494). Defendants anticipate filing a short response to Plaintiffs submission.

## IV. Discovery Management Conference Statement

A copy of the Parties' Discovery Management Conference Statement for the August 8, 2024 DMC, due this same date, will be sent by email to Judge Gonzalez Rogers after it is filed.

## V. JCCP Status Update

On July 19, 2024, Judge Kuhl held a status conference. During the status conference, Judge Kuhl heard argument regarding the representativeness of one of the PI bellwether picks and ruled that the case was representative and would remain as one of the bellwether cases. There are currently 21 PI plaintiffs who remain in the JCCP bellwether pool (including the above-referenced disputed case). Given the existing size and breadth of the pool, the parties agreed, and Judge Kuhl ordered, that no further selections need to be made. Discovery is open and Judge Kuhl indicated she would set trial dates for bellwether cases at the next status conference on August 29, 2024.

With respect to discovery matters, Judge Kuhl ordered the JCCP plaintiffs to address their objection to Judge Kang's ruling on the relevant time period applicable to Meta's document productions to Judge Kang. They intend to do so at the August 8, 2024, DMC, as previewed in the Parties' DMC

statement. Judge Kuhl also ordered the parties to submit briefing by July 29, 2024 regarding "discovery topics that may arise with regard to development of the [JCCP] bellwether cases and each side's position as to whether this Court versus Magistrate Judge Kang should deal with that which," 7/19/24 JCCP CMC Tr. 29:28-30:3, and ordered the parties to meet and confer on limits, if any, on the number of interrogatories ("Rogs") or requests for admission ("RFAs"). On August 1, 2024, Judge Kuhl heard argument on the issue of whether the MDL Court or the JCCP Court will handle discovery issues specific to the bellwether cases selected in the JCCP, and ruled as follows:

(1) Judge Kuhl ordered that the MDL Court (Magistrate Judge Kang) will set numerical discovery limits for written discovery (Rogs and RFAs) propounded by Plaintiffs to Defendants specific to Bellwether PI Plaintiffs in the JCCP.

(2) Judge Kuhl ruled that she would decide whether to allow additional written discovery (Rogs and RFAs) to be propounded to the JCCP PI Bellwether Plaintiffs concerning Defendants' affirmative defenses as applied to the JCCP PI Bellwether Plaintiffs. (At this time there are no affirmative defenses pleaded in the MDL.) Following argument, Judge Kuhl determined that five of the RFAs and accompanying California Form Rog No. 17.1 previously served by each of the JCCP Bellwether PI Plaintiffs on Defendants must be responded to by Defendants, and indicated that she may later allow additional discovery regarding Defendants' affirmative defenses.

(3) Judge Kuhl ruled that she will handle disputes regarding the sufficiency of written discovery responses regarding JCCP bellwether specific discovery (including requests for production of documents specific to JCCP Bellwether Plaintiff accounts); JCCP Bellwether specific deposition disputes; and Defense Medical Examinations of JCCP Bellwether Plaintiffs.

(4) Judge Kuhl ruled that she will handle disputes regarding third-party discovery taken by Defendants pertaining to the JCCP Bellwether Plaintiffs (unless there are numerical limits set for such third-party discovery by the MDL Court, in which case Defendants shall comply with those numerical limits).

(5) Judge Kuhl ordered that the issue of supervision of expert discovery will be addressed at a later date.

Judge Kuhl further advised that JCCP leadership counsel should participate in meet-and-confer discussions pertaining to all discovery issues to be addressed by the MDL Court (Judge Kang). Judge Kuhl stated that she will take into account Judge Kang's rulings even as to individualized bellwether issues in the MDL insofar as similar questions are presented to the JCCP court.

Judge Kuhl set the next JCCP CMC for August 29, at 1:45 p.m.

Respectfully submitted,

DATED: August 2, 2024                    By:  /s/ Lexi J. Hazam

                                         LEXI J. HAZAM
                                         **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                         275 BATTERY STREET, 29TH FLOOR
                                         SAN FRANCISCO, CA 94111-3339
                                         Telephone: 415-956-1000
                                         lhazam@lchb.com

                                         PREVIN WARREN
                                         **MOTLEY RICE LLC**
                                         401 9th Street NW Suite 630
                                         Washington DC 20004
                                         Telephone: 202-386-9610
                                         pwarren@motleyrice.com

                                         Co-Lead Counsel

                                         CHRISTOPHER A. SEEGER
                                         **SEEGER WEISS, LLP**
                                         55 CHALLENGER ROAD, 6TH FLOOR
                                         RIDGEFIELD PARK, NJ 07660
                                         Telephone: 973-639-9100
                                         cseeger@seegerweiss.com

                                         Counsel to Co-Lead Counsel

                                         JENNIE LEE ANDERSON
                                         **ANDRUS ANDERSON, LLP**
                                         155 MONTGOMERY STREET, SUITE 900
                                         SAN FRANCISCO, CA 94104
                                         Telephone: 415-986-1400
                                         jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607

Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725

semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS

LEVIN PAPANTONIO RAFFERTY
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorneys General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorney General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400

11

Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ J. Christian Lewis
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

COVINGTON & BURLING LLP

By:  /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP
By: /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600

13

Email: amy.fiterman@faegredrinker.com

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,

Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com

Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 2, 2024

By: /s/ *Ashley M. Simonsen*