# APPENDIX A

This Parties submit this Appendix to accompany the Joint Status Report on Discovery for the August 8, 2024 Discovery Management Conference.

## I. RFPs Served on Meta by Plaintiffs

The chart below sets forth the written discovery Plaintiffs have propounded on Meta and its respective R&Os.

| Plaintiff Group | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| MDL PI/SD and JCCP PI Plaintiffs | 30 RFPs (Set One) | Served on 2/9/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 30 RFPs (Set Two) | Served on 2/9/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 7 RFPs (Set Three) | Served on 2/9/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 17 RFPs (Set Four) | Served on 2/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 23 RFPs (Set Five) | Served on 2/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 27 RFPs (Set Six) | Served on 2/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 22 RFPs (Set Seven) | Served on 2/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 15 RFPs (Set Eight) | Served on 2/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 4 RFPs (Set Nine) | Served on 2/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 99 RFPs (Set Ten) | Served on 4/3/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 16 RFPs (Set Eleven) | Served on 5/9/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 18 RFPs (Set Twelve) | Served on 6/3/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 57 RFPs (Set Thirteen) | Served on 6/28/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 2 Rogs (Set One) | Served on 6/28/2024 |
| MDL State AGs | 39 RFPs (Set One) | Served on 4/22/2024 |
| MDL State AGs | 108 RFPs (Set Two) | Served on 7/22/2024 |
| MDL State AGs | 36 RFPs (Set Three) | Due on 8/21/2024 |
| MDL PI Bellwether Plaintiff Laurel Clevenger[1] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Jessica D'Orazio and Christina D'Orazio [4] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Lorine Hawthorne individually and on behalf of B.H. [6] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff N.K. on behalf of S.K. [7] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff M.M. on behalf of B.M. [11] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Leslie Smith and Jessica Smith [12] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Maria Elena Rodriguez individually and on behalf of M.G. [5] | 40 RFPs (Set One) | Served on 6/14/2024 |

| Plaintiff Group | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| MDL PI Bellwether Plaintiff Nuala Mullen and Elizabeth Mullen [10] | 40 RFPs (Set One) | Served on 6/20/2024 |
| MDL PI Bellwether Plaintiff Dymand McNeal [8] | 40 RFPs (Set One) | Served on 7/22/2024 |
| MDL SD Bellwether Plaintiffs | 13 RFPs (Set One) | [Served on 8/1/2024] |

II.   **RFPs Discovery Served on TikTok by Plaintiffs**

The chart below sets forth the written discovery Plaintiffs have propounded on TikTok and its respective R&Os.

| Plaintiff Group | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| MDL PI/SD and JCCP PI Plaintiffs | 75 RFPs (Set One) | 12/7/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 0 RFPs (Set Two) Withdrawn | 12/11/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 22 RFPs (Set Three) | 12/22/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 23 RFPs (Set Four) | 12/22/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 27 RFPs (Set Five) | 12/22/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 15 RFPs (Set Six) | 12/22/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 17 RFPs (Set Seven) | 12/22/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 4 RFPs (Set Eight) | 12/22/2023 |
| MDL PI/SD and JCCP PI Plaintiffs | 7 RFPs (Set Nine) | 2/1/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 34 RFPs (Set Ten) | 3/20/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 6 RPFs (Set Eleven) | 3/29/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 2 RFPs (Set Twelve) | 4/3/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 18 RFPs (Set Thirteen) | 4/5/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 18 RFPs (Set Fourteen | 5/3/2024 |
| MDL PI/SD and JCCP PI Plaintiffs | 6 RFPS (Set Fifteen) | 6/7/2024 |
| MDL PI Bellwether Plaintiff Jessica D'Orazio and Christina D'Orazio [4] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Lorine Hawthorne individually and on behalf of B.H. [6] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff N.K. on behalf of S.K. [7] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Leslie Smith and Jessica Smith [12] | 40 RFPs (Set One) | Served on 6/10/2024 |
| MDL PI Bellwether Plaintiff Maria Elena Rodriguez individually and on behalf of M.G. [5] | 40 RFPs (Set One) | Served on 6/14/2024 |

| Plaintiff Group | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| MDL PI Bellwether Plaintiff Nuala Mullen and Elizabeth Mullen [10] | 40 RFPs (Set One) | Served on 6/20/2024 |
| MDL SD Bellwether Plaintiffs | 13 RFPs | Served on 7/31/2024 |

### III. Written Discovery Served on MDL Bellwether PI Plaintiffs

The chart below sets forth the written discovery Defendants have propounded on the MDL Bellwether PI Plaintiffs and their respective R&Os.

| Recipient Plaintiff Group | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| MDL PI Bellwether Plaintiff Laurel Clevenger [1] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>7 ROGs (Set One) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/15/2024 |
| MDL PI Bellwether Plaintiff Klinten Craig [2] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>7 ROGs (Set One) | Served 6/13/2024<br>Served 6//18/2024<br>Served 7/18/2024 |
| MDL PI Bellwether Plaintiff B.S. on behalf of J.D. [3] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>6 RFPs (YT's Set One)<br>7 ROGs (Set One) | Served 6/11/2024<br>Served 6/14/2024<br>Served 8/1/2024<br>Served 7/19/2024 |
| MDL PI Bellwether Plaintiff Jessica D'Orazio and Christine D'Orazio [4] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>24 RFPs (Set Three)<br>7 ROGs (Set One to J.D.)<br>7 ROGs (Set One to C.D.) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/22/2024<br>Served 7/18/2024<br>Served 7/18/2024 |
| MDL PI Bellwether Plaintiff Maria Elena Rodriguez individually and on behalf of M.G. [5] | 78 RFPs (Set One)<br>4 RFPs (Set Two)<br>6 RFPs (YT's Set One)<br>6 ROGs (Set One) | Served 5/31/2024<br>Served 6/17/2024<br>Due<br>Served 7/15/2024 |
| MDL PI Bellwether Plaintiff Lorine Hawthorne individually and on behalf of B.H. [6] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>40 RFPs (Set Three)<br>7 ROGs (Set One to B.H.)<br>4 ROGs (Set One to L.H.) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/25/2024<br>Served 7/29/2024<br>Served 7/29/2024 |
| MDL PI Bellwether Plaintiff N.K. on behalf of S.K. [7] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>7 ROGs (Set One) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/15/2024 |
| MDL PI Bellwether Plaintiff Dymand McNeal [8] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>7 ROGs (Set One) | Served 6/20/2024<br>Served 6/21/2024<br>Served 7/1/8/2024 |
| MDL PI Bellwether Plaintiff David Melton [9] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>6 ROGs (Set One) | Served 6/20/2024<br>Served 6/20/2024<br>Served 7/22/2024 |

| Recipient Plaintiff Group | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| MDL PI Bellwether Plaintiff Nuala Mullen and Elizabeth Mullen [10] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>24 RFPs (Set Three)<br>7 ROGs (Set One to N.M.)<br>7 ROGs (Set One to E.M.) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/22/2024<br>Served 7/18/2024<br>Served 7/18/2024 |
| MDL PI Bellwether Plaintiff M.M. on behalf of B.M. [11] | 77 RFPs (Set One)<br>4 RFPs (Set Two)<br>6 ROGs (Set One) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/15/2024 |
| MDL PI Bellwether Plaintiff Leslie Smith and Jessica Smith [12] | 77 RFPs (Set One to L.S. and J.S.)<br>4 RFPs (Set Two to L.S. and J.S.)<br>6 RFPs (Set Three to L.S.)<br>32 RFPs (Set Three to J.S.)<br>6 RFPs (YT's Set One to L.S.)<br>7 ROGs (Set One to L.S.)<br>4 ROGs (Set One to J.S.) | Served 5/31/2024<br>Served 6/17/2024<br>Served 7/26/2024<br>Served 7/26/2024<br>Served 7/26/2024<br>Served 7/18/2024<br>Due 7/29/2024 |

IV. **Written Discovery Served on Bellwether SD Plaintiffs**

The chart below sets forth the written discovery Defendants have propounded on the Bellwether SD Plaintiffs and their respective R&Os.

| Recipient SD Bellwether Plaintiff | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| The Baltimore City Board of School Commissioners [1] | 83 RFPs (Set One) | Served on July 9, 2024 |
| The Baltimore City Board of School Commissioners [1] | 3 Rogs (Set One) | Served on July 9, 2024 |
| Board of Education of Harford County [2] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Board of Education of Harford County [2] | 3 Rogs (Set One) | Served on June 6, 2024 |
| Board of Education of Jordan School District [3] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Board of Education of Jordan School District [3] | 3 Rogs (Set One) | Served on June 6, 2024 |
| Board of Education of Jordan School District [3] | 11 RFPs (Set Two) | Due on August 28, 2024 |
| Breathitt County School District [4] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Breathitt County School District [4] | 3 Rogs (Set One) | Served on June 6, 2024 |
| Charleston County School District [5] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Charleston County School District [5] | 3 Rogs (Set One) | Served on June 6, 2024 |
| DeKalb County School District [6] | 83 RFPs (Set One) | Served on June 20, 2024 |

| Recipient SD Bellwether Plaintiff | Number of Discovery Requests (Set) | R&Os Served or Due |
|---|---|---|
| DeKalb County School District [6] | 3 Rogs (Set One) | Served on June 20, 2024 |
| DeKalb County School District [6] | 67 RFPs (Set Two) | Due on August 28, 2024 |
| Irvington Public Schools [7] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Irvington Public Schools [7] | 3 Rogs (Set One) | Served on June 6, 2024 |
| School District of the Chathams [8] | 83 RFPs (Set One) | Served on May 31, 2024 |
| School District of the Chathams [8] | 3 Rogs (Set One) | Served on June 6, 2024 |
| The School Board of Hillsborough County [9] | 83 RFPs (Set One) | Served on May 31, 2024 |
| The School Board of Hillsborough County [9] | 3 Rogs (Set One) | Served on June 6, 2024 |
| Tucson Unified School District [10] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Tucson Unified School District [10] | 3 Rogs (Set One) | Served on June 6, 2024 |
| Saint Charles Parish Public Schools [11] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Saint Charles Parish Public Schools [11] | 3 Rogs (Set One) | Served on June 6, 2024 |
| Saint Charles Parish Public Schools [11] | 39 RFPs (Set Two) | Due on August 28, 2024 |
| Spartanburg 6 School District [12] | 83 RFPs (Set One) | Served on May 31, 2024 |
| Spartanburg 6 School District [12] | 3 Rogs (Set One) | Served on June 6, 2024 |

**V.  Third-Party Subpoenas Served by Defendants in Connection with MDL PI Bellwether Cases**

The chart below summarizes the status of third-party subpoenas served by Defendants in connection with the MDL PI Bellwether Cases to date.

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| Laurel Clevenger | Anne Carter | 7/18/2024 | Due 8/17/2024 |
| Laurel Clevenger | Downingtown Area School District | 7/10/2024 | Due 8/9/2024 |
| Laurel Clevenger | Downingtown East High School | 7/10/2024 | Due 8/9/2024 |
| Laurel Clevenger | Fredrick County Public Schools | 6/27/2024 | Due 8/12/2024 |
| Laurel Clevenger | Julie Clevenger | 7/18/2024 | Due 8/17/2024 |
| Laurel Clevenger | Middletown Elementary School | 6/27/2024 | Due 7/27/2024 |
| Laurel Clevenger | Paul Clevenger | 7/18/2024 | Due 8/17/2024 |
| Laurel Clevenger | Paul Pilone | 7/18/2024 | Due 8/17/2024 |
| Laurel Clevenger | Robert E. Aylor Middle School | 6/27/2024 | Due 7/27/2024 |

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| Laurel Clevenger | Sherando High School | 6/27/2024 | Due 7/27/2024 |
| Laurel Clevenger | West Chester University | 6/26/2024 | Due 7/26/2024 |
| Klinten Craig | Alvaton Elementary | 7/8/2024 | Served 8/2/2024 |
| Klinten Craig | Antoine Smith-Rouse | | |
| Klinten Craig | Apollo High School - Daviess County Public Schools | | |
| Klinten Craig | Barbara Hatcher | | |
| Klinten Craig | Barnabas Home High School | 7/17/2024 | Due 8/17/2024 |
| Klinten Craig | Barren County Middle School | 7/9/2024 | Served 7/30/2024 |
| Klinten Craig | Bowling Green High School | 7/9/2024 | Served 7/30/2024 |
| Klinten Craig | Bowling Green Learning Center | 7/8/2024 | Served 7/30/2024 |
| Klinten Craig | Boys Haven - Jefferson County Public Schools | | |
| Klinten Craig | Briarwood Elementary | 7/98/2024 | Served 8/2/2024 |
| Klinten Craig | Butler County High School | 7/9/2024 | Served 7/30/2024 |
| Klinten Craig | Cumberland Trace Elementary Schools | [Need to Reserve / 7/8/2024] | [Served 8/2/2024] |
| Klinten Craig | Dishman McGinnis Elementary | 7/9/2024 | [Served 7/30/2024] |
| Klinten Craig | Henry F. Moss Middle School | [Need to Reserve / 7/8/2024] | Served 8/2/2024 |
| Klinten Craig | Jennifer Johnson | 7/8/2024 | Served 7/17/2024 |
| Klinten Craig | Jeremiah Smith-Rouse | | |
| Klinten Craig | Life Skills Children's Crisis Stabiliation | 7/9/2024 | Served 7/30/2024 |
| Klinten Craig | Morgantown Elementary | 7/8/2024 | Served 7/30/2024 |
| Klinten Craig | North Butler Elementary | 7/8/2024 | Served 7/30/2024 |

APPENDIX A – JOINT STATUS REPORT ON DISCOVERY FOR AUGUST 8, 2024 DMC
4:22-md-03047-YGR

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| Klinten Craig | North Jackson Elementary | 7/9/2024 | Served 7/30/2024 |
| Klinten Craig | Olmstead School | 7/9/2024 | Served 7/30/2024 |
| Klinten Craig | Owensboro Middle School | [Need to Reserve] | |
| Klinten Craig | Warren Elementary School | [Need to Reserve / 7/8/2024] | [Served 8/2/2024] |
| Klinten Craig | Russellville High School | 7/9/2024 | Served 7/30/2024 |
| B.S. on behalf of J.D. | Brittney Shenae Stoudermire | 6/14/2024 | Served 7/26/2024 |
| B.S. on behalf of J.D. | De'John Davidson | 7/18/2024 | Due 8/17/2024 |
| B.S. on behalf of J.D. | Eufaula City Schools District | 6/28/2024 | Due 7/28/2024 |
| B.S. on behalf of J.D. | Highland Elementary | | Served 8/2/2024 |
| B.S. on behalf of J.D. | Mary Williams | 7/25/2024 | Due 8/17/2024 |
| B.S. on behalf of J.D. | Michelle McIntyre | 7/18/2024 | Due 8/17/2024 |
| B.S. on behalf of J.D. | Montgomery Public School District | 6/27/2024 | [Due 7/27/2024 / Served 8/2/2024] |
| B.S. on behalf of J.D. | Ramona Washington | 7/25/2024 | Due 8/17/2024 |
| B.S. on behalf of J.D. | Highland Elementary School | 6/25/2024 | Due 7/25/2024 |
| Jessica D'Orazio and Christine D'Orazio | Stephen D'Orazio | 7/2/2024 | Due 8/1/2024 |
| Jessica D'Orazio and Christine D'Orazio | Chestnut Ridge Middle School | 7/1/2024 | Due 7/31/2024 |
| Jessica D'Orazio and Christine D'Orazio | Hurffvillle Elementary School | 7/1/2024 | Due 7/31/2024 |
| Jessica D'Orazio and Christine D'Orazio | Washington Township High School | 7/1/2024 | Due 7/31/2024 |
| Jessica D'Orazio and Christine D'Orazio | Camden Community College | 7/25/2024 | Due 8/24/2024 |
| Jessica D'Orazio and Christine D'Orazio | West Chester University | 7/25/2024 | Due 8/24/2024 |

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| Jessica D'Orazio and Christine D'Orazio | Rowan University | 7/25/2024 | Due 8/24/2024 |
| Jessica D'Orazio and Christine D'Orazio | Friendly's | 7/25/2024 | Due 8/24/2024 |
| Maria Elena Rodriguez individually and on behalf of M.G. | Dora Rodriguez | 7/25/2024 | Due 8/24/2024 |
| Maria Elena Rodriguez individually and on behalf of M.G. | Gissel Guzman | 7/25/2024 | Due 8/24/2024 |
| Maria Elena Rodriguez individually and on behalf of M.G. | Juan Guzman | Out for Service | |
| Maria Elena Rodriguez individually and on behalf of M.G. | Juana Guzman | 7/25/2024 | Due 8/24/2024 |
| Maria Elena Rodriguez individually and on behalf of M.G. | Southeast Whitfield High School | 6/25/2024 | Due 7/25/2024 |
| Maria Elena Rodriguez individually and on behalf of M.G. | Whitfield County School District | 6/25/2024 | Due 7/25/2024 |
| Lorine Hawthorne individually and on behalf of B.H. | Christopher Hawthorne | 7/3/2024 | Due 8/2/2024 |
| Lorine Hawthorne individually and on behalf of B.H. | Fairfax County Public Schools | 6/25/2024 | Due 7/25/2024 |
| Lorine Hawthorne individually and on behalf of B.H. | Hunt Valley Elementary School | 6/25/2024 | Due 7/25/2024 |
| Lorine Hawthorne individually and on behalf of B.H. | Irving Middle School | 6/25/2024 | Due 7/25/2024 |
| Lorine Hawthorne | West Springfield High School | 6/25/2024 | Due 7/25/2024 |

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| individually and on behalf of B.H. | | | |
| N.K. on behalf of S.K. | Brittnie Krekeler | 7/19/2024 | Due 8/18/2024 |
| N.K. on behalf of S.K. | Chris Williamson | 7/19/2024 | Due 8/18/2024 |
| N.K. on behalf of S.K. | Douglas County School District | 7/9/2024 | Due 8/8/2024 |
| N.K. on behalf of S.K. | Ladona Stathopolous | 7/19/2024 | Due 8/18/2024 |
| N.K. on behalf of S.K. | Laguna Elementary School | 7/8/2024 | Due 8/7/2024 |
| N.K. on behalf of S.K. | Legend High School | 7/8/2024 | Due 8/7/2024 |
| N.K. on behalf of S.K. | Mohave Middle School | 7/8/2024 | Due 8/7/2024 |
| N.K. on behalf of S.K. | Nicole Brie Krekeler | 6/14/2024 | Served 7/26/2024 |
| N.K. on behalf of S.K. | Ryan Krekeler | 7/19/2024 | Due 8/18/2024 |
| N.K. on behalf of S.K. | Saguaro High School | 7/15/2024 | Due 8/14/2024 |
| N.K. on behalf of S.K. | Scottsdale Unified School District | 7/15/2024 | Due 8/14/2024 |
| Dymand McNeal | Communications Technology High School | 7/1/2024 | Due 7/31/2024 |
| Dymand McNeal | John Bartram High School | 7/1/2024 | Due 7/31/2024 |
| Dymand McNeal | Parkway West High School | 7/1/2024 | Due 7/31/2024 |
| Dymand McNeal | S. Weir Mitchell Elementary | 7/1/2024 | Due 7/31/2024 |
| Dymand McNeal | Tiden Middle School | 7/1/2024 | Due 7/31/2024 |
| David Melton | Cloud County Community College | 6/27/2024 | Due 7/27/2024 |
| David Melton | David Melton | 6/21/2024 | Served 7/17/2024 |
| David Melton | Geary County Schools | 6/26/2024 | Due 7/26/2024 |
| David Melton | Junction City High School | 6/26/2024 | Due 7/26/2024 |
| David Melton | Junction City Middle School | 6/26/2024 | Due 7/26/2024 |
| David Melton | Marcus Hicks | 6/21/2024 | Served 7/17/2024 |
| David Melton | Spring Valley Elementary School | 6/26/2024 | Due 7/26/2024 |

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| David Melton | Veronica Hickes | 6/21/2024 | Served 7/17/2024 |
| Nuala Mullen and Elizabeth Mullen | Farragut Middle School | 7/8/2027 | Due 8/7/2027 |
| Nuala Mullen and Elizabeth Mullen | Hastings High School | 7/8/2027 | Due 8/7/2027 |
| Nuala Mullen and Elizabeth Mullen | Hillside Elementary | 7/8/2027 | Due 8/7/2027 |
| Nuala Mullen and Elizabeth Mullen | Ursuline School | 7/8/2027 | Due 8/7/2027 |
| M.M. on behalf of B.M. | Arrowhead High School | 6/25/2024 | Due 7/25/2024 |
| M.M. on behalf of B.M. | Arrowhead School District | 6/25/2024 | Due 7/25/2024 |
| M.M. on behalf of B.M. | Merton Community School District | 6/25/2024 | Due 7/25/2024 |
| M.M. on behalf of B.M. | Michelle Marie Murphy | 6/14/2024 | Served 7/26/2024 |
| M.M. on behalf of B.M. | Ryan Patrick Murphy | 7/18/2024 | Due 8/17/2024 |
| Leslie Smith and Jessica Smith | Ball Elementary - Chatham, IL | 6/26/2024 | Due 8/23/2024 |
| Leslie Smith and Jessica Smith | Ball-Chatham School District | 6/26/2024 | Due 8/23/2024 |
| Leslie Smith and Jessica Smith | Calvary Academy - Springfield, IL | 6/26/2024 | Due 7/24/2024 |
| Leslie Smith and Jessica Smith | Elijah Smith | 7/9/2024 | Due 8/2/2024 |
| Leslie Smith and Jessica Smith | Glenwood High School - Chatham, IL | 6/26/2024 | Due 8/23/2024 |
| Leslie Smith and Jessica Smith | Glenwood Intermediate School - Chatham, IL | 6/26/2024 | Due 8/23/2024 |
| Leslie Smith and | Glenwood Middle School - Chatham, | 6/26/2024 | Due 8/23/2024 |

| Case Name | Third Party Subpoena Recipient | Date Served | Date Response Due or Served |
|---|---|---|---|
| Jessica Smith | IL | | |
| Leslie Smith and Jessica Smith | Lucas Smith | 7/9/2024 | Due 8/2/2024 |
| Leslie Smith and Jessica Smith | Michelle Smith | 7/9/2024 | Due 8/2/2024 |
| Leslie Smith and Jessica Smith | Robert Taylor | 7/9/2024 | Due 8/2/2024 |
| Leslie Smith and Jessica Smith | Southern Illinois University Edwardsville - Edwardsville, IL | 6/26/2024 | Due 7/24/2024 |
| Leslie Smith and Jessica Smith | Springfield Park District | 7/2/2024 | Due 8/2/2024 |
| Leslie Smith and Jessica Smith | Vextor Boba Tea Lounge | 7/8/2024 | Due 8/2/2024 |

## VI. Third-Party Subpoenas Served by Defendants in Connection with SD Bellwether Cases

The chart below summarizes the status of third-party subpoenas served by Defendants in connection with the SD Bellwether cases to date.

| Third-Party Subpoena Recipient | Date Served | Date Response Due |
|---|---|---|
| Bluffdale Police Department | Service in Progress | August 23, 2024 |
| DeKalb County Police Department | Service in Progress | August 23, 2024 |
| DeKalb County Public Health | Service in Progress | August 12, 2024 |
| Georgia Bureau of Investigation | Service in Progress | August 23, 2024 |
| Georgia Department of Education | July 23, 2024 | August 12, 2024 |
| Georgia Department of Community Health | Service in Progress | August 12, 2024 |
| Georgia Department of Behavioral Health & Developmental Disabilities | July 17, 2024 | August 12, 2024 |
| Georgia Department of Public Health | July 22, 2024 | August 12, 2024 |
| Georgia Department of Public Safety | Service in Progress | August 23, 2024 |
| Herriman Police Department | Service in Progress | August 23, 2024 |
| Louisiana Department of Education | July 16, 2024 | August 12, 2024 |
| Louisiana Department of Health | July 16, 2024 | August 12, 2024 |
| Louisiana State Board of Elementary and Secondary Education | July 16, 2024 | August 12, 2024 |

| Third-Party Subpoena Recipient | Date Served | Date Response Due |
|---|---|---|
| Louisiana State Police | Service in Progress | August 23, 2024 |
| Riverton Police Department | Service in Progress | August 23, 2024 |
| Salt Lake County Human Services | Service in Progress | August 12, 2024 |
| Salt Lake County Sheriff's Office | Service in Progress | August 23, 2024 |
| St. Charles Parish Sheriff's Department | Service in Progress | August 23, 2024 |
| Utah Department of Health and Human Services | Service in Progress | August 12, 2024 |
| Utah Department of Public Safety | Service in Progress | August 23, 2024 |
| Utah State Board of Education | Service in Progress | August 12, 2024 |
| South Jordan Police Department | Service in Progress | August 23, 2024 |
| West Jordan City Police Department | Service in Progress | August 23, 2024 |

### VII. Third-Party Subpoenas Served Upon State Agencies by Meta Defendants in Connection with MDL State AG Cases

The chart below summarizes the third-party subpoenas that the Meta Defendants are in the process of serving on various state agencies in connection with the MDL State AG Cases.

| Third-Party Subpoena Recipient | Date Notice Provided to Parties | Subpoena Production Due |
|---|---|---|
| California Department of Child Support Services | July 17, 2024 | August 19, 2024 |
| California Department of Education | July 17, 2024 | August 19, 2024 |
| California Mental Health Services Oversight and Accountability Commission | July 17, 2024 | August 19, 2024 |
| Colorado Behavioral Health Administration | July 17, 2024 | August 19, 2024 |
| Colorado Department of Education | July 17, 2024 | August 19, 2024 |
| Kentucky Department for Behavioral Health, Developmental and Intellectual Disabilities | July 17, 2024 | August 19, 2024 |
| Kentucky Department of Education | July 17, 2024 | August 19, 2024 |
| New Jersey Department of Education | July 17, 2024 | August 19, 2024 |
| New Jersey Department of Health | July 17, 2024 | August 19, 2024 |
| New Jersey Governor's Council on Mental Health Stigma | July 17, 2024 | August 19, 2024 |
| Georgia Department of Behavioral Health and Developmental Disabilities | July 23, 2024 | August 26, 2024 |
| Georgia Department of Education | July 23, 2024 | August 26, 2024 |
| Maine Department of Education | July 23, 2024 | August 22, 2024 |
| Maine Department of Health & Human Services | July 23, 2024 | August 22, 2024 |
| Maryland Center for School Safety | July 23, 2024 | August 26, 2024 |
| Maryland Department of Human Services | July 23, 2024 | August 26, 2024 |
| Arizona Department of Child Safety | July 24, 2024 | August 23, 2024 |
| Arizona Department of Education | July 24, 2024 | August 23, 2024 |
| Arizona Department of Health Services | July 24, 2024 | August 23, 2024 |
| Idaho Department of Education | July 24, 2024 | August 23, 2024 |

| Third-Party Subpoena Recipient | Date Notice Provided to Parties | Subpoena Production Due |
|---|---|---|
| Idaho Health & Welfare Department | July 24, 2024 | August 23, 2024 |
| Commission on Improving the Status of Children in Indiana | July 24, 2024 | August 23, 2024 |
| Indiana Department of Education | July 24, 2024 | August 23, 2024 |
| Indiana Department of Health | July 24, 2024 | August 23, 2024 |
| Louisiana Department of Education | July 24, 2024 | August 23, 2024 |
| Louisiana Department of Health | July 24, 2024 | August 23, 2024 |
| Connecticut Department of Education | July 29, 2024 | August 28, 2024 |
| Connecticut Department of Mental Health and Addiction Services | July 29, 2024 | August 28, 2024 |
| Florida Department of Education | July 29, 2024 | August 28, 2024 |
| Florida Department of Health | July 29, 2024 | August 28, 2024 |
| Hawaii Department of Education | July 29, 2024 | August 28, 2024 |
| Hawaii State Council on Mental Health | July 29, 2024 | August 28, 2024 |
| Illinois Board of Education | July 29, 2024 | August 28, 2024 |
| Illinois Department of Human Services | July 29, 2024 | August 28, 2024 |
| Illinois Department of Public Health | July 29, 2024 | August 28, 2024 |
| Kansas Department for Children and Families | July 29, 2024 | August 28, 2024 |
| Kansas Department of Education | July 29, 2024 | August 28, 2024 |
| Kansas Department of Health & Environment | July 29, 2024 | August 28, 2024 |
| Michigan Department of Education | July 29, 2024 | August 28, 2024 |
| Michigan Department of Health & Human Services | July 29, 2024 | August 28, 2024 |
| Minnesota Department of Education | July 29, 2024 | August 28, 2024 |
| Minnesota Department of Human Services | July 29, 2024 | August 28, 2024 |
| Missouri Department of Elementary and Secondary Education | July 29, 2024 | August 28, 2024 |
| Missouri Department of Mental Health | July 29, 2024 | August 28, 2024 |
| Nebraska Department of Education | July 29, 2024 | August 28, 2024 |
| Nebraska Department of Health and Human Services | July 29, 2024 | August 28, 2024 |
| New York Department of Education | July 29, 2024 | August 28, 2024 |
| New York Office of Mental Health | July 29, 2024 | August 28, 2024 |
| North Dakota Department of Health and Human Services | July 29, 2024 | August 28, 2024 |
| North Dakota Department of Public Instruction | July 29, 2024 | August 28, 2024 |
| Ohio Department of Education & Workforce | July 29, 2024 | August 28, 2024 |
| Ohio Department of Mental Health & Addiction Services | July 29, 2024 | August 28, 2024 |
| Ohio Department of Higher Education | July 30, 2024 | August 29, 2024 |
| Ohio Department of Health | July 30, 2024 | August 29, 2024 |
| Montana Board of Public Education | July 31, 2024 | August 30, 2024 |

| Third-Party Subpoena Recipient | Date Notice Provided to Parties | Subpoena Production Due |
|---|---|---|
| Montana Department of Public Health and Human Services | July 31, 2024 | August 30, 2024 |
| North Carolina Department of Health and Human Services | July 31, 2024 | September 3, 2024 |
| North Carolina Department of Public Instruction | July 31, 2024 | September 3, 2024 |
| Oregon Department of Education | July 31, 2024 | August 29, 2024 |
| Oregon Department of Human Services | July 31, 2024 | August 29, 2024 |
| Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals | July 31, 2024 | September 3, 2024 |
| Rhode Island Department of Education | July 31, 2024 | September 3, 2024 |
| Rhode Island Department of Human Services | July 31, 2024 | September 3, 2024 |
| South Carolina Department of Education | July 31, 2024 | August 29, 2024 |
| South Carolina Department of Mental Health | July 31, 2024 | August 29, 2024 |
| Wisconsin Office of Children's Mental Health | July 31, 2024 | August 30, 2024 |
| Delaware Department of Education | August 1, 2024 | September 3, 2024 |
| Delaware Department of Health and Social Services | August 1, 2024 | September 3, 2024 |
| Pennsylvania Department of Education | August 1, 2024 | September 3, 2024 |
| Pennsylvania Department of Human Services | August 1, 2024 | September 3, 2024 |
| South Dakota Department of Education | August 1, 2024 | September 3, 2024 |
| South Dakota Department of Social Services | August 1, 2024 | September 3, 2024 |
| Virginia Department of Behavioral Health and Developmental Services | August 1, 2024 | September 3, 2024 |
| Virginia Department of Education | August 1, 2024 | September 3, 2024 |
| Virginia Foundation for Healthy Youth | August 1, 2024 | September 3, 2024 |
| Washington Department of Children, Youth, and Families | August 1, 2024 | September 3, 2024 |
| Washington State Board of Education | August 1, 2024 | September 3, 2024 |
| Washington State Department of Social and Health Services | August 1, 2024 | September 3, 2024 |
| West Virginia Bureau for Children and Families | August 1, 2024 | September 3, 2024 |
| West Virginia Department of Education | August 1, 2024 | September 3, 2024 |