# EXHIBIT A

JOINT STATUS REPORT ON DISCOVERY FOR AUGUST 8, 2024
DISCOVERY MANAGEMENT CONFERENCE

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  August 1, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Informal Discovery Conference (IDC)

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Jorge Dominguez CSR# 12523, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Appearances:

Plaintiffs – Present
Emily Jeffcott, Michael A. Akselrud, Joseph VanZandt, Kelly K. McNabb.

Plaintiffs – LACourtConnect
Anna Katz, Lauren M. Kiesel, Mariana McConnell, Sydney Lottes.

Defendants – Present
Tarifa Laddon, Patrick Reilly, Victoria A. Degtyareva, Phyllis A. Jones, Ashley M. Simonsen, Matthew Donohue.

Defendants – LACourtConnect
Isaac Chaput.


Court and counsel discuss the issue of whether the MDL Court or the JCCP Court will handle discovery issues specific to the bellwether cases selected in the JCCP based on the tentative the court served on the parties via Case Anywhere. After hearing argument, the court rules as follows:

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  August 1, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl                CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M. Miro                    Deputy Sheriff: None

---

(1) The MDL Court will set numerical discovery limits for written discovery propounded by Plaintiffs to Defendants specific to bellwether Plaintiffs in the JCCP.
(2) The JCCP court will decide whether to allow additional written discovery (interrogatories and requests for admission) to be propounded to Plaintiffs concerning Defendants' affirmative defenses as applied to JCCP bellwether Plaintiffs. As the parties note, at this time there are no affirmative defenses pleaded in the MDL.
(3) The JCCP court will handle disputes regarding the sufficiency of written discovery responses regarding JCCP bellwether specific discovery (including requests for production of documents specific to JCCP bellwether plaintiff accounts); JCCP bellwether specific deposition disputes; and Defense Medical Examinations of JCCP bellwether Plaintiffs.
(4) The JCCP court will handle disputes regarding third party discovery taken by Defendants pertaining to JCCP bellwether plaintiffs (unless there are numerical limits set for such third party discovery by the MDL Court, in which case Defendants shall comply with those numerical limits).
(5) The issue of supervision of expert discovery will be addressed at a later date.

Counsel are advised that JCCP leadership counsel should participate in meet and confer discussions pertaining to all discovery issues to be addressed by the MDL Court. This court will take into account the MDL Court's rulings even as to individualized bellwether issues in the MDL insofar as similar questions are presented to this court.

Court and counsel discuss the discovery propounded by JCCP bellwether plaintiffs to Defendants concerning Defendants' affirmative defenses. After discussion and tentative rulings by this court, the court determines that the following Plaintiff requests for admission and accompanying 17.1 form interrogatory must be responded to by Defendants (all references are to Exhibit 6 to the Joint Report Regarding Bellwether Discovery for August 1, 2024 Conference): (a), (c), (e), (f), and (g). Defendants also must respond to the three Special Interrogatories set forth in Exhibit 6. The court may later allow additional discovery regarding Defendants' affirmative defenses.


A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                                                August 1, 2024
**Social Media Cases**                                                                                      9:00 AM

Judge: Honorable Carolyn B. Kuhl                    CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                     ERM: None
Courtroom Assistant: M. Miro                        Deputy Sheriff: None

---

24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

Plaintiff liaison counsel is to provide notice.