| | |
|---|---|
| 1 | LINDSEY C. BARNHART |
| 2 | lbarnhart@cov.com |
|   | COVINGTON & BURLING LLP |
| 3 | 3000 El Camino Real |
|   | 5 Palo Alto Square |
| 4 | Palo Alto, CA 94306-2112 |
|   | Telephone: (650) 632-4700 |
| 5 | Facsimile: (650) 632-4830 |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|  | Judge Yvonne Gonzalez Rogers |
| ALL ACTIONS | **NOTICE OF APPEARANCE OF LINDSEY C. BARNHART** |

# NOTICE OF APPEARANCE OF
# LINDSEY C. BARNHART AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lindsey C. Barnhart of the law firm of Covington & Burling LLP, located at 3000 El Camino Real, 5 Palo Alto Square, Palo Alto, CA 94306-2112, telephone (650) 632-4700, facsimile (650) 632-4830, email address lbarnhart@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Ms. Barnhart hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  August 5, 2024                                      COVINGTON & BURLING, LLP


By:  */s/ Lindsey C. Barnhart*
Lindsey C. Barnhart

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*