UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　Defendants. | Case No.22-md-03047-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 1048 |

　　The Court has read and considered the parties' agenda and joint statement for the August 9, 2024, case management conference. (Dkt. No. 1048.) Given the limited issues presented in the joint statement, the August 9, 2024, case management conference is VACATED. Additionally, the September 13, 2024, 9:00 a.m. case management conference is CONTINUED to September 13, 2024, at 2:00 p.m.

Dated: August 6, 2024

　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Edwin Angelo A. Cuenco, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　5106573540