UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No.22-md-03047-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 950 |

You are hereby notified that hearing as to Motion to Dismiss previously set on September 13, 2024, at 9:00 a.m. is reset to September 13, 2024, at 2:00 p.m.

Dated: August 7, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540