JOHN J. DeBOY (*Pro Hac Vice*)
   jdeboy@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-TSH<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF JOHN J. DeBOY** |

NOTICE OF APPEARANCE OF JOHN J. DeBOY
Case No. 4:22-md-03047-YGR

# NOTICE OF APPEARANCE OF

# JOHN J. DeBOY AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John J. DeBoy of the law firm Covington & Burling LLP, located at 850 Tenth Street, NW, Washington, District of Columbia 20001, telephone number (202) 662-5156, facsimile number (202) 778-5156, email address jdeboy@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Mr. DeBoy hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  August 8, 2024

COVINGTON & BURLING, LLP

By:  */s/ John J. DeBoy*
John J. DeBoy

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*