AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 4:22-md-03047-YGR
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Calvoni and Rosemarie Calvoni, indivdually and on behalf of their minor child J.C.

Date: 08/09/2024

/s/ P. Graham Maiden
*Attorney's signature*

P. Graham Maiden (SC Bar No. 100280)
*Printed name and bar number*
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

*Address*

gmaiden@motleyrice.com
*E-mail address*

(843) 216-9000
*Telephone number*

(843) 216-9450
*FAX number*