1  JOSEPH G. PETROSINELLI
   WILLIAMS & CONNOLLY LLP
2  680 Maine Avenue SW
   Washington, DC 20024
3  Telephone:   +1 202 434 5547
   Facsimile:   +1 202 434 5029
4  Email: jpetrosinelli@wc.com

5  ASHLEY W. HARDIN
   WILLIAMS & CONNOLLY LLP
6  680 Maine Avenue SW
   Washington, DC 20024
7  Telephone:   +1 202 434 5960
   Facsimile:   +1 202 434 5029
8  Email: ahardin@wc.com

9  *Attorneys for Defendants YouTube, LLC and Google LLC*

10 *Additional parties and counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants YouTube, LLC, Google LLC, Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Operations, LLC, Facebook Payments, Inc., Instagram, LLC, Siculus, Inc., Snap Inc., TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC (collectively referred to hereinafter as "Defendants") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent ruling of the Circuit Court for Baltimore City, Maryland in *Mayor and City Council of Baltimore v. BP P. L. C., et al.*, Case No. 24-C-18-004219 [July 10, 2024], granting the

1  defendants' motion to dismiss. The Circuit Court's opinion in *BP P. L. C.* is attached hereto as
2  Exhibit A.
3      Defendants submit *BP P. L. C.* (*see id*. at 20–24) in support of their argument that Plaintiffs
4  fail to state a claim for public nuisance as set forth in Defendants' Motion to Dismiss the School
5  District and Local Government Entities' Master Complaint (ECF 601). Defendants' Motion to
6  Dismiss is fully briefed, and oral argument was held on May 17, 2024.

Dated: August 9, 2024                      Respectfully submitted,

                                           **WILLIAMS & CONNOLLY LLP**

                                           */s/ Ashley W. Hardin*
                                           JOSEPH G. PETROSINELLI, *pro hac vice*
                                           jpetrosinelli@wc.com
                                           ASHLEY W. HARDIN, *pro hac vice*
                                           ahardin@wc.com
                                           J. ANDREW KEYES *pro hac vice*
                                           akeyes@wc.com
                                           WILLIAMS & CONNOLLY LLP
                                           680 Maine Avenue, SW
                                           Washington, DC 20024
                                           Tel.: (202) 434-5000

                                           **WILSON SONSINI GOODRICH &
                                           ROSATI Professional Corporation**

                                           */s/ Brian M. Willen*
                                           Brian M. Willen, *pro hac vice*
                                           Wilson Sonsini Goodrich & Rosati
                                           bwillen@wsgr.com
                                           1301 Avenue of the Americas, 40th Floor
                                           New York, New York 10019
                                           Telephone: (212) 999-5800
                                           Facsimile: (212) 999-5899

                                           Lauren Gallo White (State Bar No. 309075)
                                           Wilson Sonsini Goodrich & Rosati
                                           lwhite@wsgr.com
                                           Andrew Kramer (State Bar No. 321574)
                                           akramer@wsgr.com
                                           Carmen Sobczak (State Bar No. 342569)
                                           csobczak@wsgr.com
                                           One Market Plaza, Spear Tower, Suite 3300
                                           San Francisco, CA 94105
                                           Telephone: (415) 947-2000
                                           Facsimile: (415) 947-2099

- 2 -

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595

*Attorneys for Defendants YouTube, LLC and Google LLC*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**COVINGTON & BURLING LLP**

- 3 -

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ Mark W. Mosier |
|   | Mark W. Mosier, *pro hac vice* |
| 3 | mmosier@cov.com |
|   | Paul W. Schmidt, *pro hac vice* |
| 4 | pschmidt@cov.com |
|   | Phyllis A. Jones, *pro hac vice* |
| 5 | pajones@cov.com |
|   | COVINGTON & BURLING LLP |
| 6 | One CityCenter 850 Tenth Street, NW |
| 7 | Washington, DC 20001-4956 |
|   | Telephone: + 1 (202) 662-6000 |
| 8 | Facsimile: + 1 (202) 662-6291 |
| 9 |  |
|   | Emily Johnson Henn (State Bar No. 269482) |
| 10 | ehenn@cov.com |
|   | COVINGTON & BURLING LLP |
| 11 | 3000 El Camino Real 5 Palo Alto Square, |
|   | 10th Floor |
| 12 | Palo Alto, CA 94306 |
|   | Telephone: + 1 (650) 632-4700 |
| 13 | Facsimile: +1 (650) 632-4800 |
| 14 |  |
|   | *Attorneys for Defendants Meta Platforms,* |
| 15 | *Inc. f/k/a Facebook, Inc.; Facebook* |
|   | *Holdings, LLC; Facebook Operations, LLC;* |
| 16 | *Facebook Payments, Inc.; Facebook* |
|   | *Technologies, LLC; Instagram, LLC;* |
| 17 | *Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 18 | **MUNGER, TOLLES & OLSON LLP** |
| 19 |  |
|   | /s/ Jonathan H. Blavin |
| 20 | Jonathan H. Blavin (State Bar No. 230269) |
|   | Jonathan.Blavin@mto.com |
| 21 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 22 | San Francisco, CA 94105-3089 |
| 23 | Telephone: (415) 512-4000 |
|   | Facsimile: (415)512-4077 |
| 24 |  |
|   | Rose L. Ehler (State Bar No. 296523) |
| 25 | Rose.Ehler@mto.com |
|   | Victoria A. Degtyareva (State Bar No. |
| 26 | 284199) |
|   | Victoria.Degtyareva@mto.com |
| 27 | Ariel T. Teshuva (State Bar No. 324238) |
| 28 |  |

- 4 -

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
CASE NO. 4:22-md-03047-YGR

Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202)220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattem@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

- 5 -

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 9, 2024                     */s/ Ashley W. Hardin*
                                          Ashley W. Hardin