1  JOSEPH G. PETROSINELLI
   WILLIAMS & CONNOLLY LLP
2  680 Maine Avenue SW
   Washington, DC 20024
3  Telephone:   +1 202 434 5547
   Facsimile:   +1 202 434 5029
4  Email: jpetrosinelli@wc.com

5
   ASHLEY W. HARDIN
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue SW
7  Washington, DC 20024
   Telephone:   +1 202 434 5960
8  Facsimile:   +1 202 434 5029
   Email: ahardin@wc.com
9
   *Attorneys for Defendants YouTube, LLC and*
10 *Google LLC*

11 *Additional parties and counsel listed on signature pages*

12

13            **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF**
14           **CALIFORNIA OAKLAND DIVISION**

15 | IN RE: SOCIAL MEDIA ADOLESCENT | Case No. 4:22-MD-03047-YGR |
   | ADDICTION/PERSONAL INJURY |  |
16 | PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |

17 |            Plaintiff, | Honorable Yvonne Gonzalez Rogers |

18 | This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED** |
   | ALL ACTIONS | **ADMINISTRATIVE MOTION FOR** |
19 |  | **LEAVE TO FILE SUPPLEMENTAL** |
   |  | **AUTHORITY** |
20

21

22         Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Defendants YouTube, LLC,

23 Google LLC, Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Operations, LLC, Facebook

24 Payments, Inc., Instagram, LLC, Siculus, Inc., Snap Inc., TikTok Inc., ByteDance Inc., ByteDance

25 Ltd., TikTok Ltd., and TikTok, LLC's Unopposed Administrative Motion for Leave to File

26 Supplemental Authority.

27         IT IS SO ORDERED.

28 [PROPOSED] ORDER REGARDING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO
   FILE SUPPLEMENTAL AUTHORITY
   CASE NO. 4:22-md-03047-YGR

1  DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

- 2 -

King & Spalding LLP
Attorneys at Law
Atlanta

[PROPOSED] ORDER REGARDING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
CASE NO. 4:22-md-03047-YGR