# Exhibit F

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                              SUPERIOR COURT

COMMONWEALTH OF
MASSACHUSETTS,

           Plaintiff,

v.                                                                              Civil Action No.: 2384CV02397-BLS1

META PLATFORMS, INC. and
INSTAGRAM, LLC,

           Defendants.

**META DEFENDANTS' NOTICE OF INTENT TO SERVE
SUBPOENA *DUCES TECUM* FOR PRODUCTION**

**YOU ARE HEREBY NOTIFIED** Defendants Meta Platforms, Inc., and Instagram, LLC (collectively, "Meta Defendants") will issue the attached subpoenas *duces tecum* directed to the following:

    **(1) Massachusetts Department of Elementary and Secondary Education;**

    **(2) Massachusetts Bureau of Family and Community Health;**

    **(3) Massachusetts Department of Mental Health;**

    **(4) Massachusetts Department of Public Health;**

    **(5) Massachusetts Executive Office of Health and Human Services**; and

    **(6) Massachusetts Executive Office of Education**

who are not named parties in the above captioned lawsuit, to produce the items listed at the time and place specified in the subpoenas.

Dated: August 6, 2024  Respectfully submitted,

                                                  META PLATFORMS, INC. and
INSTAGRAM, LLC

By: /s/ *Christian J. Pistilli*
     One of Their Attorneys

Felicia H. Ellsworth (BBO #665232)
Allyson T. Slater (BBO #704545)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State St.
Boston, MA 02109
Tel: (617) 526-6687
felicia.ellsworth@wilmerhale.com
allyson.slater@wilmerhale.com

Paul W. Schmidt (BBO #640488)
Covington & Burling LLP
The New York Times Building
620 Eighth Ave.
New York, NY 10018
Tel: (212) 841-1171
pschmidt@cov.com

Christian J. Pistilli (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Tel: (202) 662-5342
cpistilli@cov.com
**Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies and states that they caused a true and correct copy of the **META DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM FOR PRODUCTION FROM NON-PARTY** to be served upon all counsel listed below, via electronic mail, on August 6, 2024.

Sara Cable
Christina Chan
Liza Hirsch
Kaitlyn Karpenko
Jared Rinehimer
sara.cable@mass.gov
christina.chan@mass.gov
liza.hirsch@mass.gov
kaitlyn.karpenko@mass.gov
jared.rinehimer@mass.gov
**Attorneys for Commonwealth of Massachusetts**

/s/ *Christian J. Pistilli*