[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT ON FORENSIC IMAGING AND DEVICE DATA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Discovery Management Orders No. 8 and 9 ("DMO No. 8" and "DMO No. 9"), the Parties jointly provide this status report on forensic imaging and device data of Plaintiffs' devices (hereinafter "Main Devices")[1] as well as the Parties' progress in conferring on certain other topics as directed by the Court.

### I. Search Terms & Word Searchable Databases

In DMO 9, the Court ordered the Parties "to finalize their agreed upon search terms by no later than August 16, 2024." In the week following the August 8, 2024 DMC, the Parties continued to meet and confer on Bellwether PI Plaintiffs search terms and have made significant progress on finalizing those terms. On August 16, 2024, the Parties filed a joint Stipulation and Proposed Order requesting a one-week extension to continue their conferrals to further narrow disputes regarding a small number of remaining search terms, which the Court granted. *See* ECF 1072. Consistent with the Court's guidance, the Parties are endeavoring to reach agreement on all search terms. Should any disputes remain, they will submit letter briefing by August 30, 2024.

### II. Forensic Imaging

In DMO 9, the Court ordered: (1) the Parties "work out an agreement regarding an appropriate procedure for dealing with CSAM on devices;" and (2) that Plaintiffs "produce full forensic imaging for the remaining thirty-one devices at issue by no later than **August 30, 2024**." *Id.* 2:20–23. The Court further ordered that "[s]uch production shall be on a rolling basis with full imaging of a minimum of five

---

[1] The Parties use the term "Main Devices" to refer to the Court's definition in DMO 8 of devices from which information will be initially produced: "[A]ll devices (cellphones, tablets, laptops, computers, and the like) which are in each Bellwether PI Plaintiff's possession, custody, or control and that they have habitually, routinely, or regularly used during the relevant time period to access the Defendants' platforms." Order at 8:24–9:25; Hrg. Tr. at 45:19–21.

devices due by **August 16, 2024**, a minimum of five additional devices due by **August 23, 2024**, and all remaining devices due by **August 30, 2024**." *Id.* at 2:23–25.

As of the August 8, 2024, Discovery Management Conference the Parties relayed that Plaintiffs completed full file system ("FFS") images of 10 Main Devices. At the Court's direction, Plaintiffs agreed to complete the FFS imaging of all Bellwether Plaintiffs' Main Devices by August 30, 2024.

Seven additional FFS images were completed by August 16, 2024. On August 16, 2024, Plaintiffs provided Defendants with an updated table which indicated FFS extractions had been performed on a total of 17 Main Devices.

The Parties will confer regarding an agreement to address CSAM produced to Plaintiffs' counsel by Plaintiffs in the course of the production of forensic imaging data. The JCCP plaintiffs recently proposed a protocol for entry by Judge Kuhl to address CSAM production, and the Parties agree that a substantively similar process for the MDL would be of benefit.

### III. Device Identifying Information

In DMO 8, the Court ordered Plaintiffs to produce in chart form certain device and application identifying information. DMO 8 at 5–6. Because the Parties were not aligned on the content of the chart, the Court clarified its intentions in DMO 9 and ordered the Parties to meet and confer by August 16, 2024 "regarding what should be included in the chart of missing device identifying information, after which Plaintiffs should begin supplementing the chart of agreed upon information." DMO 9 at 3:21–23. The chart shall be organized in a sufficient manner such that each device can be readily identified with the corresponding data or files that are produced." *Id*. at 3:11–13.

The Parties met and conferred on August 16, 2024 on the substance of a joint chart. Defendants agreed to omit the columns for "Estimated Routine Usage," Operating System History," "Application Version," "Date Application Installed" and "Date Application Deleted" from Appendix A for now, with

the understanding Defendants may request that information in the future depending on the device data that Plaintiffs produce.[2]

As of August 16, Plaintiffs have provided:

- The serial number or ICCID number for 24 devices;
- The IMEI, MEID, or MAC Address for 21 devices[3];
- The current operating system for 19 devices; and
- A list of applications on 20 devices.

Defendants provided an updated version of Appendix A to Plaintiffs on August 16, and Plaintiffs provided further responsive information on August 19. Plaintiffs have agreed to substantially complete the agreed upon information in Appendix A by August 30.

### IV. Datasets, Relevant Applications, and Production format and logistics

During the July 11 hearing, Plaintiffs represented that they would produce relevant information from various data sources on Main Devices. Hrg. Tr. at 26:4–21, 34:15–21; *see also* Order at 6:6-12. In DMO 9, the Court ordered Plaintiffs to "produce full forensic imaging for the remaining thirty-one devices at issue by no later than August 30, 2024," with other interim rolling production deadlines. DMO 9 at 2:21-27 21*Id.* 2:20–25.

Plaintiffs provided a list of all applications on the Main Devices in Appendix A. Plaintiffs are currently working with their forensics vendor to identify the best way to compile various app usage data points from these device images in an effort to assist in identification of relevant applications in discussions with Defendants.

The Parties intend to schedule a meet and confer between their ESI vendors following Plaintiffs' production of a substantially complete Appendix A.

---

[2] Defendants request that Appendix A include the date on which forensic imaging was performed, so that Defendants' experts can understand the scope of the data to be inspected from the device. The Parties will continue conferring on this point, and Defendants will address the issue with the Court at the next DMC, if resolution is not reached prior to the conference.

[3] Devices that connect only via Wi-Fi and do not have cellular capabilities do not need an IMEI or MEID. This includes many laptops, tablets, and some e-readers. Plaintiffs have provided other Device Identifying information (like MAC addresses and Serial Numbers) for these Wi-Fi only Main Devices.

**Defendants' Additional Statement**:

In DMO 9, the Court ordered Plaintiffs to "produce full forensic imaging for the remaining thirty-one devices at issue by no later than August 30, 2024," with other interim rolling production deadlines. DMO 9 at 2:21-27. The Court notes that "Any devices which are not fully imaged by August 30, 2024 may, in the Court's discretion, be subject to a motion for reconsideration regarding inspection of the devices by Defendants and their experts." *Id.*

**Plaintiffs' Additional Statement:**

To the extent the inclusion of the quote above from DMO 9 is being interpreted by Defendants to mean that the Court has now ordered Plaintiffs to begin a rolling production of the entirety of the full file system forensic image for bellwether Plaintiffs' Main Devices, Plaintiffs believe that interpretation misconstrues the Court's Order and perverts the substance of the Court's guidance given at the August 8th hearing which required Plaintiffs to have devices "fully imaged" and "in the pipeline for searches and production by [August 30th]." Hrg. Tr. at 18:16-24. Plaintiffs have agreed to adhere to the Court's deadline to complete the full file system extractions on all Main Devices by month's end, and is awaiting an opportunity to confer with defendants on the scope of relevant production and the applicable format of production for the certain datasets, as the Court has ordered.

### VII. Supplemental Status Reports

The Parties will provide a Supplemental Status Report to the Court on Monday, August 26, 2024.

Respectfully submitted,

DATED: August 19, 2024                         By: */s/ Lexi J. Hazam*
                                               LEXI J. HAZAM
                                               **LIEFF CABRASER HEIMANN &
                                               BERNSTEIN, LLP**
                                               275 BATTERY STREET, 29TH FLOOR
                                               SAN FRANCISCO, CA 94111-3339
                                               Telephone: 415-956-1000
                                               lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566

mliu@awkolaw.com
JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Bianca E. Miyata
Bianca E. Miyata Admitted *Pro Hac Vice*
Senior Assistant Attorney General
Lauren M. Dickey, Admitted *Pro Hac Vice*
First Assistant Attorney General
Megan Paris Rundlet, Admitted *Pro Hac Vice*
Senior Assistant Solicitor General
Elizabeth Orem, Admitted *Pro Hac Vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*

|  |  |
|---|---|
| 1 | **ROB BONTA** |
|  | Attorney General |
| 2 | State of California |
| 3 | /s/ Megan O'Neill |
| 4 | Nicklas A. Akers |
|  | Senior Assistant Attorney General |
| 5 | Bernard Eskandari |
|  | Emily Kalanithi |
| 6 | Supervising Deputy Attorneys General |
|  | Nayha Arora |
| 7 | Megan O'Neill |
|  | Joshua Olszewski-Jubelirer |
| 8 | Marissa Roy |
| 9 | Brendan Ruddy ( |
|  | Deputy Attorneys General |
| 10 | California Department of Justice |
|  | Office of the Attorney General |
| 11 | 455 Golden Gate Ave., Suite 11000 |
|  | San Francisco, CA 94102-7004 |
| 12 | Phone: (415) 510-4400 |
| 13 | Fax: (415) 703-5480 |
|  | Megan.Oneill@doj.ca.gov |
| 14 |  |
|  | *Attorneys for Plaintiff the People of the State of* |
| 15 | *California* |
| 16 |  |
| 17 | **RUSSELL COLEMAN** |
|  | Attorney General |
| 18 | Commonwealth of Kentucky |
| 19 | */s/ J. Christian Lewis* |
| 20 | J. Christian Lewis, Admitted *Pro Hac Vice* |
|  | Philip Heleringer, Admitted *Pro Hac Vice* |
| 21 | Zachary Richards, Admitted *Pro Hac Vice* |
|  | Daniel I. Keiser, Admitted *Pro Hac Vice* |
| 22 | Matthew Cocanougher, Admitted *Pro Hac Vice* |
| 23 | Assistant Attorneys General |
|  | 1024 Capital Center Drive, Suite 200 |
| 24 | Frankfort, KY 40601 |
|  | christian.lewis@ky.gov |
| 25 | philip.heleringer@ky.gov |
|  | zach.richards@ky.gov |
| 26 | daniel.keiser@ky.gov |
| 27 | matthew.cocanougher@ky.gov |
|  | Phone: (502) 696-5300 Fax: (502) 564-2698 |
| 28 | *Attorneys for Plaintiff the Commonwealth of Kentucky* |

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand, Admitted *Pro Hac Vice*
Section Chief, Deputy Attorney General
Thomas Huynh, Admitted *Pro Hac Vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay, Admitted *Pro Hac Vice*
Mandy K. Wang, Admitted *Pro Hac Vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
thomas.huynh@law.njoag.gov
verna.pradaxay@law.njoag.gov
mandy.wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

MUNGER, TOLLES & OLSON LLP

Rose L. Ehler
Victoria A. Degtyareva
Laura M. Lopez,
Ariel T. Teshuva
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

MUNGER, TOLLES & OLSON LLP
Lauren A. Bell (*pro hac vice forthcoming*)
601 Massachusetts Ave., NW St., Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

WILSON SONSINI GOODRICH & ROSATI
Lauren Gallo White
Samantha A. Machock
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com


WILSON SONSINI GOODRICH & ROSATI
Christopher Chiou)
Matthew K. Donohue
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## **ATTESTATION**

I, Andrea R. Pierson hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 19, 2024         /s/    Andrea R. Pierson
                                      ANDREA R. PIERSON