|  |  |
|---|---|
| 1 | KATHLEEN JENNINGS |
| 2 | Attorney General |
|  | State of Delaware |
| 3 |  |
| 4 | MARION M. QUIRK, *pro hac vice* |
|  | RYAN T. COSTA, *pro hac vice* |
| 5 | Delaware Department of Justice |
|  | 820 N. French St., 5th Fl. |
| 6 | Wilmington, DE 19801 |
| 7 | Telephone (302) 683-8811 |
|  | E-mail:  ryan.costa@delaware.gov |
| 8 |  |
| 9 | *Attorneys for Plaintiff State of Delaware* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
|  | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| Case No. 4:23-cv-05448-YGR | Judge: Hon. Yvonne Gonzalez Rogers |
|  | Action Filed: 10/24/2023 |

**COMES NOW** The State of Delaware *ex rel*. Kathleen Jennings, Attorney General (the "State") hereby gives notice that Dashiell Radosti, due to his departure from the Delaware Department of Justice as of August 14, 2024, is withdrawing from the representation of the State in this matter. All future pleadings and correspondence should be directed to all other attorneys of record for the State of Delaware in this case.

Dated: August 20, 2024

**KATHLEEN JENNINGS**
**ATTORNEY GENERAL**

/s/ Ryan Costa
Ryan T. Costa (Bar No. 5325)
Deputy Director, Consumer Protection
Delaware Department of Justice
820 N. French St., 5th Fl.
Wilmington, DE 19801
Telephone (302) 683-8811
ryan.costa@delaware.gov

*Attorney for Plaintiff State of Delaware*