[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-03047-YGR |
| This Document Relates to: | **JOINT STIPULATION MODIFYING TEMPORARY SEALING PROCEDURE DEADLINE** |
| ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers |

1    Plaintiffs[1] and Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC,
2  Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram
3  LLC, and Siculus Inc., and Mark Elliot Zuckerberg ("Meta Entities"); Snap Inc.; TikTok Inc. and
4  ByteDance Inc. ("TikTok Entities"); and YouTube, LLC and Google LLC ("Google Entities")
5  (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby
6  submit this Joint Stipulation Modifying Temporary Sealing Procedure Deadline.

7    On August 6, 2024, the Parties submitted a Joint Letter Brief Regarding Plaintiffs'
8  Responses and Defendants' Requests for Production. *See* ECF No. 1051. The Parties also jointly
9  submitted a Temporary Sealing Motion pertaining to that brief, and subsequently filed the
10 unredacted brief under seal on August 6, 2024. *See* ECF No. 1052.

11   Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties
12 hereby stipulate to extend the time to file the Omnibus Sealing Stipulation to 21 days after the
13 briefing was filed, i.e., until August 27, 2024.

14 DATED: August 21, 2024                    Respectfully submitted,

15                                By: */s/ Previn Warren*
                                     PREVIN WARREN
16                                   **MOTLEY RICE LLC**
                                     401 9th Street NW Suite 630
17                                   Washington DC 20004
                                     Telephone: 202-386-9610
18                                   pwarren@motleyrice.com

19                                   LEXI J. HAZAM
20                                   **LIEFF CABRASER HEIMANN &
                                     BERNSTEIN, LLP**
21                                   275 BATTERY STREET, 29TH FLOOR
                                     SAN FRANCISCO, CA 94111-3339
22                                   Telephone: 415-956-1000
                                     lhazam@lchb.com
23

24                                   *Co-Lead Counsel*

25                                   CHRISTOPHER A. SEEGER
26                                   **SEEGER WEISS, LLP**
                                     55 CHALLENGER ROAD, 6TH FLOOR
27                                   RIDGEFIELD PARK, NJ 07660
28

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to personal injury Plaintiffs.

| | |
|---|---|
| 1 | Telephone: 973-639-9100 |
| 2 | cseeger@seegerweiss.com |

*Counsel to Co-Lead Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**

|     |     |
| --- | --- |
| 1   | 112 MADISON AVE, 7TH FLOOR |
| 2   | NEW YORK, NY 10016 |
|     | Telephone: 917-882-5522 |
| 3   | jconroy@simmonsfirm.com |
| 4   | ANDRE MURA |
|     | **GIBBS LAW GROUP, LLP** |
| 5   | 1111 BROADWAY, SUITE 2100 |
|     | OAKLAND, CA 94607 |
| 6   | Telephone: 510-350-9717 |
| 7   | amm@classlawgroup.com |
| 8   | ALEXANDRA WALSH |
|     | **WALSH LAW** |
| 9   | 1050 Connecticut Ave, NW, Suite 500 |
| 10  | Washington D.C. 20036 |
|     | Telephone: 202-780-3014 |
| 11  | awalsh@alexwalshlaw.com |
| 12  | MICHAEL M. WEINKOWITZ |
|     | **LEVIN SEDRAN & BERMAN, LLP** |
| 13  | 510 WALNUT STREET |
| 14  | SUITE 500 |
|     | PHILADELPHIA, PA 19106 |
| 15  | Telephone: 215-592-1500 |
|     | mweinkowitz@lfsbalw.com |
| 16  |     |
| 17  | *Plaintiffs' Steering Committee Leadership* |
| 18  | RON AUSTIN |
|     | **RON AUSTIN LAW** |
| 19  | 400 MANHATTAN BLVD. |
|     | HARVEY, LA 70058 |
| 20  | Telephone: 504-227–8100 |
| 21  | raustin@ronaustinlaw.com |
| 22  | PAIGE BOLDT |
|     | **WALSH LAW** |
| 23  | 4 Dominion Drive, Bldg. 3, Suite 100 |
|     | San Antonio, TX 78257 |
| 24  | Telephone: 210-448-0500 |
| 25  | PBoldt@alexwalshlaw.com |
| 26  | THOMAS P. CARTMELL |
|     | **WAGSTAFF & CARTMELL LLP** |
| 27  | 4740 Grand Avenue, Suite 300 |
|     | Kansas City, MO 64112 |
| 28  | Telephone: 816-701-1100 |

| | |
|---|---|
| 1 | tcartmell@wcllp.com |
| 2 | |
| | SARAH EMERY |
| 3 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 4 | LOUISVILLE, KT 40202 |
| | Telephone: 859-600-6725 |
| 5 | semery@justicestartshere.com |
| 6 | |
| | CARRIE GOLDBERG |
| 7 | **C.A. GOLDBERG, PLLC** |
| | 16 Court St. |
| 8 | Brooklyn, NY 11241 |
| | Telephone: 646-666-8908 |
| 9 | carrie@cagoldberglaw.com |
| 10 | |
| | RONALD E. JOHNSON, JR. |
| 11 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 12 | LOUISVILLE, KT 40202 |
| | Telephone: 859-578-4444 |
| 13 | rjohnson@justicestartshere.com |
| 14 | |
| | SIN-TING MARY LIU |
| 15 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 16 | 17 EAST MAIN STREET, SUITE 200 |
| | PENSACOLA, FL 32502 |
| 17 | Telephone: 510-698-9566 |
| | mliu@awkolaw.com |
| 18 | |
| 19 | JAMES MARSH |
| | **MARSH LAW FIRM PLLC** |
| 20 | 31 HUDSON YARDS, 11TH FLOOR |
| | NEW YORK, NY 10001-2170 |
| 21 | Telephone: 212-372-3030 |
| | jamesmarsh@marshlaw.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

| | |
|---|---|
| 1 | MELISSA YEATES |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
| | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
| | myeates@ktmc.com |
| 5 | |
| 6 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 7 | **DICELLO LEVITT** |
| | 505 20th St North |
| 8 | Suite 1500 |
| | Birmingham, Alabama 35203 |
| 9 | Telephone: 205-855-5700 |
| | fu@dicellolevitt.com |
| 10 | |
| 11 | *Plaintiffs' Steering Committee Membership* |
| 12 | *Attorneys for Individual Plaintiffs* |
| 13 | |
| 14 | COVINGTON & BURLING LLP |
| 15 | By: */s/ Gregory L. Halperin* |
| | Gregory L. Halperin, *pro hac vice* |
| 16 | COVINGTON & BURLING LLP |
| | The New York Times Building |
| 17 | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| 18 | Telephone: (212) 841-1166 |
| | Facsimile: (212) 841-1010 |
| 19 | Email: ghalperin@cov.com |
| 20 | |
| 21 | Ashley M. Simonsen, SBN 275203 |
| | COVINGTON & BURLING LLP |
| 22 | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| 23 | Telephone: (424) 332-4800 |
| | Facsimile: + 1 (424) 332-4749 |
| 24 | Email: asimonsen@cov.com |
| 25 | |
| 26 | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| 27 | COVINGTON & BURLING LLP |
| | One City Center |
| 28 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |

Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and*

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | *ByteDance Inc.*                                      |
| 2   | MUNGER, TOLLES & OLSEN LLP                            |
| 3   | By: */s/ Jonathan H. Blavin*                          |
| 4   | Jonathan H. Blavin, SBN 230269                        |

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: */s/ Jessica Davidson*
Jessica Davidson, pro hac vice
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3222
Fax: (917) 777-3222

|   |   |
|---|---|
| 1 | jessica.davidson@skadden.com |
| 2 | |
| | Nina R. Rose, pro hac vice |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 4 | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005 |
| 5 | Telephone: (202) 371-7000 |
| | Facsimile: (202) 661-0525 |
| 6 | nina.rose@skadden.com |
| 7 | |
| | *Attorneys for Defendant Snap Inc.* |
| 8 | |
| | WILSON SONSINI GOODRICH & ROSATI |
| 9 | Professional Corporation |
| 10 | |
| | By:  */s/ Brian M. Willen* |
| 11 | Brian M. Willen |
| | WILSON SONSINI GOODRICH & ROSATI |
| 12 | 1301 Avenue of the Americas, 40th Floor |
| | New York, New York 10019 |
| 13 | Telephone: (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
| 14 | Email: bwillen@wsgr.com |
| 15 | |
| | Lauren Gallo White |
| 16 | Samantha A. Machock |
| | WILSON SONSINI GOODRICH & ROSATI |
| 17 | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| 18 | Telephone: (415) 947-2000 |
| | Facsimile: (415) 947-2099 |
| 19 | Email: lwhite@wsgr.com |
| 20 | Email: smachock@wsgr.com |
| 21 | |
| | Christopher Chiou |
| 22 | WILSON SONSINI GOODRICH & ROSATI |
| | 633 West Fifth Street |
| 23 | Los Angeles, CA 90071-2048 |
| | Telephone: (323) 210-2900 |
| 24 | Facsimile: (866) 974-7329 |
| | Email: cchiou@wsgr.com |
| 25 | |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 | |
| | WILLIAMS & CONNOLLY LLP |
| 28 | |

|   |   |
|---|---|
| 1 | By: */s/ Joseph G. Petrosinelli* |
| 2 | Joseph G. Petrosinelli |
|   | jpetrosinelli@wc.com |
| 3 | Ashley W. Hardin |
|   | ahardin@wc.com |
| 4 | 680 Maine Avenue, SW |
| 5 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 6 | Fax: 202-434-5029 |

*Attorneys for Defendants YouTube, LLC and Google LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Brian M. Ercole*
   Brian Ercole (*pro hac vice*)
   600 Brickell Avenue, Suite 1600
   Miami, FL 33131-3075
   Tel.: 305.415.3416
   brian.ercole@morganlewis.com

   Yardena R. Zwang-Weissman (SBN 247111)
   300 South Grand Avenue, 22nd Floor
   Los Angeles, CA 90071-3132
   Tel.: 213.612.7238
   yardena.zwang-weissman@morganlewis.com

   Stephanie Schuster (*pro hac vice*)
   1111 Pennsylvania Avenue NW
   Washington, DC 20004-2541
   Tel.: 202.373.6595
   stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** August 21, 2024

*/s/ Previn Warren*
Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com