1
2
3
4
5
6
7

8   **IN THE UNITED STATES DISTRICT COURT**
9   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION ON CASE SCHEDULE** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rule 7-11 and this Court's Standing Order in Civil Cases (updated May 6, 2024), the Court grants the Joint Administrative Motion on Case Schedule. The schedule entered by the Court in Case Management Order No. 10 shall be modified as follows:

| **Pretrial Event** | **Date** |
|---|---|
| Substantial Completion of Document Production | November 5, 2024 |
| Close of Fact Discovery | May 2, 2025 |
| Joint Status Report on Protocol for Production of Expert-Related Documents | May 19, 2025 |
| Non-Case-Specific and Causation Experts: Plaintiffs' Opening Reports | June 20, 2025 |
| Case-Specific Experts: Plaintiffs' Opening Reports | June 23, 2025 |
| Identification of Bellwether Trial Pools | June 27, 2025 |
| Hearing re Identification of Bellwether Trial Pools | July 11, 2025 |
| Non-Case-Specific and Causation Experts: Defendants' Responsive Reports | August 13, 2025 |
| Case-Specific Experts Defendants' Responsive Reports | August 15, 2025 |

1

| | |
|---|---|
| Non-Case-Specific and Causation Experts: Plaintiffs' Rebuttal Reports | September 3, 2025 |
| Case-Specific Experts Plaintiffs' Rebuttal Reports | September 5, 2025 |
| Close of Expert Discovery | October 8, 2025 |
| Exchange Preliminary Witness Lists | October 22, 2025 |
| Exchange Preliminary Proposed Jury Instructions | November 3, 2025 |
| Deadline to Meet and Confer Regarding Whether Any Additional and Unanticipated Discovery May Be Needed on Disclosed Witnesses and to Develop a Plan for Completing Any Agreed-Upon Additional Discovery | November 3, 2025 |
| Submit Joint Status Report on Results of Meet and Confer on Additional and Unanticipated Discovery on Disclosed Witnesses | November 5, 2025 |
| Dispositive and Rule 702 (*Daubert*) Motions: Opening Briefs | November 5, 2025 |
| Submit Joint Letter Brief on Any Remaining Discovery Disputes on Disclosed Witnesses | November 10, 2025 |
| File Proposed / Disputed Jury Instructions and Additional Questions for Juror's Survey Monkey Questionnaire | December 15, 2025 |
| Dispositive and Rule 702 (*Daubert*) Motions: Opposition Briefs | December 15, 2025 |
| Dispositive and Rule 702 (*Daubert*) Motions: Reply Briefs | January 20, 2026 |
| Hearing on Order in which Bellwether Cases Will Be Tried | January 28, 2026 |
| Dispositive and Rule 702 (*Daubert*) Motions: Hearing | February 13, 2026 |
| Exchange of Initial Pretrial Disclosures per the Court's Standing Order | March 10, 2026 |
| Submit Joint Statement Regarding Pretrial Meet and Confer Compliance | March 10, 2026 |
| Compliance Deadline | March 17, 2026 |
| Joint Trial Submissions per the Court's Standing Order | March 23, 2026 |
| Pretrial Statement | March 23, 2026 |
| Pretrial Conference | April 7, 2026 |
| Jury Selection and Start of Trial | April 14, 2026 |

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE