# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | 4:22-md-03047-YGR (PHK)<br><br>MOTION TO WITHDRAW AS COUNSEL |

COMES NOW Jessica LaMie of the South Dakota Attorney General's Office, and hereby withdraws herself as counsel for Plaintiff, State of South Dakota, ex rel., Marty Jackley, Attorney General. All future pleadings and correspondence should be directed to all other attorneys of record for the State of South Dakota in this case.

Dated this 26th day of August, 2024.

/s/ Jessica LaMie
Jessica LaMie
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: jessica.lamie@state.sd.us