[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **PI/SD PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
| ALL CASES | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Personal Injury and School District/Local Government Entity Plaintiffs (collectively, "Plaintiffs") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent rulings in *Calise v. Meta Platforms, Inc.*, 103 F.4th 732 (9th Cir. 2024) (petition for panel rehearing pending), and *Jane Doe v. Uber Technologies, Inc.* 2024 WL 3717483 (9th Cir. Aug. 8, 2024) (attached hereto as **Exhibits A** and **B**, respectively). Plaintiffs submit these decisions in support of their arguments raised in the following briefs:

(1)     Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non- Priority Claims (ECF No. 597);

(2)     Plaintiffs' Opposition to Defendants' Motions to Dismiss the Personal Injury Plaintiffs' Consumer Protection Claims (Count 7) and Meta's Motion to Dismiss the Personal

1   Injury Plaintiffs' Misrepresentation Claims (Counts 8-9) (ECF No. 600); and

2          (3)     Plaintiffs' Opposition to Defendants' Motion to Dismiss the School District and

3   Local Government Entities' Master Complaint (ECF No. 668).

4          Plaintiffs submit this authority via Administrative Motion rather than a Statement of Recent

5   Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must be

6   submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). The decision subject to this

7   Administrative Motion was issued after the completion of briefing and argument on the motions

8   listed above.

9   DATED: August 26, 2024                    Respectfully submitted,

10
                                              By: */s/ Lexi J. Hazam*
11                                            LEXI J. HAZAM
                                              **LIEFF CABRASER HEIMANN &**
12                                            **BERNSTEIN, LLP**
                                              275 BATTERY STREET, 29TH FLOOR
13                                            SAN FRANCISCO, CA 94111-3339
                                              Telephone: 415-956-1000
14                                            lhazam@lchb.com

15                                            PREVIN WARREN
                                              **MOTLEY RICE LLC**
16                                            401 9th STREET NW SUITE 630
                                              WASHINGTON DC 20004
17                                            Telephone: 202-386-9610
                                              pwarren@motleyrice.com
18

19                                            Co-Lead Counsel

20
                                              CHRISTOPHER A. SEEGER
21                                            **SEEGER WEISS, LLP**
                                              55 CHALLENGER ROAD, 6TH FLOOR
22                                            RIDGEFIELD PARK, NJ 07660
                                              Telephone: 973-639-9100
23                                            cseeger@seegerweiss.com

24
                                              Counsel to Co-Lead Counsel
25

26                                            JENNIE LEE ANDERSON
                                              **ANDRUS ANDERSON, LLP**
27                                            155 MONTGOMERY STREET, SUITE 900
                                              SAN FRANCISCO, CA 94104
28                                            Telephone: 415-986-1400

jennie@andrusanderson.com

Liaison Counsel

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER &
CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Co-Chairs of Local Government Entity
Subcommittee

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW
CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

1
2
3
4

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

5
6
7
8

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

9
10
11
12

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

13
14
15
16

ALEXANDRA WALSH
**WALSH LAW**
1050 CONNECTICUT AVE, NW, SUITE 500
WASHINGTON D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

17
18

Plaintiffs' Steering Committee Leadership

19
20
21
22

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

23
24
25
26

PAIGE BOLDT
**WALSH LAW**
4 DOMINION DRIVE, BLDG. 3, SUITE 100
SAN ANTONIO, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

27
28

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 GRAND AVENUE, SUITE 300

KANSAS CITY, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY
PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 COURT ST.
BROOKLYN, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY
PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com
JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER &
CHECK
LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 MADISON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 VENTURA BOULEVARD, SUITE 1600
ENCINO, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20TH ST NORTH
SUITE 1500
BIRMINGHAM, ALABAMA 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047