1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  | **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047 |
| --- | --- |
12  |  | Case No. 4:22-md-03047-YGR |
13  | **THIS DOCUMENT RELATES TO:** | **[PROPOSED] ORDER GRANTING PI/SD PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
14  | ALL CASES |  |
15  |  |  |
16  |  | Judge: Hon. Yvonne Gonzalez Rogers |
17  |  | Magistrate Judge: Hon. Peter H. Kang |

18

19       Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the Personal Injury and

20  School District/Local Government Entity Plaintiffs' Unopposed Administrative Motion for Leave

21  to File Supplemental Authority.

22  **IT IS SO ORDERED.**

23  DATED: _____

24                                          _____
                                            YVONNE GONZALEZ ROGERS
25                                          UNITED STATES DISTRICT JUDGE

26

27

28

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO
FILE SUPPLEMENTAL AUTHORITY MDL NO. 3047