JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

LAUREN BELL (pro hac vice)
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:   (202) 220-1100
Facsimile:    (202) 220-2300

*Attorneys for Defendant Snap Inc.*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants Snap Inc.; Meta Platforms, Inc. f/k/a Facebook, Inc., Meta Payments, Inc., Meta Platforms Technologies, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC; YouTube, LLC, Google LLC, and Alphabet Inc. (collectively referred to hereinafter as the "Defendants") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the Ninth Circuit's recent opinion, *Estate of Bride v. YOLO Techs., Inc.*, __ F.4th __, 2024 WL 3894341 (9th Cir. 2024). Defendants submit *Bride* (*see* slip op. at 17–23) in support of their Section 230 arguments raised in the following motions: (1) Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non-Priority Claims (ECF No. 516); (2) Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (ECF No. 601); and (3) Meta's Motion to Dismiss the Multistate Attorneys General Complaint, Florida Attorney General Complaint, and Personal Injury Plaintiffs' Consumer Protection and Misrepresentation Claims (ECF No. 517). A copy of the decision in *Bride*, which was issued after the completion of briefing and argument on the motions listed above, is attached hereto as Exhibit A.

| | | |
|---|---|---|
| 1 | Dated: August 27, 2024 | Respectfully submitted, |
| 2 | | **MUNGER, TOLLES & OLSON LLP** |
| 3 | | */s/ Jonathan H. Blavin* |
| | | Jonathan H. Blavin (State Bar No. 230269) |
| 4 | | Jonathan.Blavin@mto.com |
| | | MUNGER, TOLLES & OLSON LLP |
| 5 | | 560 Mission Street, 27th Floor |
| | | San Francisco, CA 94105-3089 |
| 6 | | Telephone: (415) 512-4000 |
| | | Facsimile: (415)512-4077 |
| 7 | | |
| | | Rose L. Ehler (State Bar No. 296523) |
| 8 | | Rose.Ehler@mto.com |
| | | Victoria A. Degtyareva (State Bar No. 284199) |
| 9 | | Victoria.Degtyareva@mto.com |
| | | Ariel T. Teshuva (State Bar No. 324238) |
| 10 | | Ariel.Teshuva@mto.com |
| | | MUNGER, TOLLES & OLSON LLP |
| 11 | | 350 South Grand Avenue, 50th Floor |
| | | Los Angeles, CA 90071-3426 |
| 12 | | Telephone: (213) 683-9100 |
| | | Facsimile: (213) 687-3702 |
| 13 | | |
| | | Lauren A. Bell, *pro hac vice* |
| 14 | | Lauren.Bell@mto.com |
| | | MUNGER, TOLLES & OLSON LLP |
| 15 | | 601 Massachusetts Ave., NW, Suite 500 E |
| | | Washington, D.C. 20001-5369 |
| 16 | | Telephone: (202)220-1100 |
| | | Facsimile: (202) 220-2300 |
| 17 | | |
| | | *Attorneys for Defendant Snap Inc.* |
| 18 | | |

**COVINGTON & BURLING LLP**

*/s/ Mark W. Mosier*
Mark W. Mosier, *pro hac vice*
mmosier@cov.com
Paul W. Schmidt, *pro hac vice*
pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
pajones@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real 5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments, Inc.; Meta Platforms Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattem@kslaw.com
King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com

600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 27, 2024

/s/ *Jonathan H. Blavin*
Jonathan H. Blavin