1  JONATHAN H. BLAVIN (State Bar No. 230269)
   Jonathan.Blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077

5  VICTORIA A. DEGTYAREVA (State Bar No. 284199)
   Victoria.Degtyareva@mto.com
6  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
7  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
8  Facsimile:    (213) 687-3702

9  LAUREN BELL (pro hac vice)
   Lauren.Bell@mto.com
10 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
11 Washington, DC 20001
   Telephone:    (202) 220-1100
12 Facsimile:    (202) 220-2300

13 *Attorneys for Defendant Snap Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>    Plaintiff,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

1  Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Defendants Snap Inc.; Meta
2  Platforms, Inc. f/k/a Facebook, Inc., Meta Payments, Inc., Meta Platforms Technologies, LLC,
3  Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook
4  Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; TikTok Inc.,
5  ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC; YouTube, LLC, Google LLC,
6  and Alphabet Inc.'s Unopposed Administrative Motion for Leave to File Supplemental Authority
7  regarding *Estate of Bride v. YOLO Techs., Inc.*, __ F.4th __, 2024 WL 3894341 (9th Cir. 2024).

  IT IS SO ORDERED.

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE