**BOIES SCHILLER FLEXNER LLP**
Joshua Michelangelo Stein (Bar No. 298856)
jstein@bsfllp.com
Nicholas Antonio Santos (Bar No. 335767)
nsantos@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

David Boies (*pro hac vice*)
dboies@bsfllp.com
Alexander Boies (*pro hac vice*)
aboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749 8300

Sigrid S. McCawley (*pro hac vice*)
smccawley@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011/Fax: (954) 356-0022

Jenny Kim (*pro hac vice* forthcoming*)*
jkim@bsfllp.com
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel: (212) 446-2300/Fax: (212) 446-2350

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice* forthcoming)
mcanty@labaton.com
Carol C. Villegas (*pro hac vice* forthcoming)
cvillegas@labaton.com
Danielle Izzo (*pro hac vice* forthcoming)
dizzo@labaton.com
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger (*pro hac vice*)
gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: 866.252.0878

Alexandra M. Honeycutt (*pro hac vice*)
ahoneycutt@milberg.com
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049

***Attorneys for Plaintiff Ajita Abraham***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**PLAINTIFF'S NON-OPPOSITION TO MOTION TO RELATE** |

Plaintiff Ajita Abraham does not oppose Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments Inc., and Meta Platforms Technologies LLC's Administrative Motion (Dkt. 1081) to relate *Ajita Abraham v. Meta Platforms, Inc. et al.*, 3:24-cv-04723-JSC to *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, 4:22-md-03047-YGR, MDL No. 3047.

Defendants did not reach out to Plaintiff prior to filing their administrative motion. Had Defendants reached out prior to filing their administrative motion, Plaintiff would have stipulated to relate this case to the MDL.

By making this statement of non-opposition, Plaintiff does not concede the legal or factual contentions in Defendants' pleadings or any other matter such as the appropriateness of any leadership Order entered in the MDL pursuant to Rule 23(g) over this action.

Dated:  August 27, 2024                                    **BOIES SCHILLER FLEXNER LLP**

By:  /s/ *Joshua Michelangelo Stein*
　　　Joshua Michelangelo Stein

Joshua Michelangelo Stein (Bar No. 298856)
jstein@bsfllp.com
Nicholas Antonio Santos (Bar No. 335767)
nsantos@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

David Boies (*pro hac vice*)
dboies@bsfllp.com
Alexander Boies (*pro hac vice*)
aboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749 8300

Sigrid S. McCawley (*pro hac vice*)
smccawley@bsfllp.com

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022

Jenny Kim (*pro hac vice* forthcoming)
jkim@bsfllp.com
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

**LABATON KELLER SUCHAROW LLP**

Michael P. Canty (*pro hac vice* forthcoming)
mcanty@labaton.com
Carol C. Villegas (*pro hac vice* forthcoming)
cvillegas@labaton.com
Danielle Izzo (*pro hac vice* forthcoming)
dizzo@labaton.com
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Gary M. Klinger (*pro hac vice*)
gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: 866.252.0878

Alexandra M. Honeycutt (*pro hac vice*)
ahoneycutt@milberg.com
800 S. Gay Street, Suite 1100
Knoxville, TN  37929
Tel:  865-247-0080
Fax: 865-522-0049

*Attorneys for Plaintiff Ajita Abraham*