1   BRIAN M. WILLEN (*pro hac vice*)
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    1301 Avenue of the Americas, 40th Floor
3   New York, New York 10019
    Telephone: (212) 999-5800
4   Facsimile: (212) 999-5899
    Email: bwillen@wsgr.com
5

6   *Attorneys for Defendants YouTube, LLC and*
    *Google LLC*

7
    *Additional parties and counsel listed on*
8   *signature pages*

9                 **UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                      **OAKLAND DIVISION**

12

13  IN RE: SOCIAL MEDIA ADOLESCENT          )   Case No.:  4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY               )
14  PRODUCTS LIABILITY LITIGATION           )   MDL No. 3047
                                            )
15  _____ )   Honorable Yvonne Gonzalez Rogers
                                            )
16  THIS DOCUMENT RELATES TO:               )   **DEFENDANTS' UNOPPOSED**
17  ALL ACTIONS                             )   **ADMINISTRATIVE MOTION FOR**
                                            )   **LEAVE TO FILE SUPPLEMENTAL**
18                                          )   **AUTHORITY**
                                            )
19  _____ )

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants Snap Inc.; Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, Siculus, Inc., and Mark Elliot Zuckerberg; TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC; YouTube, LLC, and Google LLC (collectively referred to hereinafter as the "Defendants") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention a recent published opinion by the Ninth Circuit, *NetChoice, LLC v. Bonta*, __ F.4th __, No. 23-2969, 2024 WL 3838423 (9th Cir. Aug. 16, 2024). Defendants submit *Bonta* (*see id*. at *7-14) in support of their First Amendment arguments raised in the following motions: (1) Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non-Priority Claims; and (2) Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint. A copy of *Bonta*, which was issued after the completion of briefing and argument on the motions listed above, is attached as Exhibit A.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY     -1-     CASE NO.:  4:22-MD-03047-YGR

1    Dated: August 27, 2024                Respectfully submitted,

2                                          **WILSON SONSINI GOODRICH & ROSATI**
                                           **Professional Corporation**

3
                                           */s/ Brian M. Willen*
4                                          Brian M. Willen, (*pro hac vice*)
                                           bwillen@wsgr.com
5                                          1301 Avenue of the Americas, 40th Floor
                                           New York, New York 10019
6                                          Telephone: (212) 999-5800
                                           Facsimile: (212) 999-5899
7

8                                          Lauren Gallo White (State Bar No. 309075)
                                           lwhite@wsgr.com
9                                          Andrew Kramer (State Bar No. 321574)
                                           akramer@wsgr. com
10                                         Carmen Sobczak (State Bar No. 342569)
                                           csobczak@wsgr. Com
11                                         One Market Plaza, Spear Tower, Suite 3300
                                           San Francisco, CA 94105
12                                         Telephone: (415) 947-2000
                                           Facsimile: (415) 947-2099
13
                                           Christopher Chiou (State Bar No. 233587)
14                                         cchiou@wsgr.com
                                           Matthew K. Donohue (State Bar No. 302144)
15                                         mdonohue@wsgr.com
                                           953 East Third Street, Suite 100
16                                         Los Angeles, CA 90013
                                           Telephone: (323) 210-2900
17                                         Facsimile: (866) 974-7329

18
                                           **MORGAN, LEWIS & BOCKIUS LLP**
19

20                                         /s/ *Yardena R. Zwang-Weissman*
                                           Yardena R. Zwang-Weissman (SBN 247111)
21                                         yardena.zwang-weissman@morganlewis.com
                                           300 South Grand Avenue, 22nd Floor
22                                         Los Angeles, CA 90071-3132
                                           Telephone: (213) 612-7238
23

24                                         Brian Ercole *(pro hac vice)*
                                           brian.ercole@morganlewis.com
25                                         600 Brickell Avenue, Suite 1600
                                           Miami, FL 33131-3075
26                                         Telelphone: (305) 415-3416

27                                         Stephanie Schuster *(pro hac vice)*
                                           Stephanie.schuster@morganlewis.com
28                                         1111 Pennsylvania Avenue NW

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION        -2-              CASE NO.:  4:22-MD-03047-YGR
FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

1

Washington, DC 20004-2541
Telephone: (202) 373-6595

2

**WILLIAMS & CONNOLLY LLP**

3

*/s/ Joseph G. Petrosinelli*

4

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com

5

Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com

6

680 Maine Avenue, SW
Washington, DC 20024

7

Telephone: (202) 434-5000

8

*Attorneys for Defendants YouTube, LLC and*

9

*Google LLC*

10

**COVINGTON & BURLING LLP**

11

*/s/ Mark W. Mosier*

12

Mark W. Mosier (*pro hac vice*)
mmosier@cov.com
Paul W. Schmidt (*pro hac vice*)

13

pschmidt@cov.com
Phyllis A. Jones (*pro hac vice*)

14

pajones@cov.com
One CityCenter 850 Tenth Street, NW

15

Washington, DC 20001-4956
Telephone: (202) 662-6000

16

Facsimile: (202) 662-6291

17

Emily Johnson Henn (State Bar No. 269482)
ehenn@cov.com

18

3000 El Camino Real 5 Palo Alto Square
10th Floor

19

Palo Alto, CA 94306
Telephone: (650) 632-4700

20

Facsimile: (650) 632-4800

21

*Attorneys for Defendants Meta Platforms, Inc.*

22

*f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
*Facebook Operations, LLC; Facebook*

23

*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*

24

*Zuckerberg*

25

**FAEGRE DRINKER BIDDLE & REATH**

26

**LLP**

27

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (*pro hac vice*)

28

andrea.pierson@faegredrinker.com

1

2

3

Amy Fiterman (*pro hac vice*)
amy.fiterman@faegredrinker.com
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

4

**KING & SPALDING LLP**

5

*/s/ Geoffrey M. Drake*

6

Geoffrey M. Drake, (*pro hac vice*)
gdrake@kslaw.com
David Mattern, (*pro hac vice*)

7

dmattem@kslaw.com
1180 Peachtree Street, NE, Suite 1600

8

Atlanta, GA 30309
Telephone: (404) 572-4600

9

Facsimile: (404) 572-5100

10

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

11

12

**MUNGER, TOLLES & OLSON LLP**

13

*/s/ Jonathan H. Blavin*

14

Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
560 Mission Street, 27th Floor

15

San Francisco, CA 94105-3089
Telephone: (415) 512-4000

16

Facsimile: (415)512-4077

17

Rose L. Ehler (State Bar No. 296523)
Rose.Ehler@mto.com

18

Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com

19

Ariel T. Teshuva (State Bar No. 324238)
Ariel.Teshuva@mto.com

20

350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

21

Telephone: (213) 683-9100
Facsimile: (213) 687-3702

22

23

Lauren A. Bell, (*pro hac vice*)
Lauren.Bell@mto.com
601 Massachusetts Avenue, NW

24

Suite 500 E
Washington, D.C. 20001-5369

25

Telephone: (202)220-1100
Facsimile: (202) 220-2300

26

27

*Attorneys for Defendant Snap Inc.*

28

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION
FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

-4-

CASE NO.: 4:22-MD-03047-YGR

1

**SIGNATURE ATTESTATION**

2          I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this

3    document has been obtained from each signatory hereto.

4                                                          */s/ Brian M. Willen*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION          -5-          CASE NO.:  4:22-MD-03047-YGR
FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY