1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

12
13
14
15
16
17
18

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 4:22-MD- 03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                                                                           CASE NO.: 4:22-MD- 03047-YGR

1  Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the Defendants'
2  Unopposed Administrative Motion for Leave to File Supplemental Authority regarding
3  *NetChoice, LLC v. Bonta*, __ F.4th __, No. 23-2969, 2024 WL 3838423 (9th Cir. Aug. 16, 2024).

5  DATED:

   Hon. Yvonne Gonzalez-Rogers
   United States District Judge