[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-03047-YGR (PHK)<br><br>**OMNIBUS SEALING STIPULATION RE JOINT LETTER BRIEF REGARDING PLAINTIFFS' RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION** |

     Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Granting Motion to File Under Seal; Setting Sealing Procedures ("Sealing Procedures Order") (ECF 341), the Parties, through their undersigned counsel, hereby submit this Omnibus Sealing Stipulation regarding the Parties' Joint Letter Brief Regarding Plaintiffs' Responses to Defendants' Requests for Production (ECF 1051). Pursuant to the Sealing Procedures Order, a temporary sealing motion was filed at ECF 1052.

     The Parties declare in support of this Stipulation:

     1.    In accordance with Section II of the Sealing Procedures Order, entitled Post-Briefing Omnibus Sealing Procedures, the Parties have met and conferred regarding the

1  provisional redactions in the Joint Letter Brief Regarding Plaintiffs' Responses to Defendants'
2  Requests for Production, originally filed at ECF 1051 ("Joint Letter Brief").
3      2.    In accordance with the Sealing Procedures Order, the attached Chart identifies
4  Plaintiffs' requested undisputed redactions to the Joint Letter Brief.
5      3.    Defendants do not oppose sealing this information at this juncture, and take no
6  position on whether sealing is warranted.  Defendants do not waive, and expressly reserve, any
7  rights with respect to sealing that or similar information in the future if sealing it is no longer
8  warranted.
9      4.    Plaintiffs' proposed redactions are limited to two categories of information:
10 information about minors, which Plaintiffs maintain is entitled to privacy protection under
11 Federal Rules of Civil Procedure Rule 5.2(a); and Protected Health Information as defined by the
12 Parties' Stipulated Second Modified Protective Order. (ECF 665).
13     Plaintiffs state the following:
14     1.    Information about minors is broadly protected by F.R.C.P. 5.2(a). *See In re*
15 *FlintWater Cases*, No. 517CV10164JELMKM, 2021 WL 2254064, at *2 (E.D. Mich. May 20,
16 2021) (private medical information of the Bellwether Plaintiffs, identifying information of
17 minors, and addresses of minor Plaintiffs, all is appropriate to redact and/or seal).
18     2.    Protected Health Information ("PHI"): "has the meaning set forth in 45
19 C.F.R. §§ 160.103 and 164.501…and includes but is not limited to individually identifiable health
20 information, including demographic information, relating to either (a) the past, present, or future
21 physical or mental condition of an individual; (b) the provision of health care to an individual…"
22 Stipulated Second Modified Protective Order. ECF No. 665.
23     3.    In *A.C. v. City of Santa Clara*, No. 13-CV-03276-HSG, 2015 WL 4076364,
24 at *2 (N.D. Cal. July 2, 2015), Judge Gilliam found that when it comes to medical records,
25 "compelling confidentiality concerns outweigh the presumption of public access to court
26 records." *See Dalton v. Cnty. of San Diego*, No. 3:21-CV-2143 W (WVG), 2024 WL 1319719, at
27 *1 (S.D. Cal. Mar. 27, 2024) (to the extent the exhibits identify a minor and implicate her
28 criminal and mental health history, the documents may be sealed.); *San Ramon Reg'l Med. Ctr.,*

1  *Inc. v. Principal Life Ins. Co.*, No. 10–cv–02258–SBA, 2011 WL 89931, at *1 n.1 (N.D. Cal. Jan.
2  10, 2011) (finding that confidentiality of medical records under the Health Insurance Portability
3  and Accountability Act of 1996 outweighed *Kamakana* presumption in favor of public access to
4  court records); *Ballou v. McElvain*, No. 3:19-CV-05002-DGE, 2023 WL 8236530, at *2 (W.D.
5  Wash. Nov. 28, 2023) (concluding that there is great need to protect sensitive medical
6  information from public disclosure such as plaintiff's mental state, including mental health
7  symptoms). *See also Liaw v. United Airlines, Inc.*, No. 19-CV-00396-WHA, 2019 WL 6251204,
8  at *10 (N.D. Cal. Nov. 22, 2019) (private medical records sealed under higher 'compelling
9  reason' standard); *Pratt v. Gamboa*, No. 17-CV-04375-LHK, 2020 WL 8992141, at *2 (N.D. Cal.
10 May 22, 2020) ('compelling reasons' justify sealing Plaintiff's medical records which are deemed
11 confidential under the Health Insurance Portability and Accountability Act of 1996); *Bruce v.*
12 *Azar*, 389 F. Supp. 3d 716, 727 (N.D. Cal. 2019), aff'd, 826 F. App'x 643 (9th Cir. 2020) (courts
13 have found under 'compelling reason' standard that a party's privacy interests in medical records
14 and private information outweigh the public's interest in access.); *Woods v. City of Hayward*, No.
15 19-CV-01350-JCS, 2021 WL 4061657, at *20 (N.D. Cal. Sept. 7, 2021) (to the extent proposed
16 redactions are based on medical privacy, privacy interests related to juvenile correctional records,
17 or the privacy protections of Rule 5.2, plaintiff has shown 'compelling reasons' to maintain that
18 material under seal and his requests are narrowly tailored).

19       4. PHI, which is already subject to the Stipulated Second Modified Protective
20 Order, should remain sealed in the Joint Letter Brief, including the Defendants' narratives about
21 specific Bellwether Plaintiffs detailing specific "past, present, or future physical or mental
22 conditions" and "the provision of health care." *See* ECF No. 665. The names and the parents'
23 names of minor plaintiffs should also remain sealed in accordance with F.R.C.P. Rule 5.2(a). The
24 Plaintiffs, all of whom were allegedly injured as minors, should be protected from any potential
25 embarrassment resulting from having their PHI linked to their identities as recognized by this
26 Court and well-established Ninth Circuit precedent.

27     THEREFORE, in accordance with the Sealing Procedures Order, Plaintiffs respectfully
28 request that the Court accept Plaintiffs' requested redactions to the Joint Letter Brief Regarding

1  Plaintiffs' Responses to Defendants' Requests for Production (ECF 1051) as set forth in the
2  attached Chart and the duly submitted Proposed Order Addressing All Undisputed Sealing
3  Requests emailed to the Court's proposed order inbox.

| Docket No. | Proposed Redaction | Basis for Redaction | Sealing Previously Sought |
|---|---|---|---|
| ECF 1052-1 | Page 13, from after "Request No. 32:" to before "● Request No. 33." | Plaintiff's protected health information | No |
| ECF 1052-1 | Page 13, from after "Request No. 33" to before "● Request No. 34." | Confidential information about minor plaintiff | No |
| ECF 1052-1 | Page 13, from after "Request No. 34" to before "● Request No. 66." | Plaintiff's protected health information | No |
| ECF 1052-1 | Page 13, from after "Request No. 66" to before "Plaintiffs next argue . . ." | Plaintiff's protected health information | No |
| ECF 1052-1 | Page 13, text of Footnote 4 | Footnote to discussion of minor plaintiff's protected health information | No |
| ECF 1052-1 | Page 16, final paragraph, from after "such discovery" to the final word. | Refers to protected health information on Page 13 | No |

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | DATED: August 27, 2024 | Respectfully submitted, |
| 2 | | By: */s/ Previn Warren* |
| 3 | | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 4 | | 401 9th Street NW, Suite 630<br>Washington DC 20004 |
| 5 | | Telephone: 202-386-9610<br>pwarren@motleyrice.com |

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 Commerce Street

Montgomery, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
600 1st Avenue, Suite 102-PBM 2383
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Avenue NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500

mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: 504-227-8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com
rjohnson@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court Street
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

|  |  |
|---|---|
| 1 |  |
| 2 | JAMES R. MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 3 | 31 Hudson Yards, 11th Floor |
|   | New York, NY 10001-2170 |
| 4 | Telephone: 212-372-3030 |
|   | jamesmarsh@marsh.law |
| 5 |  |
| 6 | JOSEPH E. MELTZER |
|   | MELISSA YEATES |
| 7 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 8 | 280 King of Prussia Road |
|   | Radnor, PA 19087 |
| 9 | Telephone: 610-667-7706 |
|   | jmeltzer@ktmc.com |
| 10 | myeats@ktmc.com |
| 11 |  |
| 12 | HILLARY NAPPI |
|    | **HACH & ROSE LLP** |
| 13 | 112 Madison Avenue, 10th Floor |
|    | New York, New York 10016 |
| 14 | Telephone: 212-213-8311 |
|    | hnappi@hrsclaw.com |
| 15 |  |
| 16 | EMMIE PAULOS |
|    | **LEVIN PAPANTONIO RAFFERTY** |
| 17 | 316 South Baylen Street, Suite 600 |
|    | Pensacola, FL 32502 |
| 18 | Telephone: 850-435-7107 |
|    | epaulos@levinlaw.com |
| 19 |  |
| 20 | RUTH THI RIZKALLA |
|    | **THE CARLSON LAW FIRM, PC** |
| 21 | 1500 Rosecrans Avenue, Suite 500 |
|    | Manhattan Beach, CA 90266 |
| 22 | Telephone: 415-308-1915 |
|    | rrizkalla@carlsonattorneys.com |
| 23 |  |
| 24 | ROLAND TELLIS |
|    | DAVID FERNANDES |
| 25 | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 26 | Encino, CA 91436 |
|    | Telephone: 818-839-2333 |
| 27 | rtellis@baronbudd.com |
|    | dfernandes@baronbudd.com |
| 28 |  |

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Attorneys for Individual Plaintiffs*


By: */s/ Gregory L. Halperin*
Gregory L. Halperin, *pro hac vice*
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1166
Fascimile: (212) 841-1010
ghalperin@cov.com

Ashley M. Simonsen, SBN 275203
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

By: */s/ Andrea R. Pierson*

Andrea R. Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
**FAEGRE DRINKER LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Geoffrey Drake, *pro hac vice*
David Mattern, *pro hac vice*
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: 404-572-4600
Fascimile: (404) 572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc.and ByteDance Inc*

Jonathan H. Blavin, SBN 230269
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler
Victoria A. Degtyareva
Laura M. Lopez
Rowley J. Rice
Ariel T. Teshuva
Faye Paul Teller
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: laura.lopez@mto.com
Email: rowley.rice@mto.com
Email: ariel.teshuva@mto.com
Email: faye.teller@mto.com

|  |  |
|---|---|
| 1 | |
| 2 | Lauren A. Bell, *pro hac vice* |
|   | **MUNGER, TOLLES & OLSON LLP** |
| 3 | 601 Massachusetts Avenue, NW Street |
|   | Suite 500 E |
| 4 | Washington, D.C. 20001-5369 |
|   | Telephone: (202) 220-1100 |
| 5 | Facsimile: (202) 220-2300 |
|   | Email: lauren.bell@mto.com |
| 6 | |
| 7 | By: */s/ Jessica Davidson* |
|   | Jessica Davidson, *pro hac vice* |
| 8 | Nina R. Rose, *pro hac vice* |
|   | **SKADDEN, ARPS, SLATE, MEAGHER &** |
| 9 | **FLOM LLP** |
|   | 1440 New York Avenue, N.W. |
| 10 | Washington, D.C. 20005 |
|   | Telephone: (202) 371-7000 |
| 11 | Fascimile: (202) 661-0525 |
| 12 | Email: nina.rose@skadden.com |
| 13 | *Attorneys for Defendant Snap Inc.* |
| 14 | |
|   | Brian M. Willen, *pro hac vice* |
| 15 | **WILSON SONSINI GOODRICH &** |
|   | **ROSATI PC** |
| 16 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 17 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 18 | Email: bwillen@wsgr.com |
| 19 | |
|   | Lauren Gallo White |
| 20 | Samantha A. Machock |
|   | **WILSON SONSINI GOODRICH &** |
| 21 | **ROSATI PC** |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 22 | San Francisco, CA 94105 |
|   | Telephone: (415) 947-2000 |
| 23 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 24 | Email: smachock@wsgr.com |
| 25 | |
|   | Christopher Chiou |
| 26 | Matthew K. Donohue |
|   | **WILSON SONSINI GOODRICH &** |
| 27 | **ROSATI PC** |
| 28 | 953 East Third Street, Suite 100 |

Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029
Email: jpetrosinelli@wc.com
Email: ahardin@wc.com

Yardena R. Zwang-Weissman
**MORGAN, LEWIS & BLOCKUS LLP**
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: 213-612-7238
Email: yardena.zwangweissman@morganlewis.com

By: */s/ Brian Ercole*
Brian Ercole, *pro hac vice*
**MORGAN, LEWIS & BLOCKUS LLP**
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: 305-415-3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster, *pro hac vice*
**MORGAN, LEWIS & BLOCKUS LLP**
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Telephone: 202-373-6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC, and Google LLC*