1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  | IN RE: SOCIAL MEDIA ADOLESCENT | MDL No. 3047
12  | ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-03047-YGR
13
14  | This Document Relates to: | **[PROPOSED] ORDER ON THE OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF REGARDING PLAINTIFFS' RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION**
15  | ALL ACTIONS |
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures, ECF No. 341, the Court rules as follows on the Personal Injury Bellwether Plaintiffs' and Defendants' Omnibus Sealing Stipulation Regarding Joint Letter Brief Regarding Plaintiffs' Responses to Defendants' Requests for Production:

| Docket No. | Proposed Redaction | Action to be Taken | Court's Order |
|---|---|---|---|
| ECF 1052-1 | Page 13, from after "Request No. 32:" to before "● Request No. 33." | Redact | |
| ECF 1052-1 | Page 13, from after "Request No. 33" to before "● Request No. 34." | Redact | |
| ECF 1052-1 | Page 13, from after "Request No. 34" to before "● Request No. 66." | Redact | |
| ECF 1052-1 | Page 13, from after "Request No. 66" to before "Plaintiffs next argue . . ." | Redact | |
| ECF 1052-1 | Page 13, text of Footnote 4 | Redact | |
| ECF 1052-1 | Page 16, final paragraph, from after "such discovery" to the final word. | Redact | |

**IT IS SO ORDERED.**

Dated: _____     _____

                                                 Hon. Peter H. Kang
                                                 United States Magistrate Judge