UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al., | Case No.22-md-03047-YGR |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

You are hereby notified that scheduling conference is set on Friday, August 30, 2024, at 10:00 a.m. in Oakland – videoconference only.

Dated: August 28, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106573540