IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-03047-YGR<br><br>**[PROPOSED] ORDER ON THE OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF REGARDING PLAINTIFFS' RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures, ECF No. 341, the Court rules as follows on the Personal Injury Bellwether Plaintiffs' and Defendants' Omnibus Sealing Stipulation Regarding Joint Letter Brief Regarding Plaintiffs' Responses to Defendants' Requests for Production:

| Docket No. | Proposed Redaction | Action to be Taken | Court's Order |
|---|---|---|---|
| ECF 1052-1 | Page 13, from after "Request No. 32:" to before "• Request No. 33." | Redact | |
| ECF 1052-1 | Page 13, from after "Request No. 33" to before "• Request No. 34." | Redact | |
| ECF 1052-1 | Page 13, from after "Request No. 34" to before "• Request No. 66." | Redact | |
| ECF 1052-1 | Page 13, from after "Request No. 66" to before "Plaintiffs next argue . . ." | Redact | |
| ECF 1052-1 | Page 13, text of Footnote 4 | Redact | |
| ECF 1052-1 | Page 16, final paragraph, from after "such discovery" to the final word. | Redact | |

**IT IS SO ORDERED.**

Dated: ___August 29, 2024___

Hon. Peter H. Kang
United States Magistrate Judge