## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*A.U. and M.U. v. Meta Platforms, Inc., et al.,* 4:24-cv-03231<br><br>*C.A. and C.J. v. Meta Platforms, Inc., et al.,* 4:24-cv-03234<br><br>*D.Z. and K.Z. v. Meta Platforms, Inc., et al.,* 4:24-cv-03232<br><br>*Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.,* 4:24-cv-02924<br><br>*S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.,* 4:24-cv-01989<br><br>*Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.,* 4:24-cv-03235<br><br>*S.G. and L.P. v. Snap, Inc., et al.,* 4:24-cv-03233<br><br>*M.H. and A.H. v. Meta Platforms, Inc., et al.,* No. 4:24-cv-03831 | ~~[PROPOSED]~~ **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Tenth Consolidated Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Tenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-8 to the Anderson Declaration in Support of Tenth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *A.U. and M.U. v. Meta Platforms, Inc., et al.*, 4:24-cv-03231 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 2 – Application for *C.A. and C.J. v. Meta Platforms, Inc., et al.*, 4:24-cv-03234 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 3 – Application for *D.Z. and K.Z. v. Meta Platforms, Inc., et al.*, 4:24-cv-03232 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 4 - *Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.*, 4:24-cv-02924 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 5 – *S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.*, 4:24-cv-01989 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 6 - Application for *Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-03235 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 7 – Application for *S.G. and L.P. v. Snap, Inc., et al.*, 4:24-cv-03233 | Entire Application/Exhibit | ✓ Granted ___ Denied |
| Exhibit 8 – Application for *M.H. and A.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-03831 | Entire Application/Exhibit | ✓ Granted ___ Denied |

IT IS SO ORDERED.

DATED: August 30, 2024

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE