**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*A.U. and M.U. v. Meta Platforms, Inc., et al.,* 4:24-cv-03231<br><br>*C.A. and C.J. v. Meta Platforms, Inc., et al.,* 4:24-cv-03234<br><br>*D.Z. and K.Z. v. Meta Platforms, Inc., et al.,* 4:24-cv-03232<br><br>*Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.,* 4:24-cv-02924<br><br>*S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.,* 4:24-cv-01989<br><br>*Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.,* 4:24-cv-03235<br><br>*S.G. and L.P. v. Snap, Inc., et al.,* 4:24-cv-03233<br><br>*M.H. and A.H. v. Meta Platforms, Inc., et al.,* No. 4:24-cv-03831 | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' TENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*; AS MODIFIED BY THE COURT** |

# [PROPOSED] ORDER

The Court is in receipt of Plaintiffs' Tenth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Tenth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On June 10, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *A.U. and M.U. v. Meta Platforms, Inc., et al.,* 4:24-cv-03231 (Exhibit 1);
- *C.A. and C.J. v. Meta Platforms, Inc., et al.,* 4:24-cv-03234 (Exhibit 2);
- *D.Z. and K.Z. v. Meta Platforms, Inc., et al.,* 4:24-cv-03232 (Exhibit 3);
- *Jessica M. Cannon-Lear, on behalf of minor A.M.T., v. Meta Platforms Inc., et al.,* 4:24-cv-02924 (Exhibit 4);
- *S.O. and J.O., individually, and as next of friends to minor Plaintiff, K.O. v. Meta Platforms Inc., et al.,* 4:24-cv-01989 (Exhibit 5);
- *Sasha Goldsmith, Jason Goldsmith, and J.G. v. Meta Platforms, Inc., et al.,* 4:24-cv-03235 (Exhibit 6);
- *S.G. and L.P. v. Snap, Inc., et al.,* 4:24-cv-03233 (Exhibit 7); and
- *M.H. and A.H. v. Meta Platforms, Inc., et al.,* 4:24-cv-03831 (Exhibit 8).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Tenth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before July 26, 2024, which is fifteen (15) days after the filing of Plaintiffs' Tenth *Ex Parte* Application, and good cause appearing, it is hereby

ordered that that the applicants identified in the Applications for the cases listed above, except as noted below, are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians ad litem in this case, shall remain in effect until the minor reaches the age of majority.

The application for appointment of guardian *ad litem* in Case No. 24-cv-03234 (Ex. 2) is **DENIED** because the plaintiff has reached the age of majority in their jurisdiction.

**IT IS SO ORDERED.**

Dated: August 30, 2024

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE