# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 30, 2024 | **Time:** 1 hour 3 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 22-md-3047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorneys for Plaintiff:** Lexi Hazam, Previn Warren, Bianca Miyata, Christian Lewis, and Megan O'Neill; via Zoom

**Attorneys for Defendant:** Paul Schmidt, Jonathan Blavin, John Beisner, Geoffrey Drake, Lauren White, and Ashley Hardin; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Summer Fisher; via Zoom

## PROCEEDINGS

Scheduling Conference - Held.

The Court heard argument on the parties' joint administrative motion on case schedule (Dkt. No. 1079) proposing extensions to the current schedule set forth in Case Management Order No. 10 (Dkt. No. 604).

Parties are ordered to file as a joint submission a month-by-month calendar explaining the ongoing and projected discovery tasks under the parties' proposed schedule. The submission is due September 4, 2024, at 12:00 p.m. PST, and should be succinct in bullet point and/or chart form.

Further Case Management Conference is set on September 13, 2024, at 2:00 p.m.