# EXHIBIT A

E-Served: Aug 30 2024  10:27AM PDT  Via Case Anywhere

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                August 29, 2024
**Social Media Cases**                                                              1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M. Miro                Deputy Sheriff: None

---

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

Other Appearance Notes: (See Appearances Below)

---

**NATURE OF PROCEEDINGS:** Further Status Conference

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Jorge Dominguez CSR# 12523, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Plaintiffs – Present
Joseph G. VanZandt, Dean Kawamoto, Emily Jeffcott, Mariana McConnell, Felicia Craick, Kelly K. McNabb.

Plaintiffs – LACourtConnect
Anna Katz, Cherisse Cleofe, Jessica Colombo, Mary Liu, Michael Akselrud, Narmeen Nkeiti, Previn Warren, Sydney Lottes.

Defendants – Present
Christopher Chiou, Geoffrey M. Drake, Matthew Donohue, Phyllis A. Jones, Andrea Roberts Pierson, Isaac D. Chaput, Gregory L. Halperin, Tarifa B. Laddon, Yardena R. Zwang-Weissman, Ashley M. Simonsen, Jesse S. Krompier, Jonathan H. Blavin.

Defendants – LACourtConnect
Amy Fiterman, Ashley Hardin, Lauren Gallo White.

Court and counsel discuss scheduling for pretrial events. The court will not move any pretrial deadlines or trial dates until the MDL court determines whether to extend deadlines in accordance with the stipulation that is currently before that court.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                       August 29, 2024
**Social Media Cases**                                                                       1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M. Miro                Deputy Sheriff: None

Counsel are to meet and confer and recommend (in the next Joint Status Conference Report) early deadlines for the following events in accordance with the discussion at the status conference this date, as reflected in the court reporter's official notes:
(1) Plaintiff's production of documents (including social media) and written discovery as to the bellwether discovery pool Plaintiffs;
(2) Defendants' production of user documents for the bellwether discovery pool Plaintiffs;
(3) Substantial completion of Defendants' medial record collection for the bellwether discovery pool Plaintiffs;
(4) Scheduling of depositions of each bellwether discovery pool Plaintiff and 2 (or 3) key witnesses for such Plaintiff and one treating medical professional for such Plaintiff;
(5) Completion of the depositions reference in (4).

Counsel also are to meet and confer and recommend to the court whether trial bellwether selection can take place based on the discovery referred to above.

Counsel also are to meet and confer and state their respective positions with respect to: (a) an early determination of jury instructions on the subject of negligence and causation and whether such determination would also require a ruling on choice of law for each trial Plaintiff; (b) whether non-case-specific experts and/or causation experts can be designated prior to the close of all merits discovery and, if so, whether Sargon motions can proceed following such designation (and appropriate discovery regarding such experts).

The parties and the court discuss Plaintiffs' proposed order regarding CSAM that might be found during production of Plaintiffs' social media documents and Defendants' proposed amendments thereto. The court indicates its intention to sign an amended order, as reflected in the court reporter's official notes, and Plaintiffs' counsel are to submit a Word version of the proposed order by 10 am on August 30 so that the court can amend and enter the order in accordance with the discussion at the status conference.

Counsel are to continue to meet and confer regarding Plaintiffs' and Defendants' production of discovery specific to bellwether discovery pool Plaintiffs and indicate areas of continuing disagreement in the next Joint Status Conference Report.

Court and counsel also discuss bellwether Plaintiffs responses to RFP Set One that are misnumbered or otherwise have clerical errors. Plaintiffs are to make corrections and re-serve the responses immediately and follow-up with verifications. After corrected responses are served, counsel shall meet and confer regarding any contentions by Defendant that the responses are incomplete or insufficient.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                                      August 29, 2024
**Social Media Cases**                                                                                1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M. Miro                Deputy Sheriff: None

---

Defendants are not to send third-party subpoenas regarding bellwether discovery pool Plaintiffs' potential witnesses until after a schedule is set for depositions of such witnesses as discussed above.


Further Status Conference (All Cases) is scheduled for 09/16/2024 at 01:45 PM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                              August 29, 2024
**Social Media Cases**                                              1:45 PM

Judge: Honorable Carolyn B. Kuhl           CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M. Miro               Deputy Sheriff: None

23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531,
23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747,
23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800,
23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004,
23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056,
23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955,
23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044, 23STCV22046,
23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419,
23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754,
23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003, 23STCV23057,
23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066, 23STCV23072,
23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    August 29, 2024
**Social Media Cases**                                          1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467,
23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553,
23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611, 23STCV23618,
23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657, 23STCV23661,
23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684, 23STCV23690,
23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696, 23STCV23697,
23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734, 23STCV23764,
23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791, 23STCV23794,
23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849, 23STCV23871,
23STCV23873, 23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902,
23STCV23920, 23STCV23925, 23STCV23936, 23STCV23959, 23STCV23970,
23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084,
23STCV24135, 23STCV24146, 23STCV24332, 23STCV24468, 23STCV24474,
23STCV24483, 23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695,
23STCV24700, 23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221,
23STCV25439, 23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615,
23STCV25621, 23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034,
23STCV26087, 23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328,
23STCV26379, 23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,
23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168,
23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544,
23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524,
24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24STCV00076,
24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880,
24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV01970,

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                 August 29, 2024
**Social Media Cases**                                                              1:45 PM


Judge: Honorable Carolyn B. Kuhl                    CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                     ERM: None
Courtroom Assistant: M. Miro                         Deputy Sheriff: None

---

24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232,
24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518,
24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576,
24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675,
24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042,
24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643,
24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902,
24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160,
24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533,
24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565,
24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615, 24STCV04624,
24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947,
24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028,
24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489,
24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221,
24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472,
24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691,
24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114,
24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874,
24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424,
24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001,
24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037,
24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092,
24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589,
24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812,
24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911,
24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048,
24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636,
24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527,
24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404,
24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690,
24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276,
24STCV16288, 24STCV16296, 24STCV16364, 30-2023-01306723-CU-PL-CJC, 30-2023-
01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-
00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

A Joint Status Report is to be filed by 4:00 PM on 9/12/2024.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    August 29, 2024
**Social Media Cases**                                             1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

Counsel is to submit Case Management Order #9 to the department email by the morning of 8/30/2024.

Lead counsel is to provide notice.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03479, 22-CIV-03480, 22-CIV-03588, 22-CIV-03731, 22-CIV-03783, 22-CIV-03808, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV02183, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40570, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01824, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853, 23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16699, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                    August 29, 2024
**Social Media Cases**                                                                    1:45 PM

Judge: Honorable Carolyn B. Kuhl                    CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                      ERM: None
Courtroom Assistant: M. Miro                        Deputy Sheriff: None

23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20393, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066,
23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      August 29, 2024
**Social Media Cases**                                              1:45 PM

Judge: Honorable Carolyn B. Kuhl                CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M. Miro                    Deputy Sheriff: None

23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255,
23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552,
23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23698, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23807, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24148, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV26875, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,
23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30261, 23STCV30266, 23STCV30274, 23STCV30285,
23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501,
23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704,
23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050,
24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126, 24SMCV02075,
24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184, 24SMCV02541,
24SMCV03053, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      August 29, 2024
**Social Media Cases**                                                   1:45 PM


Judge: Honorable Carolyn B. Kuhl               CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                ERM: None
Courtroom Assistant: M. Miro                   Deputy Sheriff: None

---

24STCV00866, 24STCV00880, 24STCV01375, 24STCV01468, 24STCV01473,
24STCV01945, 24STCV01954, 24STCV01970, 24STCV02018, 24STCV02054,
24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472,
24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539,
24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620,
24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765,
24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218,
24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739,
24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083,
24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221,
24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544,
24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573,
24STCV04576, 24STCV04593, 24STCV04615, 24STCV04624, 24STCV04652,
24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947,
24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028,
24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489,
24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221,
24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472,
24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691,
24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114,
24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874,
24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424,
24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001,
24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037,
24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092,
24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589,
24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812,
24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911,
24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048,
24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636,
24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527,
24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404,
24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690,
24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276,
24STCV16288, 24STCV16296, 24STCV16364, 30-2023-01306723-CU-PL-CJC, 30-2023-
01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-
00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                    August 29, 2024
**Social Media Cases**                                                          1:45 PM

Judge: Honorable Carolyn B. Kuhl                    CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                     ERM: None
Courtroom Assistant: M. Miro                        Deputy Sheriff: None

The Further Status Conference scheduled for 08/29/2024 is 'Held' for cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    August 29, 2024
**Social Media Cases**                                          1:45 PM


Judge: Honorable Carolyn B. Kuhl              CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M. Miro                  Deputy Sheriff: None

---

23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423,
23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620,
23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696,
23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720,
23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746,
23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035,
23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088,
23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100,
23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315,
23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459,
23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622,
23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330,
23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631,
23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715,
23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973,
23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078,
23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089,
23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161,
23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395,
23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737,
23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785,
23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850,
23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035,
23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108,
23STCV21676, 23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041,
23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209,
23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740,
23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956,
23STCV23003, 23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,
23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606,
23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641,
23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681,
23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695,
23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      August 29, 2024
**Social Media Cases**                                                1:45 PM

Judge: Honorable Carolyn B. Kuhl                CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M. Miro                    Deputy Sheriff: None

23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823,
23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876, 23STCV23889,
23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925, 23STCV23936,
23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056, 23STCV24079,
23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146, 23STCV24332,
23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492, 23STCV24609,
23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701, 23STCV24721,
23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458, 23STCV25512,
23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647, 23STCV26013,
23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297, 23STCV26301,
23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750, 23STCV26814,
23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771, 23STCV27778,
23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759,
23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918,
23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979,
23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372,
23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407,
23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467,
23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552,
23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669,
23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719,
23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793,
23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266, 23STCV30274,
23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485,
23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686,
23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308,
24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126, 24SMCV02075,
24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184, 24STCV00076,
24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880,
24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV01970,
24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232,
24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518,
24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576,
24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675,
24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042,
24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643,
24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902,
24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                     August 29, 2024
**Social Media Cases**                                                                  1:45 PM


Judge: Honorable Carolyn B. Kuhl                CSR: Jorge Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M. Miro                    Deputy Sheriff: None

---

24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.