*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' AND TIKTOK DEFENDANTS' JOINT TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING PERSONNEL MATERIALS)** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs and Defendants TikTok, Ltd., TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc.'s (collectively referred to in this submission as "TikTok Defendants," and with Plaintiffs as the "Parties") file the instant Joint Temporary Sealing Motion requesting to file under seal limited portions of the Parties' Joint Letter Brief Regarding Personnel Files. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 1126 | Joint Letter Brief Regarding Personnel Materials (Sealed) | The document contains information designated as confidential by the TikTok Defendants. |

Dated: September 10, 2024            Respectfully submitted,

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

1  JENNIE LEE ANDERSON
   **ANDRUS ANDERSON, LLP**
2  155 Montgomery Street, Suite 900
   San Francisco, CA 94104
3  Telephone: 415-986-1400
   jennie@andrusanderson.com
4
   Liaison Counsel
5
   JOSEPH G. VANZANDT
6  **BEASLEY ALLEN CROW METHVIN**
   **PORTIS & MILES, P.C.**
7  234 Commerce Street
   Montgomery, AL 36103
8  Telephone: 334-269-2343
   joseph.vanzandt@beasleyallen.com
9
   EMILY C. JEFFCOTT
10 **MORGAN & MORGAN**
   220 W. Garden Street, 9th Floor
11 Pensacola, FL 32502
   Telephone: 850-316-9100
12 ejeffcott@forthepeople.com
13
   Federal/State Liaison Counsel
14
   MATTHEW BERGMAN
   **SOCIAL MEDIA VICTIMS LAW CENTER**
15 821 Second Avenue, Suite 2100
   Seattle, WA 98104
16 Telephone: 206-741-4862
   matt@socialmediavictims.org
17
   JAMES J. BILSBORROW
18 **WEITZ & LUXENBERG, PC**
   700 Broadway
19 New York, NY 10003
   Telephone: 212-558-5500
20 Facsimile: 212-344-5461
   jbilsborrow@weitzlux.com
21
   PAIGE BOLDT
22 **WATTS GUERRA LLP**
   4 Dominion Drive, Bldg. 3, Suite 100
23 San Antonio, TX 78257
   Telephone: 210-448-0500
24 PBoldt@WattsGuerra.com
25
   THOMAS P. CARTMELL
   **WAGSTAFF & CARTMELL LLP**
26 4740 Grand Avenue, Suite 300
   Kansas City, MO 64112
27 Telephone: 816-701 1100
   tcartmell@wcllp.com
28

- 3 -

PLAINTIFFS' AND TIKTOK DEFENDANTS' JOINT TEMPORARY SEALING MOTION
(JOINT LETTER BRIEF RE PERSONNEL MATERIALS)

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**

112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

- 5 -

PLAINTIFFS' AND TIKTOK DEFENDANTS' JOINT TEMPORARY SEALING MOTION
(JOINT LETTER BRIEF RE PERSONNEL MATERIALS)

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*
 andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
 amy.fiterman@faegredrinker.com
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
 gdrake@kslaw.com
David Mattern, *pro hac vice*
 dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Andre M. Mura