**APPENDIX A**

**Students' Mental Health and Wellness**
Example Document Requests: RFPs 8, 10, 12, 64, 69-70

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 1. | achieve* w/5 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/5 decline |
| 2. | anxiet* w/10 (scholar* OR kid* OR child* OR pupil OR student* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 3. | (behavior* W/3 health) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 4. | (behavior* W/3 wellbeing) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 5. | (behavior* W/3 "well being") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 6. | depress* w/10 (scholar* OR kid* OR child* OR student* OR pupil* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 7. | disrupt* w/5 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |

| | Disputed Terms –Students' Mental Health and Wellness |
|---|---|
| 8. | (emotional w/3 "well being") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 9. | (mental w/3 "well being") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 10. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "focus" |
| 11. | (student* w/5 focus*) w/25 (problem* OR difficult* OR challeng* OR declin* OR unable* OR inabilit* OR issue) |
| 12. | suicid* w/25 (student* OR pupil* OR scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*" OR teen OR teacher OR staff OR counsel* OR psycholog* OR consultant OR refer* OR prevent* OR stop* OR reduc* OR interven* OR increas* OR train* OR curricul* OR program OR assembly OR anti OR attempt* OR aware*) |
| 13. | absen* w/5 excuse |
| 14. | absen* w/5 unexcuse |
| 15. | abus* w/10 (student* or kid* or child* or teen* OR tween* OR youth* OR young* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor* OR underage OR domestic OR family) |
| 16. | attention deficit disorder" OR "attention deficit" OR ADHD OR adderall OR ritalin OR Concerta |

| | Disputed Terms –Students' Mental Health and Wellness |
|---|---|
| 17. | ADHD OR "attention deficit hyperactivity disorder" |
| 18. | (alcohol OR gin OR vodka OR tequila OR rum OR liquor* OR beer OR whiskey OR wine OR bourbon OR drunk) w/5 (student* OR pupil* OR scholar* OR school* OR premises OR campus* OR underage* OR youth* OR child* OR teen* OR tween* OR pre-teen* OR minor* OR adolescent*) |
| 19. | "ash out" |
| 20. | assault* |
| 21. | behavior* W/3 concern* |
| 22. | behavior* W/3 issue* |
| 23. | binge* OR binging OR purge* OR purging OR "B&P" |
| 24. | "bi-polar" OR "bi polar" OR bipolar OR "BPD" |
| 25. | blackmail* |
| 26. | bomb* w/5 threat* |
| 27. | "bonespo" OR "bonespiration" OR "thinspo" OR "thinspiration" |

| | Disputed Terms –Students' Mental Health and Wellness |
|---|---|
| 28. | broken W/5 famil* |
| 29. | broken W/5 home* |
| 30. | bulimi* |
| 31. | bully* OR bullie* |
| 32. | (cannabis OR smoke*) W/10 (pot OR blunt* OR joint* OR bowl* OR pipe*) |
| 33. | (student* OR school*) W/10 porn* |
| 34. | cigar* |
| 35. | cocaine |
| 36. | cognitive w/10 (declin* or issue* or challeng* or deficit or development or performance or capacity) |
| 37. | compulsiv* w/10 (weight OR exercis*) |
| 38. | crim* W/10 (arrest* OR police* OR "school resource office" OR "SRO" OR "law enforcement" OR "probation officer*" OR parole*) |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 39. | crim* W/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 40. | crisis w/10 (student* or pupil* or scholar* or academi* or kid* or child* OR teen* OR tween* OR  youth*  OR pre-teen* OR preteen* OR adolescent* OR minor* OR health) |
| 41. | danger w/10 (student* or pupil* or scholar* or kid* or child* or teen* OR tween* OR youth*  OR pre-teen* OR preteen* OR adolescent* OR minor* OR underage) |
| 42. | difficult W/5 famil* |
| 43. | difficult W/5 home* |
| 44. | discord* |
| 45. | drug* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor* OR school*) |
| 46. | eat* W/5 disord* |
| 47. | ecig* |
| 48. | "e-cig*" |
| 49. | emotional* w/5 abuse* |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 50. | fentanyl |
| 51. | fight w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB  OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 52. | firearm |
| 53. | grave* W/5 concern* |
| 54. | grave* W/10 issue* |
| 55. | grave* W/10 situation* |
| 56. | gun* AND (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 57. | handgun* |
| 58. | harass* |
| 59. | helpline* |
| 60. | heroin |

| | Disputed Terms –Students' Mental Health and Wellness |
|---|---|
| 61. | hit* w/25 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB  OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 62. | home W/10 learning |
| 63. | hospital* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 64. | hotline |
| 65. | hurt* w/25 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 66. | impair* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor* OR teach* OR learn*) |
| 67. | (inappropriate OR issue*) w/5 behav* |
| 68. | incident* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 69. | infraction* |
| 70. | injur* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 71. | Insomnia |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 72. | Intoxication |
| 73. | kick* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 74. | knife |
| 75. | lockdown* |
| 76. | marijuana |
| 77. | medicat* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 78. | ("Rx" OR prescri*) w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor*) |
| 79. | "mental health" |
| 80. | (meth OR methamphetamine) |
| 81. | misbehav* |
| 82. | misconduct* |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 83. | narcotic* |
| 84. | nicotine |
| 85. | nude* OR nudity w/25 (child* OR adolescent* OR youth* OR underage* OR juvenile* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 86. | nude* OR nudity w/25 kid* |
| 87. | (nude* OR nudity) w/25 (preteen* OR pre-teen*) |
| 88. | (nude* OR nudity) w/25 pupil* |
| 89. | (nude* OR nudity) w/25 scholar* |
| 90. | (nude* OR nudity) w/25 student* |
| 91. | (nude* OR nudity) w/25 teen* |
| 92. | (nude* OR nudity) w/25 tween* |
| 93. | opiate* |

| | Disputed Terms –Students' Mental Health and Wellness |
|---|---|
| 94. | opioid* |
| 95. | overdos* |
| 96. | oxy* |
| 97. | painkiller* |
| 98. | pistol* |
| 99. | rape* OR rapist* |
| 100. | rifle* |
| 101. | (school OR class) W/3 (absent* OR miss* OR skip* OR interrup* OR cut) |
| 102. | serious W/10 concern* |
| 103. | serious W/10 issue |
| 104. | serious W/10 situation* |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 105. | sex* W/10 abuse* |
| 106. | sex* W/10 misconduct |
| 107. | sex* W/10 viol* |
| 108. | sex* W/10 assault* |
| 109. | sextort* |
| 110. | sharent* |
| 111. | shooting* |
| 112. | sleep* W/3 class* |
| 113. | (social w/3 worker) AND (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 114. | stabbed OR stabbing |
| 115. | stalk* |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 116. | stress* w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 117. | struggl* w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 118. | substance W/5 (disorder* OR abuse*) |
| 119. | suspen* w/5 (school* OR class* OR district* OR campus* OR rate* OR disciplin* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 120. | taunt* w/5 (school* OR class* OR district* OR campus* OR rate* OR disciplin* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 121. | therap* W/5 (school* OR class* OR district* OR campus* OR train* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior*  OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 122. | "threw up" OR "threwup" OR "threw-up" OR "throw up" OR "throwup" OR "throw-up" |
| 123. | threat* w/5 (school* OR class* OR district* OR campus* OR rate* OR disciplin* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior*  OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6" OR principal* OR staff OR administrat* OR employee* OR teacher OR harass* OR viol* OR altercation* OR crim* OR safety OR expel* OR suspen* OR discip* OR treat* OR consult* OR train*) |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 124. | (Tutor* OR hospitaliz* OR "home care" or "homecare" ) w/10 (school* OR class* OR district* OR campus* OR train* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 125. | unacceptable W/10 behavior |
| 126. | unacceptable W/10 conduct |
| 127. | vape* OR vaped OR vaping |
| 128. | violat* W/10 conduct |
| 129. | violat* W/10 polic* |
| 130. | violative |
| 131. | violen* |
| 132. | warn* W/10 guardian* |
| 133. | warn* W/10 parent* |
| 134. | warn* W/10 student* |

| | **Disputed Terms –Students' Mental Health and Wellness** |
|---|---|
| 135. | weapon* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR pre-teen* OR preteen* OR adolescent* OR minor* OR school* OR class*) |
| 136. | weed |
| 137. | (well-being or wellbeing OR "well being" OR wellness) w/10 ("youth" or kid* OR child* OR teen* OR "juvenile" OR scholar* OR student* OR pupil* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" or "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 138. | Xanax |
| 139. | Zyn OR "nicotine pouch*" |
| 140. | foster W/2 (care OR family) |

**Use of Electronic Devices and/or Online Media and Communication Services**
Example Document Requests: RFPs 51-52, 59

| | **Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services** |
|---|---|
| 141. | "social media" |
| 142. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "cell phone" |
| 143. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "cellphone" |
| 144. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "cell-phone" |
| 145. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "device" |
| 146. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "ipad" |
| 147. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "iphone*" |

| | Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services |
|---|---|
| 148. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "i-phone*" |
| 149. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/5 "phone*" |
| 150. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "chromebook*" |
| 151. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "concentrat*" |
| 152. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "laptop*" |
| 153. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "tablet*" |
| 154. | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") w/10 "attention" |
| 155. | (usage* w/10 "cell phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR |

| | Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services |
|---|---|
| | "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 156. | (usage* w/10 "cellphone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 157. | (usage* w/10 "cell-phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 158. | (usage* w/10 "iphone") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6" |
| 159. | (usage* w/10 "i-phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 160. | (usage* w/10 "phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 161. | (usage* w/10 device*) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth |

| | **Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services** |
|---|---|
| | grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 162. | (usage* w/10 ipad*) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 163. | (usage* w/10 tablet*) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 164. | (use* w/10 "cell phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 165. | (use* w/10 "cellphone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 166. | (use* w/10 "cell-phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| 167. | (use* w/10 "iphone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth |

| | | Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services |
|---|---|---|
| | | grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| | 168. | (use* w/10 "i-phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| | 169. | (use* w/10 "i-phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| | 170. | (use* w/10 "i-phone*") w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10" OR "ninth grade*"  OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6") |
| | 171. | ("App Store" or appstore) w/25  ("age rating" or "maturity rating" or "T for Teen" or "M for Mature" or "infrequent or mild" or "12+" or "17+" or "ESRB rating") |
| | 172. | (comment* w/10 post*) OR (comment* w/10 stor*) OR "likes/comments" OR "like button" |
| | 173. | "Face book" |
| | 174. | Facebook |
| | 175. | facetime |

| | Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services |
|---|---|
| 176. | "FB" |
| 177. | groupme* |
| 178. | influencer* |
| 179. | Insta OR "IG" |
| 180. | Instagram |
| 181. | Meta NOT (metal OR metap* OR metab*) |
| 182. | "private message*" |
| 183. | screenagers |
| 184. | Snap |
| 185. | "Snap Chat" |
| 186. | Snapchat |

| | **Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services** |
|---|---|
| 187. | "tick tock" |
| 188. | "ticktock" |
| 189. | "Tik Tok" |
| 190. | TikTok |
| 191. | Truan* |
| 192. | Tweet* w/10 (harm* OR hurt OR threat OR inappropriate* OR improper* OR danger* OR unprofessional* OR challeng* OR prank* OR campaign* OR violate* OR police OR safe* OR unsafe* OR distract* OR disrupt* OR crim* OR illegal OR attack* OR altercation* OR sex* OR abuse* OR nude OR nudity OR disciplin* OR expel* OR suspen* OR gun* OR weapon* OR shoot OR class* OR school* OR campus OR district* OR learn* OR homework* OR study OR engage*) |
| 193. | twitch |
| 194. | ("video game" OR "videogame" OR Fortnite OR Roblox OR Mario OR Pokemon) w/10 (harm* OR hurt OR impact OR threat OR inappropriate* OR improper* OR danger* OR unprofessional* OR challeng* OR prank* OR campaign* OR violate* OR police OR safe* OR unsafe* OR distract* OR disrupt* OR crim* OR illegal OR attack* OR altercation* OR addict* OR distract* OR sex* OR abuse* OR nude OR nudity OR disciplin* OR expel* OR threat OR suspen* OR gun* OR weapon* OR shoot OR class* OR school* OR campus OR district* OR learn* OR homework* OR study OR engage*) |
| 195. | whatsapp |
| 196. | wipe* |

| | Disputed Terms – Use of Electronic Devices and/or Online Media and Communications Services |
|---|---|
| 197. | "You Tube" |
| 198. | YouTube |
| 199. | Youtuber |
| 200. | YT |
| 201. | suggestive W/10 (post* OR comment* OR text* OR picture* OR photo* OR content* OR material* OR video*) |

**Impact of COVID-19 and School Closures**
Example Document Requests: RFPs 9-10, 42, 45

| | | **Disputed Terms – Impact of COVID-19 and School Closures** |
|---|---|---|
| 202. | | (closed or closure or closing) w/10 (school* OR campus* OR class* OR district*) |
| 203. | | Corona* w/15 (pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*) OR sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* emergenc* OR lonel* OR alone) |
| 204. | | Covid* w/15 (pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*) OR sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* emergenc* OR lonel* OR alone) |
| 205. | | (distance W/5 learn*) |
| 206. | | "district wide" W/5 (problem* OR issue* OR decline*) |
| 207. | | hybrid W/10 learning |
| 208. | | mask W/3 mandat* |
| 209. | | mask W/3 requir* |
| 210. | | "natural disaster*" |
| 211. | | pandemic* W/25 (impact OR negative OR harm*) |

| | **Disputed Terms – Impact of COVID-19 and School Closures** |
|------|-------------------------------------------------------------|
| 212. | quarantine* W/25 (impact OR negative OR harm* OR effect*) |
| 213. | remote W/10 class* |
| 214. | remote W/10 learning |
| 215. | remote W/10 school* |
| 216. | remote W/10 social* |
| 217. | remote W/10 teaching |
| 218. | remote W/25( impact OR negative OR harm*) |
| 219. | school W/3 closure* |
| 220. | shutdown |
| 221. | "shut-down" OR "shut down" w/10 (school* OR class* OR campus* OR district* OR incident* OR alert* OR threat* OR event* OR warning* OR safety* OR advisor* OR polic* OR impact) |
| 222. | social* W/3 distanc* |

**School District Conduct**
Example Document Request: RFP 27

| | **Disputed Terms – School District Conduct** |
|---|---|
| 223. | budget W/5 cut* |
| 224. | budget W/5 decreas* |
| 225. | budget W/5 reduc* |
| 226. | CSAM |
| 227. | teacher* W/5 disciplin* |
| 228. | unprofessional W/10 behavior |
| 229. | unprofessional W/10 conduct |

**Damages and Litigation**
Example Document Requests: RFPs 18, 38, 65, 76, 77

| | **Disputed Terms – Damages and Litigation** |
|---|---|
| 230. | property W/10 damag* |
| 231. | property W/10 theft |
| 232. | property W/10 vandali* |
| 233. | Challeng* w/25 (TikTok OR TT OR Instagram OR Insta OR IG OR Snapchat OR Snap OR Facebook OR YouTube OR YT) |
| 234. | devious W/10 lick* |
| 235. | Juul |
| 236. | (procur* W/10 ((fund* OR grant* OR money)) W/10 ("mental health" or "social media") |
| 237. | teacher* W/5 (retention OR retain*) |
| 238. | teacher* w/3 (veteran OR experience* OR inexperience*) |
| 239. | teacher w/5 (shortage* OR quit* OR leav* OR "burnout" OR "burn out" OR "burnt out") |

| | **Disputed Terms – Damages and Litigation** |
|---|---|
| 240. | (lawsuit* OR litigation OR allegation OR legal action* OR legal proceeding* or trial* or legal dispute* or settlement* or class action*) w/25 (student* or pupil* or scholar* or health OR youth OR kid* OR child* OR teen* OR juvenile*) |