**APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS**

| | Terms |
|---|---|
| 1. | "anti-anxiety" |
| 2. | "digital citizenship" |
| 3. | "self harm" |
| 4. | "self-harm" |
| 5. | "selfharm*" |
| 6. | ("social media") w/10 student* |
| 7. | ("social media") w/25 scholar* |
| 8. | ("video game" OR "videogame" OR Fortnite OR Roblox OR Mario OR Pokemon) w/10 disrupt* |
| 9. | (Absen* w/5 excuse*) w/25 (study OR survey OR report OR analysis OR caus* OR trend*) |
| 10. | (Absen* w/5 unexcuse*) w/25 (study OR survey OR report OR analysis OR caus* OR trend*) |
| 11. | (Alcohol OR beer OR vodka OR gin OR bourbon OR whiskey OR wine) w/5 student* |
| 12. | (behavior* w/3 "well being") w/25 (scholar* OR student*) |
| 13. | (behavior* w/3 concern*) w/25 (student* OR scholar*) |
| 14. | (behavior* w/3 health) w/25 (scholar* OR student*) |
| 15. | (behavior* w/3 issue*) w/25 (student* OR scholar*) |
| 16. | (can* w/3 sleep) OR (sleep w/10 (insufficient OR depriv* OR disturb* OR displace*)) OR (interrupt w/3 (sleep OR school)) |
| 17. | (comment* w/10 post*) OR (comment* w/10 stor*) OR "likes/comments" |
| 18. | (emotional w/3 "well being") w/25 (student* OR scholar*) |
| 19. | (mental w/3 "well being") w/25 (student* OR scholar*) |
| 20. | (mental w/3 health) w/10 student* |
| 21. | (mental w/3 health) w/25 scholar* |
| 22. | (predator* OR complaint* OR report* OR exploit* OR harass* OR abus*) w/3 (TikTok OR Facebook OR Instagram OR Insta OR YouTube OR snap* OR "social media" OR Bytedance OR Meta) |
| 23. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/5 "phone*" |
| 24. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "focus" |

**APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS**

| | |
|---|---|
| 25. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "attention" |
| 26. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "device" |
| 27. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "iphone*" |
| 28. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "concentrat*" |
| 29. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "laptop*" |
| 30. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "cell-phone" |
| 31. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "cell phone" |
| 32. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "chromebook*" |

**APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS**

| | |
|---|---|
| 33. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "tablet*" |
| 34. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "ipad" |
| 35. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "i-phone*" |
| 36. | (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/10 "cellphone" |
| 37. | (screen w/3 time) OR screentime |
| 38. | (social w/3 "well being") w/25 (scholar* OR student*) |
| 39. | (student* w/5 focus*) w/25 (problem OR difficult* OR declin* OR unable* OR inability) |
| 40. | (usage* w/10 "cell phone*") w/10 (student* OR scholar*) |
| 41. | (usage* w/10 "cellphone*") w/10 (student* OR scholar*) |
| 42. | (usage* w/10 "cell-phone*") w/10 (student* OR scholar*) |
| 43. | (usage* w/10 "iphone") w/10 (student* OR scholar*) |
| 44. | (usage* w/10 "i-phone*") w/10 (student* OR scholar*) |
| 45. | (usage* w/10 "phone*") w/10 (student* OR scholar*) |
| 46. | (usage* w/10 device*) w/10 (student* OR scholar*) |
| 47. | (usage* w/10 ipad*) w/10 (student* OR scholar*) |
| 48. | (usage* w/10 tablet*) w/10 (student* OR scholar*) |
| 49. | (use* w/10 "cell phone*") w/10 (student* OR scholar*) |
| 50. | (use* w/10 "cellphone*") w/10 (student* OR scholar*) |
| 51. | (use* w/10 "cell-phone*") w/10 (student* OR scholar*) |
| 52. | (use* w/10 "iphone*") w/10 (student* OR scholar*) |
| 53. | (use* w/10 "i-phone*") w/10 (student* OR scholar*) |
| 54. | (use* w/10 "phone*") w/10 (student* OR scholar*) |
| 55. | absen* w/5 caus* |
| 56. | absen* w/5 factor* |
| 57. | absen* w/5 prevent* |

**APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS**

| | |
|---|---|
| 58. | achieve* w/5 ((scholar* OR kid* OR child* OR pupil* OR student OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") w/5 decline*) |
| 59. | addict* |
| 60. | ANAD OR "National Association of Anorexia Nervosa and Associated Disorders" |
| 61. | anorexi* |
| 62. | antidepress* OR "anti-depress*" OR "anti depress*" |
| 63. | anxiet* w/10 (scholar* OR kid* OR child* OR pupil OR student OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 64. | campaign* w/10 "boys room*" |
| 65. | campaign* w/10 "dryer*" |
| 66. | campaign* w/10 "fight club*" |
| 67. | campaign* w/10 "girls room*" |
| 68. | campaign* w/10 "hall pass*" |
| 69. | campaign* w/10 "locker" |
| 70. | campaign* w/10 bathroom* |
| 71. | campaign* w/10 destroy* |
| 72. | campaign* w/10 destruct* |
| 73. | campaign* w/10 dispenser* |
| 74. | campaign* w/10 harm* |
| 75. | campaign* w/10 propert* |
| 76. | campaign* w/10 restroom* |
| 77. | campaign* w/10 security |
| 78. | campaign* w/10 sink* |
| 79. | campaign* w/10 threat* |
| 80. | campaign* w/10 toilet* |
| 81. | campaign* w/10 vandali* |
| 82. | campaign* w/10 violen* |
| 83. | challeng* w/10 "boys room*" |
| 84. | challeng* w/10 "dryer" |
| 85. | challeng* w/10 "fight club*" |
| 86. | challeng* w/10 "girls room*" |
| 87. | challeng* w/10 "hall pass" |
| 88. | challeng* w/10 "locker" |
| 89. | challeng* w/10 bathroom* |
| 90. | challeng* w/10 destroy* |
| 91. | challeng* w/10 destruct* |

# APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS

| | |
|---|---|
| 92. | challeng* w/10 dispenser* |
| 93. | challeng* w/10 harm* |
| 94. | challeng* w/10 property |
| 95. | challeng* w/10 restroom* |
| 96. | challeng* w/10 security |
| 97. | challeng* w/10 sink* |
| 98. | challeng* w/10 threat* |
| 99. | challeng* w/10 toilet* |
| 100. | challeng* w/10 vandali* |
| 101. | challeng* w/10 violen* |
| 102. | challeng* w/5 "blackout" |
| 103. | challeng* w/5 "feces" |
| 104. | challeng* w/5 "lick" |
| 105. | challeng* w/5 "penny" |
| 106. | Challeng* w/5 (TikTok OR TT OR Instagram OR Insta OR IG OR Snapchat OR Facebook OR YouTube OR YT) |
| 107. | challeng* w/5 internet |
| 108. | challeng* w/5 online |
| 109. | challeng* w/5 shooting |
| 110. | challeng* w/5 skull |
| 111. | challeng* w/5 smack |
| 112. | consequence* w/10 "cell phone*" |
| 113. | consequence* w/10 "cellphone*" |
| 114. | consequence* w/10 "cell-phone*" |
| 115. | consequence* w/10 "iphone*" |
| 116. | consequence* w/10 "i-phone*" |
| 117. | consequence* w/10 "phone*" |
| 118. | consequence* w/10 device* |
| 119. | consequence* w/10 ipad* |
| 120. | consequence* w/10 tablet* |
| 121. | cyberbull* |
| 122. | depress* w/10 (scholar* OR kid* OR child* OR student* OR pupil* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 123. | disciplin* w/10 "cell phone*" |
| 124. | disciplin* w/10 "cellphone*" |
| 125. | disciplin* w/10 "cell-phone*" |
| 126. | disciplin* w/10 "iphone*" |
| 127. | disciplin* w/10 "i-phone*" |
| 128. | disciplin* w/10 "phone*" |
| 129. | disciplin* w/10 device* |
| 130. | disciplin* w/10 ipad* |

# APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS

| | |
|---|---|
| 131. | disciplin* w/10 tablet* |
| 132. | disord* w/5 eat* |
| 133. | disrupt* w/5 behavior* |
| 134. | dysmorp* |
| 135. | emotional w/3 health |
| 136. | emotional w/3 wellbeing |
| 137. | emotional* w/3 abuse* |
| 138. | gaggle* |
| 139. | intervention* w/10 "cell phone*" |
| 140. | intervention* w/10 "cellphone*" |
| 141. | intervention* w/10 "cell-phone*" |
| 142. | intervention* w/10 "iphone*" |
| 143. | intervention* w/10 "i-phone*" |
| 144. | intervention* w/10 "phone*" |
| 145. | intervention* w/10 device* |
| 146. | intervention* w/10 ipad* |
| 147. | intervention* w/10 tablet* |
| 148. | killchallenge |
| 149. | mental w/3 wellbeing |
| 150. | perform* w/5 (student* w/5 decline*) |
| 151. | prank w/10 vandali* |
| 152. | prank* w/10 "boys room*" |
| 153. | prank* w/10 "dryer" |
| 154. | prank* w/10 "fight club*" |
| 155. | prank* w/10 "girls room*" |
| 156. | prank* w/10 "hall pass*" |
| 157. | prank* w/10 "locker" |
| 158. | prank* w/10 bathroom* |
| 159. | prank* w/10 destroy* |
| 160. | prank* w/10 destruct* |
| 161. | prank* w/10 dispenser* |
| 162. | prank* w/10 harm* |
| 163. | prank* w/10 propert* |
| 164. | prank* w/10 restroom* |
| 165. | prank* w/10 security |
| 166. | prank* w/10 sink* |
| 167. | prank* w/10 threat* |
| 168. | prank* w/10 toilet* |
| 169. | prank* w/10 violen* |
| 170. | property w/10 damag* w/10 (student OR "social media" OR challenge OR (TikTok OR Facebook OR Instagram OR Snapchat)) |
| 171. | property w/10 theft w/10 (student OR "social media" OR challenge OR (TikTok OR Facebook OR Instagram OR Snapchat)) |
| 172. | property w/10 vandali* w/10 (student OR "social media" OR challenge OR (TikTok OR Facebook OR Instagram OR Snapchat)) |

**APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS**

| | |
|---|---|
| 173. | psychologic* w/10 concern* |
| 174. | psychologic* w/10 issue* |
| 175. | pupil* w/10 "cell phone*" |
| 176. | pupil* w/10 "cellphone*" |
| 177. | pupil* w/10 "cell-phone*" |
| 178. | pupil* w/10 "device" |
| 179. | pupil* w/10 "ipad*" |
| 180. | pupil* w/10 "iphone*" |
| 181. | pupil* w/10 "i-phone*" |
| 182. | pupil* w/10 "phone*" |
| 183. | pupil* w/10 chromebook* |
| 184. | pupil* w/10 concentrat* |
| 185. | pupil* w/10 laptop* |
| 186. | pupil* w/10 tablet* |
| 187. | pupil* w/5 attention |
| 188. | pupil* w/5 focus* |
| 189. | screen w/10 (manag* OR control* OR limit) |
| 190. | screenagers |
| 191. | sleep AND (track* OR study OR symptom* OR depriv*) AND (student* OR scholar*) |
| 192. | sleep* w/10 disorder* |
| 193. | sleep* w/3 class* |
| 194. | sleep* w/3 disorder* |
| 195. | sleep* w/3 disrupt* |
| 196. | sleep* w/3 habit* |
| 197. | social w/3 health |
| 198. | social w/3 wellbeing |
| 199. | student* w/5 "cell phone*" |
| 200. | student* w/5 "cellphone*" |
| 201. | student* w/5 "cell-phone*" |
| 202. | student* w/5 "device" |
| 203. | student* w/5 "ipad*" |
| 204. | student* w/5 "iphone*" |
| 205. | student* w/5 "i-phone*" |
| 206. | student* w/5 "phone*" |
| 207. | student* w/5 attention |
| 208. | student* w/5 chromebook* |
| 209. | student* w/5 concentrat* |
| 210. | student* w/5 laptop* |
| 211. | student* w/5 tablet* |

**APPENDIX B – PLAINTIFFS' PROPOSED SEARCH TERMS**

| | |
|---|---|
| 212. | suicid* w/25 (scholar* OR kid* OR child* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 213. | suicid* w/25 pupil |
| 214. | suicid* w/25 student* |
| 215. | teacher* w/5 turnover |
| 216. | use* w/10 ("electronic device*" OR "mobile device") |
| 217. | use* w/10 ipad* |
| 218. | use* w/10 tablet* |
| 219. | viral w/5 challeng* |