**APPENDIX C – DOCUMENT COUNTS**

The below charts provide the document counts for the Parties' respective positions as of 6:00 p.m. Pacific Time on Monday September 9, 2024. Plaintiffs did not have sufficient time to rerun hit reports after Defendants dropped three (3) of their terms between Monday evening and this filing.



|  | **Pls Doc Count** | **Pls Doc w Fam Count** | **Defs Doc Count** | **Defs Doc w Fam Count** |
|---|---:|---:|---:|---:|
| **Baltimore** | 77,203 | 155,747 | 209,312 | 341,534 |
| **Breathitt** | 49,794 | 71,143 | 304,850 | 365,119 |
| **Charleston** | 251,528 | 620,376 | 1,172,741 | 1,522,488 |
| **Chathams** | 138,621 | 185,594 | 562,764 | 654,519 |
| **Dekalb** | 42,921 | 134,599 | 244,853 | 410,353 |
| **Harford** | 67,053 | 115,596 | 239,101 | 325,375 |
| **Hillsborough** | 211,265 | 338,250 | 1,029,895 | 1,333,426 |
| **Irvington** | 93,843 | 182,472 | 308,509 | 452,716 |
| **Jordan** | 139,882 | 180,949 | 866,556 | 970,561 |
| **Saint Charles** | 37,591 | 128,657 | 230,823 | 277,295 |
| **Spartanburg** | 279,517 | 314,139 | 579,243 | 655,410 |
| **Tucson** | 115,509 | 238,654 | 700,327 | 1,014,534 |
| **TOTAL** | 1,504,727 | 2,666,176 | 6,448,974 | 8,323,330 |