**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 4:22-MD- 03047-YGR <br><br> MDL No. 3047 <br><br> Honorable Yvonne Gonzalez Rogers |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

1  Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Defendants' Unopposed
2  Administrative Motion for Leave to File Supplemental Authority regarding *NetChoice, LLC v.*
3  *Reyes*, No. 2:23-cv-00911-RJS-CMR, 2024 WL 4135626 (D. Utah Sept. 10, 2024).

5  DATED:

                        Hon. Yvonne Gonzalez-Rogers
6                          United States District Judge