[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| **THIS DOCUMENT RELATES TO:** | **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
| ALL CASES | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), Personal Injury, and School District/Local Government Entity Plaintiffs and the State Attorneys General (collectively, "Plaintiffs") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent ruling in *District of Columbia v. Meta Platforms In., et al.*, No. 2023-CAB-6550 (D.C. Super. Ct., Sept. 9, 2024) (attached hereto as **Exhibit A**). Plaintiffs submit this decision in support of their arguments raised in the following briefs:

(1) Personal Injury and School District/Local Government Entity Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non- Priority Claims (ECF No. 597);

(2) Personal Injury and School District/Local Government Entity Plaintiffs' Opposition

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047

to Defendants' Motions to Dismiss the Personal Injury Plaintiffs' Consumer Protection Claims (Count 7) and Meta's Motion to Dismiss the Personal Injury Plaintiffs' Misrepresentation Claims (Counts 8-9) (ECF No. 600);

(3) Personal Injury, and School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (ECF No. 668); and

(4) State Attorneys General Plaintiffs' Opposition to Meta's Motion to Dismiss the Multistate Attorneys General Complaint (ECF No. 599).

Plaintiffs submit this authority via Administrative Motion rather than a Statement of Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must be submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). The decision subject to this Administrative Motion was issued after the completion of briefing and argument on the motions listed above.

DATED: September 13, 2024                    Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th STREET NW SUITE 630
WASHINGTON DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**

55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Co-Chairs of Local Government Entity Subcommittee

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

| | |
|---|---|
| 1 | Federal/State Liaisons |
| 2 | MATTHEW BERGMAN |
| 3 | GLENN DRAPER |
|   | **SOCIAL MEDIA VICTIMS LAW** |
| 4 | **CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 5 | SEATTLE, WA 98104 |
|   | Telephone: 206-741-4862 |
| 6 | matt@socialmediavictims.org |
| 7 | glenn@socialmediavictims.org |
| 8 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 9 | 700 BROADWAY |
|   | NEW YORK, NY 10003 |
| 10 | Telephone: 212-558-5500 |
| 11 | jbilsborrow@weitzlux.com |
| 12 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 13 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 14 | Telephone: 917-882-5522 |
| 15 | jconroy@simmonsfirm.com |
| 16 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 17 | 1111 BROADWAY, SUITE 2100 |
|   | OAKLAND, CA 94607 |
| 18 | Telephone: 510-350-9717 |
| 19 | amm@classlawgroup.com |
| 20 | ALEXANDRA WALSH |
|   | **WALSH LAW** |
| 21 | 1050 CONNECTICUT AVE, NW, SUITE 500 |
| 22 | WASHINGTON D.C. 20036 |
|   | Telephone: 202-780-3014 |
| 23 | awalsh@alexwalshlaw.com |
| 24 | |
|   | Plaintiffs' Steering Committee Leadership |
| 25 | |
|   | RON AUSTIN |
| 26 | **RON AUSTIN LAW** |
|   | 400 MANHATTAN BLVD. |
| 27 | HARVEY, LA 70058 |
|   | Telephone: 504-227–8100 |
| 28 | raustin@ronaustinlaw.com |

- 4 -
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047

|    |                                                        |
|----|--------------------------------------------------------|
| 1  |                                                        |
| 2  | PAIGE BOLDT                                            |
|    | **WALSH LAW**                                          |
| 3  | 4 DOMINION DRIVE, BLDG. 3, SUITE 100                   |
| 4  | SAN ANTONIO, TX 78257                                  |
|    | Telephone: 210-448-0500                                |
| 5  | PBoldt@alexwalshlaw.com                                |
| 6  |                                                        |
|    | THOMAS P. CARTMELL                                     |
| 7  | **WAGSTAFF & CARTMELL LLP**                            |
| 8  | 4740 GRAND AVENUE, SUITE 300                           |
|    | KANSAS CITY, MO 64112                                  |
| 9  | Telephone: 816-701-1100                                |
|    | tcartmell@wcllp.com                                    |
| 10 |                                                        |
| 11 | SARAH EMERY                                            |
|    | **HENDY JOHNSON VAUGHN EMERY PSC**                     |
| 12 | 600 WEST MAIN STREET, SUITE 100                        |
| 13 | LOUISVILLE, KY 40202                                   |
|    | Telephone: 859-600-6725                                |
| 14 | semery@justicestartshere.com                           |
| 15 | CARRIE GOLDBERG                                        |
|    | **C.A. GOLDBERG, PLLC**                                |
| 16 | 16 COURT ST.                                           |
| 17 | BROOKLYN, NY 11241                                     |
|    | Telephone: 646-666-8908                                |
| 18 | carrie@cagoldberglaw.com                               |
| 19 | RONALD E. JOHNSON, JR.                                 |
|    | **HENDY JOHNSON VAUGHN EMERY PSC**                     |
| 20 | 600 WEST MAIN STREET, SUITE 100                        |
| 21 | LOUISVILLE, KY 40202                                   |
|    | Telephone: 859-578-4444                                |
| 22 | rjohnson@justicestartshere.com                         |
| 23 | SIN-TING MARY LIU                                      |
|    | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**            |
| 24 | 17 EAST MAIN STREET, SUITE 200                         |
| 25 | PENSACOLA, FL 32502                                    |
| 26 | Telephone: 510-698-9566                                |
|    | mliu@awkolaw.com                                       |
| 27 |                                                        |
| 28 | JAMES MARSH                                            |
|    | **MARSH LAW FIRM PLLC**                                |

- 5 -
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047

|   |   |
|---|---|
| 1 | 31 HUDSON YARDS, 11TH FLOOR |
| 2 | NEW YORK, NY 10001-2170 |
|   | Telephone: 212-372-3030 |
| 3 | jamesmarsh@marshlaw.com |
|   | JOSEPH E. MELTER |
| 4 | **KESSLER TOPAZ MELTZER & CHECK** |
| 5 | **LLP** |
|   | 280 KING OF PRUSSIA ROAD |
| 6 | RADNOR, PA 19087 |
| 7 | Telephone: 610-667-7706 |
|   | jmeltzer@ktmc.com |
| 8 |   |
|   | HILLARY NAPPI |
| 9 | **HACH & ROSE LLP** |
| 10 | 112 MADISON AVENUE, 10TH FLOOR |
|   | NEW YORK, NEW YORK 10016 |
| 11 | Telephone: 212-213-8311 |
|   | hnappi@hrsclaw.com |
| 12 |   |
| 13 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 14 | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 15 | PENSACOLA, FL 32502 |
|   | Telephone: 850-435-7107 |
| 16 | epaulos@levinlaw.com |
| 17 |   |
|   | RUTH THI RIZKALLA |
| 18 | **THE CARLSON LAW FIRM, PC** |
|   | 1500 ROSECRANS AVE., STE. 500 |
| 19 | MANHATTAN BEACH, CA 90266 |
|   | Telephone: 415-308-1915 |
| 20 | rrizkalla@carlsonattorneys.com |
| 21 |   |
|   | ROLAND TELLIS |
| 22 | DAVID FERNANDES |
|   | **BARON & BUDD, P.C.** |
| 23 | 15910 VENTURA BOULEVARD, SUITE 1600 |
| 24 | ENCINO, CA 91436 |
|   | Telephone: 818-839-2333 |
| 25 | rtellis@baronbudd.com |
|   | dfernandes@baronbudd.com |
| 26 |   |
| 27 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 28 | **DICELLO LEVITT** |

- 6 -
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047

|   |   |
|---|---|
| 1 | 505 20TH ST NORTH |
| 2 | SUITE 1500 |
|   | BIRMINGHAM, ALABAMA 35203 |
| 3 | Telephone: 205-855-5700 |
|   | fu@dicellolevitt.com |
| 4 |   |
|   | Plaintiffs' Steering Committee Membership |

**PHILIP J. WEISER**
Attorney General
State of Colorado

 */s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773,
*pro hac vice*
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)

- 7 -
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047

Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of*
*California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

| | |
|---|---|
| 1 | |
| 2 | /s/ Thomas Huynh |
| | Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice* |
| 3 | Section Chief, Deputy Attorney General |
| 4 | Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice* |
| 5 | Assistant Section Chief, Deputy Attorney General |
| 6 | Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice* |
| 7 | Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice* |
| 8 | Deputy Attorneys General |
| 9 | New Jersey Office of the Attorney General, Division of Law |
| 10 | 124 Halsey Street, 5th Floor |
| | Newark, NJ 07101 |
| 11 | Tel: (973) 648-2052 |
| | Kashif.Chand@law.njoag.gov |
| 12 | Thomas.Huynh@law.njoag.gov |
| | Verna.Pradaxay@law.njoag.gov |
| 13 | Mandy.Wang@law.njoag.gov |
| 14 | *Attorneys for Plaintiff New Jersey Division of Consumer Affairs* |

- 9 -
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047

**<u>ATTESTATION</u>**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 13, 2024

By: */s/ Lexi J. Hazam*

- 10 -
PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
MDL NO. 3047