1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> ALL CASES | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

   Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Plaintiffs' Unopposed Administrative Motion for Leave to File Supplemental Authority.

**IT IS SO ORDERED.**

DATED: _____

                                        _____
                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE