1  Lexi J. Hazam (SBN 224457)
   *lhazam@lchb.com*
2  LIEFF CABRASER HEIMAN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5

6  Previn Warren (*pro hac vice*)
   *pwarren@motleyrice.com*
7  MOTLEY RICE, LLC
   401 9th Street NW, Suite 630
8  Washington, DC 20004
   Telephone: (202) 386-9610
9  Facsimile: (202) 232-5513

10

11  *Plaintiffs' Co-Lead Counsel*
    [Additional Counsel Listed on Signature Page]

12

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR THE SEPTEMBER 13, 2024, CASE MANAGEMENT CONFERENCE AND ASSOCIATED HEARINGS** |

1   Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations,
2   LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc.
3   ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube,
4   LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together
5   the "Parties") by and through their counsel of record hereby stipulate as follows:

6   WHEREAS, the Court has scheduled an upcoming case management conference and
7   associated hearings to take place on September 13, 2024, at 2:00 p.m., in the Northern District of
8   California, Oakland Division, Courtroom 1, Fourth Floor:

9   WHEREAS, the Court previously advised that it will allow video access to proceedings
10  before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request
11  for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which
12  would limit remote access to in-court proceedings to audio only;

13  WHEREAS, significant resources will be saved if some out-of-town counsel are able to
14  view the upcoming September 13, 2024 case management conference and associated hearings
15  remotely, rather than traveling to appear in person;

16  WHEREAS, some Parties prefer to observe the upcoming case management conference
17  and associated hearings remotely by video if given the option; and

18  WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the
19  following:

20  1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the September
21     13, 2024, case management conference and associated hearings, public video access
22     will be permitted for the proceeding using the webinar link found on the Court's
23     webpage; and
24  2. If the Ninth Circuit does rescind its pandemic-era policy prior to the September 13,
25     2024, case management conference and associated hearings, there will be audio
26     remote access only for the hearing.

27

28  [1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

- 2 -   STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 13, 2024 | Respectfully submitted, |
| 3 | | **ANDRUS ANDERSON LLP** |
| 4 | | */s/ Jennie Lee Anderson* |
| | | Jennie Lee Anderson (SBN 203586) |
| 5 | | jennie@andrusanderson.com |
| | | **ANDRUS ANDERSON LLP** |
| 6 | | 155 Montgomery Street, Suite 900 |
| | | San Francisco, CA  94104 |
| 7 | | Telephone: (415) 986-1400 |

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (pro hac vice)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger (pro hac vice)
cseeger@seegerweiss.com
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

*Counsel to the Co-Lead Counsel and Settlement Counsel*

Joseph G. Vanzandt
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

Emily C. Jeffcott
**MORGAN & MORGAN**

| | |
|---|---|
| 1 | 220 W. Garden Street, 9th Floor |
| 2 | Pensacola, FL 32502<br>Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 3 | |
| 4 | ***Federal/State Liaisons*** |
| 5 | Matthew Bergman<br>**SOCIAL MEDIA VICTIMS LAW CENTER** |
| 6 | 821 Second Avenue, Suite 2100<br>Seattle, WA 98104 |
| 7 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 8 | Jayne Conroy |
| 9 | **SIMMONS HANLY CONROY, LLC**<br>112 Madison Ave, 7th Floor |
| 10 | New York, NY 10016<br>Telephone: 917-882-5522 |
| 11 | jconroy@simmonsfirm.com |
| 12 | Andre Mura<br>**GIBBS LAW GROUP, LLP** |
| 13 | 1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 14 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 15 | MICHAEL M. WEINKOWITZ |
| 16 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street |
| 17 | Suite 500<br>Philadelphia, PA 19106 |
| 18 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |
| 19 | ALEXANDRA WALSH |
| 20 | **WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
| 21 | Washington D.C. 20036<br>Telephone: 202-780-3014 |
| 22 | awalsh@alexwalshlaw.com |
| 23 | James J. Bilsborrow<br>**WEITZ & LUXENBERG, PC** |
| 24 | 700 Broadway<br>New York, NY 10003 |
| 25 | Telephone: 212-558-5500<br>jbilsborrow@weitzlux.com |
| 26 | ***Plaintiffs' Steering Committee Leadership*** |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Ron Austin |
| 2 | **RON AUSTIN LAW**<br>400 Manhattan Blvd. |
| 3 | Harvey LA, 70058<br>Telephone: + 1 (504) 227–8100 |
| 4 | Email: raustin@ronaustinlaw.com |
| 5 | Paige Boldt<br>**WATTS GUERRA LLP** |
| 6 | 4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |
| 7 | Telephone: 210-448-0500<br>PBoldt@WattsGuerra.com |
| 8 | Carrie Goldberg |
| 9 | **C.A. GOLDBERG, PLLC**<br>16 Court St. |
| 10 | Brooklyn, NY 11241<br>Telephone: (646) 666-8908 |
| 11 | carrie@cagoldberglaw.com |
| 12 | Sin-Tiny Mary Liu<br>**AYLSTOCK WITKIN KREIS &** |
| 13 | **OVERHOLTZ, PLLC**<br>17 East Main Street, Suite 200 |
| 14 | Pensacola, FL 32502<br>Telephone:  510-698-9566 |
| 15 | mliu@awkolaw.com |
| 16 | Emmie Paulos<br>**LEVIN PAPANTONIO RAFFERTY** |
| 17 | 316 SOUTH BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 32502 |
| 18 | Telephone:  850-435-7107<br>epaulos@levinlaw.com |
| 19 | Roland Tellis |
| 20 | **BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600 |
| 21 | Encino, CA 91436<br>Telephone: (818) 839-2333 |
| 22 | rtellis@baronbudd.com |
| 23 | Diandra "Fu" Debrosse Zimmermann<br>**DICELLO LEVITT** |
| 24 | 505 20th St North<br>Suite 1500 |
| 25 | Birmingham, Alabama 35203<br>Telephone:  205.855.5700 |
| 26 | fu@dicellolevitt.com |
| 27 | Hillary Nappi<br>**HACH & ROSE LLP** |
| 28 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |

|     |     |
| --- | --- |
| 1   | Telephone: 212.213.8311 |
| 2   | hnappi@hrsclaw.com |
| 3   | James Marsh |
|     | **MARSH LAW FIRM PLLC** |
| 4   | 31 Hudson Yards, 11th Floor |
|     | New York, NY 10001-2170 |
| 5   | Telephone: 212-372-3030 |
|     | jamesmarsh@marshlaw.com |

Ruth Rizkalla
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

*Plaintiffs' Steering Committee Membership*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Megan O'Neill (CA SBN 343535)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorney for the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

| | |
|---|---|
| 1 | CHRISTIAN.LEWIS@KY.GOV |
| | PHILIP.HELERINGER@KY.GOV |
| 2 | ZACH.RICHARDS@KY.GOV |
| | DANIEL.KEISER@KY.GOV |
| 3 | MATTHEW.COCANOUGHER@KY.GOV |
| | Phone: (502) 696-5300 |
| 4 | Fax: (502) 564-2698 |
| 5 | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 6 | |
| 7 | **PHILIP J. WEISER** |
| | Attorney General |
| | State of Colorado |
| 8 | */s/ Bianca E. Miyata* |
| | Bianca E. Miyata, CO Reg. No. 42012, |
| 9 | *pro hac vice* |
| | Senior Assistant Attorney General |
| 10 | Colorado Department of Law |
| | Ralph L. Carr Judicial Center |
| 11 | Consumer Protection Section |
| | 1300 Broadway, 7th Floor |
| 12 | Denver, CO 80203 |
| | Phone: (720) 508-6651 |
| 13 | bianca.miyata@coag.gov |
| 14 | *Attorney for Plaintiff State of Colorado, ex rel. Philip Weiser, Attorney General* |
| 15 | |
| 16 | **On Behalf of the Attorneys General** |
| 17 | **COVINGTON & BURLING LLP** |
| 18 | */s/Phyllis A. Jones* |
| | Phyllis A. Jones, *pro hac vice* |
| 19 | Paul W. Schmidt, *pro hac vice* |
| | COVINGTON & BURLING LLP |
| 20 | One CityCenter |
| | 850 Tenth Street, NW |
| 21 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| 22 | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |
| 23 | Email: pschmidt@cov.com |
| 24 | Emily Johnson Henn (State Bar. No. 269482) |
| | COVINGTON & BURLING LLP |
| 25 | 3000 El Camino Real |
| | 5 Palo Alto Square, 10th Floor |
| 26 | Palo Alto, CA 94306 |
| | Telephone: + 1 (650) 632-4700 |
| 27 | Facsimile: +1 (650) 632-4800 |
| | Email: ehenn@cov.com |
| 28 | |

| | |
|---|---|
| 1 | Ashley M. Simonsen (State Bar. No. 275203) |
| 2 | COVINGTON & BURLING LLP<br>1999 Avenue of the Stars |
| 3 | Los Angeles, CA 90067<br>Telephone: + 1 (424) 332-4800 |
| 4 | Facsimile: +1 (424) 332-4749<br>Email: asimonsen@cov.com |
| 5 | Isaac D. Chaput (State Bar. No. 326923) |
| 6 | COVINGTON & BURLING LLP<br>Salesforce Tower |
| 7 | 415 Mission Street, Suite 5400<br>San Francisco, CA 94105 |
| 8 | Telephone: + 1 (415) 591-6000<br>Facsimile: +1 (415) 591-6091 |
| 9 | Email: ichaput@cov.com |
| 10 | Gregory L. Halperin, *pro hac vice*<br>COVINGTON & BURLING LLP |
| 11 | 620 Eighth Avenue<br>New York, NY 10018 |
| 12 | Telephone: + 1 (212) 841-1000<br>Facsimile: +1 (212) 841-1010 |
| 13 | Email: ghalperin@cov.com |
| 14 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 15 | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;* |
| 16 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 17 | **KING & SPALDING LLP** |
| 18 | _____*/s/ Geofrey M. Drake*_____ |
| 19 | Geoffrey M. Drake<br>King & Spalding LLP |
| 20 | 1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309 |
| 21 | Telephone: + 1 (404) 572-4600<br>Facsimile: + 1 (404) 572-5100 |
| 22 | Email: gdrake@kslaw.com |
| 23 | **FAEGRE DRINKER LLP** |
| 24 | _____*/s/ Andrea Roberts Pieron*_____<br>Andrea Roberts Pierson |
| 25 | Faegre Drinker LLP<br>300 N. Meridian Street, Suite 2500 |
| 26 | Indianapolis, IN 46204<br>Telephone: + 1 (317) 237-0300 |
| 27 | Facsimile: + 1 (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com |
| 28 | *Attorneys for Defendants TikTok Inc. and* |

| | |
|---|---|
| 1 | *ByteDance Inc.* |
| 2 | **WILSON SONSINI GOODRICH & ROSATI** |
|  | Professional Corporation |
| 3 | |
| 4 |    */s/ Lauren Gallo White* |
|  | Lauren Gallo White |
|  | Wilson Sonsini Goodrich & Rosati |
| 5 | lwhite@wsgr.com |
|  | Samantha A. Machock |
| 6 | smachock@wsgr.com |
|  | One Market Plaza, Spear Tower, Suite 3300 |
| 7 | San Francisco, CA  94105 |
|  | Telephone: (415) 947-2000 |
| 8 | Facsimile: (415) 947-2099 |
| 9 | Brian M. Willen |
|  | Wilson Sonsini Goodrich & Rosati |
| 10 | bwillen@wsgr.com |
|  | 1301 Avenue of the Americas, 40th Floor |
| 11 | New York, New York 10019 |
|  | Telephone: (212) 999-5800 |
| 12 | Facsimile: (212) 999-5899 |
| 13 | Christopher Chiou |
|  | Wilson Sonsini Goodrich & Rosati |
| 14 | cchiou@wsgr.com |
|  | 633 West Fifth Street |
| 15 | Los Angeles, CA 90071-2048 |
|  | Telephone: (323) 210-2900 |
| 16 | Facsimile: (866) 974-7329 |
| 17 | **WILLIAMS & CONNOLLY LLP** |
| 18 | */s/ Joseph G. Petrosinelli* |
| 19 | Joseph G. Petrosinelli, *pro hac vice* |
|  | jpetrosinelli@wc.com |
| 20 | Ashley W. Hardin, *pro hac vice* |
|  | ahardin@wc.com |
| 21 | 680 Maine Avenue, SW |
|  | Washington, DC 20024 |
| 22 | Tel.: 202-434-5000 |
| 23 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |
| 24 | |
|  | **MUNGER, TOLLES & OLSON LLP** |
| 25 | |
| 26 |    */s/ Jonathan H. Blavin* |
|  | Jonathan H. Blavin, SBN 230269 |
|  | MUNGER, TOLLES & OLSON LLP |
| 27 | 560 Mission Street, 27th Floor |
|  | San Francisco, CA 94105-3089 |
| 28 | Telephone: (415) 512-4000 |

|   |   |
|---|---|
|   | Facsimile: (415) 512-4077 |
|   | Rose L. Ehler (SBN 29652)<br>Victoria A. Degtyareva (SBN 284199)<br>Ariel T. Teshuva (SBN 324238)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
|   | Lauren A. Bell, *pro hac vice*<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave., NW St.,<br>Suite 500 E<br>Washington, D.C. 20001-5369<br>Telephone: (202) 220-1100<br>Facsimile: (202) 220-2300 |
|   | *Attorneys for Defendant Snap Inc.* |

**IT IS SO ORDERED.**

DATE: _____    _____
                                                                                Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: September 13, 2024        */s/ Jennie Lee Anderson*
                                                   JENNIE LEE ANDERSON
                                                   **ANDRUS ANDERSON, LLP**
                                                   155 MONTGOMERY STREET, SUITE 900
                                                   SAN FRANCISCO, CA 94104
                                                   Telephone: + 1 (415) 986-1400
                                                   Email: jennie@andrusanderson.com

                                                   *Liaison Counsel for Plaintiffs*