Reset Form

CAND Pay.gov Application for Refund (rev. 2/2023)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:\*** | Stephany Reaves | 7. **Your Phone Number:** | (202) 220-1126 |
| 2. **Your Email Address: \*** | stephany.reaves@mto.com | 8. **Full Case Number (if applicable):** | 4:22-md-03047 |
| 3. **Receipt Agency Tracking ID:\*** | ACANDC-19784580 | 9. **Fee Type:\*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ Audio Recording<br>☐ Notice of Appeal<br>☒ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:\*** | 08/28/2024 | | |
| 5. **Transaction Time:\*** | 11:46 am | | |
| 6. **Transaction Amount (Amount to be refunded):\*** | $ 328.00 | | |

10. **Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

I am admitted to practice and in good standing in the U.S. District Court for the District of Columbia. I filed a motion for leave to appear pro hac vice in this case. Under the Court's October 11, 2022 Order Setting Initial Conference, "[a]ttorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this litigation." I am seeking reimbursement as my application was unnecessary.

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ✓ Approved<br>☐ Denied<br>☐ Denied – Resubmit amended application (see reason for denial) | **APPROVED**<br>By Ana Banares at 4:19 pm, Sep 12, 2024 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 27HL4M77 | Agency refund tracking ID number: ACANDC-19784580 |
| Date refund processed: 9/12/2024 | Refund processed by: JPN |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |