Social Media MDL
Case No.: 22-md-3047-YGR    September 13, 2024

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson | Andrus Anderson LLP | *signed* |
| Lexi Hazam | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Kelly K. McNabb | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Michael Levin-Gesundheit | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Previn Warren | Motley Rice, LLC | *signed* |
| Jessica Carroll | Motley Rice, LLC | *signed* |
| Nelson Drake | Motley Rice, LLC | *signed* |
| Audrey Siegel | Seeger Weiss LLP | |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | *signed* |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *signed* |
| Bianca Miyata | Senior Assistant Attorney General, Colorado Department of Law | *signed* |
| Chris Lewis | Assistant Attorney General, Office of the Kentucky Attorney General | *signed* |
| Emily Kalanithi | Supervising Deputy Attorney General, California Department of Justice | *signed* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General, California Department of Justice | *signed* |
| Megan O'Neill | Deputy Attorney General, California Department of Justice | *signed* |
| Nayha Arora | Deputy Attorney General, California Department of Justice | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR    September 13, 2024

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Verna Pradaxay | Deputy Attorney General, New Jersey Division of Law | /s/ Verna Pradaxay |
| Donna Valin | Special Counsel, Office of the Attorney General, State of Florida | |
| Karen Berger | Special Counsel, Office of the Attorney General, State of Florida | /s/ Karen E. Berger |
| Clinton Richardson | Beasley Allen | /s/ |
| Alison Anderson | Boies Schiller Flexner | /s/ |
| Joshua Stein | Boies Schiller Flexner | /s/ |
| Nicholas Santry | Boies Schiller Flexner | /s/ |

Social Media MDL
Case No.: 22-md-3047-YGR     September 13, 2024

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen | Covington & Burling | *signed* |
| Paul Schmidt | Covington & Burling | *signed* |
| Tim Hester | Covington & Burling | *signed* |
| Jonathan Blavin | Munger, Tolles & Olson | *signed* |
| John Beisner | Skadden, Arps, Slate, Meagher & Flom | *signed* |
| Geoffrey Drake | King & Spalding | *signed* |
| Samantha Machock | Wilson Sonsini | *signed* |
| Andy Keyes | Williams & Connolly | *signed* |