1 | [*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME FOR STATUS REPORT ON SCHOOL DISTRICT BELLWETHER SEARCH TERMS** |
| *Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561* | |
| *Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065* | Judge: Hon. Yvonne Gonzalez Rogers |
| *Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377* | Magistrate Judge: Hon. Peter H. Kang |
| *Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804* | |
| *Charleston County School District v. Meta, et al., Case No. 23-cv-04659* | |
| *Dekalb County School District v. Meta, et al., Case No. 23-cv-05733* | |
| *Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467* | |
| *Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098* | |
| *School District of the Chathams v. Meta, et al., Case No. 23-cv-01466* | |
| *Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106* | |
| *The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573* | |
| *Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned
2   counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs
3   and Defendants to finalize search term negotiations and submit a status report from September 19,
4   2024 to September 25, 2024. *See* Discovery Management Order No. 10 (ECF 1157) (setting
5   September 19, 2024 deadline).

6   The Parties declare in support of this request:

7   1.   Plaintiffs and Defendants are engaged in ongoing search term negotiations relating
8   to Defendants' Requests for Production.

9   2.   Plaintiffs and Defendants are also engaged in discussions related to Plaintiffs'
10  obligations under the Family Educational Rights and Privacy Act ("FERPA").

11  3.   Plaintiffs and Defendants mutually agree that they would benefit from more time
12  to continue their conferrals regarding FERPA and attempt to narrow disputes regarding search
13  terms.

14  4.   Plaintiffs and Defendants believe that an extension until September 25 to finalize
15  negotiations will afford adequate time for such negotiations.

16  5.   Extending this deadline will not affect any other deadline affixed by the Court.

17  6.   This is the first request to extend this deadline.

18  THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and
19  respectfully request that the Court extend the deadline for Plaintiffs and Defendants to finalize
20  search term negotiations and submission of the status report regarding same to September 25,
21  2024.

22  **IT IS SO ORDERED.**

23  DATED: _____

24  PETER H. KANG
    UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED AND AGREED**. | |
| 2 | DATED:  September 19, 2024 | Respectfully submitted, |
| 3 | | */s/Lexi J. Hazam* |
| | | LEXI J. HAZAM |
| 4 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 5 | | 275 BATTERY STREET, 29TH FLOOR |
| | | SAN FRANCISCO, CA 94111-3339 |
| 6 | | Telephone: 415-956-1000 |
| 7 | | lhazam@lchb.com |
| 8 | | PREVIN WARREN |
| | | **MOTLEY RICE LLC** |
| 9 | | 401 9th Street NW Suite 630 |
| | | Washington DC 20004 |
| 10 | | Telephone: 202-386-9610 |
| | | pwarren@motleyrice.com |
| 11 | | Co-Lead Counsel |
| 12 | | CHRISTOPHER A. SEEGER |
| 13 | | **SEEGER WEISS, LLP** |
| | | 55 CHALLENGER ROAD, 6TH FLOOR |
| 14 | | RIDGEFIELD PARK, NJ 07660 |
| | | Telephone: 973-639-9100 |
| 15 | | cseeger@seegerweiss.com |
| 16 | | Counsel to Co-Lead Counsel |
| 17 | | JENNIE LEE ANDERSON |
| | | **ANDRUS ANDERSON, LLP** |
| 18 | | 155 MONTGOMERY STREET, SUITE 900 |
| | | SAN FRANCISCO, CA 94104 |
| 19 | | Telephone: 415-986-1400 |
| | | jennie@andrusanderson.com |
| 20 | | Liaison Counsel |
| 21 | | EMILY C. JEFFCOTT |
| 22 | | **MORGAN & MORGAN** |
| | | 633 WEST FIFTH STREET, SUITE 2652 |
| 23 | | LOS ANGELES, CA 90071 |
| | | Telephone: 213-787-8590 |
| 24 | | ejeffcott@forthepeople.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

| | |
|---|---|
| 1 | MELISSA YEATES |
| | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 2 | 280 KING OF PRUSSIA ROAD |
| | RADNOR, PA 19087 |
| 3 | Telephone: 610-667-7706 |
| | myeates@ktmc.com |
| 4 | |
| | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 5 | **DICELLO LEVITT** |
| | 505 20th St North |
| 6 | Suite 1500 |
| | Birmingham, Alabama 35203 |
| 7 | Telephone: 205-855-5700 |
| | fu@dicellolevitt.com |

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*


COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

|   |   |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice*<br>FAEGRE DRINKER LLP |
| 4 | 300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204 |
| 5 | Telephone: + 1 (317) 237-0300<br>Facsimile: + 1 (317) 237-1000 |
| 6 | Email: andrea.pierson@faegredrinker.com<br>Email: amy.fiterman @faegredrinker.com |
| 7 | |
| 8 | Amy R. Fiterman, *pro hac vice*<br>FAEGRE DRINKER LLP |
| 9 | 2200 Wells Fargo Center<br>90 South Seventh Street |
| 10 | Minneapolis, MN 55402<br>Telephone: +1 (612) 766-7768 |
| 11 | Facsimile: +1 (612) 766-1600<br>Email: amy.fiterman@faegredrinker.com |
| 12 | Geoffrey Drake, *pro hac vice* |
| 13 | KING & SPALDING LLP<br>1180 Peachtree Street, NE, Suite 1600 |
| 14 | Atlanta, GA 30309<br>Tel.: 404-572-4600 |
| 15 | Email: gdrake@kslaw.com<br>Email: dmattern@kslaw.com |
| 16 | David Mattern, *pro ha vice* |
| 17 | KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 900 |
| 18 | Washington, D.C. 20006<br>Telephone: +1 (202) 626-2946 |
| 19 | Email: dmattern@kslaw.com |
| 20 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 21 | MUNGER, TOLLES & OLSON LLP |
| 22 | */s/ Jonathan H. Blavin* |
| 23 | Jonathan H. Blavin, SBN 230269<br>MUNGER, TOLLES & OLSON LLP |
| 24 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 25 | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 26 | Email: jonathan.blavin@mto.com |
| 27 | |
| 28 | |

1  Rose L. Ehler (SBN 29652)
   Victoria A. Degtyareva (SBN 284199)
2  Laura M. Lopez, (SBN 313450)
   Ariel T. Teshuva (SBN 324238)
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
4  Los Angeles, CA 90071-3426
   Telephone: (213) 683-9100
5  Facsimile: (213) 687-3702
   Email: rose.ehler@mto.com
6  Email: victoria.degtyareva@mto.com
   Email: Ariel.Teshuva@mto.com
7
   Lauren A. Bell (*pro hac vice*)
8  MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Ave., NW St.,
9  Suite 500 E
   Washington, D.C. 20001-5369
10 Telephone: (202) 220-1100
   Facsimile: (202) 220-2300
11 Email: lauren.bell@mto.com

12 *Attorneys for Defendant Snap Inc.*

13 John H. Beisner (State Bar No. 81571)
   Nina R. Rose (*pro hac vice*)
14 SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
15 1440 New York Avenue, N.W.,
   Washington, DC 20005
16 Telephone: (202) 371-7000
   Email: John.Beisner@skadden.com
17 Email: nina.rose@skadden.com

18 Jessica Davidson (*pro hac vice*)
   SKADDEN, ARPS, SLATE,
19 MEAGHER & FLOM LLP
   One Manhattan West
20 New York, NY 10001
   Telephone: (212) 735-2588
21 Email: Jessica.Davidson@skadden.com

22 Jason David Russell (SBN 169219)
   SKADDEN, ARPS, SLATE,
23 MEAGHER & FLOM LLP
   300 South Grand Avenue
24 Suite 3400
   Los Angeles, CA 90071-3144
25 Telephone: (213) 687-5328
   Email: jason.russell@skadden.com
26
   Laura Bernescu (*pro hac vice*)
27 SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
28 320 S. Canal St.

|   |   |
|---|---|
| 1 | Ste 47th Floor |
| 2 | Chicago, IL 60606-5707<br>Telephone: (312) 407-0700<br>Email: laura.bernescu@skadden.com |
| 3 |   |
| 4 | Catherine Mullaley (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP |
| 5 | 500 Boylston Street<br>Boston, MA 02116 |
| 6 | Telephone: (617) 573-4851<br>Email: catherine.mullaley@skadden.com |
| 7 |   |
| 8 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 9 | */s/ Brian M. Willen* |
| 10 | Brian M. Willen (*pro hac vice*) |
| 11 | WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor |
| 12 | New York, New York 10019<br>Telephone: (212) 999-5800 |
| 13 | Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com |
| 14 | Lauren Gallo White (SBN 309075) |
| 15 | Samantha A. Machock (SBN 298852)<br>WILSON SONSINI GOODRICH & ROSATI |
| 16 | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 17 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 18 | Email: lwhite@wsgr.com<br>Email: smachock@wsgr.com |
| 19 | Christopher Chiou (SBN 233587) |
| 20 | Matthew K. Donohue (SBN 302144)<br>WILSON SONSINI GOODRICH & ROSATI |
| 21 | 953 East Third Street, Suite 100<br>Los Angeles, CA 90013 |
| 22 | Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 |
| 23 | Email: cchiou@wsgr.com<br>Email: mdonohue@wsgr.com |
| 24 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli (*pro hac vice*) |
|   | jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin (*pro hac vice*) |
|   | ahardin@wc.com |
| 5 | J. Andrew Keyes (*pro hac vice*) |
|   | akeyes@wc.com |
| 6 | Annie Showalter (*pro hac vice*) |
|   | ashowalter@wc.com |
| 7 | Chaloea Williams (*pro hac vice*) |
|   | cwilliams@wc.com |
| 8 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 9 | Telephone.: 202-434-5000 |
|   | Fax: 202-434-5029 |
| 10 | |
| 11 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | */s/ Yardena R. Zwang-Weissman* |
| 14 | Yardena R. Zwang-Weissman (SBN 247111) |
|    | 300 South Grand Avenue, 22nd Floor |
| 15 | Los Angeles, CA 90071-3132 |
|    | Tel.: 213.612.7238 |
| 16 | Email: yardena.zwang-weissman@morganlewis.com |
| 17 | Brian Ercole (*pro hac vice*) |
|    | 600 Brickell Avenue, Suite 1600 |
| 18 | Miami, FL 33131-3075 |
|    | Tel.: 305.415.3416 |
| 19 | Email: brian.ercole@morganlewis.com |
| 20 | Stephanie Schuster (*pro hac vice*) |
|    | 1111 Pennsylvania Avenue NW |
| 21 | NW Washington, DC 20004-2541 |
|    | Tel.: 202.373.6595 |
| 22 | Email: stephanie.schuster@morganlewis.com |
| 23 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 19, 2024        By:    */s/Lexi J. Hazam*

                                                                                                          Lexi J. Hazam