1  [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  People of the State of California, et al. | MDL No. 3047 |
| 12      v.<br>Meta Platforms, Inc., Instagram, LLC, Meta | Case No.  4:22-md-03047-YGR |
| 13  Payments, Inc., Meta Platforms Technologies, LLC | 4:23-cv-05448-YGR<br>4:23-cv-05885-YGR |
| 14  ------------------------------------------------ | 4:24-cv-00805-YGR |
| 15  Office of the Attorney General, State of Florida, Department of Legal Affairs | **STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY** |
| 16      v. | |
| 17  Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | |
| 18  ------------------------------------------------ | Judge: Hon. Yvonne Gonzalez Rogers |
| 19  State of Montana, *ex rel.* Austin Knudsen, Attorney General | Magistrate Judge: Hon. Peter H. Kang |
| 20      v. | |
| 21  Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, | |
| 22  Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |
| 23  ------------------------------------------------ | |
| 24  IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY | |
| 25  PRODUCTS LIABILITY LITIGATION | |
| 26  THIS DOCUMENT RELATES TO: | |
| 27  4:22-md-03047-YGR; 4:23-cv-05448; 4:23-cv-05885; 4:24-cv-00805 | |
| 28 | |

1

Pursuant to Civil L.R. 7-11, the State Attorneys General (AGs) move this Court to stay its order granting in part and denying in part Meta's request for party discovery, Doc. 1117, pending review by Judge Gonzalez Rogers. This Motion is filed contemporaneously with the AGs' Rule 72 objections to the discovery order ("AGs Objections"), filed as a Motion for Relief.

A magistrate judge may issue a stay under their inherent authority to stay their own order pending a challenge. *See PlayUp, Inc. v. Mintas*, 635 F. Supp. 3d 1087, 1094 (D. Nev. 2022) (citing *Nken v. Holder*, 556 U.S. 418, 426 (2009)). In considering whether to stay a magistrate judge's order pending Rule 72 objections, courts typically apply the same four-factor test used for a stay pending appeal. *Id.* (citation omitted). That test is: (1) whether the stay applicant has made a strong showing of likely success on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Duncan v. Bonta*, 83 F.4th 803, 805 (9th Cir. 2023) (quoting *Nken*, 556 U.S. at 425–26).

The Ninth Circuit uses a sliding scale approach by which a stronger showing on one element can offset a weaker showing of another. *Al Otro Lado v. Wolf*, 952 F.3d 999, 1007 (9th Cir. 2020) (citation omitted). The "relative hardships to the parties" provide the "critical element" in determining at what point on the continuum a stay pending review is justified. *Leiva-Perez v. Holder*, 640 F.3d 962, 970 (9th Cir. 2011) (citation omitted). The party requesting the stay bears the burden of demonstrating one is warranted. *Al Otro Lado*, 952 F.3d at 1006.

**A.  The AGs are likely to succeed on the merits.**

To obtain a stay, a movant need only demonstrate that its appeal has a "reasonable probability" or "fair prospect" of success. *Leiva-Perez*, 640 F.3d at 967 (citation omitted). The movant need not show "that it is more likely than not that [it] will win on the merits." *Id.* at 966. Alternatively, a movant can show that its appeal raises "serious" legal questions if the "balance of hardships tips sharply in its favor." *Golden Gate Rest. Ass'n v. City & Cnty. of San Francisco*, 512 F.3d 1112, 1116 (9th Cir. 2008). In this district, a "serious legal question" generally includes (1) a matter of first impression within the Ninth Circuit, (2) a constitutional question, or (3) a pressing legal issue which urges the Ninth Circuit to hear the case. *See e.g., Yeomans v. World*

2

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

*Fin. Grp. Ins. Agency, Inc.*, No. 19-CV-00792-EMC, 2021 WL 1772808, at *3 (N.D. Cal. Mar. 19, 2021) (quoting *Stiner v. Brookdale Senior Living, Inc.*, 383 F. Supp. 3d 949, 953-54 (N.D. Cal. 2019)).

The AGs' Objections satisfy this test under any analysis. *First*, the AG's objection meets the "fair prospect" test on both issues presented: (1) that control of all state agencies cannot be imputed to a state AG discharging their independent law enforcement function, and (2) that the attorney-client relationship, if it did exist, does not provide attorneys the right to obtain and produce documents on demand from their client. For the reasons fully articulated in the AG's Objections, the AGs have a "fair prospect" of persuading Judge Gonzalez Rogers that the order misapprehends the role of AGs acting as counsel to independent state agencies, misapplies controlling Ninth Circuit authority in shifting the burden to the AGs to demonstrate their lack of control, and disregards the structure of state governments and the substantial federal authority respecting states' sovereign structures. Moreover, the order incorrectly holds that attorneys have the legal right to obtain documents from clients, even to respond to discovery requests served in a case to which the clients are not party.

*Second*, the issues raised in the AGs' Objections are unequivocally "serious legal questions." The Court's discovery order holding that the executive agencies of thirty-five different states are subject to party discovery in this law enforcement action brought by the AGs creates an issue of first impression in this Circuit. *See Maxcrest Ltd. v. United States*, No. 15-MC-80270-JST, 2016 WL 6599463, at *2 (N.D. Cal. Nov. 7, 2016) (granting stay pending appeal on novel issue of first impression in the Ninth Circuit)).

*Third*, the AGs' Objections raise constitutional questions. The Court's order obligates State AGs to exercise a form of control over the records of state agencies that they lack under the divided executive structure of state constitutions. This violates the federalism principles at the heart of our federal constitutional system. *See, e.g.*, *Gregory v. Ashcroft*, 501 U.S. 452, 460 (1991) ("Through the structure of its government, and the character of those who exercise government authority, a State defines itself as a sovereign.").

**B. A stay is necessary to avoid irreparable injury.**

A movant must show that irreparable injury is "likely to occur" during the period before the appeal is likely to be decided. *Al Otro Lado*, 952 F.3d at 1007 (citation omitted). The AGs more than meet that standard. *First,* the discovery order is apt to create conflicts between the AGs and state executive agencies. If allowed to stand, the order places the AGs in the impossible position of responding to discovery seeking documents to which they have no legal right to access, significantly impedes the functioning of state government, and imperils the ability of state AGs to bring enforcement actions in federal court.

*Second,* the burden imposed by Meta's sweeping discovery request is substantial: 275 agencies are the target of discovery and Meta has represented it plans to take between 70-165 depositions, depending on the ruling in this dispute. Doc. 1109, pp. 6-10, 7 n.5; Doc. 736-1, p. 32. And Meta seeks to impose this burden immediately while the Court considers the AGs' objections. Meta maintains that the consumer protection attorneys prosecuting this action bear the responsibility for coordinating substantial discovery. And, more puzzlingly, Meta suggests that the conferrals already underway with state agencies regarding Rule 45 subpoenas and potentially productions made in response to those subpoenas, are not to be considered in determining what information Meta actually seeks with its requests from the agencies.

*Third*, if the AGs have to divert their attention to these extremely heavy and contested discovery obligations, progress on other critical and undisputed discovery tasks will be delayed, making it uncertain whether this enforcement action, aimed at protecting the most vulnerable of our citizens, can remain on track. This will delay relief for youth and consumers in 35 states who the State AGs allege suffered and continue to suffer mental and physical health harms as a result of Meta's deceptive and unfair business practices.

**C. Meta will suffer minimal harm should the Court stay the order.**

On the other hand, should the Court stay its order, Meta will suffer little harm. At issue is discovery Meta sought through one means (Rule 34 discovery); meanwhile Meta has sought and received such discovery through other means by issuing over 140 Rule 45 subpoenas to state agencies. Doc. 1120, pp. 13-14; Doc. 1110, pp. 2-8. A stay of the discovery order pending the

4

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

AGs' Objections would not halt Meta's discovery of the state agencies which is already underway through voluminous Rule 45 subpoenas. Thus, "a stay pending appeal will not prejudice [Meta's] ability to conduct discovery" and defend against this action. *Pokorny v. Quixtar Inc.*, No. 07-00201 SC, 2008 WL 1787111, at *2 (N.D. Cal. Apr. 17, 2008).

And Meta's claim of injury from any brief stay while the District Court considers the AGs Objections falls flat. Meta delayed in seeking targeted agency discovery through subpoenas for nearly six months during the pendency of this dispute, despite this Court repeatedly pointing out to Meta that it was making a tactical choice not to issue subpoenas during the pendency of the dispute, even to the subset of agencies from which it most wanted information. TR 2/22/24 (Doc. 663, p. 37:8-23; TR 4/22/24 (Doc. 782), pp. 7:20-9:7; TR 5/6/24 (Doc. 822), pp. 101:4-15, 103:9-25, 104:6-9; Doc. 1031.

**D. The public interest weighs heavily in favor of a stay.**

The public has a strong interest in the just and efficient vindication of the rights and protections afforded by consumer protection laws, as well as in the proper functioning of state government. *See Golden Gate Rest. Ass'n*, 512 F.3d at 1127 ("The public interest may be declared in the form of a statute." (quoting 11A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 2948.4, at 207 (2d ed. 1995))). The order hampers this enforcement action, risks disrupting the relationships of independent state entities, and, in the future, imperils states' ability to pursue affirmative enforcement actions on behalf of the public and consumers in federal court.

Finally, the principles of federalism weigh in favor of a stay. Given that the order held that Rule 34 is governed only by federal law even where state law might limit control or disclosure, Doc. 1117, p.9, a stay while the state AGs object on state law grounds respects federalism and state sovereignty.

**E. Conclusion**

For all these reasons, the state AGs ask this Court to stay its Order, Doc. 1117, pending adjudication of their Motion for Relief.

5

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | Dated: September 20, 2024 | Respectfully submitted, |
| 2 | **KRIS MAYES** | **ROB BONTA** |
| 3 | Attorney General<br>State of Arizona | Attorney General<br>State of California |
| 4 | | |
| 5 | */s/ Laura Dilweg*<br>Laura Dilweg (AZ No. 036066, CA No. 260663) | */s/ Megan O'Neill*<br>Nicklas A. Akers (CA SBN 211222) |

Dated: September 20, 2024

**KRIS MAYES**
Attorney General
State of Arizona

*/s/ Laura Dilweg*
Laura Dilweg (AZ No. 036066, CA No. 260663)
Chief Counsel - Consumer Protection and Advocacy Section
Nathan Whelihan (AZ No. 037560, CA No. 293684), *pro hac vice*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
Laura.Dilweg@azag.gov
Nathan.Whelihan@azag.gov

*Attorneys for Plaintiff State of Arizona*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata (CO Reg. No. 42012), *pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey (CO Reg. No. 45773)
First Assistant Attorney General
Elizabeth Orem (CO Reg. No. 58309)
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

6

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | |
|---|---|
| **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>/s/ Lauren H. Bidra<br>Lauren H. Bidra<br>(CT Juris No. 440552), *pro hac vice*<br>Special Counsel for Media and Technology<br>Krislyn M. Launer<br>(CT Juris No. 440789), *pro hac vice*<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5306<br>Fax: 860-808-5593<br>Lauren.Bidra@ct.gov<br>Krislyn.Launer@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut*<br><br>**KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>/s/ Marion M. Quirk<br>Owen Lefkon<br>Director of Fraud and Consumer Protection<br>Marion Quirk, *pro hac vice*<br>Director of Consumer Protection<br>Ryan T. Costa (DE Bar 5325), *pro hac vice*<br>Deputy Director of Consumer Protection<br>Deputy's Attorney General<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8800<br>Marion.Quirk@delaware.gov<br><br>*Attorneys for Plaintiff State of Delaware* | **ASHLEY MOODY**<br>Attorney General<br>State of Florida<br><br>/s/ Victoria Ann Butler<br>Victoria Ann Butler (FL Bar No. 861250),<br>*pro hac vice*<br>Director of Consumer Protection Litigation<br>3507 E. Frontage Road, Suite 325<br>Tampa, FL 33607<br>Telephone: (813) 287-7950<br>Victoria.butler@myfloridalegal.com<br><br>John M. Guard (FL Bar No. 374600),<br>*pro hac vice*<br>Chief Deputy Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399<br>John.guard@myfloridalegal.com<br><br>Nicholas J. Weilhammer (FL Bar No. 479322),<br>*pro hac vice*<br>Associate Deputy Attorney General for<br>Enforcement<br>PL-01 The Capitol<br>Tallahassee, FL 32399<br>Telephone: (850) 414-3861<br>Nicholas.weilhammer@myfloridalegal.com<br><br>Donna Cecilia Valin (FL Bar No. 96687),<br>*pro hac vice*<br>Special Counsel, Assistant Attorney General<br>135 West Central Blvd.<br>Orlando, FL 32801<br>Telephone: (407) 316-4840<br>Donna.valin@myfloridalegal.com<br><br>Karen E. Berger (FL Bar No. 72991)<br>*pro hac vice*<br>Special Counsel, Assistant Attorney General<br>110 SE 6th Street, 10th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 712-4600<br>Karen.berger@myfloridalegal.com<br><br>*Attorneys for Office of the Attorney General,<br>State of Florida, Department of Legal Affairs* |

7

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | **CHRISTOPHER M. CARR** <br> Attorney General <br> State of Georgia | **RAÚL R. LABRADOR** <br> Attorney General <br> State of Idaho |

**CHRISTOPHER M. CARR**
Attorney General
State of Georgia

*/s/ Melissa M. Devine*
Melissa M. Devine (GA Bar No. 403670),
*pro hac vice*
Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-3765
Fax: (404) 651-9108
mdevine@law.ga.gov

*Attorneys for Plaintiff State of Georgia*

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi

*/s/ Christopher T. Han*
Bryan C. Yee (HI JD No. 4050),
*pro hac vice*
Supervising Deputy Attorney General
Christopher T. Han (HI JD No. 11311),
*pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development Division
425 Queen Street
Honolulu, Hawaiʻi 96813
Phone: (808) 586-1180
Bryan.c.yee@hawaii.gov
Christopher.t.han@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

**RAÚL R. LABRADOR**
Attorney General
State of Idaho

*/s/ Nathan Nielson*
Nathan H. Nielson (ID Bar No. 9234),
*pro hac vice*
Deputy Attorney General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2424
nathan.nielson@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

**THEODORE E. ROKITA**
Attorney General
State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82),
*pro hac vice*
Chief Counsel and Director of Consumer Protection
Corinne Gilchrist (IN Atty No. 27115-53),
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49),
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

8

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Matthew Davies*<br>Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)<br>Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)<br>Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)<br>Adam Sokol, Consumer Counsel, Consumer Fraud Bureau (IL Bar No. 6216883)<br>Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*<br>Emily María Migliore, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392)<br>Kevin Whelan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6321715), *pro hac vice*<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, Illinois 60603<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov<br>Jacob.Gilbert@ilag.gov<br>Adam.Sokol@ilag.gov<br>Matthew.Davies@ilag.gov<br>Emily.Migliore@ilag.gov<br>Kevin.Whelan@ilag.gov<br><br>*Attorneys for Plaintiff the People of the State of Illinois* | **KRIS W. KOBACH**<br>Attorney General<br>State of Kansas<br><br>*/s/ Sarah M. Dietz*<br>Sarah Dietz, Assistant Attorney General (KS Bar No. 27457), *pro hac vice*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>sarah.dietz@ag.ks.gov<br><br>*Attorney for Plaintiff State of Kansas*<br><br><br>**LIZ MURRILL**<br>Attorney General<br>State of Louisiana<br><br>*/s/ Asyl Nachabe*<br>Asyl Nachabe (LA Bar No. 38846), *pro hac vice*<br>L. Christopher Styron (LA Bar No. 30747), *pro hac vice*<br>Assistant Attorneys General<br>Louisiana Department of Justice<br>Office of the Attorney General<br>Public Protection Division<br>Consumer Protection Section<br>1885 N 3rd Street, 4th Floor<br>Baton Rouge, LA 70802<br>Tel: (225) 326-6438<br>NachabeA@ag.louisiana.gov<br>StyronC@ag.louisiana.gov<br><br>*Attorneys for State of Louisiana* |

9

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | |
|---|---|
| **RUSSELL COLEMAN** <br> Attorney General <br> Commonwealth of Kentucky <br><br> /s/ *J. Christian Lewis* <br> J. Christian Lewis (KY Bar No. 87109), *pro hac vice* <br> Philip Heleringer (KY Bar No. 96748), *pro hac vice* <br> Zachary Richards (KY Bar No. 99209), *pro hac vice* <br> Daniel I. Keiser (KY Bar No. 100264), *pro hac vice* <br> Matthew Cocanougher (KY Bar No. 94292), *pro hac vice* <br> Assistant Attorneys General <br> 1024 Capital Center Drive, Ste. 200 <br> Frankfort, KY 40601 <br> Christian.Lewis@ky.gov <br> Philip.Heleringer@ky.gov <br> Greg.Ladd@ky.gov <br> Zach.Richards@ky.gov <br> Daniel.Keiser@ky.gov <br> Matthew.Cocanougher@ky.gov <br> Phone: (502) 696-5300 <br> Fax: (502) 564-2698 <br><br> *Attorneys for Plaintiff the Commonwealth of Kentucky* | **AARON M. FREY** <br> Attorney General <br> State of Maine <br><br> /s/ *Michael Devine* <br> Michael Devine, Maine Bar No. 5048, *pro hac vice* <br> Assistant Attorney General <br> Office of the Maine Attorney General <br> 6 State House Station <br> Augusta, ME 04333 <br> (207) 626-8829 <br> michael.devine@maine.gov <br><br> *Attorney for Plaintiff State of Maine* <br><br> **KEITH ELLISON** <br> Attorney General <br> State of Minnesota <br><br> /s/ *Caitlin Micko* <br> Caitlin Micko (MN Bar No. 0395388) *pro hac vice* <br> Assistant Attorney General <br> Office of the Minnesota Attorney General <br> 445 Minnesota Street, Suite 1200 <br> St. Paul, MN 55101-2130 <br> Tel: (651) 724-9180 <br> caitlin.micko@ag.state.mn.us <br><br> *Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |

10

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | **ANTHONY G. BROWN**<br>Attorney General | **ANDREW BAILEY**<br>Attorney General |
| 2 | State of Maryland | State of Missouri |
| 3 | /s/ *Elizabeth J. Stern* | /s/ *Michael Schwalbert* |
| 4 | Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice* | Michael Schwalbert, *pro hac vice*<br>Assistant Attorney General |
| 5 | Deputy Chief, Consumer Protection Division | Consumer Protection Section |
| 6 | Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice* | Missouri Attorney General's Office<br>815 Olive Street \| Suite 200 |
| 7 | Assistant Attorney General | Saint Louis, Missouri 63101 |
|   | Office of the Attorney General of Maryland | michael.schwalbert@ago.mo.gov |
| 8 | 200 St. Paul Place | Phone: 314-340-7888 |
|   | Baltimore, MD 21202 | Fax: 314-340-7981 |
| 9 | Phone: (410) 576-6417 (Mr. Ziperman) | |
| 10 | Phone: (410) 576-7226 (Ms. Stern)<br>Fax: (410) 576-6566 | *Attorney for Plaintiff State of Missouri, ex rel. Andrew Bailey, Attorney General* |
| 11 | pziperman@oag.state.md.us | |
|   | estern@oag.state.md.us | |
| 12 | | **AUSTIN KNUDSEN** |
|   | *Attorneys for Plaintiff Office of the Attorney* | Attorney General |
| 13 | *General of Maryland* | State of Montana |
| 14 | | /s/ *Anna K. Schneider* |
|   | | Anna K. Schneider |
| 15 | **DANA NESSEL** | Montana Attorney General's Office |
|   | Attorney General | Special Assistant Attorney General |
| 16 | State of Michigan | Senior Counsel |
|   | | Office of Consumer Protection |
| 17 | /s/ *Daniel J. Ping* | P.O. Box 201405 |
| 18 | Daniel J. Ping (P81482), *pro hac vice* | Helena, MT 59620-1405 |
|   | Assistant Attorney General | (406) 444-4500 |
| 19 | Michigan Department of Attorney General | anna.schneider@mt.gov |
|   | Corporate Oversight Division | |
| 20 | P.O. Box 30736 | David H. Thompson, *pro hac vice* |
|   | Lansing, MI 48909 | Michael W. Kirk, *pro hac vice* |
| 21 | 517-335-7632 | Brian W. Barnes, *pro hac vice* |
|   | PingD@michigan.gov | Megan M. Wold, *pro hac vice* |
| 22 | | Athanasia O. Livas, *pro hac vice* |
|   | *Attorneys for Plaintiff State of Michigan* | Cooper & Kirk, PLLC |
| 23 | | 1523 New Hampshire Ave., N.W. |
| 24 | | Washington, D.C. 20036 |
|   | | Tel: (202) 220-9600 |
| 25 | | Fax: (202) 220-9601 |
|   | | dthompson@cooperkirk.com |
| 26 | | |
|   | | *Council for Plaintiff, State of Montana* |
| 27 | | |
| 28 | | |

11

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | |
|---|---|
| **MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>/s/ Colin P. Snider<br>Colin P. Snider (NE #27724)<br>Assistant Attorney General<br>*pro hac vice*<br>Nebraska Attorney General's Office<br>2115 State Capitol Building<br>Lincoln, NE 68509<br>Phone: (402) 471-3840<br>Email: michaela.hohwieler@nebraska.gov<br>Email: colin.snider@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska*<br><br>**MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>/s/ Kashif T. Chand<br>Kashif T. Chand (NJ Bar No. 016752008),<br>*pro hac vice*<br>Section Chief, Deputy Attorney General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br><br>*Attorney for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs* | **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>/s/ Christopher D'Angelo<br>Christopher D'Angelo, Chief Deputy Attorney General, Economic Justice Division<br>(NY Bar No. 4348744), *pro hac vice*<br>Christopher.D'Angelo@ag.ny.gov<br>Clark Russell, Deputy Chief, Bureau of Internet and Technology<br>(NY Bar No. 2848323), *pro hac vice*<br>Clark.Russell@ag.ny.gov<br>Nathaniel Kosslyn, Assistant Attorney General<br>(NY Bar No. 5773676), *pro hac vice*<br>Nathaniel.Kosslyn@ag.ny.gov<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8262<br><br>*Attorneys for Plaintiff the People of the State of New York* |

12

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | **JOSHUA H. STEIN** | |
| | Attorney General | **DAVE YOST** |
| 2 | State of North Carolina | Attorney General |
| | | State of Ohio |
| 3 | | |
| | */s/ Kevin Anderson* | */s/ Kevin R. Walsh* |
| 4 | Kevin Anderson (N.C. Bar No. 22635), | Melissa G. Wright (Ohio Bar No. 0077843) |
| | *pro hac vice* | Section Chief, Consumer Protection Section |
| 5 | Senior Counsel for Consumer Protection and | Melissa.Wright@ohioago.gov |
| | Multistate Litigation | Melissa S. Smith (Ohio Bar No. 0083551) |
| 6 | Sarah G. Boyce | Asst. Section Chief, Consumer Protection |
| 7 | Deputy Attorney General & General Counsel | Section |
| | Jasmine S. McGhee | Melissa.S.Smith@ohioago.gov |
| 8 | Senior Deputy Attorney General | Michael S. Ziegler (Ohio Bar No. 0042206) |
| | Director, Consumer Protection Division | Principal Assistant Attorney General |
| 9 | Josh Abram | Michael.Ziegler@ohioago.gov |
| | Kunal Choksi | Kevin R. Walsh (Ohio Bar No. 0073999), |
| 10 | Special Deputy Attorneys General | *pro hac vice* |
| 11 | Charles G. White | Kevin.Walsh@ohioago.gov |
| | Assistant Attorney General | Senior Assistant Attorney General |
| 12 | N.C. Department of Justice | 30 East Broad Street, 14th Floor |
| | Post Office Box 629 | Columbus, Ohio 43215 |
| 13 | Raleigh, North Carolina 27602 | Tel: 614-466-1031 |
| 14 | Telephone: (919) 716-6006 | |
| | Facsimile: (919) 716-6050 | |
| 15 | kander@ncdoj.gov | *Attorneys for State of Ohio, ex rel. Attorney General Dave Yost* |
| 16 | *Attorneys for Plaintiff State of North Carolina* | |
| 17 | | **ELLEN F. ROSENBLUM** |
| | | Attorney General |
| 18 | | State of Oregon |
| 19 | | |
| | | */s/ Jordan M. Roberts* |
| 20 | | Jordan M. Roberts (Oregon Bar No. 115010), |
| | | *pro hac vice* |
| 21 | | Assistant Attorney General |
| | | Oregon Department of Justice |
| 22 | | Consumer Protection Section |
| 23 | | 100 SW Market Street |
| | | Portland, Oregon 97201 |
| 24 | | Telephone:   (971) 673-1880 |
| | | Facsimile:   (971) 673-1884 |
| 25 | | E-mail: jordan.m.roberts@doj.state.or.us |
| 26 | | *Attorneys for State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the* |
| 27 | | *State of Oregon* |
| 28 | | |

13

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | |
|---|---|
| **DREW H. WRIGLEY** <br> Attorney General <br> State of North Dakota <br><br> /s/ *Elin S. Alm* <br> Elin S. Alm, *pro hac vice* <br> (ND Bar No. 05924) <br> Director/Assistant Attorney General <br> Christopher G. Lindblad, *pro hac vice* <br> (ND Bar No. 06480) <br> Assistant Attorney General <br> Consumer Protection and Antitrust Division <br> Office of Attorney General <br> 1720 Burlington Drive, Suite C <br> Bismarck, ND 58504-7736 <br> Telephone (701) 328-5570 <br> ealm@nd.gov <br><br> clindblad@nd.gov <br> *Attorneys for Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General* <br><br><br> **MICHELLE A. HENRY** <br> Attorney General <br> Commonwealth of Pennsylvania <br><br> /s/ *Timothy R. Murphy* <br> Timothy R. Murphy <br> Senior Deputy Attorney General <br> (PA Bar No. 321294), *pro hac vice* <br> Email: tmurphy@attorneygeneral.gov <br> Jonathan R. Burns <br> Deputy Attorney General <br> (PA Bar No. 315206), *pro hac vice* <br> Email: jburns@attorneygeneral.gov <br> Pennsylvania Office of Attorney General <br> Strawberry Square, 14th Floor <br> Harrisburg, PA 17120 <br> Tel: 717.787.4530 <br><br> *Attorneys for Plaintiff the Commonwealth of Pennsylvania* | **ALAN WILSON** <br> Attorney General <br> State of South Carolina <br><br> /s/ *Anna C. Smith* <br> C. Havird Jones, Jr. <br> Senior Assistant Deputy Attorney General <br> Jared Q. Libet (S.C. Bar No. 74975), <br> *pro hac vice* <br> Assistant Deputy Attorney General <br> Anna C. Smith (SC Bar No. 104749), <br> *pro hac vice* <br> Assistant Attorney General <br> Clark C. Kirkland, Jr. (CA SBN 272522) <br> Assistant Attorney General <br> **OFFICE OF THE ATTORNEY** <br> **GENERAL OF SOUTH CAROLINA** <br> P.O. Box 11549 <br> Columbia, South Carolina 29211 <br> Tel: (803) 734-0536 <br> annasmith@scag.gov <br><br> *Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as Attorney General of the State of South Carolina* <br><br><br> **MARTY J. JACKLEY** <br> Attorney General <br> State of South Dakota <br><br> /s/ *Jessica M. LaMie* <br> By: Jessica M. LaMie (SD Bar No. 4831), <br> *pro hac vice* <br> Assistant Attorney General <br> 1302 East Highway 14, Suite 1 <br> Pierre, SD 57501-8501 <br> Telephone: (605) 773-3215 <br> Jessica.LaMie@state.sd.us <br><br> *Attorneys for Plaintiff State of South Dakota* |

14

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | **PETER F. NERONHA** | **PATRICK MORRISEY** |
| | Attorney General | Attorney General |
| 2 | State of Rhode Island | State of West Virginia |
| 3 | | |
| | */s/ Stephen N. Provazza* | */s/ Laurel K. Lackey* |
| 4 | Stephen N. Provazza (R.I. Bar No. 10435), | Laurel K. Lackey (WVSB No. 10267), |
| | *pro hac vice* | *pro hac vice* |
| 5 | Assistant Attorney General | Abby G. Cunningham (WVSB No. 13388) |
| | Rhode Island Office of the Attorney General | Assistant Attorneys General |
| 6 | 150 South Main St. | Office of the Attorney General |
| 7 | Providence, RI 02903 | Consumer Protection & Antitrust Division |
| | Phone: 401-274-4400 | Eastern Panhandle Office |
| 8 | Email: SProvazza@riag.ri.gov | 269 Aikens Center |
| | | Martinsburg, West Virginia 25404 |
| 9 | *Attorneys for Plaintiff State of Rhode Island* | (304) 267-0239 |
| 10 | | laurel.k.lackey@wvago.gov |
| 11 | **JASON S. MIYARES** | *Attorneys for Plaintiff State of West Virginia,* |
| | Attorney General | *ex rel. Patrick Morrisey, Attorney General* |
| 12 | Commonwealth Of Virginia | |
| 13 | | **JOSHUA L. KAUL** |
| | */s/ Joelle E. Gotwals* | Attorney General |
| 14 | Steven G. Popps | State of Wisconsin |
| | Chief Deputy Attorney General | |
| 15 | Thomas J. Sanford | */s/ Colin R. Stroud* |
| 16 | Deputy Attorney General | Colin R. Stroud |
| | Richard S. Schweiker, Jr. | Assistant Attorney General |
| 17 | Senior Assistant Attorney General and Section Chief | WI State Bar #1119457, *pro hac vice* |
| | | Wisconsin Department of Justice |
| 18 | Joelle E. Gotwals (VSB No. 76779), | Post Office Box 7857 |
| | *pro hac vice* | Madison, Wisconsin 53707-7857 |
| 19 | Assistant Attorney General | (608) 261-9224 |
| 20 | Office of the Attorney General of Virginia | stroudcr@doj.state.wi.us |
| | Consumer Protection Section | |
| 21 | 202 N. 9th Street | *Attorneys for Plaintiff State of Wisconsin* |
| | Richmond, Virginia 23219 | |
| 22 | Telephone:   (804) 786-8789 | |
| | Facsimile:   (804) 786-0122 | |
| 23 | E-mail: jgotwals@oag.state.va.us | |
| 24 | *Attorneys for the Plaintiff Commonwealth of Virginia* | |
| 25 | *ex rel. Jason S. Miyares, Attorney General* | |
| 26 | | |
| 27 | | |
| 28 | | |

15

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

|   |   |
|---|---|
| 1 | **ROBERT W. FERGUSON** |
| 2 | Attorney General |
|   | State of Washington |
| 3 |   |
|   | /s/ Alexandra Kory |
| 4 | Alexandra Kory (WA Bar No. 49889), |
|   | *pro hac vice* |
| 5 | Joseph Kanada (WA Bar No. 55055), |
|   | *pro hac vice* |
| 6 | Rabi Lahiri |
|   | Gardner Reed |
| 7 | Assistant Attorneys General |
|   | Washington State Office of the Attorney |
| 8 | General |
|   | 800 Fifth Avenue, Suite 2000 |
| 9 | Seattle, WA 98104 |
|   | (206) 389-3843 |
| 10 | Alexandra.Kory@atg.wa.gov |


1
2    **ROBERT W. FERGUSON**
     Attorney General
3    State of Washington

4    /s/ *Alexandra Kory*
     Alexandra Kory (WA Bar No. 49889),
5    *pro hac vice*
     Joseph Kanada (WA Bar No. 55055),
6    *pro hac vice*
     Rabi Lahiri
7    Gardner Reed
     Assistant Attorneys General
8    Washington State Office of the Attorney
     General
9    800 Fifth Avenue, Suite 2000
     Seattle, WA 98104
10   (206) 389-3843
     Alexandra.Kory@atg.wa.gov
11
12   *Attorneys for Plaintiff State of Washington*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION FOR STAY
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR