1  [*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **JOINT STATUS REPORT ON BELLWETHER SCHOOL DISTRICT SEARCH TERMS** |
| *Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561* | |
| *Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065* | Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| *Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377* | |
| *Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804* | |
| *Charleston County School District v. Meta, et al., Case No. 23-cv-04659* | |
| *Dekalb County School District v. Meta, et al., Case No. 23-cv-05733* | |
| *Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467* | |
| *Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098* | |
| *School District of the Chathams v. Meta, et al., Case No. 23-cv-01466* | |
| *Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106* | |
| *The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573* | |
| *Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | |

1   Pursuant to the Discovery Management Order No.10 (Dkt. 1157), as extended by
2   stipulation and order entered on September 19, 2024 (Dkt. 1163), the Bellwether School District
3   Plaintiffs ("SD Plaintiffs") and Defendants (collectively, "the Parties") jointly submit this status
4   report on search term negotiations and Plaintiffs' obligations under the Family Educational Rights
5   and Privacy Act ("FERPA").
6   Consistent with the Court's instruction, the Parties continue to meet and confer regarding
7   search terms and have made substantial progress toward narrowing and eliminating disputes,
8   including mutually agreeing to the use of responsiveness sampling for specific key search terms.
9   With respect to Plaintiffs' obligations under FERPA, the Parties have exchanged drafts and are
10  continuing to negotiate a joint stipulation and proposed modification to the Stipulated Second
11  Modified Protective Order (Dkt. No. 665).  The Parties agree that additional time is necessary to
12  finalize the parties' negotiations, and will continue to meet and confer regarding search terms and
13  FERPA.
14  With the Court's permission and unless the Court directs otherwise, the Parties will
15  provide a Supplemental Status Report to the Court on October 2, 2024.  Should the Parties be
16  unable to reach resolution by October 2, the Parties will include their proposed schedule for letter
17  briefing on the remaining disputes in the October 2 submission.  SD Plaintiffs reserve their right
18  to seek a commensurate extension of time to the November 5, 2024, substantial completion of
19  document production for those documents that hit on any additional terms.

| | | |
|---|---|---|
| 1 | DATED: September 25, 2024 | Respectfully submitted, |
| 2 | | */s/Lexi J. Hazam* |
| | | LEXI J. HAZAM |
| 3 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 4 | | 275 BATTERY STREET, 29TH FLOOR |
| | | SAN FRANCISCO, CA 94111-3339 |
| 5 | | Telephone: 415-956-1000 |
| | | lhazam@lchb.com |
| 6 | | |
| | | PREVIN WARREN |
| 7 | | **MOTLEY RICE LLC** |
| | | 401 9th Street NW Suite 630 |
| 8 | | Washington DC 20004 |
| | | Telephone: 202-386-9610 |
| 9 | | pwarren@motleyrice.com |
| 10 | | Co-Lead Counsel |
| 11 | | CHRISTOPHER A. SEEGER |
| | | **SEEGER WEISS, LLP** |
| 12 | | 55 CHALLENGER ROAD, 6TH FLOOR |
| | | RIDGEFIELD PARK, NJ 07660 |
| 13 | | Telephone: 973-639-9100 |
| | | cseeger@seegerweiss.com |
| 14 | | |
| | | Counsel to Co-Lead Counsel |
| 15 | | |
| | | JENNIE LEE ANDERSON |
| 16 | | **ANDRUS ANDERSON, LLP** |
| | | 155 MONTGOMERY STREET, SUITE 900 |
| 17 | | SAN FRANCISCO, CA 94104 |
| | | Telephone: 415-986-1400 |
| 18 | | jennie@andrusanderson.com |
| 19 | | Liaison Counsel |
| 20 | | EMILY C. JEFFCOTT |
| | | **MORGAN & MORGAN** |
| 21 | | 633 WEST FIFTH STREET, SUITE 2652 |
| | | LOS ANGELES, CA 90071 |
| 22 | | Telephone: 213-787-8590 |
| | | ejeffcott@forthepeople.com |
| 23 | | |
| | | JOSEPH VANZANDT |
| 24 | | **BEASLEY ALLEN** |
| | | 234 COMMERCE STREET |
| 25 | | MONTGOMERY, LA 36103 |
| | | Telephone: 334-269-2343 |
| 26 | | joseph.vanzandt@beasleyallen.com |
| 27 | | Federal/State Liaisons |
| 28 | | |

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

| | |
|---|---|
| 1 | JOSEPH E. MELTER |
| | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 2 | 280 KING OF PRUSSIA ROAD |
| | RADNOR, PA 19087 |
| 3 | Telephone: 610-667-7706 |
| | jmeltzer@ktmc.com |
| 4 | |
| | HILLARY NAPPI |
| 5 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 6 | New York, New York 10016 |
| | Telephone: 212-213-8311 |
| 7 | hnappi@hrsclaw.com |
| | |
| 8 | EMMIE PAULOS |
| | **LEVIN PAPANTONIO RAFFERTY** |
| 9 | 316 SOUTH BAYLEN STREET, SUITE 600 |
| | PENSACOLA, FL 32502 |
| 10 | Telephone: 850-435-7107 |
| | epaulos@levinlaw.com |
| 11 | |
| | RUTH THI RIZKALLA |
| 12 | **THE CARLSON LAW FIRM, PC** |
| | 1500 ROSECRANS AVE., STE. 500 |
| 13 | MANHATTAN BEACH, CA 90266 |
| | Telephone: 415-308-1915 |
| 14 | rrizkalla@carlsonattorneys.com |
| | |
| 15 | ROLAND TELLIS |
| | DAVID FERNANDES |
| 16 | **BARON & BUDD, P.C.** |
| | 15910 Ventura Boulevard, Suite 1600 |
| 17 | Encino, CA 91436 |
| | Telephone: 818-839-2333 |
| 18 | rtellis@baronbudd.com |
| | dfernandes@baronbudd.com |
| 19 | |
| | MELISSA YEATES |
| 20 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| | 280 KING OF PRUSSIA ROAD |
| 21 | RADNOR, PA 19087 |
| | Telephone: 610-667-7706 |
| 22 | myeates@ktmc.com |

| | |
|---|---|
| 1 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 2 | **DICELLO LEVITT**<br>505 20th St North<br>Suite 1500 |
| 3 | Birmingham, Alabama 35203<br>Telephone: 205-855-5700 |
| 4 | fu@dicellolevitt.com |
| 5 | Plaintiffs' Steering Committee Membership |
| 6 | *Attorneys for Individual Plaintiffs* |

COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

```
 1                              FAEGRE DRINKER LLP
 2                              /s/ Andrea Roberts Pierson
 3                              Andrea Roberts Pierson, pro hac vice
                                FAEGRE DRINKER LLP
 4                              300 N. Meridian Street, Suite 2500
                                Indianapolis, IN 46204
 5                              Telephone: + 1 (317) 237-0300
                                Facsimile: + 1 (317) 237-1000
 6                              Email: andrea.pierson@faegredrinker.com

 7                              Amy R. Fiterman, pro hac vice
                                FAEGRE DRINKER LLP
 8                              2200 Wells Fargo Center
                                90 South Seventh Street
 9                              Minneapolis, MN 55402
                                Telephone: +1 (612) 766-7768
10                              Facsimile: +1 (612) 766-1600
                                Email: amy.fiterman@faegredrinker.com
11
                                Geoffrey Drake, pro hac vice
12                              KING & SPALDING LLP
                                1180 Peachtree Street, NE, Suite 1600
13                              Atlanta, GA 30309
                                Tel.: 404-572-4600
14                              Email: gdrake@kslaw.com
                                Email: dmattern@kslaw.com
15
                                David Mattern, pro ha vice
16                              KING & SPALDING LLP
                                1700 Pennsylvania Avenue, NW, Suite 900
17                              Washington, D.C. 20006
                                Telephone: +1 (202) 626-2946
18                              Email: dmattern@kslaw.com

19                              Attorneys for Defendants TikTok Inc. and ByteDance
                                Inc.
20
                                MUNGER, TOLLES & OLSON LLP
21
                                /s/ Jonathan H. Blavin
22
                                Jonathan H. Blavin, SBN 230269
23                              MUNGER, TOLLES & OLSON LLP
                                560 Mission Street, 27th Floor
24                              San Francisco, CA 94105-3089
                                Telephone: (415) 512-4000
25                              Facsimile: (415) 512-4077
                                Email: jonathan.blavin@mto.com
26

27

28
```

| | |
|---|---|
| 1 | Rose L. Ehler (SBN 29652) |
| 2 | Victoria A. Degtyareva (SBN 284199) |
|   | Laura M. Lopez, (SBN 313450) |
|   | Ariel T. Teshuva (SBN 324238) |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
| 4 | Los Angeles, CA 90071-3426 |
|   | Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702 |
|   | Email: rose.ehler@mto.com |
| 6 | Email: victoria.degtyareva@mto.com |
|   | Email: Ariel.Teshuva@mto.com |

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

John H. Beisner (State Bar No. 81571)
Nina R. Rose (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.,
Washington, DC 20005
Telephone: (202) 371-7000
Email: John.Beisner@skadden.com
Email: nina.rose@skadden.com

Jessica Davidson (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Email: Jessica.Davidson@skadden.com

Jason David Russell (SBN 169219)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5328
Email: jason.russell@skadden.com

| | |
|---|---|
| 1 | Laura Bernescu (*pro hac vice*) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 320 S. Canal St. |
| 3 | Ste 47th Floor |
| | Chicago, IL 60606-5707 |
| 4 | Telephone: (312) 407-0700 |
| | Email: laura.bernescu@skadden.com |
| 5 | |
| | Catherine Mullaley (*pro hac vice*) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 7 | 500 Boylston Street |
| | Boston, MA 02116 |
| 8 | Telephone: (617) 573-4851 |
| | Email: catherine.mullaley@skadden.com |
| 9 | |
| | WILSON SONSINI GOODRICH & ROSATI |
| 10 | Professional Corporation |
| 11 | */s/ Brian M. Willen* |
| 12 | Brian M. Willen (*pro hac vice*) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 13 | 1301 Avenue of the Americas, 40th Floor |
| | New York, New York 10019 |
| 14 | Telephone: (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
| 15 | Email: bwillen@wsgr.com |
| 16 | Lauren Gallo White (SBN 309075) |
| | Samantha A. Machock (SBN 298852) |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
| | One Market Plaza, Spear Tower, Suite 3300 |
| 18 | San Francisco, CA 94105 |
| | Telephone: (415) 947-2000 |
| 19 | Facsimile: (415) 947-2099 |
| | Email: lwhite@wsgr.com |
| 20 | Email: smachock@wsgr.com |
| 21 | Christopher Chiou (SBN 233587) |
| | Matthew K. Donohue (SBN 302144) |
| 22 | WILSON SONSINI GOODRICH & ROSATI |
| | 953 East Third Street, Suite 100 |
| 23 | Los Angeles, CA 90013 |
| | Telephone: (323) 210-2900 |
| 24 | Facsimile: (866) 974-7329 |
| | Email: cchiou@wsgr.com |
| 25 | Email: mdonohue@wsgr.com |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli (*pro hac vice*) |
| | jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin (*pro hac vice*) |
| | ahardin@wc.com |
| 5 | J. Andrew Keyes (*pro hac vice*) |
| | akeyes@wc.com |
| 6 | Annie Showalter (*pro hac vice*) |
| | ashowalter@wc.com |
| 7 | Chaloea Williams (*pro hac vice*) |
| | cwilliams@wc.com |
| 8 | 680 Maine Avenue, SW |
| | Washington, DC 20024 |
| 9 | Telephone.: 202-434-5000 |
| | Fax: 202-434-5029 |
| 10 | |
| 11 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | */s/ Yardena R. Zwang-Weissman* |
| 14 | Yardena R. Zwang-Weissman (SBN 247111) |
| | 300 South Grand Avenue, 22nd Floor |
| 15 | Los Angeles, CA 90071-3132 |
| | Tel.: 213.612.7238 |
| 16 | Email: yardena.zwang-weissman@morganlewis.com |
| 17 | Brian Ercole (*pro hac vice*) |
| | 600 Brickell Avenue, Suite 1600 |
| 18 | Miami, FL 33131-3075 |
| | Tel.: 305.415.3416 |
| 19 | Email: brian.ercole@morganlewis.com |
| 20 | Stephanie Schuster (*pro hac vice*) |
| | 1111 Pennsylvania Avenue NW |
| 21 | NW Washington, DC 20004-2541 |
| | Tel.: 202.373.6595 |
| 22 | Email: stephanie.schuster@morganlewis.com |
| 23 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 25, 2024 By: */s/Lexi J. Hazam*

Lexi J. Hazam