*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME TO FILE A JOINT STATUS REPORT REGARDING FORENSIC IMAGING AND DEVICE DATA**<br><br>Hon. Yvonne Gonzalez Rogers<br>Hon. Peter H. Kang |
| This Document Relates to:<br><br>ALL ACTIONS | |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants provide the Court a joint status report on forensic imaging and device data from Plaintiffs' devices. The parties declare in support of this request:

1. On September 19, the Parties had an initial meeting with their respective third-party vendors to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

2. On September 20, 2024 the Parties submitted a Joint Status Report Regarding Forensic Imaging and Device Data to the Court. In that report, the Parties stated they would provide a supplemental report to the Court on September 27, 2024 unless the Court directs otherwise.

3. Since September 19, the Parties have continued to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

4. The Parties mutually agree that they would benefit from more time to continue their discussions before providing a joint status report to the Court.

5. The Parties anticipate that extension until October 2 to submit Joint Status Report Regarding Forensic Imaging and Device Data afford adequate time for such discussions.

6. Extending this deadline will not affect any other deadline affixed by the Court.

7. This is the first request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for the parties to submit a Joint Status Report Regarding Forensic Imaging and Device Data to October 2, 2024.

**IT IS SO ORDERED,**

Dated:

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

1  **IT IS SO STIPULATED AND AGREED.**

2

3  Dated: September 27, 2024                Respectfully submitted,

4                                           */s/ Lexi J. Hazam*

5                                           LEXI J. HAZAM
                                            **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
6                                           275 Battery Street, 29th Floor
                                            San Francisco, CA 94111-3339
7                                           Telephone: 415-956-1000
                                            lhazam@lchb.com

8                                           PREVIN WARREN
                                            **MOTLEY RICE LLC**
9                                           401 9th Street NW Suite 630
                                            Washington DC 20004
10                                          Telephone: 202-386-9610
                                            pwarren@motleyrice.com
11
                                            Co-Lead Counsel
12
                                            CHRISTOPHER A. SEEGER
13                                          **SEEGER WEISS, LLP**
                                            55 Challenger Road, 6th floor
14                                          Ridgefield Park, NJ 07660
                                            Telephone: 973-639-9100
15                                          Facsimile: 973-679-8656
                                            cseeger@seegerweiss.com
16
                                            Counsel to Co-Lead Counsel and Settlement Counsel
17
                                            JENNIE LEE ANDERSON
18                                          **ANDRUS ANDERSON, LLP**
                                            155 Montgomery Street, Suite 900
19                                          San Francisco, CA 94104
                                            Telephone: 415-986-1400
20                                          jennie@andrusanderson.com

21                                          Liaison Counsel

22                                          JOSEPH G. VANZANDT
                                            **BEASLEY ALLEN CROW METHVIN PORTIS**
23                                          **& MILES, P.C.**
                                            234 Commerce Street
24                                          Montgomery, AL 36103
                                            Telephone: 334-269-2343
25                                          joseph.vanzandt@beasleyallen.com

26                                          EMILY C. JEFFCOTT
                                            **MORGAN & MORGAN**
27                                          220 W. Garden Street, 9th Floor
                                            Pensacola, FL 32502
28

- 2 -

JOINT STIPULATION MODIFYING DEADLINE TO SUBMIT STATUS REPORT
CASE NO. 4:22-MD-03047-YGR

```
 1                                    Telephone: 850-316-9100
                                      ejeffcott@forthepeople.com
 2
                                      Federal/State Liaison Counsel
 3
                                      MATTHEW BERGMAN
 4                                    SOCIAL MEDIA VICTIMS LAW CENTER
                                      821 Second Avenue, Suite 2100
 5                                    Seattle, WA 98104
                                      Telephone: 206-741-4862
 6                                    matt@socialmediavictims.org

 7                                    JAMES J. BILSBORROW
                                      WEITZ & LUXENBERG, PC
 8                                    700 Broadway
                                      New York, NY 10003
 9                                    Telephone: 212-558-5500
                                      Facsimile: 212-344-5461
10                                    jbilsborrow@weitzlux.com

11                                    PAIGE BOLDT
                                      WATTS GUERRA LLP
12                                    4 Dominion Drive, Bldg. 3, Suite 100
                                      San Antonio, TX 78257
13                                    Telephone: 210-448-0500
                                      PBoldt@WattsGuerra.com
14
                                      THOMAS P. CARTMELL
15                                    WAGSTAFF & CARTMELL LLP
                                      4740 Grand Avenue, Suite 300
16                                    Kansas City, MO 64112
                                      Telephone: 816-701 1100
17                                    tcartmell@wcllp.com

18                                    JAYNE CONROY
                                      SIMMONS HANLY CONROY, LLC
19                                    112 Madison Ave, 7th Floor
                                      New York, NY 10016
20                                    Telephone: 917-882-5522
                                      jconroy@simmonsfirm.com
21
                                      SARAH EMERY
22                                    HENDY JOHNSON VAUGHN EMERY, PSC
                                      2380 Grandview Drive
23                                    Ft. Mitchell, KY 41017
                                      Telephone: 888-606-5297
24                                    semery@justicestartshere.com

25                                    CARRIE GOLDBERG
                                      C.A. GOLDBERG, PLLC
26                                    16 Court St.
                                      Brooklyn, NY 11241
27                                    Telephone: (646) 666-8908
                                      carrie@cagoldberglaw.com
28
```

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North, Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

- 5 -

JOINT STIPULATION MODIFYING DEADLINE TO SUBMIT STATUS REPORT
CASE NO. 4:22-MD-03047-YGR

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC., BYTEDANCE LTD., TIKTOK LTD., and TIKTOK, LLC

**ATTESTATION**

I, Andrea Roberts Pierson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 27, 2024

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC., BYTEDANCE LTD., TIKTOK LTD., and TIKTOK, LLC