*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME TO FILE A JOINT STATUS REPORT REGARDING FORENSIC IMAGING AND DEVICE DATA**<br><br>Hon. Yvonne Gonzalez Rogers<br>Hon. Peter H. Kang |
| This Document Relates to:<br><br>ALL ACTIONS | |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants provide the Court a joint status report on forensic imaging and device data from Plaintiffs' devices. The parties declare in support of this request:

1.   On September 19, the Parties had an initial meeting with their respective third-party vendors to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

2.   On September 20, 2024 the Parties submitted a Joint Status Report Regarding Forensic Imaging and Device Data to the Court. In that report, the Parties stated they would provide a supplemental report to the Court on September 27, 2024 unless the Court directs otherwise.

3.   Since September 19, the Parties have continued to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

4.   The Parties mutually agree that they would benefit from more time to continue their discussions before providing a joint status report to the Court.

5.   The Parties anticipate that extension until October 2 to submit Joint Status Report Regarding Forensic Imaging and Device Data afford adequate time for such discussions.

6.   Extending this deadline will not affect any other deadline affixed by the Court.

7.   This is the first request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for the parties to submit a Joint Status Report Regarding Forensic Imaging and Device Data to October 2, 2024.

**IT IS SO ORDERED,**

Dated: September 30, 2024

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

- 1 -

1  **IT IS SO STIPULATED AND AGREED.**

2

3  Dated:  September 27, 2024                Respectfully submitted,

4                                             */s/ Lexi J. Hazam*

5                                             LEXI J. HAZAM
                                              **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
6                                             275 Battery Street, 29th Floor
                                              San Francisco, CA 94111-3339
7                                             Telephone: 415-956-1000
                                              lhazam@lchb.com

8                                             PREVIN WARREN
                                              **MOTLEY RICE LLC**
9                                             401 9th Street NW Suite 630
                                              Washington DC 20004
10                                            Telephone: 202-386-9610
                                              pwarren@motleyrice.com
11
                                              Co-Lead Counsel
12
                                              CHRISTOPHER A. SEEGER
13                                            **SEEGER WEISS, LLP**
                                              55 Challenger Road, 6th floor
14                                            Ridgefield Park, NJ 07660
                                              Telephone: 973-639-9100
15                                            Facsimile: 973-679-8656
                                              cseeger@seegerweiss.com
16
                                              Counsel to Co-Lead Counsel and Settlement Counsel
17
                                              JENNIE LEE ANDERSON
18                                            **ANDRUS ANDERSON, LLP**
                                              155 Montgomery Street, Suite 900
19                                            San Francisco, CA 94104
                                              Telephone: 415-986-1400
20                                            jennie@andrusanderson.com

21                                            Liaison Counsel

22                                            JOSEPH G. VANZANDT
                                              **BEASLEY ALLEN CROW METHVIN PORTIS**
23                                            **   & MILES, P.C.**
                                              234 Commerce Street
24                                            Montgomery, AL 36103
                                              Telephone: 334-269-2343
25                                            joseph.vanzandt@beasleyallen.com

26                                            EMILY C. JEFFCOTT
                                              **MORGAN & MORGAN**
27                                            220 W. Garden Street, 9th Floor
                                              Pensacola, FL 32502
28

Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

JOINT STIPULATION MODIFYING DEADLINE TO SUBMIT STATUS REPORT
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | |
| 2 | RONALD E. JOHNSON, JR.<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 3 | 600 West Main Street, Suite 100<br>Louisville, KY 40202 |
| 4 | Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 5 | SIN-TING MARY LIU |
| 6 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ,  PLLC** |
| 7 | 17 East Main Street, Suite 200<br>Pensacola, FL 32502 |
| 8 | Telephone: 510-698-9566<br>mliu@awkolaw.com |
| 9 | JAMES MARSH |
| 10 | **MARSH LAW FIRM PLLC**<br>31 Hudson Yards, 11th floor |
| 11 | New York, NY 10001-2170<br>Telephone: 212-372-3030 |
| 12 | jamesmarsh@marshlaw.com |
| 13 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 14 | 1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 15 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 16 | HILLARY NAPPI |
| 17 | **HACH & ROSE LLP**<br>112 Madison Avenue, 10th Floor |
| 18 | New York, New York 10016<br>Telephone: 212.213.8311 |
| 19 | hnappi@hrsclaw.com |
| 20 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY** |
| 21 | 316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 |
| 22 | Telephone: 850-435-7107<br>epaulos@levinlaw.com |
| 23 | RUTH THI RIZKALLA |
| 24 | **THE CARLSON LAW FIRM, P.C.**<br>1500 Rosecrans Ave., Ste. 500 |
| 25 | Manhattan Beach, CA 90266<br>Telephone: 415-308-1915 |
| 26 | rrizkalla@carlsonattorneys.com |
| 27 | ROLAND TELLIS<br>DAVID FERNANDES |
| 28 | **BARON & BUDD, P.C.** |

- 4 -

JOINT STIPULATION MODIFYING DEADLINE TO SUBMIT STATUS REPORT
CASE NO. 4:22-MD-03047-YGR

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North, Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

- 5 -

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC., BYTEDANCE LTD., TIKTOK LTD., and TIKTOK, LLC

**ATTESTATION**

I, Andrea Roberts Pierson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 27, 2024

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC., BYTEDANCE LTD., TIKTOK LTD., and TIKTOK, LLC