1    [*Parties and Counsel Listed on Signature Pages*]

2

3

4                    **UNITED STATES DISTRICT COURT**

5                    **NORTHERN DISTRICT OF CALIFORNIA**

6

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR |
| This Document Relates to:<br><br>ALL NON-BELLWETHER SCHOOL DISTRICT CASES | ~~**[PROPOSED]**~~ **STIPULATION AND ORDER RE: LOCAL GOVERNMENT AND SCHOOL DISTRICT BELLWETHER PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)(A)(iii)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

16

17       **WHEREAS**, after hearing arguments from both sides at a Discovery Management

18  Conference on September 12, 2024 ("DMC"), the Court ordered that the Non-Bellwether Local

19  Government and School District Plaintiffs ("Non-BW LGE/SDs") begin a rolling production on

20  February 10, 2025 of supplemental Rule 26(a)(1)(A)(iii) disclosures of past property damages and

21
    past increased hiring costs (Tr. at 41:2).
22

23       **WHEREAS**, the parties, having met and conferred following the DMC, hereby stipulate to

24  the following rolling production of supplemental Rule 26(a)(1)(A)(iii) disclosures of past property

25  damages and past increased hiring costs by the Non-BW LGE/SDs whose cases are on file as of the

26  date of the entry of this Order.[1]

27  _____

28  [1] Plaintiffs' Reservations: Continuing investigation and discovery may cause the Non-BW LGE/SD Plaintiffs to become aware of additional evidence or information that is relevant to these initial

1  **WHEREFORE** the Court Orders the following rolling production schedule of supplemental

2  Rule 26(a)(1)(A)(iii) disclosures of past property damages and past increased hiring costs by the Non-

3  BW LGE/SDs:

| DATE | |
|---|---|
| February 10, 2025 | Non-BW LGE/SDs on Exhibit A |
| March 12, 2025 | Non-BW LGE/SDs on Exhibit B |
| April 11, 2025 | Non-BW LGE/SDs on Exhibit C |
| May 12, 2025 | Non-BW LGE/SDs on Exhibit D |

11  **WHEREFORE**, the Court further Orders that the supplemental Rule 26(a)(1)(A)(iii)

12  disclosures shall be filed through MDL Centrality.

14  **IT IS SO ORDERED.**

16  DATED:    October 1, 2024    _____

    MAGISTRATE JUDGE: HON. PETER H. KANG

19  disclosures. The Non-BW LGE/SD Plaintiffs have sustained past, ongoing, and future damages. As
such, the estimated approximate property damages and increased hiring costs only reflect a portion
of the total damages the Non-BW LGE/SD Plaintiffs seek in this litigation.  The Non-BW LGE/SDs
specifically reserve all rights to amend and supplement including reserve their right to serve expert
reports and/or amended disclosures which reflect different property and increased hiring costs and/or
total damages numbers than those provided herein based on additional information and/or expert
analysis. The Non-BW LGE/SD Plaintiffs expressly reserve the right to supplement and/or amend
their supplemental disclosures, to the extent such supplementation or amendment may be required by
the Federal Rules of Civil Procedure and/or based on additional information and/or expert analysis.
Non-BW LGE/SD Plaintiffs hereby expressly reserve all objections to the use, for any purpose, of
these initial disclosures, or any of the information referenced in their supplemental disclosures, in this
consolidated action or any other proceeding. The Non-BW LGE/SD Plaintiffs incorporate by
reference their Plaintiff Fact Sheets and Supplemental Plaintiff Fact Sheets, and amendments thereto.
The Non-SD BW Plaintiffs expressly object to producing or making available for inspection and
copying, as under Rule 34, any documents or other evidentiary material created or collected through
this process that constitutes work product or which implicates the attorney-client privilege.

Dated: September 27, 2024

Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motletrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Co-Chair of Local Government Entity Committee and Plaintiff Leadership Committee Member*
MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK, LLP**

3

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-Chair of Local Government Entity
Committee*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
  gdrake@kslaw.com
TaCara D. Harris, *pro hac vice*
  tharris@kslaw.com
David Mattern, *pro hac vice*
  dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

**FAEGRE DRINKER BIDDLE & REATH
LLP**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
  andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
  amy.fiterman@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

*Attorneys for Defendants TikTok, Inc.,
ByteDance, Inc., ByteDance Ltd., TikTok Ltd.,
and TikTok, LLC*

**COVINGTON & BURLING LLP**

*/s/ Phyllis A. Jones*
Mark W. Mosier, *pro hac vice*
  mmosier@cov.com
Paul W. Schmidt, *pro hac vice*
  pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
  pajones@cov.com
COVINGTON & BURLING LLP

4

One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
  ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and Mark Elliot
Zuckerberg*

**MUNGER, TOLLERS & OLSEN LLP**

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
  Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (State Bar No. 296523)
  Rose.Ehler@mto.com
Victoria A. Degtyareva (State Bar No. 284199)
  Victoria.Degtyareva@mto.com
Ariel T. Teshuva (State Bar No. 324238)
  Ariel.Teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
  Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
*Attorneys for Defendant Snap Inc.*

5

1    **WILSON SONSINI GOODRICH & ROSATI**
     **Professional Corporation**
2

3    */s/ Brian M. Willen*
     Brian M. Willen, *pro hac vice*
4    Wilson Sonsini Goodrich & Rosati
       bwillen@wsgr.com
5    1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
6    Telephone: (212) 999-5800
     Facsimile: (212) 999-5899
7
     Lauren Gallo White (State Bar No. 309075)
8    Wilson Sonsini Goodrich & Rosati
       lwhite@wsgr.com
9    Andrew Kramer (State Bar No. 321574)
       akramer@wsgr.com
10   Carmen Sobczak (State Bar No. 342569)
       csobczak@wsgr.com
11   One Market Plaza, Spear Tower, Suite 3300
     San Francisco, CA  94105
12   Telephone: (415) 947-2000
     Facsimile: (415) 947-2099
13
     Christopher Chiou (State Bar No. 233587)
14   Wilson Sonsini Goodrich & Rosati
       cchiou@wsgr.com
15   Matthew K. Donohue (State Bar No. 302144)
       mdonohue@wsgr.com
16   633 West Fifth Street
     Los Angeles, CA 90071-2048
17   Telephone: (323) 210-2900
     Facsimile: (866) 974-7329
18
     *Attorneys for Defendants YouTube, LLC,*
19   *Google LLC, and Alphabet Inc.*

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATION AND ORDER RE: LGE/SD PLAINTIFFS' SUPPL. INITIAL DISCLOSURES
CASE NO. 4:22-MD-03047-YGR

**L.R. 5-1 ATTESTATION**

I, Geoffrey M. Drake, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:    */s/ Geoffrey M. Drake*
       Geoffrey M. Drake

# EXHIBIT A

**Exhibit A**

| Date Filed | Case |
|---|---|
| 03/09/23 | Broward County School Board v. Meta Platforms, Inc., et al., No. 23-cv-01061 |
| 03/13/23 | San Mateo County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01108 |
| 03/14/23 | Bucks County and Commonwealth of PA., by and through Bucks County D.A. Matthew D. Weintraub v. Meta Platforms, Inc., et al., No. 23-cv-01149 |
| 03/22/23 | Watchung Hills Regional High School District v. Meta Platforms, Inc., et al., No. 23-cv-01806 |
| 03/30/23 | Bullitt School District v. Meta Platforms, Inc., et al., No. 23-cv-02125 |
| 03/30/23 | Clark County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01800 |
| 03/30/23 | Estill County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01801 |
| 03/30/23 | Fayette County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01799 |
| 03/30/23 | Jefferson County School District v. Meta Platforms, Inc., et al., No. 23-cv-02126 |
| 03/30/23 | Jessamine County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01805 |
| 03/30/23 | Larue County School District v. Meta Platforms, Inc., et al., No. 23-cv-02124 |
| 03/30/23 | Madison County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01802 |
| 03/30/23 | Martin County School District v. Meta Platforms, Inc., et al., No. 23-cv-01946 |
| 03/30/23 | Wolfe County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-01803 |
| 03/31/23 | Bayshore Elementary School District v. Meta Platforms, Inc., et al., No. 23-cv-01555 |
| 03/31/23 | Jefferson Union High School District v. Meta Platforms, Inc., et al., No. 23-cv-01554 |
| 03/31/23 | South San Francisco Unified School District v. Meta Platforms, Inc., et al., No. 23-cv-01557 |
| 04/06/23 | Harrison County Public Schools v. Meta Platforms, Inc., et al., No. 23-cv-02163 |
| 04/06/23 | The School District of Pittsburgh v. Meta Platforms, Inc., et al., No. 23-cv-02085 |
| 04/11/23 | Menifee County board of Education v. Meta Platforms, Inc., et al., No. 23-cv-02165 |
| 04/12/23 | Franklin County School District v. Meta Platforms, Inc., et al., No. 23-cv-02162 |
| 04/12/23 | Rockcastle County School District v. Meta Platforms, Inc., et al., No. 23-cv-02164 |
| 04/19/23 | Boone County School District v. Meta Platforms, Inc., et al., No. 23-cv-02310 |
| 04/19/23 | Robertson County School District v. Meta Platforms, Inc., et al., No. 23-cv-02309 |
| 04/20/23 | Hopkins County School District v. Meta Platforms, Inc., et al., No. 23-cv-02313 |
| 04/24/23 | Fort Wayne Community Schools v. Meta Platforms, Inc., et al., No. 23-cv-02308 |
| 04/25/23 | Bell County School District v. Meta Platforms, Inc., et al., No. 23-cv-02311 |
| 04/26/23 | Johnson County School Board v. Meta Platforms, Inc., et al., No. 23-cv-02312 |
| 04/26/23 | Montgomery County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-02603 |
| 04/28/23 | City of Providence v. Meta Platforms, Inc., et al., No. 23-cv-02605 |
| 04/28/23 | John Carroll, in his official capacity as Marin County Superintendent of Schools v. Meta Platforms, Inc., et al., No. 23-cv-02089 |
| 04/28/23 | McLean County School District v. Meta Platforms, Inc., et al., No. 23-cv-02604 |
| 05/05/23 | Jefferson Elementary School District v. Meta Platforms, Inc., et al., No. 23-cv-02215 |
| 05/11/23 | Bracken County School District v. Meta Platforms, Inc., et al., No. 23-cv-02288 |
| 05/15/23 | Prince George's County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-02846 |

| Date Filed | Case |
|---|---|
| 05/16/23 | Cabrillo Unified School District v. Meta Platforms, Inc., et al., No. 23-cv-02406 |
| 05/18/23 | Covington Independent School District v. Meta Platforms, Inc., et al., No. 23-cv-02416 |
| 06/01/23 | Board of Education Howard County v. Meta Platforms, Inc., et al., No. 23-cv-03067 |
| 06/14/23 | School District of Aspen v. Meta Platforms, Inc., et al., No. 23-cv-03707 |
| 06/29/23 | Daviess County School District v. Meta Platforms, Inc., et al., No. 23-cv-03225 |
| 06/29/23 | Fort Thomas Independent School District v. Meta Platforms, Inc., et al., No. 23-cv-03231 |
| 06/29/23 | Lawrence County School District v. Meta Platforms, Inc., et al., No. 23-cv-03227 |
| 06/29/23 | Lawrenceburg Community School Corporation v. Meta Platforms, Inc., et al., No. 23-cv-03226 |
| 06/29/23 | Owensboro Independent School District v. Meta Platforms, Inc., et al., No. 23-cv-03235 |
| 06/29/23 | Scott County School District v. Meta Platforms, Inc., et al., No. 23-cv-03228 |
| 06/29/23 | Walton-Verona Independent School District v. Meta Platforms, Inc., et al., No. 23-cv-03230 |
| 07/12/23 | Altoona Area School District v. Meta Platforms, Inc., et al., No. 23-cv-03752 |
| 07/12/23 | Bellwood-Antis School District v. Meta Platforms, Inc., et al., No. 23-cv-03749 |
| 07/12/23 | Ferndale Area School District v. Meta Platforms, Inc., et al., No. 23-cv-03708 |
| 07/12/23 | Tyrone Area School District v. Meta Platforms, Inc., et al., No. 23-cv-03750 |
| 07/19/23 | Garrett County, Maryland v. Meta Platforms, Inc., et al., No. 23-cv-03578 |
| 07/19/23 | Montgomery County, Maryland v. Meta Platforms, Inc., et al., No. 23-cv-03572 |
| 07/20/23 | Pacifica School District v. Meta Platforms, Inc., et al., No. 23-cv-03657 |
| 07/30/23 | Crestwood School District v. Meta Platforms, Inc., et al., No. 23-cv-04568 |
| 07/30/23 | Hazleton Area School District v. Meta Platforms, Inc., et al., No. 23-cv-04570 |
| 07/31/23 | Hanover Area School District v. Meta Platforms, Inc., et al., No. 23-cv-04571 |
| 07/31/23 | North Pocono School District v. Meta Platforms, Inc., et al., No. 23-cv-04574 |

EXHIBIT B

**Exhibit B**

| Date Filed | Case |
|---|---|
| 08/02/23 | Commonwealth of Pennsylvania, acting by and through Luzerne County District Attorney Samuel M. Sanguedolce v. Meta Platforms, Inc., et al., No. 23-cv-04575 |
| 08/07/23 | Commonwealth of Pennsylvania, acting by and through Wyoming County District Attorney Joseph C. Peters v. Meta Platforms, Inc., et al., No. 23-cv-04576 |
| 08/23/23 | Livingston Parish School Board v. Meta Platforms, Inc., et al., No. 23-cv-06389 |
| 08/24/23 | Board of Education of Anne Arundel County, Maryland v. Meta Platforms, Inc., et al., No. 23-cv-05023 |
| 08/24/23 | Charlotte-Mecklenburg Board Of Education v. Meta Platforms, Inc., et al., No. 23-cv-05025 |
| 08/28/23 | School District of Greenville County v. Meta Platforms, Inc., et al., No. 23-cv-05026 |
| 08/30/23 | St. Martin Parish School Board v. Meta Platforms, Inc., et al., No. 24-cv-00280 |
| 09/28/23 | Carbondale Area School District v. Meta Platforms, Inc., et al., No. 23-cv-05559 |
| 09/29/23 | Board of Education of Charles County v. Meta Platforms, Inc., et al., No. 23-cv-05024 |
| 10/03/23 | The School Board of Escambia County, Florida v. Meta Platforms, Inc., et al., No. 23-cv-05475 |
| 10/13/23 | Miami Dade County Public Schools v. Meta Platforms, Inc., et al., No. 23-cv-05257 |
| 10/18/23 | Clover School District v. Meta Platforms, Inc., et al., No. 24-cv-00098 |
| 10/18/23 | Penn-Harris-Madison School Corporation v. Meta Platforms, Inc., et al., No. 23-cv-05951 |
| 10/18/23 | York County School District One v. Meta Platforms, Inc., et al., No. 24-cv-00099 |
| 10/18/23 | York County School District Three v. Meta Platforms, Inc., et al., No. 24-cv-00097 |
| 10/19/23 | Florence School District One v. Meta Platforms, Inc., et al., No. 24-cv-00101 |
| 10/20/23 | Anne Arundel County Maryland v. Meta Platforms, Inc., et al., No. 23-cv-05382 |
| 10/20/23 | School District of Oconee County v. Meta Platforms, Inc., et al., No. 24-cv-00107 |
| 10/23/23 | Kershaw County School District v. Meta Platforms, Inc., et al., No. 24-cv-00100 |
| 10/24/23 | Chesterfield County School District v. Meta Platforms, Inc., et al., No. 24-cv-00104 |
| 11/02/23 | District Attorney of Montgomery County, Kevin R. Steele v. Meta Platforms, Inc., et al., No. 23-cv-06355 |
| 11/07/23 | Anchorage School District v. Meta Platforms, Inc., et al., No. 23-cv-05730 |
| 11/07/23 | Curwensville Area School District v. Meta Platforms, Inc., et al., No. 23-cv-05736 |
| 11/07/23 | Jefferson County School District R-1 v. Meta Platforms, Inc., et al., No. 23-cv-05741 |
| 11/07/23 | Juniata County School District v. Meta Platforms, Inc., et al., No. 23-cv-05737 |
| 11/07/23 | Loudoun County School District v. Meta Platforms, Inc., et al., No. 23-cv-05738 |
| 11/07/23 | The School Board of Polk County, Florida v. Meta Platforms, Inc., et al., No. 23-cv-05740 |
| 11/07/23 | Washoe County School District v. Meta Platforms, Inc., et al., No. 23-cv-05729 |
| 11/09/23 | Frederick County Board of Education v. Meta Platforms, Inc., et al., No. 23-cv-05859 |
| 12/05/23 | Claysburg-Kimmel School District v. Meta Platforms, Inc., et al., No. 23-cv-06284 |
| 12/05/23 | Marion Center Area School District v. Meta Platforms, Inc., et al., No. 23-cv-06281 |
| 12/05/23 | Pittston Area School District v. Meta Platforms, Inc., et al., No. 24-cv-00096 |
| 12/05/23 | Richland School District v. Meta Platforms, Inc., et al., No. 23-cv-06276 |
| 12/05/23 | Spring Cove School District v. Meta Platforms, Inc., et al., No. 23-cv-06271 |

| Date Filed | Case |
|---|---|
| 12/05/23 | Tuscarora School District v. Meta Platforms, Inc., et al., No. 23-cv-06270 |
| 12/05/23 | Waynesboro Area School District v. Meta Platforms, Inc., et al., No. 23-cv-06269 |
| 12/05/23 | Williamsburg Community School District v. Meta Platforms, Inc., et al., No. 23-cv-06268 |
| 12/08/23 | Board of Education of Somerset County v. Meta Platforms, Inc., et al., No. 24-cv-00095 |
| 12/14/23 | Garfield School District 16 v. Meta Platforms, Inc., et al., No. 24-cv-00160 |
| 12/15/23 | Clinton City Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-00596 |
| 12/15/23 | Johnston County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-00595 |
| 12/15/23 | San Bruno Park School District v. Meta Platforms, Inc., et al., No. 23-cv-06460 |
| 12/15/23 | Union County Schools v. Meta Platforms, Inc., et al., No. 24-cv-00084 |
| 12/15/23 | Wilson County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-00752 |
| 01/02/24 | Board of Education Bensenville SD 2 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education East Prairie SDI 73 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education Glenbrook HSD 225 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education Glenview Public SD 24 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education Lisle Community Unit SD 202 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education Mokena SD 159 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education Peotone Community Unit 207U v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 01/02/24 | Board of Education West Chicago Elementary SD 33 v. Meta Platforms, Inc., et al., No. 24-cv-00594 |
| 02/07/24 | Board of Education of Wicomico County v. Meta Platforms, Inc., et al., No. 24-cv-01560 |
| 02/08/24 | Harpursville Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00754 |
| 02/09/24 | Baltimore County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-01561 |
| 02/09/24 | Whitney Point Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00816 |
| 02/12/24 | Windsor Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00835 |

# EXHIBIT C

**Exhibit C**

| Date Filed | Case |
|------------|------|
| 02/14/24 | Broome-Tioga Board of Cooperative Educational Svs. v. Meta Platforms, Inc., et al., No. 24-cv-00865 |
| 02/14/24 | Chenango Forks Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00866 |
| 02/14/24 | Chenango Valley Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00890 |
| 02/14/24 | Maine Endwell Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00892 |
| 02/15/24 | Susquehanna Valley Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00910 |
| 02/15/24 | Trumansburg Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00905 |
| 02/15/24 | Union-Endicott Central School District, NY v. Meta Platforms, Inc., et al., No. 24-cv-00906 |
| 02/16/24 | Commissioners of St. Mary's County, Maryland v. Meta Platforms, Inc., et al., No. 24-cv-00926 |
| 02/16/24 | School Board of Lake County, Florida v. Meta Platforms, Inc., et al., No. 24-cv-01559 |
| 02/19/24 | Pitt County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-01521 |
| 02/20/24 | Santa Monica-Malibu Unified School District v. Meta Platforms, Inc., et al., No. 24-cv-01008 |
| 02/23/24 | Cartwright School District 83 v. Meta Platforms, Inc., et al., No. 24-cv-01097 |
| 02/23/24 | Jefferson Parish Schools v. Meta Platforms, Inc., et al., No. 24-cv-01109 |
| 02/26/24 | Putnam County School District v. Meta Platforms, Inc., et al., No. 24-cv-02273 |
| 03/01/24 | Henderson County School District v. Meta Platforms, Inc., et al., No. 24-cv-01260 |
| 03/05/24 | Central Regional School District v. Meta Platforms, Inc., et al., No. 24-cv-01322 |
| 03/05/24 | Freehold Regional High School District v. Meta Platforms, Inc., et al., No. 24-cv-01324 |
| 03/05/24 | Tangipahoa Parish School System v. Meta Platforms, Inc., et al., No. 24-cv-01323 |
| 03/05/24 | Terrebonne Parish School District v. Meta Platforms, Inc., et al., No. 24-cv-01313 |
| 03/06/24 | Cumberland County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-02448 |
| 03/08/24 | Cache County School District v. Meta Platforms, Inc., et al., No. 24-cv-01420 |
| 03/08/24 | Iron County School District v. Meta Platforms, Inc., et al., No. 24-cv-01431 |
| 03/08/24 | Provo School District v. Meta Platforms, Inc., et al., No. 24-cv-01432 |
| 03/08/24 | Tooele County School District v. Meta Platforms, Inc., et al., No. 24-cv-01433 |
| 03/08/24 | Utah Charter Academies v. Meta Platforms, Inc., et al., No. 24-cv-01434 |
| 03/08/24 | Wasatch County School District v. Meta Platforms, Inc., et al., No. 24-cv-01435 |
| 03/14/24 | Hardin County Schools v. Meta Platforms, Inc., et al., No. 24-cv-01584 |
| 03/14/24 | Livingston County Schools v. Meta Platforms, Inc., et al., No. 24-cv-01586 |
| 03/14/24 | Paducah Independent Schools v. Meta Platforms, Inc., et al., No. 24-cv-01587 |
| 04/05/24 | Wake County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-03047 |
| 04/15/24 | Chesterfield County, South Carolina v. Meta Platforms, Inc., et al., No. 24-cv-02222 |
| 04/15/24 | Duval County School District v. Meta Platforms, Inc., et al., No. 24-cv-02975 |
| 04/15/24 | Lee County, South Carolina v. Meta Platforms, Inc., et al., No. 24-cv-02224 |
| 04/15/24 | Nassau County School District v. Meta Platforms, Inc., et al., No. 24-cv-02976 |

| Date Filed | Case |
|---|---|
| 04/23/24 | St. Mary's County Public Schools Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-02977 |
| 04/29/24 | County of Oakland, Michigan v. Meta Platforms, Inc., et al., No. 24-cv-02554 |
| 05/01/24 | Durham Public Schools Board Of Education v. Meta Platforms, Inc., et al., No. 24-cv-03448 |
| 05/07/24 | Franklin County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-03447 |
| 05/14/24 | Boulder Preparatory High School v. Meta Platforms, Inc., et al., No. 24-cv-02902 |
| 05/14/24 | Delaware County Intermediate Unit v. Meta Platforms, Inc., et al., No. 24-cv-02907 |
| 05/14/24 | Unionville-Chadds Ford School District v. Meta Platforms, Inc., et al., No. 24-cv-02905 |
| 05/22/24 | Clay County School District v. Meta Platforms, Inc., et al., No. 24-cv-03948 |
| 05/22/24 | Hollidaysburg Area School District v. Meta Platforms, Inc., et al., No. 24-cv-03078 |
| 05/22/24 | Westmont Hilltop School District v. Meta Platforms, Inc., et al., No. 24-cv-03079 |
| 05/24/24 | Woodland Hills School District v. Meta Platforms, Inc., et al., No. 24-cv-03150 |
| 05/28/24 | Northampton County Schools Board Of Education v. Meta Platforms, Inc., et al., No. N/A |
| 05/29/24 | Edenton-Chowan County Public Schools v. Meta Platforms, Inc., et al., No. N/A |
| 05/29/24 | Edgecombe County Public Schools v. Meta Platforms, Inc., et al., No. N/A |
| 05/30/24 | Currituck County Public Schools v. Meta Platforms, Inc., et al., No. N/A |
| 05/31/24 | Jones County Board Of Education v. Meta Platforms, Inc., et al., No. N/A |
| 06/07/24 | Spartanburg 4 School District v. Meta Platforms, Inc., et al., No. N/A |
| 06/13/24 | Fayetteville Public Schools v. Meta Platforms, Inc., et al., No. 24-cv-03570 |
| 06/13/24 | Spartanburg County School District Three v. Meta Platforms, Inc., et al., No. 24-cv-03576 |
| 06/14/24 | Board of Education for The Public Schools of Robeson County v. Meta Platforms, Inc., et al., No. N/A |
| 06/14/24 | Chatham County Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-03949 |
| 06/14/24 | Moore County Board of Education v. Meta Platforms, Inc., et al., No. 22-cv-03951 |
| 06/25/24 | South Huntington Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-03777 |
| 06/25/24 | Waukegan Community Unit School District No. 60 v. Meta Platforms, Inc., et al., No. 24-cv-03775 |

# EXHIBIT D

**Exhibit D**

| Date Filed | Case |
|---|---|
| 07/03/24 | Bellmore-Merrick Central High School District v. Meta Platforms, Inc., et al., No. 24-cv-04028 |
| 07/03/24 | Brentwood Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04065 |
| 07/03/24 | East Islip Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04018 |
| 07/03/24 | Edgemont Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04063 |
| 07/03/24 | Elmont Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04056 |
| 07/03/24 | Great Neck Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04012 |
| 07/03/24 | Hebrew Academy of Nassau County v. Meta Platforms, Inc., et al., No. 24-cv-04016 |
| 07/03/24 | Islip Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04052 |
| 07/03/24 | Jericho Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04011 |
| 07/03/24 | Kings Park Central School District v. Meta Platforms, Inc., et al., No. 24-cv-04047 |
| 07/03/24 | Marlboro Central School District v. Meta Platforms, Inc., et al., No. 24-cv-04043 |
| 07/03/24 | Merrick Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04049 |
| 07/03/24 | Mount Pleasant Central School District v. Meta Platforms, Inc., et al., No. 24-cv-04033 |
| 07/03/24 | Mount Vernon City School District v. Meta Platforms, Inc., et al., No. 24-cv-04050 |
| 07/03/24 | New Rochelle City School District v. Meta Platforms, Inc., et al., No. 24-cv-04031 |
| 07/03/24 | North Merrick Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04020 |
| 07/03/24 | Peekskill City School District v. Meta Platforms, Inc., et al., No. 24-cv-04025 |
| 07/03/24 | Port Jefferson Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04014 |
| 07/03/24 | Port Jervis City School District v. Meta Platforms, Inc., et al., No. 24-cv-04055 |
| 07/03/24 | Westbury Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04069 |
| 07/16/24 | Roslyn Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04268 |
| 07/16/24 | Spokane Public Schools v. Meta Platforms, Inc., et al., No. 24-cv-04266 |
| 07/25/24 | Alpine School District v. Meta Platforms, Inc., et al., No. 24-cv-04502 |
| 07/25/24 | Gretna Public Schools v. Meta Platforms, Inc., et al., No. 24-cv-04503 |
| 07/25/24 | Herricks Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-04505 |
| 07/25/24 | Lenape Regional High School District v. Meta Platforms, Inc., et al., No. 24-cv-04504 |
| 08/06/24 | Beaver County School District v. Meta Platforms, Inc., et al., No. 24-cv-04754 |
| 08/06/24 | Box Elder School District v. Meta Platforms, Inc., et al., No. 24-cv-04758 |
| 08/06/24 | Davis School District v. Meta Platforms, Inc., et al., No. 24-cv-04752 |
| 08/06/24 | Duchesne County School District v. Meta Platforms, Inc., et al., No. 24-cv-04747 |
| 08/06/24 | Juab School District v. Meta Platforms, Inc., et al., No. 24-cv-04748 |
| 08/06/24 | Kane County School District v. Meta Platforms, Inc., et al., No. 24-cv-04763 |
| 08/06/24 | Morgan County School District v. Meta Platforms, Inc., et al., No. 24-cv-04777 |
| 08/06/24 | Nebo School District v. Meta Platforms, Inc., et al., No. 24-cv-04753 |
| 08/06/24 | North Sanpete School District v. Meta Platforms, Inc., et al., No. 24-cv-04780 |
| 08/06/24 | Piute County School District v. Meta Platforms, Inc., et al., No. 24-cv-04746 |
| 08/06/24 | San Juan School District v. Meta Platforms, Inc., et al., No. 24-cv-04778 |
| 08/07/24 | Daggett School District v. Meta Platforms, Inc., et al., No. 24-cv-04797 |

| 08/07/24 | Granite School District v. Meta Platforms, Inc., et al., No. 24-cv-04794 |
|---|---|
| 08/07/24 | South Sanpete School District v. Meta Platforms, Inc., et al., No. 24-cv-04788 |
| 08/07/24 | Wayne School District v. Meta Platforms, Inc., et al., No. 24-cv-04790 |
| 08/09/24 | Granville County Public Schools Board of Education v. Meta Platforms, Inc., et al., No. N/A |
| 08/12/24 | Roanoke Rapids Graded School District Board of Education v. Meta Platforms, Inc., et al., No. N/A |
| 08/12/24 | Warren County Schools Board of Education v. Meta Platforms, Inc., et al., No. N/A |
| 08/16/24 | Caddo Parish Public Schools v. Meta Platforms, Inc., et al., No. 24-cv-05287 |
| 08/19/24 | Alamance-Burlington Schools Board of Education v. Meta Platforms, Inc., et al., No. 24-cv-06277 |
| 08/20/24 | Lindenwold Public School District v. Meta Platforms, Inc., et al., No. 24-cv-05530 |
| 08/21/24 | Buncombe County North Carolina School District v. Meta Platforms, Inc., et al., No. 24-cv-05605 |
| 08/23/24 | Iredell-Statesville North Carolina School District v. Meta Platforms, Inc., et al., No. 24-cv-05772 |
| 08/27/24 | Hemingford Public Schools v. Meta Platforms, Inc., et al., No. 24-cv-05530 |
| 08/27/24 | Leeds City Schools v. Meta Platforms, Inc., et al., No. 24-cv-06125 |
| 08/30/24 | Horry County School District v. Meta Platforms, Inc., et al., No. 24-cv-06169 |
| 09/12/24 | Educational Service Center of Lorain County v. Meta Platforms, Inc., et al., No. 24-cv-06434 |
| 09/12/24 | East Meadow Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-06438 |
| 09/12/24 | Lansing School District v. Meta Platforms, Inc., et al., No. 24-cv-06432 |
| 09/12/24 | Letchworth Central School District v. Meta Platforms, Inc., et al., No. 24-cv-06415 |
| 09/12/24 | Northport-East Northport Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-06443 |
| 09/12/24 | Elwood Union Free School District v. Meta Platforms, Inc., et al., No. 24-cv-06444 |