[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561*<br><br>*Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065*<br><br>*Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377*<br><br>*Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804*<br><br>*Charleston County School District v. Meta, et al., Case No. 23-cv-04659*<br><br>*Dekalb County School District v. Meta, et al.,  Case No. 23-cv-05733*<br><br>*Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467*<br><br>*Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098*<br><br>*School District of the Chathams v. Meta, et al., Case No. 23-cv-01466*<br><br>*Spartanburg 6 School District v. Meta, et al.,  Case No. 24-cv-00106*<br><br>*The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573*<br><br>*Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT ON BELLWETHER SCHOOL DISTRICT SEARCH TERMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1  Pursuant to the Discovery Management Order No.10 (Dkt. 1157), as extended by stipulation and order entered on September 19, 2024 (Dkt. 1163), and the September 25, 2024 Joint Status Report (ECF 1176), the Bellwether School District Plaintiffs ("SD Plaintiffs") and Defendants (collectively, "the Parties") jointly submit this status report on search term negotiations and Plaintiffs' obligations under the Family Educational Rights and Privacy Act ("FERPA").

Since the last status report, the Parties have continued to meet and confer regarding search terms, including conferring regarding the results of responsiveness sampling in an effort to further narrow remaining disputes. With respect to Plaintiffs' obligations under FERPA, the Parties have exchanged drafts and are close to agreement on a joint stipulation and proposed modification to the Stipulated Second Modified Protective Order (Dkt. No. 665).

The Parties will continue to meet and confer to see if they can further narrow or resolve any remaining disputes. Should the Parties be unable to reach a complete resolution of their differences, on October 10, 2024, the Parties will submit a joint letter brief in compliance with Section H(3) of the Court's discovery standing order. SD Plaintiffs reserve their right to seek a commensurate extension of time to the November 5, 2024, substantial completion of document production for those documents that hit on any additional terms.

DATED: October 2, 2024           Respectfully submitted,

*/s Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

| | |
|---|---|
| 1 | CHRISTOPHER A. SEEGER |
| | **SEEGER WEISS, LLP** |
| 2 | 55 CHALLENGER ROAD, 6TH FLOOR |
| | RIDGEFIELD PARK, NJ 07660 |
| 3 | Telephone: 973-639-9100 |
| | cseeger@seegerweiss.com |
| 4 | |
| 5 | Counsel to Co-Lead Counsel |
| 6 | JENNIE LEE ANDERSON |
| | **ANDRUS ANDERSON, LLP** |
| 7 | 155 MONTGOMERY STREET, SUITE 900 |
| | SAN FRANCISCO, CA 94104 |
| 8 | Telephone: 415-986-1400 |
| | jennie@andrusanderson.com |
| 9 | Liaison Counsel |
| 10 | EMILY C. JEFFCOTT |
| | **MORGAN & MORGAN** |
| 11 | 633 WEST FIFTH STREET, SUITE 2652 |
| | LOS ANGELES, CA 90071 |
| 12 | Telephone: 213-787-8590 |
| | ejeffcott@forthepeople.com |
| 13 | |
| 14 | JOSEPH VANZANDT |
| | **BEASLEY ALLEN** |
| 15 | 234 COMMERCE STREET |
| | MONTGOMERY, LA 36103 |
| 16 | Telephone: 334-269-2343 |
| | joseph.vanzandt@beasleyallen.com |
| 17 | Federal/State Liaisons |
| 18 | MATTHEW BERGMAN |
| | GLENN DRAPER |
| 19 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| | 821 SECOND AVENUE, SUITE 2100 |
| 20 | SEATTLE, WA 98104 |
| | Telephone: 206-741-4862 |
| 21 | matt@socialmediavictims.org |
| | glenn@socialmediavictims.org |
| 22 | |
| 23 | JAMES J. BILSBORROW |
| | **WEITZ & LUXENBERG, PC** |
| 24 | 700 BROADWAY |
| | NEW YORK, NY 10003 |
| 25 | Telephone: 212-558-5500 |
| | jbilsborrow@weitzlux.com |
| 26 | |
| 27 | |
| 28 | |

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP

/s/ *Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

/s/ *Andrea Roberts Pierson*

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

| | |
|---|---|
| 1 | Geoffrey Drake, *pro hac vice* |
| 2 | KING & SPALDING LLP<br>1180 Peachtree Street, NE, Suite 1600 |
| 3 | Atlanta, GA 30309<br>Tel.: 404-572-4600 |
| 4 | Email: gdrake@kslaw.com<br>Email: dmattern@kslaw.com |
| 5 | David Mattern, *pro ha vice* |
| 6 | KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 900 |
| 7 | Washington, D.C. 20006<br>Telephone: +1 (202) 626-2946 |
|   | Email: dmattern@kslaw.com |
| 8 | |
| 9 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 10 | MUNGER, TOLLES & OLSON LLP |
| 11 | */s/ Jonathan H. Blavin* |
| 12 | Jonathan H. Blavin, SBN 230269 |
| 13 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 14 | San Francisco, CA 94105-3089<br>Telephone: (415) 512-4000 |
|    | Facsimile: (415) 512-4077 |
| 15 | Email: jonathan.blavin@mto.com |

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

Jessica Davidson (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Email: Jessica.Davidson@skadden.com

Laura Bernescu (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Email: laura.bernescu@skadden.com

|   |   |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| 3 | */s/ Brian M. Willen* |
| 4 | Brian M. Willen (*pro hac vice*) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 5 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 6 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 7 | Email: bwillen@wsgr.com |
| 8 | Lauren Gallo White (SBN 309075) |
|   | Samantha A. Machock (SBN 298852) |
| 9 | WILSON SONSINI GOODRICH & ROSATI |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 10 | San Francisco, CA 94105 |
|   | Telephone: (415) 947-2000 |
| 11 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 12 | Email: smachock@wsgr.com |
| 13 | Christopher Chiou (SBN 233587) |
|   | Matthew K. Donohue (SBN 302144) |
| 14 | WILSON SONSINI GOODRICH & ROSATI |
|   | 953 East Third Street, Suite 100 |
| 15 | Los Angeles, CA 90013 |
|   | Telephone: (323) 210-2900 |
| 16 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 17 | Email: mdonohue@wsgr.com |
| 18 | *Attorneys for Defendants YouTube, LLC and Google LLC* |

WILLIAMS & CONNOLLY LLP

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
J. Andrew Keyes (*pro hac vice*)
akeyes@wc.com
Annie Showalter (*pro hac vice*)
ashowalter@wc.com
Chaloea Williams (*pro hac vice*)
cwilliams@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Yardena R. Zwang-Weissman*

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## ATTESTATION

I, Chaloea Williams, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 2, 2024        By:    /s/ Chaloea Williams
                                     Chaloea Williams