[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> ALL CASES | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the State Attorneys General and the Personal Injury and School District/Local Government Entity Plaintiffs (collectively, "Plaintiffs") submit this Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent ruling in *State of Indiana v. TikTok Inc., et al.*, Nos. 23A-PL-3110, 23A-PL-3111 (Ind. Ct. App. Sept. 30, 2024) (attached hereto as **Exhibit A**). Plaintiffs submit this decision in support of their arguments raised in the following briefs:

(1)    State Attorneys General Plaintiffs' Opposition to Meta's Motion to Dismiss the Multistate Attorneys General Complaint (ECF No. 599);

(2)    Florida Attorney General's Opposition to Meta's Motion to Dismiss Florida Attorney General's Amended Complaint (Case 4:23-cv-05885-YGR, ECF No. 32);

(3)    Personal Injury and School District/Local Government Entity Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) Plaintiffs' Non-Priority Claims

1  (ECF No. 597); and

2    (4) Personal Injury and School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motions to Dismiss the Personal Injury Plaintiffs' Consumer Protection Claims (Count 7) and Meta's Motion to Dismiss the Personal Injury Plaintiffs' Misrepresentation Claims (Counts 8-9) (ECF No. 600).

  Plaintiffs submit this authority via Administrative Motion rather than a Statement of Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must be submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). The decision subject to this Administrative Motion was issued after the completion of briefing and argument on the motions listed above.

DATED: October 4, 2024      Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773,
*pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

**ASHLEY MOODY**
Attorney General
State of Florida

*/s/ Donna Cecilia Valin*
Donna Cecilia Valin (FL Bar No. 96687), *pro hac vice*
Special Counsel, Assistant Attorney General
Consumer Protection Division
135 West Central Blvd.
Orlando, FL 32801

Telephone: (407) 316-4840
Donna.valin@myfloridalegal.com

Victoria Ann Butler (FL Bar No. 861250),
*pro hac vice*
Director of Consumer Protection Litigation
3507 E. Frontage Road, Suite 325
Tampa, FL 33607
Telephone: (813) 287-7950
Victoria.butler@myfloridalegal.com

John M. Guard (FL Bar No. 374600),
pro hac vice
Chief Deputy Attorney General
PL-01 The Capitol
Tallahassee, FL 32399
John.guard@myfloridalegal.com

Nicholas J. Weilhammer (FL Bar No. 479322),
*pro hac vice*
Associate Deputy Attorney General for Enforcement
PL-01 The Capitol
Tallahassee, FL 32399
Telephone: (850) 414-3861
Nicholas.weilhammer@myfloridalegal.com

Karen E. Berger (FL Bar No. 72991),
*pro hac vice*
Special Counsel, Assistant Attorney General
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 712-4600
Karen.berger@myfloridalegal.com

*Attorneys for Office of the Attorney General, State of Florida, Department of Legal Affairs*

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

|   |   |
|---|---|
| 1 | |
| 2 | PREVIN WARREN<br>**MOTLEY RICE LLC**<br>401 9th STREET NW SUITE 630 |
| 3 | WASHINGTON DC 20004<br>Telephone: 202-386-9610 |
| 4 | pwarren@motleyrice.com |
| 5 | |
| 6 | *Co-Lead Counsel* |
| 7 | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 8 | 55 CHALLENGER ROAD, 6TH FLOOR<br>RIDGEFIELD PARK, NJ 07660 |
| 9 | Telephone: 973-639-9100<br>cseeger@seegerweiss.com |
| 10 | |
| 11 | *Counsel to Co-Lead Counsel* |
| 12 | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 13 | 155 MONTGOMERY STREET, SUITE 900<br>SAN FRANCISCO, CA 94104 |
| 14 | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 15 | |
| 16 | *Liaison Counsel* |
| 17 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 18 | 510 WALNUT STREET<br>SUITE 500 |
| 19 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 20 | mweinkowitz@lfsbalw.com |
| 21 | |
| 22 | MELISSA YEATES<br>**KESSLER TOPAZ MELTZER &** |
| 23 | **CHECK LLP**<br>280 KING OF PRUSSIA ROAD |
| 24 | RADNOR, PA 19087<br>Telephone: 610-667-7706 |
| 25 | myeates@ktmc.com |
| 26 | *Co-Chairs of Local Government Entity* |
| 27 | *Subcommittee* |
| 28 | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |

| | |
|---|---|
| 1 | 633 WEST FIFTH STREET, SUITE 2652 |
| 2 | LOS ANGELES, CA 90071 |
| | Telephone: 213-787-8590 |
| 3 | ejeffcott@forthepeople.com |

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 CONNECTICUT AVE, NW, SUITE 500

| | |
|---|---|
| 1 | WASHINGTON D.C. 20036 |
| 2 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 3 | |
|   | *Plaintiffs' Steering Committee Leadership* |
| 4 | |
|   | RON AUSTIN |
| 5 | **RON AUSTIN LAW** |
|   | 400 MANHATTAN BLVD. |
| 6 | HARVEY, LA 70058 |
| 7 | Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 8 | |
|   | PAIGE BOLDT |
| 9 | **WALSH LAW** |
|   | 4 DOMINION DRIVE, BLDG. 3, SUITE |
| 10 | 100 |
|   | SAN ANTONIO, TX 78257 |
| 11 | Telephone: 210-448-0500 |
| 12 | PBoldt@alexwalshlaw.com |
| 13 | |
|   | THOMAS P. CARTMELL |
| 14 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 GRAND AVENUE, SUITE 300 |
| 15 | KANSAS CITY, MO 64112 |
|   | Telephone: 816-701-1100 |
| 16 | tcartmell@wcllp.com |
| 17 | |
|   | SARAH EMERY |
| 18 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 19 | 600 WEST MAIN STREET, SUITE 100 |
|   | LOUISVILLE, KY 40202 |
| 20 | Telephone: 859-600-6725 |
|   | semery@justicestartshere.com |
| 21 | |
| 22 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 23 | 16 COURT ST. |
|   | BROOKLYN, NY 11241 |
| 24 | Telephone: 646-666-8908 |
|   | carrie@cagoldberglaw.com |
| 25 | |
|   | RONALD E. JOHNSON, JR. |
| 26 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 27 | 600 WEST MAIN STREET, SUITE 100 |
| 28 | LOUISVILLE, KY 40202 |

Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 MADISON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS

|   |   |
|---|---|
| 1 | DAVID FERNANDES |
| 2 | **BARON & BUDD, P.C.** |
|   | 15910 VENTURA BOULEVARD, SUITE 1600 |
| 3 | ENCINO, CA 91436 |
| 4 | Telephone: 818-839-2333 |
|   | rtellis@baronbudd.com |
| 5 | dfernandes@baronbudd.com |

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20TH ST NORTH
SUITE 1500
BIRMINGHAM, ALABAMA 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*

**ATTESTATION**

I, Megan O'Neill, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 4, 2024

By: */s/ Megan O'Neill*