Case Number: PC-2022-04492
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2022 4:38 PM
Envelope: 3835628
Reviewer: Carol M.

Case 4:22-md-03047-YGR     Document 1194-1     Filed 10/04/24     Page 1 of 6

Case
IN RE: SOCIAL MEDIA
ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY
LITIGATION

Exhibit
1

# *EXHIBIT A*

Case Number: PC-2022-04492
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2022 4:38 PM
Envelope: 3835628
Reviewer: Carol M.

Electronically Served: 9/29/2022 1:47 PM
Location: Providence/Bristol County Superior Court
Case Number: PC-2022-04492

Case 4:22-md-03047-YGR     Document 1194-1     Filed 10/04/24     Page 2 of 6



# STATE OF RHODE ISLAND

## SUPERIOR COURT
## SUBPOENA - CIVIL

| **Plaintiff/Petitioner** | **Civil Action File Number** |
|---|---|
| State of Rhode Island | PC-2022-04492 |
| **Defendant/Respondent** | |
| BTTR, LLC, HAM, INC., and MICHAEL BRESETTE | |

| ☐ Murray Judicial Complex<br>Newport County<br>45 Washington Square<br>Newport, Rhode Island 02840-2913<br>*(401) 841-8330 | ☐ Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick, Rhode Island 02886-0107<br>*(401) 822-6900 |
|---|---|
| ☐ McGrath Judicial Complex<br>Washington County<br>4800 Tower Hill Road<br>Wakefield, Rhode Island 02879-2239<br>*(401) 782-4121 | ☑ Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence, Rhode Island 02903-2719<br>*(401) 222-3230 |

**TO:** KEEPER OF RECORDS

of Rhode Island Department of Motor Vehicles, 600 New London Ave, Cranston, RI 02920.

☐ **YOU ARE HEREBY COMMANDED** to appear in the Superior Court listed above at the date, time, and courtroom specified below to testify in the above-entitled case and bring with you:

_____

_____

| Courtroom | Date | Time |
|---|---|---|
|  |  |  |

If you need language assistance, please contact the Office of Court Interpreters at (401) 222-8710 or by email at interpreterfeedback@courts.ri.gov before your court appearance.

\* If an accommodation for a disability is necessary, please contact the Superior Court Clerk's Office at the telephone number listed above as soon as possible. TTY users can contact the Superior Court through Rhode Island Relay at 7-1-1 or 1-800-745-5555 (TTY) to voice number.

Page 1 of 3

Superior-51 (revised June 2020)

Case Number: PC-2022-04492
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2022 4:38 PM
Envelope: 3835628
Reviewer: Carol M.

Case 4:22-md-03047-YGR   Document 1194-1   Filed 10/04/24   Page 3 of 6

Electronically Served: 9/29/2022 1:47 PM
Location: Providence/Bristol County Superior Court
Case Number: PC-2022-04492



# STATE OF RHODE ISLAND

## SUPERIOR COURT

☐ **YOU ARE HEREBY COMMANDED** to appear at the location, date, and time specified below to testify at the taking of a deposition in the above-entitled case.

| Location of Deposition | Date | Time |
|---|---|---|
|  |  |  |

☑ **YOU ARE HEREBY COMMANDED** to produce and permit inspection and copying of the following documents or objects at location, date, and time specified below (list documents or objects):
DOCUMENTATION IDENTIFYING ANY AND ALL MOTOR VEHICLES OWNED OR REGISTERED BY THE ENTITIES AND INDIVIDUALS LISTED IN THE ATTACHED EXHIBIT A

| Location | Date | Time |
|---|---|---|
| 150 South Main Street, Providence, RI | 10/19/2022 | 5:00 PM |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. (Rule 30(b)(6) of the Superior Court Rule of Civil Procedure).

| /s/ Stephen N. Provazza | Rhode Island Bar Number: 10435 |
|---|---|
| Attorney for the ☑ Plaintiff/Petitioner ☐ Defendant/Respondent or ☐ Plaintiff/Petitioner ☐ Defendant/Respondent | Date: 09/26/2022 |
| Telephone Number: 401-274-4400 | |

| Issued by ☐ Clerk, ☑ Notary, or ☐ Issuing Official pursuant to G.L. 1956 § 9-17-3 | Date: 9-28-22 |
|---|---|

/s/ _____
Clerk

Name of Notary: Melissa Lynn DiFonzo
Signature of Notary: [signature]
Notary commission expires: 1-20-2025
Notary identification number: 750108

[Notary seal: MELISSA LYNN DIFONZO, Notary Public, State of Rhode Island, Commission # 750108]

Name of Issuing Official

Signature of Issuing Official

Page 2 of 3

Superior-51 (revised June 2020)

Case Number: PC-2022-04492
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2022 4:38 PM
Envelope: 3835628
Reviewer: Carol M.

Electronically Served: 9/29/2022 1:47 PM
Location: Providence/Bristol County Superior Court
Case Number: PC-2022-04492

Case 4:22-md-03047-YGR    Document 1194-1    Filed 10/04/24    Page 4 of 6



# STATE OF RHODE ISLAND

## SUPERIOR COURT

> The following information is being provided pursuant to Rule 45(c), (d), and (e) of the Superior Court Rules of Civil Procedure.

(c) **Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents, or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing, or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within fourteen (14) days after service of the subpoena or before the time specified for compliance if such time is less than fourteen (14) days after service, serve upon the self-represented litigant or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it:

(i) Fails to allow reasonable time for compliance;

(ii) Requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iii) Subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) **Duties in Responding to Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(e) **Contempt.** Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court in which the action is pending.

Case Number: PC-2022-04492
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2022 4:38 PM
Envelope: 3835628
Reviewer: Carol M.
Electronically Served: 9/29/2022 1:47 PM
Location: Providence/Bristol County Superior Court
Case Number: PC-2022-04492

# EXHIBIT A

1. Documentation enumerating every motor vehicle owned or registered to MICHAEL BRESETTE, Date of Birth 07/22/1970, of 10 DORRANCE STREET, SUITE 700, PROVIDENCE, RI 02903 and/or 115 AUBURN STREET, CRANSTON, RI 02910.

2. Documentation enumerating every motor vehicle owned or registered to HEATHER KITTERICK, Date of Birth 11/04/1977 of 115 AUBURN STREET, CRANSTON, RI 02910.

3. Documentation enumerating every motor vehicle owned or registered to 911 RESTORATION OF RHODE ISLAND of 1381 CRANSTON STREET, CRANSTON, RI 02920 and/or 89 VALLEY STREET, EAST PROVIDENCE, RI 02914.

4. Documentation enumerating every motor vehicle owned or registered to HAM INC. of 1381 CRANSTON STREET, CRANSTON, RI 02920 and/or 301 FARNUM PIKE, SMITHFIELD, RI 02917.

5. Documentation enumerating every motor vehicle owned or registered to BTTR LLC of 10 DORRANCE STREET, SUITE 700, PROVIDENCE, R.I. 02903.

6. Documentation enumerating every motor vehicle owned or registered to RESTORATION ASAP of 221 HALLENE ROAD UNIT C, WARWICK, RI 02886 USA and/or 222 HALLENE ROAD, WARWICK, RI 02886.

7. Documentation enumerating every motor vehicle owned or registered to BUZZYS R.R LLC of 207 SENECCA AVENUE, PAWTUCKET, RI 02860 USA.

8. Documentation enumerating every motor vehicle owned or registered IMPERIAL RESTORATION CONSTRUCTION CORP of 10 DORRANCE STREET, SUITE 700, PROVIDENCE, R.I. 02903 and/or 22 MONTEREY DRIVE, SUITE 1, WEST WARWICK, RI 02893.

9. Documentation enumerating every motor vehicle owned or registered to BUSINESS HOLDINGS LLC of ADDRESS UNKOWN.