1
2
3
4
5
6
7

LAURA BERNESCU, *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
320 S. Canal St.
Chicago, IL 60606
Telephone: (312) 407-0709
Facsimile: (312) 827-9421
Email: laura.bernescu@skadden.com

*Attorney for Snap Inc.*

*Additional counsel listed on signature page*

8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

MDL No. 3047

Case Nos.: 4:22-md-03047-YGR-PHK

**JOINT NOTICE OF WITHDRAWAL OF
JOINT LETTER BRIEF**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

17

This Document Relates to:

18
19
20
21
22
23
24
25
26
27
28

*Baltimore County Board of Education v. Meta,
et al., Case No. 24-cv-01561*
*Board of Education Harford County v. Meta, et
al., Case No. 23-cv-03065*
*Board of Education of Jordan School District v.
Meta, et al., Case No. 24-cv-01377*
*Breathitt County Board of Education v. Meta, et
al., Case No. 23-cv-01804*
*Charleston County School District v. Meta, et
al., Case No. 23-cv-04659*
*Dekalb County School District v. Meta, et al.,
Case No. 23-cv-05733*
*Irvington Public Schools v. Meta, et al.,
Case No. 23-cv-01467*
*Saint Charles Parish Public Schools v. Meta, et
al., Case No. 24-cv-01098*
*School District of the Chathams v. Meta, et al.,
Case No. 23-cv-01466*
*Spartanburg 6 School District v. Meta, et al.,
Case No. 24-cv-00106*
*The School Board of Hillsborough County,
Florida v. Meta, et al., Case No. 24-cv-01573*

1  *Tucson Unified School District v. Meta, et al.,*
   *Case No. 24-cv-01382*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF

1    The Parties respectfully give notice of withdrawal of Document No. 1175, Joint Letter

2  Brief Regarding Bellwether School District Plaintiffs' Objections to Defendants' Requests for

3  Production of Documents (Set One), filed on September 25, 2024 (the "RFP Letter Brief").

4  Through continued negotiations, the Parties have successfully resolved all the issues raised in the

5  RFP Letter Brief and therefore withdraw it.

6

7  Dated: October 8, 2024                    Respectfully Submitted,

8
                                             **SKADDEN, ARPS, SLATE, MEAGHER &**
9                                            **FLOM LLP**

10                                           */s/ Laura Bernescu*

11                                           Laura Bernescu (*pro hac vice*)
                                             **SKADDEN, ARPS, SLATE,**
12                                           **MEAGHER & FLOM LLP**
                                             320 S. Canal St.
13                                           Ste 47th Floor
                                             Chicago, IL 60606-5707
14                                           Telephone: (312) 407-0700
                                             Email: laura.bernescu@skadden.com
15
                                             Jessica Davidson (*pro hac vice*)
16                                           **SKADDEN, ARPS, SLATE,**
                                             **MEAGHER & FLOM LLP**
17                                           One Manhattan West
                                             New York, NY 10001
18                                           Telephone: (212) 735-2588
                                             Email: Jessica.Davidson@skadden.com
19
                                             **MUNGER, TOLLES & OLSON LLP**
20
                                             */s/ Jonathan H. Blavin*
21
                                             Jonathan H. Blavin, SBN 230269
22                                           **MUNGER, TOLLES & OLSON LLP**
                                             560 Mission Street, 27th Floor
23                                           San Francisco, CA 94105-3089
                                             Telephone: (415) 512-4000
24                                           Facsimile: (415) 512-4077
                                             Email: jonathan.blavin@mto.com
25
                                             Rose L. Ehler (SBN 29652)
26                                           Victoria A. Degtyareva (SBN 284199)
                                             Laura M. Lopez, (SBN 313450)
27                                           Ariel T. Teshuva (SBN 324238)
                                             **MUNGER, TOLLES & OLSON LLP**
28                                           350 South Grand Avenue, 50th Floor
                                             Los Angeles, CA 90071-3426

JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF

1

Telephone: (213) 683-9100
Facsimile: (213) 687-3702

2

Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com

3

Email: Ariel.Teshuva@mto.com

4

Lauren A. Bell (*pro hac vice*)

5

**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave., NW St.,
Suite 500 E

6

Washington, D.C. 20001-5369
Telephone: (202) 220-1100

7

Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

8

9

*Attorneys for Defendant Snap Inc.*

10

**COVINGTON & BURLING LLP**

11

*/s/ Ashley M. Simonsen*

12

Ashley M. Simonsen, SBN 275203
**COVINGTON & BURLING LLP**

13

1999 Avenue of the Stars
Los Angeles, CA 90067

14

Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749

15

Email: asimonsen@cov.com

16

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**

17

One City Center

18

850 Tenth Street, NW
Washington, DC 20001-4956

19

Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

20

Email: pajones@cov.com
Email: pschmidt@cov.com

21

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*

22

*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*

23

*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

24

**FAEGRE DRINKER LLP**

25

*/s/ Andrea Roberts Pierson*

26

Andrea Roberts Pierson, *pro hac vice*

27

**FAEGRE DRINKER LLP**
300 N. Meridian Street, Suite 2500

28

Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300

JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF

1   Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
2   Email: amy.fiterman @faegredrinker.com

3   Amy R. Fiterman, *pro hac vice*
**FAEGRE DRINKER LLP**
4   2200 Wells Fargo Center
90 South Seventh Street
5   Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
6   Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com
7
Geoffrey Drake, *pro hac vice*
8   **KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
9   Atlanta, GA 30309
Tel.: 404-572-4600
10  Email: gdrake@kslaw.com
Email: dmattern@kslaw.com
11
David Mattern, *pro hac vice*
12  **KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
13  Washington, D.C. 20006
Telephone: +1 (202) 626-2946
14  Email: dmattern@kslaw.com

15  *Attorneys for Defendants TikTok Inc. and
ByteDance Inc.*
16
**WILSON SONSINI GOODRICH & ROSATI**
17  Professional Corporation

18  */s/ Brian M. Willen*

19  Brian M. Willen (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
20  1301 Avenue of the Americas, 40th Floor
New York, New York 10019
21  Telephone: (212) 999-5800
Facsimile: (212) 999-5899
22  Email: bwillen@wsgr.com

23  Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
24  **WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza, Spear Tower, Suite 3300
25  San Francisco, CA 94105
Telephone: (415) 947-2000
26  Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
27  Email: smachock@wsgr.com

28  Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)

JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSON SONSINI GOODRICH & ROSATI**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Yardena R. Zwang-Weissman*

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership
Co-Chair Plaintiffs' Local Government Entity
Committee

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF

1    Co-Chair Plaintiffs' Local Government Entity
     Committee

2

3    Plaintiffs' Steering Committee Membership

4    *Attorneys for Individual Plaintiffs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF