*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047-YGR (PHK)<br><br>MDL No. 3047<br><br>**STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS** |

1   This Stipulation and Order governing Protocol for Depositions of Treating Healthcare Providers shall govern the conduct of all depositions of Plaintiffs' treating healthcare providers in bellwether cases in MDL No. 3047 ("MDL") and California JCCP No. 5255 ("JCCP"). For purposes of this protocol, Plaintiffs' treating healthcare providers include school counselors who provided medical or mental health care to Plaintffs. Any matters not addressed herein shall be governed by the Court's Discovery Limits Order and/or the Court's Protocol for Fact Depositions and Rule 30(b)(6)/PMQ Depositions.

I.   *EX PARTE* COMMUNICATIONS

The state law applicable to each bellwether case governs whether *ex parte* communications with a Plaintiff's healthcare provider is permitted by Defendants. Plaintiffs' records authorizations do not permit *ex parte* contact between Defendants and Plaintiffs' healthcare providers nor do Plaintiffs' consent to *ex parte* communications related to a plaintiff.

To the extent Defendants believe applicable state law allows Defendants to engage in *ex parte* communications with a Plaintiff's healthcare provider, Defendants shall notify Plaintiff's counsel at least 7 days before engaging in any such *ex parte* communications so that Plaintiffs have the opportunity to raise with the Court any concerns with the proposed communications.[1]

Subject to the limitation set forth above, in the event that counsel for a Party engages in *ex parte* contact with a treating healthcare provider, the date of such contact and any documents sent or shown to the provider must be produced to opposing counsel at least 5 days prior to the provider's deposition. If counsel for a Party engages in *ex parte* contact with a treating healthcare provider less than 5 days prior to the provider's deposition, the date of such contact and any documents sent or shown to the provider must be produced to opposing counsel the same day the contact occurred, and no later than 3 hours prior to the start of the provider's deposition. Pursuant to the terms of the Court's Protective Order, documents designated confidential by the Parties (excluding medical

---

[1] Defendants' communications with health care providers made solely in order to schedule depositions shall not constitute ex parte communications and will not be subject to the 7 day notice requirement.

- 2 -

records of the provider) may *not* be shared with a treating healthcare provider prior to the provider's deposition.

## II. CONDUCT OF DEPOSITIONS

### A. Timing of Depositions

Depositions of treating healthcare providers shall not occur until the following conditions are met: (1) the treating healthcare provider (or, if applicable, the healthcare provider's facility) produces all available medical records to MRC; and (2) the Plaintiff user (or, in the case of a deceased plaintiff, their representative) has been deposed. The Parties may mutually agree to waive one or both of these conditions.

### B. Order of Questioning

With respect to order of questioning, the Parties will alternate by case. In the MDL, the Parties have listed the cases alphabetically by last name, first for Plaintiffs' picks and then for Defendants' picks, resulting in the following assignments: Plaintiffs will question first in depositions of treating healthcare providers in D'Orazio, N.K. o/b/o S.K., M.M. o/b/o B.M., Clevenger, B.S. o/b/o J.D., and McNeal. Defendants will question first in depositions of treating healthcare providers in Rodriguez o/b/o M.G., Mullen, Smith, Craig, L.H. o/b/o B.H., and Melton.

The Parties will use a similar assignment process in the JCCP, with cases listed by category and alphabetically by last name. The Parties will alternate on the side to lead first, with Plaintiffs going first in Category 1.

### C. Allocation of Time

Depositions of treating healthcare providers shall not exceed 7 hours on the record. The Parties will cooperate to reduce the total deposition time for specific providers who demonstrate a need for reduced time based on extenuating circumstances. For each deposition, Defendants will be entitled to 60% of the time on the record, while Plaintiff will be entitled to the remaining 40%.

## III. APPLICABILITY OF TIME LIMITS

Any time Defendants spend questioning treating healthcare providers on the record shall count against Defendants' 30-hour cumulative time limit for depositions of fact witnesses in

bellwether cases. Any time Plaintiffs spend questioning treating healthcare providers on the record shall *not* count against Plaintiffs' 240/288-hour time limit for fact and Rule 30(b)(6) depositions of Defendants.

## IV. WITNESS COMPENSATION

Defendants shall be responsible for 60% of any compensation paid to treating healthcare providers for time spent testifying during depositions Plaintiffs shall be responsible for the remaining 40%. The Party that questions first during a given provider's deposition shall pay the provider's invoice. Within 30 days of the close of fact discovery, each Party shall seek reimbursement from opposing counsel for their share of all invoices paid by the Party, and copies of each such invoice shall be attached to the Party's request for reimbursement.

Dated: October 8, 2024

Respectfully submitted,

By: *Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

- 4 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

|     |                                                                                                                                                                                     |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1   | JENNIE LEE ANDERSON                                                                                                                                                                 |
| 2   | **ANDRUS ANDERSON, LLP**<br>155 MONTGOMERY STREET, SUITE 900<br>SAN FRANCISCO, CA 94104                                                                                              |
| 3   | Telephone: 415-986-1400<br>jennie@andrusanderson.com                                                                                                                                |
| 4   |                                                                                                                                                                                     |
| 5   | Liaison Counsel                                                                                                                                                                     |
| 6   | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN**                                                                                                                                            |
| 7   | 633 WEST FIFTH STREET, SUITE 2652<br>LOS ANGELES, CA 90071<br>Telephone: 213-787-8590                                                                                               |
| 8   | ejeffcott@forthepeople.com                                                                                                                                                          |
| 9   | JOSEPH VANZANDT                                                                                                                                                                     |
| 10  | **BEASLEY ALLEN**<br>234 COMMERCE STREET<br>MONTGOMERY, LA 36103                                                                                                                    |
| 11  | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com                                                                                                                         |
| 12  |                                                                                                                                                                                     |
| 13  | Federal/State Liaisons                                                                                                                                                              |
| 14  | MATTHEW BERGMAN<br>GLENN DRAPER                                                                                                                                                     |
| 15  | **SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 SECOND AVENUE, SUITE 2100<br>SEATTLE, WA 98104                                                                                            |
| 16  | Telephone: 206-741-4862<br>matt@socialmediavictims.org                                                                                                                              |
| 17  | glenn@socialmediavictims.org                                                                                                                                                        |
| 18  | JAMES J. BILSBORROW                                                                                                                                                                 |
| 19  | **WEITZ & LUXENBERG, PC**<br>700 BROADWAY<br>NEW YORK, NY 10003                                                                                                                     |
| 20  | Telephone: 212-558-5500<br>jbilsborrow@weitzlux.com                                                                                                                                 |
| 21  |                                                                                                                                                                                     |
| 22  | JAYNE CONROY<br>**SIMMONS HANLY CONROY, LLC**                                                                                                                                       |
| 23  | 112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016<br>Telephone: 917-882-5522                                                                                                         |
| 24  | jconroy@simmonsfirm.com                                                                                                                                                             |
| 25  |                                                                                                                                                                                     |
| 26  |                                                                                                                                                                                     |
| 27  |                                                                                                                                                                                     |
| 28  |                                                                                                                                                                                     |

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

- 6 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

- 7 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*


COVINGTON & BURLING LLP

By:  /s/ *Ashley M. Simonsen*
Ashley M. Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

- 8 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

COVINGTON & BURLING LLP
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*


FAEGRE DRINKER LLP

By: */s/ Tarifa B. Laddon*
Tarifa B. Laddon
Amy Fiterman, *pro hac vice*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: tarifa.laddon@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

KING & SPALDING LLP
GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

- 9 -

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSEN LLP |
| 2 | By: */s/ Jonathan H. Blavin* |
| 3 | Jonathan H. Blavin |
| | 560 Mission Street, 27th Floor |
| 4 | San Francisco, CA 94105-3089 |
| | Telephone: (415) 512-4000 |
| 5 | Facsimile: (415) 512-4077 |
| | Email: jonathan.blavin@mto.com |
| 6 | |
| 7 | Rose L. Ehler |
| | Victoria A. Degtyareva |
| 8 | Laura M. Lopez, |
| | Ariel T. Teshuva |
| 9 | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071-3426 |
| 10 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| 11 | Email: rose.ehler@mto.com |
| 12 | Email: victoria.degtyareva@mto.com |
| | Email: Ariel.Teshuva@mto.com |
| 13 | |
| | MUNGER, TOLLES & OLSON LLP |
| 14 | Lauren A. Bell (*pro hac vice forthcoming*) |
| | 601 Massachusetts Ave., NW St., |
| 15 | Suite 500 E |
| | Washington, D.C. 20001-5369 |
| 16 | Telephone: (202) 220-1100 |
| | Facsimile: (202) 220-2300 |
| 17 | Email: lauren.bell@mto.com |
| 18 | *Attorneys for Defendant Snap Inc.* |
| 19 | WILSON SONSINI GOODRICH & ROSATI |
| 20 | Professional Corporation |
| 21 | By: */s/ Brian M. Willen* |
| | Brian M. Willen |
| 22 | 1301 Avenue of the Americas, 40th Floor |
| | New York, New York 10019 |
| 23 | Telephone: (212) 999-5800 |
| | Facsimile: (212) 999-5899 |
| 24 | Email: bwillen@wsgr.com |

- 10 -

WILSON SONSINI GOODRICH & ROSATI
Christopher Chiou
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC*

WILLIAMS & CONNOLLY LLP
By: /s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC*

MORGAN LEWIS & BOCKIUS, LLP

By: /s/ *Brian Ercole*
Brian Ercole (*Pro Hac Vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

MORGAN LEWIS & BOCKIUS, LLP
Yardena R. Zwang-Weissman
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

*Attorneys for Defendants YouTube, LLC, Google LLC*

- 11 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

**ORDER**

IT IS SO ORDERED that the foregoing Stipualtion is approved:

DATED:_____

_____
Hon. Peter H. Kang
United States District Court Magistrate Judge

- 12 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: October 9, 2024               /s/ *Tarifa B. Laddon*
                                      Tarifa B. Laddon

- 13 -

STIPULATION AND [PROPOSED] ORDER GOVERNING PROTOCOL FOR DEPOSITIONS OF TREATING HEALTHCARE PROVIDERS
CASE NO. 4:22-MD-03047-YGR (PHK)