# EXHIBIT B

Disputed Terms

| A | B |
|---|---|
| **Defs Proposed Terms** | **Pls Proposed Term Modifications or Reason for Rejecting Term** |
| "digital citizenship" | "digital citizenship" AND "health" |
| "mental health" | "mental health" w/15 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR crisis")" |
| ("Rx" OR prescri*) w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*) | (("Rx" OR prescri*) w/10  ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*)) |
| (alcohol OR gin OR vodka OR tequila OR rum OR liquor* OR beer OR whiskey OR wine OR bourbon OR drunk) w/5 (student* OR pupil* OR scholar* OR school* OR premises OR campus* OR underage* OR youth* OR child* OR teen* OR tween* OR "pre-teen*" OR minor* OR adolescent*) | ((alcohol OR gin OR vodka OR tequila OR rum OR liquor* OR beer OR whiskey OR wine OR bourbon OR drunk) w/5 (student* OR pupil* OR scholar* OR school* OR premises OR campus* OR underage* OR youth* OR child* OR teen* OR tween* OR "pre-teen*" OR minor* OR adolescent*)) AND "health" |
| (behavior* W/3 health) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") | ((behavior* W/3 health) w/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*")) AND ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| (distance W/5 learn*) | (distance W/5 learn*) AND ("mental health" OR "social health" OR "emotional health") |
| (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 "chromebook*" | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/5 ("chromebook*" w/25 ("social media" OR Facebook OR FB OR Instagram OR "IG" OR YouTube OR "You Tube" OR "YT" OR Snap)) |

Disputed Terms

| | A | B |
|---|---|---|
| 9 | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 "concentrat*" | ((scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 "concentrat*") AND ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| 10 | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 "device" | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 ("device" w/25 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB)) |
| 11 | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 "laptop*" | (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*") w/10 ("laptop*" w/25 "social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| 12 | (screen w/3 time) OR screentime | ((screen w/3 time) OR screentime) AND "health" |
| 13 | (student* w/5 focus*) w/25 (problem* OR difficult* OR challeng* OR declin* OR unable* OR inabilit* OR issue) | ((student* w/5 focus*) w/25 (problem* OR difficult* OR challeng* OR declin* OR unable* OR inabilit* OR issue)) AND ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB ) |
| 14 | (vape* OR vaped OR vaping) w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR teach* OR learn*) | ((vape* OR vaped OR vaping) w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR teach* OR learn*)) AND "health" |
| 15 | abus* w/10 (student* or kid* or child* or teen* OR tween* OR youth* OR young* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR underage OR domestic OR family) | (abus* w/10 (student* or kid* or child* or teen* OR tween* OR youth* OR young* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR underage OR domestic OR family)) AND "health" |

Disputed Terms

| | A | B |
|---|---|---|
| 16 | "addict*" | addict* w/5 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| 17 | assault* w/10 ("ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6" OR principal* OR staff OR administrat* OR employee* OR teacher OR harass* OR viol* OR altercation* OR crim* OR safety OR expel* OR suspen* OR discip* OR treat* OR consult* OR train*) | (assault* w/10 ("ninth grade*" OR "9th grade*" OR "grade 9" OR "eighth grade*" OR "8th grade*" OR "grade 8" OR "seventh grade*" OR "7th grade*" OR "grade 7" OR "sixth grade*" OR "6th grade*" OR "grade 6" OR principal* OR staff OR administrat* OR employee* OR teacher OR harass* OR viol* OR altercation* OR crim* OR safety OR expel* OR suspen* OR discip* OR treat* OR consult* OR train*)) AND "health" |
| 18 | assault* w/10 (school* OR class* OR district* OR campus* OR rate* OR disciplin* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10") | (assault* w/10 (school* OR class* OR district* OR campus* OR rate* OR disciplin* OR student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "grade 10")) AND "health" |
| 19 | bully* OR bullie* w/5 (severe OR severity OR intens* OR repeat* OR reptitive OR acute OR chronic OR serious OR extreme* OR major OR problem* OR concern* OR report* OR ignore* OR indifferen* OR fail* OR hotline OR helpline OR online OR internet OR "social media" OR Facebook OR FB OR Instagram OR IG OR Snap* OR TikTok OR TT OR Youtube OR YT OR text*) | (bully* OR bullie*) w/5 ((severe OR severity OR intens* OR repeat* OR reptitive OR acute OR chronic OR serious OR extreme* OR major OR problem* OR concern* OR report* OR ignore* OR indifferen* OR fail* OR hotline OR helpline) w/10 (online OR internet OR "social media" OR Facebook OR FB OR Instagram OR IG OR Snap* OR TikTok OR TT OR Youtube OR YT OR text*)) |
| 20 | Covid* w/10 quarantine* | (Covid* w/10 quarantine) w/30 ("health*" OR success" OR "growth" OR "iPad" OR "laptop" OR "chromebook" OR "device" OR computer OR "polic*" OR "instruction" OR "guidance" OR "protocol")" |
| 21 | crim* W/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*") | (crim* W/10 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR "tenth grade*")) AND "health" |

Disputed Terms

|    | A | B |
|----|---|---|
| 22 | danger w/10 (student* or pupil* or scholar* or kid* or child* or teen* OR tween* OR youth* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR underage) | (danger w/10 (student* or pupil* or scholar* or kid* or child* or teen* OR tween* OR youth* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR underage)) AND ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| 23 | depress* w/10 (scholar* OR kid* OR child* OR student* OR pupil* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") | depress* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (scholar* OR kid* OR child* OR student* OR pupil* OR freshman OR freshmen OR sophomore* OR junior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "11th grade*" OR "tenth grade*" OR "10th grade*" OR "ninth grade*" OR "9th grade*" OR "eighth grade*" OR "8th grade*" OR "seventh grade*" OR "7th grade*" OR "sixth grade*" OR "6th grade*") |
| 24 | drug* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR school*) | (drug* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR school*)) AND "health" |
| 25 | "Facebook" | "Facebook" w/30 ("health OR "threat*" OR "safe*" OR "warning" OR "counselor" OR "discipline" OR "attack" OR "bully*" or "bullie" OR "emergenc*" OR "conflict" OR "incident" OR "commentary" OR "media" OR "legal" OR "investigat*")" |
| 26 | fight w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*) | fight w/10 (("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*)) |
| 27 | "harass*" | harass* AND "health" |
| 28 | hit* w/5 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*) | hit* w/5 (("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*)) |
| 29 | hybrid W/10 learning | (hybrid W/10 learning) AND "health" |

Disputed Terms

| | A | B |
|---|---|---|
| 30 | incident* w/5 student* | (incident* w/5 student*) AND ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| 31 | injur* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*) | injur* w/10 (("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*)) |
| 32 | kick* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*) | kick* w/10 (("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*)) |
| 33 | "lockdown*" | lockdown* AND "health" |
| 34 | medicat* w/10 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB OR student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*) | medicat* w/10 (("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) w/10 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor*)) |
| 35 | pandemic* W/25 (impact OR negative OR harm*) | (pandemic* W/25 (impact OR negative OR harm*)) AND ("mental health" OR "social health" OR "emotional health") |
| 36 | remote W/10 class* | (remote W/10 class*) AND ("mental health" OR "social health" OR "emotional health") |
| 37 | remote W/10 learning | (remote W/10 learning) AND ("mental health" OR "social health" OR "emotional health") |
| 38 | remote W/10 school* | (remote W/10 school*) AND ("mental health" OR "social health" OR "emotional health") |
| 39 | remote W/10 social* | (remote W/10 social*) AND ("mental health" OR "social health" OR "emotional health") |
| 40 | remote W/10 teaching | (remote W/10 teaching) AND ("mental health" OR "social health" OR "emotional health") |
| 41 | sex* W/10 abuse* | (sex* W/10 abuse*) AND "health" |
| 42 | sex* W/10 assault* | (sex* W/10 assault*) AND "health" |

Disputed Terms

| | A | B |
|---|---|---|
| 43 | sex* W/10 viol* | (sex* W/10 viol*) AND "health" |
| 44 | social* W/3 distanc* | (social* W/3 distanc*) AND ("mental health" OR "social health" OR "emotional health") |
| 45 | substance W/5 (disorder* OR abuse*) | (substance W/5 (disorder* OR abuse*)) AND "health" |
| 46 | suspen* w/5 (student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR rate* OR impact* OR trend* OR decline* OR increase*) | suspen* w/5 ((student* OR pupil* OR scholar* OR kid* OR teen* OR child* OR freshman* OR freshmen OR sophomore* OR junior* OR senior* OR rate* OR impact* OR trend* OR decline* OR increase*) w/25 ("social media" OR Instagram OR IG OR TikTok OR YouTube OR Snap* OR Facebook OR FB) |
| 47 | teacher w/5 (shortage* OR quit* OR leav* OR "burnout" OR "burn out" OR "burnt out") | teacher w/5 (shortage* OR "burnout" OR "burn out" OR "burnt out") |
| 48 | teacher* W/5 (retention OR retain*) | (teacher* W/5 (retention OR retain*)) w/5 (problem OR trend OR reason OR cause) |
| 49 | teacher* w/5 turnover | teacher* w/5 (turnover w/5 (problem OR trend OR reason OR cause)) |
| 50 | therap* w/5 child* | (therap* w/5 child*) AND ("mental health" OR "social health" OR "emotional health") |
| 51 | therap* w/5 class* | (therap* w/5 class*) AND ("mental health" OR "social health" OR "emotional health") |
| 52 | therap* w/5 district* | (therap* w/5 district*) AND ("mental health" OR "social health" OR "emotional health") |
| 53 | therap* w/5 school* | (therap* w/5 school*) AND ("mental health" OR "social health" OR "emotional health") |
| 54 | therap* w/5 train* | (therap* w/5 train*) AND ("mental health" OR "social health" OR "emotional health") |
| 55 | weapon* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR school* OR class*) | (weapon* w/5 (student* OR scholar* OR pupil* OR teen* OR tween* OR kid* OR youth* OR child* OR juvenile* OR "pre-teen*" OR preteen* OR adolescent* OR minor* OR school* OR class*)) AND ("mental health" OR "social health" OR "emotional health") |
| 56 | "YouTube" | "YouTube" w/30 ("health" OR threat*" OR "safe*" OR "warning" OR "counselor" OR "discipline" OR "attack" OR "bully*" or "bullie" OR "conflict" OR "incident" OR "commentary" OR "media" OR "legal" OR "investigat*")" |

Disputed Terms

| | A | B |
|---|---|---|
| 57 | "social media" | "social media" w/30 ("health OR "threat*" OR "safe*" OR "warning" OR "counselor" OR "discipline" OR "attack" OR "bully*" or "bullie*" OR "emergenc*" OR "conflict" OR "concern*" OR "content" OR "challenge" OR "legal" OR "outreach" OR "law" OR "incident" OR "investigat*")" |
| 58 | ((social w/3 worker) AND teen*) w/25 need* | ((social w/3 worker) w/25 teen*) w/25 need* |
| 59 | altercation* w/5 consult* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 7 terms to capture documents discussing altercations, including misconduct* w/10 altercation* and misbehav* w/10 altercation*. Defendants have not explained why this additional term is necessary. |
| 60 | altercation* w/5 crim* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 7 terms to capture documents discussing altercations, including misconduct* w/10 altercation* and misbehav* w/10 altercation*. Defendants have not explained why this additional term is necessary. |
| 61 | altercation* w/5 discip* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 7 terms to capture documents discussing altercations, including misconduct* w/10 altercation* and misbehav* w/10 altercation*. Defendants have not explained why this additional term is necessary. |
| 62 | altercation* w/5 expel* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 7 terms to capture documents discussing altercations, including misconduct* w/10 altercation* and misbehav* w/10 altercation*. Defendants have not explained why this additional term is necessary. |
| 63 | altercation* w/5 suspen* | Burden; Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 7 terms to capture documents discussing altercations, including misconduct* w/10 altercation* and misbehav* w/10 altercation*. Defendants have not explained why this additional term is necessary. |

# Disputed Terms

|    | A | B |
|----|---|---|
| 64 | altercation* w/5 train* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 7 terms to capture documents discussing altercations, including misconduct* w/10 altercation* and misbehav* w/10 altercation*. Defendants have not explained why this additional term is necessary. |
| 65 | crisis w/5 student* | Overbroad because not tied to the harms or claims at issue and would capture any document discussing when a student is disrupted. Plaintiffs have agreed to 14 terms that capture crisis, including "mental health" /15 crisis. Defendants have not explained why this additional term is necessary. |
| 66 | disrupt* w/5 student* | Overbroad because not tied to the harms or claims at issue and would capture any document discussing when a student is disrupted. Plaintiffs have agreed to 42 terms that capture documents that relate students' focus, achievement, and performance. Defendants have not explained why this additional term is necessary. |
| 67 | harass* w/5 consult* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 14 other terms to capture harassment documents, including harass* AND "health". Defendants have not explained why this additional term is necessary. |
| 68 | harass* w/5 crim* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 14 other terms to capture harassment documents, including harass* AND "health". Defendants have not explained why this additional term is necessary. |
| 69 | harass* w/5 discip* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 14 other terms to capture harassment documents, including harass* AND "health". Defendants have not explained why this additional term is necessary. |
| 70 | harass* w/5 expel* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 14 other terms to capture harassment documents, including harass* AND "health". Defendants have not explained why this additional term is necessary. |

## Disputed Terms

| | A | B |
|---|---|---|
| 71 | harass* w/5 suspen* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 14 other terms to capture harassment documents, including harass* AND "health". Defendants have not explained why this additional term is necessary. |
| 72 | harass* w/5 train* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 14 other terms to capture harassment documents, including harass* AND "health". Defendants have not explained why this additional term is necessary. |
| 73 | shooting* w/10 school* | Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 37 other terms to capture documents about shootings, including shooting* w/10 health. Defendants have not explained why this additional term is necessary. |
| 74 | stress* w/5 student* | Overbroad because not tied to the harms or claims at issue and would capture any document discussing the stress of a student. Plaintiffs have agreed to dozens of terms that capture documents that relate to the mental, emotional, or social health or wellbeing of students. Defendants have not explained why this additional term is necessary. |
| 75 | suicid* w/10 prevent* | Burden; Plaintiffs have agreed to 21 other terms that capture documents related to suicide, including suicid* w/10 student*. Defendants have not explained why this additional term is necessary. |
| 76 | threat* w/5 district* | Burden; Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 52 other terms that capture documents related to threats, including "social media" /30 threat*, challeng* w/5 threat*, threat* w/5 safety, and 13 other terms designed to capture documents related to school closures due to threats. Defendants have not explained why this additional term is necessary. |
| 77 | threat* w/5 school* | Burden; Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 52 other terms that capture documents related to threats, including "social media" /30 threat*, challeng* w/5 threat*, threat* w/5 safety, and 13 other terms designed to capture documents related to school closures due to threats. Defendants have not explained why this additional term is necessary. |

Disputed Terms

| | A | B |
|---|---|---|
| 78 | threat* w/5 student* | Burden; Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 52 other terms that capture documents related to threats, including "social media" /30 threat*, challeng* w/5 threat*, threat* w/5 safety, and 13 other terms designed to capture documents related to school closures due to threats. Defendants have not explained why this additional term is necessary. |
| 79 | threat* w/5 train* | Burden; Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 52 other terms that capture documents related to threats, including "social media" /30 threat*, challeng* w/5 threat*, threat* w/5 safety, and 13 other terms designed to capture documents related to school closures due to threats. Defendants have not explained why this additional term is necessary. |
| 80 | violen* w/5 school* | Burden; Overbroad because not tied to the harms or claims at issue. Plaintiffs have agreed to 44 other terms that capture documents related to violence, including threat* w/5 viol*, challeng* w/10 violen*, violen* w/5 student*, and misconduct* w/10 viol*. Defendants have not explained why this additional term is necessary. |