# EXHIBIT C

Sampled Terms

| Defs Proposed Terms | Pls Proposed Term Modifications |
|---|---|
| "mental health" | "mental health" w/15 (scholar* OR kid* OR child* OR pupil* OR teen* OR student* OR freshman OR freshmen OR sophomore* OR junior* OR senior* OR "twelfth grade*" OR "12th grade*" OR "grade 12" OR "eleventh grade*" OR "grade 11" OR "11th grade*" OR crisis")" |
| "social media" | "social media" w/30 ("health OR "threat*" OR "safe*" OR "warning" OR "counselor" OR "discipline" OR "attack" OR "bully*" or "bullie*" OR "emergenc*" OR "conflict" OR "concern*" OR "content" OR "challenge" OR "legal" OR "outreach" OR "law" OR "incident" OR "investigat*")" |
| "Facebook" | "Facebook" w/30 ("health OR "threat*" OR "safe*" OR "warning" OR "counselor" OR "discipline" OR "attack" OR "bully*" or "bullie" OR "emergenc*" OR "conflict" OR "incident" OR "commentary" OR "media" OR "legal" OR "investigat*")" |
| "YouTube" | "YouTube" w/30 ("health" OR threat*" OR "safe*" OR "warning" OR "counselor" OR "discipline" OR "attack" OR "bully*" or "bullie" OR "conflict" OR "incident" OR "commentary" OR "media" OR "legal" OR "investigat*")" |
| Covid* w/10 quarantine* | (Covid* w/10 quarantine) w/30 ("health*" OR success" OR "growth" OR "iPad" OR "laptop" OR "chromebook" OR "device" OR computer OR "polic*" OR "instruction" OR "guidance" OR "protocol")" |