# EXHIBIT D

**SEARCH TERM PROPOSALS DOCUMENT COUNTS**

The below charts provide the document counts for the Parties' respective positions as of October 4, 2024. Plaintiffs did not have sufficient time to rerun hit reports with additional agreements as to certain terms by the time of this filing.



|  | Defs' Terms Doc Counts | Defs' Terms Doc w Family Counts | Pls' Terms Doc Counts | Pls' Terms Doc w Family Counts |
|---|---:|---:|---:|---:|
| **Baltimore** | 269,585 | 421,998 | 151,990 | 252,684 |
| **Breathitt** | 98,254 | 132,517 | 49,312 | 72,325 |
| **Charleston** | 797,792 | 1,108,371 | 407,096 | 639,931 |
| **Chathams** | 351,423 | 417,076 | 178,284 | 224,450 |
| **Dekalb** | 454,868 | 987,079 | 295,174 | 738,883 |
| **Harford** | 330,154 | 533,508 | 175,745 | 305,245 |
| **Hillsborough** | 568,819 | 825,145 | 312,221 | 501,244 |
| **Irvington** | 217,015 | 312,943 | 109,302 | 174,446 |
| **Jordan** | 327,533 | 397,748 | 172,030 | 219,795 |
| **Saint Charles** | 136,841 | 170,167 | 68,610 | 91,813 |
| **Spartanburg** | 454,566 | 528,726 | 166,063 | 218,179 |
| **Tucson** | 340,128 | 589,789 | 149,930 | 307,343 |
| **TOTAL** | **4,346,978** | **6,425,067** | **2,235,757** | **3,746,338** |