# EXHIBIT F

**EXHIBIT F**

**Responsiveness Sampling for the "Five Terms"**

| Search Term | Sample Size | Responsive Count | Responsive Rate |
|---|---|---|---|
| "Social Media" | 375 | 75 | 20% |
| Facebook | 374 | 27 | 7.22% |
| YouTube | 352 | 45 | 12.78% |
| "Mental Health" | 381 | 37 | 9.71% |
| Covid* w/10 quarantine | 333 | 73 | 22% |
| | | **Average %** | **14.34%** |