1  [*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>People of the State of California, et al.<br>     v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>-------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br>     v.<br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>-------------------------------------------------<br><br>State of Montana, ex rel. Austin Knudsen, Attorney General<br>     v.<br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>           4:23-cv-05448-YGR<br>           4:23-cv-05885-YGR<br>           4:24-cv-00805-YGR<br><br>**STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING ON MOTION FOR RELIEF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

Pursuant to Civil L.R. 7-11, the State Attorneys General (AGs) move this Court to set a hearing on the AGs' Motion for Relief (Doc. 1168). As of October 4, briefing on the Motion is complete. *See* Response (Doc. 1181), Reply (Doc. 1194). In their Motion, the AGs requested oral argument collectively and on behalf of numerous individual State AGs. Doc. 1168, p. 4. Given the significant effect of the Order, a hearing on the motion is appropriate. Given the substantial burden the Order places on the AGs and non-party state agencies especially in light of Magistrate Judge Kang's denial of the AGs' motion for a stay (Doc. 1213), the AGs respectfully request a hard setting for this Motion on October 25—the next Case Management Conference. Alternatively, the AGs request a hearing date at the Court's earliest convenience thereafter. Because the AGs are subject to certain requirements to obtain approval for travel, the AGs respectfully request at least 7 days' notice, if the Court does not set the hearing for the next Case Management Conference, to ensure all states who have requested argument can be in attendance.

The AGs note Meta opposes argument generally and specifically opposes setting argument on October 25 because of a previously scheduled deposition in this case. But the October 25 Case Management Conference was scheduled before the deposition was set. Depositions will continue on most weekdays moving forward throughout the fact discovery period (including on all Case Management Conference dates for the remainder of 2024). And all parties have substantial legal teams working on this matter who can attend hearings and depositions occurring on the same day. Accordingly, the deposition should not be a barrier to hearing argument on this Motion at the October 25 Case Management Conference.

Dated: October 16, 2024

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Bianca E. Miyata
Bianca E. Miyata (CO Reg. No. 42012),
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey (CO Reg. No. 45773)

2

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

|   |   |
|---|---|
| 1 | First Assistant Attorney General |
| 2 | Elizabeth Orem (CO Reg. No. 58309)<br>Assistant Attorney General |
| 3 | Colorado Department of Law<br>Ralph L. Carr Judicial Center |
| 4 | Consumer Protection Section<br>1300 Broadway, 7th Floor |
| 5 | Denver, CO 80203<br>Phone: (720) 508-6651 |
| 6 | bianca.miyata@coag.gov |

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Daniel Keiser*

3

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Greg.Ladd@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Attorney for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

4

STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR