[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>------------------------------------------------------<br><br>State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc.<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448; 4:23-cv-05885; 4:24-cv-00805 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>                4:23-cv-05448-YGR<br>                4:23-cv-05885-YGR<br>                4:24-cv-00805-YGR<br><br>**DECLARATION OF BIANCA MIYATA IN SUPPORT OF STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING ON MOTION FOR RELIEF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

DECLARATION OF BIANCA MIYATA IN SUPPORT OF STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING ON MOTION FOR RELIEF
4:23-CV-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

I, BIANCA MIYATA, declare and state as follows:

1. I am a Senior Assistant Attorney General in the Consumer Protection Section of the Colorado Department of Law. I am a member of good standing of the State Bar of Colorado. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of the State Attorneys General's Opposed Administrative Motion to Set Hearing on Motion for Relief.

3. On September 6, 2024, this Court issued its Order Granting-in-Part and Denying-in-Part Meta's Request for Party Discovery on Third-Party State Agencies Pursuant to Fed. R. Civ. P. 34 and Granting Meta's [sic][1] First, Second, and Third Administrative Motions for Leave to File Supplemental Information. Doc. 1117.

4. The State AGs filed a Motion for Relief from the Order on September 20, 2024 (Doc. 1168); Meta filed its Response on September 27, 2024 (Doc. 1181); and the State AGs filed their Reply on October 4, 2024 (Doc. 1194). The Motion for Relief is now fully briefed and ripe for resolution..

5. On October 13, 2024, counsel for Meta wrote that they do not consent to the State AGs' request to set argument as they do not believe the issue merits argument. If the Court is inclined to hear argument, Meta requests a date other than October 25, 2024, given a deposition in this matter is scheduled on that date.

6. The State AGs submit this declaration in lieu of a stipulation because Meta has indicated that it cannot consent to setting a hearing date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2024, in Denver, Colorado.

                                                              /s/ Bianca E. Miyata
                                                              BIANCA E. MIYATA

---

[1] The caption of the Order refers to "Meta's" Administrative Motions. In the Order, the Court granted the State AGs' three Administrative Motions for Leave to File Supplemental Information (Doc. 1031, 1074, and 1110). The reference to "Meta's" Motions appears to be a minor typographical error.

_____
Senior Assistant Attorney General