1 | [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8 | **IN THE UNITED STATES DISTRICT COURT**
9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| | 4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05885-YGR |
| | 4:24-cv-00805-YGR |
| People of the State of California, et al. v. Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | **[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE MOTION TO SET HEARING ON MOTION FOR RELIEF** |
| -------------------------------------------- | |
| Office of the Attorney General, State of Florida, Department of Legal Affairs v. Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| -------------------------------------------- | |
| State of Montana, ex rel. Austin Knudsen, Attorney General v. Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |

1

[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE
MOTION TO SET HEARING
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

Pursuant to Civil L.R. 7-11 the Court grants the State Attorneys General's Motion to Set Hearing. A hearing on the AGs' Motion for Relief (Doc. 1168) is hereby set for _____, 2024, at _____.

**IT IS SO ORDERED.**

 DATED this ___ day of _____, 2024.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

2

[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S OPPOSED ADMINISTRATIVE
MOTION TO SET HEARING
4:23-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR