DREW H. WRIGLEY
Attorney General of North Dakota
ELIN S. ALM, pro hac vice
CHRISTOPHER G. LINDBLAD, pro hac vice
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
E-mail: ealm@nd.gov

*Attorneys for Plaintiff State of North Dakota,
ex rel. Drew H. Wrigley, Attorney General*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>     v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br>------------------------------------------------<br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed: 10/24/2023 |

To:     The Clerk of Court and All Parties of Record

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General hereby files this Notice of Voluntary Dismissal Without Prejudice and voluntarily withdraws from this action without prejudice and without costs to any party.

Dated: October 16, 2024

                                      DREW H. WRIGLEY
                                      Attorney General
                                      State of North Dakota

                                      /s/ Elin S. Alm
                                      Elin S. Alm, pro hac vice
                                      (ND Bar No. 05924)
                                      Director/Assistant Attorney General
                                      Christopher G. Lindblad, pro hac vice
                                      (ND Bar No. 06480)
                                      Assistant Attorney General
                                      Consumer Protection and Antitrust Division
                                      Office of Attorney General
                                      1720 Burlington Drive, Suite C
                                      Bismarck, ND 58504-7736
                                      Telephone (701) 328-5570
                                      ealm@nd.gov
                                      clindblad@nd.gov

                                      *Attorneys for Plaintiff State of North Dakota, ex rel. Drew H. Wrigley, Attorney General*