UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., et al., <br><br> Defendants. | Case No.22-md-03047-YGR <br><br> **CLERK'S NOTICE** <br><br> Re: Dkt. Nos. 1168, 1218 |

You are hereby notified that the Court **Sets** a hearing on the motion at Dkt. No. 1168 for Friday, October 25, 2024, at 9:00 a.m.  This terminates Dkt. No. 1218.

Dated: October 16, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540