**Pages 1 - 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

IN RE SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION.

**NO. 4:22-md-03047-YGR (PHK)**

San Francisco, California
Wednesday, October 16, 2024

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
250 Hudson Street - 8th Floor
New York, New York 10013
**BY: KELLY K. McNABB**
**ATTORNEY AT LAW**

For Defendants:

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
**BY: CHALOEA M. WILLIAMS**
**ATTORNEY AT LAW**

STENOGRAPHICALLY REPORTED BY:
Kelly L. Shainline
CSR No. 13476, RPR, CRR
Official Reporter

**Wednesday - October 16, 2024** **11:28 a.m.**

**P R O C E E D I N G S**

**---000---**

**THE CLERK:** We're here in the matter of 4:22-md-3047, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation.

Appearances, please, starting with the plaintiff and then defendant.

**MS. McNABB:** Good morning, Your Honor. Kelly McNabb with Lieff Cabraser for the plaintiffs.

**THE COURT:** You are at the wrong podiums, but okay. Good morning.

**MS. WILLIAMS:** Apologies. Good morning, Your Honor. Chaloea Williams from Williams & Connolly on behalf of YouTube defendants and defendants generally.

**THE COURT:** Good morning.

Okay. I understand the parties actually resolved the dispute in Docket 1203, the discovery dispute about search terms for the school districts.

**MS. WILLIAMS:** Yes, that's correct, Your Honor. The parties reached an agreement in principle on the search-term dispute. This is still subject to our clients' approval because we were able to work out some parameters early this morning, but we believe that we -- the agreement in principle should resolve the dispute; and if there are any remaining

issues, we could tee those up in sufficient time before the upcoming DMC. Although, we don't anticipate there being issues.

**MS. McNABB:** That is correct, Your Honor. And I'd be happy to relay what the terms are if Your Honor --

**THE COURT:** Are you going to submit a proposed order or is it just going to be done by lawyers agreement?

**MS. McNABB:** We were intending on submitting a stipulation to the effect of what we've agreed to. So we can go ahead and submit that as a stipulated proposed order for Your Honor's approval.

**THE COURT:** Why don't we do that. In which case there's no need to summarize it, is there?

**MS. McNABB:** No, Your Honor.

**MS. WILLIAMS:** No, Your Honor.

**THE COURT:** But I do thank the parties for working this out. I wish you'd done it before I read all the briefing, but that's fine. I encourage -- as you know from the DMCs, I encourage parties to work out disputes as much as possible.

So great. When do you think you'll get me the stipulation proposed order?

**MS. WILLIAMS:** We just need to get a little bit of time to get client approval, but it should be in advance -- well in advance of the DMC, Your Honor.

**THE COURT:** Okay. All right. Well, any other issues

you want to discuss with me while you're here?

**MS. McNABB:** Nothing today, Your Honor, for the plaintiffs.

**MS. WILLIAMS:** Nothing else, Your Honor, for the defendants.

**THE COURT:** Okay. Well, congratulations on working it out. Thank you for your efforts, and I encourage you to keep doing that. So thank you.

**MS. McNABB:** Thank you, Your Honor.

**MS. WILLIAMS:** Thank you.

**THE COURT:** We're adjourned until the next hearing in this matter.

(Proceedings adjourned at 11:31 a.m.)

---oOo---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Thursday, October 17, 2024

Kelly Shainline, CSR No. 13476, RPR, CRR
U.S. Court Reporter