AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJUSRY PRODUCTS LIABILITY LITIGATION  )<br>*Plaintiff*  )<br>v.  )<br>  )<br>*Defendant*  ) | Case No.  4:22-md-03047-YGR<br>4:23-cv-05448-YGR |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Colorado, ex rel. Philip J. Weiser, Attorney General                    .

Date:  10/18/2024

/s/ Shannon Stevenson
*Attorney's signature*

Shannon Stevenson #35542
*Printed name and bar number*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

*Address*

Shannon.Stevenson@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

*FAX number*