# EXHIBIT A

# In the Matter Of:

## SOCIAL MEDIA CASES,

## JCCP5255

---

### MOTION

### October 03, 2024

---



COALITION Court Reporters

```
              SUPERIOR COURT OF THE STATE OF CALIFORNIA

                     FOR THE COUNTY OF LOS ANGELES

        DEPARTMENT SSC 12       HON. CAROLYN B. KUHL, JUDGE

        COORDINATION PROCEEDINGS     )
        SPECIAL TITLE (RULE 3.550)   ) JCCP NO. 5255
                                     )
        SOCIAL MEDIA CASES           )  CERTIFIED COPY
                                     )
        _____)

                  REPORTER'S TRANSCRIPT OF PROCEEDINGS

                        THURSDAY OCTOBER 3, 2024



        APPEARANCES (IN PERSON):

        FOR PLAINTIFFS:          KIESEL LAW
                                 BY:  MARIANA A. MCCONNELL
                                 BY:  LAUREN KIESEL
                                 8648 WILSHIRE BOULEVARD
                                 BEVERLY HILLS, CALIFORNIA 90211

                                 BEASLEY ALLEN
                                 BY:  JOSEPH VANZANDT
                                 218 COMMERCE STREET
                                 MONTGOMERY, ALABAMA 36104

                                 KELLER ROHRBACK
                                 BY:  FELICIA CRAICK
                                 1201 THIRD AVENUE, SUITE 3400
                                 SEATTLE, WASHINGTON 98101

                                 WAGSTAFF & CARTMELL
                                 BY:  LUCY R. MALONE
                                 4740 GRAND AVENUE, SUITE 300
                                 KANSAS CITY, MISSOURI 64112

                                 THE LANIER LAW FIRM
                                 BY:  RACHEL LANIER
                                 BY:  MICHAEL A. AKSELRUD
                                 2829 TOWNSGATE ROAD, SUITE 100
                                 WESTLAKE VILLAGE, CALIFORNIA 91361

                                 PANISH SHEA RAVIPUDI LLP
                                 BY:  RAHUL RAVIPUDI
                                 11111 SANTA MONICA BOULEVARD
                                 SUITE 700
                                 LOS ANGELES, CALIFORNIA 90025

        REPORTED BY:             DIANA WHITESEL, CSR #6287
                                 OFFICIAL REPORTER PRO TEMPORE
```

```
 1              APPEARANCES CONTINUED (IN PERSON):

 2    FOR PLAINTIFFS:
                        MOTLEY RICE, LLC
 3                      BY:  JESSICA CARROLL
                        BY:  ANNIE E. KOUBA
 4
      FOR DEFENDANT META:
 5                      COVINGTON BURLING
                        BY:  ASHLEY M. SIMONSEN
 6                      BY:  ISAAC D. CHAPUT
                        BY:  GREGORY L. HALPERIN
 7                      415 MISSION STREET
                        SAN FRANCISCO, CALIFORNIA 94105
 8    AND
                        SHOOK, HARDY & BACON
 9                      BY:  MEGAN EGLI
                        2555 GRAND BOULEVARD
10                      KANSAS CITY, MISSOURI, 64108

11    FOR DEFENDANT TIKTOK:
                        FAEGRE DRINKER
12                      BY:  TARIFA B. LADDON
                        11766 WILSHIRE BOULEVARD, #750
13                      LOS ANGELES, CALIFORNIA 90025
      AND
14                      KING & SPALDING
                        BY:  BAILEY J. LANGNER
15                      50 CALIFORNIA STREET, SUITE 3300
                        SAN FRANCISCO, CALIFORNIA 94111
16
      FOR DEFENDANTS YOUTUBE, GOOGLE AND ALPHABET:
17                      WILSON SONSINI
                        BY:  CHRISTOPHER CHIOU
18                      953 EAST THIRD STREET, SUITE 100
                        LOS ANGELES, CALIFORNIA 90013
19
      FOR DEFENDANTS YOUTUBE AND GOOGLE:
20                      MORGAN LEWIS
                        BY:  YARDENA R. ZWANG-WEISSMAN
21                      300 SOUTH GRAND AVENUE
                        TWENTY-SECOND FLOOR
22                      LOS ANGELES, CALIFORNIA 90071

23    FOR DEFENDANT SNAP INC.:
                        MUNGER TOLLES OLSON
24                      BY: ARIEL TESHUVA
                        350 SOUTH GRAND AVENUE, 50TH FLOOR
25                      LOS ANGELES, CALIFORNIA 90071
      AND
26                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM
                        BY:  CAROLINE KANE, ESQ.
27                      ONE MANHATTAN WEST
                        NEW YORK, NEW YORK 10001
28
```

```
 1   REMOTE APPEARANCES FOR PLAINTIFFS: (LA COURTCONNECT)

 2              LIEFF CABRASER HEIMANN BERNSTEIN
                BY:  LEXI HAZAM
 3              BY:  KELLY MCNABB
                275 BATTERY STREET, 29TH FLOOR
 4              SAN FRANCISCO, CALIFORNIA 94111

 5              MORGAN & MORGAN
                BY:  EMILY JEFFCOTT
 6              BY:  DAVID MCCLENDON
                BY:  JOSH AUTRY
 7              BY:  KATHERINE MASSA
                220 WEST GARDEN STREET, 9TH FLOOR
 8              PENSACOLA, FLORIDA 32502

 9              FRANTZ LAW GROUP
                BY:  WILLIAM SHINOFF
10              402 WEST BROADWAY STREET
                SAN DIEGO, CALIFORNIA 92101
11
                KIESEL LAW
12              BY:  CHERISSE H. CLEOFE
                8648 WILSHIRE BOULEVARD
13              BEVERLY HILLS, CALIFORNIA 90211

14              GIBBS LAW GROUP
                BY:  ANNA KATZ
15              6701 CENTER DRIVE WEST, 14TH FLOOR
                LOS ANGELES, CALIFORNIA 90045
16
                BEASLEY ALLEN LAW FIRM
17              BY:  DAVIS VAUGHN
                BY:  SOO SEOK YANG
18              218 COMMERCE STREET
                MONTGOMERY, ALABAMA 36104
19
                SOCIAL MEDIA VICTIMS LAW
20              BY:  GLENN DRAPER
                600 1ST AVENUE, SUITE 102-PMB 2383
21              SEATTLE, WASHINGTON 98104

22               SEEGER WEISS LLP
                BY:  ERICA KUBLY
23              10960 WILSHIRE BOULEVARD
                LOS ANGELES, CALIFORNIA 90024
24
                GOZA & HONNOLD, LLC
25              BY:  KIRK GOZA
                9500 NALL AVENUE, SUITE 400
26              OVERLAND PARK, KANSAS 66207

27              MOTLEY RICE, LLC
                BY:  JESSICA COLOMBO
28
```

1   REMOTE APPEARANCES FOR PLAINTIFFS: (LA COURTCONNECT)

2
                    PAIGE BOLDT
3
                    ALEXANDRA WALSH
4

5


6   REMOTE APPEARANCES FOR DEFENDANTS:  (LACOURTCONNECT)

7           MUNGER TOLLES OLSON
            BY:   LAUREN BELL
8           BY:   ROSE EHLER
            350 SOUTH GRAND AVENUE, 50TH FLOOR
9           LOS ANGELES, CALIFORNIA 90071

10
            WILSON SONSINI
11          BY:   LAUREN GALLO WHITE
            953 EAST THIRD STREET, SUITE 100
12          LOS ANGELES, CALIFORNIA 90013

13
            COVINGTON BURLING
14          BY:   MICHAEL X. IMBROSCIO
            BY:   PAUL SCHMIDT
15          415 MISSION STREET
            SAN FRANCISCO, CALIFORNIA 94105
16

17
                    DANIEL CONNOLLY
18

19

20

21

22

23

24

25

26

27

28

I N D E X

SESSIONS

                                                  PAGE

THURSDAY, OCTOBER 3, 2024

    A.M. SESSION                                   6

1   somebody who gets to go around and ask everywhere.
2               So yeah, I've done that, but this is
3   complicated.  I realize that.
4               MS. TESHUVA:  Thank you, Your Honor.
5               THE COURT:  All right.  Thank you.  All right.
6               And thank you again, everyone, for moving this
7   forward.  It is appreciated.
8               So plaintiffs' counsel are asking for a
9   deadline to complete the meet and confer.  I will see
10  you on October 10th for the demurrer with respect to
11  the various parties, and that's at 1:45.
12              So we could start that with another short
13  status conference, with another joint report, and that
14  would be my deadline to get done with the meet and
15  confer.
16              Okay?
17              MS. MCCONNELL:  Thank you, Your Honor.
18              THE COURT:  Again, I realize the amount of work
19  this is.  I do.  I had clients.  And although it wasn't
20  as complicated a time, still you had file cabinets full
21  of stuff and armies of paralegals.  So I get it.  I get
22  it.  But I appreciate it moving forward.  Very good.
23              Okay.  So give me a report again by noon, if
24  you can, on the 9th, where things stand.
25              All right.
26              MS. SIMONSEN:  Thank you, Your Honor.  I will
27  do that.
28              THE COURT:  Thank you.

1           So on the expert timing, I'm not going to make
2   any orders today.  I've read through it.  I understand
3   defendants' decision to take a route different from
4   putting their arguments forward immediately.  I get
5   that.  And I can't force you to file a summary judgment
6   motion or a motion in limine right now unless it's
7   linked to something else.
8           So I understand that, but I think we still
9   have -- I think we still have some problems here.  And
10  my goal is to get the general causation Sargon motion
11  briefed in August, and I don't think that's
12  unreasonable to do.
13          The question is how specifically to get there.
14  I think it would be to everybody's benefit.  So
15  December or January, depending on how long it's going
16  to take me, we're going to have the jury instructions.
17  You're going to know what the parameters are for your
18  expert opinions, and then, you know, get it ripened,
19  get the depositions taken and briefs started in August.
20          The problem is trying to wed that to the MDL
21  and do so in a way that everybody thinks is important
22  and that is to not repeat depositions of experts.
23  We're very much on the same page in many respects.
24          Everybody wants to -- everybody either wants to
25  or is open to getting the Sargon types briefed on
26  general causation early-ish, and everybody is on the
27  same page with regard to not repeating depositions.
28          What I'd like to do, if I could, is go off the

1   record if we could.  I wanted to ask some questions --
2   and Ms. Hazam is on, I see, as well.  Thank you --
3   about why the -- why the schedule is as it is in the
4   MDL.  I have some questions about that.
5           And then, you know, just maybe share some ideas
6   about how we could get to the place where we could do
7   those, have somewhat earlier Sargon briefing not
8   interfere with the deposition schedule of the experts,
9   so there's only one deposition per and get there
10  somehow.  Is it okay if we go off the record, subject
11  to, of course, putting things on the record if anyone
12  wants to afterwards?
13           MR. VANZANDT:  Yes, Your Honor.
14           THE COURT:  All right.
15           MS. SIMONSEN:  (Nods head.)
16           (Discussion held off the record.)
17           THE COURT:  So back on the record.
18           So we've had a discussion in some detail about
19  how the expert schedule and the JCCP needs to
20  intertwine with the MDL and the difficulties of moving
21  up general causation expert motions with the current
22  schedule in the MDL.
23           And I think counsel are going to reflect on
24  this and see whether there are some alternative
25  recommendations that they could make both to
26  Judge Gonzalez Rogers and myself.  And maybe there
27  aren't any, but we've had, I think, a good discussion
28  about what each side has at stake here.

1          All right.  And I'll just say further, we have
2    a little bit of time, I think.  We know when we're
3    going to have the jury instructions argument, and I'm
4    putting a fair amount of importance on that, quite
5    honestly, in the development of the case.
6          And we know the experts are going to want to
7    know -- at least the experts on the California piece of
8    it.  So we've got a little bit of time.  I wouldn't
9    expect that we'll revisit this next week when we have
10   the demurrers.
11         I want to talk about the discovery, and the
12   status of that next week before we talk about the
13   demurrer, before we have argument on the demurrer.  But
14   unless you have something you want to report to me at
15   that time, I think we probably will leave this issue
16   until whenever the status conference is after the
17   demurrer argument.
18         Okay?  Very good.
19         Okay.  Thanks very much.  Plaintiffs' counsel
20   to give notice if you will.
21         MS. MCCONNELL:  Yes, Your Honor.
22         THE COURT:  We'll see you next week.
23      (At 9:56 a.m. the proceedings were adjourned.)
24
25
26
27
28

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    FOR THE COUNTY OF LOS ANGELES
 3       DEPARTMENT SSC 12      HON. CAROLYN B. KUHL, JUDGE
 4
 5       COORDINATION PROCEEDINGS   )
         SPECIAL TITLE (RULE 3.550) ) JCCP NO. 5255
 6                                  )
         SOCIAL MEDIA CASES         ) REPORTER'S
 7       _____) CERTIFICATE
 8
 9
10              I, DIANA WHITESEL, CSR NO. 6287, OFFICIAL
11       PRO TEMPORE REPORTER OF THE SUPERIOR COURT OF THE STATE
12       OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY
13       CERTIFY THAT I DID CORRECTLY REPORT THE PROCEEDINGS
14       CONTAINED HEREIN AND THAT THE FOREGOING PAGES 1 TO 35,
15       COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT OF THE
16       PROCEEDINGS AND TESTIMONY IN THE ABOVE-ENTITLED MATTER
17       ON THURSDAY, OCTOBER 3, 2024.
18
19              DATED:  OCTOBER 7, 2024
20
21
22
23
24       _____Diana Whitesel_____, CSR NO. 6287
25       DIANA WHITESEL, OFFICIAL PRO TEMPORE REPORTER
26
27
28
```