# EXHIBIT B

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 16, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: M. Miro  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Further Status Conference (All Cases)

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Gail Peeples CSR# 11458, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.


Appearances:

Plaintiffs – Present
Mariana A. McConnell, Lauren M. Kiesel, Joseph VanZandt, Emily Jeffcott, Lexi Hazam.

Plaintiffs – LACourtConnect
Anna Katz, Cherisse Cleofe, David McLendon, Davis Vaughn, Felicia Craick, Jennifer S. Domer, Justin Olson, Katherine Massa, Kelly McNabb, Madeline Basha, Narmeen Nkeiti, Previn Warren.

Defendants – Present
Gregory L. Halperin, Jonathan H. Blavin, Victoria A. Degtyareva, Yardena R. Zwang-Weissman, Isaac D. Chaput, Christopher Chiou, Jesse S. Krompier, Tarifa B. Laddon, Michael X. Imbroscio, Ariel T. Teshuva, Ashley M. Simonsen, Bailey J. Langner, Jessica Davidson.

Defendants – LACourtConnect
Lauren Bell.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255** September 16, 2024
**Social Media Cases** 1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

On review of the parties' "Joint Status Conference Statement for September 16, 2024 Conference" and having considered the arguments therein, the court makes the following orders regarding deadlines:

The close of Fact Discovery (other than bellwether trial pool discovery) shall be April 4, 2025

The following deadlines pertain to Bellwether discovery pool plaintiffs:

• Defendants to begin providing names of deponents requested for bellwether discovery pool (rolling basis) – September 23, 2024
• Defendants to provide all names of percipient witness deponents requested for bellwether discovery pool plaintiffs and the names of treating
professional witness deponents for two-thirds of the bellwether discovery pool plaintiffs – October 14, 2024
• Defendants to provide the names of treating professional witness deponents for the remaining bellwether discovery pool plaintiffs – November 4, 2024
• Deadline to schedule depositions for bellwether discovery pool - October 28, 2024
• Substantial completion of Plaintiff's production of documents for bellwether discovery pool (rolling basis) – October 28, 2024
• Substantial completion of Defendants' production of documents for bellwether discovery pool (rolling basis) – October 28, 2024
• Substantial completion of Defendants' medical record collection for bellwether discovery pool (rolling basis)– October 28, 2024
• Bellwether discovery pool depositions begin – November 4, 2024
• Deadline to complete depositions for bellwether discovery pool – February 21, 2025
• Selection of bellwether trial pool – March 7, 2025


The permissible number of deponents for each bellwether discovery pool Plaintiff shall be:
• 2 percipient witnesses
• 1 treating professional
• (Defendant may request 1 percipient witness and 2 treating professionals)
• Note that when a bellwether discovery pool plaintiff is selected as a bellwether trial pool plaintiff additional discovery will be permitted according to a future order of the court

The following schedule pertains to determination of the jury instructions for JCCP bellwether trial pool plaintiffs from California:
• Parties to exchange proposed negligence (other than negligent failure to warn) and causation

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 16, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl      CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene       ERM: None
Courtroom Assistant: M. Miro          Deputy Sheriff: None

---

jury instructions based on California law (including any instruction that is based on the limitations of Section 230) – October 18, 2024
• JCCP Plaintiffs and Defense counsel to meet and confer to (1) understand each other's positions on proposed jury instructions, and (2) determine whether any instructions can be jointly proposed – October 30, 2024
• Counsel to file with the Court 3 sets of instructions: (1) agreed instructions, (2) instructions JCCP Plaintiffs propose and Defendants object to, (3) instructions Defendants propose and JCCP Plaintiffs object to – Nov. 6, 2024
• Counsel to file simultaneous briefs in support of each side's proposed instructions that are objected to and in opposition to the other side's proposed instructions that are objected to - November 22, 2024
• Counsel to file simultaneous reply briefs re disputed jury instructions – December 9, 2024
• Argument on jury instructions – December 17, 2024


Counsel are to meet and confer regarding potential early motions in limine and report to the court in the next status conference statement.

Counsel are to meet and confer regarding the schedule for disclosure and depositions of general causation experts and how that schedule should function in both the JCCP and the MDL and report to the court in the next status conference statement

At the request of the court, counsel meet and confer off the record to enumerate the issues that are in dispute between the parties as to all outstanding Bellwether Specific Discovery. Counsel will make further efforts to resolve these issues and will report to the court in the next Joint Status Conference Report as to remaining issues that the court may need to resolve.

A further Status Conference is set for Sept. 25, 2024 at 9:00 am. Counsel shall serve on Case Anywhere (and file) a Joint Status Conference Statement by 10:00 am on Sept. 24, 2024.


The Judicial Assistant hereby gives notice.

Clerk's Certificate of Service By Electronic Service is attached.

The Further Status Conference (All Cases) scheduled for 09/16/2024 is 'Held' for cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 16, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl        CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene          ERM: None
Courtroom Assistant: M. Miro             Deputy Sheriff: None

---

22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204,
22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197,
22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250,
22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466,
23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707,
23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183,
23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303,
23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277,
23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891,
23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931,
23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568,
23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795,
23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655,
23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788,
23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909,
23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961,
23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016,
23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032,
23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071,
23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111,
23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199,
23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216,
23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246,
23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363,
23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520,
23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548,
23STCV16553, 23STCV16686, 23STCV16691, 23STCV16816, 23STCV16820,
23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931,
23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944,
23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964,
23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995,
23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021,
23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065,
23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088,
23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368,
23STCV17373, 23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420,
23STCV17423, 23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615,
23STCV17620, 23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 16, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl        CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene         ERM: None
Courtroom Assistant: M. Miro            Deputy Sheriff: None

23STCV17696, 23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713,
23STCV17720, 23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742,
23STCV17746, 23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997,
23STCV18035, 23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081,
23STCV18088, 23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092,
23STCV18100, 23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310,
23STCV18315, 23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413,
23STCV18459, 23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595,
23STCV18622, 23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324,
23STCV19330, 23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610,
23STCV19631, 23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698,
23STCV19715, 23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767,
23STCV19973, 23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077,
23STCV20078, 23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087,
23STCV20089, 23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157,
23STCV20161, 23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378,
23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541,
23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759,
23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817,
23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031,
23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105,
23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958, 23STCV21982,
23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628,
23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23063,
23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094,
23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231,
23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544,
23STCV23545, 23STCV23552, 23STCV23553, 23STCV23559, 23STCV23597,
23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635,
23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680,
23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693,
23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702,
23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775,
23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 16, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: M. Miro  Deputy Sheriff: None

---

23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492,
23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701,
23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458,
23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647,
23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297,
23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750,
23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771,
23STCV27778, 23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740,
23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908,
23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972,
23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363,
23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401,
23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457,
23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536,
23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659,
23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710,
23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791,
23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266,
23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190,
23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571,
23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658,
24-CIV-02308, 24-CIV-03050, 24SMCV00011, 24SMCV00050, 24SMCV00732,
24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179,
24SMCV02184, 24SMCV02541, 24SMCV03053, 24STCV00076, 24STCV00352,
24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375,
24STCV01473, 24STCV01945, 24STCV01954, 24STCV02018, 24STCV02054,
24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472,
24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539,
24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620,
24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765,
24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218,
24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739,
24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083,
24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221,
24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544,
24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 16, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl        CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene         ERM: None
Courtroom Assistant: M. Miro            Deputy Sheriff: None

---

24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03479, 22-CIV-03480, 22-CIV-03588, 22-CIV-03731, 22-CIV-03783, 22-CIV-03808, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV02183, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40570, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01824, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 16, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: M. Miro   Deputy Sheriff: None

23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763,
23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341,
23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241,
23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585,
23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853,
23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197,
23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785,
23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866,
23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955,
23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012,
23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028,
23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059,
23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089,
23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181,
23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214,
23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241,
23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359,
23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406,
23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540,
23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16699,
23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 16, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl   CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: M. Miro   Deputy Sheriff: None

---

23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20393, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066,
23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163,
23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255,
23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552,
23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23698, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23807, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24148, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 16, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl            CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M. Miro                Deputy Sheriff: None

---

23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV26875, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,
23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30261, 23STCV30266, 23STCV30274, 23STCV30285,
23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501,
23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704,
23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050,
24-CIV-04469, 24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126,
24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184,
24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519, 24STCV00076,
24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880,
24STCV01375, 24STCV01468, 24STCV01473, 24STCV01945, 24STCV01954,
24STCV01970, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201,
24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490,
24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555,
24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640,
24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923,
24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611,
24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839,
24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130,
24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510,
24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562,
24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04593,
24STCV04615, 24STCV04624, 24STCV04652, 24STCV04913, 24STCV05219,
24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975,
24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400,
24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 16, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: M. Miro  Deputy Sheriff: None

24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15643, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.