# EXHIBIT C

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 25, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl  CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: M. Miro  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Further Status Conference Deadline and Process for Expert Disclosure & Motions, Further Report re:Issues Concerning Bellwether Discovery Pool Discovery

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Karen Vilicich CSR# 7634, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Appearances:

Plaintiffs – Present
Mariana A. McConnell, Michael A. Akselrud, Jennifer Emmel, Felicia Craick, Rahul Ravipudi, Joseph G. VanZandt, Jonathan P. Kieffer, Emily Jeffcott,
Lexi Hazam, Marissa Roy, Rachel Lanier, Lucy Malone.

Plaintiffs – LACourtConnect
Anna Katz, Austin Brane, Cherisse Cleofe, Davis Vaughn, Glenn Draper, Joseph VanZandt, Justin Olson, Karen Fritts, Madeline Basha, Michael Weinkowitz, Soo Seok Yang.

Defendants – Present
Jesse S. Krompier, Michael X. Imbroscio, Rose Leda Ehler, Christopher Chiou, Ashley M. Simonsen, Geoffrey M. Drake, Tarifa B. Laddon, Gregory L. Halperin, Brian M. Ercole, Caroline Kane.

Defendants – LACourtConnect
Ariel Teshuva, Clark Belanger, Isaac Chaput, Lauren Bell.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    September 25, 2024
**Social Media Cases**                                                    9:00 AM

Judge: Honorable Carolyn B. Kuhl             CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene              ERM: None
Courtroom Assistant: M. Miro                 Deputy Sheriff: None

---

Counsel are to meet and confer on discovery outlined in the Joint Report filed on 9/24/2024 and ideas that were referred to on the record re: expert designations and discovery.


Further Status Conference is scheduled for 10/03/2024 at 08:30 AM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                             September 25, 2024
**Social Media Cases**                                   9:00 AM

Judge: Honorable Carolyn B. Kuhl            CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene              ERM: None
Courtroom Assistant: M. Miro                 Deputy Sheriff: None

23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531,
23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747,
23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800,
23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004,
23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056,
23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955,
23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044, 23STCV22046,
23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419,
23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754,
23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003, 23STCV23057,
23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066, 23STCV23072,
23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165,
23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 25, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl        CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene         ERM: None
Courtroom Assistant: M. Miro            Deputy Sheriff: None

23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553,
23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611, 23STCV23618,
23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657, 23STCV23661,
23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684, 23STCV23690,
23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696, 23STCV23697,
23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734, 23STCV23764,
23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791, 23STCV23794,
23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849, 23STCV23871,
23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920,
23STCV23925, 23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979,
23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135,
23STCV24146, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628,
23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945, 23STCV28201,
23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846,
23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942,
23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355,
23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397,
23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441,
23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518,
23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657,
23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702,
23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749,
23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215,
23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179,
23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561,
23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771,
24-CIV-01658, 24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674,
24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945,
24STCV01954, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 25, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl          CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M. Miro               Deputy Sheriff: None

---

24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490,
24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555,
24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640,
24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923,
24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611,
24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839,
24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130,
24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510,
24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562,
24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615,
24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629,
24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985,
24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481,
24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125,
24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304,
24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658,
24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108,
24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799,
24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377,
24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974,
24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033,
24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954,
24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532,
24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807,
24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897,
24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939,
24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625,
24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462,
24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399,
24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255,
24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947,
24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 24STCV16636,
24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521,
24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227,
24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173,
24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449,
24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238,
24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866,

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 25, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl  CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: M. Miro  Deputy Sheriff: None

---

24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

A Joint Status Report is to be filed by 10:00 AM on 10/02/2024.

Plaintiff's liaison counsel is to provide notice.

The Further Status Conference Deadline and Process for Expert Disclosure & Motions, Further Report re:Issues Concerning Bellwether Discovery Pool Discovery scheduled for 09/25/2024 is 'Held'.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03479, 22-CIV-03480, 22-CIV-03588, 22-CIV-03731, 22-CIV-03783, 22-CIV-03808, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV02183, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40570, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01824, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853, 23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 25, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl     CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene     ERM: None
Courtroom Assistant: M. Miro     Deputy Sheriff: None

---

23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089,
23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181,
23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214,
23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241,
23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359,
23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406,
23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540,
23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16699,
23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20393, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 25, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: M. Miro   Deputy Sheriff: None

---

23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066,
23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163,
23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255,
23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552,
23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23698, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23807, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24148, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV26875, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | September 25, 2024 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl     CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene     ERM: None
Courtroom Assistant: M. Miro     Deputy Sheriff: None

---

23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30261, 23STCV30266, 23STCV30274, 23STCV30285,
23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501,
23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704,
23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050,
24-CIV-04469, 24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126,
24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184,
24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519, 24STCV00076,
24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880,
24STCV01375, 24STCV01468, 24STCV01473, 24STCV01945, 24STCV01954,
24STCV01970, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201,
24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490,
24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555,
24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640,
24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923,
24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611,
24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839,
24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130,
24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510,
24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562,
24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04593,
24STCV04615, 24STCV04624, 24STCV04652, 24STCV04913, 24STCV05219,
24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975,
24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400,
24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611,
24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291,
24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598,
24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081,
24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479,
24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361,
24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679,
24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020,
24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757,
24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371,
24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763,
24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834,
24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  September 25, 2024
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl  CSR: Karen Vilicich CSR# 7634
Judicial Assistant: L. M'Greene  ERM: None
Courtroom Assistant: M. Miro  Deputy Sheriff: None

---

24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15643, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

On September 26, 2024, I served true copies of the following document(s) described as **NOTICE OF RULINGS FROM SEPTEMBER 25, 2024 HEARING** on the interested parties in this action as follows:

**BY ELECTRONIC SERVICE VIA CASE ANYWHERE:** In accordance with the Court's Order Authorizing Electronic Service requiring all documents to be served upon interested parties via the Case Anywhere System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 26, 2024, at Beverly Hills, California.

_____
Sylvia Mendoza

PROOF OF SERVICE