# EXHIBIT D

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | October 3, 2024 |
| **Social Media Cases** | 8:30 AM |

Judge: Honorable Carolyn B. Kuhl    CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene     ERM: None
Courtroom Assistant: M. Miro        Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Further Status Conference

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Diana Whitesel CSR# 6287, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Appearances:

Plaintiffs – Present
Rahul Ravipudi, Felicia Craick, Joseph VanZandt, Rachel Lanier, Michael A. Akselrud, Lucy R. Malone, Mariana A. McConnell.

Plaintiffs – LACourtConnect
David McLendon, Kirk Goza, Katherine Massa, Josh Autry, Emily C Jeffcott, William Shinoff, Cherisse Cleofe, Kelly McNabb, Erica Kubly, Glenn Draper, Davis Vaughn, Anna Katz, Jessica Colombo, Alexandra Walsh, Paige Bolt, Lexi Hazam, Soo Seok Yang.

Defendants – Present
Tarifa B. Laddon, Ashley M. Simonsen, Christopher Chiou, Bailey Langner, Yardena R. Zwang-Weissman, Gregory L. Halperin, Isaac D. Chaput, Megan Egli,
Ariel Teshuva, Caroline Kane, Paul Schmitt.

Defendants – LACourtConnect
Lauren Bell, Rose Ehler, Lauren Gallo White, Michael X Imbroscio.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | October 3, 2024 |
| **Social Media Cases** | 8:30 AM |

Judge: Honorable Carolyn B. Kuhl                  CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene                      ERM: None
Courtroom Assistant: M. Miro                       Deputy Sheriff: None

---

Court and counsel confer regarding discovery issues remaining with respect to each side's discovery concerning the bellwether plaintiff discovery pool. The court states its views on certain discovery issues in the context of an informal discovery conference as recorded in the court reporter's minutes.

Counsel are ordered to continue meeting and conferring regarding each side's discovery for the bellwether plaintiff discovery pool, with that process to be complete by October 9, 2024. The court sets a further status conference re bellwether plaintiff discovery for Oct. 10, 2024 at 1:45 pm. Counsel are to file a joint report re bellwether plaintiff discovery by noon on October 9, 2024.

Court and counsel discuss off the record the schedule for expert discovery and for Sargon motions. The court summarizes on the record the status of discussions concerning the expert discovery schedule. Counsel are to include in the status report for the status conference following the Oct. 10, 2024 status conference a further statement of each side re the expert discovery schedule.

Status Conference re: Bellwether Plaintiff Discovery is scheduled for 10/10/2024 at 01:45 PM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl         CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene          ERM: None
Courtroom Assistant: M. Miro             Deputy Sheriff: None

---

23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027,
23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050,
23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085,
23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157,
23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211,
23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235,
23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303,
23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387,
23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534,
23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691,
23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | October 3, 2024 |
| **Social Media Cases** | 8:30 AM |

Judge: Honorable Carolyn B. Kuhl   CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: M. Miro   Deputy Sheriff: None

---

23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747,
23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800,
23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004,
23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056,
23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955,
23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044, 23STCV22046,
23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419,
23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754,
23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003, 23STCV23057,
23STCV23061, 23STCV23063, 23STCV23065, 23STCV23066, 23STCV23072,
23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165,
23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467,
23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553,
23STCV23559, 23STCV23597, 23STCV23606, 23STCV23611, 23STCV23618,
23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657, 23STCV23661,
23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684, 23STCV23690,
23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696, 23STCV23697,
23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734, 23STCV23764,
23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791, 23STCV23794,
23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849, 23STCV23871,
23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920,
23STCV23925, 23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979,
23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135,
23STCV24146, 23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628,
23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945, 23STCV28201,
23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846,
23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942,
23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355,
23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397,
23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441,
23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518,
23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl        CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene         ERM: None
Courtroom Assistant: M. Miro            Deputy Sheriff: None

23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702,
23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749,
23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215,
23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179,
23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561,
23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771,
24-CIV-01658, 24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674,
24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945,
24STCV01954, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201,
24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490,
24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555,
24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640,
24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923,
24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611,
24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839,
24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130,
24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510,
24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562,
24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615,
24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629,
24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985,
24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481,
24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125,
24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304,
24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658,
24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108,
24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799,
24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377,
24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974,
24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033,
24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954,
24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532,
24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807,
24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897,
24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl        CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene         ERM: None
Courtroom Assistant: M. Miro            Deputy Sheriff: None

24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

Plaintiff is to provide notice.

The Further Status Conference scheduled for 10/03/2024 is 'Held' for cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | October 3, 2024 |
| **Social Media Cases** | 8:30 AM |

Judge: Honorable Carolyn B. Kuhl    CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene      ERM: None
Courtroom Assistant: M. Miro         Deputy Sheriff: None

---

23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975,
23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023,
23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035,
23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076,
23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118,
23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205,
23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225,
23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296,
23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367,
23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524,
23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553,
23STCV16686, 23STCV16691, 23STCV16816, 23STCV16820, 23STCV16884,
23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934,
23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946,
23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975,
23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996,
23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033,
23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066,
23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092,
23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373,
23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423,
23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620,
23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696,
23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720,
23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746,
23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035,
23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088,
23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100,
23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315,
23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459,
23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622,
23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330,
23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631,
23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715,
23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973,
23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078,
23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089,
23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene   ERM: None
Courtroom Assistant: M. Miro   Deputy Sheriff: None

---

23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395,
23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737,
23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785,
23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850,
23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035,
23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108,
23STCV21676, 23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041,
23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209,
23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740,
23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956,
23STCV23003, 23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,
23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606,
23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641,
23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681,
23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695,
23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823,
23STCV23849, 23STCV23871, 23STCV23876, 23SUTCV23889, 23STCV23894,
23STCV23902, 23STCV23920, 23STCV23925, 23STCV23936, 23STCV23959,
23STCV23970, 23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082,
23STCV24084, 23STCV24135, 23STCV24146, 23STCV24332, 23STCV24468,
23STCV24474, 23STCV24483, 23STCV24492, 23STCV24609, 23STCV24692,
23STCV24695, 23STCV24700, 23STCV24701, 23STCV24721, 23STCV24768,
23STCV25221, 23STCV25439, 23STCV25458, 23STCV25512, 23STCV25575,
23STCV25615, 23STCV25621, 23STCV25647, 23STCV26013, 23STCV26022,
23STCV26034, 23STCV26087, 23STCV26297, 23STCV26301, 23STCV26308,
23STCV26328, 23STCV26379, 23STCV26750, 23STCV26814, 23STCV27454,
23STCV27607, 23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890,
23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818,
23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923,
23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101,
23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377,
23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423,
23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | October 3, 2024 |
| **Social Media Cases** | 8:30 AM |

Judge: Honorable Carolyn B. Kuhl          CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene              ERM: None
Courtroom Assistant: M. Miro                Deputy Sheriff: None

---

23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565,
23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677,
23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729,
23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807,
23STCV29854, 23STCV30215, 23STCV30266, 23STCV30274, 23STCV30285,
23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501,
23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704,
23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050,
24-CIV-04469, 24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126,
24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184,
24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519, 24STCV00076,
24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880,
24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV02018,
24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467,
24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536,
24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608,
24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723,
24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111,
24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699,
24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037,
24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193,
24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541,
24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569,
24STCV04573, 24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913,
24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967,
24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374,
24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572,
24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288,
24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527,
24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962,
24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138,
24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204,
24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641,
24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017,
24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628,
24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339,
24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750,
24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl      CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene        ERM: None
Courtroom Assistant: M. Miro           Deputy Sheriff: None

24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene     ERM: None
Courtroom Assistant: M. Miro        Deputy Sheriff: None

---

23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016,
23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032,
23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071,
23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111,
23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199,
23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216,
23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246,
23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363,
23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520,
23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548,
23STCV16553, 23STCV16686, 23STCV16691, 23STCV16816, 23STCV16820,
23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931,
23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944,
23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964,
23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995,
23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021,
23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065,
23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088,
23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368,
23STCV17373, 23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420,
23STCV17423, 23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615,
23STCV17620, 23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694,
23STCV17696, 23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713,
23STCV17720, 23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742,
23STCV17746, 23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997,
23STCV18035, 23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081,
23STCV18088, 23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092,
23STCV18100, 23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310,
23STCV18315, 23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413,
23STCV18459, 23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595,
23STCV18622, 23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324,
23STCV19330, 23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610,
23STCV19631, 23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698,
23STCV19715, 23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767,
23STCV19973, 23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077,
23STCV20078, 23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087,
23STCV20089, 23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157,
23STCV20161, 23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**　　　　　　　　　　　　　　　　　　　　　　　　　　　　October 3, 2024
**Social Media Cases**　　　　　　　　　　　　　　　　　　　　　　　　　8:30 AM

Judge: Honorable Carolyn B. Kuhl　　　　　CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene　　　　　　ERM: None
Courtroom Assistant: M. Miro　　　　　　　Deputy Sheriff: None

---

23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541,
23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759,
23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817,
23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031,
23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105,
23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958, 23STCV21982,
23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628,
23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23063,
23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094,
23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231,
23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544,
23STCV23545, 23STCV23552, 23STCV23553, 23STCV23559, 23STCV23597,
23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635,
23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680,
23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693,
23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702,
23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775,
23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23876, 23STCV23889,
23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925, 23STCV23936,
23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056, 23STCV24079,
23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146, 23STCV24332,
23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492, 23STCV24609,
23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701, 23STCV24721,
23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458, 23STCV25512,
23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647, 23STCV26013,
23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297, 23STCV26301,
23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750, 23STCV26814,
23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771, 23STCV27778,
23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759,
23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918,
23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979,
23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372,
23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407,
23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467,
23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl   CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene    ERM: None
Courtroom Assistant: M. Miro       Deputy Sheriff: None

---

23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669,
23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719,
23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793,
23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266, 23STCV30274,
23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485,
23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686,
23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308,
24-CIV-03050, 24-CIV-04469, 24SMCV00011, 24SMCV00050, 24SMCV00732,
24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179,
24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519,
24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866,
24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954,
24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232,
24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518,
24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576,
24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675,
24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042,
24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643,
24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902,
24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160,
24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533,
24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565,
24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615, 24STCV04624,
24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947,
24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028,
24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489,
24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221,
24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472,
24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691,
24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114,
24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874,
24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424,
24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001,
24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037,
24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092,
24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589,
24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812,
24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  October 3, 2024
**Social Media Cases**  8:30 AM

Judge: Honorable Carolyn B. Kuhl                    CSR: Diana Whitesel CSR# 6287
Judicial Assistant: L. M'Greene                     ERM: None
Courtroom Assistant: M. Miro                        Deputy Sheriff: None

---

24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.