UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 1197-1198 (JOINT LETTER BRIEF RE PLAINTIFFS' RFP NOS. 16 AND 18)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief re Plaintiffs' RFP Nos. 16 and 18 and its exhibit filed on October 7, 2024. Dkt. Nos. 1197-1198.

At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

## I. UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS

| Dkt. No. | Description | Requested Action | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|---|
| 1197 | Joint Letter Brief | Maintain redactions at 2, 4 | YouTube | Good cause exists to seal sensitive and confidential information about YouTube's internal research and marketing and business strategies. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 1197 | Joint Letter Brief | Maintain redactions at 1 | YouTube | Good cause exists to seal sensitive and confidential information about YouTube's confidential platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to | A party has not previously sought to seal the same information. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | YouTube. *See* Chiou Decl. at 2. | |
| 1198-3 | Exhibit A to Joint Letter Brief | Maintain redactions at 16:9-10, 16-17 | YouTube | Good cause exists to seal sensitive and confidential information about YouTube's confidential platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Chiou Decl. at 2. | A party has not previously sought to seal the same information. |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED:    October 21, 2024    **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

|   |   |   |
|---|---|---|
| 1 | | Christopher Chiou (State Bar No. 233587) |
| 2 | | Matthew K. Donohue (State Bar No. 302144) |
|   | | WILSON SONSINI GOODRICH & ROSATI PC |
| 3 | | 953 East Third Street, Suite 100 |
|   | | Los Angeles, CA 90013 |
| 4 | | Telephone:  (323) 210-2900 |
|   | | Facsimile:  (866) 974-7329 |
| 5 | | Email: cchiou@wsgr.com |
|   | | Email: mdonohue@wsgr.com |

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:     October 21, 2024     By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street

|  |  |
|---|---|
| 1 | Montgomery, AL 36103 |
| 2 | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 3 | EMILY C. JEFFCOTT |
| 4 | **MORGAN & MORGAN**<br>220 W. Garden Street, 9th Floor |
| 5 | Pensacola, FL 32502<br>Telephone: 850-316-9100 |
| 6 | ejeffcott@forthepeople.com |
| 7 | Federal/State Liaison Counsel |
| 8 | MATTHEW BERGMAN<br>**SOCIAL MEDIA VICTIMS LAW CENTER** |
| 9 | 821 Second Avenue, Suite 2100<br>Seattle, WA 98104 |
| 10 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 11 | JAMES J. BILSBORROW |
| 12 | **WEITZ & LUXENBERG, PC**<br>700 Broadway |
| 13 | New York, NY 10003<br>Telephone: 212-558-5500 |
| 14 | Facsimile: 212-344-5461<br>jbilsborrow@weitzlux.com |
| 15 | JAYNE CONROY |
| 16 | **SIMMONS HANLY CONROY, LLC**<br>112 Madison Ave, 7th Floor |
| 17 | New York, NY 10016<br>Telephone: 917-882-5522 |
| 18 | jconroy@simmonsfirm.com |
| 19 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 20 | 1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 21 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 22 | ALEXANDRA WALSH |
| 23 | **WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
| 24 | Washington D.C. 20036<br>Telephone: 202-780-3014 |
| 25 | awalsh@alexwalshlaw.com |
| 26 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 27 | 510 Walnut Street Suite 500<br>Philadelphia, PA 19106 |
| 28 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |

| | |
|---|---|
| 1 | Plaintiffs' Steering Committee Leadership |
| 2 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 3 | 400 MANHATTAN BLVD |
|   | HARVEY, LA 70058 |
| 4 | Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 5 | |
|   | PAIGE BOLDT |
| 6 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 7 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 8 | PBoldt@WattsGuerra.com |
| 9 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 10 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 11 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 12 | |
|   | SARAH EMERY |
| 13 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 2380 Grandview Drive |
| 14 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 15 | semery@justicestartshere.com |
| 16 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 17 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 18 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 19 | |
|   | RONALD E. JOHNSON, JR. |
| 20 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 600 West Main Street, Suite 100 |
| 21 | Louisville, KY 40202 |
|   | Telephone: 859-578-4444 |
| 22 | rjohnson@justicestartshere.com |
| 23 | SIN-TING MARY LIU |
|   | **AYLSTOCK WITKIN KREIS &** |
| 24 | **OVERHOLTZ, PLLC** |
|   | 17 East Main Street, Suite 200 |
| 25 | Pensacola, FL 32502 |
|   | Telephone: 510-698-9566 |
| 26 | mliu@awkolaw.com |
| 27 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 28 | 31 Hudson Yards, 11th floor |
|   | New York, NY 10001-2170 |

Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 21, 2024

By: */s/ Christopher Chiou*
        Christopher Chiou

1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047
12 | | Case Nos.:  4:22-md-03047-YGR-PHK
13 | | **[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 1197-1198 (JOINT LETTER BRIEF RE PLAINTIFFS' RFP NOS. 16 AND 18)**
14 | THIS DOCUMENT RELATES TO: ALL ACTIONS |
15 | |
16 | | Judge: Hon. Yvonne Gonzalez Rogers
17 | | Magistrate Judge: Hon. Peter H. Kang
18

19    Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective
20 Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting
21 Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting
22 declaration, the arguments of counsel, and all other matters presented to the Court, the Court
23 rules that good cause exists to seal portions of the following documents relating to Joint Letter
24 Brief re Plaintiffs' RFP Nos. 16 and 18:

25

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1197 | Joint Letter Brief | Maintain redactions at 2, 4 | Granted  _____<br><br>Denied   _____ |

26
27
28

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1197 | Joint Letter Brief | Maintain redactions at 1 | Granted _____ Denied _____ |
| 1198-3 | Exhibit A to Joint Letter Brief | Maintain redactions at 16:9-10, 16-17 | Granted _____ Denied _____ |

**IT IS SO ORDERED.**

DATE:

Hon. Peter H. Kang
United States District Judge