1 | [*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Personal Injury and School District/Local Government Entity Plaintiffs (collectively, "Plaintiffs") submit this Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent ruling in *Commonwealth of Massachusetts v. Meta Platforms, Inc.*, Civil No. 23-2397-BLS1 (Mass. Super. Ct. Oct. 17, 2024) (attached hereto as **Exhibit A**). Plaintiffs submit this decision in support of their arguments raised in Plaintiffs' Opposition to Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (ECF No. 668).

Plaintiffs submit this authority via Administrative Motion rather than a Statement of Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must be submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). The decision subject to

this Administrative Motion was issued after the completion of briefing and argument on the motions listed above.

DATED: October 21, 2024

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

|    |                                              |
|----|----------------------------------------------|
| 1  |                                              |
| 2  | MELISSA YEATES                               |
|    | **KESSLER TOPAZ MELTZER & CHECK LLP**        |
| 3  | 280 KING OF PRUSSIA ROAD                     |
| 4  | RADNOR, PA 19087                             |
|    | Telephone: 610-667-7706                      |
| 5  | myeates@ktmc.com                             |
| 6  |                                              |
|    | Co-Chairs of Local Government Entity         |
| 7  | Subcommittee                                 |
| 8  | EMILY C. JEFFCOTT                            |
|    | **MORGAN & MORGAN**                          |
| 9  | 633 WEST FIFTH STREET, SUITE 2652            |
| 10 | LOS ANGELES, CA 90071                        |
|    | Telephone: 213-787-8590                      |
| 11 | ejeffcott@forthepeople.com                   |
| 12 | JOSEPH VANZANDT                              |
|    | **BEASLEY ALLEN**                            |
| 13 | 234 COMMERCE STREET                          |
| 14 | MONTGOMERY, LA 36103                         |
|    | Telephone: 334-269-2343                      |
| 15 | joseph.vanzandt@beasleyallen.com             |
| 16 | Federal/State Liaisons                       |
| 17 | MATTHEW BERGMAN                              |
|    | GLENN DRAPER                                 |
| 18 | **SOCIAL MEDIA VICTIMS LAW CENTER**          |
| 19 | 821 SECOND AVENUE, SUITE 2100                |
|    | SEATTLE, WA 98104                            |
| 20 | Telephone: 206-741-4862                      |
|    | matt@socialmediavictims.org                  |
| 21 | glenn@socialmediavictims.org                 |
| 22 |                                              |
|    | JAMES J. BILSBORROW                          |
| 23 | **WEITZ & LUXENBERG, PC**                    |
| 24 | 700 BROADWAY                                 |
|    | NEW YORK, NY 10003                           |
| 25 | Telephone: 212-558-5500                      |
|    | jbilsborrow@weitzlux.com                     |
| 26 |                                              |
| 27 |                                              |
| 28 |                                              |

|   |   |
|---|---|
| 1 | |
| 2 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 3 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 4 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
awalsh@anapolweiss.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N 18th St #1600
Philadelphia, PA 19103
Telephone: (215) 929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com


| | |
|---|---|
| 1 | HILLARY NAPPI |
| 2 | **HACH & ROSE LLP** |
|   | 112 Madison Avenue, 10th Floor |
| 3 | New York, New York 10016 |
|   | Telephone: 212-213-8311 |
| 4 | hnappi@hrsclaw.com |
| 5 | EMMIE PAULOS |
| 6 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 7 | PENSACOLA, FL 32502 |
|   | Telephone: 850-435-7107 |
| 8 | epaulos@levinlaw.com |
| 9 | RUTH THI RIZKALLA |
| 10 | **THE CARLSON LAW FIRM, PC** |
|    | 1500 ROSECRANS AVE., STE. 500 |
| 11 | MANHATTAN BEACH, CA 90266 |
|    | Telephone: 415-308-1915 |
| 12 | rrizkalla@carlsonattorneys.com |
| 13 | ROLAND TELLIS |
|    | DAVID FERNANDES |
| 14 | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 15 | Encino, CA 91436 |
| 16 | Telephone: 818-839-2333 |
|    | rtellis@baronbudd.com |
| 17 | dfernandes@baronbudd.com |
| 18 | DIANDRA "FU" DEBROSSE |
| 19 | ZIMMERMANN |
|    | **DICELLO LEVITT** |
| 20 | 505 20th St North |
|    | Suite 1500 |
| 21 | Birmingham, Alabama 35203 |
|    | Telephone: 205-855-5700 |
| 22 | fu@dicellolevitt.com |
| 23 | Plaintiffs' Steering Committee Membership |

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 21, 2024

By: */s/ Lexi J. Hazam*