[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561*<br><br>*Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065*<br><br>*Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377*<br><br>*Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804*<br><br>*Charleston County School District v. Meta, et al., Case No. 23-cv-04659*<br><br>*Dekalb County School District v. Meta, et al., Case No. 23-cv-05733*<br><br>*Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467*<br><br>*Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098*<br><br>*School District of the Chathams v. Meta, et al., Case No. 23-cv-01466*<br><br>*Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106*<br><br>*The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573*<br><br>*Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHOOL DISTRICT BELLWETHER SEARCH TERMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate to the below provisions regarding the search terms to be applied to the School District Bellwether Plaintiffs' ("SD Plaintiffs") collections. Through lengthy negotiations, both Parties made meaningful compromises since the September 12, 2024 Discovery Management Conference to reach agreement on the search terms. *See* ECF 1120 (Joint status report, at 23-27); ECF 1132 (Joint letter brief regarding disputes); ECF 1157 (Discovery Management Order No. 10, at 9-11, ordering additional meet and confer); ECF 1163 (Stipulated order granting additional time for status report); ECF 1176 (Status report); ECF 1192 (Status report); ECF 1203 (Joint letter brief regarding unresolved disputes). This stipulation resolves all disputes with respect to the SD Plaintiffs' common search terms.

The Parties hereby stipulate:

1. The SD Plaintiffs will apply the agreed search terms to their collections in accordance with the responses and objections to Defendants' requests for production of documents.

2. The deadline for the SD Plaintiffs to substantially complete their production of documents in response to Defendants' requests for production will be extended 45 days from November 5, 2024, to December 20, 2024. The Parties will discuss a production schedule for priority custodians' interim production dates.

3. The deadline for Defendants to take the depositions of the SD Plaintiffs' fact witnesses will be extended until May 15, 2025, with the understanding that the Parties will endeavor and use best efforts to conduct the SD Plaintiffs' fact witnesses' depositions prior to May 10, 2025.

4. Extending these deadlines will not affect any other deadline ordered by the Court.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the Parties stipulate and respectfully request that the Court extend the above deadlines.

**IT IS SO ORDERED.**

DATED: _____

PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED AND AGREED**.

DATED: October 22, 2024

Respectfully submitted,

*/s/Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

| | |
|---|---|
| 1 | |
| 2 | JOSEPH VANZANDT<br>**BEASLEY ALLEN**<br>234 COMMERCE STREET<br>MONTGOMERY, LA 36103<br>Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 3 | |
| 4 | |
| 5 | Federal/State Liaisons |
| 6 | MATTHEW BERGMAN<br>GLENN DRAPER<br>**SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 SECOND AVENUE, SUITE 2100<br>SEATTLE, WA 98104<br>Telephone: 206-741-4862<br>matt@socialmediavictims.org<br>glenn@socialmediavictims.org |
| 7 | |
| 8 | |
| 9 | |
| 10 | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC**<br>700 BROADWAY<br>NEW YORK, NY 10003<br>Telephone: 212-558-5500<br>jbilsborrow@weitzlux.com |
| 11 | |
| 12 | |
| 13 | |
| 14 | JAYNE CONROY<br>**SIMMONS HANLY CONROY, LLC**<br>112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016<br>Telephone: 917-882-5522<br>jconroy@simmonsfirm.com |
| 15 | |
| 16 | |
| 17 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP**<br>1111 BROADWAY, SUITE 2100<br>OAKLAND, CA 94607<br>Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 18 | |
| 19 | |
| 20 | |
| 21 | ALEXANDRA WALSH<br>**WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036<br>Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 2 | 510 WALNUT STREET |
| | SUITE 500 |
| 3 | PHILADELPHIA, PA 19106 |
| | Telephone: 215-592-1500 |
| 4 | mweinkowitz@lfsbalw.com |
| 5 | Plaintiffs' Steering Committee Leadership |
| 6 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 7 | 400 MANHATTAN BLVD. |
| | HARVEY, LA 70058 |
| 8 | Telephone: 504-227–8100 |
| | raustin@ronaustinlaw.com |
| 9 | |
| | PAIGE BOLDT |
| 10 | **WALSH LAW** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 11 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 12 | PBoldt@alexwalshlaw.com |
| 13 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 14 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 15 | Telephone: 816-701-1100 |
| | tcartmell@wcllp.com |
| 16 | |
| | SARAH EMERY |
| 17 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 18 | LOUISVILLE, KY 40202 |
| | Telephone: 859-600-6725 |
| 19 | semery@justicestartshere.com |
| 20 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |
| 21 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 22 | Telephone: 646-666-8908 |
| | carrie@cagoldberglaw.com |
| 23 | |
| | RONALD E. JOHNSON, JR. |
| 24 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 25 | LOUISVILLE, KY 40202 |
| | Telephone: 859-578-4444 |
| 26 | rjohnson@justicestartshere.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | SIN-TING MARY LIU |
| 2 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**<br>17 EAST MAIN STREET, SUITE 200 |
| 3 | PENSACOLA, FL 32502<br>Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | JAMES MARSH |
| 6 | **MARSH LAW FIRM PLLC**<br>31 HUDSON YARDS, 11TH FLOOR |
| 7 | NEW YORK, NY 10001-2170<br>Telephone: 212-372-3030 |
| 8 | jamesmarsh@marshlaw.com |
| 9 | JOSEPH E. MELTZER<br>**KESSLER TOPAZ MELTZER & CHECK LLP** |
| 10 | 280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 |
| 11 | Telephone: 610-667-7706<br>jmeltzer@ktmc.com |
| 12 | HILLARY NAPPI |
| 13 | **HACH & ROSE LLP**<br>112 Madison Avenue, 10th Floor |
| 14 | New York, New York 10016<br>Telephone: 212-213-8311 |
| 15 | hnappi@hrsclaw.com |
| 16 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY** |
| 17 | 316 SOUTH BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 32502 |
| 18 | Telephone: 850-435-7107<br>epaulos@levinlaw.com |
| 19 | RUTH THI RIZKALLA |
| 20 | **THE CARLSON LAW FIRM, PC**<br>1500 ROSECRANS AVE., STE. 500 |
| 21 | MANHATTAN BEACH, CA 90266<br>Telephone: 415-308-1915 |
| 22 | rrizkalla@carlsonattorneys.com |
| 23 | ROLAND TELLIS<br>DAVID FERNANDES |
| 24 | **BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600 |
| 25 | Encino, CA 91436<br>Telephone: 818-839-2333 |
| 26 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 27 | |
| 28 | |

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*



COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

|   |   |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice* |
|   | FAEGRE DRINKER LLP |
| 4 | 300 N. Meridian Street, Suite 2500 |
|   | Indianapolis, IN 46204 |
| 5 | Telephone: + 1 (317) 237-0300 |
|   | Facsimile: + 1 (317) 237-1000 |
| 6 | Email: andrea.pierson@faegredrinker.com |
|   | Email: amy.fiterman @faegredrinker.com |
| 7 |   |
|   | Amy R. Fiterman, *pro hac vice* |
| 8 | FAEGRE DRINKER LLP |
|   | 2200 Wells Fargo Center |
| 9 | 90 South Seventh Street |
|   | Minneapolis, MN 55402 |
| 10 | Telephone: +1 (612) 766-7768 |
|   | Facsimile: +1 (612) 766-1600 |
| 11 | Email: amy.fiterman@faegredrinker.com |
| 12 | Geoffrey Drake, *pro hac vice* |
|   | KING & SPALDING LLP |
| 13 | 1180 Peachtree Street, NE, Suite 1600 |
|   | Atlanta, GA 30309 |
| 14 | Tel.: 404-572-4600 |
|   | Email: gdrake@kslaw.com |
| 15 | Email: dmattern@kslaw.com |
| 16 | David Mattern, *pro ha vice* |
|   | KING & SPALDING LLP |
| 17 | 1700 Pennsylvania Avenue, NW, Suite 900 |
|   | Washington, D.C. 20006 |
| 18 | Telephone: +1 (202) 626-2946 |
|   | Email: dmattern@kslaw.com |
| 19 |   |
|   | *Attorneys for Defendants TikTok Inc. and ByteDance* |
| 20 | *Inc.* |
| 21 | MUNGER, TOLLES & OLSON LLP |
| 22 | */s/ Jonathan H. Blavin* |
| 23 | Jonathan H. Blavin, SBN 230269 |
|   | MUNGER, TOLLES & OLSON LLP |
| 24 | 560 Mission Street, 27th Floor |
|   | San Francisco, CA 94105-3089 |
| 25 | Telephone: (415) 512-4000 |
|   | Facsimile: (415) 512-4077 |
| 26 | Email: jonathan.blavin@mto.com |
| 27 |   |
| 28 |   |

STIP AND [PROP] ORDER RE
SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

| | |
|---|---|
| 1 | Rose L. Ehler (SBN 29652) |
| 2 | Victoria A. Degtyareva (SBN 284199)<br>Laura M. Lopez, (SBN 313450) |
| | Ariel T. Teshuva (SBN 324238) |
| 3 | MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor |
| 4 | Los Angeles, CA 90071-3426 |
| | Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702<br>Email: rose.ehler@mto.com |
| 6 | Email: victoria.degtyareva@mto.com |
| | Email: Ariel.Teshuva@mto.com |
| 7 | |
| 8 | Lauren A. Bell (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP |
| | 601 Massachusetts Ave., NW St., |
| 9 | Suite 500 E<br>Washington, D.C. 20001-5369 |
| 10 | Telephone: (202) 220-1100 |
| | Facsimile: (202) 220-2300 |
| 11 | Email: lauren.bell@mto.com |
| 12 | *Attorneys for Defendant Snap Inc.* |
| 13 | John H. Beisner (State Bar No. 81571) |
| | Nina R. Rose (*pro hac vice*) |
| 14 | SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP |
| 15 | 1440 New York Avenue, N.W., |
| | Washington, DC 20005 |
| 16 | Telephone: (202) 371-7000<br>Email: John.Beisner@skadden.com |
| 17 | Email: nina.rose@skadden.com |
| 18 | Jessica Davidson (*pro hac vice*) |
| | SKADDEN, ARPS, SLATE, |
| 19 | MEAGHER & FLOM LLP<br>One Manhattan West |
| 20 | New York, NY 10001 |
| | Telephone: (212) 735-2588 |
| 21 | Email: Jessica.Davidson@skadden.com |
| 22 | Jason David Russell (SBN 169219) |
| | SKADDEN, ARPS, SLATE, |
| 23 | MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 24 | Suite 3400 |
| | Los Angeles, CA 90071-3144 |
| 25 | Telephone: (213) 687-5328<br>Email: jason.russell@skadden.com |
| 26 | |
| 27 | Laura Bernescu (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, |
| | MEAGHER & FLOM LLP |
| 28 | 320 S. Canal St. |

Ste 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Email: laura.bernescu@skadden.com

Catherine Mullaley (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4851
Email: catherine.mullaley@skadden.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP

/s/ Joseph G. Petrosinelli

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
J. Andrew Keyes (*pro hac vice*)
akeyes@wc.com
Annie Showalter (*pro hac vice*)
ashowalter@wc.com
Chaloea Williams (*pro hac vice*)
cwilliams@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

/s/ Yardena R. Zwang-Weissman

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

STIP AND [PROP] ORDER RE
SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

# ATTESTATION

I, Chaloea Williams, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 22, 2024            By:    */s/Chaloea Williams*
                                                  Chaloea Williams