[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561*<br><br>*Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065*<br><br>*Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377*<br><br>*Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804*<br><br>*Charleston County School District v. Meta, et al., Case No. 23-cv-04659*<br><br>*Dekalb County School District v. Meta, et al., Case No. 23-cv-05733*<br><br>*Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467*<br><br>*Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098*<br><br>*School District of the Chathams v. Meta, et al., Case No. 23-cv-01466*<br><br>*Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106*<br><br>*The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573*<br><br>*Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHOOL DISTRICT BELLWETHER SEARCH TERMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1      Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate to the below provisions regarding the search terms to be applied to the School District Bellwether Plaintiffs' ("SD Plaintiffs") collections. Through lengthy negotiations, both Parties made meaningful compromises since the September 12, 2024 Discovery Management Conference to reach agreement on the search terms. *See* ECF 1120 (Joint status report, at 23-27); ECF 1132 (Joint letter brief regarding disputes); ECF 1157 (Discovery Management Order No. 10, at 9-11, ordering additional meet and confer); ECF 1163 (Stipulated order granting additional time for status report); ECF 1176 (Status report); ECF 1192 (Status report); ECF 1203 (Joint letter brief regarding unresolved disputes). This stipulation resolves all disputes with respect to the SD Plaintiffs' common search terms.

The Parties hereby stipulate:

1. The SD Plaintiffs will apply the agreed search terms to their collections in accordance with the responses and objections to Defendants' requests for production of documents.

2. The deadline for the SD Plaintiffs to substantially complete their production of documents in response to Defendants' requests for production will be extended 45 days from November 5, 2024, to December 20, 2024. The Parties will discuss a production schedule for priority custodians' interim production dates.

3. The deadline for Defendants to take the depositions of the SD Plaintiffs' fact witnesses will be extended until May 15, 2025, with the understanding that the Parties will endeavor and use best efforts to conduct the SD Plaintiffs' fact witnesses' depositions prior to May 10, 2025.

4. Extending these deadlines will not affect any other deadline ordered by the Court.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the Parties stipulate and respectfully request that the Court extend the above deadlines.

**IT IS SO ORDERED.**

DATED: October 23, 2024

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

1  **IT IS SO STIPULATED AND AGREED**.

2  DATED:  October 22, 2024                    Respectfully submitted,

*/s/Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

| | |
|---|---|
| 1 | SIN-TING MARY LIU |
| 2 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
|   | 17 EAST MAIN STREET, SUITE 200 |
| 3 | PENSACOLA, FL 32502 |
|   | Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 6 | 31 HUDSON YARDS, 11TH FLOOR |
|   | NEW YORK, NY 10001-2170 |
| 7 | Telephone: 212-372-3030 |
|   | jamesmarsh@marshlaw.com |
| 8 | |
|   | JOSEPH E. MELTZER |
| 9 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
|   | 280 KING OF PRUSSIA ROAD |
| 10 | RADNOR, PA 19087 |
|   | Telephone: 610-667-7706 |
| 11 | jmeltzer@ktmc.com |
| 12 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 13 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 14 | Telephone: 212-213-8311 |
|   | hnappi@hrsclaw.com |
| 15 | |
|   | EMMIE PAULOS |
| 16 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 17 | PENSACOLA, FL 32502 |
|   | Telephone: 850-435-7107 |
| 18 | epaulos@levinlaw.com |
| 19 | RUTH THI RIZKALLA |
|   | **THE CARLSON LAW FIRM, PC** |
| 20 | 1500 ROSECRANS AVE., STE. 500 |
|   | MANHATTAN BEACH, CA 90266 |
| 21 | Telephone: 415-308-1915 |
|   | rrizkalla@carlsonattorneys.com |
| 22 | |
|   | ROLAND TELLIS |
| 23 | DAVID FERNANDES |
|   | **BARON & BUDD, P.C.** |
| 24 | 15910 Ventura Boulevard, Suite 1600 |
|   | Encino, CA 91436 |
| 25 | Telephone: 818-839-2333 |
|   | rtellis@baronbudd.com |
| 26 | dfernandes@baronbudd.com |

|   |   |
|---|---|
| 1 | MELISSA YEATES |
|   | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 2 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 3 | Telephone: 610-667-7706 |
|   | myeates@ktmc.com |
| 4 |   |
|   | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 5 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 6 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 7 | Telephone: 205-855-5700 |
|   | fu@dicellolevitt.com |

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*


COVINGTON & BURLING LLP

/s/ Ashley M. Simonsen

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

| | |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice* |
|   | FAEGRE DRINKER LLP |
| 4 | 300 N. Meridian Street, Suite 2500 |
|   | Indianapolis, IN 46204 |
| 5 | Telephone: + 1 (317) 237-0300 |
|   | Facsimile: + 1 (317) 237-1000 |
| 6 | Email: andrea.pierson@faegredrinker.com |
|   | Email: amy.fiterman @faegredrinker.com |
| 7 | |
|   | Amy R. Fiterman, *pro hac vice* |
| 8 | FAEGRE DRINKER LLP |
|   | 2200 Wells Fargo Center |
| 9 | 90 South Seventh Street |
|   | Minneapolis, MN 55402 |
| 10 | Telephone: +1 (612) 766-7768 |
|    | Facsimile: +1 (612) 766-1600 |
| 11 | Email: amy.fiterman@faegredrinker.com |
| 12 | Geoffrey Drake, *pro hac vice* |
|    | KING & SPALDING LLP |
| 13 | 1180 Peachtree Street, NE, Suite 1600 |
|    | Atlanta, GA 30309 |
| 14 | Tel.: 404-572-4600 |
|    | Email: gdrake@kslaw.com |
| 15 | Email: dmattern@kslaw.com |
| 16 | David Mattern, *pro ha vice* |
|    | KING & SPALDING LLP |
| 17 | 1700 Pennsylvania Avenue, NW, Suite 900 |
|    | Washington, D.C. 20006 |
| 18 | Telephone: +1 (202) 626-2946 |
|    | Email: dmattern@kslaw.com |
| 19 | |
|    | *Attorneys for Defendants TikTok Inc. and ByteDance* |
| 20 | *Inc.* |
| 21 | MUNGER, TOLLES & OLSON LLP |
| 22 | */s/ Jonathan H. Blavin* |
| 23 | Jonathan H. Blavin, SBN 230269 |
|    | MUNGER, TOLLES & OLSON LLP |
| 24 | 560 Mission Street, 27th Floor |
|    | San Francisco, CA 94105-3089 |
| 25 | Telephone: (415) 512-4000 |
|    | Facsimile: (415) 512-4077 |
| 26 | Email: jonathan.blavin@mto.com |
| 27 | |
| 28 | |

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

John H. Beisner (State Bar No. 81571)
Nina R. Rose (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.,
Washington, DC 20005
Telephone: (202) 371-7000
Email: John.Beisner@skadden.com
Email: nina.rose@skadden.com

Jessica Davidson (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Email: Jessica.Davidson@skadden.com

Jason David Russell (SBN 169219)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5328
Email: jason.russell@skadden.com

Laura Bernescu (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
320 S. Canal St.

|   |   |
|---|---|
| 1 | Ste 47th Floor |
|   | Chicago, IL 60606-5707 |
| 2 | Telephone: (312) 407-0700 |
|   | Email: laura.bernescu@skadden.com |
| 3 |   |
|   | Catherine Mullaley (*pro hac vice*) |
| 4 | SKADDEN, ARPS, SLATE, |
|   | MEAGHER & FLOM LLP |
| 5 | 500 Boylston Street |
|   | Boston, MA 02116 |
| 6 | Telephone: (617) 573-4851 |
|   | Email: catherine.mullaley@skadden.com |
| 7 |   |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation |
| 9 | */s/ Brian M. Willen* |
| 10 | Brian M. Willen (*pro hac vice*) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 11 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 12 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 13 | Email: bwillen@wsgr.com |
| 14 | Lauren Gallo White (SBN 309075) |
|   | Samantha A. Machock (SBN 298852) |
| 15 | WILSON SONSINI GOODRICH & ROSATI |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 16 | San Francisco, CA 94105 |
|   | Telephone: (415) 947-2000 |
| 17 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 18 | Email: smachock@wsgr.com |
| 19 | Christopher Chiou (SBN 233587) |
|   | Matthew K. Donohue (SBN 302144) |
| 20 | WILSON SONSINI GOODRICH & ROSATI |
|   | 953 East Third Street, Suite 100 |
| 21 | Los Angeles, CA 90013 |
|   | Telephone: (323) 210-2900 |
| 22 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 23 | Email: mdonohue@wsgr.com |
| 24 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

WILLIAMS & CONNOLLY LLP

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
J. Andrew Keyes (*pro hac vice*)
akeyes@wc.com
Annie Showalter (*pro hac vice*)
ashowalter@wc.com
Chaloea Williams (*pro hac vice*)
cwilliams@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Yardena R. Zwang-Weissman*

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

# ATTESTATION

I, Chaloea Williams, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 22, 2024             By:     */s/Chaloea Williams*
                                                    Chaloea Williams