BRIAN M. LANDS
blands@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7044
Telephone: 215-278-2555
Facsimile: 215-278-2594

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF APPEARANCE OF BRIAN M. LANDS** |
| ALL ACTIONS | |

Case No.: 4:22-md-03047-YGR

NOTICE OF APPEARANCE OF BRIAN M. LANDS

# NOTICE OF APPEARANCE OF BRIAN M. LANDS AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brian M. Lands of the law firm Shook, Hardy & Bacon L.L.P., located at Two Commerce Square, 2001 Market Street, Suite 3000, Philadelphia, PA 19103-7044, telephone number (215) 278-2555, facsimile number (215) 278-2594, email address blands@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. Lands hereby requests to be added to the docket and the electronic service list in this matter.

Dated:  October 23, 2024                    SHOOK, HARDY & BACON L.L.P.


                                            By: */s/ Brian M. Lands*
                                                Brian M. Lands

                                            Attorneys for Defendants
                                            Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg