Cristina Salcedo (SBN 316683)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 (213) 443-5308

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY SUBPOENA (L.R. 6-1(a)) |

     This stipulation is entered into by and among Plaintiffs' Steering Committee and Non-Party Tinuiti, Inc. ("Tinuiti"), by and through their respective counsel.

     WHEREAS, on October 9, 2024, Tinuiti was served with a Third-Party Subpoena to Produce Documents, Information, or Objects (the "Subpoena");

     WHEREAS, pursuant to Federal Rule of Civil Procedure 45(2)(B), Tinuiti's objections are due fourteen (14) days after the Subpoena is served, or October 23, 2024;

     WHEREAS, Tinuiti has not previously requested an extension to object or otherwise responded to the Subpoena;

     WHEREAS, Tinuiti and the Plaintiffs' Steering Committee hereby agree that the time for Tinuiti to object and respond to the Subpoena is extended through and until November 6, 2024.

     NOW THEREFORE, based on the foregoing facts, Tinuiti and Plaintiffs' Steering Committee, by and through their respective undersigned counsel, hereby stipulate that:

- Tinuiti's deadline to object or otherwise respond to the Subpoena is extended

1  through and until November 6, 2024.

2  IT IS SO STIPULATED.

3  DATED: October 23, 2024.

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Cristina Salcedo

By: /s/ Cristina Salcedo

Cristina Salcedo (SBN 316683)
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 (213) 443-5308

*Attorney for Tinuiti, Inc.*

DATED: October 23, 2024

**GIBBS LAW GROUP LLP**

Daniel R. Leathers

By: /s/ Daniel R. Leathers

Steve Lopez (SBN 300540)
1111 Broadway Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
sal@classlawgroup.com

Daniel R. Leathers (admitted *pro hac vice*)
Gibbs Law Group LLP
11 Montana Ave.
Port Monmouth, NJ  07758
Phone: (510) 350-9700
Facsimile (510) 350-9701
drl@classlawgroup.com

*Attorneys for the Plaintiffs' Steering Committee*

**SIGNATURE ATTESTATION**

I, Cristina Salcedo, am the CM/ECF user whose ID and password are being used to file this Stipulation of Extension for Time Pursuant to Civil Local Rule 6-1. In accordance with Local Rule 5-1, I hereby attest that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: October 23, 2024

                                        **WILMER CUTLER PICKERING HALE AND DORR LLP**

Cristina Salcedo

By: */s/ Cristina Salcedo*

Cristina Salcedo (SBN 316683)
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 (213) 443-5308

*Attorney for Tinuiti, Inc.*