

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Glen L. Abramson, Esq.

**DATE OF ADMISSION**

**December 6, 1996**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  October 23, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk