1 | Lexi J. Hazam (SBN 224457)
  | lhazam@lchb.com
2 | LIEFF CABRASER HEIMANN
  | & BERNSTEIN, LLP
3 | 275 Battery Street, 29th Floor
  | San Francisco, CA 94111-3339
4 | Telephone: (415) 956-1000

5 | Previn Warren (*pro hac vice*)         Jennie Lee Anderson (SBN 203586)
  | pwarren@motleyrice.com                  jennie@andrusanderson.com
6 | MOTLEY RICE LLC                         ANDRUS ANDERSON LLP
7 | 401 9th Street NW, Suite 630            155 Montgomery Street, Suite 900
  | Washington, DC 20004                    San Francisco, CA 94104
8 | Telephone: (202) 386-9610               Telephone:   (415) 986-1400

9 | *Plaintiffs' Co-Lead Counsel*           *Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;<br><br>*K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086;<br><br>*K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425;<br><br>*K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426;<br><br>*C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495;<br><br>*M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578;<br><br>*K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc., et al.*, 4:24-cv-05161;<br><br>*S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178;<br><br>*C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369; | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ELEVENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

|    |                                                                                                          |
|----|----------------------------------------------------------------------------------------------------------|
| 1  | *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506;                                 |
| 2  |                                                                                                          |
| 3  | *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613;                    |
| 4  | *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139;                             |
| 5  |                                                                                                          |
| 6  | *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722;                                           |
| 7  | *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723;                |
| 8  |                                                                                                          |
| 9  | *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727;                                 |
| 10 | *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728;                                 |
| 11 |                                                                                                          |
| 12 | *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729;                                                       |
| 13 | *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.,* 4:24-cv-06641.                     |
| 14 |                                                                                                          |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Eleventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-18 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eleventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083 (Exhibit 1)
- *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086 (Exhibit 2);
- *K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425 (Exhibit 3);
- *K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426 (Exhibit 4);
- *C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495 (Exhibit 5);

- *M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578 (Exhibit 6);
- *K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161 (Exhibit 7);
- *S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178 (Exhibit 8);
- *C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369 (Exhibit 9);
- *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506 (Exhibit 10);
- *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613 (Exhibit 11);
- *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139 (Exhibit 12);
- *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722 (Exhibit 13);
- *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.,* 4:24-cv-06723 (Exhibit 14);
- *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727 (Exhibit 15);
- *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.,* 4:24-cv-06728 (Exhibit 16);
- *D.C., and E.B v. Snap Inc. et al.,* 4:24-cv-06729 (Exhibit 17);
- *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.,* 4:24-cv-06641 (Exhibit 18).

This motion is accompanied by a [Proposed] Order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eleventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion"), pursuant to Civil Local Rules 7-11 and 7-12. *See* Civ. L. R. 79-5(c).

This Court previously considered and finding good cause granted Plaintiffs' request to seal applications for guardian *ad litem* in this case. ECF No. 16.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants for a

1  standing stipulation that Applications may be filed under seal.  Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.  Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Plaintiffs' Eleventh *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

Dated:  October 25, 2024                     Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger (*pro hac vice*)
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor

| | |
|---|---|
| 1 | Ridgefield Park, NJ 07660 |
| 2 | Telephone: (973) 639-9100 |
|   | Facsimile: (973) 679-8656 |
| 3 | cseeger@seegerweiss.com |

*Counsel to the Co-Lead Counsel and Settlement Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET

| | |
|---|---|
| 1 | SUITE 500 |
| 2 | PHILADELPHIA, PA 19106 |
|   | Telephone:  215-592-1500 |
| 3 | mweinkowitz@lfsbalw.com |
|   | ALEXANDRA WALSH |
| 4 | **WALSH LAW** |
|   | 1050 Connecticut Ave, NW, Suite 500 |
| 5 | Washington D.C. 20036 |
| 6 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 7 | |
|   | JAMES J. BILSBORROW |
| 8 | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 9 | NEW YORK, NY 10003 |
| 10 | Telephone:  212-558-5500 |
|    | jbilsborrow@weitzlux.com |
| 11 | *Plaintiffs' Steering Committee Leadership* |
| 12 | PAIGE BOLDT |
|    | **WATTS GUERRA LLP** |
| 13 | 4 Dominion Drive, Bldg. 3, Suite 100 |
|    | San Antonio, TX 78257 |
| 14 | Telephone: 210-448-0500 |
| 15 | PBoldt@WattsGuerra.com |
| 16 | |
|    | CARRIE GOLDBERG |
| 17 | **C.A. GOLDBERG, PLLC** |
|    | 16 Court St. |
| 18 | Brooklyn, NY 11241 |
| 19 | Telephone: (646) 666-8908 |
|    | carrie@cagoldberglaw.com |
| 20 | |
|    | SIN-TINY MARY LIU |
| 21 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 22 | |
|    | 17 EAST MAIN STREET, SUITE 200 |
| 23 | PENSACOLA, FL 32502 |
|    | Telephone:  510-698-9566 |
| 24 | mliu@awkolaw.com |
| 25 | |
|    | EMMIE PAULOS |
| 26 | **LEVIN PAPANTONIO RAFFERTY** |
|    | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 27 | PENSACOLA, FL 32502 |
|    | Telephone:  850-435-7107 |
| 28 | epaulos@levinlaw.com |

|  |  |
|---|---|
| 1 | |
| 2 | ROLAND TELLIS |
|   | **BARON & BUDD, P.C.** |
| 3 | 15910 Ventura Boulevard, Suite 1600 |
|   | Encino, CA 91436 |
| 4 | Telephone: (818) 839-2333 |
|   | rtellis@baronbudd.com |
| 5 | |
|   | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 6 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 7 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 8 | Telephone:  205.855.5700 |
|   | fu@dicellolevitt.com |
| 9 | |
| 10 | |
|    | HILLARY NAPPI |
| 11 | **HACH & ROSE LLP** |
|    | 112 Madison Avenue, 10th Floor |
| 12 | New York, New York 10016 |
|    | Telephone: 212.213.8311 |
| 13 | hnappi@hrsclaw.com |
| 14 | |
|    | JAMES MARSH |
| 15 | **MARSH LAW FIRM PLLC** |
|    | 31 HUDSON YARDS, 11TH FLOOR |
| 16 | NEW YORK, NY 10001-2170 |
|    | Telephone:  212-372-3030 |
| 17 | jamesmarsh@marshlaw.com |
| 18 | |
|    | RUTH RIZKALLA |
| 19 | **CARLSON LAW FIRM** |
|    | 100 E. Central Texas Expy |
| 20 | Killeen, TX 76541 |
|    | Telephone: (254) 526-5688 |
| 21 | RRizkalla@carlsonattorneys.com |
| 22 | |
|    | Ron A. Austin |
| 23 | **RON AUSTIN LAW** |
|    | 400 Manhattan Blvd |
| 24 | Harvey, LA 70058 |
|    | 504-227-8100 |
| 25 | Fax: 504-227-8122 |
|    | raustin@ronaustinlaw.com |
| 26 | |
| 27 | *Plaintiffs' Steering Committee Membership* |
| 28 | |