1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
|---|---|
| This Document Relates to:<br><br>*R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;<br><br>*K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086;<br><br>*K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425;<br><br>*K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426;<br><br>*C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495;<br><br>*M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578;<br><br>*K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161;<br><br>*S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178;<br><br>*C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369;<br><br>*C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506; | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ELEVENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

|   |   |
|---|---|
| 1 | *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613; |
| 2 |   |
| 3 | *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139; |
| 4 |   |
| 5 | *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722; |
| 6 | *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723; |
| 7 |   |
| 8 | *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727; |
| 9 |   |
| 10 | *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728; |
| 11 | *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729; |
| 12 |   |
| 13 | *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641. |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eleventh Consolidated Ex *Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Eleventh Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-18 to the Anderson Declaration in Support of Eleventh Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| Exhibit 2 – Application for *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 - Application for *K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 - Application for *M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 7 – Application for *K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc., et al.*, 4:24-cv-05161 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 8 – Application for *S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 9 – Application for *C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 10 - Application for *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 11 – Application for *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 12 – Application for *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 13 – Application for *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 14 – Application for *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 15 – Application for *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

3     Case No. 4:22-md-03047-YGR
[Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal

| | | |
|---|---|---|
| Exhibit 16 – Application for *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 17 – Application for *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 18 – Application for *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |

**IT IS SO ORDERED.**

DATED: _____

                                  Hon. Yvonne Gonzalez Rogers
                                  UNITED STATES DISTRICT JUDGE