Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;<br><br>*K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086;<br><br>*K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425;<br><br>*K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426;<br><br>*C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495;<br><br>*M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578;<br><br>*K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161;<br><br>*S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178;<br><br>*C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369; | **PLAINTIFFS' ELEVENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

| | |
|---|---|
| 1 | *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506; |
| 2 | |
| 3 | *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613; |
| 4 | *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139; |
| 5 | |
| 6 | *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722; |
| 7 | *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723; |
| 8 | |
| 9 | *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727; |
| 10 | |
| 11 | *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728; |
| 12 | *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729; |
| 13 | |
| 14 | *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641. |

## APPLICATION

Pursuant to this Court's Order Regarding Appointment of Guardian *Ad Litem* ("Guardians *Ad Litem* Order") (ECF No. 122 at 3), Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby submits Plaintiffs' Eleventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") for this Court's consideration.

"Fit parents are presumed to act in the best interests of their children." *J.B. by & Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021 WL 3115195, at *2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion.") (citation omitted). Absent a conflict of interest, "[a] parent is generally appointed

guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL 2002370, at *3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-01165-AWI NEW (TAG), 2007 WL 1390672, at *3 (E.D. Cal. May 9, 2007)); *accord J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *2 (N.D. Cal. Sept.16, 2016). However, "[w]hen there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of the action, a court has the right to select guardian ad litem who is not a parent if that guardian would best protect the child's interests." *J.M.*, 2016 WL 4942999, at *1 (citations omitted) (internal quotation marks omitted).

Attached as Exhibits 1-18 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Eleventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl." or "Anderson Declaration") are the *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by the parents and/or legal guardians of individual minor Plaintiffs in the following cases.

- *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083 (Exhibit 1)
- *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086 (Exhibit 2);
- *K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425 (Exhibit 3);
- *K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426 (Exhibit 4);
- *C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495 (Exhibit 5);
- *M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578 (Exhibit 6);
- *K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161 (Exhibit 7);
- *S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178 (Exhibit 8);
- *C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369 (Exhibit 9);

- *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506 (Exhibit 10);
- *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613 (Exhibit 11);
- *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139 (Exhibit 12);
- *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722 (Exhibit 13);
- *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723 (Exhibit 14);
- *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727 (Exhibit 15);
- *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728 (Exhibit 16);
- *D.C., and E.B v. Snap Inc. et al.*, 4:24-cv-06729 (Exhibit 17);
- *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641 (Exhibit 18).

Exhibits 1-18 to the Anderson Declaration are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. The Applications attached to the Anderson Declaration as Exhibits 1-18 are consistent with Attachment A to this Court's Guardian *Ad Litem* Order (ECF No. 122) and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a sworn statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a sworn statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person. Anderson Decl. ¶ 21.

Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or legal guardians in the cases listed above are deemed presumptively approved upon filing, as there is no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M.*, 2016 WL 494299, at *1). This Court also ordered that, absent the filing of an objection, the presumptive approval shall become final fifteen days after the date this *Ex Parte* Application is filed. ECF No. 122 ¶ 5. The fifteenth day in this instance falls on a Saturday, and Monday,

1  November 11, 2024, is a Court holiday.  Therefore, the objection period will close on November
2  12, 2024.
3       Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte*
4  Applications and Appointing Guardian *Ad Litem* appointing the parent and/or legal guardian
5  named in the Applications submitted in the case listed above.
6
7  Dated:  October 25, 2024          Respectfully submitted,
8            **ANDRUS ANDERSON LLP**
9            */s/ Jennie Lee Anderson*
10           JENNIE LEE ANDERSON (SBN 203586)
          jennie@andrusanderson.com
11           **ANDRUS ANDERSON LLP**
          155 Montgomery Street, Suite 900
12           San Francisco, CA  94104
          Telephone: (415) 986-1400
13
14           *Plaintiffs' Liaison Counsel*
15           LEXI J. HAZAM (SBN 224457)
          lhazam@lchb.com
16           **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
17           275 Battery Street, 29th Floor
          San Francisco, CA 94111-3339
          Telephone: (415) 956-1000
18           Facsimile: (415) 956-100
19           PREVIN WARREN (*pro hac vice*)
          pwarren@motleyrice.com
20           **MOTLEY RICE LLC**
          401 9th Street NW, Suite 630
21           Washington, DC 20004
          Telephone: (202) 386-9610
22           Facsimile: (202) 232-5513
23           *Plaintiffs' Co-Lead Counsel*
24           CHRISTOPHER A. SEEGER (*pro hac vice*)
25           **SEEGER WEISS, LLP**
          55 Challenger Road, 6th Floor
          Ridgefield Park, NJ 07660
26           Telephone: (973) 639-9100
          Facsimile: (973) 679-8656
27           cseeger@seegerweiss.com
28           ***Counsel to the Co-Lead Counsel and Settlement***

*Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs' Steering Committee Leadership*

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600

Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

RUTH RIZKALLA
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

RON A. AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058
504-227-8100
Fax: 504-227-8122
raustin@ronaustinlaw.com

*Plaintiffs' Steering Committee Membership*