| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | |
| Previn Warren (*pro hac vice*)<br>pwarren@motleyrice.com<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610 | Jennie Lee Anderson (SBN 203586)<br>jennie@andrusanderson.com<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA  94104<br>Telephone:     (415) 986-1400 |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Liaison Counsel* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;<br><br>*K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086;<br><br>*K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425;<br><br>*K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426;<br><br>*C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495;<br><br>*M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578;<br><br>*K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161;<br><br>*S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.,* 4:24-cv-05178;<br><br>*C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369; | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ELEVENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

| | |
|---|---|
| 1 | *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506; |
| 2 | |
| 3 | *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613; |
| 4 | *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139; |
| 5 | |
| 6 | *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722; |
| 7 | *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723; |
| 8 | |
| 9 | *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727; |
| 10 | |
| 11 | *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728; |
| 12 | *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729; |
| 13 | |
| 14 | *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641. |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:33-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Eleventh Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083.

|   |   |   |
|---|---|---|
| 1 | 4. | Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* |

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the *Ex Parte*

Application for Appointment of Guardian *Ad Litem* I received for the case *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.,* 4:24-cv-06728.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.C. and E.B v. Snap Inc. et al.,* 4:24-cv-06729.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.,* 4:24-cv-06641.

21. **Exhibits 1-18** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-18**. The Applications have been made by the minor's parent, and/or legal guardian. Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the

1  applicant's name and contact information (including address, email, and telephone number); (2)
2  the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that
3  the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement
4  affirming that the applicant is fully competent and qualified to understand and protect the rights
5  of the minor plaintiff and has no interests adverse to the interests of that person.

6       I declare under penalty of perjury pursuant to the laws of the United States of America that
7  the foregoing is true and correct.

8  Dated:  October 25, 2024                    Respectfully submitted,

10       */s/Jennie Lee Anderson*
     Jennie Lee Anderson

12  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
   San Francisco, CA  94104
13  Telephone: (415) 986-1400
   Facsimile: (415) 986-1474
14  jennie@andrusanderson.com

15  *Plaintiffs' Liaison Counsel*