1  Lexi J. Hazam (SBN 224457)
    lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)          Jennie Lee Anderson (SBN 203586)
    pwarren@motleyrice.com                  jennie@andrusanderson.com
6  MOTLEY RICE LLC                         ANDRUS ANDERSON LLP
    401 9th Street NW, Suite 630           155 Montgomery Street, Suite 900
7  Washington, DC 20004                    San Francisco, CA  94104
    Telephone: (202) 386-9610              Telephone:    (415) 986-1400
8

9  *Plaintiffs' Co-Lead Counsel*            *Plaintiffs' Liaison Counsel*

10              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
11

12  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
13   PRODUCTS LIABILITY LITIGATION          MDL No. 3047

14  ─────────────────────────              **EXHIBITS 1-18 TO DECLARATION OF**
                                            **JENNIE LEE ANDERSON IN SUPPORT**
15  This Document Relates to:               **OF PLAINTIFFS' ELEVENTH *EX PARTE***
                                            **APPLICATION FOR APPOINTMENT**
16  *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;  **OF GUARDIANS AD LITEM**

17  *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-
     04086;

18  *K.K. and K.A. v. Meta Platforms, Inc. et al.*,
     4:24-cv-04425;
19
    *K.K. and C.K. v. Meta Platforms, Inc. et al.*,
20   4:24-cv-04426;

21  *C.S., filed on behalf of minor T.P. v. Meta
     Platforms, Inc. et al.*, 4:24-cv-04495;
22
    *M.M., filed on behalf of minor A.B. v. Meta
23   Platforms, Inc., et al.*, 4:24-cv-04578;

24  *K.N., filed on behalf of minor A.N. v. Meta
     Platforms, Inc.*, et al., 4:24-cv-05161;
25
    *S.C., filed on behalf of minor D.G. v. Meta
26   Platforms, Inc., et al.*, 4:24-cv-05178;

27  *C.C., filed on behalf of minor L.C. v. Meta
     Platforms, Inc., et al.*, 4:24-cv-05369;
28

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte
Application

1   *C.D., on behalf of C.F. v. Meta Platforms,*
    *Inc. et al.*, 4:24-cv-06506;
2
    *J.H., filed on behalf of minor M.H. v. Meta*
3   *Platforms, Inc., et al.*, 4:24-cv-06613;

4   *B.B, filed on behalf of minor O.B. v. Meta*
    *Platforms, Inc.*, 4:24-cv-06139;
5
    *L.J. and B.J. v. Meta Platforms, Inc. et al.*,
6   4:24-cv-06722;

7   *J.G., individually and on behalf of Z.J. v.*
    *Meta Platforms, Inc. et al.*, 4:24-cv-06723;
8
9   *B.D., on behalf of Z.H. v. Meta Platforms,*
    *Inc. et al.*, 4:24-cv-06727;
10
    *D.C., on behalf of T.S. v. Meta Platforms,*
11  *Inc. et al.*, 4:24-cv-06728;

12  *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-
    06729;
13
    *R.Z., filed on behalf of minor C.Z. v. Meta*
14  *Platforms, Inc. et al.*, 4:24-cv-06641.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# EXHIBIT 6

23
24
25
26
27
28

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

- 24 -    Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
# EXHIBIT 12
23
24
25
26
27
28

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 13

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 14

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT FILED UNDER SEAL**

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 15

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 16

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 17

Case No. 4:22-md-03047-YGR

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 18

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-18 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Eleventh Ex Parte Application