**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;<br><br>*K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086;<br><br>*K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425;<br><br>*K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426;<br><br>*C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495;<br><br>*M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578;<br><br>*K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161;<br><br>*S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178;<br><br>*C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369;<br><br>*C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506; | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ELEVENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

|   |
|---|
| *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613; |
| *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139; |
| *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722; |
| *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723; |
| *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727; |
| *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728; |
| *D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729; |
| *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641. |

## **[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Eleventh E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Eleventh *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On October 25, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083 (Exhibit 1)
- *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086 (Exhibit 2);

- *K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425 (Exhibit 3);
- *K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426 (Exhibit 4);
- *C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495 (Exhibit 5);
- *M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578 (Exhibit 6);
- *K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161 (Exhibit 7);
- *S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178 (Exhibit 8);
- *C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369 (Exhibit 9);
- *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506 (Exhibit 10);
- *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613 (Exhibit 11);
- *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139 (Exhibit 12);
- *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722 (Exhibit 13);
- *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723 (Exhibit 14);
- *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727 (Exhibit 15);
- *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728 (Exhibit 16);
- *D.C., and E.B v. Snap Inc. et al.*, 4:24-cv-06729 (Exhibit 17);
- *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641 (Exhibit 18).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Eleventh *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before November 12, 2024, which is the first court day following the fifteenth day after the filing of Plaintiffs' Eleventh *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians ad litem in this case, shall remain in effect until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

4    Case No. 4:22-md-03047-YGR
[Proposed] Order Granting Plaintiffs' Eleventh Consolidated Ex Parte Application