# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br>------------------------------------------------<br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br>------------------------------------------------<br>State of Montana, ex rel. Austin Knudsen, Attorney General<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc.<br>------------------------------------------------<br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448; 4:23-cv-05885; 4:24-cv-00805 | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br>             4:23-cv-05885-YGR<br>             4:24-cv-00805-YGR<br><br>**[PROPOSED] ORDER ADDRESSING LITIGATION HOLD NOTICES, SEARCH TERMS, AND CUSTODIANS IN CASES BROUGHT BY STATE ATTORNEYS GENERAL**<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

On October 15, 2024, the State Attorneys General Plaintiffs (the "State AGs") and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC ("Meta") submitted a Joint Letter Brief setting forth their positions on disputes concerning litigation hold notices, search terms, and custodians. ECF No. 1217. On October 24, 2024, during a Discovery Management Conference ("DMC"), the Court heard oral argument on the issues outlined in the Parties' Joint Letter Brief.

Having reviewed the Joint Letter Brief and having heard the arguments of the Parties, and as stated on the record during the DMC, the Court **ORDERS** as follows:

1. Each State AG shall provide Meta with a weekly update including litigation hold information for all recipients at state agencies.  Such information shall include the names, titles, and agency affiliations of all state agency personnel from the state agencies for which the Court held the State AG has legal control over the agency's documents in ECF No. 1117 who have received litigation holds in connection with this litigation, and the date on which the hold notice was first provided to each individual. If any State AG cannot provide such information, that State AG shall so state in the weekly report.

2. By November 1, 2024, each State AG for Arizona, California, Colorado, Delaware, Illinois, Kentucky, Maryland, Michigan, Minnesota, Missouri, New York, Oregon, Pennsylvania, and Rhode Island shall provide to Meta a proposed list of state agency custodians likely to possess information relevant to this litigation or responsive to Meta's discovery requests served on the State AGs, along with a proposed set of search terms to be used to locate such responsive documents.  If any of these State AGs cannot provide such proposed state agency custodian or search terms for any of the state agencies for which the Court held the State AG has legal control over the agency's documents in ECF No. 1117, that State AG shall so state by November 1, 2024.

3. During the week of November 4 through 8, 2024, the State AGs for Arizona, California, Colorado, Delaware, Illinois, Kentucky, Maryland, Michigan, Minnesota, Missouri, New York, Oregon, Pennsylvania, and Rhode Island and Meta shall meet and confer regarding proposed search terms and proposed custodians.  These State AGs shall undertake reasonable efforts to ensure that all necessary decision makers are on each such call, to facilitate efficient meet-and-confer efforts.  And Meta shall make its counsel available in a timely manner.  Any disputes regarding proposed search terms and custodians that remain unresolved may be addressed through letter briefing pursuant to the Court's dispute resolution procedure and raised at the next DMC.

**IT IS SO ORDERED.**

Dated: October ___, 2024

_____
MAGISTRATE JUDGE PETER H. KANG