[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-03047-YGR (PHK) <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |
| This Document Relates to: <br><br> MDL3047 PERSONAL INJURY PLAINTIFFS | **PROPOSED ORDER RE: NON-BELLWETHER DEVICE IMAGING AND PRESEERVATION OBLIGATIONS** |

Upon consideration of the Parties Joint Letter Brief Regarding MDL Bellwether Plaintiffs' Lost Devices and the Preservation of Non-Bellwether Main Devices, ECF No. 1237, and after a hearing thereon held on October 24, 2024, for the reasons stated on the record at the October 24, 2024 hearing, it is hereby ORDERED that the relief sought by Defendants is DENIED in part and GRANTED in part as follows:

1.      Defendants' motion to compel forensic imaging of non-bellwether Plaintiffs' devices is denied.

2.      Defendants' motion to compel informatin concerning efforts to preserve information by non-bellwether plaintiffs is denied, except (1) counsel for every non-bellwether Plaintiff that has filed a complaint as of the date of this Order (whether in the MDL or the JCCP) is hereby ordered to inform the MDL and JCCP Co-Lead Counsel (using a Word table in the format attached to this Order) of the date on which each of the non-bellwether Plaintiffs they represent was first directed by counsel to preserve relevant information for this litigation, and (2) the MDL and JCCP Co-Lead counsel shall compile the above tables and transmit to the Defendants on or before December 31, 2024 a combined report of the tables received from non-

1  bellwether Plaintiffs' counsel.

2      3.    Plaintiffs' counsel is ordered to remind their clients not to sell, dispose, transfer, or factory reset their devices during the pendency of this litigation.

**IT IS SO ORDERED,**

Dated: _____

    PETER H. KANG
    UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2024    Respectfully submitted,
    By: */s/ Lexi J. Hazam*
    LEXI J. HAZAM
    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
    275 BATTERY STREET, 29TH FLOOR
    SAN FRANCISCO, CA 94111-3339
    Telephone: 415-956-1000
    lhazam@lchb.com

    PREVIN WARREN
    **MOTLEY RICE LLC**
    401 9th Street NW Suite 630
    Washington DC 20004
    Telephone: 202-386-9610
    pwarren@motleyrice.com

    Co-Lead Counsel

    CHRISTOPHER A. SEEGER
    **SEEGER WEISS, LLP**
    55 CHALLENGER ROAD, 6TH FLOOR
    RIDGEFIELD PARK, NJ 07660
    Telephone: 973-639-9100
    cseeger@seegerweiss.com

    Counsel to Co-Lead Counsel

|   |   |
|---|---|
| 1 |   |
| 2 | JENNIE LEE ANDERSON |
|   | **ANDRUS ANDERSON, LLP** |
| 3 | 155 MONTGOMERY STREET, SUITE 900 |
|   | SAN FRANCISCO, CA 94104 |
| 4 | Telephone: 415-986-1400 |
| 5 | jennie@andrusanderson.com |
| 6 | Liaison Counsel |
| 7 | EMILY C. JEFFCOTT |
|   | **MORGAN & MORGAN** |
| 8 | 633 WEST FIFTH STREET, SUITE 2652 |
|   | LOS ANGELES, CA 90071 |
| 9 | Telephone: 213-787-8590 |
| 10 | ejeffcott@forthepeople.com |
| 11 | JOSEPH VANZANDT |
|   | **BEASLEY ALLEN** |
| 12 | 234 COMMERCE STREET |
|   | MONTGOMERY, LA 36103 |
| 13 | Telephone: 334-269-2343 |
| 14 | joseph.vanzandt@beasleyallen.com |
| 15 | Federal/State Liaisons |
| 16 | MATTHEW BERGMAN |
|   | GLENN DRAPER |
| 17 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 18 | SEATTLE, WA 98104 |
| 19 | Telephone: 206-741-4862 |
|   | matt@socialmediavictims.org |
| 20 | glenn@socialmediavictims.org |
| 21 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 22 | 700 BROADWAY |
| 23 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 24 | jbilsborrow@weitzlux.com |
| 25 |   |
|   | JAYNE CONROY |
| 26 | **SIMMONS HANLY CONROY, LLC** |
|   | 112 MADISON AVE, 7TH FLOOR |
| 27 | NEW YORK, NY 10016 |
|   | Telephone: 917-882-5522 |
| 28 | jconroy@simmonsfirm.com |

PROPOSED ORDER RE: NON-BELLWETHER DEVICE
IMAGING AND PRESEERVATION OBLIGATIONS
MDL NO. 3047

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**

600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

|   |   |
|---|---|
| 1 | MELISSA YEATES |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | myeates@ktmc.com |
| 5 |   |
| 6 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 7 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 8 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 9 | Telephone: 205-855-5700 |
|   | fu@dicellolevitt.com |
| 10 |   |
| 11 | Plaintiffs' Steering Committee Membership |
| 12 | *Attorneys for Individual Plaintiffs* |

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | By: */s/ Gregory L. Halperin* |
| 3 | Gregory L. Halperin, *pro hac vice* <br> COVINGTON & BURLING LLP |
| 4 | 620 Eighth Avenue <br> New York, NY 10018 |
| 5 | Telephone: (212) 841-1000 |
| 6 | Email: ghalperin@cov.com |
| 7 | Ashley M. Simonsen, SBN 275203 <br> COVINGTON & BURLING LLP |
| 8 | 1999 Avenue of the Stars <br> Los Angeles, CA 90067 |
| 9 | Telephone: (424) 332-4800 |
| 10 | Facsimile: + 1 (424) 332-4749 <br> Email: asimonsen@cov.com |
| 11 | |
| 12 | Phyllis A. Jones, *pro hac vice* <br> Paul W. Schmidt, *pro hac vice* |
| 13 | COVINGTON & BURLING LLP <br> One City Center |
| 14 | 850 Tenth Street, NW <br> Washington, DC 20001-4956 |
| 15 | Telephone: + 1 (202) 662-6000 |
| 16 | Facsimile: + 1 (202) 662-6291 <br> Email: pajones@cov.com |
| 17 | *Attorney for Defendants Meta Platforms, Inc.* |
| 18 | *f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook* |
| 19 | *Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 20 | *Zuckerberg* |
| 21 | FAEGRE DRINKER LLP |
| 22 | By: */s/ Andrea Roberts Pierson* <br> Andrea Roberts Pierson, *pro hac vice* |
| 23 | FAEGRE DRINKER LLP <br> 300 N. Meridian Street, Suite 2500 |
| 24 | Indianapolis, IN 46204 |
| 25 | Telephone: + 1 (317) 237-0300 <br> Facsimile: + 1 (317) 237-1000 |
| 26 | Email: andrea.pierson@faegredrinker.com <br> Email: amy.fiterman @faegredrinker.com |
| 27 | |
| 28 | Amy R. Fiterman, *pro hac vice* <br> FAEGRE DRINKER LLP |

|   |   |
|---|---|
| 1 | 2200 Wells Fargo Center |
| 2 | 90 South Seventh Street |
|   | Minneapolis, MN 55402 |
| 3 | Telephone: +1 (612) 766-7768 |
|   | Facsimile: +1 (612) 766-1600 |
| 4 | Email: amy.fiterman@faegredrinker.com |

```
 1                                    2200 Wells Fargo Center
                                      90 South Seventh Street
 2                                    Minneapolis, MN 55402
                                      Telephone: +1 (612) 766-7768
 3                                    Facsimile: +1 (612) 766-1600
                                      Email: amy.fiterman@faegredrinker.com
 4
 5                                    Geoffrey Drake, pro hac vice
                                      KING & SPALDING LLP
 6                                    1180 Peachtree Street, NE, Suite 1600
                                      Atlanta, GA 30309
 7                                    Tel.: 404-572-4600
                                      Email: gdrake@kslaw.com
 8                                    Email: dmattern@kslaw.com
 9
                                      David Mattern, pro ha vice
10                                    KING & SPALDING LLP
                                      1700 Pennsylvania Avenue, NW, Suite 900
11                                    Washington, D.C. 20006
                                      Telephone: +1 (202) 626-2946
12                                    Email: dmattern@kslaw.com
13
                                      Attorneys for Defendants TikTok Inc. and
14                                    ByteDance Inc.
15
                                      MUNGER, TOLLES & OLSEN LLP
16                                    By: /s/ Jonathan H. Blavin
                                      Jonathan H. Blavin, SBN 230269
17                                    MUNGER, TOLLES & OLSON LLP
                                      560 Mission Street, 27th Floor
18                                    San Francisco, CA 94105-3089
                                      Telephone: (415) 512-4000
19                                    Facsimile: (415) 512-4077
                                      Email: jonathan.blavin@mto.com
20
21                                    Rose L. Ehler (SBN 29652)
                                      Victoria A. Degtyareva (SBN 284199)
22                                    Laura M. Lopez, (SBN 313450)
                                      Ariel T. Teshuva (SBN 324238)
23                                    MUNGER, TOLLES & OLSON LLP
                                      350 South Grand Avenue, 50th Floor
24                                    Los Angeles, CA 90071-3426
                                      Telephone: (213) 683-9100
25                                    Facsimile: (213) 687-3702
                                      Email: rose.ehler@mto.com
26                                    Email: victoria.degtyareva@mto.com
27                                    Email: Ariel.Teshuva@mto.com
28
```

|   |   |
|---|---|
| 1 | Lauren A. Bell (*pro hac vice forthcoming*) |
| 2 | MUNGER, TOLLES & OLSON LLP |
|   | 601 Massachusetts Ave., NW St., |
| 3 | Suite 500 E |
|   | Washington, D.C. 20001-5369 |
| 4 | Telephone: (202) 220-1100 |
|   | Facsimile: (202) 220-2300 |
| 5 | Email: lauren.bell@mto.com |

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: /s/ *Brian M. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com


Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: /s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com

|   |   |
|---|---|
| 1 | Ashley W. Hardin |
| 2 | ahardin@wc.com |
|   | 680 Maine Avenue, SW |
| 3 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 4 | Fax: 202-434-5029 |
| 5 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

**ATTESTATION**

I, Gregory L. Halperin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** October 29, 2024                    /s/ *Gregory L. Halperin*