| | PLAINTIFF | CASE NO. | DATE OF INITIAL PRESERVATION NOTICE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |