[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>MDL3047 PERSONAL INJURY PLAINTIFFS | Case No. 22-md-03047-YGR (PHK)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang<br><br>~~PROPOSED~~ ORDER RE:<br>NON-BELLWETHER DEVICE IMAGING AND PRESEERVATION OBLIGATIONS |

     Upon consideration of the Parties Joint Letter Brief Regarding MDL Bellwether Plaintiffs' Lost Devices and the Preservation of Non-Bellwether Main Devices, ECF No. 1237, and after a hearing thereon held on October 24, 2024, for the reasons stated on the record at the October 24, 2024 hearing, it is hereby ORDERED that the relief sought by Defendants is DENIED in part and GRANTED in part as follows:

     1.    Defendants' motion to compel forensic imaging of non-bellwether Plaintiffs' devices is denied.

     2.    Defendants' motion to compel informatin concerning efforts to preserve information by non-bellwether plaintiffs is denied, except (1) counsel for every non-bellwether Plaintiff that has filed a complaint as of the date of this Order (whether in the MDL or the JCCP) is hereby ordered to inform the MDL and JCCP Co-Lead Counsel (using a Word table in the format attached to this Order) of the date on which each of the non-bellwether Plaintiffs they represent was first directed by counsel to preserve relevant information for this litigation, and (2) the MDL and JCCP Co-Lead counsel shall compile the above tables and transmit to the Defendants on or before December 31, 2024 a combined report of the tables received from non-

bellwether Plaintiffs' counsel.

3. Plaintiffs' counsel is ordered to remind their clients not to sell, dispose, transfer, or factory reset their devices during the pendency of this litigation.

**IT IS SO ORDERED,**

Dated: October 29, 2024

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2024

Respectfully submitted,
By: /s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

| | |
|---|---|
| 1 | |
| 2 | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 3 | 155 MONTGOMERY STREET, SUITE 900<br>SAN FRANCISCO, CA 94104 |
| 4 | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 5 | |
| 6 | Liaison Counsel |
| 7 | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |
| 8 | 633 WEST FIFTH STREET, SUITE 2652<br>LOS ANGELES, CA 90071 |
| 9 | Telephone: 213-787-8590<br>ejeffcott@forthepeople.com |
| 10 | |
| 11 | JOSEPH VANZANDT<br>**BEASLEY ALLEN** |
| 12 | 234 COMMERCE STREET<br>MONTGOMERY, LA 36103 |
| 13 | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 14 | |
| 15 | Federal/State Liaisons |
| 16 | MATTHEW BERGMAN<br>GLENN DRAPER |
| 17 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 18 | 821 SECOND AVENUE, SUITE 2100<br>SEATTLE, WA 98104 |
| 19 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 20 | glenn@socialmediavictims.org |
| 21 | JAMES J. BILSBORROW |
| 22 | **WEITZ & LUXENBERG, PC**<br>700 BROADWAY |
| 23 | NEW YORK, NY 10003<br>Telephone: 212-558-5500 |
| 24 | jbilsborrow@weitzlux.com |
| 25 | JAYNE CONROY |
| 26 | **SIMMONS HANLY CONROY, LLC**<br>112 MADISON AVE, 7TH FLOOR |
| 27 | NEW YORK, NY 10016<br>Telephone: 917-882-5522 |
| 28 | jconroy@simmonsfirm.com |

|   |   |
|---|---|
| 1 |   |
| 2 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 3 | 1111 BROADWAY, SUITE 2100<br>OAKLAND, CA 94607 |
| 4 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 5 |   |
| 6 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 7 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 8 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 9 |   |
| 10 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 11 | 510 WALNUT STREET<br>SUITE 500 |
| 12 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 13 | mweinkowitz@lfsbalw.com |
| 14 | Plaintiffs' Steering Committee Leadership |
| 15 |   |
| 16 | RON AUSTIN<br>**RON AUSTIN LAW** |
| 17 | 400 MANHATTAN BLVD.<br>HARVEY, LA 70058 |
| 18 | Telephone: 504-227–8100<br>raustin@ronaustinlaw.com |
| 19 |   |
| 20 | PAIGE BOLDT<br>**WALSH LAW** |
| 21 | 4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |
| 22 | Telephone: 210-448-0500<br>PBoldt@alexwalshlaw.com |
| 23 |   |
| 24 | THOMAS P. CARTMELL<br>**WAGSTAFF & CARTMELL LLP** |
| 25 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 26 | Telephone: 816-701-1100<br>tcartmell@wcllp.com |
| 27 |   |
| 28 | SARAH EMERY<br>**HENDY JOHNSON VAUGHN EMERY PSC** |

600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

| | |
|---|---|
| 1 | JOSEPH E. MELTER |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | jmeltzer@ktmc.com |
| 5 | |
| 6 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 7 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 8 | Telephone: 212-213-8311 |
|   | hnappi@hrsclaw.com |
| 9 | |
| 10 | EMMIE PAULOS |
|    | **LEVIN PAPANTONIO RAFFERTY** |
| 11 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|    | PENSACOLA, FL 32502 |
| 12 | Telephone: 850-435-7107 |
|    | epaulos@levinlaw.com |
| 13 | |
| 14 | RUTH THI RIZKALLA |
|    | **THE CARLSON LAW FIRM, PC** |
| 15 | 1500 ROSECRANS AVE., STE. 500 |
|    | MANHATTAN BEACH, CA 90266 |
| 16 | Telephone: 415-308-1915 |
|    | rrizkalla@carlsonattorneys.com |
| 17 | |
| 18 | ROLAND TELLIS |
|    | DAVID FERNANDES |
| 19 | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 20 | Encino, CA 91436 |
|    | Telephone: 818-839-2333 |
| 21 | rtellis@baronbudd.com |
|    | dfernandes@baronbudd.com |

|   |   |
|---|---|
| 1 | MELISSA YEATES |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | myeates@ktmc.com |
| 5 |   |
| 6 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 7 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 8 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 9 | Telephone: 205-855-5700 |
|   | fu@dicellolevitt.com |
| 10 |   |
| 11 | Plaintiffs' Steering Committee Membership |
| 12 | *Attorneys for Individual Plaintiffs* |

COVINGTON & BURLING LLP

By: /s/ Gregory L. Halperin
Gregory L. Halperin, pro hac vice
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Email: ghalperin@cov.com

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP
By: /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP

| | |
|---|---|
| 1 | 2200 Wells Fargo Center |
| 2 | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| 3 | Telephone: +1 (612) 766-7768 |
| | Facsimile: +1 (612) 766-1600 |
| 4 | Email: amy.fiterman@faegredrinker.com |
| 5 | |
| | Geoffrey Drake, *pro hac vice* |
| 6 | KING & SPALDING LLP |
| | 1180 Peachtree Street, NE, Suite 1600 |
| 7 | Atlanta, GA 30309 |
| | Tel.: 404-572-4600 |
| 8 | Email: gdrake@kslaw.com |
| | Email: dmattern@kslaw.com |
| 9 | |
| 10 | David Mattern, *pro ha vice* |
| | KING & SPALDING LLP |
| 11 | 1700 Pennsylvania Avenue, NW, Suite 900 |
| | Washington, D.C. 20006 |
| 12 | Telephone: +1 (202) 626-2946 |
| | Email: dmattern@kslaw.com |
| 13 | |
| 14 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 15 | |
| | MUNGER, TOLLES & OLSEN LLP |
| 16 | By: <u>*/s/ Jonathan H. Blavin*</u> |
| | Jonathan H. Blavin, SBN 230269 |
| 17 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| 18 | San Francisco, CA 94105-3089 |
| 19 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 20 | Email: jonathan.blavin@mto.com |
| 21 | |
| | Rose L. Ehler (SBN 29652) |
| 22 | Victoria A. Degtyareva (SBN 284199) |
| | Laura M. Lopez, (SBN 313450) |
| 23 | Ariel T. Teshuva (SBN 324238) |
| | MUNGER, TOLLES & OLSON LLP |
| 24 | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071-3426 |
| 25 | Telephone: (213) 683-9100 |
| 26 | Facsimile: (213) 687-3702 |
| | Email: rose.ehler@mto.com |
| 27 | Email: victoria.degtyareva@mto.com |
| | Email: Ariel.Teshuva@mto.com |
| 28 | |

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com


Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com

Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

## ATTESTATION

I, Gregory L. Halperin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** October 29, 2024         <u>*/s/ Gregory L. Halperin*</u>

|   | PLAINTIFF | CASE NO. | DATE OF INITIAL PRESERVATION NOTICE |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   |   |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |