# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# <u>CIVIL MINUTES</u>

| **Date:** October 25, 2024 | **Time:** 4 hours, 41 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jenny Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liasion Counsel)
**List of Additional Appearances Attached**

| **Deputy Clerk:** Kelly Collins | **Court Reporter:** Stephen Franklin via Zoom |
|---|---|

# PROCEEDINGS

Further Case Management Conference - Held.
Motion for Relief from Nondispositive Pretrial Orders of Magistrate Judge - Held.

Further joint case management statements will be limited to 12 pages: the first page will contain the agenda; the second page will contain an update on JCCP and discovery proceedings; and the remaining ten pages for the parties use (five each side).

Parties will meet and confer regarding a stipulation to stay regarding defendants Discord, Inc. and Roblox Corporation.

Meta and State of Montana shall meet and confer regarding Montana's claims and submit their position as to an order to show cause in writing by November 1, 2025.

Parties shall meet and confer regarding a proposed expert witness certification.

The Court heard argument on the State Attorneys General motion for relief from the nondispositive pretrial order of Magistrate Judge Kang. The matter is taken under submission.

As to the three class actions currently pending (*e.g.*, *Abraham v. Meta Platforms*) class claims will proceed in the normal course.

Plaintiffs will confirm with the Court at the next hearing that their vendor contracts indicate that they will delete all data and that vendors are not using the data for any other purpose other than what is authorized pursuant to this litigation.

Upcoming applications for reappointment to plaintiffs' leadership shall include information as to the use of litigation funding.

Further case management conferences set for 1/17/2025 at 9:00 a.m., 3/21/2025 at 9:00 a.m., 4/23/2025 at 9:00 a.m., and 6/13/2025 at 2:00 p.m.  The Court to determine whether a case management conference will be set for 2/12/2025 or 2/19/2025 at 9:00 a.m.

Written order to issue.