Social Media MDL
Case No.: 22-md-3047-YGR    October 23, 2024

ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson (Liaison) | Andrus Anderson LLP | *signed* |
| Lexi Hazam (Co-Lead) | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Previn Warren (Co-Lead) | Motley Rice, LLC | *signed* |
| Michael Levin-Gesundheit (Co-Lead) | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Jessica Carroll | Motley Rice, LLC | |
| Andre M. Mura | Gibbs Law Group LLP | |
| Ellyn H. Hurd | Simmons Hanly Conroy | |
| Clinton Richardson | Beasley Allen Law Firm | *signed* |
| Joseph VanZandt | Beasley Allen Law Firm | *signed* |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | |
| Tyler S. Graden | Kessler Topaz Meltzer & Check, LLP | *signed* |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *signed* |
| Shannon Stevenson | Solicitor General, Colorado Department of Law | *signed* |
| Bianca Miyata | Senior Assistant Attorney General, Colorado Department of Law | *signed* |
| Kashif Chand | Deputy Attorney General, Chief, Data Privacy & Cybersecurity Section, Office of the Attorney General, State of New Jersey | *signed* |
| Thomas Huynh | Deputy Attorney General, Assistant Section Chief, Data Privacy & Cybersecurity Section, Office of the Attorney General, State of New Jersey | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR     October 23, 2024

**ATTORNEY SIGN-IN SHEET**

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| PLAINTIFFS: | | |
| Verna Pradaxay | Deputy Attorney General, New Jersey Division of Law | *signed* |
| Matt Cocanougher | Assistant Attorney General, Office of the Kentucky Attorney General | |
| Jack Heyburn | Kentucky Office of the Attorney General, Principal Deputy Solicitor General | *signed* |
| Caitlin Micko | Assistant Attorney General, Office of the Minnesota Attorney General | *signed* |
| Jonathan Burns | Deputy Attorney General, Pennsylvania Office of Attorney General | *signed* |
| Kevin Wallace | Senior Enforcement Counsel, Office of the New York State Attorney General | *signed* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General, California Department of Justice | *signed* |
| Megan O'Neill | Deputy Attorney General, California Department of Justice | *signed* |
| Emily Kalanithi | Supervising Deputy Attorney General, California Department of Justice | *signed* |
| Nathan Whelihan | Assistant Attorney General, Arizona Attorney General | *signed* |
| Krislyn Launer | Assistant Attorney General, Office of the Attorney General (Connecticut) | *signed* |
| Ryan Costa | Deputy Director of Consumer Protection, State of Delaware Department of Justice | *signed* |
| Donna C. Valin | Special Counsel, Office of the Attorney General (Florida) | *signed* |
| Corinne Gilchrist | Section Chief of Consumer Litigation, Office of the Indiana Attorney General | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR     October 23, 2024

**ATTORNEY SIGN-IN SHEET**

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| PLAINTIFFS: | | |
| Chris (Lonnie) Styron | Assistant Deputy Director, Public Protection Division, Office of Attorney General Liz Murrill | |
| Phil Ziperman | Deputy Chief, Office of the Attorney General (Maryland) | PZ |
| Charlie White | Assistant Attorney General, North Carolina Department of Justice | CW |
| Steve Provazza | Unit Chief, Office of the Attorney General (Rhode Island) | |
| Clark Kirkland | Assistant Attorney General, Office of the South Carolina Attorney General | |
| Joelle Gotwals | Assistant Attorney General, Office of the Attorney General (Virginia) | |
| Colin Stroud | Assistant Attorney General, State of Wisconsin Department of Justice | |
| Kevin Walsh | Senior Assistant Attorney General, Office of the Attorney General (Ohio) | |
| Ann L. Haight | Deputy Attorney General, West Virginia Attorney General's Office | |

Joshua Stein — Abraham
Nicholas Suntos — Abraham
Dillon Yang — Abraham
Donna Valin
Anna Katz — Gibbs Law Group
Taylor Walth — Gibbs Law Group

Social Media MDL
Case No.: 22-md-3047-YGR     October 23, 2024

**ATTORNEY SIGN-IN SHEET**

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen (Meta) | Covington & Burling | *[signed]* |
| Michael X. Imbroscio (Meta) | Covington & Burling | *[signed]* |
| Christopher Yeung (Meta) | Covington & Burling | *[signed]* |
| Greg Halperin (Meta) | Covington & Burling | *[signed]* |
| Ansel Carpenter (Meta) | Covington & Burling | *[signed]* |
| Gavin Jackson (Meta) | Covington & Burling | *[signed]* |
| Jonathan Blavin (Snap) | Munger, Tolles & Olson | *[signed]* |
| John Beisner (Snap) | Skadden, Arps, Slate, Meagher & Flom | *[signed]* |
| Geoffrey Drake (TikTok) | King & Spalding | *[signed]* |
| David Mattern (TikTok) | King & Spalding | *[signed]* |
| Samantha Machock (YouTube/Google) | Wilson Sonsini | *[signed]* |
| *[signed]* | | |