# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: MONTANA V. META PLATFORMS INC., (District Court of Montana, No. CV-23-145-BLG-SPW-TJC) | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**MONTANA'S POSITION ON ORDER TO SHOW CAUSE PROCEDURE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

CASE NO.: 4:22-03047-YGR

On October 15, 2024, the Court entered an Order Largely Denying in Part Meta's Motion to Dismiss the Multistate Attorneys General Complaint but Limiting the Scope of Claims. Doc. 1214. That order disposed of Meta's Motion to Dismiss the Multistate Attorneys General Complaint. *Id*. at 3–4. That order did not, however, apply to Montana's complaint against Meta. *Id*. at 3, n.3.

On October 25, 2024, the Court held a Case Management Conference and addressed whether the Court's order on Meta's motion to dismiss the multistate attorneys general complaint should apply to the Montana complaint. The Court advised the parties to file their position by November 1, 2024 "as to whether it would be appropriate for the Court to issue an Order to Show Cause why the Court's order on the States' claims should not apply to Montana's claims." Case Management Order No. 18, Doc. 1290 at 5 (Oct. 29, 2024).

Montana believes it would be appropriate for the Court to issue an Order to Show Cause why the Court's order on the States' claims, Doc. 1214, should not apply to Montana's claims. Although Montana has requested that Meta meet and confer about the applicability of the Court's order to its complaint, Meta has not responded to that request. Montana does not know of any reason why the Court's order should not apply to Montana's complaint, and if Meta believes such a reason exists, it is incumbent upon Meta to say so.

Dated: November 1, 2024

Respectfully submitted,

/s/ David H. Thompson

David H. Thompson
Michael W. Kirk
Brian W. Barnes
Megan M. Wold
Athanasia O. Livas
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600

CASE NO.: 4:22-03047-YGR

Fax: (202) 220-9601

Anna K. Schneider
Montana Attorney General's Office
Bureau Chief
Office of Consumer Protection
P.O. Box 201405
Helena, MT 59620-1405
(406) 444-4500
anna.schneider@mt.gov

*Counsel for Plaintiff, State of Montana*

## ATTESTATION

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 1, 2024                By: /s/ David H. Thompson
                                           David H. Thompson

CASE NO.: 4:22-03047-YGR