# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>**STIPULATED REQUEST FOR AND [PROPOSED] ORDER EXTENDING THE STATE ATTORNEYS GENERAL'S TIME TO MOVE TO STRIKE ANY PORTION OF THE META DEFENDANTS' ANSWER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-2 and 7-12, the State Attorneys General ("State AGs") and Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC ("Meta") (collectively, "the Parties"), through their undersigned counsel, and as supported by the concurrently filed Declaration of Megan O'Neill, hereby stipulate as follows:

1. Meta filed its Answer to the State AGs' Complaint on October 17, 2024 (the Answer). Dkt. No. 125.

1

STIPULATED REQUEST FOR AND [PROPOSED] ORDER EXTENDING THE STATE ATTORNEYS GENERAL'S TIME TO MOVE TO STRIKE ANY PORTION OF THE META DEFENDANTS' ANSWER
4:23-CV-05488-YGR

2. Meta's Answer includes sixty (60) paragraphs of purported affirmative defenses.

3. The State AGs believe that certain defenses are improper, and have been working diligently to evaluate the Answer and consult with their coalition regarding a motion to strike under Fed. R. Civ. P. 12(f). Such a motion would currently be due on November 7, 2024.

4. On November 5, 2024, in response to the State AGs' communication about a potential motion to strike, Meta informed the State AGs that Meta intends to file an amended answer and is willing to confer with the State AGs about affirmative defenses that the State AGs may move to strike. The deadline for Meta to amend its answer as of right is November 7, 2024. *See* Fed. R. Civ. P. 15(a)(1)(A).

5. The Parties have agreed that they will confer over the next ten (10) days regarding a schedule for both the filing of an amended answer and any motion to strike, including to establish agreed-upon deadlines for any amended answer, motion to strike, and subsequent briefing. The State AGs have consented to the filing of Meta's amended answer on a date to be agreed upon by the Parties after November 7, 2024.

6. The Parties agree that they will submit proposed deadlines for the filing of Meta's amended answer and the State AGs' motion to strike by no later than November 20, 2024, and that in the meantime an extension of the State AGs' time to file a motion to strike any portion of the Answer to November 27, 2024 would allow adequate time for the Parties to complete this meet-and-confer process.

7. The Parties submit that this proposal is consistent with the timeline of this MDL, which departs from the conventional timeline of the Federal Rules of Civil Procedure due to the complexity of issues involved in this case.

8. The Parties agree that the relief sought herein will not prejudice either Party.

9. There have been no previous time modifications in this case with respect to the filing of Meta's amended answer or the State AGs' response to Meta's Answer, though the Court recently granted an extension of discovery, Rule 702, and summary judgment deadlines that were mutually agreed on by the parties (*In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 4:22-md-03047 (N.D. Cal. Oct. 29, 2024), Dkt. No. 1290).

10. The Parties agree that the relief sought herein will not affect the schedule of this case.

11. Therefore, pursuant to Local Rules 6-2 and 7-12, the Parties stipulate and respectfully request that the Court extend the State AGs' deadline to file a motion to strike Meta's Answer (Dkt. No. 125) or any portion thereof under Fed. R. Civ. P. 12(f), to and including November 27, 2024.

**IT IS SO STIPULATED AND AGREED.**

DATED: November 6, 2024              Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Bianca E. Miyata
Bianca E. Miyata, CO Reg. No. 42012,
*pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773,
*pro hac vice*
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

/s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)

Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Daniel I. Keiser*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

MATTHEW J. PLATKIN
Attorney General
State of New Jersey
<u>/s/ Thomas Huynh</u>
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

**COVINGTON & BURLING LLP**

<u>/s/ Ashley Simonsen</u>
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
COVINGTON & BURLING LLP

One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

## SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: November 6, 2024

/s/ Megan O'Neill
Megan O'Neill (CA SBN 343535)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorney for Plaintiff the People of the State of California*

**IT IS SO ORDERED.**

DATED this 7th day of November, 2024.

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE