Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
tharris@kslaw.com

*Attorneys for Defendants TikTok Inc., TikTok LLC, TikTok Ltd., ByteDance Inc., and ByteDance Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF GEOFFREY M. DRAKE IN SUPPORT OF TIKTOK DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

GEOFFREY M. DRAKE DECL. ISO TIKTOK DEFENDANTS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:22-MD-03047-YGR

1

**DECLARATION OF GEOFFREY M. DRAKE**

I, Geoffrey M. Drake, declare as follows:

1. I am an attorney admitted to practice in this District and a partner at King & Spalding LLP, counsel of record for Defendants TikTok Inc., TikTok LLC, TikTok Ltd., ByteDance Inc., and ByteDance Ltd. ("TikTok Defendants"). I submit this Declaration in support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if sworn, I could and would competently testify to them.

2. On November 13, 2024, TikTok Defendants emailed Plaintiff's counsel in (the "California Attorney General Action) and the Plaintiffs' liaison counsel in the above-captioned case pursuant to Civil Local Rules 7-11 and 7-12(a) to determine whether they would stipulate to the Motion. The email (i) stated TikTok Defendants planned to file an administrative motion seeking to relate the California Attorney General Action to the above captioned multi-district litigation, (ii) stated the bases for relation (*e.g.*, overlapping legal and factual issues), and (iii) requested Plaintiffs' position.

3. Plaintiff's counsel in the California Attorney General Action responded on November 14, 2024 and declined to stipulate to this motion. The MDL Plaintiffs took no position on this Motion. Attached as Exhibit B is a true and correct copy of the above referenced emails.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed this 14th day of November, 2024 at Los Angeles, California.

*/s/ Geoffrey M. Drake*

GEOFFREY M. DRAKE DECL. ISO TIKTOK DEFENDANTS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:22-MD-03047-YGR

2