# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON TIKTOK DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rule 3-12, the Court GRANTS TikTok Defendants' Administrative Motion to Consider Whether Cases Should be Related. The Court finds that *The People of the State of California v. TikTok Inc.*, Case No. 5:24-cv-7942, is related to this case within the meaning of Civil Local Rule 3-12(a), and directs the Clerk to reassign *The People of the State of California v. TikTok Inc.*, Case No. 5:24-cv-7942, to this Court. The Court further directs the Clerk to add the reassigned case into this MDL and that all deadlines in the case be vacated.

**SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] ORDER ON TIKTOK DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:22-MD-03047-YGR

1