Attachment B

**4:23-cv-05448-YGR** People of the State of California v. Meta Platforms, Inc. et al
Yvonne Gonzalez Rogers, presiding
**Date filed:** 10/24/2023
**Date of last filing:** 11/12/2024

# Attorneys

| | | |
|---|---|---|
| **Joshua Daniel Abram**<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>919-716-6015<br>jabram@ncdoj.gov<br>*Assigned: 01/25/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **State of North Carolina, ex rel**<br>**Joshua H. Stein Attorney General**<br><br>NC Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>*(Plaintiff)* |
| **Nicklas A. Akers**<br>California Department of Justice<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004<br>(415) 510-3364<br>(415) 703-5480 (fax)<br>nicklas.akers@doj.ca.gov<br>*Assigned: 10/24/2023*<br>*ATTORNEY TO BE NOTICED* | representing | **People of the State of California**<br>*(Plaintiff)* |
| **Elin Alm**<br>North Dakota Attorney General's<br>Office<br>Consumer Protection and Antitrust<br>Division<br>1050 E. Interstate Avenue, Suite 200<br>Bismarck, ND 58503<br>(701) 328-5570<br>ealm@nd.gov<br>*Assigned: 10/30/2023* | representing | **State of North Dakota, ex rel.**<br>**Drew H. Wrigley**<br><br>Office of Attorney General<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504<br>701-328-5570<br>701-328-5568 (fax)<br>*TERMINATED: 10/17/2024*<br>*(Plaintiff)* |
| **Kevin L Anderson**<br>NC Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27516<br>919-716-6006<br>kander@ncdoj.gov | representing | **State of North Carolina, ex rel**<br>**Joshua H. Stein Attorney General**<br><br>NC Department of Justice<br>PO Box 629 |

*Assigned: 11/13/2023*
*ATTORNEY TO BE NOTICED*

Raleigh, NC 27602
*(Plaintiff)*

**Amanda Eliane Bacoyanis**
Illinois Attorney General's Office
100 W. Randolph St.
Ste 13th Floor
Chicago, IL 60601
773-590-7862
amanda.bacoyanis@ilag.gov
  *Assigned: 11/27/2023*
  *ATTORNEY TO BE NOTICED*

representing

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Scott Barnhart**
Office of the Indiana Attorney General
302 West Washington Street, 5th Floor
Indianapolis, IN 46204
(317) 232-6309
scott.barnhart@atg.in.gov
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of Indiana**
302 W Washington Street
Fifth Floor
Indianapolis, IN 46204
*(Plaintiff)*

**Krista Batchelder**
Department of Law
Business and Licensing
1300 Broadway, 8th Floor
Denver, CO 80203
720-508-6384
720-508-6037 (fax)
krista.batchelder@coag.gov
  *Assigned: 10/23/2024*
  *ATTORNEY TO BE NOTICED*

representing

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Lauren Bidra**
Connecticut Office of the Attorney
General
165 Capitol Avenue
Hartford, CT 06106
Hartford, CT 06106
860-808-5306
lauren.bidra@ct.gov
  *Assigned: 11/01/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of Connecticut**

165 Capitol Avenue
Hartford, CT 06106
*(Plaintiff)*

representing

**Sarah Boyce**
Norht Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27690
(919) 716-6788
sboyce@ncdoj.gov
  *Assigned: 11/05/2023*
  *ATTORNEY TO BE NOTICED*

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Jonathan Robert Burns**
Pennsylvania Office of Attorney
General
Pennsylvania Office of Attorney
General
15th Floor Strawberry Square
Harrisburg, PA 17120
717-645-7269
jburns@attorneygeneral.gov
  *Assigned: 11/06/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Pennsylvania**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
7177874530
tmurphy@attorneygeneral.gov
*(Plaintiff)*

**Kashif Taraq Chand**
New Jersey Division of Law
Data Privacy & Cybersecurity Section
124 Halsey Street
5th Floor
Newark, NJ 07101
908-705-3958
kashif.chand@law.njoag.gov
  *Assigned: 11/03/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Kunal Choksi**
NC Department of Justice
Consumer Protection
114 W. Edenton St.
Raleigh, NC 27603
919-716-6032
kchoksi@ncdoj.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Matthew C. Cocanougher**
Kentucky Office of the Attorney

representing

**Commonwealth of Kentucky**

General
Office of Consumer Protection
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-892-8538
502-573-8317 (fax)
matthew.cocanougher@ky.gov
*Assigned: 02/21/2024*
*ATTORNEY TO BE NOTICED*

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Laura E Coombe**
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-5487
Laura.Dilweg@azag.gov
*Assigned: 02/06/2024*
*ATTORNEY TO BE NOTICED*

representing

**State of Arizona**
*(Plaintiff)*

**Matthew Charles Davies**
Illinois Attorney General's Office
115 S. LaSalle St.
Consumer Fraud - 26th Floor
Chicago, IL 60603
773-590-7807
matthew.davies@ilag.gov
*Assigned: 02/05/2024*
*ATTORNEY TO BE NOTICED*

representing

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Melissa Devine**
Georgia Department of Law
Consumer Protection Division
2 Martin Luther King, Jr. Drive, SE
Suite 356
Atlanta, GA 30334
404-458-3765
mdevine@law.ga.gov
*Assigned: 10/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of Georgia ex rel.
Christopher M. Carr**
2 Martin Luther King, Jr. Drive SE
Suite 356
Atlanta, GA 30334
4044583765
mdevine@law.ga.gov
*(Plaintiff)*

**Michael T. Devine**
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006

representing

**State of Maine**

Office of the Maine Attorney
General

207-626-8829
michael.devine@maine.gov
  *Assigned: 11/03/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

6 State House Station
Augusta, ME 04333-0006
christina.moylan@maine.gov
*(Plaintiff)*

**Lauren Dickey**
Colorado Department of Law
1300 Broadway
Denver, CO 80203
720-508-6120                    representing
lauren.dickey@coag.gov
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Sarah M. Dietz**
Kansas Attorney General's Office
Consumer Protection Division
120 SW 10th Avenue, 2nd Floor
Topeka
Topeka, KS 66612               representing
785-296-3751
785-291-3699 (fax)
sarah.dietz@ag.ks.gov
  *Assigned: 10/30/2023*
  *ATTORNEY TO BE NOTICED*

**State of Kansas**

Office of the Kansas Attorney
General
120 SW 10th Ave
Second Floor
Topeka, KS 66612
United Sta
785-296-3751
sarah.dietz@ag.ks.gov
*(Plaintiff)*

**Alexia M Diorio**
Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104              representing
206-389-2061
alexia.diorio@atg.wa.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**John J. Dunbar**              representing
Oregon Dept. of Justice
Financial Fraud/Consumer Protection
100 SW Market Street
Suite 1025
Portland, OR 97205
971-673-1880

**State of Oregon**
*(Plaintiff)*

john.dunbar@doj.oregon.gov
*Assigned: 10/29/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Daniel Edelstein**
Illinois Attorney General's Office
115 S. LaSalle St.
26th Floor
Chicago, IL 60603
312-814-8554
daniel.edelstein@ilag.gov
*Assigned: 02/05/2024*
*TERMINATED: 06/17/2024*

representing

**People of the State of California**
*(Plaintiff)*


**State of Arizona**
*(Plaintiff)*


**State of Idaho**
*(Plaintiff)*


**State of South Dakota**
*(Plaintiff)*


**State of Minnesota, by its Attorney General, Keith Ellison**
*(Plaintiff)*


**State of Connecticut**

165 Capitol Avenue
Hartford, CT 06106
*(Plaintiff)*


**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*

**Commonwealth of Kentucky**

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**State of Kansas**

Office of the Kansas Attorney
General
120 SW 10th Ave
Second Floor
Topeka, KS 66612
United Sta
785-296-3751
sarah.dietz@ag.ks.gov
*(Plaintiff)*

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**State of Rhode Island**
150 South Main Street
Providence, RI 02903
401-274-4400
sprovazza@riag.ri.gov
*(Plaintiff)*


**Wisconsin, State of**

Wisconsin Department of Justice
17 West Main Street
PO Box 7857
Madison, WI 53703
608-266-2950
608-294-2907 (fax)
harlowrd@doj.state.wi.us
*(Plaintiff)*


**State of North Dakota, ex rel.
Drew H. Wrigley**

Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504
701-328-5570
701-328-5568 (fax)
*TERMINATED: 10/17/2024*
*(Plaintiff)*


**State of Louisiana**

Louisiana Department of Justice
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6438
(225) 326-6499 (fax)
MughalA@ag.louisiana.gov
*(Plaintiff)*


**State of Georgia ex rel.
Christopher M. Carr**
2 Martin Luther King, Jr. Drive SE
Suite 356
Atlanta, GA 30334
4044583765

mdevine@law.ga.gov
*(Plaintiff)*

**Office of the Attorney General of
Maryland**

Office of the Attorney General of
Maryland
200 St. Paul Place
Baltimore, MD 21202
410-576-7226
410-576-6566 (fax)
estern@oag.state.md.us
*(Plaintiff)*

**State of Nebraska, ex rel. Michael
T. Hilgers, Attorney General**
2115 State Capitol
Lincoln, NE 68509
United Sta
4024711928
michaela.hohwieler@nebraska.gov
*(Plaintiff)*

**State of Ohio ex rel. Attorney
General Dave Yost**
30 East Broad Street
14th Floor
Columbus, OH 43215
614-466-1031
*(Plaintiff)*

**State of Indiana**
302 W Washington Street
Fifth Floor
Indianapolis, IN 46204
*(Plaintiff)*

**Attorney State of Hawaii**

Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
808-586-1180
808-586-1205 (fax)

bryan.c.yee@hawaii.gov
*(Plaintiff)*

**State of Maine**

Office of the Maine Attorney
General
6 State House Station
Augusta, ME 04333-0006
christina.moylan@maine.gov
*(Plaintiff)*

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**State of Delaware**
820 N. French St 5th Floor
Wilmington, DE 19801
United Sta
*(Plaintiff)*

**State of Michigan, ex rel. Dana
Nessel, Attorney General**

Michigan Department of Attorney
General
P.O. Box 30736
Lansing, MI 48909
*(Plaintiff)*

**State of South Carolina ex rel.
Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*

**Commonwealth of Pennsylvania**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
7177874530
tmurphy@attorneygeneral.gov
*(Plaintiff)*

| | | |
|---|---|---|
| **Bernard Ardavan Eskandari**<br>California Department of Justice<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>(213) 269-6348<br>bernard.eskandari@doj.ca.gov<br>  *Assigned: 10/24/2023*<br>  *ATTORNEY TO BE NOTICED* | representing | **People of the State of California**<br>*(Plaintiff)* |
| **Alex Finkelstein**<br>NYS Office of The Attorney General<br>Executive Division<br>The Capitol<br>Albany, NY 12224<br>212-416-6129<br>alex.finkelstein@ag.ny.gov<br>  *Assigned: 10/15/2024*<br>  *ATTORNEY TO BE NOTICED* | representing | **People of the State of New York**<br><br>New York State Office of the<br>Attorney General<br>28 Liberty 20th Floor<br>New York, NY 10005<br>joel.marrero@ag.ny.gov<br>*(Plaintiff)* |
| **Corinne Gilchrist**<br>Office of the Indiana Attorney General<br>Consumer Protection<br>302 W Washington St<br>Ste IGCS, 5th Floor<br>Indianapolis, IN 46204<br>317-233-6143<br>corinne.gilchrist@atg.in.gov<br>  *Assigned: 10/31/2023*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **State of Indiana**<br>302 W Washington Street<br>Fifth Floor<br>Indianapolis, IN 46204<br>*(Plaintiff)* |

**Joelle Gotwals**
Office of the Attorney General
202 N. 9th St
Richmond, VA 23219                        representing        **Commonwealth of Virginia**
804-786-8789                                                  *(Plaintiff)*
jgotwals@oag.state.va.us
  *Assigned: 04/24/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Parrell D. Grossman**
Office of Attorney General of North          **State of North Dakota, ex rel.**
Dakota                                       **Drew H. Wrigley**
Consumer Protection & Antitrust
Division                                     Office of Attorney General
1720 Burlington Drive                        1720 Burlington Drive, Suite C
Suite C                        representing   Bismarck, ND 58504
Bismarck, ND 58504-7736                       701-328-5570
701-328-5570                                  701-328-5568 (fax)
701-328-5568 (fax)                            *TERMINATED: 10/17/2024*
pgrossman@nd.gov                              *(Plaintiff)*
  *Assigned: 10/30/2023*


**Stephanie Nicole Guyon**
Office of the Idaho Attorney General
Consumer Protection
954 W. Jefferson Street, 2nd Floor
Boise, ID 83720                               **State of Idaho**
(208) 334-4135                 representing   *(Plaintiff)*
(208) 334-4151 (fax)
stephanie.guyon@ag.idaho.gov
  *Assigned: 11/27/2023*
  *ATTORNEY TO BE NOTICED*


**Christopher Han**
Dept. of the Attorney General
Commerce & Economic Development              **Attorney State of Hawaii**
Div.
425 Queen Street                             Office of the Attorney General
Honolulu, HI 96813             representing   425 Queen Street
808-586-1180                                  Honolulu, HI 96813
christopher.t.han@hawaii.gov                  808-586-1180
  *Assigned: 10/31/2023*                      808-586-1205 (fax)
  *LEAD ATTORNEY*                             bryan.c.yee@hawaii.gov
  *ATTORNEY TO BE NOTICED*                    *(Plaintiff)*

**Richard Duane Harlow**                 representing     **Wisconsin, State of**
Wisconsin Department of Justice
Public Protection Unit                                   Wisconsin Department of Justice
17 West Main Street                                      17 West Main Street
PO Box 7857                                              PO Box 7857
Madison, WI 53707-7857                                   Madison, WI 53703
608-266-2950                                             608-266-2950
harlowrd@doj.state.wi.us                                 608-294-2907 (fax)
 *Assigned: 10/31/2023*                                  harlowrd@doj.state.wi.us
 *TERMINATED: 06/05/2024*                                *(Plaintiff)*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**John Hail Heyburn**                                    **Commonwealth of Kentucky**
Office of the Kentucky Attorney
General                                                  Office of the Kentucky Attorney
700 Capital Avenue                                       General
Suite 118                                                1024 Capital Center Drive
Frankfort, KY 40601-3449    representing                 Suite 200
502-696-5300                                             Frankfort, KY 40601
jack.heyburn@ky.gov                                      502-696-5300
 *Assigned: 10/17/2023*                                  502-573-8317 (fax)
 *ATTORNEY TO BE NOTICED*                                *(Plaintiff)*


**Michaela Hohwieler**                                   **State of Nebraska, ex rel. Michael**
Nachawati Law Group                                      **T. Hilgers, Attorney General**
5489 Blair Road                                          2115 State Capitol
Dallas, TX 75231                                         Lincoln, NE 68509
308-882-1497                                             United Sta
mlutz00@gmail.com           representing                 4024711928
 *Assigned: 11/02/2023*                                  michaela.hohwieler@nebraska.gov
 *TERMINATED: 01/02/2024*                                *(Plaintiff)*


**Thomas Huynh**                                         **State of New Jersey**
New Jersey Office of the Attorney
General                                                  New Jersey Attorney General Office,
Division of Law                                          Division of Law
124 Halsey Street                                        124 Halsey Street
P.O. Box 45029                                           5th Floor
Newark, NJ 07102           representing                  P.O. Box 45029
609-712-2806                                             Newark, NJ 07101
thomas.huynh@law.njoag.gov                               973-648-2052
 *Assigned: 11/02/2023*                                  973-648-3879 (fax)
 *ATTORNEY TO BE NOTICED*                                kashif.chand@law.njoag.gov
                                                         *(Plaintiff)*

**Phyllis Alene Jones**
Covington Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 662-5868
(202) 778-5868 (fax)
pajones@cov.com
*Assigned: 12/22/2023*
*ATTORNEY TO BE NOTICED*

representing

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies, LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Joseph Kevin Kanada**
Office of The Attorney General
800 5th Avenue
Seattle, WA 98104
206-389-3843
206-587-5636 (fax)
joe.kanada@atg.wa.gov
*Assigned: 11/08/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of Washington**

Washington State Attorney General's Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**Daniel Keiser**
Office of the Kentucky Attorney General
Office of Consumer Protection
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5644
daniel.keiser@ky.gov
*Assigned: 01/17/2024*
*ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Kentucky**

Office of the Kentucky Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

representing

**Clark Cassidy Kirkland, Jr**
South Carolina Attorney General's
Office
PO Box 11549
Columbia, SC 29211
803-734-0097
ckirkland@scag.gov
*Assigned: 11/02/2023*
*ATTORNEY TO BE NOTICED*

**State of South Carolina ex rel.**
**Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*

**Alexandra Kory**
Office of the Attorney General
800 Fifth Avenue
Ste 2000
Seattle, WA 98104
206-516-2997
alexandra.kory@atg.wa.gov
*Assigned: 11/03/2023*
*ATTORNEY TO BE NOTICED*

representing

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**Nathaniel Kosslyn**
NYS Office of The Attorney General
Bureau of Internet and Technology
28 Liberty Street
Ste Floor 20
New York, NY 10005
212-416-6578
nathaniel.kosslyn@ag.ny.gov
*Assigned: 10/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**People of the State of New York**

New York State Office of the
Attorney General
28 Liberty 20th Floor
New York, NY 10005
joel.marrero@ag.ny.gov
*(Plaintiff)*

**Jessica LaMie**
Office of the Attorney General South
Dakota
1302 E. Highway 14
Suite 1
Pierre, SD 57501
605-773-3215
jessica.lamie@state.sd.us
*Assigned: 11/07/2023*
*TERMINATED: 09/04/2024*
*ATTORNEY TO BE NOTICED*

representing

**State of South Dakota**
*(Plaintiff)*

**Greg Ladd**
The Commonwealth of Kentucky

representing

**Commonwealth of Kentucky**

Office of the Attorney General
1024 Capital Center Drive
Ste 200
Lexington, KY 40601
859-618-9956
greg.ladd@ky.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Rabi Lahiri**
Washington State Attorney General's
Office
800 5th Avenue
Suite 2000
Seattle, WA 98104
206-389-3866
rabi.lahiri@atg.wa.gov
  *Assigned: 11/21/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of Washington**

Washington State Attorney General's
Office
800 5th Ave
Ste 2000
Seattle, WA 98104
(206) 464-7744
*(Plaintiff)*

**Krislyn Mina Launer**
Office of the Attorney General
Collections/Child Support
165 Capitol Avenue
4th Floor
Hartford, CT 06106
860-808-5150
860-808-5389 (fax)
krislyn.launer@ct.gov
  *Assigned: 02/01/2024*
  *ATTORNEY TO BE NOTICED*

representing

**State of Connecticut**

165 Capitol Avenue
Hartford, CT 06106
*(Plaintiff)*

**John Christian Lewis**
Kentucky Office of The Attorney
General
Office of Consumer Protection
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
christian.lewis@ky.gov
  *Assigned: 10/30/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Kentucky**

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Jared Libet**
Office of the South Carolina Attorney
General
Consumer Protection and Antitrust
P.O. Box 11549
Columbia, SC 29211
803-734-5251
jlibet@scag.gov
  *Assigned: 11/02/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of South Carolina ex rel.
Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*


**Christopher Glenn Lindblad**
Office of Attorney General
Consumer Protection & Antitrust
Division
1720 Burlington Drive
Suite C
Bismarck, ND 58504-7736
701-328-5570
701-328-5568 (fax)
clindblad@nd.gov
  *Assigned: 10/31/2023*

representing

**State of North Dakota, ex rel.
Drew H. Wrigley**

Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504
701-328-5570
701-328-5568 (fax)
*TERMINATED: 10/17/2024*
*(Plaintiff)*


**Hanan Malik**
Illinois Attorney General's Office
115 South LaSalle Street
23rd Floor
Chicago, IL 60603
872-272-0764
hanan.malik@ilag.gov
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*

representing

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*


**Jasmine McGhee**
NC Department of Justice
NC
114 West Edenton Street
Raleigh, NC 27713
919-716-6781
jmcghee@ncdoj.gov
  *Assigned: 11/15/2023*
  *ATTORNEY TO BE NOTICED*

representing

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*


**Ashley Meskill**
Office of the Attorney General
165 Capitol Avenue

representing

**State of Connecticut**

165 Capitol Avenue

Hartford, CT 06106
860-808-5270
860-808-1709 (fax)
ashley.meskill@ct.gov
  *Assigned: 02/02/2024*
  *ATTORNEY TO BE NOTICED*

**Corey M. Meyer**
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York
New York, NY 10017                        representing
212-450-4675
corey.meyer@davispolk.com
  *Assigned: 11/12/2024*
  *ATTORNEY TO BE NOTICED*

Hartford, CT 06106
*(Plaintiff)*

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies,
LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Caitlin Micko**
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
Saint Paul, MN 55101                      representing
651-724-9180
caitlin.micko@ag.state.mn.us
  *Assigned: 02/27/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Minnesota, by its Attorney
General, Keith Ellison**
*(Plaintiff)*

**Emily Migliore**                        representing
Office of the Illinois Attorney General
Consumer Fraud Bureau
100 W. Randolph St.
Ste 12th Floor
Chicago, IL 60601
312-881-0488
emily.migliore@ilag.gov

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601

*Assigned: 11/16/2023*
*ATTORNEY TO BE NOTICED*

United Sta
*(Plaintiff)*

**Bianca Miyata**
Colorado Department of Law
1300 Broadway, 6th floor
Denver, CO 80203
720-508-6651
bianca.miyata@coag.gov
  *Assigned: 10/31/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Arham Mughal**
Louisiana Department of Justice,
Office of Attorney General
Public Protection Division, Consumer
Protection Section
1885 North 3rd Street
4th Floor
Baton Rouge, LA 70802
225-326-6471
mughala@ag.louisiana.gov
  *Assigned: 10/30/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**State of Louisiana**

Louisiana Department of Justice
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6438
(225) 326-6499 (fax)
MughalA@ag.louisiana.gov
*(Plaintiff)*

**Timothy Ryan Murphy**
Office of Attorney General
PA
1600 Arch Street
3rd Floor
Philadelphia
Philadelphia, PA 19103
215-560-2446
tmurphy@attorneygeneral.gov
  *Assigned: 11/06/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Pennsylvania**
Strawberry Square, 14th Floor
Harrisburg, PA 17120
7177874530
tmurphy@attorneygeneral.gov
*(Plaintiff)*

**Asyl Nachabe**
Louisiana Department of Justice
Consumer Protection
1885 N. Third St.
Baton Rouge, LA 70802
225-326-6435
nachabea@ag.louisiana.gov

representing

**State of Louisiana**

Louisiana Department of Justice
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6438
(225) 326-6499 (fax)

*Assigned: 07/22/2024*
*ATTORNEY TO BE NOTICED*

MughalA@ag.louisiana.gov
*(Plaintiff)*

**Bret Leigh Nance**
Office of the Attorney General South
Dakota
1302 US-14 E
Pierre, SD 57501                           representing    **State of South Dakota**
512-944-3142                                               *(Plaintiff)*
bretleigh.nance@state.sd.us
 *Assigned: 08/30/2024*
 *ATTORNEY TO BE NOTICED*

**Nathan Nielson**
Idaho Office of Attorney General
Consumer Protection Division
954 W. Jefferson Street
P.O. Box 83720
Ste Second Floor                           representing    **State of Idaho**
Boise, ID 83720-0010                                       *(Plaintiff)*
208-334-4543
nathan.nielson@ag.idaho.gov
 *Assigned: 11/03/2023*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Megan O'Neill**
455 Golden Gate Avenue
11th Floor
San Francisco, CA 94102                    representing    **People of the State of California**
415-510-3508                                               *(Plaintiff)*
megan.oneill@doj.ca.gov
 *Assigned: 10/25/2023*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Joshua Edward Olszewski-Jubelirer**
California Department of Justice
1515 Clay Street
Suite 2000
Oakland, CA 94612                          representing    **People of the State of California**
510-879-0170                                               *(Plaintiff)*
joshua.olszewskijubelirer@doj.ca.gov
 *Assigned: 10/25/2023*
 *ATTORNEY TO BE NOTICED*

**Elizabeth Anne Orem**
Colorado Department of Law
1300 Broadway
Ste 7th Floor
Denver, CO 80203
720-508-6209
beth.orem@coag.gov
  *Assigned: 10/31/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Colorado State of**

Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203
United Sta
(720) 508-6651
bianca.miyata@coag.gov
*(Plaintiff)*

**Antonio J. Perez-Marques**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4000
antonio.perez@davispolk.com
  *Assigned: 11/12/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies, LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Daniel John Ping**
Michigan Department of Attorney
General
Corporate Oversight Division
525 W. Ottawa
P.O. Box 30736
Lansing, MI 48909
517-335-7632
pingd@michigan.gov
  *Assigned: 11/14/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**State of Michigan, ex rel. Dana Nessel, Attorney General**

Michigan Department of Attorney
General
P.O. Box 30736
Lansing, MI 48909
*(Plaintiff)*

**Gina Pittore**
124 Halsey Street

representing

**State of New Jersey**

Newark, NJ 07101
845-323-8333
gina.f.pittore@gmail.com
*Assigned: 01/31/2024*
*TERMINATED: 04/09/2024*

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Verna J Pradaxay**
New Jersey Office of the Attorney
General
Data Privacy and Cybersecurity
124 Halsey St.
5th Floor
Newark, NJ 07101
609-712-2828
verna.pradaxay@law.njoag.gov
*Assigned: 01/19/2024*
*ATTORNEY TO BE NOTICED*

representing

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*

**Stephen Nicholas Provazza**
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
SProvazza@riag.ri.gov
*Assigned: 11/02/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of Rhode Island**
150 South Main Street
Providence, RI 02903
401-274-4400
sprovazza@riag.ri.gov
*(Plaintiff)*

**Marion Quirk**
Delaware Department of Justice
Consumer Protection Unit
820 N French Street
Wilmington, DE 19801
302-683-8810
marion.quirk@delaware.gov
*Assigned: 11/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of Delaware**
820 N. French St 5th Floor
Wilmington, DE 19801
United Sta
*(Plaintiff)*

**Vince Rabago**
Office of the Arizona Attorney General
Consumer Protection and Advocacy
Section
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-7731
602-542-4377 (fax)
vince.rabago@azag.gov
   *Assigned: 11/03/2023*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

representing    **State of Arizona**
                *(Plaintiff)*

**Dashiell Radosti**
Delaware Department of Justice,
Consumer Protection Unit
820 N. French St
Fifth Floor
Wilmington
Wilmington, DE 19801
561-234-6212
dashiell.radosti@delaware.gov
   *Assigned: 11/13/2023*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

representing    **State of Delaware**
                820 N. French St 5th Floor
                Wilmington, DE 19801
                United Sta
                *(Plaintiff)*

**Gardner Urquidi Reed**
Washington State Attorney General's
Office
Consumer Protection Division
800 5th Ave
Ste 2000
Seattle, WA 98104
206-543-4150
gardner.reed@atg.wa.gov
   *Assigned: 11/03/2023*
   *ATTORNEY TO BE NOTICED*

representing    **State of Washington**

                Washington State Attorney General's
                Office
                800 5th Ave
                Ste 2000
                Seattle, WA 98104
                (206) 464-7744
                *(Plaintiff)*

**Daniel Rheiner**
Office of the Attorney General
State Services Section
1300 Broadway
6th Floor
Denver, CO 80203
720-508-6570
danny.rheiner@coag.gov

representing    **Colorado State of**

                Colorado Department of Law
                1300 Broadway, 7th Floor
                Denver, CO 80203
                United Sta
                (720) 508-6651
                bianca.miyata@coag.gov
                *(Plaintiff)*

*Assigned: 10/23/2024*
*ATTORNEY TO BE NOTICED*

**Zachary J Richards**
Kentucky Office of the Attorney
General
Consumer Protection
1024 Capital Center Drive, Suite 200
Suite 200
Frankfort, KY 40601
502-696-5519
zach.richards@ky.gov
  *Assigned: 09/05/2024*
  *ATTORNEY TO BE NOTICED*

representing

**Commonwealth of Kentucky**

Office of the Kentucky Attorney
General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
502-573-8317 (fax)
*(Plaintiff)*

**Jordan Roberts**
Oregon Department of Justice
Civil Enforcement Division
100 SW Market St.
Portland, OR 97201
503-934-4400
503-378-5017 (fax)
jordan.m.roberts@doj.state.or.us
  *Assigned: 03/13/2024*
  *TERMINATED: 10/24/2024*

representing

**State of Oregon**
*(Plaintiff)*

**James P. Rouhandeh**
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
rouhandeh@davispolk.com
  *Assigned: 11/12/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies,
LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

**Marissa Roy**
California Department of Justice
Consumer Protection Section
300 S. Spring St.
Los Angeles, CA 90013                      representing       **People of the State of California**
213-269-6730                                                  *(Plaintiff)*
marissa.roy@doj.ca.gov
 *Assigned: 10/25/2023*
 *ATTORNEY TO BE NOTICED*


**Megan Paris Rundlet**                                       **Colorado State of**
Colorado Department of Law
1300 Broadway                                                 Colorado Department of Law
Ste 10th Floor                                                1300 Broadway, 7th Floor
Denver, CO 80203               representing                   Denver, CO 80203
720-508-6606                                                  United Sta
megan.rundlet@coag.gov                                        (720) 508-6651
 *Assigned: 10/31/2023*                                       bianca.miyata@coag.gov
 *ATTORNEY TO BE NOTICED*                                     *(Plaintiff)*


**Richard S. Schweiker, Jr**
Office of the Attorney General of
Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, VA 23219                         representing       **Commonwealth of Virginia**
804-786-5643                                                  *(Plaintiff)*
804-786-0122 (fax)
rschweiker@oag.state.va.us
 *Assigned: 03/12/2024*
 *ATTORNEY TO BE NOTICED*


**Ashley Margaret Simonsen**
Covington and Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
(424) 332-4800                             representing       **Instagram, LLC**
(424) 332-4749 (fax)                                          *(Defendant)*
asimonsen@cov.com
 *Assigned: 11/02/2023*
 *ATTORNEY TO BE NOTICED*


                                                             **Meta Payments, Inc.**
                                                             *(Defendant)*

|  |  | **Meta Platforms Technologies, LLC**<br>*(Defendant)* |
|---|---|---|
|  |  | **Meta Platforms, Inc.**<br>*(Defendant)* |

**Anna Catherine Smith**
Office of the South Carolina Attorney
General
P.O. Box 11549
Columbia, SC 29211
803-734-0536
annasmith@scag.gov
*Assigned: 10/31/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**State of South Carolina ex rel.**
**Alan Wilson**
PO Box 11549
Columbia, SC 29211
8037340536
8037340097 (fax)
annasmith@scag.gov
*(Plaintiff)*

**Colin P. Snider**
Nebraska Attorney General's Office
2115 State Capitol
Lincoln, NE 68509
(402) 471-7759
colin.snider@nebraska.gov
*Assigned: 11/03/2023*
*ATTORNEY TO BE NOTICED*

representing

**State of Nebraska, ex rel. Michael**
**T. Hilgers, Attorney General**
2115 State Capitol
Lincoln, NE 68509
United Sta
4024711928
michaela.hohwieler@nebraska.gov
*(Plaintiff)*

**Mark Snodgrass**
Indiana State Attorney General's Office
302 W Washington St
5th Floor
Indianapolis, IN 46204
317-234-6784
Mark.Snodgrass@atg.in.gov
*Assigned: 10/31/2023*
*ATTORNEY TO BE NOTICED*

representing

**State of Indiana**
302 W Washington Street
Fifth Floor
Indianapolis, IN 46204
*(Plaintiff)*

**Caroline Stern**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4881
caroline.stern@davispolk.com
*Assigned: 11/12/2024*
*ATTORNEY TO BE NOTICED*

representing

**Instagram, LLC**
*(Defendant)*

**Meta Payments, Inc.**
*(Defendant)*

**Meta Platforms Technologies, LLC**
*(Defendant)*

**Meta Platforms, Inc.**
*(Defendant)*

| | | |
|---|---|---|
| **Elizabeth Stern**<br>Office of the Attorney General- State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>410-576-7226<br>estern@oag.state.md.us<br>*Assigned: 10/31/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Office of the Attorney General of Maryland**<br><br>Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>410-576-7226<br>410-576-6566 (fax)<br>estern@oag.state.md.us<br>*(Plaintiff)* |
| **Shannon Wells Stevenson**<br>Colorado Department of Law<br>1300 Broadway Street<br>Denver, CO 80203<br>720-508-6749<br>shannon.stevenson@coag.gov<br>*Assigned: 10/18/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **Colorado State of**<br><br>Colorado Department of Law<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>United Sta<br>(720) 508-6651<br>bianca.miyata@coag.gov<br>*(Plaintiff)* |
| **Colin R. Stroud**<br>Wisconsin Department of Justice<br>Public Protection Unit<br>P.O. Box 7857<br>17 West Main Street<br>Madison, WI 53707<br>608-261-9224<br>stroudcr@doj.state.wi.us<br>*Assigned: 05/31/2024*<br>*ATTORNEY TO BE NOTICED* | representing | **Wisconsin, State of**<br><br>Wisconsin Department of Justice<br>17 West Main Street<br>PO Box 7857<br>Madison, WI 53703<br>608-266-2950<br>608-294-2907 (fax)<br>harlowrd@doj.state.wi.us<br>*(Plaintiff)* |
| | representing | |

**Lonnie Christopher Styron**
Louisiana Office of the Attorney
General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70802
225-326-6468
styronl@ag.louisiana.gov
  *Assigned: 06/21/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Louisiana**

Louisiana Department of Justice
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6438
(225) 326-6499 (fax)
MughalA@ag.louisiana.gov
*(Plaintiff)*

**James Van Buskirk**
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1200
St. Paul, MN 55101
651-757-1150                    representing
james.vanbuskirk@ag.state.mn.us
  *Assigned: 11/03/2023*
  *TERMINATED: 03/14/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Minnesota, by its Attorney
General, Keith Ellison**
*(Plaintiff)*

**Kevin C Wallace**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212-416-6376                    representing
kevin.wallace@ag.ny.gov
  *Assigned: 10/21/2024*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**People of the State of New York**

New York State Office of the
Attorney General
28 Liberty 20th Floor
New York, NY 10005
joel.marrero@ag.ny.gov
*(Plaintiff)*

**Kevin Robert Walsh**
Ohio Attorney General's Office
615 W. Superior Avenue
Ste 11th Floor
Cleveland, OH 44113
216-787-3447                    representing
kevin.walsh@ohioago.gov
  *Assigned: 11/02/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**State of Ohio ex rel. Attorney
General Dave Yost**
30 East Broad Street
14th Floor
Columbus, OH 43215
614-466-1031
*(Plaintiff)*

representing

**Mandy K. Wang**
New Jersey Office of the Attorney
General
Division of Law
124 Halsey St.
5th Fl.
Newark, NJ 07101
732-318-2649
mandy.wang@law.njoag.gov
  *Assigned: 01/24/2024*
  *ATTORNEY TO BE NOTICED*

**State of New Jersey**

New Jersey Attorney General Office,
Division of Law
124 Halsey Street
5th Floor
P.O. Box 45029
Newark, NJ 07101
973-648-2052
973-648-3879 (fax)
kashif.chand@law.njoag.gov
*(Plaintiff)*


**Kevin James Whelan**
Office of the Illinois Attorney General
Consumer Fraud Bureau
100 W Randolph St.
Chicago, IL 60601                                    representing
312-814-3740
kevin.whelan@ilag.gov
  *Assigned: 11/02/2023*
  *ATTORNEY TO BE NOTICED*

**People Of The State Of Illinois**

Illinois Attorney General's Office
100 W. Randolph St
12th floor
Chicago
Chicago, IL 60601
United Sta
*(Plaintiff)*


**Nathan E. Whelihan**
Arizona Attorney General's Office
Consumer Protection and Advocacy
2005 N. Central Avenue
Phoenix, AZ 85004                                    representing
602-542-7748
602-542-4377 (fax)
Nathan.Whelihan@azag.gov
  *Assigned: 11/03/2023*
  *ATTORNEY TO BE NOTICED*

**State of Arizona**
*(Plaintiff)*


**Charles G. White, II**
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, NC 27602                                    representing
919-716-6889
cwhite@ncdoj.gov
  *Assigned: 11/30/2023*
  *ATTORNEY TO BE NOTICED*

**State of North Carolina, ex rel
Joshua H. Stein Attorney General**

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*(Plaintiff)*


**Bryan C. Yee**                                     representing
State of Hawaii - Department of the

**Attorney State of Hawaii**

Attorney General
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96814
(808) 586-1180
(808) 586-1205 (fax)
bryan.c.yee@hawaii.gov
*Assigned: 10/31/2023*
*ATTORNEY TO BE NOTICED*

Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
808-586-1180
808-586-1205 (fax)
bryan.c.yee@hawaii.gov
*(Plaintiff)*