Attachment C

**4:23-cv-05885-YGR** Office of the Attorney General, State of Florida, Department of Legal Affairs v. Meta Platforms, Inc. et al
Yvonne Gonzalez Rogers, presiding
Date filed: 11/14/2023
Date of last filing: 11/12/2024

# Attorneys

**Victoria Ann Butler**
Florida Office of The Attorney General
Consumer Protection Division
3507 E. Frontage Rd., Suite 325
Tampa
Tampa, FL 33607
813-287-7950
victoria.butler@myfloridalegal.com
  *Assigned: 10/24/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Office of the Attorney General, State of Florida, Department of Legal Affairs**
*(Plaintiff)*

**John Matthew Guard**
Florida Attorney General
Executive Staff
PL-01, The Capitol
Tallahassee, FL 32399
850-245-0140
john.guard@myfloridalegal.com
  *Assigned: 10/24/2023*
  *ATTORNEY TO BE NOTICED*

representing

**Office of the Attorney General, State of Florida, Department of Legal Affairs**
*(Plaintiff)*

**Timothy Channing Hester**
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
(202) 662-5324
(202) 778-5324 (fax)
thester@cov.com
  *Assigned: 06/18/2024*
  *ATTORNEY TO BE NOTICED*

representing

**Meta Platforms, Inc.**
*(Defendant)*

representing

| | | |
|---|---|---|
| **Phyllis Alene Jones**<br>Covington Burling LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC 20001<br>(202) 662-5868<br>(202) 778-5868 (fax)<br>pajones@cov.com<br>  *Assigned: 12/22/2023*<br>  *ATTORNEY TO BE NOTICED* | | **Instagram LLC**<br>*(Defendant)* |
| | | **Meta Platforms, Inc.**<br>*(Defendant)* |
| **Corey M. Meyer**<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York<br>New York, NY 10017<br>212-450-4675<br>corey.meyer@davispolk.com<br>  *Assigned: 11/12/2024*<br>  *ATTORNEY TO BE NOTICED* | representing | **Instagram LLC**<br>*(Defendant)* |
| | | **Meta Payments Inc**<br>*(Defendant)* |
| | | **Meta Platforms, Inc.**<br>*(Defendant)* |
| **Antonio J. Perez-Marques**<br>Davis Polk and Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>antonio.perez@davispolk.com<br>  *Assigned: 11/12/2024*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Instagram LLC**<br>*(Defendant)* |
| | | **Meta Payments Inc**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Meta Platforms, Inc.**<br>*(Defendant)* |
| **James P. Rouhandeh**<br>Davis Polk and Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>rouhandeh@davispolk.com<br>  *Assigned: 11/12/2024*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Instagram LLC**<br>*(Defendant)* |
|  |  | **Meta Payments Inc**<br>*(Defendant)* |
|  |  | **Meta Platforms, Inc.**<br>*(Defendant)* |
| **Nathan E. Shafroth**<br>Covington & Burling LLP<br>Salesforce Tower<br>415 Mission St<br>San Francisco, CA 94105<br>(415) 591-6000<br>(415) 591-6091 (fax)<br>nshafroth@cov.com<br>  *Assigned: 06/06/2024*<br>  *ATTORNEY TO BE NOTICED* | representing | **Instagram LLC**<br>*(Defendant)* |
|  |  | **Meta Payments Inc**<br>*(Defendant)* |
|  |  | **Meta Platforms, Inc.**<br>*(Defendant)* |
| **Caroline Stern**<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4881<br>caroline.stern@davispolk.com<br>  *Assigned: 11/12/2024*<br>  *ATTORNEY TO BE NOTICED* | representing | **Instagram LLC**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  | | **Meta Payments Inc** <br> *(Defendant)* |
|  | | **Meta Platforms, Inc.** <br> *(Defendant)* |
| **Donna Cecilia Valin** <br> Florida Office of The Attorney General <br> Consumer Protection <br> 135 W. Central Blvd. <br> Orlando, FL 32801 <br> 407-845-5399 <br> donna.valin@myfloridalegal.com <br>   *Assigned: 10/24/2023* <br>   *ATTORNEY TO BE NOTICED* | representing | **Office of the Attorney General, State of Florida, Department of Legal Affairs** <br> *(Plaintiff)* |