Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

*Attorneys for Defendants
TikTok Inc., ByteDance Inc., TikTok Ltd.,
ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 - DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 4, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court amend Case Management Order No. 4 – Direct Filing Order regarding service of process on the TikTok Defendants. The parties declare in support of this request:

1. On December 19, 2022, this Court entered Case Management Order No. 4 – Direct Filing Order ("CMO No. 4") which sets forth service of process and waiver of formal service of summons pursuant to Federal Rule of Civil Procedure 4. *See* CMO No. 4, Dkt. 119, ¶ II.G. CMO No. 4 also identifies the email addresses for service of process on all Defendants. *Id*.

2. The TikTok Defendants respectfully request that CMO No. 4 be amended to reflect a new email address for service of process on the TikTok Defendants as follows:

**TikTok Inc.; ByteDance Inc.; TikTok Ltd.; ByteDance Ltd.; TikTok LLC**
TikTokSOP@kslaw.com

3. The new email address for service of process on the TikTok Defendants is in compliance with the requirements set forth in Paragraph II.G of CMO No. 4. *Id.*

THEREFORE, pursuant to Federal Rule of Civil Procedure 4, the Parties stipulate and respectfully request that the Court amend Case Management Order No. 4 – Direct Filing Order regarding service of process on the TikTok Defendants as set forth above.

**IT IS SO ORDERED**,

Dated: _____              _____
                                                                          **YVONNE GONZALEZ ROGERS**
                                                                          **UNITED STATES DISTRICT JUDGE**

**IT IS SO STIPULATED AND AGREED.**

Dated: November 15, 2024                     Respectfully submitted,

                                                                          **KING & SPALDING LLP**

                                                                          By: */s/ Geoffrey M. Drake*
                                                                                  Geoffrey M. Drake, *pro hac vice*
                                                                                  TaCara D. Harris, *pro hac vice*
                                                                                  King & Spalding LLP
                                                                                  1180 Peachtree Street, NE, Suite 1600
                                                                                  Atlanta, GA 30309-3521
                                                                                  Telephone: (404) 572-4600
                                                                                  Facsimile: (404) 572-5100
                                                                                  Email: gdrake@kslaw.com
                                                                                             tharris@kslaw.com

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 2 -                                                                                                        4:22-md-03047-YGR

1	Kristen R. Fournier, *pro hac vice*
	King & Spalding LLP
2	1185 Avenue of the Americas, 34th Floor
	New York, NY 10036-2601
3	Telephone: (212) 556-2100
	Facsimile: (212) 556-2222
4	Email: kfournier@kslaw.com

5	David P. Mattern, *pro hac vice*
	King & Spalding LLP
6	1700 Pennsylvania Avenue, NW, Suite 900
	Washington, DC 20006-4707
7	Telephone: (202) 737-0500
	Facsimile: (202) 626-3737
8	Email: dmattern@kslaw.com

9	Bailey J. Langner (SBN 307753)
	King & Spalding LLP
10	50 California Street, Suite 3300
	San Francisco, CA 94111
11	Telephone: (415) 318-1200
	Facsimile: (415) 318-1300
12	Email: blangner@kslaw.com

13	**FAEGRE DRINKER BIDDLE & REATH LLP**
14

15	By: */s/ Andrea R. Pierson*
	Andrea R. Pierson, *pro hac vice*
16	Andrea.pierson@faegredrinker.com
	Faegre Drinker Biddle & Reath LLP
17	300 N. Meridian Street, Suite 2500
	Indianapolis, IN 46204
18	Telephone: +1 (317) 237-0300
	Facsimile: +1 (317) 237-1000

19	Tarifa B. Laddon, SBN 240419
20	Tarifa.laddon@faegredrinker.com
	Faegre Drinker Biddle & Reath LLP
21	1800 Century Park East, Suite 1500
	Los Angeles, CA 90067
22	Telephone: +1 (310) 203-4000
	Facsimile: +1 (310) 229-1285

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 3 -                                                                         4:22-MD-03047-YGR

| | |
|---|---|
| 1 | Amy R. Fiterman, *pro hac vice* |
| 2 | Amy.fiterman@faegredrinker.com<br>Faegre Drinker Biddle & Reath LLP |
| 3 | 90 S. 7th Street, Unit 2200<br>Minneapolis, MN 55402 |
| 4 | Telephone: +1 (612) 766-7000<br>Facsimile: +1 (612) 766-1600 |
| 5 | *Attorneys for Defendants* |
| 6 | *TikTok Inc., ByteDance Inc., TikTok Ltd.,*<br>*ByteDance Ltd., and TikTok LLC* |
| 7 | COVINGTON & BURLING LLP |
| 8 | By: */s/ Ashley M. Simonsen* |
| 9 | Ashley M. Simonsen, SBN 275203<br>COVINGTON & BURLING LLP |
| 10 | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 11 | Telephone: (424) 332-4800<br>Facsimile: + 1 (424) 332-4749 |
| 12 | Email: asimonsen@cov.com |
| 13 | Phyllis A. Jones, *pro hac vice*<br>Paul W. Schmidt, *pro hac vice* |
| 14 | COVINGTON & BURLING LLP<br>One City Center |
| 15 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 16 | Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291 |
| 17 | Email: pajones@cov.com |
| 18 | *Attorney for Defendants Meta Platforms,*<br>*Inc. f/k/a Facebook, Inc.; Facebook* |
| 19 | *Holdings, LLC; Facebook Operations, LLC;*<br>*Facebook Payments, Inc.; Facebook* |
| 20 | *Technologies, LLC; Instagram, LLC;*<br>*Siculus, Inc.; and Mark Elliot Zuckerberg* |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 4 -    4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
|   | By: */s/ Jonathan H. Blavin* |
| 2 | Jonathan H. Blavin, SBN 230269 |
|   | MUNGER, TOLLES & OLSON LLP |
| 3 | 560 Mission Street, 27th Floor |
|   | San Francisco, CA 94105-3089 |
| 4 | Telephone: (415) 512-4000 |
|   | Facsimile: (415) 512-4077 |
| 5 | Email: jonathan.blavin@mto.com |

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS
- 5 -    4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 |   |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 3 | By: */s/ Brian M. Willen* |
|   | Brian M. Willen (*pro hac vice*) |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
| 5 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 6 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 7 | Email: bwillen@wsgr.com |
| 8 | Lauren Gallo White (SBN 309075) |
|   | Samantha A. Machock (SBN 298852) |
| 9 | WILSON SONSINI GOODRICH & ROSATI |
| 10 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 11 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 12 | Email: lwhite@wsgr.com |
|   | Email: smachock@wsgr.com |
| 13 |   |
|   | Christopher Chiou (SBN 233587) |
| 14 | Matthew K. Donohue (SBN 302144) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 15 |   |
|   | 953 East Third Street, Suite 100 |
| 16 | Los Angeles, CA 90013 |
|   | Telephone: (323) 210-2900 |
| 17 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 18 | Email: mdonohue@wsgr.com |
| 19 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 20 |   |
|   | WILLIAMS & CONNOLLY LLP |
| 21 | By: */s/ Joseph G. Petrosinelli* |
|   | Joseph G. Petrosinelli (*pro hac vice*) |
| 22 | jpetrosinelli@wc.com |
|   | Ashley W. Hardin (*pro hac vice*) |
| 23 | ahardin@wc.com |
|   | 680 Maine Avenue, SW |
| 24 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 25 | Fax: 202-434-5029 |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 |   |
| 28 |   |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 6 -    4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 |   |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>By: */s/ Yardena R. Zwang-Weissman* |
| 3 | Yardena R. Zwang-Weissman (SBN 247111) |
| 4 | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| 5 | Tel.: 213.612.7238<br>Email: yardena.zwang-weissman@morganlewis.com |
| 6 |   |
| 7 | Brian Ercole (*pro hac vice*)<br>600 Brickell Avenue, Suite 1600 |
| 8 | Miami, FL 33131-3075<br>Tel.: 305.415.3416 |
| 9 | Email: brian.ercole@morganlewis.com |
| 10 | Stephanie Schuster (*pro hac vice*)<br>1111 Pennsylvania Avenue NW |
| 11 | NW Washington, DC 20004-2541<br>Tel.: 202.373.6595 |
| 12 | Email: stephanie.schuster@morganlewis.com |
| 13 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 14 |   |
| 15 | By: */s/ Lexi J. Hazam* |
| 16 | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 17 | **BERNSTEIN, LLP**<br>275 BATTERY STREET, 29TH FLOOR |
| 18 | SAN FRANCISCO, CA 94111-3339<br>Telephone: 415-956-1000 |
| 19 | lhazam@lchb.com |
| 20 | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 21 | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 22 | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 23 | *Co-Lead Counsel* |
| 24 | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 25 | 55 CHALLENGER ROAD, 6TH FLOOR<br>RIDGEFIELD PARK, NJ 07660 |
| 26 | Telephone: 973-639-9100<br>cseeger@seegerweiss.com |
| 27 |   |
| 28 | *Counsel to Co-Lead Counsel* |

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 7 -                                                                                           4:22-md-03047-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS
- 8 -    4:22-MD-03047-YGR

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   |                                                      |
| 2   | ARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC**            |
| 3   | 16 Court St.<br>Brooklyn, NY 11241                   |
| 4   | Telephone: 646-666-8908<br>carrie@cagoldberglaw.com  |
| 5   | RONALD E. JOHNSON, JR.                               |
| 6   | **HENDY JOHNSON VAUGHN EMERY PSC**                   |
| 7   | 600 WEST MAIN STREET, SUITE 100<br>LOUISVILLE, KT 40202 |
| 8   | Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 9   | SIN-TING MARY LIU                                    |
| 10  | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**          |
| 11  | 17 EAST MAIN STREET, SUITE 200<br>PENSACOLA, FL 32502 |
| 12  | Telephone: 510-698-9566<br>mliu@awkolaw.com          |
| 13  | JAMES MARSH                                          |
| 14  | **MARSH LAW FIRM PLLC**<br>31 HUDSON YARDS, 11TH FLOOR |
| 15  | NEW YORK, NY 10001-2170<br>Telephone: 212-372-3030   |
| 16  | jamesmarsh@marshlaw.com                              |
| 17  | JOSEPH E. MELTER<br>**KESSLER TOPAZ MELTZER & CHECK LLP** |
| 18  | 280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087         |
| 19  | Telephone: 610-667-7706<br>jmeltzer@ktmc.com         |
| 20  |                                                      |
| 21  |                                                      |
| 22  |                                                      |
| 23  |                                                      |
| 24  |                                                      |
| 25  |                                                      |
| 26  |                                                      |
| 27  |                                                      |
| 28  |                                                      |

K<small>ING</small> & S<small>PALDING</small> LLP
A<small>TTORNEYS AT</small> L<small>AW</small>
A<small>TLANTA</small>

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 10 -    4:22-<small>MD</small>-03047-YGR

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
**DAVID FERNANDES**
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*

*Attorneys for Individual Plaintiffs*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 11 -     4:22-MD-03047-YGR

## ATTESTATION

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 15, 2024

/s/ Geoffrey M. Drake
Geoffrey M. Drake

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 12 -    4:22-MD-03047-YGR