UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 1305 (JOINT LETTER BRIEF RE PLAINTIFFS' RFP NOS. 62, 69, 71, 72, 76, and 79)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief re Plaintiffs' RFP Nos. 62, 69, 71, 72, 76, and 79.

At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

I. **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS**

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 1305 | Joint Letter Brief | Maintain redactions at 1, 4 | Good cause exists to seal sensitive and confidential information about YouTube's internal crisis management strategies. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 1305 | Joint Letter Brief | Maintain redactions at 2 | Good cause exists to seal sensitive and confidential information about YouTube's confidential platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Chiou Decl. at 2. | A party has not previously sought to seal the same information. |

1 | **IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED:   November 15, 2024   **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:   November 15, 2024   By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

|  |  |
|---|---|
| 1 | JAYNE CONROY |
|  | **SIMMONS HANLY CONROY, LLC** |
| 2 | 112 Madison Ave, 7th Floor |
|  | New York, NY 10016 |
| 3 | Telephone: 917-882-5522 |
|  | jconroy@simmonsfirm.com |
| 4 |  |
|  | ANDRE MURA |
| 5 | **GIBBS LAW GROUP, LLP** |
|  | 1111 Broadway, Suite 2100 |
| 6 | Oakland, CA 94607 |
|  | Telephone: 510-350-9717 |
| 7 | amm@classlawgroup.com |
| 8 | ALEXANDRA WALSH |
|  | **WALSH LAW** |
| 9 | 1050 Connecticut Ave, NW, Suite 500 |
|  | Washington D.C. 20036 |
| 10 | Telephone: 202-780-3014 |
|  | awalsh@alexwalshlaw.com |
| 11 |  |
|  | MICHAEL M. WEINKOWITZ |
| 12 | **LEVIN SEDRAN & BERMAN, LLP** |
|  | 510 Walnut Street Suite 500 |
| 13 | Philadelphia, PA 19106 |
|  | Telephone: 215-592-1500 |
| 14 | mweinkowitz@lfsbalw.com |
| 15 | Plaintiffs' Steering Committee Leadership |
| 16 | RON AUSTIN |
|  | **RON AUSTIN LAW** |
| 17 | 400 MANHATTAN BLVD |
|  | HARVEY, LA 70058 |
| 18 | Telephone: 504-227–8100 |
|  | raustin@ronaustinlaw.com |
| 19 |  |
|  | PAIGE BOLDT |
| 20 | **WATTS GUERRA LLP** |
|  | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 21 | San Antonio, TX 78257 |
|  | Telephone: 210-448-0500 |
| 22 | PBoldt@WattsGuerra.com |
| 23 | THOMAS P. CARTMELL |
|  | **WAGSTAFF & CARTMELL LLP** |
| 24 | 4740 Grand Avenue, Suite 300 |
|  | Kansas City, MO 64112 |
| 25 | Telephone: 816-701 1100 |
|  | tcartmell@wcllp.com |
| 26 |  |
|  | SARAH EMERY |
| 27 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|  | 2380 Grandview Drive |
| 28 | Ft. Mitchell, KY 41017 |
|  | Telephone: 888-606-5297 |

semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

| | |
|---|---|
| 1 | 15910 Ventura Boulevard, Suite 1600 |
| 2 | Encino, CA 91436<br>Telephone: (818) 839-2333 |
| 3 | Facsimile: (818) 986-9698<br>rtellis@baronbudd.com |
| 4 | dfernandes@baronbudd.com |
| 5 | MELISSA YEATES<br>JOSEPH E. MELTZER |
| 6 | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>280 King of Prussia Road |
| 7 | Radnor, PA 19087<br>Telephone: 610-667-7706 |
| 8 | myeates@ktmc.com<br>jmeltzer@ktmc.com |
| 9 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 10 | **DICELLO LEVITT**<br>505 20th St North Suite 1500 |
| 11 | Birmingham, Alabama 35203<br>Telephone: 205.855.5700 |
| 12 | fu@dicellolevitt.com |
| 13 | Plaintiffs' Steering Committee Membership |
| 14 | *Attorneys for Plaintiffs* |

## ATTESTATION

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 15, 2024

By: */s/ Christopher Chiou*
Christopher Chiou