# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF CHRISTOPHER CHIOU IN SUPPORT OF OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 1305 (JOINT LETTER BRIEF RE PLAINTIFFS' RFP NOS. 62, 69, 71, 72, 76, and 79)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Christopher Chiou, declare as follows:

1. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati and attorney of record for Defendants YouTube, LLC and Google LLC (collectively ("YouTube") in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No.: 4:22-md03047-YGR.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of the Omnibus Sealing Stipulation Regarding Dkt. No. 1305. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2. On November 5, 2024, the Parties filed the Joint Letter Brief re Plaintiffs' RFP Nos. 62, 69, 71, 72, 76, and 79 (the "Joint Letter Brief") and its exhibit. ECF No. 1305.

3. I have reviewed the documents that YouTube seeks to redact pursuant to the Court's Order Granting Motion to File Under Seal; Setting Sealing Procedures (ECF No. 341). Based on my review of the Joint Letter Brief and in consultation with YouTube, I understand there is good cause to seal the following information:

| Dkt. No. | Description | Basis for Sealing |
|---|---|---|
| 1305 | Joint Letter Brief redacted at at 1, 4 | The redacted portions consist of sensitive and confidential information about YouTube's internal crisis management strategies. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 1305 | Joint Letter Brief redacted at 2 | The redacted portions consist of sensitive and confidential information about YouTube's confidential platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on November 15, 2024.

*/s/ Christopher Chiou*
Christopher Chiou