UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 1305 (JOINT LETTER BRIEF ON PLAINTIFFS' RFP NOS. 62, 69, 71, 72, 76, and 79)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting declaration, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the Joint Letter Brief re Plaintiffs' RFP Nos. 62, 69, 71, 72, 76, and 79:

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1305 | Joint Letter Brief | Maintain redactions at 1, 4 | Granted     X<br><br>Denied     ____ |

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1305 | Joint Letter Brief | Maintain redactions at 2 | Granted   X<br><br>Denied   _____ |

**IT IS SO ORDERED.**

DATE:   November 18, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge