Rob Bonta
Attorney General of California
Nicklas A. Akers (SBN 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (SBN 244395)
Emily C. Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Brendan Ruddy (SBN 297896)
Megan O'Neill (SBN 343535)
Marissa Roy (SBN 318773)
Nayha Arora (SBN 350467)
Joshua Olszewski-Jubelirer (SBN 336428)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3854
 Fax:  (415) 703-5480
 E-mail:  Brendan.Ruddy@doj.ca.gov
*Attorneys for the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER DENYING TIKTOK DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(*People v. TikTok Inc., et al.*, No. 5:24-cv-07942-EKL)<br>(*People v. TikTok Inc., et al.*, Superior Court of California, Santa Clara County, Case No.: 24CV449203) |

1 | After full consideration of the TikTok Defendants' Administrative Motion to Consider
2 | Whether Cases Should Be Related (MDL 3047 ECF No. 1328) ("the Motion"), the People's
3 | opposition thereto, and all evidence and points and authorities submitted by the parties, and
4 | finding good cause therefor, the Motion is denied.

**IT IS SO ORDERED.**

**DATED this ___ day of _____, 2024.**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Denying Defts' Admin. Mot. (ECF No. 1328) (Case No. 4:22-md-03047-YGR)