

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



Molly C. Dwyer
Clerk of Court

# FILED

NOV 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-7032 |
| Originating Case Number: | 4:23-cv-05448-YGR |
| | 4:22-md-03047-YGR |
| | |
| Short Title: | People of the State of California, et al. v. Meta Platforms, Inc., et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-7032 |
| Originating Case Number: | 4:23-cv-05448-YGR |
| | 4:22-md-03047-YGR |
| | |
| Case Title: | People of the State of California, et al. v. Meta Platforms, Inc., et al. |

**Tuesday, November 26, 2024**

| | |
|---|---|
| Meta Platforms, Inc. | Mediation Questionnaire due |
| Meta Payments, Inc. | Mediation Questionnaire due |
| Meta Platforms Technologies, LLC | Mediation Questionnaire due |
| Instagram, LLC | Mediation Questionnaire due |

**Tuesday, December 31, 2024**

| | |
|---|---|
| Meta Platforms, Inc. | Appeal Opening Brief (No Transcript Due) |
| Meta Payments, Inc. | Appeal Opening Brief (No Transcript Due) |
| Meta Platforms Technologies, LLC | Appeal Opening Brief (No Transcript Due) |
| Instagram, LLC | Appeal Opening Brief (No Transcript Due) |

**Thursday, January 30, 2025**

| | |
|---|---|
| People of the State of California | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| State of Kentucky | Appeal Answering Brief (No Transcript Due) |
| State of Kansas | Appeal Answering Brief (No Transcript Due) |
| State of Illinois | Appeal Answering Brief (No Transcript Due) |
| State of Louisiana | Appeal Answering Brief (No Transcript Due) |
| State of Georgia | Appeal Answering Brief (No Transcript Due) |
| State of North Dakota | Appeal Answering Brief (No Transcript Due) |
| State of South Carolina | Appeal Answering Brief (No Transcript Due) |
| State of Maryland | Appeal Answering Brief (No Transcript Due) |
| State of Hawaii | Appeal Answering Brief (No Transcript Due) |
| State of Indiana | Appeal Answering Brief (No Transcript Due) |
| State of Wisconsin | Appeal Answering Brief (No Transcript Due) |
| State of Colorado | Appeal Answering Brief (No Transcript Due) |
| State of Connecticut | Appeal Answering Brief (No Transcript Due) |
| State of Ohio | Appeal Answering Brief (No Transcript Due) |
| State of Rhode Island | Appeal Answering Brief (No Transcript Due) |
| State of New Jersey | Appeal Answering Brief (No Transcript Due) |
| State of Nebraska | Appeal Answering Brief (No Transcript Due) |
| State of Delaware | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| State of Washington | Appeal Answering Brief (No Transcript Due) |
| State of Minnesota | Appeal Answering Brief (No Transcript Due) |
| State of North Carolina | Appeal Answering Brief (No Transcript Due) |
| State Bar of Arizona | Appeal Answering Brief (No Transcript Due) |
| State of Idaho | Appeal Answering Brief (No Transcript Due) |
| State of Maine | Appeal Answering Brief (No Transcript Due) |
| State of Pennsylvania | Appeal Answering Brief (No Transcript Due) |
| State of South Dakota | Appeal Answering Brief (No Transcript Due) |
| State of Michigan | Appeal Answering Brief (No Transcript Due) |
| State of Virginia | Appeal Answering Brief (No Transcript Due) |
| State of Oregon | Appeal Answering Brief (No Transcript Due) |
| State of New York | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**