Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional parties and counsel listed on signature pages*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION REGARDING SEALING JOINT LETTER BRIEF REGARDING META DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION Nos. 317, 325, 335, 344-346, and 357** |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (MDL Dkt. 341), the PI/SD Plaintiffs and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. (collectively, "Meta") submit this Stipulation Regarding Sealing Material in Joint Letter Brief on Personal Injury and School District Plaintiffs' Requests for Production Nos. 317, 325, 335, 344–346, and 357 as to Meta Defendants (ECF 1316 (redacted, public version); ECF 1317-1 (provisionally filed under seal)).

Meta provisionally and temporarily sealed several discrete pieces of information in the letter brief pursuant to ECF 341 because the documents from which that information is derived were designated as Confidential or Highly Confidential under the Protective Order and in light of the short timeline Meta had to evaluate the specific excerpts that Plaintiffs included in their draft of the brief. Now that Meta has been able to evaluate the excerpts, and recognizing the public's interest in access to court documents, Meta does not seek to seal the information in the letter brief. By agreeing to not seal this material, Meta does not waive, and expressly reserves, its rights to move to seal other material from, or derived from, the documents cited in the letter brief. The confidentiality or appropriateness of sealing material other than that in the letter brief is not currently at issue, and Meta does not waive any right with respect to that material.

The Parties therefore agree that the letter brief may be unsealed and attach an unsealed copy to this stipulation.

**IT IS SO STIPULATED AND AGREED.**

DATED: November 21, 2024                    Respectfully submitted,

**COVINGTON & BURLING LLP**

 /s/ Ashley M. Simonsen
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

1

Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

Isaac D. Chaput (State Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: +1 (415) 591-6000
Facsimile: +1 (415) 591-6091
Email:  ichaput@cov.com

Gregory L. Halperin, *pro hac vice*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: +1 (212) 841-1010
Email:  ghalperin@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*/s/ Lexi J. Hazam*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**

3

|   |   |
|---|---|
| 1 | 821 SECOND AVENUE, SUITE 2100 |
| 2 | SEATTLE, WA 98104<br>Telephone: 206-741-4862 |
| 3 | matt@socialmediavictims.org<br>glenn@socialmediavictims.org |
| 4 | JAMES J. BILSBORROW |
| 5 | **WEITZ & LUXENBERG, PC**<br>700 BROADWAY<br>NEW YORK, NY 10003 |
| 6 | Telephone: 212-558-5500<br>jbilsborrow@weitzlux.com |
| 7 |  |
| 8 | JAYNE CONROY<br>**SIMMONS HANLY CONROY, LLC** |
| 9 | 112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016 |
| 10 | Telephone: 917-882-5522<br>jconroy@simmonsfirm.com |
| 11 | ANDRE MURA |
| 12 | **GIBBS LAW GROUP, LLP**<br>1111 BROADWAY, SUITE 2100<br>OAKLAND, CA 94607 |
| 13 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 14 |  |
| 15 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 16 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 17 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 18 | MICHAEL M. WEINKOWITZ |
| 19 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 WALNUT STREET<br>SUITE 500 |
| 20 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 21 | mweinkowitz@lfsbalw.com |
| 22 | Plaintiffs' Steering Committee Leadership |
| 23 | RON AUSTIN |
| 24 | **RON AUSTIN LAW**<br>400 MANHATTAN BLVD.<br>HARVEY, LA 70058 |
| 25 | Telephone: 504-227–8100<br>raustin@ronaustinlaw.com |
| 26 |  |
| 27 | PAIGE BOLDT<br>**WALSH LAW** |
| 28 | 4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |

|   |   |
|---|---|
| 1 | Telephone: 210-448-0500 |
|   | PBoldt@alexwalshlaw.com |
| 2 |   |
|   | THOMAS P. CARTMELL |
| 3 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 4 | Kansas City, MO 64112 |
|   | Telephone: 816-701-1100 |
| 5 | tcartmell@wcllp.com |

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI

5

|   |   |
|---|---|
| 1 | **HACH & ROSE LLP** |
|   | 112 Madison Avenue, 10th Floor |
| 2 | New York, New York 10016 |
|   | Telephone: 212-213-8311 |
| 3 | hnappi@hrsclaw.com |

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 21, 2024     By:   */s/ Ashley M. Simonsen*

　　　　　　　　　　　　　　　　　　　　Ashley M. Simonsen