[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br>   v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>-------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br>   v.<br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>-------------------------------------------------<br><br>State of Montana, *ex rel.* Austin Knudsen, Attorney General<br>   v.<br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc.<br><br>-------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*State of Georgia ex rel. Christopher M. Carr v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-YGR | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>          4:23-cv-05448-YGR<br>          4:23-cv-05885-YGR<br>          4:24-cv-00805-YGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff the State of Georgia *ex rel.* Chrisopher M. Carr, Attorney General of the State of Georgia ("Georgia AG"), and Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc. and Meta Platforms Technologies, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of the State of Georgia's complaint, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees. The parties further stipulate that the subpoenas that Defendants served pursuant to Rule 45 upon the Georgia Department of Behavioral Health and Developmental Disabilities and the Georgia Department of Education dated July 23, 2024, and the subpoenas that Defendants served pursuant to Rule 45 upon the Georgia Board of Regents, the Georgia Department of Public Health, the Georgia Department of Human Services, and the Georgia Department of Family and Children Services dated August 28, 2024, are hereby all withdrawn with immediate effect.

Dated: November 22, 2024  Respectfully submitted,

**CHRISTOPHER M. CARR**
Attorney General
State of Georgia

*/s/ Melissa M. Devine*
Melissa M. Devine (GA Bar No. 403670), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of the State of Georgia
40 Capitol Sq. SW
Atlanta, GA 30334
Phone: (404) 458-3765
Fax: (404) 651-9108
mdevine@law.ga.gov

*Attorneys for Plaintiff State of Georgia ex rel. Christopher M. Carr, Attorney General of the State of Georgia*

| | |
|---|---|
| 1 | **COVINGTON & BURLING LLP** |
| 2 | |
| | */s/Ashley Simonsen* |
| 3 | Ashley Simonsen (State Bar. No. 275203) |
| | COVINGTON & BURLING LLP |
| 4 | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| 5 | Telephone: (424) 332-4800 |
| | Facsimile: + 1 (424) 332-4749 |
| 6 | Email: asimonsen@cov.com |
| 7 | |
| | Phyllis A. Jones, *pro hac vice* |
| 8 | Paul W. Schmidt, *pro hac vice* |
| | COVINGTON & BURLING LLP |
| 9 | One City Center |
| | 850 Tenth Street, NW |
| 10 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| 11 | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |
| 12 | Email: pschmidt@cov.com |
| 13 | |
| | *Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC* |