# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | 4:22-md-03047-YGR (PHK)<br><br>**NOTICE** |

      COMES NOW, Bret Leigh Nance of the South Dakota Attorney General's Office, and hereby notifies this Court that the South Dakota Governor's Office and the South Dakota Bureau of Finance and Management are not, and have not, been refusing to comply with this Court's production orders.  Rather, counsel for both agencies was ill on November 13, 2024, and missed the meet and confer that was conducted between Meta and the South Dakota state agencies.  Meta was notified of this illness at the time of the meet and confer.  South Dakota does not have a corral of attorneys for its state government because of the limited size of the state.  There are two attorneys employed by the entire Office of the Governor, and the same two attorneys are assisting South Dakota Bureau of Finance and Management.  The South Dakota Governor's Office and the South Dakota Bureau of Finance and Management will continue to comply with production and discovery.

      Because we didn't anticipate a dispute, we are not able to appear in person. However, we can appear by zoom.

Dated this 22nd day of November, 2024.

>Respectfully submitted
>
>**MARTY J. JACKLEY**
>**ATTORNEY GENERAL**
>
>
>  /s/ Bret Leigh Nance
>Bret Leigh Nance
>Assistant Attorney General
>1302 East Highway 14, Suite 1
>Pierre, SD  57501-8501
>Telephone: (605) 773-3215
>Email: Bretleigh.Nance@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern Division by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

> *Bret Leigh Nance*
> Bret Leigh Nance
> Assistant Attorney General