UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/21/2024 | **Time:** 1:03-4:16pm | **Judge:** PETER H. KANG |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** Rodriguez v. Meta Platforms, Inc. | |

**Attorney for Plaintiff:** Tom Cartmell, Patrick Andrews, Michael Levin-Gesundheit, Previn Warren, Lexi Hazam, Jessica Colombo (Representative of Counsel to the Co-Lead Counsel and Settlement Counsel) Audrey Siegel, Jennifer Scullion, (State Attorneys General) Megan O'Neill (CA), Nathan Whelihan (AZ), Emily Kalanithi (CA), Matt Cocanougher (KY), Thomas Huynh (NJ), Caitlin Micko (MN)

**Attorney for Defendant:** (Meta) Ashley Simonsen, Paul Schmidt, Chris Yeung, Serena Saffarini, Mike Imbroscio, (Snap) Jonathan Blavin, Faye Paul Teller (Tik Tok) Geoffrey Drake, Bailey Langner (YouTube/Google) Matthew Donohue.

**Deputy Clerk:** Julia Fox                          **Court Reporter:** Kelly Shainline

## PROCEEDINGS

Discovery Management Hearing held on 11/21/2024 re. Dkts. [1305], [1318], and [1336]. Arguments heard. Matters resolved per discussion on the record. Parties to submit proposed Order regarding Dkt. [1305]. Parties to file a joint stipulation re: Dkt. [1318].

After review of the Parties' competing proposals and hearing comments from counsel, Court set interim deadlines to complete state agency discovery.

With regard to the state agency discovery issue, the Parties identified the following state agencies that have and continue to refuse to comply with the Court's various Orders resolving and directing the Parties on state agency discovery:

1) **California** School Finance Authority
2) **California** Office of the Governor
3) **California** Governor's Office of Business and Economic Development
4) **California** Department of Finance
5) **California** Department of Public Health
6) **California** Department of Consumer Affairs
7) **California** Business, Consumer Services and Housing Agency
8) **California** Office of Data & Innovation
9) **South Carolina** Governor's Office

Two agencies from South Dakota were identified at the hearing, but on the morning following the hearing, counsel for South Dakota (who were not present at the hearing either in-person or via Zoom) filed a Notice stating that they were not refusing to comply with the Court's discovery orders and will comply with production of documents and discovery. [Dkt. 1360].

Pursuant to the discussion at the hearing, on or before November 22, 2024, counsel of record for the states of California and South Carolina are ORDERED to submit to the Court the names and full contact information of all the attorneys representing each agency listed above who are responsible for and/or advised the agencies regarding their refusals to comply with the Court's Orders.

Further Discovery Management Conference set for April 24, 2024 at 01:00 PM in-person, before Judge Kang, in Courtroom F, Floor 15 in San Francisco.

As per prior conferences, a Discovery Management Order will follow.