FILED

NOV 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>META PLATFORMS, INC., f/k/a Facebook, Inc.; et al.,<br><br>  Defendants - Appellants,<br><br>and<br><br>SNAP INC.; et al.,<br><br>  Defendants. | No. 24-7037<br><br>D.C. No. 4:22-md-03047-YGR<br>Northern District of California, Oakland<br><br>ORDER |

  For court efficiency and administration, the court has decided to process this case as a Large Party Case. The court uses this administrative process to open complex cases or those involving many parties.

  Defendant-appellants' November 14, 2024, notice of appeal (District Court Docket Entry No. 1330) seeks review of the district court's October 15, 2024, and October 24, 2024, orders (District Court Docket Entry Nos. 1214 and 1267).

  Due to the large number of potential plaintiffs-appellees, instead of listing each appellee on the docket, the court has added plaintiff-appellee groupings that appear to be subject to the district court's orders on appeal. The groups are

described as (1) personal injury plaintiffs; (2) local government and school district plaintiffs; and (3) multistate attorney general plaintiffs. The court has added liaison counsel for each of the groups. The court has separately added Florida Office of the Attorney General, with its respective counsel, as a plaintiff-appellee.

Within 14 days of the date of this order, liaison counsel for plaintiffs-appellees must file a status report on this court's docket that includes the following information:

(1) A statement confirming that the plaintiff-appellee groups for this appeal are complete and accurately described;

(2) A complete list of all plaintiffs-appellees within each group using the attached template provided by the court. The list for each group must be separated into two categories: individual plaintiffs; and institutional/entity plaintiffs. The Clerk's Office will email plaintiff-appellees liaison counsel a digital template for creating the lists.

The status report filed on the docket must include a PDF version of the lists. In addition to filing the status report on the docket, liaison counsel for plaintiffs-appellees must also email a digital version of the lists to the Clerk's Office at EFilerHelp@ca9.uscourts.gov and copy counsel for defendants-appellants on the email.

The mediation questionnaire deadline and a briefing schedule will be set by further court order.

The Clerk will serve this order on the district court for docketing in case no. 4:22-md-03047-YGR.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT