| First Name | Middle Name | Last Name | Generation |
|---|---|---|---|
| John | F. | Kennedy | Jr. |
| Jane | | A.F. | |
| Jane | | Doe | |

Examples explained

You can enter the middle name as an initial or in its entirety.

For minors, put in the initials in the 'Last Name' column.

As you add names, the table will automatically expand to include it.