| Entity Name |
| --- |
| Commonwealth of Virginia |
| City of Alexandria |
| San Antonio School District |
| Whitney Point School District, NY |
| School Board of Lake County, Florida |

**Examples Explained**

Use the full name of state

includes additional uppercase letters

Use name as displayed on the district court docket sheet