Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

Michael X. Imbroscio, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  mimbroscio@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Meta Defendants file this Temporary Sealing Motion regarding the Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Designating Party |
|---|---|---|
| 1376-1 | Unredacted Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-5 | Exhibit A to the Imbroscio Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-7 | Exhibit B to the Imbroscio Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-9 | Exhibit C to the Imbroscio Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-12 | Exhibit A to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-13 | Exhibit B to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-15 | Exhibit D to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-16 | Exhibit E to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-17 | Exhibit F to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-18 | Exhibit G to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |

| 1376-19 | Exhibit H to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
|---|---|---|
| 1376-20 | Exhibit I to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-21 | Exhibit J to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |
| 1376-22 | Exhibit K to the Cartmell Declaration regarding Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild | Meta Defendants |

DATED: November 25, 2024                Respectfully submitted,


**COVINGTON & BURLING LLP**

 /s/ Michael X. Imbroscio
Michael X. Imbroscio, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291

Email:  mimbroscio@cov.com
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

Gregory L. Halperin, *pro hac vice*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405

Telephone: +1 (212) 841-1000
Facsimile: +1 (212) 841-1010
Email: ghalperin@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*