1 | Ashley M. Simonsen, SBN 275203
2 | COVINGTON & BURLING LLP
3 | 1999 Avenue of the Stars
  | Los Angeles, CA 90067
4 | Telephone: (424) 332-4800
  | Facsimile: + 1 (424) 332-4749
5 | Email: asimonsen@cov.com

6 | *Attorney for Defendants Meta Platforms, Inc. f/k/a*
7 | *Facebook, Inc.; Facebook Holdings, LLC;*
  | *Facebook Operations, LLC; Facebook Payments,*
8 | *Inc.; Facebook Technologies, LLC; Instagram,*
  | *LLC; and Siculus, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS FILING RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **DECLARATION OF JULIAN LAMM** |

I, Julian Lamm, declare:

1.      I am a Partner with the law firm White & Case LLP ("White & Case"). I and members of my team serve as outside counsel for Meta Platforms, Inc. ("Meta"). I base this declaration upon my personal knowledge and could and would testify to the following facts if called to do so.

2.      In my capacity as outside counsel for Meta, I and members of my team have represented Meta in connection with regulatory compliance advice. As part of the representation, White & Case has analyzed a wide variety of existing and proposed regulations in foreign and domestic jurisdictions, including the European Union, the State of California, and others. In particular, White & Case has advised Meta about potential regulatory risks and strategies to mitigate those risks, including in particular risks surrounding the use of Meta's services by individuals under the age of 18 ("youth users").

3.      In and around the spring of 2022, Meta's in-house counsel, Rachany Son, asked White & Case to provide legal advice for what Meta referred to as a Youth "State of the Union." I and members of my team—including Christina Dolen, Alexus Payton (now Alexus Payton Leach), and John Oltean—prepared legal analyses for Meta relating to existing and proposed regulations focused on youth users of social media services.

4.      Part of these analyses involved reviewing existing and proposed regulations in various jurisdictions as of spring 2022. We assessed those regulations' potential application to Meta, and provided legal advice to Meta on strategies to promote compliance and mitigate regulatory and enforcement risk. As part of its analyses, we reviewed certain aspects of Meta's services, including Facebook, Instagram, Messenger, and others. We also reviewed public-facing disclosures and then-existing product functionalities offered by other companies and services in order to advise Meta on potential future enforcement activity from regulators.

5.      I have reviewed time records from the spring of 2022, and I can confirm that I and the individuals on my team spent over 350 hours from March 2022 through August 2022 carrying out this specific legal advice, including in email correspondence, memoranda, and video calls with Meta.

6.      I understand Ms. Son and other members of Meta's in-house counsel were involved in the creation of certain slide decks relating to the youth legal and regulatory landscape, and that these slide

decks were prepared to provide advice to senior management on these issues. I recall reviewing, commenting on, and drafting contents of these internal Meta presentations during this period.

7. I have reviewed four such slide decks identified at the following Bates numbers:

| Original Bates | Re-produced with Redactions |
|---|---|
| META3047MDL-035-00002871 | META3047MDL-085-00000104 |
| META3047MDL-035-00004050 | META3047MDL-085-00000271 |
| META3047MDL-073-00001477 | META3047MDL-085-00000211 |

8. In the slides contained in these decks, I recognize conclusions and descriptions we had provided regarding existing and proposed regulations in foreign and domestic jurisdictions. These conclusions and descriptions were specifically contained within the redacted portions of the presentations, which I have also reviewed. These conclusions and descriptions are substantively similar to those that White & Case had provided about regulatory risk, as described above. From my perspective, these conclusions and descriptions appear to incorporate or otherwise reflect the legal advice we had provided to Meta.

9. In particular, I recognize, within the redacted portions of the presentations, charts and tables that are similar to the ones White & Case was asked by Ms. Son to create. These charts and tables reflect the assessment and legal judgment of White & Case attorneys regarding compliance with existing and anticipated future regulations in foreign and domestic jurisdictions, and in particular, our legal judgment of areas of potential enforcement risk.

I declare under penalty of perjury the foregoing is true and correct. Executed on November 23, 2024 at Los Angeles, California.

DocuSigned by:

Julian Lamm