Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a*
*Facebook, Inc.; Facebook Holdings, LLC;*
*Facebook Operations, LLC; Facebook Payments,*
*Inc.; Facebook Technologies, LLC; Instagram,*
*LLC; and Siculus, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF RACHANY T. SON** |

I, Rachany T. Son, declare:

1.    I am a Director & Associate General Counsel for Meta Platforms, Inc. ("Meta").  Prior to this role, I served in several in-house counsel roles for Meta, including as Lead Counsel and Associate General Counsel, from August 2019 through the present.  I base this declaration upon my personal knowledge and could and would testify to the following facts if called to do so.

2.    In and around the spring of 2022, certain regulations affecting "youth" (i.e., users under the age of 18) were being enacted or contemplated in foreign and domestic jurisdictions, including the European Union, the State of California, and others.  These new and evolving regulations presented a substantial legal issue for Meta, given the complexity of its services, its global scope and the need to craft legal compliance policies in the youth space that accounted for this rapidly developing legal landscape.

3.    In my capacity as in-house counsel for Meta, one of my principal responsibilities was to provide legal counsel to the company on these statutory and regulatory requirements.  Accordingly, I endeavored to review these existing and potential regulations and understand Meta's potential regulatory and enforcement risks.  I and members of Meta's in-house counsel planned to summarize these findings in what we called a Youth "State of the Union" to present to senior leadership.

4.    As part of this exercise, I engaged with Meta's outside counsel at the law firm White & Case LLP ("White & Case") for legal advice on these regulations, including how they may apply to Meta and how Meta could mitigate risk.  Among the services we analyzed were Meta's Facebook, Instagram, Messenger, and others.  As part of this analysis, I also asked White & Case to assess our regulatory risk in the context of other social media companies, e.g., Meta's competitors.

5.    In my capacity as in-house counsel for Meta, I was involved in the creation, drafting, and editing of certain slide decks produced as follows:

| Original Bates | Re-produced with Redactions |
| --- | --- |
| META3047MDL-035-00002871 | META3047MDL-085-00000104 |
| META3047MDL-035-00004050 | META3047MDL-085-00000271 |
| META3047MDL-073-00001477 | META3047MDL-085-00000211 |

6.    These slide decks were created as part of Meta's Youth "State of the Union" discussed above.  I personally drafted portions of these slide decks, working with a small team of Meta employees

to refine the presentation. Periodically throughout this process, I requested review by attorneys at White & Case of our efforts, and some of the slides contain charts and analysis that I recall White & Case having originally prepared.

7.    Given the nature of this exercise, we drew upon the expertise and knowledge of a number of company personnel, including Miki Rothschild, but I remained intimately involved throughout the course of this project. We worked closely with the relevant Meta personnel to understand and evaluate the current state of Meta's services across these jurisdictions and what changes or adjustments to a wide swath of Meta's services this evolving legal landscape might require. When we engaged with non-attorney company personnel, it was for the primary purpose of providing legal analysis of Meta's potential regulatory risks.

8.    The complexity of this project was substantial, but from the beginning it was fundamentally an assessment of the legal regulatory and compliance risks with Meta's services. The slide decks I worked on were prepared with input from other departments within Meta, but the legal department led the effort, and consideration of legal and regulatory risks was a core component of the presentations.

9.    I have reviewed the documents at issue in their original and redacted versions and confirm that they reflect and extensively integrate the legal advice provided by Meta's outside counsel at White & Case. Specifically, the slide decks contain an assessment of existing and predicted future regulations addressing Youth use of social media apps and their application to Meta and other companies' platforms.

10.    Although created as three different documents, the redactions in the slide decks produced at the Bates numbers identified above all reflect the same legal advice provided by White & Case.

11.    From my perspective, the primary purpose of the slide decks was to communicate legal advice within Meta. Neither the slide decks, nor the overall Youth State of the Union, had primarily "business" purposes, such as generating additional revenue, growing market share, or other goals that might be described as "business" endeavors. Rather, as explained above, they combined an assessment of the state of Meta's provision of its services to youth users, to provide legal advice to the company regarding Meta's existing and potential regulatory risks in the youth area, and to suggest a range of strategies that could potentially mitigate those risks.

Docusign Envelope ID: 04AEF467-D41B-441F-B5E5-71AD09AB8636

12.     The slide decks at Bates numbers identified above were maintained at Meta with special protections to limit their access only to individuals who required access to perform their job.  Specifically, beyond the limited intended audience for these presentations, any additional individuals seeking access would need to individually request and be granted permission to access and open the document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 24, 2024 at Milan, Italy.

Signed by:

*Rachany Son*

08FE241994D94D0...

Rachany T. Son