Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

Michael X. Imbroscio, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  mimbroscio@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF MICHAEL X. IMBROSCIO**

I, Michael X. Imbroscio, declare and state as follows:

1. I am an attorney with the law firm Covington & Burling, LLP and represent Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. in the above-captioned case. The declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. The exhibits referenced in the following chart are true and correct copies of the documents bearing the Bates numbers—both the original Bates number and the beginning Bates number of a reproduction with redactions—reflected in the chart. Redacted versions of these exhibits are concurrently filed under seal and unredacted versions will be lodged with the Court for *in camera* review.

| Original Bates Number | Beginning Bates Number of Reproduction with Redactions | Meta's Exhibit |
|---|---|---|
| META3047MDL-035-00002871 | META3047MDL-085-00000104 | A |
| META3047MDL-035-00004050 | META3047MDL-085-00000271 | B |
| META3047MDL-073-00001477 | META3047MDL-085-00000211 | C |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on November 25, 2024.

By:     /s/ *Michael X. Imbroscio*

Michael X. Imbroscio