# EXHIBIT B

| Original Bates | Re-produced with Redactions |
|---|---|
| META3047MDL-035-00004050 | META3047MDL-085-00000271 |

# UNREDACTED VERSION LODGED WITH COURT