# EXHIBIT C

| Original Bates | Re-produced with Redactions |
|---|---|
| META3047MDL-073-00001477 | META3047MDL-085-00000211 |

# UNREDACTED VERSION LODGED WITH COURT