1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>[PROPOSED] ORDER ON JOINT MOTION FOR REDACTION OF TRANSCRIPT OF NOVEMBER 21, 2024 DISCOVERY MANAGEMENT CONFERENCE<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the Transcript of November 21, 2024 Discovery Management Conference:

| Description | Requested Action | Court's Ruling |
|---|---|---|
| Transcript of November 21, 2024 Discovery Management Conference | Redact references to material redacted in Joint Letter Brief, Dkt. No. 1305 | Granted    X<br><br>Denied   _____ |

1  **IT IS SO ORDERED.**

3  DATE:   November 26, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge