| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | LAUREN F. KAPLAN (S.B. #294703) |
| | lkaplan@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 4 | Los Angeles, CA 90067-6035 |
| | Telephone:    (310) 553-6700 |
| 5 | Facsimile:     (310) 246-6779 |
| 6 | STEPHEN D. BRODY (*pro hac vice*) |
| | sbrody@omm.com |
| 7 | JONATHAN HACKER (*pro hac vice*) |
| | jhacker@omm.com |
| 8 | MARTHA F. HUTTON (S.B. #279335) |
| | mhutton@omm.com |
| 9 | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| 10 | Washington, DC 20006 |
| | Telephone:    (202) 383-5300 |
| 11 | Facsimile:     (202) 383-5414 |

*Attorneys for Defendants TikTok Inc., TikTok U.S. Data Security Inc., TikTok LLC, TikTok Pte. Ltd., TikTok Ltd., ByteDance Inc., and ByteDance Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDITION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR-PHK |
| | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | **DEFENDANTS' CERTIFICATE OF SERVICE** |
| 4:24-CV-7942-YGR-PHK | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1  I, Lauren F. Kaplan, am a resident of the State of California, over the age of 18 years, and not a party to this action.  My business address is 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035.  On November 27, 2024, I caused to be served—pursuant to Northern District of California Civil Local Rules 4-2 and 16-2, Standing Order in Civil Cases: Judge Yvonne Gonzalez Rogers Section 16 (Updated October 1, 2024), and Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang Section I (*Effective on* July 14, 2023)—the following documents:

- Standing Order in Civil Cases: Judge Yvonne Gonzalez Rogers (Updated October 1, 2024)
- Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement
- Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang (*Effective on* July 14, 2023)
- Standing Order for Discovery in Civil Cases Before Magistrate Judge Peter H. Kang (Effective June 1, 2023)

by causing true and correct copies thereof to be placed in sealed envelopes with postage prepaid, in the United States mail, addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, they would be deposited with the U.S. Postal service with postage fully prepaid in the ordinary course of business:

ROB BONTA
NICKLAS A. AKERS
BERNARD A. ESKANDARI
EMILY C. KALANITHI
BRENDAN RUDDY
MEGAN O'NEILL
MARISSA ROY
NAYHA ARORA
JOSHUA OLSZEWSKI-JUBELIRER
California Attorney General's Office
455 Golden State Ave., Suite 11000
San Francisco, CA 94102-7004
*Attorneys for Plaintiff*

(Continued on next page)

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on November 27, 2024, at Los Angeles, California.

4  Dated: November 27, 2024                  */s/ Lauren F. Kaplan*
5                                             Lauren F. Kaplan