[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>People of the State of California, et al.<br>  v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------<br><br>Office of the Attorney General, State of Florida, Department of Legal Affairs<br>  v.<br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc.<br><br>------------------------------------------------<br><br>State of Montana, ex rel. Austin Knudsen, Attorney General<br>  v.<br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>     4:23-cv-05448-YGR<br>     4:23-cv-05885-YGR<br>     4:24-cv-00805-YGR<br><br>**NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL
4:22-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc. ("Meta") filed a notice of appeal on November 14, 2024. (Dkt. No. 1330 in in 22-md-03047-YGR; Dkt. No. 140 in 23-cv-05448-YGR; and Dkt. No. 44 in 23-cv-05885-YGR). Pursuant to Federal Rule of Appellate Procedure 4(a)(3), the undersigned State Attorney General Plaintiffs hereby notice their cross-appeal to the United States Court of Appeals for the Ninth Circuit from the district court's Order Largely Denying in Part Defendants' Motion to Dismiss the Multistate Attorneys General Complaint but Limiting the Scope of the Claims, entered on October 15, 2024 (Dkt. No. 1214 in 22-md-03047-YGR; Dkt. No. 123 in 23-cv-05448-YGR; and Dkt. No. 38 in 23-cv-05885-YGR).

The State Attorneys General contend that the Ninth Circuit does not have jurisdiction over Meta's appeal, and intend to promptly move the Ninth Circuit to dismiss the appeal. The State Attorneys General file this notice in order to preserve all of their rights to cross-appeal, in the event Meta's appeal is not dismissed.

| | |
|---|---|
| Dated: November 27, 2024 | Respectfully submitted, |
| **KRIS MAYES**<br>Attorney General<br>State of Arizona | **ROB BONTA**<br>Attorney General<br>State of California |
| */s/ Laura Dilweg*<br>Laura Dilweg (AZ No. 036066, CA No. 260663)<br>Chief Counsel - Consumer Protection and Advocacy Section<br>Nathan Whelihan (AZ No. 037560, CA No. 293684), *pro hac vice*<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-3725<br>Fax:    (602) 542-4377<br>Laura.Dilweg@azag.gov<br>Nathan.Whelihan@azag.gov<br><br>*Attorneys for Plaintiff State of Arizona* | */s/ Megan O'Neill*<br>Nicklas A. Akers (CA SBN 211222)<br>Senior Assistant Attorney General<br>Bernard Eskandari (CA SBN 244395)<br>Emily Kalanithi (SBN 256972)<br>Supervising Deputy Attorneys General<br>Nayha Arora (CA SBN 350467)<br>Megan O'Neill (CA SBN 343535)<br>Joshua Olszewski-Jubelirer<br>(CA SBN 336428)<br>Marissa Roy (CA SBN 318773)<br>Brendan Ruddy (CA SBN 297896)<br>Deputy Attorneys General<br>California Department of Justice<br>Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: (415) 510-4400<br>Fax: (415) 703-5480<br>megan.oneill@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California* |
| **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>*/s/ Shannon Stevenson*<br>Krista Batchelder, CO Reg. No. 45066, pro hac vice<br>Deputy Solicitor General<br>Shannon Stevenson, CO Reg. No. 35542, pro hac vice<br>Solicitor General<br>Elizabeth Orem, CO Reg. No. 58309<br>Danny Rheiner, CO Reg. No. 48821<br>Assistant Attorney Generals<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>Consumer Protection Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6384<br>krista.batchelder@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | |

3

NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL
4:22-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
|1| **WILLIAM TONG** | **ASHLEY MOODY** |
|2| Attorney General | Attorney General |
| | State of Connecticut | State of Florida |
|3| | |
| | /s/ Lauren H. Bidra | /s/ Victoria Ann Butler |
|4| Lauren H. Bidra | Victoria Ann Butler (FL Bar No. 861250), |
| | (CT Juris No. 440552), *pro hac vice* | *pro hac vice* |
|5| Special Counsel for Media and Technology | Director of Consumer Protection Litigation |
| | Krislyn M. Launer | 3507 E. Frontage Road, Suite 325 |
|6| (CT Juris No. 440789), *pro hac vice* | Tampa, FL 33607 |
|7| Assistant Attorney General | Telephone: (813) 287-7950 |
| | Connecticut Office of the Attorney General | Victoria.butler@myfloridalegal.com |
|8| 165 Capitol Avenue | |
| | Hartford, Connecticut 06106 | John M. Guard (FL Bar No. 374600), |
|9| Phone: 860-808-5306 | *pro hac vice* |
| | Fax: 860-808-5593 | Chief Deputy Attorney General |
|10| Lauren.Bidra@ct.gov | PL-01 The Capitol |
| | Krislyn.Launer@ct.gov | Tallahassee, FL 32399 |
|11| | John.guard@myfloridalegal.com |
|12| *Attorneys for Plaintiff State of Connecticut* | |
| | | Nicholas J. Weilhammer (FL Bar No. 479322), |
|13| | *pro hac vice* |
|14| | Associate Deputy Attorney General for Enforcement |
|15| **KATHLEEN JENNINGS** | PL-01 The Capitol |
| | Attorney General | Tallahassee, FL 32399 |
|16| State of Delaware | Telephone: (850) 414-3861 |
|17| /s/ Marion Quirk | Nicholas.weilhammer@myfloridalegal.com |
| | Marion Quirk (DE Bar 4136), *pro hac vice* | |
|18| Director of Consumer Protection | Donna Cecilia Valin (FL Bar No. 96687), |
| | Ryan Costa (DE Bar 5325), *pro hac vice* | *pro hac vice* |
|19| Deputy Director of Consumer Protection | Special Counsel, Assistant Attorney General |
| | Delaware Department of Justice | Consumer Protection Division |
|20| 820 N. French Street, 5th Floor | 135 West Central Blvd. |
| | Wilmington, DE 19801 | Orlando, FL 32801 |
|21| Phone: (302) 683-8810 | Telephone: (407) 316-4840 |
|22| Marion.Quirk@delaware.gov | Donna.valin@myfloridalegal.com |
| | Ryan.Costa@delaware.gov | |
|23| | Karen E. Berger (FL Bar No. 72991) |
| | *Attorneys for Plaintiff State of Delaware* | *pro hac vice* |
|24| | Special Counsel, Assistant Attorney General |
|25| | 110 SE 6th Street, 10th Floor |
| | | Fort Lauderdale, FL 33301 |
|26| | Telephone: (954) 712-4600 |
| | | Karen.berger@myfloridalegal.com |
|27| | |
| | | *Attorneys for Office of the Attorney General,* |
|28| | *State of Florida, Department of Legal Affairs* |

4

NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL
4:22-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | **ANNE E. LOPEZ** | **THEODORE E. ROKITA** |
| 2 | Attorney General<br>State of Hawaiʻi | Attorney General<br>State of Indiana |
| 3 | | |
| 4 | */s/ Christopher T. Han*<br>Bryan C. Yee (HI JD No. 4050), | */s/ Mark Snodgrass*<br>Scott L. Barnhart (IN Atty No. 25474-82), |
| 5 | *pro hac vice*<br>Supervising Deputy Attorney General | *pro hac vice*<br>Chief Counsel and Director of Consumer |
| 6 | Christopher T. Han (HI JD No. 11311),<br>*pro hac vice* | Protection<br>Corinne Gilchrist (IN Atty No. 27115-53), |
| 7 | Deputy Attorney General<br>Department of the Attorney General | *pro hac vice*<br>Section Chief, Consumer Litigation |
| 8 | Commerce and Economic Development Division<br>425 Queen Street | Mark M. Snodgrass (IN Atty No. 29495-49),<br>*pro hac vice* |
| 9 | Honolulu, Hawaiʻi 96813<br>Phone: (808) 586-1180 | Deputy Attorney General<br>Office of the Indiana Attorney General |
| 10 | Bryan.c.yee@hawaii.gov | Indiana Government Center South |
| 11 | Christopher.t.han@hawaii.gov | 302 West Washington St., 5th Floor<br>Indianapolis, IN 46203 |
| 12 | *Attorneys for Plaintiff State of Hawaiʻi* | Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov |
| 13 | | Corinne.Gilchrist@atg.in.gov |
| 14 | **KWAME RAOUL**<br>Attorney General | Mark.Snodgrass@atg.in.gov |
| 15 | State of Illinois | *Attorneys for Plaintiff State of Indiana* |
| 16 | */s/ Kevin Whelan* | |
| 17 | Susan Ellis, Chief, Consumer Protection Division<br>(IL Bar No. 6256460) | **KRIS W. KOBACH**<br>Attorney General |
| 18 | Greg Grzeskiewicz, Chief, Consumer Fraud<br>Bureau (IL Bar No. 6272322) | State of Kansas |
| 19 | Jacob Gilbert, Deputy Chief, Consumer Fraud<br>Bureau (IL Bar No. 6306019) | */s/ Sarah M. Dietz*<br>Sarah Dietz, Assistant Attorney General |
| 20 | Adam Sokol, Consumer Counsel, Consumer Fraud<br>Bureau (IL Bar No. 6216883) | (KS Bar No. 27457), *pro hac vice*<br>Office of the Kansas Attorney General |
| 21 | Matthew Davies, Assistant Attorney General,<br>Consumer Fraud Bureau (IL Bar No. 6299608), *pro* | 120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612 |
| 22 | *hac vice* | Telephone: (785) 296-3751 |
| 23 | Emily María Migliore, Assistant Attorney General,<br>Consumer Fraud Bureau (IL Bar No. 6336392) | sarah.dietz@ag.ks.gov |
| 24 | Kevin Whelan, Assistant Attorney General, | *Attorney for Plaintiff State of Kansas* |
| 25 | Consumer Fraud Bureau (IL Bar No. 6321715), *pro hac vice* | |
| 26 | Office of the Illinois Attorney General<br>115 S. LaSalle Street | |
| 27 | Chicago, Illinois 60603<br>312-814-2218 | |
| 28 | Susan.Ellis@ilag.gov | |

5

NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL
4:22-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | Greg.Grzeskiewicz@ilag.gov | **LIZ MURRILL** |
| 2 | Jacob.Gilbert@ilag.gov | Attorney General |
|   | Adam.Sokol@ilag.gov | State of Louisiana |
| 3 | Matthew.Davies@ilag.gov | |
|   | Emily.Migliore@ilag.gov | */s/ Asyl Nachabe* |
| 4 | Kevin.Whelan@ilag.gov | Asyl Nachabe (LA Bar No. 38846), |
|   |   | *pro hac vice* |
| 5 | *Attorneys for Plaintiff the People of the State of Illinois* | L. Christopher Styron (LA Bar No. 30747), *pro hac vice* |
| 6 |   | Assistant Attorneys General |
| 7 |   | Louisiana Department of Justice |
|   |   | Office of the Attorney General |
| 8 |   | Public Protection Division |
|   |   | Consumer Protection Section |
| 9 | **RUSSELL COLEMAN** | 1885 N 3rd Street, 4th Floor |
|   | Attorney General | Baton Rouge, LA 70802 |
| 10 | Commonwealth of Kentucky | Tel: (225) 326-6438 |
| 11 |   | NachabeA@ag.louisiana.gov |
|   | */s/ Daniel I. Keiser* | StyronC@ag.louisiana.gov |
| 12 | J. Christian Lewis (KY Bar No. 87109), | |
|   | *Pro hac vice* | *Attorneys for State of Louisiana* |
| 13 | Philip Heleringer (KY Bar No. 96748), | |
|   | *Pro hac vice* | |
| 14 | Zachary Richards (KY Bar No. 99209), | |
|   | *Pro hac vice* | |
| 15 | Daniel I. Keiser (KY Bar No. 100264), | |
|   | *Pro hac vice* | |
| 16 | Matthew Cocanougher (KY Bar No. 94292), | **AARON M. FREY** |
|   | *Pro hac vice* | Attorney General |
| 17 | Assistant Attorneys General | State of Maine |
|   | 1024 Capital Center Drive, Suite 200 | |
| 18 | Frankfort, KY 40601 | */s/ Michael Devine* |
|   | CHRISTIAN.LEWIS@KY.GOV | Michael Devine, Maine Bar No. 5048, |
| 19 | PHILIP.HELERINGER@KY.GOV | *pro hac vice* |
|   | ZACH.RICHARDS@KY.GOV | Assistant Attorney General |
| 20 | DANIEL.KEISER@KY.GOV | Office of the Maine Attorney General |
|   | MATTHEW.COCANOUGHER@KY.GOV | 6 State House Station |
| 21 | Phone: (502) 696-5300 | Augusta, ME 04333 |
|   | Fax: (502) 564-2698 | (207) 626-8829 |
| 22 |   | michael.devine@maine.gov |
|   | *Attorneys for Plaintiff the Commonwealth of Kentucky* | |
| 23 |   | *Attorney for Plaintiff State of Maine* |
| 24 |   | |
| 25 |   | |
| 26 |   | |
| 27 |   | |
| 28 |   | |

6

NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL
4:22-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR

| | | |
|---|---|---|
| 1 | **DANA NESSEL** <br> Attorney General <br> State of Michigan | **KEITH ELLISON** <br> Attorney General <br> State of Minnesota |

/s/ *Daniel J. Ping*
Daniel J. Ping (P81482), *pro hac vice*
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
517-335-7632
PingD@michigan.gov

*Attorney for Plaintiff State of Michigan*

/s/ *Caitlin Micko*
Caitlin Micko (MN Bar No. 0395388)
*pro hac vice*
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 724-9180
caitlin.micko@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

/s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Attorney for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

**AUSTIN KNUDSEN**
Attorney General
State of Montana

/s/ *Anna K. Schneider*
Anna K. Schneider
Montana Attorney General's Office
Special Assistant Attorney General
Senior Counsel
Office of Consumer Protection
P.O. Box 201405
Helena, MT 59620-1405
(406) 444-4500
anna.schneider@mt.gov
David H. Thompson, *pro hac vice*
Michael W. Kirk, *pro hac vice*
Brian W. Barnes, *pro hac vice*
Megan M. Wold, *pro hac vice*
Athanasia O. Livas, *pro hac vice*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Council for Plaintiff, State of Montana*

| | |
|---|---|
| **JOSHUA H. STEIN**<br>Attorney General<br>State of North Carolina<br><br>/s/ Charles G. White<br>Charles G. White (N.C. State Bar No. 57735)<br>Special Deputy Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6889<br>cwhite@ncdoj.gov<br><br>*Attorney for Plaintiff, State North Carolina* | **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>*/s/ Christopher D'Angelo*<br>Christopher D'Angelo, Chief Deputy Attorney General, Economic Justice Division<br>(NY Bar No. 4348744), *pro hac vice*<br>Christopher.D'Angelo@ag.ny.gov<br>Clark Russell, Deputy Chief, Bureau of Internet and Technology<br>(NY Bar No. 2848323), *pro hac vice*<br>Clark.Russell@ag.ny.gov<br>Nathaniel Kosslyn, Assistant Attorney General<br>(NY Bar No. 5773676), *pro hac vice*<br>Nathaniel.Kosslyn@ag.ny.gov<br>New York Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8262<br><br>*Attorneys for Plaintiff the People of the State of New York* |
| **MICHELLE A. HENRY**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>*/s/ Jonathan R. Burns*<br>Timothy R. Murphy<br>Senior Deputy Attorney General<br>(PA Bar No. 321294), *pro hac vice*<br>Email: tmurphy@attorneygeneral.gov<br>Jonathan R. Burns<br>Deputy Attorney General<br>(PA Bar No. 315206), *pro hac vice*<br>Email: jburns@attorneygeneral.gov<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>Tel: 717.787.4530<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania* | **DAVE YOST**<br>Attorney General<br>State of Ohio<br><br>*/s/ Kevin R. Walsh*<br>Melissa G. Wright (Ohio Bar No. 0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (Ohio Bar No. 0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (Ohio Bar No. 0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (Ohio Bar No. 0073999), *pro hac vice*<br>Kevin.Walsh@ohioago.gov<br>Senior Assistant Attorney General<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>Tel: 614-466-1031<br><br>*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost* |

| | |
|---|---|
| **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s/ Stephen N. Provazza*<br>Stephen N. Provazza (R.I. Bar No. 10435),<br>*pro hac vice*<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorney for Plaintiff State of Rhode Island* | **ELLEN F. ROSENBLUM**<br>Attorney General<br>State of Oregon<br><br>*/s/ John Dunbar*<br>John Dunbar (Oregon Bar No. 842100), pro hac vice<br>Assistant Attorney General<br>Oregon Department of Justice<br>Consumer Protection Section<br>100 SW Market Street<br>Portland, Oregon 97201<br>Telephone: (971) 673-1880<br>Facsimile: (971) 673-1884<br>E-mail: john.dunbar@doj.oregon.gov<br><br>*Attorney for State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the State of Oregon* |
| **ROBERT W. FERGUSON**<br>Attorney General<br>State of Washington<br><br>*/s/ Alexandra Kory*<br>Alexandra Kory (WA Bar No. 49889),<br>*pro hac vice*<br>Joseph Kanada (WA Bar No. 55055),<br>*pro hac vice*<br>Rabi Lahiri<br>Gardner Reed<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 389-3843<br>Alexandra.Kory@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>/s/ Clark Kirkland, Jr.<br>JARED Q. LIBET (SC Bar No. 74975)<br>*pro hac vice*<br>Assistant Deputy Attorney General<br>CLARK KIRKLAND JR. (CA SBN 272522)<br>Assistant Attorney General<br>ANNA C. SMITH (SC Bar No. 104749)<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the South Carolina Attorney General<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>jlibet@scag.gov<br>ckirkland@scag.gov<br>annasmith@scag.gov<br>803-734-0057 |

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Colin R. Stroud*
Colin R. Stroud
Assistant Attorney General
WI State Bar #1119457, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-9224
stroudcr@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

10

NOTICE OF CROSS-APPEAL BY STATE ATTORNEYS GENERAL
4:22-md-03047-YGR; 4:23-cv-05448-YGR; 4:23-cv-05885-YGR; 4:24-cv-00805-YGR