*Parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047<br>MDL No. 3047<br><br>**NOTICE OF CONDITIONAL CROSS-APPEAL (PENDENT JURISDICTION)** |

PLEASE TAKE NOTICE THAT the Personal Injury Plaintiffs and School District/Local Government Entity Plaintiffs (collectively, "Plaintiffs") notice this conditional cross-appeal. *See* Fed. R. App. 4.

Plaintiffs respectfully note that they do not believe the Court of Appeals has jurisdiction at this time. *See* 28 U.S.C. § 1291.

Should the Court of Appeals determine that jurisdiction over Defendants' appeal is proper, however, Plaintiffs cross-appeal so that the Court may consider all issues presented in the District Court's relevant orders. In particular, Plaintiffs conditionally cross-appeal from (1) the District Court's October 15, 2024 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Personal Injury Plaintiffs' Consumer Protection Claims (ECF No. 1214); and (2) the District Court's October 24, 2024 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the School District and Local Government Entities' Master

Complaint (ECF No. 1267), insofar as these Orders granted in part Defendants' motions to dismiss and held that certain of Plaintiffs' allegations are barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

DATED: November 27, 2024                    By:  */s/ Lexi J. Hazam*

                LEXI J. HAZAM
                **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                275 BATTERY STREET, 29TH FLOOR
                SAN FRANCISCO, CA 94111-3339
                Telephone: 415-956-1000
                lhazam@lchb.com

                PREVIN WARREN
                **MOTLEY RICE LLC**
                401 9th Street NW Suite 630
                Washington DC 20004
                Telephone: 202-386-9610
                pwarren@motleyrice.com

                Co-Lead Counsel

                CHRISTOPHER A. SEEGER
                **SEEGER WEISS, LLP**
                55 CHALLENGER ROAD, 6TH FLOOR
                RIDGEFIELD PARK, NJ 07660
                Telephone: 973-639-9100
                cseeger@seegerweiss.com

                Counsel to Co-Lead Counsel

                JENNIE LEE ANDERSON
                **ANDRUS ANDERSON, LLP**
                155 MONTGOMERY STREET, SUITE 900
                SAN FRANCISCO, CA 94104
                Telephone: 415-986-1400
                jennie@andrusanderson.com

                Liaison Counsel

                EMILY C. JEFFCOTT
                **MORGAN & MORGAN**
                633 WEST FIFTH STREET, SUITE 2652
                LOS ANGELES, CA 90071
                Telephone: 213-787-8590
                ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100

LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | ROLAND TELLIS                                                   |
| 2  | DAVID FERNANDES                                                 |
|    | **BARON & BUDD, P.C.**                                          |
| 3  | 15910 Ventura Boulevard, Suite 1600                             |
|    | Encino, CA 91436                                                |
| 4  | Telephone: 818-839-2333                                         |
| 5  | rtellis@baronbudd.com                                           |
|    | dfernandes@baronbudd.com                                        |
| 6  |                                                                 |
| 7  | MELISSA YEATES                                                  |
|    | **KESSLER TOPAZ MELTZER & CHECK LLP**                           |
| 8  | 280 KING OF PRUSSIA ROAD                                        |
|    | RADNOR, PA 19087                                                |
| 9  | Telephone: 610-667-7706                                         |
| 10 | myeates@ktmc.com                                                |
| 11 | DIANDRA "FU" DEBROSSE ZIMMERMANN                                |
|    | **DICELLO LEVITT**                                              |
| 12 | 505 20th St North                                               |
|    | Suite 1500                                                      |
| 13 | Birmingham, Alabama 35203                                       |
| 14 | Telephone: 205-855-5700                                         |
|    | fu@dicellolevitt.com                                            |
| 15 |                                                                 |
|    | Plaintiffs' Steering Committee Membership                       |
| 16 |                                                                 |
| 17 | *Attorneys for Personal Injury and State and Local Government Entity Plaintiffs* |
| 18 |                                                                 |
| 19 |                                                                 |
| 20 |                                                                 |
| 21 |                                                                 |
| 22 |                                                                 |
| 23 |                                                                 |
| 24 |                                                                 |
| 25 |                                                                 |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |

**REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2, Plaintiffs hereby attach as Exhibit A to this Notice of Cross-Appeal a list of "all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if known," 9th Cir. R. 3-2(b).

DATED: November 27, 2024                    By: */s/ Lexi J. Hazam*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

*Attorneys for Personal Injury and State and Local Government Entity Plaintiffs*