Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
        tharris@kslaw.com

*Attorneys for Defendants TikTok Inc.,
ByteDance Inc., ByteDance Ltd.,
TikTok Ltd., and TikTok LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | *Honorable Yvonne Gonzalez Rogers* |
| | **NOTICE OF APPEAL** |
| ALL ACTIONS | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN, in accordance with Federal Rule of Appellate Procedure 4, that Defendants TikTok, Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC, hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) the district court's October 15, 2024 collateral order granting in part and denying in part defendants' motion to dismiss the personal injury plaintiffs' consumer protection claims (ECF No. 1214) and (2) the district court's October 24, 2024 collateral order granting in part and denying in part defendants' motion to dismiss the school district and local government entities' master complaint (ECF No. 1267), to the extent that they denied the TikTok Defendants' motions to dismiss claims for failure to warn of alleged risks relating to certain platform features as barred by statutory immunity from suit pursuant to Section 230 of the Communications Decency Act (47 U.S.C. § 230) ("Section 230") when claims targeting the same underlying platform features are barred by Section 230.  *See also* ECF No. 1330, Notice of Appeal to the Ninth Circuit, filed by Meta Platforms, Inc., Meta Payments Incorporated, Facebook Holdings, LLC, Facebook Payments, Inc., Siculus, Inc., Instagram, LLC, Meta Platforms Technologies, LLC, Facebook Operations, LLC.

Dated: November 29, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

**REPRESENTATION STATEMENT**

Pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2(b), undersigned counsel hereby attaches a list of "all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if known," 9th Cir. R. 3-2(b), in Attachment A.

Dated: November 29, 2024                    Respectfully submitted,

**KING & SPALDING LLP**

<u>/s/ Geoffrey M. Drake</u>
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
           tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-261
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com