

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



DEC 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

### DOCKETING NOTICE

---

Docket Number:            24-7300
Originating Case Number:  4:22-md-03047-YGR

Short Title:              Multistate Attorney General Plaintiffs, et al. v. Meta
                         Platforms, Inc., et al.

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition, filed at DE 1386 in the above-referenced district court docket, has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-7300 |
| Originating Case Number: | 4:22-md-03047-YGR |
| | |
| Case Title: | Multistate Attorney General Plaintiffs, et al. v. Meta Platforms, Inc., et al. |

**All parties are requested to carefully check the court's docket to ensure that the party and attorney listings are correct.**

**Briefing will be set by further court order.**