IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>        v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC, | MDL No.   3047<br><br>Case Nos.   4:23-cv-05448-YGR-PHK<br>            4:23-cv-05885-YGR-PHK<br>            4:24-cv-00805-YGR-PHK |
| Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>        v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | **[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION TO ENFORCE PAGE LIMITS SET FORTH IN JUDGE KANG'S STANDING ORDER FOR DISCOVERY IN CIVIL CASES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>        v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805. | |

[Proposed] Order Granting State Attorneys General's Administrative Motion to Enforce Page Limits Set Forth in Judge Kang's Standing Order for Discovery in Civil Cases (4:22-md-03047-YGR-PHK)

1

**ORDER**

The Court, having considered the State Attorneys General's administrative motion and supporting declaration, **GRANTS** the request to enforce the page limits set forth in section (H)(3) of the Court's *Standing Order for Discovery in Civil Cases Before Magistrate Judge Peter H. Kang* with respect to upcoming letter briefing regarding disputes over document discovery of state agencies. Accordingly, each State Attorney General shall be permitted to file up to 2.5 single-spaced pages of a letter brief regarding disputes over document discovery of state agencies in their state. Likewise, Meta shall be permitted to file up to 2.5 single-spaced pages of a letter brief regarding disputes over document discovery of state agencies in each state. Each State AG's and Meta's portions shall be filed as joint letters in accordance with the Court's Standing Order. The letter briefs shall be filed as attachments to a single ECF docket entry for the Court's convenience.

**IT IS SO ORDERED.**

Dated: December \_\_\_\_, 2024

_____
Hon. Peter H. Kang