# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**[PROPOSED] ORDER ON META DEFENDANTS' OPPOSITION TO STATE AGS' MOTION RE: FORMAT FOR BRIEFING DISCOVERY DISPUTES FOR UP TO 29 STATES** |

Pursuant to Civil Local Rule 3-12, the Court DENIES the State AGs' Administrative Motion (ECF 1407) regarding the format for briefing state agency discovery disputes by the December 9, 2024 deadline (ECF 1380), and instead directs the State AGs and Meta[1] to submit one 10-page single-spaced joint letter brief ("JLB") addressing disputes that are common across the 29 States at issue (five pages for each side), followed by one-page State-specific appendices (0.5 page for each side, per State). Each Appendix may include an attachment listing proposed search terms and custodians, as applicable.

**SO ORDERED.**

DATED: _____

Hon. Peter H. Kang
United States Magistrate Judge

---

[1] "Meta" means Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC, the entities named as Defendants in the State AG lawsuits.