# Exhibit B

Joseph G. VanZandt (pro hac vice)
Jennifer Emmel (pro hac vice)
Clinton Richardson (pro hac vice)
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Jennifer.Emmel@BeasleyAllen.com
Email: Clinton.Richardson@BeasleyAllen.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL CLEVENGER,<br><br>                Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, & SICULUS, INC., SNAP, INC., BYTEDANCE, LTD, BYTEDANCE, INC., TIKTOK, LTD, TIKTOK, LLC, TIKTOK, INC.,<br><br>                Defendants.<br><br>Member Case No. 4:22-cv-06457 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |

## **DECLARATION OF LAUREL BRYCE CLEVENGER**

1. My name is Laurel Bryce Clevenger. I am the Plaintiff in the above-styled matter. I am over the age of 18 and am competent to testify. I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would competently testify thereto.

2. I retained Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. ("Beasley Allen") on or about March 29, 2022, to represent me regarding injuries suffered because of social media addiction.

3. From on or about April 25, 2022 to present, I have received regular written reminders from Beasley Allen about my duty to preserve ESI.

4. I understand that counsel from Beasley Allen investigated, prepared, and filed the above-style case on my behalf on August 4, 2022.

5. I understand that, by providing the information below, I am authorizing a limited waiver of the attorney-client privilege, said limitation expressly extending only to the information provided directly to me by my counsel concerning the preservation and imaging of my Apple iPhone 13 5GB, Serial #: VRH4D42X9R ("iPhone 13") as discussed in this declaration. I do not authorize a general waiver of the attorney-client privilege that exists between me and my attorneys.

6. Between August 10–16, 2022, I read, signed, and returned the acknowledgement of my duty to preserve ESI.

7. On or about August 29, 2022, I met with one of my attorneys, Suzanne Clark, to discuss the preservation and identification of Electronically Stored Information ("ESI") relating to my accounts and devices.

8. On May 6, 2024, I attended a Zoom Meeting with Minely Estrada, a forensic examiner, for the collection of my ESI available through cloud accounts.

9. On May 13, 2024, I met in person with Duc Nguyen, a forensic examiner, at Courtyard, 4100 Presidential Blvd, Philadelphia, PA 19131, for the collection of my iPhone 13 and HP Pavilion x360 Convertible 14-dh2xxx 5 GB, Serial #: 8CGO353Z7B ("Laptop").

10. On August 6, 2024, Beasley Allen paralegal Maida Skaljic-Nur contacted me about replacing my iPhone 13 for preservation purposes.

11. Maida Skaljic-Nur told me that Beasley Allen would replace the iPhone 13 with a new iPhone and would help me transfer my data from the iPhone 13 to the replacement iPhone.

12. Maida Skaljic-Nur told me that I would keep the replacement iPhone and ship the iPhone 13 to the forensic examiner, CFS.

13. Maida Skaljic-Nur told me that CFS would image the iPhone 13 in their lab and keep it as evidence.

14. On August 7, 2024, I received the replacement iPhone, an Apple iPhone 15 Pro, Serial #: MMWDQCL6JC ("iPhone 15 Pro").

15. On August 7, 2024, I set up the iPhone 15 Pro and moved everything over from the iPhone 13 according to the on-screen options.

16. After transferring all the information from the iPhone 13 to the iPhone 15 Pro, on August 8, 2024, I took the iPhone 13 and Laptop to the Fed Ex Store and shipped it to CFS.

17. On August 14, 2024, I met with my attorneys, Clinton Richardson and Suzanne Clark, and first learned that I accidentally initiated a factory reset of the iPhone 13 during the process of copying the contents of the iPhone 13 to the iPhone 15 Pro on August 7, 2024.

18. On August 16, 2024, I met in person with Joseph Lanterman, a forensic examiner, at DoubleTree by Hilton Hotel Sonoma Wine Country, One Doubletree, Rohnert Park, CA 94928, for the collection of the iPhone 15.

I declare, under penalty of perjury under the laws of the State of California, and pursuant to 28 U.S.C. § 1746, that the above statements are true and correct to the best of my knowledge, information, and belief.

This the <u>19</u> day of <u>August</u>, 2024.

*[signature]*

_____
Laurel Clevenger
Plaintiff

**citrix | RightSignature**

# SIGNATURE CERTIFICATE



**REFERENCE NUMBER**
09FBB46B-9DF4-4C3E-A91C-C76FFF0730BB

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number** <br> 09FBB46B-9DF4-4C3E-A91C-C76FFF0730BB | **Document Name** <br> Client Affidavit - Clevenger 2024-08-17 - clean copy |
| **Transaction Type** <br> Signature Request | **Filename** <br> Client_Affidavit_-_Clevenger_2024-08-17_-_clean_copy.docx |
| **Sent At** <br> 08/19/2024 08:50 EDT | **Pages** <br> 4 pages |
| **Executed At** <br> 08/19/2024 09:12 EDT | **Content Type** <br> application/vnd.openxmlformats-officedocument.wordprocessingml.document |
| **Identity Method** <br> email | **File Size** <br> 28.3 KB |
| **Distribution Method** <br> email | **Original Checksum** <br> a7ce637d8e15d3e68b026874cb59be8f84d17b5951b879d854d8e2ae09d34ab5 |
| **Signed Checksum** <br> de448b034b8b8d3139c9d461b839c34d80259311291cc8c279a1478c2a47c738 | |
| **Signer Sequencing** <br> Disabled | |
| **Document Passcode** <br> Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name** <br> Laurel Clevenger <br> **Email** <br> laurelclevenger@gmail.com <br> **Components** <br> 3 | **Status** <br> signed <br> **Multi-factor Digital Fingerprint Checksum** <br> 35615e5799aac161e1041e2a1f7281277aeb659acde6b5328a96b29ac16e31e3 <br> **IP Address** <br> 24.6.20.132 <br> **Device** <br> Mobile Safari via iOS <br> **Drawn Signature** <br> *[signature]* <br> **Signature Reference ID** <br> CBE57A95 <br> **Signature Biometric Count** <br> 1 | **Viewed At** <br> 08/19/2024 09:10 EDT <br> **Identity Authenticated At** <br> 08/19/2024 09:12 EDT <br> **Signed At** <br> 08/19/2024 09:12 EDT |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 08/19/2024 08:50 EDT | Angela Byrum (angela.byrum@beasleyallen.com) created document 'Client_Affidavit_-_Clevenger_2024-08-17_-_clean_copy.docx' on Chrome via Windows from 4.38.61.2. |
| 08/19/2024 08:50 EDT | Laurel Clevenger (laurelclevenger@gmail.com) was emailed a link to sign. |
| 08/19/2024 09:10 EDT | Laurel Clevenger (laurelclevenger@gmail.com) viewed the document on Mobile Safari via iOS from 24.6.20.132. |
| 08/19/2024 09:12 EDT | Laurel Clevenger (laurelclevenger@gmail.com) authenticated via email on Mobile Safari via iOS from 24.6.20.132. |
| 08/19/2024 09:12 EDT | Laurel Clevenger (laurelclevenger@gmail.com) signed the document on Mobile Safari via iOS from 24.6.20.132. |