# Exhibit D

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL CLEVENGER,<br><br>               Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, & SICULUS, INC., SNAP, INC., BYTEDANCE, LTD, BYTEDANCE, INC., TIKTOK, LTD, TIKTOK, LLC, TIKTOK, INC.,<br><br>               Defendants.<br><br>Member Case No. 4:22-cv-06457 | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |

## **DECLARATION OF DUC NGUYEN**

1.     My name is Duc Nguyen. I am over the age of 18 and am competent to testify. I have personal knowledge of the matters contained in this Declaration and, if called upon as a witness, could and would competently testify thereto.

2.     I am a Certified Forensic Computer Examiner (CFCE) with supporting experience starting in 2012 to present across law enforcement, corporate, and consulting occupations. Additionally, I hold certifications for Cyber Risk Manager (CyRM) and Certified Data Recovery

Professional (CDRP). I am currently employed by N&N Forensics and continue to provide digital forensics services to clients.

3. I have testified as an expert witness in both criminal cases and civil matters. I have assisted in depositions, examinations under oath (EUOs), and mediations. I have issued affidavits and declarations submitted for various matters to the respective courts.

4. N&N Forensics is operating under a Master Services Agreement with International Litigation Services (ILS) to provide digital forensics services to include remote and on-site support.

5. As it relates to this matter, I provided ILS with on-site support on May 13, 2024, in which I met with Laurel Clevenger (Ms. Clevenger) at Courtyard Philadelphia City Avenue, 4100 Presidential Blvd, Philadelphia, PA 19131 for the collection of her Apple iPhone 13 (S/N: VRH4D42X9R) and her HP Pavilion x360 laptop (S/N: 8CG0353Z7B).

6. During the on-site support, a Zoom call was active and included ILS representative Tony Chu, Esq. and representatives from Beasley Allen Law Firm. Ms. Clevenger remained present during the on-site.

7. Ms. Clevenger provided me with her iPhone and laptop for the duration of the collection process of each device after which the devices were returned to Ms. Clevenger.

8. An advanced logical acquisition was completed of the iPhone via Cellebrite UFED, and that collected data was packaged into a forensic container via FTK Imager.

    a. Cellebrite UFED is a mobile forensic software tool for collecting data from mobile devices.

    b. FTK Imager is a forensic software tool for collecting data from storage devices.

9. A full physical image was completed of the laptop via WinFE and FTK Imager.

  a. WinFE is a forensic environment that provides write-blocking protection.

10. The collected data (RE: iPhone and laptop) were saved onto hard drives (collection drives) that had been sterilized prior to the on-site.

11. I maintained possession of the collection drives prior to the on-site, during the on-site, and following the on-site.

12. Following the on-site, I uploaded the collected data to ILS via their secure FTP service. My copy of the collected data and the collection drives were securely purged/wiped upon ILS confirming a verified copy of the data on their systems.

I declare, under penalty of perjury under the laws of the State of California, and pursuant to 28 U.S.C. § 1746, that the above statements are true and correct to the best of my knowledge, information, and belief.

  This the 19th day of August, 2024.

*Duc Nguyen*
_____
Duc Nguyen, CFCE, CyRM, CDRP
**N&N Forensics**
Co-Founder & Partner
Digital Forensics & Cyber Claims
*dnguyen@nnforensics.com*
Main: 936-246-4001
Direct: 724-550-1050

3