# EXHIBIT A

**JOINT LETTER BRIEF ON JCCP PLAINTIFFS' REQUEST TO EXPAND PRE-2012 DOCUMENT DISCOVERY OF META**

| Feature | Feature Search Term | Time Period |
|---|---|---|
| CSAM User Reporting | (CSAM OR CSE OR CSER OR CEI OR predator* OR "bad actor*" OR NCMEC OR porn* OR abuse* OR exploit* OR sex*) AND (teen* OR tween* OR adolescent* OR kid* OR youth* OR child* OR underage* OR juvenile* OR pre-teen* OR preteen* OR "gen* z" OR "genz" OR "gen-z" OR (gen w/2 "z") OR (generation w/2 "Z") OR (gen w/2 alpha) OR (generation w/2 alpha)  OR "gen* alpha" OR "gena" OR ""gen-a"") | 1/1/2010-12/31/2011 |
| CSAM User Reporting | (report* w/15 (CSAM OR CSE OR CSER OR CEI OR predator* OR "bad actor*" OR NCMEC OR (child* w/2 (porn* OR abuse* or exploit* OR sex*)) OR "kiddie porn*")) | 1/1/2010-12/31/2011 |
| Endless Scroll | "ephemeral content" | 1/1/2009-12/31/2011 |
| Endless Scroll | ("You're All Caught Up" OR "YACU") | 1/1/2009-12/31/2011 |
| Endless Scroll | autoplay OR "auto-play" OR "auto play" | 1/1/2009-12/31/2011 |
| Endless Scroll | begin* w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | begin* w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | begin* w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | begin* w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | end* w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | end* w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | end* w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | end* w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 newsfeed* | 1/1/2009-12/31/2011 |

| Feature | Feature Search Term | Time Period |
|---|---|---|
| Endless Scroll | endless* w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | endless* w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | infinit* w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | infinit* w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | infinit* w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | infinit* w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | "never ending" w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | "never ending" w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | "never ending" w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | "never ending" w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | "never-ending" w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | "never"-ending w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | "never-ending" w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | "never-ending" w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | passive w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | passive w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | passive w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | passive w/5 scroll* | 1/1/2009-12/31/2011 |
| Endless Scroll | paus* w/5 feed* | 1/1/2009-12/31/2011 |
| Endless Scroll | paus* w/5 "news feed*" | 1/1/2009-12/31/2011 |
| Endless Scroll | paus* w/5 newsfeed* | 1/1/2009-12/31/2011 |
| Endless Scroll | paus* w/5 scroll* | 1/1/2009-12/31/2011 |
| Facebook Chat | (messag* OR chat* OR conversation* OR "DM") w/15 (teen* OR tween* OR adolescent* OR kid* | 1/1/2008-12/31/2011 |

| Feature | Feature Search Term | Time Period |
|---|---|---|
| | OR youth* OR child* OR underage* OR juvenile* OR pre-teen* OR preteen* OR "gen* z" OR "genz" OR "gen-z" OR (gen w/2 "z") OR (generation w/2 "Z") OR (gen w/2 alpha) OR (generation w/2 alpha) OR "gen* alpha" OR "gena" OR "gen-a") | |
| Facebook Chat | (private    w/15    (messag*    OR    chat*    OR conversation* OR "DM")) | 1/1/2008-12/31/2011 |
| Friend Recommendations | "Accounts To Follow" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "complementary activ*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "complementary interest*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "complementary profile*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "friends in common" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "People You May Know" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "PYMK" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "similar activit*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "similar interest*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "similar network*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | "similar profile*" | 1/1/2008-12/31/2011 |
| Friend Recommendations | (recommend* OR suggest* OR "you should" ) w/15 (pedo* OR predator* OR groom*) | 1/1/2008-12/31/2011 |

| Feature | Feature Search Term | Time Period |
|---------|---------------------|-------------|
| Geolocation | "in this location" w/1 (recently OR living OR traveling) | 1/1/2010-12/31/2011 |
| Geolocation | ("location target*" OR "geo-target*" OR "geotarget*" OR "geofencing") | 1/1/2010-12/31/2011 |
| Geolocation | geo w/5 locat* | 1/1/2010-12/31/2011 |
| Geolocation | geolocat* | 1/1/2010-12/31/2011 |
| Hashtags | ("Hash tag" OR "hashtag" OR "hash sign" OR "hashsign" OR (categor* w/2 classif*)) w/5 (moderat* OR violat* OR "down rank*") | 1/1/2010-12/31/2011 |
| Hashtags | ("Hash tag" OR "hashtag" OR "hash sign" OR "hashsign" OR (categor* w/2 classif*)) AND (teen* OR tween* OR adolescent* OR kid* OR youth* OR child* OR underage* OR juvenile* OR pre-teen* OR preteen* OR "gen* z" OR "genz" OR "gen-z" OR (gen w/2 "z") OR (generation w/2 "Z") OR (gen w/2 alpha) OR (generation w/2 alpha) OR "gen* alpha" OR "gena" OR "gen-a") | 1/1/2010-12/31/2011 |
| Likes | "awesome button" | 1/1/2009-12/31/2011 |
| Likes | "comment button" | 1/1/2009-12/31/2011 |
| Likes | "comment feature" | 1/1/2009-12/31/2011 |
| Likes | "comment plugin" | 1/1/2009-12/31/2011 |
| Likes | "like button" | 1/1/2009-12/31/2011 |
| Likes | "like feature" | 1/1/2009-12/31/2011 |
| Likes | "like plugin" | 1/1/2009-12/31/2011 |
| Likes | "likes/comments" | 1/1/2009-12/31/2011 |
| Likes | "more likes" or "less likes" or "fewer likes" or "greater likes" or "of likes" | 1/1/2009-12/31/2011 |
| Likes | "project daisy" OR "pure daisy" OR "popular daisy" OR "purple daisy" OR "blue daisy" OR "daisy like" | 1/1/2009-12/31/2011 |

| Feature | Feature Search Term | Time Period |
|---|---|---|
| Likes | "social plugins" | 1/1/2009-12/31/2011 |
| Likes | "thumbs up" | 1/1/2009-12/31/2011 |
| Likes | like w/ 15 (notif* OR engag*) | 1/1/2009-12/31/2011 |
| Likes | likebait or "like bait" | 1/1/2009-12/31/2011 |
| Likes | props | 1/1/2009-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | ("EdgeRank" or "Edge Rank") | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | ("news feed*") AND (increas* w/5 engage*) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | ("news feed*") AND (increas* w/5 use) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 content*) AND (increas* w/5 engage*) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 content*) AND (increas* w/5 use) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 rank*) AND (increas* w/5 engage*) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 rank*) AND (increas* w/5 use) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 recommend*) AND ("problematic use*" or "social compar*" or "rabbit hole" or "rabbithole" or "habit loop") | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 recommend*) AND (feed*) | 1/1/2006-12/31/2011 |

| Feature | Feature Search Term | Time Period |
|---|---|---|
| Newsfeed + Algorithmic Recommendations | (algo* w/5 recommend*) AND (increas* w/5 engage*) | 1/1/2006-12/31/2011 |
| Newsfeed + Algorithmic Recommendations | (algo* w/5 recommend*) AND (increas* w/5 use) | 1/1/2006-12/31/2011 |
| Notifications | "turn off" w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | adjust* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | bed* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | bombard* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | evening w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | excessiv* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | incessant* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | midnight w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | "never ending" w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | "never-ending" w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | night w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | "non stop" w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | nonstop w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | "non-stop" w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | number w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | push w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | repeat* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | sleep* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | tim* w/10 notif* | 1/1/2011-12/31/2011 |
| Notifications | "too many" w/10 notif* | 1/1/2011-12/31/2011 |