# Exhibit 1
# Arizona Proposals

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Arizona – Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on November 29, 2024 to the Arizona (i) Board of Education, (ii) Department of Education, and (iii) Department of Child Safety and offered the same as an initial proposal to the (iv) Department of Health Services. At a high level, Meta's proposal involves using search strings that require a combination of the following search term categories. So, for example, a document would have to include one of the "Social Media/Device Terms" *and* a "Youth Term" to be included in the review process, etc.

- Social Media/Device Terms AND Youth Terms
- Youth Terms AND Harm or Wellbeing Terms
- Youth Terms AND Other Terms

| # | Social Media/Device Terms |
|---|---|
| 1 | "social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internet OR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook |
| | **Youth Search Terms** |
| 2 | ((gen OR generation) w/2 (alpha OR "z")) |
| 3 | teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR U18 or "under 18" |
| 4 | scholar* OR School* OR student* OR pupil* OR grade* freshman OR freshmen OR sophomore* OR junior* |
| 5 | ACE* |
| | **Harm or Wellbeing Terms** |
| 6 | advers* w/10 experience* OR ACE* |
| 7 | (bodies OR body) w/3 (mass* OR shape* OR fat* OR image* OR thin* OR skinny OR slim* OR acceptance OR dissatisfaction OR positivity OR image OR dysmorph*) |

1

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Arizona – Meta Proposal

| | |
|---|---|
| 8 | (negativ* OR compar*) w/3 (appearance OR experience OR affect* OR effect* OR social OR other*) |
| 9 | "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge |
| 10 | (eat* OR sleep*) w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*) |
| 11 | bully* OR bullie* OR cyberbull* OR harass* OR sextort* |
| 12 | transphob* OR homophob* OR racis* OR sexis* OR (gender w/10 (dysphoria OR iden*)) |
| 13 | suicid* OR unalive OR cutting* OR selfharm OR "self-harm" OR NSSI OR "non-suicidal self injury" OR sad* OR reclus* OR (self w/3 (harm OR esteem OR control OR injur* OR mutilat* OR regulat*)) |
| 14 | svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul |
| 15 | (compuls* OR problem* OR addic* OR overdos* OR excess* OR increas*) w/3 (use* OR using OR usage) |
| 16 | dopamine |
| 17 | (mental w/3 health) OR "TMH" OR (psych* w/10 (concern* OR issue*)) |
| 18 | "negative spiral" |
| 19 | "social reward*" OR "social approval" |
| 20 | "risk factor*" OR "protective factor*" |
| 21 | "social connectedness" w/10 (limit* OR decrease* OR less*) |
| 22 | danger* OR warn* |
| 23 | wellness* OR wellbeing OR "well-being" OR empath* OR compassion* |
| 24 | confidence OR "self-confidence" |
| 25 | health w/5 (interact* OR behavior* OR online) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| | |
|---|---|
| 26 | technology w/5 (responsible OR health*) |
| 27 | serious w/5 (concern* OR issue OR situation*) |
| 28 | emotion* w/5 (abuse* OR support OR regul*) |
| 29 | violen* OR abus* OR assault* OR fight* OR altercation OR killchallenge OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR groom* OR hookup* OR solicit* OR pedophile* OR predator* OR sex* OR extort OR exploit* |
| 30 | NCII OR "non-consensual intimate imagery" OR CSEC OR CSAM OR NCOSE OR NCMEC |
| 31 | "internet crime*" or ICAC |
| 32 | (hate*) w/25 (crime OR attack* OR conduct* OR misconduct*) |
| 33 | therap* OR counsel* OR treatment* OR inpatient |
| 34 | "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR anxi* OR stress* OR depress* OR insomnia OR ((personality OR behavior*) w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) |
| 35 | "SSRI" OR "SNRI" OR "s.n.r.i." OR "s.s.r.i." OR serotonin OR mood OR "anti-anxiety" OR antidepress* |
| 36 | divorce* OR "foster care" OR "foster family" OR homeless* OR unhous* OR ((difficult OR broken) w/5 (famil* OR home*)) |
| 37 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*)) w/15 (sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone) |
| 38 | "time spent" OR "engagement" OR (watch* w/2 time) OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "MAU" OR "DAU" OR "MAP" OR "DAP" OR "WAU" OR "WAP" |
| 39 | addict* OR staytime OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control" |
| 40 | screen w/10 (time OR manag* OR control* OR limit) OR screentime |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| 41 | "prefrontal cortex" OR "cognitive development" OR neuroadaptation |
|---|---|
| 42 | (detect* or develop*) w/3 (age OR brain*) |
| 43 | "emotion study" OR "personalized feedback" |
| | **Other Terms** |
| 44 | polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* or criminal OR charges OR conviction* OR arrest* OR "law enforcement" |
| 45 | positive* w/3 messag* |
| 46 | deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" |
| 47 | "Consumer Protection Act" OR "consumer protection" OR (consumer w/5 protect*) |
| 48 | design w/3 (persuasive OR coercive) |

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Arizona – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024 (with the limited exception for the Department of Child Safety based on the founding date provided by the agency), which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been proposed by the Arizona AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Board of Education | Sean Ross* | Executive Director |
| Board of Education | Bruce DuPlanty* | Deputy Director |
| Board of Education | Tom Horne* (AZ-proposed DOE custodian) | Superintendent |
| Board of Education | Dr. Jacqui Clay | County School Superintendent |
| Board of Education | Dr. Scott Hagerman | High School District Superintendent |
| Board of Education | Dr. José Luis Cruz Rivera | University President |
| Board of Education | Jessica Mueller | Research and Data Analyst |
| Board of Education | Shannon Etz | Project Director of Constituent Services |
| Board of Education | Federico Yanez | Project Director of Policy |
| Dept. of Education | Tom Horne* | Superintendent of Public Instruction |
| Dept. of Education | Margaret Garcia Dugan* | Deputy Superintendent |
| Dept. of Education | Art Harding* | Chief Operations Officer |
| Dept. of Education | Edward Cota* | Chief Strategy Officer |

5

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Education | Sid Bailey* | Arizona Educator Leadership |
| Dept. of Education | Catherine Barrett* | Academic Achievement |
| Dept. of Education | Colette Chapman* | ESS/Child and Adult Programs |
| Dept. of Education | Joseph Guzman* | Accountability |
| Dept. of Education | Debbie Jackson* | Deputy Operations Officer |
| Dept. of Education | Mike Kurtenbach* | DAS School Safety |
| Dept. of Education | Mila Makal* | Director Character Education |
| Dept. of Education | Rick Medina* | Community Relations Manager |
| Dept. of Education | Doug Nick* | Communications Director |
| Dept. of Education | Camilla Strongin* | Director of Legislative Affairs |
| Dept. of Education | Bobby Bravo* | Deputy Director Legislative Affairs |
| Dept. of Education | Michelle Udall* | School Improvement |
| Dept. of Education | John Ward* | ESA Executive Director |
| Dept. of Education | Jim Waring* | Fed./State Liaison and Community Outreach |
| Dept. of Education | Mark Hodge | Title IV – Student Support & Academic Enrichment |
| Dept. of Education | Rhae Lynne Clawson | 21st Century Community Learning Centers |
| Dept. of Education | Melissa Conner | Health and Nutrition Services |
| Dept. of Education | Cara Alexander | Health and Nutrition Services |
| Dept. of Child Safety | Sara Perry* | Sr. Division Administrator – Chief Health Services Officer |
| Dept. of Child Safety | Sara Park* | Chief Medical Officer |

6

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Child Safety | Karla Mouw* | Assistant Director – CHP |
| Dept. of Child Safety | Frank Sweeney* | Assistant Director – Information Technology |
| Dept. of Child Safety | Megan Conrad* | DCS Program Manager – Extended Foster Care |
| Dept. of Child Safety | Reynaldo Saenz* | Assistant Director – Comptroller |
| Dept. of Child Safety | Jessica Anthony* | Ombudsman |
| Dept. of Child Safety | Tanya Abdellatif* | DCS Assistant Director of Foster Care & Post Permanency Support |
| Dept. of Child Safety | Gillian Vanasse* | DCS Chief Operating Officer |
| Dept. of Child Safety | Barbara Guillen* | Permanency and Youth Services Manager |
| Dept. of Child Safety | Rebecca Krumm* | Acting Assistant Director, Office of Accountability |
| Dept. of Child Safety | Chris Gustafson* | Chief Legislative Liaison |
| Dept. of Child Safety | David Lujan* | Deputy Director |
| Dept. of Child Safety | Shalom Jacobs* | Deputy Director |
| Dept. of Child Safety | Greg McKay* | Director |
| Dept. of Child Safety | Mike Faust* | Director |
| Dept. of Child Safety | Kylah Ross-Mount* | Training Administrator |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Child Safety | Charles Flanagan* | Director |
| Dept. of Child Safety | Matthew Stewart* | Director |
| Dept. of Health Services | Jennifer Cunico* | Director |
| Dept. of Health Services | Sheila Sjolander* | Deputy Director, Public Health Services |
| Dept. of Health Services | Celia Nabor* | Assistant Director, Prevention Services |
| Dept. of Health Services | Lisa Villarroel* | Chief Medical Officer for Public Health |
| Dept. of Health Services | Susan Robinson* | Chief Strategy and Innovation Officer |
| Dept. of Health Services | Carly Fleege* | Legislative Liaison |
| Dept. of Health Services | Stacie Gravito* | Administrative Counsel and Chief, Office of Administrative Counsel & Rules |
| Dept. of Health Services | Kimberly Reid* | Administrative Counsel |
| Dept. of Health Services | Mckenna Baker* | Administrative Counsel |
| Dept. of Health Services | Stephanie Walaszek* | Marketing Coordinator & Interim Communications Director |
| Dept. of Health Services | Martin Celaya* | Chief, Bureau of Assessment and Evaluation |
| Dept. of Health Services | Emily Carlson* | Office of Tobacco Prevention and Cessation, Bureau of Chronic Disease |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| | | and Health Promotion, Division of Prevention Services |
| Dept. of Health Services | Teresa Manygoats* | Bureau Chief, Chronic Disease and Health Promotion, Division of Prevention Services |
| Dept. of Health Services | Angie Lorenzo* | Chief, Office of Women's Health |
| Dept. of Health Services | Laura Luna Bellucci* | Bureau Chief, Women's and Children's Health, Division of Prevention Services |
| Dept. of Health Services | Stephanie Elzenga* | General Counsel |
| Dept. of Health Services | Ravi Pitti * | Chief Data Officer |

9

Arizona State Agency Proposals for Search Terms and Custodians

**Arizona Department of Education ("ADE")**

>  **ADE Search Term Proposal**:
>
>  ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR videogame OR gaming )
>  **AND**
>  (advers* w/10 experience* OR ACE*)
>  **OR**
>  "body image"
>  **OR**
>  anorexi* OR bulimi*
>  **OR**
>  (mental w/3 health) OR "TMH" OR (psych* w/10 (concern* OR issue*)
>  **OR**
>  "negative spiral"
>  **OR**
>  "social reward*" OR "social approval"
>  **OR**
>  "social connectedness" w/10 (limit* OR decrease* OR less*)
>  **OR**
>  health w/5 (interact* OR behavior OR online)
>  **OR**
>  NCII OR "non-consensual intimate imagery"
>  **OR**
>  (hate*) w/25 (crime OR attack* OR conduct* OR misconduct*)
>  **OR**
>  "SSRI" OR "SNRI" OR serotonin OR OR "anti-anxiety medication" OR antidepressant
>  **OR**
>  (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*)) w/15 (sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone)
>  **OR**
>  "daily active users
>  **OR**
>  Addicted
>  **OR**
>  screen w/10 (time OR manag* OR control* OR limit) OR screentime
>  **OR**
>  "cognitive development" w /3 (impair or impede)
>  **OR**
>  "emotion study" OR "personalized feedback"
>
>  **ADE Custodian Proposal:**

1. Tom Horne, Superintendent of Public Instruction
2. Margaret Garcia Dugan, Deputy Superintendent
3. Art Harding, Chief Operations Officer
4. Edward Cota, Chief Strategy Officer
5. Sid Bailey, Arizona Educator Leadership
6. Catherine Barrett, Academic Achievement
7. Colette Chapman, ESS/Child and Adult Programs
8. Joseph Guzman, Accountability
9. Debbie Jackson, Deputy Operations Officer
10. Mike Kurtenbach, DAS School Safety
11. Mila Makal, Director Character Education
12. Rick Medina, Community Relations Manager
13. Doug Nick, Communications Director
14. Camilla Strongin, Director of Legislative Affairs
15. Bobby Bravo, Deputy Director Legislative Affairs
16. Michelle Udall, School Improvement
17. John Ward, ESA Executive Director
18. Jim Waring, Fed./State Liaison and Community Outreach

**Arizona Department of Child Safety ("DCS")**

DCS previously proposed the below sets of search terms and custodians, but without the benefit of running test searches due to the intervening holiday and limited staff resources. DCS now suspects that this proposal would result in millions of hits, including documents related to individual-child case files or other non-responsive material. DCS now believes that more limited targeted searches and "go get ems" are the only feasible way for DCS to identify any studies, research, or aggregate data that Meta has indicated it wants from the Department of Child Safety.

**DCS Search Term Proposal (Redline of Meta proposed terms)**

1. (produc* OR induc* OR caus* OR impact OR effect OR because OR "lead to" OR result* OR precipitat* OR provok* OR create* OR "bring about" OR "give rise to" OR promot* OR generate OR relat* OR factor* OR contrib*) NEAR(10) Meta revised Search Set 1

2. (produc* OR induc* OR caus* OR impact OR effect OR because OR "lead to" OR result* OR precipitat* OR provok* OR create* OR "bring about" OR "give rise to" OR promot* OR generate OR relat* OR factor* OR contrib*) NEAR(10) Meta revised Search Set 2, 2-14 individually.

3. ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Netflix OR Reddit OR Pinterest OR Tumblr DM OR "direct message") NEAR(10) (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR

"BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)

I. **Search Strings for Youth Focused Agencies**

| | |
|---|---|
| *Search Set 1 – Youth Use of Social Media* | |
| 1. | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Netflix OR Reddit OR Pinterest OR Tumblr OR DM OR "direct message") |

| | |
|---|---|
| *Search Set 2 – Youth Mental Health / Wellbeing Issues* | |
| 2. | (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3. | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4. | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5. | (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6. | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7. | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8. | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9. | (negative w/3 (appearance OR experience OR affect* OR effect*)) |

| | |
|---|---|
| 10. | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11. | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12. | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13. | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14. | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

| *Search Set 3 – Other Case Issues* |
|---|
| 15. |

II.   **Search Strings for Non-Youth-Focused Agencies**

All search strings referenced above run against below "Youth" gating terms with "AND" connector.

| |
|---|
| |

**DCS Custodian Proposal**

1.  Sara Perry            Sr. Division Administrator – Chief Health Services Officer
2.  Sara Park             Chief Medical Officer
3.  Karla Mouw            Assistant Director - CHP
4.  Frank Sweeney         Assistant Director – Information Technology
5.  Megan Conrad          DCS Program Manager – Extended Foster Care
6.  Katherine Guffey      Sr. Executive Consultant/Former Head of Consultation and Research
7.  Reynaldo Saenz        Assistant Director - Comptroller
8.  Jessica Anthony       Ombudsman
9.  Cindy Copp            Former Ombudsman
10. Casey Melsek          Former Ombudsman
11. Tanya Abdellatif      DCS Assistant Director of Foster Care & Post Permanency Support
12. Gillian Vanasse       DCS Chief Operating Officer
13. Barbara Guillen       Permanency and Youth Services Manager
14. Rebecca Krumm         Acting Assistant Director, Office of Accountability
15. Chris Gustafson       Chief Legislative Liaison
16. Melissa Compian       Policy Manager/Former Legislative Liaison

17. Chanetta Curtis　　　　Former Deputy Legislative Liaison
18. Joshua Tucker　　　　　Former Legislative Liaison
19. Magdalena Jorquez　　　Former Legislative Liaison
20. Illya Riske　　　　　　　Former Legislative Liaison
21. David Lujan　　　　　　Deputy Director
22. Greg McKay　　　　　　Former Director
23. Mike Faust　　　　　　　Former Director
24. Matthew Stewart　　　　Former Director
25. Michael Wisehart　　　　Former Acting Director
26. Shalom Jacobs　　　　　Former Deputy Director
27. Kylah Ross-Mount　　　Training Administrator
28. Karen Bulkeley　　　　　Policy Administrator
29. Dr. Sala Webb　　　　　Former CMDP Behavioral Health Medical Director
30. Dr. Susan Stephens　　　Former CMDP Medical Director
31. Christi Shelton　　　　　Assistant Director
32. Pauline Machiche　　　　Former Deputy Director

**Arizona Board of Education ("BoE")**

   **BoE Search Term Proposal**
- Meta
- Facebook
- Instagram
- Snapchat
- Snap
- TikTok
- YouTube
- BeReal
- Discord
- GroupMe
- Kik
- Pinterest
- Omegle
- Reddit
- Twitch
- Tumblr
- WhatsApp
- Twitter
- YikYak
- "social media"
- "mental health"

   **BoE Custodian Proposal**
1. Sean Ross, Executive Director
2. Bruce DuPlanty, Deputy Director

3. Shannon Etz, Project Director of Constituent Services

---

**Arizona Department of Health Services ("DHS")**

**DHS Search Term Proposal**
- Meta
- Facebook
- Instagram
- Snapchat
- Snap
- TikTok
- YouTube
- BeReal
- Discord
- GroupMe
- Kik
- Pinterest
- Omegle
- Reddit
- Twitch
- Tumblr
- WhatsApp
- Twitter
- YikYak
- "social media"
- "mental health"

**DHS Custodian Proposal**
1. Jennifer Cunico; Director
2. Sheila Sjolander; Deputy Director, Public Health Services
3. Celia Nabor; Assistant Director, Prevention Services
4. Lisa Villarroel; Chief Medical Officer for Public Health
5. Susan Robinson; Chief Strategy and Innovation Office
6. Carly Fleege; Legislative Liaison
7. Stacie Gravito; Administrative Counsel and Chief, Office of Administrative Counsel & Rules
8. Kimberly Reid; Administrative Counsel
9. Mckenna Baker; Administrative Counsel
10. Stephanie Walaszek; Marketing Coordinator & Interim Communications Director
11. Martin Celaya; Chief, Breau of Assessment and Evaluation
12. Emily Carlson; Office of Tobacco Prevention and Cessation, Bureau of Chronic Disease and Health Promotion, Division of Prevention Services
13. Teresa Manygoats; Bureau Chief, Women's and Children's Health, Division of Prevention Services
14. Angie Lorenzo; Chief, Office of Women's Health

15. Laura Luna Bellucci; Bureau Chief, Women's and Children's Health, Division of Prevention Services
16. Stephanie Elzenga ; General Counsel
17. Ravi Pitti; Chief Data Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC, | MDL No.   3047<br><br>Case Nos.   4:23-cv-05448-YGR<br>4:23-cv-05885-YGR<br>4:24-cv-00805-YGR<br><br>**DECLARATION OF MARK EWY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | |
| State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805. | |

I, MARK EWY, hereby declare and state as follows:

1. I am the Program Administrator for General Legal Services for the Arizona Department of Child Safety (DCS), a position I have held since 2007.

2. DCS is an agency created by the Arizona Executive Branch on May 29, 2014. DCS is subject to mandates by the Arizona legislature and federal law and exists to protect children subjected to abuse and neglect.

3. In my position, I am responsible for over seventy employees with the Central Records Coordination Unit within DCS, which manages records collection and distribution, including production of records responsive to public records requests and litigation (whether against DCS or pursued by DCS).

4. I am also responsible for providing technical assistance to the DCS Director, Deputies, and Department units and programs regarding litigation matters involving DCS.

5. As part of my job duties and responsibilities, I was asked to review the subpoena from Meta Platforms, Inc. to DCS in the matter of *People of the State of California, et.al. v. Meta Platforms, Inc. et. al.*, Case No.: 4:23-cv-05448, Civil Action No. 4:22-MD-03047-YGR, in order to facilitate production and determine the feasibility of production of the demanded records.

6. In addition to the general and specific objections DCS served on Meta on August 7, 2024, I have determined the following regarding the challenges and burdens of responding to the subpoena for documents and/or conducting electronic searches:

- Searches of email, OneDrive, and SharePoint are contained with the Microsoft Government Community Cloud environment and are conducted using the Microsoft eDiscovery tool.

- DCS is subject to the limitations of Microsoft's eDiscovery tool. This tool will accept up to 20 search strings per search. Time required to complete searches is dependent upon the number of items being searched, keywords, and complexity of the search parameters. The quality of the search string will directly impact both the result and should be considered prior to submission. Additional efforts may be required to provide hit reports and may directly impact timelines.

- Exports are limited to a maximum of 2TB.

- Microsoft's e-Discovery tool does not consistently produce a 'hit report.' Using the tool, searches often must be run more than once to compare results to ensure accuracy, placing a burden on DCS resources.

- Although DCS can attempt to deduplicate search results, the Microsoft e-Discovery tool does not provide any guarantee that the deduplication process does not

- erroneously eliminate responsive documents such that the burden on DCS IT to validate deduplication results is onerous.

- DCS has many different priorities and searches are subject to resource availability. Given the critical work of child safety and child welfare, priority is always given to open and/or critical cases to ensure permanency and child well-being are ensured. Staffing resources are subject to budget constraints, competing priorities, and legislative and executive branch mandates. Staffing resources are currently limited to no more than two individuals to conduct these searches.

- Despite the above identified limitations, in an effort to comply with discovery deadlines, DCS undertook running several sample searches using some of the revised search terms Meta provided for the first time on Friday, November 22. However, due to the very limited notice provided by Meta, coupled with staff availability over the Thanksgiving holiday and other high priority searches, DCS was able to complete 3 sample searches, without formalized hit reports. I have been informed that information on the excessive number of hits resulting from those searches was provided to Meta during the most recent conference call on December 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2024, in Maricopa County, Arizona.

_____
MARK EWY