# Exhibit 2

# California Proposals

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

**Search Terms:**  Meta made its most recent counterproposal on December 5, 2024 to the California Department of Health Care Services ("DHCS"), Health and Human Services Agency ("HHSA"), and the Mental Health Services Oversight and Accountability Commission ("MHSOAC"). At a high level, Meta's proposal involves requiring combinations of relevant terms to occur in the same document as one another and, where appropriate, within certain proximity to other terms as set forth below.

| # | **Social Media Terms** |
|---|---|
| 1 | Any of ["social media", "social network", meta, facebook, insta!, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, bytedance, discord, reddit, tumblr, reddit, pinterest, FB, IG, YT, twitch, "horizon worlds"] **w/150** of any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| | **Harm Terms** |
| 2 | Any of [child!, youth!, kid!, teen!, tween!,  adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **w/150** of [["social media"] AND [meet!, report!, stud!, article, survey!, program!, grant!, bill!, legislat!, prevent!,  deceptive, decei!, fraud!, defraud!, cheat!, lie!, misrepresent!, mislead!, schem!, exploit!, trick!, conceal!, hide, omit!, downplay!, suppress!, "cover up", "Consumer Protection Act", "consumer protection"]] |
| 3 | "social media" AND any of ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"] |
| 4 | Any of ["Senate Bill  976", SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," AB1934, "Assembly Bill 1949," AB1949, "AB1949"] AND any of [ child!, youth!, kid!, teen!, tween!,  adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] AND "social media" |
| 5 | "youth risk behavior survey" |
| 6 | Any of [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!] **w/150** of any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

|   |   |
|---|---|
|   | pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| 7 | Any of ["pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!] **AND** any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| 8 | Any of [bully!, bullie!, cyberbull!, harass!, sextort!, transphob!, homophob!, racis!, sexis!, groom!, pedophil!] **w/150** of any of [child!, youth!, kid!, teen!, tween!, adolescen!, young, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| 9 | Any of [hook!, dopamine, rabbithol!, spiral, "social reward", "social approval", "screen time", screentime, staytime, timespent, "time spent", "engagement", "mandatory break", "limiting tool", "habit loop", "operant conditioning", "impulse control"] **w/150** of any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| 10 | Any of [eat! **w/3** (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] |
| 11 | Any of [sleep! **w/3** (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] |
| 12 | Any of [negative **w/3** (appearance, experience, affect!, effect!)] **w/150** of any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| 13 | Any of [compar! **w/5** (appearance, social, other!, negative)] |
| 14 | Any of [body **w/3** (accept!, dissatisfaction, positiv!, image, dysmorph!)] |
| 15 | Any of [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)] **w/150** of any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| 16 | Any of [Covid!, coronavirus, pandemic, lockdown, "lock! down", quarantine, "social! distanc!"] **w/150** of any of [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", |

2

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | |
|---|---|
| | "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] |
| 17 | Any of [heroin, crack, cocaine, fent!, opio!, opia!, meth, methamphetamine, oxy, oxycontin, painkiller!, narcotic!, (drug! w/5 abuse)] **w/150** [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] |
| 18 | Any of ["ACE!", "adverse childhood experience", "adverse childhood experiences"] |
| 18 | Any of [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **w/150** of [["social media"] **AND** [meet!, report!, stud!, article, survey!, program!, grant!, bill!, legislat!, prevent!, deceptive, decei!, fraud!, defraud!, cheat!, lie!, misrepresent!, mislead!, schem!, exploit!, trick!, conceal!, hide, omit!, downplay!, suppress!, "cover up", "Consumer Protection Act", "consumer protection"]] |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the California AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Health and Human Services Agency | Kim Johnson* | Secretary |
| Health and Human Services Agency | Virginia Franco* | Special Assistant to the Secretary |
| Health and Human Services Agency | Brendan McCarthy* | Acting Undersecretary |
| Health and Human Services Agency | Tran Duong* | Staff Services Manager |
| Health and Human Services Agency | Jared Goldman* | General Counsel |
| Health and Human Services Agency | Maggie Schuster* | Attorney |
| Health and Human Services Agency | Daniel Torres* | Chief Equity Officer |
| Health and Human Services Agency | Maureen Keffer* | Assistant Equity Officer |
| Health and Human Services Agency | John Ohanian* | Director and Data Officer |
| Health and Human Services Agency | Adam Dondro* | Agency Information Officer |
| Health and Human Services Agency | Sonia Herrera* | Deputy Secretary for Office of Administrative Services (OAS) |
| Health and Human Services Agency | Miguel Juaregui* | Retired Annuitant, Information Technology Specialist, OAS |
| Health and Human Services Agency | Miguel Salazar* | Information Technology Specialist, OAS |
| Health and Human Services Agency | Faisal Aziz* | Information Technology Specialist, OAS |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Health and Human Services Agency | Sarah Aguirre* | Staff Services Manager, OAS |
| Health and Human Services Agency | Evan Gerber I* | Information Technology Associate, OAS |
| Health and Human Services Agency | Francis Brown* | Administrative Assistant, OAS |
| Health and Human Services Agency | Samantha Lui* | Deputy Secretary for Office of Legislative Affairs (OLA) |
| Health and Human Services Agency | Sarah Logue* | Associate Secretary, OLA |
| Health and Human Services Agency | Anya Shutovska* | Associate Secretary, OLA |
| Health and Human Services Agency | Eric Castillo* | Associate Governmental Program Analyst, OLA |
| Health and Human Services Agency | Susan Bernier* | Associate Governmental Program Analyst, OLA |
| Health and Human Services Agency | Allyson Velez* | Associate Governmental Program Analyst, OLA |
| Health and Human Services Agency | Kimberly Chen* | Acting Deputy Secretary for Office of Program and Fiscal Affairs (OPFA) |
| Health and Human Services Agency | Darci Delgado* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Julie Souliere* | Assistant Secretary, OPFA |
| Health and Human Services Agency | K. Jones* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Debra Cooper* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Nathanial Mitchell* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Sami Gallegos* | Deputy Secretary for Office of External Affairs (OEA) |
| Health and Human Services Agency | Jim Suennen* | Associate Secretary, OEA |
| Health and Human Services Agency | Rodger Butler* | Assistant Secretary, OEA |
| Health and Human Services Agency | Vincent Martinez* | Information Officer, OEA |
| Health and Human Services Agency | Juliann Binder* | Information Officer, OEA |
| Health and Human Services Agency | Corrin Buchanan* | Deputy Secretary for Office of Policy and Strategic Planning (OPSP) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Health and Human Services Agency | Josephina Baca* | Staff Services Analyst, OPSP |
| Health and Human Services Agency | Sohil Sud* | Director of Children and Youth Behavioral Health Initiative (CYBI) |
| Health and Human Services Agency | Stefanie Boltz* | Health Program Specialist, CYBI |
| Health and Human Services Agency | Brittney Blake* | Staff Services Manager, CYBI |
| Health and Human Services Agency | Stephanie Welch* | Deputy Secretary for Office of Behavioral Health (OBH) |
| Health and Human Services Agency | Anh Thu Bui* | Public Health Medical Administrator, OBH |
| Health and Human Services Agency | Austin Dickman* | Staff Services Manager, OBH |
| Health and Human Services Agency | Ali Vangrow* | Staff Services Manager, OBH |
| Health and Human Services Agency | Hailey Shapiro* | Associate Governmental Program Analyst, OBH |
| Health and Human Services Agency | Diana Ramos* | Surgeon General (OSG) |
| Health and Human Services Agency | Alana Bui* | Staff Service Manaer, OSG |
| Health and Human Services Agency | Lauren Groves* | Special Advisor, OSG |
| Health and Human Services Agency | Colette Cobb* | Health Program Specialist, OSG |
| Health and Human Services Agency | Julie Rooney* | Director of Communications, OSG |
| Health and Human Services Agency | Berit Mansour* | Communications Support, OSG |
| Health and Human Services Agency | Juan Carlos Arguello* | Chief Health Policy Officer, Office of Youth and Community Restoration |
| Health and Human Services Agency | Barbara Clopton* | Communications Staff Services Manager, Center for Data Insights and Innovation (CDII) |
| Health and Human Services Agency | Jaykob Zaleski* | Communications Associate Governmental Program Analyst, CDII |
| Health and Human Services Agency | David Reiner* | California Initiative to Advance Precision Medicine (CIAPM) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Health and Human Services Agency | Theresa Spezzano* | Equity Officer, CIAPM |
| Health and Human Services Agency | Ramon Martinez* | Science Communications Officer, CIAMP |
| Health and Human Services Agency | Saga Barberis* | Project Administrator, CIAPM |
| Department of Health Care Services | Paula Wilhelm* | Deputy Director – Behavioral Health |
| Department of Health Care Services | Erika Cristo* | Asst. Deputy Director – Behavioral Health |
| Department of Health Care Services | Marlies Perez* | Division Chief – Community Services Division |
| Department of Health Care Services | Ilana Rub* | Asst. Division Chief – Community Services Division |
| Department of Health Care Services | Denise Galvez* | Branch Chief – CSD Prevention & Youth Branch |
| Department of Health Care Services | Autumn Boylan* | Deputy Director – Office of Strategic Partnerships |
| Department of Health Care Services | Carol Gallegos* | Deputy Director – Legislative & Government Affairs |
| Department of Health Care Services | Melissa Rolland* | Asst. Deputy Director – Legislative & Government Affairs |
| Department of Health Care Services | Caitlin Nord* | Staff Services Manager – Legislative & Government Affairs |
| Department of Health Care Services | Michelle Touhey* | Staff Services Manager – Legislative & Government Affairs |
| Department of Health Care Services | Melinda Castro* | Staff Services Manager – Legislative & Government Affairs |
| Department of Health Care Services | Krissi Khokhobashvili* | Deputy Director – Office of Communications |
| Department of Health Care Services | Andrea Tovar* | Staff Services Manager – Office of Communications Social Media Team |
| Department of Health Care Services | Lori Walker* | Deputy Director & Chief Financial Officer |
| Department of Health Care Services | Ryan Woolsey* | Division Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Alex Mojtahedi* | Branch Chief – Fiscal Forecasting Division |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Department of Health Care Services | Celine Donaldson* | Branch Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Jerrold Anub* | Brach Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Cang Ly* | Branch Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Jessica Bogard* | Division Chief, Financial Management Division |
| Department of Health Care Services | Mindy Xu* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Staci Fukuoka* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Saleshni Singh* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Brandon Creel* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Brian Dougherty* | Deputy Director, Administration |
| Mental Health Services Oversight and Accountability Commission | Amariani Martinez* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Andrea Anderson* | Information Officer |
| Mental Health Services Oversight and Accountability Commission | Andrej Delich* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Annie Palmero* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Antonio Andres* | Information Technology Associate |
| Mental Health Services Oversight and Accountability Commission | Boyang Fan* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Brittany Scangarello* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Catina Walker* | Health Program Specialist |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Charles Lee* | Information Technology Associate / Information Services Officer |
| Mental Health Services Oversight and Accountability Commission | Chelsea Yuen* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Cheryl Ward* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Chuente Rhym* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Cody Scott* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Courtney Ackerman* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Daniel Owens* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Danielle Fischer* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Evonna McIntosh* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Grace Reedy* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Jeremy Klobas* | Chief Information Officer / Information Technology Associate |
| Mental Health Services Oversight and Accountability Commission | Jigna Shah* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Jorgen Gulliksen* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Joseph Vecchi* | Associate Governmental Program Analyst |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Justin Marshall* | Information Officer |
| Mental Health Services Oversight and Accountability Commission | Kai Lemasson* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Kali Patterson* | Research Scientist Manager |
| Mental Health Services Oversight and Accountability Commission | Kallie Clark* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Kara Starbird* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Kate Dvoretskikh* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Katie McKenzie * | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Kelsey Wood* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Kendal Vargas* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Kendra Zoller* | CEA / Deputy Director of Legislation |
| Mental Health Services Oversight and Accountability Commission | Kimberly Watkin* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Latonya Harris* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Lauren Quintero* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Lawrence Naidu * | Information Technology Associate |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Lester Robancho* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Marcus Galeste* | Senior Researcher |
| Mental Health Services Oversight and Accountability Commission | Maureen Reilly* | Retired Annuitant / Attorney |
| Mental Health Services Oversight and Accountability Commission | Melissa Mollard* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Michele Nottingham* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Nai Saechao* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Norma Pate* | CEA / Deputy Director of Administration |
| Mental Health Services Oversight and Accountability Commission | Rachel Heffley* | Information Technology Associate |
| Mental Health Services Oversight and Accountability Commission | Reem Shahrouri * | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Riann Kopchak* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Sara Yeffa* | Information Officer |
| Mental Health Services Oversight and Accountability Commission | Sarah Weber* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Shannon Tarter* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Tom Orrock* | CEA / Deputy Director of Programs |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| Mental Health Services Oversight and Accountability Commission | Xing Shen* | Research Scientist |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Toby Ewing* | Former Executive Director |
| Mental Health Services Oversight and Accountability Commission | Will Lightbourne* | Interim Executive Director |

*People v. Meta Products* – **Proposed Search Parameters for California Health Agencies**
**(CalHHS, DHCS, MHSOAC) –12/9/24**

## I.  Search Strings

California proposes a single set of terms for its three health agencies, the California Department of Health and Human Services (CalHHS), the Department of Health Care Services (DHCS), and the Mental Health Services Oversight and Accountability Commission (MHSOAC).  (See Section I.)  One of these three agencies, CalHHS, agrees to run additional strings based on Meta's counterproposals where those additional strings yielded tailored review sets.  (See Section II).  Non-deduplicated search counts, where available, are listed in brackets after each string.

As an additional means of gathering so-called "alternative cause" records, these agencies are willing to supplement productions from the review set with targeted self-collections consisting of final reports published by the responding agency to an external audience concerning each alternative-cause subject as it relates to children and teens.

### CalHHS, DHCS, and MHSOAC

A.   ***Any of*** [meta, facebook, instagram, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, discord, reddit, tumblr, twitch, pinterest, "horizon worlds"] ***AND any of*** [child!, youth!, kids, teen!, adolescent!, "young user," "young users," "young adult," "young adults"] ***AND*** ["social media" ***w/15 of any of*** [health, brain, addict!, harm!, depress!, anxi!, sleep, suicid!, self-harm, compulsive, "eating disorder," "eating disorders," "substance abuse," "drug abuse," COVID, pandemic, quarantine, well-being, wellbeing, benefit!, encourag!, effect!, impact!]][1]  **[CalHHS: 22,719; DHCS:  77,198; MHSOAC: TBD]**

B.   ***Any of*** [child!, youth!, kids, teen!, adolescent!, "young user," "young users," "young adult," "young adults"] ***AND*** ["social media" ***w/10 of any of*** [ grant!, bill!, legislat!]] **[CalHHS: 4,845;  DHCS:  20,915; MHSOAC: TBD]**

C.   social media" ***AND any of*** ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"] **[CalHHS: 270; DHCS: 1,172;  MHSOAC: 31]**

D.   ***Any of*** ["Senate Bill  976," SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," AB1934, "Assembly Bill 1949," AB1949, "AB1949"] ***AND any of*** [child!, kids, youth!, teen!, adolescent!, "young user," "young

---

[1] Search String I.A is intended to reach records addressing what Meta refers to as alternative causes such as drug abuse and the pandemic, records concerning positive effects of social media upon young users, and efforts by state agencies to promote social media use among young users. It encompasses the subject matter of multiple different search strings proposed by Meta.

*People v. Meta Products* – **Proposed Search Parameters for California Health Agencies**
(CalHHS, DHCS, MHSOAC) –12/9/24

users," "young adult," "young adults"] *AND* "social media" **[CalHHS: 2,729; DHCS: 2,700; MHSOAC: TBD]**

E. "youth risk behavior survey" **[CalHHS: 1,720; DHCS: 5,980; MHSOAC: 18]**

### Additional Strings for CalHHS Only

Subject to and without waiving its objections to Meta's proposals, CalHHS agrees to run the following additional strings that are based on Meta's counterproposal, because they returned relatively low search results against that agency's custodial data, .

F. *Any of* [child!, youth!, kids, teen!, adolescent!, "young user," "young users," "young adult," "young adults"] *AND* ["screen time"] *AND any of* [report!, stud!, article!] **[2,137]**

G. *Any of* ["pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!] **AND** *any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[1,002]**

H. *Any of* [eat! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] **[250]**

I. *Any of* [sleep! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] **[1,541]**

J. *Any of* [compar! w/5 (appearance, social, other!, negative)] **[9]**

K. *Any of* [body w/3 (accept!, dissatisfaction, positiv!, image, dysmorph!] **[1,692]**

## II. Custodians

California proposes the following custodians:

### CalHHS

1. Kim Johnson, Secretary
2. Virginia Franco, Special Assistant to the Secretary
3. Brendan McCarthy, Acting Undersecretary
4. Tran Duong, Staff Services Manager
5. Jared Goldman, General Counsel
6. Maggie Schuster, Attorney
7. Daniel Torres, Chief Equity Officer
8. Maureen Keffer, Assistant Equity Officer

*People v. Meta Products* – Proposed Search Parameters for California Health Agencies
(CalHHS, DHCS, MHSOAC) –12/9/24

9.   John Ohanian, Director and Data Officer

10. Adam Dondro, Agency Information Officer

11. Sonia Herrera, Deputy Secretary for Office of Administrative Services (OAS)

12. Miguel Juaregui, Retired Annuitant, Information Technology Specialist, OAS

13. Miguel Salazar, Information Technology Specialist, OAS

14. Faisal Aziz, Information Technology Specialist, OAS

15. Sarah Aguirre, Staff Services Manager, OAS

16. Evan Gerber, Information Technology Associate, OAS

17. Francis Brown, Administrative Assistant, OAS

18. Samantha Lui, Deputy Secretary for Office of Legislative Affairs (OLA)

19. Sarah Logue, Associate Secretary, OLA

20. Anya Shutovska, Associate Secretary, OLA

21. Eric Castillo, Associate Governmental Program Analyst, OLA

22. Susan Bernier, Associate Governmental Program Analyst, OLA

23. Allyson Velez, Associate Governmental Program Analyst, OLA

24. Kimberly Chen, Acting Deputy Secretary for Office of Program and Fiscal Affairs (OPFA)

25. Darci Delgado, Assistant Secretary, OPFA

26. Julie Souliere, Assistant Secretary, OPFA

27. Jones, Assistant Secretary, OPFA

28. Debra Cooper, Assistant Secretary, OPFA

29. Nathanial Mitchell, Assistant Secretary, OPFA

30. Sami Gallegos, Deputy Secretary for Office of External Affairs (OEA)

31. Jim Suennen, Associate Secretary, OEA

32. Rodger Butler, Assistant Secretary, OEA

33. Vincent Martinez, Information Officer, OEA

34. Juliann Binder, Information Officer, OEA

35. Corrin Buchanan, Deputy Secretary for Office of Policy and Strategic Planning (OPSP)

36. Josephina Baca, Staff Services Analyst, OPSP

37. Sohil Sud, Director of Children and Youth Behavioral Health Initiative (CYBI)

38. Stefanie Boltz, Health Program Specialist, CYBI

39. Brittney Blake, Staff Services Manager, CYBI

40. Stephanie Welch, Deputy Secretary for Office of Behavioral Health (OBH)

41. Anh Thu Bui, Public Health Medical Administrator, OBH

42. Austin Dickman, Staff Services Manager, OBH

43. Ali Vangrow, Staff Services Manager, OBH

*People v. Meta Products* – Proposed Search Parameters for California Health Agencies
(CalHHS, DHCS, MHSOAC) –12/9/24

44. Hailey Shapiro, Associate Governmental Program Analyst, OBH

45. Diana Ramos, Surgeon General (OSG)

46. Alana Bui, Staff Service Manaer, OSG

47. Lauren Groves, Special Advisor, OSG

48. Colette Cobb, Health Program Specialist, OSG

49. Julie Rooney, Director of Communications, OSG

50. Berit Mansour, Communications Support, OSG

51. Juan Carlos Arguello, Chief Health Policy Officer, Office of Youth and Community Restoration

52. Barbara Clopton, Communications Staff Services Manager, Center for Data Insights and Innovation (CDII)

53. Jaykob Zaleski, Communications Associate Governmental Program Analyst, CDII

54. David Reiner, California Initiative to Advance Precision Medicine (CIAPM)

55. Theresa Spezzano, Equity Officer, CIAPM

56. Ramon Martinez, Science Communications Officer, CIAMP

57. Saga Barberis, Project Administrator, CIAPM

**DHCS**

1. Paula Wilhelm, Deputy Director – Behavioral Health

2. Erika Cristo, Asst. Deputy Director – Behavioral Health

3. Marlies Perez, Division Chief – Community Services Division

4. Ilana Rub, Asst. Division Chief – Community Services Division

5. Denise Galvez, Branch Chief – CSD Prevention & Youth Branch

6. Autumn Boylan, Deputy Director – Office of Strategic Partnerships

7. Carol Gallegos, Deputy Director – Legislative & Government Affairs

8. Melissa Rolland, Asst. Deputy Director – Legislative & Government Affairs

9. Caitlin Nord, Staff Services Manager – Legislative & Government Affairs

10. Michelle Touhey, Staff Services Manager – Legislative & Government Affairs

11. Melinda Castro, Staff Services Manager – Legislative & Government Affairs

12. Krissi Khokhobashvili, Deputy Director – Office of Communications

13. Andrea Tovar, Staff Services Manager – Office of Communications Social Media Team

14. Lori Walker, Deputy Director & Chief Financial Officer

15. Ryan Woolsey, Division Chief – Fiscal Forecasting Division

16. Alex Mojtahedi, Branch Chief – Fiscal Forecasting Division

17. Celine Donaldson, Branch Chief – Fiscal Forecasting Division

18. Jerrold Anub, Brach Chief – Fiscal Forecasting Division

19. Cang Ly, Branch Chief – Fiscal Forecasting Division

20. Jessica Bogard, Division Chief, Financial Management Division

21. Mindy Xu, Branch Chief, Financial Management Division

22. Staci Fukuoka, Branch Chief, Financial Management Division

23. Saleshni Singh, Branch Chief, Financial Management Division

24. Brandon Creel, Branch Chief, Financial Management Division

25. Brian Dougherty, Deputy Director, Administration

**MHSOAC**

1. Amariani Martinez, Associate Governmental Program Analyst

2. Andrea Anderson, Information Officer

3. Andrej Delich, Health Program Specialist

4. Annie Palmero, Staff Services Manager

5. Antonio Andres, Information Technology Associate

6. Boyang Fan, Research Scientist

7. Brittany Scangarello, Associate Governmental Program Analyst

8. Catina Walker, Health Program Specialist

9. Charles Lee, Information Technology Associate / Information Services Officer

10. Chelsea Yuen, Health Program Specialist

11. Cheryl Ward, Health Program Specialist

12. Chuente Rhym, Health Program Specialist

13. Cody Scott, Associate Governmental Program Analyst

14. Courtney Ackerman, Research Scientist

15. Daniel Owens, Health Program Specialist

16. Danielle Fischer, Staff Services Manager

17. Evonna McIntosh, Health Program Specialist

18. Grace Reedy, Health Program Specialist

19. Jeremy Klobas, Chief Information Officer / Information Technology Associate

20. Jigna Shah, Staff Services Manager

21. Jorgen Gulliksen, Staff Services Manager

22. Joseph Vecchi, Associate Governmental Program Analyst

23. Justin Marshall, Information Officer

24. Kai Lemasson, Research Scientist

25. Kali Patterson, Research Scientist Manager

26. Kallie Clark, Research Scientist

27. Kara Starbird, Health Program Specialist

28. Kate Dvoretskikh, Associate Governmental Program Analyst

*People v. Meta Products* – Proposed Search Parameters for California Health Agencies
(CalHHS, DHCS, MHSOAC) –12/9/24

29. Katie McKenzie , Health Program Specialist

30. Kelsey Wood, Associate Governmental Program Analyst

31. Kendal Vargas, Associate Governmental Program Analyst

32. Kendra Zoller, CEA / Deputy Director of Legislation

33. Kimberly Watkin, Staff Services Manager

34. Latonya Harris, Research Scientist

35. Lauren Quintero, Staff Services Manager

36. Lawrence Naidu , Information Technology Associate

37. Lester Robancho, Health Program Specialist

38. Marcus Galeste, Senior Researcher

39. Maureen Reilly, Retired Annuitant / Attorney

40. Melissa Mollard, Research Scientist

41. Michele Nottingham, Health Program Specialist

42. Nai Saechao, Health Program Specialist

43. Norma Pate, CEA / Deputy Director of Administration

44. Rachel Heffley, Information Technology Associate

45. Reem Shahrouri , Health Program Specialist

46. Riann Kopchak, Staff Services Manager

47. Sara Yeffa, Information Officer

48. Sarah Weber, Health Program Specialist

49. Shannon Tarter, Health Program Specialist

50. Tom Orrock, CEA / Deputy Director of Programs

51. Xing Shen, Research Scientist

52. Toby Ewing, Former Executive Director

53. Will Lightbourne, Interim Executive Director

1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11    | People of the State of California, et al. | MDL No.    3047 |

12                   v.

13    | Meta Platforms, Inc.; Instagram, LLC; Meta | Case Nos.    4:23-cv-05448-YGR |
      Payments, Inc.; Meta Platforms Technologies,              4:23-cv-05885-YGR

14    LLC,                                                      4:24-cv-00805-YGR

15    _____    **DECLARATION OF MICHAEL**

16    Office of the Attorney General, State of Florida,    **MCKIBBEN**
      Department of Legal Affairs

17                   v.                          Judge: Hon. Yvonne Gonzalez Rogers

18    Meta Platforms, Inc., Instagram, LLC., Meta    Magistrate Judge: Hon. Peter H. Kang
      Payments, Inc.

19    _____

20    State of Montana, *ex rel.* Austin Knudsen,
      Attorney General

21                   v.

22    Meta Platforms, Inc., Instagram, LLC, Facebook
      Holdings, LLC, Facebook Operations, LLC,

23    Meta Payments, Inc., Meta Platforms
      Technologies, LLC, Siculus, Inc.

24    _____

25    IN RE: SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY

26    PRODUCTS LIABILITY LITIGATION THIS
      DOCUMENT RELATES TO:

27
      4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805.

28

I, Michael McKibben, declare as follows:

1.     I am employed as an information security engineer with the Information Security Office, Enterprise Technology Services, at the California Department of Health Care Services (DHCS).  I make this declaration based on personal knowledge of the facts herein based on my experience as an information security engineer at the Department of Health Care Services, and, if called to testify about its contents, could and would do so competently.

2.     I am one of two IT professionals currently working on discovery requests from Meta in this litigation.  E-discovery and litigation support are normally a minimal part of our team's workload.  The majority of our workload consists of email and information security, including email firewall security and blocking and bypassing firewalls for URLs.

3.     Regarding time and personnel constraints, the other information security engineer working on this matter and I address all email security issues throughout the Department and are the first operational response for those issues.  This includes, for example, addressing phishing email attempts made throughout the Department.  This aspect of our work is difficult to predict and when matters do arise, they must be resolved immediately and are prioritized until they are resolved.

4.     Our IT department has only limited experience with e-discovery and litigation support, and I have been involved in significant electronic discovery in just one other case involving the Department.  That other discovery matter spanned several months.

5.     I have been asked to run search strings across departmental data to determine the number of files that fit the given search parameters and provide the search result data to our legal counsel.  Our IT department uses Microsoft Content Search, which searches Microsoft's suite of programs, for this purpose.

6.     An obstacle we have faced in generating the requested search term reports is translating the search strings provided to us into terms and strings using syntax that Microsoft Content Search recognizes.  Translating ten search strings into the correct syntax can take more than three hours depending on the length and complexity of the search strings.  Addressing and resolving syntax issues is time intensive.

7.     In addition to translating the search strings, in the event an error occurs during a search, we must diagnose and resolve the error.  This is done manually and involves individual review of the search or other potential issues, such as a network issue, corruption of some kind, or an error in the search terms or syntax themselves.  An error in the search strings can be as small as an extra space between words or a misplaced comma.  Once the issue is identified and resolved, the search must be run anew.

8.     How long it takes to execute a search depends on a variety of factors, some of which are unpredictable and out of the IT team's control.  For example, searches will take longer if there is increased traffic on the Department's computer network.

9.     The length of search time is often attributable to the breadth of information to be searched or the particular search terms included in a search string.  In general, the broader the search terms, the more time it takes to run that particular search because the search returns more hits.  The narrower or more specific the search terms, the faster a search can return results.


I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed on 5th day of December, 2024, in Sacramento, California.


*/s/ Michael McKibben*
Michael McKibben

1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   | People of the State of California, et al. | |
     |---|---|

12                  v.                         | MDL No.    3047

13   Meta Platforms, Inc.; Instagram, LLC; Meta   | Case Nos.    4:23-cv-05448-YGR
     Payments, Inc.; Meta Platforms Technologies, |              4:23-cv-05885-YGR

14   LLC,                                         |              4:24-cv-00805-YGR

15   ─────────────────────────────────────────

16   Office of the Attorney General, State of Florida,   **DECLARATION OF SANDRA**
     Department of Legal Affairs                         **GALLARDO**

17                  v.                                   Judge: Hon. Yvonne Gonzalez Rogers

18   Meta Platforms, Inc., Instagram, LLC., Meta         Magistrate Judge: Hon. Peter H. Kang
     Payments, Inc.

19   ─────────────────────────────────────────

20   State of Montana, *ex rel.* Austin Knudsen,
     Attorney General

21                  v.

22   Meta Platforms, Inc., Instagram, LLC, Facebook
     Holdings, LLC, Facebook Operations, LLC,

23   Meta Payments, Inc., Meta Platforms
     Technologies, LLC, Siculus, Inc.

24   ─────────────────────────────────────────

25   IN RE: SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY

26   PRODUCTS LIABILITY LITIGATION THIS
     DOCUMENT RELATES TO:

27   4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805.

28

I, Sandra Gallardo, declare as follows:

1.    I am employed as the Chief Counsel for the California Mental Health Services Oversight and Accountability Commission.  I started this role on May 1, 2024.  I make this declaration based on personal knowledge of the facts herein based on my experience as Chief Counsel at the Mental Health Services Oversight and Accountability Commission, and, if called to testify about its contents, could and would do so competently.

2.    The Commission is a small agency with about sixty employees and an IT department with five full-time employees and one retired annuitant.  One of those IT professionals is the Chief Information Officer.  Two of the IT personnel work exclusively with software and desktop troubleshooting issues for agency staff and do not assist with discovery or litigation.  The fifth employee works as a project manager for the Commission.

3.    This discovery matter is staffed by only one IT professional, Charles Lee.  Mr. Lee joined the Commission in July 2024 with no prior experience with e-discovery or litigation support.

4.    Mr. Lee spends the majority of his time on his numerous primary job responsibilities. One of his main responsibilities is cybersecurity.  It is Mr. Lee's responsibility to resolve cybersecurity threats, educate the staff, and establish policies to prevent problems from occurring. Cybersecurity is unpredictable and time sensitive, and when an issue arises, resolving it is Mr. Lee's top priority.

5.    Mr. Lee is also involved in implementing the technical changes for the Commission's recent renaming, as required by Proposition 1, which was approved in March 2024.  Mr. Lee is responsible for changing the internal and public facing domain name including all associated accounts and services to new names by January 1, 2025.

6.    In addition to dealing with practical cybersecurity problems in his day-to-day work and executing technical aspects of the renaming, Mr. Lee plays a large role in writing, updating, and maintaining the Commission's IT policies and procedures.

7.    Mr. Lee is also tasked with supporting the Commission's Criminal Justice Information System compliance with over 500 policies required to satisfy state requirements.

2

8.    Mr. Lee is the only staff member currently qualified to perform e-discovery and can only devote a portion of his time to its completion, as the other critical work cannot be ignored or otherwise delegated.

9.    Due to budget constraints, the Commission utilizes Microsoft Purview eDiscovery instead of purchasing expensive e-discovery software the Commission cannot afford.

10.    Mr. Lee has been asked to run search strings across the Commission's data to determine the number of files each search string returns and provide the results to the Commission's legal counsel.  Microsoft Purview eDiscovery could not access and search data stored on disparate storage platforms because the software is limited to the Microsoft environment.  This required the Commission to copy and transfer 1.2 terabytes of data to a location that could be accessed by Microsoft Purview eDiscovery, a process that took three weeks.

11.    Mr. Lee has also experienced unexpected software issues and processing delays. For example, Microsoft Purview eDiscovery limits the number of concurrent searches a user can run simultaneously.

12.    Microsoft Purview eDiscovery does not have deduplication capabilities, meaning that the number of hits resulting from a search cannot be reduced on account of duplicate files.

13.    In doing e-discovery for the first time, Mr. Lee has run into other unanticipated problems.  Mr. Lee discovered that Microsoft Purview eDiscovery requires different search criterion for searching different platforms.  For instance, email searches require different search terms than searches on other platforms.  For email, limiting a date range requires using the search criterion "sent>=2012-01-01," but searching non-email files requires "created>=2012-01-01." These types of issues slow down the process.

//

//

//

//

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed on 5 th day of ___, 2024, in _____, California.

December                Sacramento

_____

Sandra Gallardo