# Exhibit 4
# Connecticut Proposals

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Connecticut – Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on December 5, 2024 to the Connecticut Governor's Office, who has agreed to the terms except that it wishes to apply a time period starting on January 1, 2015 instead of 2012. Meta also has disputes with the following agencies with which search term negotiations have stalled: (i) the Commission for Educational Technology ("CET"). (ii) the Department of Education ("DOE"), and (iii) the Department of Children and Families ("DCF"). At a high level, Meta's proposal involves (i) one standalone search and (ii) ten search combinations that require either "Social Media Terms" or substantive "Harm Terms" to occur "within 200" of one of the following "Youth Terms":

> ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age)

| # | Standalone Search |
|---|---|
| 1 | "adverse childhood experience" OR "adverse childhood experiences" |

| # | Social Media Terms |
|---|---|
| 2 | "Youth Terms" **w/200** ("social media" OR "social network" OR "facebook" OR "Instagram" OR Insta OR "meta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR "screen time" OR screentime OR DM OR "direct message" OR Tumblr OR viber OR threema OR wechat OR kik OR textplus OR wickr OR YikYak OR "Yik Yak" OR finsta) |

| | Harm Terms |
|---|---|
| 3 | "Youth Terms" **w/200** (("mental health" OR wellness OR "wellbeing" OR "depress" OR depression OR depressed OR "anxiety" OR anxious OR "sleep disturbances" OR "insomnia" OR "suicide" OR suicidal OR suicides OR "self-harm" OR selfharm OR OR "compulsive use" OR "bulimia" OR "anorexia" OR "addiction") |
| 4 | "Youth Terms" **w/200** ("pro-ana" OR "BMI" OR overweight OR fat OR obese OR obesity OR bully OR cyberbully OR harass OR sextortion OR transphobia OR homophobia OR racism OR sexism OR grooming OR pedophile OR predator OR dopamine OR "social reward" OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |

1

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Connecticut – Meta Proposal**

| | |
|---|---|
| 5 | "Youth Terms" **w/200** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 6 | "Youth Terms" **w/200** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 7 | "Youth Terms" **w/200** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 8 | "Youth Terms" **w/200** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 9 | "Youth Terms" **w/200** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 10 | "Youth Terms" **w/200** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 11 | "Youth Terms" **w/200** (isolat* OR (social* w/5 distanc*)) |

# MDL 3047 – 2024-12-09 Agency Discovery JLB
## Connecticut – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

**Custodians who were affirmatively proposed and agreed to by the Connecticut AG's office during the course of the Parties' negotiations:**

| Agency | Custodian |
| --- | --- |
| Governor's Office | Ryan Drajewicz |
| Governor's Office | Paul Mounds |
| Governor's Office | Jonathan Dach |
| Governor's Office | Matthew Brokman |
| Governor's Office | Bob Clark |
| Governor's Office | Nora Dannehy |
| Governor's Office | Natalie Braswell |
| Governor's Office | Maribel La Luz |
| Governor's Office | Max Reiss |
| Governor's Office | Anthony Anthony |
| Governor's Office | Adam Joseph |
| Governor's Office | Julia Bergman |
| Governor's Office | Jamal Gatling |
| Governor's Office | Bobby Martinez |
| Governor's Office | Cameron Hand |

3

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Connecticut – Meta Proposal**

| Agency | Custodian |
|---|---|
| Governor's Office | Mohit Agrawal |
| Governor's Office | Patrick Hulin |
| CET | Doug Casey |
| CET | Mark Raymond |
| DCF | Michael Williams |
| DCF | Elizabeth Calvi |
| DCF | Vincent Russo |
| DCF | Ken Mysogland |
| DCF | Peter Yazbak |
| DCF | Francis Gregory |
| DCF | Maribel Martinez |
| DCF | Nicole Taylor |

**Meta's proposed custodians for DOE and DCF:**

| Agency | Custodian | Title |
|---|---|---|
| DOE | Charlene M. Russell-Tucker | Commissioner |
| DOE | Charles E. Hewes | Deputy Commissioner |
| DOE | Sinthia Sone-Moyano | Deputy Commissioner |
| DOE | Melissa Wlodarczyk Hickey | Chair, Digital Citizenship, Internet Safety, and Media Literacy Council |

4

Connecticut Agency Discovery Proposal

**Connecticut Office of the Governor ("OTG") Custodians**

| Ryan Drajewicz | Former Chief of Staff |
|---|---|
| Paul Mounds | Former Chief of Staff |
| Jonathan Dach | Former Chief of Staff |
| Matthew Brokman | Chief of Staff |
| Bob Clark | Former General Counsel |
| Nora Dannehy | Former General Counsel |
| Natalie Braswell | General Counsel |
| Maribel La Luz | Former Communications Director |
| Max Reiss | Former Communications Director |
| Anthony Anthony | Former Communications Director |
| Adam Joseph | Former Communications Director |
| Julia Bergman | Communications Director |
| Jamal Gatling | Former Constituent Services Senior Staff |
| Bobby Martinez | Former Constituent Services Senior Staff |
| Cameron Hand | Constituent Services Senior Staff |
| Mohit Agarwal | Former Policy Director |
| Patrick Hulin | Policy Director |

**Proposed Search Terms and Targeted Searches for Use by OTG**

| **Search Terms**<br><br>• RFPs: 2-6, 9-10, 12-14, 16-19, 28<br>• Time Period: 1/1/2015 – 4/1/2024 | ("social media" OR "social network" OR "facebook" OR "Instagram" OR Insta OR "meta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR "screen time" OR screentime OR DM OR "direct message" OR Tumblr OR viber OR threema OR wechat OR kik OR textplus OR wickr OR YikYak OR "Yik Yak" OR finsta) Near /200 ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) |
|---|---|

1

| | |
|---|---|
| | "adverse childhood experience" OR "adverse childhood experiences" |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (("mental health" OR wellness OR "wellbeing" OR "depress" OR depression OR depressed OR "anxiety" OR anxious OR "sleep disturbances" OR "insomnia" OR "suicide" OR suicidal OR suicides OR "self-harm" OR selfharm OR "compulsive use" OR "bulimia" OR "anorexia" OR "addiction") |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 "pro-ana" OR "BMI" OR overweight OR fat OR obese OR obesity OR bully OR cyberbully OR harass OR sextortion OR transphobia OR homophobia OR racism OR sexism OR grooming OR pedophile OR predator OR dopamine OR "social reward" OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control" |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR |

| | |
|---|---|
| | under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation |

3

| | |
|---|---|
| | w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (compar* w/5 (appearance OR social OR other* OR negative)) |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR teenage OR teen-age) Near /200 (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| | ("minor" OR "youth" OR young OR "kid" OR kids OR "teen" OR "adolescent" OR "preteen" OR "pre-teen" OR "tween" OR child OR children OR underage OR under-age OR student OR school* OR scholar* OR pupil* OR teens OR adolescents OR preteens OR pre-teens OR tweens OR minor OR underaged OR under-aged OR juvenile OR U18 OR "under 18" OR U13 OR "under 13" OR (gen w/5 z) OR (generation w/5 z) OR "gen-z" OR gen-zs OR (gen w/5 alpha) OR (generation w/5 alpha) OR gen-a OR teenager OR teen-ager OR teenagers OR teen-agers OR teenaged OR teen-aged OR "teen aged" OR "teen age" OR |

| | |
|---|---|
| | teenage OR teen-age) Near /200 (isolat* OR (social* w/5 distanc*)) |
| **Targeted Searches**<br>• RFPs: 7-8, 11<br>• Time Period: 1/1/2015 – 4/1/2024 | • <u>RFPs 7-8</u>: Manual searches of OTG social media posts and press releases.<br>• <u>RFP 11</u>: Searching for complaints related to youth mental health and wellbeing and young users' use of social media platforms. |
| **Nothing Responsive or Objections** | RFPs: 1, 15, 20-27, 29-45 |

**Connecticut Department of Children and Families ("DCF") Custodians**

| | |
|---|---|
| Michael Williams | Deputy Commissioner of Operations |
| Elizabeth Calvi | Visual Media Designer |
| Vincent Russo | Chief Administrator of Government Relations and Policy |
| Ken Mysogland | Chief Administrator of External Affairs |
| Peter Yazbak | Director of Communications |
| Francis Gregory | Administrator of Behavioral Health Community Services |
| Maribel Martinez | Senior Administrator of the Office of Clinical and Community Support |
| Nicole Taylor | Chief Administrator of the Office of Behavioral Health and Wellbeing |

**Proposed Targeted Searches for Use by DCF**

| | |
|---|---|
| **Targeted Searches**<br>• RFPs: 2-6, 9-10, 12-14, 16-19, 28<br>• Time Period: 1/1/2015 – 4/1/2024 | Custodians, all of whom are high-level DCF managers, will conduct manual searches within their files for documents that are |

5

|  | responsive to these Requests, avoiding confidential child abuse and neglect case files. |
|---|---|
| **Targeted Searches**<br>• RFPs: 7-8<br>• Time Period: 1/1/2015 – 4/1/2024 | Manual searches of DCF social media posts and press releases. |
| **Nothing Responsive or Objections** | RFPs: 1, 11, 15, 20-27, 29-45 |


**Connecticut Department of Consumer Protection ("DCP") Custodians**

| John Neumon | Former Investigation Division Director |
|---|---|
| Pam Brown | Director of Investigations |
| Lillie Myers | Secretary |
| Elisa Nahas | Legal Director |
| Julianne Avallone | General Counsel |
| David Cousins | Legal Program Director |
| Myrna Rodriguez | Paralegal Specialist |
| Robert Brancato | Lead Consumer Information Representative |
| Laura Edwards | Lead Consumer Information Representative |
| Paulette Annon | Assistant Legal Director |
| Caitlin Anderson | Liquor Control Division Director |
| Lila McKinley | Legal Program Director |
| Nicole Ayala | Former Staff Attorney |
| Jason Cohen | CP Division Director |

**Proposed Search Terms and Targeted Searches for Use by DCP**

| **Search Terms**<br><br>• RFPs: 2-6, 9-10, 12-14, 16-19, 28<br>• Time Period: 1/1/2015 – 4/1/2024 | • "social media" and "minor" **OR**<br>• "social media" and "youth" **OR**<br>• "social media" and "kid" **OR**<br>• "social media" and "teen" **OR**<br>• "mental health" and "wellbeing" **OR**<br>• "Facebook" and "minor" **OR**<br>• "Facebook" and "youth" **OR**<br>• "Facebook" and "kid" **OR**<br>• "Facebook" and "teen" **OR**<br>• "Instagram" and "minor" **OR**<br>• "Instagram" and "youth" **OR**<br>• "Instagram" and "kid"<br>• "Instagram" and "teen"<br>• "Meta" and "minor" **OR**<br>• "Meta" and "youth" **OR**<br>• "Meta" and "kid" **OR**<br>• "Meta" and "teen" **OR**<br>• "mental health" and "minor" **OR** |
|---|---|

6

|  | - "mental health" and "youth" **OR**<br>- "mental health" and "kid" **OR**<br>- "mental health" and "teen" **OR**<br>- "wellbeing" and "minor" **OR**<br>- "wellbeing" and "youth" **OR**<br>- "wellbeing" and "kid" **OR**<br>- "wellbeing" and "teen" |
|---|---|
| **Targeted Searches**<br>- RFPs: 7-8, 11<br>- Time Period: 1/1/2015 – 4/1/2024 | • <u>RFPs 7-8</u>: Manual searches of DCP social media posts and press releases.<br>• <u>RFP 11</u>: Searching for complaints related to youth mental health and wellbeing and young users' use of social media platforms. |
| **Nothing Responsive or Objections** | - RFPs: 1, 15, 20-27, 29-45 |

7