# Exhibit 5
# Delaware Proposals

<u>**MDL 3047 – 2024-12-09 Agency Discovery JLB**</u>
<u>**Delaware – Meta Proposal**</u>

**Search Terms:**  Meta made its most recent counterproposal on December 5, 2024 to the Delaware (i) Office of the Governor ("OGOV"), (ii) Department of Education ("DOE"), and (iii) Department of Services for Children, Youth, and Families ("DSCYF").  Meta has agreed for the time being and with reservation of rights to deprioritize Delaware's Office of Management and Budget and Department of Health and Human Services.

At a high level, Meta's proposal involves using search combinations that require either "Social Media Terms" or substantive "Harm Terms" to occur together with an "AND" or "within 50" connectors (for DOE and DSCYF) or "within 25" (for OGOV) of one of the following "Youth Terms":

(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

| # | **Social Media Terms** |
|---|---|
| | **Harm Terms** |
| 1 | "Youth Terms" **w/50**[1] or **w/25**[2] ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/50**[1] or **w/25**[2] (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND**[1] or **w/25**[2] ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |

---

[1] Delaware DOE and DSCYF.

[2] Delaware OGOV.

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Delaware – Meta Proposal**

| | |
|---|---|
| 4 | "Youth Terms" **AND**[1] or **w/25**[2] (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/50**[1] or **w/25**[2] (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND**[1] or **w/25**[2] (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND**[1] or **w/25**[2] (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" **AND**[1] or **w/25**[2] (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND**[1] or **w/25**[2] (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND**[1] or **w/25**[2] (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND**[1] or **w/25**[2] (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND**[1] or **w/25**[2] (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **w/50**[1] or **w/25**[2] (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND**[1] or **w/25**[2] (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
| | **Youth Social Media Policy Initiatives** |
| 15 | "Youth Terms" **w/50**[1] (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Delaware – Meta Proposal**

|  | cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

In addition, with respect to Delaware's OGOV, Meta proposed that the "Social Media" terms be run "within 25" (for OGOV only) against the "Harm Terms" and that OGOV also run the very limited and narrow terms it proposed on November 1, 2024.

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Delaware – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by Delaware during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|--------|-----------|-------|
| OGOV | Alonna Berry* | Director of Community and Family Services (former) |
| OGOV | Natalie Criscenzo* | Director of Legislative Affairs |
| OGOV | Jon Sheehan* | Deputy Chief of Staff |
| DOE | Alison May*[3] | Public Information Officer |
| DOE | Kim Klein*[3] | Associate Secretary for Operations; Director of Finance (former) |
| DSCYF | Steve Yeatman* | Cabinet Secretary |
| DSCYF | Alison McGonigal* | Deputy Secretary |
| DSCYF | Karen M. Smith* | Communications Director |
| DSCYF | Meredith Seitz* | Chief of Staff |
| DSCYF | Eric Hastings* | Chief Policy Advisor |
| DSCYF | Renee Ciconte | Director of Youth Rehabilitative Services |
| DSCYF | Dr. Rebecca Richmond | Deputy Director of Youth Rehabilitative Services |

---

[3] Provided to Meta for the first time on December 2, 2024.

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Delaware – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| DSCYF | Dr. Aileen Fink | Director of Prevention and Behavioral Health Services |
| DSCYF | Dr. Stephanie Traynor | Deputy Director of Prevention and Behavioral Health Services |
| DSCYF | Donna Thompson | Director of Management Support Services |
| DSCYF | Mark Brainard | Deputy Director of Management Support Services |
| DSCYF | Trenee Parker | Director Family Services |
| DSCYF | Susan Murray | Deputy Director of Family Services |

Delaware Agency Discovery Proposal

Delaware Department of Education ("DOE") Custodians

| Alison May | Public Information Officer |
|---|---|
| Kim Klein | Associate Secretary for Operations (and former Director of Finance) |

Delaware Department of Services for Children, Youth & Their Families ("DSCYF") Custodians

| Steven E. Yeatman | DSCYF Cabinet Secretary |
|---|---|
| Alison McGonigal | DSCYF Deputy Secretary |
| Karen M. Smith | DSCYF Communications Director |
| Meredith Seitz | DSCYF Chief of Staff (and former Chief Policy Advisor); |
| Eric Hastings | DSCYF Chief Policy Advisor |

Proposed Search String for Use by DOE and DSCYF

("social media" OR "social network" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR "direct message") NEAR(12) (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar " OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment* OR "pro-ana" OR "BMI " OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting* OR bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit* OR violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social

reward" OR "social approval" OR "screen time" OR screentime OR staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users " OR " monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control" OR (eat* NEAR(5) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (sleep* NEAR(5) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (negative NEAR(5) (appearance OR experience OR affect* OR effect*)) OR (compar* NEAR(5) (appearance OR social OR other* OR negative)) OR (body NEAR(5) (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) OR (self NEAR(5) (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)))

Delaware Office of the Governor

| Alonna Berry | Director of Community and Family Services (former) |
| Natalie Criscenzo | Director of Legislative Affairs |
| Jon Sheehan | Deputy Chief of Staff |

Proposed Search Strings for Use by OGOV

| Search String | Custodian |
| --- | --- |
| ("social media" OR "social network" OR Meta OR Facebook OR<br>Instagram OR Insta OR Youtube OR<br>Snapchat OR Snap OR Bytedance<br>OR TikTok OR Twitter OR Tweet OR<br>Roblox OR Discord OR Twitch OR<br>Netflix OR Reddit OR Pinterest OR<br>Tumblr) w/20 ((anxi* OR stress* OR<br>depress* OR insomnia OR<br>personality OR behavior*) w/3<br>(disorder* OR concern* OR issue*<br>OR health* or delinquent)) | All |
| ("social media" OR "social network"<br>OR Meta OR Facebook OR<br>Instagram OR Insta OR Youtube OR | All |

| | |
|---|---|
| Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((attention deficit OR "ADHD" OR posttraumatic OR "bipolar" OR "bi polar" OR bipolar OR "BPD") w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((BMI OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((bodies OR body) w/3 (mass* OR shape* OR fat* OR image* OR thin* OR skinny OR slim* OR acceptance OR dissatisfaction OR positivity OR image OR dysmorph*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR | All |

| | |
|---|---|
| Tumblr) w/20 ((bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis*)) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((compuls* OR problem* OR addic* OR overdos* OR excess* OR increas*) w/3 (use* OR using OR usage)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*)) w/15 (sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((detect* or develop*) w/3 (age OR brain*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR | All |

| | |
|---|---|
| Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((eat* OR sleep*) w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((gen OR generation) w/2 (alpha OR "z")) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((hate*) w/25 (crime OR attack* OR conduct* OR misconduct*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((mental w/3 health) OR "TMH" OR (psych* w/10 (concern* OR issue*))) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR | All |

| | |
|---|---|
| Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 ((negativ* OR compar*) w/3 (appearance OR experience OR affect* OR effect* OR social OR other*)) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (ACE*) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (addict* OR staytime OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (advers* w/10 (experience* OR ACE*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR | All |

| | |
|---|---|
| Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (confidence OR "selfconfidence") | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (daily active people OR "weekly active users" OR "MAU" OR "DAU" OR "MAP" OR "DAP" OR "WAU" OR "WAP") | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (danger* OR warn*) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (divorce* OR "foster care" OR "foster family" OR homeless* OR unhous* OR ((difficult OR broken) w/5 (famil* OR home*))) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR | All |

| | |
|---|---|
| Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (dopamine) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (emotion study OR "personalized feedback") | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (emotion* w/5 (abuse* OR support OR regul*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (gender w/10 (dysphoria OR iden*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (health w/5 (interact* OR behavior* OR online)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR | All |

| | |
|---|---|
| Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (internet crime* or ICAC) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (NCII OR "nonconsensual intimate imagery" OR CSEC OR CSAM OR NCOSE OR NCMEC) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (negative spiral) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance | All |

| | |
|---|---|
| OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR groom* OR hookup* OR solicit* OR pedophile* OR predator* OR sex* OR extort OR exploit*) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (prefrontal cortex OR "cognitive development" OR neuroadaptation) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (risk factor* OR "protective factor*") | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (screen w/10 (time OR manag* OR control* OR limit OR screentime)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance | All |

| | |
|---|---|
| OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (self w/3 (harm OR esteem OR control OR injur* OR mutilat* OR regulat*)) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (serious w/5 (concern* OR issue OR situation*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (social connectedness w/10 (limit* OR decrease* OR less*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (social reward* OR "social approval") | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (SSRI OR "SNRI" OR | All |

| | |
|---|---|
| "s.n.r.i." OR "s.s.r.i." OR serotonin OR mood OR "anti-anxiety" OR antidepress*) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (suicid* OR unalive OR cutting* OR selfharm OR "selfharm" OR NSSI OR "non-suicidal self injury" OR sad* OR reclus*) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia*) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (technology w/5 (responsible OR health*)) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR | All |

| | |
|---|---|
| Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (therap* OR counsel* OR treatment* OR inpatient) | |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (time spent OR "engagement" OR (watch* w/2 time) OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people") | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (violen* OR abus* OR assault* OR fight* OR altercation OR killchallenge OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun*) | All |
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr) w/20 (wellness* OR wellbeing OR "well-being" OR empath* OR compassion*) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internet OR video OR | All |

| | |
|---|---|
| videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (gen OR generation) w/2 (alpha OR "z")) | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internet OR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (ACE*) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (anxi* OR stress* OR depress* OR insomnia OR personality OR behavior*) w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (attention deficit OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD") w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (BMI OR overweight OR fat OR | All |

| | |
|---|---|
| obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge)) | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (bodies OR body) w/3 (mass* OR shape* OR fat* OR image* OR thin* OR skinny OR slim* OR acceptance OR dissatisfaction OR positivity OR image OR dysmorph*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (compuls* OR problem* OR addic* OR overdos* OR excess* OR increas*) w/3 (use* OR using OR usage)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (Covid* OR coronavirus OR | All |

| | |
|---|---|
| pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*)) w/15 (sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone)) | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (detect* or develop*) w/3 (age OR brain*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (eat* OR sleep*) w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (hate*) w/25 (crime OR attack* OR conduct* OR misconduct*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (mental w/3 health) OR "TMH" OR (psych* w/10 (concern* OR issue*))) | All |
| (DM* OR device* OR iphone* OR | All |

| | |
|---|---|
| android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (negativ* OR compar*) w/3 (appearance OR experience OR affect* OR effect* OR social OR other*)) | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 ( (suicid* OR unalive OR cutting* OR selfharm OR "self-harm" OR NSSI OR "non-suicidal self injury" OR sad* OR reclus*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (addict* OR staytime OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (advers* w/10 (experience* OR ACE*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR | All |

| | |
|---|---|
| videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (confidence OR "self-confidence") | |
| DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (daily active people OR "weekly active users" OR "MAU" OR "DAU" OR "MAP" OR "DAP" OR "WAU" OR "WAP") | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (danger* OR warn*) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (divorce* OR "foster care" OR "foster family" OR homeless* OR unhous* OR ((difficult OR broken) w/5 (famil* OR home*))) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (dopamine) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR | All |

| | |
|---|---|
| videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (emotion study OR "personalized feedback") | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (emotion* w/5 (abuse* OR support OR regul*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (gender w/10 (dysphoria OR iden*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (health w/5 (interact* OR behavior* OR online)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (internet crime* or ICAC) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 | All |

| | |
|---|---|
| (meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) | |
| DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (NCII OR "non-consensual intimate imagery" OR CSEC OR CSAM OR NCOSE OR NCMEC) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (negative spiral) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR groom* OR hookup* OR solicit* OR pedophile* OR predator* OR sex* OR extort OR exploit*) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (prefrontal cortex OR "cognitive development" OR neuroadaptation) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR | All |

| | |
|---|---|
| cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (risk factor* OR "protective factor*") | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (screen w/10 (time OR manag* OR control* OR limit OR screentime)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (self w/3 (harm OR esteem OR control OR injur* OR mutilat* OR regulat*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (serious w/5 (concern* OR issue OR situation*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (social connectedness w/10 (limit* OR decrease* OR less*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR | All |

| | |
|---|---|
| videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (social reward* OR "social approval") | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (SSRI OR "SNRI" OR "s.n.r.i." OR s.s.r.i. OR serotonin OR mood OR anti-anxiety OR antidepress*) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia*) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (technology w/5 (responsible OR health*)) | All |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (time spent OR "engagement" OR (watch* w/2 time) OR impression* | All |

| | |
|---|---|
| OR "monthly active users" OR "daily active users" OR "monthly active people") | |
| (DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internetOR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook) w/20 (wellness* OR wellbeing OR "wellbeing" OR empath* OR compassion*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (anxi* OR stress* OR depress* OR insomnia OR personality OR behavior*) w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (attention deficit OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD") w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (BMI OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge)) | All |

| | |
|---|---|
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (bodies OR body) w/3 (mass* OR shape* OR fat* OR image* OR thin* OR skinny OR slim* OR acceptance OR dissatisfaction OR positivity OR image OR dysmorph*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (compuls* OR problem* OR addic* OR overdos* OR excess* OR increas*) w/3 (use* OR using OR usage)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*)) w/15 (sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone)) | All |
| (telegram OR signal OR viber OR | All |

| | |
|---|---|
| threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (detect* or develop*) w/3 (age OR brain*)) | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (eat* OR sleep*) w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (gen OR generation) w/2 (alpha OR z)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (hate*) w/25 (crime OR attack* OR conduct* OR misconduct*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (mental w/3 health) OR "TMH" OR (psych* w/10 (concern* OR issue*))) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( | All |

| | |
|---|---|
| (negativ* OR compar*) w/3 (appearance OR experience OR affect* OR effect* OR social OR other*)) | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 ( (suicid* OR unalive OR cutting* OR selfharm OR "self-harm" OR NSSI OR "non-suicidal self injury" OR sad* OR reclus*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (ACE*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (addict* OR staytime OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR impulse control) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (advers* w/10 (experience* OR ACE*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 | All |

| | |
|---|---|
| (confidence OR "self-confidence") | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (daily active people OR "weekly active users" OR "MAU" OR "DAU" OR "MAP" OR "DAP" OR "WAU" OR "WAP") | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (danger* OR warn*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (divorce* OR "foster care" OR foster family OR homeless* OR unhous* OR ((difficult OR broken) w/5 (famil* OR home*))) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (dopamine) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (emotion study OR "personalized feedback") | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire | All |

| | |
|---|---|
| OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (emotion* w/5 (abuse* OR support OR regul*)) | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (gender w/10 (dysphoria OR iden*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (health w/5 (interact* OR behavior* OR online)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (internet crime* or ICAC) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (NCII OR "non-consensual intimate imagery" OR CSEC OR CSAM OR NCOSE OR NCMEC) | All |
| (telegram OR signal OR viber OR | All |

| | |
|---|---|
| threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (negative spiral) | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR groom* OR hookup* OR solicit* OR pedophile* OR predator* OR sex* OR extort OR exploit*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (prefrontal cortex OR "cognitive development" OR neuroadaptation) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (risk factor* OR "protective factor*") | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (scholar* OR School* OR student* OR pupil* OR grade* freshman OR freshmen OR sophomore* OR junior*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta | All |

| | |
|---|---|
| OR FB OR IG OR YT OR TT) w/20 (screen w/10 (time OR manag* OR control* OR limit OR screentime)) | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (self w/3 (harm OR esteem OR control OR injur* OR mutilat* OR regulat*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (serious w/5 (concern* OR issue OR situation*)) | All |
| threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (social connectedness w/10 (limit* OR decrease* OR less*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (social reward* OR "social approval") | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (SSRI OR "SNRI" OR "s.n.r.i." OR s.s.r.i. OR serotonin OR mood OR anti-anxiety OR antidepress*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR | All |

| | |
|---|---|
| textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia*) | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (technology w/5 (responsible OR health*)) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR under-age OR juvenile* OR "preteen*" OR preteen* OR U18 OR under 18) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (therap* OR counsel* OR treatment* OR inpatient) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (time spent OR "engagement" OR (watch* w/2 time) OR impression* OR "monthly active users" OR "daily | All |

| | |
|---|---|
| active users" OR "monthly active people") | |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (violen* OR abus* OR assault* OR fight* OR altercation OR killchallenge OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun*) | All |
| (telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR wire OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT) w/20 (wellness* OR wellbeing OR "wellbeing" OR empath* OR compassion*) | All |
| "mental health" w/20 (youth OR school) | All |
| Trauma AND (Adolescent OR Teen OR Youth OR Student OR "Young User" OR Kid)) AND ("Social Media" OR Facebook OR Instagram OR Meta) | Alonna Barry |
| "HB 200" OR "H.B. 200" OR "House Bill 200" | Natalie Criscenzo Jon Sheehan |