# Exhibit 6 Hawaii Proposals

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Hawai'i – Meta Proposal

**Search Terms**:  On December 7, 2024, Meta made its most recent counterproposal to the Hawai'i (i) Department of Health, (ii) Department of Human Services, (iii) Department of Budget and Finance, (iv) Department of Business, Economic Development, & Tourism, (v) Department of Commerce and Consumer Affairs, (vi) State Council on Mental Health, and (vii) Office of the Governor.  Meta made its most recent counterproposal on December 4, 2024 to the Hawai'i Department of Education.

At a high level, Meta's counterproposal (other than to the Department of Education) involves using search combinations that require either "Social Media Terms" or substantive "Harm Terms" to occur in the same document or "within 150" of one of the following "Youth Terms":

> (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

Youth-focused custodians

- Leanne Gillespei, Office of Youth Services (DHS)

- Elladine Olevao, Child Welfare Services Branch (DHS)

- Keli Acquaro, Child & Adolescent Mental Health Division (DOH)

- Ian Tholen, Children with Special Health Needs Branch (DOH)

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **w/150** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* or "direct message") |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | Harm Terms |
|---|---|
| 2 | "Youth Terms" **w/150** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **w/150** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock down" OR quarantine OR "social* distanc*") |

2

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
|---|---|
| 15 | "Youth terms" **w/150** (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
| 16 | "mental health" **w/25** (teen* OR tween* OR kid* OR youth* OR minor* OR young OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

All other custodians

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **w/150** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* or "direct message") |
|   | **Harm Terms** |
| 2 | "Youth Terms" **w/150** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| 3 | "Youth Terms" **w/150** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **w/150** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **w/150** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **w/150** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| 15 | "Youth terms" **w/150** (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
| 16 | "mental health" **w/25** (teen* OR tween* OR kid* OR youth* OR minor* OR young OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

<u>Department of Education</u>

| # | **Social Media Terms** |
|---|---|
| 1 | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* or "direct message") |
| | **Harm Terms** |
| 2 | (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| 4 | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
| 15 | (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| | |
| 16 | "mental health" **w/25** (teen* OR tween* OR kid* OR youth* OR minor* OR young OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012, to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below.  Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Hawai'i AG's office during the course of the Parties' negotiations.  To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Budget & Finance | Derek Chan* | Program Budget Analyst, Budget, Program Planning, and Management Division |
| Department of Business, Economic Development & Tourism | James Tokioka* | Director |
| Department of Business, Economic Development & Tourism | Chung Chang* | Strategic Broadband Coordinator, Broadband and Digital Equity Office |
| Department of Business, Economic Development & Tourism | Dr. Eugene Tian* | Economic Research Administrator, Research & Economic Analysis Division |
| Department of Human Services | Cathy Betts* | Former Director |
| Department of Human Services | Ryan Yamane* | Current Director |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Human Services | Leanne Gillespei* | Executive Director, Office of Youth Services |
| Department of Human Services | Daisy Lynn Hartsfield* | Administrator, Social Services Division |
| Department of Human Services | Elladine Olevao* | Administrator, Child Welfare Services Branch |
| Office of the Governor – Office of Wellness & Resilience | Tia Hartsock* | Director |
| Office of the Governor – Office of Wellness & Resilience | Trina Orimoto* | Deputy Director |
| Office of the Governor – Office of Wellness & Resilience | Erica Yamauchi* | Director of Communications |
| Office of the Governor – Office of Wellness & Resilience | Jodie Burgess* | Procurement and Contract Specialist |
| Office of the Governor – Office of Wellness & Resilience | Keala Kaopuiki-Santos* | Project Manager |
| Office of the Governor – Office of Wellness & Resilience | Naomi Leipold* | Project Manager |
| Office of the Governor – Office of Wellness & Resilience | Kevin Thompson* | Project Manager |
| Office of the Governor – Office of Wellness & Resilience | Annie Valentin* | Advisor for Public Health |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Office of the Governor – Office of Wellness & Resilience | Rachel (Aquino) Nunies* | Graduate Research Assistant |
| Office of the Governor | Michael Champion* | Senior Advisor for Mental Health and the Justice System to Governor Josh Green |
| State Council on Mental Health | doh.scmhchairperson@doh.hawaii.gov* | SCMH Chairperson |
| State Council on Mental Health | Carolyn Weygan-Hildebrand* | Planner, Adult Mental Health Division, Planning Information Evaluation and Research Branch |
| State Council on Mental Health | Stacy Haitsuka* | Prior custodian of records |
| Department of Commerce & Consumer Affairs | Nadine Ando* | Director |
| Department of Commerce & Consumer Affairs | Mana Moriarty* | Executive Director, Office of Consumer Protection |
| Department of Commerce & Consumer Affairs | Collenn Yuen* | Secretary, Broadband Assistant Advisory Council of the Cable Television Division |
| Department of Health | Kenneth Fink* | Director |
| Department of Health | Keli Acquaro* | Administrator, Child & Adolescent Mental Health Division |
| Department of Health | John Valera* | Administrator, Alcohol and Drug Abuse Division |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Health | Lola Irvin* | Administrator, Chronic Disease Prevention and Health Promotion Division |
| Department of Health | Lorrin Kim* | Chief Policy Officer and Legislative Coordinator, Office of Planning, Policy and Program Development |
| Department of Health | Ian Tholen* | Administrative Specialist, Children with Special Health Needs Branch; Early Intervention Section |
| Department of Health | Valerie Kato* | Deputy Director of Health |
| Department of Health | Debbie Kim Morikawa* | Deputy Director of Health Resources |
| Department of Health | Marian Tsuji* | Deputy Director of Behavioral Health |
| Department of Education | Keith Hayashi* | Superintendent |
| Department of Education | Michael Otsuji* | Assistant Superintendent, Office of Information and Technology |
| Department of Education | Brain Hallett* | Assistant Superintendent, Office of Fiscal Services |
| Department of Education | Ken Kakesako* | Director, Office of Planning and Evaluation Services |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Education | Helen Kaniho* | Exception Support Branch Education Director, Office of Student Support Services |
| Department of Education | Sean Bacon* | Assistant Superintendent, Office of Talent Management |
| Department of Education | Denise Yoshida* | Internal Audit Director |
| Department of Education | Nanea Ching* | Public Relations and Communications Director |
| Department of Education | Elizabeth Higashi* | Assistant Superintendent, Community Engagement Branch, Office of Strategy, Innovation and Performance |

**MDL 3047**
**Summary of Hawaii's Search Term Negotiation Proposals**

<u>November 22, 2024</u>
Meta's revised search term proposal: see below.

<u>December 5, 2024</u>
Hawaii's proposal:

- For search strings under 10 GBs, Hawai'i proceeds with reviewing and producing responsive documents.
- For search strings between 10-99 GBs, Hawai'i reserves its right to challenge any search terms based on a review of the hit counts.
- For search strings over 100 GBs, Hawai'i will propose redlines after reviewing the breakdown of the final hit counts.

<u>December 7, 2024</u>
Meta accepts the first prong, which applies to search strings 7, 8, and 10 of the youth focused searches and 7, 8, and 10-12 of the non-youth focused searches.

Meta's updated proposal:

1. Part I terms NEAR(150) of Part II terms on all strings currently bringing back over 100,000 documents:
    1. Non-youth focused: 1-5, 13-15
    2. Youth-focused: 1-2, 4-5, and 15

2. Part I terms AND Part II terms on remaining strings bringing back less than 100,000 documents:
    1. Non-youth focused: 6
    2. Youth-focused: 3, 6, and 13-14

<u>December 8, 2024</u>
Hawai'i agrees to run Meta's updated proposal from 12/7 except for non-youth set 6, as the proposal appears identical to Meta's original instructions for the set.

Hawai'i continues to reserve its rights to challenge any search strings with excessive hits.

Hawaii's proposes the same approach for its Department of Education (DOE) once DOE's hit report is finalized: DOE will move forward with reviewing and producing documents from search strings without excessive hits while running Meta's new proposed search from 12/7 for search strings with excessive hits.

**I.      Search Strings for Youth Focused Agencies**

| | *Search Set 1 – Youth Use of Social Media* |
|---|---|
| 1. | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") |

| | *Search Set 2 – Youth Mental Health / Wellbeing Issues* |
|---|---|
| 2. | (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3. | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4. | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5. | (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6. | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |

| 7. | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
|---|---|
| 8. | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9. | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10. | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11. | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12. | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13. | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14. | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

| Search Set 3 – Other Case Issues | |
|---|---|
| 15. | (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

## II.    Search Strings for Non-Youth-Focused Agencies

All search strings referenced above run against below "Youth" gating terms with "AND" connector.

(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11    | People of the State of California, et al. | |
12    | | MDL No.    3047 |
      |     v. | |
13    | | Case Nos.    4:23-cv-05448-YGR |
      | Meta Platforms, Inc.; Instagram, LLC; Meta | 4:23-cv-05885-YGR |
14    | Payments, Inc.; Meta Platforms Technologies, | 4:24-cv-00805-YGR |
      | LLC, | |
15    | | **DECLARATION OF PATRICK S.** |
16    | Office of the Attorney General, State of Florida, | **STUART IN SUPPORT OF STATE OF** |
      | Department of Legal Affairs | **HAWAII'S DECEMBER 9, 2024 LETTER** |
17    | | **BRIEFING** |
      |     v. | |
18    | Meta Platforms, Inc., Instagram, LLC., Meta | Judge: Hon. Yvonne Gonzalez Rogers |
      | Payments, Inc. | |
19    | | Magistrate Judge: Hon. Peter H. Kang |
20    | State of Montana, *ex rel.* Austin Knudsen, | |
      | Attorney General | |
21    | | |
      |     v. | |
22    | Meta Platforms, Inc., Instagram, LLC, Facebook | |
      | Holdings, LLC, Facebook Operations, LLC, | |
23    | Meta Payments, Inc., Meta Platforms | |
      | Technologies, LLC, Siculus, Inc. | |
24    | | |
25    | IN RE: SOCIAL MEDIA ADOLESCENT | |
      | ADDICTION/PERSONAL INJURY | |
26    | PRODUCTS LIABILITY LITIGATION THIS | |
      | DOCUMENT RELATES TO: | |
27    | | |
      | 4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805. | |
28

Declaration Of Patrick S. Stuart in Support of State of Hawaii's December 9, 2024 Letter Briefing
(4:22-md-03047-YGR-PHK)
1

I, Patrick S. Stuart, hereby declare and state as follows:

1.      I am the Section Manager for the State of Hawaiʻi Office of Enterprise Technology Services (ETS), which provides support for computer and telecommunication services to executive branch agencies in Hawaiʻi, including the Department of the Attorney General (AG).

2.      I make this declaration based upon personal knowledge and in support of the State of Hawaii's December 9, 2024 letter briefing.

3.      On the afternoon of November 22, 2024, ETS received a request from the AG to run revised search terms from Meta Platforms, Inc.'s counsel.

4.      The scope and scale of the requested searches in this case is extraordinarily large for ETS, prompting our office to engage a team of employees to tackle the requests.

5.      ETS uses Microsoft Purview for its e-discovery, which was upgraded to the premium version in response to the request.

6.      ETS has been made aware of the Court's deadlines and is making great efforts to facilitate the hit reports, including working overtime.

7.      However, due to the size and scope of the request, running the search terms takes several days.

8.      Per Meta's instructions, ETS ran two sets of searches, one for youth-focused agencies and another for non-youth focused agencies.

9.      As of December 6, 2024, the combined results of the two searches total over 4.8 Terabytes and have detected over 6.6 million committed items.

10.      Attached as Exhibit "B" is a true and correct copy of the search results for youth-focused agencies as of December 6, 2024.

11.      Attached as Exhibit "C" is a true and correct copy of the search results for youth-focused agencies as of December 6, 2024.

12.      These search results have yet to be de-duplicated and will likely take substantial time and resources to do so.

13.      Specifically, Purview only permits de-duplication within search sets. As such, ETS will need to combine the search results into a combined review set to de-duplicate the

1    results, which will take additional time.

2        14.    ETS has also arranged for a meeting with a representative from Microsoft next

3    week for technical assistance in refining the search process.

4        15.    ETS constantly updates the AG with its progress and will continue to do so to

5    expedite e-discovery for Hawaii's state agencies.

6        I declare under penalty of perjury under the laws of the United States of America that the

7    foregoing is true and correct.

8        Executed on December 9, 2024, in Honolulu, Hawai'i.

9

10                                                  /s/    *Patrick Stuart*

11    _____
                                                    Patrick S. Stuart

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B

| Review set | Size | Created by | Last modified (UTC-10:00) | Modified by | Collections (sources) | Exports | Description | Committed Items |
|---|---|---|---|---|---|---|---|---|
| Set 1 | 84.11 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:03:29.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 416,260 |
| Set 2 | 174.93 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:03:58.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 717,274 |
| Set 3 | 38.07 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:04:20.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 36,224 |
| Set 4 | 80.15 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:04:49.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 108,477 |
| Set 5 | 125.5 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:05:35.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 201,011 |
| Set 6 | 13.35 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:05:58.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 6,960 |
| Set 7 | 198.4 MB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:06:25.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 15 |
| Set 8 | 262.79 MB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:06:46.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 18 |
| Set 10 | 70.13 MB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:07:57.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 165 |
| Set 13 | 52.25 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:08:38.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 76,434 |
| Set 14 | 73.17 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:09:00.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 67,425 |
| Set 15 | 333.77 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:09:50.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 744,829 |

# EXHIBIT C

| Review set | Size | Created by | Last modified (UTC-10:00) | Modified by | Collection: | Exports | Description | Committed Items |
|---|---|---|---|---|---|---|---|---|
| Set 1 | 410.06 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:14:17.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 416,260 |
| Set 2 | 646.18 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:14:38.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 717,274 |
| Set 3 | 263.1 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:18:04.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 233,864 |
| Set 4 | 354.58 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:18:34.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 358,968 |
| Set 5 | 531.59 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:19:30.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 626,467 |
| Set 6 | 97.12 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:20:28.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 60,778 |
| Set 7 | 2.12 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:22:02.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 881 |
| Set 8 | 1.58 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:22:24.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 832 |
| Set 10 | 3.58 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:24:00.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 1,312 |
| Set 11 | 31.47 MB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:25:35.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 4 |
| Set 12 | 101.41 MB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:25:54.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 16 |
| Set 13 | 294.5 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:26:20.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 301,545 |
| Set 14 | 436.53 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:27:08.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 454,233 |
| Set 15 | 813.13 GB | mishkat.rahman.admin@hawaii.gov | 2024-12-04T17:27:35.000Z | mishkat.rahman.admin@hawaii.gov | 1 | 0 | | 1,132,339 |

1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 People of the State of California, et al. | MDL No.    3047 |
| 12         v. | |
| 13 Meta Platforms, Inc.; Instagram, LLC; Meta | Case Nos.    4:23-cv-05448-YGR |
| 14 Payments, Inc.; Meta Platforms Technologies, LLC, | 4:23-cv-05885-YGR 4:24-cv-00805-YGR |
| 15 | **DECLARATION OF TRAVIS FALLON** |
| 16 Office of the Attorney General, State of Florida, Department of Legal Affairs | **IN SUPPORT OF STATE OF HAWAII'S DECEMBER 9, 2024 LETTER BRIEFING** |
| 17         v. | Judge: Hon. Yvonne Gonzalez Rogers |
| 18 Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | Magistrate Judge: Hon. Peter H. Kang |
| 19 | |
| 20 State of Montana, *ex rel.* Austin Knudsen, Attorney General | |
| 21         v. | |
| 22 Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, | |
| 23 Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |
| 24 | |
| 25 IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY | |
| 26 PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | |
| 27 | |
| 4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805. | |
| 28 | |

1

2

I, Travis Fallon, hereby declare and state as follows:

1.      I am the Litigation Coordinator for the State of Hawaiʻi Department of
Education's (DOE) Office of the Superintendent which provides support for litigation and legal
issues affecting the DOE.

2.      I make this declaration based upon personal knowledge and in support of the State
of Hawaii's December 9, 2024 letter briefing.

3.      The DOE utilizes Google Vault to store documents and information that may be
subject to discovery in this litigation.

4.      Based on conversations with DOE IT specialists, I understand Google Vault has
certain technical limitations. For example, the program is unable to discern which search terms
trigger high hit counts without running each search individually.

5.      The scope and scale of the requested searches in this case is extraordinarily large
for our IT Office.

6.      Due to the size and scope of the request, running the search terms takes substantial
time and effort.

7.      On December 5, 2024, our IT office prepared a snapshot of the ongoing hit counts,
which had reached around 1.5 million hits. A true and correct copy of the hit report is attached as
Exhibit " A ."

8.      These search results have yet to be de-duplicated and will likely take substantial
time and resources to do so.

9.      I am aware of the Court's deadlines and am making great efforts to compile and
send the hit reports to counsel.

[Signature on following page]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2024, in Honolulu, Hawai'i.

Travis Fallon

# Exhibit A

| Query | Individual | EmpID | Amount | | |
|---|---|---|---|---|---|
| Search Set 1: Query 1 | Keith Hayashi | 10014013 | 96,381 | | |
| Search Set 2: Query 2 | Keith Hayashi | 10014013 | 44,389 | | Total Number of emails |
| Search Set 2: Query 3 | Keith Hayashi | 10014013 | 5,949 | | 1,488,106 |
| Search Set 2: Query 4 | Keith Hayashi | 10014013 | 11,781 | | |
| Search Set 2: Query 5 | Keith Hayashi | 10014013 | 24,136 | | |
| Search Set 2: Query 6 | Keith Hayashi | 10014013 | 20,267 | | |
| Search Set 2: Query 7 | Keith Hayashi | 10014013 | 748 | | |
| Search Set 2: Query 8 | Keith Hayashi | 10014013 | 329 | | |
| Search Set 2: Query 9 | Keith Hayashi | 10014013 | 37 | | |
| Search Set 2: Query 10 | Keith Hayashi | 10014013 | 1,273 | | |
| Search Set 2: Query 11 | Keith Hayashi | 10014013 | 35 | | |
| Search Set 2: Query 12 | Keith Hayashi | 10014013 | 147 | | |
| Search Set 2: Query 13 | Keith Hayashi | 10014013 | 24,619 | | |
| Search Set 2: Query 14 | Keith Hayashi | 10014013 | 7,476 | | |
| Search Set 3 | Keith Hayashi | 10014013 | 131,631 | | |
| Search Set 1: Query 1 | Michael Otsuji | 20381147 | 7,261 | | |
| Search Set 2: Query 2 | Michael Otsuji | 20381147 | 3,219 | | |
| Search Set 2: Query 3 | Michael Otsuji | 20381147 | 568 | | |
| Search Set 2: Query 4 | Michael Otsuji | 20381147 | 1,502 | | |
| Search Set 2: Query 5 | Michael Otsuji | 20381147 | 4,043 | | |
| Search Set 2: Query 6 | Michael Otsuji | 20381147 | 2,096 | | |
| Search Set 2: Query 7 | Michael Otsuji | 20381147 | 25 | | |
| Search Set 2: Query 8 | Michael Otsuji | 20381147 | 26 | | |
| Search Set 2: Query 9 | Michael Otsuji | 20381147 | 3 | | |
| Search Set 2: Query 10 | Michael Otsuji | 20381147 | 300 | | |
| Search Set 2: Query 11 | Michael Otsuji | 20381147 | 9 | | |
| Search Set 2: Query 12 | Michael Otsuji | 20381147 | 24 | | |
| Search Set 2: Query 13 | Michael Otsuji | 20381147 | 727 | | |
| Search Set 2: Query 14 | Michael Otsuji | 20381147 | 413 | | |
| Search Set 3 | Michael Otsuji | 20381147 | 24,985 | | |
| Search Set 1: Query 1 | Brian Hallet | 10085118 | 19,219 | | |
| Search Set 2: Query 2 | Brian Hallet | 10085118 | 13,579 | | |

| Query | Individual | EmpID | Amount | | |
|---|---|---|---|---|---|
| Search Set 2: Query 3 | Brian Hallet | 10085118 | 2,664 | | |
| Search Set 2: Query 4 | Brian Hallet | 10085118 | 4,793 | | |
| Search Set 2: Query 5 | Brian Hallet | 10085118 | 7,004 | | |
| Search Set 2: Query 6 | Brian Hallet | 10085118 | 7,698 | | |
| Search Set 2: Query 7 | Brian Hallet | 10085118 | 143 | | |
| Search Set 2: Query 8 | Brian Hallet | 10085118 | 42 | | |
| Search Set 2: Query 9 | Brian Hallet | 10085118 | 26 | | |
| Search Set 2: Query 10 | Brian Hallet | 10085118 | 1,000 | | |
| Search Set 2: Query 11 | Brian Hallet | 10085118 | 33 | | |
| Search Set 2: Query 12 | Brian Hallet | 10085118 | 72 | | |
| Search Set 2: Query 13 | Brian Hallet | 10085118 | 9,262 | | |
| Search Set 2: Query 14 | Brian Hallet | 10085118 | 3,374 | | |
| Search Set 3 | Brian Hallet | 10085118 | 68,045 | | |
| Search Set 1: Query 1 | Ken Kakesako | 10056903 | 37,240 | | |
| Search Set 2: Query 2 | Ken Kakesako | 10056903 | 17,904 | | |
| Search Set 2: Query 3 | Ken Kakesako | 10056903 | 2,490 | | |
| Search Set 2: Query 4 | Ken Kakesako | 10056903 | 6,752 | | |
| Search Set 2: Query 5 | Ken Kakesako | 10056903 | 12,916 | | |
| Search Set 2: Query 6 | Ken Kakesako | 10056903 | 8,653 | | |
| Search Set 2: Query 7 | Ken Kakesako | 10056903 | 207 | | |
| Search Set 2: Query 8 | Ken Kakesako | 10056903 | 117 | | |
| Search Set 2: Query 9 | Ken Kakesako | 10056903 | 4 | | |
| Search Set 2: Query 10 | Ken Kakesako | 10056903 | 954 | | |
| Search Set 2: Query 11 | Ken Kakesako | 10056903 | 28 | | |
| Search Set 2: Query 12 | Ken Kakesako | 10056903 | 85 | | |
| Search Set 2: Query 13 | Ken Kakesako | 10056903 | 9,871 | | |
| Search Set 2: Query 14 | Ken Kakesako | 10056903 | 3,461 | | |
| Search Set 3 | Ken Kakesako | 10056903 | 99,526 | | |
| Search Set 1: Query 1 | Helen Kaniho | 10077250 | 24,414 | | |
| Search Set 2: Query 2 | Helen Kaniho | 10077250 | 21,603 | | |
| Search Set 2: Query 3 | Helen Kaniho | 10077250 | 1,680 | | |
| Search Set 2: Query 4 | Helen Kaniho | 10077250 | 4,032 | | |

| Query | Individual | EmpID | Amount | | | |
|---|---|---|---|---|---|---|
| Search Set 2: Query 5 | Helen Kaniho | 10077250 | 7,615 | | | |
| Search Set 2: Query 6 | Helen Kaniho | 10077250 | 6,418 | | | |
| Search Set 2: Query 7 | Helen Kaniho | 10077250 | 415 | | | |
| Search Set 2: Query 8 | Helen Kaniho | 10077250 | 300 | | | |
| Search Set 2: Query 9 | Helen Kaniho | 10077250 | 28 | | | |
| Search Set 2: Query 10 | Helen Kaniho | 10077250 | 677 | | | |
| Search Set 2: Query 11 | Helen Kaniho | 10077250 | 46 | | | |
| Search Set 2: Query 12 | Helen Kaniho | 10077250 | 168 | | | |
| Search Set 2: Query 13 | Helen Kaniho | 10077250 | 4,674 | | | |
| Search Set 2: Query 14 | Helen Kaniho | 10077250 | 3,087 | | | |
| Search Set 3 | Helen Kaniho | 10077250 | 58,374 | | | |
| Search Set 1: Query 1 | Sean Bacon | 10002079 | 26,035 | | | |
| Search Set 2: Query 2 | Sean Bacon | 10002079 | 22,195 | | | |
| Search Set 2: Query 3 | Sean Bacon | 10002079 | 5,195 | | | |
| Search Set 2: Query 4 | Sean Bacon | 10002079 | 8,801 | | | |
| Search Set 2: Query 5 | Sean Bacon | 10002079 | 11,276 | | | |
| Search Set 2: Query 6 | Sean Bacon | 10002079 | 11,586 | | | |
| Search Set 2: Query 7 | Sean Bacon | 10002079 | 258 | | | |
| Search Set 2: Query 8 | Sean Bacon | 10002079 | 154 | | | |
| Search Set 2: Query 9 | Sean Bacon | 10002079 | 19 | | | |
| Search Set 2: Query 10 | Sean Bacon | 10002079 | 969 | | | |
| Search Set 2: Query 11 | Sean Bacon | 10002079 | 40 | | | |
| Search Set 2: Query 12 | Sean Bacon | 10002079 | 170 | | | |
| Search Set 2: Query 13 | Sean Bacon | 10002079 | 9,155 | | | |
| Search Set 2: Query 14 | Sean Bacon | 10002079 | 4,240 | | | |
| Search Set 3 | Sean Bacon | 10002079 | 92,258 | | | |
| Search Set 1: Query 1 | Denise Yoshida | 10021187 | 10,446 | | | |
| Search Set 2: Query 2 | Denise Yoshida | 10021187 | 7,582 | | | |
| Search Set 2: Query 3 | Denise Yoshida | 10021187 | 1,304 | | | |
| Search Set 2: Query 4 | Denise Yoshida | 10021187 | 4,314 | | | |
| Search Set 2: Query 5 | Denise Yoshida | 10021187 | 7,348 | | | |
| Search Set 2: Query 6 | Denise Yoshida | 10021187 | 4,793 | | | |

| Query | Individual | EmpID | Amount | | |
|---|---|---|---|---|---|
| Search Set 2: Query 7 | Denise Yoshida | 10021187 | 79 | | |
| Search Set 2: Query 8 | Denise Yoshida | 10021187 | 58 | | |
| Search Set 2: Query 9 | Denise Yoshida | 10021187 | 18 | | |
| Search Set 2: Query 10 | Denise Yoshida | 10021187 | 492 | | |
| Search Set 2: Query 11 | Denise Yoshida | 10021187 | 3 | | |
| Search Set 2: Query 12 | Denise Yoshida | 10021187 | 58 | | |
| Search Set 2: Query 13 | Denise Yoshida | 10021187 | 3,664 | | |
| Search Set 2: Query 14 | Denise Yoshida | 10021187 | 2,327 | | |
| Search Set 3 | Denise Yoshida | 10021187 | 39,026 | | |
| Search Set 1: Query 1 | Elizabeth Higashi | 10123437 | 23,465 | | |
| Search Set 2: Query 2 | Elizabeth Higashi | 10123437 | 20,680 | | |
| Search Set 2: Query 3 | Elizabeth Higashi | 10123437 | 1,987 | | |
| Search Set 2: Query 4 | Elizabeth Higashi | 10123437 | 3,341 | | |
| Search Set 2: Query 5 | Elizabeth Higashi | 10123437 | 8,045 | | |
| Search Set 2: Query 6 | Elizabeth Higashi | 10123437 | 17,804 | | |
| Search Set 2: Query 7 | Elizabeth Higashi | 10123437 | 233 | | |
| Search Set 2: Query 8 | Elizabeth Higashi | 10123437 | 81 | | |
| Search Set 2: Query 9 | Elizabeth Higashi | 10123437 | 10 | | |
| Search Set 2: Query 10 | Elizabeth Higashi | 10123437 | 421 | | |
| Search Set 2: Query 11 | Elizabeth Higashi | 10123437 | 17 | | |
| Search Set 2: Query 12 | Elizabeth Higashi | 10123437 | 76 | | |
| Search Set 2: Query 13 | Elizabeth Higashi | 10123437 | 6,694 | | |
| Search Set 2: Query 14 | Elizabeth Higashi | 10123437 | 2,277 | | |
| Search Set 3 | Elizabeth Higashi | 10123437 | 55,157 | | |
| Search Set 1: Query 1 | Nanea Ching | 20275866 | 38,981 | | |
| Search Set 2: Query 2 | Nanea Ching | 20275866 | 21,147 | | |
| Search Set 2: Query 3 | Nanea Ching | 20275866 | 2,926 | | |
| Search Set 2: Query 4 | Nanea Ching | 20275866 | 5,982 | | |
| Search Set 2: Query 5 | Nanea Ching | 20275866 | 17,848 | | |
| Search Set 2: Query 6 | Nanea Ching | 20275866 | 8,947 | | |
| Search Set 2: Query 7 | Nanea Ching | 20275866 | 592 | | |
| Search Set 2: Query 8 | Nanea Ching | 20275866 | 203 | | |

| Query | Individual | EmpID | Amount | | | |
|---|---|---|---|---|---|---|
| Search Set 2: Query 9 | Nanea Ching | 20275866 | 43 | | | |
| Search Set 2: Query 10 | Nanea Ching | 20275866 | 814 | | | |
| Search Set 2: Query 11 | Nanea Ching | 20275866 | 34 | | | |
| Search Set 2: Query 12 | Nanea Ching | 20275866 | 39 | | | |
| Search Set 2: Query 13 | Nanea Ching | 20275866 | 15,015 | | | |
| Search Set 2: Query 14 | Nanea Ching | 20275866 | 3,572 | | | |
| Search Set 3 | Nanea Ching | 20275866 | 72,720 | | | |