# Exhibit 10
# Kentucky Proposals

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Kentucky – Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on November 22, 2024, to the Kentucky (i) Governor's Office, (ii) State Budget Director, (iii) Department for Behavioral Health, Developmental and Intellectual Disabilities ("DBH"), (iv) Department for Public Health ("DPH"), and (v) Cabinet for Health and Family Services. At a high level, Meta's proposal involves using search combinations of the following "Youth Terms" with "Social Media" terms, "Mental Health / Wellbeing Issues" terms, and "Other Case Issues" terms.

| # | Social Media Terms |
|---|---|
| 1 | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
|   | **Mental Health / Wellbeing Issues** |
| 2 | (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 3 | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 4 | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under |

1

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Kentucky – Meta Proposal**

| | |
|---|---|
| | 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 5 | (violen* OR abus* OR assault* OR fight* OR altercation OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 6 | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Kentucky – Meta Proposal**

|  |  |
|---|---|
|  | "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 13 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 14 | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| **Other Case Issues** ||
| 15 | (polic* OR practice* OR presentation OR assembl* OR initiative* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") **AND** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Kentucky – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below, which have been affirmatively proposed and agreed to by the Kentucky AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Governor's Office | Travis Mayo* | General Counsel |
| Governor's Office | Taylor Payne* | Chief Deputy General Counsel |
| Governor's Office / State Budget Director | John Hicks* | Secretary of the Governor's Executive Cabinet and State Budget Director |
| Governor's Office | Matt Osborne* | Executive Director, Legislative Director |
| Governor's Office | Lori Farris* | Executive Director, Office of Constituent Services |
| Governor's Office | Crystal Staley* | Executive Director, Office of Communications |
| Governor's Office | Leigh Van Hooser* | Executive Assistant to the Chiefs of Staff |
| Governor's Office | Lora Mattingly* | Administrative Assistant |
| Governor's Office | Rusty Heckaman* | Division Director, Kentucky Department for Libraries and Archives |
| Governor's Office | La Tasha Buckner* | Chief of Staff |
| DBH | Patti Clark* | Division Director |
| DBH | Sarah Johnson* | Director of Substance Abuse Disorder |

4

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Kentucky – Meta Proposal**

| Agency | Custodian | Title |
| --- | --- | --- |
| DBH | Nikki Milward* | Director, Division of Program Integrity |
| DBH | Jennifer Moore* | Assistant Director |
| DBH | Maria Browning* | Executive Staff Advisor |
| DPH | Kyra Dailey* | Director of Public Health Content |
| DPH | Holly Lafavers* | Division of Program Standards |
| DPH | Michelle Malicote* | School Health Branch Manager |
| DPH | Jan Bright* | Nurse Services Administrator |
| DPH | Tracy Jewell* | Senior Maternal and Child Health (MCH) Epidemiologist |
| DPH | Angie Brown* | Nurse Consultant |
| DPH | Ellen Cartmell* | Health Promotions Section Supervisor |

# Kentucky Agency Discovery Proposal

## Kentucky Office of the Governor Custodians

| | |
|---|---|
| La Tasha Buckner | Chief of Staff, Office of the Governor |
| John Hicks | Secretary of the Governor's Executive Cabinet and State Budget Director |
| Matt Osborne | Executive Director, Legislative Director, Office of the Governor |
| Lori Farris | Executive Director, Office of Constituent Services, Office of the Governor |
| Crystal Staley | Executive Director, Office of Communications, Office of the Governor |
| Leigh Van Hooser | Executive Assistant to the Chiefs of Staff, Office of the Governor |
| Lora Mattingly | Administrative Assistant, Office of the Governor |
| Rusty Heckaman | Division Director, Kentucky Department for Libraries and Archives |
| Travis Mayo | General Counsel, Office of the Governor |
| Taylor Payne | Chief Deputy General Counsel, Office of the Governor |

## Kentucky Department of Behavioral Health Developmental and Intellectual Disabilities Custodians

| | |
|---|---|
| Patti Clark | Division Director, Department of Behavioral Health Developmental and Intellectual Disabilities |
| Sarah Johnson | Director of Substance Abuse Disorder, Department of Behavioral Health Developmental and Intellectual Disabilities |
| Nikki Milward | Director, Division of Program Integrity, Department of Behavioral Health Developmental and Intellectual Disabilities |
| Jennifer Moore | Assistant Director, Department of Behavioral Health Developmental and Intellectual Disabilities |

| Maria Browning | Executive Staff Advisor, Department of Behavioral Health Developmental and Intellectual Disabilities |

**Kentucky Department of Public Health Custodians**

| Kyra Dailey | Director of Public Health Content, Department for Public Health |
| Holly Lafavers | Division of Program Standards, Department for Public Health |
| Michelle Malicote | School Health Branch Manager, Department for Public Health |
| Jan Bright | Nurse Services Administrator, Department for Public Health |
| Tracy Jewell | Senior Maternal and Child Health (MCH) Epidemiologist, Department for Public Health |
| Angie Brown | Nurse Consultant, Department for Public Health |
| Ellen Cartmell | Health Promotions Section Supervisor, Department for Public Health |

**Search Term Proposals for Kentucky Office of the Governor, Kentucky Department of Behavioral Health Developmental and Intellectual Disabilities, and Kentucky Department of Public Health**

**Search Strings for All Agencies**

| *Search Set 1 – Youth Use of Social Media Combined with Search Set 3 with AND Connector* |
|---|
| 1. ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ( OR practice* OR presentation OR  OR initiative* OR legislation OR advocacy OR lobby* OR  OR suspend* OR revok* OR fine* OR sanction* OR ban OR |

|   | |
|---|---|
|   | banned OR banning OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z"  OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)<br><br>"generation z" |

| | |
|---|---|
| *Search Set 2 – Youth Mental Health / Wellbeing Issues* | |
| 2. | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR  OR  OR  OR  OR alone OR OR OR) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 3. | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 4. | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR  OR  OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z"  OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

| | |
|---|---|
| 5. | ( OR  OR  OR fight* OR altercation OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 6. | ( OR  OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 7. | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 8. | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 9. | (negative w/3 (appearance OR experience OR affect* OR effect*)) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 10. | (compar* w/5 (appearance OR social OR other* OR negative)) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

| 11. | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
|---|---|
| 12. | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 13. | ( OR coronavirus OR OR lockdown OR "lock down" OR "locked down" OR quarantine OR "social distance" OR "social distancing") AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |
| 14. | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "generation z" OR "gen z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |