# Exhibit 11
# Louisiana Proposals

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Louisiana – Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on December 6, 2024, to the Louisiana (i) Department of Health, (ii) Office of Planning and Budget, (iii) Department of Education, (iv) Governor's Office, (v) Department of Children's and Family Services, and (vi) Department of Economic Development. At a high level, Meta's proposal involves using search combinations that require either "Social Media Terms," "Harm Terms," or "Other Case Issue Terms" to occur either (a) "within 50" of one of the following "Youth Terms" for high volume terms as determined by Louisiana's hit counts or (b) within the same document as the following "Youth Terms" for lower volume terms:

(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR scholar* OR School* OR student* OR pupil* OR grade*)

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **w/25** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR "fb" OR "ig" OR "yt" OR "tt" OR "dm*" OR "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/50** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **w/50** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **w/50** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |

1

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Louisiana – Meta Proposal**

| | |
|---|---|
| 5 | "Youth Terms" **w/50** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **w/50** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND** (eat* NEAR(3) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" **AND** (sleep* NEAR(3) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative NEAR(3) (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* NEAR(5) (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body NEAR(3) (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self NEAR(3) (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **w/50** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **w/50** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
| | **Other Case Issue Terms** |
| 15 | "Youth Terms" **w/50** (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide |

2

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Louisiana – Meta Proposal**

|   | OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
|---|---|

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Louisiana – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012, to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Louisiana AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Children & Family Services | David Matlock* | Secretary |
| Dept. of Children & Family Services | Aly Rau* | Deputy Secretary |
| Dept. of Children & Family Services | Rebecca Harris* | Undersecretary |
| Dept. of Children & Family Services | Rebecca Hook* | Director of Medical Services, Child Welfare Division |
| Dept. of Children & Family Services | Mona Chapman* | Deputy Assistant Secretary |
| Dept. of Children & Family Services | Kim Chachere* | Child Welfare Consultant |
| Dept. of Children & Family Services | Christy Tate* | Child Welfare Manager |
| Dept. of Children & Family Services | Connie Guillory* | Child Welfare Manager |
| Dept. of Children & Family Services | Leslie Calloway* | Deputy Assistant Secretary |
| Dept. of Children & Family Services | Sammy Guillory* | Assistant Secretary |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Louisiana – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Children & Family Services | Lorrie Briggs* | Deputy Assistant Secretary |
| Dept. of Children & Family Services | Monica Brown* | Deputy Assistant Secretary |
| Dept. of Children & Family Services | William Tilley* | Deputy Assistant Secretary, Child Support Enforcement |
| Dept. of Children & Family Services | Amy Whitehead* | Press Secretary, Communications Director |
| Dept. of Children & Family Services | Bret Hanemann * | Director of Governmental Affairs |
| Dept. of Children & Family Services | Ricky Montet * | Director of Emergency Preparedness |
| Dept. of Children & Family Services | Jessica Jones* | Chief Human Capital Officer |
| Office of Planning & Budget | Ternisa Hutchinson* | Prevention Consultant |
| Dept. of Education | Cade Brumley* | Superintendent of Education |
| Dept. of Education | John White* | Former Superintendent of Education (2012-2023) |
| Governor's Office | Jeff Landry* | Governor |
| Governor's Office | Angelique Freel* | Executive Counsel to the Governor |
| Dept. of Health | Emma Herrock* | Justice Involved Svcs. Coordinator |
| Dept. of Health | Bryan Hardy* | Medicaid Program Manager |
| Dept. of Health | Quinetta Womack* | Deputy Assistant Secretary, Office of Behavioral Health |
| Dept. of Health | Marisa Beard* | Director of Addiction Enhancements & Accountability |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Louisiana – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Health | Karen Stubbs* | Assistant Secretary, Office of Behavioral Health |
| Dept. of Health | Ashley Jefferson* | Senior Advisor, Office of Behavioral Health |
| Dept. of Health | Robyn Thomas* | Suicide Prevention Coordinator |
| Dept. of Health | Garcia Bodley* | Louisiana Spirit Program Director |
| Dept. of Health | Beth Morgan* | Program Manager |
| Dept. of Health | Avis Richard* | Director |
| Dept. of Health | Tiffany Treadway* | Unknown |
| Dept. of Health | Kelly Zimmerman* | Special Projects Director, Bureau of Health Services Financing (Medicaid) |
| Dept. of Health | Dawn Love* | Public Affairs, Bureau of Health Services Financing (Medicaid) |
| Dept. of Economic Development | Robin Porter* | Executive Counsel |

6

**Louisiana's Proposed Search Terms:**

"Social Media" OR "SMP" AND "Youth"

"Social Media" OR "SMP" AND "Young Users"

"Social Media" OR "SMP" AND "Minors"

"Social Media" OR "SMP" AND "App Usage"

"Social Media" OR "SMP" AND "Mental Health"

"Social Media" OR "SMP" AND "Negative Effects"

"Social Media" OR "SMP" AND "Wellbeing"

"Social Media" OR "SMP" AND "Addiction"

"Social Media" OR "SMP" AND "Suicide"

"Social Media" OR "SMP" AND "Self-harm"

"Social Media" OR "SMP" AND "Compulsive Use"

"Social Media" OR "SMP" AND "Depression"

"Social Media" OR "SMP" AND "Anxiety"

"Social Media" OR "SMP" AND "Sleep Disturbances"

"Meta" OR "Facebook" OR "Instagram" AND "Youth"

"Meta" OR "Facebook" OR "Instagram" AND "Young Users"

"Meta" OR "Facebook" OR "Instagram" AND "Minors"

"Meta" OR "Facebook" OR "Instagram" AND "App Usage"

"Meta" OR "Facebook" OR "Instagram" AND "Mental Health"

"Meta" OR "Facebook" OR "Instagram" AND "Negative Effects"

"Meta" OR "Facebook" OR "Instagram" AND "Wellbeing"

"Meta" OR "Facebook" OR "Instagram" AND "Addiction"

"Meta" OR "Facebook" OR "Instagram" AND "Suicide"

"Meta" OR "Facebook" OR "Instagram" AND "Self-harm"

"Meta" OR "Facebook" OR "Instagram" AND "Compulsive Use"

"Meta" OR "Facebook" OR "Instagram" AND "Depression"

"Meta" OR "Facebook" OR "Instagram" AND "Anxiety"

"Meta" OR "Facebook" OR "Instagram" AND "Sleep Disturbances"

**State Agencies Custodians:**

*Louisiana Department of Health:*

- Bryan Hardy
- Quinetta Womack
- Marisa Beard
- Karen Stubbs
- Leslie Freeman
- Ashley Jefferson
- Robyn Thomas
- Garcia Bodley
- Beth Morgan
- Emma Herrock
- Avis Richard
- Tiffany Treadway
- Kelly Zimmerman
- Dawn Love

*Louisiana Office of Planning and Budget:*

- Ternisa Hutchinson

*Louisiana Department of Education:*

- Dr. Cade Brumley
- Dr. John White

*Louisiana Governor's Office*

- Jeff Landry
- Angelique Freel

*DCFS*

- David Matlock
- Aly Rau
- Rebecca Harris
- Rebecca Hook
- Mona Chapman
- Kim Chachere
- Christy Tate
- Connie Guillory
- Leslie Calloway

- Sammy Guillory
- Lorrie Briggs
- Monica Brown
- William Tilley
- Amy Whitehead
- Bret Hanemann
- Ricky Montet
- Director Jessica Jones

*LED*

- Robin Porter