# Exhibit 12
# Maine Proposals

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Maine – Meta Proposal

.

**Search Terms:** Meta made its most recent proposal on December 9, 2024 to: Department of Education, Department of Health and Human Services, Division of Administration and Finance, the Governor's Office. Meta agreed to de-prioritize the Department of Economic and Community Development. At a high level, Meta's proposal involves using search combinations that require "Social Media Terms" or "Harm Terms" to occur "within 200" of one of the proposed "Youth Terms".

|   | **Search Set 1 – Youth Use of Social Media** |
|---|---|
| 1. | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
|   | **Search Set 2 – Youth Mental Health / Wellbeing Issues** |
| 2. | (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR anxious* OR anxiety OR anxieties OR anti-anxi* OR depress* OR antidepress* OR reclus* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therapy OR therapies OR therapeutic OR counsel* OR treatment*) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 3. | ("pro-ana" OR "BMI" OR overweight OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 4. | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR extort OR exploit*) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Maine – Meta Proposal**

|   |   |
|---|---|
|   | 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 5. | (violen* OR abus* OR assault* OR altercation OR misbehav* OR misconduct* OR shoot* OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 6. | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 7. | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 8. | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 9. | (negative w/3 (appearance OR experience OR affect* OR effect*)) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 10. | (compar* w/5 (appearance OR social OR other* OR negative)) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Maine – Meta Proposal**

|    |    |
|----|----|
|    | OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 11. | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 12. | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 13. | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 14. | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
| 15. | "ACE" OR "ACEs" OR "adverse childhood experience" OR "adverse childhood experiences" |
|    | **Search Set 3 – Other Case Issues** |
| 16. | (policy OR policies OR practice OR practices OR presentation OR assembl* OR initiative* OR interven* OR legislation OR legislate OR legislature OR legislations OR advocacy OR lobby* OR suspend* OR revok* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") **w/200** (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Maine – Meta Proposal**

|  | OR "gen* alpha" OR gen-a* OR scholar* or School* OR student* OR pupil* OR grade*) |
|---|---|

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Maine – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Maine AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Department of Administrative and Financial Services | Nicholas Marquis* | Chief Information Officer |
| Department of Administrative and Financial Services | Fred Brittain* | Former Chief Information Officer |
| Department of Administrative and Financial Services | Andy Smith* | Former Chief Information Officer |
| Department of Administrative and Financial Services | Jim Smith* | Former Chief Information Officer |
| Governor's Office | Anna Hicks* | Office of Policy Innovation, Children's Cabinet Coordinator |
| Governor's Office | Timothy Feeley* | Deputy General Counsel |
| Governor's Office | Scott Ogden* | Deputy Chief of Staff for Communications Strategy |
| Governor's Office | Sarah Ward* | Director of Constituent Services |
| Department of Health and Human Services | Sheila Nelson* | Division of Disease Prevention, Adolescent Health and Injury Prevention Program Manager |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Maine – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Health and Human Services | Hayley Pawloski* | Division of Disease Prevention, Adolescent Health and Injury Prevention MIYHS Coordinator |
| Department of Health and Human Services | Mary Caron* | Division of Disease Prevention, Adolescent Health and Injury Prevention Suicide Prevention Coordinator |
| Department of Health and Human Services | Aaron Burke* | Division of Disease Prevention, Adolescent Health and Injury Prevention Suicide Grant Coordinator |
| Department of Health and Human Services | Elizabeth Palazzo* | Division of Disease Prevention, Tobacco and Substance Use Prevention Program Director |
| Department of Health and Human Services | Davide Pied* | Public Health Communications Senior Manager |
| Department of Health and Human Services | Rebecca Taylor* | Office of Data and Quality, Deputy Director |
| Department of Health and Human Services | Johanna Buzzell* | Office of Data and Quality, former Supervisor |
| Department of Health and Human Services | Jennifer Sedivy* | Office of Data and Quality, former Supervisor |
| Department of Health and Human Services | Abby Bridgers* | Office of Data and Quality, Data Analyst |
| Department of Health and Human Services | Julia Mason* | Office of Data and Quality, Statistician |
| Office of Behavioral Health, | Dean Bugaj* | Associate Director |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Maine – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Child Behavioral Health Services | | |
| Office of Behavioral Health, Child Behavioral Health Services | Ellie Larrabee* | Crisis Program Specialist |
| Department of Education | Julie A. Smyth* | School & Student Supports, Director |
| Department of Education | Carolyn Gross* | School & Student Supports, Health Consultant |
| Department of Education | Beth Lambert* | Chief Teaching and Learning Officer |

**CUSTODIANS**

Department of Health and Human Services

For the Department of Health and Human Services (DHHS), the Maine Attorney General proposes custodians from three offices within DHHS: the Maine Center for Disease Control and Prevention (CDC), the Office of Aging and Disability Services (OADS), and the Office of Behavioral Health (OBH).

CDC

1. Sheila Nelson, Division of Disease Prevention, Adolescent Health and Injury Prevention, Health Program Manager
2. Hayley Pawloski, Division of Disease Prevention, Adolescent Health and Injury Prevention, MIYHS Coordinator
3. Mary Caron, Division of Disease Prevention, Adolescent Health and Injury Prevention, Suicide Prevention Coordinator
4. Aaron Burke, Division of Disease Prevention, Adolescent Health and Injury Prevention, Suicide Grant Coordinator
5. Elizabeth Palazzo, Division of Disease Prevention, Tobacco and Substance Use Prevention, Program Director
6. David Pied, Public Health Communications Senior Manager

OADS

7. Elizabeth Hopkins, Developmental Disability and Brain Injury, Associate Director
8. Lorrie Mitchell, Crisis Team Program Administrator
9. Angie Marquis, Crisis Team Program Administrator (former)
10. Karen Mason, Crisis Team Program Administrator (former)

OBH

11. Dean Bugaj, CBHS, Associate Director
12. Ellie Larrabee, CBHS, Crisis Program Specialist
13. Jessica Benson-Yang, Office of Data and Quality, Associate Director
14. Rebecca Taylor, Office of Data and Quality, Deputy Director (former)
15. Johanna Buzzell, Office of Data and Quality, Supervisor (former)
16. Abby Bridgers, Office of Data and Quality, Data Analyst
17. Julia Mason, Office of Data and Quality, Statistician
18. Jennifer Sedivy, Office of Data and Quality, Supervisor (former)

Governor's Office

For the Governor's office, the Maine Attorney General proposes as custodians staff responsible for legal, communications, and constituent services and the Children's Cabinet, a body within the Governor's Office of Policy Innovation and the Future that coordinates services

and programs directed toward the health and wellbeing of children across Maine's state government agencies.

19. Ana Hicks, Office of Policy Innovation and the Future, Human Services, Policy Director, Children's Cabinet Coordinator
20. Tim Feeley, Deputy General Counsel
21. Scott Ogden, Deputy Chief of Staff for Communications and Strategy
22. Sarah Ward, Director of Constituent Services

**SEARCH TERMS**

With respect to the custodians identified herein, the Maine Attorney General proposes to search for ESI using the following search terms and string:

(adolescen* OR child* OR minor* OR juvenile* OR kid* OR preteen* OR pre-teen* OR teen* OR tween* OR underage* OR under-age* OR young OR youth* OR student* OR (year* NEAR(2) old) OR (year* NEAR(2) age) OR "under 13" OR "under thirteen" OR "under 18" OR "under eighteen" OR "under 21" OR "under twenty-one" OR "under twenty one")

NEAR(7) (well-being OR wellbeing OR wellness OR wellness* OR "mental health" OR depress* OR anxiet* OR suicid* OR "self-harm" OR "compuls* use" OR misuse* OR misusing OR esteem OR self-esteem OR "self esteem" OR addict* OR "eating disorder" OR "eating disorders" OR dysmorphia OR bully* OR bullied OR "social comparison" OR insomnia OR ((sleep* NEAR(2) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab*)) OR ("social media" OR platform* OR "SMP" OR Meta OR Facebook OR Instagram OR Snapchat OR Snap OR TikTok OR "Tik Tok" OR YouTube OR Twitter OR "X" OR Pinterest OR LinkedIn OR BeReal OR Lapse OR Reddit OR Threads OR VSCO OR Goodreads OR Quora OR Discord OR Twitch OR Tumblr OR filter*)

## MAINE STATE AGENCY CUSTODIANS

Department of Administrative and Financial Services (DAFS)

| | |
|---|---|
| Nicholas Marquis, CIO | **NYFA** |
| Fred Brittain, CIO (former) | **NYFA** |
| Andy Smith, CIO (former) | **NYFA** |
| Jim Smith, CIO (former) | **NYFA** |

Governor's Office

| | |
|---|---|
| Ana Hicks, Office of Policy Innovation, Children's Cabinet Coordinator | **NYFA** |
| Tim Feeley, Deputy General Counsel | **NYFA** |
| Scott Ogden, Deputy Chief of Staff for Communications and Strategy | **NYFA** |
| Sarah Ward, Director of Constituent Services | **NYFA** |

Department of Health and Human Services (DHHS)

    Maine Center for Disease Control (Maine CDC)

| | |
|---|---|
| Sheila Nelson, Division of Disease Prevention, Adolescent Health and Injury Prevention, Health Program Manager | **YFA** |
| Hayley Pawloski, Division of Disease Prevention, Adolescent Health and Injury Prevention, MIYHS Coordinator | **YFA** |
| Mary Caron, Division of Disease Prevention, Adolescent Health and Injury Prevention, Suicide Prevention Coordinator | **YFA** |
| Aaron Burke, Division of Disease Prevention, Adolescent Health and Injury Prevention, Suicide Grant Coordinator | **YFA** |
| Elizabeth Palazzo, Division of Disease Prevention, Tobacco and Substance Use Prevention, Program Director | **NYFA** |
| David Pied, Public Health Communications Senior Manager | **NYFA** |

    Office of Behavioral Health (OBH), Child Behavioral Health Services (CBHS)

| | |
|---|---|
| Dean Bugaj, Associate Director | **YFA** |
| Ellie Larrabee, Crisis Program Specialist | **YFA** |

    Office of Data and Quality

| | |
|---|---|
| Jessica Benson-Yang, Associate Director | **NYFA** |
| Rebecca Taylor, Deputy Director (former) | **NYFA** |
| Johanna Buzzell, Supervisor (former) | **NYFA** |
| Jennifer Sedivy, Supervisor (former) | **NYFA** |
| Abby Bridgers, Data Analyst | **NYFA** |
| Julia Mason, Statistician | **NYFA** |

Department of Education (DOE)

| | |
|---|---|
| Julie A. Smyth, School & Student Supports, Director | **YFA** |
| Carolyn Gross, School & Student Supports, Health Consultant | **YFA** |
| Beth Lambert, Chief Teaching and Learning Officer | **YFA** |