# Exhibit 21 Pennsylvania Proposals

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Pennsylvania – Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on November 22, 2024 to the Pennsylvania (i) Department of Communities and Economic Development, (ii) Department of Education, (iii) Department of Health, (iv) Department of Human Services, (v) Governor's Office, and (vi) Office of the Budget.

At a high level, Meta's proposal involves using search combinations that require either "Social Media Terms" or substantive "Harm Terms" to occur together with an "AND" connector of one of the following "Youth Terms":

> (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **AND** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **AND** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **AND** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **AND** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Pennsylvania – Meta Proposal**

| | |
|---|---|
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" **AND** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
| | **Youth Social Media Policy Initiatives** |
| 15 | "Youth Terms" **AND** (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Pennsylvania – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Despite the Court's orders, Pennsylvania has yet to identify any custodians from the relevant agencies. Based on limited publicly-available information, Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Meta further requests that the Court require the Pennsylvania agencies to supplement this list with additional custodians that cover the full proposed time period and all relevant discovery topics within three days of the Court's order resolving this dispute. Meta reserves the right to request additional custodians in a meet and confer to be scheduled promptly after the agencies' disclosure of a supplemental proposed custodian set.

| Agency | Custodian | Title |
|---|---|---|
| Department of Communities and Economic Development | Rick Siger | Secretary |
| Department of Communities and Economic Development | Jen Gilburg | Deputy Secretary Technology and Entrepreneurship |
| Department of Communities and Economic Development | Brent Vernon | Sr. Managing Director Project & Account Management |
| Department of Communities and Economic Development | Aaron Pitts | Chief Commercial Officer Department of Community and Economic Development |
| DOE | Angela Fitterer | Acting Secretary of the Pennsylvania Department of Education |
| DOE | Shante' Brown | Deputy Secretary of Child Development and Early Learning |

3

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Pennsylvania – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| DOE | Dr. Carrie Rowe | Deputy Secretary of Elementary and Secondary Education |
| DOE | Dr. Gina Colarossi | Special Advisor to the Secretary |
| DOE | Cathy Hall | Special Assistant to the Secretary |
| DOE | Julie Kane | Director of Policy |
| DOE | Stephen Latanishen | Director of Legislative Affairs |
| DOE | Karen Molchanow | Executive Director State Board of Education |
| DOH | Dr. Debra L. Bogen | Secretary of Health |
| DOH | Kristen Rodack | Executive Deputy Secretary |
| DOH | Muneeza Iqbal | Deputy Secretary of Health Resources and Services |
| DOH | Cindy Findley | Deputy Secretary, Health Promotion and Disease Prevention |
| DHS | Valerie A. Arkoosh | Secretary of Human Services |
| DHS | Laval Miller-Wilson | Deputy of Office of Children, Youth, and Families |
| DHS | Shantè Brown | Deputy of Office of Child Development and Early Learning |
| DHS | Jen Smith | Deputy of Office of Mental Health and Substance Abuse Services |
| DHS | Hoa Pham | Deputy of Office of Income Maintenance |
| DHS | Scott Talley | Director of Bureau of Children's Behavioral Health Services |
| Governor's Office | Akbar Hossain | Secretary of Policy and Planning |

4

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Pennsylvania – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Governor's Office | Dr. Latika Davis-Jones | Secretary of the Department of Drug and Alcohol Programs |
| Office of the Budget | Uri Monson | Secretary of the Budget |
| Office of the Budget | Brenda Warburton | Executive Deputy Secretary of the Budget |
| Office of the Budget | Natalie Krug | Deputy Secretary for Budget Operations |