# Exhibit 24
# Washington Proposals

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

**Search Terms:** Meta made its most recent counterproposal on December 8, 2024 to Department of Health, Office of Financial Management, Office of the Governor, Board of Education, Department of Commerce, Department of Social and Health Services, Department of Children, Youth, and Families and the Health Care Authority, and Board of Health.

| | **Social Media Terms** |
|---|---|
| 1 | ("Social media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR viber OR threema OR wechat OR kik OR textplus OR wickr OR YikYak OR "Yik Yak" OR finsta OR YT OR TT OR DM* OR "direct message") **w/125** ("mental health" OR "behavioral health" OR "emotional health" OR "wellbeing" OR "well being" OR "well-being" OR "wellness" OR depress* OR anxiet* OR suicid* OR "self-harm" OR selfharm OR "self harm" OR addict* OR dependenc* OR habit* OR misuse OR bully* OR cyberbully* OR "body image" OR self-confidence OR "TMH" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR reclus* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR counsel* OR treatment*) |
| | **Harm Terms** |
| 2 | (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) **w/125** ("mental health" OR "behavioral health" OR "emotional health" OR "social health" OR "wellbeing" OR "well being" OR "well-being" OR depress* OR anxiety* OR suicid* OR self-harm OR addict* OR bully* OR cyberbully* OR "body image" OR self-confidence OR "TMH" OR OR anxi* OR anti-anxi* OR depress* OR antidepress* OR reclus* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia) |
| 3 | "Healthy Youth Survey*" |
| 4 | "Project Aware" |
| 5 | ("Social media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR viber OR threema OR wechat OR kik OR textplus OR wickr OR YikYak OR "Yik Yak" OR finsta OR YT OR TT OR DM* OR "direct message") **w/125** ("mental health" OR "behavioral health" OR "emotional health" OR "wellbeing" OR "well being" OR "well-being" OR "wellness" OR depress* OR anxiet* OR suicid* OR "self-harm" OR selfharm OR "self harm" OR addict* OR dependenc* OR habit* |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

| | |
|---|---|
| | OR misuse OR bully* OR cyberbully* OR "body image" OR self-confidence OR "TMH" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR reclus* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR counsel* OR treatment*) |
| 6 | (("Social media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR viber OR threema OR wechat OR kik OR textplus OR wickr OR YikYak OR "Yik Yak"OR finsta OR YT OR TT OR DM* OR "direct message") **w/150** (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) |
| 7 | "Dual Diagnos*" |
| 8 | (("mental health" OR "behavioral health" OR "emotional health" OR "social health") **w/20** (diagnos* OR assess* OR intak* OR domain*)) **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| 9 | (("GAIN" OR "GAINS") **w/10** (instrument* OR tool* OR assess* OR screen* OR diagnos*)) OR "GAIN-I" OR "GAIN-Q" OR "GAIN-SS" |
| 10 | (("mental health" OR "behavioral health" OR "emotional health" OR "social health") **w/20** medicat*) **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime) |
| 11 | Counsel* **w/10** (("mental health" OR "behavioral health" OR "emotional health" OR "wellbeing" OR "well being" OR "well-being" OR "wellness" OR depress* OR anxiet* OR suicid* OR "self-harm" OR selfharm OR "self harm" OR addict* OR dependenc* OR habit* OR misuse OR addict* OR bully* OR cyberbully* OR "body image" OR self-confidence OR "TMH" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR counsel* OR treatment*) **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| 12 | ("Mental Health Provider*" OR "Mental Health Service*") **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime) |
| 13 | BRS OR "Behavioral Residential Service*" |
| 14 | ("Group Care" OR "Group Home" OR (("high needs" OR rehabilitat* OR intensive OR treatment OR hospital OR "mental health" OR "wraparound" OR "wrap-around") **w/10** |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

| | |
|---|---|
| | (placement OR program*))) **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| 15 | ((need* OR service* OR "mental health") **w/10** (teen* OR youth* OR young OR child* OR kid*)) **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| 16 | ((diagnos* OR assess*) **w/20** (depression OR anxiet* OR ADHD OR ADD OR "Attention Deficit Hyperactivity Disorder" OR "Attention Deficit Disorder")) **w/20** ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| 17 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) **w/125** ("mental health" OR "behavioral health" OR "emotional health" OR "social health" OR "wellbeing" OR "well being" OR "well-being" OR depress* OR anxiety* OR suicid*OR self-harm OR addict* OR bully* OR cyberbully* OR "body image" OR self-confidence OR "TMH" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR therap* OR counsel* OR treatment*) **w/10** (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13") |
| 18 | "ACE*" OR "adverse childhood experience" OR "adverse childhood experiences" |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2024 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Washington AG's office during the course of the Parties' negotiations. To the extent the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

The Washington Attorney General's Office has not proposed custodians for the Washington Board of Health, nor has it produced information that is sufficient to allow Meta to identify a representative set of custodians that covers the relevant time period and subject matter for this agency. Accordingly, Meta requests that the Court require the Washington Board of Health to identify custodians that meet that criteria within three days of the Court's order resolving this dispute. Meta reserves the right to request additional custodians in a meet and confer to be scheduled promptly after the agencies' disclosure of an initial proposed custodian set.

| Custodian | Agency | Custodian | Agency |
|---|---|---|---|
| Abell, Emily* | Department of Commerce | Chancellor, Jennifer* | Office of the Governor |
| Areiza, Ileana* | Department of Commerce | Gupta, Rashi* | Office of the Governor |
| Asphy, Nicole* | Department of Commerce | Leaders, Amber* | Office of the Governor |
| Colton-Suver, Annie* | Department of Commerce | Mineshita, Taku* | Office of the Governor |
| Danz, Karen* | Department of Commerce | Thompson, Maddy* | Office of the Governor |
| Davis, Matt* | Department of Commerce | Bulger, Ace* | Health Care Authority |
| Fall, Isaac* | Department of Commerce | Claycamp, Teresa* | Health Care Authority |

4

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

| Custodian | Agency | Custodian | Agency |
|---|---|---|---|
| Feeley, Erin* | Department of Commerce | Cockrell, Diana* | Health Care Authority |
| Franco, Brianna* | Department of Commerce | Kirschbaum, Teesha* | Health Care Authority |
| Hanson, Christopher* | Department of Commerce | Mariani, Sarah* | Health Care Authority |
| Hemphill, Johnathan* | Department of Commerce | Mbajah, Enos* | Health Care Authority |
| Mckee, Gaia* | Department of Commerce | Wohletz, Sonya* | Health Care Authority |
| Thompson, Gina* | Department of Commerce | Chapman-See, Katherine* | Office of Financial Management |
| Tonn, Chelsea* | Department of Commerce | Snell, Nona* | Office of Financial Management |
| Coil, Alice* | Department of Children, Youth, and Families and the Health Care Authority | Williams, Robyn* | Office of Financial Management |
| Green, Natalie* | Department of Children, Youth, and Families and the Health Care Authority | Bahl, Seema* | Board of Education |
| Heddin, Jenny* | Department of Children, Youth, and Families and the Health Care Authority | Bergeson, Mark* | Board of Education |
| Hunter, Ross* | Department of Children, Youth, and Families and the Health Care Authority | Bobyleva, Viktoria* | Board of Education |
| Ives, Tleena* | Department of Children, Youth, and Families and the | Carretero, Yazmin* | Board of Education |

5

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

| Custodian | Agency | Custodian | Agency |
|---|---|---|---|
| | Health Care Authority | | |
| Krutsinger, Allison* | Department of Children, Youth, and Families and the Health Care Authority | Kaltenfeldt, Colton* | Board of Education |
| Lindeblom, Erik* | Department of Children, Youth, and Families and the Health Care Authority | Matthews, Arielle* | Board of Education |
| Newkirk, Rene* | Department of Children, Youth, and Families and the Health Care Authority | Mulhausen, Nicole* | Board of Education |
| Ordway, Frank* | Department of Children, Youth, and Families and the Health Care Authority | Muller, Alissa* | Board of Education |
| Perez, Dorene* | Department of Children, Youth, and Families and the Health Care Authority | Parr, Andrew* | Board of Education |
| Reeves, Ruben* | Department of Children, Youth, and Families and the Health Care Authority | Ricks, Anna* | Board of Education |
| Rodriguez, Marcos* | Department of Children, Youth, and Families and the Health Care Authority | Schultz, J Lee* | Board of Education |
| Rose, Nicole* | Department of Children, Youth, and Families and the Health Care Authority | Spaulding, Randy* | Board of Education |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

| Custodian | Agency | Custodian | Agency |
|---|---|---|---|
| Upton, Felice* | Department of Children, Youth, and Families and the Health Care Authority | Verd, Jacki* | Board of Education |
| Veele, Sarah* | Department of Children, Youth, and Families and the Health Care Authority | Dewalt, Francesca* | Department of Social and Health Services |
| Williams, Jennifer* | Department of Children, Youth, and Families and the Health Care Authority | Knudson, Erik* | Department of Social and Health Services |
| Ybarra, Vickie* | Department of Children, Youth, and Families and the Health Care Authority | Lexcel, Franes* | Department of Social and Health Services |
| Amiya, Rachel M* | Department of Health | Logan, Erik* | Department of Social and Health Services |
| Bates, Alexis R* | Department of Health | Martinez, Denise* | Department of Social and Health Services |
| Gaynaliy, Vadim* | Department of Health | Shirley, Brian* | Department of Social and Health Services |
| Ghaffar, Rabeeha* | Department of Health | | |
| Jones, Remeka* | Department of Health | | |
| Matheson, Jasmine S* | Department of Health | | |
| Payne, Melanie M* | Department of Health | | |
| Simckes, Maayan S* | Department of Health | | |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Washington – Meta Proposal**

| Custodian | Agency | Custodian | Agency |
|---|---|---|---|
| Stone, Emma* | Department of Health | | |
| White, Debbie* | Department of Health | | |

| WA State-Proposed Search Terms: 12/9/2024 |
|---|
| Scope and Parameters<br><br>Our search term proposal is subject to agency approval, ESI validation protocol, and includes some terms of art only appropriate for certain agencies. Further, in a 12/4 meet and confer, there was an understanding that search terms are not appropriate for email inboxes of individuals that share sensitive and protected client/patient information via email. For those individuals, search terms will be run on their non-email and non-client/patient files. Searches will date back to 2012 for Rule 45 agencies and 2015 for Rule 34 agencies. |
| **Proposed search terms – All agencies** |
| (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*") w/20("mental health" OR "behavioral health" OR "emotional health" OR "social health" OR "wellbeing" OR "well being" OR "well-being" OR depress* OR anxiety* OR suicid* OR self-harm OR addict* OR bully* OR cyberbully* OR "body image" OR self-confidence OR "ACE*" OR "adverse childhood experience" OR "adverse childhood experiences" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR reclus*) |
| ("Social media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Reddit OR Tumblr OR finsta OR YT OR TT OR DM* OR "direct message") w/20 ("mental health" OR "behavioral health" OR "emotional health" OR "wellbeing" OR "well being" OR "well-being" OR "wellness" OR depress* OR anxiet* OR suicid* OR "self-harm" OR selfharm OR "self harm" OR addict* OR dependenc* OR habit* OR misuse OR bully* OR cyberbully* OR "body image" OR self-confidence OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress |
| (("Social media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Reddit  OR Tumblr OR finsta OR YT OR TT OR DM* OR "direct message") w/20 (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*") |
| (("mental health" OR "behavioral health" OR "emotional health" OR "social health") w/20 (diagnos* OR assess* OR intak* OR domain*)) w/20 ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) w/10 ("mental health" OR "behavioral health" OR "emotional health" OR "social health" OR "wellbeing" OR "well being" OR |

| |
|---|
| "well-being" OR depress* OR anxiety* OR suicid* OR self-harm OR addict* OR bully* OR cyberbully* OR "body image" OR self-confidence OR anxi* OR anti-anxi* OR depress* OR antidepress* w/10 (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13") |
| Counsel* w/10 (("mental health" OR "behavioral health" OR "emotional health" OR "wellbeing" OR "well being" OR "well-being" OR "wellness" OR depress* OR anxiet* OR suicid* OR "self-harm" OR selfharm OR "self harm" OR addict* OR dependenc* OR habit* OR misuse OR addict* OR bully* OR cyberbully* OR "body image" OR self-confidence OR "ACE*" OR "adverse childhood experience" OR "adverse childhood experiences" OR anxi* OR anti-anxi* OR depress* OR antidepress* w/20 ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| **Proposed search terms – Terms of art as identified by WA State agencies, applicable to the agency providing the term** |
| (("GAIN" OR "GAINS") w/10 (instrument* OR tool* OR assess* OR screen* OR diagnos*)) OR "GAIN-I" OR "GAIN-Q" OR "GAIN-SS" w/10 (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13") |
| ("Mental Health Provider*" OR "Mental Health Service*") w/20 ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime) |
| BRS OR "Behavioral Residential Service*" w/10 (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13") |
| ("Group Care" OR "Group Home" OR (("high needs" OR rehabilitat* OR intensive OR treatment OR hospital OR "mental health" OR "wraparound" OR "wrap-around") w/10 (placement OR program*))) w/20 ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| ((need* OR service* OR "mental health") w/10 (teen* OR youth* OR young OR child* OR kid*)) w/20 ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| ((diagnos* OR assess*) w/20 (depression OR anxiet* OR ADHD OR ADD OR "Attention Deficit Hyperactivity Disorder" OR "Attention Deficit Disorder")) w/20 ("Social Media" OR META OR Facebook OR Instagram OR Insta OR FB OR IG OR screentime OR "screen time") |
| "Healthy Youth Survey*" |
| "Project Aware" |

"Dual Diagnos*" w/10 (teen* OR youth* OR young OR child* OR kid* OR tween* OR adolescen* OR minor* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13")

## Washington State

**META Matter: State Agencies' Custodians List (12/9/24)**

| Name | Agency |
|---|---|
| Bell, Ashley | BOH |
| Davis, Michelle | BOH |
| Dinardo, Molly | BOH |
| Haag, Hannah | BOH |
| Huynh, Linhphung | BOH |
| Kamali, Andrew | BOH |
| Lang-Perez, Cait | BOH |
| Larson, Michelle | BOH |
| Abell, Emily | Commerce |
| Areiza, Ileana | Commerce |
| Asphy, Nicole | Commerce |
| Colton-Suver, Ann | Commerce |
| Danz, Karen | Commerce |
| Davis, Matt | Commerce |
| Fall, Isaac | Commerce |
| Feeley, Erin | Commerce |
| Foster, Timmie | Commerce |
| Franco, Brianna | Commerce |
| Fullerton, Jess | Commerce |
| Hanson, Christopher | Commerce |
| Harrison, Sarah | Commerce |
| Helfer, Amanda | Commerce |
| Hemphill, Johnathan | Commerce |
| Jones, Taye | Commerce |
| Mckee, Gaia | Commerce |
| Parrish, Ellie | Commerce |
| Parsley, Emily | Commerce |
| Price, Joseph | Commerce |
| Rodgers, Mackenzie | Commerce |
| Rogers, Paris | Commerce |
| Sanchez Ford, Amanda | Commerce |
| Sieler, Amanda | Commerce |
| Thompson, Gina | Commerce |
| Tonn, Chelsea | Commerce |
| Wolff, Leslie | Commerce |
| Wyrobek, Jamie | Commerce |
| Coil, Alice | DCYF |
| Green, Natalie | DCYF |
| Heddin, Jenny | DCYF |
| Hunter, Ross | DCYF |
| Ives, Tleena | DCYF |
| Krutsinger, Allison | DCYF |

## Washington State
### META Matter: State Agencies' Custodians List (12/9/24)

| Name | Agency |
|---|---|
| Lindeblom, Erik | DCYF |
| Newkirk, Rene | DCYF |
| Ordway, Frank | DCYF |
| Perez, Dorene | DCYF |
| Reeves, Ruben | DCYF |
| Rodriguez, Marcos | DCYF |
| Rose, Nicole | DCYF |
| Upton, Felice | DCYF |
| Veele, Sarah | DCYF |
| Williams, Jennifer | DCYF |
| Ybarra, Vickie | DCYF |
| Amiya, Rachel M | DOH |
| Bates, Alexis R | DOH |
| Ferris, Amy | DOH |
| Gaynaliy, Vadim | DOH |
| Ghaffar, Rabeeha | DOH |
| Jones, Remeka | DOH |
| Matheson, Jasmine S | DOH |
| Payne, Melanie M | DOH |
| Perez, Elizabeth | DOH |
| Peterson, Kristin I | DOH |
| Santoyo, Amber | DOH |
| Simckes, Maayan S | DOH |
| Stone, Emma | DOH |
| White, Debbie | DOH |
| Dewalt, Francesca | DSHS |
| Knudson, Erik | DSHS |
| Lexcel, Frances | DSHS |
| Logan, Erik | DSHS |
| Martinez, Denise | DSHS |
| Shirley, Brian | DSHS |
| Chancellor, Jennifer | GOV |
| Colvin, Jeanne | GOV |
| Forester, Sydney | GOV |
| Gupta, Rashi | GOV |
| Leaders, Amber | GOV |
| Mineshita, Taku | GOV |
| Thompson, Maddy | GOV |
| Bulger, Ace | HCA |
| Claycamp, Teresa | HCA |
| Cockrell, Diana | HCA |
| Kirschbaum, Teesha | HCA |

**Washington State**

**META Matter: State Agencies' Custodians List (12/9/24)**

| Name | Agency |
|------|--------|
| Mariani, Sarah | HCA |
| Mbajah, Enos | HCA |
| Wohletz, Sonya | HCA |
| Chapman-See, Katherine | OFM |
| Snell, Nona | OFM |
| Williams, Robyn | OFM |
| Bahl, Seema | SBE |
| Bergeson, Mark | SBE |
| Bobyleva, Viktoria | SBE |
| Carretero, Yazmin | SBE |
| Kaltenfeldt, Colton | SBE |
| Matthews, Arielle | SBE |
| Mulhausen, Nicole | SBE |
| Muller, Alissa | SBE |
| Parr, Andrew | SBE |
| Ricks, Anna | SBE |
| Schultz, J Lee | SBE |
| Spaulding, Randy | SBE |
| Verd, Jacki | SBE |

| Custodian Count: | 103 |
|------|------|

1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC, | MDL No.   3047<br><br>Case Nos.   4:23-cv-05448-YGR<br>           4:23-cv-05885-YGR<br>           4:24-cv-00805-YGR |
| Office of the Attorney General, State of Florida, Department of Legal Affairs<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC., Meta Payments, Inc. | **DECLARATION OF ALEXANDRA KORY REGARDING UNDUE BURDENS OF STATE AGENCIES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| State of Montana, *ex rel.* Austin Knudsen, Attorney General<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Siculus, Inc. | |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805. | |

1    I, Alexandra Kory, hereby declare and state as follows:

2    1.    I am an Assistant Attorney General and lead counsel for the Consumer Protection

3    Division of the Washington State Office of the Attorney General in this litigation.

4    2.    On December 3, 2024, I sent an email to the lead attorneys for each Washington

5    State agency that has been ordered to participate in discovery requesting a "short summary of

6    any unique burden or challenge to [their] agency client in producing discovery for Meta." Their

7    responses are summarized below.

8    **Department of Commerce**

9    3.    Technical limitations require 2 to 4 hours to upload each custodial email account.

10    Uploading cannot be done remotely and must be done at Commerce headquarters. Staff who work

11    remotely have had to alter work schedules to accommodate this, which has HR implications as to

12    conditions of employment and conditions of collective bargaining agreements.

13    4.    Due to staffing shortages, with limited availability of records staff and IT staff

14    assistance, responding to discovery in this matter conflicts with other time-sensitive legal

15    responsibilities of staff to respond to requests under the Public Records Act.

16    5.    A fire in agency headquarters diverted staff and shut down staff access to building

17    for two weeks. Uploading files could not be done remotely.

18    6.    A Microsoft enterprise-wide technical issue prevented upload of custodial files for

19    several days.

20    7.    Pre-scheduled staff leave days delayed information regarding custodians prior to

21    Thanksgiving and may occasion further delays during the winter holidays.

22    **State Board of Education**

23    8.    The State Board of Education (SBE) has fewer than 15 staff, with no full-time

24    discovery coordinator, risk manager, or similar position.  SBE staff, in particular the Executive

25    Director and Executive Assistant, must thus set aside the agency's core work to respond to Meta.

26    9.    SBE relies on an outside agency for its information technology (IT) services,

27    including electronic processes to search and gather SBE electronic records. This required external

28    coordination creates additional delay.

10.     Using SBE's established protocols and available technology, it is currently taking several hours to upload each .pst file containing email for a single custodian. SBE presently estimates that it will take at least 80 hours to upload outstanding email files from one custodian alone to the discovery vendor.

11.     SBE is still working to obtain records from former employees that may have responsive records.

12.     The SBE employee managing SBE's production has significant conflicts with her professional duties between now and the end of December. These include required meetings, processing time-sensitive and detailed holiday travel paperwork for the department, her own scheduled medical appointments, her own scheduled vacation at the end of the month, processing public records requests that must be responded to within five days, and significant time commitments onboarding several new employees.

**Office of Financial Management**

13.     Between October and December each even-numbered year, OFM's budget division develops the Governor's biennial budget proposal to the legislature, which has a statutory due date of December 20.

14.     This is OFM's busiest time and producing the Governor's budget takes absolute priority over all other activities.

15.     Production of the new budget is particularly challenging this year due to the state's significant budget deficit.

16.     All of the staff likely to have responsive records are in OFM's budget division and have been heavily engaged in budget development since October, working nights and weekends since mid-November.

17.     All staff with primary responsibility for handling discovery responses for OFM are similarly engaged in budget development.

18.     Attempting to meet the tight Meta discovery deadlines during budget development is therefore extremely challenging and burdensome for the agency.

**Department of Children, Youth, and Families**

19.    DCYF's search has turned up a large number of records. Due to the likelihood of confidential information in DCYF emails those records need to be reviewed manually if DCYF wants to ensure that no confidential information is released.

20.    Uploading files is a time-consuming process and renders the uploading computer unusable for other work during the upload.

21.    There are staffing shortages due to upcoming vacations and a current hiring freeze imposed by the Governor.

22.    The attorney responsible for coordinating DCYF's discovery in this matter is in mediations or case evaluations every day except for three until December 20, when he begins a scheduled vacation. Of the three remaining days, he is in a department conference for two. This schedule severely curtails his ability to participate in the discovery process.

23.    DCYF's primary e-discovery expert has been out of the office, returning the week of December 9.

**Governor's Office**

24.    Washington elected a new Governor in November, and the transition to the new administration in January 2025 poses a significant challenge. Although the public records director will continue in the next administration, many other key staff will be onboarding and taking over the discovery work for this matter.

25.    Additionally, the Governor's office is archiving 12 years' worth of records for the outgoing Governor. Once items are archived, there will be an additional step to retrieve them.

26.    Finally, the initial search took hours because the proposed terms were broad. And that was without the upload of any files. With broad search terms, the time to upload custodial files will also take a longer time.

**Department of Social and Health Services**

27.    DSHS is the largest State agency in Washington, and provides a wide range of services to individuals and families across the State, including food, medical, and cash public assistance programs, as well as services for vulnerable adults, elderly care, and behavioral health

1  supports  As a result, it generates vast amounts of records and data across this broad range of

2  topics, requiring significant staff time spent searching for and producing responsive records.

3      28.     Most records related to services provided by DSHS are confidential under state and

4  federal law, including RCW Chapter 70.02 and HIPAA. Even with individual client files not being

5  requested, all responsive records will still need to be reviewed prior to release to ensure

6  confidentiality. For instance, if a particular report or study references client names or medical

7  information, these would need to be reviewed and de-identified prior to release.

8      29.     Initial discussions with Meta in early September raised the issue of providing

9  responsive records in installments. Meta indicated no specific disagreement with this approach.

10  Now, given the Court's timeline, production in installments appears improbable.

11  **Department of Health**

12      30.     The sheer quantity of records requested may lead to technical challenges within the

13  agency's data-management system.

14  **Board of Health**

15      31.     Meta's requested search terms include many types of documents relating to a wide

16  array of topics including (among others) COVID-19 and/or remote learning, use of drugs or

17  alcohol, the opioid and fentanyl epidemic, poverty, homelessness, lack of health insurance, and/or

18  food insecurity, family trauma or deaths, violence, including school violence, domestic violence,

19  gun violence, gun control and/or mass shootings, bullying or verbal abuse apart from usage of

20  Social Media Platforms, and political polarization.

21      32.     Many of these topics may have been included in public comment to the Board over

22  the last 13 years. In 2022, the Board convened an ad hoc Immunizations committee that reviewed

23  the Covid 19 vaccine, and during that time the Board received over 40,000 public comments on

24  this topic alone.

25      33.     To respond to the discovery requests, the Board's plan would be to include the

26  comments and recordings to these and other Board meetings, but they are currently understaffed

27  in administrative support. Even with outside support in identifying relevant emails or files it will

28  take significant time and staff resources to respond.

34.     Another timing/resource issue relates to health impact reviews. Since 2014, the Board's Health Impact Review Team has conducted over 150 health impact reviews at the request of legislators or the Governor. These health impact reviews are available on our website, but all of the referenced literature utilized or evaluated by the team that is not available on the website and would need to be gathered to respond to the outstanding requests. This small team is fully consumed by legislative session, due to the Health Impact Review deadline imposed by statute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2024, in Seattle, WA.

*/s/ Alexandra Kory*

ALEXANDRA KORY