# Exhibit 25
# Wisconsin Proposals

### MDL 3047 – 2024-12-09 Agency Discovery JLB
### Wisconsin– Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on December 1, 2024 to the Wisconsin (i) Department of Children & Families, (ii) Department of Health Services, (iii) Department of Public Instruction, (iv) Office of Children's Mental Health, and (v) Governor's Office.  At a high level, Meta's proposal involves using search combinations that require a "Social Media Term," "Harm Term," or "Policy Term" to occur in the same document as one of the following "Youth Terms":

(teen OR adolescent OR youth OR minor OR young OR child OR kid)

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **AND** ("social media" OR "social network" OR Facebook OR Instagram OR Youtube OR Snapchat OR TikTok OR Twitter OR Discord OR Twitch OR Reddit OR Pinterest OR Tumblr) |
|   | **Harm Terms** |
| 2 | "Youth Terms" **AND** (wellbeing OR wellness OR well-being OR mental health OR social health OR emotional health OR behavioral health OR anxiety OR depression OR stress OR insomnia) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR obese OR anorexia OR bulimia OR orthorexia OR suicide OR "self-harm" OR cutting) |
| 4 | "Youth Terms" **AND** (bullying OR cyberbullying OR sextortion OR transphobia OR homophobia OR racism OR sexism) |
| 5 | "Youth Terms" **AND** (violence OR assault OR fight OR shoot OR threat OR gun OR firearm OR rape OR murder OR hate) |
| 6 | "Youth Terms" **AND** (dopamine OR "rabbit hole" OR "social reward" OR "screen time" OR "time spent" OR "monthly active users" OR "daily active users" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "impulse control") **AND**  ("social media" OR Facebook OR Instagram OR Youtube OR Snapchat OR TikTok OR Twitter OR Discord OR Twitch OR Reddit OR Pinterest OR Tumblr) |
| 7 | "Youth Terms" **AND** (eat OR eating) |
| 8 | "Youth Terms" **AND** (sleep OR sleeping) |
| 9 | "Youth Terms" **AND** (negative) **AND** (appearance OR experience) |
| 10 | "Youth Terms" **AND** (compare OR comparative) **AND** (appearance OR social OR negative) |

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Wisconsin– Meta Proposal

| | |
|---|---|
| 11 | "Youth Terms" **AND** (body) **AND** (acceptance OR dissatisfaction OR "positive image" OR dysmorphia) |
| 12 | "Youth Terms" **AND** ("self-esteem") **AND** (harm OR control OR injury OR mutilation) |
| 13 | "Youth Terms" **AND** (Covid OR coronavirus OR pandemic OR lockdown OR quarantine OR "social distance") |
| 14a | "Youth Terms" **AND** ("e-cig" OR cigarette OR vaping OR smoking OR nicotine OR tobacco) |
| 14b | "Youth Terms" **AND** (cannabis OR marijuana OR heroin OR cocaine OR fentanyl OR opioid OR meth OR oxycontin OR "drug use") |
| 14c | "Youth Terms" **AND** (alcohol) |
| | **Policy Terms** |
| 15 | "Youth Terms" **AND** (policy OR practice OR presentation OR initiative OR legislation OR advocacy OR lobby OR law) **AND** ("social media" OR Facebook OR Instagram OR Youtube OR Snapchat OR TikTok OR Twitter OR Discord OR Twitch OR Reddit OR Pinterest OR Tumblr) |

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Wisconsin– Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Wisconsin AG's office during the course of the Parties' negotiations. To the extent the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Children & Families | Alexander Gagnon* | Not provided |
| Dept. of Children & Families | Asia Jackson* | Not provided |
| Dept. of Children & Families | Carlton Frost* | Not provided |
| Dept. of Children & Families | Demetra Parr-Nelson* | Not provided |
| Dept. of Children & Families | Devon Syrjanen* | Not provided |
| Dept. of Children & Families | Katie Davis* | Not provided |
| Dept. of Children & Families | Emily Erickson* | Not provided |
| Dept. of Children & Families | Gina Paige* | Not provided |
| Dept. of Children & Families | Heather Clancy* | Not provided |
| Dept. of Children & Families | Jill Collins* | Not provided |

3

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Wisconsin– Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Children & Families | Kimberly Edwards* | Not provided |
| Dept. of Children & Families | Stacy Saddison* | Not provided |
| Dept. of Children & Families | Terra Klein* | Not provided |
| Dept. of Health Services | Karen Bittner* | Not provided |
| Dept. of Health Services | Alexandra A. Cammilleri* | Not provided |
| Dept. of Health Services | Jason M. Cram* | Not provided |
| Dept. of Health Services | Julie A. Janus* | Not provided |
| Dept. of Health Services | Ann M. Kelley-Kuehmichel* | Not provided |
| Dept. of Health Services | Monique M. Larson Hicks* | Not provided |
| Dept. of Health Services | Sally C. Raschick* | Not provided |
| Dept. of Health Services | Elizabeth E. Rudy* | Not provided |
| Dept. of Health Services | Arielle Exner* | Not provided |
| Dept. of Health Services | HJ Waukau* | Not provided |
| Dept. of Health Services | Andrew Hoyer-Booth* | Not provided |
| Dept. of Health Services | Lisa Olson* | Not provided |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Wisconsin– Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Health Services | Elizabeth Portz* | Not provided |
| Dept. of Health Services | John Hoelter* | Not provided |
| Dept. of Health Services | Alexander Ignatowski* | Not provided |
| Dept. of Health Services | Kyle O'Brien* | Not provided |
| Dept. of Health Services | Syed Abbas* | Not provided |
| Dept. of Health Services | Andrea Gugel* | Not provided |
| Dept. of Health Services | Elizabeth Goodsitt* | Not provided |
| Dept. of Health Services | Andrew Forsaith* | Not provided |
| Dept. of Health Services | Adrian Herrera* | Not provided |
| Dept. of Public Instruction | Benjamin Miller* | Director, Library Services Team |
| Dept. of Public Instruction | Monica Treptow* | Education Consultant, Library Services Team |
| Dept. of Public Instruction | Visalakshi Somasundaram* | Director, Office of Educational Accountability |
| Dept. of Public Instruction | Samuel Bohrod* | Director, Office of Educational Accountability |
| Dept. of Public Instruction | Philip Olsen* | Assistant Director, Office of Educational Accountability |
| Dept. of Public Instruction | Christopher Bucher* | Interim Director and Communications Officer, Education Information Services |

5

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Wisconsin– Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Public Instruction | Abigail Swetz* | former Director, Education Information Services |
| Dept. of Public Instruction | Beth Tomev* | former Director, Education Information Services |
| Dept. of Public Instruction | Alex Elmore* | Communications Specialist; Education Information Services |
| Dept. of Public Instruction | Jennifer Rosen-Heinz* | Communications Specialist, Education Information Services |
| Dept. of Public Instruction | Jill Underly* | State Superintendent of Public Instruction |
| Dept. of Public Instruction | Carolyn Stanford-Taylor* | former State Superintendent of Public Instruction |
| Dept. of Public Instruction | Tony Evers* | former State Superintendent of Public Instruction |
| Dept. of Public Instruction | Thomas McCarthy* | Deputy State Superintendent |
| Dept. of Public Instruction | John Johnson* | former Deputy State Superintendent |
| Dept. of Public Instruction | Michael Thompson* | former Deputy State Superintendent |
| Dept. of Public Instruction | Kevyn Radcliffe* | Legislative Liaison, Office of the State Superintendent |
| Dept. of Public Instruction | Dee Pettack* | Legislative Liaison, Office of the State Superintendent |
| Dept. of Public Instruction | Sachin Chheda* | Executive Director, Office of the State Superintendent |
| Dept. of Public Instruction | Scott Jones* | former Chief of Staff, Office of the State Superintendent |
| Dept. of Public Instruction | Emilie Amundson* | former Chief of Staff, Office of the State Superintendent |

6

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Wisconsin– Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Public Instruction | Susan Piazza* | Director, Student Services – Prevention and Wellness |
| Office of Children's Mental Health | Linda Hall* | Not provided |
| Office of Children's Mental Health | Andrea Turtenwald* | Not provided |
| Office of Children's Mental Health | Karen Katz* | Not provided |
| Office of Children's Mental Health | Amy Marsman* | Not provided |
| Office of Children's Mental Health | Kate McCoy* | Not provided |
| Office of Children's Mental Health | Melissa Murphy* | Not provided |
| Office of Children's Mental Health | Ellie Trulson* | Not provided |
| Governor's Office | Jenni Dye* | Not provided |
| Governor's Office | Katie Domina* | Not provided |
| Governor's Office | Britt Cudaback* | Not provided |
| Governor's Office | Camille Crary* | Not provided |
| Governor's Office | Emma Thelke* | Not provided |
| Governor's Office | Barb Worchester* | Not provided |

Wisconsin Agency Proposals as of December 6, 2024 at 2pm CT

**DHS/OCMH**

Proposed time period of January 1, 2015 to present

First Set

1. "social media" OR "social network" OR Facebook OR Instagram OR Youtube OR Snapchat OR TikTok OR Twitter OR Discord OR Twitch OR Reddit OR Pinterest OR Tumblr AND teen OR adolescent OR youth OR minor OR kid AND "use of" AND benefit OR harm AND research OR study OR report OR survey OR analysis OR evaluation

Second Set

2. wellbeing OR wellness OR anxiety OR depression OR stress AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health" AND research OR study OR report OR survey OR analysis OR evaluation

3. "pro-ana" OR "BMI" OR overweight OR obese OR anorexia OR bulimia OR orthorexia OR suicide OR "self-harm" OR cutting AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

4. bullying OR cyberbullying OR sextortion OR transphobia OR homophobia OR racism OR sexism AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

5. violence OR assault OR fight OR shoot OR threat OR gun OR firearm OR rape OR murder OR hate AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

6. dopamine OR "rabbit hole" OR "social reward" OR "screen time" OR "time spent" OR "monthly active users" OR "daily active users" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "impulse control" AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health" AND "social media" OR Facebook OR Instagram OR Youtube OR Snapchat OR TikTok OR Twitter OR Discord OR Twitch OR Reddit OR Pinterest OR Tumblr

7. eat AND problem OR difficulties OR disorder AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

8. sleep AND disorder OR difficulties OR problem OR deprivation AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

9. negative AND appearance OR experience AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

10. compare OR comparative AND appearance AND social OR negative AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

11. body AND acceptance OR dissatisfaction OR "positive image" OR dysmorphia AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

12. "self-esteem" AND harm OR control OR injury OR mutilation AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

13. Covid OR coronavirus OR pandemic OR lockdown OR quarantine OR "social distance" AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

14. 
    a. "e-cig" OR cigarette OR vaping OR smoking OR nicotine OR tobacco AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

    b. cannabis OR marijuana OR heroin OR cocaine OR fentanyl OR opioid OR meth OR oxycontin OR "drug use" AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

    c. alcohol AND "effect on" AND teen OR adolescent OR youth OR minor OR kid AND "mental health" OR "social health" OR "emotional health" OR "behavioral health"

Third Set

15. policy OR practice OR presentation OR initiative OR legislation OR advocacy OR lobby OR law AND "use of" AND teen OR adolescent OR youth OR minor OR kid AND "social media" OR Facebook OR Instagram OR Youtube OR Snapchat OR TikTok OR Twitter OR Discord OR Twitch OR Reddit OR Pinterest OR Tumblr

Record custodians for the first and second set of search terms:

- Linda Hall
- Andrea Turtenwald
- Karen Katz
- Amy Marsman
- Kate McCoy (former employee)
- Melissa Murphy (former employee)

- Ellie Trulson (former employee)
- Karen Bittner
- Alexandra Cammilleri
- Jason Cram
- Julie Janus
- Ann Kelley-Kuehmichel
- Monique Larson Hicks
- Sally Raschick
- Elizabeth Rudy
- Teresa Steinmetz (former employee)
- Jason Fischer
- Jennifer Miller
- Elizabeth Goodsitt

Record custodians for the third set of search terms:
- Linda Hall
- Andrea Turtenwald
- Karen Katz
- Amy Marsman
- Kate McCoy (former employee)
- Melissa Murphy (former employee)
- Ellie Trulson (former employee)
- Karen Bittner
- Alexandra Cammilleri
- Jason Cram
- Julie Janus
- Ann Kelley-Kuehmichel
- Monique Larson Hicks
- Sally Raschick
- Elizabeth Rudy
- Teresa Steinmetz (former employee)
- Jason Fischer
- Jennifer Miller
- Elizabeth Goodsitt
- Arielle Exner
- Syed Abbas
- HJ Waukau (former employee)
- Andrew Hoyer-Booth (former employee)
- Lisa Olson (former employee)
- Elizabeth Portz (former employee)
- Andrea Gugel (former employee)

**DPI**

*Custodians*

Christopher Bucher, Interim Director and Communications Officer, Education Information Services;

Abigail Swetz, former Director, Education Information Services;

Beth Tomev, former Director, Education Information Services;

Alex Elmore, Communications Specialist; Education Information Services; and

Jennifer Rosen-Heinz, Communications Specialist, Education Information Services:

Jill Underly, State Superintendent of Public Instruction;

Carolyn Stanford-Taylor, former State Superintendent of Public Instruction;

Tony Evers, former State Superintendent of Public Instruction;

Thomas McCarthy, Deputy State Superintendent;

John Johnson, former Deputy State Superintendent;

Michael Thompson, former Deputy State Superintendent;

Kevyn Radcliffe, Legislative Liaison, Office of the State Superintendent;

Dee Pettack, former Legislative Liaison, Office of the State Superintendent;

Sachin Chheda, Executive Director, Office of the State Superintendent;

Scott Jones, former Chief of Staff, Office of the State Superintendent;

Emilie Amundson, former Chief of Staff, Office of the State Superintendent; and

Susan Piazza, Director, Student Services – Prevention and Wellness.

*Proposed search string:*

("social media" AND "youth mental health") OR ("media inquiry" AND ("youth mental health" AND ("ESSER" OR "ESSER III" OR "ARP"))) OR ("social media platform*" AND ("youth mental health" OR "youth mental wellbeing")) OR ("youth mental health" AND "social emotional behavior") OR ("tik tok" AND ban) OR (proposed AND ("mental wellbeing" OR "youth mental health")) OR ("p draft" AND ("mental health" OR "mental wellbeing" OR "social emotional behavior")) OR (bill AND ("youth mental health" OR "social emotional behavior" OR "mental wellbeing")) OR ("mental health AND wellbeing" AND (report OR study OR survey)) OR "cell phone use" OR "video games" OR ("May 2023" AND "US Surgeon General's Advisory") OR (model AND policy AND bullying) OR (eat* NEAR(3) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (sleep* NEAR(3) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (body NEAR (3) (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*))(c:c)(date>2014-01-01)

**DCF**

*Search terms*

(1) ("social media" or facebook or Instagram) AND (youth or child) AND (depression or anxiety or "sleep disturbances" or suicide or self-harm or "compulsive use" or "mental health")
(2) covid AND "remote learning" and ("mental health" OR wellbeing)

*DCF e-mail search custodians*

| Asia Jackson | Division of Safety and Permanency |
|---|---|
| Emily Erickson | Division of Safety and Permanency |
| Gina Paige | Communications Director |
| Jill Collins | Division of Milwaukee Child Protective Services |

*DCF S drive searches using inquiries above:*

DCF proposes running the same searches listed above in the following locations on the DCF S drive:

- S:\DSP\All DSP\Communications
- S:\DMCPS\Ongoing Services\All Users\Ongoing Services Section\Contract Partners
- S:\BYS\2-Prevention and Intervention\Anti-Human Trafficking
- S:\BYS\COVID-19
- S:\BSWB\Research Articles
- S:\BSWB\Sex Trafficking
- S:\BSWB\Trauma

**Governor's Office**

*Custodians and Search Terms*

- Jenni Dye, Deputy Chief of Staff
- Britt Cudaback, Communications Director
- Katherine Domina, Policy Director
- Camille Crary, Policy Advisor
- Emma Thelke, Policy Advisor
- Barbara Worcester, Deputy Chief of Staff

*Search terms*

Search string 1: "social media" NEAR(3) (youth OR child* OR kid* OR "mental health" OR wellbeing OR well-being OR "well being" OR depression OR anxiety OR "sleep disturbances" OR suicide OR self-harm OR "self harm" OR "compulsive use" OR addiction)

Search string 2: "office of children's mental health" OR "OCMH" OR "get kids ahead initiative" OR "GKAI"

Search string 3: (Facebook OR Instagram OR TikTok OR YouTube OR Twitter OR Pinterest OR LinkedIn OR BeReal OR Lapse OR Reddit OR Threads OR VSCO OR Goodreads OR Quora OR Discord OR Twitch OR Tumblr) NEAR(3) (youth OR child* OR kid* OR "mental health" OR wellbeing OR well-being OR "well being" OR depression OR anxiety OR "sleep disturbances" OR suicide OR self-harm OR "self harm" OR "compulsive use" OR addiction)

Search string 4: ("social media" AND "youth mental health") OR ("media inquiry" AND ("youth mental health" AND ("ESSER" OR "ESSER III" OR "ARP"))) OR ("social media platform*" AND ("youth mental health" OR "youth mental wellbeing")) OR ("youth mental health" AND "social emotional behavior") OR ("tik tok" AND ban) OR (proposed AND ("mental wellbeing" OR "youth mental health")) OR ("p draft" AND ("mental health" OR "mental wellbeing" OR "social emotional behavior")) OR (bill AND ("youth mental health" OR "social emotional behavior" OR "mental wellbeing")) OR ("mental health AND wellbeing" AND (report OR study OR survey)) OR "cell phone use" OR "video games" OR ("May 2023" AND "US Surgeon General's Advisory") OR (model AND policy AND bullying) OR (eat* NEAR(3) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (sleep* NEAR(3) (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (body NEAR (3) (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*))

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR |
| This Filing Relates to:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## DECLARATION OF GARY ENGEN

I, Gary Engen, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I make this declaration based upon my personal knowledge.

2. I am contracted to work as the Server Administrator for the Bureau of Information Technology Services (BITS) within the Wisconsin Department of Children and Families (DCF). I have held this position since April 2012.

3. In my role, I manage and search network drives and email inboxes.

4. BITS is responsible for providing technology services across all divisions of DCF, including data administration; application support; server and network support; workstation support; data collection and processing; and technology strategy and planning.

5. My role in assisting with discovery in the above referenced matter has been supporting the Office of Legal Counsel for DCF by conducting searches of network drives and email accounts.

6.  DCF has limited technical capability to conduct complex searches for documents and emails. Our current software does not support advanced Boolean searches within email accounts. This limitation significantly affects our ability to design and execute searches that incorporate a broader range of terms, such as those proposed by Meta. As a result, we face challenges in performing comprehensive and efficient searches for discovery purposes. Upgrading our software to fix this would take a lot of time and money (approximately 60-80 hours of staff time plus the cost of the solution), and it depends on finding the right tools. Unfortunately, even if approval were given to pursue these tools, it would not be possible to complete the upgrades in time to meet the Meta discovery deadlines.

7.  Conducting searches using these specific terms has created a significant burden on DCF in terms of time, resources, and system operations. Each keyword search related to this case has required extensive effort, including running the searches, downloading results, testing terms, and refining the process. BITS has already spent over 24 hours on these activities to develop the current proposal. The proposed search includes email searches resulting in approximately 14,700 items, which take up a large amount of storage and strains system capacity.

8.  This is one of the largest searches DCF has ever conducted, highlighting the operational and logistical challenges. Across multiple drives, there are over 64 GB of emails and nearly 8 GB of documents from network drive searches. While these searches have not yet

affected the network, they are impacting BITS staff and interfering with the maintenance of business and other work.

9. DCF is unable to generate an exact hit report for search terms or search strings without first downloading all the items that match the search.

10. DCF has been running test searches on its network drive, with one search running for 23 hours but producing no results. The limitations in our current technology are increasing the time and resources needed to complete these searches. Additionally, the time spent on these efforts has taken BITS staff away from their primary role of keeping systems running, which supports DCF's vision to ensure that all Wisconsin children and youth are safe and loved members of thriving families and communities.

11. Running the searches outlined in Meta's proposal and downloading all the resulting documents is not feasible. The time and resources needed to handle the large volume of data would be significant. Storing the results would require a huge amount of space, and downloading the files could take several days or even weeks. This process would severely disrupt normal BITS operations, which are vital to assisting children and families, making it harder to manage other critical tasks and resources.

12. In consulting with management, performing the proposed searches would require additional IT staffing resources, which are not currently available. Moreover, the extra storage

space required would strain our systems, and carrying out these searches would significantly slow down DCF operations.

*Pursuant to 28 USC § 1746, I verify under penalty of perjury that the statements in this declaration are true and correct and based upon my personal knowledge.*

Dated this 5th day of December 2024.

_____
Gary Engen
Server Administrator
Bureau of Information Technology Services
Department of Children and Families