UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**THIRD STATUS UPDATE, STIPULATION, AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AND YOUTUBE'S DMCS RIPE DISPUTES ISSUES 2 AND 3**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Defendants YouTube, LLC and Google LLC (together, "YouTube"), and PI/SD Plaintiffs (collectively, the "Parties"), respectfully submit this update and stipulation to the Court:

WHEREAS, on October 18, 2024, the Parties filed a Discovery Case Management Statement (in advance of the October 24, 2024 Discovery Case Management Conference), providing the Court with discovery updates, including ripe discovery disputes. With respect to YouTube, the Parties raised, among other things, Ripe Dispute No. 2 [*YouTube's Amended Responses or Confirmation in Writing of Agreements Reached by Parties*], and Ripe Dispute No. 3 [*YouTube's Search of Non-Custodial Sources Identified by PI/SD Plaintiffs*]. The Parties provided their substantive positions on Ripe Dispute No. 2 in the Discovery Case Management

1  Statement and reported that they intended to file a joint letter brief on Ripe Dispute No. 3 by
2  October 22, 2024, so that both issues could be considered by the Court at the October 24, 2024
3  conference.

4  WHEREAS, on October 22, 2024, the Parties submitted a Status Update, Stipulation, and
5  Proposed Order Regarding Plaintiffs' and YouTube's DMCS Ripe Disputes Issues 2 and 3, in
6  which the Parties respectfully requested that the Court defer decision on these disputes so that the
7  Parties can engage in further meet and confers. *See* ECF 1246. In the proposed order, the Parties
8  requested that the deadline for briefing on Issues 2 and 3 be no later than November 15, 2024. *See*
9  *id*.

10  WHEREAS, on October 23, 2024, the Court entered the Proposed Order Regarding
11  Plaintiffs' and YouTube's DMCS Ripe Disputes Issues 2 and 3, setting the briefing deadline for
12  November 15, 2024. *See* ECF 1250.

13  WHEREAS, on October 25, 2024, YouTube provided to Plaintiffs, in writing, agreed upon
14  information regarding its search of non-custodial sources pursuant to the parties' Stipulation.

15  WHEREAS, on November 15, 2024, the Parties submitted a Second Status Update,
16  Stipulation, and Proposed Order Regarding Plaintiffs' and YouTube's DMCS Ripe Disputes Issues
17  2 and 3, requesting additional time to meet and confer. *See* ECF 1335. In the proposed order, the
18  Parties requested that the deadline for briefing on Issues 2 and 3 be no later than December 10,
19  2024. *See id.*

20  WHEREAS, on November 20, 2024, the Court entered the Proposed Order Regarding
21  Plaintiffs' and YouTube's DMCS Ripe Disputes Issues 2 and 3, setting the briefing deadline for
22  December 10, 2024. *See* ECF 1353.

23  NOW AND THEREFORE, the Parties respectfully request that the Court modify the
24  timeline set forth in the Order so that the Parties can engage in further meet and confers, and that
25  the Court adopts the following schedule to ensure timely and efficient briefing of these issues:

26  a.  The Parties will continue to meet and confer on Ripe Dispute Issues 2 and 3;
27
28

b.   No later than January 8, 2024, the Parties will hold an H(2) on any remaining issues on Ripe Dispute Issues 2 and 3; and,

c.   No later than January 14, 2024, the Parties will file joint letter briefs as to any remaining issues on Ripe Dispute Issues 2 and 3, so that the Court may consider the briefs at the January Discovery Case Management Conference.

d.   The Parties agree to meet and confer in good faith at Plaintiffs' reasonable request for information regarding YouTube's search and production from non-custodial sources newly identified by Plaintiffs in YouTube's document production that appear likely to contain relevant information or in response to an identified deficiency. Plaintiffs agree that they will be reasonable and judicious in making any such requests.

IT IS SO STIPULATED AND AGREED,

DATED:   December 10, 2024           **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Lauren Gallo White*
Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

|   |   |   |
|---|---|---|
| 1 |   | Facsimile: (866) 974-7329 |
| 2 |   | Email: cchiou@wsgr.com<br>Email: mdonohue@wsgr.com |
| 3 |   | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 4 |   |   |
| 5 | DATED: December 10, 2024 | By: *Lexi J. Hazam* |
| 6 |   | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 7 |   | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 8 |   | Telephone: 415-956-1000<br>lhazam@lchb.com |
| 9 |   |   |
| 10 |   | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 11 |   | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 12 |   | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 13 |   | Co-Lead Counsel |
| 14 |   | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 15 |   | 55 Challenger Road, 6th floor<br>Ridgefield Park, NJ 07660 |
| 16 |   | Telephone: 973-639-9100<br>Facsimile: 973-679-8656 |
| 17 |   | cseeger@seegerweiss.com |
| 18 |   | Counsel to Co-Lead Counsel and Settlement Counsel |
| 19 |   |   |
| 20 |   | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 21 |   | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 22 |   | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 23 |   | Liaison Counsel |
| 24 |   | JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN** |
| 25 |   | **PORTIS & MILES, P.C.**<br>234 Commerce Street |
| 26 |   | Montgomery, AL 36103<br>Telephone: 334-269-2343 |
| 27 |   | joseph.vanzandt@beasleyallen.com |
| 28 |   | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |

220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD

HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI

|   |   |
|---|---|
| 1 | **HACH & ROSE LLP** |
|   | 112 Madison Avenue, 10th Floor |
| 2 | New York, New York 10016 |
|   | Telephone: 212.213.8311 |
| 3 | hnappi@hrsclaw.com |

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

**<u>ATTESTATION</u>**

I, Ellyn Hurd, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 10, 2024

By: *Ellyn H. Hurd*
    Ellyn H. Hurd

**ORDER**

IT IS SO ORDERED that the foregoing Stipulation is approved:

DATED: _____

Hon. Peter H. Kang
United States District Court Magistrate Judge