CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Daniel Halston | 7. **Your Phone Number:** | (617) 526-6654 |
| 2. **Your Email Address: *** | daniel.halston@wilmerhale.com | 8. **Full Case Number (if applicable):** | 4:22-md-03047 |
| 3. **Receipt Agency Tracking ID:*** | ACANDC-19980985 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 10/23/2024 | | |
| 5. **Transaction Time:*** | 5:00 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 328.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Filed a Pro Hac Vice motion and paid the fee, then on November 27, received a voicemail from clerk Jessie Mosley noting that Judge Yvonne Gonzalez Rogers does not require Pro Hac Vice applications in this litigation.  *See* Order Setting Initial Conference ¶ 5(b), Oct. 11, 2022, Dkt. No. 2.

✓  *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |