Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

Michael X. Imbroscio, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: mimbroscio@cov.com

*Attorneys for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings, LLC;*
*Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; and Siculus, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**OMNIBUS STIPULATION REGARDING SEALING JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), Plaintiffs, and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. (collectively, "Meta") submit this Omnibus Stipulation Regarding Sealing Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild.

The Parties agree that the following filings related to the Joint Letter Brief should be sealed in their entirety, and so the current sealing should be maintained:

| Filing | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Meta's Exhibit A<br><br>Original Bates: META3047MDL-035-00002871<br><br>Re-production with Redactions: META3047MDL-085-00000104<br><br>ECF 1376-5 | Entire exhibit | For the reasons explained in the accompanying Declaration of Max Eulenstein, the information contained in this exhibit is proprietary, confidential, and would cause Meta competitive harm if disclosed. At this procedural posture, there is good cause to seal. *See, e.g.*, *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (even under heightened compelling-reasons standard, it is appropriate to seal "business information that might harm a litigant's competitive standing" (cleaned up)); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (sealing "confidential and commercially sensitive information"); *Prescott v. Reckitt Benckiser LLC*, 2023 WL 2465778, at *4 (N.D. Cal. Mar. 9, 2023) (sealing "household penetration rates" and defendant's "target consumer demographics"); *Cont'l Auto. Sys., Inc. v. Avanci, LLC*, 2019 WL 6612012, at *4 (N.D. Cal. Dec. 5, 2019) (sealing "number of customers using Plaintiff's products"). This Court has previously granted requests to seal materials related to discovery disputes on this fundamental basis. *See* ECF 1338.<br><br>No party has previously sought to seal this document. |
| Meta's Exhibit C<br><br>Original Bates: META3047MDL-073-00001477 | Entire exhibit | See above basis regarding competitive harm. |

| | | |
|---|---|---|
| Re-production with Redactions: META3047MDL-085-00000211<br><br>ECF 1376-9 | | |
| Plaintiffs' Exhibit A<br><br>META3047MDL-085-00000104<br><br>ECF 1376-12 | Entire exhibit | See above basis regarding competitive harm. |
| Plaintiffs' Exhibit B<br><br>META3047MDL-085-00000211<br><br>ECF 1376-13 | Entire exhibit | See above basis regarding competitive harm. |
| Plaintiffs' Exhibit F<br><br>META3047MDL-031-00265655<br><br>ECF 1376-17 | Entire exhibit | This exhibit reflects a third-party employee's performance evaluation.  As a result, there is good cause to seal it to protect the employee's privacy interests.  *See, e.g.*, *See, e.g.*, *Doyle v. Galderma, Inc.*, 2021 WL 4926999, at *1 (N.D. Cal. Apr. 27, 2021) (sealing "performance-management and personnel records of third parties" because it would violate their "privacy interests"); *see also, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying information") (Gonzalez Rogers, J.); *see also, e.g.*, *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015).<br><br>No party has previously sought to seal this document. |
| Plaintiffs' Exhibit I | Entire exhibit | See above basis regarding employee performance evaluations. |

| META3047MDL-031-00117511 ECF 1376-20 | | |
|---|---|---|

The Parties agree that the following filings related to the Joint Letter Brief should be partially redacted, and so the current sealing should be modified:

| Filing | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild<br><br>ECF 1375 | Employee names | There is good cause to seal that information.  *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying information") (Gonzalez Rogers, J.); *see also, e.g.*, *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015).  Sealing these names is also consistent with the approach the Court took in sealing names of Meta employees in the Personal Injury Plaintiffs' Master Complaint and the multistate Attorney General Complaint.  *See* Dkt. 189; Case No. 4:23-cv-05448-YGR, Dkt. 77.<br><br>No party has previously sought to seal this document. |
| Plaintiffs' Exhibit B<br><br>META3047MDL-085-00000211<br><br>ECF 1376-13 | Employee names and email addresses | See above basis regarding employee names. |
| Plaintiffs' Exhibit D<br><br>META3047MDL-014-00322677<br><br>ECF 1376-15 | Employee names and email addresses | See above basis regarding employee names. |

| Plaintiffs' Exhibit E META304 7MDL-020-00530218 ECF 1376-16 | Employee names and email addresses | See above basis regarding employee names. |
|---|---|---|
| Plaintiffs' Exhibit G META3047MDL-047-00766939 ECF 1376-18 | Employee names and email addresses | See above basis regarding employee names. |
| Plaintiffs' Exhibit H META3047MDL-020-00668988 ECF 1376-19 | Employee names and email addresses | See above basis regarding employee names. |
| Plaintiffs' Exhibit J META3047MDL-014-00356610 ECF 1376-21 | Employee names and email addresses | See above basis regarding employee names. |
| Plaintiffs' Exhibit K META3047MDL-031-001 74004 ECF 1376-22 | Employee names and email addresses | See above basis regarding employee names. |

Documents without privilege redactions were never filed on the docket (and instead were lodged with the Court for *in camera* review). As a result, unsealing the excerpts redacted for privilege is not at issue currently. If the Court determines that any portion of the privilege redactions should be removed, Meta respectfully requests the opportunity to file a separate motion or stipulation, as appropriate, addressing whether sealing those excerpts is warranted. Meta respectfully requests 14 days to make that determination, or until January 10, 2025 (one full week into 2025), whichever is later, to account for the

5

OMNIBUS STIPULATION REGARDING SEALING JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION
WITH DEPOSITION OF MIKI ROTHSCHILD
4:22-md-03047-YGR

1    intervening holidays.

2        Pursuant to this case's sealing procedures, a Proposed Order implementing this stipulation and a

3    copy of the filings with the redactions agreed by the Parties listed above are attached.

4        **IT IS SO STIPULATED AND AGREED.**

5

6    DATED: December 16, 2024                    Respectfully submitted,

7                                                **COVINGTON & BURLING LLP**

8                                                 */s/ Ashley M. Simonsen*

9                                                Michael X. Imbroscio, *pro hac vice*
                                                 COVINGTON & BURLING LLP

10                                               One CityCenter

11                                               850 Tenth Street, NW
                                                 Washington, DC 20001-4956

12                                               Telephone: + 1 (202) 662-6000
                                                 Facsimile: + 1 (202) 662-6291

13                                               Email:  mimbroscio@cov.com

14                                               Ashley M. Simonsen (State Bar. No. 275203)

15                                               COVINGTON & BURLING LLP
                                                 1999 Avenue of the Stars

16                                               Los Angeles, CA 90067
                                                 Telephone: + 1 (424) 332-4800

17                                               Facsimile: +1 (650) 632-4800
                                                 Email:  asimonsen@cov.com

18

19                                               Gregory L. Halperin, *pro hac vice*
                                                 COVINGTON & BURLING LLP

20                                               620 Eighth Avenue
                                                 New York, NY 10018-1405

21                                               Telephone: +1 (212) 841-1000
                                                 Facsimile: +1 (212) 841-1010

22                                               Email:  ghalperin@cov.com

23                                               *Attorneys for Defendants Meta Platforms, Inc. f/k/a*

24                                               *Facebook, Inc.; Facebook Holdings, LLC; Facebook*
                                                 *Operations, LLC; Facebook Payments, Inc.; Facebook*

25                                               *Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

26                                               */s/ Lexi J. Hazam*

27                                               LEXI J. HAZAM
                                                 **LIEFF          CABRASER     HEIMANN     &**

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BERNSTEIN, LLP**
275 Battery Street, 29th Floor San
Francisco, CA 94111-339 Telephone: 415-
956-1000

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610 pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor Ridgefield
Park, NJ 07660 Telephone: 973-639-9100
Facsimile: 973-679-8656 cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900 San
Francisco, CA 94104 Telephone: 415-986-1400
jenni@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS &
MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor Pensacola,
FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel MATTHEW

BERGMAN

7

**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100 San Antonio,
TX 78257
Telephone: 210-448-0500 PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300 Kansas City,
MO 64112
Telephone: 816-701 1100 tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor New York, NY
10016
Telephone: 917-882-5522 jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive Ft.
Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908 carrie@cagoldberglaw.com

SIN-TING MARY LIU **AYLSTOCK**
**WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200

8

Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor New York, NY
10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor New York,
New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500 Manhattan
Beach, CA 90266

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500

9

1
2

Philadelphia, PA 19106
Telephone: 215-592-1500 mweinkowitz@lfsbalw.com

3

MELISSA YEATES
JOSEPH H. MELTZER

4

**KESSLER TOPAZ MELTZER & CHECK,
LLP**

5

280 King of Prussia Road Radnor, PA
19087

6

Telephone: 610-667-7706

7

myeates@ktmc.com
jmeltzer@ktmc.com

8
9

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**

10

505 20th St North Suite 1500
Birmingham, Alabama 35203

11

Telephone: 205.855.5700

12

*Attorneys for PI/SD Plaintiffs*

13

**PHILIP J. WEISER**
Attorney General State of

14

Colorado

15

  _/s/ Krista F. Batchelder_

16

Krista F. Batchelder, CO Reg. No. 45066, *pro hac
vice*

17

Deputy Solicitor General
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*

18

First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474

19

Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309

20

Assistant Attorney General
Colorado Department of Law Ralph L. Carr

21

Judicial Center Consumer Protection

22

Section 1300 Broadway, 7th Floor Denver,
CO 80203

23

Phone: (720) 508-6651

24

bianca.miyata@coag.gov

25

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J.
Weiser, Attorney General*

26
27

**ROB BONTA**
Attorney General State of California

28

OMNIBUS STIPULATION REGARDING SEALING JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION
WITH DEPOSITION OF MIKI ROTHSCHILD
4:22-md-03047-YGR

 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

  _/s/ Megan O'Neill_
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)

Deputy Attorneys General California Department of
Justice Office of the Attorney General
455 Golden Gate Ave., Suite 11000 San Francisco, CA
94102-7004 Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

_Attorneys for Plaintiff the People of the State of
California_

**RUSSELL COLEMAN**
Attorney General Commonwealth of
Kentucky

_/s/ J. Christian Lewis_
J. Christian Lewis (KY Bar No. 87109),
_Pro hac vice_
Philip Heleringer (KY Bar No. 96748),
_Pro hac vice_
Zachary Richards (KY Bar No. 99209),
_Pro hac vice_
Daniel I. Keiser (KY Bar No. 100264),
_Pro hac vice_
Matthew Cocanougher (KY Bar No. 94292),
_Pro hac vice_
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GO V
Phone: (502) 696-5300
Fax: (502) 564-2698

11

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General

State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   December 16, 2024                By:   */s/ Ashley M. Simonsen*
                                                      Ashley M. Simonsen