1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS FILING RELATES TO: | **DECLARATION OF MAX EULENSTEIN IN SUPPORT OF OMNIBUS FILING REGARDING SEALING JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

I, Max Eulenstein, declare and state as follows:

1.      I am Vice President and Co-head of Product of Instagram at Meta Platforms, Inc. ("Meta").  I joined Meta in 2011 and was previously Director of Product Management.  I submit this Declaration in support of the Omnibus Filing Regarding Sealing Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild.  I make all statements in this Declaration based on my own personal knowledge.  If called upon to do so, I could and would competently testify as follows.

2.      The following filings include confidential and proprietary information, and could cause Meta competitive harm if disclosed publicly:

| Filing |
| --- |
| Meta's Exhibit A (ECF 1376-5) |
| Meta's Exhibit C (ECF 1367-9) |
| Plaintiffs' Exhibit A (ECF 1367-12) |
| Plaintiffs' Exhibit B (ECF 1367-13) |

3.      This information includes: (i) user metrics, (ii) results of surveys and similar data collection efforts and analysis thereof, and (iii) Meta's internal analysis of policy stakeholders' perceptions of various issues related to Facebook and Instagram.  Meta does not disclose this information publicly in the ordinary course of business.  It is confidential, proprietary, and valuable.

4.      Disclosure of this information would provide Meta's competitors with insights about Meta's business that they would not otherwise have.  Meta competes with many companies, including companies that facilitate the ability of users to share, communicate, and discover content and information online.  Meta faces intense competition in every aspect of its business.  As a result, Meta takes great care to protect information related to performance metrics and business strategy.  Public disclosure of user metrics could enable other companies to better determine Meta's position in the market and adjust their strategy in response.  Public disclosure of user metrics also enables other companies to test their internal data against Meta's data.  Results of proprietary surveys, and the analysis thereof, can provide other companies with insights about individuals' views, perceptions, and behavior that they would not otherwise have, or would not otherwise have without expending their own resources.  Meta's internal analysis of policy stakeholders' perceptions of issues related to

Docusign Envelope ID: 50EB7G91-DBBE-4C75-9A93-45C126088945

Facebook and Instagram would enable other companies to understand Meta's views and strategy regarding those issues, and adjust their own conduct in response. This information could therefore give Meta's competitors an unfair advantage and thereby cause Meta competitive harm.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on December 16, 2024, at San Francisco, California.

By: _____
Max Eulenstein