# EXHIBIT 2

# EXHIBIT B

| Original Bates | Re-produced with Redactions |
|---|---|
| META3047MDL-035-00004050 | META3047MDL-085-00000271 |

# REDACTED, PRODUCED VERSION
# UNDER SEAL



Youth X-Meta Planning: Phase II kickoff with App POCs

A/C Priv

April 2022

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000271

# Youth X-Meta Planning Task Force:

Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

**Phase 1: Youth "State of the Union" (completed)**
- Youth Framework
- State and gaps identified
- Northstar

**Phase 2: Youth Plan & H2 Roadmap** ◄------- Focus for next 2 weeks
- Plan / Prioritization
- Trade-Offs / Staffing
- External Engagement

HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 2    META3047MDL-085-00000272

## Agenda
## Youth X-Meta

Phase 1 (SOTU): Recap

Phase 2 (Plan)

Next Steps

HIGHLY CONFIDENTIAL (COMPETITOR)
Ex. B (Redacted), Page 3
META3047MDL-085-00000273

## Phase I (SOTU) Executive Summary

- Goal: Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

-  Context: New regulations focused on age appropriate design are being passed around the world.

  Additionally, lost trust with parents is now top driver reported by teens for not joining Instagram.

- Our Approach: We've created a framework, informed by teens/parents/guardians, experts and existing/upcoming regulations, to evaluate our X-Meta products holistically. We collected the current state across all apps, in collaboration with leads from product/policy/central privacy/legal, and formed a gap analysis. Our next phase is to finalize a x-Meta H2'22 roadmap.

-

-

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.



x-Meta Youth: Current State



## Exec Review Feedback

1. **Aligned on the overall framework and high level gaps.**
2. **More specifics on what's underlying the color coding.**
3. **Flesh out the proposed strategy, including comms and external engagement.**
4. **(Offline from ████ Wants to ensure PG leads are aware of staffing needed to address gaps.**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.



Agenda
Youth X-Meta

**Phase 1 (SOTU): Recap**

Phase 2 (Plan)

Next Steps

HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 7    META3047MDL-085-00000277

## What we need to align on?

- **18 month goal: Meta's "Youth Standard" across Youth areas.**
- **6 month goal: What are we actually planning to accomplish next half?**
- **Staffing: What is the current staffing and gaps we have to achieve the 6-18 months goals?**
- **Open questions: What open questions do we have for each area?**

███████ **to walk through data collection process...**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices



HIGHLY CONFIDENTIAL (COMPETITOR)   Ex. B (Redacted), Page 8

Agenda
Youth X-Meta

Phase 1 (SOTU): Recap

Phase 2 (Plan)

Next Steps

HIGHLY CONFIDENTIAL (COMPETITOR)
META3047MDL-085-00000279

## Next Steps

- 5/3 (Today): Phase 2 bottoms up plan/staffing kick off
- 5/5: Phase 2 bottoms up plan/staffing reviews and collection (in scorecard quip)
- 5/6 (EOW): Final Draft ready and shared with Youth/App Drivers
- 5/10: Pre-Review with Exec stakeholders ▇▇▇▇▇▇▇ et al)
- 5/13: Review Plan with ▇▇▇▇

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.



Appendix





HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 12



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 13



HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 14    META3047MDL-085-00000284



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 15



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 16

Pre-Read
## State of Union Details by Youth Area

HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 17    META3047MDL-085-00000287

## x-Meta Youth: Current State











HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 20    META3047MDL-085-00000290



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 21 META3047MDL-085-00000291



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 22 META3047MDL-085-00000292





HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 23 META3047MDL-085-00000293



APPENDIX 1
## State of Union Details

HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 25    META3047MDL-085-00000295



APPENDIX 2
# State of Union Details by App

HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 27    META3047MDL-085-00000297



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 28





HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 29    META3047MDL-085-00000299









HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 31    META3047MDL-085-00000301





HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 32

HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 33 META3047MDL-085-00000303



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 34    META3047MDL-085-00000304





HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 35    META3047MDL-085-00000305

APPENDIX 4
## Competitive Analysis

HIGHLY CONFIDENTIAL (COMPETITOR)    Ex. B (Redacted), Page 36    META3047MDL-085-00000306



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 37



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 38 META3047MDL-085-00000308



HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 39   META3047MDL-085-00000309

## Additional Reference Documents

- Parental Supervision Strategy
- Age Appropriate Experience Strategy
- Youth State of Union Source of Truth
- Parent / Teen perception of Meta vs. Competition



Graveyard

HIGHLY CONFIDENTIAL (COMPETITOR) Ex. B (Redacted), Page 41     META3047MDL-085-00000311

# Youth X-Meta Planning Task Force:

Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

**Phase 1: Youth "State of the Union"** (completed)
- Youth Framework
- State and gaps identified
- Northstar

**Phase 2: Youth Plan & H2 Roadmap**   ←------- *Goal of today*
- Plan / Prioritization
- Trade-Offs / Staffing
- External Engagement

HIGHLY CONFIDENTIAL (COMPETITOR)   META3047MDL-085-00000312

# Recap: Phase 1 (SOTU) – Executive Summary

- **Goal:** Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

- 

  Additionally, lost trust with parents is now top driver reported by teens for not joining Instagram.

- **Our Approach:** We've created a framework, informed by teens/parents/guardians, experts and existing/upcoming regulations, to evaluate our X-Meta products holistically. We collected the current state across all apps, in collaboration with leads from product/policy/central privacy/legal, and formed a gap analysis. Our next phase is to finalize a x-Meta H2'22 roadmap.

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.





x-Meta Youth: Current State

# Recap: Phase 1 (SOTU) – Feedback

- **Youth Standards expectations clarity**
- **Strategy**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.



# WIP Phase 1 Follow up

- **Youth Standards expectations clarity**
- **Strategy**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.









# Phase 2 – Next Steps

- Plans – northstar and H2
- Staffing

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

