# EXHIBIT 3

# EXHIBIT D

## Message

**From:** ▓▓▓▓▓ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=AC59CDE168C34676B09679178C985E05]
**Sent:** 3/11/2022 6:02:39 PM
**To:** ▓▓▓▓▓ ▓▓▓▓▓ ; ▓▓▓▓▓ ▓▓▓▓▓ ]
**Subject:** Message summary [{"otherUserFbId":100018086108736,"threadFbId":null}]

▓▓▓▓▓ ▓▓▓▓▓ (3/11/2022 09:07:27 PST):
>How are things going with the Youth plans/framing you mentioned? Are you still planning to get us together on that? Anything I can help with?

▓▓▓▓▓ (3/11/2022 09:30:44 PST):
>it's not moving as fast as I like, but it's moving. I reviewed a framework earlier this week. Miki, ▓▓▓▓▓ and crew are working with all the relevant teams to fill out a youth state of the union. They're look at:
>
>- Youth Safetiy
>- Youth Well-being
>- Teen Data Use
>- Age Appropriate Experience
>- Guardian Support
>
>across IG, FB, WA, MG, Oculus, Horizon, and Portal

▓▓▓▓▓ (3/11/2022 09:30:57 PST):
>they're going to start a weekly update on the progress next week

▓▓▓▓▓ (3/11/2022 09:31:01 PST):
>I can make sure you're on it

▓▓▓▓▓ ▓▓▓▓▓ (3/11/2022 10:02:39 PST):
>Thanks

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                          META3047MDL-014-00322677