# EXHIBIT 4

# EXHIBIT E

Message
___

| | |
|---|---|
| From: | ▇▇▇ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=756B6100AFA1429F941AD1CB85595DC0-▇▇▇] |
| Sent: | 5/26/2022 9:09:29 PM |
| To: | ▇▇▇ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c9ced02b424b40c9b6e95cea8e0d3b09-▇▇▇] |
| CC: | ▇▇▇ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=731a3653d5a54d7ba2382f40b99c22ef-▇▇▇]; ▇▇▇ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a642377394a54f8080c3c765972fd6fd-▇▇▇]; ▇▇▇ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=72940998ef34462698adf1daef9a9549-▇▇▇] |
| Subject: | Re: Research Investment in Well-Being External Narrative and Strategy--the next 2-3 months |
| Flag: | Follow up |

Thanks for meeting today. The spreadsheet I shared is linked here. I also started a doc that we can use to document progress as well / project manage.

High-level, I think we should target reviewing an all-in H2 well-being roadmap with ▇▇▇ when she is back from recharge (week of 7/4). Working backward from that, I propose the following steps:

1. Align on the workstreams.
    a. Are we missing any?
    b. Are we clear on what work goes into each workstream (e.g. OII, IYWB)?
2. Align on long-term org for each workstream.
3. Align on long-term leader for each workstream (OK if TBH).
    a. Align on which role(s) we need to hire for (so we can kick off / track process).
4. Document current (short-term) leader for each workstream.
5. Document current staffing levels for each workstream and associated goals (all BIS across all UXR/DSS/CDS functions).
6. Align on H2 priorities and staffing options (leaders as well as all BIS) / tradeoffs.
7. Align with ▇▇▇. [Week of 7/4].

I'll set up a weekly recurring meeting for the 3 of us.

▇▇▇, in advance of next week's meeting, would it be possible to fill in steps (1)-(5) above? This can be done in the spreadsheet.

Following up on the open question re: externalization:
   a. I ended up removing the "externalization" row as a separate thing. Instead, let's just encode it into the responsibilities of the "role understanding" and "intervention understanding" owner (e.g. they drive understanding of these issues, both internally and externally). Note that this would mean that the owner of these things would be responsible for articulating a strategy that includes (as appropriate) external engagement. For example, RFPs or similar as part of AAHO on the "intervention understanding" side. The process we set up "risk assessment and mitigation" could also include processes for externalizing internal research.
   b. This does mean that we should clearly put things like OII or IYWB into either "role understanding"/"intervention understanding" *or* "narrative" based on which we think it aligns more closely too. I *think* OII and IYWB fit more closely to "narrative" at this point, so would be driven out of that row (w/ appropriate coordination with the other row), whereas the item ▇▇▇ is working on now would fit more closely into "role understanding"/"intervention understanding".

Feel free to suggest an alternative approach too!

███████████ -- possible to get 30min with this group on a weekly basis, starting next week? Next Friday would be good for the initial meeting in this series.

Thanks,
█

---

**From:** ███████████
**Sent:** Thursday, May 26, 2022 11:28 AM
**To:** ███████████
**Cc:** ███████████
**Subject:** Fw: Research Investment in Well-Being External Narrative and Strategy--the next 2-3 months

FYI █, good context for our meeting later today.

I think the stack rank here generally makes sense to me (w/ exception of the internal research that isn't accounted here that we also need to staff).

Many of these items wrap up in July though, so I'd love to figure out how we want to organize ourselves post-July and (as part of this) ideally have a more unified roadmap for Well-being Research (across DSS, UXR, CDS, etc.). If we do this, I hope it would also reduce thrash / increase efficiency.

One top-level question for me is the best way to structure this work (e.g. █ note is around "external narrative and strategy" -- should we have a separate workstream around "internal"? How do these intersect? Separately, there is a bunch of overlap in the internal and external questions so might be worth thinking about structuring more around questions end-to-end).

I started putting together a frame here to try to structure this that I'm hoping we can discuss when we meet shortly.

Thanks,
█

---

**From:** ███████████
**Sent:** Wednesday, May 25, 2022 9:50 AM
**To:** ███████████
**Cc:** ███████████
**Subject:** Research Investment in Well-Being External Narrative and Strategy--the next 2-3 months

Hi Everyone,

Over the last month, Research (DSS and Social Impact) has been involved in a number of conversations related to well-being and the need for research to help inform the company's external narrative and strategy. Put plainly, there is more work to do in a short period of time than we have capacity for. We want to share the asks–most needing to be completed in the next 2.5 months–and how we are prioritizing them right now to make sure we are working on the most critical needs first.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-020-00530219

We are surging resources where we can, coordinating across projects and doubling up on goals to gain efficiencies so that we can cover as much as possible; but at the moment we do not have capacity to cover P2 and P3 asks without deprioritizing other asks.

**Our Ask:** Please review and let us know if you are aligned with how we have prioritized the work, whether you think there is important work that is missing and should be prioritized, or any questions or context that you think needs to be addressed. Alignment here will be key given the need to sprint and the operational requirements for doing research on wellbeing put in place since the leaks last year.

Please note that this list does not include product research needs being discussed with the Social Impact Research Team, which also need research support but is being discussed separately at the moment. Please also keep in mind that a critical mass of DSS researchers and resources are also being put against the other CSNs and related campaigns with similar urgency.

Thanks!

~

Overall Research Goal: Help identify how Meta might earn and establish the license to operate by taking a leadership role to empower and protect youth online.

- **P0.** Research to support the GTM strategy and messaging for the well-being CSN (#7) to be presented at the BoD in August. Includes quant and qual among multiple audiences and multiple rounds of research. Identify and evaluate product proof points, external engagement strategies, and messaging topics that resonate with policy maker/insider audiences, parents, other adults, and high news engaged audiences. Evaluate believability of messages and persuade-ability of audience segments. (see here for more detail)
    - Primary Stakeholder: 
    - Target Deadline: end of July
- **P0.** Evaluating the possible additive and cumulative impact that standing up a Youth Well-Being Coalition would have on advancing our narrative and our actions. Evaluate which actions are best in tandem or separate from a Coalition. Evaluate the interaction of a coalition with product proof points, and potential activities related to standards for products, design or product recommendations, research or transparent sharing.
    - Primary Stakeholder: 
    - Target Deadline: June
- **P0.** There are a lot of potential product interventions being considered for advancing our external narrative and being a responsible partner around well-being (Youth State of the Union). We are conducting research to understand which intervention(s) should be prioritized as positive proof points and which will have the most impact on advancing our narrative.
    - Primary stakeholders: 
    - Target Deadline: July
- **P0.** Drive the data sharing process with OII/          including resolving any outstanding blockers.
    - Primary Stakeholder: 
    - Target Deadline: July 1
- **P0.** Refining the scope of execution and kicking off the the International Youth Well-being (IYWB) Study
    - Primary stakeholders: 
    - Timeline: Kick off in H2

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                                META3047MDL-020-00530220

- **P1.** Serving as the main research point of coordination for Legal, Comms and Policy teams in preparing for key external moments (both planned and reactive). For example, this includes preparing for the MR hearing in September, product moments for IG landing June (*e.g.* age verification), October moments around anti-bullying month, world mental health day and external research publications re research project with Gallup (State of Connections).
    - Primary Stakeholders: Legal, comms, and policy, as needed
    - Timeline: ongoing, as needed
- **P1.** Collaborating with the Feed Research team to help update the MSI framework to ensure it is inline with Central Well-being guidelines on sensitive research and that the reactive and proactive comms are accurate and informed by research.
    - Primary Stakeholders: ▮
    - Timeline: TBD based on emerging conversations.
- **P1.** Evaluate current integrity/well-being product in the Metaverse, how platformization approaches relate to product/narrative.
    - Primary Stakeholder: ▮
    - Target Deadline: June
- **P2.** Supporting the development of a PA marketing campaign that may occur in August.
    - Primary Stakeholders: PA Marketing
    - Target Deadline: early July
    - The team is evaluating tradeoffs that would be required to split into (a) a lightweight "breadcrumbs" approach for August relying on existing research with minimal creative testing and (b) with a larger, research driven approach in November that relies on the GTM of the CSN as a basis.
- **P2.** Evaluate whether/how we might use the "Science behind the story" series as bread crumbs to support the CSN. Revise and update series, generate recommendations, and include product proof-points as part of our larger strategy.
    - Primary Stakeholder: ▮
    - Target Deadline: July
- **P3.** Driving "special collaborations" for wellbeing research (including previously scoped special collaborations that had been paused: Digital Citizenship and Chronological vs. Curated Feed).

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00530221