# EXHIBIT 6

# EXHIBIT H

Message

**From:** ▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮BA2]
**Sent:** 4/20/2022 3:26:41 AM
**To:** ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮
**Subject:** Message summary [{"otherUserFbId":100070088690423,"threadFbId":null}]

▮▮▮▮ ▮ (4/19/2022 19:26:11 PDT):
>hey ▮▮▮.
>
>for the "MTG | Supervision support x-meta preview" meeting at 3:30pm today,
>
>are you driving next steps?
>
>mostly looking to check that we understand next steps and have clear owners :)
>
>@silent

▮▮▮▮ ▮▮▮ (4/19/2022 19:34:24 PDT):
>(I was going through the airport getting on a flight during the meeting so I wasn't able to participate but I listened a lot for about half the meeting. I sync'd with ▮▮▮ after)
>
>@silent

▮▮▮▮ (4/19/2022 20:11:59 PDT):
>@silent hello yes, as next step we are meeting ▮▮ ▮▮▮, along with ▮▮ to align on the larger vision. Once we get that alignment, we can then work on the next set of details - especially around account linking and FX timeframes.
>We will be working with ▮▮ and the VR parental controls. But pinged ▮▮▮ and we will make sure to include you. Looking forward to working with you again.

▮▮▮▮ (4/19/2022 20:13:11 PDT):
>@silent BTW -would love to understand a bit more about ▮▮▮▮ team and how your team interfaces with ▮▮▮ team?
>Also, any insights from working on VR? We have seen varying levels of interest on a x-meta collaboration

▮▮▮▮ ▮▮▮ (4/19/2022 20:17:23 PDT):
>As part of the X-Meta Youth state of the union that ▮▮▮▮ has been driving,
>
>the clarity I got is that:
>1- Nearly all of the scope in the State of the Union framework lives in my sub-pillar (VR Privacy & Integrity), except parental controls
>
>2- Parental Controls is the only user-facing experience in VR Foundation (▮▮▮▮ org). ▮▮ is driving parental controls overall, with PMs in my Privacy & Integrity org collabing on details.
>
>Less clear but what I've observed is that Youth is an area where ▮▮▮▮ is generally leaning in more than ▮▮▮▮.
>
>▮▮▮ delegated to me to be our VR STO for Youth.
>
>@silent

▮▮▮▮ ▮▮▮ (4/19/2022 20:19:18 PDT):
>> We have seen varying levels of interest on a x-meta collaboration
>
>I'm interested so long as we're clear on ROI.
>
>We have to be ruthless in prioritizing. We're a tiny immature org making big trades between success in the ecosystem now vs. progress towards 1-2 year and 5 year vision.
>
>Basically it helps to think of us as pre-PMF for most of what we want. We're basically a games console and we're barely starting to even launch our platform social features.
>
>Getting candid on where VR is started to help ▮▮▮▮ ramp
>
>@silent

▮▮▮▮ ▮▮▮ (4/19/2022 20:20:17 PDT):
>we don't want to be a games console. we want to be a general compute platform (laptop replacement is 2028 vision) that's the best version of the Metaverse
>

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL-020-00668988

>@silent

▮▮ (4/19/2022 20:22:23 PDT):
>Yup, makes sense
>
>@silent going beyond the x-meta youth state of the union, which is a specific timebox assessment, there are a couple of areas that is now starting with ▮▮ team
>1) Parental controls where I am going to pull you in
>2) Age verification and age platform - also in ▮ team for now. Would you like to be

▮▮ (4/19/2022 20:23:30 PDT):
>our biggest identified Youth problems:
>1- headsets are a share household device like an iPad or TV. We're not 1 device per person. And often households share identities We need to deliver value for more people to switch to a personal identity.
>
>2- family wallet is one lever to #1. I've seen ▮ pitch but I don't have full context
>
>3- We need stated age for per-Youth profiles that we can trust. A lot of integrity measures don't work unless we have this.
>
>@silent

▮▮ (4/19/2022 20:25:51 PDT):
>Config I suggest right now:
>
>▮ is driver on these.
>
>I'm a stakeholder ensuring that ▮ team and VR Privacy & Integrity teams are creating one unified plan. My eng director partner ▮ I'll pull in to keep me honest. :)

▮▮ (4/19/2022 20:26:41 PDT):
>cool thanks

HIGHLY CONFIDENTIAL (COMPETITOR)                                           META3047MDL-020-00668989