# EXHIBIT 7

# EXHIBIT J

Message

**From:** Miki Rothschild [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=19EA927F63FD4639A14044A9522F31C4]
**Sent:** 12/3/2021 3:11:58 AM
**To:** ▉▉▉▉ ▉▉▉▉ ▉▉▉▉ ▉▉▉▉
**Subject:** Message summary [{"otherUserFbId":100013857465839,"threadFbId":null}]
**Attachments:** 259855461_1068191290613750_8166114951310480901_n.png;
260343350_964889337468594_7504529167830842712_n.png;
262299752_1484782901905200_8069821954546216043_n.png

▉▉▉ (12/02/2021 10:51:02 PST):
>this is my main concern since I've seen the team start to convince itself that it shouldn't work on new features

▉▉▉ (12/02/2021 10:52:05 PST):
>Add Moderator and Bystander Reporting are good examples for what the team won't do with just an aggregate PIB goal as the prioritization framework
>
>or Limits

▉▉▉ (12/02/2021 11:00:10 PST):
>this was about how we were both saying similar things about how the team going deeper on the prioritization framework is important (3x2 + problem sub-segments + product maturity of tools missing vs. ready for adoption growth)

Michael Yehuda Rothschild (12/02/2021 11:03:04 PST):
>Hope my summary captured your concern?

▉▉▉ (12/02/2021 11:04:44 PST):
>100%

▉▉▉ (12/02/2021 11:05:12 PST):
>I think this also relates to MWB

Michael Yehuda Rothschild (12/02/2021 11:05:29 PST):
>(y)

▉▉▉ (12/02/2021 11:05:56 PST):
>are you able to join MWB time?

▉▉▉ (12/02/2021 11:06:24 PST):
>my response to some back and forth with ▉▉ and ▉▉ re: Demonstrate Leadership:

▉▉▉ (12/02/2021 11:06:24 PST):
shared: 259855461_1068191290613750_8166114951310480901_n.png

Michael Yehuda Rothschild (12/02/2021 11:07:03 PST):
>Yes, I'm hear

Michael Yehuda Rothschild (12/02/2021 11:07:06 PST):
>here

▉▉▉ (12/02/2021 11:09:39 PST):
>re: Topic Nudge, ▉▉ had a flag I was going to put on email, but since I didn't get to that it's relevant here:

▉▉▉ (12/02/2021 11:09:40 PST):
shared: 260343350_964889337468594_7504529167830842712_n.png

▉▉▉ (12/02/2021 11:10:55 PST):
>basically it sounds like FIT topic system is decided as blocked w/ ▉ and the team working on quality pivoted

▉▉▉ (12/02/2021 11:11:06 PST):
>so we need to get to clarity on the fallback

Michael Yehuda Rothschild (12/02/2021 11:11:24 PST):
>I'll chat with ▉

Michael Yehuda Rothschild (12/02/2021 11:11:37 PST):
>I doubt he's making the connection with topic nudge

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:12:08 PST):
>yeah, to feel good about committing to Topic Nudge, I think we need some Communities <> Home viz

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:12:45 PST):
>this is happening at the team level, but it seems worth some PG/pillar awareness too

Michael Yehuda Rothschild (12/02/2021 11:26:03 PST):
>(y)

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:27:21 PST):
>I think the main thing that's not landing for ▇▇▇ here:
>
>the proposal re: "Demonstrate Leadership" is to identify gaps to fix

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:27:35 PST):
>and the slides have some analysis of gaps

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:27:44 PST):
>we probably need to update the name of the track

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:30:48 PST):
>key point here:
>> product maturity of tools missing vs. ready for adoption growth

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:31:12 PST):
>if we only prioritize for adoption, we don't incentivize trying new kinds of gap fixing that might be lower adoption to start

Michael Yehuda Rothschild (12/02/2021 11:32:51 PST):
>Yeah, that's where I was going with Take A Break -- I think getting is built across the IG exp and playing with the default is probably the highest ROI

Michael Yehuda Rothschild (12/02/2021 11:33:10 PST):
>so more like optimization and then focusing the new feature work on the other areas

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:33:25 PST):
>the voluntary breaks slide (not the right name) is the key bit that's net-new

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:33:31 PST):
>and addresses a key gap with notifs

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:33:58 PST):
>I think it will help to frame what's in optimization vs. what's about net-new or gap fixing

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 11:35:50 PST):
>agreed. the adoption # I shared verbally on Tuesday was wrong and is fixed in the launch decision email that just went out:
>
>> Future Projection: Based on the results, we predict that 1M teens will see the upsell (11.28% vs 8.70% of eligible teens in the 6 EN countries) and ~37k will adopt Take a Break in the first month if launched with the +10 min variant.
>
>so there's optimization to do here and a default could be the right lever

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 12:47:24 PST):
>re: IG all-hands, what's your take on highlighting the two that I called out?
>
>major caveat is that as we saw in ▇▇▇ review, these are not the leading priorities for the team right now

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 12:49:12 PST):
>2 are:
>- Add Moderator: Help large creators and creators who often go live (it's impossible to be live and moderate comments) scale their efforts and also get help so they don't see alll the bad themselves
>
>- Bystander Reporting: give Creators help from the community

Michael Yehuda Rothschild (12/02/2021 12:49:40 PST):
>I like Add Moderator

▇▇▇ ▇▇▇ ▇▇▇ (12/02/2021 12:49:52 PST):
> ▇▇▇ team was leading some precursor work for Bystander Reporting. I can check where that stands. since this dropped from ▇▇▇ review, we weren't coordinating in recent days

Michael Yehuda Rothschild (12/02/2021 12:50:29 PST):

>It's OK if some of the ideas are more aspirational

████ ████ ████ (12/02/2021 12:50:36 PST):
>do you think we need more than Add Moderator or is 1 tool enough?

Michael Yehuda Rothschild (12/02/2021 12:51:09 PST):
>Mainly I was hoping each of the 3 parts of the preso have at least ~1 or more Well-being features

Michael Yehuda Rothschild (12/02/2021 12:51:22 PST):
>Such that it's clear WB is at the heart of everything we do

████ ████ ████ (12/02/2021 12:54:03 PST):
>ok, so this would be:
>
>Entertain (████) well-being highlight is Take a Break
>
>Express Freely (████) well-being highlight is Add Moderator
>
>Living (████) well-being highlight is Safety Check

████ ████ ████ (12/02/2021 12:54:57 PST):
>I think we can land Add Moderator in the talking points
>
>so we'll draft that

Michael Yehuda Rothschild (12/02/2021 12:59:27 PST):
>That seems perfect

████ ████ ████ (12/02/2021 12:59:48 PST):
>great. we'll work on the narrative flow in talking points

Michael Yehuda Rothschild (12/02/2021 12:59:55 PST):
>On Express freely, what's the main topic?

Michael Yehuda Rothschild (12/02/2021 13:00:30 PST):
>I was hoping we could feature guardian support in CF, but the narrative has changed so not sure if still makes sense?

████ ████ ████ (12/02/2021 13:00:53 PST):
>intro tldr for section:
>
>Our goal is to offer the simplest and most innovative video creation experience on the internet.
>
>We'll do this by offering a creation experience that's not only easier and more fun to use than other apps, but also has unique features other apps don't have which help people express their creativity.
>
>I'm going to take you through some exciting things we have planned in this area.

Michael Yehuda Rothschild (12/02/2021 13:01:37 PST):
>Gotcha

Michael Yehuda Rothschild (12/02/2021 13:01:43 PST):
>OK, add moderator then...

████ ████ ████ (12/02/2021 13:02:01 PST):
>it's a bunch of creation and follower growth features

████ ████ ████ (12/02/2021 13:02:51 PST):
>I think Add Moderator can get at how we want to help Creators focus on expressing themselves and enable them to get help from others so they can focus on what they do best
>
>(super rough riff)

████ ████ ████ (12/02/2021 13:03:40 PST):
>this narrative might actually work well with Bystander Reporting

████ ████ ████ (12/02/2021 13:03:45 PST):
>I'll try including that oo

████ ████ ████ (12/02/2021 15:07:41 PST):
>tessa re: Topic Nudge for Entertain:
>
>>> I don't have all the context from wellbeing but I'd prefer to stick to take a break for two reasons:
>
>>> 1) We're still figuring out how topics are going to fit into our secondary controls and just pivoted away from topics for IFR so I've been a bit sensitive about sending mixed messages to the team/company on topical investments
>

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    META3047MDL-014-00356612

>> 2) We're launching the first version of take a break the same week as all hands!

███ ██ (12/02/2021 15:08:41 PST):
> ███ pointed out that "Add Moderator" was basically shared in June (when it was Live-specific)

███ ██ (12/02/2021 15:09:06 PST):
>so I'm building talking points for ███ section around Bystander Reporting
>
>and thinking about what else we'd have

███ thought ███ (12/02/2021 15:09:16 PST):
> ███ thought ███ would want to see more

Michael Yehuda Rothschild (12/02/2021 15:09:44 PST):
>Sounds good

Michael Yehuda Rothschild (12/02/2021 15:10:04 PST):
>I didn't realize Add Moderator was already there previously

███ ██ (12/02/2021 15:10:12 PST):
>yeah, me either

███ ██ (12/02/2021 15:10:21 PST):
>it was very aspirational to show that in June

Michael Yehuda Rothschild (12/02/2021 15:10:29 PST):
>Yeah, lol

███ ██ (12/02/2021 15:11:29 PST):
>does ███ point #1 affect how you chat with ███ re: Topic Nudge H1 execution?

███ ██ (12/02/2021 17:27:10 PST):
>any input on going with Community to Actor Feedback?
>
>with an edit to this single visual...?

███ ██ (12/02/2021 17:27:11 PST):

shared: 262299752_1484782901905200_8069821954546216043_n.png

███ ██ (12/02/2021 17:27:29 PST):
>we'll edit the comment to not have a political mention

Michael Yehuda Rothschild (12/02/2021 17:39:37 PST):
>Seems pretty cool

Michael Yehuda Rothschild (12/02/2021 17:39:51 PST):
>I like it

███ ██ (12/02/2021 17:42:08 PST):
>Yeah, I think the specific headline and concept here feels pretty good
>
>and the direction to use community signals vs. classifiers is an important innovation

███ ██ (12/02/2021 17:44:11 PST):
>this also pretty literally illustrates something ███ was describing in our last Creator Team review.
>
> ███ quote:
>> What are ways we can update incentives and lean into feedback loops for shifting behavior? Part of the solution is taking down content and accounts, but we'd also like to identify levers that don't require takedowns.

Michael Yehuda Rothschild (12/02/2021 19:08:03 PST):
>Replied all such that it's A/C Priv ;)

███ ██ (12/02/2021 19:10:44 PST):
>thank you

███ ██ (12/02/2021 19:11:34 PST):
>I could probably use a A/C Priv tactics refresher

███ ██ (12/02/2021 19:11:38 PST):
> ███ was my POC

███ ██ (12/02/2021 19:11:58 PST):
>and I don't see those tips followed mostly so curious to get the latest update

HIGHLY CONFIDENTIAL (COMPETITOR)                                META3047MDL-014-00356613