# EXHIBIT 8

# **EXHIBIT K**

Message

**From:** ▇▇▇▇ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=569F416B0E6945FF8E57BFD37CCE0493-▇▇▇]
**Sent:** 10/31/2023 8:50:22 PM
**To:** Miki Rothschild ▇▇▇▇▇▇▇▇▇▇
**Subject:** Message summary [{"otherUserFbId":100023330522197,"threadFbId":null}]

▇▇▇▇ (10/31/2023 13:36:22 PDT):
>qq - is the cxmy notes have a ton of "do not share" on them - I'm assuming it's ok for me to share with fb app leads each week and will of course include our lawyer to maintain AC priv, etc.?

Miki Rothschild (10/31/2023 13:49:07 PDT):
>Yes, I think if you include ▇▇ (youth legal) and share with App leads that should be fine.

Miki Rothschild (10/31/2023 13:50:22 PDT):
>The reason we're extra cautious is if stuff leaks even with AC Priv and lawyer it loses privilege

CONFIDENTIAL

META3047MDL-031-00174004