**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>[PROPOSED] ORDER ON SEALING REQUESTS RE: JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on Plaintiffs' and the Meta Defendants' Omnibus Stipulation Regarding Sealing Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild. This Order does not address unsealing the material redacted based on the attorney-client privilege, and those redactions will remain pending further order of the Court.

| Document | Action to Be Taken | Court's Order |
|---|---|---|
| Meta's Exhibit A<br><br>Original Bates: META3047MDL-035-00002871<br><br>Re-production with Redactions: META3047MDL-085-00000104<br><br>ECF 1376-5 | Seal entire exhibit | **GRANTED** |
| Meta's Exhibit C<br><br>Original Bates: META3047MDL-073-00001477<br><br>Re-production with Redactions: META3047MDL-085-00000211<br><br>ECF 1376-9 | Seal entire exhibit | **GRANTED** |
| Plaintiffs' Exhibit A<br><br>META3047MDL-085-00000104<br><br>ECF 1376-12 | Seal entire exhibit | **GRANTED** |
| Plaintiffs' Exhibit B<br><br>META3047MDL-085-00000211<br><br>ECF 1376-13 | Seal entire exhibit | **GRANTED** |
| Plaintiffs' Exhibit F | Seal entire exhibit | **GRANTED** |

1

[PROPOSED] ORDER ON SEALING REQUESTS RE: JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD
4:22-md-03047-YGR

| | | |
|---|---|---|
| META3047MDL-031-00265655<br><br>ECF 1376-17 | | |
| Plaintiffs' Exhibit I<br><br>META3047MDL-031-00117511<br><br>ECF 1376-20 | Seal entire exhibit | GRANTED |
| Joint Letter Brief Regarding Privilege Determination in Connection with Deposition of Miki Rothschild<br><br>ECF 1375 | Redact employee names and email addresses | GRANTED |
| Plaintiffs' Exhibit B<br><br>META3047MDL-085-00000211<br><br>ECF 1376-13 | Redact employee names and email addresses | GRANTED |
| Plaintiffs' Exhibit D<br><br>META3047MDL-014-00322677<br><br>ECF 1376-15 | Redact employee names and email addresses | GRANTED |
| Plaintiffs' Exhibit E<br><br>META304 7MDL-020-00530218<br><br>ECF 1376-16 | Redact employee names and email addresses | GRANTED |
| Plaintiffs' Exhibit G<br><br>META3047MDL-047-00766939<br><br>ECF 1376-18 | Redact employee names and email addresses | GRANTED |
| Plaintiffs' Exhibit H<br><br>META3047MDL-020-00668988<br><br>ECF 1376-19 | Redact employee names and email addresses | GRANTED |
| Plaintiffs' Exhibit J | Redact employee names and | GRANTED |

| | | |
|---|---|---|
| META3047MDL-014-00356610<br><br>ECF 1376-21 | email addresses | |
| Plaintiffs' Exhibit K<br><br>META3047MDL-031-00174004<br><br>ECF 1376-22 | Redact employee names and email addresses | GRANTED |

**SO ORDERED.**

DATED: December 17, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge