1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br>            4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING META'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY SANCTIONS BEFORE MAGISTRATE JUDGE KANG AND TO SET BRIEFING SCHEDULE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 7-11, the Court **GRANTS** Meta's Administrative Motion for Leave To File Motion For Discovery Sanctions Before Magistrate Judge Kang And To Set Briefing Schedule.

Meta is **GRANTED** leave to file a motion for sanctions regarding the States' compliance with the Court's Orders regarding state agency discovery, with the following briefing schedule and page limits:

- Motion: Monday, December 23, 2024 (15 pages)
- Opposition: Friday, January 3, 2025 (15 pages)
- Reply: Friday, January 10, 2025 (10 pages)
- Hearing: concurrent with January 16, 2025 Discovery Management Conference

**IT IS SO ORDERED.**

DATED: _____

Hon. Peter H. Kang
United States Magistrate Judge