UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos.:    4:22-md-03047-YGR (PHK)<br>               4:23-cv-05448-YGR<br><br>**JOINT LETTER RE SCHEDULES FOR STATE AG AND AGENCY DOCUMENT PRODUCTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Dear Judge Kang:

      Pursuant to the Court's instructions at the December 11, 2024 Discovery Management Conference that document production schedules be submitted for the agencies who were subject to the Parties' December 9, 2024 Joint Letter Brief on state agency discovery disputes (ECF No. 1430), Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta") and the undersigned counsel for the States and/or their agencies respectfully submit this letter concerning such document production schedules. *See, e.g.*, Hr'g Tr. at 118:6-11 (Dec. 11, 2024) ("I'm going to be ordering everyone to be providing a one-page schedule to get this done . . . ."); *id*. at 118:18-21 ("I'm going to order all the agencies who are waiting to talk to me to submit a one-page schedule for getting things done with Meta"); *id*. at 170:4-12 (confirming that the Wednesday schedule submission deadline applies to all States subject to the December 9, 2024 briefing); *see also id*. at 103:4-6 ("It's just a schedule. I don't want argument.").

Dated: December 18, 2024

Respectfully submitted,

**ARIZONA**
**KRIS MAYES**
Attorney General
State of Arizona
*/s/ Laura Dilweg*
Laura Dilweg (AZ No. 036066, CA No. 260663)
Chief Counsel - Consumer Protection and Advocacy Section
Nathan Whelihan (AZ No. 037560, CA No. 293684), *pro hac vice*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax: (602) 542-4377
Laura.Dilweg@azag.gov
Nathan.Whelihan@azag.gov

*Attorneys for Plaintiff State of Arizona ex rel. Kris Mayes, Attorney General*

**CALIFORNIA**
**ROB BONTA**
Attorney General
State of California

*/s/ Anna Ferrari*
R. Matthew Wise (CA SBN 238485)
Lara Haddad (CA SBN 319630)
Supervising Deputy Attorneys General
Anna Ferrari (CA SBN 261579)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Anna.Ferrari@doj.ca.gov

*Attorneys for the California Health and Human Services Agency, the Department of*

**COVINGTON & BURLING LLP**

*/s/Ashley Simonsen*
Ashley Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

*Health Care Services, and the Mental Health*
*Oversight and Accountability Commission*

**COLORADO**
**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista F. Batchelder*
Krista Batchelder, CO Reg. No. 45066, pro
hac vice
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, pro
hac vice
Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Danny Rheiner, CO Reg. No. 48821
Assistant Attorney Generals
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex*
*rel. Philip J. Weiser, Attorney General*

**CONNECTICUT**
**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Lauren H. Bidra*
Lauren H. Bidra
(CT Juris No. 440552), *pro hac vice*
Krislyn M. Launer
(CT Juris No. 440789), *pro hac vice*
Tess E. Shaw
(CT Juris No. 444175), *pro hac vice*
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106

Phone: 860-808-5306
Fax: 860-808-5593
Lauren.Bidra@ct.gov
Krislyn.Launer@ct.gov
Tess.Shaw@ct.gov

*Attorneys for Plaintiff State of Connecticut*


**DELAWARE**
**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Ryan T. Costa*
Marion Quirk (DE Bar 4136), *pro hac vice*
Director of Consumer Protection
Ryan Costa (DE Bar 5325), *pro hac vice*
Deputy Director of Consumer Protection
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8810
Marion.Quirk@delaware.gov
Ryan.Costa@delaware.gov

*Attorneys for Plaintiff State of Delaware*


**HAWAIʻI**
**ANNE E. LOPEZ**
Attorney General State of Hawaiʻi

*/s/ Christopher T. Han*
Bryan C. Yee (HI JD No. 4050), *pro hac vice*
Supervising Deputy Attorney General
Christopher T. Han (HI JD No. 11311), *pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development
Division
425 Queen Street
Honolulu, Hawaiʻi 96813
Phone: (808) 586-1180
Bryan.c.yee@hawaii.gov
Christopher.t.han@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

**ILLINOIS**
**KWAME RAOUL**
Attorney General
State of Illinois

By:        */s/ Matthew Davies*
Susan Ellis, Chief, Consumer Protection
Division (IL Bar No. 6256460)
Greg Grzeskiewicz, Chief, Consumer Fraud
Bureau (IL Bar No. 6272322)
Jacob Gilbert, Deputy Chief, Consumer Fraud
Bureau (IL Bar No. 6306019)
Matthew Davies, Supervising Attorney,
Consumer Fraud Bureau (IL Bar No.
6299608), *pro hac vice*
Kevin Whelan, Supervising Attorney,
Consumer Fraud Bureau (IL Bar No.
6321715), *pro hac vice*
Adam Sokol, Senior Assistant Attorney
General, Consumer Fraud Bureau (IL Bar No.
6216883)
Emily María Migliore, Assistant Attorney
General, Consumer Fraud Bureau (IL Bar No.
6336392)
Daniel B. Roth, Assistant Attorney General,
Consumer Fraud Bureau (IL Bar No.
6290613)
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-8554
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Kevin.Whelan@ilag.gov
Adam.Sokol@ilag.gov
Emily.Migliore@ilag.gov
Daniel.Roth@ilag.gov

*Attorneys for Plaintiff the People of the State
of Illinois*

**INDIANA**
**THEODORE E. ROKITA**
Attorney General

State of Indiana

*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82),
*pro hac vice*
Chief Counsel and Director of Consumer
Protection
Corinne Gilchrist (IN Atty No. 27115-53),
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49),
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov
Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KANSAS**
**KRIS W. KOBACH**

Attorney General
State of Kansas
*/s/ Sarah M. Dietz*
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Kaley Schrader, Assistant Attorney General
(KS Bar No. 27700), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**KENTUCKY**
**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip R. Heleringer*

J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip R. Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


**LOUISIANA**
**LIZ MURRILL**
Attorney General
State of Louisiana

*/s/ Asyl Nachabe*
Asyl Nachabe (LA Bar No. 38846)
*Pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
Public Protection Division
Consumer Protection Section
1885 N. Third St.
Baton Rouge, LA 70802
Tel: (225) 326-6400
NachabeA@ag.louisiana.gov

*Attorneys for State of Louisiana*

**MAINE**
**AARON M. FREY**
Attorney General
State of Maine

/s/ Michael Devine
Michael Devine, Maine Bar No. 5048, *pro hac vice*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8829
michael.devine@maine.gov

*Attorney for Plaintiff State of Maine*


**MICHIGAN**
*/s/ Daniel J. Ping*
Daniel J. Ping (P81482)
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
517-335-7632
PingD@michigan.gov

*Attorney for Plaintiff State of Michigan*


**MINNESOTA**
KEITH ELLISON
Attorney General
State of Minnesota

/s/ Caitlin Micko
Caitlin Micko (MN Bar No. 0395388)
pro hac vice
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 724-9180

caitlin.micko@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

**NEBRASKA**
**MIKE HILGERS**
Attorney General of Nebraska

BY:    /s/ Anna Anderson

Anna Anderson, NE #28080
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol Building
Lincoln, NE 68509-8920
Phone: (402) 471-6034
Anna.anderson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**NEW JERSEY**
**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

/s/ *Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney
General

New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney
General and the New Jersey Division of
Consumer Affairs
Matthew J. Platkin, Attorney General for the
State of New Jersey, and Cari Fais, Director
of the New Jersey Division of Consumer
Affairs*

**NEW YORK**
**LETITIA JAMES**
Attorney General
State of New York

*/s/ Christopher D'Angelo*
Christopher D'Angelo, Chief Deputy
Attorney General, Economic Justice Division
(NY Bar No. 4348744), *pro hac vice*
christopher.D'Angelo@ag.ny.gov
Clark Russell, Deputy Chief, Bureau of
Internet and Technology
(NY Bar No. 2848323), *pro hac vice*
clark.russell@ag.ny.gov
Nathaniel Kosslyn, Assistant Attorney
General
(NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8262

*Attorneys for Plaintiff the People of the State
of New York*

**NORTH CAROLINA**
*/s/ Charles White*

Kevin Anderson
Senior Counsel for Consumer Protection and
Multistate Litigation
Sarah G. Boyce
Deputy Attorney General & General Counsel
Jasmine S. McGhee
Senior Deputy Attorney General Director,
Consumer Protection Division

Josh Abram
Kunal Choksi
Special Deputy Attorneys General
Charles G. White (N.C. State Bar No. 57735)
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6889
Facsimile: (919) 716-6050
cwhite@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*


**OHIO**
**DAVE YOST**
OHIO ATTORNEY GENERAL

_____/s/ Kevin R. Walsh_____
MELISSA G. WRIGHT (0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
MELISSA S. SMITH (0083551)
Asst. Section Chief, Consumer Protection
Section
Melissa.S.Smith@ohioago.gov
MICHAEL S. ZIEGLER (0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
KEVIN R. WALSH (0073999)
Kevin.Walsh@ohioago.gov
Senior Assistant Attorney General
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
614-466-1031

*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost*


**PENNSYLVANIA**
**MICHELLE A. HENRY**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Email: jburns@attorneygeneral.gov
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Tel: 717.787.4530

*Attorney for Plaintiff the Commonwealth of Pennsylvania*

**RHODE ISLAND**
_/s/ Stephen N. Provazza_____
Stephen N. Provazza (R.I. Bar No. 10435)
*pro hac vice*
Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main St. Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

*Attorney for Plaintiff State of Rhode Island*

**SOUTH DAKOTA**
**MARTY J. JACKLEY**
Attorney General
State of South Dakota

*/s/ Jessica M. LaMie*
By: Jessica M. LaMie (SD Bar No. 4831),
*pro hac vice*
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Jessica.LaMie@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

**WASHINGTON**
**ROBERT W. FERGUSON**

Attorney General
State of Washington

*/s/ Alexandra Kory*
Alexandra Kory (WA Bar No. 49889)
Joseph Kanada (WA Bar No. 55055)
Rabi Lahiri (WA Bar No. 44214)
Gardner Reed (WA Bar No. 55630)
Claire McNamara (WA Bar No. 50097)
Assistant Attorneys General
Washington State Office of the Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 516-2997
Alexandra.Kory@atg.wa.gov

*Attorneys for Plaintiff State of Washington*


**WISCONSIN**
**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Colin R. Stroud*
Colin R. Stroud
Assistant Attorney General
WI State Bar #1119457, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-9224
stroudcr@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – ARIZONA**

**Meta's Position:** Meta proposed the following schedule to Arizona on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380). [1]

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Arizona's Position**: At this time, the four Arizona agencies still at issue (the Arizona Department of Education, Board of Education, Department of Child Safety, and Department of Health Services) are unable to commit to substantial completion of production of documents requested pursuant to Rule 34 by January 17, 2025, as Meta proposes. The Arizona Attorney General's Office has engaged a discovery vendor to work through technical resource staffing and other inherent constraints and limitations faced by Arizona agencies. Meta and Arizona have failed to reach agreement on search terms and the resultant universe of documents to be reviewed for production. Absent this information, the Arizona agencies have no basis to propose a schedule and will not make an empty promise to this Court regarding the timeline within which discovery can be completed.

---

[1] Per the Court's instructions, Meta includes no argument in response to the State's position. *See* Hr'g Tr. at 103:4-6 (Dec. 11, 2024) ("It's just a schedule. I don't want argument.").

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – CALIFORNIA**

<u>Meta's Position:</u> Meta proposed the following schedule to California on December 17, 2024.  All other dates would be the same as set by the Court on November 26, 2024.  DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

<u>Certain California Agencies's Position:</u>  California Health and Human Services Agency (CalHHS), Department of Health Care Services (DHCS), Mental Health Services Oversight and Accountability Commission (MHSOAC)

| Date | Event |
|---|---|
| December 18, 2024 | Deadline to agree on search terms and custodians for CalHHS and MHSOAC |
| December 20, 2024 | Deadline to agree on search terms and custodians, or alternative collection and review plan, for DHCS.  Further deadlines for DHCS are contingent upon agreement to a hit count that is broadly consistent with the hit count of the proposal at ECF 1430-2 at 14-15. |
| January 10, 2025 | Deadline for rolling document productions to begin |
| February 7, 2025 | Deadline for substantial completion of document productions |
| February 14, 2025 | Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) |
| February 21, 2025 | Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions |
| April 4, 2025 | Deadline for Meta to complete all depositions |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – COLORADO**

**Meta's Position:** Meta proposed the following schedule to Colorado on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Colorado's Position:** Colorado Governor's Office, BHA, CDHS, CDHE, OSPB, and CDE

| Date | Event |
|---|---|
| December 13, 2024 | Meta provided 85 revised search strings to accommodate previously disclosed technical limitations of Colorado agencies. |
| December 16, 2024 | Colorado agencies began running revised search strings. |
| December 20, 2024 | Hit reports for Colorado agencies* will be provided. |
| January 6, 2025 | Complete negotiations of final search terms for production based on hit reports. |
| January 13, 2025 | Rolling production to begin on finalized search terms. **If Parties fail to agree on search terms, Colorado will initiate additional hit reports and production on final Colorado proposal to ensure production can proceed.** |
| February 7, 2025 | Substantial completion of production for State AG and state agency documents pursuant to Colorado counterproposal |
| February 14, 2025 | Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) |
| February 21, 2025 | Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions |
| April 4, 2025 | Deadline for Meta to complete all depositions |

*CDHE may require minimal additional time due to IT staffing issues. Counsel will keep Meta informed of this agency's progress.

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – CONNECTICUT**

**Meta's Position:** Meta proposed the following schedule to Connecticut on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Connecticut's Position:**

| Agency | Search Term Finalization Date*: | First Custodian Production Date (or Rolling Production to Begin): | Substantial Completion Date* (all docs): |
|---|---|---|---|
| CT Office of the Governor | 12/20/24 | 1/10/25 | 1/17/25 |
| CT Department of Children and Families | 12/20/24 (targeted search process finalization) | 1/10/25 | 1/17/25 |
| CT Department of Education | 12/20/24 | 1/10/25 | 1/17/25 |
| CT Commission for Educational Technology | N/A | Rule 45 Subpoena Completion on 10/9/24 | N/A |

*This date represents the latest date for the identified agency to commence the review and production process. The agency will work off its proposed search term list unless an alternative agreement with Meta is reached or a Court order requiring alternative terms issues.

*This Substantial Completion Date does not include responses to Meta's Third Request for Production of Documents, dated November 18, 2024. The parties each reserve all rights with respect to the deadline for substantially completing production in response to Meta's Third Request for Production of Documents.

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – DELAWARE**[2]

**Meta's Position:** Meta proposed the following schedule to Delaware on December 17, 2024.  All other dates would be the same as set by the Court on November 26, 2024.  DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Delaware's Position:** Delaware proposed the following schedule to Meta on December 16, 2024.

| Date | Event |
|---|---|
| 12/23/2024 | Deadline to complete meet and confers regarding search terms for Delaware agencies. |
| 1/8/2024 | Delaware agencies to begin second round of rolling productions. |
| 2/6/2025 | Substantial completion of production for Delaware agencies.[3] |

---

[2] Per the Court's instructions, the parties include no argument.  *See* Hr'g Tr. at 103:4-6 (Dec. 11, 2024) ("It's just a schedule.  I don't want argument.").

[3] Assuming the parties' agreement on a reasonable set of search terms.

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – HAWAII**

**Meta's Position:** Meta proposed the following schedule to Hawaii on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Hawaii's Position:** Hawaii's Proposed Discovery Schedule for State Agency Production

| Date | Event |
|---|---|
| 12/31/2024 | Deadline for Parties to complete meet and confers regarding remaining search terms to be used for Rule 34 state agency discovery |
| 1/10/2025 | Hawai'i agencies to begin next round of rolling productions. |
| 2/28/2025 | Substantial completion of production for Hawai'i agencies. |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – ILLINOIS**

<u>Meta's Position:</u> Meta proposed the following schedule to Illinois on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

<u>Illinois's Position:</u>  **Illinois Attorney General, Governor's Office, DHS, DCFS, ISBE, and IDPH**

| Date | Event |
|---|---|
| December 13, 2024 | Illinois provided search term and custodian counterproposal for all state agencies |
| December 16, 2024 | Illinois began export of custodial mailboxes |
| TBD – after full custodial mailboxes have been exported and processed into eDiscovery platform | If Parties fail to agree on search terms and custodians, Illinois will produce additional hit reports from eDiscovery platform when custodial mailboxes loaded. Illinois will begin document review and production based on final Illinois counterproposal. |
| January 10, 2025 | Last day for rolling document productions to begin |
| February 7, 2025 | Substantial completion of production for State AG and state agency documents pursuant to Illinois counterproposal |
| February 14, 2025 | Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) |
| February 21, 2025 | Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions |
| April 4, 2025 | Deadline for Meta to complete all depositions |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – INDIANA**

**Meta's Position:** Meta proposed the following schedule to Indiana on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Indiana's Position:**

| Date | Event |
|---|---|
| December 23, 2024 | Deadline for Parties to complete meet and confers regarding search terms to be used for Rule 34 state agency discovery |
| January 8, 2025 | Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions |
| January 10, 2025 | Start date for rolling productions of state agency custodian documents requested pursuant to Rule 34 |
| February 7, 2025 | Substantial completion of production for State AG and state agency documents |
| February 14, 2025, through March 14, 2025 | Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) |

## SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – KANSAS

| Event | DMO 12 | Meta Proposal | Kansas Proposal |
|-------|--------|---------------|-----------------|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 12/23/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | 2/7/25 (concurrent with Rule 34 deadline) |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 | Strike this |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | 1/10/25 |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/8/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 2/7/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – KENTUCKY**

| Event | DMO 12 | Meta Proposal | Kentucky Proposal |
|---|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | 12/20/24 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | 12/23/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 | 1/10/25 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | 12/30/24, but 2/14/25 (per DMO 12) for deadline to object to said depositions. |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | n/a |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/6/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | 1/13/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 2/7/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | 4/4/25 |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – LOUISIANA**

| Event | DMO 12 | Meta Proposal | Louisiana Proposal |
|---|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 12/23/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | 12/20/24 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | 12/23/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 | 1/10/25 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | 1/6/25 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | 1/3/25 |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/6/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | 1/13/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 1/31/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | 4/4/25 |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – MAINE**

**Meta's Position:** Meta proposed the following schedule to Maine on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Maine's Position:** Maine proposes the following schedule for completion of state agency discovery. This proposal applies to the Department of Administrative and Financial Services, Department of Education, Department of Health and Human Services, and the Governor's Office. Meta has agreed to de-prioritize discovery from the Department of Economic and Community Development.

| Date | Task |
|---|---|
| December 23, 2024 | Complete meet and confers on search terms and custodians |
| December 30, 2024 | Deadline for letter briefs on search terms and custodians |
| January 10, 2025 | Deadline to begin rolling productions |
| February 14, 2025 | Deadline for substantial completion of production |
| February 28, 2025 | Earliest date for 30(b)(6) deposition |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – MICHIGAN**

**Meta's Position:** Meta proposed the following schedule to Michigan on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Michigan's Position:** Michigan's proposal below is contingent on Meta's acceptance of outstanding, good-faith proposal for search terms dated December 18, 2024, and requests to de-prioritize certain agencies.

| Date | Event |
|---|---|
| TBD – failing agreement on search terms and custodians | As necessary, Michigan will produce additional hit reports from eDiscovery platform when available. Once Meta confirms acceptance of Michigan's final search term proposal, Michigan will promptly begin document review and production. |
| January 17, 2025 | Last day for rolling document productions to begin |
| February 7, 2025 | Substantial completion of production for State AG and state agency documents pursuant to Michigan counterproposal |
| February 14, 2025 | Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) |
| February 21, 2025 | Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions |
| April 4, 2025 | Deadline for Meta to complete all depositions |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – MINNESOTA**

<u>Meta's Position:</u> Meta proposed the following schedule to Minnesota on December 17, 2024.  All other dates would be the same as set by the Court on November 26, 2024.  DMO 12 (ECF No. 1380). [4]

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

<u>Minnesota's Position</u>: DHS, MDE, and the Governor's Office sent Meta counterproposals accompanied by hit reports and explanations for the same. Meta responded the day of this filing, and the negotiations are ongoing as to DHS and MDE. The Governor's Office accepted Meta's 12/18/24 counterproposal. Accordingly, the MN AGO, on behalf of DHS, MDE, and the Governor's Office, propose the following deadlines to complete state agency discovery:

| | |
|---|---|
| 12/20/24 | **Search Term Finalization Date.** This date represents the latest date for DHS, MDE, and the Governor's Office to commence the review and production process. The agency will work from its proposed search term list unless an alternative agreement with Meta is reached or a Court order requiring alternative terms issues. |
| 1/10/25 | **Rolling Production to Begin.** |
| 2/7/25 | **Substantial Completion Date.** DHS cannot currently evaluate the adequacy of this date due to ongoing search term negotiations. DHS, MDE, and the Governor's Office reserve all rights to seek relief from this deadline if the parties do not reach agreement on reasonable search terms. |

MN AGO objects to Meta's proposed schedule to the extent that it would impose different deadlines on agencies not at issue for purposes of this submission or includes its third set of requests for production. MN AGO further objects to Meta's proposed deposition schedule. MN AGO cannot meaningfully negotiate deposition deadlines until the scope of the agencies' search and production is finalized. Meta's proposed deposition schedule is also duplicative (e.g., Meta's 12/30/24 deadline is duplicative of deadlines in DMO 12) and serves only to impose burdensome and unnecessary obligations on the States, and should not be adopted.

---

[4] Per the Court's instructions, Meta includes no argument in response to the State's position.  *See* Hr'g Tr. at 103:4-6 (Dec. 11, 2024) ("It's just a schedule.  I don't want argument.").

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – MISSOURI**

**Meta's Position:** Meta proposed the following schedule to Missouri on December 17, 2024, and did not receive any proposed dates from Missouri.

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – NEBRASKA**

**Meta's Position:** Meta proposed the following schedule to Nebraska on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380). [5]

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Nebraska's Position**: Nebraska's state agencies did not have infrastructure to run hit searches previously. Nebraska is working with state IT personnel to build and develop search functionality for some databases and working on alternative solutions for searching certain databases that present additional technical challenges. Some agencies are alternatively providing methodologies for manual searches. Nebraska has proposed the below compliance deadlines for the Department of Education, the Children's Commission, and the Governor's Office. [6] The Department of Health and Human Services is not included DHHS already has fully complied with Meta's requests. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Date | Event |
|---|---|
| December 16, 2024 | Nebraska provided available hit reports |
| January 3, 2025 | Department of Education to begin exporting and processing documents. |
| January 10, 2025 | Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (and to meet and confer re: any such disputes) |
| January 14, 2025 | Substantial Compliance from the Nebraska Governor's Office, including disclosures of the search process |
| January 31, 2025 | Rolling Production to begin for the Department of Education and the Children's Commission pursuant to Nebraska's counterproposal |
| February 28, 2025 | Substantial Compliance from the Department of Education and the Children's Commission pursuant to Nebraska's counterproposal |

---

[5] Per the Court's instructions, Meta includes no argument in response to the State's position. *See* Hr'g Tr. at 103:4-6 (Dec. 11, 2024) ("It's just a schedule. I don't want argument.").

[6] Assuming the Parties' agreement on search terms. If the Parties are unable to reach an agreement on search terms, Nebraska will begin document review and production based on the final Nebraska counterproposal.

## SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – NEW JERSEY

| Event | DMO 12 | Meta Proposal | New Jersey Proposal |
|---|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 12/27/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | 1/6/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | n/a, covered by R34 prod. |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 | 1/15/25 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | 12/30/25 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | 2/5/25 |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/13/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | 1/20/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 2/28/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | 4/4/25 |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – NEW YORK**

**Meta's Position:** Meta proposed the following schedule to New York on December 17, 2024.  All other dates would be the same as set by the Court on November 26, 2024.  DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**New York's Position:**  While the New York agencies all maintain their objections and stand by their legal positions (*see, e.g.,* Dkt. No. 1443), with the exception of one agency that has been deprioritized, all of the New York agencies identified in the Rule 34 subpoena issued by Meta have agreed to produce documents pursuant to Rule 45. These include, the Council on Children and Families, the Department of Education, the Department of Health, the Department of State, the Office of Children and Family Services, the Office of Mental Health, the Division of the Budget and the Office of the Governor. The proposal from OAG set forth below is an estimate based on a review of the document hits generated by the most recent proposals from the New York agencies and not the hits generated by Meta's most recent terms.

| Date | Event |
|---|---|
| 12/23/2024 | Deadline to complete meet and confers regarding search terms and  custodians for New York agencies. |
| 12/27/2024 | Letter briefs on search terms and custodians for New York agencies (if necessary). |
| 12/30/2024 | New York agencies to begin next round of rolling productions. |
| 2/14/2025 | Substantial completion of production for New York agencies. |
| 2/28/2025 – 3/7/2025 | Dates for Rule 30(b)(6) depositions of New York agencies to be taken (unless otherwise agreed upon by the Parties). |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – NORTH CAROLINA**

**Meta's Position:** Meta proposed the following schedule to North Carolina on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**North Carolina's Position:** North Carolina proposes the below schedule:

| Date | Event(s) |
|---|---|
| Jan. 3, 2025 | Completion of conferrals re: search terms and custodians for DPI covering the period 1/1/12 to 12/31/16.[7] |
| Jan. 8, 2025 | Deadline for conferrals re: scheduling AG and agency 30(b)(6) depositions. |
| Jan. 10, 2025 | Rolling production begins for DPI documents for the period 1/1/17 to 3/28/24, and Governor's Office documents. |
| Jan. 13, 2025 | Deadline for letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions. |
| Jan. 17, 2025 | Rolling production to begin for any DPI documents for the period 1/1/12 to 12/31/16, and DHHS documents for the time period 1/1/2017 to 3/28/2024. Completion of conferrals regarding any search terms and custodians for DHHS for the period of 1/1/12 to 12/31/16. |
| Jan. 24, 2025 | Substantial completion of production for documents from the Governor's Office, and for DPI documents for the time period 1/1/17 to 3/28/24. |
| Jan. 31, 2025 | Substantial completion for DHHS dating 1/1/17 to 3/28/24, and any DPI documents dating 1/1/12 to 12/31/16. |
| Feb. 14, 2025 | Substantial completion for any DHHS documents dating 1/1/12 to 12/31/16. |
| Feb. 14, 2025 | Deadline for Meta to serve fact witness depositions. |
| March 14, 2025 | Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and stage agency fact witness depositions. |

---

[7] NCAG maintains its objection to the propriety of this earlier time period but is willing to continue conferrals.

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – OHIO**

| Event | DMO 12 | Meta Proposal | Ohio Proposal |
|---|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 12/30/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | 1/6/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | 12/23/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 | 1/10/25 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | 1/6/25 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | n/a |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/17/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | 1/24/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 2/7/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | 4/4/25 |

## SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – PENNSYLVANIA

| Event | DMO 12 | Meta Proposal | Pennsylvania Proposal |
|---|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 1/3/25 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | 1/10/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | 12/23/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 | 1/31/25 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | 2/14/25 |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/13/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | 1/20/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 2/28/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | 4/4/25 |

## SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – RHODE ISLAND

**Meta's Position:** Meta proposed the following schedule to Rhode Island on December 17, 2024.  All other dates would be the same as set by the Court on November 26, 2024.  DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**Rhode Island's Proposal:**

| Date | Event |
|---|---|
| 12/20/2024 | Expected completion for conferrals regarding agency custodians and ESI search terms |
| 1/8/2024 | Rhode Island agencies to begin rolling productions. |
| 2/26/2025 | Substantial completion for agency productions[8] |
| 3/5/2025 | Deadline to notice agency depositions |
| 4/4/2025 | Deadline for Meta to complete agency depositions |

---

[8] This proposed substantial completion deadline assumes the parties and agencies can reach an agreement regarding custodians and search terms by December 20, 2024.

### SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – SOUTH DAKOTA

**Meta's Position:** Meta proposed the following schedule to South Dakota on December 17, 2024. All other dates would be the same as set by the Court on November 26, 2024. DMO 12 (ECF No. 1380).

| Event | DMO 12 | Meta Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/6/24 | 12/27/24 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 |

**South Dakota's Position:**

| Agency | Search Term Negotiation Status: | Search Term Finalization Date*: | Rolling Production to Begin: | Substantial Completion Date (all docs): |
|---|---|---|---|---|
| AG | Partially Agree | 12/31/24 | 01/10/25 | 02/14/25 |
| BOR | Partially Agree | 12/31/24 | 01/10/25 | 02/14/25 |
| DOH | Partially Agree | 12/31/24 | 11/4/24 | 02/14/25 |
| DOE | Partially Agree | 12/31/24 | 01/10/25 | 02/14/25 |
| DSS | Partially Agree | 12/31/24 | 01/10/25 | 03/31/25 |
| GO | Partially Agree | 12/31/24 | 01/10/25 | 02/14/25 |
| BFM | Partially Agree | 12/31/24 | 01/10/25 | 02/14/25 |

**SCHEDULE FOR COMPLETION OF STATE AG DISCOVERY – WASHINGTON**

| Event | Meta Proposal | Washington Proposal |
|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | n/a |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/18/24 (DMO 12: 12/2/24) | n/a.  Parties have met & conferred. |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/20/24 (DMO 12: 12/9/24) | 1/13/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 (Per DMO 12) | 2/10/25 |
| Deadline for first (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 12/27/24 (DMO 12: 12/6/24) | No objection. |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | 12/30/24 | No objection. Subject to future negotiations. |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | 1/3/25 | 1/10/25 |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 (Per DMO 12) | 2/14/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 (Per DMO 12) | 2/19/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/17/25 (DMO 12: 1/10/25) | 2/10/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 (Per DMO 12) | 2/24/25-3/17/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 (Per DMO 12) | No objection. Subject to future negotiations and production status. |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 (Per DMO 12) | No objection. Subject to future negotiations and production status. |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 (Per DMO 12) | No objection. Subject to future negotiations |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 (Per DMO 12) | No objection. Subject to future negotiations and production status. |

**SCHEDULE FOR COMPLETION OF STATE AGENCY DISCOVERY – WISCONSIN**

| Event | DMO 12 | Meta Proposal | Wisconsin Proposal |
|---|---|---|---|
| Deadline for states to provide hit reports for most recent Meta search term and agency custodians proposal if no agreement reached | 12/16/24 (Per 12/11 DMC) | 12/16/24 | WI objects to inclusion of this entry |
| Deadline for completion of conferrals re: Rule 34 state agency discovery | 12/2/24 | 12/18/24 | 12/20/24 |
| Last date to file discovery letter briefs re: disputes concerning production of state agency documents (Rule 34 requests or subpoenas) | 12/9/24 | 12/20/24 | WI objects to inclusion of this entry |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 45 subpoenas | 12/23/24 | 12/23/24 | WI objects to inclusion of this entry |
| Deadline for next rolling production of state agency documents requested pursuant to Rule 34 | n/a | 12/27/24 | 1/10/25 |
| First date for Meta to notice fact deponents from individual agencies, with States objecting to any deposition within 3 business days or providing proposed dates within 7 business days | n/a | 12/30/24 | WI objects to inclusion of this entry |
| Deadline for second (or next) rolling production of state agency documents requested pursuant to Rule 34 (if not completed) | n/a | 1/3/25 | WI objects to inclusion of this entry |
| Last date for Parties to meet and confer re: scheduling of State AG and state agency Rule 30(b)(6) depositions (*and* to meet and confer re: any such disputes) | 1/6/25 | 1/6/25 | 1/6/25 |
| Last date to file discovery letter briefs re: disputes concerning scheduling or taking of any State AG and state agency Rule 30(b)(6) depositions | 1/13/25 | 1/13/25 | 1/13/25 |
| Substantial completion of production for State AG and state agency documents requested pursuant to Rule 34 | 1/10/25 | 1/17/25 | 2/7/25 |
| Dates for Rule 30(b)(6) depositions of State AGs and state agencies to be taken (unless otherwise agreed upon by the Parties) | 2/3/25-3/7/25 | 2/3/25-3/7/25 | 2/3/25-3/7/25 |
| Deadline for Parties to meet and confer to identify and commence scheduling State AG and state agency individual fact witness depositions (*and* to meet and confer re: any such disputes) | 2/14/25 | 2/14/25 | 2/14/25 |
| Deadline for Meta to serve deposition notices for State AG and state agency individual fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Last date to file discovery letter briefs re: any disputes concerning scheduling or taking of State AG and state agency fact witness depositions | 2/21/25 | 2/21/25 | 2/21/25 |
| Deadline for Meta to complete depositions of State AG and state agency fact witnesses | 4/4/25 | 4/4/25 | 4/4/25 |

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 18, 2024

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen