Rob Bonta
Attorney General
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC.<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>**STATE ATTORNEYS GENERAL'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Under Civil Local Rules 7-11 and 7-3(d), the State Attorneys General submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the recent decision in *District of Columbia v. Meta Platforms, et al.*, No. 2023-CAB-006550 (D.C. Super. Ct. Dec. 18, 2024) (attached as Exhibit A). The State Attorneys General submit this decision in support of their arguments raised in the following briefs, among others:

(1) State Attorneys General's Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge [Dkt No. 1168]; and

(2) State Attorneys General's Reply in Support of Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge [Dkt No. 1194].

The State Attorneys General submit this authority via Administrative Motion rather than a Statement of Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision must be submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). The decision subject to this Administrative Motion was issued after the completion of briefing and argument on the pleadings listed above.

DATED: December 19, 2024

*/s/ Bernard Eskandari*
Bernard Eskandari

*Attorney for Plaintiff the People of the State of California*