1  Sarah N. Emery (KY Bar 94261)
2  Hendy Johnson Vaughn, PSC
   2380 Grandview Drive
3  Ft. Mitchell, KY 41017
   Tel. (859) 578-4444
4  Email: semery@justicestartshere.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br>MDL No. 3047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **MOTION OF SARAH N. EMERY FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: January 17, 2025<br>Time: 9:00 a.m. PST<br>Crtrm: 1, 4th Floor |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT, on January 17, 2025, at 9:00 A.M., before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court, Northern District of California, located at 1301 Clay Street in Oakland, California, Sarah N. Emery, of Hendy Johnson Vaughn will and hereby does move this Court for an order appointing Sarah Emery to a position as a Member of the Plaintiffs' Steering Committee representing the interests of the school districts. This Motion is based on the Memorandum of Points and Authorities and exhibit submitted herewith, any

Reply Memorandum or other papers submitted in connection with the Motion, any matter of which this Court may properly take judicial notice, and any information presented at argument.

### MEMORANDUM OF POINTS AND AUTHORITIES

The undersigned respectfully submits her application to membership on the Plaintiffs' Steering Committee with the support of the Co-Leads and the leadership of the subcommittee for school districts. As highlighted in the attached letter from the undersigned (Exhibit A), over the past year, Sarah Emery has served as an appointed member of the subcommittee for school districts and worked to advance the interests of school districts in this litigation (D.N. 451, p. 4). She is qualified, experienced, and available to bring unique resources and insights to this litigation. For the reasons set forth in Exhibit A, Sarah Emery respectfully requests the Court issue an order appointing her to a membership on the Plaintiffs' Steering Committee.

DATED this 20th day of December 2024.

**HENDY JOHNSON VAUGHN, PSC**

*/s/ Sarah N. Emery*
Sarah N. Emery (KY Bar 94261)
Hendy Johnson Vaughn
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel. (859) 578-4444
Fax (859) 567-9066
semery@justicestartshere.com

*Counsel for Bell County School District, Boone County School District, Bracken County School District, Breathitt County School District, Bullitt County School District, Clark County School District, Covington Independent Public Schools, Daviess County School District, Estill County School District, Fayette County School District, Fort Thomas Independent School District, Fort Wayne Community Schools, Franklin County School District, Harrison County School District, Hopkins County School District, Jefferson County School District, Jessamine County School District, Johnson County School District, LaRue County School District, Lawrence County School District, Lawrenceburg Community School Corporation, Madison County School District, Martin County School District, McLean County School District, Menifee County School District, Montgomery County School District, Owensboro Independent*

*School District, Robertson County School District, Rockcastle County School District, Scott County School District, Walton-Verona Independent School District, Wolfe County School District*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Sarah N. Emery
Sarah N. Emery (KY Bar 94261)