IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al. | MDL No.    3047 |
| v. | Case Nos.    4:22-md-03047-YGR-PHK |
| Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC, |         4:23-cv-05448-YGR |
| | **[PROPOSED] ORDER DENYING META'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY SANCTIONS BEFORE MAGISTRATE JUDGE KANG AND TO SET BRIEFING SCHEDULE** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | Judge: Hon. Yvonne Gonzalez Rogers |
| 4:23-cv-05448. | Magistrate Judge: Hon. Peter H. Kang |

### [PROPOSED] ORDER

Having considered the Meta's administrative motion (ECF No. 1471) and the State AG's opposition thereto, the Court hereby **DENIES** the motion.

**IT IS SO ORDERED.**

Dated: December ____, 2024

_____
Hon. Peter H. Kang