# Exhibit 1
# Arizona

# Exhibit 1A
# Meta's Proposal[s]

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Arizona – Meta Proposal**

**Search Terms:** Meta made its most recent counterproposal on December 10, 2024 to the Arizona (i) Board of Education, (ii) Department of Education, and (iii) Department of Child Safety and offered the same as an initial proposal to the (iv) Department of Health Services. At a high level, Meta's proposal involves using search strings that require a combination of the following search term categories. So, for example, a document would have to include one of the "Social Media/Device Terms" *and* a "Youth Term" to be included in the review process, etc.

- o  Social Media/Device Terms w/200 Youth Terms

- o  Youth Terms w/200 Harm or Wellbeing Terms

- o  Youth Terms AND Other Terms w/200 Social Media/Device Terms

| # | Social Media/Device Terms |
|---|---|
| 1 | "social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR finsta OR FB OR IG OR YT OR TT OR DM* OR device* OR iphone* OR android OR phone* OR screen OR cell* OR internet OR video OR videogame OR gaming OR apps OR Ipad OR tablet OR laptop OR computer OR chromebook |
| | **Youth Search Terms** |
| 2 | ((gen OR generation) w/2 (alpha OR "z")) |
| 3 | teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*'" OR preteen* OR U18 or "under 18" |
| 4 | scholar* OR School* OR student* OR pupil* OR grade* freshman OR freshmen OR sophomore* OR junior* |
| 5 | ACE* |
| | **Harm or Wellbeing Terms** |
| 6 | advers* w/10 experience* OR ACE* |
| 7 | (bodies OR body) w/3 (mass* OR shape* OR fat* OR image* OR thin* OR skinny OR slim* OR acceptance OR dissatisfaction OR positivity OR image OR dysmorph*) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| 8 | (negativ* OR compar*) w/3 (appearance OR experience OR affect* OR effect* OR social OR other*) |
|---|---|
| 9 | "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge |
| 10 | (eat* OR sleep*) w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*) |
| 11 | bully* OR bullie* OR cyberbull* OR harass* OR sextort* |
| 12 | transphob* OR homophob* OR racis* OR sexis* OR (gender w/10 (dysphoria OR iden*)) |
| 13 | suicid* OR unalive OR cutting* OR selfharm OR "self-harm" OR NSSI OR "non-suicidal self injury" OR sad* OR reclus* OR (self w/3 (harm OR esteem OR control OR injur* OR mutilat* OR regulat*)) |
| 14 | svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul |
| 15 | (compuls* OR problem* OR addic* OR overdos* OR excess* OR increas*) w/3 (use* OR using OR usage) |
| 16 | dopamine |
| 17 | (mental w/3 health) OR "TMH" OR (psych* w/10 (concern* OR issue*) |
| 18 | "negative spiral" |
| 19 | "social reward*" OR "social approval" |
| 20 | "risk factor*" OR "protective factor*" |
| 21 | "social connectedness" w/10 (limit* OR decrease* OR less*) |
| 22 | danger* OR warn* |
| 23 | wellness* OR wellbeing OR "well-being" OR empath* OR compassion* |
| 24 | confidence OR "self-confidence" |
| 25 | health w/5 (interact* OR behavior* OR online) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| 26 | technology w/5 (responsible OR health*) |
|----|------------------------------------------|
| 27 | serious w/5 (concern* OR issue OR situation*) |
| 28 | emotion* w/5 (abuse* OR support OR regul*) |
| 29 | violen* OR abus* OR assault* OR fight* OR altercation OR killchallenge OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR groom* OR hookup* OR solicit* OR pedophile* OR predator* OR sex* OR extort OR exploit* |
| 30 | NCII OR "non-consensual intimate imagery" OR CSEC OR CSAM OR NCOSE OR NCMEC |
| 31 | "internet crime*" or ICAC |
| 32 | (hate*) w/25 (crime OR attack* OR conduct* OR misconduct*) |
| 33 | therap* OR counsel* OR treatment* OR inpatient |
| 34 | "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR anxi* OR stress* OR depress* OR insomnia OR ((personality OR behavior*) w/3 (disorder* OR concern* OR issue* OR health* or delinquent)) |
| 35 | "SSRI" OR "SNRI" OR "s.n.r.i." OR "s.s.r.i." OR serotonin OR mood OR "anti-anxiety" OR antidepress* |
| 36 | divorce* OR "foster care" OR "foster family" OR homeless* OR unhous* OR ((difficult OR broken) w/5 (famil* OR home*)) |
| 37 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR (social* W/3 distanc*)) w/15 (sad* OR depress* OR anxi* OR stress* OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone) |
| 38 | "time spent" OR "engagement" OR (watch* w/2 time) OR impression*OR "MAU" OR "DAU" OR "MAP" OR "DAP" OR "WAU" OR "WAP" |
| 39 | addict* OR staytime OR timespent OR "time spent" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control" |
| 40 | screen w/10 (time OR manag* OR control* OR limit) OR screentime |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Arizona – Meta Proposal**

| 41 | "prefrontal cortex" OR "cognitive development" OR neuroadaptation |
|----|----|
| 42 | (detect* or develop*) w/3 (age OR brain*) |
| 43 | "emotion study" OR "personalized feedback" |
| | **Other Terms** |
| 44 | polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* or criminal OR charges OR conviction* OR arrest* OR "law enforcement" |
| 45 | positive* w/3 messag* |
| 46 | deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" |
| 47 | "Consumer Protection Act" OR "consumer protection" OR (consumer w/5 protect*) |
| 48 | design w/3 (persuasive OR coercive) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Arizona – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024 (with the limited exception for the Department of Child Safety based on the founding date provided by the agency), which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been proposed by the Arizona AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Board of Education | Sean Ross* | Executive Director |
| Board of Education | Bruce DuPlanty* | Deputy Director |
| Board of Education | Tom Horne (AZ-proposed DOE custodian) | Superintendent |
| Board of Education | Dr. Jacqui Clay | County School Superintendent |
| Board of Education | Dr. Scott Hagerman | High School District Superintendent |
| Board of Education | Dr. José Luis Cruz Rivera | University President |
| Board of Education | Jessica Mueller* | Research and Data Analyst |
| Board of Education | Shannon Etz* | Project Director of Constituent Services |
| Board of Education | Federico Yanez* | Project Director of Policy |
| Dept. of Education | Tom Horne* | Superintendent of Public Instruction |
| Dept. of Education | Margaret Garcia Dugan* | Deputy Superintendent |
| Dept. of Education | Art Harding* | Chief Operations Officer |
| Dept. of Education | Edward Cota* | Chief Strategy Officer |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Education | Sid Bailey* | Arizona Educator Leadership |
| Dept. of Education | Catherine Barrett* | Academic Achievement |
| Dept. of Education | Colette Chapman* | ESS/Child and Adult Programs |
| Dept. of Education | Joseph Guzman* | Accountability |
| Dept. of Education | Debbie Jackson* | Deputy Operations Officer |
| Dept. of Education | Mike Kurtenbach* | DAS School Safety |
| Dept. of Education | Mila Makal* | Director Character Education |
| Dept. of Education | Rick Medina* | Community Relations Manager |
| Dept. of Education | Doug Nick* | Communications Director |
| Dept. of Education | Camilla Strongin* | Director of Legislative Affairs |
| Dept. of Education | Bobby Bravo* | Deputy Director Legislative Affairs |
| Dept. of Education | Michelle Udall* | School Improvement |
| Dept. of Education | John Ward* | ESA Executive Director |
| Dept. of Education | Jim Waring* | Fed./State Liaison and Community Outreach |
| Dept. of Education | Mark Hodge* | Title IV – Student Support & Academic Enrichment |
| Dept. of Education | Rhae Lynne Clawson* | 21st Century Community Learning Centers |
| Dept. of Education | Melissa Conner* | Health and Nutrition Services |
| Dept. of Education | Cara Alexander* | Health and Nutrition Services |
| Dept. of Child Safety | Sara Perry | Sr. Division Administrator – Chief Health Services Officer |
| Dept. of Child Safety | Sara Park* | Chief Medical Officer |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Child Safety | Karla Mouw* | Assistant Director – CHP |
| Dept. of Child Safety | Frank Sweeney* | Assistant Director – Information Technology |
| Dept. of Child Safety | Megan Conrad | DCS Program Manager – Extended Foster Care |
| Dept. of Child Safety | Reynaldo Saenz | Assistant Director – Comptroller |
| Dept. of Child Safety | Jessica Anthony | Ombudsman |
| Dept. of Child Safety | Tanya Abdellatif | DCS Assistant Director of Foster Care & Post Permanency Support |
| Dept. of Child Safety | Gillian Vanasse* | DCS Chief Operating Officer |
| Dept. of Child Safety | Barbara Guillen | Permanency and Youth Services Manager |
| Dept. of Child Safety | Rebecca Krumm* | Acting Assistant Director, Office of Accountability |
| Dept. of Child Safety | Chris Gustafson | Chief Legislative Liaison |
| Dept. of Child Safety | David Lujan* | Deputy Director |
| Dept. of Child Safety | Shalom Jacobs* | Deputy Director |
| Dept. of Child Safety | Greg McKay* | Director |
| Dept. of Child Safety | Mike Faust* | Director |
| Dept. of Child Safety | Kylah Ross-Mount* | Training Administrator |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Child Safety | Charles Flanagan | Director |
| Dept. of Child Safety | Matthew Stewart | Director |
| Dept. of Health Services | Jennifer Cunico* | Director |
| Dept. of Health Services | Sheila Sjolander* | Deputy Director, Public Health Services |
| Dept. of Health Services | Celia Nabor* | Assistant Director, Prevention Services |
| Dept. of Health Services | Lisa Villarroel* | Chief Medical Officer for Public Health |
| Dept. of Health Services | Susan Robinson* | Chief Strategy and Innovation Officer |
| Dept. of Health Services | Carly Fleege* | Legislative Liaison |
| Dept. of Health Services | Stacie Gravito* | Administrative Counsel and Chief, Office of Administrative Counsel & Rules |
| Dept. of Health Services | Kimberly Reid* | Administrative Counsel |
| Dept. of Health Services | Mckenna Baker* | Administrative Counsel |
| Dept. of Health Services | Stephanie Walaszek* | Marketing Coordinator & Interim Communications Director |
| Dept. of Health Services | Martin Celaya* | Chief, Bureau of Assessment and Evaluation |
| Dept. of Health Services | Emily Carlson* | Office of Tobacco Prevention and Cessation, Bureau of Chronic Disease |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Arizona – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
|  |  | and Health Promotion, Division of Prevention Services |
| Dept. of Health Services | Teresa Manygoats* | Bureau Chief, Chronic Disease and Health Promotion, Division of Prevention Services |
| Dept. of Health Services | Angie Lorenzo* | Chief, Office of Women's Health |
| Dept. of Health Services | Laura Luna Bellucci* | Bureau Chief, Women's and Children's Health, Division of Prevention Services |
| Dept. of Health Services | Stephanie Elzenga* | General Counsel |
| Dept. of Health Services | Ravi Pitti * | Chief Data Officer |