# Exhibit 2
# California

# Exhibit 2A
# Meta's Proposal[s]

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**California – Meta Proposal**

**Search Terms:** Meta made its most recent counterproposal on December 16, 2024 to the California Department of Health Care Services ("DHCS"), Health and Human Services Agency ("HHSA"), and the Mental Health Services Oversight and Accountability Commission ("MHSOAC"). At a high level, Meta's proposal involves requiring combinations of relevant terms to occur in the same document as one another and, where appropriate, within certain proximity to other terms as set forth below.

| | |
|---|---|
| A. | *Any of* ["social media", "social network", meta, facebook, insta!, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, bytedance, discord, reddit, tumblr, reddit, pinterest, FB, IG, YT, twitch, "horizon worlds"] *w/100 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| B. | *Any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *w/100 of* [["social media"] AND [meet!, report!, stud!, article, survey!, program!, grant!, bill!, legislat!, prevent!, deceptive, decei!, fraud!, defraud!, cheat!, lie!, misrepresent!, mislead!, schem!, exploit!, trick!, conceal!, hide, omit!, downplay!, suppress!, "cover up", "Consumer Protection Act", "consumer protection"]] |
| C. | "social media" *AND any of* ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"] |
| D. | *Any of* ["Senate Bill 976," SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," "Assembly Bill 1949," AB1949, "AB1949"] *AND any of* [ child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *AND* "social media" |
| E. | "youth risk behavior survey" |
| F. | *Any of* [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!] *w/100 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |

| G. | *Any of* ["pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!] AND *any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!][1] |
|---|---|
| H. | *Any of* [bully!, bullie!, cyberbull!, harass!, sextort!, transphob!, homophob!, racis!, sexis!, groom!, pedophil!] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| I. | *Any of* [hook!, dopamine, rabbithol!, spiral, "social reward", "social approval", "screen time", screentime, staytime, timespent, "time spent", "engagement", "mandatory break", "limiting tool", "habit loop", "operant conditioning", "impulse control"] *w/100 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| J. | *Any of* [eat! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] |
| K. | *Any of* [sleep! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] |
| L. | *Any of* [negative w/3 (appearance, experience, affect!, effect!)] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| M. | *Any of* [compar! w/5 (appearance, social, other!, negative)][2] |
| N. | *Any of* [body w/3 (accept!, dissatisfaction, positiv!, image, dysmorph!)] |
| O. | *Any of* [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] |
| P. | *Any of* [Covid!, coronavirus, pandemic, lockdown, "lock! down", quarantine, "social! distanc!"] w/100 of any of [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] |
| Q. | *Any of* [heroin, crack, cocaine, fent!, opio!, opia!, meth, methamphetamine, oxy, oxycontin, painkiller!, narcotic!, (drug! w/5 abuse)] w/100  [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] |

---

[1] NTD: CalHHS agreed to run this term. For other agencies, we are willing to consider using a w/150 limiter instead of "AND".

[2] NTD: CalHHS agreed to run this term. For other agencies, we are willing to consider omitting the term "other!" from this string.

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**California – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the California AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Health and Human Services Agency | Kim Johnson* | Secretary |
| Health and Human Services Agency | Virginia Franco* | Special Assistant to the Secretary |
| Health and Human Services Agency | Brendan McCarthy* | Acting Undersecretary |
| Health and Human Services Agency | Tran Duong* | Staff Services Manager |
| Health and Human Services Agency | Jared Goldman* | General Counsel |
| Health and Human Services Agency | Maggie Schuster* | Attorney |
| Health and Human Services Agency | Daniel Torres* | Chief Equity Officer |
| Health and Human Services Agency | Maureen Keffer* | Assistant Equity Officer |
| Health and Human Services Agency | John Ohanian* | Director and Data Officer |
| Health and Human Services Agency | Adam Dondro* | Agency Information Officer |
| Health and Human Services Agency | Sonia Herrera* | Deputy Secretary for Office of Administrative Services (OAS) |
| Health and Human Services Agency | Miguel Juaregui* | Retired Annuitant, Information Technology Specialist, OAS |
| Health and Human Services Agency | Miguel Salazar* | Information Technology Specialist, OAS |
| Health and Human Services Agency | Faisal Aziz* | Information Technology Specialist, OAS |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Health and Human Services Agency | Sarah Aguirre* | Staff Services Manager, OAS |
| Health and Human Services Agency | Evan Gerber I* | Information Technology Associate, OAS |
| Health and Human Services Agency | Francis Brown* | Administrative Assistant, OAS |
| Health and Human Services Agency | Samantha Lui* | Deputy Secretary for Office of Legislative Affairs (OLA) |
| Health and Human Services Agency | Sarah Logue* | Associate Secretary, OLA |
| Health and Human Services Agency | Anya Shutovska* | Associate Secretary, OLA |
| Health and Human Services Agency | Eric Castillo* | Associate Governmental Program Analyst, OLA |
| Health and Human Services Agency | Susan Bernier* | Associate Governmental Program Analyst, OLA |
| Health and Human Services Agency | Allyson Velez* | Associate Governmental Program Analyst, OLA |
| Health and Human Services Agency | Kimberly Chen* | Acting Deputy Secretary for Office of Program and Fiscal Affairs (OPFA) |
| Health and Human Services Agency | Darci Delgado* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Julie Souliere* | Assistant Secretary, OPFA |
| Health and Human Services Agency | K. Jones* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Debra Cooper* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Nathanial Mitchell* | Assistant Secretary, OPFA |
| Health and Human Services Agency | Sami Gallegos* | Deputy Secretary for Office of External Affairs (OEA) |
| Health and Human Services Agency | Jim Suennen* | Associate Secretary, OEA |
| Health and Human Services Agency | Rodger Butler* | Assistant Secretary, OEA |
| Health and Human Services Agency | Vincent Martinez* | Information Officer, OEA |
| Health and Human Services Agency | Juliann Binder* | Information Officer, OEA |
| Health and Human Services Agency | Corrin Buchanan* | Deputy Secretary for Office of Policy and Strategic Planning (OPSP) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Health and Human Services Agency | Josephina Baca* | Staff Services Analyst, OPSP |
| Health and Human Services Agency | Sohil Sud* | Director of Children and Youth Behavioral Health Initiative (CYBI) |
| Health and Human Services Agency | Stefanie Boltz* | Health Program Specialist, CYBI |
| Health and Human Services Agency | Brittney Blake* | Staff Services Manager, CYBI |
| Health and Human Services Agency | Stephanie Welch* | Deputy Secretary for Office of Behavioral Health (OBH) |
| Health and Human Services Agency | Anh Thu Bui* | Public Health Medical Administrator, OBH |
| Health and Human Services Agency | Austin Dickman* | Staff Services Manager, OBH |
| Health and Human Services Agency | Ali Vangrow* | Staff Services Manager, OBH |
| Health and Human Services Agency | Hailey Shapiro* | Associate Governmental Program Analyst, OBH |
| Health and Human Services Agency | Diana Ramos* | Surgeon General (OSG) |
| Health and Human Services Agency | Alana Bui* | Staff Service Manaer, OSG |
| Health and Human Services Agency | Lauren Groves* | Special Advisor, OSG |
| Health and Human Services Agency | Colette Cobb* | Health Program Specialist, OSG |
| Health and Human Services Agency | Julie Rooney* | Director of Communications, OSG |
| Health and Human Services Agency | Berit Mansour* | Communications Support, OSG |
| Health and Human Services Agency | Juan Carlos Arguello* | Chief Health Policy Officer, Office of Youth and Community Restoration |
| Health and Human Services Agency | Barbara Clopton* | Communications Staff Services Manager, Center for Data Insights and Innovation (CDII) |
| Health and Human Services Agency | Jaykob Zaleski* | Communications Associate Governmental Program Analyst, CDII |
| Health and Human Services Agency | David Reiner* | California Initiative to Advance Precision Medicine (CIAPM) |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Health and Human Services Agency | Theresa Spezzano* | Equity Officer, CIAPM |
| Health and Human Services Agency | Ramon Martinez* | Science Communications Officer, CIAMP |
| Health and Human Services Agency | Saga Barberis* | Project Administrator, CIAPM |
| Department of Health Care Services | Paula Wilhelm* | Deputy Director – Behavioral Health |
| Department of Health Care Services | Erika Cristo* | Asst. Deputy Director – Behavioral Health |
| Department of Health Care Services | Marlies Perez* | Division Chief – Community Services Division |
| Department of Health Care Services | Ilana Rub* | Asst. Division Chief – Community Services Division |
| Department of Health Care Services | Denise Galvez* | Branch Chief – CSD Prevention & Youth Branch |
| Department of Health Care Services | Autumn Boylan* | Deputy Director – Office of Strategic Partnerships |
| Department of Health Care Services | Carol Gallegos* | Deputy Director – Legislative & Government Affairs |
| Department of Health Care Services | Melissa Rolland* | Asst. Deputy Director – Legislative & Government Affairs |
| Department of Health Care Services | Caitlin Nord* | Staff Services Manager – Legislative & Government Affairs |
| Department of Health Care Services | Michelle Touhey* | Staff Services Manager – Legislative & Government Affairs |
| Department of Health Care Services | Melinda Castro* | Staff Services Manager – Legislative & Government Affairs |
| Department of Health Care Services | Krissi Khokhobashvili* | Deputy Director – Office of Communications |
| Department of Health Care Services | Andrea Tovar* | Staff Services Manager – Office of Communications Social Media Team |
| Department of Health Care Services | Lori Walker* | Deputy Director & Chief Financial Officer |
| Department of Health Care Services | Ryan Woolsey* | Division Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Alex Mojtahedi* | Branch Chief – Fiscal Forecasting Division |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| Department of Health Care Services | Celine Donaldson* | Branch Chief – Fiscal Forecasting Division |
|---|---|---|
| Department of Health Care Services | Jerrold Anub* | Brach Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Cang Ly* | Branch Chief – Fiscal Forecasting Division |
| Department of Health Care Services | Jessica Bogard* | Division Chief, Financial Management Division |
| Department of Health Care Services | Mindy Xu* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Staci Fukuoka* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Saleshni Singh* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Brandon Creel* | Branch Chief, Financial Management Division |
| Department of Health Care Services | Brian Dougherty* | Deputy Director, Administration |
| Mental Health Services Oversight and Accountability Commission | Amariani Martinez* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Andrea Anderson* | Information Officer |
| Mental Health Services Oversight and Accountability Commission | Andrej Delich* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Annie Palmero* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Antonio Andres* | Information Technology Associate |
| Mental Health Services Oversight and Accountability Commission | Boyang Fan* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Brittany Scangarello* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Catina Walker* | Health Program Specialist |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Charles Lee* | Information Technology Associate / Information Services Officer |
| Mental Health Services Oversight and Accountability Commission | Chelsea Yuen* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Cheryl Ward* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Chuente Rhym* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Cody Scott* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Courtney Ackerman* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Daniel Owens* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Danielle Fischer* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Evonna McIntosh* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Grace Reedy* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Jeremy Klobas* | Chief Information Officer / Information Technology Associate |
| Mental Health Services Oversight and Accountability Commission | Jigna Shah* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Jorgen Gulliksen* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Joseph Vecchi* | Associate Governmental Program Analyst |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Justin Marshall* | Information Officer |
| Mental Health Services Oversight and Accountability Commission | Kai Lemasson* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Kali Patterson* | Research Scientist Manager |
| Mental Health Services Oversight and Accountability Commission | Kallie Clark* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Kara Starbird* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Kate Dvoretskikh* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Katie McKenzie * | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Kelsey Wood* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Kendal Vargas* | Associate Governmental Program Analyst |
| Mental Health Services Oversight and Accountability Commission | Kendra Zoller* | CEA / Deputy Director of Legislation |
| Mental Health Services Oversight and Accountability Commission | Kimberly Watkin* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Latonya Harris* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Lauren Quintero* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Lawrence Naidu * | Information Technology Associate |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| Mental Health Services Oversight and Accountability Commission | Lester Robancho* | Health Program Specialist |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Marcus Galeste* | Senior Researcher |
| Mental Health Services Oversight and Accountability Commission | Maureen Reilly* | Retired Annuitant / Attorney |
| Mental Health Services Oversight and Accountability Commission | Melissa Mollard* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Michele Nottingham* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Nai Saechao* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Norma Pate* | CEA / Deputy Director of Administration |
| Mental Health Services Oversight and Accountability Commission | Rachel Heffley* | Information Technology Associate |
| Mental Health Services Oversight and Accountability Commission | Reem Shahrouri * | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Riann Kopchak* | Staff Services Manager |
| Mental Health Services Oversight and Accountability Commission | Sara Yeffa* | Information Officer |
| Mental Health Services Oversight and Accountability Commission | Sarah Weber* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Shannon Tarter* | Health Program Specialist |
| Mental Health Services Oversight and Accountability Commission | Tom Orrock* | CEA / Deputy Director of Programs |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**California – Meta Proposal**

| | | |
|---|---|---|
| Mental Health Services Oversight and Accountability Commission | Xing Shen* | Research Scientist |
| Mental Health Services Oversight and Accountability Commission | Toby Ewing* | Former Executive Director |
| Mental Health Services Oversight and Accountability Commission | Will Lightbourne* | Interim Executive Director |

# Exhibit 2B

# California's Proposal[s]

**MDL 3047 – Meta's December 5, 2024 Search Proposal for California Health Agencies (CalHHS, MHSOAC, DHCS)**

- This proposal was run without modifications.
- CalHHS included 57 custodians, MHSOAC included 53, and DHCS included 25.  (*See* ECF 1430-2 at 15-19 for custodian names and titles.)
- The date range applied is 1/1/2012 through 10/24/2023.
- Total hit counts (for DHCS, in excess of 14 million, and for CalHHS and MHSOAC, in excess of 1 million) are not de-duplicated across strings due to search technology limitations.
- Hit counts were shared with Meta on 12/9/2024 (DHCS) and 12/16/2024 (CalHHS and MHSOAC).

| | |
|---|---|
| A. | *Any of* ["social media", "social network", meta, facebook, insta!, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, bytedance, discord, reddit, tumblr, reddit, pinterest, FB, IG, YT, twitch, "horizon worlds"] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 146,594; MHSOAC:  72,777; DHCS:  2,359,495]** |
| B. | *Any of* [child!, youth!, kid!, teen!, tween!,  adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *w/150 of any of* [["social media"] AND  [meet!, report!, stud!, article, survey!, program!, grant!, bill!, legislat!, prevent!,  deceptive, decei!, fraud!, defraud!, cheat!, lie!, misrepresent!, mislead!, schem!, exploit!, trick!, conceal!, hide, omit!, downplay!, suppress!, "cover up", "Consumer Protection Act", "consumer protection"]] **[Hits – CalHHS: 57,785; MHSOAC:34,630; DHCS: 210,759]** |
| C. | "social media" *AND any of* ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"] **[Hits – CalHHS: 270; MHSOAC: 144; DHCS: 1,124]** |
| D. | *Any of* ["Senate Bill  976," SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," AB1934, "Assembly Bill 1949," AB1949, "AB1949"] *AND any of* [ child!, youth!, kid!, teen!, tween!,  adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *AND* "social media" **[Hits – CalHHS: 2,729; MHSOAC: 223; DHCS: 2,702]** |
| E. | "youth risk behavior survey" **[Hits – CalHHS: 1,720; MHSOAC: 3,848; DHCS: 5,547]** |
| F. | *Any of* [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 448,512; MHSOAC: 331,185; DHCS: 4,870,322]** |

**MDL 3047 – Meta's December 5, 2024 Search Proposal for California Health Agencies (CalHHS, MHSOAC, DHCS)**

| | |
|---|---|
| G. | *Any of* ["pro-ana", "BMI", obes!, anorexi! bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!] AND *any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 1,002; MHSOAC: 180,264; DHCS: 1,374,327]** |
| H. | *Any of* [bully!, bullie!, cyberbull!, harass!, sextort!, transphob!, homophob!, racis!, sexis!, groom!, pedophil!] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 1,485; MHSOAC: 41,394; DHCS: 259,544]** |
| I. | *Any of* [hook!, dopamine, rabbithol!, spiral, "social reward", "social approval", "screen time", screentime, staytime, timespent, "time spent", "engagement", "mandatory break", "limiting tool", "habit loop", "operant conditioning", "impulse control"] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 136,455; MHSOAC: 125,130; DHCS: 711,440]** |
| J. | *Any of* [eat! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] **[Hits – CalHHS: 250; MHSOAC: 19,340; DHCS:143,066]** |
| K. | *Any of* [sleep! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] **[Hits – CalHHS: 1,541; MHSOAC: 41,394; DHCS: 259,544]** |
| L. | *Any of* [negative w/3 (appearance, experience, affect!, effect!)] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 2,202; MHSOAC: 6,736; DHCS: 48,564]** |
| M. | *Any of* [compar! w/5 (appearance, social, other!, negative)] **[Hits – CalHHS: 9; MHSOAC: 126,442; DHCS: 550,656]** |
| N. | *Any of* [body w/3 (accept!, dissatisfaction, positiv!, image, dysmorph!)] **[Hits – CalHHS: 1,692; MHSOAC: 4,794; DHCS: 342,031]** |
| O. | *Any of* [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)] *w/150 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS:784; MHSOAC: 25,340; DHCS: 130,705]** |
| P. | *Any of* [Covid!, coronavirus, pandemic, lockdown, "lock! down", quarantine, "social! distanc!"] w/150 of any of [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] **[Hits – CalHHS: 150,919; MHSOAC: 287,511; DHCS: 335,856]** |

**MDL 3047 – Meta's December 5, 2024 Search Proposal for California Health Agencies
(CalHHS, MHSOAC, DHCS)**

| |
|---|
| Q. *Any of* [heroin, crack, cocaine, fent!, opio!, opia!, meth, methamphetamine, oxy, oxycontin, painkiller!, narcotic!, (drug! w/5 abuse)] w/150  [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] **[Hits – CalHHS: 56,584; MHSOAC: 55,916; DHCS: 1,554,440]** |
| R. *Any of* ["ACE!", "adverse childhood experience", "adverse childhood experiences"] **[Hits – CalHHS: 87,899; MHSOAC: 68,833; DHCS: 1,176,670]** |

**MDL 3047 – CalHHS's and MHSOAC's December 18, 2024 Search Proposal**

- This proposal was run without modifications.
- CalHHS included 38 custodians[i]; MHSOAC included 13[ii], and DHCS included 11.[iii]
- The date range applied was 1/1/2012 through 10/24/2023.
- Total hit counts (CalHHS: 80,248; MHSOAC: 81,161, DHCS: 5,430,964) are not de-duplicated across strings due to search technology limitations.
- DHCS provides hit counts for context although it has not agreed to this proposal.
- Hit counts were shared with Meta on 12/18/2024 (CalHHS), 12/19/2024 (DHCS), and 12/20/2024 (MHSOAC).

| | |
|---|---|
| A. | *Any of* ["social media", "social network", meta, facebook, insta!, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, bytedance, discord, reddit, tumblr, reddit, pinterest, FB, IG, YT, twitch, "horizon worlds"] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 24,663; MHSOAC: 6,300; DHCS: 603,315]** |
| B. | *Any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *w/15 of* [["social media" *and* [meet!, report!, stud!, article, survey!, program!, grant!, bill!, legislat!, prevent!, deceptive, decei!, fraud!, defraud!, cheat!, lie!, misrepresent!, mislead!, schem!, exploit!, trick!, conceal!, hide, omit!, downplay!, suppress!, "cover up", "Consumer Protection Act", "consumer protection"]] **[Hits – CalHHS: 2,524; MHSOAC: 2,095; DHCS: 38,337]** |
| C. | "social media" *AND any of* ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"] **[Hits – CalHHS: 47; MHSOAC: 73; DHCS: 1,051]** |
| D. | *Any of* ["Senate Bill 976," SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," AB1934, "Assembly Bill 1949," AB1949, "AB1949"] *w/15 of any of* [ child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *and* "social media"] **[Hits – CalHHS: 324; MHSOAC: 11; DHCS: 305]** |
| E. | "youth risk behavior survey" **[Hits – CalHHS: 1,342; MHSOAC: 1,823; DHCS: 5,234]** |
| F. | *[Meta's search string F, re-run with "w/15" proximity limiters, is intentionally excluded for overbreadth; CalHHS's and MHSOAC's hit counts were in excess of 160,000; DHCS's were in excess of 2.5 million.]* |
| G. | *Any of* ["pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 5,581; MHSOAC: 29,369; DHCS: 411,475]** |

**MDL 3047 – CalHHS's and MHSOAC's December 18, 2024 Search Proposal**

H. *Any of* [bully!, bullie!, cyberbull!, harass!, sextort!, transphob!, homophob!, racis!, sexis!, groom!, pedophil!] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 224; MHSOAC: 7,002; DHCS: 108,316]**

I. *Any of* [hook!, dopamine, rabbithol!, spiral, "social reward", "social approval", "screen time", screentime, staytime, timespent, "time spent", "mandatory break", "limiting tool", "habit loop", "operant conditioning", "impulse control"] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 1,995; MHSOAC: 17,491; DHCS: 241,795]**

J. *Any of* [eat! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 10; MHSOAC: 516; 40,915**

K. *Any of* [sleep! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 55; MHSOAC: 143; 20,070]**

L. *Any of* [negative w/3 (appearance, experience, affect!, effect!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 264; MHSOAC: 801; DHCS: 14,467]**

M. *Any of* [compar! w/5 (appearance, social, other!, negative)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 0; MHSOAC: 463; DHCS: 47,318]**

N. *Any of* [body w/3 (accept!, dissatisfaction, positiv!, image, dysmorph!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 256; MHSOAC: 98; DHCS: 34,321]**

O. *Any of* [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 3,739; MHSOAC: 4,106; DHCS: 64,563]**

P. *Any of* [Covid!, coronavirus, pandemic, lockdown, "lock! down", quarantine, "social! distanc!"] *w/15 of any of* [wellness, wellbeing, well-being, "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z",

**MDL 3047 – CalHHS's and MHSOAC's December 18, 2024 Search Proposal**

gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 6,029; MHSOAC: 5,948; DHCS: 104,214]**

Q. *Any of* [heroin, crack, cocaine, fent!, opio!, opia!, meth, methamphetamine, oxy, oxycontin, painkiller!, narcotic!, (drug! w/5 abuse)] *w/15 of any of* [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 22,642; MHSOAC:  995; DHCS: 993,676]**

R. *Any of* ["adverse childhood experience", "adverse childhood experiences"] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] **[Hits – CalHHS: 10,553; MHSOAC:  3,927; DHCS: 144,494]**

---

i CalHHS custodians on this proposal include Kim Johnson, Secretary; Brendan McCarthy, Acting Undersecretary; Jared Goldman, General Counsel; Maggie Schuster, Attorney; Daniel Torres, Chief Equity Officer; Maureen Keffer, Assistant Equity Officer; John Ohanian, Director and Data Officer; Adam Dondro, Agency Information Officer; Samantha Lui, Deputy Secretary for Office of Legislative Affairs (OLA); Sarah Logue, Associate Secretary, OLA; Anya Shutovska, Associate Secretary, OLA; Allyson Velez, Associate Governmental Program Analyst, OLA; Kimberly Chen, Acting Deputy Secretary for Office of Program and Fiscal Affairs (OPFA); Darci Delgado, Assistant Secretary, OPFA; Julie Souliere, Assistant Secretary, OPFA; Jones, Assistant Secretary, OPFA; Debra Cooper, Assistant Secretary, OPFA; Nathanial Mitchell, Assistant Secretary, OPFA; Sami Gallegos, Deputy Secretary for Office of External Affairs (OEA); Jim Suennen, Associate Secretary, OEA; Rodger Butler, Assistant Secretary, OEA; Corrin Buchanan, Deputy Secretary for Office of Policy and Strategic Planning (OPSP); Sohil Sud, Director of Children and Youth Behavioral Health Initiative (CYBHI); Melissa Stafford Jones, Director, CYBHI; Stephanie Welch, Deputy Secretary for Office of Behavioral Health (OBH); Anh Thu Bui, Public Health Medical Administrator, OBH; Diana Ramos, Surgeon General (OSG); Alana Bui, Staff Service Manaer, OSG; Lauren Groves, Special Advisor, OSG; Colette Cobb, Health Program Specialist, OSG; Julie Rooney, Director of Communications, OSG; Berit Mansour, Communications Support, OSG; Juan Carlos Arguello, Chief Health Policy Officer, Office of Youth and Community Restoration; Barbara Clopton, Communications Staff Services Manager, Center for Data Insights and Innovation (CDII); Jaykob Zaleski, Communications Associate Governmental Program Analyst, CDII; David Reiner, California Initiative to Advance Precision Medicine (CIAPM); Theresa Spezzano, Equity Officer, CIAPM; and Ramon Martinez, Science Communications Officer, CIAMP.

ii MHSOAC custodians on this proposal include Courtney Ackerman, Research Scientist; Danielle Fischer, Staff Services Manager; Jigna Shah, Staff Services Manager; Kai Lemasson, Research Scientist; Kali Patterson, Research Scientist Manager; Kallie Clark, Research Scientist; Kendra Zoller, CEA / Deputy Director of Legislation; Melissa Mollard, Research Scientist; Norma Pate, CEA / Deputy Director of Administration; Riann Kopchak, Staff Services Manager; Tom Orrock, CEA / Deputy Director of Programs; Toby Ewing, Former Executive Director; and Will Lightbourne, Interim Executive Director.

**MDL 3047 – DHCS's December 9, 2024 Search Proposal**

- This proposal was run without modifications.
- DHCS included 25 custodians. (*See* ECF 1430-2 at 15-19 for custodian names and titles.)
- The date range applied is 1/1/2012 through 10/24/2023.
- Total hit counts (107,965) are not de-duplicated across strings due to search technology limitations.
- Hit counts were shared with Meta on 12/9/2024.

| | |
|---|---|
| A. | *Any of* [meta, facebook, instagram, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, discord, reddit, tumblr, twitch, pinterest, "horizon worlds"] *AND any of* [child!, youth!, kids, teen!, adolescent!, "young user," "young users," "young adult," "young adults"] *AND* ["social media" *w/15 of any of* [health, brain, addict!, harm!, depress!, anxi!, sleep, suicid!, self-harm, compulsive, "eating disorder," "eating disorders," "substance abuse," "drug abuse," COVID, pandemic, quarantine, well-being, wellbeing, benefit!, encourag!, effect!, impact!]][1] **[Hits – DHCS:  77,198]** |
| B. | *Any of* [child!, youth!, kids, teen!, adolescent!, "young user," "young users," "young adult," "young adults"] *AND* ["social media" *w/10 of any of* [ grant!, bill!, legislat!]] **[Hits – DHCS: 20,915]** |
| C. | "social media" *AND any of* ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"] **[Hits – DHCS: 1,172]** |
| D. | *Any of* ["Senate Bill  976," SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," AB1934, "Assembly Bill 1949," AB1949, "AB1949"] *AND any of* [child!, kids, youth!, teen!, adolescent!, "young user," "young users," "young adult," "young adults"] *AND* "social media" **[Hits – DHCS: 2,700]** |
| E. | "youth risk behavior survey" **[Hits – DHCS:  5,980]** |

---

[1] Search String I.A is intended to reach records addressing what Meta refers to as alternative causes such as drug abuse and the pandemic, records concerning positive effects of social media upon young users, and efforts by state agencies to promote social media use among young users.  It encompasses the subject matter of multiple different search strings proposed by Meta.

**Blackline Comparison Between Meta's Proposal of 12/5/24 and CalHHS's and DHCS's Proposal of 12/18/25**

A. *Any of* ["social media", "social network", meta, facebook, insta!, messenger, whatsapp, youtube, tiktok, twitter, snap!, roblox, bytedance, discord, reddit, tumblr, reddit, pinterest, FB, IG, YT, twitch, "horizon worlds"] *w/~~150~~15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

> **Formatted:** Indent: Left: 0", Hanging: 0.25"

B. *Any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] *w/~~150~~15 of* [["social media" ~~AND~~*and* [meet! report!, stud!, article, survey!, program!, grant!, bill!, legislat!, prevent!, deceptive, decei!, fraud!, defraud!, cheat!, lie!, misrepresent!, mislead!, schem!, exploit!, trick!, conceal!, hide, omit!, downplay!, suppress!, "cover up", "Consumer Protection Act", "consumer protection"]]

> **Formatted:** Indent: Left: 0", Hanging: 0.25"

C. "social media" *AND any of* ["algorithmic recommendation," "algorithmic sequencing," "image filters," "multiple user accounts," "infinite scroll," "ephemeral content features," "autoplay," "quantification of likes," "display of likes," "audiovisual alerts," "haptic alerts"]

> **Formatted:** Font: 11 pt, Not Highlight
> **Formatted:** Indent: Left: 0", Hanging: 0.25"

D. *Any of* ["Senate Bill  976," SB976, "SB 976," "Senate Bill 60," SB60, "SB 60," "Assembly Bill 587," AB587, "AB 587," "Assembly Bill 2273," AB2273, "AB 2273," "Assembly Bill 1934," "AB 1934," AB1934, "Assembly Bill 1949," AB1949, "AB1949"] ~~AND~~*w/15 of any of* [ child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!] ~~AND~~*and* "social media"~~""~~]

> **Formatted:** Font: 11 pt, Not Highlight
> **Formatted:** Indent: Left: 0", Hanging: 0.25"
> **Formatted:** Font: 11 pt, Not Highlight
> **Formatted:** Font: 11 pt, Not Highlight

E. "youth risk behavior survey"

> **Formatted:** Indent: Left: 0", Hanging: 0.25"

F. ~~*Any of* [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depres!, antidepres!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!] w/150~~ [intentionally omitted] ~~of any of~~ ~~[child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]~~

G. *Any of* ["pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!] ~~AND~~ *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

> **Formatted:** Font: 11 pt, Not Highlight
> **Formatted:** Font: 11 pt, Not Highlight

H. *Any of* [bully!, bullie!, cyberbull!, harass!, sextort!, transphob!, homophob!, racis!, sexis!, groom!, pedophil!] *w/~~150~~15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

I. *Any of* [hook!, dopamine, rabbithol!, spiral, "social reward", "social approval", "screen time", screentime, staytime, timespent, "time spent", ~~engagement~~, "engagement", "mandatory break", "limiting tool", "habit loop", "operant conditioning", "impulse control"] *w/~~150~~15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor, underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

**Blackline Comparison Between Meta's Proposal of 12/5/24 and CalHHS's and DHCS's Proposal of 12/18/25**

J. *Any of* [eat! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

Formatted: Font: 11 pt, Not Highlight

K. *Any of* [sleep! w/3 (problem!, issue!, trouble!, difficult!, disorder!, disab!, agitat!, behav!, insufficient, depriv!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

Formatted: Font: 11 pt, Not Highlight

L. *Any of* [negative w/3 (appearance, experience, affect!, effect!)] *w/~~150~~15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

M. *Any of* [compar! w/5 (appearance, social, other!, negative)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

Formatted: Font: 11 pt, Not Highlight

N. *Any of* [body w/3 (accept!, dissatisfaction, positiv!, image, dysmorph!)] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

Formatted: Font: 11 pt, Not Highlight

O. *Any of* [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)] *w/~~150~~15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

P. *Any of* [Covid!, coronavirus, pandemic, lockdown, "lock! down", quarantine, "social! distanc!"] *w/~~150~~15 of any of* [wellness, wellbeing, well-being, ~~"mental health",~~ "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

Formatted: Font: 11 pt, Italic
Formatted: Font: 11 pt, Italic

Q. *Any of* [heroin, crack, cocaine, fent!, opio!, opia!, meth, methamphetamine, oxy, oxycontin, painkiller!, narcotic!, (drug! w/5 abuse)] *w/~~150~~ 15 of any of* [wellness, wellbeing, well-being, "mental health", "TMH", anxi!, anti-anxi!, depress!, antidepress!, "attention deficit", "ADHD", posttraumatic, "bi-polar", "bi polar", bipolar, "BPD", insomnia, therap!, counsel!, treatment!, "pro-ana", "BMI", obes!, anorexi!, bulimi!, orthorexi!, dysmorph!, binge, purge, suicid!, "self harm", "self-harm", selfharm, unalive, cutting!, [negative w/3 (appearance, experience, affect!, effect!)], [self w/3 (esteem, harm, control, injur!, mutilat!, regulat!)]] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]

Formatted: Font: 11 pt, Italic

**Blackline Comparison Between Meta's Proposal of 12/5/24 and CalHHS's and DHCS's Proposal of 12/18/25**

R. *Any of* ["~~ACE!", "~~adverse childhood experience", "adverse childhood experiences"] *w/15 of any of* [child!, youth!, kid!, teen!, tween!, adolescen!, young,, minor,  underage!, under-age!, juvenile!, pre-teen!, preteen!, U18, "under 18", U13, "under 13", gen! w/5 z, "gen-z", gen! w/5 alpha, gen-a!, student!, school!]