# Exhibit 5

# Hawaii

# Exhibit 5A Meta's Proposal[s]

<u>**MDL 3047 – 2024-12-20 Agency Discovery JLB**</u>
<u>**Hawai'i – Meta Proposal**</u>

**Search Terms**: On December 13, 2024, Meta made its most recent counterproposal to the Hawai'i (i) Department of Health, (ii) Department of Human Services, (iii) Department of Budget and Finance, (iv) Department of Business, Economic Development, & Tourism, (v) Department of Commerce and Consumer Affairs, (vi) State Council on Mental Health, (vii) Office of the Governor, and (viii) Department of Education.

At a high level, Meta's counterproposal involves using search combinations that require either "Social Media Terms" or substantive "Harm Terms" to occur in the same document or "within 150" of one of the following "Youth Terms":

> (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

This proposal is contingent on the resolution of apparent hit count errors reflected in correspondence from Hawai'i on December 19.

<u>Youth-focused custodians</u>

| # | **Social Media Terms** |
|---|---|
| 1 | "Youth Terms" **w/150** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* or "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/150** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR |

1

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| | purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **w/150** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| | |
| 15 | "Youth terms" **w/150** (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
| 16 | "mental health" **w/25** (teen* OR tween* OR kid* OR youth* OR minor* OR young OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

All other custodians

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **w/150** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* or "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/150** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **w/150** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| 4 | "Youth Terms" **w/150** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **w/150** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **w/150** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **w/150** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| | |
|---|---|
| 15 | "Youth terms" **w/150** (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
| 16 | "mental health" **w/25** (teen* OR tween* OR kid* OR youth* OR minor* OR young OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012, to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below.  Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Hawai'i AG's office during the course of the Parties' negotiations.  To the extent that the State's productions reveal that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Budget & Finance | Derek Chan* | Program Budget Analyst, Budget, Program Planning, and Management Division |
| Department of Business, Economic Development & Tourism | James Tokioka* | Director |
| Department of Business, Economic Development & Tourism | Chung Chang* | Strategic Broadband Coordinator, Broadband and Digital Equity Office |
| Department of Business, Economic Development & Tourism | Dr. Eugene Tian* | Economic Research Administrator, Research & Economic Analysis Division |
| Department of Human Services | Cathy Betts* | Former Director |
| Department of Human Services | Ryan Yamane* | Current Director |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Human Services | Leanne Gillespei* | Executive Director, Office of Youth Services |
| Department of Human Services | Daisy Lynn Hartsfield* | Administrator, Social Services Division |
| Department of Human Services | Elladine Olevao* | Administrator, Child Welfare Services Branch |
| Office of the Governor – Office of Wellness & Resilience | Tia Hartsock* | Director |
| Office of the Governor – Office of Wellness & Resilience | Trina Orimoto* | Deputy Director |
| Office of the Governor – Office of Wellness & Resilience | Erica Yamauchi* | Director of Communications |
| Office of the Governor – Office of Wellness & Resilience | Jodie Burgess* | Procurement and Contract Specialist |
| Office of the Governor – Office of Wellness & Resilience | Keala Kaopuiki-Santos* | Project Manager |
| Office of the Governor – Office of Wellness & Resilience | Naomi Leipold* | Project Manager |
| Office of the Governor – Office of Wellness & Resilience | Kevin Thompson* | Project Manager |
| Office of the Governor – Office of Wellness & Resilience | Annie Valentin* | Advisor for Public Health |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawaiʻi – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Office of the Governor – Office of Wellness & Resilience | Rachel (Aquino) Nunies* | Graduate Research Assistant |
| Office of the Governor | Michael Champion* | Senior Advisor for Mental Health and the Justice System to Governor Josh Green |
| State Council on Mental Health | doh.scmhchairperson@doh.hawaii.gov* | SCMH Chairperson |
| State Council on Mental Health | Carolyn Weygan-Hildebrand* | Planner, Adult Mental Health Division, Planning Information Evaluation and Research Branch |
| State Council on Mental Health | Stacy Haitsuka* | Prior custodian of records |
| Department of Commerce & Consumer Affairs | Nadine Ando* | Director |
| Department of Commerce & Consumer Affairs | Mana Moriarty* | Executive Director, Office of Consumer Protection |
| Department of Commerce & Consumer Affairs | Collenn Yuen* | Secretary, Broadband Assistant Advisory Council of the Cable Television Division |
| Department of Health | Kenneth Fink* | Director |
| Department of Health | Keli Acquaro* | Administrator, Child & Adolescent Mental Health Division |
| Department of Health | John Valera* | Administrator, Alcohol and Drug Abuse Division |

8

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Health | Lola Irvin* | Administrator, Chronic Disease Prevention and Health Promotion Division |
| Department of Health | Lorrin Kim* | Chief Policy Officer and Legislative Coordinator, Office of Planning, Policy and Program Development |
| Department of Health | Ian Tholen* | Administrative Specialist, Children with Special Health Needs Branch; Early Intervention Section |
| Department of Health | Valerie Kato* | Deputy Director of Health |
| Department of Health | Debbie Kim Morikawa* | Deputy Director of Health Resources |
| Department of Health | Marian Tsuji* | Deputy Director of Behavioral Health |
| Department of Education | Keith Hayashi* | Superintendent |
| Department of Education | Michael Otsuji* | Assistant Superintendent, Office of Information and Technology |
| Department of Education | Brain Hallett* | Assistant Superintendent, Office of Fiscal Services |
| Department of Education | Ken Kakesako* | Director, Office of Planning and Evaluation Services |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Hawai'i – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Education | Helen Kaniho* | Exception Support Branch Education Director, Office of Student Support Services |
| Department of Education | Sean Bacon* | Assistant Superintendent, Office of Talent Management |
| Department of Education | Denise Yoshida* | Internal Audit Director |
| Department of Education | Nanea Ching* | Public Relations and Communications Director |
| Department of Education | Elizabeth Higashi* | Assistant Superintendent, Community Engagement Branch, Office of Strategy, Innovation and Performance |

# Exhibit 5B Hawaii's Proposal[s]

**MDL 3047 – State Agency Discovery**

**Hawaii's 12-16-2024 Proposal**

*Proposed changes are in red.

**Meta responded on December 18, 2024, stating that it is considering Hawaii's proposal but would like to see the terms run with a 100-word limiter instead of a 15-word limiter. Hawaii is running both versions.

"Youth Terms":

> (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

**Youth-focused custodians:**

- Leanne Gillespei, Office of Youth Services (DHS)
- Elladine Olevao, Child Welfare Services Branch (DHS)
- Keli Acquaro, Child & Adolescent Mental Health Division (DOH)
- Ian Tholen, Children with Special Health Needs Branch (DOH)

Department of Education (DOE) Custodians:

- Brian Hallet
- Denise Yoshida
- Elizabeth Higashi
- Helen Kaniho
- Keith Hayashi
- Ken Kakesako
- Michael Otsuji
- Nanea Ching
- Sean Bacon

| # | Social Media Terms |
|---|---|
| 1 | ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR ~~Roblox OR Discord OR Twitch OR Netflix~~ OR Reddit OR Pinterest OR Tumblr OR ~~telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop~~ OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM~~*~~ or "direct message") **NEAR(15)** Search String 2 |

//

| | **Harm Terms** |
|---|---|
| 2 | Search Strings 1, 3-6, 13-15 **NEAR(15)** (wellness OR wellbeing OR well-being OR confidence OR self- confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad*~~*~~ OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment* OR "mental health") |
| 3 | Search String 2 **NEAR(15)** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | Search String 2 **NEAR(15)** (bully* OR bullie* OR cyberbull* OR harass* OR ~~sextort*~~ OR transphob* OR homophob* OR racis* OR ~~sexis* OR~~ groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | Search String 2 **NEAR(15)** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | Search String 2 **NEAR(15)** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7-12 | These will be run as proposed per the parties' agreement. |
| 13 | Search String 2 **NEAR(15)** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | Search String 2 **NEAR(15)** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
| 15 | Search String 2 **NEAR(15)** (~~polic* OR practice*~~ OR presentation OR assembl* OR initiative* OR ~~interven* OR prevent* OR limit* OR control*~~ OR legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR ~~concern* OR~~ problematic OR investigat* OR ~~criminal OR charges OR conviction* OR arrest*~~ OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

| 16 | ~~"mental health" **w/25** (teen\* OR tween\* OR kid\* OR youth\* OR minor\* OR young OR underage\* OR "under-age" OR juvenile\* OR "pre-teen\*" OR preteen\* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a\* OR scholar\* OR School\* OR student\* OR pupil\* OR grade\*)~~ |

**All other custodians**:

- Annie Valentin (Office of the Governor)
- Carolyn Weygan-Hildebrand (SCMH)
- Cathy Betts (DHS)
- Chung Chang (DBEDT)
- Colleen Yuen (DCCA)
- Debbie Morikawa (DOH)
- Daisy Hartsfield (DHS)
- SCMH Chairperson (SCMH)
- Erica Yamauchi (Office of the Governor)
- Eugene Tian (DBEDT)
- James Tokioka (DBEDT)
- Jodie Burgess (Office of the Governor)
- John Valera (DOH)
- Keala Kaopuiki-Santos (Office of the Governor)
- Kenneth Fink (DOH)
- Kevin Thompson (Office of the Governor)
- Lola Irvin (DOH)
- Lorrin Kim (DOH)
- Marian Tsuji (DOH)
- Michael Champion (Office of the Governor)
- Thomas Moriarity (DCCA)
- Nadine Ando (DCCA)
- Naomi Leipold (Office of the Governor)
- Rachel Aquino (Office of the Governor)
- Ryan Yamane (DHS)
- Stacey Haitsuka (SCMH)
- Tia Hartsock (Office of the Governor)
- Trina Orimoto (Office of the Governor)
- Valerie Kato (DOH)


//

//

//

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **NEAR(15)** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR ~~Roblox OR Discord OR Twitch OR Netflix OR~~ Reddit OR Pinterest OR Tumblr OR ~~telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR~~ YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM**\*** or "direct message") **NEAR(15)** Search String 2 |

| | Harm Terms |
|---|---|
| 2 | "Youth Terms" **NEAR(15)** (wellness OR wellbeing OR well-being OR confidence OR self- confidence OR "mental health" OR "TMH" OR "ACE\*" OR "adverse childhood experience" OR anxi\* OR anti-anxi\* OR depress\* OR antidepress\* OR sad**\*** OR reclus\* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar\* OR afraid OR angry OR mad OR worr\* OR lonel\* OR alone OR therap\* OR counsel\* OR treatment\* OR "mental health") **NEAR(15)** Search Strings 1, 3-6, 13-15 |
| 3 | "Youth Terms" **NEAR(15)** ("pro-ana" OR "BMI" OR overweight OR fat OR obes\* OR diet\* OR anorexi\* OR bulimi\* OR 4ransphobe\* OR appetite OR dysmorph\* OR binge OR purge OR 4ransph\* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting\*) **NEAR(15)** Search String 2 |
| 4 | "Youth Terms" **NEAR(15)** (bully\* OR bullie\* OR 4ransphobe\* OR harass\* ~~OR sextort\*~~ OR 4ransphobe\* OR homophob\* OR racis\* ~~OR sexis\*~~ OR groom\* OR hookup\* OR solicit\* OR pedophil\* OR predator\* OR sex\* OR extort OR exploit\*) **NEAR(15)** Search String 2 |
| 5 | "Youth Terms" **NEAR(15)**  (violen\* OR abus\* OR assault\* OR fight\* OR altercation OR misbehav\* OR misconduct\* OR shoot\* OR shot OR threat\* OR gun\* OR pistol OR rifle OR firearm OR rape\* OR murder\* OR traff\* OR hate\*) **NEAR(15)** Search String 2 |
| 6 | "Youth Terms" **NEAR(15)** (addic\* OR hook\* OR dopamine OR rabbithol\* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression\* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") **NEAR(15)** Search String 2 |
| 7-12 | These will be run as proposed per the parties' agreement. |
| 13 | "Youth Terms" **NEAR(15)** (Covid\* OR coronavirus OR pandemic OR lockdown OR "lock\* down" OR quarantine OR "social\* distanc\*") **NEAR(15)** Search String 2 |

//

//

| 14 | "Youth Terms" **NEAR(15)** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) **NEAR(15)** Search String 2 |
|---|---|
| 15 | "Youth terms" **NEAR(15)** (~~polic* OR practice* OR~~ presentation OR ~~assembl* OR~~ ~~initiative* OR interven* OR prevent* OR limit* OR control*~~ OR legislation OR advocacy OR lobby* OR ~~legislat* OR~~ suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR ~~concern~~* OR problematic OR ~~investigat* OR criminal OR charges OR conviction* OR arrest* OR~~ ~~"law enforcement"~~ OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") **NEAR(15)** Search String 2 |
| ~~16~~ | ~~"mental health" **w/25** (teen* OR tween* OR kid* OR youth* OR minor* OR young OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)~~ |

# Exhibit 5C

# Hit Reports

**MDL 3047**

**12/20/2024 State Agency Discovery JBL**

**Cover Sheet for Hawaii's Hit Report Exhibits**

*All hit reports below are for Meta's December 7, 2024 search terms (which was submitted as part of the December 9, 2024 joint letter briefing) and used the period of January 1, 2015 to October 24, 2023. These reports were shared with Meta on December 19, 2024.*

**DOE's hit reports for Meta's December 7, 2024 search terms are still pending.*

Exhibit 1C-I:

    Screenshot of per search string breakdown of non-youth focused custodians prior to deduplication. These results cover 30 custodians, exclusive of Hawaii's Department of Education (DOE).

Exhibit 1C-II:

    Screenshot of total deduped hits for the non-youth focused custodians, exclusive of DOE.

Exhibit 1C-III:

    Screenshot of deduped hits per non-youth focused custodians, exclusive of DOE. Custodians without hits are not shown.

Exhibit 1C-IV:

    Screenshot of per search string breakdown of youth focused custodians prior to deduplication. These results cover 4 custodians, exclusive of DOE.

Exhibit 1C-V:

    Screenshot of total deduped hits for youth focused custodians, exclusive of DOE.

Exhibit 1C-VI:

    Screenshot of deduped hits per youth focused custodians, exclusive of DOE.

# Master Review Set

Overview     **Load sets**     Exports     Jobs and errors

 Time zone ∨

## Collections

| Name | Processing status | Last modified (UTC-10:00) | Created by | Committed items |
|------|-------------------|---------------------------|------------|-----------------|
| Search 1 | Successful | Dec 18, 2024 4:50:46 PM | mishkat.rahman.admin@hawaii.gov | 219 |
| Search 2 | Successful | Dec 18, 2024 4:50:49 PM | mishkat.rahman.admin@hawaii.gov | 134 |
| Search 4 | Successful | Dec 18, 2024 4:51:12 PM | mishkat.rahman.admin@hawaii.gov | 203 |
| Search 3 | Successful | Dec 18, 2024 4:50:52 PM | mishkat.rahman.admin@hawaii.gov | 205 |
| Search 5 | Successful | Dec 18, 2024 4:50:59 PM | mishkat.rahman.admin@hawaii.gov | 891 |
| Search 13 | Successful | Dec 18, 2024 4:51:00 PM | mishkat.rahman.admin@hawaii.gov | 902 |
| Search 14 | Successful | Dec 18, 2024 4:51:05 PM | mishkat.rahman.admin@hawaii.gov | 205 |
| Search 15 | Successful | Dec 18, 2024 4:50:55 PM | mishkat.rahman.admin@hawaii.gov | 220 |
| Search 16 | Successful | Dec 18, 2024 4:50:42 PM | mishkat.rahman.admin@hawaii.gov | 3487 |

None ∨   🖫 Save   ✕ Clear all

**Filters**   ⟲ Undo filter query   ⟳ Redo filter query



↦ Actions ∨   ⊘ Tag files   ⟳ Refresh                    4405 items   🌐

All (17)

| | | |
|---|---|---|
| ☐ | annie.valentin@hawaii.gov | 1 |
| ☐ | cbetts@dhs.hawaii.gov | 238 |
| ☐ | chung.il.chang@hawaii.gov | 5 |
| ☐ | cmsyuen@DCCA.HAWAII.GOV | 2 |
| ☐ | deborah.morikawa@doh.hawaii.gov | 579 |
| ☐ | derek.y.chan@hawaii.gov | 1154 |
| ☐ | dhartsfield@dhs.hawaii.gov | 5 |
| ☐ | eugene.x.tian@hawaii.gov | 132 |
| ☐ | james.tokioka@hawaii.gov | 5 |
| ☐ | john.valera@doh.hawaii.gov | 197 |
| ☐ | Kenneth.Fink@doh.hawaii.gov | 333 |
| ☐ | lola.irvin@doh.hawaii.gov | 761 |
| ☐ | lorrin.kim@doh.hawaii.gov | 165 |
| ☐ | Marian.Tsuji@doh.hawaii.gov | 396 |
| ☐ | nando@DCCA.HAWAII.GOV | 4 |
| ☐ | stacy.haitsuka@doh.hawaii.gov | 3 |
| ☐ | Valerie.kato@doh.hawaii.gov | 425 |

# Master Review Set

Overview     **Load sets**     Exports     Jobs and errors

 Time zone ⌄

## Collections

| Name | Processing status | Last modified (UTC-10:00) | Created by | Committed items |
| --- | --- | --- | --- | --- |
| Search 1 | Successful | Dec 18, 2024 4:53:50 PM | mishkat.rahman.admin@hawaii.gov | 1 |
| Search 2 | Successful | Dec 18, 2024 4:53:50 PM | mishkat.rahman.admin@hawaii.gov | 0 |
| Search 3 | Successful | Dec 19, 2024 11:06:20 AM | mishkat.rahman.admin@hawaii.gov | 28719 |
| Search 5 | Successful | Dec 18, 2024 4:53:50 PM | mishkat.rahman.admin@hawaii.gov | 0 |
| Search 4 | Successful | Dec 18, 2024 4:53:50 PM | mishkat.rahman.admin@hawaii.gov | 0 |
| Search 6 | Successful | Dec 19, 2024 11:06:20 AM | mishkat.rahman.admin@hawaii.gov | 5646 |
| Search 13 | Successful | Dec 19, 2024 11:06:20 AM | mishkat.rahman.admin@hawaii.gov | 62776 |
| Search 14 | Successful | Dec 19, 2024 11:06:20 AM | mishkat.rahman.admin@hawaii.gov | 54163 |
| Search 15 | Successful | Dec 18, 2024 4:53:50 PM | mishkat.rahman.admin@hawaii.gov | 0 |
| Search 16 | Successful | Dec 18, 2024 4:53:50 PM | mishkat.rahman.admin@hawaii.gov | 15 |

None ∨

**Filters**   ↶ Undo filter query   ↷ Redo filter query



**AND** ∨   ∧

Select a filter   🗑

+ Add filter   ⊟ Add subgroup

↦ **Actions** ∨   ⊘ **Tag files**   ↻ **Refresh**   **113712 items**

All (4)

| | | |
|---|---|---|
| ☐ | EOlevao@dhs.hawaii.gov | 63255 |
| ☐ | ian.tholen@doh.hawaii.gov | 9788 |
| ☐ | Keli.Acquaro@doh.hawaii.gov | 23315 |
| ☐ | lgillespie@dhs.hawaii.gov | 17245 |