# Exhibit 7

# Indiana

# Exhibit 7A Meta's Proposal[s]

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Indiana – Meta Proposal**

**Search Terms**: On December 20, 2024, Meta made its most recent counterproposal on to the Indiana Department of Child Services. On December 8, Meta made its most recent counterproposal to the Department of Health, Department of Education, and Family and Social Services Administration.

| # | **I. Search Strings for Youth Focused Agencies** |
|---|---|
| | **Search Set 1 – Search Strings for Youth Focused Agencies** |
| 1 | ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") |
| | **Search Set 2 – Youth Mental Health / Wellbeing Issues [To be combined as one overarching parenthetical with OR between]** |
| 2 | wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Indiana – Meta Proposal**

| 7 | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
|---|---|
| 8 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
| | **Search Set 3 – Other Case Issues** |
| 15 | (legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
| | **II. Search Strings for Non-Youth-Focused Agencies** |
| | All search strings referenced above run against below "Youth" gating terms with "AND" connector. |
| | (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR student* OR pupil*) |

<u>**MDL 3047 – 2024-12-20 Agency Discovery JLB**</u>
<u>**Indiana – Meta Proposal**</u>

**Meta proposes that the Department of Child Services run the following search term combinations:**

- Social Media Terms **w/50** Mental Health/Wellbeing Terms;

- Social Media Terms **AND** Other Case Issues Terms; and

- Youth Terms AND **w/50** Mental Health/Wellbeing Terms

**Meta proposes that the Department of Education run the following search term combinations**:

- Social Media Terms **w/150** Mental Health/Wellbeing Terms;

- Social Media Terms **AND** Other Case Issues Terms; and

- Youth Terms AND **w/150** Mental Health/Wellbeing Terms.

**Meta proposes that the Department of Health and Family and Social Services Administration run the following search term combinations**:

- Social Media Terms **w/150** Mental Health/Wellbeing Terms **AND** Youth Terms;

- Social Media Terms **AND** Other Case Issues Terms AND Youth Terms; and

- Youth Terms AND **w/150** Mental Health/Wellbeing Terms.

**Meta proposes that the Department of Child Services, the Department of Health, and Family and Social Services Administration run the following search term combination, in addition to the search term combinations above:**

- Social Media Terms **AND** ("Youth Advisory Board" or "YAB")

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Indiana – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012, to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Indiana AG's office during the course of the Parties' negotiations. To the extent that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Department of Health | Eden Bezy* | Assistant Commissioner; Women, Children, and Families Commission |
| Department of Health | Kate Schedel* | Director of Maternal and Child Health Programs |
| Department of Health | Rose Douglass* | Division Director; Maternal and Child Health* |
| Department of Education | Diana Smith* | Director of Digital Learning |
| Department of Education | Michelle Clarke * | Director of the Student, School and Family Engagement |
| Department of Education | Stephen Balko* | Director of School Building Security |
| Family and Social Services Administration | Rebecca Buhner* | Deputy Director, Division of Mental Health and Addiction |
| Family and Social Services Administration | Tina Smith* | Addiction Stimulus and Community Catalyst Grants Manager; Division of Mental Health and Addiction* |
| Department of Child Services | David Reed* | Deputy Director of Child Welfare Services |
| Family and Social Services Administration | Bethany Ecklor* | School & Community Based Programs Director, Division |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Indiana – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
|  |  | of Mental Health and Addiction |
| Department of Child Services | Harmony Gist* | Deputy Director of Strategic Solutions and Agency Transformation |
| Department of Child Services | Heather Kestian * | former Deputy Director of Strategic Solutions and Agency Transformation |

# Exhibit 7B Indiana's Proposal[s]

**Indiana State Agency Proposals**

In addition to the below attached Search Term Proposals sent to Meta on December 16, 2024, Indiana made the following agency-specific targeted search proposals to Meta on December 4, 2024:

- Indiana Department of Child Services –The agency is working on targeted searches as outlined below.
  - Reports, research, studies, evaluations regarding youth mental health and wellbeing or social media conducted by or on behalf of DCS
  - Any responsive information relating to grants regarding social media and mental health and wellbeing of youth
  - Policies responsive to R. 45 subpoena RFPs 7, 15, 20
  - Confirmation as to whether there are any internal, informal workgroups or task forces addressing social media and youth wellbeing/mental health, per our discussion on Monday
  - Aggregated services data for the requested time period
- Indiana Department of Education/State Board of Education – IDOE/SBOE are preparing certain targeted searches for production, as outlined below.
  - Documents relating to reports, research, evaluations regarding youth mental health and wellbeing or social media conducted by or on behalf of DOE/SBOE
  - Documents relating to programs, initiatives, trainings, provided by IDOE/SBOE relating to social media and mental health and wellbeing of youth
  - Any responsive information relating to grants regarding social media and mental health and wellbeing of youth
  - Legislation regarding school safety and cell phone use in schools
- Indiana Department of Health – IDOH made a production of materials as a result of a targeted search process as part of the R. 45 subpoena response; there may be additional targeted searches to complete, but we anticipate that application of the more narrow set of search terms will be the appropriate mechanism to ensure we have addressed each of the requests.
- Indiana Family and Social Services Administration –  working with the agency to conduct targeted searches for responsive documents as outlined below.
  - Your Community Catalyst Grant documents, responsive to Meta's Second RFP 2
  - Policies responsive to R. 45 subpoena RFPs 7, 15, 20
  - Any other grant materials responsive to 2nd RFP 1
  - Confirmation as to whether there are any internal, informal workgroups or task forces addressing social media and youth wellbeing/mental health, per our discussion on Monday
  - Aggregated services data for the requested time period
  - Research undertaken by or on behalf of FSSA responsive to RFPs 26; 34-40
  - Production of any responsive documents related to programs, initiatives, research or studies undertaken by FSSA regarding social media and youth wellbeing

Indiana December 16, 2024 Proposal

**Timeline:** this timeline is proposed in order to move productions forward. Indiana anticipates being able to provide rolling productions of the targeted searches for the agencies that we have discussed in advance of, and by the January 10, 2025 date.

| Agency | Search Term Negotiation Status: | Search Term Finalization Date*: | Start of Rolling Custodian Production : | Substantial Completion Date (all docs): |
|---|---|---|---|---|
| Indiana Department of Child Services | Partial agreement on use of limiters; dispute as to range of limiters and dispute regarding alternate cause strings | 12/23/2024 | 1/10/2025 | 2/7/2025 |
| Indiana Department of Education | Partial agreement on use of limiters; dispute as to range of limiters and dispute regarding alternate cause strings | 12/23/2024 | 1/10/2025 | 2/7/2025 |
| Indiana Department of Health | Partial agreement on use of limiters; dispute as to range of limiters and dispute regarding alternate cause strings | 12/23/2024 | 1/10/2025 | 2/7/2025 |
| Indiana Family and Social Services Administration | Partial agreement on use of limiters; dispute as to range of limiters and dispute regarding alternate cause strings | 12/23/2024 | 1/10/2025 | 2/7/2025 |

<u>Indiana Search Term Proposals:</u>

Certain additional removals of specific terms:
- Indiana proposes removing "Twitter" from the search strings, as it results in a large number of hits to email signature blocks (even with our narrowed limiters).
- We have added back in the two-letter nicknames for social media platforms, but for that reason have only moved up to within 25 on the limiters to narrow any errant results.
- We have removed references to "counsel*" as it was pulling signature blocks and the search for documents relevant to mental health should be covered by the other terms in the string.
- Propose removal of transphob*, homophob*, racis*, sexis*, hookup*
- Propose removal of impression*
- Replace "Consumer Protection Act" with "Deceptive Consumer Sales Act" OR "DCSA"

Indiana December 16, 2024 Proposal

Reclassification of terms – we propose separation of mental health terms from wellbeing terms, and carving out the "alternate cause" terms to allow for more appropriate targeting.

For DOH/FSSA:
1. Social Media Terms w/25 (Mental Health OR Wellbeing Terms) AND Youth Terms
2. (Alternate Cause Terms w/25 Mental Health Terms) AND Youth Terms
3. Social Media AND Other Case Issues Terms AND Youth Terms
4. Social Media Terms AND ("Youth Advisory Board" or "YAB")

For DOE/DCS:
1. Social Media Terms w/25 (Mental Health OR Wellbeing Terms)
2. (Alternate Cause Terms w/25 Mental Health Terms) AND Youth Terms
3. Social Media AND Other Case Issues Terms
4. Social Media Terms AND ("Youth Advisory Board" or "YAB") – *DCS Only*

Social Media Terms:
("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message")

> **Commented [CG1]:** This removes "Twitter," which was our most frequently seen term to only hit in signature blocks

Mental Health Terms:
- "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting* OR (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) OR (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*))

> **Commented [CG2]:** This incorporates most of the terms from Meta's original proposed string 2, as well as the terms from strings 3, 7, 8, 11, and 12

Wellness Terms:
- wellness OR wellbeing OR well-being OR confidence OR self-confidence OR sad* OR reclus* OR stress OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR groom OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit* OR addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control" OR (negative w/3 (appearance OR experience OR affect* OR effect*)) OR (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*))

> **Commented [CG3]:** This incorporates the remainder of string 2, as well as terms (minus those we have suggested removing above) from search strings 4, 6, 9, 10

Alternate Cause Terms:

> **Commented [CG4]:** This incorporates terms from strings 5, 13, and 14

Indiana December 16, 2024 Proposal

- violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul

Other Case Issues:

- legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Deceptive Consumer Sales Act" OR "DCSA" OR "consumer protection"

> **Commented [CG5]:** Suggest removing this term for DCS

# Exhibit 7C

# Hit Reports

**Indiana State Agency Hit Reports**

The attached hit reports are identified below with the date they were transmitted to Meta, for the below agencies. Each was deduplicated across custodians and is based on a relevant period beginning January 1, 2015.

Indiana Department of Child Services
- Meta's last search term proposal – hit report provided December 16, 2024
- Indiana's last search term proposal – hit report provided December 17, 2024
- Custodians:
  - Heather Kestian
  - Harmony Gist
  - David Reed

Indiana Department of Education
- Meta's last search term proposal – hit report provided December 16, 2024
- Indiana's last search term proposal – hit report provided December 17, 2024
- Custodians:
  - Stephen Balko
  - Michelle Clarke
  - Diana Smith

Indiana Department of Health
- Meta's last search term proposal – hit report provided December 16, 2024
- Indiana's last search term proposal – hit report provided December 17, 2024
- Custodians:
  - Eden Bezy
  - Rose Douglass
  - Kate Schedel


Indiana Family and Social Services Administration
- Meta's last search term proposal (FSSA Meta 12.8.24 Search Terms) – hit report provided December 16, 2024; with updated version (FSSA Meta 12.8.24 Search Term Report updated) provided December 17, 2024
- Indiana's last search term proposal – hit report provided December 17, 2024
- Custodians:
  - Jay Chaudary
  - Rebecca Buhner
  - Bethany (Ecklor) Goetz
  - Tina Smith

*There is an issue with the unique hits not updating correctly in the reports for Indiana's 12/16 proposed search terms that were previously provided to Meta; Indiana will be supplementing this information to Meta.

Indiana Department of Child Services

12.8.24 Meta Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 93640 | 24386 | 877439 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~150 | 3103 | 28 | 13033 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*)"~150 | 13603 | 348 | 523105 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 | 45219 | 41 | 625571 |

Indiana Department of Child Services

12.8.24 Meta Proposal

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR "screentime staytime" OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 | 13902 | 496 | 52454 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 78 | 0 | 263 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 120 | 4 | 1924 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 | 74 | 0 | 784 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("compar* (appearance OR social OR other* OR negative)"~5)"~150 | 164 | 0 | 442 |

Indiana Department of Child Services

12.8.24 Meta Proposal

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 9 | 0 | 24 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~150 | 658 | 0 | 5425 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*")"~150 | 5402 | 86 | 10281 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 | 9322 | 546 | 98182 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") | 84952 | 1816 | 695060 |

Indiana Department of Child Services

12.8.24 Meta Proposal

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 743808 | 283134 | 1432524 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 | 654561 | 210208 | 1221446 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 1766 | 4 | 14160 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 | 2334 | 41 | 47288 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("compar* (appearance OR social OR other* OR negative)"~5)"~150 | 3585 | 337 | 15989 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 291 | 8 | 2300 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ("Youth Advisory Board" or "YAB") | 168930 | 47690 | 872821 |

Indiana Department of Child Services

12.8.24 Meta Proposal

Total                                                                          1074203                                            1797195

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 | 6,928 | 782 | 17,571 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 | 10 | 0 | 30 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 | 10 | 0 | 61 |

12/17/2024

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 | 51 | 6 | 215 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR sad* OR reclus* OR stress OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR groom OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit* OR addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~25 | 10,833 | 4,700 | 109,188 |

12/17/2024

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~25 | 8 | 0 | 18 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~25 | 1 | 0 | 3 |

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 38,551 | 29,750 | 543,930 |

12/17/2024

4 of 7

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 444 | 17 | 2,680 |
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 221 | 24 | 1,659 |

12/17/2024

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 | 1,706 | 157 | 8,140 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Deceptive Consumer Sales Act" OR "DCSA" OR "consumer protection") | 24,341 | 15,230 | 60,714 |

12/17/2024

Indiana Department of Child Services

12.16.24 Indiana Proposed Search Term

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ("Youth Advisory Board" OR "YAB") | 710 | 106 | 2,154 |
| **Total** | **64,496** | | **676,660** |

Indiana Department of Education

Meta 12.8.24 Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 4482 | 63 | 7113 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~150 | 4065 | 2662 | 39166 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*)"~150 | 1405 | 8 | 2502 |

Indiana Department of Education
Meta 12.8.24 Search Term Proposal

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 | 4576 | 86 | 7164 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR "screentime staytime" OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 | 2007 | 40 | 3843 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 8 | 0 | 20 |

Indiana Department of Education

Meta 12.8.24 Search Term Proposal

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 14 | 0 | 31 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 | 11 | 0 | 39 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("compar* (appearance OR social OR other* OR negative)"~5)"~150 | 28 | 0 | 67 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 19 | 0 | 21 |

Indiana Department of Education

Meta 12.8.24 Search Term Proposal

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~150 | 120 | 0 | 302 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*")"~150 | 2258 | 80 | 3827 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 | 776 | 4 | 1804 |

Indiana Department of Education

Meta 12.8.24 Search Term Proposal

| | | | |
|---|---|---|---|
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") | 7614 | 210 | 11878 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 21188 | 12095 | 31741 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 | 14166 | 5369 | 19651 |

Indiana Department of Education

Meta 12.8.24 Search Term Proposal

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 79 | 9 | 264 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 | 186 | 6 | 577 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("compar* (appearance OR social OR other* OR negative)"~5)"~150 | 316 | 33 | 916 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 23 | 1 | 80 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ("Youth Advisory Board" or "YAB") | 19215 | 7087 | 34333 |
| Total | 44886 | | 93552 |

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 | 1,096 | 262 | 2,026 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 | 0 | 0 | 0 |

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 | 4 | 0 | 7 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 | 22 | 1 | 62 |

12/17/2024

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR sad* OR reclus* OR stress OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR groom OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit* OR addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~25 | 1,421 | 502 | 2,578 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~25 | 12/17/2024 7 | 0 | 26 |

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~25 | 5 | 1 | 7 |

12/17/2024

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 4,256 | 2,993 | 6,758 |

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 22 | 2 | 100 |

12/17/2024

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 19 | 1 | 90 |

12/17/2024

Indiana Department of Education

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 | 235 | 18 | 585 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Deceptive Consumer Sales Act" OR "DCSA" OR "consumer protection") | 6,138 | 4,602 | 9,568 |
| **Total** | **10,816** | | **15,132** |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 10326 | 375 | 21748 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR
IG OR YT OR TT OR DM* OR "direct message") ("pro-ana" OR
"BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR
bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR
purge OR suicid* OR "self harm" OR "self-harm" OR selfharm
OR unalive OR cutting*)"~150 AND (teen* OR tween* OR
adolescen* OR kid* OR youth* OR minor* OR young* OR
child* OR underage* OR "under-age" OR juvenile* OR "pre-
teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR
"under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-
a*" OR student* OR pupil*)                                    3203            202            6941

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR
IG OR YT OR TT OR DM* OR "direct message") (bully* OR
bullie* OR cyberbull* OR harass* OR sextort* OR transphob*
OR homophob* OR racis* OR sexis* OR groom* OR hookup*
OR solicit* OR pedophil* OR predator* OR sex* OR extort OR
exploit*)"~150 AND (teen* OR tween* OR adolescen* OR kid*
OR youth* OR minor* OR young* OR child* OR underage* OR
"under-age" OR juvenile* OR "pre-teen*" OR preteen* OR
"U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR
"gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)    2771            111            9284

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

"("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)          3910          96          12191

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

"("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR "screentime staytime" OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)    4605          131          12097

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

"("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)                91          0          273

"("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)                40          0          132

Indiana Department of Health
Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 47 | 0 | 102 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("compar* (appearance OR social OR other* OR negative)"~5)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 122 | 2 | 580 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 40 | 0 | 80 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 176 | 0 | 435 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*")"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen a*" OR student* OR pupil*) | 4039 | 212 | 7850 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 3147 | 291 | 8289 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

"("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection")"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)     6532        1288        14741

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 54828 | 23504 | 104618 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~150 | 17657 | 4277 | 48912 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*)"~150 | 15687 | 3992 | 36214 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 | 20183 | 3742 | 49865 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR "screentime staytime" OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 | 19989 | 5967 | 43286 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 584 | 16 | 2065 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 419 | 25 | 1253 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 | 315 | 9 | 1391 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 153 | 0 | 820 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~150 | 1188 | 19 | 3592 |

Indiana Department of Health

Meta 12.8.24 Proposed Search Terms

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*")"~150 | 18971 | 6680 | 35527 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ("Youth Advisory Board" OR "YAB") | 1495 | 270 | 3943 |
| Total | 92984 | | 174015 |

Indiana Department of Health
12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 3,613 | 925 | 8,495 |

12/17/2024

Indiana Department of Health

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 48 | 1 | 114 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 13 | 2 | 41 |

12/17/2024

Indiana Department of Health

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 58 | 1 | 106 |

12/17/2024

Indiana Department of Health

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR sad* OR reclus* OR stress OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR groom OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit* OR addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 3,380 | 0 | 11,645 |

12/17/2024

Indiana Department of Health

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 16 | 0 | 30 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 23 | 0 | 55 |

12/17/2024

Indiana Department of Health
12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 15,583 | 0 | 47,276 |

Indiana Department of Health
12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 199 | 0 | 749 |

12/17/2024

Indiana Department of Health

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 150 | 0 | 505 |
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 | 494 | 0 | 1,589 |

12/17/2024

Indiana Department of Health

12.16.24 Indiana Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Deceptive Consumer Sales Act" OR "DCSA" OR "consumer protection") AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR student* OR pupil*) | 13,192 | 0 | 31,743 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ("Youth Advisory Board" OR "YAB") | 1,456 | 0 | 3,899 |
| **Total** | **28,225** | | **69,314** |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 45 | 25 | 55 |

Indiana Family and Social Services Administration
Meta 12.8.24 Search Term Report

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB
OR IG OR YT OR TT OR DM* OR "direct message") (bully* OR
bullie* OR cyberbull* OR harass* OR sextort* OR transphob*
OR homophob* OR racis* OR sexis* OR groom* OR hookup*
OR solicit* OR pedophil* OR predator* OR sex* OR extort OR
exploit*)"~150 AND (teen* OR tween* OR adolescen* OR
kid* OR youth* OR minor* OR young* OR child* OR
underage* OR "under-age" OR juvenile* OR "pre-teen*" OR
preteen* OR "U18" OR "under 18" OR "U13" OR "under 13"
OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR
student* OR pupil*)                                    19          0          114

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB
OR IG OR YT OR TT OR DM* OR "direct message") (violen* OR
abus* OR assault* OR fight* OR altercation OR misbehav*
OR misconduct* OR shoot* OR shot OR threat* OR gun* OR
pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR
hate*)"~150 AND (teen* OR tween* OR adolescen* OR kid*
OR youth* OR minor* OR young* OR child* OR underage*
OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR
"U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR
"gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)          126              6              299

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB
OR IG OR YT OR TT OR DM* OR "direct message") (addic* OR
hook* OR dopamine OR rabbithol* OR spiral OR "social
reward" OR "social approval" OR "screen time" OR
"screentime staytime" OR timespent OR "time spent" OR
"engagement" OR impression* OR "monthly active users" OR
"daily active users" OR "monthly active people" OR "daily
active people" OR "weekly active users" OR "mandatory
break" OR "limiting tool" OR "habit loop" OR "operant
conditioning" OR "impulse control")"~150 AND (teen* OR
tween* OR adolescen* OR kid* OR youth* OR minor* OR
young* OR child* OR underage* OR "under-age" OR
juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under
18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen*
alpha" OR "gen-a*" OR student* OR pupil*)                    485          4          2810

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 0 | 0 | 0 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 0 | 0 | 0 |

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB
OR IG OR YT OR TT OR DM* OR "direct message") ("negative
(appearance OR experience OR affect* OR effect*)"~3)"~150
AND (teen* OR tween* OR adolescen* OR kid* OR youth*
OR minor* OR young* OR child* OR underage* OR "under-
age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR
"under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z"
OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)                0              0              0


"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB
OR IG OR YT OR TT OR DM* OR "direct message") ("compar*
(appearance OR social OR other* OR negative)"~5)"~150
AND (teen* OR tween* OR adolescen* OR kid* OR youth*
OR minor* OR young* OR child* OR underage* OR "under-
age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR
"under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z"
OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)                6              0              12

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

| | | | |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 0 | 0 | 0 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 2 | 0 | 7 |

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

"("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*)      1172      797      5387

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

"("social media" OR "social network" OR "Meta" OR Facebook
OR Instagram OR "Insta" OR Youtube OR Snapchat OR
Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR
Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR
telegram OR viber OR threema OR wechat OR kik OR textplus
OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB
OR IG OR YT OR TT OR DM* OR "direct message") (legislation
OR advocacy OR lobby* OR legislat* OR suspend* OR revok*
OR fine* OR sanction* OR ban OR banned OR banning OR
concern* OR problematic OR investigat* OR criminal OR
charges OR conviction* OR arrest* OR "law enforcement" OR
deceptive OR decei* OR fraud* OR defraud* OR cheat* OR
lie* OR misrepresent* OR mislead* OR schem* OR exploit*
OR trick* OR conceal* OR hide OR omit* OR downplay* OR
suppress* OR "cover up" OR "Consumer Protection Act" OR
"consumer protection")"~150 AND (teen* OR tween* OR
adolescen* OR kid* OR youth* OR minor* OR young* OR
child* OR underage* OR "under-age" OR juvenile* OR "pre-
teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR
"under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-
a*" OR student* OR pupil*)                                    939        347              2776

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 5640 | 1507 | 66846 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*)"~150 | 41 | 13 | 140 |

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 | 1549 | 733 | 5541 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 1 | 0 | 1 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 0 | 0 | 0 |

Indiana Family and Social Services Administration

Meta 12.8.24 Search Term Report

| | | | |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("compar* (appearance OR social OR other* OR negative)"~5)"~150 | 0 | 0 | 0 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 0 | 0 | 0 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 | 787 | 305 | 2681 |
| Total | 22816 | | 143443 |

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 10,062 | 154 | 23,738 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 4,425 | 29 | 18,937 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 15,821 | 532 | 53,854 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR "screentime staytime" OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 34,801 | 484 | 87,851 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 122 | 0 | 2,732 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 105 | 0 | 2,742 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 75 | 4 | 179 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("compar* (appearance OR social OR other* OR negative)"~5)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 336 | 0 | 1,224 |

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 56 | 0 | 111 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 680 | 3 | 4,484 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 20,545 | 2,227 | 60,848 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection")"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 21,759 | 1,716 | 60,420 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 | 89,159 | 22,492 | 219,522 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*)"~150 | 13,502 | 1,207 | 39,249 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~150 | 50,959 | 2,181 | 114,450 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 1,142 | 5 | 5,641 |

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~150 | 659 | 2 | 4,274 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("compar* (appearance OR social OR other* OR negative)"~5)"~150 | 965 | 22 | 7,310 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~150 | 146 | 2 | 405 |
| "(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul)"~150 | 33,980 | 0 | 88,499 |

12/17/2024

Indiana Family and Social Services Administration

Meta 12.8.24 Proposed Search Terms

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR "Youtube chat" OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta) (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*)"~150 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 18,533 | 0 | 35,454 |
| **Total** | **106,005** | | **243,878** |

Indiana Family and Social Services Administration

12.16.24 Indiana Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 26,764 | 2,909 | 73,813 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 40 | 0 | 79 |

12/17/2024

Indiana Family and Social Services Administration

12.16.24 Indiana Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 36 | 1 | 87 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 144 | 2 | 545 |

Indiana Family and Social Services Administration

12.16.24 Indiana Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") (wellness OR wellbeing OR "well-being" OR confidence OR "self-confidence" OR sad* OR reclus* OR stress OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR groom OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit* OR addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control")"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 21,512 | 3,668 | 125,461 |
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("negative (appearance OR experience OR affect* OR effect*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 27 | 1 | 73 |

Indiana Family and Social Services Administration

12.16.24 Indiana Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") ("body (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 23 | 0 | 44 |
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR "anti-anxi*" OR depress* OR antidepress* OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR therap* OR treatment OR "pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 42,472 | 17,983 | 100,922 |

12/17/2024

Indiana Family and Social Services Administration

12.16.24 Indiana Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("eat* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 537 | 6 | 3,560 |
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("sleep* (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)"~3)"~25 AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR "gen-a*" OR student* OR pupil*) | 410 | 0 | 3,648 |

12/17/2024

Indiana Family and Social Services Administration

12.16.24 Indiana Search Term Proposal

| Search | Documents with hits | Documents exclusive to search | Documents with hits and their family members |
|---|---|---|---|
| "(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate* OR Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*" OR svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) ("self (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)"~3)"~25 | 2,111 | 249 | 12,725 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND (legislation OR advocacy OR lobby* OR legislat* OR suspend* OR revok* OR fine* OR sanction* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Deceptive Consumer Sales Act" OR "DCSA" OR "consumer protection") AND (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR student* OR pupil*) | 31,619 | 8,368 | 81,721 |
| ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Bytedance OR TikTok OR Tweet OR Roblox OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") AND ("Youth Advisory Board" OR "YAB") | 252 | 9 | 467 |
| **Total** | **65,567** | | **191,536** |