# Exhibit 8
# Kansas

# Exhibit 8A Meta's Proposal[s]

### MDL 3047 – 2024-12-20 Agency Discovery JLB
### Kansas – Meta Proposal

**Search Terms:** Meta makes the following proposal for the (i) Board of Regents, (ii) Department for Aging and Disability Services, (iii) Department of Children and Family Services, (iv) Department of Administration, (v) Department of Commerce, (vi) Department of Education, (vii) Department of Health & Environment, and (viii) Governor's Office.  At a high level, Meta's proposal involves using search combinations that require "Social Media Terms" or "Harm Terms" to occur "within 25" of one of the following "Youth Terms."

> (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **w/25** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM*) |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/25** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR lonel* OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **w/25** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **w/25** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/25** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |

1

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Kansas – Meta Proposal**

| | |
|---|---|
| 6 | "Youth Terms" w/25 (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" w/25 (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" w/25 (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" w/25 (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" w/25 (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" w/25 (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" w/25 (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" w/25 (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" w/25 (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

# MDL 3047 – 2024-12-20 Agency Discovery JLB
# Kansas – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Kansas AG's office during the course of the Parties' negotiations. To the extent the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Board of Regents | Mistie Knox* | Director of Academic Affairs |
| Board of Regents | Matt Keith* | Communications Director |
| Dept. of Aging & Disability Services | Andrew Brown* | Deputy Secretary of Programs |
| Dept. of Aging & Disability Services | Cara Sloan-Ramos* | Director of Communications |
| Dept. of Aging & Disability Services | Leigh Keck* | Director of Governmental Affairs |
| Dept. of Aging & Disability Services | Gary Henault* | Director of Youth Services |
| Dept. of Aging & Disability Services | Linda Buchheister* | Child & Comm. Inpatient Program Mgr. |
| Dept. of Aging & Disability Services | Angie Brungardt* | MH Intervention Team |
| Dept. of Aging & Disability Services | Stephanie Rhinehart* | Prevention Program Mgr. |
| Dept. of Aging & Disability Services | Laura Brake* | Director of Crisis Svcs. |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Kansas – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Aging & Disability Services | Andres Mata* | Youth Engagement Specialist |
| Dept. of Aging & Disability Services | Ashley Raletz* | Youth Program Coordinator |
| Dept. of Aging & Disability Services | Alex Zelkovitz* | State Suicide Prevention Coordinator |
| Dept. of Aging & Disability Services | Jessica Mays* | Assistive Outpatient Treatment Mgr. |
| Dept. of Aging & Disability Services | Destini Gillian* | Justice Involved Svcs. Coordinator |
| Dept. of Aging & Disability Services | Aneliese Apala-Flaherty* | 988 Project Coordinator |
| Dept. of Aging & Disability Services | David Johnson* | Mobile Crisis Project Coordinator |
| Dept. for Children & Families | Danielle Davis* | Paralegal/Records Custodian |
| Dept. for Children & Families | David Arnold | Kansas City Regional Director |
| Dept. for Children & Families | Dee Nighswonger | Wichita Regional Director |
| Dept. for Children & Families | Caroline Hastings | Northeast Regional Director |
| Dept. for Children & Families | Pamela Beach | Northwest Regional Director |
| Dept. for Children & Families | Stacy Tweedy | Southwest Regional Director |
| Dept. for Children & Families | Anita Cooper | Southeast Regional Director |
| Dept. of Administration | Jennifer Flory* | Director of State Employee Health Plan |

4

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Kansas – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Administration | Pete Nagurny* | Senior Manager of Data and Finance in the State Employee Health Plan |
| Dept. of Commerce | Amber Cabrera* | Attorney |
| Dept. of Commerce | Jhon Ybarra | Regulatory Compliance Director |
| Dept. of Commerce | Mike Beene | Assistant Secretary of Commerce |
| Dept. of Commerce | Abby Works | Chief of Staff |
| Dept. of Education | Scott Gordon* | Counsel |
| Dept. of Education | Kent Reed* | Education Program Consultant |
| Dept. of Education | Jake Steel* | Director, Strategy and Operational Alignment |
| Dept. of Education | Randy Watson | Commissioner |
| Dept. of Education | Kelly Chanay | Director, Child Nutrition & Wellness Team |
| Dept. of Education | Brian Houghton | Co-Chair, Blue Ribbon Task Force on Student Screen Time |
| Dept. of Education | Melanie Haas | Kansas State Board of Education and Member of Blue Ribbon Task Force on Student Screen Time |
| Dept. of Health & Environment | Julie Sergeant* | Deputy Director, BHP |
| Dept. of Health & Environment | Mende Barnett* | Senior Director, Community Health Promotion Program |
| Dept. of Health & Environment | Daina Zolck* | Section Director - Injury & Violence Prevention Program |
| Dept. of Health & Environment | Philip Harris* | Deputy Director - Office of Communications |
| Dept. of Health & Environment | Jill Bronaugh* | Director - Office of Communications |

5

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Kansas – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Dept. of Health & Environment | Ashley Goss | Public Health Division Chief, Deputy Secretary |
| Governor's Office | Will Lawrence* | Chief of Staff |
| Governor's Office | Ryan Wright* | Deputy Chief of Staff |
| Governor's Office | Kate Davis* | Director of Regulatory Affairs (no longer with the office) |
| Governor's Office | Josh McGinn* | Policy Director |
| Governor's Office | Tim Graham* | Director of Governmental Affairs |
| Governor's Office | Shelbie Konkel* | Senior Advisor for Federal & State Affairs |
| Governor's Office | Cory Sheedy* | Legislative Director and Assistant Counsel |
| Governor's Office | Sam Coleman* | Communications Director |
| Governor's Office | Lauren Fitzgerald* | Communications Director |
| Governor's Office | Brianna Johnson* | Communications Director |
| Governor's Office | Ana Nixon* | Communications Director |
| Governor's Office | Zach Fletcher* | Deputy Communications Director |
| Governor's Office | Dawn Knudtson* | Director of Finance & Office Development |
| Governor's Office | Libby Keogh* | Director of Constituent Services |
| Governor's Office | Ethan Belshe* | Senior Advisor for Federal & State Affairs |