# Exhibit 9
# Michigan

# Exhibit 9A Meta's Proposal[s]

<u>**MDL 3047 – 2024-12-20 Agency Discovery JLB**</u>
<u>**Michigan – Meta Proposal**</u>

**Search Terms:**   On December 7, 2024, Meta made its most recent counterproposal to the Michigan (i) Department of Education, (ii) Department of Health and Human Services, (iii) State Budget Office, (iv) Executive Office of the Governor, and (v) the Department of Lifelong Education, Advancement, and Potential.

At a high level, Meta's proposal involves using search combinations that require either "Social Media Terms" or substantive "Harm Terms" to occur in the same document or "within 150" of one of the following "Youth Terms":

> (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen z" OR "generation z" OR generation-z OR genz OR generationz OR OR "gen-z" OR "gen alpha" OR "generation alpha" OR gen-alpha OR generation-alpha OR genalpha OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*)

<u>Department of Education</u>

| # | **Social Media Terms** |
|---|---|
| 1 | "Youth Terms" **AND** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR DM-ing OR DMed or "direct message") |
|   | **Harm Terms** |
| 2 | "Youth Terms" **AND** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| 4 | "Youth Terms" **AND** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
|---|---|
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" **AND** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug OR drugs OR druggy OR druggie OR drugging OR drugged OR OR alcohol* OR Juul) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| | |
|---|---|
| 15 | "Youth terms" **w/150** (policy OR policies OR practice* OR presentation OR assembl* OR initiative* OR interven* OR legislation OR advocacy OR lobby* OR legislator OR legislative OR legislate OR legislates OR legislated OR legislating OR law OR suspend* OR revok* OR fine* OR sanction* OR abandon* OR ban OR banned OR banning OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

Department of Health and Human Services

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **w/150** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR DM-ing OR DMed or "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/150** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **AND** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| | |
|---|---|
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" **AND** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **w/150** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug OR drugs OR druggy OR druggie OR drugging OR drugged OR OR alcohol* OR Juul) |
| 15 | "Youth terms" **w/150** (policy OR policies OR practice* OR presentation OR assembl* OR initiative* OR interven* OR legislation OR advocacy OR lobby* OR legislator OR legislative OR legislate OR legislates OR legislated OR legislating OR law OR suspend* OR revok* OR fine* OR sanction* OR abandon* OR ban OR banned OR banning OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

State Budget Office

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **AND** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR DM-ing OR DMed or "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **AND** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **AND** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **AND** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| 7 | "Youth Terms" **AND** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
|---|---|
| 8 | "Youth Terms" **AND** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug OR drugs OR druggy OR druggie OR drugging OR drugged OR OR alcohol* OR Juul) |
| 15 | "Youth terms" **AND** (policy OR policies OR practice* OR presentation OR assembl* OR initiative* OR interven* OR legislation OR advocacy OR lobby* OR legislator OR legislative OR legislate OR legislates OR legislated OR legislating OR law OR suspend* OR revok* OR fine* OR sanction* OR abandon* OR ban OR banned OR banning OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

Executive Office of the Governor

| # | Social Media Terms |
|---|---|
| | **Social Media Terms** |
| 1 | "Youth Terms" **w/150** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR DM-ing OR DMed or "direct message") |
| | **Harm Terms** |
| 2 | "Youth Terms" **w/150** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **AND** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **w/150** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| | |
|---|---|
| 8 | "Youth Terms" **AND** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13 | "Youth Terms" **w/150** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug OR drugs OR druggy OR druggie OR drugging OR drugged OR OR alcohol* OR Juul) |
| 15 | "Youth terms" **w/150** (policy OR policies OR practice* OR presentation OR assembl* OR initiative* OR interven* OR legislation OR advocacy OR lobby* OR legislator OR legislative OR legislate OR legislates OR legislated OR legislating OR law OR suspend* OR revok* OR fine* OR sanction* OR abandon* OR ban OR banned OR banning OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

Department of Lifelong Education, Advancement, and Potential

| # | Social Media Terms |
|---|---|
| 1 | "Youth Terms" **AND** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR DM-ing OR DMed or "direct message") |

8

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

|  | **Harm Terms** |
|---|---|
| 2 | "Youth Terms" **AND** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | "Youth Terms" **AND** (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | "Youth Terms" **AND** (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | "Youth Terms" **AND** (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7 | "Youth Terms" **AND** (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | "Youth Terms" **AND** (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 9 | "Youth Terms" **AND** (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 10 | "Youth Terms" **AND** (compar* w/5 (appearance OR social OR other* OR negative)) |
| 11 | "Youth Terms" **AND** (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 12 | "Youth Terms" **AND** (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| | |
|---|---|
| 13 | "Youth Terms" **AND** (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14 | "Youth Terms" **AND** (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug OR drugs OR druggy OR druggie OR drugging OR drugged OR OR alcohol* OR Juul) |
| 15 | "Youth terms" **w/150** (policy OR policies OR practice* OR presentation OR assembl* OR initiative* OR interven* OR legislation OR advocacy OR lobby* OR legislator OR legislative OR legislate OR legislates OR legislated OR legislating OR law OR suspend* OR revok* OR fine* OR sanction* OR abandon* OR ban OR banned OR banning OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

**Custodians:** Meta proposes that the above search terms be run on agency custodial documents as designated above (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012").

Meta proposes that the search terms set forth above should be run against at least the custodians listed below. Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Michigan AG's office during the course of the Parties' negotiations. To the extent that the State's productions reveal that the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Department of Education | Nicole Kramer* | Survey Coordinator, School Health and Safety Programs |
| Department of Education | Aimee Alaniz* | Director, Office of Health and Safety |
| Department of Education | Amy Wassmann* | Safe and Supportive Schools Unit Supervisor |
| Department of Education | Cathy Lancaster* | Youth Services Coordinator, Library of Michigan |
| Department of Health and Human Services | Patricia Neitman* | State Bureau Director, Bureau of Children's Coordinated Health, Policy, and Supports |
| Department of Health and Human Services | Darrell Harden* | Section Manager, Grants and Project Management in the Behavioral and Physical Health and Aging Services Administration |
| Department of Health and Human Services | Angela Smith* | Public Health Consultant |
| Department of Health and Human Services | Laura Blodgett* | Senior Deputy Director, Communications Administration |
| State Budget Office | David Fosdick* | Director, Office of Health and Human Services |

**MDL 3047 – 2024-12-20 Agency Discovery JLB**
**Michigan – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| State Budget Office | Matt Ellsworth* | Senior Fiscal Analyst, Michigan House of Representatives |
| State Budget Office | Kayla Rosen* | Financial Specialist |
| Governor's Office | Zoe Ahlstrom* | Interim Policy Director |
| Governor's Office | Marc Rehmann* | Advisor |
| Governor's Office | Algeria Wilson* | Deputy Director of Juvenile Justice Reform, MDHHS |
| Department of Lifelong Education, Advancement, and Potential | Emily Laidlaw* | Deputy Director of Early Education |
| Department of Lifelong Education, Advancement, and Potential | Erika Bigelow* | Division Director, Child Care Licensing Bureau |

12

# Exhibit 9B Michigan's Proposal[s]

**Exhibit 1A**
**Michigan's search terms proposed 12/18/24**

((teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*) AND (depress* OR anxi* OR suicide OR addict* OR "mental health" OR well*)) NEAR(15) ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR YouTube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR Telegram OR Signal OR Viber OR Threema OR Wechat OR Kik OR Textplus OR Wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR "DM-ing" OR DMed OR "direct message")(c:c)(date=2015-01-01..2023-10-24)

**Custodians (1/1/2015 to 10/24/2023)**

*State Budget Office*
    Fosdick, David
    Ellsworth, Matt
    Rosen, Kayla

*Governor's Office*
    Ahlstrom, Zoe
    Rehmann, Marc
    Wilson, Algeria

*Department of Education*
    Kramer, Nicole
    Alaniz, Aimee
    Wassmann, Amy
    Lancaster, Cathy

*MiLEAP*
    Laidlaw, Emily
    Bigelow, Erika

*Labor Economic Opportunity*
    Holmes, Virgina
    Alexander, Jason
    Alston, Joy
    Martus, David
    Schrauben, Megan
    Herkenroder, Allie

*Department of Health and Human Services*
    Neitman, Patricia
    Harden, Darrell
    Smith, Angela
    Blodgett, Laura

**Exhibit 1B**
**Meta's search terms proposed to Michigan 12/7/2024**

| |
|---|
| ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR Threema OR Wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM OR DMs OR DMing OR "DM-ing" OR DMed OR "direct message") NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| ((compar* NEAR(5) appearance) OR (compar* NEAR(5) social) OR (compar* NEAR(5) other*) OR (compar* NEAR(5) negative)) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| ((body NEAR(3) accept*) OR (body NEAR(3) dissatisfaction) OR (body NEAR(3) positiv*) OR (body NEAR(3) image) OR (body NEAR(3) dysmorph*)) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| ((self NEAR(3) esteem) OR (self NEAR(3) harm) OR (self NEAR(3) control) OR (self NEAR(3) injur*) OR (self NEAR(3) mutilat*) OR (self NEAR(3) regulat*)) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| (Covid* OR coronavirus OR pandemic OR lockdown OR (lock* NEAR(1) down) OR quarantine OR (social* NEAR(1) distanc*)) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| (svap* OR ecig OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR Drug OR Drugs OR Druggy OR Druggy OR Druggie OR Drugging OR Drugged OR alcohol* OR Juul) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| (Policy OR Policies OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR legislation OR advocacy OR lobby* OR Legislator OR Legislative OR Legislate OR Legislates OR Legislated OR Legislating OR law OR suspend* OR revok* OR fine* OR sanction* OR abandon* OR ban OR banned OR banning OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR |

"under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR
scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27)

(wellness OR wellbeing OR well-being OR confidence OR "self-confidence" OR "mental health" OR TMH OR ACE*
OR "adverse childhood experience" OR anxi* OR anti-anxi* OR (anti NEAR(1) anxi*) OR depress* OR antidepress*
OR sad* OR reclus* OR stress OR "attention deficit" OR ADHD OR posttraumatic OR "bi-polar" OR "bi polar" OR
bipolar OR BPD OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR
counsel* OR treatment*) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR
child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR
"under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR
student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27)

("pro-ana" OR BMI OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR
dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*)
NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR
"under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen*
NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR
grade*)(c:c)(date=2015-01-01..2024-11-27)

(bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR
groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) NEAR(25) (teen* OR
tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR
juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z"
OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-
01-01..2024-11-27)

(violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR
threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) NEAR(25) (teen* OR
tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR
juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z"
OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-
01-01..2024-11-27)

(addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time"
OR "screentime staytime" OR timespent OR "time spent" OR engagement OR impression* OR "monthly active
users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR
"mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") NEAR(25)
(teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-
age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z)
OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR
grade*)(c:c)(date=2015-01-01..2024-11-27)

((eat* NEAR(3) problem*) OR (eat* NEAR(3) issue*) OR (eat* NEAR(3) trouble*) OR (eat* NEAR(3) difficult*) OR
(eat* NEAR(3) disorder*) OR (eat* NEAR(3) disab*) OR (eat* NEAR(3) agitat*) OR (eat* NEAR(3) behav*) OR (eat*
NEAR(3) insufficient) OR (eat* NEAR(3) depriv*)) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth*
OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18
OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR
scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27)

((sleep* NEAR(3) problem*) OR (sleep* NEAR(3) issue*) OR (sleep* NEAR(3) trouble*) OR (sleep* NEAR(3)
difficult*) OR (sleep* NEAR(3) disorder*) OR (sleep* NEAR(3) disab*) OR (sleep* NEAR(3) agitat*) OR (sleep*
NEAR(3) behav*) OR (sleep* NEAR(3) insufficient) OR (sleep* NEAR(3) depriv*)) NEAR(25) (teen* OR tween* OR
adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR
(pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen*

| |
|---|
| NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |
| ((negative NEAR(3) appearance) OR (negative NEAR(3) experience) OR (negative NEAR(3) affect*) OR (negative NEAR(3) effect*)) NEAR(25) (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR (pre-teen*) OR preteen* OR U18 OR "under 18" OR U13 OR "under 13" OR (gen* NEAR(1) z) OR "gen-z" OR (gen* NEAR(1) alpha) OR (gen-a*) OR scholar* OR School* OR student* OR pupil* OR grade*)(c:c)(date=2015-01-01..2024-11-27) |

## Custodians (1/1/2015 to 10/24/2023)

*State Budget Office*
Fosdick, David
Ellsworth, Matt
Rosen, Kayla

*Governor's Office*
Ahlstrom, Zoe
Rehmann, Marc
Wilson, Algeria

*Department of Education*
Kramer, Nicole
Alaniz, Aimee
Wassmann, Amy
Lancaster, Cathy

*MiLEAP*
Laidlaw, Emily
Bigelow, Erika

*Labor Economic Opportunity*
Holmes, Virgina
Alexander, Jason
Alston, Joy
Martus, David
Schrauben, Megan
Herkenroder, Allie

*Department of Health and Human Services*
Neitman, Patricia
Harden, Darrell
Smith, Angela
Blodgett, Laura

# Exhibit 9C

# Hit Reports

## Exhibit 2A

### Hit Reports on Michigan's search terms proposed 12/18/24

The following hit report resulted from the terms and custodians listed in Exhibit 1A, and was shared with Meta on 12/18/2024:

| Agency | Documents[1] | Size (GB) |
|---|---|---|
| SBO | 394 | 0.79 |
| LEO | 668 | 0.48 |
| EOG | 188 | 0.57 |
| DHHS | 2066 | 3.39 |
| MDE | 1268 | 2.34 |
| MiLEAP | 166 | 1.27 |
| **Total:** | **4750** | **7.70** |

### Hit Reports on Meta's search terms proposed 12/7/24

The following hit report resulted from the terms and custodians listed in Exhibit 1B, and was shared with Meta on 12/16/2024:

| Agency | Documents[2] | Size (GB) |
|---|---|---|
| SBO | 151,731 | 174 |
| LEO | 263,963 | 223 |
| EOG | 482,913 | 1,188 |
| DHHS | 900,107 | 805 |
| MDE | 397,613 | 229 |
| MiLEAP | 195,493 | 168 |
| **Total:** | **2,391,820** | **2,789** |

---

[1] These hits are not de-duplicated.

[2] These hits are not de-duplicated.