# Exhibit 12 Nebraska

# Exhibit 12A

# Meta's Proposal[s]

## MDL 3047 – 2024-12-09 Agency Discovery JLB
## Nebraska – Meta Proposal

**Search Terms:** Meta made its most recent counterproposal on November 22 to Nebraska Department of Health and Human Services, Department of Education, Governor's Office, and Children's Commission.

| # | I. Search Strings for Youth Focused Agencies |
|---|---|
| | **Search Set 1 – Search Strings for Youth Focused Agencies** |
| 1 | ("social media" OR "social network" OR "Meta" OR Facebook OR Instagram OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") |
| | **Search Set 2 – Youth Mental Health / Wellbeing Issues** |
| 2 | wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR "ACE*" OR "adverse childhood experience" OR anxi* OR anti-anxi* OR depress* OR antidepress* OR sad* OR reclus* OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR scar* OR afraid OR angry OR mad OR worr* OR lonel* OR alone OR therap* OR counsel* OR treatment*) |
| 3 | ("pro-ana" OR "BMI" OR overweight OR fat OR obes* OR diet* OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorph* OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting*) |
| 4 | (bully* OR bullie* OR cyberbull* OR harass* OR sextort* OR transphob* OR homophob* OR racis* OR sexis* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR sex* OR extort OR exploit*) |
| 5 | (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR misconduct* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff* OR hate*) |
| 6 | (addic* OR hook* OR dopamine OR rabbithol* OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime staytime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Nebraska – Meta Proposal**

|  |  |
|---|---|
|  | (eat* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 7 | (sleep* w/3 (problem* OR issue* OR trouble* OR difficult* OR disorder* OR disab* OR agitat* OR behav* OR insufficient OR depriv*)) |
| 8 | (negative w/3 (appearance OR experience OR affect* OR effect*)) |
| 9 | (compar* w/5 (appearance OR social OR other* OR negative)) |
| 10 | (body w/3 (accept* OR dissatisfaction OR positiv* OR image OR dysmorph*)) |
| 11 | (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 12 | (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 13 | (svap* OR "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |
|  | **Search Set 3 – Other Case Issues** |
| 14 | (polic* OR practice* OR presentation OR assembl* OR initiative* OR interven* OR prevent* OR limit* OR control* OR legislation OR advocacy OR lobby* OR legislat* OR law OR suspend* OR revok* OR fine* OR sanction* OR cancel* OR abandon* OR ban OR banned OR banning OR concern* OR problematic OR investigat* OR criminal OR charges OR conviction* OR arrest* OR "law enforcement" OR deceptive OR decei* OR fraud* OR defraud* OR cheat* OR lie* OR misrepresent* OR mislead* OR schem* OR exploit* OR trick* OR conceal* OR hide OR omit* OR downplay* OR suppress* OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |
|  | **II. Search Strings for Non-Youth-Focused Agencies** |
|  | All search strings referenced above run against below "Youth" gating terms with "AND" connector. |
|  | (teen* OR tween* OR adolescen* OR kid* OR youth* OR minor* OR young* OR child* OR underage* OR "under-age" OR juvenile* OR "pre-teen*" OR preteen* OR "U18" OR "under 18" OR "U13" OR "under 13" OR "gen* z" OR "gen-z" OR "gen* alpha" OR gen-a* OR scholar* OR School* OR student* OR pupil* OR grade*) |

2

# MDL 3047 – 2024-12-09 Agency Discovery JLB
# Nebraska – Meta Proposal

**Custodians:** Meta proposes that the above search terms be run on each agency's custodial documents (including email and other custodial data sources), and relevant non-custodial data sources, that cover the entire period from January 1, 2012 to April 1, 2024, which encompasses the same time period from which Plaintiffs seek discovery, and have plead as the "Relevant Time[]" in Plaintiffs' Complaint. *See* ECF No. 969; MDL Compl. ¶ 19 (alleging a "Relevant Time[]" that starts "no later than 2012"). Custodians designated with an asterisk (*) have been affirmatively proposed and agreed to by the Nebraska AG's office during the course of the Parties' negotiations. To the extent the custodians below do not cover the relevant time period or all relevant topics for each agency, the State and/or agency should propose additional custodians to Meta, and Meta reserves the right to select additional custodians.

| Agency | Custodian | Title |
|---|---|---|
| Department of Education | Zainab Rida* | Equity Officer & Office Administrator, Coordinated Student Support Services |
| Department of Education | Dorann Avey* | Director, Digital Learning |
| Department of Education | Jay Martin* | Director, School Safety |
| Department of Education | David Jespersen* | Office Administrator, Public Information & Communications |
| Department of Health and Human Services | Anthony "Tony" Green | Director, Division of Developmental Disabilities; Interim Director, Division of Behavioral Health |
| Department of Health and Human Services | Charity Menefee | Director, Division of Public Health |
| Department of Health and Human Services | Shannon Grotrian | Director, Office of Economic Assistance |
| Department of Health and Human Services | Dr. Thomas Janouse | Director Division of Behavioral Health |
| Department of Health and Human Services | Alyssa Bish | Director, Division of Children & Family Services |
| Department of Health and Human Services | Linda Witmuss | Deputy Director, Division of Behavioral Health |

3

**MDL 3047 – 2024-12-09 Agency Discovery JLB**
**Nebraska – Meta Proposal**

| Agency | Custodian | Title |
|---|---|---|
| Department of Health and Human Services | Timothy Tesmer | Chief Medical Officer |
| Department of Health and Human Services | Matt Ahern | Interim Director, Division of Medicaid & Long-Term Care |
| Department of Health and Human Services | Charity Menefee | Director Division of Public Health |
| Children's Commission | Adam Anderson* | Staff Member |
| Children's Commission | Sage Leis* | Staff Member* |
| Governor's Office | Laura Strimple | Chief of Staff |
| Governor's Office | David Lopez | Director of the Policy Research Office |
| Governor's Office | Kenny Zoeller | Deputy Director of Business Development & Programs |

4

# Exhibit 12B Nebraska's Proposal[s]

I. **Search Strings for Nebraska Department of Education**

| | *Search Set 1 – Youth Use of Social Media* |
|---|---|
| 1. | (teen OR teenage OR teenager) w/10 ("social media" OR "social network") |

| | *Search Set 2 – Youth Mental Health* |
|---|---|
| 2. | (teen OR teenage OR teenager) w/10 (wellness OR wellbeing OR well-being OR "mental health" OR anxi* OR depress* OR antidepress* OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia) |
| 3. | (teen OR teenage OR teenager) w/10 ("BMI" OR overweight OR "fat" OR obes* OR diet OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorphia OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting) |
| 4. | (teen OR teenage OR teenager) w/10 (bully* OR bullie* OR cyberbully* OR sextort* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR extort OR exploit*) |
| 5. | (teen OR teenage OR teenager) w/10 (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff*) |
| 6. | (teen OR teenage OR teenager) w/10 (addic* OR dopamine OR rabbithol* OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7. | (teen OR teenage OR teenager) w/10 (eat* w/3 (disorder* OR disab*)) |
| 8. | (teen OR teenage OR teenager) w/10 (sleep* w/3 (difficult* OR disorder* OR disab* OR insufficient OR depriv*)) |
| 9. | (teen OR teenage OR teenager) w/10 (negative w/3 (experience OR affect* OR effect*)) |
| 10. | (teen OR teenage OR teenager) w/10 (compar* w/3 (social OR negative)) |
| 11. | (teen OR teenage OR teenager) w/10 ("body dissatisfaction" OR "body positivity" OR "body positive" OR "body image") |

| 12. | (teen OR teenage OR teenager) w/10 (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
|---|---|
| 13. | (teen OR teenage OR teenager) w/10 (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14. | (teen OR teenage OR teenager) w/10 ( "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

| *Search Set 3 – Other Case Issues* | |
|---|---|
| 15. | (deceptive OR fraud OR "Consumer Protection Act" OR "consumer protection") |
| 16. | ("social media" OR "social network" OR "mental health") w/10 (legislation OR advocacy OR lobby OR legislate OR unicameral) |

    II.    <u>**Search Strings for Other Agencies**</u>

**Nebraska Department of Administrative Services**

These search terms will be run on the two file folders containing agency fiscal notes and budgetary materials:

| 1. | (social media OR social network OR Meta OR Facebook OR Instagram) |
|---|---|
| 2. | (teen OR tween OR adolescent OR adolescence OR kid OR kids OR youth OR minor OR minors OR young OR child OR children OR underage OR "under-age" OR juvenile OR "pre-teen" OR "under 18" OR U18 OR "under 13" or U13 OR "gen z" OR "gen-z" OR "gen alpha") |

I. **Search Strings for Nebraska Children's Commission**

| | *Search Set 1 – Youth Use of Social Media* |
|---|---|
| 1. | (youth OR young person OR young people) w/10 ("social media" OR "social network" OR "Facebook" OR "Instagram" OR "Insta" OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak" OR finsta OR FB OR IG OR YT OR TT OR DM* OR "direct message") |

| | *Search Set 2 – Youth Mental Health* |
|---|---|
| 2. | (youth OR young person OR young people) w/10 (wellness OR wellbeing OR well-being OR "mental health" OR anxi* OR depress* OR antidepress* OR posttraumatic OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia) |
| 3. | (youth OR young person OR young people) w/10 ("BMI" OR overweight OR "fat" OR obes* OR diet OR anorexi* OR bulimi* OR orthorexi* OR appetite OR dysmorphia OR binge OR purge OR suicid* OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting) |
| 4. | (youth OR young person OR young people) w/10 (bully* OR bullie* OR cyberbully* OR sextort* OR groom* OR hookup* OR solicit* OR pedophil* OR predator* OR extort OR exploit*) |
| 5. | (youth OR young person OR young people) w/10 (violen* OR abus* OR assault* OR fight* OR altercation OR misbehav* OR shoot* OR shot OR threat* OR gun* OR pistol OR rifle OR firearm OR rape* OR murder* OR traff*) |
| 6. | (youth OR young person OR young people) w/10 (addic* OR dopamine OR rabbithol* OR "social reward" OR "social approval" OR "screen time" OR screentime OR timespent OR "time spent" OR "engagement" OR impression* OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "operant conditioning" OR "impulse control") |
| 7. | (youth OR young person OR young people) w/10 (eat* w/3 (disorder* OR disab*)) |
| 8. | (youth OR young person OR young people) w/10 (sleep* w/3 (difficult* OR disorder* OR disab* OR insufficient OR depriv*)) |
| 9. | (youth OR young person OR young people OR youth) w/10 (negative w/3 (experience OR affect* OR effect*)) |

| | |
|---|---|
| 10. | (youth OR young person OR young people) w/10 (compar* w/3 (social OR negative)) |
| 11. | (youth OR young person OR young people) w/10 ("body dissatisfaction" OR "body positivity" OR "body positive" OR "body image") |
| 12. | (youth OR young person OR young people) w/10 (self w/3 (esteem OR harm OR control OR injur* OR mutilat* OR regulat*)) |
| 13. | (youth OR young person OR young people) w/10 (Covid* OR coronavirus OR pandemic OR lockdown OR "lock* down" OR quarantine OR "social* distanc*") |
| 14. | (youth OR young person OR young people) w/10 ( "ecig" OR "e-cig" OR cig* OR smok* OR nicotine OR tobacco OR pot OR cannabis OR marijuana OR heroin OR crack OR cocaine OR fent* OR opio* OR opia* OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller* OR narcotic* OR drug* OR alcohol* OR Juul) |

| | |
|---|---|
| ***Search Set 3 – Other Case Issues*** | |
| 15. | (deceptive OR fraud OR "Consumer Protection Act" OR "consumer protection") |
| 16. | ("social media" OR "social network" OR "mental health") w/10 (legislation OR advocacy OR lobby OR legislate OR unicameral) |

# Exhibit 12C Hit Reports

**Nebraska Department of Education**

NDE custodians, mutually agreed upon:

- Zainab Rida
- Jay Martin
- Dorann Avey
- David Jespersen

Time period searched: January 1, 2015 through present.

NDE's Proposed Search Terms: Exhibit 1.A

The hit reports are not deduped, because Nebraska's IT only has the capability to dedupe documents on export, not on searches only generating hit reports.

Hit reports for the "O Drive" (or shared drive) of NDE's proposed search terms, provided to Meta on December 16, 2024. The search was performed on the two folders most likely to contain responsive documents.

Search Set 1: 7
Search Set 2: 8
Search Set 3: 0
Search Set 4: 1
Search Set 6: 0
Search Set 7: 0
Search Set 8: 0
Search Set 9: 0
Search Set 10: 0
Search Set 11: 0
Search Set 12: 0
Search Set 13: 0
Search Set 14: 1

Hit reports for the SharePoint of NDE's proposed search terms, provided to Meta on December 16, 2024.

Search Set 1: 83
Search Set 2: 1445
Search Set 3: 856
Search Set 4: 221
Search Set 5: 2381
Search Set 6: 1287
Search Set 7: 39
Search Set 8: 3
Search Set 9: 33
Search Set 10: 1
Search Set 11: 16
Search Set 12: 38
Search Set 13: 239
Search Set 14: 187

Hit reports for the O Drive of Meta's proposed search set 1, provided to Meta on December 16, 2024. The search was performed on the two folders most likely to contain responsive documents.

Meta Search Set 1 on O drive: 32,274
Search Term "Facebook" on O drive: 341

Hit reports of the emails of the Parties' agreed-upon custodians, which were provided to Meta on December 18, 2024.

Meta's Revised Search Term Proposal
1. 106,074 items found
2. 70,303 items found
3. 20,575 items found
4. 19,103 items found
5. 45,418 items found
6. 1,041 items found
7. 1,383 items found
8. 242 items found
9. 663 items found
10. 2,546 items found
11. 294 items found
12. 2,283 items found
13. 31,462 items found
14. 11,016 items found
15. 179,510 items found

2024.12.04 – Proposed Search Terms
1. 124 items found
2. 343 items found
3. 162 items found
4. 0 items found
5. 267 items found
6. 47 items found
7. 30 items found
8. 0 items found
9. 1 item found
10. 0 items found
11. 1 item found
12. 23 items found
13. 36 items found
14. 138 items found
15. 2,214 items found
16. 645 items found

**Nebraska Children's Commission**
Accepted custodians: Adam Anderson and Sage Leis.

Time period searched: January 1, 2015 to present.

Children's Commission's Proposed Search Terms: Exhibit 1.B

Hit reports for the emails of the Children's Commission's custodians for Meta's proposed search terms, provided to Meta on December 16, 2024. These hit reports have not been deduped.
1. 6,311 item(s) (2.89 GB)
2. 5,782 item(s) (4.75 GB)
3. 718 item(s) (1.18 GB)
4. 1,280 item(s) (2.50 GB)
5. 3,528 item(s) (3.80 GB)
6. 154 item(s) (746.41 MB)
7. 6,179 item(s) (4.77 GB)
8. 6,176 item(s) (4.76 GB)
9. 4,132 item(s) (4.46 GB)
10. 10,536 item(s) (5.96 GB)
11. 2,001 item(s) (3.20 GB)
12. 2,836 item(s) (3.62 GB)
13. 1,889 item(s) (1.96 GB)
14. 992 item(s) (1.57 GB)
15. 18,528 item(s) (7.04 GB)

Hit reports for the emails of the Children's Commission's custodians for the Children's Commission's proposed search terms, provided to Meta on December 16, 2024. These hit reports have not been deduped.
1. 10 items
2. 19 items
3. 13 items
4. 7 items
5. 49 items
6. 8 items
7. 0 items
8. 5 items
9. 5 items
10. 8 items
11. 5 items
12. 7 items
13. 7 items
14. 12 items
15. 222 items
16. 42 items

Hit reports for the files of the Children's Commission for Nebraska's proposed search terms, generated and provided to Meta on December 20, 2024. These hit reports have been deduped.

Search set 1: 445 items

Search set 2: 7687 total items

1. 1955 items
2. 904 items
3. 306 items
4. 1908 items
5. 1552 items
6. 6 items
7. 2 items
8. 27 items
9. 25 items
10. 4 items
11. 150 items
12. 278 items
13. 570 items

Search Set 3: 615 total items

1. 398 items
2. 217 items

Hit reports for the emails of the Children's Commission's custodians for Meta's proposed search terms, provided to Meta on December 16, 2024. These hit reports have been deduped.

Search set 1: 4794 items

Search set 2: 40407 total items

1. 11528 items
2. 3779 items
3. 3297 items
4. 8194 items
5. 4817 items
6. 126 items
7. 123 items
8. 225 items
9. 626 items
10. 16 items
11. 788 items
12. 1184 items
13. 5704 items

Search Set 3: 22262 items