1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)            Jennie Lee Anderson (SBN 203586)
   pwarren@motleyrice.com                    jennie@andrusanderson.com
6  MOTLEY RICE LLC                           ANDRUS ANDERSON LLP
7  401 9th Street NW, Suite 630              155 Montgomery Street, Suite 900
   Washington, DC 20004                      San Francisco, CA  94104
8  Telephone: (202) 386-9610                 Telephone:    (415) 986-1400

9  *Plaintiffs' Co-Lead Counsel*             *Plaintiffs' Liaison Counsel*

10              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
11

12  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
13  PRODUCTS LIABILITY LITIGATION           MDL No. 3047

14
    This Document Relates to:                **DECLARATION OF JENNIE LEE**
15                                           **ANDERSON IN SUPPORT OF**
    *F.S. filed on behalf of minor R.S. v. Meta*   **PLAINTIFFS' ADMINISTRATIVE**
16  *Platforms, Inc. et al*, 4:24-cv-04701;  **MOTION TO FILE UNDER SEAL**
                                             **EXHIBITS TO THE DECLARATION OF**
17  *A.W. on behalf of A.M. v. Meta Platforms,*  **JENNIE LEE ANDERSON IN SUPPORT OF**
    *Inc. et al*, 4:24-cv-06726;             **PLAINTIFFS' TWELFTH**
18                                           **CONSOLIDATED *EX PARTE***
    *T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-  **APPLICATION FOR APPOINTMENT OF**
19  cv-06730;                                **GUARDIANS *AD LITEM***

20  *T.P. on behalf of L.P. v. Meta Platforms, Inc.*
    *et al.*, 4:24-cv-06731;
21
    *S.G., filed on behalf of minor A.G. v.*
22  *ByteDance Inc. et al*, 4:24-cv-07429;

23  *L.S. individually and on behalf of S.T. v. Meta*
    *Platforms, Inc. et al*, 4:24-cv-07630;
24
    *K.C. and K.B. v. Meta Platforms, Inc. et al*,
25  4:24-cv-07663;

26  *C.J. and K.J. v. Google LLC et al*, 4:24-cv-
    07664;
27
    *S.C. and Z.C. v. Meta Platforms, Inc. et al,*
28

                                        1              Case No. 4:22-md-03047-YGR

1    4:24-cv-07665;

2    *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898;

3

4    *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900;

5    *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902;

6

7    *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907;

8    *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905;

9

10   *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626;

11   *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628;

12

13   *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629;

14   *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639;

15

16   *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645;

17   *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648;

18

19   *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651;

20   *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653;

21

22   *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670;

23   *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686;

24

25   *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687;

26   *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693;

27   *H.C., by and through Amber Humphrey*, 3:24-

28

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

1    cv-08732;

2    *A.O. and A.S. v. Meta Platforms, Inc. et al*,
     4:24-cv-08813;

3

4    *D.G. and F.G. v. Meta Platforms, Inc. et al*,
     4:24-cv-08817;

5    *P.L. and S.L. v. Meta Platforms, Inc. et al*,
     4:24-cv-08819;

6

7    *F.A. and L.G. v. Meta Platforms, Inc. et al*,
     4:24-cv-08882;

8    *HM and GM v. Meta Platforms, Inc. et al*,
     4:24-cv-08884.

9

10        I, Jennie Lee Anderson, do hereby declare and state as follows:

11        1.        I am a partner with the law firm of Andrus Anderson LLP.  I am duly admitted

to practice before the courts of the State of California and in the Northern District of California.  I

am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent*

*Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of

record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401.  I

make this declaration of my own personal knowledge and, if called as a witness, I could and

would testify competently to the matters stated below.

          2.        I make this declaration in support of Plaintiffs' Administrative Motion to File

Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twelfth

Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Administrative

Motion to Seal").

          3.        For the reasons set forth in Plaintiffs' administrative motion to seal filed on

February 28, 2023 (ECF No. 147) and the Administrative Motion to Seal filed herewith, Plaintiffs

seek to seal the Exhibits attached to the Declaration of Jennie Lee Anderson in Support of

Plaintiffs' Twelfth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*

("Anderson Declaration").

          4.        True and correct copies of the following Exhibits to the Anderson Declaration

are as follows and attached hereto:

                                                    3                    Case No. 4:22-md-03047-YGR
                    Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- *F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701 (Exhibit 1);

- *A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726 (Exhibit 2);

- *T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730 (Exhibit 3);

- *T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731 (Exhibit 4);

- *S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429 (Exhibit 5);

- *L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630 (Exhibit 6);

- *K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663 (Exhibit 7);

- *C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664 (Exhibit 8);

- *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665 (Exhibit 9);

- *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898 (Exhibit 10);

- *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900 (Exhibit 11);

- *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902 (Exhibit 12);

- *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907 (Exhibit 13);

- *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905 (Exhibit 14);

- *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626 (Exhibit 15);

- *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628 (Exhibit 16);

- *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629 (Exhibit 17);

- *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639 (Exhibit 18);

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

1

2

3

4

- *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645 (Exhibit 19);

- *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648 (Exhibit 20);

5

- *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651 (Exhibit 21);

6

- *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653 (Exhibit 22);

7

- *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670 (Exhibit 23);

8

- *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686 (Exhibit 24);

9

- *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687 (Exhibit 25);

10

11

- *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693 (Exhibit 26);

12

13

- *H.C., by and through Amber Humphrey*, 3:24-cv-08732 (Exhibit 27);

14

- *A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813 (Exhibit 28);

15

- *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817 (Exhibit 29);

16

17

- *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819 (Exhibit 30);

18

- *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882 (Exhibit 31);

19

- *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884 (Exhibit 32).

20

21

22    5.    Pursuant to Civil Local Rule 7-11, on June 15, 2023, Defendants agreed to a

23  standing stipulation that the individual applications seeking appointment of guardians *ad litem* in

24  this litigation may be filed under seal.  Defendants also confirmed that, in so stipulating,

25  Defendants do not waive, and expressly reserve, their right to seek an order or orders in the future

26  to unseal individual applications and/or require parents who wish to proceed pseudonymously

27  going forward make a showing of good cause.

28  //

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal

1    I declare under penalty of perjury pursuant to the laws of the United States of America that

2  the foregoing is true and correct.

3  Dated:  December 23, 2024                    Respectfully submitted,

4                                               */s/Jennie Lee Anderson*
                                               Jennie Lee Anderson
5
                                               ANDRUS ANDERSON LLP
6                                              155 Montgomery Street, Suite 900
                                               San Francisco, CA  94104
7                                              Telephone:    (415) 986-1400
                                               Facsimile:    (415) 986-1474
8                                              jennie@andrusanderson.com

9                                              *Plaintiffs' Liaison Counsel*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Jennie Lee Anderson ISO Administrative Motion to File Under Seal