1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)              Jennie Lee Anderson (SBN 203586)
   pwarren@motleyrice.com                      jennie@andrusanderson.com
6  MOTLEY RICE LLC                             ANDRUS ANDERSON LLP
7  401 9th Street NW, Suite 630                155 Montgomery Street, Suite 900
   Washington, DC 20004                        San Francisco, CA 94104
8  Telephone: (202) 386-9610                   Telephone:   (415) 986-1400

9  *Plaintiffs' Co-Lead Counsel*               *Plaintiffs' Liaison Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701;<br><br>*A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726;<br><br>*T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730;<br><br>*T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731;<br><br>*S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429;<br><br>*L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630;<br><br>*K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663;<br><br>*C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664; | **PLAINTIFFS' TWELFTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

| | |
|---|---|
| 1 | *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665; |
| 2 | |
| 3 | *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898; |
| 4 | *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900; |
| 5 | |
| 6 | *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902; |
| 7 | *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907; |
| 8 | |
| 9 | *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905; |
| 10 | *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626; |
| 11 | |
| 12 | *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628; |
| 13 | *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629; |
| 14 | |
| 15 | *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639; |
| 16 | *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645; |
| 17 | |
| 18 | *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648; |
| 19 | *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651; |
| 20 | |
| 21 | *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653; |
| 22 | *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670; |
| 23 | |
| 24 | *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686; |
| 25 | *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687; |
| 26 | |
| 27 | *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693; |
| 28 | *H.C., by and through Amber Humphrey,* |

3:24-cv-08732;

*A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813;

*D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817;

*P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819;

*F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882;

*HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884.

**APPLICATION**

Pursuant to this Court's Order Regarding Appointment of Guardian *Ad Litem* ("Guardians *Ad Litem* Order") (ECF No. 122 at 3), Plaintiffs' Liaison Counsel, Jennie Lee Anderson, hereby submits Plaintiffs' Twelfth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") for this Court's consideration.

"Fit parents are presumed to act in the best interests of their children." *J.B. by & Through Billiet v. Tuolumne Cnty. Superintendent of Sch.*, No. 19-cv-0858-NONE-EPG, 2021 WL 3115195, at *2 (E.D. Cal. July 22, 2021) (citing *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003)); *see also Brown v. Alexander*, No. 13-cv-01451-RS, 2015 WL 7350183, at *1 (N.D. Cal. Nov. 20, 2015) ("In general, a parent who is also a party to the lawsuit is presumed to be a suitable guardian ad litem, and so the court often appoints the parent as guardian ad litem upon receipt of an ex parte application without exercising much discretion.") (citation omitted). Absent a conflict of interest, "[a] parent is generally appointed guardian *ad litem*." *A.G. v. South Bay Dreams Coop., Inc.*, No. 16-cv-02598-RNB, 2018 WL 2002370, at *3 (S.D. Cal. Apr. 30, 2018) (citing *Anthem Life Ins. Co. v. Olguin*, No. 06-cv-01165-AWI NEW (TAG), 2007 WL 1390672, at *3 (E.D. Cal. May 9, 2007)); *accord J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *2 (N.D. Cal. Sept. 16, 2016). However, "[w]hen there is a potential conflict between a perceived parental responsibility and an obligation to assist the court in achieving a just and speedy determination of

the action, a court has the right to select guardian ad litem who is not a parent if that guardian would best protect the child's interests." *J.M.*, 2016 WL 4942999, at *1 (citations omitted) (internal quotation marks omitted).

Attached as Exhibits 1-32 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twelfth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl." or "Anderson Declaration") are the *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by the parents and/or legal guardians of individual minor Plaintiffs in the following cases.

- *F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701 (Exhibit 1);
- *A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726 (Exhibit 2);
- *T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730 (Exhibit 3);
- *T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731 (Exhibit 4);
- *S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429 (Exhibit 5);
- *L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630 (Exhibit 6);
- *K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663 (Exhibit 7);
- *C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664 (Exhibit 8);
- *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665 (Exhibit 9);
- *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898 (Exhibit 10);
- *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900 (Exhibit 11);
- *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902 (Exhibit 12);
- *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907 (Exhibit 13);
- *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905 (Exhibit 14);

- *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626 (Exhibit 15);
- *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628 (Exhibit 16);
- *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629 (Exhibit 17);
- *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639 (Exhibit 18);
- *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645 (Exhibit 19);
- *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648 (Exhibit 20);
- *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651 (Exhibit 21);
- *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653 (Exhibit 22);
- *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670 (Exhibit 23);
- *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686 (Exhibit 24);
- *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687 (Exhibit 25);
- *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693 (Exhibit 26);
- *H.C., by and through Amber Humphrey*, 3:24-cv-08732 (Exhibit 27);
- *A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813 (Exhibit 28);
- *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817 (Exhibit 29);
- *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819 (Exhibit 30);
- *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882 (Exhibit 31);
- *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884 (Exhibit 32).

Exhibits 1-32 to the Anderson Declaration are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. The Applications attached to the Anderson Declaration as Exhibits 1-32 are consistent with Attachment A to this Court's Guardian *Ad Litem* Order (ECF No. 122) and include (1) the applicant's name and contact information

1  (including address, email, and telephone number); (2) the name, case number, state of domicile
2  (and its minimum age of capacity); (3) a sworn statement that the applicant is the parent and/or
3  legal guardian of the minor plaintiff; and (4) a sworn statement affirming that the applicant is fully
4  competent and qualified to understand and protect the rights of the minor plaintiff and has no
5  interests adverse to the interests of that person.  Anderson Decl. ¶ 35.

6  Pursuant to this Court's Guardians *Ad Litem* Order, the Applications by parents and/or legal guardians in the cases listed above are deemed presumptively approved upon filing, as there is no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action."  ECF No. 122 ¶ 4 (citing *J.M.*, 2016 WL 494299, at *1).  This Court also ordered that, absent the filing of an objection, the presumptive approval shall become final fifteen days after the date this *Ex Parte* Application is filed.  ECF No. 122 ¶ 5.  The objection period will close on January 7, 2025.

13  Accordingly, Plaintiffs submit herewith a [Proposed] Order Granting *Ex Parte* Applications and Appointing Guardian *Ad Litem* appointing the parent and/or legal guardian named in the Applications submitted in the case listed above.

Dated:  December 23, 2024                       Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

LEXI J. HAZAM (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

PREVIN WARREN (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

CHRISTOPHER A. SEEGER (*pro hac vice*)
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com

*Counsel to the Co-Lead Counsel and Settlement Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522

jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs' Steering Committee Leadership*

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU

| | |
|---|---|
| 1 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 2 | 17 EAST MAIN STREET, SUITE 200 |
| 3 | PENSACOLA, FL 32502 |
|   | Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | EMMIE PAULOS |
| 6 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 7 | PENSACOLA, FL 32502 |
|   | Telephone: 850-435-7107 |
| 8 | epaulos@levinlaw.com |
| 9 | ROLAND TELLIS |
| 10 | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 11 | Encino, CA 91436 |
|    | Telephone: (818) 839-2333 |
| 12 | rtellis@baronbudd.com |
| 13 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 14 | **DICELLO LEVITT** |
|    | 505 20th St North |
| 15 | Suite 1500 |
|    | Birmingham, Alabama 35203 |
| 16 | Telephone: 205.855.5700 |
| 17 | fu@dicellolevitt.com |
| 18 | HILLARY NAPPI |
|    | **HACH & ROSE LLP** |
| 19 | 112 Madison Avenue, 10th Floor |
|    | New York, New York 10016 |
| 20 | Telephone: 212.213.8311 |
| 21 | hnappi@hrsclaw.com |
| 22 | JAMES MARSH |
|    | **MARSH LAW FIRM PLLC** |
| 23 | 31 HUDSON YARDS, 11TH FLOOR |
|    | NEW YORK, NY 10001-2170 |
| 24 | Telephone: 212-372-3030 |
| 25 | jamesmarsh@marshlaw.com |
| 26 | RUTH RIZKALLA |
|    | **CARLSON LAW FIRM** |
| 27 | 100 E. Central Texas Expy |
|    | Killeen, TX 76541 |
| 28 | Telephone: (254) 526-5688 |

RRizkalla@carlsonattorneys.com

RON A. AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058
504-227-8100
Fax: 504-227-8122
raustin@ronaustinlaw.com

***Plaintiffs' Steering Committee Membership***

Plaintiffs' Twelfth *Ex Parte* Application for Appointment of Guardians Ad Litem