| | |
|---|---|
| Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | |
| Previn Warren (*pro hac vice*)<br>pwarren@motleyrice.com<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Telephone: (202) 386-9610 | Jennie Lee Anderson (SBN 203586)<br>jennie@andrusanderson.com<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA  94104<br>Telephone:    (415) 986-1400 |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Liaison Counsel* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701;<br><br>*A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726;<br><br>*T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730;<br><br>*T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731;<br><br>*S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429;<br><br>*L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630;<br><br>*K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663;<br><br>*C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664; | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TWELFTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1        Case No. 4:22-MD-03047-YGR
Declaration ISO Plaintiffs' Twelfth Ex Parte App. For Appointment of Guardian *Ad Litem*

|   |   |
|---|---|
| 1 | *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665; |
| 2 | |
| 3 | *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898; |
| 4 | *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900; |
| 5 | |
| 6 | *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902; |
| 7 | *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907; |
| 8 | |
| 9 | *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905; |
| 10 | *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626; |
| 11 | |
| 12 | *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628; |
| 13 | *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629; |
| 14 | |
| 15 | *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639; |
| 16 | *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645; |
| 17 | |
| 18 | *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648; |
| 19 | *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651; |
| 20 | |
| 21 | *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653; |
| 22 | *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670; |
| 23 | |
| 24 | *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686; |
| 25 | *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687; |
| 26 | |
| 27 | *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693; |
| 28 | *H.C., by and through Amber Humphrey,* |

| | |
|---|---|
| 1 | 3:24-cv-08732; |
| 2 | *A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813; |
| 3 | |
| 4 | *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817; |
| 5 | *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819; |
| 6 | |
| 7 | *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882; |
| 8 | *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884. |

I, Jennie Lee Anderson, do hereby declare and state as follows:

1.  I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.  I make this declaration in support of Plaintiffs' Twelfth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-067.

5.  Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730.

1       6.      Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731.

        7.      Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429.

        8.      Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630.

        9.      Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663.

        10.     Attached hereto as **Exhibit 8** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664.

        11.     Attached hereto as **Exhibit 9** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665.

        12.     Attached hereto as **Exhibit 10** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898.

        13.     Attached hereto as **Exhibit 11** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900.

        14.     Attached hereto as **Exhibit 12** is a true and correct copy of the *Ex Parte*
Application for Appointment of Guardian *Ad Litem* I received for the case *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902.

        15.     Attached hereto as **Exhibit 13** is a true and correct copy of the *Ex Parte*

1  Application for Appointment of Guardian *Ad Litem* I received for the case *R.C. individually and
2  on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907.
3      16.   Attached hereto as **Exhibit 14** is a true and correct copy of the *Ex Parte*
4  Application for Appointment of Guardian *Ad Litem* I received for the case *C.J., individually and
5  on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905.
6      17.   Attached hereto as **Exhibit 15** is a true and correct copy of the *Ex Parte*
7  Application for Appointment of Guardian *Ad Litem* I received for the case *F.D. and S.D. v. Meta
8  Platforms, Inc. et al*, 4:24-cv-08626.
9      18.   Attached hereto as **Exhibit 16** is a true and correct copy of the *Ex Parte*
10 Application for Appointment of Guardian *Ad Litem* I received for the case *J.P. and A.B. v. Meta
11 Platforms, Inc. et al*, 4:24-cv-08628.
12     19.   Attached hereto as **Exhibit 17** is a true and correct copy of the *Ex Parte*
13 Application for Appointment of Guardian *Ad Litem* I received for the case *P.K. and K.K. v. Meta
14 Platforms, Inc. et al*, 4:24-cv-08629.
15     20.   Attached hereto as **Exhibit 18** is a true and correct copy of the *Ex Parte*
16 Application for Appointment of Guardian *Ad Litem* I received for the case *L.S. individually and
17 on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639.
18     21.   Attached hereto as **Exhibit 19** is a true and correct copy of the *Ex Parte*
19 Application for Appointment of Guardian *Ad Litem* I received for the case *M.P. individually and
20 on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645
21     22.   Attached hereto as **Exhibit 20** is a true and correct copy of the *Ex Parte*
22 Application for Appointment of Guardian *Ad Litem* I received for the case *S.W. and Z.T. v. Meta
23 Platforms, Inc. et al*, 4:24-cv-08648.
24     23.   Attached hereto as **Exhibit 21** is a true and correct copy of the *Ex Parte*
25 Application for Appointment of Guardian *Ad Litem* I received for the case *J.W. individually and
26 on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651.
27     24.   Attached hereto as **Exhibit 22** is a true and correct copy of the *Ex Parte*
28 Application for Appointment of Guardian *Ad Litem* I received for the case *I.W. and E.W. v. Snap,

*Inc. et al*, 4:24-cv-08653.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *H.C., by and through Amber Humphrey*, 3:24-cv-08732.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882.

6   Case No. 4:22-md-03047-YGR
Declaration ISO Plaintiffs' Twelfth Ex Parte App. For Appointment of Guardian *Ad Litem*

34. Attached hereto as **Exhibit 32** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884.

35. **Exhibits 1-32** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-32**. The Applications have been made by the minor's parent, and/or legal guardian. Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:  December 23, 2024            Respectfully submitted,

*/s/Jennie Lee Anderson*
Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*