1   Lexi J. Hazam (SBN 224457)
    lhazam@lchb.com
2   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000

5   Previn Warren (*pro hac vice*)                     Jennie Lee Anderson (SBN 203586)
    pwarren@motleyrice.com                             jennie@andrusanderson.com
6   MOTLEY RICE LLC                                    ANDRUS ANDERSON LLP
7   401 9th Street NW, Suite 630                       155 Montgomery Street, Suite 900
    Washington, DC 20004                               San Francisco, CA  94104
8   Telephone: (202) 386-9610                          Telephone:    (415) 986-1400

9   *Plaintiffs' Co-Lead Counsel*                      *Plaintiffs' Liaison Counsel*

10
11

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

12   IN RE: SOCIAL MEDIA ADOLESCENT            Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
13   PRODUCTS LIABILITY LITIGATION            MDL No. 3047

14   _____        **EXHIBITS 1-32 TO DECLARATION OF**
                                              **JENNIE LEE ANDERSON IN SUPPORT**
15   This Document Relates to:                **OF PLAINTIFFS' TWELFTH *EX PARTE***
                                              **APPLICATION FOR APPOINTMENT**
16   *F.S. filed on behalf of minor R.S. v. Meta*   **OF GUARDIANS AD LITEM**
     *Platforms, Inc. et al*, 4:24-cv-04701;

17   *A.W. on behalf of A.M. v. Meta Platforms,*
     *Inc. et al*, 4:24-cv-06726;
18
     *T.P. on behalf of M.P. v. Snap Inc. et al*,
19   4:24-cv-06730;

20   *T.P. on behalf of L.P. v. Meta Platforms, Inc.*
     *et al.*, 4:24-cv-06731;
21
     *S.G., filed on behalf of minor A.G. v.*
22   *ByteDance Inc. et al*, 4:24-cv-07429;

23   *L.S. individually and on behalf of S.T. v.*
     *Meta Platforms, Inc. et al*, 4:24-cv-07630;
24
     *K.C. and K.B. v. Meta Platforms, Inc. et al*,
25   4:24-cv-07663;

26   *C.J. and K.J. v. Google LLC et al*, 4:24-cv-
     07664;
27
     *S.C. and Z.C. v. Meta Platforms, Inc. et al*,
28

4:24-cv-07665;

*L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898;

*S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900;

*R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902;

*R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907;

*C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905;

*F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626;

*J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628;

*P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629;

*L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639;

*M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645;

*S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648;

*J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651;

*I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653;

*J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670;

*D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686;

*R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687;

*T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693;

*H.C., by and through Amber Humphrey,*

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

3:24-cv-08732;

*A.O. and A.S. v. Meta Platforms, Inc. et al*,
4:24-cv-08813;

*D.G. and F.G. v. Meta Platforms, Inc. et al*,
4:24-cv-08817;

*P.L. and S.L. v. Meta Platforms, Inc. et al*,
4:24-cv-08819;

*F.A. and L.G. v. Meta Platforms, Inc. et al*,
4:24-cv-08882;

*HM and GM v. Meta Platforms, Inc. et al*,
4:24-cv-08884.

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 6

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

- 15 -                    Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

- 16 -                    Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT FILED UNDER SEAL

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 12

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 13

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 14

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 15

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 16

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 17

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 18

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 19

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 20

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 21

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 22

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11

# EXHIBIT FILED UNDER SEAL

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 23

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 24

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 25

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 26

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12 **EXHIBIT FILED UNDER SEAL**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 27

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 28

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 29

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 30

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 31

Case No. 4:22-md-03047-YGR

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 32

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-32 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Twelfth Ex Parte Application