[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS FOR INTERLOCUTORY APPEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1    Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, hereby stipulate to the below briefing schedule with respect to Defendants' motions for interlocutory appeal, which they filed on December 16, 2024. ECF 1460; ECF 1462. The Declaration of Jason L. Lichtman in support of this Stipulation is attached hereto. *See* Civ. L.R. 6-2(a).

The Parties hereby stipulate:

1. The deadline for Plaintiffs to file their oppositions to the Motions will be January 14, 2025.

2. The deadline for Defendants to reply in support of the Motions will be January 28, 2025.

3. The Motions will be heard by the Court at the February 12, 2025 Case Management Conference.

4. Extending these deadlines will not affect any other deadline ordered by the Court.

THEREFORE, pursuant to Local Rule 6-2, the Parties stipulate and respectfully request that the Court set the above briefing schedule.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
    HON. YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT JUDGE

DATED: December 24, 2024    Respectfully submitted,

*/s/Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Personal Injury and School District/Local Government Entity Plaintiffs*

**ROB BONTA**
Attorney General
State of California

/s/ Bernard Eskandari
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102-7004 Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

/s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Section Chief, Deputy Attorney General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Attorney for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
Zachary Richards (KY Bar No. 99209), *Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Danny Rheiner, CO Reg. No. 48821
Assistant Attorney Generals
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | */s/ Ashley M. Simonsen* |
| 3 | Ashley M. Simonsen, SBN 275203 |
| | COVINGTON & BURLING LLP |
| 4 | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| 5 | Telephone: (424) 332-4800 |
| | Facsimile: + 1 (424) 332-4749 |
| 6 | Email: asimonsen@cov.com |
| 7 | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| 8 | COVINGTON & BURLING LLP |
| | One City Center |
| 9 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 10 | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| 11 | Email: pajones@cov.com |
| | Email: pschmidt@cov.com |
| 12 | |
| 13 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 14 | |
| 15 | |
| 16 | |
| 17 | FAEGRE DRINKER LLP |
| 18 | */s/ Andrea Roberts Pierson* |
| 19 | Andrea Roberts Pierson, *pro hac vice* |
| | FAEGRE DRINKER LLP |
| 20 | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| 21 | Telephone: + 1 (317) 237-0300 |
| | Facsimile: + 1 (317) 237-1000 |
| 22 | Email: andrea.pierson@faegredrinker.com |
| | Email: amy.fiterman @faegredrinker.com |
| 23 | Amy R. Fiterman, *pro hac vice* |
| | FAEGRE DRINKER LLP |
| 24 | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| 25 | Minneapolis, MN 55402 |
| | Telephone: +1 (612) 766-7768 |
| 26 | Facsimile: +1 (612) 766-1600 |
| | Email: amy.fiterman@faegredrinker.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Geoffrey Drake, *pro hac vice* |
| 2 | KING & SPALDING LLP |
|   | 1180 Peachtree Street, NE, Suite 1600 |
| 3 | Atlanta, GA 30309 |
|   | Tel.: 404-572-4600 |
| 4 | Email: gdrake@kslaw.com |
|   | Email: dmattern@kslaw.com |

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSON LLP

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

- 6 -

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1  | Rose L. Ehler (SBN 29652) |
| 2  | Victoria A. Degtyareva (SBN 284199) |
|    | Laura M. Lopez, (SBN 313450) |
|    | Ariel T. Teshuva (SBN 324238) |
| 3  | MUNGER, TOLLES & OLSON LLP |
|    | 350 South Grand Avenue, 50th Floor |
| 4  | Los Angeles, CA 90071-3426 |
|    | Telephone: (213) 683-9100 |
| 5  | Facsimile: (213) 687-3702 |
|    | Email: rose.ehler@mto.com |
| 6  | Email: victoria.degtyareva@mto.com |
|    | Email: Ariel.Teshuva@mto.com |
| 7  |  |
|    | Lauren A. Bell (*pro hac vice*) |
| 8  | MUNGER, TOLLES & OLSON LLP |
|    | 601 Massachusetts Ave., NW St., |
| 9  | Suite 500 E |
|    | Washington, D.C. 20001-5369 |
| 10 | Telephone: (202) 220-1100 |
|    | Facsimile: (202) 220-2300 |
| 11 | Email: lauren.bell@mto.com |
| 12 | *Attorneys for Defendant Snap Inc.* |
| 13 | John H. Beisner (State Bar No. 81571) |
|    | Nina R. Rose (*pro hac vice*) |
| 14 | SKADDEN, ARPS, SLATE, |
|    | MEAGHER & FLOM LLP |
| 15 | 1440 New York Avenue, N.W., |
|    | Washington, DC 20005 |
| 16 | Telephone: (202) 371-7000 |
|    | Email: John.Beisner@skadden.com |
| 17 | Email: nina.rose@skadden.com |
| 18 | Jessica Davidson (*pro hac vice*) |
|    | SKADDEN, ARPS, SLATE, |
| 19 | MEAGHER & FLOM LLP |
|    | One Manhattan West |
| 20 | New York, NY 10001 |
|    | Telephone: (212) 735-2588 |
| 21 | Email: Jessica.Davidson@skadden.com |
| 22 | Jason David Russell (SBN 169219) |
|    | SKADDEN, ARPS, SLATE, |
| 23 | MEAGHER & FLOM LLP |
|    | 300 South Grand Avenue |
| 24 | Suite 3400 |
|    | Los Angeles, CA 90071-3144 |
| 25 | Telephone: (213) 687-5328 |
|    | Email: jason.russell@skadden.com |
| 26 |  |
|    | Laura Bernescu (*pro hac vice*) |
| 27 | SKADDEN, ARPS, SLATE, |
|    | MEAGHER & FLOM LLP |
| 28 | 320 S. Canal St. |

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

Ste 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Email: laura.bernescu@skadden.com

Catherine Mullaley (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4851
Email: catherine.mullaley@skadden.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli (*pro hac vice*)<br>jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin (*pro hac vice*)<br>ahardin@wc.com |
| 5 | J. Andrew Keyes (*pro hac vice*)<br>akeyes@wc.com |
| 6 | Annie Showalter (*pro hac vice*)<br>ashowalter@wc.com |
| 7 | Chaloea Williams (*pro hac vice*)<br>cwilliams@wc.com |
| 8 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 9 | Telephone.: 202-434-5000<br>Fax: 202-434-5029 |
| 10 | |
| 11 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | */s/ Yardena R. Zwang-Weissman* |
| 14 | Yardena R. Zwang-Weissman (SBN 247111) |
| 15 | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| 16 | Tel.: 213.612.7238<br>Email: yardena.zwang-weissman@morganlewis.com |
| 17 | Brian Ercole (*pro hac vice*) |
| 18 | 600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075 |
| 19 | Tel.: 305.415.3416<br>Email: brian.ercole@morganlewis.com |
| 20 | Stephanie Schuster (*pro hac vice*) |
| 21 | 1111 Pennsylvania Avenue NW<br>NW Washington, DC 20004-2541 |
| 22 | Tel.: 202.373.6595<br>Email: stephanie.schuster@morganlewis.com |
| 23 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

## ATTESTATION

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 24, 2024

By: */s/ Lexi J. Hazam*
Lexi J. Hazam