Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
lhazam@lchb.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202.386.9610
pwarren@motleyrice.com

*Co-Lead Counsel for Personal Injury and School District/Local Government Entity Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF JASON L. LICHTMAN IN SUPPORT OF STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS FOR INTERLOCUTORY APPEAL** |

I, Jason L. Lichtman, declare and state as follows:

1.      I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP and Counsel for the Personal Injury and School District/Local Government Entity Plaintiffs in this action. I am a member in good standing of the State Bar of Utah. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      Under Civil Local Rule 7-3, Plaintiffs' deadline to oppose Defendants' motions for interlocutory appeal (ECF 1460, 1462) is currently December 30, 2024. Plaintiffs' attorneys—

including the key personnel I expect to work on this opposition—have pre-planned family and other obligations between now and December 30.

3.      The Parties met and conferred on December 23, 2024, and all Parties agreed the schedule on Defendants' motions for interlocutory appeal should be extended to allow the briefing to occur after the holiday season.

4.      I am not aware of any exigent circumstances that would require Plaintiffs to oppose Defendants' motions for interlocutory appeal by December 30, 2024, as opposed to the requested deadline of January 14, 2025.

5.      This request is nearly identical to the one the parties agreed to a year ago when Defendants moved for interlocutory appeal from the Court's prior orders: after Defendants filed their motion for interlocutory appeal on December 12, 2023 (ECF 473), the Court agreed to extend Plaintiffs' opposition deadline to January 9, 2024, and Defendants' reply deadline to January 19, 2024 (ECF 479 at 3). The same concerns animating that extension are again present here.

6.      Extending the deadlines with respect to Defendants' motions for interlocutory appeal will not affect any other deadline ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 24, 2024, in Salt Lake City, Utah.

*/s/ Jason L. Lichtman*
Jason L. Lichtman

DECLARATION OF JASON L. LICHTMAN
CASE NO. 4:22-MD-03047-YGR