Matthew P. Legg (Federal Bar No. 19904)
Baird Mandalas Brockstedt & Federico LLC
2850 Quarry Lake Drive
Suite 220
Baltimore, Maryland 21209

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **MOTION OF MATTHEW P. LEGG FOR APPOINTMENT TO PLAINTIFFS' SCHOOL DISTRICT LEADERSHIP SUBCOMMITTEE** |

PLEASE TAKE NOTICE THAT on January 17, 2025, at 9:00 A.M., before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court, Northern District of California, located at 1301 Clay Street in Oakland, California, Matthew P. Legg, of Baird Mandalas Brockstedt & Federico LLC[1] will and hereby does move this Court for an order appointing Matthew P. Legg to a position as a member of the Plaintiffs' School District Leadership Subcommittee. This Motion is based on the Memorandum of Points and Authorities and exhibit submitted herewith, any Reply Memorandum or other papers submitted in connection with the Motion, any matter of which this Court may properly take judicial notice, and any information presented at argument.

## MEMORANDUM AND POINTS OF AUTHORITIES

The undersigned respectfully submits his application to membership on Plaintiffs' School

---

[1] Effective January 1, 2025, this firm's name will be changing to Brockstedt Mandalas Federico LLC.

1  District Leadership Subcommittee with the support of the Co-Leads and the Chairs of the School
2  District Leadership Subcommittee.  As highlighted in the attached letter from the undersigned
3  (Exhibit A), Matthew P. Legg represents two of the School District bellwether Plaintiffs, along
4  with more than 50 non-bellwether school district Plaintiffs currently pending in this Court and has
5  worked diligently to advance their interests.  He is qualified, experienced, and available to bring
6  unique resources and insights to this litigation.  For the reasons set forth in Exhibit A, Matthew P.
7  Legg respectfully requests that the Court issue an order appointing him to membership on the
8  Plaintiffs' School District Leadership Subcommittee.

9  DATED this 27th day of December 2024.

10  Respectfully submitted,

12  /s/ Matthew P. Legg
Matthew P. Legg, Federal Bar No. 19904
13  Baird Mandalas Brockstedt & Federico, LLC
2850 Quarry Lake Drive, Suite 220
14  Baltimore, MD 21209
410-421-7777
15  mlegg@lawbmf.com

16  *Counsel for Baltimore County Board of Education, Wake County Board
17  of Education, Prince George's County Board of Education, Board of
Education of Harford County, Board of Education of Howard County,
18  Board of Education of Anne Arundel County, Charlotte-Mecklenburg
Board of Education, School District of Greenville County Board of
19  Education, Board of Education of Charles County, Frederick County
Board of Education, York School District One, Clover School District
20  School Board, York County School District Three, Florence School
District One, School District of Oconee County, Spartanburg 6 School
21  District, Chesterfield County School District, Kershaw County School
District, Board of Education of Somerset County, Clinton City Board of
22  Education, Johnston County Board of Education, Union County Public
23  Schools, Wilson County Board of Education, Board of Education of
Wicomico County, Pitt County Board of Education, Cumberland County
24  Board of Education, St. Mary's County Public Schools Board of
Education, Durham Public Schools Board of Education, Northampton
25  County Schools Board of Education, Edenton-Chowan County Public
26  Schools, Edgecombe County Public Schools, Currituck County Public
Schools, Jones County Board of Education, Spartanburg 4 School
27  District, Robeson County Board of Education, Chatham County Schools,
Moore County Board of Education, Granville County Schools, Roanoke
28  Rapids Graded School District, Warren County Public Schools,*

- 2 -

MOTION OF MATTHEW P. LEGG FOR APPOINTMENT
TO PLAINTIFFS' SCHOOL DISTRICT LEADERSHIP
SUBCOMMITTEE
4:22-MD-03047-YGR

*Alamance-Burlington Schools Board of Education, Wayne County Board of Education, Cincinnati Public Schools Board of Education, Augusta County School Board, Culpeper County School Board, Franklin City School Board, Pulaski County School Board, Smyth County School Board, Roanoke City School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Matthew P. Legg
Matthew P. Legg, Federal Bar No. 19904

- 3 -

MOTION OF MATTHEW P. LEGG FOR APPOINTMENT TO PLAINTIFFS' SCHOOL DISTRICT LEADERSHIP SUBCOMMITTEE
4:22-MD-03047-YGR