Matthew P. Legg
2850 Quarry Lake Drive, Suite 220, Baltimore, Maryland 21209
(410) 421–7777 | mlegg@bmbfclaw.com

---

**BAR ADMISSION:**
Maryland
United States District Court, District of Maryland
*Pro Hac* in a variety of other jurisdictions

**EXPERIENCE:**
**Litigation Attorney (May 2022 – Present);**
*Baird Mandalas Brockstedt & Federico LLC*, Baltimore, Maryland

- Representation of Plaintiffs in a variety of mass tort and class action matters, including:
    - Representation of more than 85 school districts in litigation seeking to hold social media companies responsible for the student mental health crisis caused by social media addiction, including representation of two bellwether Plaintiffs. *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* (MDL No. 3047).
    - Representation of more than 60 school districts in litigation against the e-cigarette manufacturer JUUL, resulting in more than $60 million in settlement to clients. *In re: Juul Labs, Inc. Marketing, Sales Practices & Products Liability Litigation* (MDL No. 2913).
    - Representation of more than 20 water providers and property owners in Delaware and South Carolina in litigation involving exposure to PFAS, firefighting foam, and other groundwater contaminants. *In re: Aqueous Film-Forming Foams Products Liability Litigation* (MDL No. 2873).
    - Representation of cities, counties, and school boards against insulin manufacturers and pharmacy benefit managers. *In re: Insulin Pricing Litigation* (MDL No. 3080).
    - Representation of over 40 counties and municipalities in litigation against the manufacturers and distributors of opioid pain medication. *In re: National Prescription Opiate Litigation* (MDL No. 2084).
    - Representation of thousands of Marines, veterans, and others affected by groundwater contamination at Camp Lejeune, the United States Marine Corps Base Camp in Jacksonville, North Carolina. *In re: Camp Lejeune Water Litigation* (7:23-cv-0897).
    - Representation of hundreds of residents in Salisbury, Maryland impacted by PFAS exposure. *Chaney et al. v. Perdue Farms, Inc. et al.* (1:24-cv-02975).
    - Representation of residents in Elkton, Maryland impacted by PFAS exposure. *Martin et al. v. W.L. Gore & Assoc.* (1:24-cv-03549).
    - Representation of residents impacted by air pollution from a paper mill in Fort Mill, South Carolina. *Butler et al v. New-Indy Catawba, LLC et al.*, (0:22-cv-02366).
    - Representation of Delaware residents affected by groundwater contamination and air pollution, which resulted in the $205 million settlement against chicken processing plant, Mountaire. *Cuppels v. Mountaire Corp.* (298 A.3d 755).

**Litigation Attorney (September 2019 – May 2022);**
*Schochor, Federico and Staton, P.A.*, Baltimore, Maryland

- Representation of Plaintiffs in a variety of mass tort and class action matters, including:
    - Representation of Delaware residents affected by groundwater contamination and air pollution from industrial agriculture operations.
    - Representation of over 20 counties and municipalities in litigation against the manufacturers and distributors of opioid pain medication.

**Litigation Attorney (February 2019 – September 2019);**

*Meyers, Rodbell & Rosenbaum, P.A.*, Riverdale, Maryland
- Representation of plaintiffs in medical negligence matters, including all aspects of pretrial discovery.

**Litigation Attorney (August 2018 – October 2018);**
*University of Maryland Football Commission*, Baltimore, Maryland
- Member of Commission hired by the University of Maryland and tasked with investigating allegations reported in the media of a toxic culture within the University of Maryland football program.

**Litigation Attorney (May 2015 – August 2018)**
*Baldwin Law LLC*, Baltimore, Maryland
- Representation of individuals and business owners in complex business litigation, employment disputes, shareholder derivative actions, personal injury actions, and medical malpractice litigation.

**EDUCATION:**
*University of Maryland School of Law*, Baltimore, Maryland
J.D., 2015

*Bowdoin College*, Brunswick, Maine
B.A. English, 2009

**Continuing Legal Education**:
Mass-Tort MDL Certificate Program Duke Law School Durham, NC, 2020

**MEMBERSHIPS:**
Super Lawyers Rising Star: 2021 – Present
Lawdragon 500 X – The Next Generation: 2024
The National Trial Lawyers Top 40 under 40: 2020 – Present
Member, Maryland State Bar Association
Member, Maryland Association for Justice
Member, American Association for Justice
Member of the Delaware Department of Justice Environmental Counsel Panel: 2021 – Present