1  **BOIES SCHILLER FLEXNER LLP**
David Boies
2  333 Main Street
Armonk, NY 10504
3  Tel: (914) 749-8200
Fax: (914) 749-8300
4  dboies@bsfllp.com

5

6

7                    **UNITED STATES SUPERIOR COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No.  4:22-MD-03047-YGR |
| 11 | MDL No. 3047 |
| 12 | **MOTION OF DAVID BOIES FOR APPOINTMENT TO PLAINTIFFS'** |
| 13  This Document Relates to: | **STEERING COMMITTEE** |
| 14  ALL ACTIONS | |

17

18  PLEASE TAKE NOTICE THAT on January 17, 2025, at 9:00 A.M., before the Honorable Yvonne

19  Gonzalez Rogers, in Courtroom 1, Floor 4, of the United States District Court, Northern District of

20  California, located at 1301 Clay Street in Oakland, California, David Boies, of Boies Schiller Flexner

21  LLP, will and hereby does move this Court for an order appointing Mr. Boies to a Leadership Position

22  as a member of the Plaintiffs' Steering Committee representing the interests of all Plaintiffs in this

23  MDL.  This Motion is based on the Memorandum of Points and Authorities and exhibit submitted

24  herewith, any Reply Memorandum or other papers submitted in connection with the Motion, any

25  matter of which this Court may properly take judicial notice, and any information presented at

26  argument.

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

Mr. Boies respectfully submits his application to a Leadership Position as a member of the Plaintiffs' Steering Committee.

As highlighted in the attached letter from Mr. Boies (Exhibit A), Mr. Boies is qualified, experienced, and available to bring Boies Schiller Flexner LLP's unique resources and insights to this litigation.  His presence on the Committee would ensure the interests of all Plaintiffs in this litigation are advanced.  For the reasons set forth in the attached letter, Mr. Boies respectfully requests the Court issue an order appointing him to a Leadership Position.

DATED this 27th day of December, 2024.

**BOIES SCHILLER FLEXNER LLP**

*/s/ David Boies*
David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
dboies@bsfllp.com

*Counsel for Plaintiff Ajita Abraham*


**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.


*/s/ David Boies*
David Boies

MOTION OF DAVID BOIES FOR APPOINTMENT TO
PLAINTIFFS' STEERING COMMITTEE
4:22-MD-03047-YGR