# David Boies

333 Main Street Armonk, NY 10504 | Phone: (914) 749-8200 | Email: dboies@bsfllp.com

## PROFESSIONAL SUMMARY

David Boies is a distinguished attorney with a prolific career spanning several decades, renowned for his expertise in class actions, antitrust litigation, and high-profile cases. As a founding partner of Boies Schiller Flexner LLP, he has been instrumental in shaping the firm's strategic direction and success.

## BAR ADMISSIONS

- New York
- U.S. Supreme Court
- U.S. Court of Appeals: First Circuit
- U.S. Court of Appeals: Second Circuit
- U.S. Court of Appeals: Third Circuit
- U.S. Court of Appeals: Fourth Circuit
- U.S. Court of Appeals: Fifth Circuit
- U.S. Court of Appeals: Sixth Circuit
- U.S. Court of Appeals: Seventh Circuit
- U.S. Court of Appeals: Ninth Circuit
- U.S. Court of Appeals: Tenth Circuit
- U.S. Court of Appeals: Eleventh Circuit
- U.S. Court of Appeals: Federal Circuit
- U.S. Court of Appeals: D.C. Circuit
- U.S. District Court: Southern District of New York
- U.S. District Court: Eastern District of New York
- U.S. District Court: District of Colorado
- U.S. Court of International Trade
- London Court of International Arbitration

## PROFESSIONAL EXPERIENCE

**Chairman and Founding Partner**
**Boies Schiller Flexner LLP**
Armonk, NY
1997 – Present

- Co-founded and led a premier law firm specializing in complex litigation across various practice areas.
- Served as Special Trial Counsel for the U.S. Department of Justice in its antitrust suit against Microsoft (1998 – 2000).
- Lead counsel for Vice President Al Gore in litigation concerning the 2000 presidential election Florida vote count.
- Co-led the legal team in *Perry v. Brown*, securing a judgment that established the constitutional right to marry for gay and lesbian citizens.

**Chief Counsel and Staff Director**
**U.S. Senate Judiciary Committee**
1979

**Chief Counsel and Staff Director**
**U.S. Senate Antitrust Subcommittee**
1978

**Associate and Partner**
**Cravath, Swaine & Moore LLP**
New York, NY
1966 – 1997

## EDUCATION

**Master of Laws (LL.M.)**
New York University School of Law
New York, NY

**Bachelor of Laws (LL.B.),** *magna cum laude*
Yale Law School
New Haven, CT

**Bachelor of Science (B.S.)**
Northwestern University
Evanston, IL

**Undergraduate Studies**
University of Redlands
Redlands, CA
Phi Beta Kappa

## AWARDS & RECOGNITION

- *Time Magazine's* 100 Most Influential People in the World (2010)
- Global International Litigator of the Year by *Who's Who Legal* (Seven times)
- Litigator of the Year by *The American Lawyer*
- Lawyer of the Year by *The National Law Journal* (Twice)
- Antitrust Lawyer of the Year by the New York Bar Association
- Best Lawyers in America (1987 – 2024)
- *Lawdragon* 500 Leading Lawyers
- Eminent Practitioner by *Chambers USA*
- Top 50 Big Law Innovators of the Last 50 Years by *The American Lawyer* (2013)
- Honorary Doctor of Laws from the University of Redlands, New York Law School, University of New Hampshire School of Law, and New York University
- Honorary Doctor of Letters from the Chicago Theological Seminary
- Award of Merit from Yale Law School
- ABA Medal from the American Bar Association
- Vanderbilt Medal from New York University Law School
- Pinnacle Award from the International Dyslexia Association
- William Brennan Award from the University of Virginia
- Role Model Award from Equality Forum
- Lead by Example Award from the National Association of Women Lawyers
- Torch of Learning Award from the American Friends of Hebrew University
- Eisendrath Bearer of Light Award from the Union for Reform Judaism
- Lifetime Achievement Award from the Mississippi Center for Justice