UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON META DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rule 3-12, the Court GRANTS the Meta Defendants' Administrative Motion to Consider Whether Cases Should Be Related. The Court finds that *Instagram, LLC and Meta Platforms, Inc. v. Hartford Casualty Insurance Co., et al*, Case No. 3:24-cv-09500-LB, is related to this case within the meaning of Civil Local Rule 3-12(a), and directs the Clerk of Court to reassign *Instagram, LLC and Meta Platforms, Inc. v. Hartford Casualty Insurance Co., et al*, Case No. 3:24-cv-09500-LB, to this Court. The Court further directs the Clerk to add the reassigned case into this MDL and that all deadlines in the case be vacated.

**SO ORDERED.**

DATED: _____    _____
                                 Hon. Yvonne Gonzalez Rogers
                                 United States District Court Judge

1

[PROPOSED] ORDER ON META DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:22-md-03047-YGR