UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 4:22-MD-03047-YGR<br><br>MDL No.: 3047 |
| This Document Relates to:<br><br>Maria Elena Rodriguez, individually and as parent and next friend to minor Plaintiff M.G.<br><br>Member Case No.: 4:24-cv-1983 | **[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED FACT WITNESS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Upon consideration of the foregoing Unopposed Motion for Leave to Depose Incarcerated Fact Witness, it is this ___ day of January 2025, by the United States District Court for the Northern District of California,

**ORDERED**, that the Unopposed Motion for Leave to Depose Incarcerated Fact Witness is **GRANTED**.

DATED: _____          _____