Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

*Additional parties and counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE STATE 30(B)(6) DEPOSITIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rule 7-12, the State Attorneys General ("State AGs") and Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together, "Parties"), through their undersigned counsel, hereby stipulate as follows:

1.  The Parties intend to submit a joint letter brief to the Court regarding their outstanding disputes over Meta's Rule 30(b)(6) notices seeking testimony from the States on Monday, January 13, 2025.

2.  The Parties have agreed, in light of the number and complexity of the issues to be resolved, and to avoid duplication among multiple state-specific letter briefs, subject to the Court's permission, that the Parties file a single joint letter brief of 7 pages per side, for a total of 14 pages of letter briefing.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED: January 9, 2025 | Respectfully submitted, |
| | |
| | **ROB BONTA** |
| | Attorney General |
| | State of California |
| | |
| | */s/ Megan O'Neill* |
| | Nicklas A. Akers (CA SBN 211222) |
| | Senior Assistant Attorney General |
| | Bernard Eskandari (SBN 244395) |
| | Emily Kalanithi (SBN 256972) |
| | Supervising Deputy Attorneys General |
| | Nayha Arora (CA SBN 350467) |
| | David Beglin (CA SBN 356401) |
| | Megan O'Neill (CA SBN 343535) |
| | Joshua Olszewski-Jubelirer (CA SBN 336428) |
| | Marissa Roy (CA SBN 318773) |
| | Brendan Ruddy (CA SBN 297896) |
| | Deputy Attorneys General |
| | California Department of Justice |
| | Office of the Attorney General |
| | 455 Golden Gate Ave., Suite 11000 |
| | San Francisco, CA 94102-7004 |
| | Phone: (415) 510-4400 |
| | Fax: (415) 703-5480 |
| | Megan.ONeill@doj.ca.gov |
| | |
| | *Attorneys for Plaintiff the People of the State of California* |
| | |
| | **PHILIP J. WEISER** |
| | Attorney General |
| | State of Colorado |
| | |
| | */s/ Krista Batchelder* |
| | Krista Batchelder, CO Reg. No. 45066, *pro hac vice* |
| | Senior Assistant Attorney General |
| | Shannon W. Stevenson, CO Reg. No. 35542, *pro hac vice* |
| | Solicitor General |
| | Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice* |
| | First Assistant Attorney General |
| | Elizabeth Orem, CO Reg. No. 58309 |
| | Assistant Attorney General |
| | Colorado Department of Law |
| | Ralph L. Carr Judicial Center |
| | Consumer Protection Section |
| | 1300 Broadway, 9th Floor |

Denver, CO 80203
Phone: (720) 508-6348
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
Zachary Richards (KY Bar No. 99209), *Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101

Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: January 9, 2025

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen

*Counsel for Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

PETER H. KANG
UNITED STATES MAGISTRATE JUDGE