Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and Meta
Platforms Technologies, LLC*

*Additional parties and counsel listed on signature
page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE STATE 30(B)(6) DEPOSITIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

Pursuant to Civil Local Rule 7-12, the State Attorneys General ("State AGs") and Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together, "Parties"), through their undersigned counsel, hereby stipulate as follows:

1.      The Parties intend to submit a joint letter brief to the Court regarding their outstanding disputes over Meta's Rule 30(b)(6) notices seeking testimony from the States on Monday, January 13, 2025.

2.      The Parties have agreed, in light of the number and complexity of the issues to be resolved, and to avoid duplication among multiple state-specific letter briefs, subject to the Court's permission, that the Parties file a single joint letter brief of 7 pages per side, for a total of 14 pages of letter briefing.

**IT IS SO STIPULATED AND AGREED.**

1    DATED: January 9, 2025                    Respectfully submitted,

2                                              **ROB BONTA**
                                               Attorney General
3                                              State of California

4                                              */s/ Megan O'Neill*
5                                              Nicklas A. Akers (CA SBN 211222)
                                               Senior Assistant Attorney General
6                                              Bernard Eskandari (SBN 244395)
                                               Emily Kalanithi (SBN 256972)
7                                              Supervising Deputy Attorneys General
                                               Nayha Arora (CA SBN 350467)
8                                              David Beglin (CA SBN 356401)
                                               Megan O'Neill (CA SBN 343535)
9                                              Joshua Olszewski-Jubelirer (CA SBN 336428)
                                               Marissa Roy (CA SBN 318773)
10                                             Brendan Ruddy (CA SBN 297896)
                                               Deputy Attorneys General
11                                             California Department of Justice
                                               Office of the Attorney General
12                                             455 Golden Gate Ave., Suite 11000
                                               San Francisco, CA 94102-7004
13                                             Phone: (415) 510-4400
                                               Fax: (415) 703-5480
14                                             Megan.ONeill@doj.ca.gov
15
16                                             *Attorneys for Plaintiff the People of the State of*
17                                             *California*

18
19                                             **PHILIP J. WEISER**
                                               Attorney General
20                                             State of Colorado

21                                             */s/ Krista Batchelder*
22                                             Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
                                               Senior Assistant Attorney General
23                                             Shannon W. Stevenson, CO Reg. No. 35542, *pro hac vice*
                                               Solicitor General
24                                             Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
                                               First Assistant Attorney General
25                                             Elizabeth Orem, CO Reg. No. 58309
                                               Assistant Attorney General
26                                             Colorado Department of Law
                                               Ralph L. Carr Judicial Center
27                                             Consumer Protection Section
28                                             1300 Broadway, 9th Floor

                                               3

1

2     Denver, CO 80203
      Phone: (720) 508-6348
      krista.batchelder@coag.gov

3
      *Attorneys for Plaintiff State of Colorado, ex rel. Philip J.*
4     *Weiser, Attorney General*

5

6     **RUSSELL COLEMAN**
      Attorney General
7     Commonwealth of Kentucky

8     */s/ Philip Heleringer*
      J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
9     Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
      Zachary Richards (KY Bar No. 99209), *Pro hac vice*
10    Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice*
      Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
11    Assistant Attorneys General
      1024 Capital Center Drive, Suite 200
12    Frankfort, KY 40601
      CHRISTIAN.LEWIS@KY.GOV
13    PHILIP.HELERINGER@KY.GOV
      ZACH.RICHARDS@KY.GOV
14    DANIEL.KEISER@KY.GOV
      MATTHEW.COCANOUGHER@KY.GOV
15    Phone: (502) 696-5300
      Fax: (502) 564-2698
16

17    *Attorneys for Plaintiff the Commonwealth of Kentucky*

18

19    **MATTHEW J. PLATKIN**
20    Attorney General
      State of New Jersey
21
      */s/ Thomas Huynh*
22    Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
      Section Chief, Deputy Attorney General
23    Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
      Assistant Section Chief, Deputy Attorney General
24    Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
      Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
25    Deputy Attorneys General
      New Jersey Office of the Attorney General,
26    Division of Law
      124 Halsey Street, 5th Floor
27    Newark, NJ 07101

28
                                        4

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE STATE 30(B)(6) DEPOSITIONS

Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE STATE 30(B)(6) DEPOSITIONS

1

### SIGNATURE CERTIFICATION

2    Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the

3    filing is submitted, concur in this filing's content and have authorized this filing.

4    DATED: January 9, 2025                    /s/ Ashley M. Simonsen

5                                              Ashley M. Simonsen

6                                              *Counsel for Meta Platforms, Inc.; Instagram, LLC;*
                                               *Meta Payments, Inc.; and Meta Platforms*
7                                              *Technologies, LLC*

8

9

10

11

12

13

14    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16    DATED:  January 9, 2025                   _____

17                                             PETER H. KANG
                                               UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE STATE 30(B)(6) DEPOSITIONS