**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701;<br><br>*A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726;<br><br>*T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730;<br><br>*T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731;<br><br>*S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429;<br><br>*L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630;<br><br>*K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663;<br><br>*C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664;<br><br>*S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665;<br><br>*L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv- | [~~PROPOSED~~] **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' TWELFTH CONSOLIDATED** *EX PARTE* **APPLICATION FOR APPOINTMENT OF GUARDIANS** *AD LITEM* |

1  07898;

2  *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900;

3  
4  *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902;

5  *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907;

6  
7  *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905;

8  *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626;

9  
10  *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628;

11  *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629;

12  
13  *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639;

14  *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645;

15  
16  *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648;

17  *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651;

18  
19  *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653;

20  *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670;

21  
22  *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686;

23  *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687;

24  
25  *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693;

26  *H.C., by and through Amber Humphrey*, 3:24-cv-08732;

27  
28  *A.O. and A.S. v. Meta Platforms, Inc. et al*,

[Proposed] Order Re Plaintiffs' Administrative Motion to File Under Seal

|   |   |
|---|---|
| 1 | 4:24-cv-08813; |
| 2 | *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817; |
| 3 | |
| 4 | *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819; |
| 5 | *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882; |
| 6 | |
| 7 | *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884. |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Twelfth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Twelfth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-32 to the Anderson Declaration in Support of Twelfth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701 | Entire Application/ Exhibit | ✓ Granted<br>___ Denied |
| Exhibit 2 – Application for *A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726 | Entire Application/ Exhibit | ✓ Granted<br>___ Denied |
| Exhibit 3 – Application for *T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730 | Entire Application/ Exhibit | ✓ Granted<br>___ Denied |
| Exhibit 4 - Application for *T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731 | Entire Application/ Exhibit | ✓ Granted<br>___ Denied |
| Exhibit 5 – Application for *S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429 | Entire Application/ Exhibit | ✓ Granted<br>___ Denied |

| Exhibit | Scope | Ruling |
|---|---|---|
| Exhibit 6 - Application for *L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 7 – Application for *K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 8 – Application for *C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 9 – Application for *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 10 - Application for *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 11 – Application for *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 12 – Application for *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 13 – Application for *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 14 – Application for *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 15 – Application for *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 16 – Application for *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 17 – Application for *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 18 – Application for *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 19 – Application for *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 20 – Application for *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 21 – Application for *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 22 – Application for *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |
| Exhibit 23 – Application for *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670 | Entire Application/ Exhibit | ✓ Granted  ___ Denied |

| Exhibit 24 – Application for *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
|---|---|---|
| Exhibit 25 – Application for *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 26 – Application for *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 27 – Application for *A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 28 – Application for *H.C., by and through Amber Humphrey*, 3:24-cv-08732 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 29 – Application for *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 30 – Application for *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 31 – Application for *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882 | Entire Application/ Exhibit | ✓ Granted ___ Denied |
| Exhibit 32 – Application for *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884 | Entire Application/ Exhibit | ✓ Granted ___ Denied |

**IT IS SO ORDERED.**

DATED: January 9, 2025

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE