# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701;<br><br>*A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726;<br><br>*T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730;<br><br>*T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731;<br><br>*S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429;<br><br>*L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630;<br><br>*K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663;<br><br>*C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664;<br><br>*S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665;<br><br>*L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv- | [PROPOSED] ORDER GRANTING PLAINTIFFS' TWELFTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM* |

| | |
|---|---|
| 1 | 07898; |
| 2 | *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900; |
| 3 | |
| 4 | *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902; |
| 5 | *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907; |
| 6 | |
| 7 | *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905; |
| 8 | *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626; |
| 9 | |
| 10 | *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628; |
| 11 | *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629; |
| 12 | |
| 13 | *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639; |
| 14 | *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645; |
| 15 | |
| 16 | *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648; |
| 17 | *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651; |
| 18 | |
| 19 | *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653; |
| 20 | *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670; |
| 21 | |
| 22 | *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686; |
| 23 | *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687; |
| 24 | |
| 25 | *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693; |
| 26 | *H.C., by and through Amber Humphrey*, 3:24-cv-08732; |
| 27 | |
| 28 | *A.O. and A.S. v. Meta Platforms, Inc. et al*, |

| | |
|---|---|
| 1 | 4:24-cv-08813; |
| 2 | *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817; |
| 3 | |
| 4 | *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819; |
| 5 | *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882; |
| 6 | |
| 7 | *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884. |

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Twelfth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Twelfth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On December 23, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *F.S. filed on behalf of minor R.S. v. Meta Platforms, Inc. et al*, 4:24-cv-04701 (Exhibit 1);
- *A.W. on behalf of A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-06726 (Exhibit 2);
- *T.P. on behalf of M.P. v. Snap Inc. et al*, 4:24-cv-06730 (Exhibit 3);
- *T.P. on behalf of L.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-06731 (Exhibit 4);
- *S.G., filed on behalf of minor A.G. v. ByteDance Inc. et al*, 4:24-cv-07429 (Exhibit 5);
- *L.S. individually and on behalf of S.T. v. Meta Platforms, Inc. et al*, 4:24-cv-07630 (Exhibit 6);
- *K.C. and K.B. v. Meta Platforms, Inc. et al*, 4:24-cv-07663 (Exhibit 7);
- *C.J. and K.J. v. Google LLC et al*, 4:24-cv-07664 (Exhibit 8);
- *S.C. and Z.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07665 (Exhibit 9);
- *L.C. and B.C. v. TikTok, Inc. et al*, 4:24-cv-07898 (Exhibit 10);
- *S.B. and A.S. v. TikTok, Inc. et al*, 4:24-cv-07900 (Exhibit 11);
- *R.D. and B.D. v. TikTok, Inc. et al*, 4:24-cv-07902 (Exhibit 12);

- *R.C. individually and on behalf of A.C. v. Meta Platforms, Inc. et al*, 4:24-cv-07907 (Exhibit 13);
- *C.J., individually and on behalf of K.J. v. Meta Platforms, Inc. et al*, 4:24-cv-07905 (Exhibit 14);
- *F.D. and S.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08626 (Exhibit 15);
- *J.P. and A.B. v. Meta Platforms, Inc. et al*, 4:24-cv-08628 (Exhibit 16);
- *P.K. and K.K. v. Meta Platforms, Inc. et al*, 4:24-cv-08629 (Exhibit 17);
- *L.S. individually and on behalf of S.L. v. Google LLC et al*, 4:24-cv-08639 (Exhibit 18);
- *M.P. individually and on behalf of E.P. v. Meta Platforms, Inc. et al*, 4:24-cv-08645 (Exhibit 19);
- *S.W. and Z.T. v. Meta Platforms, Inc. et al*, 4:24-cv-08648 (Exhibit 20);
- *J.W. individually and on behalf of M.B. v. Snap, Inc. et al*, 4:24-cv-08651 (Exhibit 21);
- *I.W. and E.W. v. Snap, Inc. et al*, 4:24-cv-08653 (Exhibit 22);
- *J.T. and A.M. v. Meta Platforms, Inc. et al*, 4:24-cv-08670 (Exhibit 23);
- *D.C. and D.W. v. Google LLC et al*, 4:24-cv-08686 (Exhibit 24);
- *R.C. individually and on behalf of C.R. v. Google LLC et al*, 4:24-cv-08687 (Exhibit 25);
- *T.G. individually and on behalf of J.D. v. Meta Platforms, Inc. et al*, 4:24-cv-08693 (Exhibit 26);
- *H.C., by and through Amber Humphrey*, 3:24-cv-08732 (Exhibit 27);
- *A.O. and A.S. v. Meta Platforms, Inc. et al*, 4:24-cv-08813 (Exhibit 28);
- *D.G. and F.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08817 (Exhibit 29);
- *P.L. and S.L. v. Meta Platforms, Inc. et al*, 4:24-cv-08819 (Exhibit 30);
- *F.A. and L.G. v. Meta Platforms, Inc. et al*, 4:24-cv-08882 (Exhibit 31);
- *HM and GM v. Meta Platforms, Inc. et al*, 4:24-cv-08884 (Exhibit 32).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Twelfth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before January 7, 2024, which is the fifteenth day after the filing of Plaintiffs' Twelfth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians ad litem in this case, shall remain in effect until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: January 9, 2025

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE