# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | December 17, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl     CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin     ERM: None
Courtroom Assistant: M.Miro     Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: Appearances are listed as below.

**NATURE OF PROCEEDINGS:** Further Status Conference (All Cases); Hearing - Other Argument on Jury Instructions

Pursuant to Government Code sections 68086, 70044, California Rules of Court, rule 2.956, and the stipulation of appearing parties, Gail Peeples, CSR# 11458, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Plaintiffs – Present
Joseph G VanZandt, Michael A Akselrud, Davis S Vaughn, Josh Autry, Rachel Lanier, Adam S Davis, Rahul Ravipudi, Mariana A McConnell.

Plaintiffs – LACourtConnect
Justin Olson, Karen Fritts, Narmeen Nkeiti, James P. Frantz, Regina Bagdasarian, William Shinoff, Glenn Draper, Anna J. Katz, Jessica Colombo, David McLendon, Marc J Mandich, Felicia Craick, Dean Noburu Kawamoto, Soo Seok Yang, Annie Kouba.

Defendants – Present
Yardena R Zwang-Weissman, Nicholas J. Begakis, David P Mattern, Jonathan H. Blavin, Ashley M Simonsen, Christopher Chiou, Michael X Imbroscio, Isaac D Chaput, Gregory L Halperin, Jessica Davidson, Victoria A Degtyareva, Megan Egli.

Defendants – LACourtConnect
Ariel Teshuva, Daniel Weltz, Carli Sley, Gabriel P Egli, Caroline C Kane, Geoffrey M Drake, Andrew L Campbell, Jesse Krompier, Brian M Ercole, Matthew Blaschke, Joseph G Petrosinelli, Lauren Gallo White, Tarifa Belle Laddon, Jori Loren, Daniel Connolly.

The matter is called for hearing.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | December 17, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl          CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin                ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

---

Court has reviewed the Joint Status Conference Statement filed on 12/13/2024.

The court advises counsel that the court has prepared a tentative schedule for disclosure of experts and for other pretrial activities leading up to the first bellwether trial. The tentative schedule is filed separately herewith. The court will accept comments by counsel on the proposed schedule in the Joint Status Conference Report for the next status conference.

Court and counsel discuss the issues raised by the parties in the Joint Status Conference Statement for December 17, 2024 Conference. The court provides advice on resolution of the issues raised as reflected in the official notes of the Court Reporter.

Counsel provide oral argument on the Parties' Proposed Jury Instructions on Negligence and Causation filed Nov. 6, 2024. The court will provide counsel with a written ruling with respect to what instructions will be given on these subjects.

Further Status Conference is scheduled for 01/15/2025 at 09:00 AM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | December 17, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl         CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin                       ERM: None
Courtroom Assistant: M.Miro                Deputy Sheriff: None

---

23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157,
23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211,
23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235,
23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303,
23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387,
23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534,
23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16816,
23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925,
23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943,
23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958,
23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992,
23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017,
23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054,
23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085,
23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356,
23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414, 23STCV17418,
23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578, 23STCV17613,
23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687, 23STCV17691,
23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705, 23STCV17709,
23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730, 23STCV17735,
23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758, 23STCV17759,
23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055, 23STCV18077,
23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090, 23STCV18091,
23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107, 23STCV18113,
23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387, 23STCV18405,
23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487, 23STCV18502,
23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759, 23STCV19311,
23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519, 23STCV19527,
23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672, 23STCV19697,
23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763, 23STCV19766,
23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059, 23STCV20061,
23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080, 23STCV20083,
23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099, 23STCV20153,
23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359, 23STCV20373,
23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533,
23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755,
23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802,
23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | December 17, 2024 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin  ERM: None
Courtroom Assistant: M.Miro  Deputy Sheriff: None

---

23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059,
23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958,
23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628,
23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,
23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734,
23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791,
23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849,
23STCV23871, 23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902,
23STCV23920, 23STCV23925, 23STCV23936, 23STCV23959, 23STCV23970,
23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084,
23STCV24135, 23STCV24146, 23STCV24332, 23STCV24468, 23STCV24474,
23STCV24483, 23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695,
23STCV24700, 23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221,
23STCV25439, 23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615,
23STCV25621, 23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034,
23STCV26087, 23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328,
23STCV26379, 23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,
23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  December 17, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin  ERM: None
Courtroom Assistant: M.Miro  Deputy Sheriff: None

23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519, 24SMCV04019, 24SMCV04625, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954, 24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404, 24STCV14457,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  
**Social Media Cases**

December 17, 2024  
1:45 PM

Judge: Honorable Carolyn B. Kuhl  
Judicial Assistant: I. Yin  
Courtroom Assistant: M.Miro  

CSR: Gail Peeples CSR# 11458  
ERM: None  
Deputy Sheriff: None

---

24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943, 24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167, 24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840, 24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390, 24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

Counsel will file a Joint Status Report by NOON on 1/13/2025.

Plaintiff's liaison counsel will provide notice.

The Further Status Conference (All Cases) scheduled for 12/17/2024 is 'Held' for case 22STCV21355.

The Hearing - Other Argument on Jury Instructions scheduled for 12/17/2024 is 'Held' for case 22STCV21355.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  December 17, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl  CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin  ERM: None
Courtroom Assistant: M.Miro  Deputy Sheriff: None

23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303,
23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277,
23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891,
23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931,
23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568,
23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795,
23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655,
23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788,
23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909,
23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961,
23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016,
23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032,
23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071,
23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111,
23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199,
23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216,
23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246,
23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363,
23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520,
23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548,
23STCV16553, 23STCV16686, 23STCV16816, 23STCV16820, 23STCV16884,
23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934,
23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946,
23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975,
23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996,
23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033,
23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066,
23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092,
23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373,
23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423,
23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620,
23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696,
23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720,
23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746,
23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035,
23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088,
23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100,
23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                December 17, 2024
**Social Media Cases**                                                      1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin                ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

---

23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459,
23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622,
23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330,
23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631,
23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715,
23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973,
23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078,
23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089,
23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161,
23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395,
23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737,
23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785,
23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850,
23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035,
23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108,
23STCV21676, 23STCV21955, 23STCV21958, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23065, 23STCV23066, 23STCV23072,
23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165,
23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467,
23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553,
23STCV23597, 23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624,
23STCV23635, 23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679,
23STCV23680, 23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691,
23STCV23693, 23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699,
23STCV23702, 23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772,
23STCV23775, 23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801,
23STCV23808, 23STCV23823, 23STCV23849, 23STCV23871, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492,
23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701,
23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458,
23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647,
23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  December 17, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl        CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin               ERM: None
Courtroom Assistant: M.Miro              Deputy Sheriff: None

---

23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750,
23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771,
23STCV27778, 23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740,
23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908,
23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972,
23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363,
23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401,
23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457,
23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536,
23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659,
23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710,
23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791,
23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266,
23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190,
23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571,
23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658,
24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24SMCV04019, 24SMCV04625, 24STCV00076, 24STCV00352,
24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375,
24STCV01473, 24STCV01945, 24STCV01954, 24STCV02018, 24STCV02054,
24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472,
24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539,
24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620,
24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765,
24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218,
24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739,
24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083,
24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221,
24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544,
24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573,
24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219,
24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975,
24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400,
24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611,
24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291,
24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  December 17, 2024
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl      CSR: Gail Peeples CSR# 11458
Judicial Assistant: I. Yin            ERM: None
Courtroom Assistant: M.Miro           Deputy Sheriff: None

24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943, 24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167, 24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840, 24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390, 24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.