# EXHIBIT B

**FILED**
Superior Court of California
County of Los Angeles

DEC 18 2024

David W. Slayton, Executive Officer/Clerk of Court
By: L. M'Greene, Deputy

JCCP5255
22STCV21355
Social Media Cases
Dec. 17, 2024

Tentative Pretrial and Trial Schedule
Note: Events in brackets are MDL dates that may bear on coordinating expert discovery with the JCCP. All dates are in 2025

| Date | Event |
|---|---|
| Apr. 4 | [Close of Fact discovery - MDL] |
| Apr. 4 | Close of fact discovery for JCCP bellwether discovery pool |
| Apr. 7 | Selection of JCCP bellwether trial pool |
| Apr. 18 | Simultaneous designation of General Causation experts (not Plaintiff specific) and Mutual Exchange of Expert Reports (JCCP) |
| May 16 | Close of fact discovery for JCCP bellwether trial pool |
| May 16 | Simultaneous designation of Rebuttal/Supplemental General Causation experts (not Plaintiff specific) and Mutual Exchange of Expert Reports (JCCP) |
| May 16 | Expert discovery begins in JCCP |
| May 16 | [MDL Plaintiffs' Opening Reports on non-case specific and causation experts] |
| May 19 | [MDL Plaintiffs' Opening Reports on case specific experts] |
| June 6 | Simultaneous designation of All Remaining Experts for Trial 1 bellwether plaintiffs and Mutual Exchange of Expert Reports (JCCP) |
| June 13 | [Hearing re Identification of Bellwether Trial Pools in MDL] |
| June 27 | Simultaneous designation of Rebuttal/Supplemental Experts for Trial 1 bellwether plaintiffs and Mutual Exchange of Expert Reports (JCCP) |
| July 11 | Close of expert discover for General Causation experts (not Plaintiff specific) (JCCP) |
| July 28 | Opening briefs on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |
| Aug. 20 | Oppositions to Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |
| Aug. 27 | Close of Expert Discovery (JCCP) and [MDL] |
| Sept. 1 | Reply Briefs on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |
| Sept. 17 | Hearing on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) JCCP |

Oct. 16  Final Status Conference for Trial 1 bellwether plaintiffs (JCCP) – (note that all motions in limine would be fully briefed by this date and all requirements of the LASC Local Rules for Final Status Conference would be complied with)
Nov. 25  Trial 1

Date: 12/18/2024

*Carolyn B Kuhl*

The Honorable Carolyn Kuhl
Judge of the Superior Court