1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8 IN RE: SOCIAL MEDIA ADOLESCENT<br>ADDICTION/PERSONAL INJURY PRODUCTS<br>9 LIABILITY LITIGATION | MDL No. 3047<br>Case No. 4:22-md-03047-YGR |
| 10 This Document Relates to: | **[PROPOSED]** |
| 11 ALL CASES | **ORDER DENYING RELATIONSHIP** |
| 12 3:24-cv-9500-LB | |

13        This order comes upon Meta Platforms, Inc's ("Meta") motion pursuant to Civil Local

14 Rule 3-12(b) to relate its insurance coverage action, *Instagram, LLC and Meta Platforms, Inc. v.*

15 *Hartford Casuatly Insurance Company, et al.*, 3-24-cv-9500-LB (N.D. Cal.), with this multidistrict

16 litigation consolidating hundreds of actions brought on behalf of children and adolescents, school

17 districts and local government entities, and state attorneys general (the "Motion").

18        Upon consideration of the Motion and the opposition thereto, the Court determines the

19 Motion is to be denied.  The Motion was not properly served upon all parties required to be served

20 and otherwise fails to meet the requirements of Civil Local Rule 3-12(b).  Additionally, these cases

21 are not "related" as understood under Civil Local Rule 3-12(a), and otherwise may not be

22 consolidated pursuant to 28 U.S.C. § 1407.

23        Accordingly, the Motion is **DENIED.**

24        **IT IS SO ORDERED.**

25

26        Dated:

27                                                              **YVONNE GONZALEZ ROGERS**
                                                              **UNITED STATES DISTRICT JUDGE**

28