UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case Nos.:   4:22-md-03047-YGR (PHK) <br>                      4:23-cv-05448-YGR <br><br> **JOINT STATUS REPORT ON ILLINOIS AGENCIES' PRODUCTION OF DOCUMENTS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Dear Judge Kang:

     Pursuant to the Court's Text Order of January 9, 2025 (ECF No. 1506), Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta") and Plaintiff State of Illinois respectfully submit this status report notifying the Court as follows:

     Disputes specified in the Joint Status Report of January 7, 2025 (ECF No. 1503, at 28) involving the Illinois Department of Children and Family Services ("DCFS") remain unresolved:

1. Search terms, and whether DCFS should be required to run search terms at all.  (Meta and DCFS have reached agreement on custodians and time period).

In an attempt to resolve these outstanding disputes, Meta and DCFS conducted an in-person meet and confer on January 10, 2025 at the Office of the Illinois Attorney General.

Dated: January 13, 2025

Respectfully submitted,

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Michael X. Imbroscio, *pro hac vice*
Stephen Petkis, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: mimbroscio@cov.com
Email: spetkis@cov.com

Paul W. Schmidt, *pro hac vice*
Christopher Y.L. Yeung, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1262
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com
Email: cyeung@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Matthew Davies*<br>Susan Ellis, Chief, Consumer Protection Division<br>(IL Bar No. 6256460)<br>Greg Grzeskiewicz, Chief, Consumer Fraud Bureau<br>(IL Bar No. 6272322)<br>Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau<br>(IL Bar No. 6306019)<br>Matthew Davies, Assistant Attorney General,<br>Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*<br>Emily María Migliore, Assistant Attorney General,<br>Consumer Fraud Bureau (IL Bar No. 6336392)<br>Kevin Whelan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6321715), *pro hac vice*<br>Daniel B. Roth, Assistant Attorney General,<br>Consumer Fraud Bureau (IL Bar No. 6290613), *pro hac vice*<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, Illinois 60603<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov<br>Jacob.Gilbert@ilag.gov<br>Matthew.Davies@ilag.gov<br>Emily.Migliore@ilag.gov<br>Kevin.Whelan@ilag.gov<br>Daniel.Roth@ilag.gov<br><br>*Attorneys for Plaintiff the People of the State of Illinois* | |

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 13, 2025

By: */s/Ashley M. Simonsen*
Ashley M. Simonsen