1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE: SOCIAL MEDIA ADOLESCENT | MDL No. 3047
12 | ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case Nos.: 4:22-md-03047-YGR-PHK
13 | | **JOINT TEMPORARY SEALING MOTION REGARDING DKT. NO. 1541**
14 | THIS DOCUMENT RELATES TO: ALL ACTIONS |
15 | | Judge: Hon. Yvonne Gonzalez Rogers
16 | | Magistrate Judge: Hon. Peter H. Kang
17
18

19      Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs and
20 Defendants file this Joint Temporary Sealing Motion regarding Dkt Nos. 1542. Pursuant to that
21 Order, the reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus
22 motion.

23
| Dkt. No. | Description | Designating Party |
|---|---|---|
| 1542-1 | Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) | YouTube |

24
25
26
27
28

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED:    January 14, 2025 | **WILSON SONSINI GOODRICH & ROSATI** |
| 3 |   | Professional Corporation |

4    By: */s/ Christopher Chiou*
Brian M. Willen (*pro hac vice*)
5    WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
6    New York, New York 10019
Telephone: (212) 999-5800
7    Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

8

9    Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
10   WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
11   San Francisco, CA 94105
Telephone: (415) 947-2000
12   Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
13   Email: smachock@wsgr.com

14   Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
15   WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
16   Los Angeles, CA 90013
Telephone: (323) 210-2900
17   Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
18   Email: mdonohue@wsgr.com

19   *Attorneys for Defendants YouTube, LLC and Google LLC*

20   DATED:    January 14, 2025        By:  /s/ *Lexi J. Hazam*
21   LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
22   **BERNSTEIN, LLP**
275 Battery Street, 29th Floor
23   San Francisco, CA 94111-3339
Telephone: 415-956-1000
24   lhazam@lchb.com

25   PREVIN WARREN
**MOTLEY RICE LLC**
26   401 9th Street NW Suite 630
Washington DC 20004
27   Telephone: 202-386-9610
pwarren@motleyrice.com
28

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | New York, NY 10016                                   |
|     | Telephone: 917-882-5522                              |
| 2   | jconroy@simmonsfirm.com                              |
| 3   | ANDRE MURA                                           |
|     | **GIBBS LAW GROUP, LLP**                             |
| 4   | 1111 Broadway, Suite 2100                            |
|     | Oakland, CA 94607                                    |
| 5   | Telephone: 510-350-9717                              |
|     | amm@classlawgroup.com                                |
| 6   |                                                      |
|     | ALEXANDRA WALSH                                      |
| 7   | **WALSH LAW**                                        |
|     | 1050 Connecticut Ave, NW, Suite 500                  |
| 8   | Washington D.C. 20036                                |
|     | Telephone: 202-780-3014                              |
| 9   | awalsh@alexwalshlaw.com                              |
| 10  | MICHAEL M. WEINKOWITZ                                |
|     | **LEVIN SEDRAN & BERMAN, LLP**                       |
| 11  | 510 Walnut Street Suite 500                          |
|     | Philadelphia, PA 19106                               |
| 12  | Telephone: 215-592-1500                              |
|     | mweinkowitz@lfsbalw.com                              |
| 13  |                                                      |
|     | Plaintiffs' Steering Committee Leadership            |
| 14  |                                                      |
|     | RON AUSTIN                                           |
| 15  | **RON AUSTIN LAW**                                   |
|     | 400 MANHATTAN BLVD                                   |
| 16  | HARVEY, LA 70058                                     |
|     | Telephone: 504-227–8100                              |
| 17  | raustin@ronaustinlaw.com                             |
| 18  | PAIGE BOLDT                                          |
|     | **WATTS GUERRA LLP**                                 |
| 19  | 4 Dominion Drive, Bldg. 3, Suite 100                 |
|     | San Antonio, TX 78257                                |
| 20  | Telephone: 210-448-0500                              |
|     | PBoldt@WattsGuerra.com                               |
| 21  |                                                      |
|     | THOMAS P. CARTMELL                                   |
| 22  | **WAGSTAFF & CARTMELL LLP**                          |
|     | 4740 Grand Avenue, Suite 300                         |
| 23  | Kansas City, MO 64112                                |
|     | Telephone: 816-701 1100                              |
| 24  | tcartmell@wcllp.com                                  |
| 25  | SARAH EMERY                                          |
|     | **HENDY JOHNSON VAUGHN EMERY, PSC**                  |
| 26  | 2380 Grandview Drive                                 |
|     | Ft. Mitchell, KY 41017                               |
| 27  | Telephone: 888-606-5297                              |
|     | semery@justicestartshere.com                         |
| 28  |                                                      |
|     | CARRIE GOLDBERG                                      |

**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333

Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

# **ATTESTATION**

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 14, 2025

                                                By:  */s/  Christopher Chiou*
                                                      Christopher Chiou