UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 4:22-MD-03047-YGR <br><br> MDL No.: 3047 |
| This Document Relates to: <br><br> Maria Elena Rodriguez, individually and as parent and next friend to minor Plaintiff M.G. <br><br> Member Case No.: 4:24-cv-1983 | **[PROPOSED]** **ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED FACT WITNESS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

Upon consideration of the foregoing Unopposed Motion for Leave to Depose Incarcerated Fact Witness, it is this 14th day of January 2025, by the United States District Court for the Northern District of California,

**ORDERED**, that the Unopposed Motion for Leave to Depose Incarcerated Fact Witness is **GRANTED**.

DATED:   January 14, 2025

Hon. Peter H. Kang
United States Magistrate Judge