1  JONATHAN H. BLAVIN (State Bar No. 230269)
   Jonathan.Blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077

5  VICTORIA A. DEGTYAREVA (State Bar No. 284199)
   Victoria.Degtyareva@mto.com
6  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
7  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
8  Facsimile:    (213) 687-3702

9  LAUREN BELL (*pro hac vice*)
   Lauren.Bell@mto.com
10 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
11 Washington, DC 20001
   Telephone:    (202) 220-1100
12 Facsimile:    (202) 220-2300

13 *Attorneys for Defendant Snap Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR-TSH |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **JOINT TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING SNAP'S ASSERTION OF PRIVILEGE IN CONNECTION WITH 14 REDACTED DOCUMENTS)**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Snap Inc. ("Snap") files this Joint Temporary Sealing Motion regarding the Joint Letter Brief Regarding Snap's Assertion of Privilege in Connection with 14 Redacted Documents. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| ECF No. | Document | Designating Party |
|---|---|---|
| 1551-1 | Unredacted Joint Letter Brief Regarding Privilege Determination in Connection with 14 Challenged Documents | Snap |
| 1551-3 | Exhibit A to the Lopez Declaration Regarding the Joint Letter Brief | Snap |
| 1551-5 | Exhibit B to the Lopez Declaration | Snap |
| 1551-7 | Exhibit C to the Lopez Declaration | Snap |
| 1551-9 | Exhibit D to the Lopez Declaration | Snap |
| 1551-11 | Exhibit E to the Lopez Declaration | Snap |
| 1551-13 | Exhibit F to the Lopez Declaration | Snap |
| 1551-15 | Exhibit G to the Lopez Declaration | Snap |
| 1551-17 | Exhibit H to the Lopez Declaration | Snap |
| 1551-19 | Exhibit I to the Lopez Declaration | Snap |
| 1551-21 | Exhibit J to the Lopez Declaration | Snap |
| 1551-23 | Exhibit K to the Lopez Declaration | Snap |
| 1551-25 | Exhibit L to the Lopez Declaration | Snap |
| 1551-27 | Exhibit M to the Lopez Declaration | Snap |
| 1551-29 | Exhibit N to the Lopez Declaration | Snap |

| | |
|---|---|
| DATED: January 14, 2025 | MUNGER, TOLLES & OLSON LLP |

By:    */s/ Laura M. Lopez*
      Jonathan H. Blavin
      Jonathan H. Blavin (State Bar No. 230269)
      Jonathan.Blavin@mto.com
      560 Mission Street, 27th Floor
      San Francisco, CA 94105-3089
      Telephone: (415) 512-4000
      Facsimile: (415)512-4077

      Rose L. Ehler (State Bar No. 296523)
      Rose.Ehler@mto.com
      Victoria A. Degtyareva (State Bar No. 284199)
      Victoria.Degtyareva@mto.com
      Ariel T. Teshuva (State Bar No. 324238)
      Ariel.Teshuva@mto.com
      Laura M. Lopez (State Bar No. 313450)
      Laura.Lopez@mto.com
      350 South Grand Avenue, 50th Floor
      Los Angeles, CA 90071-3426
      Telephone: (213) 683-9100
      Facsimile: (213) 687-3702

      Lauren A. Bell, (Admitted pro hac vice)
      Lauren.Bell@mto.com
      601 Massachusetts Avenue, NW
      Suite 500 E
      Washington, D.C. 20001-5369
      Telephone: (202)220-1100
      Facsimile: (202) 220-2300

      *Attorneys for Defendant Snap Inc.*