1  JONATHAN H. BLAVIN (State Bar No. 230269)
   Jonathan.Blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077

5  LAUREN BELL (*pro hac vice*)
   Lauren.Bell@mto.com
6  MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
7  Washington, DC 20001
   Telephone:    (202) 220-1100
8  Facsimile:    (202) 220-2300

9  ROSE LEDA EHLER (State Bar No. 296523)
   Rose.Ehler@mto.com
10 VICTORIA A. DEGTYAREVA (State Bar No. 284199)
   Victoria.Degtyareva@mto.com
11 MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
12 Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
13 Facsimile:    (213) 687-3702

14 *Attorneys for Snap Inc.*

15                         UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

| 17  IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR (PHK)<br><br>MDL No. 3047<br><br>**DECLARATION OF LAURA M. LOPEZ IN SUPPORT OF JOINT LETTER BRIEF REGARDING SNAP'S ASSERTION OF PRIVILEGE IN CONNECTION WITH 14 REDACTED DOCUMENTS**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
|---|---|

                        **DECLARATION OF LAURA M. LOPEZ**

     I, Laura M. Lopez, declare and state as follows:

1. I am an attorney with the law firm Munger, Tolles and Olson and represent Snap Inc. in the above- captioned case. The declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. The exhibits referenced in the following chart are true and correct copies of the documents bearing the Bates numbers reflected in the chart. Redacted versions of these exhibits are concurrently filed under seal and unredacted versions will be lodged with the Court for *in camera* review.

| Beginning Bates Number of Challenged Redacted Record | Snap's Exhibit |
|---|---|
| SNAP3160953 | A |
| SNAP3182499 | B |
| SNAP3202222 | C |
| SNAP3245340 | D |
| SNAP3307049 | E |
| SNAP5288226 | F |
| SNAP1141054 | G |
| SNAP1157465 | H |
| SNAP1151790 | I |
| SNAP5288836 | J |
| SNAP4928443 | K |
| SNAP3628554 | L |
| SNAP3664752 | M |
| SNAP4801937 | N |

3. The unredacted versions of these exhibits submitted in camera are highlighted as follows: (1) the sections highlighted in yellow denote the portions of the documents that were produced to Plaintiffs in redacted form, on the basis of attorney-client and/or work-product, and (2) the names and/or email addresses highlighted in green reflect the names of Snap in-house counsel. The in camera versions are also highlighted in grey to denote personally identifiable information (PII) redactions.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

1   Executed on January 14, 2025.

3                           By:    */s/ Laura M. Lopez*
4                                  LAURA M. LOPEZ