# EXHIBIT A
# SNAP3160953

# UNREDACTED VERSION
# LODGED WITH  COURT