# EXHIBIT B
# SNAP3182499

# UNREDACTED VERSION
# LODGED WITH COURT