# EXHIBIT C
# SNAP3202222

# UNREDACTED VERSION LODGED WITH COURT