**EXHIBIT D
SNAP3245340**

**UNREDACTED VERSION
LODGED WITH COURT**