**EXHIBIT E
SNAP3307049**

**UNREDACTED VERSION
LODGED WITH COURT**