# EXHIBIT F
# SNAP5288226

# UNREDACTED VERSION
# LODGED WITH COURT