# EXHIBIT G
# SNAP1141054

# UNREDACTED VERSION
# LODGED WITH COURT