# EXHIBIT H
# SNAP1157465

# UNREDACTED VERSION LODGED WITH COURT