# EXHIBIT I
# SNAP1151790

# UNREDACTED VERSION
# LODGED WITH COURT