# EXHIBIT J
# SNAP5288836

# UNREDACTED VERSION
# LODGED WITH COURT