# EXHIBIT K
# SNAP4928443

# UNREDACTED VERSION LODGED WITH COURT