# EXHIBIT L
# SNAP3628554

# UNREDACTED VERSION
# LODGED WITH COURT