# EXHIBIT M
# SNAP3664752

# UNREDACTED VERSION LODGED WITH COURT