# EXHIBIT N
# SNAP4801937

# UNREDACTED VERSION
# LODGED WITH COURT