# EXHIBIT A

**MDL 3047 – 2024-11-29 Meta Proposal to Colorado (Revised 12-13 for Technical Issues)**

**"Youth Terms":**

(teen OR teens OR teenager OR teenagers OR teen-ager OR teen-agers OR teen-aged OR "teen aged" OR "teen age" OR teen-age OR tween OR tween OR adolescent OR adolescents OR adolescence OR kid OR kids OR youth OR youths OR minor OR minors OR young OR child OR children OR childs OR underage OR underaged OR "under-age" OR "under age" OR "under-aged" OR "under aged" OR juvenile OR juveniles OR "pre-teen" OR "pre-teens" OR preteen OR preteens OR "pre-teen" OR preteenager OR preteenagers OR "pre-teenager" OR "pre-teenagers" OR "pre-teenaged" OR preteenaged OR "U18" OR "u 18" OR "u-18" OR "under 18" OR "under-18" OR "U13" OR "u-13" OR "u 13" OR "under 13" OR "under-13" OR "gen z" OR "generation Z" Or "generation-z" OR "gen-z" OR "gen alpha" OR "generation alpha" OR "generation-alpha" OR "gen-a" OR scholar OR scholars OR School OR schools OR student OR students OR pupil OR pupils OR grade OR grades)

| # | Social Media Strings |
|---|---|
| | **Social Media Strings** |
| 1 | "Youth Terms" **AND** ("social media" OR "social network" OR Meta OR Facebook OR Instagram OR Insta OR Youtube OR Snapchat OR Snap OR Bytedance OR TikTok OR Twitter OR Tweet OR finsta OR FB OR IG OR YT OR TT OR "direct message") |
| 2 | "Youth Terms" **AND** DM* |
| 3 | "Youth Terms" **AND** (Roblox OR Discord OR Twitch OR Netflix OR Reddit OR Pinterest OR Tumblr OR telegram OR signal OR viber OR threema OR wechat OR kik OR textplus OR wickr OR troop OR YikYak OR "Yik Yak") |
| | **Harm and Wellbeing Strings** |
| 4 | "Youth Terms" **AND** (wellness OR wellbeing OR well-being OR confidence OR self-confidence OR "mental health" OR "TMH" OR anxious OR anxiousness OR anxiety OR anxieties OR anti-anxiety OR antianxiety OR depressed OR depress OR depression OR depressing OR depressive OR antidepressant OR antidepressants OR anti-depressant OR anti-depressants OR antidepression OR recluse OR reclusive OR stress OR "attention deficit" OR "ADHD" OR posttraumatic OR post-traumatic OR traumatic OR trauma OR traumas OR "bi-polar" OR "bi polar" OR bipolar OR "BPD" OR insomnia OR lonely OR loneliness OR therapy OR therapies OR therapeutic OR therapize OR counsel OR counseling OR counsels OR counselors OR treatment OR treatments) |
| 5 | ACE* OR "adverse childhood experience" OR "adverse childhood experiences" |
| 6 | "Youth Terms" **AND** ("pro-ana" OR "BMI" OR overweight OR fat OR obese OR obesity OR diet OR diets OR anorexic OR anorexia OR bulimia OR bulimic OR orthorexia OR appetite OR dysmorphia OR dysmorphic OR binge OR purge OR suicide OR suicides OR suicidal OR "self harm" OR "self-harm" OR selfharm OR unalive OR cutting) |

**MDL 3047 – 2024-11-29 Meta Proposal to Colorado (Revised 12-13 for Technical Issues)**

| | |
|---|---|
| 7 | "Youth Terms" **AND** (bully OR bullying OR bullies OR cyberbully OR cyberbullying OR cyberbullies OR cyber-bully OR cyber-bullying OR cyber-bullies OR harass OR harasses OR harassment OR harassed OR sextort OR sextortion OR sextorted OR sextorts OR transphobic OR transphobia OR homophobia OR homophobic OR homophobe OR racism OR racist OR racists OR sexist OR sexists OR groomer OR groom OR groomed OR hookup OR hookups OR hook-up OR hook-ups OR "hook up" OR "hook ups" OR "hooked up" OR "hooked-up" OR solicit OR solicits OR solicitation OR pedophilia OR pedophilic OR pedophiles OR predator OR predators OR sex OR extort OR extorts OR extorted OR extortion OR exploit OR exploited OR exploitative OR exploitation OR exploits) |
| 8 | "Youth Terms" **AND** (violent OR Violence OR abuse OR abusers OR abuser OR abusive OR abuses OR assault OR assaults OR fight OR fighting OR fighter OR fights OR altercation OR altercations OR misbehave OR misbehaves OR misbehavior OR misbehaviors OR misconduct OR shoot OR shooter OR shoots OR shot OR shots OR threat OR threats OR threaten OR threatens OR threatening OR gun OR pistol OR rifle OR firearm OR rape OR rapes OR rapist OR murder OR murders OR murderer OR traffic OR trafficked OR trafficking OR hate OR hates OR hateful) |
| 9 | "Youth Terms" **AND** (addict OR hooked OR hooks OR dopamine OR rabbithole OR rabbitholes OR "rabbit hole" OR "rabbit-hole" OR "rabbit holes" OR "rabbit-holes" OR spiral OR "social reward" OR "social approval" OR "screen time" OR screentime OR screen-time OR staytime OR timespent OR "time spent" OR "engagement" OR engagements OR impression OR impressions OR "monthly active users" OR "daily active users" OR "monthly active people" OR "daily active people" OR "weekly active users" OR "mandatory break" OR "limiting tool" OR "habit loop" OR "habit loops" OR "operant conditioning" OR "impulse control") |
| 10 | "Youth Terms" **AND** (eat or eating) **AND** (problem OR problems OR issue OR issues OR trouble OR troubles OR difficult OR difficulty OR disorder OR disordered OR disabled OR disability OR agitate OR agitation OR behavior OR insufficient OR deprive OR deprives OR deprivation) |
| 11 | "Youth Terms" **AND** (sleep or sleeping) **AND** (problem OR problems OR issue OR issues OR trouble OR troubles OR difficult OR difficulty OR disorder OR disordered OR disable OR disability OR agitate OR agitation OR behavior OR insufficient OR deprive OR deprives OR deprivation) |
| 12a | "Youth Terms" **AND** (negative around 3 appearance) |
| 12b | "Youth Terms" **AND** (negative around 3 appearances) |
| 12c | "Youth Terms" **AND** (negative around 3 experience) |
| 12d | "Youth Terms" **AND** (negative around 3 experiences) |

**MDL 3047 – 2024-11-29 Meta Proposal to Colorado (Revised 12-13 for Technical Issues)**

| | |
|---|---|
| 12e | "Youth Terms" **AND** (negative around 3 affect) |
| 12f | "Youth Terms" **AND** (negative around 3 affects) |
| 12g | "Youth Terms" **AND** (negative around 3 effect) |
| 12h | "Youth Terms" **AND** (negative around 3 effecta) |
| 13a | "Youth Terms" **AND** (compare around 5 appearance) |
| 13b | "Youth Terms" **AND** (comparison around 5 appearance) |
| 13c | "Youth Terms" **AND** (compared around 5 appearance) |
| 13d | "Youth Terms" **AND** (compares around 5 appearance) |
| 13e | "Youth Terms" **AND** (comparing around 5 appearance) |
| 13f | "Youth Terms" **AND** (compare around 5 social) |
| 13g | "Youth Terms" **AND** (comparison around 5 social) |
| 13h | "Youth Terms" **AND** (compared around 5 social) |
| 13i | "Youth Terms" **AND** (compares around 5 social) |
| 13j | "Youth Terms" **AND** (comparing around 5 social) |
| 13k | "Youth Terms" **AND** (compare around 5 others) |
| 13l | "Youth Terms" **AND** (comparison around 5 others) |
| 13m | "Youth Terms" **AND** (compared around 5 others) |
| 13n | "Youth Terms" **AND** (compares around 5 others) |
| 13o | "Youth Terms" **AND** (comparing around 5 others) |
| 13p | "Youth Terms" **AND** (compare around 5 other) |
| 13q | "Youth Terms" **AND** (comparison around 5 other) |
| 13r | "Youth Terms" **AND** (compared around 5 other) |
| 13s | "Youth Terms" **AND** (compares around 5 other) |
| 13t | "Youth Terms" **AND** (comparing around 5 other) |

**MDL 3047 – 2024-11-29 Meta Proposal to Colorado (Revised 12-13 for Technical Issues)**

| 13u | "Youth Terms" **AND** (compare around 5 negative) |
|---|---|
| 13v | "Youth Terms" **AND** (comparison around 5 negative) |
| 13w | "Youth Terms" **AND** (compared around 5 negative) |
| 13x | "Youth Terms" **AND** (compares around 5 negative) |
| 13y | "Youth Terms" **AND** (comparing around 5 negative) |
| 14a | "Youth Terms" **AND** (body around 3 acceptance) |
| 14b | "Youth Terms" **AND** (body around 3 accept) |
| 14c | "Youth Terms" **AND** (body around 3 accepts) |
| 14d | "Youth Terms" **AND** (body around 3 accepted) |
| 14e | "Youth Terms" **AND** (body around 3 accepting) |
| 14f | "Youth Terms" **AND** (body around 3 dissatisfaction) |
| 14g | "Youth Terms" **AND** (body around 3 positivity) |
| 14h | "Youth Terms" **AND** (body around 3 positive) |
| 14i | "Youth Terms" **AND** (body around 3 positives) |
| 14j | "Youth Terms" **AND** (body around 3 image) |
| 14k | "Youth Terms" **AND** (body around 3 dysmorphia) |
| 14l | "Youth Terms" **AND** (body around 3 dysmorphias) |
| 14m | "Youth Terms" **AND** (body around 3 dysmorphic) |
| 15a | "Youth Terms" **AND** (self around 3 esteem) |
| 15b | "Youth Terms" **AND** (self around 3 harm) |
| 15c | "Youth Terms" **AND** (self around 3 control) |
| 15d | "Youth Terms" **AND** (self around 3 injury) |
| 15e | "Youth Terms" **AND** (self around 3 injuries) |
| 15f | "Youth Terms" **AND** (self around 3 injured) |

**MDL 3047 – 2024-11-29 Meta Proposal to Colorado (Revised 12-13 for Technical Issues)**

| | |
|---|---|
| 15g | "Youth Terms" **AND** (self around 3 injuring) |
| 15h | "Youth Terms" **AND** (self around 3 mutilate) |
| 15i | "Youth Terms" **AND** (self around 3 mutilates) |
| 15j | "Youth Terms" **AND** (self around 3 mutilated) |
| 15k | "Youth Terms" **AND** (self around 3 mutilating) |
| 15l | "Youth Terms" **AND** (self around 3 mutilation) |
| 15m | "Youth Terms" **AND** (self around 3 mutilations) |
| 15n | "Youth Terms" **AND** (self around 3 regulate) |
| 15o | "Youth Terms" **AND** (self around 3 regulates) |
| 15p | "Youth Terms" **AND** (self around 3 regulated) |
| 15q | "Youth Terms" **AND** (self around 3 regulating) |
| 15r | "Youth Terms" **AND** (self around 3 regulation) |
| 15s | "Youth Terms" **AND** (self around 3 regulations) |
| 16 | "Youth Terms" **AND** (Covid OR "Covid-19" OR coronavirus OR pandemic OR lockdown OR "locked down" OR "lock down" OR quarantine OR quarantines OR "social distance" OR "social distancing" OR "socially distance" OR isolate OR isolation OR isolates OR isolated) |
| 17 | "Youth Terms" **AND** (svap OR svape OR svapes OR vape OR vapes OR ecigarette OR "e-cigarette" OR ecigarettes OR "e-cigarettes" OR "ecig" OR "e-cig" OR cig OR ecigs OR "e-cigs" OR cigs OR cigarette OR cigarettes OR smoke OR smokes OR smoking OR smoked OR nicotine OR tobacco OR pot OR cannabis OR weed OR marijuana OR herb OR heroin OR crack OR cocaine OR fentanyl OR fenty OR opioid OR opioids OR opiate OR opiates OR meth OR methamphetamine OR oxy OR oxycontin OR painkiller OR painkillers OR narcotic OR narcotics OR drug OR drugs OR alcohol OR alcoholic OR alcoholics OR alcoholism OR Juul) |
| | **Other Case Issues Strings** |
| 18a | "Youth Terms" AND (policy OR policies OR practice OR practices OR presentation) |
| 18b | "Youth Terms" AND (assembly OR assemblies OR initiative OR initiatives) |

**MDL 3047 – 2024-11-29 Meta Proposal to Colorado (Revised 12-13 for Technical Issues)**

| 18c | "Youth Terms" AND (intervene OR intervenes OR intervention OR interventions OR intervening OR prevent OR prevents OR prevented OR preventative OR preventing OR prevention OR limit OR limits OR limited OR limiting OR control OR controls OR controlled OR controlling) |
|---|---|
| 18d | "Youth Terms" AND (legislation OR legislative OR legislate OR legislates OR advocacy OR lobby OR lobbies OR lobbying OR lobbyist OR lobbyists OR law OR laws) |
| 18e | "Youth Terms" AND (suspend OR suspends OR suspension OR suspensions OR suspended OR suspending OR revoke OR revoking OR revoked OR fine OR fines OR fined OR fining OR sanction OR sanctions OR sanctioned OR sanctioning OR cancel OR cancels OR canceled OR canceling OR cancelation OR abandon OR abandons OR abandoned OR abandoning OR ban OR banned OR banning) |
| 18f | "Youth Terms" AND (concern OR concerns OR concerning OR concerned OR problematic OR investigate OR investigation OR investigated OR investigating OR criminal OR charges OR conviction OR convictions OR arrest OR arrested OR arrests OR arresting OR "law enforcement") |
| 18g | "Youth Terms" AND (deceptive OR deceive OR deceiving OR deceived OR deceives OR fraud OR fraudulent OR frauds OR defraud OR defrauded OR defrauds OR defrauding OR cheat OR cheating OR cheated OR cheats OR lie OR lies OR lied OR misrepresent OR misrepresents OR misrepresented OR misrepresenting OR misrepresentation OR misrepresentations OR mislead OR misleading OR misleads OR misled OR scheme OR schemes OR scheming OR schemed OR exploit OR exploits OR exploited OR exploiting OR exploitation OR exploitations OR trick OR tricks OR tricked OR trickery OR tricking OR conceal OR conceals OR concealing OR concealed OR hide OR omit OR omits OR omitted OR omitting OR downplay OR downplays OR downplaying OR downplayed OR suppress OR suppressed OR suppression OR suppressing OR suppresses OR "cover up" OR "Consumer Protection Act" OR "consumer protection") |