1  SUSAN KOEHLER SULLIVAN (SBN 156418)
   *Susan.Sullivan@clydeco.us*
2  CLYDE & CO US LLP
   355 S. Grand Avenue, Suite 1400
3  Los Angeles, CA 90071
   Telephone:   (213) 358-7600
4  Facsimile:   (213) 358-7650

5  *Attorneys for FEDERAL INSURANCE COMPANY*

8              UNITED STATE DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                    OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR-PHK<br><br>**LETTER BRIEF REQUESTING ALTERNATIVE DATE FOR HEARING ON META'S MOTION TO RELATE INSURANCE ACTION** |
| THIS FILING RELATES TO:<br><br>    3:24-cv-9500 | |

[Attorneys/Law Firms Continued]

MICHAEL S. SHUSTER (pro hac vice forthcoming)
BLAIR E. KAMINSKY (pro hac vice forthcoming)
DANIEL M. HOROWITZ (pro hac vice forthcoming)
HOLWELL SHUSTER AND GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
mshuster@hsgllp.com
bkaminsky@hsgllp.com
dhorowitz@hsgllp.com

*Attorneys for Federal Insurance Company*

39690481                                1

1  Dear Judge Rogers:

2      Pursuant to the Court's January 14, 2025 Order (ECF 1531), on behalf of Federal Insurance Company ("Federal") we request the Court reset the hearing date
3  for the administrative motion filed by Plaintiff Meta captioned Motion to Consider Whether Cases Should Be Related (the "Motion to Relate Insurance Action").

4

5      Per ECF 1531, on January 14, 2025, this Court ordered the parties to meet and confer by January 15, 2025, to file a joint statement by January 16, 2025 and the Court noted: "If necessary, the insurance companies may appear remotely on Friday,
6  January 17th or, if necessary, the Court can set a separate date to discuss the issues,"

7      On the evening of January 14, 2025, counsel for Federal notified Meta's counsel that they had multiple conflicts with the Friday January 17, 2025 hearing
8  date. On January 15, 2025, counsel for Federal reiterated during the parties' meet and confer that they had conflicts on Friday and would need to request alternative
9  dates – as expressly permitted by the Court's January 14 Order.

10      Meta's counsel confirmed it would not object to Federal's request for alternative dates, while asserting that it was available to proceed on Friday.
11  Hartford's counsel consents to Federal's request.

12      Accordingly, Federal respectfully requests that the Court reset a different hearing date for Meta's Motion to Relate Insurance Action.

13

14

15  Dated: January 16, 2025        CLYDE & CO US LLP

16

17      By: */s/ Susan Koehler Sullivan*
        SUSAN KOEHLER SULLIVAN (Bar No. 156418)
        CLYDE & CO US LLP
18          355 S. Grand Avenue, Suite 1400 Floor
        Los Angeles, California 90071
19          Tel: (213) 358-7600
        Fax: (213) 358-7650
20          susan.sullivan@clydeco.us

21          HOLWELL SHUSTER AND GOLDBERG LLP
        MICHAEL S. SHUSTER (pro hac vice)
22          BLAIR E. KAMINSKY (pro hac vice)
        DANIEL M. HOROWITZ (pro hac vice)
23          425 Lexington Avenue, 14th Floor
        New York, NY 10017
24          Tel: (646) 837-5151
        Fax: (646) 837-5150
25          mshuster@hsgllp.com
        bkaminsky@hsgllp.com
26          dhorowitz@hsgllp.com

27          *Attorneys for FEDERAL INSURANCE COMPANY*

28

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600