Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**META DEFENDANTS' OPPOSITION TO FEDERAL INSURANCE COMPANY'S LETTER BRIEF REQUESTING AN ALTERNATE HEARING DATE** |

Defendants Meta Platforms, Inc. and Instagram, LLC (collectively "Meta") file this submission to oppose the letter brief that Federal Insurance Company ("Federal") filed today regarding the pending Administrative Motion to Relate.  *See* Dkt No. 1562.  Meta objects to moving the hearing date and is prepared to proceed tomorrow during the scheduled Case Management Conference.  During the parties' meet and confer, Meta's counsel noted that Federal was free to file a request if it wished, but never indicated that it "would not object to Federal's request for alternative dates" as Federal has asserted.

DATED: January 16, 2025

COVINGTON & BURLING LLP
By:  /s/ *Ashley M. Simonsen*

Martin H. Myers, SBN 130218
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2615
Telephone: +1 (415) 591-6000
Fax: +1 (415) 591-6091
Email: mmyers@cov.com

Heather W. Habes, SBN 281452
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: hhabes@cov.com
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC;*

*Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*