Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META DEFENDANTS' REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare and state as follows:

1. I am an attorney with the law firm Covington & Burling, LLP and represent Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. in the above-captioned case. The declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached as **Exhibit A** is a true and correct copy of a Proof of Service of Summons and Complaint reflecting service of Meta Defendant's Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion"), the Complaint, Summons, and other case originating documents on Hartford Casualty Insurance Company on January 8, 2025.

3. Attached as **Exhibit B** is a true and correct copy of a Proof of Service of Summons and Complaint reflecting service of Meta Defendant's Administrative Motion, the Complaint, Summons, and other case originating documents on Federal Insurance Company on January 8, 2025.

4. Attached as **Exhibit C** is a true and correct copy of a Proof of Service of Summons and Complaint reflecting service of Meta Defendant's Administrative Motion, the Complaint, Summons, and other case originating documents on Sentinel Insurance Company Ltd. on January 8, 2025.

5. Attached as **Exhibit D** is a true and correct copy of a Proof of Service of Summons and Complaint reflecting service of Meta Defendant's Administrative Motion, the Complaint, Summons, and other case originating documents on Starr Indemnity and Liability Company on January 8, 2025.

6. Attached as **Exhibit E** is a true and correct copy of a Proof of Service of Summons and Complaint reflecting service of Meta Defendant's Administrative Motion, the Complaint, Summons, and other case originating documents on Old Republic Insurance Company on January 10, 2025.

7. Attached as **Exhibit F** is a true and correct copy of a Proof of Service of Summons and Complaint reflecting service of Meta Defendant's Administrative Motion, the Complaint, Summons, and other case originating documents on Zurich American Insurance Company on January 10, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on January 16, 2025.

By:     */s/ Ashley M. Simonsen*
           Ashley M. Simonsen