# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Heather W. Habes (SBN 281452); Regan J. Hines (SBN 347586)<br>**COVINGTON & BURLING LLP**<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (424) 332-4800   FAX NO. *(Optional):* (424) 332-4749<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Instagram, LLC and Meta Platforms, Inc. | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: INSTAGRAM, LLC, ET AL.<br><br>DEFENDANT/RESPONDENT : HARTFORD CASUALTY INSURANCE COMPANY, ET AL. | CASE No.:<br><br>**3:24-cv-09500-LB** |
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>**COVBU-0189216.KW** |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action        e. [ ] First Amended Complaint
   b. [X] Complaint                         f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet                 g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents):* Federal Rule Of Civil Procedure 7.1 Disclosure Statement And Civil Local Rule 3-15 Certification Of Conflicts And Interested Entities Of Persons; Order Setting Initial Case Management Conference And ADR Deadlines; Consent Or Declination To Magistrate Judge Jurisdiction; Meta Defendants' Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Ashley M Simonsen; [Proposed] Order On Meta Defendants' Administrative Motion To Consider Whether Cases Should be related

3. a. Party served *(specify name of party as shown on documents served)*:
   **Hartford Casualty Insurance Co**
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Amanda Garcia - CT Corporation System, agent of service by serving Jessie Gastelum, agent, (authorized to accept)**

4. Addres where the party was served: **330 N. Brand Blvd., Suite 700, Glendale, CA 91203**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **01/08/25**   (2) at *(time):* **11:05 AM**

   b. [ ] **By Substituted Service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a)*:

       (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
       *(date):*           from *(city):*                    or [ ] A Declaration of Mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: INSTAGRAM, LLC, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HARTFORD CASUALTY INSURANCE COMPANY, ET AL. | 3:24-cv-09500-LB |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*            (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      
      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
           [ ] Other

7. **Person who served papers**
   a. Name: AUGUST KUND
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 135.58
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i) [ ] Owner      [ ] Employee      [X] Independent contractor.
         (ii) Registration No.: 2017038478
         (iii) County: LOS ANGELES

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01/10/25

AUGUST KUND            ▶      *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com