# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Heather W. Habes (SBN 281452); Regan J. Hines (SBN 347586) <br> **COVINGTON & BURLING LLP** <br> 1999 Avenue of the Stars, Suite 3500 <br> Los Angeles, CA 90067 <br> TELEPHONE NO.: (424) 332-4800   FAX NO. *(Optional):* (424) 332-4749 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Instagram, LLC and Meta Platforms, Inc. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **FOR THE NORTHERN DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: INSTAGRAM, LLC, ET AL. <br><br> DEFENDANT/RESPONDENT : HARTFORD CASUALTY INSURANCE COMPANY, ET AL. | CASE No.: <br><br> **3:24-cv-09500-LB** |
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.: <br> **COVBU-0189219.KW** |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action          e. [ ] First Amended Complaint
   b. [X] Complaint                          f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet                  g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents):* Federal Rule Of Civil Procedure 7.1 Disclosure Statement And Civil Local Rule 3-15 Certification Of Conflicts And Interested Entities Of Persons; Order Setting Initial Case Management Conference And ADR Deadlines; Consent Or Declination To Magistrate Judge Jurisdiction; Meta Defendants' Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Ashley M Simonsen; [Proposed] Order On Meta Defendants' Administrative Motion To Consider Whether Cases Should be related

3. a. Party served *(specify name of party as shown on documents served):*
   **Sentinel Insurance Company Ltd.**
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Amanda Garcia - CT Corporation System, agent of service by serving Jessie Gastelum, agent, (authorized to accept)**

4. Addres where the  party was served: **330 N. Brand Blvd., Suite 700, Glendale, CA 91203**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **01/08/25**   (2) at *(time):* **11:05 AM**
   b. [ ] **By Substituted Service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*
      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          **or [ ]** A Declaration of Mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| PLAINTIFF/PETITIONER: INSTAGRAM, LLC, ET AL.<br>DEFENDANT/RESPONDENT: HARTFORD CASUALTY INSURANCE COMPANY, ET AL. | CASE NUMBER:<br>3:24-cv-09500-LB |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                  (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      
      [ ] 416.10 (corporation)                [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)        [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)              [ ] 415.46 (occupant)
                                              [ ] Other

7. **Person who served papers**
   a. Name: AUGUST KUND
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 45.00
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i)  [ ] Owner   [ ] Employee   [X] Independent contractor.
         (ii) Registration No.: 2017038478
         (iii) County: LOS ANGELES

8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ]  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01/10/25

| AUGUST KUND | *(signature)* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.Forms*Workflow*.com