# EXHIBIT F

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Heather W. Habes (SBN 281452); Regan J. Hines (SBN 347586)<br>**COVINGTON & BURLING LLP**<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (424) 332-4800     FAX NO. *(Optional):* (424) 332-4749<br>E-MAIL ADDRESS *(Optional)*<br>ATTORNEY FOR *(Name):* Instagram, LLC and Meta Platforms, Inc. | *FOR COURT USE ONLY* |
|---|---|

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: INSTAGRAM, LLC, ET AL.<br><br>DEFENDANT/RESPONDENT : HARTFORD CASUALTY INSURANCE COMPANY, ET AL. | CASE No.:<br><br>**3:24-cv-09500-LB** |
|---|---|
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>**COVBU-0189220.KW** |

*(Separate proof of service is required for each party served.)*

1.   At the time of service, I was at least 18 years of age and not a party to this action.

2.   I served copies of:
   a.   [X] Summons in a Civil Action          e. [ ] First Amended Complaint
   b.   [X] Complaint                             f. [ ] Second Amended Complaint
   c.   [X] Civil Cover Sheet                     g.[ ] Third Amended Complaint
   d.   [X] Other *(specify documents):*  Federal Rule Of Civil Procedure 7.1 Disclosure Statement And Civil Local Rule 3-15 Certification Of Conflicts And Interested Entities Of Persons; Order Setting Initial Case Management Conference And ADR Deadlines; Consent Or Declination To Magistrate Judge Jurisdiction; Meta Defendants' Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Ashley M  Simonsen; [Proposed] Order On Meta Defendants' Administrative Motion To Consider Whether Cases Should Be Related

3.   a. Party served *(specify name of party as shown on documents served):*
       **Zurich American Insurance Company**
     b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
       **Rebecca Vang, Corporation Service Company agent, (authorized to accept)**

4.   Address where the party was served: **2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833**

5.   I served the party (check proper box)
     a. [X]   **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   **01/10/25**          (2) at *(time):*   **12:55 PM**

     b. [ ]   **By Substituted Service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

       (1)   [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
       (2)   [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
       (3)   [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
       (4)   [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
           *(date):*          from *(city):*                    or [ ] A Declaration of Mailing is attached.
       (5)   [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.<br>www.FormsWorkflow.com

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: INSTAGRAM, LLC, ET AL.<br>DEFENDANT/RESPONDENT: HARTFORD CASUALTY INSURANCE COMPANY, ET AL. | **3:24-cv-09500-LB** |

5.  c.  [ ]  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                       (2) from *(city):*

    (3) [ ]  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) [ ]  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ]  **By other means** *(specify means of service and authorizing code section):*

  e. [ ]  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  [ ]  as an individual defendant.
  b.  [ ]  as the person sued under the fictitious name of *(specify):*
  c.  [ ]  as occupant.
  d.  [ ]  On behalf of *(specify):*
      Under the following Code of Civil Procedure section:

          [ ]  416.10 (corporation)           [ ]  415.95 (business organization, form unknown)
          [ ]  416.20 (defunct corporation)         [ ]  416.60 (minor)
          [ ]  416.30 (joint stock company/association)   [ ]  416.70 (ward or conservatee)
          [ ]  416.40 (association or partnership)     [ ]  416.90 (authorized person)
          [ ]  416.50 (public entity)             [ ]  415.46 (occupant)
                                               [ ]  Other

7.  **Person who served papers**
  a.  Name: ROBERT J. MASON
  b.  Address: P.O. Box 861057, Los Angeles, CA 90086
  c.  Telephone number: (213) 975-9850
  d.  **The fee** for service was: $ 185.00
  e.  I am:

    (1) [ ]  Not a Registered California process server.
    (2) [ ]  Exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] a Registered California process server:
        (i)   [ ]  Owner     [ ]  Employee    [X]  Independent contractor.
        (ii)  Registration No.: 03007
        (iii) County: PLACER

8.  [X]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        or

9.  [ ]   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 01/15/25

| ROBERT J. MASON | ► | |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.<br>www.FormsWorkflow.com