**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Camryn Gillespie

v.                                                                Case # 4:22-MD-03047-YGR

Snap et. al.

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT SNAP PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Camryn Gillespie hereby gives notice that this action is voluntarily dismissed with prejudice against Defendant Snap.

Respectfully Submitted,

*/s/ Tristan Gillespie*
Tristan Gillespie, Esq.
1200 NW 18th Street Suite 700
Washington, DC 20036
Gillespie.tristan@gmail.com