Annie Kouba (pro hac vice)
akouba@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29565
Telephone: (843) 834-2495
Facsimile: (843) 216-9450

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*N.K., filed on behalf of S.K., v. Meta Platforms, Inc.* Case No. 4:23-cv-01584 | **DECLARATION OF SLOANE KREKELER AND OF NICOLE KREKELER WILLIAMSON IN SUPPORT OF NICOLE KREKELER WILLIAMSON'S ATTENDANCE AT DEPOSITION OF SLOANE KREKELER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

In accordance with guidance from the Court provided at the Discovery Management Conference on January 16, 2025, Counsel for Plaintiff Sloane Krekeler hereby provide the attached declarations of Sloane B. Krekeler as Exhibit A and Nicole Krekeler Williamson as Exhibit B.

Dated: January 21, 2025

Respectfully submitted,

/s/ Annie Kouba_____

|   |   |
|---|---|
| 1 | Previn Warren |
| 2 | Annie Kouba |
|   | **MOTLEY RICE LLC** |
| 3 | 28 Bridgeside Blvd. |
|   | Mt. Pleasant, SC 29464 |
| 4 | T: 843.834.2495 |
|   | akouba@motleyrice.com |

- 2 -

DECL. OF NICOLE KREKELER WILLIAMSON AND
SLOANE KREKELER
CASE NO. 4:22-MD-03047-YGR