# Exhibit A

I, Sloane B. Krekeler, do hereby declare and state as follows:

1. My mother is Nicole Krekeler Williamson. She filed this case on my behalf when I was sixteen years old.

2. I turned eighteen on December 11, 2024. Until then, my mother served as Guardian ad Litem in this case.

3. I am currently a high school student in the twelfth grade, and I live at home with my mother and step-father.

4. I understand that my case involves some of the mental health issues I have experienced, including my ongoing anxiety.

5. I have never given testimony or participated in a deposition.

6. My case includes potential questioning from Defendants regarding difficult periods in my life, including times when I was hospitalized and dealing with a severe eating disorder, among other mental health issues.

7. I anticipate that my deposition may be a long and difficult day, and until a few weeks ago, when I turned eighteen, I knew that I would be able to have my mother with me during my deposition, which made me feel more at ease.

8. I am requesting that my mother be allowed to be in the room with me during my deposition by Defendants.

9. Having my mother present would provide me with a lot of comfort and support as I am anxious that the format and the subject matter of the deposition may be difficult or upsetting.

I, Sloane B. Krekeler, declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on: January 21, 2025

Signed by: Krekeler, Sloane B.
9D73FA65236C4B6...

Sloane B. Krekeler