# Exhibit B

I, Nicole Krekeler Williamson, do hereby declare and state as follows:

1. My daughter is Sloane Krekeler. I filed this case on her behalf, as Guardian Ad Litum on April 3, 2023 when she was sixteen years old.

2. Sloane turned eighteen years old on December 11, 2024. Until then, I served as Guardian ad Litem on her behalf.

3. Sloane only very recently reached the age of majority, turned eighteen years old, but is still in high school, and lives at home with her step-father and myself.

4. Sloane's case involves issues of her mental health, including her struggles with anxiety, depression, and eating disorders.

5. Because of the nature of her claim, I understand that Defendants may ask questions regarding difficult periods in Sloane's life.

6. Until recently, when Sloane turned eighteen, we both knew that I would be able to be present during her deposition to provide her with support.

7. Throughout this process, Sloane has asked that I be with her during her deposition to make her feel more at ease.

8. Sloane has consistently repeated her request that I be with her at her deposition, and therefore I ask the Court to allow me to be present with my child during her deposition, as I understand I would have been allowed to be by right just a few weeks ago.

I, Nicole Krekeler Williamson, declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on: January 21, 2025

*Nicole Krekeler Williamson*
DocuSigned by: 0BE4A0FC349B439...

Nicole Krekeler Williamson