# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**[PROPOSED] ORDER RE JOINT DISCOVERY LETTER BRIEF ON CERTAIN NONCUSTODIAL YOUTUBE DATABASES (DKT. 1540) AND JOINT LETTER BRIEF ON RFP NOS. 37 AND 50 (DKT. 1542)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to oral argument heard during the Court's January 16, 2025, Discovery Management Conference, the Court hereby ORDERS the following regarding PI/SD Plaintiffs and Defendants YouTube, LLC and Google LLC (together, "YouTube"), (collectively, the "Parties"), Joint Letter Brief re Certain Noncustodial YouTube Databases (Dkt. 1540) and Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (Dkt. 1542).

**Joint Letter Brief re Certain Noncustodial YouTube Databases (Dkt. 1540)**

1) With respect to Plaintiffs' request that the Court order YouTube to adopt Plaintiffs' proposed sampling procedure for non-custodial source "F," the Joint Letter Brief is withdrawn without prejudice in light of the resolution reached by the Parties on the day of the Discovery Management Conference without need for Court intervention.

2) With respect to Plaintiffs' request to compel YouTube to have one or more persons with actual knowledge of the functionality of the non-custodial sources referenced in the Joint Letter Brief (sources "F," "A," "L," and "B") participate in meet and confers concerning YouTube's searches of those sources, the Court grants Plaintiffs' request to the extent of requiring YouTube to schedule meet and confers with such person or persons participating, with Plaintiffs to provide in writing by January 17, 2025, questions to be answered concerning the functionality of the "F," "A," "L," and "B" sources, and with such meet and confers to be scheduled for times on or before January 27, 2025, or as soon as practicable thereafter based upon the availability of the knowledgeable persons.

**Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (Dkt. 1542)**

3) With respect to Plaintiffs' request that the Court compel YouTube to (1) identify Google custodians and search for and produce historical user interfaces in their files and (2) recreate historical user interfaces from source code and change logs in connection with the Parties' Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces), the Joint Letter Brief is withdrawn without prejudice in light of the resolution reached by the Parties in advance of the Discovery Management Conference without need for Court intervention.

1   **IT IS SO ORDERED**

4   DATED:      January __, 2025

5                                                   _____
                                                    Hon. Peter H. Kang
6                                                   United States District Court Magistrate Judge

8   DATED:      January 21, 2025              **WILSON SONSINI GOODRICH & ROSATI**

9                                             Professional Corporation

11                                            By: */s/ Lauren Gallo White*
                                              Lauren Gallo White (State Bar No. 309075)
                                              Samantha A. Machock (State Bar No. 298852)
12                                            WILSON SONSINI GOODRICH & ROSATI PC
                                              One Market Plaza, Spear Tower, Suite 3300
13                                            San Francisco, CA 94105
                                              Telephone: (415) 947-2000
14                                            Facsimile: (415) 947-2099
                                              Email: lwhite@wsgr.com
15                                            Email: smachock@wsgr.com

16                                            Brian M. Willen (*pro hac vice*)
                                              WILSON SONSINI GOODRICH & ROSATI PC
17                                            1301 Avenue of the Americas, 40th Floor
                                              New York, New York 10019
18                                            Telephone: (212) 999-5800
                                              Facsimile: (212) 999-5899
19                                            Email: bwillen@wsgr.com

20                                            Christopher Chiou (State Bar No. 233587)
                                              Matthew K. Donohue (State Bar No. 302144)
21                                            WILSON SONSINI GOODRICH & ROSATI PC
                                              953 East Third Street, Suite 100
22                                            Los Angeles, CA 90013
                                              Telephone: (323) 210-2900
23                                            Facsimile: (866) 974-7329
                                              Email: cchiou@wsgr.com
24                                            Email: mdonohue@wsgr.com

25                                            *Attorneys for Defendants YouTube, LLC and Google LLC*

27  DATED:      January 21, 2025              By: */s/ Lexi J. Hazam*
                                              LEXI J. HAZAM
28                                            **LIEFF CABRASER HEIMANN &**

|    |                                              |
|----|----------------------------------------------|
| 1  | **BERNSTEIN, LLP**                           |
|    | 275 Battery Street, 29th Floor               |
| 2  | San Francisco, CA 94111-3339                 |
|    | Telephone: 415-956-1000                      |
| 3  | lhazam@lchb.com                              |

<br>

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104

Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL

**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

|   |   |
|---|---|
| | RUTH THI RIZKALLA |
| | **THE CARLSON LAW FIRM, P.C.** |
| | 1500 Rosecrans Ave., Ste. 500 |
| | Manhattan Beach, CA 90266 |
| | Telephone: 415-308-1915 |
| | rrizkalla@carlsonattorneys.com |
| | |
| | ROLAND TELLIS |
| | DAVID FERNANDES |
| | **BARON & BUDD, P.C.** |
| | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| | Telephone: (818) 839-2333 |
| | Facsimile: (818) 986-9698 |
| | rtellis@baronbudd.com |
| | dfernandes@baronbudd.com |
| | |
| | MELISSA YEATES |
| | JOSEPH E. MELTZER |
| | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Telephone: 610-667-7706 |
| | myeates@ktmc.com |
| | jmeltzer@ktmc.com |
| | |
| | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| | **DICELLO LEVITT** |
| | 505 20th St North Suite 1500 |
| | Birmingham, Alabama 35203 |
| | Telephone: 205.855.5700 |
| | fu@dicellolevitt.com |
| | |
| | Plaintiffs' Steering Committee Membership |
| | |
| | *Attorneys for Plaintiffs* |

### ATTESTATION

I, Audrey Siegel, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 21, 2025

By: */s/ Audrey Siegel*
    Audrey Siegel
