# EXHIBIT 2



Youth X-Meta Planning: Phase II kickoff with App POCs
A/C Priv

April 2022

HIGHLY CONFIDENTIAL (COMPETITOR)

# Youth X-Meta Planning Task Force:

**Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.**

**Phase 1: Youth "State of the Union" (**completed**)**
- Youth Framework
- State and gaps identified
- Northstar

**Phase 2: Youth Plan & H2 Roadmap** ⬅------ Focus for next 2 weeks
- Plan / Prioritization
- Trade-Offs / Staffing
- External Engagement

HIGHLY CONFIDENTIAL (COMPETITOR)

Agenda
Youth X-Meta

Phase 1 (SOTU): Recap

Phase 2 (Plan)

Next Steps

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000273

## Phase I (SOTU) Executive Summary

- **Goal:** Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

- **Context:** New regulations focused on age appropriate design are being passed around the world, **PRIV** but are still behind competitors, **PRIV** Additionally, lost trust with parents is now top driver reported by teens for not joining Instagram.

- **Our Approach:** We've created a framework, informed by teens/parents/guardians, experts and existing/upcoming regulations, to evaluate our X-Meta products holistically. We collected the current state across all apps, in collaboration with leads from product/policy/central privacy/legal, and formed a gap analysis. Our next phase is to finalize a x-Meta H2'22 roadmap.

- **12-18 months Northstar:** Our proposal for northstar is to **PRIV** (2) Play "offense" and lead the industry on both Teen Safety and Parental Supervision.

- ## PRIV

  5. Parental Supervision: opportunity to provide meaningful features to earn trust with parents/stakeholders + **PRIV**

  **PRIV**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

## PRIV

| | |
|---|---|
| Well-being: **PRIV** industry leading tools on IG, | **PRIV** |
| Data Use: Highly dependent on Basic Ads shipping | **PRIV** |
| Age Appropriate Experiences: WA does not collect age. | **PRIV** |

HIGHLY CONFIDENTIAL (COMPETITOR)



META3047MDL-085-00000275

## Exec Review Feedback

1. **Aligned on the overall framework and high level gaps.**
2. **More specifics on what's underlying the color coding.**
3. **Flesh out the proposed strategy, including comms and external engagement.**
4. **(Offline from** ▮▮▮ **Wants to ensure PG leads are aware of staffing needed to address gaps.**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

### PRIV

| | |
|---|---|
| Well-being: **PRIV** industry leading tools on IG, | **PRIV** |
| Data Use: Highly dependent on Basic Ads shipping | **PRIV** |
| Age Appropriate Experiences: WA does not collect age; | **PRIV** |

META3047MDL-085-00000276

Agenda
Youth X-Meta

Phase 1 (SOTU): Recap

Phase 2 (Plan)

Next Steps

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000277

## What we need to align on?

- **18 month goal: Meta's "Youth Standard" across Youth areas.**
- **6 month goal: What are we actually planning to accomplish next half?**
- **Staffing: What is the current staffing and gaps we have to achieve the 6-18 months goals?**
- **Open questions: What open questions do we have for each area?**

███ **to walk through data collection process...**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

| **PRIV** |
|---|
| Well-being: PRIV industry leading tools on IG, PRIV |
| Data Use: Highly dependent on Basic Ads shipping PRIV |
| Age Appropriate Experiences: WA does not collect age; **PRIV** |

HIGHLY CONFIDENTIAL (COMPETITOR)

# Agenda
## Youth X-Meta

Phase 1 (SOTU): Recap

Phase 2 (Plan)

Next Steps

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000279

## Next Steps

- 5/3 (Today): Phase 2 bottoms up plan/staffing kick off
- **5/5: Phase 2 bottoms up plan/staffing reviews and collection (in <u>scorecard quip</u>)**
- **5/6 (<u>EOW</u>): Final Draft ready and shared with Youth/App Drivers**
- **5/10: Pre-Review with Exec stakeholders ███████████ et al)**
- **5/13: Review Plan with ███████**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

| PRIV | | |
|---|---|---|
| Well-being: PRIV industry leading tools on IG, | PRIV | |
| Data Use: Highly dependent on Basic Ads shipping | PRIV | |
| Age Appropriate Experiences: WA does not collect age; | PRIV | |

HIGHLY CONFIDENTIAL (COMPETITOR)

Appendix

HIGHLY CONFIDENTIAL (COMPETITOR)



x-Meta Youth:

PRIV

PRIV

**PRIV** "youth standard" and build external legitimacy for it with child development experts PRIV

PRIV

OFFENCE

(2) Demonstrate leadership on Teens and Parents empowerment and education, within Instagram and VR/MV, accompanies by direct to consumer marketing, to win back trust.

PRIV

3/ Offense2: win with parents/guardians

PRIV

2/ Industry leading on safety across family.
3/ Industry leading on parental supervision for Apps with strong teen-affinity.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000282



HIGHLY CONFIDENTIAL (COMPETITOR)

**PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000284

**PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)

**PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)



Pre-Read
## State of Union Details by Youth Area

HIGHLY CONFIDENTIAL (COMPETITOR)



**1/ Safety:**

**PRIV**

**PRIV**

- MV:
  - **+ Horizon-specific safety controls:** Personal Boundary, Safe Zone, Report evidence capture

**PRIV**

Number of added protections unique to Horizon.
Personal Boundary
Safe Zone (a space from which you can block/mute/report other users)
Report Evidence Capture (video submitted on a rolling buffer of last 2 minutes so we can capture bad behavior in the moment)
Live moderation (responds to block/mutes/report)
Guides (trained staff) can now kick/mute disruptive players.

**PRIV**

META3047MDL-085-00000289

| 2/ Well-being: | **PRIV** |
|---|---|

**PRIV**

- **IG:** We believe we have the right product bets but need to complement them with research transparency and external engagement.

# PRIV

**PRIV**

                    META3047MDL-085-00000290

**3/ Data use:** PRIV progress towards Basic
Ads launch in H2

PRIV

PRIV progress

with "Basic Ads", now expected Nov'22.

PRIV

- VR + MV: PRIV not serving ads yet.

# PRIV

## 4/ Age-appropriate experiences:



META3047MDL-085-00000292

## 5/ **Parental Supervision:** opportunity to provide meaningful features to earn trust with parents/stakeholders + **PRIV**

**PRIV**

- **IG:**
  - V1 launched in March with fast follow features and global rollout planned for June.
  - Expand on parental insights/controls for teen's content/privacy/msg settings and parent insights on content categories.

- **VR/MV:**
  - Plan to launch v1 this quarter w screen time, per app blocking, social controls.
  - Evolve during H2 and '23.

<u>Competitive analysis</u>



*Parental Supervision on IG, v1 launched March/'22*



*Parental Supervision on VR, slated for Q2/'22*

Also Empowering teens as they age up.

**PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)

**PRIV**

| PRIV | upcoming launches |
|------|-------------------|

# PRIV

On MWB, we are using actor signals to reduce access to large groups between suspicious actors. CI is working on disrupting csam networks.

we have an e2ee resilient bad actor model that we're using to identify CSAM networks on FB / Messenger. We're building this out for IG as well.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000294

APPENDIX 1
## State of Union Details

HIGHLY CONFIDENTIAL (COMPETITOR)



META3047MDL-085-00000296



APPENDIX 2
## State of Union Details by App

META3047MDL-085-00000297

Instagram

**PRIV**

**PRIV**

("Basic Ads"    **PRIV**    ETA Nov '22).

- Age-appropriate experiences:    **PRIV**

  PRIV    behind competition;

Focus Area 4 |
Age
Appropriate
Experiences

**PRIV** behind
competition;

**PRIV**

META3047MDL-085-00000298



PRIV

Message delivery: The default for teen accounts is that they will receive message requests from friends of friends on FB (as opposed to the less restrictive "Chats" or more restrictive "Don't receive requests"); the default for others on FB and accounts on IG is also message requests (as opposed to the more restrictive "Don't receive requests" - there is no less restrictive option).
Active status: the toggle is defaulted to "on" meaning it will show other MSGR users when the Teen is active and when they're active together. The Help Center explains how Active Status works.
Story audience: defaulted to "Friends only" (the only other option is "Custom").

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000299



Message delivery: The default for teen accounts is that they will receive message requests from friends of friends on FB (as opposed to the less restrictive "Chats" or more restrictive "Don't receive requests"); the default for others on FB and accounts on IG is also message requests (as opposed to the more restrictive "Don't receive requests" - there is no less restrictive option). Active status: the toggle is defaulted to "on" meaning it will show other MSGR users when the Teen is active and when they're active together. The Help Center explains how Active Status works. Story audience: defaulted to "Friends only" (the only other option is "Custom").

META3047MDL-085-00000300

| Messenger Kids | **PRIV** |



**PRIV**

Message delivery: The default for teen accounts is that they will receive message requests from friends of friends on FB (as opposed to the less restrictive "Chats" or more restrictive "Don't receive requests"); the default for others on FB and accounts on IG is also message requests (as opposed to the more restrictive "Don't receive requests" - there is no less restrictive option).
Active status: the toggle is defaulted to "on" meaning it will show other MSGR users when the Teen is active and when they're active together. The Help Center explains how Active Status works.
Story audience: defaulted to "Friends only" (the only other option is "Custom").

HIGHLY CONFIDENTIAL (COMPETITOR)

**WhatsApp**

PRIV

PRIV

FOCUS AREA 3
Data Use

No ads •

PRIV

PRIV

PRIV

---

PRIV

Safety: WA has a hard stance on encryption for message content which can not be analyzed for safety features. For non encrypted data          PRIV          (we scan fro CSAM/etc.).          PRIV

PRIV

Any help needed from the Youth v-team?

HIGHLY CONFIDENTIAL (COMPETITOR)

## VR (Foundations+Ecosystem)

**PRIV**

- **Safety:** VR platform provides app store services + a social layer (incl. Oculus chat, "Co-presence", etc).
  1. App store currently relies on external age rating agencies, **PRIV**

**PRIV**

| FOCUS AREA 3 | No ads |
| --- | --- |
| Data Use | |

| FOCUS AREA 4 | **PRIV** |
| --- | --- |
| Age Appropriate Experience | - Blocking app downloads/ purchases coming May'22. |

**PRIV**

- **Well-Being:** **PRIV** currently limited battery prevents extended use of device, **PRIV**
- Age appropriate Experiences:
  **PRIV**
  2. **PRIV** (Quest commonly used as a household shared device).

**PRIV**

**PRIV**

META3047MDL-085-00000303

| MV (Horizon + other 1st party apps) | | PRIV |
| :---: | :---: | :---: |
| **PRIV** | | |
| • Well-being: **PRIV** controls (safe zone, personal boundary) are not teen-specific: **PRIV** | | |

| | FOCUS AREA 3 Data Use | No ads | |
| :---: | :--- | :--- | :---: |
| **PRIV** | FOCUS AREA 4 Age Appropriate Experience | Underage reporting coming up in H1; **PRIV** | PRIV |

**PRIV**

META3047MDL-085-00000304

| Portal | PRIV |
|---|---|

PRIV

PRIV

| Focus Area 3 \| Data Use | No ads | PRIV |

PRIV

Do we foresee WB challenges (time spent, usages that make teens feel worse)
Can device management tackle installing of new apps etc.
Are ads expected on the platform? [also on the TV format]

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000305



APPENDIX 4
Competitive Analysis

META3047MDL-085-00000306

## Competitive Landscape: We're Behind Competitors, Especially Yt /G

| Feature | (IG / Meta) | (TikTok) | (YT / G) | (Snap) |
|---|---|---|---|---|
| **Parental supervision** | Yes<br>*IG:* Parental supervision launched in Q1 (US only to start)<br>*Oculus:* parental controls launching in Q3 | Yes<br>Family mode available globally | Yes<br>Family Link / Supervised Acct<br>Supervised Experiences on YT<br>YouTube Kids App | X<br>~~Preannounced~~ future plans to build family safety tools |
| **Privacy & Safety Defaults** | Yes<br>*IG:* private by default, tags & mentions<br>*FB:* Teen default updates launching H1<br>*Oculus:* teen defaults package planned for Q2 Simile launch [details TBD] | Yes<br>No DMs, private by default, and remix restrictions for u16. | Yes<br>YT teen upload private by default; Location History off by default; | Yes<br>No public profiles for u18s |
| **Age Appropriate Content** | Yes - Limited<br>*IG:* Alternate Topic Nudge coming in H1, reactive age gating, "safe search" for u18 would bring IG to green<br>*FB:* Reactive age gating; FB watch content ratings<br>*Oculus:* parental approval for age-restricted app/browser access | Yes<br>Restricted mode | Yes<br>SafeSearch; age-restricted ads | Yes<br>Closed content ecosystem |
| **Youth Ads** | Yes (Targeting & Content Limits)<br>*FOA:* Limited targeting options for advertisers; ranking limits planned for H2 | X | Yes (Targeting & Content Limits)<br>No ads targeting on age, gender, interests for u18s; age-restricted ads policies | Yes - Limited (Content Only)<br>Age-restricted ad policies |
| **Age Assurances** | Yes - Limited<br>*IG:* Age model expansion, u13 reporting improvements, AV menu of options planned for H1<br>*FB:* limited age model expansion in H1; AV menu in H2<br>*Oculus:* age model exploration | Yes - Limited<br>Proactive detection that moves accounts into their u13 experience | Yes<br>*YT:* Age ~~verification~~ for mature content if systems unable to establish viewer is 18+ | Yes - Limited (Restricted Acct)<br>Use of AI for age-gating ~~restricted ad~~ ~~content~~ |
| **Screen Time** | Yes - Limited (IG Only)<br>*IG:* Take a Break<br>*FB:* No<br>*Oculus:* TBD | Yes<br>Screen time limits, quiet time by default for u18 (no push notifs at night) | Yes<br>No autoplay for videos | |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000307

Benchmarking:



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000308



HIGHLY CONFIDENTIAL (COMPETITOR)

# Additional Reference Documents

- Parental Supervision Strategy
- Age Appropriate Experience Strategy
- Youth State of Union Source of Truth
- Parent / Teen perception of Meta vs. Competition

Do we foresee WB challenges (time spent, usages that make teens feel worse)
Can device management tackle installing of new apps etc.
Are ads expected on the platform? [also on the TV format]

HIGHLY CONFIDENTIAL (COMPETITOR)

Graveyard

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000311

# Youth X-Meta Planning Task Force:

Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

**Phase 1: Youth "State of the Union"** (<u>completed</u>)
- Youth Framework
- State and gaps identified
- Northstar

**Phase 2: Youth Plan & H2 Roadmap** ←———— *Goal of today*
- Plan / Prioritization
- Trade-Offs / Staffing
- External Engagement

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000312

## Recap: Phase 1 (SOTU) – Executive Summary

- **Goal:** Ensure Meta addresses existing youth regulations, is ready to meet those being passed in the near future, and that teens, parents and stakeholders have confidence in our safety, privacy and well-being practices.

- **Context:** New regulations focused on age appropriate design are being passed around the world, ____PRIV____ but are still behind competitors, ____PRIV____ Additionally, lost trust with parents is now top driver reported by teens for not joining Instagram.

- **Our Approach:** We've created a framework, informed by teens/parents/guardians, experts and existing/upcoming regulations, to evaluate our X-Meta products holistically. We collected the current state across all apps, in collaboration with leads from product/policy/central privacy/legal, and formed a gap analysis. Our next phase is to finalize a x-Meta H2'22 roadmap.

- **12-18 months Northstar:** Our proposal for northstar is to ____PRIV____ (2) Play "offense" and lead the industry on both Teen Safety and Parental Supervision.

# PRIV

5.  Parental Supervision: opportunity to provide meaningful features to earn trust with parents/stakeholders + ____PRIV____

# PRIV

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

# PRIV

**Well-being:** __PRIV__ industry leading tools on IG, ____PRIV____
**Data Use:** Highly dependent on Basic Ads shipping ____PRIV____
**Age Appropriate Experiences:** WA does not collect age ____PRIV____

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000314

## Recap: Phase 1 (SOTU) – Feedback

- **Youth Standards expectations clarity**
- **Strategy**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

| PRIV | | |
|---|---|---|
| Well-being: PRIV industry leading tools on IG, | | PRIV |
| Data Use: Highly dependent on Basic Ads shipping | | PRIV |
| Age Appropriate Experiences: WA does not collect age; | | PRIV |

HIGHLY CONFIDENTIAL (COMPETITOR)

# WIP Phase 1 Follow up

- **Youth Standards expectations clarity**
- **Strategy**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

| PRIV | | |
|---|---|---|
| Well-being: **PRIV** industry leading tools on IG, | **PRIV** | |
| Data Use: Highly dependent on Basic Ads shipping | **PRIV** | |
| Age Appropriate Experiences: WA does not collect age; | **PRIV** | |

HIGHLY CONFIDENTIAL (COMPETITOR)

**PRIV**

**PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-085-00000317



META3047MDL-085-00000318

## Phase 2 – Next Steps

- **Plans – northstar and H2**
- **Staffing**

Our vision: Meta builds the best experiences for youth and parents, ensuring they have the confidence in our privacy, safety, and data practices.

| **PRIV** |
|---|
| Well-being: **PRIV** industry leading tools on IG, **PRIV** |
| Data Use: Highly dependent on Basic Ads shipping **PRIV** |
| Age Appropriate Experiences: WA does not collect age **PRIV** |

HIGHLY CONFIDENTIAL (COMPETITOR)