1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER RE STIPULATION ON SEALING ORDER RESOLVING DISPUTE REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH DEPOSITION OF MIKI ROTHSCHILD**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Resolving Dispute Regarding Privilege Determination in Connection with Deposition of Miki Rothschild ("Order") (ECF 1478), the Court rules as follows on Plaintiffs' and the Meta Defendants' Stipulation on Sealing Order Resolving Dispute Regarding Privilege Determination in Connection with Deposition of Miki Rothschild.

| Document | Action to Be Taken | Court's Order |
|---|---|---|
| Order (ECF 1478) | Redact employee name at page 10, line 25 | |
| ECF 1478-1 (Meta's Ex. A) | Seal entire exhibit | |
| ECF 1478-2 (Meta's Ex. B) | Redact employee names and email addresses | |
| ECF 1478-3 (Meta's Ex. C) | Seal entire exhibit | |

**SO ORDERED.**

DATED: _____

                                                Hon. Peter H. Kang
                                                United States Magistrate Judge