UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>4:24-cv-07868-YGR | MDL No. 3047<br><br>Case No. 4:24-cv-07868-YGR<br><br>**ORDER REJECTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 1579 in No. 22-md-03047 |

Plaintiff Camryn Gillespie's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is **REJECTED**. (Dkt. No. 1579.)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits a plaintiff to voluntarily dismiss an action without court order or joint stipulation of the parties prior to defendants' service of an answer or motion for summary judgment. In this MDL, any actions transferred into or directly filed in this Court have been deemed answered and denied. (No. 22-md-3047, Dkt. No. 119, Case Management Order No. 4 at 4.) The parties met and conferred, and plaintiffs agreed to comply with Federal Rule of Civil Procedure 41(a)(1)(A)(i) with respect to any voluntary dismissals they file going forward. (No. 22-md-3047, Dkt. No. 687, Agenda and Joint Statement for March 22, 2024, Case Management Conference at 11.) Pursuant to Rule 41, then, plaintiffs may not dismiss their actions without a court order unless by a stipulation of dismissal signed by all parties who have appeared, or if a partial dismissal, by the relevant defendant. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court also requests that notices of voluntary dismissal be filed in the plaintiff's member-case docket, with the appropriate caption.

**IT IS SO ORDERED.**

Dated: January 22, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**