UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** January 17, 2025 | **Time:** 38 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jenny Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Nikki D. Riley                **Court Reporter:** Raynee Mercado

PROCEEDINGS

Further Case Management Conference-Held
Motion for Miscellaneous Relief-NOT Held

**Notes:**

The administrative motion to relate Case No. 24-cv-9500 (Dkt. No. 1504) was discussed on the record. Separate order to issue.

The parties have continued to confer regarding the intercircuit assignment of two bellwether cases, McNeal (No. 23-cv-01092) and DeKalb County School District (No. 23-cv-05733). The parties will provide an update to the Court via chambers email as to next steps.

The Court discussed with the parties the status of discovery with the attorneys general and state agencies. The parties are directed to meet and confer and e-file by Tuesday (January 21, 2025) a list of all the discovery issues in one document including 1) when the substantial completion dates are; and 2) proposed deposition dates.

The Court also discussed certain applications for appointment and reappointment to plaintiffs' leadership.

Written order to issue.