Social Media MDL
Case No.: 22-md-3047-YGR     January 17, 2025

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson (Liaison) | Andrus Anderson LLP | *[signed]* |
| Lexi Hazam (Co-Lead) | Lieff Cabraser Heimann & Bernstein LLP | *[signed]* |
| Previn Warren (Co-Lead) | Motley Rice, LLC | *[signed]* |
| Annie Kouba (Co-Lead) | Motley Rice, LLC | *[signed]* |
| Andre M. Mura | Gibbs Law Group LLP | |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check, LLP | *[signed]* |
| Michael Weinkowitz | Levin Sedran & Berman LLP | *[signed]* |
| Brendan Ruddy | Deputy Attorney General, California Department of Justice | Brenł Ruly |
| Margaret Prinzing | Partner, Olson Remcho, CA Executive Agencies | |
| Anna Ferrari | Deputy Attorney General, CA Health Agencies | |
| Philip Heleringer | Executive Director, KY | Philip Helinger |
| Daniel Keiser | Assistant Attorney General, KY | |
| Krista Batchelder | Deputy Solicitor General, Colorado Department of Law | K Batchelder |
| Verna Pradaxay | Deputy Attorney General, Office of the Attorney General, State of New Jersey | Verna Pradaxay |
| Caitlin Micko | Assistant Attorney General, Office of the Minnesota Attorney General | |
| Jonathan Burns | Deputy Attorney General, Pennsylvania Office of Attorney General | |

Sarah Emery                Hendey Johnson Vaughn              Sarah Emy
Matt Legg                  Brocksted† Mandalas Federico       Matt Legg

Social Media MDL
Case No.: 22-md-3047-YGR     January 17, 2025

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Kevin Wallace | Senior Enforcement Counsel, Office of the New York State Attorney General | *[signature]* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General, California Department of Justice | |
| Megan O'Neill | Deputy Attorney General, California Department of Justice | *[signature]* |
| Emily Kalanithi | Supervising Deputy Attorney General, California Department of Justice | |
| Nathan Whelihan | Assistant Attorney General, Arizona Attorney General | *[signature]* |
| Nicholas Smyte[?] | Boies Schiller Flexner LLP | *[signature]* |
| Joshua Stein | Boies Schiller Flexner LLP | *[signature]* |

Social Media MDL
Case No.: 22-md-3047-YGR     January 17, 2025

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen (Meta) | Covington & Burling | *signed* |
| Paul Schmidt (Meta) | Covington & Burling | *signed* |
| Marty Myers (Meta) | Covington & Burling | |
| Heather Habes (Meta) | Covington & Burling | |
| Jonathan Blavin (Snap) | Munger, Tolles & Olson | *signed* |
| Geoffrey Drake (TikTok) | King & Spalding | *signed* |
| Lauren Kaplan (TikTok) | O'Melveny | *signed* |
| Joe Petrosinelli (YouTube/Google) | Williams & Connolly | *signed* |
| Jenna Stokes (YouTube/Google) | Wilson Sonsini | *signed* |