1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9
10

11  IN RE: SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY PRODUCTS
12  LIABILITY LITIGATION

13  THIS FILING RELATES TO:

14  ALL ACTIONS

15

16

17

MDL No. 3047

Case No. 4:22-md-03047-YGR

**[PROPOSED] ORDER RE
STIPULATION ON SEALING ORDER
RESOLVING DISPUTE REGARDING
PRIVILEGE DETERMINATION IN
CONNECTION WITH DEPOSITION OF
MIKI ROTHSCHILD**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Resolving Dispute Regarding Privilege Determination in Connection with Deposition of Miki Rothschild ("Order") (ECF 1478), the Court rules as follows on Plaintiffs' and the Meta Defendants' Stipulation on Sealing Order Resolving Dispute Regarding Privilege Determination in Connection with Deposition of Miki Rothschild.

| Document | Action to Be Taken | Court's Order |
|---|---|---|
| Order (ECF 1478) | Redact employee name at page 10, line 25 | GRANTED |
| ECF 1478-1 (Meta's Ex. A) | Seal entire exhibit | GRANTED |
| ECF 1478-2 (Meta's Ex. B) | Redact employee names and email addresses | GRANTED |
| ECF 1478-3 (Meta's Ex. C) | Seal entire exhibit | GRANTED |

**SO ORDERED.**

DATED:  January 29, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge

1