|   |   |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 1540 AND 1542**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief re Certain Noncustodial YouTube Databases (ECF No. 1540) and Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (ECF No. 1542).

At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

I. **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS**

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 1540-1 | Joint Letter Brief re Certain Noncustodial YouTube Databases | Maintain redactions at 1–4 | Good cause exists to seal sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 1540-2 | Exhibit A | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Chiou Decl. at 2. | A party has not previously sought to seal the same information. |

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 1542-1 | Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) | Maintain redactions at 2, 4 | Good cause exists to seal sensitive and confidential information about YouTube's platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Chiou Decl. at 2. | A party has not previously sought to seal the same information. |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED:   January 29, 2025   **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

| | | |
|---|---|---|
| 1 | | Christopher Chiou (State Bar No. 233587) |
| 2 | | Matthew K. Donohue (State Bar No. 302144) |
| | | WILSON SONSINI GOODRICH & ROSATI PC |
| 3 | | 953 East Third Street, Suite 100 |
| | | Los Angeles, CA 90013 |
| 4 | | Telephone: (323) 210-2900 |
| | | Facsimile: (866) 974-7329 |
| 5 | | Email: cchiou@wsgr.com |
| | | Email: mdonohue@wsgr.com |
| 6 | | *Attorneys for Defendants YouTube, LLC and Google LLC* |

8  DATED:      January 29, 2025           By: */s/ Lexi J. Hazam*
                                          LEXI J. HAZAM
9                                         **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
10                                        275 Battery Street, 29th Floor
                                          San Francisco, CA 94111-3339
11                                        Telephone: 415-956-1000
                                          lhazam@lchb.com
12
                                          PREVIN WARREN
13                                        **MOTLEY RICE LLC**
                                          401 9th Street NW Suite 630
14                                        Washington DC 20004
                                          Telephone: 202-386-9610
15                                        pwarren@motleyrice.com

16                                        Co-Lead Counsel

17                                        CHRISTOPHER A. SEEGER
                                          **SEEGER WEISS, LLP**
18                                        55 Challenger Road, 6th floor
                                          Ridgefield Park, NJ 07660
19                                        Telephone: 973-639-9100
                                          Facsimile: 973-679-8656
20                                        cseeger@seegerweiss.com

21                                        Counsel to Co-Lead Counsel and Settlement Counsel

22                                        JENNIE LEE ANDERSON
23                                        **ANDRUS ANDERSON, LLP**
                                          155 Montgomery Street, Suite 900
24                                        San Francisco, CA 94104
                                          Telephone: 415-986-1400
25                                        jennie@andrusanderson.com

26                                        Liaison Counsel

27                                        JOSEPH G. VANZANDT
                                          **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
28                                        234 Commerce Street

Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Plaintiffs' Steering Committee Leadership                       |
| 2  | RON AUSTIN                                                      |
|    | **RON AUSTIN LAW**                                              |
| 3  | 400 MANHATTAN BLVD                                              |
|    | HARVEY, LA 70058                                                |
| 4  | Telephone: 504-227–8100                                         |
|    | raustin@ronaustinlaw.com                                        |
| 5  |                                                                 |
|    | PAIGE BOLDT                                                     |
| 6  | **WATTS GUERRA LLP**                                            |
|    | 4 Dominion Drive, Bldg. 3, Suite 100                            |
| 7  | San Antonio, TX 78257                                           |
|    | Telephone: 210-448-0500                                         |
| 8  | PBoldt@WattsGuerra.com                                          |
| 9  | THOMAS P. CARTMELL                                              |
|    | **WAGSTAFF & CARTMELL LLP**                                     |
| 10 | 4740 Grand Avenue, Suite 300                                    |
|    | Kansas City, MO 64112                                           |
| 11 | Telephone: 816-701 1100                                         |
|    | tcartmell@wcllp.com                                             |
| 12 |                                                                 |
|    | SARAH EMERY                                                     |
| 13 | **HENDY JOHNSON VAUGHN EMERY, PSC**                             |
|    | 2380 Grandview Drive                                            |
| 14 | Ft. Mitchell, KY 41017                                          |
|    | Telephone: 888-606-5297                                         |
| 15 | semery@justicestartshere.com                                    |
| 16 | CARRIE GOLDBERG                                                 |
|    | **C.A. GOLDBERG, PLLC**                                         |
| 17 | 16 Court St.                                                    |
|    | Brooklyn, NY 11241                                              |
| 18 | Telephone: (646) 666-8908                                       |
|    | carrie@cagoldberglaw.com                                        |
| 19 |                                                                 |
|    | RONALD E. JOHNSON, JR.                                          |
| 20 | **HENDY JOHNSON VAUGHN EMERY, PSC**                             |
|    | 600 West Main Street, Suite 100                                 |
| 21 | Louisville, KY 40202                                            |
|    | Telephone: 859-578-4444                                         |
| 22 | rjohnson@justicestartshere.com                                  |
| 23 | SIN-TING MARY LIU                                               |
|    | **AYLSTOCK WITKIN KREIS &**                                     |
| 24 | **OVERHOLTZ, PLLC**                                             |
|    | 17 East Main Street, Suite 200                                  |
| 25 | Pensacola, FL 32502                                             |
|    | Telephone: 510-698-9566                                         |
| 26 | mliu@awkolaw.com                                                |
| 27 | JAMES MARSH                                                     |
|    | **MARSH LAW FIRM PLLC**                                         |
| 28 | 31 Hudson Yards, 11th floor                                     |
|    | New York, NY 10001-2170                                         |

Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

**ATTESTATION**

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 29, 2025

By: */s/ Christopher Chiou*
       Christopher Chiou