1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 1540 AND 1542**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

19  Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective

20  Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting

21  Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting

22  declaration, the arguments of counsel, and all other matters presented to the Court, the Court

23  rules that good cause exists to seal portions of the Parties' Joint Letter Brief re Certain

24  Noncustodial YouTube Databases and Exhibit A (ECF No. 1540) and Joint Letter Brief re RFP

25  Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (ECF No. 1542):

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1540-1 | Joint Letter Brief re Certain Noncustodial YouTube Databases | Maintain redactions at 1–4 | Granted _____ <br><br> Denied _____ |
| 1540-2 | Exhibit A | Maintain under seal | Granted _____ <br><br> Denied _____ |
| 1542-1 | Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) | Maintain redactions at 2, 4 | Granted _____ <br><br> Denied _____ |

**IT IS SO ORDERED.**

DATE:

                                          Hon. Peter H. Kang
                                          United States District Judge