Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

*Attorneys for Defendants
TikTok Inc., ByteDance Inc., TikTok Ltd.,
ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**OMNIBUS SEALING STIPULATION REGARDING THE PARTIES' JOINT LETTER BRIEF ON WHETHER TIKTOK MUST PRODUCE SPECIFIED PERSONNEL MATERIALS FOR DEPONENTS** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC (the "TikTok Defendants") and the PI/SD Plaintiffs ("Plaintiffs") submit this Omnibus Sealing Stipulation Regarding the Parties' Joint Letter Brief on Whether TikTok Must Produce Specified Personnel Materials for Deponents (Dkt. 1126) (the "Joint Letter Brief").

On September 10, 2024, the Parties filed a Joint Letter Brief on Whether TikTok Must Produce Specified Personnel Materials for Deponents (Dkt. No. 1126) (the "JLB"), as well as a Joint Temporary Sealing Motion requesting to file under seal limited portions of the JLB.

The Parties agree that the following portions of the JLB should remain sealed:

| Paragraphs to Be Sealed | Basis for Sealing |
|---|---|
| **Portion of Footnote 7** | This footnote names an employee who is not a party to this lawsuit and discusses that employee's performance reviews and bonus information. Only the name of the employee should be sealed. |

No party has previously sought to seal the documents or information sought to be sealed.

The Parties agree that the portions of the Joint Letter Brief not listed in the above chart may be unsealed. The TikTok Defendants do not waive, and expressly reserve, their right to move to seal other material from, or derived from, documents quoted, paraphrased, characterized, or otherwise cited in the Joint Letter Brief. The confidentiality or appropriateness of sealing material other than cited portions of the Joint Letter Brief is not currently at issue, and the TikTok Defendants do not waive any right with respect to that material.

Pursuant to this case's sealing procedures, the following are attached hereto: (i) the Declaration of Noreen Yeh supporting the requests to seal; (ii) a Proposed Order on Undisputed Sealing Requests; and (iii) a modified redacted version of the Parties' Joint Letter Brief on Whether TikTok Must Produce Specified Personnel Materials for Deponents.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: January 30, 2025                    Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
        tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants
TikTok Inc., ByteDance Inc., TikTok Ltd.,
ByteDance Ltd., and TikTok LLC*

/s/ Lexi Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

```
 1
 2                                    SARAH EMERY
                                      HENDY JOHNSON VAUGHN EMERY,
 3                                    PSC
                                      2380 Grandview Drive
 4                                    Ft. Mitchell, KY 41017
                                      Telephone: 888-606-5297
 5                                    semery@justicestartshere.com

 6                                    CARRIE GOLDBERG
                                      C.A. GOLDBERG, PLLC
 7                                    16 Court St.
                                      Brooklyn, NY 11241
 8                                    Telephone: (646) 666-8908
                                      carrie@cagoldberglaw.com
 9
                                      RONALD E. JOHNSON, JR.
10                                    HENDY JOHNSON VAUGHN EMERY,
                                      PSC
11                                    600 West Main Street, Suite 100
                                      Louisville, KY 40202
12                                    Telephone: 859-578-4444
                                      rjohnson@justicestartshere.com
13
                                      SIN-TING MARY LIU
14                                    AYLSTOCK WITKIN KREIS &
                                      OVERHOLTZ, PLLC
15                                    17 East Main Street, Suite 200
                                      Pensacola, FL 32502
16                                    Telephone: 510-698-9566
                                      mliu@awkolaw.com
17
                                      JAMES MARSH
18                                    MARSH LAW FIRM PLLC
                                      31 Hudson Yards, 11th floor
19                                    New York, NY 10001-2170
                                      Telephone: 212-372-3030
20                                    jamesmarsh@marshlaw.com

21                                    ANDRE MURA
                                      GIBBS LAW GROUP, LLP
22                                    1111 Broadway, Suite 2100
                                      Oakland, CA 94607
23                                    Telephone: 510-350-9717
                                      amm@classlawgroup.com
24
                                      HILLARY NAPPI
25                                    HACH & ROSE LLP
                                      112 Madison Avenue, 10th Floor
26                                    New York, New York 10016
                                      Telephone: 212.213.8311
27                                    hnappi@hrsclaw.com

28                                    EMMIE PAULOS
                                      LEVIN PAPANTONIO RAFFERTY
```

|    |                                                      |
|----|------------------------------------------------------|
| 1  | 316 South Baylen Street, Suite 600                   |
| 2  | Pensacola, FL 32502<br>Telephone: 850-435-7107       |
|    | epaulos@levinlaw.com                                 |
| 3  |                                                      |
| 4  | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, P.C.**  |
| 5  | 1500 Rosecrans Ave., Ste. 500<br>Manhattan Beach, CA 90266 |
|    | Telephone: 415-308-1915                              |
| 6  | rrizkalla@carlsonattorneys.com                       |
| 7  | ROLAND TELLIS                                        |
| 8  | DAVID FERNANDES<br>**BARON & BUDD, P.C.**            |
|    | 15910 Ventura Boulevard, Suite 1600                  |
| 9  | Encino, CA 91436<br>Telephone: (818) 839-2333        |
| 10 | Facsimile: (818) 986-9698                            |
| 11 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com    |
| 12 | ALEXANDRA WALSH                                      |
| 13 | **WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
|    | Washington D.C. 20036                                |
| 14 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com   |
| 15 |                                                      |
| 16 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 17 | 510 Walnut Street<br>Suite 500                       |
|    | Philadelphia, PA 19106                               |
| 18 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com   |
| 19 |                                                      |
| 20 | MELISSA YEATES<br>JOSEPH H. MELTZER                  |
| 21 | **KESSLER TOPAZ MELTZER & CHECK, LLP**               |
| 22 | 280 King of Prussia Road<br>Radnor, PA 19087         |
|    | Telephone: 610-667-7706                              |
| 23 | myeates@ktmc.com<br>jmeltzer@ktmc.com                |
| 24 |                                                      |
| 25 | DIANDRA "FU" DEBROSSE<br>ZIMMERMANN **DICELLO LEVITT** |
| 26 | 505 20th St North<br>Suite 1500                      |
|    | Birmingham, Alabama 35203                            |
| 27 | Telephone: 205.855.5700                              |
| 28 | fu@dicellolevitt.com                                 |

*Attorneys for Plaintiffs*

6

OMNIBUS STIPULATION REGARDING SEALING PROCEDURES— CASE NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | |
| 2 | /s/ Lexi J. Hazam |
| | LEXI J. HAZAM |
| 3 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 5 | Telephone: 415-956-1000 |
| | lhazam@lchb.com |
| 6 | |
| | PREVIN WARREN |
| 7 | MOTLEY RICE LLC |
| | 401 9th Street NW Suite 630 |
| 8 | Washington DC 20004 |
| | Telephone: 202-386-9610 |
| 9 | pwarren@motleyrice.com |
| 10 | Co-Lead Counsel |
| 11 | CHRISTOPHER A. SEEGER |
| | SEEGER WEISS, LLP |
| 12 | 55 Challenger Road, 6th floor |
| | Ridgefield Park, NJ 07660 |
| 13 | Telephone: 973-639-9100 |
| | Facsimile: 973-679-8656 |
| 14 | cseeger@seegerweiss.com |
| 15 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 16 | |
| 17 | JENNIE LEE ANDERSON |
| | ANDRUS ANDERSON, LLP |
| | 155 Montgomery Street, Suite 900 |
| 18 | San Francisco, CA 94104 |
| | Telephone: 415-986-1400 |
| 19 | jennie@andrusanderson.com |
| 20 | Liaison Counsel |
| 21 | JOSEPH G. VANZANDT |
| | BEASLEY ALLEN CROW METHVIN |
| 22 | PORTIS & MILES, P.C. |
| | 234 Commerce Street |
| 23 | Montgomery, AL 36103 |
| | Telephone: 334-269-2343 |
| 24 | joseph.vanzandt@beasleyallen.com |
| | EMILY C. JEFFCOTT |
| 25 | MORGAN & MORGAN |
| | 220 W. Garden Street, 9th Floor |
| 26 | Pensacola, FL 32502 |
| | Telephone: 850-316-9100 |
| 27 | ejeffcott@forthepeople.com |
| 28 | Federal/State Liaison Counsel |

MATTHEW BERGMAN
SOCIAL MEDIA VICTIMS LAW CENTER
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
JAMES J. BILSBORROW
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
WATTS GUERRA LLP
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com
THOMAS P. CARTMELL
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com
JAYNE CONROY
SIMMONS HANLY CONROY, LLC
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
HENDY JOHNSON VAUGHN EMERY, PSC
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
C.A. GOLDBERG, PLLC
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
HENDY JOHNSON VAUGHN EMERY, PSC
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
SIN-TING MARY LIU

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC                         |
| 2  | 17 East Main Street, Suite 200                                  |
|    | Pensacola, FL 32502                                             |
| 3  | Telephone: 510-698-9566                                         |
|    | mliu@awkolaw.com                                                |
| 4  |                                                                 |
|    | JAMES MARSH                                                     |
| 5  | MARSH LAW FIRM PLLC                                             |
|    | 31 Hudson Yards, 11th floor                                     |
| 6  | New York, NY 10001-2170                                         |
|    | Telephone: 212-372-3030                                         |
| 7  | jamesmarsh@marshlaw.com                                         |
|    | ANDRE MURA                                                      |
| 8  | GIBBS LAW GROUP, LLP                                            |
|    | 1111 Broadway, Suite 2100                                       |
| 9  | Oakland, CA 94607                                               |
|    | Telephone: 510-350-9717                                         |
| 10 | amm@classlawgroup.com                                           |
| 11 |                                                                 |
|    | HILLARY NAPPI                                                   |
|    | HACH & ROSE LLP                                                 |
| 12 | 112 Madison Avenue, 10th Floor                                  |
|    | New York, New York 10016                                        |
| 13 | Telephone: 212.213.8311                                         |
|    | hnappi@hrsclaw.com                                              |
| 14 | EMMIE PAULOS                                                    |
|    | LEVIN PAPANTONIO RAFFERTY                                       |
| 15 | 316 South Baylen Street, Suite 600                              |
|    | Pensacola, FL 32502                                             |
| 16 | Telephone: 850-435-7107                                         |
|    | epaulos@levinlaw.com                                            |
| 17 |                                                                 |
|    | RUTH THI RIZKALLA                                               |
| 18 | THE CARLSON LAW FIRM, P.C.                                      |
|    | 1500 Rosecrans Ave., Ste. 500                                   |
| 19 | Manhattan Beach, CA 90266                                       |
|    | Telephone: 415-308-1915                                         |
| 20 | rrizkalla@carlsonattorneys.com                                  |
| 21 |                                                                 |
|    | ROLAND TELLIS                                                   |
|    | DAVID FERNANDES                                                 |
| 22 | BARON & BUDD, P.C.                                              |
|    | 15910 Ventura Boulevard, Suite 1600                             |
| 23 | Encino, CA 91436                                                |
|    | Telephone: (818) 839-2333                                       |
| 24 | Facsimile: (818) 986-9698                                       |
|    | rtellis@baronbudd.com                                           |
| 25 | dfernandes@baronbudd.com                                        |
|    | ALEXANDRA WALSH                                                 |
| 26 | WALSH LAW                                                       |
|    | 1050 Connecticut Ave, NW, Suite 500                             |
| 27 | Washington D.C. 20036                                           |
|    | Telephone: 202-780-3014                                         |
| 28 | awalsh@alexwalshlaw.com                                         |

| | |
|---|---|
| 1 | MICHAEL M. WEINKOWITZ |
| | LEVIN SEDRAN & BERMAN, LLP |
| 2 | 510 Walnut Street |
| | Suite 500 |
| 3 | Philadelphia, PA 19106 |
| | Telephone: 215-592-1500 |
| 4 | mweinkowitz@lfsbalw.com |
| 5 | MELISSA YEATES |
| | JOSEPH H. MELTZER |
| 6 | KESSLER TOPAZ MELTZER & CHECK, LLP |
| 7 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| 8 | Telephone: 610-667-7706 |
| | myeates@ktmc.com |
| 9 | jmeltzer@ktmc.com |
| 10 | DIANDRA "FU" DEBROSSE |
| | ZIMMERMANN DICELLO LEVITT |
| 11 | 505 20th St North |
| | Suite 1500 |
| 12 | Birmingham, Alabama 35203 |
| | Telephone: 205.855.5700 |
| 13 | fu@dicellolevitt.com |
| 14 | *Attorneys for Plaintiffs* |

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 30, 2025         By:   */s/ Geoffrey M. Drake*
                                       Geoffrey M. Drake