Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
      tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br>This Document Relates To: <br><br>ALL ACTIONS | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR (PHK) <br><br> **DECLARATION OF NOREEN YEH IN SUPPORT OF OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF** |

DECLARATION OF NOREEN YEH IN SUPPORT OF OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF

I, Noreen Yeh, declare and state as follows:

1. I am an electronic discovery analyst at TikTok, Inc.

2. I submit this declaration in support of the Omnibus Sealing Stipulation Regarding the Parties' Joint Letter Brief on Whether TikTok Must Produce Specified Personnel Materials for Deponents. I make this declaration based upon my personal knowledge, unless stated otherwise, and if called upon to do so, I could and would so testify.

3. The following portion of the Parties' Joint Letter Brief on Whether TikTok Must Produce Specified Personnel Materials for Deponents (the "JLB") (filed with redactions at ECF No. 1126) contains references to confidential information.

| **Paragraphs to Be Sealed** | **Language to Be Redacted** |
|---|---|
| **Portion of Footnote 7** | The name of an employee of the TikTok Defendants. |

4. The information sought to be redacted consists of the name of an employee of the TikTok Defendants who is not a party to this litigation. The other information to be unsealed in this footnote and the corresponding paragraph relate to the TikTok Defendants' practices with respect to employee compensation, discipline, and evaluations. The names of TikTok Defendants' employees and certain information related to compensation, discipline, and evaluations are not disclosed publicly in the ordinary course of business.

5. Further, disclosure of the employee's name in the context of the TikTok Defendants' practices with respect to employee compensation, discipline, and evaluations would violate the employee's privacy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2025, at New York, NY.
(city, state)

_____
Noreen Yeh

DECLARATION OF NOREEN YEH IN SUPPORT OF OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
　　　　tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*