UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON THE OMNIBUS SEALING STIPULATION REGARDING THE PARTIES' JOINT LETTER BRIEF ON WHETHER TIKTOK MUST PRODUCE SPECIFIED PERSONNEL MATERIALS FOR DEPONENTS** |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on the TikTok Defendants and PI/SD Plaintiffs' Omnibus Sealing Stipulation Regarding the Parties' Joint Letter Brief on Whether TikTok Must Produce Specified Personnel Materials for Deponents (Dkt. 1126) (the "Joint Letter Brief"):

| ¶ to be Redacted | Language to Be Redacted | Action to be Taken | Court's Order |
|---|---|---|---|
| Portion of Footnote 7 | Employee name in Footnote 7 | Redact specified portion | |

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                  Hon. Peter H. Kang
                                                                  United States Magistrate Judge