[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| **THIS DOCUMENT RELATES TO:** ALL CASES | **KENTUCKY ATTORNEY GENERAL'S MOTION TO ENLARGE TIME FOR STATE AGENCY SUBSTANTIAL COMPLETION** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Under Civil Local Rules 6-1 and 6-3, the Kentucky Attorney General submits this Motion to Enlarge Time for State Agency Substantial Completion.

As discussed in the attached declaration, the Kentucky Commonwealth Office of Technology, Governor's Office, Office of the State Budget Director, Cabinet for Health and Family Services, Department for Public Health and Department for Behavioral Health, Developmental and Intellectual Disabilities have all been working diligently to meet today's substantial completion deadline. However, due to the volume of documents and small teams working on review and production, they are unable to meet today's deadline. As a result, the Kentucky Attorney General is requesting an extension of time to February 28, 2025 for substantial completion of production of state agency documents requested pursuant to Rule 34.

KENTUCKY ATTORNEY GENERAL'S MOTION TO ENLARGE TIME FOR STATE AGENCY SUBSTANTIAL COMPLETION

Under Federal Rule of Civil Procedure 6, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time ... with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "Where good cause is shown, a request for an extension generally should be granted in the absence of bad faith by the moving party or prejudice to the adverse party." *Khokhar v. Gov't of Pakistan through its Ministries*, 2017 WL 4552059, at *1 (N.D. Cal. Oct. 10, 2017) (citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010)). Further, as the Ninth Circuit has recognized, "'[g]ood cause' is a non-rigorous standard." *Ahanchian*, 624 F.3d at 1259.

Here, there is good cause for the extension. As noted in the declaration, the relevant Kentucky State Agencies have been working towards the January 31, 2025 substantial completion deadline and are continuing to do so. Meta will not be prejudiced by this enlargement of time, as Kentucky does not object to giving Meta a reciprocal enlargement of time to take its 30(b)(6) deposition. Thus, providing Kentucky with an enlargement of time with the understanding that Meta would also receive additional time (up to April 4, 2025) to complete Kentucky's 30(b)(6) deposition would allow Kentucky to meet substantial compliance without prejudicing Meta, and without the need to change the Court's April 4, 2025 deadline. As such, the Kentucky Attorney General respectfully requests an enlargement of time to February 28, 2025 for substantial completion of State Agency productions.

| | | |
|---|---|---|
| 1 | DATED: January 31, 2025 | Respectfully submitted, |

**RUSSELL COLEMAN**
Attorney General Commonwealth of Kentucky

*/s/ Matthew Cocanougher*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698
*Attorneys for Plaintiff the Commonwealth of Kentucky*

KENTUCKY ATTORNEY GENERAL'S MOTION TO ENLARGE TIME FOR STATE AGENCY SUBSTANTIAL COMPLETION
- 3 -