IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER GRANTING KENTUCKY ATTORNEY GENERAL'S MOTION TO ENLARGE TIME FOR STATE AGENCY SUBSTANTIAL COMPLETION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Under Civil Local Rules 6-1 and 6-3, the Court finds that good cause exists and grants the Kentucky Attorney General's Motion to Enlarge Time for State Agency Substantial Completion. The deadline for substantial completion of production for state agency documents requested pursuant to Rule 34 is now February 28, 2025.

**IT IS SO ORDERED.**

DATED:

                                              PETER H. KANG
                                              United States Magistrate Judge