IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| **THIS DOCUMENT RELATES TO:** | ~~[PROPOSED]~~ ORDER GRANTING ^IN PART KENTUCKY ATTORNEY GENERAL'S MOTION TO ENLARGE TIME FOR STATE AGENCY SUBSTANTIAL COMPLETION |
| ALL CASES | |
| | Re: Dkt. 1628 |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Under Civil Local Rules 6-1 and 6-3, the Court finds that good cause exists ~~and grants~~ to grant in-part the Kentucky Attorney General's Motion to Enlarge Time for State Agency Substantial Completion. The deadline for substantial completion of production for state agency documents requested pursuant to Rule 34 is now February ~~28~~ 21, 2025^ or as otherwise agreed-upon by the Parties.

Per the representation by the Kentucky Attorney General in the instant motion, the dates for Rule 30(b)(6) deposition of the Plaintiff and any Rule 30(b)(6) depositions of state agencies are now modified as follows:  February 17, 2025 to March 28, 2025 (or as otherwise agreed upon by the Parties).  [See Dkt. 1495-1 at 11].

This RESOLVES Dkt. 1628.  IT IS SO ORDERED.

DATED:  February 3, 2025

IT IS SO ORDERED
AS MODIFIED
Judge Peter H. Kang

_____
PETER H. KANG
United States Magistrate Judge