JONATHAN H. BLAVIN, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: Jonathan.Blavin@mto.com

ROSE L. EHLER, SBN 296523
VICTORIA A. DEGTYAREVA, SBN 284199
FAYE PAUL TELLER, SBN 343506
ARIEL T. TESHUVA, SBN 324238
LAURA M. LOPEZ, SBN 313450
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Rose.Ehler@mto.com
Email: Victoria.Degtyareva@mto.com
Email: Faye.Teller@mto.com
Email: Ariel.Teshuva@mto.com
Email: Laura.Lopez@mto.com

LAUREN A. BELL (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: Lauren.Bell@mto.com

*Attorneys for Snap Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DECLARATION OF LAURA M. LOPEZ IN SUPPORT OF OMNIBUS SEALING STIPULATION (JOINT LETTER BRIEF REGARDING SNAP'S ASSERTION OF PRIVILEGE IN CONNECTION WITH 14 REDACTED DOCUMENTS)**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**DECLARATION OF LAURA M. LOPEZ**

I, Laura M. Lopez, declare and state as follows:

1. I am an attorney with the law firm Munger, Tolles and Olson and represent Snap Inc. ("Snap") in the above-captioned case. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. The exhibits referenced in the following chart are true and correct copies of the documents bearing the Bates numbers reflected in the chart. Redacted versions of these exhibits were previously filed under seal and unredacted versions were lodged with the Court for in camera review.

3. On January 14, 2025, the Parties filed the Joint Letter Brief Regarding Snap's Assertion of Privilege in Connection with 14 Redacted Documents (ECF No. 1547) and the Joint Temporary Sealing Motion (ECF No. 1550) and its exhibits (ECF Nos. 1550-1 through 1550-30).

4. I have reviewed the documents Snap seeks to redact and seal pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341). Based on my review of the Joint Letter Brief and in consultation with Snap, I understand there is good cause to seal the following information:

| Document | Basis for Sealing |
|---|---|
| Joint Letter Brief ECF No. 1550-1 | The portion sought to be redacted consists of sensitive and confidential information about Snap's internal investigation practices, cooperation with law enforcement investigations, and media and communications strategies. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit A Bates: SNAP3160953 ECF No. 1550-3 | This exhibit contains sensitive and confidential information about Snap's internal ad review practices, advertising and business strategies, and relationships with advertising partners. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit B Bates: SNAP3182499 ECF No. 1550-5 | This exhibit contains sensitive and confidential information about Snap's internal ad review practices, advertising and business strategies, relationships with advertising partners, lens product development, and public relations strategies. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. |

| Document | Basis for Sealing |
|---|---|
| Snap's Exhibit C<br>Bates: SNAP3202222<br>ECF No. 1550-7 | This exhibit contains sensitive and confidential information about Snap's internal moderation practices, lens product development, and business strategies. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit D<br>Bates: SNAP3245340<br>ECF No. 1550-9 | This exhibit contains sensitive and confidential information about Snap's internal moderation practices and business strategies. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit E<br>Bates: SNAP3307049<br>ECF No. 1550-11 | This exhibit contains sensitive and confidential information about Snap's advertising and user data collection practices. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit F<br>Bates: SNAP5288226<br>ECF No. 1550-13 | This exhibit contains sensitive and confidential information about Snap's internal policy enforcement mechanisms, account investigation practices, and cooperation with law enforcement investigations. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit G<br>Bates: SNAP1141054<br>ECF No. 1550-15 | This exhibit contains sensitive and confidential information about Snap's internal investigation practices and cooperation with law enforcement investigations. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit H<br>Bates: SNAP1157465<br>ECF No. 1550-17 | This exhibit contains sensitive and confidential information about Snap's internal investigation practices, cooperation with law enforcement investigations, and media and communications strategies. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit I<br>Bates: SNAP1151790<br>ECF No. 1550-19 | This exhibit contains sensitive and confidential information about Snap's internal account investigation and age verification practices. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit J<br>Bates: SNAP5288836<br>ECF No. 1550-21 | This exhibit contains sensitive and confidential information about Snap's internal account investigation and age verification practices. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit K<br>Bates: SNAP4928443<br>ECF No. 1550-23 | This exhibit contains sensitive and confidential information about Snap's internal account investigation and age verification practices. Disclosure of this information would provide competitors with insight |

| Document | Basis for Sealing |
|---|---|
| | into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit L<br>Bates: SNAP3628554<br>ECF No. 1550-25 | This exhibit contains sensitive and confidential information about Snap's internal account investigation and age verification practices. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit M<br>Bates: SNAP3664752<br>ECF No. 1550-27 | This exhibit contains sensitive and confidential information about Snap's internal account investigations, age verification practices, and cooperation with law enforcement investigations. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |
| Snap's Exhibit N<br>Bates: SNAP4801937<br>ECF No. 1550-29 | This exhibit contains sensitive and confidential information about Snap's internal account investigations, age verification practices, and cooperation with law enforcement investigations. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 4, 2025.

By:     */s/ Laura M. Lopez*
           LAURA M. LOPEZ