JONATHAN H. BLAVIN, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: Jonathan.Blavin@mto.com

ROSE L. EHLER, SBN 296523
VICTORIA A. DEGTYAREVA, SBN 284199
FAYE PAUL TELLER, SBN 343506
ARIEL T. TESHUVA, SBN 324238
LAURA M. LOPEZ, SBN 313450
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Rose.Ehler@mto.com
Email: Victoria.Degtyareva@mto.com
Email: Faye.Teller@mto.com
Email: Ariel.Teshuva@mto.com
Email: Laura.Lopez@mto.com

LAUREN A. BELL (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: Lauren.Bell@mto.com

*Attorneys for Snap Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION (JOINT LETTER BRIEF REGARDING SNAP'S ASSERTION OF PRIVILEGE IN CONNECTION WITH 14 REDACTED DOCUMENTS)**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

Case No. 4:22-MD-03047-YGR

[PROPOSED] ORDER ON OMNIBUS STIPULATION REGARDING JOINT TEMPORARY SEALING MOTION

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's Order on the Stipulated Third Modified Protective Order (ECF No. 1209), and the Court's Order Setting Sealing Procedures (ECF No. 341), the Court rules as follows on Plaintiffs' and Defendant Snap Inc.'s Omnibus Stipulation Regarding Joint Temporary Sealing Motion (Joint Letter Brief Regarding Snap's Assertion of Privilege in Connection with 14 Redacted Documents). This Order does not address unsealing the material redacted based on the attorney-client and work-product privileges, and those redactions will remain pending further order of the Court.

| Document | Requested Action | Court's Order |
| --- | --- | --- |
| Joint Letter Brief ECF No. 1550-1 | Redaction at 8 (description of Exhibit H) | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit A <br> Bates: SNAP3160953 <br> ECF No. 1550-3 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit B <br> Bates: SNAP3182499 <br> ECF No. 1550-5 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit C <br> Bates: SNAP3202222 <br> ECF No. 1550-7 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit D <br> Bates: SNAP3245340 <br> ECF No. 1550-9 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit E <br> Bates: SNAP3307049 <br> ECF No. 1550-11 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit F <br> Bates: SNAP5288226 <br> ECF No. 1550-13 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |
| Snap's Exhibit G <br> Bates: SNAP1141054 <br> ECF No. 1550-15 | Seal entire exhibit. | Granted _____ <br><br> Denied _____ |

| Document | Requested Action | Court's Order |
|---|---|---|
| Snap's Exhibit H<br>Bates: SNAP1157465<br>ECF No. 1550-17 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |
| Snap's Exhibit I<br>Bates: SNAP1151790<br>ECF No. 1550-19 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |
| Snap's Exhibit J<br>Bates: SNAP5288836<br>ECF No. 1550-21 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |
| Snap's Exhibit K<br>Bates: SNAP4928443<br>ECF No. 1550-23 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |
| Snap's Exhibit L<br>Bates: SNAP3628554<br>ECF No. 1550-25 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |
| Snap's Exhibit M<br>Bates: SNAP3664752<br>ECF No. 1550-27 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |
| Snap's Exhibit N<br>Bates: SNAP4801937<br>ECF No. 1550-29 | Seal entire exhibit. | Granted _____<br><br>Denied _____ |

**IT IS SO ORDERED.**

DATED

_____
Hon. Peter H. Kang
United States Magistrate Judge