[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**AGENDA AND JOINT STATEMENT FOR FEBRUARY 12, 2025, CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order ("CMO") No. 1 (ECF 75), the Parties submit this agenda and joint statement in advance of the February 12, 2025 Case Management Conference ("CMC").

### I. Agenda for Case Management Conference

Pursuant to CMO 18, the Parties offer the below proposed agenda for the CMC scheduled for February 12, 2025:

- Hearing on 1292(b) Motions for Certification for Interlocutory Appeal (*see infra* Section IV(F))
- Meta and State AGs' Request for Guidance on Effectuating Proposed Dismissals by Washington, Ohio, and Maine of Their Consumer Protection Claims (to Become "COPPA-Only States") (*see infra* Section IV(B))
- Meta's Request for Leave to File Motion to Stay and Suspend Insurance Coverage Dispute (*see infra* Section IV(E))

### II. Joint JCCP Update

At the latest JCCP CMC on January 15, 2025, Judge Kuhl finalized certain JCCP bellwether pretrial and trial dates. Those dates are set forth in Judge Kuhl's January 15, 2025 Minute Order, attached as Exhibit A. Judge Kuhl confirmed that "priority" fact discovery of the JCCP bellwether discovery pool will conclude on April 4, 2025, with selection of cases for the JCCP bellwether trial pool to occur on April 7, 2025. Judge Kuhl set May 16 as the close of fact discovery for those bellwether cases selected for trial.

Judge Kuhl ordered simultaneous designations of (and reports from) general causation experts (non-plaintiff-specific) on April 18, 2025. Simultaneous designations of (and reports from) rebuttal/supplemental general causation experts will occur on May 15, 2025. Expert discovery for general causation experts (non-Plaintiff-specific) closes in the JCCP on July 11, 2025. Opening motion *in limine* (*Sargon*) briefs as to general causation experts (non-Plaintiff-specific) are to be filed by July 28, 2025, with oppositions due August 20, 2025, replies due September 1, 2025, and a hearing set for September 17, 2025.

Simultaneous designations of (and reports from) all remaining experts for Trial 1 bellwether plaintiffs (i.e., plaintiff-specific experts and all remaining non-plaintiff-specific experts) will occur on June 6, 2025. Simultaneous designations of (and reports from) rebuttal/supplemental experts for all remaining Trial 1 bellwether plaintiffs will occur on June 27, 2025. Expert discovery for all remaining experts for Trial 1 bellwether plaintiffs (i.e., experts other than general causation experts) closes in the JCCP on August 27, 2025. The parties are to meet and confer on a schedule for motion *in limine* briefs as to these remaining experts (i.e., case-specific and non-general causation experts).

Opening summary judgment motions for Trial 1 bellwether plaintiffs are due August 13, 2025, with oppositions due September 10, 2025, replies due September 30, 2025, and a hearing set for October 16, 2025. The first JCCP bellwether trial is set for November 25, 2025. Judge Kuhl ordered the parties to meet and confer regarding a process for the selection of bellwether trial pool cases, and to include an agreed proposed process or competing proposed processes in the status report for the next JCCP CMC, which is set for February 19, 2025, at 9 a.m.

Judge Kuhl agreed with the parties' proposed briefing schedule for plaintiffs' Motion to Temporarily Lift the School District Stay, as follows: Motion filed Jan. 6, 2025; Opposition filed Feb. 3, 2025; Reply due Feb. 11, 2025; hearing Feb. 19, 2025 at 9 a.m.

There are 17 plaintiffs remaining in the JCCP personal injury bellwether discovery pool. In total, Defendants anticipate noticing and taking 68 "priority" fact depositions of bellwether plaintiffs, family members, or treating healthcare providers prior to the April 4, 2025 deadline. To date, the parties have cooperatively scheduled 57 of those depositions to take place between December 2024 and April 2025, with the parties working cooperatively to reschedule the remaining 11 depositions. Thirty-four depositions have been completed to date. Defendants anticipate taking additional fact discovery in those JCCP bellwether cases selected for trial prior to the May 16 deadline.

III.   **Joint Discovery Update**

A copy of the following submissions and orders, which were (or will by the next MDL CMC have been) filed or issued since the last MDL CMC, will be sent by email to Judge Gonzalez Rogers after this CMC Statement is filed:

- Order Granting in Part and Denying in Part Kentucky AG's Motion to Enlarge Time for State

- Agency Substantial Completion, dated February 3, 2025 (ECF 1631)
- Discovery Management Order No. 14, dated February 5, 2025 (ECF 1646)
- Parties' joint Discovery Management Conference ("DMC") Statement for February 13, 2025 DMC, dated February 7, 2025

## IV. Other Joint Updates

### A. Pending Motions to Dismiss

The Court has resolved all but two of Defendants' motions to dismiss—specifically, Defendants' joint motion to dismiss the Personal Injury ("PI") Plaintiffs' Non-Priority Claims (Counts 5, 12, 14, 16-18), filed on December 22, 2023; and Defendant Snap, Inc.'s motion to dismiss Counts 12 and 14 as asserted in three amended Short-Form Complaints, filed January 12, 2024. ECF 516, 533. Plaintiffs filed their oppositions to both motions on February 5, 2024, *see* ECF 597, 598, and replies were filed on February 15, 2024 (by Defendant Snap in support of its motion, ECF 613) and on February 26, 2024 (by all Defendants in support of the joint motion, *see* ECF 644).

### B. Meta and State AGs' Request for Guidance on Effectuating Proposed Dismissals by WA, OH, and ME of Their Consumer Protection Claims (to Become "COPPA-Only" States)

The Washington, Ohio, and Maine AGs have proposed to Meta that they dismiss their consumer protection claims, and assert only COPPA claims. The AGs represent that the basis for this request is to avoid agency discovery obligations. Meta has agreed to the AGs' requested dismissals (with prejudice). The Parties note that Rule 41 authorizes dismissal of "an action" without also authorizing dismissal of individual claims. Accordingly, the Parties understand that the AGs' dismissals will need to be accomplished via a Rule 15 amendment to the Multistate AG Complaint, unless the Court prefers a different way to effectuate these dismissals.

### C. State AGs' Petition for Writ of Mandamus and CA & NY Agencies' Motions for Leave to File Amicus Briefs

On January 29, 2025, the California AG petitioned the Ninth Circuit for a writ of mandamus to direct this Court to grant the State AGs' pending objection (ECF 1168) to Magistrate Judge Kang's state

agency discovery order (ECF 1117).  ECF 1621-1; *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 1).  Ninth Circuit rules prohibit Meta from filing an answer to the petition unless the Ninth Circuit orders it to do so.  *See* 9th Cir. R. 21-4.

On January 30, 2025, 27 other State AGs filed a "motion to intervene/join" in the California AG's petition.  ECF 1624; Mot. to Intervene/Join, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 8).  Meta intends to oppose the "motion to intervene/join"; Meta's opposition is due on February 10, 2025.

On February 4, 2025, the California Governor (and six California state agencies) and New York Governor filed motions for leave to file *amicus curiae* briefs in support of the California AG's petition.  Mots. for Leave to File Amicus Br., *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 10, 11).  Meta did not consent to these amicus filings, and Meta's responses to the motions for leave are due on February 14, 2025.

### D.   Notices of Appeal of Failure-to-Warn MTD Orders at ECF 1214 and 1267

On November 14, 2024, Meta filed a notice of appeal of the Court's Motion to Dismiss Orders at ECF 1214 and 1267.  *See* ECF 1330.  Since that time, TikTok has joined Meta's appeal (ECF 1389), and the State AGs and Personal Injury and School District ("PI/SD") Plaintiffs have filed Notices of Conditional Cross-Appeals (ECF 1386 and 1388).  The State AGs and PI/SD Plaintiffs filed motions in the Ninth Circuit to dismiss Meta's and TikTok's appeals, and Meta and TikTok cross-moved to dismiss the conditional cross-appeals.  Briefing on the motions and cross-motions to dismiss was completed as of January 28, 2025.  The appeals and conditional cross-appeals have been consolidated, and deadlines for merits briefing are stayed pending resolution of the motions and cross-motions to dismiss.

### E.   Defendants' 1292(b) Motions for Certification for Interlocutory Appeal

On December 16, 2024, Defendants filed motions for interlocutory appeal of the Court's School District Motion to Dismiss Orders at ECF 1267 and 1332.  *See* ECF 1460; ECF 1462.  The PI/SD Plaintiffs opposed the motions on January 14, 2025.  Defendants filed their replies on January 28, 2025.  The motions will be heard at the February 12, 2025 CMC.  *See* ECF 1490.

On December 16, 2024, the Google/YouTube and Snap Defendants filed a supplemental motion for interlocutory appeal of the Court's October 15, 2024 Order Largely Denying in Part Meta's Motion

5

to Dismiss the Multistate Attorneys General Complaint But Limiting the Scope of Claims ("State AG Order") (22-md-03047 Dkt. 1214; 23-cv-05448 Dkt. 123). ECF 1462. Meta conditionally joined this motion. ECF 1463. The State AGs filed an opposition on January 14, 2025. ECF 1535. The Google/YouTube and Snap Defendants filed a reply on January 28, 2025, ECF 1614, which Meta conditionally joined, ECF 1616.

### F. State AGs' 1292(b) Motion for Certification for Interlocutory Appeal

On January 14, 2025, the State AGs filed a motion for interlocutory appeal of the Court's State AG Order. *See* ECF 1534. Meta filed a response on January 28, 2025, *see* ECF 1617, contending that the Court lacks jurisdiction over the rulings at issue in the State AGs' motion in light of the State AGs' pending cross-appeal in the Ninth Circuit (discussed *supra* Section IV(C)). The PI/SD Plaintiffs filed an opposition to the State AGs' motion on January 28, 2025. ECF 1615. The State AGs filed replies (to Meta's response and to the PI/SD Plaintiffs' opposition) on February 4, 2025. ECF 1636, 1637.

### G. Meta's Request for Leave to File Motion to Stay and Suspend Insurance Coverage Dispute

On January 23, 2025, this Court granted Meta's Administrative Motion to Relate Meta's pending insurance coverage action and reassigned the case to the Court for consideration in parallel with the MDL. 4:24-cv-9500-YGR, ECF 37. Meta respectfully requests leave from the Court to file a motion to stay the coverage action and suspend litigation of the parties' coverage dispute until the MDL is concluded ("Motion to Stay and Suspend"). Specifically, Meta hereby requests leave to file its Motion to Stay and Suspend on Friday, February 14, 2025, and to have it set for hearing concurrent with the CMC scheduled for March 21, 2025 at 9:00 a.m.

Insurers Hartford and Federal oppose Meta's request. Additionally, certain Insurers intend to file motions to dismiss Meta's action for failure to state a claim.

The parties to the coverage action also respectfully seek confirmation from the Court that all deadlines in the insurance coverage action are currently stayed, as the Court's order reassigning the case vacated the existing Case Management Order. 4:24-cv-9500-YGR, ECF 38.

V.   **Parties' Additional Submissions**

   A.   **Update on Discovery Timeline for State AGs**

Since the last CMC, some state agencies have met their substantial completion deadlines, and others have not. Accordingly, Meta intends to request from Magistrate Judge Kang in the near-term an extension of time to complete depositions of State witnesses—separate and apart from Meta's request to defer the States' trial date(s). Meta will share a copy of its request with the Court by email upon filing. The State AGs are evaluating whether to request from Magistrate Judge Kang a modest further extension of time to substantially complete their productions, and to also extend the time within which Meta must complete depositions of State AGs and relevant state agency witnesses. If helpful to the Court, the Parties are prepared to discuss these issues at both the Discovery and Case Management Conferences.

Respectfully submitted,

DATED: February 5, 2025

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

AGENDA AND JOINT STATEMENT FOR FEBRUARY 12, 2025, CASE MANAGEMENT CONFERENCE
4:22-md-03047-YGR

**PHILIP J. WEISER**
Attorney General
State of Colorado

 /s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

 /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

By: /s/ Geoffrey M. Drake
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com
David P. Mattern, *pro hac vice*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*


MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

17

Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013

Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 5, 2025

By: */s/ Ashley M. Simonsen*