# Exhibit A

# Exhibit A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl    CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene    ERM: None
Courtroom Assistant: M. Miro    Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Further Status Conference

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Christine Kwon-Chang CSR# 12143, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Appearances:

Plaintiffs – Present
Rahul Ravipudi, Michael A Akselrud, Joseph G VanZandt, Annie Kouba, Cherisse H Cleofe, Lauren M Kiesel.

Plaintiffs – LACourtConnect
Anna Katz, David McLendon, Glenn Draper, Jessica Colombo, Josh Autry, Justin Olson, Karen Fritts, Katherine Massa, Dean Noburu Kawamoto, Erica M. Kubly, Lucy Malone, Madeline Basha, Marc J. Mandich, Sydney Lottes, Soo Seok Yang, Marc Mandich, Mathew Bergman.

Defendants – Present
Geoffrey M Drake, Isaac D Chaput, Nicholas J Behakis, Megan Egli, Rose Leda Ehler, Christopher Chiou, Yardena R Zwang-Weissman, Ariel T Teshuva, Ashley Simonsen.

Defendants – LACourtConnect
Gabriel P. Egli, Bailey Langner, Andrew L. Campbell, Brian M. Ercole, Sam Cortina, Stephanie Schuster, Daniel White, Dan Conly.

LACourtConnect- Reagan Thomas, Jori Loren, Jennifer Domer, Page Boldt, Preven Warren,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                 January 15, 2025
**Social Media Cases**                                                        9:00 AM

Judge: Honorable Carolyn B. Kuhl           CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M. Miro               Deputy Sheriff: None

---

Joshua Bauer.

The court finalized the following dates for identified Pretrial and Trial Events (all dates are in 2025):

Apr. 4 - [Close of Fact discovery - MDL]

Apr. 4 - Close of fact discovery for JCCP bellwether discovery pool

Apr. 7 - Selection of JCCP bellwether trial pool

Apr. 18 - Simultaneous designation of General Causation experts (not Plaintiff specific) and Mutual Exchange of Expert Reports (JCCP)

May 16 - Close of fact discovery for JCCP bellwether trial pool

May 16 - Simultaneous designation of Rebuttal/Supplemental General Causation experts (not Plaintiff specific) and Mutual Exchange of Expert Reports (JCCP)

May 16 - Expert discovery begins in JCCP

May 16 - [MDL Plaintiffs' Opening Reports on non-case specific and causation experts]

May 19 - [MDL Plaintiffs' Opening Reports on case specific experts]

June 6 - Simultaneous designation of All Remaining Experts for Trial 1 bellwether plaintiffs and Mutual Exchange of Expert Reports (JCCP)

June 13 - [Hearing re Identification of Bellwether Trial Pools in MDL]

June 27 - Simultaneous designation of Rebuttal/Supplemental Experts for Trial 1 bellwether plaintiffs and Mutual Exchange of Expert Reports (JCCP)

July 11 - Close of expert discover for General Causation experts (not Plaintiff specific) (JCCP)

July 28 - Opening briefs on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  January 15, 2025
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl          CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

Aug. 13 - Opening briefs on MSJs or MSAdjs for Trial 1 bellwether plaintiffs

Aug. 20 - Oppositions to Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP)

Aug. 27 - Close of Expert Discovery (JCCP) and [MDL]

Sept. 1 - Reply Briefs on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP)

Sept. 10 - Opposition briefs on MSJs or MSAdjs for Trial 1 bellwether plaintiffs

Sept. 17 - Hearing on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP)

Sept. 30 - Reply briefs on MSJs or MSAdjs for Trial 1 bellwether plaintiffs

Oct. 16 - Hearing on MSJs or MSAdjs for Trial 1 bellwether plaintiffs

Oct. 16 - Final Status Conference for Trial 1 bellwether plaintiffs (JCCP) – (note that all motions in limine would be fully briefed by this date and all requirements of the LASC Local Rules for Final Status Conference would be complied with)

Nov. 25 - First Bellwether Trial


Court and counsel discuss the meaning of "General Causation experts" as used in the above schedule and order. The court provides guidance as to the definition, as recorded in the official notes of the Court Reporter.

Counsel are ordered to meet and confer on a schedule for motions in limine other than those required to be filed by July 28. The agreed schedule or competing schedules are to be included in the Status Conference Report for the next Status Conference.

Counsel are ordered to meet and confer on a process for selection of the bellwether trial pool (which must be completed by April 7). The agreed schedule or competing schedules are to be included in the Status Conference Report for the next Status Conference.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl          CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

Counsel may file a stipulation that preserves a record of the court's ruling on questioning of Plaintiff SJ as to sexual conduct. If counsel are unable to agree on a stipulation, Defendants may file a proposed order and Plaintiffs' counsel may file objection within 5 court days.

The court rules on Plaintiffs' request to extend the 48-hour notice of sensitive deposition topics to three business days. The court denies the specific relief requested by Plaintiffs but revises the language of the Minute Order of Nov. 14 regarding required notice to provide as follows: When counsel for a Defendant intends to pursue a line of questioning with a witness that involves sexual conduct, criminal conduct or drug use, Defense counsel should alert Plaintiff's counsel to the general topic of the anticipated questioning at least 72 hours prior to the deposition so that counsel can meet and confer about the relevance of the anticipated topic of questioning.

For the reasons stated on the record, the court grants Defendants' request for an additional 45 minutes of questioning of bellwether discovery pool Plaintiffs Moore and Booth.

Regarding priority fact witnesses whom Defendants are unable to serve, the court orders as follows: Within 7 calendar days of today's date, Defense Counsel are to provide Plaintiffs' Counsel with a list of the priority fact witnesses they have not been able to locate. If Plaintiffs' Counsel cannot provide reliable assurances that such witness(es) will appear or provide reliable contact information within 5 calendar days thereafter, Defendants may select an alternative priority witness.

Regarding the P.M.-Y Deposition, for the reasons stated on the record, the court orders that Defendants may not question this Plaintiff about her use of the internet site "Chaterbate." Defense counsel may ask this Plaintiff questions about other websites this Plaintiff has used, but not about any sexual content on such websites.

Regarding a Plaintiff's assertion of spousal privilege in response to a question, the following guidance was provided by the court: If Plaintiff's counsel instructs the witness not to answer based on spousal privilege, Defense counsel nevertheless may inquire as to: (1) Whether Plaintiff intends to follow her/his counsel's instruction and not answer questions about communications with his/her spouse, and (2) Whether the communication was confidential, e.g., what made it confidential – Did the witness tell his/her spouse not to tell anyone about the communication? Was there some other understanding with the spouse that the information would not be communicated to others?

Regarding Defendants' request for CSAM metadata, the parties are to follow the court's prior

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl                CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M. Miro                    Deputy Sheriff: None

---

orders on this subject. If there is a serious, good-faith dispute over whether the orders are being filled, after meeting and conferring, counsel for Defendant may request leave to file a discovery motion on this subject.

Court and counsel discussed the lengthy segment of the Status Report discussing Plaintiffs' requests for enforcement of Defendants' production responsibilities regarding bellwether usage data. The court states that it will not, without a motion by Plaintiffs, order cost-shifting relative to this discovery or sanction Defendants for failure to meet completion deadlines. The court also indicated that questioning Plaintiffs or other witnesses based on Defendants' usage data may be objected to by Plaintiffs' counsel to preserve an objection, but that Plaintiffs' counsel would not be permitted to instruction the witness not to answer the question.

The court ordered counsel to meet and confer off the record to attempt to address Plaintiffs' request for a deadline for production and completion of all discovery in this category by Defendants and to discuss methods for dealing with interpretation of the data produced and assurances that data that was not provided is indeed unavailable to Defendants. After meeting and conferring, counsel put on the record the status of their meet and confer discussions as to each Defendant and their plans to continue the process of agreeing on these issues and the timing of such discussions.

The court ordered that within 7 calendar days, Defendants are to complete production of bellwether usage data and correction of any previously produced bellwether usage data.

The court agreed to the following briefing schedule on the Plaintiffs' Motion to Temporarily Lift the School District Stay: Motion filed Jan. 6, 2025; Opposition filed Feb. 3, 2025; Reply filed Feb. 11, 2025; hearing Feb. 19, 2025 at 9:00 AM.

Further Status Conference (All Cases) is scheduled for 02/19/2025 at 09:00 AM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. KuhlCSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'GreeneERM: None
Courtroom Assistant: M. MiroDeputy Sheriff: None

---

23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277,
23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004,
23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373,
23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496,
23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622,
23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055,
23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710,
23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863,
23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930,
23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011,
23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027,
23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050,
23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085,
23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157,
23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211,
23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235,
23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303,
23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387,
23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534,
23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16816,
23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925,
23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943,
23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958,
23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992,
23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017,
23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054,
23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085,
23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356,
23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414, 23STCV17418,
23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578, 23STCV17613,
23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687, 23STCV17691,
23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705, 23STCV17709,
23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730, 23STCV17735,
23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758, 23STCV17759,
23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055, 23STCV18077,
23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090, 23STCV18091,
23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107, 23STCV18113,
23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387, 23STCV18405,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  January 15, 2025
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl          CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487, 23STCV18502,
23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759, 23STCV19311,
23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519, 23STCV19527,
23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672, 23STCV19697,
23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763, 23STCV19766,
23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059, 23STCV20061,
23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080, 23STCV20083,
23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099, 23STCV20153,
23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359, 23STCV20373,
23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533,
23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755,
23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802,
23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017,
23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059,
23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958,
23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22628,
23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,
23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734,
23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791,
23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849,
23STCV23871, 23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902,
23STCV23920, 23STCV23925, 23STCV23936, 23STCV23959, 23STCV23970,
23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084,
23STCV24135, 23STCV24146, 23STCV24332, 23STCV24468, 23STCV24474,
23STCV24483, 23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695,
23STCV24700, 23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221,
23STCV25439, 23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615,
23STCV25621, 23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034,
23STCV26087, 23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl         CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

23STCV26379, 23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27890, 23STCV27945,
23STCV28201, 23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839,
23STCV28846, 23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939,
23STCV28942, 23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307,
23STCV29355, 23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382,
23STCV29397, 23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434,
23STCV29441, 23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501,
23STCV29518, 23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575,
23STCV29657, 23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681,
23STCV29702, 23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740,
23STCV29749, 23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854,
23STCV30215, 23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168,
23STCV31179, 23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544,
23STCV31561, 23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524,
24-CIV-00771, 24-CIV-01658, 24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753,
24SMCV00011, 24SMCV00050, 24SMCV00732, 24SMCV01126, 24SMCV02075,
24SMCV02123, 24SMCV02178, 24SMCV02179, 24SMCV02184, 24SMCV02541,
24SMCV03053, 24SMCV03261, 24SMCV03519, 24SMCV04019, 24SMCV04625,
24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866,
24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954,
24STCV02018, 24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232,
24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518,
24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576,
24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675,
24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042,
24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643,
24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902,
24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160,
24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533,
24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565,
24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615, 24STCV04624,
24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629, 24STCV05947,
24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985, 24STCV06028,
24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481, 24STCV06489,
24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125, 24STCV07221,
24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304, 24STCV07472,
24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658, 24STCV07691,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl              CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene                     ERM: None
Courtroom Assistant: M. Miro                      Deputy Sheriff: None

---

24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943, 24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167, 24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840, 24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390, 24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.

A Joint Status Report is to be served on Monday 2/17/2025 by NOON. The report is to be filed on 2/18/2025 and a copy is to be delivered to the courtroom on 2/18/2025.

Plaintiffs' Liaison Counsel is to provide notice.

The Further Status Conference scheduled for 01/15/2025 is 'Held' for cases 22-CIV-03178, 22-

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

| | |
|---|---|
| Judge: Honorable Carolyn B. Kuhl | CSR: Christine Kwon-Chang CSR# 12143 |
| Judicial Assistant: L. M'Greene | ERM: None |
| Courtroom Assistant: M. Miro | Deputy Sheriff: None |

CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

| | |
|---|---|
| Judge: Honorable Carolyn B. Kuhl | CSR: Christine Kwon-Chang CSR# 12143 |
| Judicial Assistant: L. M'Greene | ERM: None |
| Courtroom Assistant: M. Miro | Deputy Sheriff: None |

23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663,
23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701,
23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722,
23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751,
23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042,
23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089,
23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102,
23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322,
23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465,
23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743,
23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344,
23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649,
23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759,
23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032,
23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079,
23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096,
23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351,
23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV22041, 23STCV22044, 23STCV22046,
23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419,
23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754,
23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003, 23STCV23057,
23STCV23061, 23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078,
23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183,
23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526,
23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553, 23STCV23597,
23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635,
23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680,
23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693,
23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702,
23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775,
23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23876, 23STCV23889,

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl         CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M. Miro              Deputy Sheriff: None

---

23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925, 23STCV23936,
23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056, 23STCV24079,
23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146, 23STCV24332,
23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492, 23STCV24609,
23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701, 23STCV24721,
23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458, 23STCV25512,
23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647, 23STCV26013,
23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297, 23STCV26301,
23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750, 23STCV26814,
23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771, 23STCV27778,
23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759,
23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918,
23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979,
23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372,
23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407,
23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467,
23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552,
23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669,
23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719,
23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793,
23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266, 23STCV30274,
23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485,
23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686,
23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308,
24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050, 24SMCV00732,
24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179,
24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519,
24SMCV04019, 24SMCV04625, 24STCV00076, 24STCV00352, 24STCV00640,
24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473,
24STCV01945, 24STCV01954, 24STCV02018, 24STCV02054, 24STCV02153,
24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489,
24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554,
24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632,
24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885,
24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273,
24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750,
24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112,
24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  January 15, 2025
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl     CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene       ERM: None
Courtroom Assistant: M. Miro          Deputy Sheriff: None

---

24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549,
24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576,
24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265,
24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979,
24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476,
24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639,
24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300,
24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617,
24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101,
24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788,
24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365,
24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961,
24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026,
24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853,
24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520,
24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775,
24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888,
24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938,
24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272,
24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424,
24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385,
24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255,
24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947,
24STCV16276, 24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910,
24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830,
24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318,
24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219,
24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455,
24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243,
24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868,
24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916,
24STCV20924, 24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932,
24STCV21943, 24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993,
24STCV23167, 24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830,
24STCV23840, 24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059,
24STCV24390, 24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600,
24STCV24642, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl          CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M. Miro               Deputy Sheriff: None

---

CIVSB2224125, CIVSB2225355, and CV2022-1472.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | January 15, 2025 |
| **Social Media Cases** | 9:00 AM |

Judge: Honorable Carolyn B. Kuhl    CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene    ERM: None
Courtroom Assistant: M. Miro    Deputy Sheriff: None

23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092,
23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373,
23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423,
23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620,
23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696,
23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720,
23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746,
23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035,
23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088,
23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100,
23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315,
23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459,
23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622,
23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330,
23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631,
23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715,
23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973,
23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078,
23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089,
23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161,
23STCV20351, 23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395,
23STCV20530, 23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737,
23STCV20744, 23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785,
23STCV20792, 23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850,
23STCV20855, 23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035,
23STCV21044, 23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108,
23STCV21676, 23STCV21955, 23STCV21958, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956, 23STCV23003,
23STCV23057, 23STCV23061, 23STCV23065, 23STCV23066, 23STCV23072,
23STCV23078, 23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165,
23STCV23183, 23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467,
23STCV23526, 23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553,
23STCV23597, 23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624,
23STCV23635, 23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679,
23STCV23680, 23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691,
23STCV23693, 23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  January 15, 2025
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl    CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene     ERM: None
Courtroom Assistant: M. Miro        Deputy Sheriff: None

23STCV23702, 23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772,
23STCV23775, 23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801,
23STCV23808, 23STCV23823, 23STCV23849, 23STCV23871, 23STCV23876,
23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925,
23STCV23936, 23STCV23959, 23STCV23970, 23STCV23979, 23STCV24056,
23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135, 23STCV24146,
23STCV24332, 23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492,
23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701,
23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458,
23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647,
23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297,
23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750,
23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771,
23STCV27778, 23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740,
23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908,
23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972,
23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363,
23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401,
23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457,
23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536,
23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659,
23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710,
23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791,
23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266,
23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190,
23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571,
23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658,
24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24SMCV04019, 24SMCV04625, 24STCV00076, 24STCV00352,
24STCV00640, 24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375,
24STCV01473, 24STCV01945, 24STCV01954, 24STCV02018, 24STCV02054,
24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472,
24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539,
24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620,
24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765,
24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  January 15, 2025
**Social Media Cases**  9:00 AM

Judge: Honorable Carolyn B. Kuhl         CSR: Christine Kwon-Chang CSR# 12143
Judicial Assistant: L. M'Greene          ERM: None
Courtroom Assistant: M. Miro             Deputy Sheriff: None

24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739,
24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083,
24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221,
24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544,
24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573,
24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219,
24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975,
24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400,
24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611,
24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291,
24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598,
24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081,
24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479,
24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361,
24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679,
24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020,
24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757,
24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371,
24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763,
24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11834,
24STCV11888, 24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930,
24STCV11938, 24STCV11939, 24STCV12048, 24SUTCV12100, 24STCV12270,
24STCV12272, 24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727,
24STCV13424, 24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355,
24STCV14385, 24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767,
24STCV15255, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931,
24STCV15947, 24STCV16276, 24STCV16288, 24STCV16364, 24STCV16636,
24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521,
24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227,
24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173,
24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449,
24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238,
24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866,
24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915,
24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939, 24STCV21928,
24STCV21932, 24STCV21943, 24STCV22153, 24STCV22355, 24STCV22869,
24STCV22993, 24STCV23167, 24STCV23472, 24STCV23790, 24STCV23809,
24STCV23830, 24STCV23840, 24STCV23987, 24STCV24047, 24STCV24053,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  
**Social Media Cases**

January 15, 2025  
9:00 AM

Judge: Honorable Carolyn B. Kuhl  
Judicial Assistant: L. M'Greene  
Courtroom Assistant: M. Miro  

CSR: Christine Kwon-Chang CSR# 12143  
ERM: None  
Deputy Sheriff: None

---

24STCV24059, 24STCV24390, 24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642, 30-2023-01306723-CU-PL-CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, and CV2022-1472.