1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11    IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
      ADDICTION/PERSONAL INJURY
12    PRODUCTS LIABILITY LITIGATION           Case Nos.:  4:22-md-03047-YGR-PHK

13                                            ~~[PROPOSED]~~ **ORDER ON OMNIBUS**
                                              **SEALING STIPULATION**
14    THIS DOCUMENT RELATES TO:               **REGARDING DKT. NOS. 1540 AND**
      ALL ACTIONS                             **1542**
15
                                              Judge: Hon. Yvonne Gonzalez Rogers
16                                            Magistrate Judge: Hon. Peter H. Kang

17

18

19            Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective

20    Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting

21    Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting

22    declaration, the arguments of counsel, and all other matters presented to the Court, the Court

23    rules that good cause exists to seal portions of the Parties' Joint Letter Brief re Certain

24    Noncustodial YouTube Databases and Exhibit A (ECF No. 1540) and Joint Letter Brief re RFP

25    Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (ECF No. 1542):

26

27

28

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1540-1 | Joint Letter Brief re Certain Noncustodial YouTube Databases | Maintain redactions at 1–4 | GRANTED |
| 1540-2 | Exhibit A | Maintain under seal | GRANTED |
| 1542-1 | Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) | Maintain redactions at 2, 4 | GRANTED |

**IT IS SO ORDERED.**

DATE:  February 7, 2025

Hon. Peter H. Kang
United States Magistrate Judge