| | |
|---|---|
| 1 | JONATHAN H. BLAVIN, SBN 230269<br>MUNGER, TOLLES & OLSON LLP |
| 2 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 3 | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 4 | Email: Jonathan.Blavin@mto.com |
| 5 | ROSE L. EHLER, SBN 296523<br>VICTORIA A. DEGTYAREVA, SBN 284199 |
| 6 | FAYE PAUL TELLER, SBN 343506<br>ARIEL T. TESHUVA, SBN 324238 |
| 7 | LAURA M. LOPEZ, SBN 313450<br>MUNGER, TOLLES & OLSON LLP |
| 8 | 350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426 |
| 9 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 10 | Email: Rose.Ehler@mto.com<br>Email: Victoria.Degtyareva@mto.com |
| 11 | Email: Faye.Teller@mto.com<br>Email: Ariel.Teshuva@mto.com |
| 12 | Email: Laura.Lopez@mto.com |
| 13 | LAUREN A. BELL (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP |
| 14 | 601 Massachusetts Ave., NW St.,<br>Suite 500 E |
| 15 | Washington, D.C. 20001-5369<br>Telephone: (202) 220-1100 |
| 16 | Facsimile: (202) 220-2300<br>Email: Lauren.Bell@mto.com |
| 17 | |
| 18 | *Attorneys for Snap Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION (JOINT LETTER BRIEF REGARDING SNAP'S ASSERTION OF PRIVILEGE IN CONNECTION WITH 14 REDACTED DOCUMENTS)<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Case No. 4:22-MD-03047-YGR

[PROPOSED] ORDER ON OMNIBUS STIPULATION REGARDING JOINT TEMPORARY SEALING MOTION

1    Pursuant to Civil Local Rules 7-11 and 79-5, the Court's Order on the Stipulated Third
2  Modified Protective Order (ECF No. 1209), and the Court's Order Setting Sealing Procedures
3  (ECF No. 341), the Court rules as follows on Plaintiffs' and Defendant Snap Inc.'s Omnibus
4  Stipulation Regarding Joint Temporary Sealing Motion (Joint Letter Brief Regarding Snap's
5  Assertion of Privilege in Connection with 14 Redacted Documents). This Order does not address
6  unsealing the material redacted based on the attorney-client and work-product privileges, and
7  those redactions will remain pending further order of the Court.

| Document | Requested Action | Court's Order |
|---|---|---|
| Joint Letter Brief<br>ECF No. 1550-1 | Redaction at 8 (description of Exhibit H) | Granted __X__<br><br>Denied _____ |
| Snap's Exhibit A<br>Bates: SNAP3160953<br>ECF No. 1550-3 | Seal entire exhibit. | Granted _X___<br><br>Denied _____ |
| Snap's Exhibit B<br>Bates: SNAP3182499<br>ECF No. 1550-5 | Seal entire exhibit. | Granted _X___<br><br>Denied _____ |
| Snap's Exhibit C<br>Bates: SNAP3202222<br>ECF No. 1550-7 | Seal entire exhibit. | Granted __X__<br><br>Denied _____ |
| Snap's Exhibit D<br>Bates: SNAP3245340<br>ECF No. 1550-9 | Seal entire exhibit. | Granted _X___<br><br>Denied _____ |
| Snap's Exhibit E<br>Bates: SNAP3307049<br>ECF No. 1550-11 | Seal entire exhibit. | Granted _X___<br><br>Denied _____ |
| Snap's Exhibit F<br>Bates: SNAP5288226<br>ECF No. 1550-13 | Seal entire exhibit. | Granted _X___<br><br>Denied _____ |
| Snap's Exhibit G<br>Bates: SNAP1141054<br>ECF No. 1550-15 | Seal entire exhibit. | Granted _X___<br><br>Denied _____ |

| Document | Requested Action | Court's Order |
|---|---|---|
| Snap's Exhibit H<br>Bates: SNAP1157465<br>ECF No. 1550-17 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |
| Snap's Exhibit I<br>Bates: SNAP1151790<br>ECF No. 1550-19 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |
| Snap's Exhibit J<br>Bates: SNAP5288836<br>ECF No. 1550-21 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |
| Snap's Exhibit K<br>Bates: SNAP4928443<br>ECF No. 1550-23 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |
| Snap's Exhibit L<br>Bates: SNAP3628554<br>ECF No. 1550-25 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |
| Snap's Exhibit M<br>Bates: SNAP3664752<br>ECF No. 1550-27 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |
| Snap's Exhibit N<br>Bates: SNAP4801937<br>ECF No. 1550-29 | Seal entire exhibit. | Granted _X_<br><br>Denied ____ |

**IT IS SO ORDERED.**

DATED  February 7, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge