UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　Defendants. | Case No. 22-md-03047-YGR<br><br>**CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE** |

　　You are hereby notified that Further Case Management Conference and Motion Hearing is reset on Wednesday, February 12, 2025, at 2:00 p.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: February 7, 2025

　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Edwin Angelo A. Cuenco, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　5106373540

*Clerk's-Notice_CRD*
*rev. June 2018*