1  MARGARET R. PRINZING, State Bar No. 209482
   OLSON REMCHO, LLP
2  1901 Harrison Street, Suite 1550
   Oakland, CA  94612
3  Phone:  (510) 346-6200
   Fax:  (510) 574-7061
4  Email:  mprinzing@olsonremcho.com

5  Attorneys for Nonparties
   Office of the Governor of California;
6  California Office of Data & Innovation;
   California Governor's Office of Business and
7     Economic Development;
   California Department of Finance;
8  California Department of Public Health;
   California Department of Consumer Affairs; and
9  California Business, Consumer Services and
      Housing Agency

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       (OAKLAND DIVISION)
13

14  IN RE:  SOCIAL MEDIA ADOLESCENT            MDL No. 3047
    ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION             No.:  4:22-MD-03047-YGR (PHK)
15

16  _____          **DECLARATION OF MARGARET R.
                                               PRINZING IN SUPPORT OF CALIFORNIA
    THIS DOCUMENT RELATES TO:                  EXECUTIVE AGENCIES' MOTION TO
17                                             ENLARGE TIME FOR SUBSTANTIAL
    ALL CASES                                  COMPLETION**
18
                                               Judge:  Hon. Yvonne Gonzalez Rogers
19
                                               Magistrate Judge:  Hon. Peter H. Kang
20

21

22

23

24

25

26

27
                                               1
28  DECLARATION OF MARGARET R.                         MDL No. 3047
    PRINZING IN SUPPORT OF                             No. 4:22-MD-03047-YGR (PHK)
    CALIFORNIA EXECUTIVE AGENCIES'
    MOTION TO ENLARGE TIME FOR
    SUBSTANTIAL COMPLETION

1

**<u>DECLARATION OF MARGARET R. PRINZING</u>**

2

I, Margaret R. Prinzing, declare under penalty of perjury as follows:

3

1.       I am an attorney licensed to practice law in the State of California and am

4

employed by the law firm of Olson Remcho, LLP.  I serve as counsel for Nonparties the Office of the

5

Governor of California, California Governor's Office of Business and Economic Development,

6

California Department of Finance, California Department of Public Health, California Department of

7

Consumer Affairs, California Office of Data and Innovation, and California Business, Consumer

8

Services and Housing Agency (together, the "California Executive Agencies").  The facts set forth

9

herein are personally known to me, and if called upon to testify, I could and would competently do so.

10

2.       The reasons for the requested enlargement of time are set forth in the

11

accompanying Declaration of J. Leah Castella.

12

3.       On February 6, 2025, I participated in a conference call with Christopher Yeung,

13

counsel for Meta.  My colleague and I confirmed with Mr. Yeung that Meta agreed that the February 7,

14

2025, substantial completion deadline which applies to other California Executive Agencies does not

15

apply to the California Governor's Office of Business and Economic Development ("GO-Biz").

16

Instead, Meta and GO-Biz will continue to meet and confer over the scope of a limited discovery

17

response from GO-Biz.  The deadline for that response remains to be determined as part of those meet

18

and confer efforts.

19

4.       We also explained to Mr. Yeung that other Executive Agencies would not be

20

able to substantially complete document production by the February 7, 2025 deadline and so would

21

instead move the Court to enlarge the deadline to February 21, 2025.  We asked Mr. Yeung to inform

22

us whether Meta would agree to the extension.  We explained that we would in good faith attempt to

23

address any concerns Meta had about any prejudice Meta might experience as a result of the request.

24

5.       On February 7, 2025, Meta provided the following statement:

25

26

Meta is in discussions with the co-leads for the States about a global
extension of deadlines that would include a global substantial completion
deadline extension that accommodates the many States who have either

27

28

DECLARATION OF MARGARET R.                    2                    MDL No. 3047
PRINZING IN SUPPORT OF                                                  No. 4:22-MD-03047-YGR (PHK)
CALIFORNIA EXECUTIVE AGENCIES'
MOTION TO ENLARGE TIME FOR
SUBSTANTIAL COMPLETION

missed their deadlines or requested extensions.  In light of those discussions – which we hope to conclude early next week – we do not think piecemeal extension requests are necessary.  We are willing to grant the CA Executive Agencies a brief three-day extension of the substantial completion deadline to avoid the need for such piecemeal filings.

6.      As nonparties to this lawsuit, the California Executive Agencies are not part of those discussions, which seem unlikely to conclude before the Agencies' current February 7 deadline passes.  Because those discussions may ultimately be unsuccessful or result in an agreement that does not serve the interests and/or capacities of the California Executive Agencies, the Agencies believe it is necessary to continue pursuing the extension of time requested in this motion.  If this requested extension of time is not granted, and the parties do not reach a global agreement extending the discovery deadlines, the California Executive Agencies will be substantially harmed by any consequences that might flow from their failure to comply with the current February 7, 2025 deadline, notwithstanding their extraordinary and good faith efforts to comply with that deadline, as set forth in the Declaration of J. Leah Castella.

7.      On December 17, 2024, the California Executive Agencies submitted a court-ordered Joint Letter re Schedule for California Agencies' Document Production in which the California Executive Agencies identified February 14, 2025 as the anticipated substantial completion deadline for document production.  ECF No. 1466.  This was a good faith estimate based on the limited information then available to the parties, since the parties' meet and confer efforts over search terms were still underway.  If granted, the Executive Agencies' request would have altered the previously set substantial compliance deadline of December 23, 2024, set by the Court.  ECF No. 1380 (Discovery Management Order No. 12) at 2.  On December 31, 2024, the Court entered an order setting the deadline for substantial completion on February 7, 2025.  ECF No. 1495-1 at 2.  Nonparty California Executive Agencies have not otherwise been involved in any previous time modifications in the case, whether by stipulation or court order.

8.      The requested time modification would have limited effects on the schedule for the case.  It would work no prejudice to Meta because the requested modified substantial completion

DECLARATION OF MARGARET R.                3            MDL No. 3047
PRINZING IN SUPPORT OF                                No. 4:22-MD-03047-YGR (PHK)
CALIFORNIA EXECUTIVE AGENCIES'
MOTION TO ENLARGE TIME FOR
SUBSTANTIAL COMPLETION

1   deadline, February 21, 2025, is consistent with the deadline for substantial completion in at least one

2   other state.  On February 3, 2025, the Court continued the Kentucky Attorney General's time for

3   substantial production to February 21, 2025, the same date requested in this motion.  ECF No. 1631.

4   Since granting this requested extension would be consistent with a previous Court order, it need not

5   disturb the deposition schedule in this case.  When the Court extended Kentucky's substantial

6   completion to February 21, 2025, it set a deadline for Rule 30(b)(6) depositions of March 28, 2025,

7   unless otherwise agreed upon by the parties.  ECF No. 1631.  Here, the current deadline for 30(b)(6)

8   depositions is April 4, 2025.  ECF No. 1495-1 at 2.  Thus, even with the requested extension, the

9   current deposition schedule ordered by the Court still provides Meta sufficient time for depositions –

10  indeed, more time than what the Court recently ordered for Kentucky's depositions.

11          I declare under penalty of perjury that the foregoing is true and correct.  Executed this

12  7th day of February, 2025, in Berkeley, California.

13

14                                    /s/ Margaret R. Prinzing
                                      Margaret R. Prinzing

15  (2,045,154)

16

17

18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF MARGARET R.              4              MDL No. 3047
    PRINZING IN SUPPORT OF                              No. 4:22-MD-03047-YGR (PHK)
    CALIFORNIA EXECUTIVE AGENCIES'
    MOTION TO ENLARGE TIME FOR
    SUBSTANTIAL COMPLETION