MARGARET R. PRINZING, State Bar No. 209482
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Phone: (510) 346-6200
Fax: (510) 574-7061
Email: mprinzing@olsonremcho.com

Attorneys for Nonparties
Office of the Governor of California;
California Office of Data & Innovation;
California Governor's Office of Business and
   Economic Development;
California Department of Finance;
California Department of Public Health;
California Department of Consumer Affairs; and
California Business, Consumer Services and
   Housing Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 3047<br><br>No.: 4:22-MD-03047-YGR (PHK)<br><br>**[PROPOSED] ORDER GRANTING CALIFORNIA EXECUTIVE AGENCIES' MOTION TO ENLARGE TIME FOR <u>SUBSTANTIAL COMPLETION</u>**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1   The Court has reviewed the Motion to Enlarge Time for the California Executive Agencies' Substantial Completion of document production filed by the California Executive Agencies, including the Office of the Governor of California, California Department of Finance, and California Department of Public Health. The Court finds that good cause exists and GRANTS the California Executive Agencies' Motion.

IT IS HEREBY ORDERED THAT the deadline for substantial completion of document production for the California Executive Agencies is now February 21, 2025.

IT IS SO ORDERED.

DATED: _____

_____
HON. PETER H. KANG
The Magistrate Judge

(2,045,029)