*[Parties and Counsel Listed on Signature Pages]*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO SUBSTANTIALLY COMPLETE STATE AGENCY DOCUMENT PRODUCTIONS AND DEPOSITIONS** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO SUBSTANTIALLY COMPLETE STATE AGENCY DOCUMENT PRODUCTIONS AND DEPOSITIONS

Pursuant to Civil Local Rules 6-2 and 7-12, the State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. Under the schedule ordered by Magistrate Judge Kang on December 31, 2024 (ECF 1495), the deadlines for State AGs and state agencies to complete substantial production of documents range from mid-January to early February 2025 (extended to late February 2025 for one State, Kentucky). *See* ECF 1495, 1495-1.

2. The State AGs have represented to Meta that all but one of the State AGs have met their substantial completion deadlines with respect to documents produced from their respective State AG offices. Discussions about the State AGs' responses to two remaining RFPs in Meta's Third Set of RFPs are still ongoing, and any productions made pursuant to those discussions will be completed by the end of the current fact discovery period, April 4, 2025.

3. As of February 10, 2025, at least one agency in the following States had not met its substantial completion deadline, as ordered by Magistrate Judge Kang on December 31, 2024 (ECF 1495): Arizona, California, Colorado, Hawaii, Illinois, Kansas, Louisiana, Nebraska, New Jersey, New York, Pennsylvania, South Carolina, Wisconsin, and Virginia. *See* ECF 1669 at 2 n.2; 1675 at 2 n.2. Other States have already sought extensions of that deadline from the Court.

4. Meta is currently required to complete depositions of all State witnesses[1] by April 4, 2025, with many States having presumptive deposition windows that close even earlier. *See* ECF 1495, 1495-1.

5. In light of many States not having substantially completed productions from some agencies, or anticipating not substantially completing productions by their current deadlines, and given the resulting short time period for Meta to review and effectively take depositions of State witnesses, the

---

[1] References to "depositions of State witnesses" throughout this stipulation and proposed order mean Rule 30(b)(6) and fact depositions of State AGs and state agencies, and their current and former employees, pursuant to deposition notices and/or subpoenas.

Parties agree, subject to Court approval, to extend the deadlines (1) for the States to substantially (and then fully) complete document productions and, in turn, (2) for Meta to take depositions of State witnesses.

6. The Parties agree to continue working cooperatively and diligently to advance agency document productions, including the State AGs' and state agencies' agreement to collect, review, and produce relevant, non-privileged documents returned by agreed-upon search terms and other parameters on a rolling basis; and Meta's agreement to provide updated search terms to facilitate the meeting of agreed-upon document review caps (where applicable).

7. Absent good cause, Meta and the State AGs agree to finalize, and, if necessary, brief, all disputes about the scope of the State AGs' and state agencies' responses and objections to Meta's existing RFPs by March 14. For avoidance of doubt, disputes regarding assertions of privilege, redactions, confidentiality designations, and the sufficiency of the State AGs' and state agencies' productions are not encompassed by this paragraph. The extension of the deadline for Meta to complete fact and Rule 30(b)(6) depositions of State witnesses does not and will not affect any other deadlines already set or that may be set regarding disputes over written discovery.

8. The Parties further agree that the overall hours limit for depositions of State witnesses is 629 hours on the record, with a 30-hour cap per State asserting consumer protection claims, and a 12-hour cap per State asserting only COPPA claims.

9. This Court has previously extended the deadlines for state agencies to substantially complete document productions three times, including initially on agreement of all Parties to the MDL as part of an MDL-wide schedule extension. *See* ECF 1159, 1380, 1495. The Court granted a further extension of Kentucky's substantial completion deadline. *See* ECF 1631. New Jersey and certain California agencies have requested, but have not yet received, further extensions. *See* ECF Nos. 1655, 1663.

10. The Court has not extended Meta's deadline to complete depositions.[2]

---

[2] The Court extended the presumptive window for Meta to take depositions of Kentucky witnesses in conjunction to granting Kentucky's request to extend its substantial completion deadline, ECF 1631, but (continued…)

11. The changes in these deadlines will not automatically affect other deadlines in the case schedule, but they may or may not require future requests by the Parties and future action by the District Court on other deadlines in the case schedule. The Parties reserve all rights with respect to other changes to deadlines.

12. Therefore, the Parties agree, subject to the Court's approval, that the following deadlines will apply:

    a. Deadline to substantially complete production of all State AG and agency documents: **March 14, 2025**

    b. Parties' deadline to finalize, and, if necessary, brief, all disputes about the scope of the State AGs' and state agencies' responses and objections to Meta's existing RFPs: **March 14, 2025**

    c. Deadline to complete production of all State AG and agency documents: **April 4, 2025**

    d. First date on which Rule 30(b)(6) depositions of State witnesses may be taken: **April 7, 2025**

    e. Deadline for Parties to meet and confer to identify and commence scheduling individual State fact witness depositions (*and* to meet and confer regarding any such disputes): **May 9, 2025**

    f. Deadline for Meta to serve deposition notices for individual State fact witness depositions: **May 30, 2025**

    g. Meta's deadline to complete fact and Rule 30(b)(6) depositions of State witnesses: **July 18, 2025**

    h. Overall hours limit for depositions of State witnesses: **629 hours** on the record, with a **30-hour cap** per State asserting consumer protection claims, and a **12-hour cap** per State asserting only COPPA claims.

---

did not extend Meta's *deadline* to complete depositions of Kentucky's 30(b)(6) and fact witnesses, which was always April 4, 2025, ECF 1495-1 at 11.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: February 13, 2025                    By: /s/ Megan O'Neill

                                        **ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law

Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*

6
META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO SUBSTANTIALLY COMPLETE STATE AGENCY DOCUMENT PRODUCTIONS AND DEPOSITIONS

Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*


By: */s/ Ashley M. Simonsen*

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I, Megan O'Neill, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: February 13, 2025

/s/ *Megan O'Neill*
Megan O'Neill

*Attorney for Plaintiff the People of the State of California*

*Co-Lead Counsel for State Attorneys General*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____

                                      PETER H. KANG
                                      UNITED STATES MAGISTRATE JUDGE