IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>     v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC, | MDL No.   3047 |
| | Case Nos.   4:22-md-03047-YGR-PHK<br>              4:23-cv-05448-YGR |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | **[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

**[PROPOSED] ORDER**

Having considered the Plaintiff State Attorneys General's Motion for Relief from the Nondispositive Pretrial Order of the Magistrate Judge, (ECF No. _____) and the Defendant's opposition thereto, the Court hereby **GRANTS** the motion. The conclusion that Meta may issue a single 30(b)(6) deposition notice to multiple agencies in state law enforcement actions in Discovery Management Order No. 14 Following the Discovery Management Conference of January 16, 2025

(ECF No. 1646) is "contrary to law" and "clearly erroneous." Fed. R. Civ. P. 72(a). Meta's Notices to the "States" are thus improper under Rule 30(b)(6) and Meta is directed to issue amended, appropriately targeted individual subpoenas to each "governmental agency" from which it seeks information directly rather than seeking that information through each state as a monolith.

**IT IS SO ORDERED.**

Dated: _____ ____, 2025

_____

Hon. Yvonne Gonzalez Rogers

[Proposed] Order Granting State Attorneys General's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (4:22-md-03047-YGR-PHK)

2