# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 12, 2025 | **Time:** 1 Hour 24 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jenny Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Further Case Management Conference – Held
Motions for Interlocutory Certification – Held

The Court heard argument on the pending motions for interlocutory certification (Dkt. Nos. 1460, 1463, 1534) and took the motions under submission.

The Court discussed amendment of Washington, Ohio, and Maine's claims as to remove their consumer-protection claims and leave only their claims under COPPA. The parties are to provide a stipulation for the Court's consideration.

As to Meta's request for leave to file a motion to stay related to its insurance coverage dispute (*see* Case No. 24-cv-9500), the Court **ORDERED** the parties to submit a four-page (two per side) filing that explains the facts, anticipated bases for motions, and anything else relevant for consideration by Wednesday, February 19, 2025.

Written order to issue.