# TRANSCRIPT ORDER

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

COURT USE ONLY
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Grace Green
**2a. CONTACT PHONE NUMBER:** (212) 530-8990
**3. CONTACT EMAIL ADDRESS:** ggreen@milbank.com

**1b. ATTORNEY NAME (if different):** Stephen Morgan
**2b. ATTORNEY PHONE NUMBER:** (212) 530-5604
**3. ATTORNEY EMAIL ADDRESS:** smorgan1@milbank.com

**5. CASE NAME:** Musk v. Altman, et al.
**6. CASE NUMBER:** 4:24-cv-04722

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Milbank LLP
55 Hudson Yards
New York, NY 10001

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL
☐ NON-APPEAL  ☒ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX):** ☐ FTR
Raynee H. Mercado, CSR

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/2025 | YGR | Hrg | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Stephen Morgan
**12. DATE** 2/18/2025

[Clear Form]   [Save as new PDF]