1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  People of the State of California, et al.        MDL No.    3047

13        v.                                          Case Nos.    4:22-md-03047-YGR-PHK
                                                                   4:23-cv-05448-YGR
14  Meta Platforms, Inc.; Instagram, LLC; Meta
    Payments, Inc.; Meta Platforms Technologies,     **[PROPOSED] ORDER GRANTING**
15  LLC,                                             **STATE ATTORNEYS GENERAL'S**
                                                     **MOTION FOR RELIEF FROM**
16                                                   **NONDISPOSITIVE PRETRIAL ORDER**
    IN RE: SOCIAL MEDIA ADOLESCENT               **OF MAGISTRATE JUDGE**
17  ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION THIS
18  DOCUMENT RELATES TO:

19  4:23-cv-05448.                                   Judge: Hon. Yvonne Gonzalez Rogers

20                                                   Magistrate Judge: Hon. Peter H. Kang

21

22                              **[PROPOSED] ORDER**

23        Having considered the Plaintiff State Attorneys General's Motion for Relief from the

24  Nondispositive Pretrial Order of the Magistrate Judge, (ECF No. _____) and the Defendant's

25  opposition thereto, the Court hereby **GRANTS** the motion. The conclusion that Meta may issue a

26  single 30(b)(6) deposition notice to multiple agencies in state law enforcement actions in Discovery

27  Management Order No. 14 Following the Discovery Management Conference of January 16, 2025

28

(ECF No. 1646) is "contrary to law" and "clearly erroneous." Fed. R. Civ. P. 72(a). Meta's Notices to the "States" are thus improper under Rule 30(b)(6) and Meta is directed to issue amended, appropriately targeted individual subpoenas to each "governmental agency" from which it seeks information directly rather than seeking that information through each state as a monolith.

**IT IS SO ORDERED.**

Dated: _____ ____, 2025

_____
Hon. Yvonne Gonzalez Rogers