Matthew J. Antonelli (SBN: 343144)
Ruggeri Parks Weinberg LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (415) 429-0998
Fax: (202) 984-1401
mantonelli@ruggerilaw.com

*Attorneys for Hartford Casualty Insurance Company
& Sentinel Insurance Company, Ltd.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>All Actions<br><br>3:24-cv-9500-LB | The Honorable Yvonne Gonzalez Rogers<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Notice is hereby given that the undersigned counsel for Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd. is now affiliated with the firm Ruggeri Parks Weinberg LLP, 201 Spear Street, Suite 1100, San Francisco, CA 94105. Counsel's updated telephone number is (415) 429-0998, fax number is (202) 984-1401, and email is mantonelli@ruggerilaw.com.

Dated: February 21, 2025          Respectfully submitted,

By:  /s/ Matthew J. Antonelli
Matthew J. Antonelli

*Attorneys for Hartford Casualty Insurance Company
& Sentinel Insurance Company, Ltd.*