UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 4:22-MD- 03047-YGR <br><br> MDL No. 3047 <br><br> Honorable Yvonne Gonzalez Rogers <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants the Defendants' Unopposed Administrative Motion for Leave to File Supplemental Authority regarding *Doe v. Grinder Inc.*, __ F.4th __, No. 24-475, 2025 WL 517817 (9th Cir. Feb. 18, 2025).

DATED:

                                              Hon. Yvonne Gonzalez-Rogers
                                              United States District Judge