# EXHIBIT B

# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2025-0022, <u>State of New Hampshire v. Meta Platforms, Inc. & a.</u>, the court on February 18, 2025, issued the following order:**

Notice of appeal is declined. <u>See</u> Rule 7(1)(B).

Under Supreme Court Rule 7(1)(B), the supreme court may decline to accept a notice of discretionary appeal from the superior or circuit court. No appeal, however, is declined except by unanimous vote of the court with at least three justices participating.

This matter was considered by each justice whose name appears below. If any justice who considered this matter believed the appeal should have been accepted, this case would have been accepted and scheduled for briefing.

The declination is without prejudice to the filing of a future appeal in compliance with the rules of this court that raises the issues contained in this appeal.

<u>Declined</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**

Distribution:
Merrimack County Superior Court, 217-2023-CV-00594
Honorable John C. Kissinger, Jr.          Attorney General
Michael A. Delaney, Esq.                  Shantel Chapple Knowlton, Esq.
Gregory L. Halperin, Esq.                 Emily Penkowski Perez, Esq.
Mark W. Mosier, Esq.                      Roger Perlstadt, Esq.
Christopher J. Walsh, Esq.                Jimmy R. Rock, Esq.
Theo Benjamin, Esq.                       Kevin P. Scura, Esq.
Brandon F. Chase, Esq.                    Mary Frances Stewart, Esq.
Brandon H. Garod, Esq.                    File