Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | CASE NO. 4:22-cv-6455-YGR<br><br>MDL No. 3047 |
| **THIS DOCUMENT RELATES TO:**<br><br>S.R., individually and as next of friend to minor plaintiff L.S. v. Meta Platforms, Inc., et al.<br><br>MEMBER CASE NO.: 4:22-cv-6455-YGR | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

To: The Clerk of Court and All Parties of Record

Pursuant to FRCP Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff S.R., individually and as next of friend to minor plaintiff L.S., hereby files this Notice of Voluntary Dismissal without Prejudice and voluntarily withdraws from this action without prejudice, without costs to any party.

DATED this 21st day of February, 2025.

SOCIAL MEDIA VICTIMS LAW CENTER

By: */s/ Laura Marquez-Garrett*
     Laura Marquez-Garrett, SBN 221542

Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Glenn S. Draper
glenn@socialmediavictims.org
**SOCIAL MEDIA VICTIMS LAW CENTER**
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Attorneys for Plaintiff