1  Laura Marquez-Garrett (SBN 221542)
   Laura@socialmediavictims.org
2  SOCIAL MEDIA VICTIMS LAW CENTER
   600 1st Ave, Ste 102 - PMB 2383
3  Seattle, WA 98104
   Telephone: (206) 741-4862
4
   Attorneys for Plaintiffs
5
   [Additional counsel listed on signature page]
6
                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
8

| | |
|---|---|
| 9 **IN RE: SOCIAL MEDIA ADOLESCENT** | Case No. 4:22-MD-03047-YGR MDL |
| 10 **ADDICTION/PERSONAL INJURY** **PRODUCTS LIABILITY LITIGATION** | MDL No. 3047 |
| 11 | |
| **THIS DOCUMENT RELATES TO:** | NOTICE OF WITHDRAWAL OF |
| 12 J.H., filed on behalf of minor A.M., v. Meta | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| 13 Platforms, Inc., et al. | AS TO A.M. |
| 14 MEMBER CASE NO.: 4:23-cv-01588-YGR | |

15  To: The Clerk of Court and All Parties of Record
16
17        Please take notice that Plaintiff hereby withdraws the Notice of Voluntary Dismissal

18  Without Prejudice as to A.M., filed February 24, 2024 (Dkt. No. 1716).

    DATED this 24th day of February, 2025.
19
20                                      SOCIAL MEDIA VICTIMS LAW CENTER

21                                      By: /s/ Laura Marquez-Garrett
                                            Laura Marquez-Garrett, SBN 221542
22
                                        Laura Marquez-Garrett (SBN 221542)
23                                      Laura@socialmediavictims.org
                                        Matthew P. Bergman
24                                      matt@socialmediavictims.org
                                        Glenn S. Draper
25                                      glenn@socialmediavictims.org
                                        600 1st Ave, Ste 102 - PMB 2383
26                                      Seattle, WA 98104
                                        Telephone: (206) 741-4862
27
28                                      Attorneys for Plaintiff