Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>S.R., individually and as next of friend to minor plaintiff L.S. v. Meta Platforms, Inc., et al.<br><br>MEMBER CASE NO.: 4:22-cv-6455-YGR | CASE NO. 4:22-cv-6455-YGR<br><br>MDL No. 3047<br><br>NOTICE OF WITHDRAWAL OF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

To: The Clerk of Court and All Parties of Record

Please take notice that Plaintiff hereby withdraws the Notice of Voluntary Dismissal Without Prejudice, filed February 24, 2024 (Dkt. No. 1714).

DATED this 24th day of February, 2025.

SOCIAL MEDIA VICTIMS LAW CENTER

By: */s/ Laura Marquez-Garrett*
    Laura Marquez-Garrett, SBN 221542

Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Attorneys for Plaintiff