1

2

*[Submitting Counsel on Signature Page]*

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

People of the State of California, et al.

      v.

13

14

15

Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC,

16

17

18

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:

19

4:23-cv-05448.

20

MDL No.   3047

Case Nos.   4:22-md-03047-YGR-PHK
                4:23-cv-05448-YGR

**NOTICE BY STATE OF WISCONSIN IN RESPONSE TO ORDER DATED MARCH 6, 2025 (DKT. NO. 1741)**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

21

22

    The State of Wisconsin hereby submits the following notice as required under the Court's

23

Order Re State Attorneys General's Motion for Relief from Magistrate Judge's Order on State

24

Agency Discovery, dated March 6, 2025 (Dkt. No. 1741). Specifically, the Court ordered "[t]he

25

Wisconsin AG [to] file a notice on the docket within 24 hours . . . to clarify whether it will

26

continue to represent the Governor for remainder of this litigation." (Dkt. No. 1741 at 50–51.)

27

    The undersigned, on behalf of the Wisconsin Attorney General and the Wisconsin

28

1    Department of Justice, hereby confirms that the AG does not represent the Wisconsin Governor in

2    this litigation. (*See* Dkt. No. 1168 at 47:1–8 & n.22; Dkt. No. 1194 at 26:1–11).

3

4    Dated: March 7, 2025                                    Respectfully submitted,

5

6                                                            **JOSHUA L. KAUL**

7                                                            Attorney General State of Wisconsin

8                                                            */s/ Colin R. Stroud*
                                                             Colin R. Stroud

9                                                            Assistant Attorney General
                                                             WI State Bar #1119457, *pro hac vice*

10                                                           Wisconsin Department of Justice
                                                             Post Office Box 7857

11                                                           Madison, Wisconsin 53707-7857
                                                             (608) 261-9224

12                                                           stroudcr@doj.state.wi.us

13                                                           *Attorneys for Plaintiff State of Wisconsin*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

By: */s/ Colin R. Stroud*

Colin R. Stroud

*Attorney for the State of Wisconsin*