1  JONATHAN H. BLAVIN (State Bar No. 230269)
   Jonathan.Blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
3  San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077

5  VICTORIA A. DEGTYAREVA (State Bar No. 284199)
   Victoria.Degtyareva@mto.com
6  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
7  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
8  Facsimile:    (213) 687-3702

9  LAUREN BELL (pro hac vice)
   Lauren.Bell@mto.com
10 MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue NW, Suite 500 E
11 Washington, DC 20001
   Telephone:    (202) 220-1100
12 Facsimile:    (202) 220-2300

13 *Attorneys for Defendant Snap Inc.*

14 *Additional parties and counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**SNAP AND YOUTUBE DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Case No. 4:22-MD-03047-YGR

SNAP AND YOUTUBE'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

1  Pursuant to Civil Local Rules 7-11 and 7-3(d), Defendants Snap Inc. ("Snap"), and
2  YouTube, LLC, Google LLC, and Alphabet Inc. (collectively, "YouTube") submit this Unopposed
3  Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention
4  the Ninth Circuit's March 3, 2025 Order in the various cross-appeals pending in this matter (Nos.
5  24-7032, 24-7037, 24-7265, 24-7300, 24-7304, and 24-7312), available at Dkt. 82, Case No. 24-
6  7032.  The Order denied the State Attorneys General's and the Personal Injury Plaintiffs' motions
7  to dismiss the appeals without prejudice, and set a briefing schedule for the appeals.  Snap and
8  YouTube submit this decision in support of their Supplemental Motion to Certify for Interlocutory
9  Appeal Under 28 U.S.C. § 1292(b) the Court's October 15, 2024 and October 24, 2024 orders
10  regarding the MDL Plaintiffs' failure-to-warn claims (Dkt. 1462).  A copy of the Ninth Circuit's
11  order, which was issued after the completion of briefing and argument on the motion referenced
12  above, is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: March 7, 2025 | Respectfully submitted,<br><br>**MUNGER, TOLLES & OLSON LLP**<br><br>*/s/ Jonathan H. Blavin*<br>Jonathan H. Blavin (State Bar No. 230269)<br>Jonathan.Blavin@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089<br>Telephone: (415) 512-4000<br>Facsimile: (415)512-4077<br><br>Rose L. Ehler (State Bar No. 296523)<br>Rose.Ehler@mto.com<br>Victoria A. Degtyareva (State Bar No. 284199)<br>Victoria.Degtyareva@mto.com<br>Ariel T. Teshuva (State Bar No. 324238)<br>Ariel.Teshuva@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>Lauren A. Bell, *pro hac vice*<br>Lauren.Bell@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave., NW, Suite 500 E<br>Washington, D.C. 20001-5369<br>Telephone: (202)220-1100<br>Facsimile: (202) 220-2300<br><br>*Attorneys for Defendant Snap Inc.* |

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

/s/ Brian M. Willen
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ Yardena R. Zwang-Weissman
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 7, 2025        */s/ Jonathan H. Blavin*
                            Jonathan H. Blavin