# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA; et al., | No. 24-7032 |
| Plaintiffs - Appellees, | D.C. Nos. 4:23-cv-05448-YGR 4:22-md-03047-YGR |
| and | Northern District of California, Oakland |
| STATE OF NORTH DAKOTA, and STATE OF GEORGIA, | ORDER |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC.; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS; et al., | No. 24-7037 D.C. No. 4:22-md-03047-YGR |
| Plaintiffs - Appellees, | Northern District of California, Oakland |
| v. | |
| META PLATFORMS, INC.; et al., | |
| Defendants - Appellants, | |
| and | |
| SNAP INC.; et al., | |
| Defendants. | |

| STATE OF COLORADO, | No. 24-7265 |
| Plaintiff - Appellant, | D.C. No. |
| | 4:23-cv-05448-YGR |
| and | Northern District of California, |
| | Oakland |
| PEOPLE OF THE STATE OF | |
| CALIFORNIA; et al., | |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC.; et al., | |
| Defendants - Appellees. | |

| MULTISTATE ATTORNEY GENERAL | No. 24-7300 |
| PLAINTIFFS, | D.C. No. |
| Plaintiff - Appellant, | 4:22-md-03047-YGR |
| | Northern District of California, |
| and | Oakland |
| PERSONAL INJURY PLAINTIFFS; et al., | |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC.; et al., | |
| Defendants - Appellees, | |

| | |
|---|---|
| PERSONAL INJURY PLAINTIFFS and LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>MULTISTATE ATTORNEY GENERAL PLAINTIFFS and FLORIDA OFFICE OF THE ATTORNEY GENERAL,<br><br>        Plaintiffs,<br><br>  v.<br><br>FACEBOOK HOLDINGS, LLC; et al.,<br><br>        Defendants - Appellees. | No. 24-7304<br>D.C. No.<br>4:22-md-03047-YGR<br>Northern District of California, Oakland |
| PERSONAL INJURY PLAINTIFFS; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>BYTEDANCE LTD.; et al.,<br><br>        Defendants - Appellants,<br><br>and<br><br>META PLATFORMS, INC.; et al.,<br><br>        Defendants. | No. 24-7312<br>D.C. No.<br>4:22-md-03047-YGR<br>Northern District of California, Oakland |

24-7032

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

The motion (Docket Entry No. 77) to voluntarily dismiss appeal No. 24-7032 as to appellee the State of Michigan is granted.

The motions (Docket Entry Nos. 36, 42, 71, 72) to dismiss these appeals for lack of jurisdiction are denied without prejudice to renewing the arguments in the briefs. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The consolidated first briefs on cross-appeal, for appellants in appeal Nos. 24-7032, 24-7037, and 24-7312, are due March 31, 2025. The consolidated second briefs on cross-appeal, for appellants in appeal Nos. 24-7265, 24-7300, and 24-7304, are due April 30, 2025. The consolidated third briefs on cross-appeal are due May 30, 2025. The optional consolidated cross-appeal reply briefs are due within 21 days after service of the consolidated third briefs on cross-appeal.

24-7032