JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

LAUREN BELL (pro hac vice)
Lauren.Bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

*Attorneys for Defendant Snap Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING SNAP AND YOUTUBE DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Case No. 4:22-MD-03047-YGR

1  Pursuant to Civil Local Rules 7-11 and 7-3(d), the Court grants Defendants Snap Inc.,
2  YouTube, LLC, Google LLC, and Alphabet Inc.'s Unopposed Administrative Motion for Leave to
3  File Supplemental Authority regarding the Ninth Circuit's March 3, 2025 order in the various cross-
4  appeals pending in this matter (Nos. 24-7032, 24-7037, 24-7265, 24-7300, 24-7304, and 24-7312).

6  IT IS SO ORDERED.

8  DATED: _____

_____
10  YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE