JEFF JACKSON
Attorney General of North Carolina
CHARLES G. WHITE (N.C. SBN 57735), *pro hac vice*
Assistant Attorney General
KUNAL CHOKSI
Senior Deputy Attorney General
JOSH ABRAM
Special Deputy Attorney General
  N.C. Department of Justice
  Post Office Box 629
  Raleigh, North Carolina 27602
  Telephone: (919) 716-6889
  Facsimile: (919) 716-6050
  E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC,<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:23-cv-05885; 4:24-cv-00805. | MDL No.   3047<br><br>Case No.   4:23-cv-05448-YGR<br><br>**NOTICE OF INFORMATION IN RESPONSE TO ORDER RE STATE ATTORNEYS GENERAL'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S ORDER ON STATE AGENCY DISCOVERY (ECF NO. 1741)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

In response to this Court's Order Re State Attorneys General's Motion for Relief (ECF No. 1741), Plaintiff State of North Carolina *ex rel.* Jeff Jackson, Attorney General provides the following information: When the Order Granting-in-Part and Denying-in Part Meta's Request for Party Discovery on Third-Party State Agencies (ECF No. 1117) was entered on September 6, 2024:

1  (i)  The Attorney General had not advised the Governor that it was impracticable for him to render legal services to the Department of Commerce, Department of Health and Human Services, Department of Public Instruction, Office of Governor, or Office of State Budget and Management in connection with the above-captioned matter, and the Governor had not approved the retention of private counsel in connection with this matter.

(ii) The Governor had not employed private counsel to represent his office or the state agencies in connection with this matter.

Dated: March 7, 2025                    Respectfully submitted,


*/s/ Charles White*
———————————————
Charles White