[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR |
| This Document Relates to: <br><br> The Baltimore City Board of School Commissioners v. Meta, et al., Case No. 23-cv-04064 <br><br> Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065 <br><br> Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377 <br><br> Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804 <br><br> Charleston County School District v. Meta, et al., Case No. 23-cv-04659 <br><br> Dekalb County School District v. Meta, et al., Case No. 23-cv-05733 <br><br> Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467 <br><br> Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098 <br><br> School District of the Chathams v. Meta, et al., Case No. 23-cv-01466 <br><br> Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106 <br><br> The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573 <br><br> Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382 | **STIPULATION AND [PROPOSED] ORDER REGARDING RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

The Parties STIPULATE and AGREE as follows:

1. Each Bellwether School District ("BW SD Plaintiff") identifies the following list of up to six (6) anonymized priority witnesses ("Priority Witnesses"):

| **THE BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS V. META, ET AL.**, Case No. 23-cv-04064 |
|---|
| S.S. |
| T.S. |
| S.B. |
| K.S. |
| E.B. |
| L.H. |
| **BOARD OF EDUCATION HARFORD COUNTY v. META, ET AL.,** Case No. 23-cv-03065 |
| B.H. |
| B.W. |
| D.J. |
| **BOARD OF EDUCATION OF JORDAN SCHOOL DISTRICT v. META, ET AL.,** Case No. 24-cv-01377 |
| M.A. |
| B.D. |
| T.H. |
| B.S. |
| S.W. |
| **BREATHITT COUNTY BOARD OF EDUCATION v. META, ET AL.,** Case No. 23-cv-01804 |
| J.H. |
| K.H. |
| D.N. |
| S.M. |
| H.W. |
| P.W. |
| **CHARLESTON COUNTY SCHOOL DISTRICT v. META, ET AL.,** Case No. 23-cv-04659 |
| A.H. |
| S.C. |
| S.E. |
| L.A. |
| M.R. |
| E.N. |
| **DEKALB COUNTY SCHOOL DISTRICT v. META, et al.** Case No. 23-cv-05733 |
| K.T. |
| D.R. |

| # | |
|---|---|
| 1 | N.S. |
| | D.L. |
| 2 | B.S. |
| 3 | **IRVINGTON PUBLIC SCHOOLS v. META, ET AL.,** Case No. 23-cv-01467 |
| 4 | A.V. |
| | S.P. |
| 5 | M.B. |
| 6 | K.Z. |
| | D.M. |
| 7 | R.L. |
| 8 | **SAINT CHARLES PARISH PUBLIC SCHOOLS v. META, ET AL.,** Case No. 24-cv-01098 |
| 9 | K.O. |
| | J.S. |
| 10 | D.S. |
| | R.W. |
| 11 | K.R. |
| 12 | J.R. |
| 13 | **SCHOOL DISTRICT OF THE CHATHAMS v. META, ET AL.,** Case No. 23-cv-01466 |
| 14 | M.L. |
| | E.S. |
| 15 | C.H. |
| | L.G. |
| 16 | K.C. |
| 17 | L.L. |
| | **SPARTANBURG 6 SCHOOL DISTRICT v. META, ET AL.,** Case No. 24-cv-00106 |
| 18 | O.D. |
| 19 | J.F. |
| | A.K. |
| 20 | K.K. |
| 21 | **THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA v. META, ET AL.,** Case No. 24-cv-01573 |
| 22 | |
| 23 | S.B. |
| | G.B. |
| 24 | T.B. |
| | J.G. |
| 25 | M.H. |
| | **TUCSON UNIFIED SCHOOL DISTRICT v. META, ET AL.,** Case No. 24-cv-01382 |
| 26 | |
| 27 | R.C. |
| | J.H. |
| 28 | R.S. |

STIPULATION AND [PROPOSED] ORDER RE
RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY
WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR

| A.S. |
| J.S. |
| G.T. |

2. If a BW SD Plaintiff relies on a non-Priority Witness's declaration or affidavit in Rule 702 or summary judgment briefing, the BW SD Plaintiff shall make that witness available for a deposition of up to four and one-half (4.5) hours.[1] This deposition must occur at least seven (7) calendar days before the response brief is due to allow Defendants time to use the transcript in their response.

3. If a BW SD Plaintiff includes a non-Priority Witness on their Trial Witness List, the BW SD Plaintiff shall make that witness available for a deposition of up to four and one-half (4.5) hours at a mutually agreed-upon time.[2]

4. Defendants hereby withdraw their prior request for more hours for depositions in *Dekalb County School District v. Meta, et al.,* Case No. 23-cv-05733, beyond the Court-ordered 35 hours.

5. Defendants reserve their right to seek additional deposition hours for any BW SD Plaintiff for "good cause." After meeting and conferring with the BW SD Plaintiff, Defendants may seek Court approval by submitting a joint brief demonstrating the need for additional time.

6. Defendants reserve all rights regarding arguments as to whether any witness's testimony (or any portion of a witness's testimony) is relevant or admissible.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

---

[1] Defendants may request a deposition longer than four and one-half (4.5) hours if they establish "good cause." After meeting and conferring, Defendants may seek Court approval by submitting a joint brief demonstrating the need for additional time.

[2] *See* footnote 1.

1  DATED: _____

3         HONORABLE PETER H. KANG
4         UNITED STATES MAGISTRATE JUDGE

5                               Respectfully submitted,

6  Dated: March 10, 2025        LEVIN SEDRAN & BERMAN LLP

                                */s/ Michael M. Weinkowitz*
8                               MICHAEL M. WEINKOWITZ
                                LEVIN SEDRAN & BERMAN, LLP
9                               510 Walnut Street
                                Suite 500
10                              Philadelphia, PA 19106
                                Telephone: 215-592-1500
11                              mweinkowitz@lfsbalw.com

13                              MELISSA YEATES
                                KESSLER TOPAZ MELTZER & CHECK, LLP
14                              280 King of Prussia Road
                                Radnor, PA 19087
15                              Telephone: 610-667-7706
                                myeates@ktmc.com

17                              Plaintiff Leadership Committee and Co-Chairs of
                                School District Committee

18                              *Attorneys for Plaintiffs*

20  Dated: March 10, 2025        COVINGTON & BURLING LLP

                                */s/ Paul W. Schmidt*
22                              Paul W. Schmidt, *pro hac vice*
                                pschmidt@cov.com
23                              Phyllis A. Jones, *pro hac vice*
                                pajones@cov.com
24                              Christian J. Pistilli, *pro hac vice*
                                cpistilli@cov.com
25                              COVINGTON & BURLING LLP
                                One CityCenter
26                              850 Tenth Street, NW
27                              Washington, DC 20001-4956
                                Telephone: + 1 (202) 662-6000

Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

*/s/ Bailey J. Langner*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
TaCara D. Harris, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

David Mattern, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave, NW, Suite 900
Washington, D.C. 20006-4707
Telephone:  +1 (202) 737-0500
Facsimile:  +1 (202) 626-3737

Bailey J. Langner (State Bar No. 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:  +1 (415) 318-1200
Facsimile:  +1 (415) 318-1300

1
2          *Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

3          MUNGER, TOLLES & OLSON LLP

4          */s/ Jonathan H. Blavin*
           Jonathan H. Blavin (State Bar No. 230269)
5          Jonathan.Blavin@mto.com
           MUNGER, TOLLES & OLSON LLP
6          560 Mission Street, 27th Floor
7          San Francisco, CA 94105-3089
           Telephone: (415) 512-4000
8          Facsimile: (415) 512-4077

9          Victoria A. Degtyareva (State Bar No. 284199)
           Victoria.Degtyareva@mto.com
10         Rose L. Ehler (State Bar No. 296523)
           Rose.Ehler@mto.com
11         Rowley Rice (State Bar No. 313737)
12         Rowley.Rice@mto.com
           MUNGER, TOLLES & OLSON LLP
13         350 South Grand Avenue, 50th Floor
           Los Angeles, CA 90071-3426
14         Telephone: (213) 683-9100
15         Facsimile: (213) 687-3702

16         Lauren A. Bell, *pro hac vice*
           Lauren.Bell@mto.com
17         Stephany Reaves, *pro hac vice*
           Stephany.Reaves@mto.com
18         MUNGER, TOLLES & OLSON LLP
19         601 Massachusetts Ave., NW,
           Suite 500 E
20         Washington, D.C. 20001-5369
           Telephone: (202) 220-1100
21         Facsimile: (202) 220-2300

22         SKADDEN, ARPS, SLATE, MEAGHER &
23         FLOM LLP

24         Laura Bernescu, *pro hac vice*
           SKADDEN, ARPS, SLATE,
25         MEAGHER & FLOM LLP
           320 South Canal Street
26         Chicago, Illinois 60606
27         Telephone: (312) 407-0700
           Email: Laura.Bernescu@skadden.com
28
                                                    7
STIPULATION AND [PROPOSED] ORDER RE                          CASE NO. 4:22-MD-03047-YGR
RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY
WITNESSES IN SCHOOL DISTRICT CASES

|   |   |
|---|---|
| 1 | |
| 2 | KIRKLAND & ELLIS LLP |
| 3 | Jessica Davidson, *pro hac vice*<br>KIRKLAND & ELLIS LLP |
| 4 | 601 Lexington Avenue<br>New York, NY 10022 |
| 5 | Telephone: (212) 446-4723<br>Email: Jessica.Davidson@kirkland.com |
| 6 | |
| 7 | *Attorneys for Defendant Snap Inc.* |
| 8 | WILLIAMS & CONNOLLY LLP |
| 9 | */s/ Joseph G. Petrosinelli* |
| 10 | JOSEPH G. PETROSINELLI, *pro hac vice*<br>jpetrosinelli@wc.com |
| 11 | ASHLEY W. HARDIN, *pro hac vice*<br>ahardin@wc.com |
| 12 | WILLIAMS & CONNOLLY LLP |
| 13 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 14 | Tel.: (202) 434-5000 |
| 15 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

STIPULATION AND [PROPOSED] ORDER RE
RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY
WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR

## ATTESTATION

I, Bailey J. Langner, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 10, 2025                             By:  */s/ Bailey J. Langner*
                                                                              Bailey J. Langner

STIPULATION AND [PROPOSED] ORDER RE
RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY
WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR