[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**

This Document Relates to:

The Baltimore City Board of School Commissioners v. Meta, et al.,
Case No. 23-cv-04064

Board of Education Harford County v. Meta, et al.,
Case No. 23-cv-03065

Board of Education of Jordan School District v. Meta, et al.,
Case No. 24-cv-01377

Breathitt County Board of Education v. Meta, et al.,
Case No. 23-cv-01804

Charleston County School District v. Meta, et al.,
Case No. 23-cv-04659

Dekalb County School District v. Meta, et al.,
Case No. 23-cv-05733

Irvington Public Schools v. Meta, et al.,
Case No. 23-cv-01467

Saint Charles Parish Public Schools v. Meta, et al.,
Case No. 24-cv-01098

School District of the Chathams v. Meta, et al.,
Case No. 23-cv-01466

Spartanburg 6 School District v. Meta, et al.,
Case No. 24-cv-00106

The School Board of Hillsborough County, Florida v. Meta, et al.,
Case No. 24-cv-01573

Tucson Unified School District v. Meta, et al.,
Case No. 24-cv-01382

MDL No. 3047

Case No. 4:22-md-03047-YGR

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

The Parties STIPULATE and AGREE as follows:

1. Each Bellwether School District ("BW SD Plaintiff") identifies the following list of up to six (6) anonymized priority witnesses ("Priority Witnesses"):

| **THE BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS V. META, ET AL.,** Case No. 23-cv-04064 |
|---|
| S.S. |
| T.S. |
| S.B. |
| K.S. |
| E.B. |
| L.H. |
| **BOARD OF EDUCATION HARFORD COUNTY v. META, ET AL.,** Case No. 23-cv-03065 |
| B.H. |
| B.W. |
| D.J. |
| **BOARD OF EDUCATION OF JORDAN SCHOOL DISTRICT v. META, ET AL.,** Case No. 24-cv-01377 |
| M.A. |
| B.D. |
| T.H. |
| B.S. |
| S.W. |
| **BREATHITT COUNTY BOARD OF EDUCATION v. META, ET AL.,** Case No. 23-cv-01804 |
| J.H. |
| K.H. |
| D.N. |
| S.M. |
| H.W. |
| P.W. |
| **CHARLESTON COUNTY SCHOOL DISTRICT v. META, ET AL.,** Case No. 23-cv-04659 |
| A.H. |
| S.C. |
| S.E. |
| L.A. |
| M.R. |
| E.N. |
| **DEKALB COUNTY SCHOOL DISTRICT v. META, et al.** Case No. 23-cv-05733 |
| K.T. |
| D.R. |

| N.S. |
|---|
| D.L. |
| B.S. |
| **IRVINGTON PUBLIC SCHOOLS v. META, ET AL.,**<br>Case No. 23-cv-01467 |
| A.V. |
| S.P. |
| M.B. |
| K.Z. |
| D.M. |
| R.L. |
| **SAINT CHARLES PARISH PUBLIC SCHOOLS v. META, ET AL.,**<br>Case No. 24-cv-01098 |
| K.O. |
| J.S. |
| D.S. |
| R.W. |
| K.R. |
| J.R. |
| **SCHOOL DISTRICT OF THE CHATHAMS v. META, ET AL.,**<br>Case No. 23-cv-01466 |
| M.L. |
| E.S. |
| C.H. |
| L.G. |
| K.C. |
| L.L. |
| **SPARTANBURG 6 SCHOOL DISTRICT v. META, ET AL.,**<br>Case No. 24-cv-00106 |
| O.D. |
| J.F. |
| A.K. |
| K.K. |
| **THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA v. META, ET AL.,**<br>Case No. 24-cv-01573 |
| S.B. |
| G.B. |
| T.B. |
| J.G. |
| M.H. |
| **TUCSON UNIFIED SCHOOL DISTRICT v. META, ET AL.,**<br>Case No. 24-cv-01382 |
| R.C. |
| J.H. |
| R.S. |

3

STIPULATION AND ~~[PROPOSED]~~ ORDER RE RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR

| A.S. |
| --- |
| J.S. |
| G.T. |

2. If a BW SD Plaintiff relies on a non-Priority Witness's declaration or affidavit in Rule 702 or summary judgment briefing, the BW SD Plaintiff shall make that witness available for a deposition of up to four and one-half (4.5) hours.[1] This deposition must occur at least seven (7) calendar days before the response brief is due to allow Defendants time to use the transcript in their response.

3. If a BW SD Plaintiff includes a non-Priority Witness on their Trial Witness List, the BW SD Plaintiff shall make that witness available for a deposition of up to four and one-half (4.5) hours at a mutually agreed-upon time.[2]

4. Defendants hereby withdraw their prior request for more hours for depositions in *Dekalb County School District v. Meta, et al.,* Case No. 23-cv-05733, beyond the Court-ordered 35 hours.

5. Defendants reserve their right to seek additional deposition hours for any BW SD Plaintiff for "good cause." After meeting and conferring with the BW SD Plaintiff, Defendants may seek Court approval by submitting a joint brief demonstrating the need for additional time.

6. Defendants reserve all rights regarding arguments as to whether any witness's testimony (or any portion of a witness's testimony) is relevant or admissible.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

[1] Defendants may request a deposition longer than four and one-half (4.5) hours if they establish "good cause." After meeting and conferring, Defendants may seek Court approval by submitting a joint brief demonstrating the need for additional time.

[2] *See* footnote 1.

4

STIPULATION AND ~~[PROPOSED]~~ ORDER RE RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR

DATED: March 11, 2025

HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Dated: March 10, 2025

LEVIN SEDRAN & BERMAN LLP

*/s/ Michael M. Weinkowitz*

MICHAEL M. WEINKOWITZ
LEVIN SEDRAN & BERMAN, LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiff Leadership Committee and Co-Chairs of School District Committee

*Attorneys for Plaintiffs*

Dated: March 10, 2025

COVINGTON & BURLING LLP

*/s/ Paul W. Schmidt*

Paul W. Schmidt, *pro hac vice*
pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
pajones@cov.com
Christian J. Pistilli, *pro hac vice*
cpistilli@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

Facsimile: + 1 (202) 662-6291

Emily Johnson Henn (State Bar No. 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

*/s/ Bailey J. Langner*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
TaCara D. Harris, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

David Mattern, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave, NW, Suite 900
Washington, D.C. 20006-4707
Telephone: +1 (202) 737-0500
Facsimile: +1 (202) 626-3737

Bailey J. Langner (State Bar No. 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 (415) 318-1200
Facsimile: +1 (415) 318-1300

6

STIPULATION AND ~~[PROPOSED]~~ ORDER RE RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

MUNGER, TOLLES & OLSON LLP

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com
Rose L. Ehler (State Bar No. 296523)
Rose.Ehler@mto.com
Rowley Rice (State Bar No. 313737)
Rowley.Rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
Lauren.Bell@mto.com
Stephany Reaves, *pro hac vice*
Stephany.Reaves@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Laura Bernescu, *pro hac vice*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Email: Laura.Bernescu@skadden.com

KIRKLAND & ELLIS LLP

Jessica Davidson, *pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
Email: Jessica.Davidson@kirkland.com

*Attorneys for Defendant Snap Inc.*

WILLIAMS & CONNOLLY LLP

*/s/ Joseph G. Petrosinelli*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

8

STIPULATION AND ~~[PROPOSED]~~ ORDER RE RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR

**ATTESTATION**

I, Bailey J. Langner, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 10, 2025

By: */s/ Bailey J. Langner*
Bailey J. Langner

9

STIPULATION AND ~~[PROPOSED]~~ ORDER RE RULE 26(a)(1)(A)(i) IDENTIFICATION OF PRIORITY WITNESSES IN SCHOOL DISTRICT CASES

CASE NO. 4:22-MD-03047-YGR