*[Submitting Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION REGARDING DEPOSITION SCHEDULING FOR TIKTOK DEFENDANTS** |

The PI/SD Plaintiffs ("Plaintiffs") and Defendants TikTok Ltd., TikTok LLC, TikTok Inc., ByteDance Ltd., and ByteDance Inc. (collectively referred to herein as "TikTok Defendants") (collectively, "the Parties") respectfully submit this stipulation concerning an agreed upon extension of time to depose the TikTok Defendants' witnesses:

Whereas, on February 4, 2025, the TikTok Defendants informed Plaintiffs that a vendor had made processing errors implicating approximately 100,000 Lark chat messages, resulting in the TikTok Defendants' need to reproduce or produce new Lark chat messages;

Whereas, the TikTok Defendants have completed those productions;

Whereas, in an effort to work collaboratively with Plaintiffs, the TikTok Defendants have agreed to allow Plaintiffs to depose fact and 30(b)(6) witnesses of the TikTok Defendants not already deposed through May 30, 2025, to the extent necessary.  The parties will continue to work together collaboratively on deposition scheduling.

Whereas, the parties will not use depositions of the TikTok Defendants' witnesses occurring outside the close of fact discovery due to the reproductions or productions of Lark messages to argue for a change in the case schedule, including the April 4, 2025 deadline to complete all other discovery as to the TikTok Defendants, the deadlines for expert discovery in the MDL and JCCP, or the trial date in the JCCP.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 11, 2025

HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2025                Respectfully submitted,

By: /s/ Michael M. Weinkowitz

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ANDRE M. MURA (he/him)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland CA 94612
510.350.9717 | amm@classlawgroup.com
www.classlawgroup.com

Plaintiff Leadership Committee

FELICIA J. CRAICK
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: fcraick@kellerrohrback.com

Plaintiff Steering Committee

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel and Settlement Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

Plaintiff Leadership Committee and Co-Chairs of School District Committee

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaison Counsel*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N 18th St #1600
Philadelphia, PA 19103
P: (215) 929-8822

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

ELLY HURD
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

RONALD E. JOHNSON, JR.

4

STIPULATION REGARDING DEPOSITION SCHEDULING FOR TIKTOK DEFENDANTS
CASE NO. 4:22-MD-03047-YGR

**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
**DAVID FERNANDES**
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE
**ZIMMERMANN DICELLO LEVITT**
505 20th St North

|   |   |   |
|---|---|---|
| 1 |   | Suite 1500 |
| 2 |   | Birmingham, Alabama 35203 |
|   |   | Telephone: 205.855.5700 |
| 3 |   | fu@dicellolevitt.com |
| 4 |   | *Attorneys for Plaintiffs* |
| 5 | Dated:  March 10, 2025 | Respectfully submitted, |
| 6 |   | **KING & SPALDING LLP** |
| 7 |   |   |
| 8 |   | By:  */s/ Geoffrey M. Drake* |
|   |   |        Geoffrey M. Drake, *pro hac vice* |
| 9 |   |        TaCara D. Harris, *pro hac vice* |
|   |   |        King & Spalding LLP |
| 10 |   |        1180 Peachtree Street, NE, Suite 1600 |
|   |   |        Atlanta, GA 30309-3521 |
| 11 |   |        Telephone: (404) 572-4600 |
|   |   |        Facsimile: (404) 572-5100 |
| 12 |   |        Email: gdrake@kslaw.com |
|   |   |                  tharris@kslaw.com |
| 13 |   |   |
|   |   |        Kristen R. Fournier, *pro hac vice* |
| 14 |   |        King & Spalding LLP |
|   |   |        1185 Avenue of the Americas, 34th Floor |
| 15 |   |        New York, NY 10036-2601 |
|   |   |        Telephone: (212) 556-2100 |
| 16 |   |        Facsimile: (212) 556-2222 |
|   |   |        Email: kfournier@kslaw.com |
| 17 |   |   |
|   |   |        David P. Mattern, *pro hac vice* |
| 18 |   |        King & Spalding LLP |
|   |   |        1700 Pennsylvania Avenue, NW, Suite 900 |
| 19 |   |        Washington, DC 20006-4707 |
|   |   |        Telephone: (202) 737-0500 |
| 20 |   |        Facsimile: (202) 626-3737 |
|   |   |        Email: dmattern@kslaw.com |
| 21 |   |   |
|   |   |        Bailey J. Langner (SBN 307753) |
| 22 |   |        King & Spalding LLP |
|   |   |        50 California Street, Suite 3300 |
| 23 |   |        San Francisco, CA 94111 |
|   |   |        Telephone: (415) 318-1200 |
| 24 |   |        Facsimile: (415) 318-1300 |
|   |   |        Email: blangner@kslaw.com |
| 25 |   |   |
|   |   |        *Attorneys for Defendants* |
| 26 |   |        *TikTok Inc., ByteDance Inc., TikTok Ltd.,* |
|   |   |        *ByteDance Ltd., and TikTok LLC* |
| 27 |   |   |
| 28 |   |   |

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 10, 2025          By:   */s/ Geoffrey M. Drake*
                                                    Geoffrey M. Drake