[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **AGENDA AND JOINT STATEMENT FOR MARCH 21, 2025, CASE MANAGEMENT CONFERENCE** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order ("CMO") No. 1 (ECF 75), the Parties submit this agenda and joint statement in advance of the March 21, 2025 Case Management Conference ("CMC").

## I.      Agenda for Case Management Conference

Pursuant to CMO 18, the Parties offer the below proposed agenda for the CMC scheduled for March 14, 2025:

- Parties' stipulated agreement as to Defendants' Answer to Personal Injury ("PI") Master Complaint, *see* Section IV(A)

## II.     Joint JCCP Update

Judge Kuhl held a JCCP CMC on February 19, 2025. The next JCCP CMC is set for March 19, 2025. At the February CMC, Judge Kuhl finalized the JCCP process and schedule for personal injury bellwether trial pool selections and provided further details regarding the trial schedule. Judge Kuhl's rulings on these issues and other issues addressed at the March CMC are set forth in the February 20, 2025 Minute Order, attached as Exhibit A.

In short, of the remaining 17 JCCP bellwether plaintiffs, Judge Kuhl will select 9 plaintiffs for the bellwether trial pools. Judge Kuhl will select three bellwether trial plaintiffs for each of three trial setting dates. The first trial date is already set for November 25, 2025, and the parties are to confer as to proposed dates for Trials 2 and 3. The JCCP parties have begun submitting bellwether discovery materials (including PFSs, deposition transcripts, and a summary sheet for each personal injury bellwether discovery pool plaintiff) on a rolling basis, as discovery concludes for each bellwether trial pool case. On April 1, 2025, the parties will submit briefs to Judge Kuhl setting forth the parties' recommendations as to the bellwether plaintiffs to be set for trial, along with the parties' proposed ordering of the plaintiffs for trial. The parties may also provide reasons why the remaining cases should not be included in the initial trial pools. Judge Kuhl will hold arguments on the selection and ordering of bellwether trial plaintiffs on April 15, 2025, at 1:45 pm.

Judge Kuhl also set deadlines for additional motions *in limine* as to the Trial 1 bellwether plaintiffs. Judge Kuhl asked the parties to combine the pre-trial scheduling orders from prior Minute

Orders into one document, which the parties jointly submitted to the Court on February 26, 2025, and which the Court so-ordered on March 11, 2025. The combined scheduling order is attached as Exhibit B.

Finally, Judge Kuhl also heard arguments at the February 19, 2025 CMC related to Plaintiffs' Motion to Lift the Stay on Cases with School District Plaintiffs from Outside of California, Florida, Washington, and Rhode Island. Judge Kuhl's March 5, 2025 Order granting Plaintiffs' Motion to Lift the Stay is attached as Exhibit C.

### III.    Joint Discovery Update

A copy of the following submissions and orders, which were (or will by the next MDL CMC have been) filed or issued since the last MDL CMC, will be sent by email to Judge Gonzalez Rogers after this CMC Statement is filed:

- February 12, 2025 Order Resolving Joint Letter Brief on State 30(b)(6) Depositions (ECF No. 1679)

- February 13, 2025 Order Granting Meta and State AGs' Stipulation Extending Deadlines to Substantially Complete State Agency Document Productions and Depositions (ECF No. 1696)

- February 27, 2025 Order Granting Stipulated Source Code Protective Order (ECF No. 1728)

- March 11, 2025 Order Granting Stipulation Regarding Rule 26(a)(1)(A)(i) Identification of Priority Witnesses in School District Cases (ECF No. 1752)

- March 11, 2025 Order Granting Stipulation Regarding Deposition Scheduling for TikTok Defendants (ECF No. 1756)

- March 12, 2025 Order Regarding Dispute as to *In Camera* Review of Two Documents Clawed Back by Plaintiff Jessica Smith (ECF No. 1759)

- Meta and California Go-Biz's Stipulation and Order Extending Deadline to Brief Discovery Disputes (ECF No. 1763)

- Parties' joint Discovery Management Conference ("DMC") Statement for March 20, 2025 DMC, dated March 14, 2025 (ECF No. 1767)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IV.    Other Joint Updates**

    **A.    Defendants' Answer to PI Master Complaint**

The Court has resolved all of Defendants' motions to dismiss.  The Parties have agreed, subject to Court approval, that Defendants' Answer to the Personal Injury ("PI") Master Complaint shall be filed by March 28, 2025, and may consist of a general denial plus a list of defenses.  The Parties are discussing the handling of answers/defenses in individual bellwether cases, if any.

    **B.    State AGs' Petition for Writ of Mandamus and CA & NY Agencies' Motions for Leave to File Amicus Briefs**

On January 29, 2025, the California AG petitioned the Ninth Circuit for a writ of mandamus to direct this Court to grant the State AGs' objection (ECF 1168) to Magistrate Judge Kang's state agency discovery order (ECF 1117).  ECF 1621-1; Petition for Mandamus, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 1).  On January 30, 2025, 27 other State AGs filed a "motion to intervene/join" in the California AG's petition.  ECF 1624; Mot. to Intervene/Join, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 8).  Meta opposed the "motion to intervene/join" and moved to strike the motion.  Meta's Opp'n to Mot. to Intervene & Cross-Mot. to Strike, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 19.1).  The other State AGs responded, *see* AGs' Resp. to Meta's Mot. to Strike, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 27.1), and Meta replied, Meta's Reply In Supp. of Cross-Mot. to Strike, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 32.1).  The Ninth Circuit has not ruled on these motions.

On February 28, 2025, the Ninth Circuit stayed consideration of the California AG's mandamus petition until after this Court ruled on the State AGs' objection and ordered the California AG to file a status report within seven days of this Court's ruling on the State AGs' objections.  Order, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 33.1).  On March 13, 2025, the California AG and other State AGs filed status reports.  Status Reports, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkts. 34.1 & 35.1).  The California AG asked the Ninth Circuit to (1) lift the stay and address its mandamus petition on the merits, (2) order this Court to grant the State AGs' objection to the state agency discovery order; and (3) stay the state agency discovery order pending resolution of the

4

mandamus petition.  California AG Status Report, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 34.1).  Because the Ninth Circuit did not order the other State AGs to file a status report, the other State AGs requested "leave to be heard" and asked the Ninth Circuit to (1) order the parties to submit supplemental briefs; (2) reverse this Court's ruling on the State AGs' objections; and (3) stay all orders allowing Meta to obtain party discovery from state agencies.  State AGs' Status Report, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 35.1).  The State AGs who were granted relief from the state agency discovery order—Delaware, Kansas, Louisiana, Missouri, Nebraska, Rhode Island, South Carolina, and Wisconsin—represented that they no longer seek mandamus relief from the Ninth Circuit.  State AGs' Status Report, *In re The People of the State of California*, No. 25-584 (9th Cir) (Dkt. 35.1).

### C.      Notices of Appeal of Failure-to-Warn MTD Orders at ECF 1214 and 1267

On March 3, 2025, the Ninth Circuit denied the State AGs' and PI/SD Plaintiffs' motions to dismiss Meta's and TikTok's appeals, and denied Meta and TikTok's cross-motion to dismiss the State AGs' and PI/SD Plaintiffs' cross-appeals, without prejudice to both sides renewing jurisdictional arguments in the merits briefing.  The Ninth Circuit also set a consolidated merits briefing schedule: "The consolidated first briefs on cross-appeal, for appellants in appeal Nos. 24-7032, 24-7037, and 24-7312 [i.e. Meta and TikTok], are due March 31, 2025. The consolidated second briefs on cross-appeal, for appellants in appeal Nos. 24-7265, 24-7300, and 24-7304 [i.e. the PI/SD Plaintiffs and State AGs], are due April 30, 2025. The consolidated third briefs on cross-appeal are due May 30, 2025. The optional consolidated cross-appeal reply briefs are due within 21 days after service of the consolidated third briefs on cross-appeal."

### D.      Insurance Coverage Dispute

Meta filed its Motion to Stay and Suspend (ECF 67), and the Insurers filed their Motion to Dismiss (ECF 66), on March 5, 2025.  Both sides' respective oppositions are due March 26, 2025 with replies due April 2, 2025.  Subject to the Court's preference and availability, the Parties are available for hearing on both Motions on either April 22, 2025 (current date on Court's calendar for Insurers' Motion to Dismiss) or April 23, 2025 (concurrent with the CMC already scheduled for that date).

On March 12, 2025, Meta moved to dismiss, transfer or stay the Insurers' declaratory relief action pending in Delaware, Case No. 24-cv-1422. The Insurers' oppositions to that motion are due on March 26, 2025, and replies are due on April 2, 2025. The Insurers' motions to remand and Meta's motion to stay the Delaware action are both fully briefed.

The Insurers' motion to vacate the Conditional Transfer Order, conditionally transferring their Delaware declaratory relief action to the MDL, has been fully briefed and is set for hearing without oral argument before the JPML on March 27, 2025.

### E.    Update on Discovery Timeline for State AGs

Following the last CMC, Meta agreed with the States suing in the MDL to a continuance of time for the States to complete their discovery. This agreement, which Magistrate Judge Kang entered on February 13, 2025, extended the time for Meta to complete discovery of the States, from April 4, 2025 to July 19, 2025. ECF 1696. Meta maintains that it has experienced and continues to experience prejudice as a result of the States' discovery delays, and reserves the right to seek as relief for that prejudice an order taking the States off the trial track in the MDL. Without waiving any rights, the State AGs disagree and will object to any request for relief on this issue.

### F.    Expert Report Deadlines for State AGs

The State AGs wish to apprise the Court that one or both sides may in the future request an extension of the expert deadlines for AG-related expert reports, such as those relating to liability under COPPA and remedies for consumer protection act and COPPA violations. Whether such an extension is sought will depend on the outcome and timing of discovery, including discovery on which the Parties have been engaged in ongoing conferrals, which are continuing.

Respectfully submitted,

DATED: March 14, 2025          By:  */s/ Lexi J. Hazam*
                                      LEXI J. HAZAM
                                      **LIEFF CABRASER HEIMANN &**
                                      **BERNSTEIN, LLP**
                                      275 BATTERY STREET, 29TH FLOOR
                                      SAN FRANCISCO, CA 94111-3339
                                      Telephone: 415-956-1000
                                      lhazam@lchb.com

                                      PREVIN WARREN
                                      **MOTLEY RICE LLC**
                                      401 9th Street NW Suite 630
                                      Washington DC 20004
                                      Telephone: 202-386-9610
                                      pwarren@motleyrice.com

                                      Co-Lead Counsel

                                      CHRISTOPHER A. SEEGER
                                      **SEEGER WEISS, LLP**
                                      55 CHALLENGER ROAD, 6TH FLOOR
                                      RIDGEFIELD PARK, NJ 07660
                                      Telephone: 973-639-9100
                                      cseeger@seegerweiss.com

                                      Counsel to Co-Lead Counsel and Settlement Counsel

                                      JENNIE LEE ANDERSON
                                      **ANDRUS ANDERSON, LLP**
                                      155 MONTGOMERY STREET, SUITE 900
                                      SAN FRANCISCO, CA 94104
                                      Telephone: 415-986-1400
                                      jennie@andrusanderson.com

                                      Liaison Counsel and Ombudsperson

                                      MATTHEW BERGMAN
                                      **SOCIAL MEDIA VICTIMS LAW CENTER**
                                      821 SECOND AVENUE, SUITE 2100
                                      SEATTLE, WA 98104
                                      Telephone: 206-741-4862
                                      matt@socialmediavictims.org

                                      JAMES J. BILSBORROW
                                      **WEITZ & LUXENBERG, PC**
                                      700 BROADWAY

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

8

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777

9

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

10

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 _/s/ Krista Batchelder_
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

 _/s/ Megan O'Neill_
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

12

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

13

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Cari Fais, Acting Director of the New
Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

KING & SPALDING LLP

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
        tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com
David P. Mattern, *pro hac vice*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc.,
TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

16

Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013

17

Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 14, 2025

By:    */s/ Lexi J. Hazam*
       Lexi J. Hazam

AGENDA AND JOINT STATEMENT FOR MARCH 21, 2025, CASE MANAGEMENT CONFERENCE
4:22-md-03047-YGR