# EXHIBIT B

PANISH | SHEA | RAVIPUDI LLP
BRIAN J. PANISH, State Bar No. 116060
  *panish@panish.law*
RAHUL RAVIPUDI, State Bar No. 204519
  *ravipudi@panish.law*
JESSE CREED, State Bar No. 272595
  *jcreed@panish.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 477-1700

BEASLEY ALLEN, P.C.
JOSEPH VANZANDT (admitted *pro hac vice*)
  *joseph.vanzandt@beasleyallen.com*
218 Commerce Street
Montgomery, AL 36104
Tel: (334)269-2343

KIESEL LAW LLP
MARIANA A. MCCONNELL, State Bar No. 273225
  *mcconnell@kiesel.law*
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444

THE LANIER LAW FIRM, P.C.
RACHEL LANIER, State Bar No. 343171
  *rachel.lanier@lanierlawfirm.com*
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200

*Co-Lead and Co-Liaison Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

**FILED**
Superior Court of California
County of Los Angeles

03/11/2025

David W. Slayton, Executive Officer / Clerk of Court

By: _____  Deputy
        L. M'Greené

Electronically Received 03/07/2025 03:14 PM

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| **COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]** | **JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255** |
| **SOCIAL MEDIA CASES** | For Filing Purposes: 22STCV21355 |
| **THIS DOCUMENT RELATES TO:** | **[PROPOSED] SCHEDULING ORDER FOLLOWING FEBRUARY 19, 2025 CMC** |
| *All Cases* | |
| *(Christina Arlington Smith, et al., v. TikTok* | Judge: Hon. Carolyn B. Kuhl<br>SSC-12 |

*Inc., et al., Case No. 22STCV21355)*

Complaint Filed: June 30, 2022
Cases Coordinated: January 13, 2023

The Parties have conferred following the February 19, 2025 Case Management Conference and the Court's February 20, 2025 Minute Order, and submit this proposed scheduling order to effectuate the Court's rulings.

In effectuating the Court's rulings, Defendants suggest, and Plaintiffs do not oppose, postponing the date of the close of fact discovery for the JCCP bellwether trial pool from May 16, 2025 to May 23, 2025, commensurate with the postponement of the Hearing on selection and ordering of bellwether trial plaintiffs from April 7, 2025 to April 15, 2025. The Parties have also specified in the updated proposed scheduling order certain exchange deadlines.

DATED: February 26, 2025

**KIESEL LAW LLP**

By: _____*/s/ Mariana A. McConnell*_____
        Paul R. Kiesel
        Mariana A. McConnell
        8648 Wilshire Blvd.
        Beverly Hills, CA 90211
        Tel: (310) 854-4444
        kiesel@kiesel.law
        mcconnell@kiesel.law

**PANISH | SHEA | BOYLE | RAVIPUDI LLP**
        Jesse Creed
        11111 Santa Monica Blvd., Ste. 700
        Los Angeles, CA 90025
        Tel.: (310) 477-1700
        jcreed@psbr.law

        *Co-Liaison Counsel for Plaintiffs*

DATED:  February 26, 2025        **COVINGTON & BURLING LLP**


By: _____/s/ Ashley M. Simonsen_____
       Ashley M. Simonsen

       ASHLEY M. SIMONSEN, SBN 275203
       asimonsen@cov.com
       COVINGTON & BURLING LLP
       1999 Avenue of the Stars
       Los Angeles, CA 90067
       Tel.: 424-332-4800

       EMILY JOHNSON HENN, SBN 269482
       ehenn@cov.com
       COVINGTON & BURLING LLP
       3000 El Camino Real
       5 Palo Alto Square, 10th Floor
       Palo Alto, CA 94306
       Tel.: 650-632-4700

       PHYLLIS A. JONES, *pro hac vice*
       pajones@cov.com
       PAUL W. SCHMIDT, *pro hac vice*
       pschmidt@cov.com
       MICHAEL X. IMBROSCIO, *pro hac vice*
       mimbroscio@cov.com
       COVINGTON & BURLING LLP
       One City Center
       850 Tenth Street, NW
       Washington, DC 20001-4956
       Tel.: 202-662-6000

       *Attorneys for Defendants Meta Platforms, Inc.,*
       *Facebook Holdings, LLC, Facebook Operations,*
       *LLC, Facebook Payments, Inc., Facebook*
       *Technologies, LLC, Instagram, LLC, and*
       *Siculus, Inc.*

DATED:  February 26, 2025　　　　　**MUNGER, TOLLES & OLSON LLP**


By:　　　*/s/ Jonathan H. Blavin*
　　　　Jonathan H. Blavin

　　　　JONATHAN H. BLAVIN, SBN 230269
　　　　jonathan.blavin@mto.com
　　　　MUNGER, TOLLES & OLSON LLP
　　　　560 Mission Street, 27th Floor
　　　　San Francisco, CA 94105-3089
　　　　Tel.: 415-512-4000

　　　　ROSE L. EHLER, SBN 29652
　　　　Rose.Ehler@mto.com
　　　　VICTORIA A. DEGTYAREVA, SBN 284199
　　　　Victoria.Degtyareva@mto.com
　　　　ARIEL T. TESHUVA, SBN 324238
　　　　Ariel.Teshuva@mto.com
　　　　MUNGER, TOLLES & OLSON LLP
　　　　350 South Grand Avenue, 50th Floor
　　　　Los Angeles, CA 90071-3426
　　　　Tel.: 213-683-9100

　　　　LAUREN A. BELL, *pro hac vice forthcoming*
　　　　Lauren.Bell@mto.com
　　　　MUNGER, TOLLES & OLSON LLP
　　　　601 Massachusetts Ave., NW St.
　　　　Suite 500 E
　　　　Washington, D.C. 20001-5369
　　　　Tel.: 202-220-1100

　　　　*Attorneys for Defendant Snap Inc.*

1    DATED:  February 26, 2025          **KING & SPALDING LLP**

2

3

4                                      By:      */s/ Matthew J. Blaschke*
                                            Matthew J. Blaschke

5                                          MATTHEW J. BLASCHKE, SBN 281938
                                            mblaschke@kslaw.com
6                                          BAILEY J. LANGNER, SBN 307753
                                            blangner@kslaw.com
7                                          KING & SPALDING LLP
                                            50 California Street, Suite 3300
8                                          San Francisco, CA 94111
                                            Tel.: 415-318-1200
9

10                                         ALBERT Q. GIANG, SBN 224332
                                            agiang@kslaw.com
11                                         KING & SPALDING LLP
                                            633 West Fifth Street, Suite 1600
12                                         Los Angeles, CA 90071
                                            Tel.: 213-443-4310
13

14                                         GEOFFREY DRAKE, *pro hac vice
                                            pending*
15                                         gdrake@kslaw.com
                                            KING & SPALDING LLP
16                                         1180 Peachtree Street, NE, Suite 1600
                                            Atlanta, GA 30309
17                                         Tel.: 404-572-4600

18

19

20

21

22

23

24

25

26

27

28

DATED:  February 26, 2025                    **FAEGRE DRINKER BIDDLE & REATH LLP**


By:     _/s/ Tarifa B. Laddon_
          Tarifa B. Laddon

          TARIFA B. LADDON, SBN 240419
          tarifa.laddon@faegredrinker.com
          DAVID P. KOLLER, SBN 328633
          david.koller@faegredrinker.com
          FAEGRE DRINKER BIDDLE & REATH
          LLP
          1800 Century Park East, Suite 1500
          Los Angeles, CA 90067
          Tel.: 310-203-4000

          _/s/ Andrea R. Pierson_
          ANDREA R. PIERSON, _pro hac vice_
          _pending_
          andrea.pierson@faegredrinker.com
          FAEGRE DRINKER BIDDLE
          & REATH LLP
          300 N. Meridian Street, Suite 2500
          Indianapolis, IN 46204
          Tel: 317-237-1424

          _Attorneys for Defendants TikTok Inc. and_
          _ByteDance Inc._

1   DATED:  February 26, 2025                    **WILSON SONSINI GOODRICH & ROSATI LLP**

2

3

4                                               By:        */s/ Christopher C. Chiou*
                                                       Christopher C. Chiou

5
                                                       CHRISTOPHER C. CHIOU, SBN
6                                                      233587
                                                       cchiou@wsgr.com
7                                                      SAMANTHA MACHOCK, SBN 298852
                                                       smachock@wsgr.com
8                                                      WILSON SONSINI GOODRICH & ROSATI
                                                       LLP
9                                                      633 W 5th St, Ste 1550
                                                       Los Angeles, CA 90071-3543
10                                                     Tel.: 323-210-2900

11
                                                       LAUREN WHITE, SBN 309075
12                                                     lwhite@wsgr.com
                                                       WILSON SONSINI GOODRICH & ROSATI
13                                                     LLP
                                                       One Market Plaza, Spear Tower, Suite 3300
14                                                     San Francisco, CA 94105
                                                       Tel.: 415-947-2000
15

16                                                     BRIAN M. WILLEN, *pro hac vice*
                                                       *forthcoming*
17                                                     bwillen@wsgr.com
                                                       WILSON SONSINI GOODRICH & ROSATI
18                                                     LLP
                                                       1301 Avenue of the Americas, 40th Floor
19                                                     New York, New York 10019
                                                       Tel.: 212-999-5800
20

21                                                     *Attorneys for Defendants YouTube, LLC, Google*
                                                       *LLC, Alphabet Inc.*
22

23

24

25

26

27

28

DATED:  February 26, 2025          **WILLIAMS & CONNOLLY LLP**


By:    _/s/ Joseph G. Petrosinelli_
       Joseph G. Petrosinelli

       JOSEPH G. PETROSINELLI, *pro hac vice application forthcoming*
       jpetrosinelli@wc.com
       ASHLEY W. HARDIN, *pro hac vice application forthcoming*
       ahardin@wc.com
       WILLIAMS & CONNOLLY LLP
       680 Maine Avenue, SW
       Washington, DC 20024
       Tel.: 202-434-5000

       *Attorneys for Defendants YouTube, LLC, Google LLC, Alphabet Inc.*

DATED:  February 26, 2025                    **MORGAN, LEWIS & BOCKIUS LLP**


                                 By:        */s/ Yardena R. Zwang-Weissman*
                                            Yardena R. Zwang-Weissman

                                            YARDENA R. ZWANG-WEISSMAN, SBN
                                            247111
                                            300 South Grand Avenue, 22nd Floor
                                            Los Angeles, CA 90071-3132
                                            Tel.: 213.612.7238
                                            Email: yardena.zwang-
                                            weissman@morganlewis.com

                                            BRIAN ERCOLE (*pro hac vice*)
                                            600 Brickell Avenue, Suite 1600
                                            Miami, FL 33131-3075
                                            Tel.: 305.415.3416
                                            Email: brian.ercole@morganlewis.com

                                            STEPHANIE SCHUSTER (*pro hac vice*)
                                            1111 Pennsylvania Avenue NW
                                            Washington, DC 20004-2541
                                            Tel.: 202.373.6595
                                            Email: stephanie.schuster@morganlewis.com

                                            *Attorneys for Defendants YouTube, LLC, Google
                                            LLC, Alphabet Inc.*

# [PROPOSED] SCHEDULING ORDER

The Court hereby sets the following pretrial and trial schedule for the personal injury bellwether cases:[1]

| April 1, 2025 | Deadline to file briefs on selection and ordering of bellwether trial plaintiffs (5:00 PM PT simultaneous exchange and filing) |
|---|---|
| April 4, 2025 | [Close of fact discovery – MDL] |
| April 4, 2025 | Close of fact discovery for JCCP bellwether discovery pool |
| April 15, 2025 | Hearing on selection and ordering of bellwether trial plaintiffs (1:45 p.m.) |
| April 18, 2025 | Simultaneous designation of General Causation experts (not Plaintiff-specific) and Mutual Exchange of Expert Reports (JCCP) |
| May 16, 2025 | Simultaneous designation of Rebuttal/Supplemental General Causation experts (not Plaintiff-specific) and Mutual Exchange of Expert Reports (JCCP) |
| May 16, 2025 | Expert discovery begins in JCCP |
| May 16, 2025 | [MDL Plaintiffs' Opening Reports on non-case specific and causation experts] |
| May 19, 2025 | [MDL Plaintiffs' Opening Reports on case-specific experts] |
| May 23, 2025 | Close of fact discovery for JCCP bellwether trial pool |
| June 6, 2025 | Simultaneous designation of All Remaining Experts for Trial 1 bellwether plaintiffs and Mutual Exchange of Expert Reports (JCCP) |
| June 13, 2025 | [Hearing re Identification of Bellwether Trial Pools in MDL] |
| June 27, 2025 | Simultaneous designation of Rebuttal/Supplemental Experts for Trial 1 bellwether plaintiffs and Mutual Exchange of Expert Reports (JCCP) |
| July 11, 2025 | Close of expert discovery for General Causation experts (not Plaintiff specific (JCCP) |
| July 28, 2025 | Opening briefs on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |
| Aug. 13, 2025 | Opening Briefs on MSJs or MSAdjs for Trial 1 bellwether Plaintiffs |
| Aug. 20, 2025 | Oppositions to Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |
| Aug. 27, 2025 | Close of Expert Discovery (JCCP) and [MDL] |
| Aug. 29, 2025 | Opening briefs on Motions in Limine for Trial 1 bellwether plaintiffs (other than general causation Sargon motions) (JCCP) |
| Sept. 1, 2025 | Reply briefs on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |
| Sept. 10, 2025 | Opposition briefs on MSJs or MSAdjs for Trial 1 bellwether plaintiffs |
| Sept. 17, 2025 | Hearing on Motions in Limine (Sargon motions) as to General Causation experts (not Plaintiff specific) (JCCP) |

---

[1] Events described in brackets are MDL deadlines that are provided for reference only.

| Sept. 26, 2025 | Oppositions to Motions in Limine for Trial 1 bellwether plaintiffs (other than general causation Sargon motions) (JCCP) |
|---|---|
| Sept. 30, 2025 | Reply briefs on MSJs or MSAdjs for Trial 1 bellwether plaintiffs |
| Oct. 8, 2025 | Reply briefs on Motions in Limine for Trial 1 bellwether plaintiffs (other than general causation Sargon motions) (JCCP) |
| Oct. 16, 2025, or as otherwise set by the Court | Hearing on MSJs or MSAdjs for Trial 1 bellwether plaintiffs |
| Oct. 16, 2025, or as otherwise et by the Court | Final Status Conference for Trial 1 bellwether plaintiffs, including argument on Motions in Limine for Trial 1 bellwether Plaintiffs other than general causation *Sargon* motions (JCCP)– (note that all motions in limine would be fully briefed by this date and all requirements of the LASC Local Rules for Final Status Conference would be complied with) |
| Nov. 25, 2025 | First Bellwether Trial |

**IT IS SO ORDERED.**

Dated: ___03/11/2025___

_____

HON. CAROLYN B. KUHL
Judge of the Superior Court
of the State of California

---

11