CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Andrew P. Stanner | 7. **Your Phone Number:** | (202) 662-5261 |
| 2. **Your Email Address: *** | astanner@cov.com | 8. **Full Case Number (if applicable):** | 4:22-md-03047 |
| 3. **Receipt Agency Tracking ID:*** | ACANDC-20413296 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 03/04/2025 | | |
| 5. **Transaction Time:*** | 7:53 am | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 328.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Filed a Pro Hac Vice Application and paid the fee. Per Judge Yvonne Gonzalez Rogers' Order Setting Initial Conference, Paragraph 5(b), dated October 11, 2022 ([Dkt. No. 2], attorneys admitted to practice in good standing in any United States District Court are admitted pro hac vice in this litigation. A Pro Hac Vice Application is not required to be filed.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved ☐ Denied ☐ Denied – Resubmit amended application (see reason for denial) | **APPROVED** By Ana Banares at 8:11 am, Mar 13, 2025 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 27ME0K50 | Agency refund tracking ID number: ACANDC-20413296 |
| Date refund processed: 3/13/2025 | Refund processed by: JPN |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form