# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC,<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No.   3047<br><br>Case Nos.   4:23-cv-05448-YGR<br><br>**DECLARATION OF KELI ACQUARO REGARDING UNDUE BURDENS FOR STATE OF HAWAI'I DEPARTMENT OF HEALTH CHILD & ADOLESCENT MENTAL HEALTH DIVISION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Keli Acquaro, hereby declare and state as follows:

1.  I am the administrator for the Child & Adolescent Mental Health Division ("CAMHD") of the State of Hawaii's Department of Health.

2.  I make this declaration based on personal knowledge.

3.  CAMHD provides mental health services to eligible children and youth with severe emotional and/or behavioral challenges.

4.  Defendant Meta Platforms, Inc.'s ("Meta") deposition topics, particularly topics 1-

1  6 in Meta's amended Rule 30(b)(6) deposition notice, dated January 21, 2025, impose an undue burden on CAMHD due to the scope of the request and CAMHD's present circumstances.

3  5.  CAMHD is currently facing a staffing shortage, with approximately 20% of its 200 positions needing to be filled.

5  6.  My understanding is that the Department's vacancy rate is even higher at around 30%.

7  7.  CAMHD is also actively involved in Hawaii's Legislative Session, which runs from January to May every year and requires dedicated time and resources.

9  8.  CAMHD's ongoing duties to provide mental health services throughout the State, combined with the current lack of staff and the demands of the legislative session, creates an especially challenging situation for CAMHD to prepare a deponent to adequately testify as to the State's activities over an extensive 12-year period, as identified by Meta.

13  9.  Moreover, CAMHD does not organize records of its activities (i.e., programs, initiatives, efforts, or actions) or communications in a way that is compatible with the deposition topics, so gathering information responsive to the topics will require substantial time and resources that CAMHD presently lacks.

17  10.  CAMHD also maintains its own social media handles separately from Department, which may require separate testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2025, in Honolulu, Hawai'i.

_____
Keli Acquaro