Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>4:23-cv-05448-YGR<br><br>**TEMPORARY SEALING MOTION (JOINT LETTER BRIEF ON META'S RESPONSE TO STATE ATTORNEYS GENERALS' REQUEST FOR PRODUCTION NUMBER 102)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Meta Defendants file this Temporary Sealing Motion regarding the Joint Letter Brief on Meta's Response to State Attorneys Generals' Request for Production Number 102. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Designating Party |
| --- | --- | --- |
| 1774-1 | Joint Letter Brief on Meta's Response to State Attorneys Generals' Request for Production Number 102 (Sealed) | Meta Defendants |
| 1774-2 | Joint Letter Brief on Meta's Response to State Attorneys Generals' Request for Production Number 102 (Redacted) | Meta Defendants |
| 1774-3 | Declaration of M. J. in support of Meta's Position in Joint Letter Brief on Meta's Response to State Attorneys Generals' Request for Production Number 102 (Sealed) | Meta Defendants |
| 1774-4 | Declaration of M. J. in support of Meta's Position in Joint Letter Brief on Meta's Response to State Attorneys Generals' Request for Production Number 102 (Redacted) | Meta Defendants |
| 1774-5 | Exhibit A to Joint Letter Brief (Not under seal) | |
| 1774-5 | Exhibit B to Joint Letter Brief (Not under seal) | |

DATED: March 18, 2025                    Respectfully submitted,

**COVINGTON & BURLING LLP**

 */s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower

415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7020
Facsimile: +1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING PRIVILEGE DETERMINATION IN CONNECTION WITH
DEPOSITION OF MIKI ROTHSCHILD)
4:22-md-03047-YGR