UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No.22-md-03047-YGR<br><br>**CLERK'S NOTICE** |

      You are hereby notified that Case Management Conference set for March 21, 2025, is vacated.

Dated: March 18, 2025

                                            Mark B. Busby
                                            Clerk, United States District Court

                                            By: _____
                                            Edwin Angelo A. Cuenco, Deputy Clerk to the
                                            Honorable YVONNE GONZALEZ ROGERS
                                            5106373540