**FILED**

MAR 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

IN RE: PEOPLE OF THE STATE OF CALIFORNIA.

_____

PEOPLE OF THE STATE OF CALIFORNIA,

        Plaintiff - Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

        Respondent,

META PLATFORMS, INC.; et al.,

        Defendants - Real Parties in Interest,

and

STATE OF KENTUCKY; et al.,

        Plaintiffs - Real Parties in Interest.

No. 25-584

D.C. Nos.
22-MD-3047-YGR
4:23-cv-05448-YGR
Northern District of California, Oakland

ORDER

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

Defendants-real-parties-in-interest must file an answer to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b). The answer should address petitioner's request for a stay.

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioner may file a reply within 7 days after service of the answer(s).

All pending motions are referred to the panel that will be assigned to decide the merits of this petition. The clerk will place this petition on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).

The clerk will send a copy of this order to the district court and the district judge.