JONATHAN H. BLAVIN, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: Jonathan.Blavin@mto.com

ROSE L. EHLER, SBN 296523
VICTORIA A. DEGTYAREVA, SBN 284199
FAYE PAUL TELLER, SBN 343506
ARIEL T. TESHUVA, SBN 324238
LAURA M. LOPEZ, SBN 313450
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Rose.Ehler@mto.com
Email: Victoria.Degtyareva@mto.com
Email: Faye.Teller@mto.com
Email: Ariel.Teshuva@mto.com
Email: Laura.Lopez@mto.com

*Attorneys for Snap Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**OMNIBUS SEALING STIPULATION (MARCH 3, 2025 ORDER RESOLVING PRIVILEGE DETERMINATION AS TO FOURTEEN SNAP DOCUMENTS)**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
|---|---|

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's Order on the Stipulated Third Modified Protective Order (ECF No. 1209), this Court's Order Setting Sealing Procedures (ECF No. 341), and the instructions provided in this Court's March 3, 2025 Order Resolving Privilege Determination As To Fourteen Snap Documents ("March 3, 2025 Order") (ECF No. 1732), Plaintiffs and Defendant Snap Inc. ("Snap") submit this Omnibus Stipulation Regarding the Court's March 3, 2025 Order.

The Parties agree that the following filings related to the March 3, 2025 Order should be sealed in their entirety, and so the current sealing should be maintained:

| Document | Portion to be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| Snap's Exhibit B Bates: SNAP6913291 ECF No. 1732-1 | Entire Exhibit | Snap | Good cause exists to seal sensitive and confidential information about Snap's internal ad review practices, advertising and business strategies, relationships with advertising partners, lens product development, and public relations strategies. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (even under heightened compelling-reasons standard, it is appropriate to seal "business information that might harm a litigant's competitive standing" (citation omitted)); *In re* | The Court previously granted the parties' stipulated request to seal the same exhibit (which featured modified redactions for attorney-client and work-product privilege) at ECF No. 1550-5. |

| Document | Portion to be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | *Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (sealing "confidential and commercially sensitive information"); *Prescott v. Reckitt Benckiser LLC*, 2023 WL 2465778, at *4 (N.D. Cal. Mar. 9, 2023) (sealing "household penetration rates" and defendant's "target consumer demographics"); *Cont'l Auto. Sys., Inc. v. Avanci, LLC*, 2019 WL 6612012, at *4 (N.D. Cal. Dec. 5, 2019) (sealing "number of customers using Plaintiff's products"). This Court has previously granted requests to seal materials related to discovery disputes on this fundamental basis. *See, e.g.*, ECF Nos. 1242, 1465, 1619. | |
| Snap's Exhibit D Bates: SNAP6928318 ECF No. 1732-2 | Entire Exhibit | Snap | Good cause exists to seal sensitive and confidential information about Snap's internal moderation practices and business strategies. Disclosure of this information would provide competitors with insight into Snap's business that they would not otherwise have and thereby cause competitive harm to Snap. *See* [above cited case law]. This Court has previously granted requests to seal materials related to discovery | The Court previously granted the parties' stipulated request to seal the same exhibit (which featured modified redactions for attorney-client and work-product |

| Document | Portion to be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
|  |  |  | disputes on this fundamental basis. *See, e.g.*, ECF Nos. 1242, 1465, 1619. | privilege) at ECF No. 1550-9. |
| Snap's Exhibit F Bates: SNAP6955026 ECF No. 1732-3 | Entire Exhibit | Snap | Good cause exists to seal sensitive and confidential information about Snap's internal policy enforcement mechanisms, account investigation practices, and cooperation with law enforcement investigations. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. *See* [above cited case law]. This Court has previously granted requests to seal materials related to discovery disputes on this fundamental basis. *See, e.g.*, ECF Nos. 1242, 1465, 1619. | The Court previously granted the parties' request to seal the same exhibit (which featured modified redactions for attorney-client and work-product privilege) at ECF No. 1550-13. |
| Snap's Exhibit G Bates: SNAP6960749 ECF No. 1732-4 | Entire Exhibit | Snap | Good cause exists to seal sensitive and confidential information about Snap's internal investigation practices and cooperation with law enforcement investigations. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. *See* [above cited | The Court previously granted the parties' stipulated request to seal the same exhibit (which featured modified redactions for attorney- |

| Document | Portion to be Sealed | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | case law]. This Court has previously granted requests to seal materials related to discovery disputes on this fundamental basis. *See, e.g.*, ECF Nos. 1242, 1465, 1619. | client and work-product privilege) at ECF No. 1550-15. |
| Snap's Exhibit H Bates: SNAP6969803 ECF No. 1732-5 | Entire Exhibit | Snap | Good cause exists to seal sensitive and confidential information about Snap's internal investigation practices, cooperation with law enforcement investigations, and media and communications strategies. Disclosure of this information would provide competitors with insight into Snap's practices that they would not otherwise have and thereby cause competitive harm to Snap. *See* [above cited case law]. This Court has previously granted requests to seal materials related to discovery disputes on this fundamental basis. *See, e.g.*, ECF Nos. 1242, 1465, 1619. | The Court previously granted the parties' stipulated request to seal the same exhibit (which featured modified redactions for attorney-client and work-product privilege) at ECF No. 1550-17. |

Pursuant to this case's sealing procedures, a Proposed Order implementing this stipulation and slipsheets of Exhibits B, D, F, G, and H to be sealed in their entirety as agreed by the Parties listed above are attached.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | Dated: March 28, 2025 | Respectfully submitted, |
| 2 | | /s/ Laura M. Lopez |
| 3 | | Jonathan H. Blavin (SBN 230269)<br>MUNGER, TOLLES & OLSON LLP |
| 4 | | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105-3089 |
| 5 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 6 | | Email: jonathan.blavin@mto.com |
| 7 | | |
| 8 | | Rose L. Ehler (SBN 29652)<br>Victoria A. Degtyareva (SBN 284199) |
| 9 | | Faye P. Teller (SBN 343506)<br>Ariel T. Teshuva (SBN 324238) |
| 10 | | Laura M. Lopez (SBN 313450)<br>MUNGER, TOLLES & OLSON LLP |
| 11 | | 350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426 |
| 12 | | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 13 | | Email: rose.ehler@mto.com |
| 14 | | Email: victoria.degtyareva@mto.com<br>Email: faye.teller@mto.com |
| 15 | | Email: ariel.teshuva@mto.com<br>Email: laura.lopez@mto.com |
| 16 | | |
| 17 | | *Attorneys for Defendant Snap Inc.* |
| 18 | | /s/ James J. Bilsborrow |
| 19 | | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC** |
| 20 | | 700 Broadway<br>New York, NY 10003 |
| 21 | | Telephone: 212-558-5500<br>Facsimile: 212-344-5461 |
| 22 | | jbilsborrow@weitzlux.com |
| 23 | | LEXI J. HAZAM |
| 24 | | **LIEFF   CABRASER   HEIMANN   &   BERNSTEIN, LLP** |
| 25 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-339 |
| 26 | | Telephone: 415-956-1000 |
| 27 | | PREVIN WARREN |
| 28 | | **MOTLEY RICE LLC**<br>401 9th Street NW Suite 630 |

|    |                                                  |
|----|--------------------------------------------------|
| 1  | Washington DC 20004                              |
| 2  | Telephone: 202-386-9610                          |
|    | pwarren@motleyrice.com                           |
| 3  |                                                  |
|    | Co-Lead Counsel                                  |
| 4  |                                                  |
| 5  | CHRISTOPHER A. SEEGER                            |
|    | **SEEGER WEISS, LLP**                            |
| 6  | 55 Challenger Road, 6th floor                    |
|    | Ridgefield Park, NJ 07660                        |
| 7  | Telephone: 973-639-9100                          |
|    | Facsimile: 973-679-8656                          |
| 8  | cseeger@seegerweiss.com                          |
| 9  | Counsel to Co-Lead Counsel and Settlement        |
| 10 | Counsel                                          |
| 11 | JENNIE LEE ANDERSON                              |
|    | **ANDRUS ANDERSON, LLP**                         |
| 12 | 155 Montgomery Street, Suite 900                 |
|    | San Francisco, CA 94104                          |
| 13 | Telephone: 415-986-1400                          |
|    | jenni@andrusanderson.com                         |
| 14 |                                                  |
| 15 | Liaison Counsel                                  |
| 16 | JOSEPH G. VANZANDT                               |
|    | **BEASLEY ALLEN CROW METHVIN**                   |
| 17 | **PORTIS & MILES, P.C.**                         |
|    | 234 Commerce Street                              |
| 18 | Montgomery, AL 36103                             |
|    | Telephone: 334-269-2343                          |
| 19 | joseph.vanzandt@beasleyallen.com                 |
| 20 |                                                  |
|    | EMILY C. JEFFCOTT                                |
| 21 | **MORGAN & MORGAN**                              |
|    | 220 W. Garden Street, 9th Floor                  |
| 22 | Pensacola, FL 32502                              |
|    | Telephone: 850-316-9100                          |
| 23 | ejeffcott@forthepeople.com                       |
| 24 |                                                  |
|    | Federal/State Liaison Counsel                    |
| 25 |                                                  |
| 26 | MATTHEW BERGMAN                                  |
|    | **SOCIAL MEDIA VICTIMS LAW**                     |
| 27 | **CENTER**                                       |
|    | 821 Second Avenue, Suite 2100                    |
| 28 | Seattle, WA 98104                                |

|   |   |
|---|---|
| 1 | Telephone: 206-741-4862 |
| 2 | matt@socialmediavictims.org |
| 3 | PAIGE BOLDT |
|   | **WATTS GUERRA LLP** |
| 4 | 4 Dominion Drive, Bldg. 3, Suite 100 |
|   | San Antonio, TX 78257 |
| 5 | Telephone: 210-448-0500 |
|   | PBoldt@WattsGuerra.com |
| 6 |   |
| 7 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 8 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 9 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 10 |   |
| 11 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 12 | 112 Madison Ave, 7th Floor |
|   | New York, NY 10016 |
| 13 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |
| 14 |   |
| 15 | SARAH EMERY |
|   | **HENDY JOHNSON VAUGHN EMERY,** |
| 16 | **PSC** |
|   | 2380 Grandview Drive |
| 17 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 18 | semery@justicestartshere.com |
| 19 |   |
| 20 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 21 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 22 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 23 |   |
| 24 | RONALD E. JOHNSON, JR. |
|   | **HENDY JOHNSON VAUGHN EMERY,** |
| 25 | **PSC** |
|   | 600 West Main Street, Suite 100 |
| 26 | Louisville, KY 40202 |
|   | Telephone: 859-578-4444 |
| 27 | rjohnson@justicestartshere.com |
| 28 |   |
|   | SIN-TING MARY LIU |

|   |   |
|---|---|
| 1 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 2 | 17 East Main Street, Suite 200 |
| 3 | Pensacola, FL 32502 |
|   | Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | JAMES MARSH |
| 6 | **MARSH LAW FIRM PLLC** |
|   | 31 Hudson Yards, 11th floor |
| 7 | New York, NY 10001-2170 |
|   | Telephone: 212-372-3030 |
| 8 | jamesmarsh@marshlaw.com |
| 9 | ANDRE MURA |
| 10 | **GIBBS LAW GROUP, LLP** |
|   | 1111 Broadway, Suite 2100 |
| 11 | Oakland, CA 94607 |
|   | Telephone: 510-350-9717 |
| 12 | amm@classlawgroup.com |
| 13 | HILLARY NAPPI |
| 14 | **HACH & ROSE LLP** |
|   | 112 Madison Avenue, 10th Floor |
| 15 | New York, New York 10016 |
|   | Telephone: 212.213.8311 |
| 16 | hnappi@hrsclaw.com |
| 17 | EMMIE PAULOS |
| 18 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 South Baylen Street, Suite 600 |
| 19 | Pensacola, FL 32502 |
|   | Telephone: 850-435-7107 |
| 20 | epaulos@levinlaw.com |
| 21 | RUTH THI RIZKALLA |
| 22 | **THE CARLSON LAW FIRM, P.C.** |
|   | 1500 Rosecrans Ave., Ste. 500 |
| 23 | Manhattan Beach, CA 90266 |
|   | Telephone: 415-308-1915 |
| 24 | rrizkalla@carlsonattorneys.com |
| 25 | ROLAND TELLIS |
| 26 | DAVID FERNANDES |
|   | **BARON & BUDD, P.C.** |
| 27 | 15910 Ventura Boulevard, Suite 1600 |
|   | Encino, CA 91436 |
| 28 | Telephone: (818) 839-2333 |

|   |   |
|---|---|
| 1 | Facsimile: (818) 986-9698 |
| 2 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 3 | |
| 4 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 5 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 6 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 7 | |
| 8 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 9 | 510 Walnut Street<br>Suite 500 |
| 10 | Philadelphia, PA 19106<br>Telephone: 215-592-1500 |
| 11 | mweinkowitz@lfsbalw.com |
| 12 | MELISSA YEATES |
| 13 | JOSEPH H. MELTZER<br>**KESSLER TOPAZ MELTZER &** |
| 14 | **CHECK,**<br>**LLP** |
| 15 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 16 | Telephone: 610-667-7706<br>myeates@ktmc.com |
| 17 | jmeltzer@ktmc.com |
| 18 | |
| 19 | DIANDRA "FU" DEBROSSE<br>ZIMMERMANN |
| 20 | **DICELLO LEVITT**<br>505 20th St North |
| 21 | Suite 1500<br>Birmingham, Alabama 35203 |
| 22 | Telephone: 205.855.5700<br>fu@dicellolevitt.com |
| 23 | |
| 24 | *Attorneys for Plaintiffs* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## ATTESTATION

I, Laura M. Lopez, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 28, 2025            By:    /s/ Laura M. Lopez
                                        Laura M. Lopez