# EXHIBIT B
# SNAP6913291

# REDACTED AND UNDER SEAL