# EXHIBIT D
# SNAP6928318

# REDACTED AND UNDER SEAL