# EXHIBIT F
# SNAP6955026

# REDACTED AND UNDER SEAL