# EXHIBIT G
# SNAP6960749

# REDACTED AND UNDER SEAL