# EXHIBIT H
# SNAP6969803

# REDACTED AND UNDER SEAL