AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____, Clerk of this Court,

certify that _____Ryan A. Olson_____, Bar # _____340935_____,

was duly admitted to practice in this Court on _____12/02/2004_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____St. Paul, MN_____ on _____03/28/2025_____
  *(Location)*                                              *(Date)*


_____Kate M. Fogarty_____                    _____MandiJo Schwartz_____
          *CLERK*                                                    *DEPUTY CLERK*