|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| THIS DOCUMENT RELATES TO: | Case Nos.: 4:22-md-03047-YGR-PHK |
| *All Actions* | **[PROPOSED] ORDER GRANTING META'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENAS IN LIEU OF PROPOSED ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

On March 31, 2025, Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. (collectively, "Meta") submitted Meta's Administrative Motion For Leave to File Supplemental Briefing on Former Employees' Objections to Meta's Document Subpoenas in Lieu of Proposed Order ("Motion"). Third parties Arturo Bejar and Vaishnavi Jayakumar ("Former Employees") [filed no timely opposition to the Motion] [filed an opposition to the Motion on _____].

Having reviewed the Motion, [the opposition], and all supporting papers, the Court hereby **ORDERS** that the Motion is **GRANTED**. *See* Standing Order for Discovery in Civil Cases Before Magistrate Judge Peter H. Kang ¶ H(4) ("This Court may . . . request additional or more fulsome briefing" before resolving a discovery dispute). The Court **ORDERS** Meta and the Former Employees to file supplemental briefs addressing the application of the First Amendment of the U.S. Constitution, 18 U.S.C.A. § 1514A, and California Labor Code § 1102.5 to Meta's Request for Production of Documents ("RFP") Nos. 2 and 10 to Mr. Bejar, and Meta's RFP Nos. 1 and 2 to Ms. Jayakumar, pursuant to the following briefing schedule and page limits:

1. Meta's supplemental brief (10 pages double-spaced): 7 days after the date of this Order
2. Former Employees' supplemental response (10 pages double-spaced): 7 days after Meta's supplemental brief is filed
3. Meta's reply brief (5 pages double-spaced): 3 days after Former Employees' supplemental response is filed

This supplemental briefing shall be in lieu of the proposed order requested by the Court at the March 20, 2025 Discovery Management Conference. *See* 3/20/2025 DMC Tr. at 114:10–12.

   **IT IS SO ORDERED.**


DATED: 

Hon. Peter H. Kang
United States Magistrate Judge