JONATHAN H. BLAVIN, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: Jonathan.Blavin@mto.com

ROSE L. EHLER, SBN 296523
VICTORIA A. DEGTYAREVA, SBN 284199
FAYE PAUL TELLER, SBN 343506
ARIEL T. TESHUVA, SBN 324238
LAURA M. LOPEZ, SBN 313450
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Rose.Ehler@mto.com
Email: Victoria.Degtyareva@mto.com
Email: Faye.Teller@mto.com
Email: Ariel.Teshuva@mto.com
Email: Laura.Lopez@mto.com

*Attorneys for Snap Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION (MARCH 3, 2025 ORDER RESOLVING PRIVILEGE DETERMINATION AS TO FOURTEEN SNAP DOCUMENTS)<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's Order on the Stipulated Third Modified Protective Order (ECF No. 1209), this Court's Order Setting Sealing Procedures (ECF No. 341), and the instructions provided in this Court's March 3, 2025 Order Resolving Privilege Determination As To Fourteen Snap Documents ("March 3, 2025 Order") (ECF No. 1732), the Court rules as follows on Plaintiffs' and Defendant Snap's Omnibus Sealing Stipulation Regarding the Court's March 3, 2025 Order Resolving Privilege Determination As To Fourteen Snap Documents.

| Document | Requested Action | Court's Order |
|---|---|---|
| Snap's Exhibit B<br>Bates: SNAP6913291<br>ECF No. 1732-1 | Seal entire exhibit. | Granted __X___<br><br>Denied _____ |
| Snap's Exhibit D<br>Bates: SNAP6928318<br>ECF No. 1732-2 | Seal entire exhibit. | Granted __X__<br><br>Denied _____ |
| Snap's Exhibit F<br>Bates: SNAP6955026<br>ECF No. 1732-3 | Seal entire exhibit. | Granted _X____<br><br>Denied _____ |
| Snap's Exhibit G<br>Bates: SNAP6960749<br>ECF No. 1732-4 | Seal entire exhibit. | Granted __X___<br><br>Denied _____ |
| Snap's Exhibit H<br>Bates: SNAP6969803<br>ECF No. 1732-5 | Seal entire exhibit. | Granted _X____<br><br>Denied _____ |

**IT IS SO ORDERED.**

DATED:    April 1, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge