UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 1778**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief re YouTube 30(b)(6) Dispute (ECF No. 1778).

At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

I. **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS**

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 1778-2 | Exhibit A to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 5, 7, 8, 12. | Good cause exists to seal sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Matthew Donohue ("Donohue Decl.") at 2. | A party has not previously sought to seal the same information. |
| 1778-5 | Exhibit C to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 1. | The redactions contain the names of employees who are not parties to this action. Disclosure of YouTube employees' identities violates their privacy interests and could cause them to receive threatening contact from the public. Indeed, YouTube employees have previously been identified, doxxed, harassed, and threatened due to their mere connection to | A party has not previously sought to seal the same information. |

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | YouTube's public filings in litigation. Donohue Decl. at 2.<br><br>The Court has previously sealed information related to the identities of third-party employees. *E.g.*, ECF Nos. 914, 1659. | |
| 1778-7 | Exhibit D to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 5, 7. | Good cause exists to seal sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Donohue Decl. at 2. | A party has not previously sought to seal the same information. |
| 1778-9 | Exhibit E to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 5. | Good cause exists to seal sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and | A party has not previously sought to seal the same information. |

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | thereby cause competitive harm to YouTube. *See* Donohue Decl. at 3. | |

**IT IS SO STIPULATED AND AGREED.**

                                                  Respectfully submitted,

DATED:     April 1, 2025                          **WILSON SONSINI GOODRICH & ROSATI**

                                                  Professional Corporation

                                                  By: */s/ Matthew K. Donohue*

                                                  Brian M. Willen (*pro hac vice*)
                                                  WILSON SONSINI GOODRICH & ROSATI PC
                                                  1301 Avenue of the Americas, 40th Floor
                                                  New York, New York 10019
                                                  Telephone: (212) 999-5800
                                                  Facsimile: (212) 999-5899
                                                  Email: bwillen@wsgr.com

                                                  Lauren Gallo White (State Bar No. 309075)
                                                  Samantha A. Machock (State Bar No. 298852)
                                                  WILSON SONSINI GOODRICH & ROSATI PC
                                                  One Market Plaza, Spear Tower, Suite 3300
                                                  San Francisco, CA 94105
                                                  Telephone: (415) 947-2000
                                                  Facsimile: (415) 947-2099
                                                  Email: lwhite@wsgr.com
                                                  Email: smachock@wsgr.com

                                                  Christopher Chiou (State Bar No. 233587)
                                                  Matthew K. Donohue (State Bar No. 302144)
                                                  WILSON SONSINI GOODRICH & ROSATI PC
                                                  953 East Third Street, Suite 100
                                                  Los Angeles, CA 90013
                                                  Telephone: (323) 210-2900
                                                  Facsimile: (866) 974-7329
                                                  Email: cchiou@wsgr.com
                                                  Email: mdonohue@wsgr.com

                                                  *Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:     April 1, 2025                          By: */s/ Lexi J. Hazam*
                                                  LEXI J. HAZAM
                                                  **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                                  275 Battery Street, 29th Floor

San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

| | |
|---|---|
| 1 | JAMES J. BILSBORROW |
| | **WEITZ & LUXENBERG, PC** |
| 2 | 700 Broadway |
| | New York, NY 10003 |
| 3 | Telephone: 212-558-5500 |
| | Facsimile: 212-344-5461 |
| 4 | jbilsborrow@weitzlux.com |
| 5 | JAYNE CONROY |
| | **SIMMONS HANLY CONROY, LLC** |
| 6 | 112 Madison Ave, 7th Floor |
| | New York, NY 10016 |
| 7 | Telephone: 917-882-5522 |
| | jconroy@simmonsfirm.com |
| 8 | |
| | ANDRE MURA |
| 9 | **GIBBS LAW GROUP, LLP** |
| | 1111 Broadway, Suite 2100 |
| 10 | Oakland, CA 94607 |
| | Telephone: 510-350-9717 |
| 11 | amm@classlawgroup.com |
| 12 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 13 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 14 | Telephone: 202-780-3014 |
| | awalsh@alexwalshlaw.com |
| 15 | |
| | MICHAEL M. WEINKOWITZ |
| 16 | **LEVIN SEDRAN & BERMAN, LLP** |
| | 510 Walnut Street Suite 500 |
| 17 | Philadelphia, PA 19106 |
| | Telephone: 215-592-1500 |
| 18 | mweinkowitz@lfsbalw.com |
| 19 | Plaintiffs' Steering Committee Leadership |
| 20 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 21 | 400 MANHATTAN BLVD |
| | HARVEY, LA 70058 |
| 22 | Telephone: 504-227–8100 |
| | raustin@ronaustinlaw.com |
| 23 | |
| | PAIGE BOLDT |
| 24 | **WATTS GUERRA LLP** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 25 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 26 | PBoldt@WattsGuerra.com |
| 27 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 28 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |

| | |
|---|---|
| 1 | Telephone: 816-701 1100 |
| | tcartmell@wcllp.com |
| 2 | |
| | SARAH EMERY |
| 3 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 2380 Grandview Drive |
| 4 | Ft. Mitchell, KY 41017 |
| | Telephone: 888-606-5297 |
| 5 | semery@justicestartshere.com |
| 6 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |
| 7 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 8 | Telephone: (646) 666-8908 |
| | carrie@cagoldberglaw.com |
| 9 | |
| | RONALD E. JOHNSON, JR. |
| 10 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 600 West Main Street, Suite 100 |
| 11 | Louisville, KY 40202 |
| | Telephone: 859-578-4444 |
| 12 | rjohnson@justicestartshere.com |
| 13 | SIN-TING MARY LIU |
| | **AYLSTOCK WITKIN KREIS &** |
| 14 | **OVERHOLTZ, PLLC** |
| | 17 East Main Street, Suite 200 |
| 15 | Pensacola, FL 32502 |
| | Telephone: 510-698-9566 |
| 16 | mliu@awkolaw.com |
| 17 | JAMES MARSH |
| | **MARSH LAW FIRM PLLC** |
| 18 | 31 Hudson Yards, 11th floor |
| | New York, NY 10001-2170 |
| 19 | Telephone: 212-372-3030 |
| | jamesmarsh@marshlaw.com |
| 20 | |
| | HILLARY NAPPI |
| 21 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 22 | New York, New York 10016 |
| | Telephone: 212.213.8311 |
| 23 | hnappi@hrsclaw.com |
| 24 | |
| | EMMIE PAULOS |
| 25 | **LEVIN PAPANTONIO RAFFERTY** |
| | 316 South Baylen Street, Suite 600 |
| 26 | Pensacola, FL 32502 |
| | Telephone: 850-435-7107 |
| 27 | epaulos@levinlaw.com |
| | |
| 28 | RUTH THI RIZKALLA |
| | **THE CARLSON LAW FIRM, P.C.** |

1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

## ATTESTATION

I, Matthew K. Donohue, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 1, 2025

By: */s/ Matthew K. Donohue*
Matthew K. Donohue