[*Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.: 4:22-md-03047-YGR<br><br>MDL No.: 3047 |
| This Document Relates to:<br><br>Leslie Smith and Jessica Smith<br><br>Member Case No.: 4:23-CV-05632 | **STIPULATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Plaintiffs Jessica Smith and Leslie Smith ("Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Instagram, LLC, Facebook Payments, Inc., Facebook Operations, LLC, Siculus, Inc., Snap, Inc., TikTok Inc., ByteDance Inc., Google LLC, and YouTube, LLC ("Defendants") in the above-referenced action hereby stipulate to the following: Plaintiffs and Defendants will not offer testimony from Emma Peters in any form (live, by video, in written form, by way of declaration, or through any other means) in connection with summary judgment, other motion practice, at trial, or at any time in connection with this lawsuit.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Dated: April 1, 2025 | By: /s/ Brian Ercole |
| 3 | | Brian Ercole (*pro hac vice*) |
| | LIEF CABRASER HEIMANN & | 600 Brickell Avenue, Suite 1600 |
| 4 | BERNSTEIN, LLP | Miami, FL 33131-3075 |
| | | Telephone: (305) 415-3416 |
| 5 | By: /s/ Lexi J. Hazam | brian.ercole@morganlewis.com |
| | LEXI J. HAZAM | |
| 6 | LIEFF CABRASER HEIMANN & | *Attorneys for Defendants YouTube, LLC and* |
| 7 | BERNSTEIN, LLP | *Google LLC* |
| | 275 BATTERY STREET, 29TH FL | |
| 8 | SAN FRANCISCO, CA 94111-3339 | COVINGTON & BURLING LLP |
| | Telephone: 415-956-1000 | |
| 9 | lhazam@lchb.com | By: /s/ Gregory L. Halperin |
| | | Greg Halperin, *pro hac vice* |
| 10 | | The New York Times Building |
| | | 620 Eighth Avenue |
| 11 | | New York, NY 10018-1405 |
| 12 | | Telephone: (212) 841-1166 |
| | | Facsimile: (212) 841-1010 |
| 13 | | ghalperin@cov.com |
| 14 | | *Attorneys for Defendants Meta Platforms,* |
| 15 | | *Inc. f/k/a Facebook, Inc.; Instagram, LLC;* |
| | | *Facebook Payments, Inc.; Facebook* |
| 16 | | *Operations, LLC; and Siculus, Inc.* |
| 17 | | KIRKLAND & ELLIS LLP |
| 18 | | By: /s/ Jessica Davidson |
| 19 | | Jessica Davidson, pro hac vice |
| | | 601 Lexington Avenue |
| 20 | | New York, New York 10022 |
| | | Phone: (212) 341-7597 |
| 21 | | jessica.davidson@kirkland.com |
| 22 | | *Attorneys For Defendant Snap Inc.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | By: */s/ Andrew Campbell* |
| 3 | Andrew L. Campbell, pro hac vice |
|   | 300 N. Meridian Street, Suite 2500 |
| 4 | Indianapolis, Indiana 46204, USA |
| 5 | Phone: +1 317 237 0300 |
|   | Fax: +1 317 237 1000 |
| 6 | andrew.campbell@faegredrinker.com |
| 7 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2025, a true and correct copy of STIPULATION was served upon the following by email:

Lexi Hazam
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone 415-956-1000
Fax 415-956-1008
lhazam@lchb.com

*Attorney for Plaintiffs*

By: */s/ Jesse S. Krompier*
Jesse S. Krompier (SBN 318760)

*Attorney for Defendants YouTube, LLC and Google LLC*