# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 1778<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting declaration, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the exhibits in support of the Parties' Joint Letter Brief re YouTube 30(b)(6) Dispute (ECF No. 1778), as follows:

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1778-2 | Exhibit A to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 5, 7, 8, 12. | Granted __X___<br><br>Denied _____ |
| 1778-5 | Exhibit C to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 1. | Granted __X___<br><br>Denied _____ |
| 1778-7 | Exhibit D to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 5, 7. | Granted __X___<br><br>Denied _____ |
| 1778-9 | Exhibit E to Joint Letter Brief re YouTube 30(b)(6) Dispute | Maintain redactions at 5. | Granted __X___<br><br>Denied _____ |

**IT IS SO ORDERED.**

DATE: April 2, 2025

Hon. Peter H. Kang
United States Magistrate Judge