# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*H.F. and C.A., v. Meta, et al.*, 4:24-cv-08885;<br><br>*SB and JC, v. Meta, et al.*, 4:24-cv-09400;<br><br>*RN and AR, v. Meta, et al.*, 4:24-cv-09406;<br><br>*AG and MT, v. Meta, et al.*, 4:24-cv-09354;<br><br>*T.S. ind. & obo E.S., v. ByteDance, Ltd, et al.*, 4:25-cv-00060;<br><br>*L.G. ind. & obo E.B., v. ByteDance, Ltd, et al.,* 4:25-cv-00100;<br><br>*D.M. and M.A., v. Meta, et al.*, 4:25-cv-00118;<br><br>*L.G. ind. & obo K.B., v. ByteDance, Ltd, et al.*, 4:25-cv-00122;<br><br>*E.W. and K.W., v. Meta, et al.*, 4:25-cv-00161;<br><br>*M.S. and S.K., v. Meta, et al.*, 4:25-cv-00169;<br><br>*M.C. ind. & obo A.N., v. Meta, et al.,* 4:25- | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' THIRTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

| | |
|---|---|
| 1 | cv-00270; |
| 2 | *B.R. and L.R., v. Meta, et al.*, 4:25-cv-00282; |
| 3 | |
| 4 | *A.B. by and through her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269; |
| 5 | |
| 6 | *J. C., by and through his Guardian Ad Litem, Kenyatta Leflorev. Meta, et al.*, 4:25-cv-02399; |
| 7 | |
| 8 | *K.H., by and through April Howell v. Snap Inc et. al,* 4:25-cv-02985. |

### [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Thirteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Thirteenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-32 to the Anderson Declaration in Support of Thirteenth Application for Guardians *Ad Litem*, the Court hereby orders that the following document shall remain under seal absent further Order of the Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - Application for *H.F. and C.A., v. Meta, et al.*, 4:24-cv-08885 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Application for *SB and JC, v. Meta, et al.*, 4:24-cv-09400 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *RN and AR, v. Meta, et al.*, 4:24-cv-09406 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 - Application for *AG and MT, v. Meta, et al.*, 4:24-cv-09354 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| Exhibit 5 – Application for *T.S. ind. & obo E.S., v. ByteDance, Ltd, et al.*, 4:25-cv-00060 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 6 - Application for *L.G. ind. & obo E.B., v. ByteDance, Ltd, et al.*, 4:25-cv-00100 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 7 – Application for *D.M. and M.A., v. Meta, et al.*, 4:25-cv-00118 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 8 – Application for *L.G. ind. & obo K.B., v. ByteDance, Ltd, et al.*, 4:25-cv-00122 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 9 – Application for *E.W. and K.W., v. Meta, et al.*, 4:25-cv-00161 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 10 - Application for *M.S. and S.K., v. Meta, et al.*, 4:25-cv-00169 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 11 – Application for *M.C. ind. & obo A.N., v. Meta, et al.*, 4:25-cv-00270 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 12 – Application for *B.R. and L.R., v. Meta, et al.*, 4:25-cv-00282 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 13 – Application for *A.B. by and through her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 14 – Application for *J.C., by and through his Guardian Ad Litem, Kenyatta Leflore v. Meta, et al.*, 4:25-cv-02399 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |
| Exhibit 15 – Application for *K.H., by and through April Howell v. Snap Inc et. al*, 4:25-cv-02985 | Entire Application/ Exhibit | ___ Granted <br> ___ Denied |

**IT IS SO ORDERED.**

DATED: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE