Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*H.F. and C.A., v. Meta, et al.*, 4:24-cv-08885;<br><br>*SB and JC, v. Meta, et al.*, 4:24-cv-09400;<br><br>*RN and AR, v. Meta, et al.*, 4:24-cv-09406;<br><br>*AG and MT, v. Meta, et al.*, 4:24-cv-09354;<br><br>*T.S. ind. & obo E.S., v. ByteDance, Ltd, et al.*, 4:25-cv-00060;<br><br>*L.G. ind. & obo E.B., v. ByteDance, Ltd, et al.*, 4:25-cv-00100;<br><br>*D.M. and M.A., v. Meta, et al.*, 4:25-cv-00118;<br><br>*L.G. ind. & obo K.B., v. ByteDance, Ltd, et al.*, 4:25-cv-00122;<br><br>*E.W. and K.W., v. Meta, et al.*, 4:25-cv-00161;<br><br>*M.S. and S.K., v. Meta, et al.*, 4:25-cv-00169; | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' THIRTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

1                            Case No. 4:22-MD-03047-YGR
Declaration ISO Plaintiffs' Thirteenth Ex Parte App. For Appointment of Guardian *Ad Litem*

*M.C. ind. & obo A.N., v. Meta, et al.*, 4:25-cv-00270;

*B.R. and L.R., v. Meta, et al.*, 4:25-cv-00282;

*A.B. by and through her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269;

*J. C., by and through his Guardian Ad Litem, Kenyatta Leflore v. Meta, et al.*, 4:25-cv-02399;

*K.H., by and through April Howell v. Snap Inc et. al,* 4:25-cv-02985.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Thirteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *H.F. and C.A. v. Meta, et al.*, 4:24-cv-08885.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *SB and JC v. Meta, et al.*, 4:24-cv-09400.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *RN and AR v. Meta, et al.*, 4:24-cv-09406.

| | | |
|---|---|---|
|1|6.|Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte*|

2  Application for Appointment of Guardian *Ad Litem* I received for the case *AG and MT v. Meta, et*

3  *al.*, 4:24-cv-09354.

4        7.        Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte*

5  Application for Appointment of Guardian *Ad Litem* I received for the case *T.S. ind. & obo E.S. v.*

6  *ByteDance, Ltd, et al.*, 4:25-cv-00060.

7        8.        Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte*

8  Application for Appointment of Guardian *Ad Litem* I received for the case *L.G. ind. & obo E.B. v.*

9  *ByteDance, Ltd, et al.,* 4:25-cv-00100.

10       9.        Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte*

11  Application for Appointment of Guardian *Ad Litem* I received for the case *D.M. and M.A. v.*

12  *Meta, et al.*, 4:25-cv-00118.

13       10.      Attached hereto as **Exhibit 8** is a true and correct copy of the *Ex Parte*

14  Application for Appointment of Guardian *Ad Litem* I received for the case *L.G. ind. & obo K.B, v.*

15  *ByteDance, Ltd, et al.*, 4:25-cv-00122.

16       11.      Attached hereto as **Exhibit 9** is a true and correct copy of the *Ex Parte*

17  Application for Appointment of Guardian *Ad Litem* I received for the case *E.W. and K.W. v.*

18  *Meta, et al.*, 4:25-cv-00161.

19       12.      Attached hereto as **Exhibit 10** is a true and correct copy of the *Ex Parte*

20  Application for Appointment of Guardian *Ad Litem* I received for the case *M.S. and S.K. v. Meta,*

21  *et al.*, 4:25-cv-00169.

22       13.      Attached hereto as **Exhibit 11** is a true and correct copy of the *Ex Parte*

23  Application for Appointment of Guardian *Ad Litem* I received for the case *M.C. ind. & obo A.N.*

24  *v. Meta, et al.,* 4:25-cv-00270.

25       14.      Attached hereto as **Exhibit 12** is a true and correct copy of the *Ex Parte*

26  Application for Appointment of Guardian *Ad Litem* I received for the case *B.R. and L.R. v. Meta,*

27  *et al.*, 4:25-cv-00282.

28       15.      Attached hereto as **Exhibit 13** is a true and correct copy of the *Ex Parte*

1  Application for Appointment of Guardian *Ad Litem* I received for the case *A.B. by and through*

2  *her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269.

3        16.      Attached hereto as **Exhibit 14** is a true and correct copy of the *Ex Parte*

4  Application for Appointment of Guardian *Ad Litem* I received for the case *J. C., by and through*

5  *his Guardian Ad Litem, Kenyatta Leflore v. Meta, et al.* 4:25-cv-02399.

6        17.      Attached hereto as **Exhibit 15** is a true and correct copy of the *Ex Parte*

7  Application for Appointment of Guardian *Ad Litem* I received for the case*K.H., by and through*

8  *April Howell v. Snap Inc et al.*, 4:25-cv-02985.

9        18.      **Exhibits 1-15** are Applications submitted to Plaintiffs' Liaison Counsel for

10 filing since the last guardian *ad litem* submission.  I have reviewed the *Ex Parte* Applications

11 attached as **Exhibits 1-15**.  The Applications have been made by the minor's parent, and/or legal

12 guardian.  Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's

13 Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the

14 applicant's name and contact information (including address, email, and telephone number); (2)

15 the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that

16 the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement

17 affirming that the applicant is fully competent and qualified to understand and protect the rights

18 of the minor plaintiff and has no interests adverse to the interests of that person.

19     I declare under penalty of perjury pursuant to the laws of the United States of America that

20 the foregoing is true and correct.

21 Dated: April 4, 2025                  Respectfully submitted,

22

23                                   */s/Jennie Lee Anderson*
                                  Jennie Lee Anderson

24

25                                   ANDRUS ANDERSON LLP
                                  155 Montgomery Street, Suite 900

26                                   San Francisco, CA  94104
                                  Telephone: (415) 986-1400

27                                   Facsimile: (415) 986-1474
                                  jennie@andrusanderson.com

28                                   *Plaintiffs' Liaison Counsel*