1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)                    Jennie Lee Anderson (SBN 203586)
   pwarren@motleyrice.com                            jennie@andrusanderson.com
6  MOTLEY RICE LLC                                   ANDRUS ANDERSON LLP
   401 9th Street NW, Suite 630                      155 Montgomery Street, Suite 900
7  Washington, DC 20004                              San Francisco, CA  94104
   Telephone: (202) 386-9610                         Telephone:     (415) 986-1400
8
9  *Plaintiffs' Co-Lead Counsel*                     *Plaintiffs' Liaison Counsel*

10                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
11

12  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
13  PRODUCTS LIABILITY LITIGATION           MDL No. 3047

14  ──────────────────────────────          **EXHIBITS 1-15 TO DECLARATION OF**
                                            **JENNIE LEE ANDERSON IN SUPPORT**
15  This Document Relates to:               **OF PLAINTIFFS' THIRTEENTH *EX PARTE***
                                            **APPLICATION FOR APPOINTMENT**
16  *H.F. and C.A., v. Meta, et al.*, 4:24-cv-   **OF GUARDIANS AD LITEM**
    08885;

17  *SB and JC, v. Meta, et al.*, 4:24-cv-09400;

18  *RN and AR, v. Meta, et al.*, 4:24-cv-09406;

19  *AG and MT, v. Meta, et al.*, 4:24-cv-09354;

20  *T.S. ind. & obo E.S., v. ByteDance, Ltd, et
    al.*, 4:25-cv-00060;
21
    *L.G. ind. & obo E.B., v. ByteDance, Ltd, et
22  al.*, 4:25-cv-00100;

23  *D.M. and M.A., v. Meta, et al.*, 4:25-cv-
    00118;
24
    *L.G. ind. & obo K.B., v. ByteDance, Ltd, et
25  al.*, 4:25-cv-00122;

26  *E.W. and K.W., v. Meta, et al.*, 4:25-cv-
    00161;
27
    *M.S. and S.K., v. Meta, et al.*, 4:25-cv-00169;
28

1

2
*M.C. ind. & obo A.N., v. Meta, et al.*, 4:25-cv-00270;

3
*B.R. and L.R., v. Meta, et al.*, 4:25-cv-00282;

4

5
*A.B. by and through her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269;

6

7
*J. C., by and through his Guardian Ad Litem, Kenyatta Leflore v. Meta, et al.*, 4:25-cv-02399;

8
*K.H., by and through April Howell v. Snap Inc et. al v. Meta, et al.*, 4:25-cv-02985.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 6

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

Case No. 4:22-md-03047-YGR
Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 12

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 13

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
# EXHIBIT FILED UNDER SEAL
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 4:22-md-03047-YGR

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 14

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 15

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-15 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Thirteenth Ex Parte Application