# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*H.F. and C.A., v. Meta, et al.*, 4:24-cv-08885;<br><br>*SB and JC, v. Meta, et al.*, 4:24-cv-09400;<br><br>*RN and AR, v. Meta, et al.*, 4:24-cv-09406;<br><br>*AG and MT, v. Meta, et al.*, 4:24-cv-09354;<br><br>*T.S. ind. & obo E.S., v. ByteDance, Ltd, et al.*, 4:25-cv-00060;<br><br>*L.G. ind. & obo E.B., v. ByteDance, Ltd, et al.,* 4:25-cv-00100;<br><br>*D.M. and M.A., v. Meta, et al.*, 4:25-cv-00118;<br><br>*L.G. ind. & obo K.B., v. ByteDance, Ltd, et al.*, 4:25-cv-00122;<br><br>*E.W. and K.W., v. Meta, et al.*, 4:25-cv-00161;<br><br>*M.S. and S.K., v. Meta, et al.*, 4:25-cv-00169;<br><br>*M.C. ind. & obo A.N., v. Meta, et al.,* 4:25-cv-00270; | **[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRTEENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

|   |   |
|---|---|
| 1 | *B.R. and L.R., v. Meta, et al.*, 4:25-cv-00282; |
| 2 |   |
| 3 | *A.B. by and through her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269; |
| 4 |   |
| 5 | *J. C., by and through his Guardian Ad Litem, Kenyatta Leflore v. Meta, et al.*, 4:25-cv-02399; |
| 6 |   |
| 7 | *K.H., by and through April Howell v. Snap Inc et. al*, 4:25-cv-02985. |

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Thirteenth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Thirteenth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On December 23, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *H.F. and C.A. v. Meta, et al.*, 4:24-cv-08885 (Exhibit 1);
- *SB and JC v. Meta, et al.*, 4:24-cv-09400 (Exhibit 2);
- *RN and AR v. Meta, et al.*, 4:24-cv-09406 (Exhibit 3);
- *AG and MT v. Meta, et al.*, 4:24-cv-09354 (Exhibit 4);
- *T.S. ind. & obo E.S. v. ByteDance, Ltd, et al.*, 4:25-cv-00060 (Exhibit 5);
- *L.G. ind. & obo E.B. v. ByteDance, Ltd, et al.,* 4:25-cv-00100 (Exhibit 6);
- *D.M. and M.A. v. Meta, et al.*, 4:25-cv-00118 (Exhibit 7);
- *L.G. ind. & obo K.B, v. ByteDance, Ltd, et al.*, 4:25-cv-00122 (Exhibit 8);
- *E.W. and K.W. v. Meta, et al.*, 4:25-cv-00161 (Exhibit 9);
- *M.S. and S.K. v. Meta, et al.*, 4:25-cv-00169 (Exhibit 10);
- *M.C. ind. & obo A.N. v. Meta, et al.,* 4:25-cv-00270 (Exhibit 11);
- *B.R. and L.R. v. Meta, et al.*, 4:25-cv-00282 (Exhibit 12);

- *A.B. by and through her Guardian Ad Litem Robert Budreau v. Meta, et al.*, 4:25-cv-01269 (Exhibit 13);

- *J. C., by and through his Guardian Ad Litem, Kenyatta Leflore v. Meta, et al.* 4:25-cv-02399 (Exhibit 14); and

- *K.H., by and through April Howell v. Snap Inc et al.*, 4:25-cv-02985 (Exhibit 15).

Having received no objections on or before April 21, 2025, which is the Monday after the fifteenth day after the filing of Plaintiffs' Thirteenth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians ad litem in this case, shall remain in effect until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE