# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME FOR COMPLETION OF CERTAIN FACT DISCOVERY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants Google, LLC and YouTube, LLC ("Defendants") to complete certain fact discovery.

WHEREAS, despite the parties' best efforts and diligence to resolve all fact discovery issues before the April 4, 2025 deadline, certain discovery issues will not be complete and/or ripe for briefing by April 4, 2025. Accordingly, Plaintiffs and Defendants have mutually agreed to schedule the following:

1. With respect to the completion of 30(b)(1) fact depositions, the parties agree to take the final fact deposition witness, YouTube CEO Neal Mohan, on April 24, 2025.

2. With respect to the completion of 30(b)(6) testimony, oral and written, the parties agree to the following:

   a. Oral testimony on 30(b)(6) Topics IV.8 and VI.11 will occur remotely on a mutually agreed upon date in the second week of April 2025.

   b. Oral testimony on the final 30(b)(6) topic will occur on a date to be mutually agreed upon by the Parties but no later than April 24, 2025.

   c. Written responses to all remaining agreed upon 30(b)(6) topics will be provided by Defendants no later than April 25, 2025.

3. To the extent there remains any dispute related to the above deposition testimonies that are scheduled to take place and be produced after the fact discovery deadline, the parties agree to hold an initial meet and confer no later than April 30, 2025, any necessary H(2) no later than May 7, 2025, and any subsequent Joint Letter Brief filed no later than May 14, 2025.

4. The parties agree that the requested extensions herein will not affect any other deadline affixed by the Court.

//
//
//

1     **IT IS SO ORDERED**

DATED: April 4, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge

DATED: April 4, 2025     **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED: April 4, 2025     By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**

|   |   |
|---|---|
| 1 | **BERNSTEIN, LLP** |
|   | 275 Battery Street, 29th Floor |
| 2 | San Francisco, CA 94111-3339 |
|   | Telephone: 415-956-1000 |
| 3 | lhazam@lchb.com |

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104

Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL

|   |   |
|---|---|
| 1 | **WAGSTAFF & CARTMELL LLP** |
| 2 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 3 | Telephone: 816-701 1100<br>tcartmell@wcllp.com |
| 4 | SARAH EMERY<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 5 | 2380 Grandview Drive<br>Ft. Mitchell, KY 41017 |
| 6 | Telephone: 888-606-5297<br>semery@justicestartshere.com |
| 7 |   |
| 8 | CARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC**<br>16 Court St. |
| 9 | Brooklyn, NY 11241<br>Telephone: (646) 666-8908 |
| 10 | carrie@cagoldberglaw.com |
| 11 | RONALD E. JOHNSON, JR.<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 12 | 600 West Main Street, Suite 100<br>Louisville, KY 40202 |
| 13 | Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 14 |   |
| 15 | SIN-TING MARY LIU<br>**AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ, PLLC** |
| 16 | 17 East Main Street, Suite 200<br>Pensacola, FL 32502 |
| 17 | Telephone: 510-698-9566<br>mliu@awkolaw.com |
| 18 |   |
| 19 | JAMES MARSH<br>**MARSH LAW FIRM PLLC** |
| 20 | 31 Hudson Yards, 11th floor<br>New York, NY 10001-2170 |
| 21 | Telephone: 212-372-3030<br>jamesmarsh@marshlaw.com |
| 22 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 23 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 24 | Telephone: 212.213.8311<br>hnappi@hrsclaw.com |
| 25 |   |
| 26 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY**<br>316 South Baylen Street, Suite 600 |
| 27 | Pensacola, FL 32502<br>Telephone: 850-435-7107 |
| 28 | epaulos@levinlaw.com |

|   |   |
|---|---|
| 1 | |
| 2 | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, P.C.** |
| 3 | 1500 Rosecrans Ave., Ste. 500<br>Manhattan Beach, CA 90266 |
| 4 | Telephone: 415-308-1915<br>rrizkalla@carlsonattorneys.com |

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

### ATTESTATION

I, Audrey Siegel, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 4, 2025

By:   */s/ Audrey Siegel*
      Audrey Siegel