# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Hartford Casualty Insurance Company et al. v. Instagram, LLC et al.*, No. 1:24-cv-01422 (D. Del.) | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**ORDER FOR FURTHER BRIEFING ON REMAND** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the Judicial Panel of Multidistrict Litigation's (JPML's) order transferring *Hartford Casualty Insurance Company et al. v. Instagram, LLC et al.*, No. 1:24-cv-01422 (D. Del.) to this MDL, the parties shall file simultaneous briefs on **April 14, 2025** that supplement their remand briefing before the Delaware District Court and explain any differences in the law of remand between the Third and Ninth Circuits. The supplemental brief shall not exceed four pages.

**IT IS SO ORDERED.**

Dated: April 8, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**