UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>4:23-cv-05448-YGR<br><br>[PROPOSED] ORDER ON SEALING JOINT LETTER BRIEF ON META'S RESPONSE TO STATE ATTORNEYS GENERALS' REQUEST FOR PRODUCTION NUMBER 102<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on Plaintiffs' and the Meta Defendants' Omnibus Stipulation to Seal Joint Letter Brief on Meta's Response to State Attorneys Generals' Request For Production Number 102:

| Document | Paragraph and Portion to Be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| Declaration in Support of Joint Letter Brief on Meta's Response to State Attorneys Generals' Request For Production Number 102 (ECF 1774-4) | Declarant's Name | Redact specified portion | **GRANTED** |

**SO ORDERED.**

DATED:   April 9, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge