CHRISTOPHER CHIOU
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *YouTube, LLC and Google LLC* <br><br> 4:23-cv-05448-YGR | MDL No. 3047 <br> CASE NO.:  4:22-md-03047-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER ON (1) PRODUCTION OF CUSTODIAL FILES FROM JENNIFER FLANNERY O'CONNOR AND K.K., (2) REQUESTS FOR PRODUCTION SET 12, AND (3) NON-CUSTODIAL SOURCES** <br><br> Honorable Yvonne Gonzalez Rogers <br> Honorable Peter H. Kang |

I. **Stipulation Regarding Production of Custodial Files of Jennifer Flannery O'Connor and K.K.**

Pursuant to the Court's April 4, 2025 Order Resolving Dispute Regarding YouTube's Amended Rule 26(a) Initial Disclosures (ECF No. 1840), Defendants Google and YouTube and Plaintiffs have resolved their dispute regarding the production of documents from the custodial files of Jennifer Flannery O'Connor and K.K. (ECF No. 1803).

After meeting and conferring, the Parties have agreed upon a set of search terms to be used to cull documents for review for each custodian. The Parties further stipulate to a May 30, 2025, deadline for YouTube to complete a rolling production of documents from Jennifer Flannery O'Connor's and K.K.'s custodial files.

II. **Stipulation Regarding Production of Documents Responsive to RFP Set 12**

Pursuant to Civil Local Rules 6-1(b), 6-2, 37-3, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants Google, LLC and YouTube, LLC ("Defendants") to complete certain fact discovery.

WHEREAS, pursuant to the Court's discovery schedule, fact discovery concluded on April 4, 2025;

WHEREAS, up until April 10, 2025, the parties were meeting and conferring on a dispute as to RFP No. 163, which requested:

> All Documents and Communications regarding Your development, design, policies, procedures, implementation, or any proposed versions thereof, of the "machine learning [You will use] in 2025 to help [You] estimate a user's age – distinguishing between younger viewers and adults – to help provide the best and most age appropriate experience and protections," referenced in a February 11, 2025 announcement from YouTube CEO Neal Mohan. *See* https://blog.youtube/inside-youtube/our-big-bets-for-2025/.

WHEREAS, on the evening of April 10, 2025, the Parties were able to reach agreement as to the scope and timing of production of responsive documents to RFP No. 163, thereby negating

the need to file a Joint Letter Brief, but also necessarily contemplating fact discovery production beyond the Court's fact discovery deadline;

NOW and THEREFORE, the Parties stipulate and agree, subject to the approval of the Court, that the time to complete production of documents in response to RFP No. 163 will be as follows:

1. Production of responsive documents to RFP No. 163 from the custodial file of Neal Mohan will be by April 21, 2024; and,

2. Production of responsive documents to RFP No. 163 from the custodial file of J.B. will be by May 30, 2025.

The Parties agree that the requested extensions herein will not affect any other deadline affixed by the Court.

### III.     Stipulation Regarding the Production of Documents from Non-Custodial Sources

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants Google, LLC and YouTube, LLC ("Defendants") to complete certain fact discovery.

WHEREAS, despite the parties' best efforts and diligence to resolve all fact discovery issues before the April 4, 2025 deadline, certain discovery issues were not complete and/or ripe for briefing by April 4, 2025.  Accordingly, Plaintiffs and Defendants have mutually agreed to schedule the following:

With respect to YouTube's production from non-custodial sources, YouTube's production from certain non-custodial sources has not yet been completed and, for one or more non-custodial sources, is anticipated to continue following the close of fact discovery. Accordingly, the parties propose the following:

A. YouTube will complete its production from the F Source under the terms of the Parties' agreement by May 1, 2025.

B. YouTube will complete its production from the A Source under the terms of the Parties' agreement by May 1, 2025.

    1. If Plaintiffs identify the agreed-upon R Source links within 7 days of completion of production of the A Source, YouTube will complete its production of identified R Source hyperlinks from the A Source under the terms of the Parties' agreement by within 14 days of Plaintiffs' identification of the R Source links.

C. YouTube will complete its production from the L Source under the terms of the Parties' agreement by May 1, 2025.

D. YouTube has completed its production of csv files from the B Source under the terms of the Parties' agreement. If Plaintiffs provide the agreed-upon list of individual tickets by April 16, per the Parties' agreement, YouTube will complete its production of identified individual tickets by May 12, 2025.

E. YouTube will complete its production from the M Source under the terms of the Parties' agreement by May 15, 2025.

F. To the extent there is a dispute with respect to YouTube's completed production from a particular non-custodial source, the parties will need time to review and determine any deficiencies in the production, and the parties therefore agree to extend the deadline to file a Joint Letter Brief with respect to that source as follows:

    1. May 7, or 4 business days after final productions from any source completed after May 1: Plaintiffs identify deficiencies with particularity in writing, including the relief that Plaintiffs would seek in any subsequent briefing;

    2. 3 business days later: YouTube responds in writing to Plaintiffs' deficiencies;

    3. 3 business days later: H2 conference regarding the specified deficiencies;

      4. 5 business days later: Any joint letter brief filed in connection with the specified deficiencies and the relief sought.

G. The Parties have agreed to finalize a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source upon their completed production. The Parties have further agreed that this stipulation shall include:

1. Confirmation that each production is a true and correct copy of records of regularly conducted activity under Fed. R. Evid. 803(6);

2. Exhibits thereto (which are to be filed under seal) setting forth as to each source certain agreed-upon details regarding search methodology and the resulting productions.

H. To the extent there are disputes with regard to the stipulation described in section G, the parties agree that such disputes will be briefed as a part of any Joint Letter Brief contemplated under section F.

The parties agree that the requested extensions herein will not affect any other deadline affixed by the Court.

**IT IS SO ORDERED**

Dated: _____

Hon. Peter H. Kang
United States District Court Magistrate Judge

Respectfully submitted,

Dated: April 11, 2025

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: */s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com

|    |    |
|----|----|
| 1  | Matthew K. Donohue (State Bar No. 302144) |
| 2  | mdonohue@wsgr.com |
|    | 633 West Fifth Street |
| 3  | Los Angeles, CA 90071-2048 |
|    | Telephone: (323) 210-2900 |
|    | Facsimile: (866) 974-7329 |

Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

**MORGAN, LEWIS & BOCKIUS LLP**
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

| | | |
|---|---|---|
| 1 | | Joseph G. Petrosinelli |
| 2 | | jpetrosinelli@wc.com |
| | | Ashley W. Hardin |
| 3 | | ahardin@wc.com |
| | | 680 Maine Avenue, SW |
| 4 | | Washington, DC 20024 |
| | | Telephone.: (202) 434-5000 |
| 5 | | Facsimile: (202) 434-5029 |
| 6 | | *Attorneys for Defendants YouTube, LLC, and Google LLC* |
| 7 | | |
| 8 | Dated:    April 11, 2025 | By:  */s/ Lexi J. Hazam* |
| | | LEXI J. HAZAM |
| 9 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 10 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 11 | | Telephone: 415-956-1000 |
| | | lhazam@lchb.com |
| 12 | | |
| | | PREVIN WARREN |
| 13 | | **MOTLEY RICE LLC** |
| | | 401 9th Street NW Suite 630 |
| 14 | | Washington DC 20004 |
| | | Telephone: 202-386-9610 |
| 15 | | pwarren@motleyrice.com |
| 16 | | Co-Lead Counsel |
| 17 | | CHRISTOPHER A. SEEGER |
| | | **SEEGER WEISS, LLP** |
| 18 | | 55 Challenger Road, 6th floor |
| | | Ridgefield Park, NJ 07660 |
| 19 | | Telephone: 973-639-9100 |
| | | Facsimile: 973-679-8656 |
| 20 | | cseeger@seegerweiss.com |
| 21 | | Counsel to Co-Lead Counsel and Settlement Counsel |
| 22 | | JENNIE LEE ANDERSON |
| 23 | | **ANDRUS ANDERSON, LLP** |
| | | 155 Montgomery Street, Suite 900 |
| 24 | | San Francisco, CA 94104 |
| | | Telephone: 415-986-1400 |
| 25 | | jennie@andrusanderson.com |
| 26 | | Liaison Counsel |
| 27 | | |
| 28 | | |

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

| | |
|---|---|
| 1 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 2 | 510 Walnut Street Suite 500 |
| | Philadelphia, PA 19106 |
| 3 | Telephone: 215-592-1500 |
| | mweinkowitz@lfsbalw.com |
| 4 | |
| | Plaintiffs' Steering Committee Leadership |
| 5 | |
| | RON AUSTIN |
| 6 | **RON AUSTIN LAW** |
| | 400 MANHATTAN BLVD |
| 7 | HARVEY, LA 70058 |
| | Telephone: 504-227–8100 |
| 8 | raustin@ronaustinlaw.com |
| 9 | PAIGE BOLDT |
| | **WATTS GUERRA LLP** |
| 10 | 4 Dominion Drive, Bldg. 3, Suite 100 |
| | San Antonio, TX 78257 |
| 11 | Telephone: 210-448-0500 |
| | PBoldt@WattsGuerra.com |
| 12 | |
| | THOMAS P. CARTMELL |
| 13 | **WAGSTAFF & CARTMELL LLP** |
| | 4740 Grand Avenue, Suite 300 |
| 14 | Kansas City, MO 64112 |
| | Telephone: 816-701 1100 |
| 15 | tcartmell@wcllp.com |
| 16 | SARAH EMERY |
| | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| 17 | 2380 Grandview Drive |
| | Ft. Mitchell, KY 41017 |
| 18 | Telephone: 888-606-5297 |
| | semery@justicestartshere.com |
| 19 | |
| | CARRIE GOLDBERG |
| 20 | **C.A. GOLDBERG, PLLC** |
| | 16 Court St. |
| 21 | Brooklyn, NY 11241 |
| | Telephone: (646) 666-8908 |
| 22 | carrie@cagoldberglaw.com |
| 23 | RONALD E. JOHNSON, JR. |
| | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| 24 | 600 West Main Street, Suite 100 |
| | Louisville, KY 40202 |
| 25 | Telephone: 859-578-4444 |
| | rjohnson@justicestartshere.com |
| 26 | |
| | SIN-TING MARY LIU |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 2 | 17 East Main Street, Suite 200 |
|   | Pensacola, FL 32502 |
| 3 | Telephone: 510-698-9566 |
|   | mliu@awkolaw.com |

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

| | |
|---|---|
| 1 | |
| 2 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT**<br>505 20th St North Suite 1500<br>Birmingham, Alabama 35203<br>Telephone: 205.855.5700<br>fu@dicellolevitt.com |

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

# ATTESTATION

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 11, 2025

/s/ *Audrey Siegel*
Audrey Siegel