[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *People of the State of California, et al.,*<br><br>v.<br><br>*Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.*<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | Case Nos.:  4:23-cv-05448-YGR<br>           4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**STATE ATTORNEYS GENERAL'S MOTION FOR EXTENSION OF TIME** |

    Pursuant to Local Rule 6-3, the State Attorneys General Plaintiffs (State AGs) respectfully request a seven-day extension of time, to and including April 18, 2025, for their deadline to move to compel a response to an outstanding Rule 45 subpoena issued to Mindshare Media, Ltd. (Mindshare). There is good cause for this request, as set forth below.

    The State AGs served a Rule 45 subpoena on third-party company Mindshare on March 11, 2025. To serve the subpoena, the State AGs retained a process server who provided an affidavit of

service attesting that Mindshare was served at the address of its corporate registered agent, Corporate Creations Network, Inc. The State AGs did not receive a timely response to this subpoena, and so contacted Mindshare on April 8, 2025, to inquire as to the status of a response. The State AGs received a response from Mindshare's counsel the same day, and the parties were able to discuss the parameters of the subpoena and the potential timing of a production. Mindshare's counsel represented, however, that Mindshare had no record of receiving the subpoena, and indicated that although objections would be forthcoming, Mindshare's counsel agreed to discuss the production of certain documents with her client.

Today, on April 11, the State AGs received correspondence from Mindshare's counsel stating that Mindshare believes it was never properly served with the subpoena and thus is under no obligation to respond. The State AGs require additional time to investigate this assertion, including contacting their process server, to assess whether Mindshare's objection is appropriate and to evaluate next steps.

A seven-day extension is reasonable and will not prejudice any party or the Court. The State AGs properly served Meta with notice of the subpoena on March 10, 2025, and Meta did not object. There is no trial currently set, and a brief extension of this deadline will not affect the other deadlines in this case.

To the contrary, the State AGs would be prejudiced if the extension were not granted. The State AGs believe that Mindshare—which the State AGs understand formerly worked with Meta to place Meta's advertisements and branding into the public sphere—possesses information that is highly relevant to the claims in this case, including data on the scope, frequency, and targeting of its advertising. This information is directly relevant to both the State AGs' deception claims and potential relief. The State AGs reasonably believed that the subpoena was properly served within the fact discovery period, and only learned today that Mindshare believes it was not properly served with the subpoena.

1  The State AGs are filing this motion in lieu of a stipulation because: (1) Mindshare's counsel has not received confirmation of Mindshare's position on the requested extension from her client and so was unable to agree to a stipulation; (2) Mindshare's counsel is not admitted to practice in the Northern District of California; and (3) Mindshare takes the position that, because it believes it was not properly served with the subpoena, it is not proper for Mindshare to file a stipulation with this Court. Due to timing of this issue and the end of fact discovery, the State AGs are filing the motion today, in an abundance of caution.

The State AGs thus respectfully seek a brief extension, to and including April 18, 2025, to preserve their ability to move to enforce the subpoena or to take other steps to obtain the information they are seeking as appropriate.

Dated: April 11, 2025                                    Respectfully submitted,

| | |
|---|---|
| **ROB BONTA** <br> Attorney General <br> State of California <br><br> */s/ Megan O'Neill* <br> Nicklas A. Akers (CA SBN 211222) <br> Senior Assistant Attorney General <br> Bernard Eskandari (CA SBN 244395) <br> Emily Kalanithi (CA SBN 256972) <br> Supervising Deputy Attorney General <br> Megan O'Neill (CA SBN 343535) <br> Joshua Olszewski-Jubelirer (CA SBN 33642) <br> Marissa Roy (CA SBN 318773) <br> Nayha Arora (CA SBN 350467) <br> Brendan Ruddy (CA SBN 297896) <br> David Beglin (CA SBN 356401) <br> Deputy Attorneys General <br> California Department of Justice <br> Office of the Attorney General <br> 455 Golden Gate Ave., Suite 11000 <br> San Francisco, CA 94102-7004 <br> Phone: (415) 510-4400 <br> Fax: (415) 703-5480 <br> Megan.ONeill@doj.ca.gov <br><br> *Attorneys for the People of the State of California* | **PHILIP J. WEISER** <br> Attorney General <br> State of Colorado <br><br> */s/ Lauren Dickey* <br> Lauren Dickey, (CO Reg. 45773), *pro hac vice* <br> First Assistant Attorney General <br> Elizabeth Orem (CO Reg. 58309), *pro hac vice* <br> Assistant Attorney General <br> Colorado Department of Law <br> Ralph L. Carr Judicial Center <br> Consumer Protection Section <br> 1300 Broadway, 9th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6384 <br> krista.batchelder@coag.gov <br> Elizabeth.orem@coag.gov <br><br> *Attorneys for State of Colorado, ex rel. Philip J. Weiser, Attorney General* |

STATE ATTORNEYS GENERAL'S
MOTION FOR EXTENSION OF TIME

- 4 -

CASE Nos.: 4:23-CV-05448-YGR
4:22-MD-03047-YGR

| | | |
|---|---|---|
| 1 | **RUSSELL COLEMAN** | **MATTHEW J. PLATKIN** |
| | Attorney General | Attorney General |
| 2 | Commonwealth of Kentucky | State of New Jersey |
| 3 | | |
| | /s/ *Philip Heleringer* | By: /s/ *Thomas Huynh* |
| 4 | J. Christian Lewis (KY Bar No. 87109), | Kashif T. Chand (NJ Bar No. 016752008), |
| | *pro hac vice* | *pro hac vice* |
| 5 | Philip Heleringer (KY Bar No. 96748), | Section Chief, Deputy Attorney General |
| | *pro hac vice* | Thomas Huynh (NJ Bar No. 200942017), |
| 6 | Zachary Richards (KY Bar No. 99209), | *Pro hac vice* |
| 7 | *pro hac vice* | Assistant Section Chief, Deputy Attorney |
| | Daniel I. Keiser (KY Bar No. 100264), | General |
| 8 | *pro hac vice* | Verna J. Pradaxay (NJ Bar No. 335822021), |
| | Matthew Cocanougher (KY Bar No. 94292), *pro hac* | *Pro hac vice* |
| 9 | *vice* | Mandy K. Wang (NJ Bar No. 373452021), |
| | Gary W. Thompson (KY Bar No. 93733), | *Pro hac vice* |
| 10 | *pro hac vice* | Deputy Attorneys General |
| 11 | Assistant Attorneys General | New Jersey Office of the Attorney General, |
| | 1024 Capital Center Drive, Ste. 200 | Division of Law |
| 12 | Frankfort, KY 40601 | 124 Halsey Street, 5th Floor |
| | Christian.Lewis@ky.gov | Newark, NJ 07101 |
| 13 | Philip.Heleringer@ky.gov | Tel: (973) 648-2052 |
| | Zach.Richards@ky.gov | Kashif.Chand@law.njoag.gov |
| 14 | Daniel.Keiser@ky.gov | Thomas.Huynh@law.njoag.gov |
| 15 | Matthew.Cocanougher@ky.gov | Verna.Pradaxay@law.njoag.gov |
| | Gary.Thompson@ky.gov | Mandy.Wang@law.njoag.gov |
| 16 | Phone: (502) 696-5300 | |
| | Fax: (502) 564-2698 | *Attorneys for Plaintiffs New Jersey Attorney* |
| 17 | | *General and the New Jersey Division of* |
| | | *Consumer Affairs, Matthew J. Platkin,* |
| 18 | *Attorneys for the Commonwealth of Kentucky* | *Attorney General for the State of New Jersey,* |
| | | *and Cari Fais, Director of the New Jersey* |
| 19 | | *Division of Consumer Affairs* |

STATE ATTORNEYS GENERAL'S
MOTION FOR EXTENSION OF TIME

**ATTESTATION**

I, Megan O'Neill, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 11, 2025

By: */s/ Megan O'Neill*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via CAND/ECF on all parties of record and further certifies that the foregoing was served via electronic mail on April 11, 2025, to the following Counsel for Mindshare Media, at:

Jennifer Klausner
jklausner@dglaw.com
Davis+Gilbert LLP
1675 Broadway, New York, NY 10019
dglaw.com

Dated: April 11, 2025

By: */s/ Megan O'Neill*