[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *People of the State of California, et al.,* | Case Nos.:   4:23-cv-05448-YGR |
| v. | 4:22-md-03047-YGR |
| *Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC,* | MDL No. 3047 |
| | **DECLARATION IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION FOR EXTENSION OF TIME** |
| ------------------------------------------------------ | |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: 4:23-cv-05448 | |

I, LAUREN DICKEY, hereby declare and state as follows:

1. I am a First Assistant Attorney General at the Colorado Department of Law. I am a member in good standing of the State Bar of Colorado. I am one of the attorneys representing the Colorado Attorney General in this action. I make this declaration based on my own personal

1. knowledge. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. The State Attorneys General (State AGs) served a Rule 45 subpoena on third-party company Mindshare Media, Ltd. (Mindshare) on March 11, 2025.

3. To serve the subpoena, the State AGs retained a process server who provided an affidavit of service attesting that Mindshare was served at the address of its corporate registered agent, Corporate Creations Network Inc., on March 11.

4. The State AGs did not receive a timely response to this subpoena, and so contacted Mindshare on April 8, 2025, to inquire as to the status of a response.

5. The State AGs received a response from Mindshare's counsel the same day, and the parties were able to discuss the parameters of the subpoena and the potential timing of a production. Mindshare's counsel represented, however, that Mindshare had no record of receiving the subpoena, and indicated that although objections would be forthcoming, Mindshare's counsel agreed to discuss the production of certain documents with her client.

6. Today, on April 11, the State AGs received correspondence from Mindshare's counsel stating that Mindshare believes it was never properly served with the subpoena and thus is under no obligation to respond.

7. The State AGs require additional time to investigate this assertion, including contacting their process server, to assess whether Mindshare's objection is appropriate and to evaluate next steps.

8. The State AGs have not previously sought any extension of the deadline to enforce their Rule 45 subpoena to Mindshare.

9. The requested extension will not affect the other deadlines in this case. Although fact discovery is closed, the parties are continuing to exchange information, and there is no trial date currently set.

10. The State AGs thus respectfully seek this brief extension, to and including April 18, 2025, to preserve their ability to move to enforce the subpoena or to take other steps to obtain the information they are seeking as appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2025, in Denver, Colorado.

**Dated: April 11, 2025**

Respectfully submitted,

*/s/ Lauren Dickey*
Lauren Dickey
First Assistant Attorney General
Colorado Department of Law

DECLARATION IN SUPPORT OF STATE ATTORNEYS GENERAL'S MOTION FOR EXTENSION OF TIME

- 3 -

CASE Nos.: 4:23-CV-05448-YGR
4:22-MD-03047-YGR