IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *People of the State of California, et al.,*<br><br>v.<br><br>*Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.*<br><br>--------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | Case Nos.:    4:23-cv-05448-YGR<br>                       4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S MOTION FOR EXTENSION OF TIME<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

    Pursuant to Civil Local Rule 6-3, the Court grants the State Attorneys General's Motion for Extension of Time.

**IT IS SO ORDERED.**

    DATED:   April 14, 2025

_____
United States Magistrate Judge Peter H. Kang