[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **AGENDA AND JOINT STATEMENT FOR APRIL 23, 2025, CASE MANAGEMENT CONFERENCE** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order ("CMO") No. 1 (ECF 75), the Parties submit this agenda and joint statement in advance of the April 23, 2025 Case Management Conference ("CMC").

**I.      Agenda for Case Management Conference**

Pursuant to CMO 18, the Parties offer the below proposed agenda for the CMC scheduled for April 23, 2025:

- Motions in Insurance Coverage Actions
  - Meta's Motion to Stay/Suspend Insurance Coverage Litigation
  - Insurers' Motion to Dismiss or Stay in Favor of First-Filed Delaware Action
  - Hartford's and Chubb's Motions to Remand
- Process and format for trial bellwether briefing due May 23, 2025

**II.     Joint JCCP Update**

Judge Kuhl held a JCCP CMC on April 15, 2025.  The next JCCP CMC is set for May 5, 2025. At the April 15 CMC, Judge Kuhl considered the parties' positions with respect to a number of issues, including (1) the time JCCP plaintiffs whose Plaintiff Fact Sheets ("PFSs") are overdue will have to submit PFSs before the Court will issue orders to show cause why their cases should not be dismissed; (2) JCCP plaintiffs' potential amendment of short form complaints to assert non-product negligent failure-to-warn claims; (3) the progress of the bellwether ("BW") plaintiffs' document productions, including Defendants' requests for substantive user content from the BW plaintiffs' devices; (4) the identification of  treating healthcare providers whom the BW plaintiffs may rely on for their claims; (5) scheduling for Bellwether Trial Pools 2 and 3; (6) procedures for providing Defendants with information regarding JCCP plaintiffs' forensic collections in light of allegations regarding the qualifications of the founder and now former Chief Technology Officer for JCCP plaintiffs' collection and forensic imaging discovery vendor.

During the hearing, Judge Kuhl also informed the Parties that while she was not prepared to issue an order on the trial and discovery schedules for Bellwether cases in Trial Groups 2 and 3, she intended to address those issues at the next CMC on May 5. Likewise, certain Bellwether cases were separated into a separate track for summary judgment briefing to test common issues including statutes

of limitation and Section 230. Judge Kuhl asked the parties to confer on a schedule for briefing on those issues. Judge Kuhl also received updates with respect to the dismissal of school district cases following her order lifting the stay applicable to those cases. A Minute Order from Judge Kuhl on these issues is still pending as of the filing of this CMC Statement, but will be submitted to Judge Gonzalez Rogers by email before the CMC to the extent it is issued before April 23.

Judge Kuhl also heard arguments at the April 15 conference about selecting BW plaintiffs for the Bellwether Trial Pools and sequencing those cases for trial. She selected nine cases to be set for trial across three trial pools, with the first trial from Trial Pool 1 set to begin November 25, 2025. Following this hearing, the period of further fact discovery on the three Trial Pool 1 plaintiffs commenced, and will close on May 23, 2025. The JCCP parties will exchange General Causation expert reports on April 18, 2025, with opening briefs on *Sargon* motions challenging General Causation expert opinions due July 28, 2025. All other expert reports for the Trial Pool 1 Bellwether cases (including specific causation expert reports) are due June 6, 2025, with *Sargon* motions challenging those opinions due August 29, 2025.

### III.    Joint Discovery Update

A copy of the following discovery-related submissions and orders, which were (or will by the next MDL CMC have been) filed or issued since the last MDL CMC Statement was filed, will be sent by email to Judge Gonzalez Rogers after this CMC Statement is filed:

- Meta's Administrative Motion for Leave to File Supplemental Briefing on Former Employees Arturo Bejar and Vaishnavi Jayakumar's Objections to Meta's Document Subpoenas in Lieu of Proposed Order (ECF 1815) and Former Employees' Opposition/Response (ECF 1837)
- Joint Discovery Letter Brief Re Deposition of Felicia Cannon (*Mullen*) (ECF No. 1829)
- Order Resolving Joint Discovery Letter Brief Re YouTube's Amended Rule 26(a) Initial Disclosures (ECF 1840)
- Order Granting Stipulation Between PI/SD Plaintiffs and YouTube Requesting Additional Time for Completion of Certain Fact Discovery (ECF 1844)

- Stipulation Between State AGs and Meta Re Dispute Re Meta's Amended Rule 30(b)(6) Notice to State Plaintiffs Asserting Consumer Protection and/or COPPA Claims (ECF 1858)
- Order Granting Stipulation Between PI/SD Plaintiffs and YouTube Re Production of Custodian Files from Jennifer Flannery O'Connor and K.K., Requests for Production Set 12, and Non-Custodial Sources (ECF 1861)
- Order Granting State AGs' Motion for Extension of Time to Move to Compel Response to Outstanding Rule 45 Subpoena Issued to Mindshare Media, Ltd. (ECF 1862)
- Order Resolving Joint Letter Brief Re Meta's Rule 30(b)(6) Depositions of COPPA-Only States (ECF 1864)
- Order Granting Stipulation Between the California Governor's Office of Business and Economic Development ("GO-Biz"), Meta, and Snap Re Meta's Document Request to GO-Biz Re Tax Credits (ECF 1869)

## IV.    Other Joint Updates

### A.    Appeals

#### 1.    Collateral Order Appeals

On March 3, 2025, the Ninth Circuit denied the State AGs' and PI/SD Plaintiffs' motions to dismiss Meta's and TikTok's appeals, and denied Meta and TikTok's cross-motion to dismiss the State AGs' and PI/SD Plaintiffs' cross-appeals, without prejudice to both sides renewing jurisdictional arguments in the merits briefing.  The Ninth Circuit also set a consolidated merits briefing schedule. Pursuant to that schedule, on March 31, 2025, Meta filed its opening merits brief, and TikTok filed a joinder.  On April 2, 2025, the State AGs sought a "streamlined" 30-day extension of the deadline to file their opening brief on cross-appeal and response to Meta's opening brief.  The Ninth Circuit granted the extension request and amended the briefing schedule for all parties as follows: "Cross Appeal Second Brief Due (Appellee) 5/30/2025, Cross Appeal Third Brief Due (Appellant) 6/30/2025.  Optional Cross Appeal Reply Brief due 21 days after service of Cross Appeal Third Brief."

#### 2.    Writ of Mandamus by California AG re Agency Discovery Order

On March 26, 2025, the Ninth Circuit ordered Meta to answer California's writ of mandamus to direct this Court to grant the State AGs' objection to Magistrate Judge Kang's state agency discovery

4

order (ECF 1621-1), including by addressing California's request for a stay.  Order, *In re The People of the State of California*, No. 25-584 (9th Cir.) (Dkt. 36).  The Ninth Circuit also invited this Court to address the petition "if it so desires," and directed that the petition be placed on the next available calendar.  *Id.* Meta filed its Answer on April 9, 2025.  *See* Answer, *In re The People of the State of California*, No. 25-584 (9th Cir.) (Dkt. 44).  The California AG filed its reply on April 16, 2025.

**B.      Meta and State AGs**

**1.      Stipulation and Amended Complaint re COPPA-Only Transition**

Seven States are negotiating the terms of the dismissal of their state law claims against Meta, which would leave only their COPPA claims:  Arizona, Hawai'i, Ohio, Oregon, Maine, Rhode Island, and Washington.  The Parties are hoping to finalize their agreement by the April 23, 2025 CMC, and will ask the District Court to enter it.

**2.      Anticipated Request for Extension of AG-Specific Expert Deadlines**

The State AGs and Meta are discussing an anticipated request to extend the expert deadlines for certain AG-specific expert reports relating to (1) remedies for consumer protection act and COPPA violations, (2) liability under COPPA, and (3) liability under consumer protection acts.  The Parties hope to finalize any joint request for an extension by the April CMC.

**3.      Update on Missouri Dismissal Order**

In the March 14 DMC Statement, Missouri reconfirmed that it "has agreed in principle to dismiss its case subject to the Parties' memorializing their agreement in writing, as previously reported to the Court."  ECF 1767 at 2.  The Parties will provide an update on Missouri's dismissal at the April 22, 2025 DMC.

Respectfully submitted,

DATED: April 16, 2025                By: */s/ P. Warren*
                                   LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

7

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777

8

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

9

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 _/s/ Krista Batchelder_
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

 _/s/ Megan O'Neill_
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Cari Fais, Acting Director of the New
Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

KING & SPALDING LLP

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com
David P. Mattern, *pro hac vice*

14

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc.,*
*TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

15

Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013

16

Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: April 16, 2025

By: */s/ Previn Warren*