CALIFORNIA
DEPARTMENT OF JUSTICE

**Rob Bonta**
Attorney General

300 SOUTH SPRING STREET
LOS ANGELES, CA 90013

Telephone: 213-269-6730
E-Mail: Marissa.Roy@doj.ca.gov

March 10, 2025

DELIVERED VIA PROCESS SERVER

Mindshare Media Ltd.
3 World Trade Center
175 Greenwich St.
NY, NY 10007

C/O Corporate Creations Network Inc.
1521 Concord Pike, Ste. 201
Wilmington, DE 19803

RE:   *People of the State of California v. Meta Platforms, Inc., 4:23-cv-05448*

To Whom It May Concern:

Enclosed please find a subpoena being served upon you in connection with the above-captioned litigation currently pending in the U.S. District Court for the Northern District of California. I represent the People of the State of California and write on behalf of the collective of 28 State Attorneys General Plaintiffs (hereinafter, "State AGs") in this matter.

The subpoena requests the production of specific documents identified in Attachment A to the subpoena, which are requested to be produced by April 1, 2025, at 5:00 p.m. **We are willing to work with you on the time, date, location, method, and manner of document production, as well as answer questions or concerns you may have regarding subpoena compliance.** It is sufficient compliance with this subpoena if you electronically transmit a copy of the requested documents to SCA0001@epiqglobal.com and Corin.Stigall@coag.gov. As such, please contact me at Marissa.Roy@doj.ca.gov or 213-269-6730 to discuss document production and subpoena compliance, unless you are already represented by counsel in connection with this matter.

Your anticipated time and assistance with this matter is greatly appreciated.

Sincerely,

*/s/ Marissa Roy*
Marissa Roy

Enclosed: Subpoena, Attachment A, and Attachment B