|   |   |
|---|---|
| 1 |  |
| 2 | **UNITED STATES DISTRICT COURT** |
| 3 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 4 | **OAKLAND DIVISION** |

| | |
|---|---|
| People of the State of California, et al. | MDL No. 3047 |
| v. | Case No.     4:23-cv-05448-YGR |
| Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | Honorable Yvonne Gonzalez Rogers |
| ------------------------------------------------- | **PLAINTIFF'S NOTICE OF SUBPOENA TO MINDSHARE MEDIA, LTD.** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: 4:23-CV-05448 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff will serve a subpoena on third party Mindshare Media Ltd. for the production of documents to be produced electronically to SCA0001@epiqglobal.com and Corin.Stigall@coag.gov, within twenty-one (21) days of the date of service or at any other time or place as counsel for the parties may agree.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that a copy of the subpoena is enclosed.

Dated: March 10, 2025

        Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

*/s/ Marissa Roy*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on March 10, 2025 to Counsel for Defendants at asimonsen@cov.com, pajones@cov.com, and pschmidt@cov.com.

        */s/ Marissa Roy*