# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **People of the State of California, et al.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 4:23-cv-05448 (MDL 3047) |
| v. ) | |
| ) | |
| **Meta Platforms, Inc., et al.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Lydia Hunter-Jones , state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Mindshare Media Ltd. in New Castle County, DE on March 11, 2025 at 2:33 pm at 1209 Orange St, Wilmington, DE 19801 by leaving the following documents with Chimere Brooks who as Intake Specialist at Corporate Creations Network Inc. is authorized by appointment or by law to receive service of process for Mindshare Media Ltd..

Cover Letter
Plaintiff's Notice of Subpoena to Mindshare Media, Ltd.
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action
Attachments

Black or African American Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.74838,-75.547655
Photograph: See Exhibit 1


Total Cost: $450.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___New Castle County___,
___DE___ on ___3/17/2025___.

/s/ *Lydia Hunter-Jones*
———————————————
Lydia Hunter-Jones
+1 (302) 525-9147

