[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *People of the State of California, et al.,*<br><br>v.<br><br>*Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.*<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | Case Nos.:   4:23-cv-05448-YGR<br>            4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING STATE ATTORNEY GENERALS' MOTION TO REISSUE RULE 45 SUBPOENA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

  Pursuant to Civil Local Rule 6-3 and Fed. R. Civ. P. 16(b)(4), the Court grants the State Attorney General Plaintiffs' Motion to Reissue Rule 45 Subpoena to Mindshare Media Ltd (aka Group M Worldwide, LLC, d/b/a Mindshare).

**IT IS SO ORDERED.**

  DATED:

_____
United States Magistrate Judge Peter H. Kang