1
2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

3
4

Case No. 4:22-md-03047-YGR

5
6

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

,

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7
8

I, __John Grossbart__, an active member in good standing of the bar of

9

Illinois _____, hereby respectfully apply for admission to practice pro hac

10

vice in the Northern District of California representing:    XL Insurance America, Inc.    in the

11

above-entitled action. My local co-counsel in this case is    David Simonton    , an

12

attorney who is a member of the bar of this Court in good standing and who maintains an office

13

within the State of California. Local co-counsel's bar number is:    199919    .

14

Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361

Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612

15

MY ADDRESS OF RECORD

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

16

(314) 876-8095

415-882-0327

17

MY TELEPHONE # OF RECORD

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

18

john.grossbart@dentons.com

david.simonton@dentons.com

MY EMAIL ADDRESS OF RECORD

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

19
20

I am an active member in good standing of a United States Court or of the highest court of

21

another State or the District of Columbia, as indicated above; my bar number is:    3126133    .

22

A true and correct copy of a certificate of good standing or equivalent official document from

23

said bar is attached to this application.

24

I have been granted pro hac vice admission by the Court 1 times in the 12 months

25

preceding this application.

26
27
28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2025                          /s/   John Grossbart
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  John Grossbart                is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

2

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

John Grossbart

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/01/1980 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of December, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois