1    [*Submitting Counsel on Signature Page*]

2

3                **IN THE UNITED STATES DISTRICT COURT**

4            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5

6    | | |
|---|---|
| *People of the State of California, et al.,* | Case Nos.:   4:23-cv-05448-YGR |
| | 4:22-md-03047-YGR |
| *v.* | MDL No. 3047 |
| *Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC.* | ~~[PROPOSED]~~ **ORDER GRANTING STATE ATTORNEY GENERALS' MOTION TO REISSUE RULE 45 SUBPOENA** |
| ------------------------------------------------------- | Judge: Hon. Yvonne Gonzalez Rogers |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Magistrate Judge: Hon. Peter H. Kang |
| THIS DOCUMENT RELATES TO: 4:23-cv-05448 | |

17

18        Pursuant to Civil Local Rule 6-3 and Fed. R. Civ. P. 16(b)(4), the Court grants the State Attorney General Plaintiffs' Motion to Reissue Rule 45 Subpoena to Mindshare Media Ltd (aka Group M Worldwide, LLC, d/b/a Mindshare).

20        **IT IS SO ORDERED.**

21

22     DATED: April 18, 2025

23

24     _____
       United States Magistrate Judge Peter H. Kang

25

26

27

28    ~~[PROPOSED]~~ ORDER RE: THE STATE
      ATTORNEYS GENERALS'
      MOTION TO REISSUE SUBPOENA

CASE NOS.: 4:23-CV-05488-YGR
          4:22-MD-03047-YGR