[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 <br><br> **JOINT STATUS REPORT ON PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS** <br><br> Judge: Honorable Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

The PI/SD Plaintiffs and the State Attorneys General ("Plaintiffs") and Defendants (collectively, "the Parties") respectfully submit this Joint Status Report on Protocol for Production of Expert-Related Documents, pursuant to the Court's Case Management Order Nos. 17 and 18.

Pursuant to the Court's Case Management Order Nos. 17 and 18, the Parties have met-and-conferred regarding disclosure of expert-related documents, and have agreed that the following materials considered do *not* need to be produced with the experts' reports:

- Plaintiffs' medical records (provided the records are identified by Bates number in the expert's report and/or materials considered list);
- Records produced by any party to the MDL proceeding (provided the records are identified by Bates number in the expert's report where the document is discussed and/or materials considered list);
- Deposition testimony taken in the MDL proceeding (provided specific testimony is identified in the expert's report where the document is discussed and/or materials considered list); or
- Publicly available medical or scientific literature (provided the journal, volume and page number are included in the expert report and/or materials considered list).

The Parties continue to meet and confer regarding a production protocol relating to expert data analysis, which they anticipate they will submit for the Court's consideration on or before April 28, 2025.

Dated: April 21, 2025

Respectfully submitted,

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Faye P. Teller (SBN 343506)
Ariel T. Teshuva (SBN 324238)
Laura M. Lopez (SBN 313450)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: faye.teller@mto.com
Email: ariel.teshuva@mto.com
Email: laura.lopez@mto.com

*Attorneys for Defendant Snap Inc.*

COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*
*Ashley M. Simonsen*, SBN 275203
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600

```
 1                              Atlanta, GA 30309-3521
                                Telephone: (404) 572-4600
 2                              Facsimile: (404) 572-5100
                                Email: gdrake@kslaw.com
 3                              tharris@kslaw.com

 4                              Kristen R. Fournier, pro hac vice
                                KING & SPALDING LLP
 5                              1185 Avenue of the Americas, 34th Floor
                                New York, NY 10036-2601
 6                              Telephone: (212) 556-2100
                                Facsimile: (212) 556-2222
 7                              Email: kfournier@kslaw.com

 8                              David P. Mattern, pro hac vice
                                KING & SPALDING LLP
 9                              1700 Pennsylvania Avenue, NW, Suite 900
                                Washington, DC 20006-4707
10                              Telephone: (202) 737-0500
                                Facsimile: (202) 626-3737
11                              Email: dmattern@kslaw.com

12                              Bailey J. Langner (SBN 307753)
                                KING & SPALDING LLP
13                              50 California Street, Suite 3300
                                San Francisco, CA 94111
14                              Telephone: (415) 318-1200
                                Facsimile: (415) 318-1300
15                              Email: blangner@kslaw.com

16                              Attorneys for Defendants TikTok Inc.,
                                ByteDance Inc., TikTok Ltd., ByteDance Ltd.,
17                              and TikTok LLC

18                              WILSON SONSINI GOODRICH &
                                ROSATI
19                              Professional Corporation

20                              /s/ Brian M. Willen
21                              Brian M. Willen (pro hac vice)
                                WILSON SONSINI GOODRICH &
22                              ROSATI
                                1301 Avenue of the Americas, 40th Floor
23                              New York, NY 10019
                                Telephone: (212) 999-5800
24                              Facsimile: (212) 999-5899
                                Email: bwillen@wsgr.com
25                              Lauren Gallo White (SBN 309075)
                                Samantha A. Machock (SBN 298852)
26
                                WILSON SONSINI GOODRICH &
27                              ROSATI
                                One Market Plaza, Spear Tower, Suite 3300
28                              San Francisco, CA 94105
                                Telephone: (415) 947-2000
```

-4-                                Case No. 4:22-MD-03047-YGR
JOINT STATUS REPORT
ON PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS

|   |   |
|---|---|
| 1 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 2 | Email: smachock@wsgr.com |
| 3 | Christopher Chiou (SBN 233587) |
|   | Matthew K. Donohue (SBN 302144) |
| 4 | **WILSON SONSINI GOODRICH & ROSATI** |
| 5 | 953 East Third Street, Suite 100 |
|   | Los Angeles, CA 90013 |
| 6 | Telephone: (323) 210-2900 |
|   | Facsimile: (866) 974-7329 |
| 7 | Email: cchiou@wsgr.com |
|   | Email: mdonohue@wsgr.com |
| 8 |   |
|   | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 9 |   |
| 10 |   |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 11 |   |
|   | /s/ Yardena R. Zwang-Weissman |
| 12 | Yardena R. Zwang-Weissman (SBN 247111) |
|   | **MORGAN, LEWIS & BOCKIUS LLP** |
| 13 | 300 South Grand Avenue, 22nd Floor |
|   | Los Angeles, CA 90071-3132 |
| 14 | Tel.: 213.612.7238 |
|   | Email: yardena.zwang-weissman@morganlewis.com |
| 15 |   |
| 16 | Brian Ercole (*pro hac vice*) |
|   | 600 Brickell Avenue, Suite 1600 |
| 17 | Miami, FL 33131-3075 |
|   | Tel.: 305.415.3416 |
| 18 | Email: brian.ercole@morganlewis.com |
| 19 | Stephanie Schuster (*pro hac vice*) |
|   | 1111 Pennsylvania Avenue NW |
| 20 | NW Washington, DC 20004-2541 |
|   | Tel.: 202.373.6595 |
| 21 | Email: stephanie.schuster@morganlewis.com |
| 22 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 23 |   |
| 24 | /s/ Lexi Hazam |
|   | Lexi J. Hazam |
| 25 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 26 | 275 Battery Street, 29th Floor |
|   | San Francisco, CA 94111-3339 |
| 27 | Telephone: 415-956-1000 |
|   | lhazam@lchb.com |
| 28 |   |

| | |
|---|---|
| 1 | Previn Warren |
| | **MOTLEY RICE LLC** |
| 2 | 401 9th Street NW Suite 630 |
| | Washington DC 20004 |
| 3 | Telephone: 202-386-9610 |
| | pwarren@motleyrice.com |
| 4 | |
| | *Co-Lead Counsel for Personal Injury and* |
| 5 | *School District/Local Government Entity* |
| | *Plaintiffs* |
| 6 | |
| | **PHILIP J. WEISER** |
| 7 | Attorney General |
| | State of Colorado |
| 8 | |
| |  */s/ Krista Batchelder* |
| 9 | Krista Batchelder, CO Reg. No. 45066, |
| | *pro hac vice* |
| 10 | Deputy Solicitor General |
| | Shannon Stevenson, CO Reg. No. 35542, |
| 11 | *pro hac vice* |
| | Solicitor General |
| 12 | Elizabeth Orem, CO Reg. No. 58309, |
| | *pro hac vice* |
| 13 | Assistant Attorney General |
| | Colorado Department of Law |
| 14 | Ralph L. Carr Judicial Center |
| | Consumer Protection Section |
| 15 | 1300 Broadway, 7th Floor |
| | Denver, CO 80203 |
| 16 | Phone: (720) 508-6651 |
| | krista.batchelder@coag.gov |
| 17 | Shannon.stevenson@coag.gov |
| | Elizabeth.orem@coag.gov |
| 18 | |
| | *Attorneys for Plaintiff State of Colorado, ex* |
| 19 | *rel.* |
| | *Philip J. Weiser, Attorney General* |
| 20 | |
| 21 | **ROB BONTA** |
| | Attorney General |
| 22 | State of California |
| 23 |  */s/ Megan O'Neill* |
| | Nicklas A. Akers (CA SBN 211222) |
| 24 | Senior Assistant Attorney General |
| | Bernard Eskandari (SBN 244395) |
| 25 | Emily Kalanithi (SBN 256972) |
| | Supervising Deputy Attorneys General |
| 26 | Nayha Arora (CA SBN 350467) |
| | Megan O'Neill (CA SBN 343535) |
| 27 | Joshua Olszewski-Jubelirer (CA SBN 336428) |
| 28 | Marissa Roy (CA SBN 318773) |

| | |
|---|---|
| 1 | Brendan Ruddy (CA SBN 297896) |
| | Deputy Attorneys General |
| 2 | California Department of Justice |
| | Office of the Attorney General |
| 3 | 455 Golden Gate Ave., Suite 11000 |
| | San Francisco, CA 94102-7004 |
| 4 | Phone: (415) 510-4400 |
| | Fax: (415) 703-5480 |
| 5 | Megan.Oneill@doj.ca.gov |

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*

|  |  |
|---|---|
| 1 | Assistant Section Chief, Deputy Attorney General |
| 2 | Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice* |
| 3 | Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice* |
| 4 | Deputy Attorneys General |
| 5 | New Jersey Office of the Attorney General, Division of Law |
| 6 | 124 Halsey Street, 5th Floor Newark, NJ 07101 |
| 7 | Tel: (973) 648-2052 Kashif.Chand@law.njoag.gov |
| 8 | Thomas.Huynh@law.njoag.gov Verna.Pradaxay@law.njoag.gov Mandy.Wang@law.njoag.gov |

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*

-8-   Case No. 4:22-MD-03047-YGR

JOINT STATUS REPORT
ON PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS

**ATTESTATION**

I, Rose L. Ehler, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 21, 2025      By:    */s/ Jonathan H. Blavin*
                                                     Jonathan H. Blavin