# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

,

Case No. 4:22-md-03047-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Jayne F. Winner__, an active member in good standing of the bar of Missouri__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __XL Insurance America, Inc.__ in the above-entitled action. My local co-counsel in this case is __David Simonton__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __199919__.

Dentons US LLP
101 S. Hanley Road, Suite 600
St. Louis, MO 63105-3435
MY ADDRESS OF RECORD

(314) 259-5906
MY TELEPHONE # OF RECORD

jayne.winner@dentons.com
MY EMAIL ADDRESS OF RECORD

Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-882-0327
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

david.simonton@dentons.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __71230__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2025                              /s/   Jayne F. Winner
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jayne F. Winner                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2018,

## Jayne Frances Winner

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 29th day of October, 2024.

*Betsy Ledgerwood*

Clerk of the Supreme Court of Missouri