Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**META'S NOTICE OF SUPPLEMENTAL AUTHORITY ON META'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENA IN LIEU OF PROPOSED ORDER [ECF No. 1815]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Case 4:22-md-03047-YGR    Document 1887    Filed 04/22/25    Page 2 of 4

## NOTICE OF SUPPLEMENTAL AUTHORITY

Meta hereby submits this Notice of Supplemental Authority alerting the Court to a filing made by Plaintiffs on April 18, 2025, that provides further support for Meta's Motion for Leave to File Supplemental Briefing on Former Employees' Objections to Meta's Document Subpoena in Lieu of Proposed Order ("Motion"). *See* ECF 1815 (Motion); ECF 1837 (Former Employees' Opposition). Specifically, on April 18, 2025, Plaintiffs filed "Plaintiffs' General Causation Expert Designation" in the JCCP, which disclosed Former Employees Arturo Bejar and Vaishnavi Jayakumar as non-retained experts "whose testimony may include information that could be considered 'expert testimony'" and "who are expected to testify … consistent with the deposition testimony previously given in this action." Declaration of Ashley M. Simonsen ("Simonsen Decl.") Ex. A at 3. This change in circumstances provides further support for overruling the Former Employees' objections to Meta's document subpoenas calling for their communications with current and former Meta employees. Indeed, when Meta's counsel previously explained to the Court that Plaintiffs had tried during these Former Employees' depositions to lay the foundation to qualify them as experts, further justifying the discovery Meta sought from them, Plaintiffs' counsel interjected to flatly deny any such effort on Plaintiffs' part:

> Ms. Jayakumar was not noticed as an expert testimony. The argument that she will be somehow is very speculative. There's no basis for that whatsoever. She gave factual testimony. It was critical of the company.

Simonsen Decl. Ex. B (March 20, 2025 DMC Tr) at 98:20-24, 104:25-105:4.[1] With Plaintiffs having now disclosed Ms. Jayakumar and Mr. Bejar as non-retained experts for Plaintiffs, this argument for resisting the requested discovery on the Former Employees' behalf is no longer valid, reinforcing the validity of and need for the discovery requested by Meta. Accordingly, Meta respectfully submits that the Court should order supplemental briefing not only on the issues identified in Meta's Motion, but also on how this change in circumstances affects the justification for the requested underlying discovery.

---

[1] The DMC Transcript erroneously identifies Michael Ward, counsel for Mr. Bejar and Ms. Jayakumar, as the speaker during this portion of the transcript. The speaker at the time was counsel for Plaintiffs, Previn Warren, not Mr. Ward. *See* Simonsen Decl. ¶ 3.

1

META'S NOTICE OF SUPPLEMENTAL AUTHORITY ON META'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENA IN LIEU OF PROPOSED ORDER [ECF No. 1815]

DATED: April 22, 2025            Respectfully submitted,

**COVINGTON & BURLING LLP**

 /s/ *Ashley M. Simonsen*
Ashley M. Simonsen (State Bar No. 275203)
Alexander L. Schultz (State Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com
Email: aschultz@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
David N. Sneed, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: dsneed@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

META'S NOTICE OF SUPPLEMENTAL AUTHORITY ON META'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENA IN LIEU OF PROPOSED ORDER [ECF No. 1815]

# CERTIFICATE OF SERVICE

I, Denis Listengourt, am a resident of the State of California, over the age of 18 years, and not a party to this action. My business address is 1999 Avenue of the Stars, Los Angeles, California 90067-6035. On March 31, 2025, I caused to be served—pursuant to Northern District of California Civil Local Rules 5-5—the following documents using this Court's CM/ECF system, which will send notification of such filing to all counsel of record this 22nd day of April 2025:

- **META'S NOTICE OF SUPPLEMENTAL AUTHORITY ON META'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENA IN LIEU OF PROPOSED ORDER [ECF No. 1815]**
- **DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S NOTICE OF SUPPLEMENTAL AUTHORITY ON META'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENA IN LIEU OF PROPOSED ORDER [ECF No. 1815]**

I further caused a copy of the foregoing documents to be served on counsel for non-parties Arturo Bejar and Vaishnavi Jayakumar by electronic mail as follows:

- michael.ward@bakerbotts.com
- chinmayi.manjunath@bakerbotts.com
- karan.dhadialla@bakerbotts.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 22, 2025

Respectfully submitted,

*/s/ Denis Listengourt*
Denis Listengourt