# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>         4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META'S NOTICE OF SUPPLEMENTAL AUTHORITY ON META'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON FORMER EMPLOYEES' OBJECTIONS TO META'S DOCUMENT SUBPOENA IN LIEU OF PROPOSED ORDER [ECF No. 1815]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

# DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare and state as follows:

1. I am an attorney with the law firm Covington & Burling, LLP and represent Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. (collectively, "Meta") in the above-captioned case. The declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. On April 18, 2025, Plaintiffs in the parallel Judicial Council Coordination Proceeding No. 5255, pending in the Superior Court of the State of California, Los Angeles, disclosed Arturo Bejar and Vaishnavi Jayakumar as witnesses not retained as experts but "whose testimony may include information that could be considered 'expert testimony,'" and who are expected to testify … consistent with the deposition testimony previously given in this action." Attached hereto as **Exhibit A** is a true copy of Plaintiffs' disclosure.

3. On March 20, 2025, I appeared at the Court's Discovery Management Conference ("DMC") and offered argument on joint letter briefing regarding Mr. Bejar and Ms. Jayakumar's objections to Meta's document subpoenas issued to them. Attached hereto as **Exhibit B** are highlighted excerpts of a true copy of the transcript of the DMC. The transcript erroneously states that Michael Ward, counsel for Mr. Bejar and Ms. Jayakumar, spoke at the highlighted excerpt included in Exhibit B beginning at page 104. I was present for this argument and recall that counsel for Plaintiffs, Previn Warren, spoke at the portions indicated, not Mr. Ward.

\* \* \*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on April 22, 2025.

By:     */s/ Ashley M. Simonsen*
         Ashley M. Simonsen