# EXHIBIT A

1  KIESEL LAW LLP
   MARIANA A. MCCONNELL, State Bar No. 273225
2     mcconnell@kiesel.law
   8648 Wilshire Boulevard
3  Beverly Hills, CA 90211
   Tel.: 310-854-4444
4  Fax: 310-854-0812

5  BEASLEY ALLEN CROW METHVIN              THE LANIER LAW FIRM, P.C.
   PORTIS & MILES, LLC                     RACHEL LANIER, State Bar No. 343171
6  JOSEPH VANZANDT (admitted pro hac vice)    rachel.lanier@lanierlawfirm.com
      joseph.vanzandt@beasleyallen.com     2829 Townsgate Road, Suite 100
7  234 Commerce Street                     Westlake Village, CA 91361
   Montgomery, AL 36103                    Tel.: 713-659-5200
8  Tel: 334-269-2343

9  *Co-Lead Counsel for Plaintiffs*

10 *[Additional Counsel Listed on Signature Page]*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – SPRING STREET COURTHOUSE

| **COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]** | **JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255** |
|---|---|
| **SOCIAL MEDIA CASES** | Lead Case No. For Filing Purposes: 22STCV21355 |
| **THIS DOCUMENT RELATES TO:** *All Cases* (*Christina Arlington Smith, et al., v. TikTok Inc., et al., Case No. 22STCV21355*) | Judge: Hon. Carolyn B. Kuhl SSC-12  **PLAINTIFFS' GENERAL CAUSATION EXPERT DESIGNATION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby submit, pursuant to California *Code of Civil Procedure* section 2034.210, *et seq.* this disclosure regarding general causation expert witness information.

The following retained experts are expected to offer opinion testimony at trial:

1. Kara Bagot, M.D.

1
PLAINTIFFS' GENERAL CAUSATION EXPERT DESIGNATION

|   |    |                                                                                  |
|---|----|----------------------------------------------------------------------------------|
| 1 |    | University of California, Los Angeles                                            |
| 2 |    | Department of Psychiatry & Biobehavioral Sciences                                |
|   |    | 300 LA Medical Plaza, Suite 1100                                                 |
| 3 |    | Los Angeles, CA 30095                                                            |
| 4 | 2. | Dimitri Christakis, M.D., M.P.H.                                                 |
|   |    | University of Washington                                                         |
| 5 |    | Department of Pediatrics, Division of General Pediatrics                         |
|   |    | Seattle Children's Research Institute, Center for Child Health, Behavior and     |
| 6 |    | Development                                                                      |
| 7 |    | 2001 Eighth Avenue, Suite 400, M/S CW8-6                                         |
|   |    | Seattle, WA 9812                                                                 |
| 8 |    |                                                                                  |
| 9 | 3. | Drew Cingel, Ph.D.                                                               |
|   |    | 373 Kerr Hall                                                                    |
|10 |    | Department of Communication                                                      |
|   |    | College of Letters and Science                                                   |
|11 |    | University of California, Davis                                                  |
|12 |    | One Shields Avenue                                                               |
|   |    | Davis, CA 95616                                                                  |
|13 | 4. | Gary Goldfield, Ph.D.                                                            |
|   |    | Healthy Active Living & Obesity (HALO) Research Group                            |
|14 |    | Children's Hospital of Eastern Ontario Research Institute                        |
|15 |    | 401 Smyth Rd.                                                                    |
|   |    | Ottawa, ON. K1H 8L1                                                              |
|16 |    |                                                                                  |
|   | 5. | Anna Lembke, M.D.                                                                |
|17 |    | Stanford University School of Medicine                                           |
|18 |    | Department of Psychiatry and Behavioral Sciences                                 |
|   |    | 401 Quarry Road                                                                  |
|19 |    | Stanford, CA, 9430                                                               |
|20 | 6. | Ramin Mojtabai, M.D., Ph.D., MPH                                                 |
|   |    | Tulane University                                                                |
|21 |    | Department of Psychiatry and Behavioral Sciences                                 |
|22 |    | 1440 Canal St, Suite 1000                                                        |
|   |    | New Orleans, LA 70112                                                            |
|23 |    |                                                                                  |
|   | 7. | Stuart Murray, MSc., DClinPsych, Ph.D.                                           |
|24 |    | University of Southern California                                                |
|25 |    | Department of Psychiatry                                                         |
|   |    | 2250 Alcazar Street                                                              |
|26 |    | Los Angeles, CA 90033                                                            |
|27 | 8. | Eva Telzer, Ph.D.                                                                |
|   |    | University of North Carolina at Chapel Hill                                      |
|28 |    | Department of Psychology and Neuroscience                                        |
|   |    | Box #3270, 235 E. Cameron Ave                                                    |

          Chapel Hill, NC 27599

9.     Jean M. Twenge, Ph.D.
       San Diego State University
       Department of Psychology
       5500 Campanile Drive
       San Diego, CA 9218

Pursuant to California Code of Civil Procedure section 2034.210, et seq., Plaintiffs state that they may call one or more witnesses at trial who are not retained experts and are not required to provide written reports but whose testimony may include information that could be considered "expert testimony." If called, the following witnesses are expected to testify as to their respective backgrounds, professional observations, experiences and training, and consistent with the deposition testimony previously given in this action:

1.     Arturo Bejar
       13950 Saratoga Vista
       Saratoga, CA 95070

2.     Vaishnavi Jayakumar
       55 Suffolk Street, Apt. 2114
       New York, NY 10002

3.     Alison Lee, Ph.D.
       4610 Hubbard Street, Apt. 710
       Emeryville, CA 94608

4.     Aza Raskin
       1536 Oxford St.
       Berkeley, CA 94709

5.     Lotte Rubaek
       Godhavnsvej 1
       Hellerup, Denmark

6.     Joshua Simons MP
       c/o Joshua Levy
       Levy Firestone Muse LLP
       900 17th St. NW, Ste. 1200
       Washington, DC 20006

Plaintiffs reserve the right to amend, withdraw, or supplement this designation as provided by law, to call all experts designated by any other party to this action, to solicit opinion testimony

PLAINTIFFS' GENERAL CAUSATION EXPERT DESIGNATION

from custodians of records to the extent such testimony is needed for proper authentication of records, and to call any additional experts to rebut or impeach expert or lay testimony.

In addition, Plaintiffs make this designation subject to the reservation of the following rights:

(a) the right to supplement this designation pursuant to California *Code of Civil Procedure* section 2034.280, as well as any future rulings or decisions of the Court that affect the scope of evidence in the trial;

(b) the right to expand this designation or designate new experts to respond to the opinions offered by Defendants' experts in their depositions;

(c) the right to call at trial experts not previously designated and/or individuals designated as experts by any other party in this action pursuant to California *Code of Civil Procedure* section 2034.310; and

(d) the right to elicit any expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the California Rules of Civil Procedure and California Rules of Evidence.

(e)

Further, by designating these general causation witnesses, Plaintiffs do not intend to waive any objections to deposition testimony, exhibits, or other evidence or argument. Pursuant to the agreement between the parties, these general causation expert designations are being served without a formal declaration as would otherwise be included per California *Code of Civil Procedure* section 2034.260(c).

DATED: April 18, 2025

                                        THE LANIER LAW FIRM, P.C.

By: /s/ Rachel Lanier
Rachel Lanier
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
Joseph G. VanZandt
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Joseph.VanZandt@BeasleyAllen.com

KIESEL LAW LLP
Paul R. Kiesel
Mariana A. McConnell
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444
kiesel@kiesel.law
mcconnell@kiesel.law

PANISH | SHEA | RAVIPUDI LLP
Brian J. Panish
Rahul Ravipudi
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 477-1700
Fax: (310) 477-1699
panish@panish.law
ravipudi@panish.law
jcreed@panish.law

*Co-Lead, Co-Liaison, and Leadership Counsel for Plaintiffs*