**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| **Date:** April 23, 2025 | **Time:** 1 Hour 24 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jenny Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Stephen Franklin; via Zoom

## PROCEEDINGS

Further Case Management Conference-Held Motion to Amend/Correct-Held
Motion to Dismiss-Held
Motion to Stay-Held

The Court heard argument on Hartford's and Chubb's motion to remand, the motion to dismiss, the motion to stay.

The Court Grants the Administrative Motion to File Under Seal in Dkt. No. 1842 and the Consolidated Ex Parte Application for Appointment of Guardians Ad Litem in Dkt. No. 1843.

Further Case Management Conference set for June 13, 2025 is advanced to 9:00 a.m.

The Court sets the following Further Case Management Conferences:
July 18, 2025, at 9:00 a.m.
August 22, 2025, at 2:00 p.m.
September 19, 2025, at 10:30 a.m.
October 24, 2025, at 9:00 a.m.
November 19, 2025, at 2:00 p.m.
December 15, 2025, at 9:00 a.m. via Zoom

Liaison Counsel are ordered to coordinate with the Courtroom Deputy by August 21, 2025; if a jury has been picked at the current trial, the Case Management Conference on August 22, 2025 will be advanced to 9:00 a.m.

If the Court is not in trial, the Case Management Conference on November 19, 2025 will be advanced to 9:00 a.m.

Hartford Casualty is ordered to file the following April 24, 2025:
1. Confirmation that communication was only done by mail.
2. Letters between Hartford and Meta re coverage correspondence.

Written order to issue.