Social Media MDL
Case No.: 22-md-3047-YGR    April 23, 2025

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| PLAINTIFFS: | | |
| Jennie Lee Anderson (Liaison) | Andrus Anderson LLP | *signed* |
| Lexi Hazam (Co-Lead) | Lieff Cabraser Heimann & Bernstein LLP | *signed* |
| Previn Warren (Co-Lead) | Motley Rice, LLC | *signed* |
| Audrey Siegel (Rep of Counsel to Co-Lead and Settlement Counsel) | Seeger Weiss LLP | *signed* |
| ~~Chris Ayers~~ (Rep of Counsel to Co-Lead and Settlement Counsel) [handwritten: Chris Seeger] | Seeger Weiss LLP | *signed* |
| Melissa L. Yeates | Kessler Topaz Meltzer & Check | *signed* |
| Megan O'Neill | Deputy Attorney General, California Department of Justice | *signed* |
| Emily Kalanithi | Supervising Deputy Attorney General, California Department of Justice | |
| Joshua Olszewski-Jubelirer | Deputy Attorney General, California Department of Justice | |
| Nayha Arora | Deputy Attorney General - CA | *signed* |
| Krista Batchelder | Deputy Solicitor General, Colorado Department of Law | *signed* |
| Gary Thompson | Assistant Attorney General - KY | |
| Zachary Richards | Assistant Attorney General, KY | |
| Verna Pradaxay | Deputy Attorney General, Office of the Attorney General, State of New Jersey | *Verna Pradaxay* |
| Ellen Reisman (mediator) | Reisman Greene Theis LLP | *signed* |

Social Media MDL
Case No.: 22-md-3047-YGR     April 23, 2025

**ATTORNEY SIGN-IN SHEET**

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen (Meta) | Covington & Burling | *Ashley Simonsen* |
| Paul Schmidt (Meta) | Covington & Burling | *Paul Schmidt* |
| Marty Myers (Meta) | Covington & Burling | (attending virtually) |
| Mike Imbroscio (Meta) | Covington & Burling | *[signature]* |
| Heather Habes (Meta) + Regan Hines (Meta) | Covington & Burling | *[signature] Regan Hines* |
| Jonathan Blavin (Snap) | Munger, Tolles & Olson | *[signature]* |
| Bailey Langner (TikTok) | King & Spalding | *[signature]* |
| Andrew Kramer (YouTube/Google) | Wilson Sonsini | *[signature]* |
| Matthew Antonelli (Hartford Casualty Insurance Company) | Ruggeri, Parks, Weinberg | *[signature]* |
| Blair Kaminsky (Chubb) | Holwell Shuster & Goldberg | *Blair K.* |
| Daniel Horowitz (Chubb) | Holwell Shuster & Goldberg | *[signature]* |
| Timothy Wright (Zurich American Insurance) | Skarzynski Marick & Black LLP | *[signature]* |
| Susan Sullivan (Chubb) | Clyde & Co US LLP | *[signature]* |
| James P. Rouhandeh (Meta) | Davis Polk & Wardwell LLP | *[signature]* |
| | | |
| | | |
| | | |