UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 23**<br><br>*Upcoming Case Management Conferences:*<br>June 13, 2025 at 9:00 a.m.<br>July 18, 2025 at 9:00 a.m.<br>August 22, 2025 at 2:00 p.m.<br>September 19, 2025 at 10:30 a.m.<br>October 24, 2025 at 9:00 a.m.<br>November 19, 2025 at 2:00 p.m.<br>December 15, 2025 at 9:00 a.m. over Zoom |
| This Document Relates to:<br>All Actions | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on April 23, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

### I. BELLWETHERS

The parties agreed to the following process to identify their recommendations for the Court bellwether trial pools (under CMOs 10, 17, and 18). By no later than May 23, 2025 at 12:00 p.m.:

The plaintiff and defendant sides will each identify to the other one case that they wish to strike from the bellwether trial pool before submitting a proposal to the Court. On May 23, 2025, the parties shall submit a letter brief discussing the remaining proposed bellwether cases. Each submission will identify two cases to which the side objects for inclusion in the bellwether trial pool and the basis for the objection. The letter-briefing may be single-spaced and is limited to **8 pages** per side for the personal injury cases and **10 pages** per side for the school district cases. The parties' briefing need not address the sequencing of the anticipated trials.

### II. ADMINISTRATIVE

The Court **SETS** the following case management conferences:

- June 13, 2025 at 9:00 a.m.[1]
- July 18, 2025 at 9:00 a.m.
- August 22, 2025 at 2:00 p.m.
- September 19, 2025 at 10:30 a.m.
- October 24, 2025 at 9:00 a.m.
- November 19, 2025 at 2:00 p.m.[2]
- December 15, 2025 at 9:00 a.m. over Zoom

The Court also considered, and **GRANTED**, the plaintiffs' consolidated submission to appoint 13 guardians ad litem and the accompanying motion to seal. (Dkt. Nos. 1842 and 1843.)

### III.  PENDING MOTIONS

The Court heard argument on Meta's motion to stay, Hartford and Chubb's motion to remand, and all Insurers' motion to dismiss.  (MDL Dkt. Nos. 1866, 1868; Insurance Action Dkt. Nos. 66, 67.) The motions were taken under submission and a separate order will issue.

Counsel for Hartford shall produce its communications with Meta discussed at the hearing and related to the Social Media Litigation. Counsel for Hartford shall confirm whether communications between Meta and Hartford regularly, and exclusively, occurred through mail.

This terminates Dkt. Nos. 1842 and 1843.

**IT IS SO ORDERED.**

Dated: April 24, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1] The Court advances the June 13, 2025 conference from 2:00 p.m to 9:00 a.m.

[2] The August 22 and November 19, 2025 conferences are preliminary set for 2:00 p.m., but the Court advises the parties that it may advance those conferences to 9:00 a.m. if scheduling permits.