John C. Phillips, Jr. (Del. Bar #110)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>*Hartford Casualty Insurance Company, et al.*<br><br>*v.*<br><br>*Instagram, LLC et al.*<br><br>Case No. 4:25-cv-03193-YGR | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>               4:25-cv-03193-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

John C. Phillips, Jr. of Phillips, McLaughlin & Hall, P.A. hereby withdraws his appearance as counsel for Defendant National Fire & Marine Insurance Company.

Dated: April 24, 2025                     PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                          */s/ John C. Phillips, Jr.*
                                          John C. Phillips, Jr. (Del. Bar #110)
                                          1200 North Broom Street
                                          Wilmington, DE 19806
                                          (302) 655-4200
                                          jcp@pmhdelaw.com