Matthew J. Antonelli (Bar No. 343144)
RUGGERI PARKS WEINBERG LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel:   (415) 429-0998
Fax:   (202) 984-1401
mantonelli@ruggerilaw.com

*Attorneys for Hartford Casualty Insurance
Company & Sentinel Insurance Company, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR <br><br> MDL No. 3047 <br><br> The Honorable Yvonne Gonzalez Rogers |
| This Document Relates to: <br><br> *Hartford Casualty Insurance Company et al. v. Instagram, LLC et al.*, No. 1:24-cv-01422 (D. Del.) <br><br> *Hartford Casualty Insurance Company et al. v. Instagram, LLC et al.*, No. 25-cv-3193 (N.D. Cal.) | **HARTFORD'S TEMPORARY SEALING MOTION** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF 341) Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd. ("Hartford") file the instant Temporary Sealing Motion requesting to file under seal Exhibits A through J of Hartford's Supplemental Submission Regarding Pre-Suit Communications.  The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
| --- | --- | --- |
| Dkt. 1913-1 | Ex. A – Nov. 1, 2024 Cover Email from Hartford to Meta, Covington, and Marsh | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-2 | Ex. B – Nov. 1, 2024 Letter from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-3 | Ex. C – June 3, 2024 Letter from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-4 | Ex. D – December 22, 2023 Letter from Meta to Hartford | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-5 | Ex. E – November 30, 2023 Letter from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-6 | Ex. F – November 8, 2023 Letter from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-7 | Ex. G – July 11, 2023 Letter from Meta to Hartford and June 14, 2023 Email from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-8 | Ex. H – April 27, 2023 Letter from Meta to Hartford | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-9 | Ex. I – March 27, 2023 Letter from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |
| Dkt. 1913-10 | Ex. J – February 23, 2023 Email from Hartford to Meta | The document contains information Meta has provisionally stated is confidential. |

-2-

Dated: April 24, 2025

Respectfully submitted,

RUGGERI PARKS WEINBERG LLP

<u>/s/ Matthew J. Antonelli</u>
Matthew J. Antonelli (Bar No. 343144)
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel:    (415) 429-0998
Fax:    (202) 984-1401
mantonelli@ruggerilaw.com

*Attorneys for Hartford Casualty Insurance Company & Sentinel Insurance Company, Ltd.*