[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 <br><br> **JOINT STATUS REPORT ON PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS** <br><br> Judge: Honorable Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

The PI/SD Plaintiffs and the State Attorneys General ("Plaintiffs") and Defendants (collectively, "the Parties") submitted a Joint Status Report on Protocol for Production of Expert-Related Documents, pursuant to the Court's Case Management Order Nos. 17 and 18, on April 21, 2025 (ECF No. 1882). The Parties have since further have met-and-conferred regarding disclosure of the underlying data relied on and data analyses conducted by the experts and anticipate they will submit a protocol related to same for the Court's consideration on or before May 1, 2025.

Dated: April 28, 2025

Respectfully submitted,

/s/ Jonathan H. Blavin
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Faye P. Teller (SBN 343506)
Ariel T. Teshuva (SBN 324238)
Laura M. Lopez (SBN 313450)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: faye.teller@mto.com
Email: ariel.teshuva@mto.com
Email: laura.lopez@mto.com

*Attorneys for Defendant Snap Inc.*

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | */s/ Ashley M. Simonsen* |
| 3 | *Ashley M. Simonsen*, SBN 275203<br>**COVINGTON & BURLING LLP** |
| 4 | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 5 | Telephone: (424) 332-4800<br>Facsimile: + 1 (424) 332-4749 |
| 6 | Email: asimonsen@cov.com |
| 7 | Phyllis A. Jones, *pro hac vice*<br>Paul W. Schmidt, *pro hac vice* |
| 8 | **COVINGTON & BURLING LLP**<br>One City Center |
| 9 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 10 | Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291 |
| 11 | Email: pajones@cov.com |
| 12 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings,* |
| 13 | *LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies,* |
| 14 | *LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 15 | KING & SPALDING LLP |
| 16 | */s/ Geoffrey M. Drake*<br>Geoffrey M. Drake, *pro hac vice* |
| 17 | TaCara D. Harris, *pro hac vice*<br>1180 Peachtree Street, NE, Suite 1600 |
| 18 | Atlanta, GA 30309-3521<br>Telephone: (404) 572-4600 |
| 19 | Facsimile: (404) 572-5100<br>Email: gdrake@kslaw.com |
| 20 | tharris@kslaw.com |
| 21 | Kristen R. Fournier*, pro hac vice*<br>**KING & SPALDING LLP** |
| 22 | 1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036-2601 |
| 23 | Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| 24 | Email: kfournier@kslaw.com |
| 25 | David P. Mattern, *pro hac vice*<br>**KING & SPALDING LLP** |
| 26 | 1700 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20006-4707 |
| 27 | Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737 |
| 28 | Email: dmattern@kslaw.com |

```
                                    Bailey J. Langner (SBN 307753)
                                    KING & SPALDING LLP
                                    50 California Street, Suite 3300
                                    San Francisco, CA 94111
                                    Telephone: (415) 318-1200
                                    Facsimile: (415) 318-1300
                                    Email: blangner@kslaw.com

                                    Attorneys for Defendants TikTok Inc.,
                                    ByteDance Inc., TikTok Ltd., ByteDance Ltd.,
                                    and TikTok LLC


                                    WILSON SONSINI GOODRICH &
                                    ROSATI
                                    Professional Corporation

                                    /s/ Brian M. Willen
                                    Brian M. Willen (pro hac vice)
                                    WILSON SONSINI GOODRICH &
                                    ROSATI
                                    1301 Avenue of the Americas, 40th Floor
                                    New York, NY 10019
                                    Telephone: (212) 999-5800
                                    Facsimile: (212) 999-5899
                                    Email: bwillen@wsgr.com
                                    Lauren Gallo White (SBN 309075)
                                    Samantha A. Machock (SBN 298852)

                                    WILSON SONSINI GOODRICH &
                                    ROSATI
                                    One Market Plaza, Spear Tower, Suite 3300
                                    San Francisco, CA 94105
                                    Telephone: (415) 947-2000
                                    Facsimile: (415) 947-2099
                                    Email: lwhite@wsgr.com
                                    Email: smachock@wsgr.com

                                    Christopher Chiou (SBN 233587)
                                    Matthew K. Donohue (SBN 302144)
                                    WILSON SONSINI GOODRICH &
                                    ROSATI
                                    953 East Third Street, Suite 100
                                    Los Angeles, CA 90013
                                    Telephone: (323) 210-2900
                                    Facsimile: (866) 974-7329
                                    Email: cchiou@wsgr.com
                                    Email: mdonohue@wsgr.com

                                    Attorneys for Defendants YouTube, LLC and
                                    Google LLC
```

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | */s/ Yardena R. Zwang-Weissman* |
| 3 | Yardena R. Zwang-Weissman (SBN 247111)<br>**MORGAN, LEWIS & BOCKIUS LLP** |
| 4 | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| 5 | Tel.: 213.612.7238<br>Email: yardena.zwang-weissman@morganlewis.com |
| 6 | |
| 7 | Brian Ercole (*pro hac vice*)<br>600 Brickell Avenue, Suite 1600 |
| 8 | Miami, FL 33131-3075<br>Tel.: 305.415.3416 |
| 9 | Email: brian.ercole@morganlewis.com |
| 10 | Stephanie Schuster (*pro hac vice*)<br>1111 Pennsylvania Avenue NW |
| 11 | NW Washington, DC 20004-2541<br>Tel.: 202.373.6595 |
| 12 | Email: stephanie.schuster@morganlewis.com |
| 13 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 14 | |
| 15 | |
| 16 | */s/ Lexi Hazam*<br>Lexi J. Hazam |
| 17 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 18 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 19 | Telephone: 415-956-1000<br>lhazam@lchb.com |
| 20 | |
| 21 | Previn Warren<br>**MOTLEY RICE LLC** |
| 22 | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 23 | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 24 | *Co-Lead Counsel for Personal Injury and* |
| 25 | *School District/Local Government Entity Plaintiffs* |

JOINT STATUS REPORT
ON PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS

ATTORNEY GENERAL
STATE OF COLORADO

By: */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Rob Bonta
**ATTORNEY GENERAL
STATE OF CALIFORNIA**
By: */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

| | |
|---|---|
| 1 | Russell Coleman |
| | **ATTORNEY GENERAL** |
| 2 | **COMMONWEALTH OF KENTUCKY** |

By: */s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
christian.lewis@ky.gov
philip.heleringer@ky.gov
zach.richards@ky.gov
daniel.keiser@ky.gov
matthew.cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

Matthew J. Platkin
**ATTORNEY GENERAL**
**STATE OF NEW JERSEY**

By: */s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
kashif.chand@law.njoag.gov
thomas.huynh@law.njoag.gov
verna.pradaxay@law.njoag.gov
mandy.wang@law.njoag.gov

JOINT STATUS REPORT
ON PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 28, 2025          By:    */s/ Jonathan H. Blavin*
                                      Jonathan H. Blavin