1  [*Parties and Counsel Listed on Signature Pages*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 <br><br> **[PROPOSED] ORDER ON STIPULATED PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS** <br><br> Judge: Honorable Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

The PI/SD Plaintiffs and the State Attorneys General ("Plaintiffs") and Defendants (collectively, "the Parties") respectfully submit this Joint Status Report on Protocol for Production of Expert-Related Documents, pursuant to the Court's Case Management Order Nos. 17 and 18.

Whereas, the Court's Standing Order in Civil Cases addresses "Experts and their Reports," (p. 8, ¶ 10), including providing that "[a]t the time of disclosure of a written report, the disclosing party must identify all written materials upon which the expert relies in that report and produce those materials if they have not done so previously";

Whereas, the Parties submitted Joint Status Reports on April 21, 2025 (ECF No. 1882), April 28, 2025 (ECF No. 1919) and have since further have met-and-conferred regarding disclosure of expert-related documents;

It is therefore agreed and stipulated as follows:

The Parties' expert disclosures shall comply with the Federal Rules of Civil Procedure, Rule 26(a)(2), the Court's Standing Order in Civil Cases, and the Court's other orders in this case, except as more narrowly addressed below regarding expert reliance materials.

The following materials considered do *not* need to be produced:

- Plaintiffs' medical records (provided the records are identified by Bates number in the expert's report and/or materials considered list);
- Records produced by any party to the MDL proceeding (provided the records are identified by Bates number in the expert's report where the document is discussed and/or materials considered list);
- Deposition testimony taken in the MDL proceeding (provided specific testimony is identified in the expert's report where the document is discussed and/or materials considered list); or
- Publicly available medical or scientific literature (provided the journal, volume and page number are included in the expert report and/or materials considered list).

To the extent the expert relies upon any data analysis about social media use that the expert has performed, that has not been the subject of a peer-reviewed publication, and that is discussed in the expert's report to support his/her opinion that social media causes or does not cause

Plaintiffs' alleged injuries, the underlying data and/or spreadsheets (including any calculations, outputs, raw data, findings, and/or results) shall be produced at the time that the expert's report is served.  If the data cannot be produced in native format or the native format requires proprietary software to access it, the Parties shall meet and confer in advance of the disclosure deadline.  If the data is from a publicly available database, the data need not be provided unless during a meet-and-confer the opposing party explains that they have tried and cannot recreate the data that is reflected in the expert's report (including the data in Figures or Graphs).  A producing party may designate expert material, including non-public data and data analyses, in accordance with the Protective Order (ECF No. 1209, or as amended thereafter).  A non-producing party may object to that designation in accordance with the Protective Order.

By this agreed protocol, the parties do not waive requests for additional data as to peer-reviewed publications authored or relied upon by the expert or any objections to such requests.  Should additional issues arise about an expert's opinions or reliance material, including the requirements under Section 7.6 of the Protective Order and any potential related delay in a party's ability to disclose Protected Material to experts in accordance with the Protective Order, the parties will meet and confer to attempt to resolve the issues.

**IT IS SO STIPULATED AND AGREED.**

**IT IS SO ORDERED.**

DATED:

PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | Dated: May 1, 2025 | Respectfully submitted, |
| 2 | | */s/ Jonathan H. Blavin* |
| 3 | | Jonathan H. Blavin (SBN 230269) |
| | | MUNGER, TOLLES & OLSON LLP |
| 4 | | 560 Mission Street, 27th Floor |
| | | San Francisco, CA 94105-3089 |
| 5 | | Telephone: (415) 512-4000 |
| | | Facsimile: (415) 512-4077 |
| 6 | | Email: jonathan.blavin@mto.com |
| 7 | | |
| | | Rose L. Ehler (SBN 29652) |
| 8 | | Victoria A. Degtyareva (SBN 284199) |
| | | Faye P. Teller (SBN 343506) |
| 9 | | Ariel T. Teshuva (SBN 324238) |
| | | Laura M. Lopez (SBN 313450) |
| 10 | | MUNGER, TOLLES & OLSON LLP |
| | | 350 South Grand Avenue, 50th Floor |
| 11 | | Los Angeles, CA 90071-3426 |
| 12 | | Telephone: (213) 683-9100 |
| | | Facsimile: (213) 687-3702 |
| 13 | | Email: rose.ehler@mto.com |
| | | Email: victoria.degtyareva@mto.com |
| 14 | | Email: faye.teller@mto.com |
| | | Email: ariel.teshuva@mto.com |
| 15 | | Email: laura.lopez@mto.com |
| 16 | | |
| | | *Attorneys for Defendant Snap Inc.* |
| 17 | | |
| 18 | | COVINGTON & BURLING LLP |
| 19 | | */s/ Ashley M. Simonsen* |
| | | *Ashley M. Simonsen*, SBN 275203 |
| 20 | | **COVINGTON & BURLING LLP** |
| | | 1999 Avenue of the Stars |
| 21 | | Los Angeles, CA 90067 |
| | | Telephone: (424) 332-4800 |
| 22 | | Facsimile: + 1 (424) 332-4749 |
| | | Email: asimonsen@cov.com |
| 23 | | |
| 24 | | Phyllis A. Jones, *pro hac vice* |
| | | *Paul W. Schmidt, pro hac vice* |
| 25 | | **COVINGTON & BURLING LLP** |
| | | One City Center |
| 26 | | 850 Tenth Street, NW |
| | | Washington, DC 20001-4956 |
| 27 | | Telephone: + 1 (202) 662-6000 |
| | | Facsimile: + 1 (202) 662-6291 |
| 28 | | Email: pajones@cov.com |

|   |   |
|---|---|
| 1 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 2 | |
| 3 | |
| 4 | |
| 5 | KING & SPALDING LLP |
| 6 | */s/ Geoffrey M. Drake*<br>Geoffrey M. Drake, *pro hac vice* |
| 7 | TaCara D. Harris, *pro hac vice*<br>1180 Peachtree Street, NE, Suite 1600 |
| 8 | Atlanta, GA 30309-3521<br>Telephone: (404) 572-4600 |
| 9 | Facsimile: (404) 572-5100<br>Email: gdrake@kslaw.com |
| 10 | tharris@kslaw.com |
| 11 | Kristen R. Fournier, *pro hac vice*<br>**KING & SPALDING LLP** |
| 12 | 1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036-2601 |
| 13 | Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| 14 | Email: kfournier@kslaw.com |
| 15 | David P. Mattern, *pro hac vice*<br>**KING & SPALDING LLP** |
| 16 | 1700 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20006-4707 |
| 17 | Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737 |
| 18 | Email: dmattern@kslaw.com |
| 19 | Bailey J. Langner (SBN 307753)<br>**KING & SPALDING LLP** |
| 20 | 50 California Street, Suite 3300<br>San Francisco, CA 94111 |
| 21 | Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 |
| 22 | Email: blangner@kslaw.com |
| 23 | *Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC* |
| 24 | |
| 25 | |
| 26 | WILSON SONSINI GOODRICH & ROSATI |
| 27 | Professional Corporation |
| 28 | */s/ Brian M. Willen*<br>Brian M. Willen (*pro hac vice*) |

|   |   |
|---|---|
| 1 |  |
| 2 | **WILSON SONSINI GOODRICH & ROSATI** |
| 3 | 1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019 |
| 4 | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 5 | Email: bwillen@wsgr.com<br>Lauren Gallo White (SBN 309075) |
| 6 | Samantha A. Machock (SBN 298852) |
| 7 | **WILSON SONSINI GOODRICH & ROSATI** |
| 8 | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 9 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 10 | Email: lwhite@wsgr.com<br>Email: smachock@wsgr.com |
| 11 |  |
| 12 | Christopher Chiou (SBN 233587)<br>Matthew K. Donohue (SBN 302144) |
| 13 | **WILSON SONSINI GOODRICH & ROSATI**<br>953 East Third Street, Suite 100 |
| 14 | Los Angeles, CA 90013<br>Telephone: (323) 210-2900 |
| 15 | Facsimile: (866) 974-7329<br>Email: cchiou@wsgr.com |
| 16 | Email: mdonohue@wsgr.com |
| 17 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 18 |  |
| 19 | MORGAN, LEWIS & BOCKIUS LLP |
| 20 | <u>*/s/ Yardena R. Zwang-Weissman*</u><br>Yardena R. Zwang-Weissman (SBN 247111) |
| 21 | **MORGAN, LEWIS & BOCKIUS LLP**<br>300 South Grand Avenue, 22nd Floor |
| 22 | Los Angeles, CA 90071-3132<br>Tel.: 213.612.7238 |
| 23 | Email: yardena.zwang-weissman@morganlewis.com |
| 24 | Brian Ercole (*pro hac vice*) |
| 25 | 600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075 |
| 26 | Tel.: 305.415.3416<br>Email: brian.ercole@morganlewis.com |
| 27 |  |
| 28 |  |

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Lexi Hazam*
Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Personal Injury and School District/Local Government Entity Plaintiffs*

**ATTORNEY GENERAL STATE OF COLORADO**

By: */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

|  |  |
|---|---|
| 1 | *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |
| 2 |  |
| 3 | Rob Bonta |
| 4 | **ATTORNEY GENERAL**<br>**STATE OF CALIFORNIA** |
| 5 | By: */s/ Megan O'Neill*<br>Nicklas A. Akers (CA SBN 211222) |
| 6 | Senior Assistant Attorney General<br>Bernard Eskandari (SBN 244395) |
| 7 | Emily Kalanithi (SBN 256972)<br>Supervising Deputy Attorneys General |
| 8 | Nayha Arora (CA SBN 350467)<br>Megan O'Neill (CA SBN 343535) |
| 9 | Joshua Olszewski-Jubelirer (CA SBN 336428) |
| 10 | Marissa Roy (CA SBN 318773)<br>Brendan Ruddy (CA SBN 297896) |
| 11 | Deputy Attorneys General<br>California Department of Justice |
| 12 | Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000 |
| 13 | San Francisco, CA 94102-7004<br>Phone: (415) 510-4400 |
| 14 | Fax: (415) 703-5480<br>Megan.Oneill@doj.ca.gov |
| 15 | *Attorneys for Plaintiff the People of the State of California* |
| 16 |  |
| 17 | Russell Coleman<br>**ATTORNEY GENERAL** |
| 18 | **COMMONWEALTH OF KENTUCKY** |
| 19 | By: */s/ Philip Heleringer*<br>J. Christian Lewis (KY Bar No. 87109), |
| 20 | *Pro hac vice*<br>Philip Heleringer (KY Bar No. 96748), |
| 21 | *Pro hac vice*<br>Zachary Richards (KY Bar No. 99209), |
| 22 | *Pro hac vice*<br>Daniel I. Keiser (KY Bar No. 100264), |
| 23 | *Pro hac vice*<br>Matthew Cocanougher (KY Bar No. 94292), |
| 24 | *Pro hac vice*<br>Assistant Attorneys General |
| 25 | 1024 Capital Center Drive, Suite 200<br>Frankfort, KY 40601 |
| 26 | christian.lewis@ky.gov<br>philip.heleringer@ky.gov |
| 27 | zach.richards@ky.gov<br>daniel.keiser@ky.gov |
| 28 | matthew.cocanougher@ky.gov<br>Phone: (502) 696-5300 |

-8-    Case No. 4:22-MD-03047-YGR

[PROPOSED] ORDER ON STIPULATED PROTOCOL FOR PRODUCTION OF EXPERT-RELATED DOCUMENTS

|   |   |
|---|---|
| | Fax: (502) 564-2698 |
| | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| | Matthew J. Platkin<br>**ATTORNEY GENERAL**<br>**STATE OF NEW JERSEY** |
| | By: */s/ Thomas Huynh*<br>Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*<br>Section Chief, Deputy Attorney General<br>Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*<br>Assistant Section Chief, Deputy Attorney General<br>Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*<br>Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>kashif.chand@law.njoag.gov<br>thomas.huynh@law.njoag.gov<br>verna.pradaxay@law.njoag.gov<br>mandy.wang@law.njoag.gov |
| | *Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs* |

**ATTESTATION**

I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  May 1, 2025           By:   */s/ Jonathan H. Blavin*
                                    Jonathan H. Blavin