IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Leslie and Jessica Smith<br><br>Member Case No.: 4:23-CV-05632 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>[PROPOSED] **ORDER RE FILING PUBLIC VERSION OF ORDER RE PRIVILEGE ASSERTION RE TWO DOCUMENTS CLAWED BACK BY PLAINTIFF JESSICA SMITH**<br><br>Re: ECF No. 1838<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Re Privilege Assertion Re Two Documents Clawed Back by Plaintiff Jessica Smith ("Order") (ECF No. 1838), the Court rules as follows on Plaintiffs' and Defendants' Stipulation to a redacted, publicly filed version of the Order.

| Document | Action to Be Taken | Court's Order |
|---|---|---|
| Order (ECF 1838) | Redact quote at page 5, line 12. | GRANTED |
| Order (ECF 1838) | Redact quote at page 5, line 14. | GRANTED |
| Order (ECF 1838) | Redact quote at page 5, line 15. | GRANTED |
| Order (ECF 1838) | Redact quote at page 5, line 16. | GRANTED |
| Order (ECF 1838) | Redact quote at page 5, line 21. | GRANTED |
| Order (ECF 1838) | Redact quote at page 5, line 23. | GRANTED |
| Order (ECF 1838) | Redact quote at page 5, line 23. | GRANTED |
| Order (ECF 1838) | Redact document description at page 8, line 14. | GRANTED |
| Order (ECF 1838) | Redact quote at page 10, line 28. | GRANTED |
| Order (ECF 1838) | Redact quote at page 11, line 1. | GRANTED |

IT IS SO ORDERED.

DATED: May 5, 2025

_____
PETER H. KANG
United States Magistrate Judge