Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | Judge: Hon. Yvonne Gonzalez Rogers |
| *The School Board of Hillsborough County, Florida v. Meta Platforms, Inc., et al.*, No. 24-cv-01573 | **TEMPORARY SEALING MOTION (DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES)** |
| *Board of Education of Jordan School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01377 | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01382 | |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), undersigned Defendants file this Temporary Sealing Motion regarding Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed Witnesses. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion. By stating below that Plaintiffs may consider material to be confidential, Defendants are not taking a position regarding whether the material is in fact confidential.

| Docket No. | Document | Whether Document Contains a Party's Confidential Information |
|---|---|---|
| 1952-1 | Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses (Redacted) | Temporarily filing with redactions out of an abundance of caution because document contains information that Plaintiff Board of Education of Jordan School District may consider to be confidential. |
| 1952-2 | Declaration of Joseph Sandoval-Bushur (Not under seal) | |
| 1952-3 | Exhibit A (Sealed) | Temporarily filing under seal out of an abundance of caution because document contains information that Plaintiff the School Board of Hillsborough County, Florida may consider to be confidential. |
| 1952-4 | Exhibit B (Sealed) | Temporarily filing under seal out of an abundance of caution because document contains information that Plaintiff Board of Education of Jordan School District may consider to be confidential. |
| 1952-5 | Exhibit C (Sealed) | Temporarily filing under seal out of an abundance of caution because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |

| | | |
|---|---|---|
| 1952-6 | Exhibit D (Sealed) | Temporarily filing under seal out of an abundance of caution because document contains information that Plaintiff the School Board of Hillsborough County, Florida may consider to be confidential. |
| 1952-7 | Exhibit E (Sealed) | Temporarily filing under seal out of an abundance of caution because document contains information that Plaintiff Board of Education of Jordan School District may consider to be confidential. |
| 1952-8 | Exhibit F (Sealed) | Temporarily filing under seal out of an abundance of caution because document contains information that Plaintiff Tucson Unified School District may consider to be confidential. |
| 1952-9 | Exhibit G (Sealed) | Temporarily filing under seal because document contains information that the parties may consider to be confidential. |
| 1952-10 | Exhibit H (Not under seal) | |
| 1952-11 | Exhibit I (Not under seal) | |
| 1952-12 | Exhibit J (Not under seal) | |
| 1952-13 | Exhibit K (Not under seal) | |
| 1952-14 | Exhibit L (Sealed) | Temporarily filing under seal because document contains information that the parties may consider to be confidential. |
| 1952-15 | Exhibit M (Sealed) | Temporarily filing under seal because document contains information that Plaintiff Board of Education of Jordan School District may consider to be confidential. |
| 1952-16 | Proposed Order (Not under seal) | |

TEMPORARY SEALING MOTION (DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES)

1  Dated:  May 9, 2025                                    By: */s/ Ashley W. Hardin*
2                                                          Joseph G. Petrosinelli, *pro hac vice*
                                                           Ashley W. Hardin, *pro hac vice*
3                                                          WILLIAMS & CONNOLLY LLP
                                                           680 Maine Avenue, SW
4                                                          Washington, DC 20024
                                                           Telephone: +1 (202) 434-5000
5                                                          jpetrosinelli@wc.com
                                                           ahardin@wc.com
6
7                                                          *Attorneys for Defendants YouTube, LLC,*
                                                           *Google LLC, and Alphabet Inc.*

- 4 -    Case No. 4:22-MD-03047-YGR

TEMPORARY SEALING MOTION (DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES)

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Joseph Sandoval-Bushur, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of the document.

Dated:  May 9, 2025	By: */s/ Joseph Sandoval-Bushur*
	Joseph Sandoval-Bushur, *pro hac vice*

	*Attorney for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with ECF No. 341, on May 9, 2025, this motion and all attachments thereto were served to the following email addresses:

PSCServiceMDL3047@motleyrice.com

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

YouTubeServiceConfidentialDocs@wsgr.com

Dated: May 9, 2025                              By: */s/ Joseph Sandoval-Bushur*
                                                Joseph Sandoval-Bushur, *pro hac vice*

                                                *Attorney for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

- 6 -   Case No. 4:22-MD-03047-YGR

TEMPORARY SEALING MOTION (DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES)