**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | Judge: Hon. Yvonne Gonzalez Rogers |
| *The School Board of Hillsborough County, Florida v. Meta Platforms, Inc., et al.*, No. 24-cv-01573 | **DECLARATION OF JOSEPH SANDOVAL-BUSHUR IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |
| *Board of Education of Jordan School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01377 | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01382 | |

I, Joseph Sandoval-Bushur, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and State of Missouri, and admitted to practice *pro hac vice* in the above-entitled action. I am associated with the law firm of Williams & Connolly, LLP, counsel for Defendant YouTube, LLC, Google LLC, and Alphabet Inc. I make this declaration in support of Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving or intent to waive attorney-client privilege.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Third Amended Answers to Defendants' Interrogatories to the School Board of Hillsborough County, Florida (Set 1) dated April 4, 2025, with redactions required under Fed. R. Civ. P. 5.2(a)(3).

3. Attached as Exhibit B is a true and correct copy of Plaintiff's Third Amended Answers to Defendants' Interrogatories to Board of Education of Jordan School District (Set 1) dated April 4, 2025, with redactions required under Fed. R. Civ. P. 5.2(a)(3).

Case No. 4:22-MD-03047-YGR

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES

4. Attached as Exhibit C is a true and correct copy of Plaintiff's Third Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1) dated April 4, 2025, with redactions required under Fed. R. Civ. P. 5.2(a)(3).

5. Attached as Exhibit D is a true and correct copy of Plaintiff's Answers to Defendants' Interrogatories to the School Board of Hillsborough County, Florida (Set 1) dated June 6, 2024.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's Answers to Defendants' Interrogatories to Board of Education of Jordan School District (Set 1) dated June 6, 2024.

7. Attached as Exhibit F is a true and correct copy of Plaintiff's Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1) dated June 6, 2024.

8. Attached as Exhibit G is a true and correct copy of School District Plaintiffs' Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) dated February 22, 2024.

9. Attached as Exhibit H is a true and correct copy of a letter from Michael M. Weinkowitz to Defendants' counsel dated July 21, 2023.

10. Attached as Exhibit I is a true and correct copy of a letter from Dean Kawamoto, Michael M. Weinkowitz, and Melissa L. Yeates to Defendants' counsel dated December 7, 2023.

11. Attached as Exhibit J is a true and correct copy of a letter from Michael M. Weinkowitz and Melissa L. Yeates to Defendants' counsel dated July 24, 2024.

12. Attached as Exhibit K is a true and correct copy of the Reporter's Transcript of Proceedings, Motion for Summary Judgment and Case Management Conference, dated October 7, 2022 in *In re Juul Labs, Inc., Marketing, Sales Practices and Products Liability Litigation*, No. 3:19-md-02913.

13. Attached as Exhibit L is a true and correct copy of an excerpt of the transcript of the fact witness deposition of B.D. (Board of Education of Jordan School District).

14. Attached as Exhibit M is a true and correct copy of Plaintiff's Supplemental Answers to Defendants' Interrogatories to St. Charles Parish School District (Set 1) dated April 28, 2025, with redactions required under Fed. R. Civ. P. 5.2(a)(3).

Dated: May 9, 2025             By:   */s/ Joseph Sandoval-Bushur*
                                     Joseph Sandoval-Bushur