1    CHRISTOPHER CHIOU, State Bar No. 233587
     WILSON SONSINI GOODRICH & ROSATI
2    cchiou@wsgr.com
     633 West Fifth Street
3    Los Angeles, CA 90071-2048
     Telephone: (323) 210-2900
4    Facsimile: (866) 974-7329

5    *Attorneys for Defendants YouTube, LLC and
     Google LLC*

6
     *Additional parties and counsel listed on
7    signature pages*

8

9                   UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13   IN RE: SOCIAL MEDIA ADOLESCENT        )   MDL No. 3047
     ADDICTION/PERSONAL INJURY             )   CASE NO.:  4:22-md-03047-YGR
14   PRODUCTS LIABILITY LITIGATION         )
                                           )
15                                         )
                                           )   **JOINT STIPULATION AND
16   THIS DOCUMENT RELATES TO:             )   [PROPOSED] ORDER TO MODIFY
     ALL ACTIONS                           )   THE BRIEFING SCHEDULE RE
17                                         )   NON-CUSTODIAL SOURCES**
                                           )
18                                         )
                                           )   Honorable Yvonne Gonzalez Rogers
19                                         )   Honorable Peter H. Kang
                                           )
20                                         )
                                           )
21   _____)

22

23

24

25

26

27

28

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1.    WHEREAS, the Parties previously agreed to submit briefs related to deficiency disputes for the B source and L source by May 22, 2025, and the Court granted the Parties' requested schedule, Dkt. 1861; and

2.    WHEREAS, the Parties are continuing to meet and confer to reach resolution on the disputes related to these sources;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any briefs will be submitted on May 23, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____            _____
                                         Honorable Peter H. Kang
                                         United States District Judge



Dated:  May 22, 2025              Respectfully submitted,

                                  **WILSON SONSINI GOODRICH & ROSATI**
                                  **Professional Corporation**

                                  */s/ Christopher Chiou*_____
                                  Christopher Chiou (State Bar No. 233587)
                                  Wilson Sonsini Goodrich & Rosati
                                  cchiou@wsgr.com
                                  Matthew K. Donohue (State Bar No. 302144)
                                  mdonohue@wsgr.com
                                  633 West Fifth Street
                                  Los Angeles, CA 90071-2048
                                  Telephone: (323) 210-2900
                                  Facsimile: (866) 974-7329

                                  Brian M. Willen, *pro hac vice*

1  Wilson Sonsini Goodrich & Rosati
   bwillen@wsgr.com
2  1301 Avenue of the Americas, 40th Floor
   New York, New York 10019
3  Telephone: (212) 999-5800
   Facsimile: (212) 999-5899
4
   Lauren Gallo White (State Bar No. 309075)
5  Wilson Sonsini Goodrich & Rosati
   lwhite@wsgr.com
6  Andrew Kramer (State Bar No. 321574)
   akramer@wsgr. com
7  Carmen Sobczak (State Bar No. 342569)
   csobczak@wsgr. com
8  One Market Plaza, Spear Tower, Suite 3300
   San Francisco, CA 94105
9  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
10

11  **MORGAN, LEWIS & BOCKIUS LLP**

12  Yardena R. Zwang-Weissman (SBN 247111)
    yardena.zwang-weissman@morganlewis.com
13  300 South Grand Avenue, 22nd Floor
    Los Angeles, CA 90071-3132
14  Telephone: (213) 612-7238

15  Brian Ercole *(pro hac vice)*
    brian.ercole@morganlewis.com
16  600 Brickell Avenue, Suite 1600
    Miami, FL 33131-3075
17  Telephone: (305) 415-3416

18  Stephanie Schuster *(pro hac vice)*
    Stephanie.schuster@morganlewis.com
19  1111 Pennsylvania Avenue NW
    Washington, DC 20004-2541
20  Telephone: (202) 373-6595

21  **WILLIAMS & CONNOLLY LLP**

22  Joseph G. Petrosinelli
    jpetrosinelli@wc.com
23  Ashley W. Hardin
    ahardin@wc.com
24  680 Maine Avenue, SW
    Washington, DC 20024
25  Telephone.: (202) 434-5000
    Facsimile: (202) 434-5029
26
    *Attorneys for Defendants YouTube, LLC,*
27  *and Google LLC*

28

| | |
|---|---|
| 1 | Dated: May 22, 2025 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Dated: May 22, 2025

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement
Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**

112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 22, 2025

_/s/ Christopher Chiou_

Christopher Chiou