Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and Meta
Platforms Technologies, LLC*

*Additional Parties and counsel listed on signature
pages*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**TEMPORARY SEALING MOTION (TRIAL SELECTION OF BELLWETHER PERSONAL INJURY CASES)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties file this Temporary Sealing Motion regarding the Bellwether Trial Selection Briefing.  Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. / Exhibit | Document | Designating Party |
|---|---|---|
| ECF 1966 | Bellwether Trial Selection Brief (Sealed) | Plaintiffs |
| Ex. A | S.K. Eighth Am. PFS (Excerpted) | Plaintiffs |
| Ex. B | S.K. 1/28/2025 Dep. (Excerpted) | Plaintiffs |
| Ex. C | 3/31/25 Kouba Email | Plaintiffs |
| Ex. D | 5/19/25 Pls.' Resp. to Questions re Medical Records Update | Plaintiffs |
| Ex. E | 4/4/25 G. Howell Email | Plaintiffs |
| Ex. F | 4/22/25 Oliver Email | Plaintiffs |
| Ex. G | S.K. Suppl. Resp. to Defs' Rogs | Plaintiffs |
| Ex. H | 158RHW-00294 | Plaintiffs |
| Ex. I | 1/16/25 Hr'g Tr. at 12-13 (Excerpted) | Plaintiffs |
| Ex. J | Rpt. of Dr. Murray (S.K.) (Excerpted) | Plaintiffs |
| Ex. K | Mullen Fifth Am. PFS (Excerpted) | Plaintiffs |
| Ex. L | 67NKA-00015 | Plaintiffs |
| Ex. M | N. Mullen Dep. (Excerpted) | Plaintiffs |
| Ex. N | S.D. Dep. (Excerpted) | Plaintiffs |
| Ex. O | S.D. Dep. Ex. 3 | Plaintiffs |
| Ex. P | PLTF_MULLEN_00100459-488 | Plaintiffs |
| Ex. Q | N. Mullen Dep. Ex. 3 | Plaintiffs |
| Ex. R | N. Mullen Dep. Ex. 7 | Plaintiffs |
| Ex. S | PLTF_MULLEN_00106899 | Plaintiffs |
| Ex. T | PLTF_MULLEN_00106917 | Plaintiffs |
| Ex. U | Clevenger Seventh Am. PFS (Excerpted) | Plaintiffs |
| Ex. V | L. Clevenger Dep. (Excerpted) | Plaintiffs |
| Ex. W | Craig Fourth Am. PFS (Excerpted) | Plaintiffs |
| Ex. X | J.D. Third Am. PFS (Excerpted) | Plaintiffs |
| Ex. Y | J.D. Dep. (Excerpted) | Plaintiffs |
| Ex. Z | B.S. Dep. (Excerpted) | Plaintiffs |
| Ex. AA | Melton Third Am. PFS (Excerpted) | Plaintiffs |
| Ex. BB | D. Melton Dep. (Excerpted) | Plaintiffs |
| Ex. CC | Smith Fourth Am. PFS (Excerpted) | Plaintiffs |
| Ex. DD | L. Smith Dep. (Excerpted) | Plaintiffs |
| Ex. EE | J. Smith Dep. (Excerpted) | Plaintiffs |
| Ex. FF | D'Orazio Second Am. PFS (Excerpted) | Plaintiffs |
| Ex. GG | J. D'Orazio Dep. (Excerpted) | Plaintiffs |
| Ex. HH | Transcript of JCCP Hearing (Excerpted) | Plaintiffs |

DATED: May 23, 2025

Respectfully submitted,

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

COVINGTON & BURLING LLP
Phyllis A. Jones, Admitted *pro hac vice*
Paul W. Schmidt, Admitted *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Jori M. Loren*
Nicholas J. Begakis (Bar No. 253588)
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: nicholas.begakis@faegredrinker.com

FAEGRE DRINKER LLP
Jori M. Loren Admitted *pro hac vice*
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: +1 (312) 356-5116
Facsimile: +1 (312) 569-3000
Email: amy.fiterman@faegredrinker.com

KING & SPALDING LLP
Geoffrey Drake, Admitted *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

KING & SPALDING LLP
David Mattern, Admitted *pro hac vice*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)

WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor

5

Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com
*Attorneys for Defendants YouTube, LLC and Google LLC*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: May 23, 2025

By: */s/ Ashley M. Simonsen*

Ashley M. Simonsen

TEMPORARY SEALING MOTION (TRIAL SELECTION OF BELLWETHER PERSONAL INJURY CASES)
4:22-md-03047-YGR