# EXHIBIT C

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3   IN RE: SOCIAL MEDIA         )   CASE NO. 4:22-MD-03047-YGR
     ADOLESCENT                  )
 4   ADDICTION/PERSONAL          )   MDL No. 3047
     INJURY PRODUCTS             )
 5   LIABILITY LITIGATION        )
     _____ )
 6                               )
     THIS DOCUMENT RELATES       )
 7   TO:                         )
                                 )
 8   Jordan School District      )
     v. Meta Platforms Inc,      )
 9   et al.                      )
                                 )
10   Case No. 4:24-cv-1377       )
     _____ )
11
12
13            Thursday, April 17, 2025
14
15        Video-Recorded Oral 30(b)(6) Deposition
     of Jordan School District, by and through its
16   representative MICHAEL V. ANDERSON, held at
     the offices of Kirkland & Ellis, 95 State
17   Street, Salt Lake City, Utah, commencing at
     12:49 p.m. MDT on the above date, before
18   Debra A. Dibble, Fellow of the Academy of
     Professional Reporters, Certified Court
19   Reporter, Registered Diplomate Reporter,
     Certified Realtime Reporter.
20
21                    __ __ __
22              GOLKOW - VERITEXT
          877.370.DEPS | fax 917.591.5672
23               deps@golkow.com
24
25
```

Page 114

1  considerations.
2  Q. For all students, no matter
3  what grade level, correct?
4  A. Correct.
5  Q. The board considered a
6  global -- whether or not it should just do a
7  global policy for all grades versus different
8  policies for different grades, right?
9  A. That's correct.
10  Q. The board considered banning
11  cell phones only in the classroom. Right?
12  A. Yes.
13  Q. And the board considered not
14  issuing a district-wide policy at all and
15  continue to allow schools to have their own
16  policies. Fair?
17  A. Yes.
18  Q. And the board considered a
19  policy that would require the students to
20  store their phone during school hours, or at
21  least during class time. That was discussed.
22  A. That was an option discussed.
23  Q. And the board received feedback
24  on all those options. Fair?
25  A. Yes.

Page 115

1  Q. The board based its decision on
2  that feedback eventually. Fair?
3  A. Yes.
4  Q. And that feedback included
5  feedback from teachers, correct?
6  A. Correct.
7  Q. And that feedback included
8  feedback from principals, right?
9  A. Correct.
10  Q. And assistant principals, yes?
11  A. Yes.
12  Q. Other school staff?
13  A. Yes.
14  Q. And administrators? Yes?
15  A. Correct.
16  Q. Parents? They got feedback
17  from parents, quite a bit of it, right?
18  A. Certainly.
19  Q. And they got feedback from
20  students, too?
21  A. They did.
22  Q. And some parents expressed to
23  the board that they were against a
24  district-wide ban on phones from schools.
25  Correct?

Page 116

1  A. Yes.
2  Q. And some principals expressed
3  to the board that they were not in favor of
4  district-wide ban on phones from schools.
5  Right?
6  A. I'd have to go back and review
7  if there was a principal that didn't
8  want the --
9      My -- the overwhelming majority
10  of principals were in favor of a
11  district-wide policy that prohibited phones.
12  Q. But there were some principals
13  that told board members that they were not in
14  favor of district-wide policy because in
15  their schools, the phones were not a problem,
16  right?
17  A. It's possible they had
18  provisions in place already.
19      MR. COWAN: Can we go to
20  Tab 58, please?
21      MR. DOUGLAS: What exhibit is
22  this?
23      MR. COWAN: We're going to mark
24  this as Exhibit No. 15.
25      (Whereupon, JSD-Anderson-15,

Page 117

1  Video, was marked for identification.)
2  BY MR. COWAN:
3  Q. Okay. Does this -- again, this
4  looks familiar to you. This is the January
5  2024 special meeting --
6  A. Yes.
7  Q. -- about the cell phone issues?
8  A. Yes.
9  Q. And who is the lady in the
10  center, second from the left? Who is that?
11  A. Is that where the mouse arrow
12  is over right now?
13  Q. Yes, sir?
14  A. Yes, that's Board Member
15  George.
16  Q. What's her first name?
17  A. Nidhi.
18  Q. Nidhi George.
19      Do you oftentimes refer to them
20  as board member and then last name? That's
21  how you refer to them?
22  A. Sometimes.
23  Q. Okay.
24  A. Yeah.
25  Q. I just didn't know if it was

30 (Pages 114 - 117)

Page 118

1  like Congressman or something?
2     A.   No, just to be respectful on
3  the record.
4     Q.   I gotcha.
5          So that's Board Member George?
6     A.   Correct.
7     Q.   All right.  So let's go to the
8  first -- let's go back it up and make sure
9  we're getting all of this.
10         And let's play this and then
11 I'll ask you some questions.
12         [Video played]
13         MR. COWAN:  Okay.  Stop this,
14    please.
15 BY MR. COWAN:
16    Q.   Did you hear at the end of that
17 video where Board Member George, in the
18 center, said that she had spoken to a
19 principal in her community that she
20 represents who had told her that a
21 district-wide cell phone ban or policy was
22 unnecessary because it wasn't a problem at
23 his school?
24    A.   Yeah, I believe the words were:
25 Leave it alone.

Page 119

1     Q.   And then, another board member
2  chimed in at the end there.  And I think it
3  was -- and you can correct me if I'm wrong,
4  the guy on the right-hand top corner board
5  member in the center but furthest to the
6  right.  Do you recall that?
7     A.   Yes.
8     Q.   And what's that board member's
9  name?
10    A.   That's Board Member Robinson.
11    Q.   And Board Member Robinson said:
12 I talked to two others that said the same
13 thing, in all intents and purposes.  Right?
14    A.   That's correct.
15    Q.   So some district principals
16 told board members that they were not in
17 favor of a district phone policy at all
18 because at their schools, phones were not a
19 problem.  Right?
20    A.   Yes.  I think this conversation
21 is -- it is representative of how complex the
22 situation is.  You'll also recall other board
23 members chimed in in this conversation, and
24 more or less said, well, I'll be interested
25 to see if the teachers felt the same way, or

Page 120

1  if the parents felt the same way.
2          So it just lends it's -- it
3  just illustrates how complex and how diverse
4  the viewpoints are.
5     Q.   I appreciate that, sir,
6  but that wasn't my question.
7          MR. COWAN:  I move to strike
8     everything after "no."
9          MR. DOUGLAS:  You can move to
10    strike, but just because you don't
11    like his answer doesn't mean you move
12    to strike --
13         MR. COWAN:  That's not a proper
14    objection.
15         MR. DOUGLAS:  Well, neither is
16    your motion to strike --
17         MR. COWAN:  Yes, it is, because
18    if I object nonresponsive and I move
19    to strike, that is exactly what I'm
20    supposed to do under the rules if
21    that's what I believe happened.
22         MR. DOUGLAS:  You're not liking
23    the answer and that's why you're
24    moving to strike.
25         MR. COWAN:  Okay.  Thank you,

Page 121

1     sir.  I'd appreciate the commentary to
2     stop.
3  BY MR. COWAN:
4     Q.   And as we just saw, some of the
5  board members in that video recognize
6  benefits of having cell phones in classrooms
7  to teach students how to deal with the
8  regular distractions of life.  Fair?
9     A.   Yes.
10    Q.   The board was going to look, as
11 you said, it's a complex issue.  They were
12 looking at the pros and the cons of different
13 options for a cell phone policy.  Right?
14    A.   That's correct.
15    Q.   And the board had a survey.
16 They -- after this meeting -- hired a company
17 to go out and do a survey of parents and
18 students and teachers concerning their
19 thoughts on cell phone use.  Right?
20    A.   That's correct.
21    Q.   And after that survey and
22 further board meetings and looking at the
23 pros and the cons, the board approved a
24 policy concerning cell phones in
25 September 2024, which became effective in