CHRISTOPHER CHIOU, State Bar No. 233587
WILSON SONSINI GOODRICH & ROSATI
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC and Google LLC*

*Additional parties and counsel listed on signature pages*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE "L"**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to brief the deficiency dispute for the L source by May 22, 2025, and the Court granted the Parties' requested schedule, Dkt. 1861; and

2. WHEREAS, the Parties previously agreed to extend the deadline to brief the deficiency dispute for the L source to May 23, 2025, and the Court granted the Parties' requested schedule, Dkt. 1972; and

3. WHEREAS, the Parties are continuing to meet and confer to reach resolution on the dispute related to this source;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any briefs will be submitted on May 28, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 26, 2025

_____
Honorable Peter H. Kang
U.S. Magistrate Judge

Dated: May 23, 2025                    Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

/s/ Christopher Chiou
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048

| | |
|---|---|
| 1 | Telephone: (323) 210-2900 |
| 2 | Brian M. Willen, *pro hac vice* |
| | Wilson Sonsini Goodrich & Rosati |
| 3 | bwillen@wsgr.com |
| | 1301 Avenue of the Americas, 40th Floor |
| 4 | New York, New York 10019 |
| | Telephone: (212) 999-5800 |
| 5 | |
| | Lauren Gallo White (State Bar No. 309075) |
| 6 | Wilson Sonsini Goodrich & Rosati |
| | lwhite@wsgr.com |
| 7 | Andrew Kramer (State Bar No. 321574) |
| | akramer@wsgr. com |
| 8 | Carmen Sobczak (State Bar No. 342569) |
| | csobczak@wsgr. com |
| 9 | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| 10 | Telephone: (415) 947-2000 |
| 11 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 12 | Yardena R. Zwang-Weissman (SBN 247111) |
| | yardena.zwang-weissman@morganlewis.com |
| 13 | 300 South Grand Avenue, 22nd Floor |
| | Los Angeles, CA 90071-3132 |
| 14 | Telephone: (213) 612-7238 |
| 15 | Brian Ercole *(pro hac vice)* |
| | brian.ercole@morganlewis.com |
| 16 | 600 Brickell Avenue, Suite 1600 |
| | Miami, FL 33131-3075 |
| 17 | Telephone: (305) 415-3416 |
| 18 | Stephanie Schuster *(pro hac vice)* |
| | Stephanie.schuster@morganlewis.com |
| 19 | 1111 Pennsylvania Avenue NW |
| | Washington, DC 20004-2541 |
| 20 | Telephone: (202) 373-6595 |
| 21 | **WILLIAMS & CONNOLLY LLP** |
| 22 | Joseph G. Petrosinelli |
| | jpetrosinelli@wc.com |
| 23 | Ashley W. Hardin |
| | ahardin@wc.com |
| 24 | 680 Maine Avenue, SW |
| | Washington, DC 20024 |
| 25 | Telephone.: (202) 434-5000 |
| 26 | *Attorneys for Defendants YouTube, LLC, and Google LLC* |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: May 23, 2025 | */s/ Lexi J. Hazam* |
| 2 | | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 3 | | **BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor |
| 4 | | San Francisco, CA 94111-3339<br>Telephone: 415-956-1000 |
| 5 | | lhazam@lchb.com |
| 6 | | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 7 | | 401 9th Street NW Suite 630<br>Washington DC 20004<br>Telephone: 202-386-9610 |
| 8 | | pwarren@motleyrice.com |
| 9 | | Co-Lead Counsel |
| 10 | | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 11 | | 55 Challenger Road, 6th floor<br>Ridgefield Park, NJ 07660 |
| 12 | | Telephone: 973-639-9100<br>cseeger@seegerweiss.com |
| 13 | | |
| 14 | | Counsel to Co-Lead Counsel and Settlement Counsel |
| 15 | | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 16 | | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 17 | | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 18 | | |
| 19 | | Liaison Counsel |
| 20 | | JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN** |
| 21 | | **PORTIS & MILES, P.C.**<br>234 Commerce Street |
| 22 | | Montgomery, AL 36103<br>Telephone: 334-269-2343 |
| 23 | | joseph.vanzandt@beasleyallen.com |
| 24 | | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |
| 25 | | 220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502 |
| 26 | | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 27 | | Federal/State Liaison Counsel |
| 28 | | |

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT

| | |
|---|---|
| 1 | |
| 2 | **WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br>Telephone: 210-448-0500<br>PBoldt@WattsGuerra.com |

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016

Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

## ATTESTATION

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 23, 2025

                                                */s/ Christopher Chiou*
                                                Christopher Chiou