Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **NOTICE OF WITHDRAWAL OF COUNSEL FOR THE TIKTOK DEFENDANTS** |
| ALL ACTIONS | |

**TO THE COURT CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following are no longer attorneys at the law firm of King & Spalding LLP and therefore will no longer appear as additional counsel of record in the above-captioned action, hereby withdraw as counsel for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC (the "TikTok Defendants"), and should be removed from the Court's service list with respect to this action:

- Kristen R. Fournier, admitted *pro hac vice*
- Kimberly Gustafson Bueno, admitted *pro hac vice*
- Christopher Cowan, admitted *pro hac vice*

- Amy Pepke, admitted *pro hac vice*
- Tara L. Blake, admitted *pro hac vice*
- Michael Vives, admitted *pro hac vice*
- Brittany Litzinger (SBN 281938)

Attorneys at the law firm of King & Spalding LLP, including the undersigned, and all other counsel of record appearing on behalf of the TikTok Defendants will remain counsel of record and should continue to receive filings in this action accordingly.

Please update your service lists to reflect the withdrawal of the attorneys listed above.

Dated: May 27, 2025

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

**PROOF OF SERVICE**

I, the undersigned, declare: I am employed in the County of Fulton, State of Georgia. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309.

On **May 27, 2025**, I caused the following document(s) described below to be served on the interested party(ies) in the action as follows:

**NOTICE OF WITHDRAWAL OF COUNSEL FOR THE TIKTOK DEFENDANTS**

XX  **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM:** On this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 27, 2025**, at Atlanta, Georgia.

*/s/ Genêt B. Hogan*
Genêt B. Hogan