United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR <br><br> MDL No. 3047 <br><br> **NOTICE OF ERRATA** <br><br> **ORDER GRANTING HARTFORD'S MOTION TO REMAND, GRANTING HARTFORD'S MOTION TO DISMISS, AND DENYING META'S MOTION TO STAY** <br><br> Re: Dkt. Nos. 66 and 67 (Insurance Action, No. 24-cv-9500) <br><br> Re: Dkt Nos. 1866, 1868, and 1913 (MDL, No. 22-md-3047) |
| This Document Relates to: <br><br> *Instagram LLC et al. v. Hartford Casualty Insurance Co. et al.*, No. 4:24-cv-09500 <br><br> *Hartford Casualty Insurance Co. et al. v. Instagram LLC et al.*, No. 4:25-cv-03193 | |

The Court issues this errata to correct the case caption of its Order granting Hartford's motion to remand, granting Hartford's motion to dismiss, and denying Meta's motion to stay (Dkt. Nos. 89, 1980). The substance of the Court's decision remains.

Dated: May 28, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**