Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and Meta
Platforms Technologies, LLC*

*Additional parties and counsel listed on signature
page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **META AND COLORADO'S STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE STATE AGENCY DOCUMENT PRODUCTIONS** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-2 and 7-12, the Plaintiff State of Colorado ("Colorado") and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together with Colorado, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1.     Pursuant to this Court's orders, the Parties discussed the collection of records from the following Colorado state agencies: Colorado Department of Human Services (CDHS), Colorado Department of Higher Education (CDHE), the Colorado Behavioral Health Administration (BHA), the Colorado Governor's Office, the Colorado Office of State Planning and Budget (OSPB) and the Colorado Department of Education (CDE) (the "State Agencies").

2.     On January 15 and 16, 2025, the Parties reached search parameter agreements as to the State Agencies, including certain agreements about the number of documents a Meta search query could yield.  As part of those agreements, at the request of the State of Colorado and the State Agencies, Meta agreed to issue subpoenas under Fed. R. Civ. P. 45, seeking documents responsive to document requests previously served on Colorado on February 27 and May 3, 2024, to be served on each of the State Agencies (the "Colorado Agency Subpoenas").

3.     On February 13, 2025, the Court entered an order setting certain deadlines that applied to State and agency discovery, including an April 4, 2025 deadline "to complete production of all State AG and agency documents."  *See* ECF 1696.

4.     On April 4, 2025, and following Meta's service of the Colorado Agency Subpoenas, the State Agencies and Colorado informed Meta that all of the State Agencies would require additional time to complete their document productions[1] and delivery of privilege logs, and requested an extension of the deadline to complete production and deliver privilege logs.  Meta, Colorado, and the State Agencies subsequently agreed to extend the deadline for Colorado to complete production of state agency documents, including delivering privilege logs, to June 6, 2025. The Parties acknowledge an ongoing duty to supplement responses as necessary.

---

[1] CDE and CDHE also produced records on April 4, 2025.

1

2    5.    Therefore, the Parties agree, subject to the Court's approval, that the deadline to complete

3    production of all Colorado agency documents, including the delivery of privilege logs, shall be June 6,

4    2025 (45 days from April 22nd production date).

5    6.    The deadlines set forth in this stipulation will not automatically affect other deadlines in

6    the case schedule, but they may or may not require future requests by the Parties and future action by the

7    District Court on other deadlines in the case schedule.  Meta, Colorado, and the State Agencies reserve all

8    rights with respect to other changes to deadlines, and further reserve all rights and objections previously

9    stated in issued subpoenas and responses thereto.

10

11    **IT IS SO STIPULATED AND AGREED.**

12                          Respectfully submitted,

13    DATED: May 28, 2025            By:  */s/ Ashley M. Simonsen*

14                          **COVINGTON & BURLING LLP**

15                          Ashley M. Simonsen, SBN 275203
                          COVINGTON & BURLING LLP
16                          1999 Avenue of the Stars
                          Los Angeles, CA 90067
17                          Telephone: (424) 332-4800
                          Facsimile: + 1 (424) 332-4749
18                          Email: asimonsen@cov.com

19
                          Phyllis A. Jones, *pro hac vice*
20                          Paul W. Schmidt, *pro hac vice*
                          COVINGTON & BURLING LLP
21                          One City Center
                          850 Tenth Street, NW
22                          Washington, DC 20001-4956
                          Telephone: + 1 (202) 662-6000
23                          Facsimile: + 1 (202) 662-6291
                          Email: pajones@cov.com
24

25                          *Attorneys for Defendants Meta Platforms, Inc.;*
                          *Instagram, LLC; Meta Payments, Inc.; and Meta*
26                          *Platforms Technologies, LLC*

27

28

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista F. Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Danny Rheiner, CO Reg. No. 48821
Assistant Attorney Generals
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip
J. Weiser, Attorney General*

1

## SIGNATURE CERTIFICATION

2        Under Civ. L.R. 5-1(h)(3), I, Ashley M. Simonsen, hereby attest that all signatories listed, and on

3  whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

4  DATED: May 28, 2025                    /s/ *Ashley M. Simonsen*

5                                     Ashley M. Simonsen

6                                     *Counsel for Meta Platforms, Inc.; Instagram, LLC;*

7                                     *Meta Payments, Inc.; and Meta Platforms*
*Technologies, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

META AND COLORADO'S STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE STATE AGENCY
DOCUMENT PRODUCTIONS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:   May 29, 2025                                    _____

                                                         PETER H. KANG
                                                         UNITED STATES MAGISTRATE JUDGE