# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL RYAN A. OLSON AS ATTORNEY FOR NON-PARTY MADELINE MCENTIRE** |

**PLEASE TAKE NOTICE** that Ryan A. Olson, and the law firm of Felhaber Larson, 220 South Sixth Street, Suite 2200, Minneapolis, Minnesota 55402, hereby withdraws as counsel for Non-Party Madeline McEntire.

Dated: May 30, 2025

**FELHABER LARSON**

*/s/ Ryan A. Olson*
Ryan A. Olson, 0340935(MN) *Admitted Pro Hac Vice*
220 South 6th Street, Suite 2200
Minneapolis, MN 55402
Telephone: 612-373-8514
rolson@felhaber.com

***ATTORNEYS FOR NON-PARTY MADELINE MCENTIRE***