UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## CHAMBERS ORDER

| Case No.: 22-md-3047 | Date: May 30, 2025 |
|---|---|
| **Case Title:** *IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION* ||
| **Magistrate Judge:** Peter H. Kang | **Deputy Clerk:** PHKcrd@cand.uscourts.gov |

**PROCEEDINGS (IN CHAMBERS): ORDER**

The Court has reviewed the Joint Discovery Letter Brief regarding ESI requested from certain Bellwether Plaintiffs. [Dkt. 1957].

Plaintiffs are **ORDERED** to file a declaration attaching the following exhibits for the Court's review: (a) the June 19, 2024 correspondence in which Plaintiffs' state they "disclosed to Defendants the sources they were collecting and searching for responsive ESI." [Dkt. 1957 at 13], and (b) any later correspondence in which Plaintiffs confirmed, identified, or named the sources from which they were collecting, searching, and producing responsive ESI, including any correspondence explicitly naming any of the sources listed on Exhibit 1 to the Joint Discovery Letter Brief as a source from which responsive ESI would **not** be collected.

Defendants are **ORDERED** to file a declaration attaching the following exhibits (a) the correspondence described in Dkt. 1957 as follows: "After FTI and IDS concluded their analysis, Defendants sought confirmation that Plaintiffs would produce information from the data sources on Exhibit 1." [Dkt. 1957 at 12], and (b) any correspondence sent to Plaintiffs' counsel dated from June 19, 2024 or later in which Defendants explicitly named any of the sources listed in Exhibit 1 to the Joint Discovery Letter Brief as a source from which Defendants were requesting ESI from a Plaintiff.

The Parties are **ORDERED** to file their respective declarations with exhibits on Monday, June 2, 2025. If more time is needed, the Parties may jointly request an extension by email to PHKpo@cand.uscourts.gov. The declarations shall not contain arguments or discussions of the instant dispute.

IT IS SO ORDERED

Judge Peter H. Kang