**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | Judge: Hon. Yvonne Gonzalez Rogers |
| *The School Board of Hillsborough County, Florida v. Meta Platforms, Inc., et al.*, No. 24-cv-01573 | **DECLARATION OF JOSEPH SANDOVAL-BUSHUR IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |
| *Board of Education of Jordan School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01377 | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01382 | |

I, Joseph Sandoval-Bushur, declare and state as follows:

1. I am an attorney admitted to practice in the District of Columbia and State of Missouri, and admitted to practice *pro hac vice* in the above-entitled action. I am associated with the law firm Williams & Connolly LLP, counsel for Defendant YouTube, LLC, Google LLC, and Alphabet Inc. I make this declaration in support of Defendants' Reply in Support of Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses. This declaration is based on my own personal knowledge and, if called to testify as to the truth of the matters set forth herein, I could and would competently testify thereto. I offer this declaration without waiving or intent to waive attorney-client privilege.

2. Attached as Exhibit N is a true and correct copy of the Declaration of Bailey J. Langner in Support of Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses, signed on May 30, 2025.

3. Attached as Exhibit O is a true and correct copy of email correspondence between TaCara Harris, Michael M. Weinkowitz, and Bailey J. Langner, dated April 11, 2025 through April 15, 2025.

Case No. 4:22-MD-03047-YGR

DECLARATION IN SUPPORT OF DEFENDANTS' REPLY IN SUPOPRT OF DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES

4.      Attached as Exhibit P is a true and correct copy of email correspondence between Joseph Sandoval-Bushur, Michael M. Weinkowitz, and Bailey J. Langner, dated May 9, 2025 through May 16, 2025, with redactions required under Fed. R. Civ. P. 5.2(a)(3).

5.      Attached as Exhibit Q is a true and correct copy of email correspondence between Bailey J. Langner and Austin Brane, dated April 18, 2025 through May 23, 2025, with redactions required under Fed. R. Civ. P. 5.2(a)(3).

Dated:  May 30, 2025                    By:      */s/ Joseph Sandoval-Bushur*
                                                          Joseph Sandoval-Bushur

DECLARATION IN SUPPORT OF DEFENDANTS' REPLY IN SUPOPRT OF DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES