*[Submitting Counsel on Signature Page]*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-md-03047 |
| | MDL No. 3047 |
| This Document Relates To: | NOTICE |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| *Personal Injury Bellwether Plaintiffs* | |

Pursuant to the Court's order dated May 30, 2025 (Dkt. #1993) regarding the Parties' Joint Letter Brief regarding ESI requested from certain Personal Injury Bellwether Plaintiffs (Dkt. #1957), Personal Injury Bellwethers submit the attached Declaration of Jessica C. Colombo in Response to Magistrate Judge Kang's May 30, 2025 Order.

Dated: June 2, 2025                    Respectfully submitted,

*/s/ Jessica C. Colombo*
Jessica C. Colombo
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-218-2739
Fax: 860-882-1682
jcolombo@motleyrice.com

-1-

*Counsel for Plaintiffs*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*