# Exhibit 1

# Colombo, Jessica

| | |
|---|---|
| **From:** | owner-mdl3047coleadfirms@listserv.motleyrice.com on behalf of Clinton Richardson <Clinton.Richardson@BeasleyAllen.com> |
| **Sent:** | Wednesday, June 19, 2024 11:08 PM |
| **To:** | Halperin, Gregory; asimonsen@cov.com; Pierson, Andrea Roberts; amy.fiterman@faegredrinker.com; Connolly, Daniel J.; gdrake@kslaw.com; lauren.bell@mto.com; ariel.teshuva@mto.com; rose.ehler@mto.com; jonathan.blavin@mto.com; brian.ercole@morganlewis.com; jpetrosinelli@wc.com; ahardin@wc.com; 'cchiou@wsgr.com' |
| **Cc:** | MDL 3047 Co-Lead Firms; James Lampkin; Sydney Everett; Joseph VanZandt; Suzanne Clark |
| **Subject:** | [EXT] MDL 3047-Plaintiffs Clevenger, Craig, and Melton Data Source Disclosures |
| **Attachments:** | Clevenger_Laurel Sources for RFPs 20240619.xlsx; Craig_Klinten Sources of RFPs 20240619.xlsx; Melton_David Sources of RFPs 20240619.xlsx |
| **Importance:** | High |

Counsel:

Please see the attached data source disclosure for Plaintiffs Clevenger, Craig, and Melton, which Plaintiffs provide in response to Defendants' request for information on Plaintiffs' data sources. These disclosures include data sources that Plaintiffs have identified as potentially containing relevant information based on their investigations to date. In addition, to the extent additional data sources are identified, collected, and searched beyond those identified in the attached disclosures, and responsive information is found in such sources, Plaintiffs agree to provide Defendants with a list of such sources.



**Clinton Richardson**
Principal
800.898.2034

Clinton.Richardson@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

To unsubscribe from the MDL3047COLEADFIRMS list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1

| Plaintiff | PID | Data Source | Description |
|---|---|---|---|
| LC | 1534 | Hardcopy documents | Hardcopy documents |
| LC | 1534 | Gmail | Email |
| LC | 1534 | Google Drive | Cloud-based storage |
| LC | 1534 | Google Photos | Cloud-based storage |
| LC | 1534 | iCloud | Cloud-based storage |
| LC | 1534 | Shutterfly | Cloud-based storage |
| LC | 1534 | Discord | Chat platform app |
| LC | 1534 | Facebook | Social Media |
| LC | 1534 | Instagram | Social Media |
| LC | 1534 | LinkedIn | Social Media |
| LC | 1534 | Pinterest | Social Media |
| LC | 1534 | Snapchat | Social Media |
| LC | 1534 | TikTok | Social Media |
| LC | 1534 | YouTube | Social Media |
| LC | 1534 | Apple iPhone 13 | Mobile device |
| LC | 1534 | HP Pavillion | Laptop |
| LC | 1534 | Healthcare Portal | Healthcare portal |
| LC | 1534 | Personal Website | Website |
| LC | 1534 | Steam | Gaming |
| LC | 1534 | My Fitness Pal | Health and/ or Fitness app |
| LC | 1534 | Fitbit | Health and/ or Fitness app |
| LC | 1534 | Garmin | Health and/ or Fitness app |

| Plaintiff | PID | Data Source | Description |
|---|---|---|---|
| KC | 1536 | Gmail | Email |
| KC | 1536 | iCloud Email | Email |
| KC | 1536 | Outlook Email | Email |
| KC | 1536 | Google Drive | Cloud-based storage |
| KC | 1536 | iCloud | Cloud-based storage |
| KC | 1536 | One Drive | Cloud-based storage |
| KC | 1536 | YouTube | Social Media |
| KC | 1536 | TikTok | Social Media |
| KC | 1536 | Snapchat | Social Media |
| KC | 1536 | Facebook | Social Media |
| KC | 1536 | Instagram | Social Media |
| KC | 1536 | Twitter/X | Social Media |
| KC | 1536 | Discord | Chat platform app |
| KC | 1536 | GroupMe | Group messaging app |
| KC | 1536 | iPhone 15 Plus | Mobile Device |
| KC | 1536 | Lenovo Think Pad | Laptop |

| Plaintiff | PID | Data Source | Description |
|---|---|---|---|
| DM | 1548 | Gmail | Email |
| DM | 1548 | Facebook | Social Media |
| DM | 1548 | Instagram | Social Media |
| DM | 1548 | Snapchat | Social Media |
| DM | 1548 | TikTok | Social Media |
| DM | 1548 | YouTube | Social Media |
| DM | 1548 | Twitter/X | Social Media |
| DM | 1548 | Google Drive | Cloud-based Storage |
| DM | 1548 | iCloud | Cloud-based Storage |
| DM | 1548 | OneDrive | Cloud-based Storage |
| DM | 1548 | iPhone 11 | Mobile Device |
| DM | 1548 | Apple Watch | Smart Watch |
| DM | 1548 | XBOX Series S | Gaming Device |