# Exhibit 2

# Colombo, Jessica

| | |
|---|---|
| **From:** | owner-mdl3047coleadfirms@listserv.motleyrice.com on behalf of Marc Mandich <marc@southernmedlaw.com> |
| **Sent:** | Wednesday, June 19, 2024 8:34 PM |
| **To:** | ghalperin@cov.com; Simonsen, Ashley M; andrea.pierson@faegredrinker.com; Amy Fiterman - Faegre Drinker Biddle & Reath LLP    (amy.fiterman@faegredrinker.com); daniel.connolly@faegredrinker.com; gdrake@kslaw.com; Lauren Bell (Lauren.Bell@mto.com); Ariel Tai Teshuva (Ariel.Teshuva@mto.com); rose.ehler@mto.com; jonathan.blavin@mto.com; brian.ercole@morganlewis.com; jpetrosinelli@wc.com; Hardin, Ashley; Christopher Chiou (cchiou@wsgr.com) |
| **Cc:** | Francois Blaudeau; Bill Bross; MDL 3047 Co-Lead Firms |
| **Subject:** | [EXT] B.S. o/b/o JD (4:22-cv-05987) - ESI Data Source Disclosure |
| **Attachments:** | 2024-06-19 - MJM Cover Ltr _ ESI Source Disclosure.pdf; J.D. _ ESI DATA SOURCE DISCLOSURE.pdf |

Counsel, please see attached cover letter and production.

Thanks,
Marc

*Marc J. Mandich*
Attorney

Southern Institute for Medical and Legal Affairs
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
www.southernmedlaw.com
marc@southernmedlaw.com
Office: 205.564.2741 || Ext. 3
Cell: 504.615.4207
Fax: 205.649.6386




This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 205.564.2741) and immediately delete this message and all its attachments.

To unsubscribe from the MDL3047COLEADFIRMS list, click the following link:
[https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1](https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1)

Marc J. Mandich
Attorney
marc@southernmedlaw.com
Direct: 504.615.4207
Fax: 205.649.6386



Wednesday, June 19, 2024

<u>VIA EMAIL</u>

| Meta Defendants<br>Through their counsel of record:<br>Ashley Simonsen<br>asimonsen@cov.com<br>Greg Halperin<br>ghalperin@cov.com | TikTok Defendants<br>Through their counsel of record:<br>Andrea Pierson<br>Andrea.pierson@faegredrinker.com<br>Amy Fiterman<br>Amy.fiterman@faegredrinker.com<br>Daniel Connolly<br>Daniel.connolly@faegredrinker.com<br>Geoffrey Drake<br>gdrake@kslaw.com |
|---|---|
| Snap Defendants<br>Through their counsel of record:<br>Lauren Bell<br>Lauren.bell@mto.com<br>Ariel Teshuva<br>Ariel.teshuva@mto.com<br>Rose Ehler<br>Rose.ehler@mto.com<br>Jonathan Blavin<br>Jonathan.blavin@mto.com | YouTube Defendants<br>Through their counsel of record:<br>Brian Ercole<br>Brian.ercole@morganlewis.com<br>Joseph Petrosinelli<br>jpetrosinelli@wc.com<br>Ashley Hardin<br>ahardin@wc.com<br>Christopher Chiou<br>cchiou@wsgr.com |

RE:   B.S. o/b/o J.D. - ESI Data Source Disclosure
      Individual Case No. 4:22-cv-05987

Counsel:

    Please see the attached data source disclosure for Plaintiff, B.S. o/b/o J.D., which Plaintiff provides in response to Defendants' request for information on Plaintiffs' data sources. These disclosures include data sources that Plaintiff has identified as potentially containing relevant information based on Plaintiff's investigation to date. In addition, to

the extent additional data sources are identified, collected, and searched beyond those identified in the attached disclosures, and responsive information is found in such sources, Plaintiffs agree to provide Defendants with a list of such sources.

Sincerely,

SOUTHERN MED LAW

MARC J. MANDICH

Enclosure

Cc:   Francois M. Blaudeau
      William Bross

| Plaintiff | Date Source | Description |
|---|---|---|
| J███ D███ | iphone XR 10 | mobile device |
| J███ D███ | gmail.com | Email |
| J███ D███ | alvirtual.org | Email |
| J███ D███ | Facebook | Social Media |
| J███ D███ | Facebook Messenger | Social Media |
| J███ D███ | Discord | Social Media |
| J███ D███ | Instagram | Social Media |
| J███ D███ | TikTok | Social Media |
| J███ D███ | Twitch | Social Media |
| J███ D███ | Snapchat | Social Media |
| J███ D███ | YouTube | Social Media |
| J███ D███ | Reddit | Social Media |
| J███ D███ | Twitter | Social Media |
| J███ D███ | Pinterest | Social Media |
| J███ D███ | Hard copy documents | Diary - 2024 |