# Exhibit 3

# Colombo, Jessica

| | |
|---|---|
| **From:** | Andrews, Patrick I. <pandrews@lchb.com> |
| **Sent:** | Wednesday, June 19, 2024 10:52 PM |
| **To:** | 'GHalperin@cov.com'; 'asimonsen@cov.com'; 'andrea.pierson@faegredrinker.com'; Fiterman, Amy R.; 'daniel.connolly@faegredrinker.com'; 'gdrake@kslaw.com'; 'lauren.bell@mto.com'; 'Ariel.Teshuva@mto.com'; 'rose.ehler@mto.com'; jonathan.blavin@mto.com; 'brian.ercole@morganlewis.com'; 'jpetrosinelli@wc.com'; 'ahardin@wc.com'; 'cchiou@wsgr.com'; 'SOCIALMEDIAPI@SKADDENLISTS.COM' |
| **Cc:** | Hazam, Lexi J.; McNabb, Kelly K.; Panek, Gabriel A.; Lewis, Faith E. A.; Whitaker, Ben; Anderson, Corrie |
| **Subject:** | Smith, D'Orazio, B.H Plaintiffs Data Source Disclosures |
| **Attachments:** | CONFIDENTIAL - B.H. - Data Source Disclosure.xlsx; CONFIDENTIAL - D'Orazio - Data Source Disclosure.xlsx; CONFIDENTIAL - Smith - Data Source Disclosure.xlsx |

Counsel – please see the attached data source disclosure for Plaintiffs Smith, D'Orazio, and B.H., which Plaintiffs provide in response to Defendants' request for information on Plaintiffs' data sources. These disclosures include data sources that Plaintiffs have identified as potentially containing relevant information based on their investigations to date. In addition, to the extent additional data sources are identified, collected, and searched beyond those identified in the attached disclosures, and responsive information is found in such sources, Plaintiffs agree to provide Defendants with a list of such sources.

Best,
Patrick

**Patrick I. Andrews**
Partner
pandrews@lchb.com
t 415.956.1000 ext. 6612
m 831.431.3657
f 415.956.1008
Pronouns: he/him/his

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

1

| Plaintiff | Data Source | Description |
|---|---|---|
| Jessica D'Orazio | iPhone 11 | Mobile Device |
| Jessica D'Orazio | Gmail | Email |
| Jessica D'Orazio | iCloud | Email |
| Jessica D'Orazio | Instagram | Social Media |
| Jessica D'Orazio | Snapchat | Social Media |
| Jessica D'Orazio | TikTok | Social Media |
| Jessica D'Orazio | Hard copy documents | Various |
| Christine D'Orazio | iPhone | Mobile Device |
| Christine D'Orazio | Yahoo | Email |

| Plaintiff | Data Source | Description |
|---|---|---|
| Leslie Smith | iPhone 12 mini | Mobile Device |
| Leslie Smith | Dell Inspiration | Personal Computer |
| Leslie Smith | Gmail - 5 accounts | Email |
| Leslie Smith | School Email | Email |
| Leslie Smith | Instagram | Social Media |
| Leslie Smith | YouTube | Social Media |
| Leslie Smith | Snapchat | Social Media |
| Leslie Smith | TikTok | Social Media |
| Leslie Smith | Baristastic | Fitness App |
| Leslie Smith | FitBit | Fitness App/Tracker |
| Leslie Smith | MyNetDiary | Fitness/Nutrition App |
| Leslie Smith | Google Photos | Photo Application |
| Leslie Smith | Google Drive | Cloud Storage and Workspace |
| Leslie Smith | Hard copy documents | Various |
| Jessica Smith | Samsung Galaxy | Mobile Device |
| Jessica Smith | Gmail - 2 accounts | Email |
| Jessica Smith | Google Drive | Cloud Storage and Workspace |