# Exhibit 5

| | |
|---|---|
| **From:** | Emmie Paulos |
| **To:** | GHalperin@cov.com; asimonsen@cov.com; andrea.pierson@faegredrinker.com; amy.fiterman@faegredrinker.com; daniel.connolly@faegredrinker.com; gdrake@kslaw.com |
| **Cc:** | Katey Deaton; Andrews, Patrick I.; Hazam, Lexi J.; Warren, Previn |
| **Subject:** | [EXT] MDL 3047 - Data Source Disclosure for Plaintiff - McNeal, Dymand |
| **Date:** | Wednesday, June 19, 2024 9:22:50 PM |
| **Attachments:** | image002.jpg |
| | image004.jpg |
| | image006.jpg |
| | image008.jpg |
| | CONFIDENTIAL - McNeal, Dymand - Data Source Disclosure.pdf |

Counsel please see the attached data source disclosure for Plaintiff Dymand McNeal, which Plaintiff provides in response to Defendants' request for information on Plaintiff's data sources. These disclosures include data sources that Plaintiff has identified as potentially containing relevant information based on their investigations to date. In addition, to the extent additional data sources are identified, collected, and searched beyond those identified in the attached disclosures, and responsive information is found in such sources, Plaintiff agrees to provide Defendants with a list of such sources.

Sincerely,

Emmie

**Emmie Paulos, Esq.**

*Attorney at law*

Levin, Papantonio, Rafferty, Proctor,

Buchanan, O'Brien, Barr & Mougey, P.A.

316 S. Baylen Street, Suite 600

Pensacola, FL 32502-5996

850.435.7061 (office)

850.436.6061 (fax)

epaulos@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

| Plaintiff | Data Source | Description |
|---|---|---|
| Dymand McNeal | iPhone 6s | Mobile device |
| Dymand McNeal | HP Laptop | Laptop |
| Dymand McNeal | Gmail - 2 accounts | Email |
| Dymand McNeal | Facebook | Social Media |
| Dymand McNeal | Instagram | Social Media |
| Dymand McNeal | TikTok | Social Media |
| Dymand McNeal | Google Photos | Photo Application |
| Dymand McNeal | Google Drive | Cloud Storage |
| Dymand McNeal | iCloud | Cloud Storage |
| Dymand McNeal | Hardcopy documents | |