# Exhibit 6

**Monday, May 26, 2025 at 1:47:14 PM Pacific Daylight Time**

---

| | |
|---|---|
| **Subject:** | Mullen Disclosure Sources |
| **Date:** | Wednesday, June 19, 2024 at 4:16:35 PM Pacific Daylight Time |
| **From:** | Laura Marquez-Garrett |
| **To:** | asimonsen@cov.com, GHalperin@cov.com, gdrake@kslaw.com, Connolly, Daniel J., Fiterman, Amy R., andrea.pierson@faegredrinker.com |
| **CC:** | Glenn S. Draper, Julie Sojot |
| **BCC:** | elizabethmullennualamullenz3081256@pugetstaffing.filevineapp.com |
| **Attachments:** | image001.png, CONFIDENTIAL - Mullen Source Disclosures 3.24.22 PM.pdf |

Counsel,

Attached is our data source disclosure for the Mullen Plaintiffs, which we are providing in response to Defendants' request for information on Plaintiffs' data sources. These disclosures include data sources that Plaintiffs have identified as potentially containing relevant information based on their investigations to date. To the extent additional data sources are identified, collected, and searched beyond those identified in the attached disclosures, and responsive information is found in such sources, Plaintiffs agree to provide Defendants with a list of such sources.

Thank you,
Laura



**Laura Marquez-Garrett**
(They/Them or She/Her)
Attorney

600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
(206) 294-1348

laura@socialmediavictims.org

Confidential Communication/Attorney-Client Privileged. This e-mail is sent by a law firm and may contain information that is PRIVILEGED or CONFIDENTIAL. If you are not the intended recipient, please delete the e-mail and any attachments and notify our office immediately. Thank you.

**CONFIDENTIAL**

| Plaintiff | Data Source | Description |
|---|---|---|
| Nuala Mullen | Apple iPhone 11 | mobile device |
| Nuala Mullen | Apple MacBook Air | laptop |
| Elizabeth Mullen | Apple iPhone 13 Pro Max | mobile device |
| Elizabeth Mullen | Apple MacBook Pro | laptop |
| Nuala Mullen | iCloud | Email |
| Nuala Mullen | Gmail | Email |
| Elizabeth Mullen | Yahoo | Email |
| Elizabeth Mullen | AOL | Email |
| Elizabeth Mullen | Gmail (account 1) | Email |
| Elizabeth Mullen | Gmail (account 2) | Email |
| Nuala Mullen | Instagram | Social Media |
| Nuala Mullen | TikTok | Social Media |
| Nuala Mullen | TikTok Video Capture | Social Media |
| Nuala Mullen | Snapchat | Social Media |
| Elizabeth Mullen | Facebook | Social Media |
| Elizabeth and Nuala Mullen | Hard copy documents | Various |
| Nuala Mullen | Amy Stephens | Medical Provider |
| Nuala Mullen | Laura McLaughlin | Medical Provider Website |
| Elizabeth Mullen | Boardgamearena | Game related app |
| Elizabeth Mullen | Vimeo | Video creation (with filters) app |