# Exhibit 9

# Colombo, Jessica

| | |
|---|---|
| **From:** | owner-mdl3047coleadfirms@listserv.motleyrice.com on behalf of James Lampkin <James.Lampkin@BeasleyAllen.com> |
| **Sent:** | Thursday, October 3, 2024 3:36 PM |
| **To:** | Hobbs, Micah (SHB); 'SOCIALMEDIAPI@SKADDENLISTS.COM'; Defendants-MDL3047JCCP5255@skaddenlists.com |
| **Cc:** | 'MDL3047_PIBELLWETHERS@LISTSERV.MOTLEYRICE.COM'; MDL3047COLEADFIRMS@LISTSERV.MOTLEYRICE.COM; Katie Ronan; Clinton Richardson; Joseph VanZandt; Sydney Everett |
| **Subject:** | RE: Personal Injury Bellwether Plaintiff Klinten Craig (Member Case No.: 4:22-cv-05890) |

> CAUTION:EXTERNAL

Counsel:

We have done some further investigation concerning the AppleTV account issue. It turns out some Apple TV data is contained in the iCloud export for Klinten Craig. Since we have discovered that some Apple TV data was downloaded and has been produced to Defendants, I wanted to correct the statement below that we were not able to download the Apple TV account. As stated some Apple TV data has been downloaded and produced.

## James Lampkin II
Principal
334.269.2343

---

**From:** James Lampkin <James.Lampkin@BeasleyAllen.com>
**Sent:** Monday, September 30, 2024 4:11 PM
**To:** Hobbs, Micah (SHB) <mhobbs@shb.com>; 'SOCIALMEDIAPI@SKADDENLISTS.COM' <SOCIALMEDIAPI@SKADDENLISTS.COM>; Defendants-MDL3047JCCP5255@skaddenlists.com
**Cc:** 'MDL3047_PIBELLWETHERS@LISTSERV.MOTLEYRICE.COM' <MDL3047_PIBELLWETHERS@listserv.motleyrice.com>; MDL3047COLEADFIRMS@LISTSERV.MOTLEYRICE.COM; Katie Ronan <Katie.Ronan@BeasleyAllen.com>; Clinton Richardson <Clinton.Richardson@BeasleyAllen.com>; Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>; Sydney Everett <Sydney.Everett@BeasleyAllen.com>
**Subject:** RE: Personal Injury Bellwether Plaintiff Klinten Craig (Member Case No.: 4:22-cv-05890)

Counsel:

As I indicated below on Friday, we were working to see what information could be obtained from any streaming accounts used exclusively by Klinten Craig. I am providing an update on those streaming accounts.

First, data concerning Klinten Craig's use of Facebook Videos, YouTube and Apple Music have already been provided to Defendants. Second, Klinten Craig had exclusive use of his Spotify account. We have requested download of that account and anticipate that it will be at least 30 days before that download occurs. Third, Klinten Craig had exclusive use of an Apple TV account. We are not able to download the Apple TV account because it is not an available option under Apple TV. If you want the Apple TV account data, you will need to issue a subpoena for that account. The account addressed above are the only accounts where Klinten Craig had exclusive access to the account.

**James Lampkin II**
Principal
334.269.2343

---

**From:** James Lampkin <James.Lampkin@BeasleyAllen.com>
**Sent:** Friday, September 27, 2024 1:09 PM
**To:** Hobbs, Micah (SHB) <mhobbs@shb.com>; 'SOCIALMEDIAPI@SKADDENLISTS.COM' <SOCIALMEDIAPI@SKADDENLISTS.COM>; Defendants-MDL3047JCCP5255@skaddenlists.com
**Cc:** 'MDL3047_PIBELLWETHERS@LISTSERV.MOTLEYRICE.COM' <MDL3047_PIBELLWETHERS@listserv.motleyrice.com>; MDL3047COLEADFIRMS@LISTSERV.MOTLEYRICE.COM; Katie Ronan <Katie.Ronan@BeasleyAllen.com>; Clinton Richardson <Clinton.Richardson@BeasleyAllen.com>; Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>; Sydney Everett <Sydney.Everett@BeasleyAllen.com>
**Subject:** Personal Injury Bellwether Plaintiff Klinten Craig (Member Case No.: 4:22-cv-05890)

Counsel:

On behalf of our client Klinten Craig, we are providing additional information concerning the response to RFP 3 based upon the negotiations between Plaintiffs' leadership and Defendants' leadership. As you are aware, we have previously advised that Klinten Craig was no longer in possession of certain devices as listed in our July 18, 2024 letter. Pursuant to the agreement between leadership, we are providing executed authorizations for Klinten Craig's personal internet service providers. Klinten Craig was in foster care for most of the time that and any internet service providers that may have been used were not his. Klinten Craig does not have the authority to grant access to internet service providers for any foster care parent or any foster care facility.

As to supplemental responses to RFP 5 & 6, we are working on getting the information that is required pursuant to the terms of the negotiated resolution. As soon as we have some additional information, we will identify any streaming services that were exclusively used by Klinten Craig. Once we have identified such streaming services that were exclusively used by Klinten Craig, we will obtain usage data and produce it accordingly.

If you have any questions, we are prepared to discuss further next week.



**James Lampkin II**
Principal
800.898.2034

James.Lampkin@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**



CONFIDENTIALITY & PRIVILEGE NOTICE

---

To unsubscribe from the MDL3047COLEADFIRMS list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1

2