# Exhibit 10

# Colombo, Jessica

| | |
|---|---|
| **From:** | owner-mdl3047coleadfirms@listserv.motleyrice.com on behalf of Clinton Richardson <Clinton.Richardson@BeasleyAllen.com> |
| **Sent:** | Monday, September 30, 2024 5:03 PM |
| **To:** | Hobbs, Micah (SHB); 'SOCIALMEDIAPI@SKADDENLISTS.COM'; Defendants-MDL3047JCCP5255@skaddenlists.com |
| **Cc:** | 'MDL3047_PIBELLWETHERS@LISTSERV.MOTLEYRICE.COM'; MDL3047COLEADFIRMS@LISTSERV.MOTLEYRICE.COM; Katie Ronan; Joseph VanZandt; Sydney Everett; James Lampkin |
| **Subject:** | RE: MDL Personal Injury Bellwether Plaintiff David Melton |
| **Importance:** | High |

CAUTION:EXTERNAL

Micah et al.:

On behalf of Plaintiff David Melton, and concerning the negotiated resolution to RFP 3, please advise of a suitable date and time to M&C regarding the proper scope of the authorization to disclose internet access and usage information.

Regarding the negotiated resolution to RFPs 5&6, the streaming services that were exclusively owned and used by David Melton are AppleTV, Apple Music, YouTube (associated with meltond100@gmail.com), and Spotify.

**Clinton Richardson**
Principal
334.269.2343

---

**From:** James Lampkin <James.Lampkin@BeasleyAllen.com>
**Sent:** Friday, September 27, 2024 1:09 PM
**To:** Hobbs, Micah (SHB) <mhobbs@shb.com>; 'SOCIALMEDIAPI@SKADDENLISTS.COM' <SOCIALMEDIAPI@SKADDENLISTS.COM>; Defendants-MDL3047JCCP5255@skaddenlists.com
**Cc:** 'MDL3047_PIBELLWETHERS@LISTSERV.MOTLEYRICE.COM' <MDL3047_PIBELLWETHERS@listserv.motleyrice.com>; MDL3047COLEADFIRMS@LISTSERV.MOTLEYRICE.COM; Katie Ronan <Katie.Ronan@BeasleyAllen.com>; Clinton Richardson <Clinton.Richardson@BeasleyAllen.com>; Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>; Sydney Everett <Sydney.Everett@BeasleyAllen.com>
**Subject:** Personal Injury Bellwether Plaintiff Klinten Craig (Member Case No.: 4:22-cv-05890)

Counsel:

On behalf of our client Klinten Craig, we are providing additional information concerning the response to RFP 3 based upon the negotiations between Plaintiffs' leadership and Defendants' leadership. As you are aware, we have previously advised that Klinten Craig was no longer in possession of certain devices as listed in our July 18, 2024 letter. Pursuant to the agreement between leadership, we are providing executed authorizations for Klinten Craig's personal internet service providers. Klinten Craig was in foster care for most of the time that and any internet service providers that may have been used were not his. Klinten Craig does not have the authority to grant access to internet service providers for any foster care parent or any foster care facility.

As to supplemental responses to RFP 5 & 6, we are working on getting the information that is required pursuant to the terms of the negotiated resolution. As soon as we have some additional information, we will identify any streaming services that were exclusively used by Klinten Craig. Once we have identified such streaming services that were exclusively used by Klinten Craig, we will obtain usage data and produce it accordingly.

If you have any questions, we are prepared to discuss further next week.



**James Lampkin II**
Principal
800.898.2034

James.Lampkin@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

---

To unsubscribe from the MDL3047COLEADFIRMS list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1