**FAEGRE DRINKER BIDDLE & REATH LLP**
JORI M. LOREN (*Admitted pro hac vice*)
*jori.loren@faegredrinker.com*
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: +1 (312) 356-5116
Facsimile: +1 (312) 569-3000

NICHOLAS J. BEGAKIS (BAR NO. 253588)
*nicholas.begakis@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:    +1 310 203 4000
Facsimile:    +1 310 229 1285

Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **DECLARATION OF JORI M. LOREN IN RESPONSE TO MAGISTRATE JUDGE KANG'S MAY 30, 2025 ORDER** |
| *Personal Injury Bellwether Plaintiffs* | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

<u>**DECLARATION OF JORI M. LOREN**</u>

Pursuant to 28 U.S.C. § 1746, I, Jori M. Loren, declare as follows:

1.    I am an attorney at Faegre Drinker Biddle & Reath LLP, and counsel for Defendants TikTok Inc. and ByteDance Inc. in the above-referenced matter. I make this declaration in response to the Court's May 30, 2025 Order regarding the parties' Joint Letter Brief regarding ESI requested from certain Bellwether Plaintiffs (Dkt. 1957). I have personal knowledge of the following facts and, if called as a witness in the above-referenced action, could competently testify to the matters stated herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of a March 26, 2025 email sent by my colleague, Nikolas Spilson, that requested documents from certain data sources used by Plaintiff Klinten Craig.

3.     Attached hereto as **Exhibit B** is a true and correct copy of a March 26, 2025 email sent by Jesse S. Krompier of Morgan, Lewis, & Bockius LLP that requested documents from certain data sources used by Plaintiff Leslie Smith.

4.     Attached hereto as **Exhibit C** is a true and correct copy of a March 26, 2025 email sent by Haley R. Klein of Kirkland & Ellis that requested documents from certain data sources used by Plaintiff David Melton.

5.     Attached hereto as **Exhibit D** is a true and correct copy of a March 27, 2025 email sent by my colleague, Thomas R. Prible, that requested documents from certain data sources used by Plaintiff Dymand McNeal.

6.     Attached hereto as **Exhibit E** is a true and correct copy of a March 27, 2025 email sent by my colleague, Emma DeLaney Strenski, that requested documents from certain data sources used by Plaintiff Jessica D'Orazio.

7.     Attached hereto as **Exhibit F** is a true and correct copy of a March 27, 2025 email sent by James R. Hampton of Shook, Hardy & Bacon LLP that requested documents from certain data sources used by Plaintiff M.G.

8.     Attached hereto as **Exhibit G** is a true and correct copy of a March 28, 2025 email sent by Cara Souto of Covington & Burling LLP that requested documents from certain data sources used by Plaintiff Laurel Clevenger.

9.     Attached hereto as **Exhibit H** is a true and correct copy of a March 28, 2025 email sent by Stephanie Schuster of Morgan, Lewis, & Bockius LLP that requested documents from certain data sources used by Plaintiff J.D.

10.     Attached hereto as **Exhibit I** is a true and correct copy of a March 28, 2025 letter from me that, among other things, requested documents from certain data sources used by Plaintiff Nuala Mullen.

11.    Attached hereto as **Exhibit J** is a true and correct copy of a March 28, 2025 email sent by my colleague, Jessica Tabibian, that transmitted my March 28, 2025 letter.

12.    I am unaware of additional correspondence responsive to the Court's May 30, 2025 Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2025.

/s/ Jori M. Loren_____
Jori M. Loren, *pro hac vice*
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: + 1 (312) 569-1000
jori.loren@faegredrinker.com

Nicholas J. Begakis (SBN 253588)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: +1 (310) 203-4010
Fascimile: +1 (310) 229-1285
Email: nicholas.begakis@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*