**FAEGRE DRINKER BIDDLE & REATH LLP**
JORI M. LOREN (*Admitted pro hac vice*)
jori.loren@faegredrinker.com
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: +1 (312) 356-5116
Facsimile: +1 (312) 569-3000

NICHOLAS J. BEGAKIS (BAR NO. 253588)
nicholas.begakis@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:    +1 310 203 4000
Facsimile:    +1 310 229 1285

**KING & SPALDING LLP**
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC.,
BYTEDANCE LTD., TIKTOK LTD.,
and TIKTOK, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>*Personal Injury Bellwether Plaintiffs* | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**DEFENDANTS' TEMPORARY SEALING MOTION (DECLARATION OF JORI M. LOREN IN RESPONSE TO MAGISTRATE JUDGE KANG'S MAY 30, 2025 ORDER)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants file this Temporary Sealing Motion regarding the Declaration of Jori Loren in Response to Magistrate

DEFENDANTS' TEMPORARY MOTION TO SEAL
Case No. 4:22-MD-03047-YGR

Judge Kang's May 30, 2025. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Designating Party |
|---|---|---|
| 2004 | Declaration of Jori M. Loren in Support of Defendants' Portion of Joint Letter Brief re Defendants' Requests for Production from Plaintiffs' Data Sources (Not under seal) | |
| 2004-A | Exhibit A to Joint Letter Brief (Not under seal) | |
| 2004-B | Exhibit B to Joint Letter Brief (Not under seal) | |
| 2004-C | Exhibit C to Joint Letter Brief (Redacted) | The document contains information designated as confidential by Plaintiffs. |
| 2004-D | Exhibit D to Joint Letter Brief (Not under seal) | |
| 2004-E | Exhibit E to Joint Letter Brief (Redacted) | The document contains information designated as confidential by Plaintiffs. |
| 2004-F | Exhibit F to Joint Letter Brief (Redacted) | The document contains information designated as confidential by Plaintiffs. |
| 2004-G | Exhibit G to Joint Letter Brief (Redacted) | The document contains information designated as confidential by Plaintiffs. |
| 2004-H | Exhibit H to Joint Letter Brief (Redacted) | The document contains information designated as confidential by Plaintiffs. |
| 2004-I | Exhibit I to Joint Letter Brief (Redacted) | The document contains information designated as confidential by Plaintiffs. |
| 2004-J | Exhibit J to Joint Letter Brief (Not under seal) | |

Dated: June 2, 2025

**FAEGRE DRINKER LLP**

By: */s/ Jori M. Loren*
Jori M. Loren, *pro hac vice*
FAEGRE DRINKER BIDDLE & REATH LLP

320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: + 1 (312) 569-1000
jori.loren@faegredrinker.com

Nicholas J. Begakis (SBN 253588)
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: +1 (310) 203-4010
Fascimile: +1 (310) 229-1285
Email: nicholas.begakis@faegredrinker.com

**KING & SPALDING LLP**
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*