| | |
|---|---|
| **From:** | Spilson, Nikolas G. |
| **To:** | James Lampkin; Seth Harding |
| **Cc:** | Anderson, Josh; Jennifer E. Ortega; Gabe Egli; Kaufman, Chris (SHB); Reid, Annie; Loren, Jori M.; Begakis, Nicholas J.; TaCara Harris (kslaw); Tabibian, Jessica; DeLaney Strenski, Emma; Amy Pepke; Ally Givens; Rachel Yeung; Tara Blake; jordan.einstein@kirkland.com; Davidson, Jessica; Jennifer E. Ortega; Solomon, Kayla I. (SHB); Megan Egli; Dominic Conoshenti |
| **Subject:** | Craig - Production Deficiencies |
| **Date:** | Wednesday, March 26, 2025 2:54:02 PM |

Counsel,

Forensic collections from Plaintiff Klinten Craig's devices reflect the use of a number of applications/accounts that likely contain information responsive to Defendants' document requests, but that do not appear to be included in existing productions. Those applications/accounts are listed below. As you may be aware, Judge Kuhl ordered production of responsive documents from additional applications/accounts at the March 19, 2025, Case Management Conference, and we expect Judge Kang will do the same. We believe productions of responsive documents from the applications/accounts identified are appropriate and consistent with Plaintiff's discovery obligations in this case.

Please let us know as soon as possible if you are willing to review and produce materials from these applications/accounts, or when you are available for a meet and confer.

Best,
Niko

**Plaintiff's Applications/Accounts**
Reddit
Discord
Disney+
Enhance YT
Everfit
Fitness
Fitness App
Game Pigeon
Hulu
I Am Sober
MyFitnessPal
Netflix
Paramount+
Peacock
Planet Fitness
Roku
Screen Time
ScreenTimeUnlock
TextNow
Twitch
WhatsApp
Xbox

Pinterest
Roblox
Telegram
Kik
Signal
Tinder
Grindr
Character.AI
Spicychat AI
OnlyFans
Youmetalks
PepHop

**Nikolas G. Spilson, (Niko)**
Associate
Pronouns: he/him/his
nikolas.spilson@faegredrinker.com
Connect: vCard

+1 312 569 1195 direct

**Faegre Drinker Biddle & Reath LLP**
320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.