| | |
|---|---|
| **From:** | SocialMediaPI on behalf of Krompier, Jesse S. |
| **To:** | SOCIALMEDIAPI@SKADDENLISTS.COM |
| **Subject:** | MDL 3047 - Smith Production Deficiencies |
| **Date:** | Wednesday, March 26, 2025 12:56:01 PM |

**This Message originated outside your organization.**

Counsel,

Forensic collections from Plaintiff's devices reflect the use of a number of applications/accounts that likely contain information responsive to Defendants' document requests, but that do not appear to be included in existing productions. Those applications/accounts are listed below. As you may be aware, Judge Kuhl ordered production from additional applications/accounts at the March 19, 2025 Case Management Conference, and we expect Judge Kang will do the same. We believe productions from the applications/accounts identified below are appropriate and consistent with Plaintiff's discovery obligations in this case.

Please let us know as soon as possible if you are willing to review and produce materials from these applications/accounts, or when you are available for a meet and confer.

Best,
Jesse

**Plaintiff's Applications/Accounts**
Yubo
Wink
Meet
GroupMe
Badoo
MyFitnessPal
I am
Productive
SNOW
Peacock
Facetune2
GamePigeon

**Jesse S. Krompier**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7372 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
jesse.krompier@morganlewis.com | www.morganlewis.com



CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may

contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.