| | |
|---|---|
| **From:** | Prible, Thomas R. |
| **To:** | Emmie Paulos |
| **Cc:** | Howell, Geri (SHB); Tanner, John Joseph; Halperin, Gregory; Phillips, Alice; Gramling, Chris (SHB); Egli, Megan (SHB); Cabeza, Ali (SHB); Loren, Jori M.; DeLaney Strenski, Emma |
| **Subject:** | McNeal Production Deficiencies |
| **Date:** | Thursday, March 27, 2025 1:03:40 PM |

Counsel,

Forensic collections from Plaintiff Dymand McNeal's devices reflect the use of a number of applications/accounts that likely contain information responsive to Defendants' document requests, but that do not appear to be included in existing productions. Those applications/accounts are listed below. As you may be aware, Judge Kuhl ordered production from additional applications/accounts at the March 19, 2025, Case Management Conference, and we believe productions from the applications/accounts identified are appropriate and consistent with Plaintiff's discovery obligations in this case.

Please let us know as soon as possible if you are willing to review and produce materials from these applications/accounts, or when you are available for a meet and confer.

Best,

**Plaintiff's Applications/Accounts**
YouTube
Snapchat
Pinterest
Tinder
Zoe
DuoLingo
LinkedIn
Twitter
Oakgames 2248 Number Puzzle
Figgerits
FunRun3
Bricks n Balls
Nextdoor
Roblox
Discord
Game Pigeon
GameStop
GameWise
Melsoft Games/Family Island Farm
XBox


**Thomas R. Prible**
Associate
Pronouns: he/him/his
tom.prible@faegredrinker.com

Connect: <u>vCard</u>

+1 317 237 1445 direct

---

**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA