| | |
|---|---|
| **From:** | Tabibian, Jessica |
| **To:** | kristina@socialmediavictims.org; Glenn S. Draper; Matthew P. Bergman; Laura Marquez-Garrett; jason@socialmediavictims.org |
| **Cc:** | Loren, Jori M.; Begakis, Nicholas J.; DeLaney Strenski, Emma; Spilson, Nikolas G.; Hall, Angela Kelver; Broadhead, J. Benjamin; Luhn, Abigail M.; Klemsz, Eleanor; Elliot, Summer L.; Egli, Megan (SHB); Hobbs, Micah (SHB); cburress@shb.com; Ashley Simonsen; MDL3047_PIBELLWETHERS@listserv.motleyrice.com; MDL3047COLEADFIRMS@listserv.motleyrice.com; SOCIALMEDIAPI@SKADDENLISTS.COM |
| **Subject:** | Mullen v. TikTok, Inc. et al., Case No. 4:23-CV-00600-YGR – Letter re Plaintiff's Deficiencies |
| **Date:** | Friday, March 28, 2025 7:00:52 PM |
| **Attachments:** | 2025.03.28 - Mullen Deficiency Letter.pdf |

Good afternoon,

Please see the attached correspondence addressing production-related deficiencies in the case of Plaintiffs Nuala and Elizabeth Mullen.

Regards,
Jess

### Jessica Tabibian
Associate

*Admitted in California and Washington, D.C.*
jessica.tabibian@faegredrinker.com

Connect: vCard

+1 310 203 4074 direct

**Faegre Drinker Biddle & Reath LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067, USA