# EXHIBIT A

```
                                                              Page 331

 1            UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                       - - -
      IN RE:  SOCIAL MEDIA ADOLESCENT        :MDL NO.
 3    ADDICTION/PERSONAL INJURY PRODUCTS     :4:22-MD-
      LIABILITY LITIGATION                   :3047-YGR
 4                                           :
 5          SUPERIOR COURT OF THE STATE OF CALIFORNIA
              FOR THE COUNTY OF LOS ANGELES
 6                SPRING STREET COURTHOUSE
                        - - -
 7    COORDINATION PROCEEDING SPECIAL TITLE  :
      (RULE 3,400)                           :
 8                                           :
      SOCIAL MEDIA CASES                     :
 9    _____  :LEAD CASE
                                             :NO. FOR
10    THIS DOCUMENT RELATES TO:              :FILING
                                             :PURPOSES
11    STATE OF TENNESSEE, ex rel, JONATHAN   :22STCV21355
      SKRMETTI, ATTORNEY GENERAL and         :
12    REPORTER,                              :
                                             :
13            V.                             :
                                             :
14    META PLATFORMS, INC., and INSTAGRAM,   :
      LLC                                    :
15                                           :
      CASE NO. 23-1364-IV                    :
16                       - - -
17         DEPOSITION UNDER VIDEO EXAMINATION OF
                   VAISHNAVI JAYAKUMAR
18                  JANUARY 31, 2025
                      VOLUME II
19
              Continued videotaped deposition of
20    VAISHNAVI JAYAKUMAR, taken pursuant to notice, was
      held at the law offices of Baker Botts, LLP, 30
21    Rockefeller Plaza, New York, New York, beginning at
          a.m., on the above date, before Michelle L.    8:34
22    Ridgway, a Registered Professional Reporter,
      Certified Court Reporter (NJ-CCR # XI02126),
23    Certified Realtime Reporter, Certified Shorthand
      Reporter  (CA-CSR # 14592), and Notary Public.
24
25
```

Page 530

1  with their side.
2      Q.    Okay.  And did you have a
3  conversation with anyone who wasn't a lawyer about
4  the possibility of being deposed in this case?
5      A.    About the possibility of being
6  deposed, no.
7      Q.    Did you talk with any about --
8  anyone about the deposition that was not one of the
9  lawyers?
10     A.    Yes.  I asked other people who had
11 been deposed what their experiences were like.
12     Q.    Who did you ask?
13     A.    I asked Arturo Bejar what his
14 experience was like.
15     I think that was about it.
16     Q.    Anyone else?
17     A.    No, I don't think so.
18     Q.    When did you talk to Arturo?
19     A.    We -- we've been in touch.  We've
20 known each other for quite some time, so we have
21 talked regularly.  Maybe like a week ago.
22     Q.    So about a week ago is when you
23 talked with him about the deposition?
24     A.    No.  I mean, not about the
25 specifics of the deposition.  I was just asking

```
                                                   Page 531
 1   him, like, you know, do you have any advice, do you
 2   think I should, like, be calm.  Like, I was really
 3   nervous coming into the deposition.  So I was
 4   asking him for, like, advice on how to go into the
 5   deposition.
 6         Q.       What did he say?
 7         A.       He said be honest, be truthful, be
 8   as helpful as you can.
 9         Q.       Did you talk with him about
10   anything else?
11         A.       No.
12         Q.       Now, let's just take a step back.
13                  Before one week ago when you had
14   that conversation, you said you were in touch with
15   Arturo Bejar before, right?
16         A.       Yes.  We run in the same circles.
17   Have been for a while.
18         Q.       When did you meet?
19         A.       Maybe like a year and a half, two
20   years ago.
21         Q.       And how often have you been in
22   touch?
23         A.       Perhaps two or three times.  We
24   were on -- I think we were on a couple of projects
25   together at Meta.  We would have been on the same
```

```
                                              Page 532
 1   e-mail thread, I think.  But we didn't know each
 2   other personally until after Meta.
 3          Q.      And have you discussed this
 4   litigation with him before one week ago at all?
 5          A.      Yes.  I've asked him if he had been
 6   deposed, what his experience was like.
 7          Q.      What did he say?
 8          A.      He said everyone was very
 9   respectful.  He said that, you know, I should think
10   about whether I want -- what I want my legal
11   representation to be.  That was about it.
12          Q.      Did he give you advice about who to
13   engage?
14          A.      He suggested that I reach out to
15   Mike.
16          Q.      Did you talk about anything else
17   related to the litigation?
18          A.      No.
19          Q.      Did you talk about anything else
20   related to the underlying claims in the litigation?
21          A.      No.
22          Q.      And you had mentioned you worked
23   with him or you had had contact with him during the
24   time at Meta?
25          A.      No, no --
```

```
                                                    Page 544
 1   speculation.
 2                THE WITNESS:  Yes.
 3   BY MR. SNEED:
 4        Q.      Okay.  Now, we talked a little bit
 5   about Arturo Bejar.  I also wanted to ask you about
 6   whether or not you know France Haugen?
 7        A.      Yes.  We met -- we met at a
 8   conference about a year ago.
 9        Q.      So that was after you had left
10   Meta?
11        A.      Yes.
12        Q.      So you never met her or worked with
13   her while you were at Meta?
14        A.      No.
15        Q.      She wasn't in the youth safety
16   group that you worked in at Meta?
17        A.      No.
18        Q.      And are you aware of any time, to
19   your knowledge, that Ms. Haugen worked on child
20   safety issues at Meta?
21        A.      Not to my knowledge, no.
22        Q.      Now, since you left Meta, you said,
23   about a year ago, you met Ms. Haugen?
24        A.      Yes.
25        Q.      How did you -- how did you meet?
```

Page 545

```
 1   You mentioned at a conference?
 2        A.      Yes.
 3        Q.      And what did you talk about?
 4        A.      She was giving a talk at a
 5   conference, and so I think I met her on the
 6   sidelines, and I appreciated her talk.
 7        Q.      What was she talking about?
 8        A.      I don't recall.
 9        Q.      And since then, you all have met on
10   other occasions?
11        A.      I think we have probably spoken
12   once after that.
13        Q.      And what did you speak about?
14        A.      Frances runs a nonprofit, and I was
15   trying to understand more about the nonprofit world
16   building.
17        Q.      And what did she say?
18        A.      She talked about how challenging it
19   was to find, you know, supporters of child safety
20   in the nonprofit space.  I shared some of the work
21   that we do at Vyanams Strategies.  You know, we're
22   a company; we're not a nonprofit.  Yeah.
23        Q.      Well, you and Ms. Haugen serve on
24   Sustainable Media Center's advisory board; is that
25   right?
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com

```
                                                      Page 546
 1         A.        Yes.
 2         Q.        And does that require you all to
 3   meet at various occasions?
 4         A.        She just joined the Sustainable
 5   Media board, so I have not met her in that
 6   capacity.
 7         Q.        Have you had any e-mail
 8   correspondence with her?
 9         A.        Not in -- in relation to the
10   Sustainable Media Center?
11         Q.        No, in general.  Have you had any
12   e-mail correspondence with Ms. Haugen?
13         A.        Yes.
14         Q.        Have you had phone calls with
15   Ms. Haugen?
16         A.        Yes.
17         Q.        Have you had text messages with
18   Ms. Haugen?
19         A.        No.
20         Q.        And besides the time that we talked
21   about at the conference, have you met in person?
22         A.        No.
23         Q.        And let me go back to Mr. Bejar.
24                   Besides the times that you told us
25   that you had meetings, have you had e-mail contact
```

```
                                             Page 547
 1   with Mr. Bejar?
 2        A.        Yes.
 3        Q.        Have you had text messages with
 4   Mr. Bejar?
 5        A.        Yes.
 6        Q.        And, in fact, over the last year
 7   and a half, you've had regular discussions with
 8   him; is that fair?
 9        A.        I wouldn't characterize them as
10   regular.  I would say we -- yeah.  I wouldn't
11   characterize them as regular.  They are quite
12   scarce.
13        Q.        Okay.  Let's talk a little bit
14   about the role that you had at Meta.
15                  And if you have handy Exhibits 40
16   and 41 that were marked previously.  You have
17   those -- those e-mails in front of you?
18        A.        Yes.
19        Q.        And you remember talking about
20   those e-mails previously?
21        A.        Yes.
22        Q.        Now, in those e-mails, the very
23   first e-mails, e-mails -- both of them are e-mails
24   from you to youth advisors, correct?
25        A.        Yes, that's right.
```

Page 770

1                    CERTIFICATE
2
3
4              I HEREBY CERTIFY that the witness
   was duly sworn by me and that the deposition is a
5  true record of the testimony given by the witness.
6              It was requested before completion
   of the deposition that the witness, VAISHNAVI
7  JAYAKUMAR, have the opportunity to read and sign
   the deposition transcript.
8
9          *Michelle L Gray* (signature)

10         _____
           MICHELLE L. RIDGWAY,
11         Certified Shorthand Reporter,
           (CA-CSR # 14592)
12         (Certified Court Reporter
           (NJ-CCR # XI02126)
13         Registered Professional Reporter,
           Certified Realtime Reporter
14         and Notary Public
           Dated:  February 4, 2025
15
16
17              (The foregoing certification of
18  this transcript does not apply to any reproduction
19  of the same by any means, unless under the direct
20  control and/or supervision of the certifying
21  reporter.)
22
23
24
25