# EXHIBIT H

KIESEL LAW LLP
MARIANA A. MCCONNELL, State Bar No. 273225
  mcconnell@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel.: 310-854-4444
Fax: 310-854-0812

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, LLC
JOSEPH VANZANDT (admitted pro hac vice)
  joseph.vanzandt@beasleyallen.com
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343

THE LANIER LAW FIRM, P.C.
RACHEL LANIER, State Bar No. 343171
  rachel.lanier@lanierlawfirm.com
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – SPRING STREET COURTHOUSE

| | |
|---|---|
| **COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]**<br><br>**SOCIAL MEDIA CASES**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Cases*<br><br>*(Christina Arlington Smith, et al., v. TikTok Inc., et al., Case No. 22STCV21355)* | **JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255**<br><br>Lead Case No. For Filing Purposes: 22STCV21355<br><br>Judge: Hon. Carolyn B. Kuhl<br>SSC-12<br><br>**PLAINTIFFS' GENERAL CAUSATION EXPERT DESIGNATION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby submit, pursuant to California *Code of Civil Procedure* section 2034.210, *et seq.* this disclosure regarding general causation expert witness information.

The following retained experts are expected to offer opinion testimony at trial:

1. Kara Bagot, M.D.

1
PLAINTIFFS' GENERAL CAUSATION EXPERT DESIGNATION

University of California, Los Angeles
Department of Psychiatry & Biobehavioral Sciences
300 LA Medical Plaza, Suite 1100
Los Angeles, CA 30095

2. Dimitri Christakis, M.D., M.P.H.
University of Washington
Department of Pediatrics, Division of General Pediatrics
Seattle Children's Research Institute, Center for Child Health, Behavior and Development
2001 Eighth Avenue, Suite 400, M/S CW8-6
Seattle, WA 9812

3. Drew Cingel, Ph.D.
373 Kerr Hall
Department of Communication
College of Letters and Science
University of California, Davis
One Shields Avenue
Davis, CA 95616

4. Gary Goldfield, Ph.D.
Healthy Active Living & Obesity (HALO) Research Group
Children's Hospital of Eastern Ontario Research Institute
401 Smyth Rd.
Ottawa, ON. K1H 8L1

5. Anna Lembke, M.D.
Stanford University School of Medicine
Department of Psychiatry and Behavioral Sciences
401 Quarry Road
Stanford, CA, 9430

6. Ramin Mojtabai, M.D., Ph.D., MPH
Tulane University
Department of Psychiatry and Behavioral Sciences
1440 Canal St, Suite 1000
New Orleans, LA 70112

7. Stuart Murray, MSc., DClinPsych, Ph.D.
University of Southern California
Department of Psychiatry
2250 Alcazar Street
Los Angeles, CA 90033

8. Eva Telzer, Ph.D.
University of North Carolina at Chapel Hill
Department of Psychology and Neuroscience
Box #3270, 235 E. Cameron Ave

        Chapel Hill, NC 27599

9.     Jean M. Twenge, Ph.D.
       San Diego State University
       Department of Psychology
       5500 Campanile Drive
       San Diego, CA 9218

Pursuant to California Code of Civil Procedure section 2034.210, et seq., Plaintiffs state that they may call one or more witnesses at trial who are not retained experts and are not required to provide written reports but whose testimony may include information that could be considered "expert testimony." If called, the following witnesses are expected to testify as to their respective backgrounds, professional observations, experiences and training, and consistent with the deposition testimony previously given in this action:

1.     Arturo Bejar
       13950 Saratoga Vista
       Saratoga, CA 95070

2.     Vaishnavi Jayakumar
       55 Suffolk Street, Apt. 2114
       New York, NY 10002

3.     Alison Lee, Ph.D.
       4610 Hubbard Street, Apt. 710
       Emeryville, CA 94608

4.     Aza Raskin
       1536 Oxford St.
       Berkeley, CA 94709

5.     Lotte Rubaek
       Godhavnsvej 1
       Hellerup, Denmark

6.     Joshua Simons MP
       c/o Joshua Levy
       Levy Firestone Muse LLP
       900 17th St. NW, Ste. 1200
       Washington, DC 20006

Plaintiffs reserve the right to amend, withdraw, or supplement this designation as provided by law, to call all experts designated by any other party to this action, to solicit opinion testimony

from custodians of records to the extent such testimony is needed for proper authentication of records, and to call any additional experts to rebut or impeach expert or lay testimony.

In addition, Plaintiffs make this designation subject to the reservation of the following rights:

(a) the right to supplement this designation pursuant to California *Code of Civil Procedure* section 2034.280, as well as any future rulings or decisions of the Court that affect the scope of evidence in the trial;

(b) the right to expand this designation or designate new experts to respond to the opinions offered by Defendants' experts in their depositions;

(c) the right to call at trial experts not previously designated and/or individuals designated as experts by any other party in this action pursuant to California *Code of Civil Procedure* section 2034.310; and

(d) the right to elicit any expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the California Rules of Civil Procedure and California Rules of Evidence.

(e)

Further, by designating these general causation witnesses, Plaintiffs do not intend to waive any objections to deposition testimony, exhibits, or other evidence or argument. Pursuant to the agreement between the parties, these general causation expert designations are being served without a formal declaration as would otherwise be included per California *Code of Civil Procedure* section 2034.260(c).

DATED: April 18, 2025

                THE LANIER LAW FIRM, P.C.

By: *[signature: Rachel Lanier]*
Rachel Lanier
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
Joseph G. VanZandt
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Joseph.VanZandt@BeasleyAllen.com

KIESEL LAW LLP
Paul R. Kiesel
Mariana A. McConnell
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444
kiesel@kiesel.law
mcconnell@kiesel.law

PANISH | SHEA | RAVIPUDI LLP
Brian J. Panish
Rahul Ravipudi
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 477-1700
Fax: (310) 477-1699
panish@panish.law
ravipudi@panish.law
jcreed@panish.law

*Co-Lead, Co-Liaison, and Leadership Counsel for Plaintiffs*

5
PLAINTIFFS' GENERAL CAUSATION EXPERT DESIGNATION