*[Submitting Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-md-03047<br><br>MDL No. 3047 |
| This Document Relates To:<br><br>N.K., filed on behalf of minor S.K. v. META PLATFORMS, INC., et al. \| Case No. 23-CV-1584 | **PLAINTIFFS' TEMPORARY SEALING MOTION (MOTION FOR LEAVE TO FILE COMPLETE EVIDENCE IN SUPPORT OF PLAINTIFFS' LETTER BRIEF REGARDING PERSONAL INJURY BELLWETHER POOL)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>**Date:** June 13, 2025<br>**Time:** 8 a.m.<br>**Courtroom:** 1 |

    Pursuant to the Court's Oder Setting Sealing Procedures (ECF No. 341), Personal Injury Plaintiffs file the instant Temporary Sealing Motion requesting to file under seal Plaintiffs' Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool. The reasons for sealing will be addressed in a forthcoming omnibus motion.

    Below is the chart the Court Requested in ECF No. 341:

| Docket No. | Document | Whether the Document Contains the Filing Party's Confidential Information or Another Party's Confidential Information |
|---|---|---|
| 2007-1 | Plaintiff's Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool (Sealed) | Filing Party |
| 2007-2 | Declaration of Lance V. Oliver in Support of Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool (Sealed) | Filing Party |
| 2007-3 | Exhibit A to accompany 2007-2 | Filing Party |

Dated: June 4, 2025            */s/ Lance V. Oliver*

Lance V. Oliver

LANCE V. OLIVER
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
loliver@motleyrice.com

***Counsel for Plaintiff***