*[Submitting Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-md-03047<br><br>MDL No. 3047 |
| This Document Relates To:<br><br>N.K., filed on behalf of minor S.K. v. META PLATFORMS, INC., et al. \| Case No. 23-CV-1584 | **MOTION FOR LEAVE TO FILE COMPLETE EVIDENCE IN SUPPORT OF PLAINTIFFS' LETTER BRIEF REGARDING PERSONAL INJURY BELLWETHER POOL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>**Date:** June 13, 2025<br>**Time:** 9 a.m.<br>**Courtroom:** 1 |

[redacted]