1  CHRISTOPHER CHIOU, State Bar No. 233587
   WILSON SONSINI GOODRICH & ROSATI
2  cchiou@wsgr.com
   633 West Fifth Street
3  Los Angeles, CA 90071-2048
   Telephone: (323) 210-2900
4  Facsimile: (866) 974-7329

5  *Attorneys for Defendants YouTube, LLC and*
   *Google LLC*

6

7  *Additional parties and counsel listed on*
   *signature pages*

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13 | IN RE: SOCIAL MEDIA ADOLESCENT    )   MDL No. 3047
   | ADDICTION/PERSONAL INJURY         )   CASE NO.:  4:22-md-03047-YGR
14 | PRODUCTS LIABILITY LITIGATION     )
                                       )
15                                     )   **STIPULATION EXTENDING TIME TO**
                                       )   **FILE OMNIBUS SEALING**
16   THIS DOCUMENT RELATES TO:         )   **STIPULATION REGARDING**
     ALL ACTIONS                       )   **SOURCE "B" BRIEF**
17                                     )
                                       )   Honorable Yvonne Gonzalez Rogers
18                                     )   Honorable Peter H. Kang
                                       )
19                                     )
                                       )
20                                     )
                                       )
21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER                    CASE NO.: 4:22-03047-YGR

1      Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties submit this stipulation extending the time to make an omnibus sealing filing.

     On May 23, 2025, the Parties filed a Joint Letter Brief re YouTube's Search and Production from Noncustodial Source "B." Dkt. 1974. The Parties filed a joint temporary sealing motion pursuant to ECF 341 regarding material in the brief.

     Section II.C of the Court's Order Setting Sealing Procedures permits the Parties, by stipulation, to extend the time to file an Omnibus Stipulation or Omnibus Motion to 21 days after the conclusion of briefing. The Parties agree that extending the time to make the omnibus filing is appropriate.

     Accordingly, the Parties stipulate that the deadline to file an Omnibus Stipulation and/or Omnibus Motion is extended to June 13, 2025.

**IT IS SO STIPULATED AND AGREED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                               Honorable Peter H. Kang
                               United States District Judge

Dated: June 6, 2025                  Respectfully submitted,

                               **WILSON SONSINI GOODRICH & ROSATI**
                               **Professional Corporation**

                               */s/ Christopher Chiou*
                               Christopher Chiou (State Bar No. 233587)
                               Wilson Sonsini Goodrich & Rosati
                               cchiou@wsgr.com
                               Matthew K. Donohue (State Bar No. 302144)
                               mdonohue@wsgr.com
                               633 West Fifth Street
                               Los Angeles, CA 90071-2048
                               Telephone: (323) 210-2900

| | |
|---|---|
| 1 | |
| 2 | Brian M. Willen, *pro hac vice*<br>Wilson Sonsini Goodrich & Rosati<br>bwillen@wsgr.com<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800 |

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr. com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr. com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC, and Google LLC*

| | | |
|---|---|---|
| 1 | Dated: June 6, 2025 | */s/ Lexi J. Hazam* |
| 2 | | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 3 | | **BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor |
| 4 | | San Francisco, CA 94111-3339<br>Telephone: 415-956-1000 |
| 5 | | lhazam@lchb.com |
| 6 | | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 7 | | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 8 | | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 9 | | Co-Lead Counsel |
| 10 | | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 11 | | 55 Challenger Road, 6th floor<br>Ridgefield Park, NJ 07660 |
| 12 | | Telephone: 973-639-9100<br>cseeger@seegerweiss.com |
| 13 | | |
| 14 | | Counsel to Co-Lead Counsel and Settlement Counsel |
| 15 | | JENNIE LEE ANDERSON |
| 16 | | **ANDRUS ANDERSON, LLP**<br>155 Montgomery Street, Suite 900 |
| 17 | | San Francisco, CA 94104<br>Telephone: 415-986-1400 |
| 18 | | jennie@andrusanderson.com |
| 19 | | Liaison Counsel |
| 20 | | JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN** |
| 21 | | **PORTIS & MILES, P.C.**<br>234 Commerce Street |
| 22 | | Montgomery, AL 36103<br>Telephone: 334-269-2343 |
| 23 | | joseph.vanzandt@beasleyallen.com |
| 24 | | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |
| 25 | | 220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502 |
| 26 | | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 27 | | Federal/State Liaison Counsel |
| 28 | | |

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT

| | |
|---|---|
| 1 | |
| 2 | **WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br>Telephone: 210-448-0500<br>PBoldt@WattsGuerra.com |

**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016

Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 6, 2025                              */s/ Christopher Chiou*
                                                 Christopher Chiou