Attachment 1

1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3
4

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

Case No. 4:22-md-03047-YGR

MDL No. 3047

5
6
7
8

This Document Relates to:

ALL ACTIONS

**STATE ATTORNEYS GENERAL'S FIRST
SET OF REQUESTS FOR ADMISSION TO
THE META DEFENDANTS**

9
10
11
12
13

**PROPOUNDING PARTY:**      **State Attorney General Plaintiffs**

14

**RESPONDING PARTIES:**      **Defendants Meta Platforms, Inc., Instagram, LLC; Meta
                              Payments, Inc.; and Meta Platforms Technologies, LLC**

15
16

**SET:**                          **1**

17

**DATE OF SERVICE:**          **February 14, 2025**

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, the State Attorney General Plaintiffs, through the undersigned counsel, propound the following Requests for Admission on Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (collectively "Meta Defendants"). Responses to these Requests for Admission, or objections in lieu thereof, shall be served within 30 days after service of this document and in accordance with the definitions and instructions below.

## I.    **DEFINITIONS**

1.    **"Child"** or **"Children"** means individual(s) under the age of thirteen (13).

2.    "**Facebook Platform**" or "**Facebook**" means any version of the Facebook platform made available for use, including versions for use on mobile devices or by accessing a URL on the internet, with or without logging into an account, and including all features or surfaces accessible to some or all users of the platform.

3.    "**Instagram Platform**" or "**Instagram**" means any version of the Instagram platform made available for use, including versions for use on mobile devices or by accessing a URL on the internet, with or without logging into an account, and including all features or surfaces accessible to some or all users of the platform.

4.    **"Personal information"** has the same meaning as the term is defined in 16 CFR § 312.2.

5.    **"User"** means a user of Facebook or Instagram, whether the individual has an account on either platform or not.

6.    "**You**," "**Your**," "**Defendant**," or "**Defendants**" means the above-named Responding Party or Parties (individually and, where applicable, collectively); each of their predecessor or successor business entities; each foreign or domestic nongovernmental or private corporation or entity with which they are commonly owned, including subsidiaries and parent corporations; each of their former or present Units; and for each of the foregoing all former or present directors, officers, members, partners, principals, employees, contractors, agents, attorneys, experts, investigators, consultants, or other persons authorized to act on their behalf.

7.    **"Your Platforms"** means the Facebook and Instagram Platforms.

## II.  RULES OF CONSTRUCTION

1.      The use of the conjunctive includes the use of the disjunctive and the use of the disjunctive includes the use of the conjunctive.

2.      The use of the singular form of any word includes the plural, and vice versa; and the use of the masculine gender shall include the feminine and the neutral genders, and vice versa.

3.      The use of any tense of any verb shall also include within its meaning all other tenses of the verb.

4.      A term or word defined herein is meant to include both the lower and upper case reference to such term or word.

## III.  <u>INSTRUCTIONS</u>

1.      Each matter contained herein shall be deemed admitted unless Plaintiffs receive a written answer or objection to each Request, signed by counsel, within thirty (30) days after service of these Requests.

2.      If You deny, or refuse to admit, any Request, in whole or in part, You must "state in detail why [You] cannot truthfully admit or deny" the Request, in accordance with Rule 36(a)(4) of the Federal Rules of Civil Procedure.

3.      You may not give lack of information or knowledge as a reason for Your failure to admit or deny a request unless You state that You have made reasonable inquiry and that the information known or readily obtainable by You is insufficient to enable You to admit or deny the admission requested. Fed. R. Civ. P. 36(a)(4).

4.      You may not object to a Request on grounds that the matter for which an admission is requested presents a genuine issue for trial.

5.      Unless otherwise indicated, the relevant time period for the information sought is 2012 to the present ("Relevant Time Period").

IV.    **REQUESTS FOR ADMISSION**

**REQUEST NO. 9.**

Admit that you collect personal information from persons who visit Facebook or Instagram pages without having logged into a Facebook or Instagram account.

**RESPONSE:**

**REQUEST NO. 10.**

Admit that you collect personal information from users who use Facebook and Instagram while logged in to their accounts.

**RESPONSE:**

**REQUEST NO. 11.**

Admit that Facebook and/or Instagram accounts linked together through the Linked Accounts feature belong to the same individual user.

**RESPONSE:**

**REQUEST NO. 12.**

Admit that Facebook and/or Instagram accounts linked together through the Accounts Center feature belong to the same individual user.

**RESPONSE:**

**REQUEST NO. 13.**

Admit that each Facebook and/or Instagram account that is hard-linked to other accounts belongs to the same individual user as the accounts to which it is hard-linked.

**RESPONSE:**

**REQUEST NO. 14.**

Admit that Facebook and/or Instagram accounts that you connect using "soft-match" techniques likely belong to the same individual user.

   **RESPONSE:**


**REQUEST NO. 15.**

Admit that Facebook and/or Instagram accounts that you connect using "soft-match" techniques belong to the same individual user.

   **RESPONSE:**


**REQUEST NO. 16.**

Admit that you use personal information collected from users of your Platforms to develop, train, or validate algorithms or models.

   **RESPONSE:**


**REQUEST NO. 17.**

Admit that, when you identify a user as likely being a Child and schedule the user's data for deletion, you do not determine whether the user's data was used to develop, train, or validate any of your algorithms or models.

   **RESPONSE:**

1

2   Dated:  February 14, 2025                    /s/ Joshua Olszewski-Jubelirer

3

4   **PHILIP J. WEISER**                         **ROB BONTA**
    Attorney General                             Attorney General
5   State of Colorado                            State of California

6   /s/ Krista Batchelder                         /s/ Joshua Olszewski-Jubelirer
    Krista Batchelder (CO Reg. 45066),           Nicklas A. Akers (CA SBN 211222)
7   pro hac vice                                 Senior Assistant Attorney General
    Deputy Solicitor General                     Bernard Eskandari (SBN 244395)
8   Shannon Stevenson (CO Reg. 35542),           Emily Kalanithi (SBN 256972)
    pro hac vice                                 Supervising Deputy Attorneys General
    Solicitor General                            Nayha Arora (CA SBN 350467)
9   Elizabeth Orem (CO Reg. 58309), pro hac vice David Beglin (CA SBN 356401)
    Assistant Attorney General                   Megan O'Neill (CA SBN 343535)
10  Colorado Department of Law                   Joshua Olszewski-Jubelirer (CA SBN 336428)
    Ralph L. Carr Judicial Center                Marissa Roy (CA SBN 318773)
11  Consumer Protection Section                  Brendan Ruddy (CA SBN 297896)
    1300 Broadway, 7th Floor                     Deputy Attorneys General
12  Denver, CO 80203                             California Department of Justice
    Phone: (720) 508-6384                        Office of the Attorney General
13  krista.batchelder@coag.gov                   1515 Clay Street, Suite 2000
    Shannon.stevenson@coag.gov                   Oakland, CA 94612
14  Elizabeth.orem@coag.gov                      Phone: (510) 879-1300
                                                 Fax: (510) 622-2270
15  Attorneys for Plaintiff State of Colorado, ex rel.  Joshua.OlszewskiJubelirer@doj.ca.gov
    Philip J. Weiser, Attorney General
16                                               Attorneys for Plaintiff the People of the State
                                                 of California
17

18

19

20

21

22

23

24

25

26

27

28

STATE ATTORNEYS GENERAL'S FIRST SET OF
REQUESTS FOR ADMISSION TO THE META
DEFENDANTS - CASE NO. 4:22-MD-03047-YGR

1  | **RUSSELL COLEMAN** | **MATTHEW J. PLATKIN**
   | Attorney General | Attorney General
2  | Commonwealth of Kentucky | State of New Jersey

3  | */s/ Philip Heleringer*
   | J. Christian Lewis (KY Bar No. 87109),
4  | *Pro hac vice*
   | Philip Heleringer (KY Bar No. 96748),
5  | *Pro hac vice*
   | Zachary Richards (KY Bar No. 99209),
6  | *Pro hac vice*
   | Daniel I. Keiser (KY Bar No. 100264),
7  | *Pro hac vice*
   | Matthew Cocanougher (KY Bar No. 94292),
8  | *Pro hac vice*
   | Assistant Attorneys General
9  | 1024 Capital Center Drive, Suite 200
   | Frankfort, KY 40601
10 | CHRISTIAN.LEWIS@KY.GOV
   | PHILIP.HELERINGER@KY.GOV
11 | ZACH.RICHARDS@KY.GOV
   | DANIEL.KEISER@KY.GOV
12 | MATTHEW.COCANOUGHER@KY.GOV
   | Phone: (502) 696-5300
13 | Fax: (502) 564-2698

14 | *Attorneys for Plaintiff the Commonwealth of*
   | *Kentucky*

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney
General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney*
*General and the New Jersey Division of*
*Consumer Affairs Matthew J. Platkin,*
*Attorney General for the State of New Jersey,*
*and Cari Fais, Acting Director of the New*
*Jersey Division of Consumer Affairs*

STATE ATTORNEYS GENERAL'S FIRST SET OF
REQUESTS FOR ADMISSION TO THE META
DEFENDANTS - CASE NO. 4:22-MD-03047-YGR

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        The undersigned hereby certifies that a copy of the foregoing was served via electronic mail

4  on February 14, 2025 to Counsel for Defendants Meta Platforms, Inc., Instagram, LLC; Meta

5  Payments, Inc.; and Meta Platforms Technologies, LLC:

6        MetaNoticeofService@cov.com

7        ASHLEY M. SIMONSEN, SBN 275203
         asimonsen@cov.com
8        COVINGTON & BURLING LLP
9        1999 Avenue of the Stars
         Los Angeles, CA 90067
10       Tel.: 424-332-4800

11       PHYLLIS A. JONES, pro hac vice
         pajones@cov.com
12       PAUL W. SCHMIDT, pro hac vice
         pschmidt@cov.com
13       MICHAEL X. IMBROSCIO, pro hac vice
         mimbroscio@cov.com
14       COVINGTON & BURLING LLP
         One City Center
15       850 Tenth Street, NW
16       Washington, DC 20001-4956
         Tel.: 202-662-6000
17

18
   Dated: February 14, 2025
19

20                                              */s/ Joshua Olszewski-Jubelirer*
                                                Joshua Olszewski-Jubelirer
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE FOR STATE AG'S FIRST
SET OF RFAS TO THE META DEFENDANTS - CASE NO.
4:22-MD-03047-YGR