Case 4:22-md-03047-YGR   Document 2015   Filed 06/09/25   Page 1 of 1

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| a Adolescent Addiction/Personal Injury Products Liabili | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-md-03047 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff State of Colorado                                                      .

Date:     06/09/2025

/s/ Jason Slothouber
*Attorney's signature*

Jason Slothouber, CO Reg. No. 43496
*Printed name and bar number*
1300 Broadway
10th Floor
Denver, CO 80203

*Address*

jason.slothouber@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6030
*FAX number*