[*Submitting Counsel on signature page*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING YOUTUBE'S PRODUCTION FROM NON-CUSTODIAL SOURCES**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

**A. Stipulation Regarding Resolution of the Parties Dispute Concerning YouTube's Production from Source L.**

1. WHEREAS, the Parties previously agreed to extend the deadline to brief the deficiency dispute for the L source to May 30, 2025, and the Court granted the Parties' requested schedule, Dkt. 1989;

2. WHEREAS, the Parties continued to meet and confer to reach resolution on the dispute related to the L source and have reached agreement;

3. NOW THEREFORE, the Parties hereby agree that the dispute as to the L source has been resolved without the need for court intervention, as follows:

   a. YouTube will provide certain agreed-upon documents related to the new search of the L Source using Plaintiffs' terms by June 11, 2025.

   b. YouTube will complete the new search and production from the L source by June 18, 2025, subject to the parties' timely agreement to a new search methodology for this source.

   c. Plaintiffs may take limited additional fact witness deposition testimony subject to the terms of the parties' agreement, to be completed by July 16, 2025.

   d. YouTube may incorporate its completed productions from L Source and the related fact witness depositions in its Responsive Reports for Non-Case-Specific and Causation Experts due on July 9, 2025.

   e. A limited agreed-upon number of Plaintiffs' experts may amend their reports to address or incorporate the productions from L Source and the testimony from the related fact witnesses subject to the parties agreed-upon scope. Plaintiffs' expert report amendments, if any, will be incorporated into Plaintiffs' Rebuttal Reports for Non-Case-Specific and Causation Experts, to be completed by July 30, 2025.

f.  Except as to the agreements incorporated herein, Plaintiffs agree not to seek additional discovery or other relief with respect to the L Source.

**B. Stipulation Regarding Briefing Concerning the Production of Documents from Source M**

1. WHEREAS, the Parties previously agreed to brief any deficiency dispute for the M source by June 6, 2025, (fifteen (15) business days after May 15), and the Court granted the Parties' requested schedule, Dkt. 1861; and

2. WHEREAS, the Parties are continuing to meet and confer to reach resolution on the dispute related to this source;

3. NOW, THEREFORE, the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any brief will be submitted on June 27, 2025.

**C. Stipulation Regarding Briefing Concerning the Parties' Stipulation Concerning the Authenticity and Admissibility of YouTube's Productions from Non-Custodial Sources**

1. WHEREAS, the Parties previously agreed to brief any dispute concerning the Parties' stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source to be briefed as a part of any Joint Letter Brief contemplated in regard to disputes concerning these sources, and the Court granted the Parties' requested schedule, Dkt. 1861; and

2. WHEREAS, the Parties are continuing to meet and confer to reach resolution on disputes and searches related to the sources at issue, and accordingly, the Parties' stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

3. NOW, THEREFORE, the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any brief will be submitted on June 27, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1
2  Dated: June 9, 2025
3                                              Honorable Peter H. Kang
                                               U.S. Magistate Judge
4
5
6  Dated: June 6, 2025                         Respectfully submitted,
7                                              **WILSON SONSINI GOODRICH & ROSATI**
                                               **Professional Corporation**
8
9                                              /s/ Christopher Chiou
                                               Christopher Chiou (State Bar No. 233587)
                                               Wilson Sonsini Goodrich & Rosati
10                                             cchiou@wsgr.com
                                               Matthew K. Donohue (State Bar No. 302144)
11                                             mdonohue@wsgr.com
                                               633 West Fifth Street
12                                             Los Angeles, CA 90071-2048
                                               Telephone: (323) 210-2900
13                                             Facsimile: (866) 974-7329
14                                             Brian M. Willen, *pro hac vice*
                                               Wilson Sonsini Goodrich & Rosati
15                                             bwillen@wsgr.com
                                               1301 Avenue of the Americas, 40th Floor
16                                             New York, New York 10019
                                               Telephone: (212) 999-5800
17                                             Facsimile: (212) 999-5899
18                                             Lauren Gallo White (State Bar No. 309075)
                                               Wilson Sonsini Goodrich & Rosati
19                                             lwhite@wsgr.com
                                               Andrew Kramer (State Bar No. 321574)
20                                             akramer@wsgr. com
                                               Carmen Sobczak (State Bar No. 342569)
21                                             csobczak@wsgr. com
                                               One Market Plaza, Spear Tower, Suite 3300
22                                             San Francisco, CA 94105
                                               Telephone: (415) 947-2000
23                                             Facsimile: (415) 947-2099
24
25                                             **MORGAN, LEWIS & BOCKIUS LLP**

26                                             Yardena R. Zwang-Weissman (SBN 247111)
                                               yardena.zwang-weissman@morganlewis.com
27                                             300 South Grand Avenue, 22nd Floor
                                               Los Angeles, CA 90071-3132
28

|    |                        |                                                         |
|----|------------------------|---------------------------------------------------------|
| 1  |                        | Telephone: (213) 612-7238                               |
| 2  |                        | Brian Ercole *(pro hac vice)*                           |
|    |                        | brian.ercole@morganlewis.com                            |
| 3  |                        | 600 Brickell Avenue, Suite 1600                         |
|    |                        | Miami, FL 33131-3075                                    |
| 4  |                        | Telephone: (305) 415-3416                               |
| 5  |                        | Stephanie Schuster *(pro hac vice)*                     |
|    |                        | Stephanie.schuster@morganlewis.com                      |
| 6  |                        | 1111 Pennsylvania Avenue NW                             |
|    |                        | Washington, DC 20004-2541                               |
| 7  |                        | Telephone: (202) 373-6595                               |
| 8  |                        | **WILLIAMS & CONNOLLY LLP**                             |
| 9  |                        | Joseph G. Petrosinelli                                  |
|    |                        | jpetrosinelli@wc.com                                    |
| 10 |                        | Ashley W. Hardin                                        |
|    |                        | ahardin@wc.com                                          |
| 11 |                        | 680 Maine Avenue, SW                                    |
|    |                        | Washington, DC 20024                                    |
| 12 |                        | Telephone.: (202) 434-5000                              |
|    |                        | Facsimile: (202) 434-5029                               |
| 13 |                        |                                                         |
|    |                        | *Attorneys for Defendants YouTube, LLC,*                |
| 14 |                        | *and Google LLC*                                        |
| 15 | Dated: June 6, 2025    | */s/ Lexi J. Hazam*                                     |
|    |                        | LEXI J. HAZAM                                           |
| 16 |                        | **LIEFF CABRASER HEIMANN &**                            |
|    |                        | **BERNSTEIN, LLP**                                      |
| 17 |                        | 275 Battery Street, 29th Floor                          |
|    |                        | San Francisco, CA 94111-3339                            |
| 18 |                        | Telephone: 415-956-1000                                 |
|    |                        | lhazam@lchb.com                                         |
| 19 |                        |                                                         |
| 20 |                        | PREVIN WARREN                                           |
|    |                        | **MOTLEY RICE LLC**                                     |
| 21 |                        | 401 9th Street NW Suite 630                             |
|    |                        | Washington DC 20004                                     |
| 22 |                        | Telephone: 202-386-9610                                 |
|    |                        | pwarren@motleyrice.com                                  |
| 23 |                        | Co-Lead Counsel                                         |
| 24 |                        | CHRISTOPHER A. SEEGER                                   |
|    |                        | **SEEGER WEISS, LLP**                                   |
| 25 |                        | 55 Challenger Road, 6th floor                           |
|    |                        | Ridgefield Park, NJ 07660                               |
| 26 |                        | Telephone: 973-639-9100                                 |
|    |                        | Facsimile: 973-679-8656                                 |
| 27 |                        | cseeger@seegerweiss.com                                 |
| 28 |                        |                                                         |

|   |   |
|---|---|
| 1 | |
| 2 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 3 | JENNIE LEE ANDERSON |
| 4 | **ANDRUS ANDERSON, LLP**<br>155 Montgomery Street, Suite 900 |
| 5 | San Francisco, CA 94104<br>Telephone: 415-986-1400 |
| 6 | jennie@andrusanderson.com |
| 7 | Liaison Counsel |
| 8 | JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN** |
| 9 | **PORTIS & MILES, P.C.**<br>234 Commerce Street |
| 10 | Montgomery, AL 36103<br>Telephone: 334-269-2343 |
| 11 | joseph.vanzandt@beasleyallen.com |
| 12 | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN** |
| 13 | 220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502 |
| 14 | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 15 | Federal/State Liaison Counsel |
| 16 | MATTHEW BERGMAN |
| 17 | **SOCIAL MEDIA VICTIMS LAW CENTER**<br>821 Second Avenue, Suite 2100 |
| 18 | Seattle, WA 98104<br>Telephone: 206-741-4862 |
| 19 | matt@socialmediavictims.org |
| 20 | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC** |
| 21 | 700 Broadway<br>New York, NY 10003 |
| 22 | Telephone: 212-558-5500<br>Facsimile: 212-344-5461 |
| 23 | jbilsborrow@weitzlux.com |
| 24 | JAYNE CONROY<br>**SIMMONS HANLY CONROY LLP** |
| 25 | 112 Madison Ave, 7th Floor<br>New York, NY 10016 |
| 26 | Telephone: 917-882-5522<br>jconroy@simmonsfirm.com |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | ANDRE MURA |
| 2 | **GIBBS LAW GROUP, LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 3 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 4 | |
| 5 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 6 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 7 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 8 | MICHAEL M. WEINKOWITZ |
| 9 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street Suite 500<br>Philadelphia, PA 19106 |
| 10 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |
| 11 | |
| 12 | Plaintiffs' Steering Committee Leadership |
| 13 | RON AUSTIN<br>**RON AUSTIN LAW** |
| 14 | 400 MANHATTAN BLVD<br>HARVEY, LA 70058 |
| 15 | Telephone: 504-227–8100<br>raustin@ronaustinlaw.com |
| 16 | PAIGE BOLDT |
| 17 | **WATTS GUERRA LLP**<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |
| 18 | Telephone: 210-448-0500<br>PBoldt@WattsGuerra.com |
| 19 | |
| 20 | THOMAS P. CARTMELL<br>**WAGSTAFF & CARTMELL LLP** |
| 21 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 22 | Telephone: 816-701 1100<br>tcartmell@wcllp.com |
| 23 | SARAH EMERY |
| 24 | **HENDY JOHNSON VAUGHN EMERY, PSC**<br>2380 Grandview Drive<br>Ft. Mitchell, KY 41017 |
| 25 | Telephone: 888-606-5297<br>semery@justicestartshere.com |
| 26 | |
| 27 | CARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC** |
| 28 | |

16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436

|   |   |
|---|---|
| 1 | Telephone: (818) 839-2333 |
| 2 | Facsimile: (818) 986-9698 |
|   | rtellis@baronbudd.com |
|   | dfernandes@baronbudd.com |

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

## ATTESTATION

I, Audrey Siegel hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 6, 2025                          */s/ Audrey Siegel*
                                                            Audrey Siegel