Antonio J. Perez-Marques, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: + 1 (212) 450-4559
Email: antonio.perez@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALL MATTERS

MDL No. 3047

Case No.: 4:22-md-03047-YGR-PHK

**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE FRANCES HAUGEN DEPOSITION AND DOCUMENT SUBPOENA**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

Pursuant to Civil Local Rule 7-12, Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta,") and Frances Haugen, through their undersigned counsel, hereby stipulate as follows:

1. Ms. Haugen and Meta intend to submit a joint letter brief to the Court regarding their outstanding disputes over Ms. Haugen's deposition and Meta's document requests to Ms. Haugen.

2. Ms. Haugen and Meta have agreed, in light of the number and complexity of the issues to be resolved, subject to the Court's permission, that they will file a single joint letter brief of 4.5 pages per side, for a total of 9 pages of letter briefing.

**IT IS SO STIPULATED AND AGREED.**

DATED: June 11, 2025

Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

*/s/ Antonio J. Perez-Marques*

Antonio J. Perez-Marques, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, NY 10017
Telephone: + 1 (212) 450-4559
Email: antonio.perez@davispolk.com
Email: corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen (State Bar No. 275203)
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
David N. Sneed, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: dsneed@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

**LEVY FIRESTONE MUSE LLP**

*/s/ Joshua A. Levy*

Joshua A. Levy

LEVY FIRESTONE MUSE LLP
900 17th Street NW, Suite 605
Washington, DC 20006
Telephone: + 1 (202) 261-6564
Facsimile: +1 (202) 595-8253
Email: jal@levyfirestone.com

*Attorney for Frances Haugen*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: June 11, 2025

*/s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques

*Counsel for Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 12, 2025

PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

5

STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE FRANCES HAUGEN DEPOSITION AND DOCUMENT SUBPOENA