| | |
|---|---|
| 1 | Joseph G. Petrosinelli, *pro hac vice* |
| 2 | Ashley W. Hardin, *pro hac vice*<br>WILLIAMS & CONNOLLY LLP |
| 3 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 4 | Telephone: +1 (202) 434-5000<br>jpetrosinelli@wc.com |
| 5 | ahardin@wc.com |
| 6 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 7 | |
| 8 | *Additional parties and counsel listed on signature pages* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
| This Document Relates To:<br><br>*The School Board of Hillsborough County, Florida v. Meta Platforms, Inc., et al.*, No. 24-cv-01573<br><br>*Board of Education of Jordan School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01377<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01382 | **STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING STIPULATION AND/OR MOTION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties submit this stipulation extending the time to make an omnibus sealing filing.

On May 9, 2025, Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.; TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC; Snap Inc.; and YouTube, LLC, Google LLC, and Alphabet Inc. (each a

1  "Defendant," and collectively the "Defendants") filed Defendants' Motion to Preclude Plaintiffs
2  from Relying on Late-Disclosed Witnesses.  (ECF Nos. 1951, 1952).  Defendants filed a
3  temporary sealing motion pursuant to ECF No. 341 regarding material in the motion.  (ECF No.
4  1952).  Briefing concluded on the Motion on May 30, 2025.

Section II.C of the Court's Order Setting Sealing Procedures permits the Parties, by stipulation, to extend the time to file an Omnibus Stipulation or Omnibus Motion to 21 days after the conclusion of briefing.  The Parties agree that extending the time to make the omnibus filing is appropriate.

Accordingly, the Parties stipulate that the deadline to file an Omnibus Stipulation and/or Omnibus Motion is extended to June 20, 2025.

**IT IS SO STIPULATED AND AGREED**, through the Counsel of Record.

Dated:  June 13, 2025                     Respectfully submitted,


COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749Email:
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
pschmidt@cov.com
Phyllis A. Jones, *pro hac vice*
pajones@cov.com
Christian J. Pistilli, *pro hac vice*
cpistilli@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

| | |
|---|---|
| 1 | Emily Johnson Henn (State Bar No. 269482) |
| 2 | ehenn@cov.com |
|  | COVINGTON & BURLING LLP |
| 3 | 3000 El Camino Real |
|  | 5 Palo Alto Square, 10th Floor |
| 4 | Palo Alto, CA 94306 |
|  | Telephone: + 1 (650) 632-4700 |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

KING & SPALDING LLP

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
           tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300

Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: + 1 (612) 766-7000

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

MUNGER, TOLLES & OLSON LLP

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: +1 (415) 512-4000

Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com
Rowley Rice (State Bar No. 313737)
Rowley.Rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: +1 (213) 683-9100

Stephany Reaves, *pro hac vice*
Stephany.Reaves@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001-5369
Telephone: +1 (202) 220-1100

|   |   |
|---|---|
| 1 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 |   |
| 3 | Laura Bernescu, *pro hac vice* |
|   | Laura.Bernescu@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 5 | 320 South Canal Street |
|   | Chicago, IL 60606 |
| 6 | Telephone: +1 (312) 407-0709 |
| 7 |   |
|   | KIRKLAND & ELLIS LLP |
| 8 |   |
|   | Jessica Davidson, *pro hac vice* |
| 9 | Jessica.Davidson@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 10 | 601 Lexington Avenue |
|   | New York, NY 10022 |
| 11 | Telephone: +1 (212) 446-4723 |
| 12 |   |
|   | *Attorneys for Defendant Snap Inc.* |
| 13 |   |
| 14 | WILLIAMS & CONNOLLY LLP |
| 15 |   |
|   | /s/ *Ashley W. Hardin* |
| 16 | Joseph G. Petrosinelli, *pro hac vice* |
|   | jpetrosinelli@wc.com |
| 17 | Ashley W. Hardin, *pro hac vice* |
|   | ahardin@wc.com |
| 18 | WILLIAMS & CONNOLLY LLP |
|   | 680 Maine Avenue, SW |
| 19 | Washington, DC 20024 |
| 20 | Telephone: +1 (202) 434-5000 |
| 21 |   |
|   | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 22 |   |
| 23 |   |
|   | /s/ *Austin Brane* |
| 24 | Austin Brane, SBN 286227 |
|   | Thomas P. Cartmell (*pro hac vice*) |
| 25 | Jonathan P. Kieffer (*pro hac vice*) |
|   | WAGSTAFF & CARTMELL LLP |
| 26 | 4740 Grand Avenue, Suite 300 |
|   | abrane@wcllp.com |
| 27 |   |
| 28 |   |

- 5 -  Case No. 4:22-MD-03047-YGR

STIPULATION EXTENDING TIME

|   |   |
|---|---|
| 1 | Kansas City, MO 64112 |
| 2 | Tel: (816) 701-1100 |
|   | tcartmell@wcllp.com |
| 3 | jpkieffer@wcllp.com |

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
James Lampkin (*pro hac vice*)
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
James. Lampkin@BeasleyAllen.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
GOZA & HONNOLD LLC
9500 Nall Ave., Ste 400
Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

*Counsel for Plaintiffs The School Board of Hillsborough County, Florida, Board of Education of Jordan School District, and Tucson Unified School District*

**LOCAL RULE 5-1 ATTESTATION**

I, Joseph Sandoval-Bushur, hereby attest in accordance with Local Rule 5-1 that each signatory has concurred in the filing of the document.

Dated:  June 13, 2025  By:  */s/ Joseph Sandoval-Bushur*
Joseph Sandoval-Bushur, *pro hac vice*

*Attorneys for Defendants YouTube, LLC and Google LLC*