1    CHRISTOPHER CHIOU, State Bar No. 233587
2    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
3    953 East Third Street, Suite 100
     Los Angeles, CA 90013
4    Telephone: (323) 210-2900
     Facsimile: (866) 974-7329
5    Email: cchiou@wsgr.com

6    *Additional parties and counsel*
     *listed on signature pages*

7                     **UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10   IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
11   ADDICTION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION           Case Nos.:  4:22-md-03047-YGR-PHK
12                                           **OMNIBUS SEALING STIPULATION**
                                             **REGARDING DKT. NO. 1974**
13   THIS DOCUMENT RELATES TO:
     ALL ACTIONS                             Judge: Hon. Yvonne Gonzalez Rogers
14                                           Magistrate Judge: Hon. Peter H. Kang

15

16

17

18           Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023, Protective

19   Order (Dkt. No. 290) and August 1, 2023, Order Granting Motion to File Under Seal; Setting

20   Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively,

21   "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation

22   in connection with the Parties' Joint Letter Brief re YouTube's Search and Production from

23   Noncustodial Source "B" (ECF No. 1974).

24           At this time, Plaintiffs do not oppose the sealing request and reserve all rights to

25   challenge designations and sealing in the future. Accordingly, the Parties stipulate to the

26   following chart.

27

28

---

OMNIBUS SEALING STIPULATION                                    CASE NO.:  4:22-03047-YGR

## I.    UNDISPUTED REQUESTS TO MODIFY PROVISIONAL REDACTIONS

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 1974 | Joint Letter Brief re YouTube's Search and Production from Noncustodial Source "B" | Maintain provisional redactions at 1-5, with undisputed modifications to remove redactions from (a) four bulleted items on page 1, (b) the paragraph running from page 1-2, and (c) footnote 7 | Good cause exists to seal sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED:        June 13, 2025          **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI
PC953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor

New York, New York 10019Telephone: (212) 999-5800Facsimile: (212) 999-5899Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:        June 13, 2025        By: */s/ Lexi J. Hazam*
                                   LEXI J. HAZAM
                                   **LIEFF CABRASER HEIMANN &**
                                   **BERNSTEIN, LLP**
                                   275 Battery Street, 29th Floor
                                   San Francisco, CA 94111-3339
                                   Telephone: 415-956-1000
                                   lhazam@lchb.com

                                   PREVIN WARREN
                                   **MOTLEY RICE LLC**
                                   401 9th Street NW Suite 630
                                   Washington DC 20004
                                   Telephone: 202-386-9610
                                   pwarren@motleyrice.com

                                   Co-Lead Counsel

                                   CHRISTOPHER A. SEEGER
                                   **SEEGER WEISS, LLP**
                                   55 Challenger Road, 6th floor
                                   Ridgefield Park, NJ 07660
                                   Telephone: 973-639-9100
                                   Facsimile: 973-679-8656
                                   cseeger@seegerweiss.com

                                   Counsel to Co-Lead Counsel and Settlement Counsel

                                   JENNIE LEE ANDERSON
                                   **ANDRUS ANDERSON, LLP**
                                   155 Montgomery Street, Suite 900
                                   San Francisco, CA 94104
                                   Telephone: 415-986-1400
                                   jennie@andrusanderson.com

                                   Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500

Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH

**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## __ATTESTATION__

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 13, 2025

By:  _/s/ Christopher Chiou_
Christopher Chiou