```
 1   CHRISTOPHER CHIOU, State Bar No. 233587
     WILSON SONSINI GOODRICH & ROSATI
 2   Professional Corporation
     953 East Third Street, Suite 100
 3   Los Angeles, CA 90013
     Telephone: (323) 210-2900
 4   Facsimile: (866) 974-7329
     Email: cchiou@wsgr.com
 5
 6   Counsel for Defendants Google LLC and YouTube, LLC
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case Nos.:  4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF CHRISTOPHER CHIOU IN SUPPORT OF OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 1974** |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Christopher Chiou, declare as follows:

1. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati and attorney of record for Defendants YouTube, LLC and Google LLC (collectively "YouTube") in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No.: 4:22-md03047-YGR.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of the Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief re YouTube's Search and Production from Noncustodial Source "B" (ECF No. 1974). I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2. On May 23, 2025, the Parties filed the Parties' Joint Letter Brief re YouTube's

Search and Production from Noncustodial Source "B" (ECF No. 1974).

3. I have reviewed the document that YouTube seeks to seal pursuant to the Court's Order Granting Motion to File Under Seal; Setting Sealing Procedures (ECF No. 341). Based on my review of the document and in consultation with YouTube, I understand there is good cause to seal the following information:

| Dkt. No. | Description | Basis for Sealing |
|---|---|---|
| 1974 | Joint Letter Brief re YouTube's Search and Production from Noncustodial Source "B" redacted at 1–5, with undisputed modifications to remove redactions from (a) four bulleted items on page 1, (b) the paragraph running from page 1-2, and (c) footnote 7. | The redacted portions consist of sensitive and confidential information about YouTube's platform, repository, and tool design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on June 13, 2025.

/s/ Christopher Chiou
Christopher Chiou