1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  IN RE: SOCIAL MEDIA ADOLESCENT
12  ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION

MDL No. 3047

Case Nos.:  4:22-md-03047-YGR-PHK

13
14  THIS DOCUMENT RELATES TO:
    ALL ACTIONS

**[PROPOSED] ORDER ON OMNIBUS
SEALING STIPULATION
REGARDING DKT. NO. 1974**

15
16  Judge: Hon. Yvonne Gonzalez Rogers
    Magistrate Judge: Hon. Peter H. Kang
17
18

19          Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023, Protective

20  Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting

21  Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting

22  declaration, the arguments of counsel, and all other matters presented to the Court, the Court

23  rules that good cause exists to seal portions of the Parties' Joint Letter Brief re YouTube's

24  Search and Production from Noncustodial Source "B" (ECF No. 1974):

25
26
27
28

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1974 | Joint Letter Brief re YouTube's Search and Production from Noncustodial Source "B" | Maintain provisional redactions at 1-5, with undisputed modifications to remove redactions from (a) four bulleted items on page 1, (b) the paragraph running from page 1-2, and (c) footnote 7 | Granted _____ <br><br> Denied _____ |

**IT IS SO ORDERED.**

DATE: _____

_____
Hon. Peter H. Kang
United States District Judge