UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** June 13, 2025 | **Time:** 1 hour 22 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION . | |

**Attorney for Plaintiff:** Jenny Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Nicole Hall                    **Court Reporter:** Lee-Anne Shortridge

PROCEEDINGS

Further Case Management Conference and Motion hearing – Held

**Notes:** Court and Counsel discusses the first round of Personal Injury Bellwether and School District Bellwether cases set for trial.

The Court selected personal injury and school district bellwether cases for trial.

The Court orders the parties to meet and confer to complete discovery re newly disclosed school administrator.

The matter is argued and submitted. The Court will issue a written decision.