1  **FAEGRE DRINKER BIDDLE & REATH LLP**
   JORI M. LOREN (*Admitted pro hac vice*)
2  *jori.loren@faegredrinker.com*
   320 South Canal Street, Suite 3300
3  Chicago, IL 60606
   Telephone: +1 (312) 356-5116
4  Facsimile: +1 (312) 569-3000

5  NICHOLAS J. BEGAKIS (BAR NO. 253588)
   *nicholas.begakis@faegredrinker.com*
6  1800 Century Park East, Suite 1500
   Los Angeles, California  90067
7  Telephone:     +1 310 203 4000
   Facsimile:     +1 310 229 1285
8
   **KING & SPALDING LLP**
9  Geoffrey M. Drake (*Admitted pro hac vice*)
   gdrake@kslaw.com
10 David Mattern (*Admitted pro hac vice*)
   dmattern@kslaw.com
11 King & Spalding LLP
   1180 Peachtree Street, NE, Suite 1600
12 Atlanta, GA 30309
   Telephone: + 1 (404) 572-4600
13 Facsimile: + 1 (404) 572-5100

14 Attorneys for Defendants
   TIKTOK INC. and BYTEDANCE INC.
15
   Additional parties and counsel listed on
16 signature pages

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20 | IN RE: SOCIAL MEDIA ADOLESCENT | Case No. 4:22-MD-03047-YGR |
   | ADDICTION/PERSONAL INJURY      |                              |
   | PRODUCTS LIABILITY LITIGATION, | MDL No. 3047                 |

22 This Document Relates to:

23 *Personal Injury Bellwether Plaintiffs*

**STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING STIPULATION AND/OR MOTION REGARDING DECLARATION OF JORI M. LOREN IN RESPONSE TO MAGISTRATE JUDGE KANG'S MAY 30, 2025 ORDER**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties submit this stipulation extending the time to make an omnibus sealing filing.

On June 2, 2025, Defendants filed the Declaration of Jori M. Loren in Response to Magistrate Judge Kang's May 30, 2025 Order ("Loren Declaration") (ECF No. 2004). On June 2, 2025, Defendants also filed a temporary sealing motion pursuant to ECF No. 341 regarding material in the Loren Declaration. (ECF No. 2005). Briefing concluded on the Loren Declaration on June 2, 2025.

Section II.C of the Court's Order Setting Sealing Procedures permits the Parties, by stipulation, to extend the time to file an Omnibus Stipulation or Omnibus Motion to 21 days after the conclusion of briefing. The Parties agree that extending the time to make the omnibus filing is appropriate.

Accordingly, the Parties stipulate that the deadline to file an Omnibus Stipulation and/or Omnibus Motion is extended to June 23, 2025. **IT IS SO STIPULATED AND AGREED**, through the Counsel of Record.

Date: June 16, 2025

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com
Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

|   |   |
|---|---|
| 1 | Counsel to Co-Lead Counsel |
|   | JENNIE LEE ANDERSON |
| 2 | **ANDRUS ANDERSON, LLP** |
|   | 155 MONTGOMERY STREET, SUITE 900 |
| 3 | SAN FRANCISCO, CA 94104 |
|   | Telephone: 415-986-1400 |
| 4 | jennie@andrusanderson.com |
| 5 | Liaison Counsel |
| 6 | EMILY C. JEFFCOTT |
|   | **MORGAN & MORGAN** |
| 7 | 633 WEST FIFTH STREET, SUITE 2652 |
|   | LOS ANGELES, CA 90071 |
| 8 | Telephone: 213-787-8590 |
|   | ejeffcott@forthepeople.com |
| 9 |   |
|   | JOSEPH VANZANDT |
| 10 | **BEASLEY ALLEN** |
|   | 234 COMMERCE STREET |
| 11 | MONTGOMERY, LA 36103 |
|   | Telephone: 334-269-2343 |
| 12 | joseph.vanzandt@beasleyallen.com |
| 13 | Federal/State Liaisons |
| 14 | MATTHEW BERGMAN |
|   | GLENN DRAPER |
| 15 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 16 | SEATTLE, WA 98104 |
|   | Telephone: 206-741-4862 |
| 17 | matt@socialmediavictims.org |
|   | glenn@socialmediavictims.org |
| 18 |   |
|   | JAMES J. BILSBORROW |
| 19 | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 20 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 21 | jbilsborrow@weitzlux.com |
| 22 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 23 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 24 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |
| 25 |   |
|   | ANDRE MURA |
| 26 | **GIBBS LAW GROUP, LLP** |
|   | 1111 BROADWAY, SUITE 2100 |
| 27 | OAKLAND, CA 94607 |
|   | Telephone: 510-350-9717 |
| 28 | amm@classlawgroup.com |

STIPULATION EXTENDING TIME
Case No. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | |
| 2 | ALEXANDRA WALSH<br>**WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
| 3 | Washington D.C. 20036<br>Telephone: 202-780-3014 |
| 4 | awalsh@alexwalshlaw.com |
| 5 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 6 | 510 WALNUT STREET<br>SUITE 500 |
| 7 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 8 | mweinkowitz@lfsbalw.com |
| 9 | Plaintiffs' Steering Committee Leadership<br>RON AUSTIN |
| 10 | **RON AUSTIN LAW**<br>400 MANHATTAN BLVD. |
| 11 | HARVEY, LA 70058<br>Telephone: 504-227–8100 |
| 12 | raustin@ronaustinlaw.com |
| 13 | PAIGE BOLDT<br>**WALSH LAW** |
| 14 | 4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |
| 15 | Telephone: 210-448-0500<br>PBoldt@alexwalshlaw.com |
| 16 | |
| 17 | THOMAS P. CARTMELL<br>**WAGSTAFF & CARTMELL LLP** |
| 18 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 19 | Telephone: 816-701-1100<br>tcartmell@wcllp.com |
| 20 | SARAH EMERY |
| 21 | **HENDY JOHNSON VAUGHN EMERY PSC**<br>600 WEST MAIN STREET, SUITE 100 |
| 22 | LOUISVILLE, KT 40202<br>Telephone: 859-600-6725 |
| 23 | semery@justicestartshere.com |
| 24 | CARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC** |
| 25 | 16 Court St.<br>Brooklyn, NY 11241 |
| 26 | Telephone: 646-666-8908<br>carrie@cagoldberglaw.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | RONALD E. JOHNSON, JR. |
| 2 | **HENDY JOHNSON VAUGHN EMERY PSC**<br>600 WEST MAIN STREET, SUITE 100 |
| 3 | LOUISVILLE, KT 40202<br>Telephone: 859-578-4444 |
| 4 | rjohnson@justicestartshere.com |

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

STIPULATION EXTENDING TIME
Case No. 4:22-MD-03047-YGR

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

COVINGTON & BURLING LLP
Phyllis A. Jones, Admitted *pro hac vice*
Paul W. Schmidt, Admitted *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot*

6

*Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Jori M. Loren*
Nicholas J. Begakis (Bar No. 253588)
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: nicholas.begakis@faegredrinker.com

FAEGRE DRINKER LLP
Jori M. Loren Admitted *pro hac vice*
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: +1 (312) 356-5116
Facsimile: +1 (312) 569-3000
Email: amy.fiterman@faegredrinker.com

KING & SPALDING LLP
Geoffrey Drake, Admitted *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

KING & SPALDING LLP
David Mattern, Admitted *pro hac vice*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email:yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

| | |
|---|---|
| 1 | |
| 2 | Stephanie Schuster (*pro hac vice*)<br>1111 Pennsylvania Avenue NW<br>NW Washington, DC 20004-2541<br>Tel.: 202.373.6595<br>Email: stephanie.schuster@morganlewis.com |
| 3 | |
| 4 | |
| 5 | *Attorneys for Defendants YouTube, LLC and Google LLC* |