# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 24**<br><br>*Upcoming Case Management Conferences:*<br>July 18, 2025 at 9:00 a.m.<br>August 20, 2025 at 2:00 p.m. (changed)<br>September 19, 2025 at 10:30 a.m.<br>October 24, 2025 at 9:00 a.m.<br>November 19, 2025 at 2:00 p.m.<br>December 15, 2025 at 9:00 a.m. over Zoom |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on June 13, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

**I.   BELLWETHER SELECTION**

The parties submitted briefing to the Court on selecting school district and individual plaintiff bellwether cases from the bellwether trial pool. (Dkt. Nos. 1966, 1967, 1968, 1969, 1970, and 1971.)[1] The Court considered the briefing and heard some additional argument on the prospective bellwethers.

---

[1] The Court grants plaintiff and defendant's administrative motions to file under seal. (Dkt. Nos. 1968 and 1969.)

*School Districts.* The following six (6) cases will serve as school district bellwethers:

| School District Bellwethers | | |
|---|---|---|
| **Case Name** | **Member Case Number** | ***Lexecon* Objection** |
| *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | 4:23-cv-03065 | No |
| *DeKalb County School District v. Meta Platforms, Inc., et al.* | 4:25-cv-02310 | Yes |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01804 | No |
| *Irvington Public Schools v. Meta Platforms, Inc. et al.* | 4:23-cv-01467 | No |
| *Tuscan Unified School District v. Meta Platforms, Inc., et al.* | 4:24-cv-01382 | No |
| *Charleston County School District v. Meta Platforms, Inc., et al.* | 4:23-cv-04659 | No |

The Court will finalize its intercircuit assignment in *DeKalb County School District v. Meta Platforms, Inc., et al.*, which lodged a *Lexecon* objection. (Dkt. No. 792.) Because *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* serves a rural population, the Court is considering holding the *Breathitt* trial in the Northern District of California's Eureka Division.

*Individual Plaintiffs.* The following five (5) cases will serve as individual plaintiff bellwethers:

| Individual Plaintiff Bellwethers | | |
|---|---|---|
| **Case Name** | **Member Case Number** | ***Lexecon* Objection** |
| *D'Orazio v. Meta Platforms, Inc., et al.* | 4:23-cv-03751 | No |
| *Smith v. Meta Platforms, Inc., et al.* | 4:23-cv-05632 | No |
| *Melton v. Meta Platforms, Inc., et al.* | 4:22-cv-06627 | No |
| *Mullen v. Meta Platforms, Inc., et al.* | 4:23-cv-00600 | No |
| *Clevenger v. Meta Platforms, Inc., et al.* | 4:22-cv-06457 | No |

Should any individual bellwether settle, be resolved on summary judgment, or otherwise not be tried, the Court will revisit including *S.K. v. Meta Platforms, Inc., et al.*, (No. 4:23-cv-01584)[2] as a

---

[2] The Court grants *S.K.*'s administrative motion to seal and motion for leave. (Dkt. Nos. 2008, 2009.)

bellwether plaintiff.

## II. MOTION TO PRECLUDE

The Court heard argument on defendants' motion to preclude school district plaintiffs from relying on late-disclosed witnesses in three cases. (Dkt. No. 1951.) Of those three cases, only one (*Tuscan Unified School District*) is relevant for bellwether purposes. There, on the last day of discovery, Tuscan disclosed two additional witnesses: a student and a school-level administrator. Defendants argue that Tuscan's late disclosure prejudices them because school district plaintiffs, including Tuscan, consistently represented that their cases rested on district-level—not school-level or student-level—discovery. The school districts respond that Tuscan diligently investigated its case and only recently discovered those witnesses. Moreover, as to the identified school administrator, custodial documents for that individual have already been produced, and several other school districts, including certain other bellwethers, disclosed similar hybrid school-level/district-level witnesses.

The Court ruled from the bench that *Tuscan* may not rely on the disclosed student witness but may rely on the disclosed school-administrator witness. The parties shall meet and confer to complete discovery for that witness in a timely fashion. The Court will not modify the case schedule.

## III. ADMINISTRATIVE

The Court **ADVANCES** the August case management conference from August 22, 2024 to **August 20, 2024** to accommodate the Court's trial schedule. The conference remains at 2:00 p.m.

This terminates Dkt. Nos. 1951, 1968, and 1969, 2008, and 2009.

**IT IS SO ORDERED.**

Dated: June 16, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE