*[parties signatures below]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to: <br><br> *Personal Injury Bellwether Plaintiffs* | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 <br><br> **STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING STIPULATION AND/OR MOTION REGARDING PLAINTIFF S.K.'S MOTION FOR LEAVE TO FILE COMPLETE EVIDENCE IN SUPPORT OF PLAINTIFFS' LETTER BRIEF REGARDING PERSONAL INJURY BELLWETHER POOL** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties submit this stipulation extending the time to make an omnibus sealing filing.

On June 4, 2025, Plaintiff S.K. filed the Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool (ECF No. 2009). On June 4, 2025, Plaintiff also filed a temporary sealing motion pursuant to ECF No. 341 regarding material in the Motion for Leave. (ECF No. 2008), which the Court granted on June 16, 2025 (ECF No. 2055). Briefing concluded on the Motion for Leave on June 9, 2025.

Section II.C of the Court's Order Setting Sealing Procedures permits the Parties, by stipulation, to extend the time to file an Omnibus Stipulation or Omnibus Motion to 21 days after the conclusion of briefing. The Parties agree that extending the time to make the omnibus filing is appropriate.

1    Accordingly, the Parties stipulate that the deadline to file an Omnibus Stipulation and/or
2    Omnibus Motion is extended to June 30, 2025. **IT IS SO STIPULATED AND AGREED**, through
3    the Counsel of Record.

Date: June 19, 2025                                      Respectfully submitted,

By: */s/ Previn Warren*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com
Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343

joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership
RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100

raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

| | |
|---|---|
| 1 | JOSEPH E. MELTER |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
|  | 280 KING OF PRUSSIA ROAD |
| 3 | RADNOR, PA 19087 |
|  | Telephone: 610-667-7706 |
| 4 | jmeltzer@ktmc.com |

<pre>
                                   JOSEPH E. MELTER
                                   KESSLER TOPAZ MELTZER & CHECK LLP
                                   280 KING OF PRUSSIA ROAD
                                   RADNOR, PA 19087
                                   Telephone: 610-667-7706
                                   jmeltzer@ktmc.com

                                   HILLARY NAPPI
                                   HACH & ROSE LLP
                                   112 Madison Avenue, 10th Floor
                                   New York, New York 10016
                                   Telephone: 212-213-8311
                                   hnappi@hrsclaw.com

                                   EMMIE PAULOS
                                   LEVIN PAPANTONIO RAFFERTY
                                   316 SOUTH BAYLEN STREET, SUITE 600
                                   PENSACOLA, FL 32502
                                   Telephone: 850-435-7107
                                   epaulos@levinlaw.com

                                   RUTH THI RIZKALLA
                                   THE CARLSON LAW FIRM, PC
                                   1500 ROSECRANS AVE., STE. 500
                                   MANHATTAN BEACH, CA 90266
                                   Telephone: 415-308-1915
                                   rrizkalla@carlsonattorneys.com

                                   ROLAND TELLIS
                                   DAVID FERNANDES
                                   BARON & BUDD, P.C.
                                   15910 Ventura Boulevard, Suite 1600
                                   Encino, CA 91436
                                   Telephone: 818-839-2333
                                   rtellis@baronbudd.com
                                   dfernandes@baronbudd.com

                                   MELISSA YEATES
                                   KESSLER TOPAZ MELTZER & CHECK LLP
                                   280 KING OF PRUSSIA ROAD
                                   RADNOR, PA 19087
                                   Telephone: 610-667-7706
                                   myeates@ktmc.com

                                   DIANDRA "FU" DEBROSSE ZIMMERMANN
                                   DICELLO LEVITT
                                   505 20th St North
                                   Suite 1500
                                   Birmingham, Alabama 35203
                                   Telephone: 205-855-5700
                                   fu@dicellolevitt.com
</pre>

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

COVINGTON & BURLING LLP
Phyllis A. Jones, Admitted *pro hac vice*
Paul W. Schmidt, Admitted *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Jori M. Loren*
Nicholas J. Begakis (Bar No. 253588)
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: nicholas.begakis@faegredrinker.com

FAEGRE DRINKER LLP
Jori M. Loren Admitted *pro hac vice*
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: +1 (312) 356-5116
Facsimile: +1 (312) 569-3000
Email: amy.fiterman@faegredrinker.com

KING & SPALDING LLP
Geoffrey Drake, Admitted *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309

| | |
|---|---|
| 1 | Tel.: 404-572-4600 |
| | Email: gdrake@kslaw.com |
| 2 | Email: dmattern@kslaw.com |
| 3 | |
| | KING & SPALDING LLP |
| 4 | David Mattern, Admitted *pro hac vice* |
| | 1700 Pennsylvania Avenue, NW, Suite 900 |
| 5 | Washington, D.C. 20006 |
| | Telephone: +1 (202) 626-2946 |
| 6 | Email: dmattern@kslaw.com |
| 7 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 8 | |
| | MUNGER, TOLLES & OLSON LLP |
| 9 | By: */s/ Jonathan H. Blavin* |
| | Jonathan H. Blavin, SBN 230269 |
| 10 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| 11 | San Francisco, CA 94105-3089 |
| 12 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 13 | Email: jonathan.blavin@mto.com |
| 14 | |
| | Rose L. Ehler (SBN 29652) |
| 15 | Victoria A. Degtyareva (SBN 284199) |
| | Laura M. Lopez, (SBN 313450) |
| 16 | Ariel T. Teshuva (SBN 324238) |
| | MUNGER, TOLLES & OLSON LLP |
| 17 | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071-3426 |
| 18 | Telephone: (213) 683-9100 |
| 19 | Facsimile: (213) 687-3702 |
| | Email: rose.ehler@mto.com |
| 20 | Email: victoria.degtyareva@mto.com |
| | Email: Ariel.Teshuva@mto.com |
| 21 | |
| 22 | Lauren A. Bell (*pro hac vice forthcoming*) |
| | MUNGER, TOLLES & OLSON LLP |
| 23 | 601 Massachusetts Ave., NW St., |
| | Suite 500 E |
| 24 | Washington, D.C. 20001-5369 |
| | Telephone: (202) 220-1100 |
| 25 | Facsimile: (202) 220-2300 |
| 26 | Email: lauren.bell@mto.com |
| 27 | *Attorneys for Defendant Snap Inc.* |
| 28 | |

|   |   |
|---|---|
| 1 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 2 | By: */s/ Brian M. Willen* |
|   | Brian M. Willen (*pro hac vice*) |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| 4 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 5 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 6 | Email: bwillen@wsgr.com |
| 7 |   |
|   | Lauren Gallo White (SBN 309075) |
| 8 | Samantha A. Machock (SBN 298852) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 9 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 10 | Telephone: (415) 947-2000 |
| 11 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 12 | Email: smachock@wsgr.com |
| 13 |   |
|   | Christopher Chiou (SBN 233587) |
| 14 | Matthew K. Donohue (SBN 302144) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 15 | 953 East Third Street, Suite 100 |
|   | Los Angeles, CA 90013 |
| 16 | Telephone: (323) 210-2900 |
|   | Facsimile: (866) 974-7329 |
| 17 | Email: cchiou@wsgr.com |
| 18 | Email: mdonohue@wsgr.com |
| 19 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 20 |   |
|   | WILLIAMS & CONNOLLY LLP |
| 21 | By: */s/ Joseph G. Petrosinelli* |
|   | Joseph G. Petrosinelli (*pro hac vice*) |
| 22 | jpetrosinelli@wc.com |
|   | Ashley W. Hardin (*pro hac vice*) |
| 23 | ahardin@wc.com |
| 24 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 25 | Telephone.: 202-434-5000 |
|   | Fax: 202-434-5029 |
| 26 |   |
| 27 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 28 |   |

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | By: */s/ Yardena R. Zwang-Weissman* |
|   | Yardena R. Zwang-Weissman (SBN 247111) |
| 3 | 300 South Grand Avenue, 22nd Floor |
|   | Los Angeles, CA 90071-3132 |
| 4 | Tel.: 213.612.7238 |
|   | Email:yardena.zwang- |
| 5 | weissman@morganlewis.com |

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*