Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | Judge: Hon. Yvonne Gonzalez Rogers |
| *The School Board of Hillsborough County, Florida v. Meta Platforms, Inc., et al.*, No. 24-cv-01573 | **OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |
| *Board of Education of Jordan School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01377 | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01382 | |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (ECF No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.; TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC; Snap Inc.; and YouTube, LLC and Google LLC (each a

Case No. 4:22-MD-03047-YGR

OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES

1  "Defendant," and collectively the "Defendants"), and Plaintiffs (collectively the "Parties") submit
2  this Omnibus Sealing Stipulation in connection with the briefing on Defendants' Motion to
3  Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses (ECF Nos. 1951,
4  1952).
5       At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge
6  designations and sealing in the future. Accordingly, the Parties stipulate to the that the following
7  should remain sealed:

| Filing | Description | Paragraphs to Be Sealed | Basis for Sealing |
|---|---|---|---|
| ECF No. 1952-9 | Exhibit G to Defendants' Motion | **Page 3, Paragraph 3** Names of certain employees or former employees as indicated in the attached version of Exhibit G. | The filing contains the names and/or titles of current or former non-party Defendant employees. At this procedural posture, there are compelling reasons to seal those names. *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying information") (Gonzalez Rogers, J.); *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015). Sealing these names is also consistent with the approach this Court took in sealing names of Meta employees in the Personal Injury Plaintiffs' Master Complaint. *See* ECF No. 189. |
| ECF No. 1952-9 | Exhibit G to Defendants' Motion | **Pages 3-4, Paragraph 4** Names of certain employees or former employees as indicated in the attached version of Exhibit G. | |
| ECF No. 1952-9 | Exhibit G to Defendants' Motion | **Page 4, Paragraph 5** Names of certain employees or former employees as indicated in the attached version of Exhibit G. | |
| ECF No. 1952-9 | Exhibit G to Defendants' Motion | **Page 4, Paragraph 6** Names of certain employees or former employees as indicated in the attached version of Exhibit G. | |

The Parties agree that the portions of Defendants' Motion, Plaintiffs' Opposition, Defendants' Reply, and supporting documents not listed in the above chart may be unsealed.

Pursuant to this case's sealing procedures, the following are attached hereto: (i) a modified copy of the Exhibit G to Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses, with the redactions agreed by the Parties listed above; (ii) a Proposed Order on the Parties' Omnibus Sealing Stipulation; and (iii) unredacted versions of the other filings that were provisionally sealed or redacted.

**IT IS SO STIPULATED AND AGREED**, through Counsel of Record.

Dated:  June 20, 2025                               Respectfully submitted,

                                                    COVINGTON & BURLING LLP

                                                    */s/ Ashley M. Simonsen*
                                                    Ashley M. Simonsen, SBN 275203
                                                    COVINGTON & BURLING LLP
                                                    1999 Avenue of the Stars
                                                    Los Angeles, CA 90067
                                                    Telephone: (424) 332-4800
                                                    Facsimile: + 1 (424) 332-4749Email:
                                                    asimonsen@cov.com

                                                    Paul W. Schmidt, *pro hac vice*
                                                    pschmidt@cov.com
                                                    Phyllis A. Jones, *pro hac vice*
                                                    pajones@cov.com
                                                    Christian J. Pistilli, *pro hac vice*
                                                    cpistilli@cov.com
                                                    COVINGTON & BURLING LLP
                                                    One CityCenter
                                                    850 Tenth Street, NW
                                                    Washington, DC 20001-4956
                                                    Telephone: + 1 (202) 662-6000

                                                    Emily Johnson Henn (State Bar No. 269482)
                                                    ehenn@cov.com
                                                    COVINGTON & BURLING LLP
                                                    3000 El Camino Real
                                                    5 Palo Alto Square, 10th Floor
                                                    Palo Alto, CA 94306
                                                    Telephone: + 1 (650) 632-4700

|   |   |
|---|---|
| 1 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.* |

KING & SPALDING LLP

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
   tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

MUNGER, TOLLES & OLSON LLP

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP

560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: +1 (415) 512-4000

Victoria A. Degtyareva (State Bar No. 284199)
Victoria.Degtyareva@mto.com
Rowley Rice (State Bar No. 313737)
Rowley.Rice@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: +1 (213) 683-9100

Stephany Reaves, *pro hac vice*
Stephany.Reaves@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001-5369
Telephone: +1 (202) 220-1100

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

Laura Bernescu, *pro hac vice*
Laura.Bernescu@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
320 South Canal Street
Chicago, IL 60606
Telephone: +1 (312) 407-0709

KIRKLAND & ELLIS LLP

Jessica Davidson, *pro hac vice*
Jessica.Davidson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: +1 (212) 446-4723

*Attorneys for Defendant Snap Inc.*


WILLIAMS & CONNOLLY LLP

/s/ *Ashley W. Hardin*

- 5 -   Case No. 4:22-MD-03047-YGR
OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS
FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES

|   |   |
|---|---|
| 1 | Joseph G. Petrosinelli, *pro hac vice* |
|   | jpetrosinelli@wc.com |
| 2 | Ashley W. Hardin, *pro hac vice* |
|   | ahardin@wc.com |
| 3 | WILLIAMS & CONNOLLY LLP |
|   | 680 Maine Avenue, SW |
| 4 | Washington, DC 20024 |
|   | Telephone: +1 (202) 434-5000 |
| 5 |   |
| 6 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 7 |   |
| 8 | /s/ Austin Brane |
| 9 | Austin Brane, SBN 286227 |
|   | Thomas P. Cartmell (*pro hac vice*) |
| 10 | Jonathan P. Kieffer (*pro hac vice*) |
|   | WAGSTAFF & CARTMELL LLP |
| 11 | 4740 Grand Avenue, Suite 300 |
|   | abrane@wcllp.com |
| 12 | Kansas City, MO 64112 |
|   | Tel: (816) 701-1100 |
| 13 | tcartmell@wcllp.com |
| 14 | jpkieffer@wcllp.com |
| 15 | Joseph G. VanZandt (*pro hac vice*) |
|   | Davis Vaughn (*pro hac vice*) |
| 16 | James Lampkin (*pro hac vice*) |
| 17 | BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C. |
| 18 | 234 Commerce Street |
|   | Montgomery, AL 36103 |
| 19 | Tel: 334-269-2343 |
|   | Joseph.VanZandt@BeasleyAllen.com |
| 20 | Davis.Vaughn@BeasleyAllen.com |
| 21 | James. Lampkin@BeasleyAllen.com |
| 22 | Kirk J. Goza (*pro hac vice*) |
|   | Brad Honnold (*pro hac vice*) |
| 23 | GOZA & HONNOLD LLC |
|   | 9500 Nall Ave., Ste 400 |
| 24 | Overland Park, KS 66207 |
| 25 | Tel. (913) 451-3433 |
|   | kgoza@gohonlaw.com |
| 26 | bhonnold@gohonlaw.com |
| 27 |   |
| 28 | - 6 -   Case No. 4:22-MD-03047-YGR |

OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS
FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES

*Counsel for Plaintiffs The School Board of Hillsborough County, Florida, Board of Education of Jordan School District, and Tucson Unified School District*

- 7 -   Case No. 4:22-MD-03047-YGR

OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Joseph Sandoval-Bushur, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of the document.

Dated:  June 20, 2025

By: */s/ Joseph Sandoval-Bushur*
Joseph Sandoval-Bushur, *pro hac vice*

*Attorney for Defendants YouTube, LLC and Google LLC*

OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES