UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*The School Board of Hillsborough County, Florida v. Meta Platforms, Inc., et al.*, No. 24-cv-01573<br><br>*Board of Education of Jordan School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01377<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*, No. 24-cv-01382 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER ON THE PARTIES' OMNIBUS SEALING STIPULATION REGARDING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING ON LATE-DISCLOSED SCHOOL DISTRICT WITNESSES** |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (ECF No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (ECF No. 341), the Court rules as follows on the Parties' Omnibus Sealing Stipulation Regarding Defendants' Motion to Preclude Plaintiffs from Relying on Late-Disclosed School District Witnesses (ECF Nos. 1951, 1952):

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| ECF No. 1952-9 (Exhibit G to Defendants' Motion) | **Page 3, Paragraph 3** Names of certain employees or former employees as indicated in the version of Exhibit G submitted with the Omnibus Stipulation. | Redact specific portion. | |

| Document | Paragraph and Portion to be Redacted | Action to Be Taken | Court's Order |
|---|---|---|---|
| ECF No. 1952-9 (Exhibit G to Defendants' Motion) | **Pages 3-4, Paragraph 4** Names of certain employees or former employees as indicated in the version of Exhibit G submitted with the Omnibus Stipulation. | Redact specific portion. | |
| ECF No. 1952-9 (Exhibit G to Defendants' Motion) | **Page 4, Paragraph 5** Names of certain employees or former employees as indicated in the version of Exhibit G submitted with the Omnibus Stipulation. | Redact specific portion. | |
| ECF No. 1952-9 (Exhibit G to Defendants' Motion) | **Page 4, Paragraph 6** Names of certain employees or former employees as indicated in the version of Exhibit G submitted with the Omnibus Stipulation. | Redact specific portion. | |

**IT IS SO ORDERED.**

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE