# EXHIBIT M

## FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>St. Charles Parish Public Schools v. Meta Platforms Inc., et al.<br><br>Case No.: 4:24-cv-01098 | **PLAINTIFFS' SUPPLEMENTAL ANSWERS TO DEFENDANTS' INTERROGATORIES TO ST. CHARLES PARISH SCHOOL DISTRICT (SET 1)** |

**PROPOUNDING PARTY:**     **Defendants**

**RESPONDING PARTIES:**     **St. Charles Parish School District**

**INTERROGATORIES:**     **SET ONE (1)**

**DATE OF SERVICE:**     **April 28, 2025**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of this judicial district, St. Charles Parish Public Schools ("Plaintiff"), through the undersigned counsel, hereby provides these supplemental answers and objections to the Defendants' Interrogatories to St. Charles Parish Public Schools (Set 1) (the "Interrogatories").

## PRELIMINARY STATEMENT

Plaintiff has undertaken a reasonable effort to provide the information requested by these Interrogatories to the extent the requested information is not subject to objection. The following answers and objections are based upon documents in Plaintiffs' possession and are not prepared from any personal knowledge of any single individual. Accordingly, all the following responses are given without prejudice to, and with the express reservation of, Plaintiff's right to supplement

or modify its responses and objections to address additional information, and to rely upon any and all such information and documents at trial or otherwise.

## OBJECTIONS TO DEFINITIONS

The following applies to this Interrogatory:

Plaintiff objects to Defendants' definition of "Alleged Harm" on the grounds that it calls for a legal conclusion or expert opinion. Further, as discovery is in its preliminary stages and is ongoing, and the factual record is not yet complete, additional injury and harms may need to be supplemented during fact discovery or expert discovery.

Plaintiff objects to Defendants' definition of "Relevant Time Period" as it is overbroad, calls for a legal conclusion or Expert Opinion, and is inconsistent with the relevant time frame thus far established in this litigation. "Relevant Time Frame" shall mean from the August 1, 2017 to April 1, 2024 or the date of collection, whichever is earlier. Plaintiff reserves the right to change or modify the Relevant Time Frame based on further investigation or fact and/or expert discovery.

Plaintiff objects to Defendants' definition of "Plaintiff," "You," and "Your," as overly broad, unduly burdensome, and seeking the production of information that is not relevant to the claim or defense of any party, not proportional to the needs of the case, and not reasonably accessible to Plaintiffs upon reasonable diligence. Furthermore, the definition of these terms is over broad to the extent it would require Plaintiff to respond to these Interrogatories for people "purporting to act on its behalf" and to the extent it purports to include any of the persons identified in their personal capacities rather than as officers and employees of Plaintiff. Plaintiff objects further to this definition as seeking Privileged Information because the definition includes Plaintiff's attorneys.

1    Plaintiff's answers are made without waiving its right to object (on the grounds of

2    relevancy, hearsay, materiality, competency, or any other ground) to the use of its responses in any

3    subsequent stage or proceeding in this Action or any other action.    If Plaintiff, in response to

4    any Interrogatory, inadvertently produced information that is or could be the subject of the

5    objections stated herein, such production is not intended to be, nor is it deemed to be, a

6    waiver of the objections with respect to such information provided or withheld.

7    **RESPONSES TO INTERROGATORIES**

8    **INTERROGATORY NO. 1:** Identify every Person likely to have discoverable information

9    related to Plaintiff's claims, including Persons (a) likely to have personal knowledge that

10   supports or contradicts a position or claim that You have taken or intend to take in this Action, or

11   (b) upon whom You intend to rely in proving Your claims, and for each such Person, and for

12   each such Person, describe that personal knowledge.

13   **RESPONSE:**

14   Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate

15   to the needs of the case to the extent it purports to require Plaintiff to identify "every Person"

16   whether employed by Plaintiff or third parties, or any other Person who may have any

17   knowledge concerning the claims in the action. Plaintiff objects further to this Interrogatory to

18   the extent it calls for the mental impressions of counsel, the identity of non-testifying experts, the

19   premature disclosure of the identity of testifying experts, or otherwise seeks information

20   protected from disclosure by the attorney-client privilege or work product doctrine. Plaintiff will

21   make appropriate expert disclosures pursuant to deadlines set by the Court and in accordance

22   with the Federal Rules of Civil Procedure.

23

1    Subject to and without waiving the foregoing objections, Plaintiff states, based on the

2  information currently available to it, that the following persons currently or formerly employed

3  by Plaintiff may have unique, material knowledge of Plaintiff's allegations in this action and can

4  be contacted through Plaintiff's counsel:

| PERSONS | POSITIONS | SUBJECT MATTER OF EACH PERSON'S KNOWLEDGE |
|---------|-----------|-------------------------------------------|
| Ken Oertling | Superintendent | Oversees district-wide student wellbeing and behavior initiatives. |
| Jerry Smith | Executive Director of Child Welfare & Attendance and Student Services | Knowledge of how social media addiction affects student attendance, mental health, and overall behavior. |
| Stephanie Steib | Former Director of Technology | Understands past patterns o student technology use and digital behavior. |
| Kelsey Hegel | Executive Director of Informational Technology Services | Knows about technical access patterns |

| | | |
|---|---|---|
| Ronald White | Chief Financial Officer | Knowledge of accounting for programs addressing social media addiction. |
| David Schexnaydre | Executive Director of Secondary Schools | Familiar with how social media impacts student behavior and discipline in middle and high schools. |
| Erin Grainer | Assistant Superintendent of Curriculum, Instruction and Assessment | Understands how social media addiction may hinder academic engagement and learning outcomes. |
| Tresa Webre | Executive Director of Human Resources | Knowledge of staff support programs addressing student issues. |
| Tamika Green | Executive Director of Equity and Student Support | Aware of how social media addiction affects certain student groups and their behavior. |
| D██ G███ | J.B. Middle School Student | Firsthand experience of peer insight into the behavioral and emotional impacts of social media use |

| Jason Madere | Destrehan High School Principal | Aware of student behavior trends and discipline issues linked to social media addiction. |
|---|---|---|
| Sean Dwyer | Harry Hurst Middle School Principal | Aware of, observes, and manages student behavior trends and discipline issues linked to social media addiction. |
| Alice Cryer Sumler | Student Counseling and Student Support Specialist | Knowledge of the emotional, social, and behavior effects of social media addiction on students. |
| Kade Rogers | Executive Director of Safety, Athletics, and Ancillary Services | Knowledge of trends in student conduct and emergencies related to social media use. |
| D███ T█████ | Hahnville Highschool Student | Firsthand experience of peer insight into the behavioral and emotional impacts of social media use. |
| Jose Gonzales II | Hahnville High School Principal | Aware of, observes, and manages student behavior trends and discipline issues linked to social media addiction. |

| Pastor Charles Johnson | Community Advocate | Observed community-level involvement by the district to address claims against Defendants |
| Steve Stillinger | Student Advocate | Practical insight into how social media addiction affects students. |
| Angelle Babin | Executive Director of Elementary Schools | Familiar with how social media impacts student behavior and discipline in elementary schools. |

**INTERROGATORY NO. 2:**

For each Defendant, state the years during which You claim such Defendant engaged in conduct for which You seek damages, as well as the time period for any abatement or other equitable relief.

**RESPONSE:**

Plaintiff objects to this Request as vague as it does not identify the demographics being requested beyond age and gender. Plaintiff further objects to this Request as overly broad, unduly burdensome, and disproportionate to the needs of the case because it seeks student demographic information that is not relevant to the action. Plaintiff objects to the Interrogatory as premature to the extent it seeks information about subjects of ongoing discovery, including expert discovery. Plaintiff's investigation is ongoing, Plaintiff has not received sufficient discovery from Defendants, and the factual record is incomplete. Plaintiff objects to the

1    Interrogatory to the extent it calls for expert opinion. Plaintiff objects further because the

2    Interrogatory is compound, consisting of multiple subparts relating to 1) years of Defendants'

3    relevant harmful conduct for which damages are sought and 2) the time period for abatement or

4    other equitable relief. Subject to and without waiving the foregoing objections, Plaintiff states,

5    based on the information currently available, that Defendants have engaged in conduct over the

6    following timeframes which has led to the Plaintiff's damages and/or requires abatement or other

7    equitable relief. For the Meta Defendants, at least back to 2004. For the TikTok Defendants, at

8    least back to 2012. For the YouTube Defendants, at least back to 2005. For Defendant Snap Inc.,

9    at least back to 2011. Plaintiff states further that it will make appropriate expert disclosures

10   concerning damages and abatement or other equitable relief in accordance with the deadlines set

11   by the Court and the Federal Rules of Civil Procedure.

12

13   **INTERROGATORY NO. 3:**

14        Separately identify and describe (including the date, location, nature and extent, and cost

15   of repair or replacement) every instance of vandalism, property damage, or criminal action You

16   contend occurred as a result of Online Media & Communications Services.

17

18   **ORIGINAL ANSWER TO INTERROGATORY NO. 3:**

19        Plaintiff objects to this Request as overly broad and unduly burdensome to the extent it

20   encompasses information not relevant to the parties' claims or defenses and would require Plaintiff

21   to collect, review, and/or produce information that is disproportionate to the needs of this case or

22   to create documents that do not exist and describe every instance of vandalism, property damage,

23   or criminal action that occurred as a result of social media regardless of whether Plaintiff intends

to claim such damage as damages in this action. Plaintiff objects further to the Interrogatory as vague and ambiguous because the phrase "property" damage is subject to multiple interpretations and may call for a legal conclusion. Plaintiff objects further to this Interrogatory as premature to the extent it seeks expert opinion and because discovery is in its preliminary stages. Plaintiff's investigation is ongoing, Plaintiff has not received sufficient discovery from Defendants, and the factual record is incomplete. Plaintiff objects further because the Interrogatory is compound, consisting of multiple subparts relating to 1) vandalism, 2) property damage, or 3) criminal action. Plaintiff had to install a web filter/application "Bark" to flag threats of violence, suicidal ideations, etc. Bark has the capacity to conduct scans of messages, 30+ social media apps, web browsers, emails, and other online activity, The date of implementation will be supplemented. Plaintiff had to install an inline filtering tool on its systems to filter out social media sites for students and guests on the school networks. Documents with the name of this tool, date of installation, and cost will be supplemented. Plaintiff had to install a web filter/application "Bark" to flag threats of violence, suicidal ideations, and other risky behavior. Bark scans your child's text messages, 30+ social media apps, web browsers, emails, and other online activity, keeping you informed, and your child protected. Documents with the name of this tool, date of installation, and cost will be supplemented. Twenty school system sites have implemented Raptor, an electronic visitor management system. This system checks visitors against the National Sex Offender Registry. Plaintiff has Integrated school safety software to twenty-four sites. Documents with the name of this tool, date of installation, and cost will be supplemented.

Plaintiff has implemented a curriculum in which students are tested on the following lessons: -Learning in the Digital Age - Becoming a Digital Leader - Practicing Netiquette -

9

Understanding Cyberbullying -Staying Safe Online - Evaluating Information. Documents with the name of this tool, date of installation, and cost will be supplemented. Plaintiff had to install "KnowBe4," an application to enhance cybersecurity awareness and training, thereby protecting against threats such as phishing and other cyber-attacks. The date of implementation will be supplemented. Documents with the name of this tool, date of installation, and cost will be supplemented. Plaintiff had to install "ContentKeeper," an inline filtering tool on its systems to filter out social media sites for students and guests on the school networks. Documents with the name of this tool, date of installation, and cost will be supplemented. Plaintiff has had to install additional security cameras due to property damage to their schools and property. Documents with date of installation and cost will be supplemented.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 3:**

Plaintiff repeats and incorporates by reference the previous objections it has made to this Interrogatory.  Plaintiff specifically objects to this Interrogatory because it would require Plaintiff to collect, review, and/or produce information and to create a documents describing every instance of vandalism, property damage, or criminal action that occurred as a result of social media. Nevertheless, in the spirit of cooperation, and without waiving this objection, Plaintiff has created a chart of incidents of property damage caused by student vandalism and as well as incidents of criminal conduct as an accommodation to Defendants.

Subject to and without waiving the foregoing objections, Plaintiff states that over the last several years, Plaintiff has incurred considerable damage to its property resulting from Defendants promoting, developing, or participating in the creation of social media platforms which promote addictive and compulsive use by Plaintiff's students.

The lists below include information Plaintiff was able to discern following a reasonably diligent investigation. Chart A reflects non-bathroom vandalism acts and Chart B reflects bathroom vandalism.  Where information is not included, Plaintiff is in the process of confirming the costs associated with the destructive actions. Further, Plaintiff produced Expulsion Reports and Vandalism Reports reflecting the conduct of each student, property damage due to student vandalism, criminal acts, and other misconduct which led to disciplinary actions against the students.  The cost of repairing damages was provided by Plaintiff's maintenance staff.

Plaintiff has good cause to believe that the above identified incidents, as well as the incidents set forth in the Expulsion Reports, were caused by Defendants' conduct. In addition to the expenses identified above, Plaintiff has expended significant human resources to address these harms. In some instances, no direct expense is tracked because the damage was remediated by Plaintiff's staff using existing maintenance inventory or did not require direct expense but, rather, staff time to remediate. In addition, these incidents prevented Plaintiff from full use and enjoyment of its property at various times.

CHART A

| Date of Incident | School Site | Description of Damage | Expense /Cost |
|---|---|---|---|
| 1/20/2023 | Hahnville High School | Door Torn Off at the Hinge | $74.73 |
| 3/17/2023 | Hahnville High School | Student Ripped Off Cover on Wall Requiring Painting Portion of the Wall | $74.73 |

11

| 5/17/2022 | Hahnville High School | Door Broken By Student – Installation of Locking Clasp to Secure Doors | $37.37 |
|---|---|---|---|
| 8/8/2023 | Harry M. Hurst, Middle School | Locks (6) Covered in Cement Due to Student's Vandalism | $79.54 |
| 8/8/2023 | Harry M. Hurst, Middle School | Lock Covered in Cement Due to Student's Vandalism | $26.20 |
| 9/7/2023 | Destrehan High School | Faucets in Locker Room were Broken and Needed to be Replaced Due to Student's Vandalism | $70.95 |
| 9/15/2023 | Destrehan High School | Smoke Detector Damaged By Students in Boys' Restroom on Nurse's Office Side in Cafeteria | $36.94 |
| 11/1/2022 | Mimosa Park | Students Cut Wires on Top of Fence Along the Bus Circle | $45.85 |
| 1/9/2023 | Hahnville High School | Fight in Parking Lot – Four Individuals Involved – Started in a Group Chat in Which Two of the Students Offended When One of the Individuals Made and Offensive Joke About A Different Student's Suicide; All Students Disciplined for Fighting – Battery - Criminal Act | N/A |
| 9/6/2024 | Luling Elementary School – Building D | Damage to New Sheet Rock Wall Caused by Student Vandalism | Unknown |

| 4/18/2024 | Destrehan High School | Damage to Lower Wall Panel and Glass Panel Requiring Repair – (A student kicked out the exterior wall section while having a disruptive episode in class. Immediate repairs necessary to prevent outside access to the classroom) | $438.50 |
|---|---|---|---|
| 4/18/2024 | Destrehan High School | Damage to Lower Wall Panel and Glass Panel Requiring Repair – (A student kicked out the exterior wall section while having a disruptive episode in class. Immediate repairs necessary to prevent outside access to the classroom) | $438.50 |
| 4/29/2021 | Unknown | Damage to Laptop Computer Caused by Student Vandalism Requiring Replacement of Computer | Unknown |
| 3/14/2024 | J.B. Martin Middle School – Building C | Graffiti on Walls of Boys' Bathroom Stalls | Unknown |
| 1/30/2024 | Hahnville High School | Battery on a School Employee – Criminal Act – Expulsion | N/A |
| 8/19/2022 | Destrehan High School | Battery of Another Student on Bus with Sharp Object on Several Occasions – Criminal Action – Expulsion | N/A |
| 2/24/2015 (Approx.) | J.B. Martin Middle School | Student Damaged Back Door of School – Vandalism and Criminal Act | Unknown |

13

| 8/15/2023 | Hahnville High School | Battery on a Teacher and Other School Employees – Criminal Act | Unknown |
|---|---|---|---|
| 9/22/2022 | Luling Elementary School | Knife: Student Possessed a Blade 2.5 inches or Longer and Vandalized Bus Seats By Causing Damage in Excess of $200.00 to Bus Seats with Blade | Over $200.00 (Exact Number Unknown at This Time) |
| 2/2024 | Unknown | Vandalism; Obscene behavior/pornographic materials | Unknown |
| **TOTAL** | | | **$ ~ 1,084.81** |

1
2
3
4
5
6
7                                             CHART B
8                                  BATHROOM VANDALISM
9                                          (next page)
10
11
12
13

14

| Work Order ID | Location | Building | Request Description | Request By | Submittal Date | Area Description | Area Number | Created By | Craft | Project Code | Assigned To | Action Taken | Actual Completion Date | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92032 | Destrehan High School - DHS | L Building (Addition 2014) | The students have peeled the film off of the window in the boys' restroom downstairs of the L Building. | Jack Bryant | 1/14/2016 | Restroom (Boys) | Downstairs | Jack Bryant | Windows | Vandalism | Simon, Paul | 01/19/16 Approved by Barney to call Laplace Glass 02-02-2016 job done | 1/14/2016 | $343.77 |
| 103966 | Cammon, Albert, Middle School - ACM | A Building (Formerly Main, Cafe., Ctr. 1,2,3,4,&5) | pipe was kicked out of wall under urinal. Restroom is out of order | Erika Ide | 3/16/2017 | Restroom (Boys) | boys restroom | Erika Ide | Plumbing | Vandalism | Landeche, James | done. | 3/16/2017 | $35.96 |
| 103237 | Hahnville High School - HHS | D Building (Formerly Math) | We need to put in work order for D building boys bathroom.  A lot of Graffiti on wall. Johnny said would need to repaint because could not get off.  Contact Willie for same color paint and custodian can repaint. | Brian Lumar | 2/15/2017 | Building | D Building | Brian Lumar | Graffiti | Vandalism | Songy, Doug | | 2/15/2017 | $115.17 |
| 105556 | Hahnville High School - HHS | B Building (Formerly Gym) | the hand sink the kid's bust it around the corner  need replace | Gwendolyn White | 5/12/2017 | Gym | GYM boy'ds | Gwendolyn White | Plumbing | Vandalism | Songy, Doug | | 5/12/2017 | $171.73 |
| 104100 | Vial, R.J., Elementary School - RJV | A Building (Formerly Main bldg.) | Hand washing sinks in student restrooms are being removed from the wall.  We need sinks in all student restrooms secured to the wall so that they can not be removed. | Hulonda Tastet | 3/23/2017 | Restroom (Boys) | Boys & Girl Restrooms | Hulonda Tastet | Plumbing | Vandalism | Dufrene, Oliver | | 3/23/2017 | $164.86 |
| 109665 | Luling Elementary School - LES | B Building (Formerly Wing 1) | building b the sink fell off the wall and needs to be replace. can we get quote of how much it will cost to replace it per ms cotton | joanne Matherne | 9/20/2017 | | girls restroom | joanne Matherne | Restrooms | Vandalism | Calandra, Mike | | 9/20/2017 | $305.44 |
| 119757 | Hurst, Harry M., Middle School - HHM | D Building - New Wing | Sink in boy's restroom in upstairs D has been pulled from the wall and is hanging. | Deborah Barrette | 9/11/2018 | Restroom (Boys) | D upstairs boy's | Deborah Barrette | Plumbing | Vandalism | Frickey, Chris | Sink was pulled from wall. Put new anchors and is operable | 9/11/2018 | $0.00 |
| 121878 | Lakewood Elementary School - LWE | B Building (Formerly Annex) | bathroom door fell off hinge and needs repair | Valerie Dauphin | 11/14/2018 | Bathroom | boys | Valerie Dauphin | Doors and Hardware | Vandalism | Green, Robert | Door repaired on 2/5/19. rg | 11/14/2018 | $18.87 |
| 129894 | Destrehan High School - DHS | Other | bathroom door is completely off | Carolyn Berger | 8/28/2019 | Locker Room | baseball locker room | Carolyn Berger | Doors and Hardware | Vandalism | Mullins, Jesse | | 8/28/2019 | $24.48 |
| 130562 | Destrehan High School - DHS | B Building (Formerly Humanities) | sink is pulled from wall and hanging .  Water was turned off because pipe is leaking | Carolyn Berger | 9/19/2019 | Restroom (Boys) | upstairs boys | Carolyn Berger | Plumbing | Vandalism | Petit, Jordan | | 9/19/2019 | $49.84 |
| 132438 | Hahnville High School - HHS | C Building (Formerly Industrial Arts) | The door in the boys' locker room leading to the wrestling room has been destroyed.  Please address. | | 11/20/2019 | | | Myra Baudoin | Doors and Hardware | Vandalism | Bourgeois, Thomas | | 11/20/2019 | $0.00 |
| 132683 | Hahnville High School - HHS | Stadium | there's two soap dispenser that's off the wall. He (Paul) don't have the tools to put them back up. | Tawana Bovie | 12/3/2019 | Restroom (Boys) | home side | Tawana Bovie | Restrooms | Vandalism | Bourgeois, Thomas | Replaced 2 soap dispensers with new ones. | 12/3/2019 | $0.00 |
| 132868 | Hahnville High School - HHS | D Building (Formerly Math) | Someone has torn 2 soap dispensers off the wall near the sinks and are in need of replacing | Thomas Bourgeois | 12/10/2019 | Bathroom | | Thomas Bourgeois | Equipment | Vandalism | Bourgeois, Thomas | | 12/10/2019 | $0.00 |
| 140450 | Hahnville High School - HHS | G Building (Addition 2014) | two doors to the stalls are broken | Tawana Bovie | 12/7/2020 | Restroom (Boys) | 2nd floor | Tawana Bovie | Restrooms | Vandalism | Bourgeois, Thomas | New latches are on order | 12/7/2020 | $53.79 |
| 140193 | Hahnville High School - HHS | C Building (Formerly Industrial Arts) | The sink has come off the wall in the girls restroom in the C building and it needs to be serviced ASAP. | Shawn Heiden | 11/23/2020 | Restroom (Girls) | C bldg girls restroom | Shawn Heiden | Plumbing | Vandalism | Bourgeois, Thomas | | 11/23/2020 | $275.05 |
| 140587 | R. K. Smith Middle School - RKS | Main | Need to replace stall door and pilaster that holds door. Door was pulled off pilaster and hinges and broke. | Mike Calandra | 12/11/2020 | Bathroom | | Mike Calandra | Partitions | Vandalism | Calandra, Mike | | 12/11/2020 | $650.80 |
| 140450 | Hahnville High School - HHS | G Building (Addition 2014) | two doors to the stalls are broken | Tawana Bovie | 12/7/2020 | Restroom (Boys) | 2nd floor | Tawana Bovie | Restrooms | Vandalism | Bourgeois, Thomas | New latches are on order | 12/7/2020 | $53.79 |
| 140193 | Hahnville High School - HHS | C Building (Formerly Industrial Arts) | The sink has come off the wall in the girls restroom in the C building and it needs to be serviced ASAP. | Shawn Heiden | 11/23/2020 | Restroom (Girls) | C bldg girls restroom | Shawn Heiden | Plumbing | Vandalism | Bourgeois, Thomas | | 11/23/2020 | $275.05 |

| ID | School | Building | Description | Reported By | Date | Location | Detail | Name | Type | Issue | Assigned | Resolution | Date | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142815 | Luling Elementary School - LES | C Building (Formerly Wing 2) | Building C, Boys Bathroom – Sink fell and broke, need replacement. Please see Sam to discuss possible extra brace support on sinks in Building C Restrooms | Shanice Hill | 3/25/2021 | | bld C boys bathroom | Shanice Hill | General Maintenance | Vandalism | Calandra, Mike | | 3/25/2021 | $0.00 |
| 148636 | Cammon, Albert, Middle School - ACM | Other | students are hitting knobs for sinks in all boys restrooms and popping the spring in the sink fixture. Please check all | Erika Ide | 11/1/2021 | Bathroom | all restrooms | Erika Ide | Restrooms | Vandalism | Landeche, James | done. | 11/1/2021 | $208.49 |
| 148705 | Hahnville High School - HHS | A Building (Formerly Main) | There is a sink in the boys bathroom near the bus circle student entrance which needs to be repaired ASAP. | Shawn Heiden | 11/3/2021 | Restroom (Boys) | Boys' RR near bus circle student entrance | Shawn Heiden | Plumbing | Vandalism | Bourgeois, Thomas | Reconnected sensor wires and cut water lines and added new batteries | 11/3/2021 | $99.64 |
| 149499 | Hahnville High School - HHS | G Building (Addition 2014) | There is a door that came off the stall in the boys restroom upstairs in the G building. The custodian put the door in the custodial closet and it needs to be re-hung. | Shawn Heiden | 12/7/2021 | Restroom (Boys) | Stall door in boys restroom upstairs G bldg | Shawn Heiden | Doors and Hardware | Vandalism | Bourgeois, Thomas | Reinstalled the door on the stall | 12/7/2021 | $49.82 |
| 150032 | Hahnville High School - HHS | G Building (Addition 2014) | All of the toilet paper dispensers in the boys upstairs bathroom stalls have been pulled off the wall in the G Bldg. and 1 stall in the girls upstairs stall the dispenser is off the wall. Also downstairs in the G Bldg. both girls and boys restroom stall have toilet paper dispensers off the wall and all need to be fixed. | Shawn Heiden | 1/6/2022 | | Boys and Girls restroom stalls | Shawn Heiden | Restrooms | Vandalism | Bourgeois, Thomas | Repaired and replaced toilet paper dispenser's | 1/6/2022 | $49.82 |
| 150724 | Norco Elementary School | B Building (Formerly Wing 3) | Sink in the boys bathroom is off the wall. | Sandra David | 1/28/2022 | Restroom (Boys) | Boys Restroom | Sandra David | Plumbing | Vandalism | Frickey, Chris | Mounted sink back to wall and replaced broken ptrap and faucet | 1/28/2022 | $184.55 |
| 148636 | Cammon, Albert, Middle School - ACM | Other | students are hitting knobs for sinks in all boys restrooms and popping the spring in the sink fixture. Please check all | Erika Ide | 11/1/2021 | Bathroom | all restrooms | Erika Ide | Restrooms | Vandalism | Landeche, James | done. | 11/1/2021 | $208.49 |
| 148705 | Hahnville High School - HHS | A Building (Formerly Main) | There is a sink in the boys bathroom near the bus circle student entrance which needs to be repaired ASAP. | Shawn Heiden | 11/3/2021 | Restroom (Boys) | Boys' RR near bus circle student entrance | Shawn Heiden | Plumbing | Vandalism | Bourgeois, Thomas | Reconnected sensor wires and cut water lines and added new batteries | 11/3/2021 | $99.64 |
| 154387 | Destrehan High School - DHS | A Building | Boys soap dispenser broken off of wall | Jesse Mullins | 6/8/2022 | Bathroom | near cafe | Jesse Mullins | General Maintenance | Vandalism | Mullins, Jesse | | 6/8/2022 | $26.20 |
| 154436 | Destrehan High School - DHS | B Building (Formerly Humanities) | Boy's restroom has 1 soap dispenser broken off of the wall | Jesse Mullins | 6/8/2022 | Bathroom | 2nd floor | Jesse Mullins | General Maintenance | Vandalism | Mullins, Jesse | | 6/8/2022 | $26.20 |
| 152459 | Destrehan High School - DHS | L Building (Addition 2014) | needs 3 soap dispensers - Students broke dispensers off the wall. | Carrie Brown | 4/1/2022 | Bathroom | Letha | Carrie Brown | Miscellaneous | Vandalism | Mullins, Jesse | | 4/1/2022 | $52.40 |
| 151114 | Hahnville High School - HHS | E Building (Formerly Science) | The mirror over the middle sink has come off the wall and needs to be re-attached ASAP. | Shawn Heiden | 2/9/2022 | Restroom (Boys) | Downstairs Boys restroom | Shawn Heiden | Restrooms | Vandalism | Bourgeois, Thomas | Reattached mirrors back on the wall. | 2/9/2022 | $123.15 |
| 151478 | Hahnville High School - HHS | E Building (Formerly Science) | Please rehang 3 mirrors and frames above sinks that were ripped down | Thomas Bourgeois | 2/22/2022 | Bathroom | | Thomas Bourgeois | Glass/Window Repairs | Vandalism | Bourgeois, Thomas | Rehung mirror and frames. | 2/22/2022 | $49.82 |
| 153886 | Hahnville High School - HHS | A Building (Formerly Main) | IN HALLWAY THE WATER IS SQUIRTING OUT THE TOP OF THE HAND WASHING STATION IN THE BOYS BATHROOM | Shawn Heiden | 5/23/2022 | Bathroom | BOYS BATHROOM IN HALLWAY 1 | Shawn Heiden | General Maintenance | Vandalism | Bourgeois, Thomas | All water lines where taken loose from sprayers. Reattached all water lines to their sprayers. Stopped water from shooting all inside of hand wash station. | 5/23/2022 | $49.82 |
| 152330 | R. K. Smith Middle School - RKS | Main | Door has been broken off | Maranda Smith | 3/28/2022 | Bathroom | Boys Bathroom by Conessions | Maranda Smith | Doors and Hardware | Vandalism | Calandra, Mike | Door will be in sometime Monday . 5/23/22. Installed new hinge hung new doors | 3/28/2022 | $979.99 |
| 154387 | Destrehan High School - DHS | A Building | Boys soap dispenser broken off of wall | Jesse Mullins | 6/8/2022 | Bathroom | near cafe | Jesse Mullins | General Maintenance | Vandalism | Mullins, Jesse | | 6/8/2022 | $26.20 |
| 154436 | Destrehan High School - DHS | B Building (Formerly Humanities) | Boy's restroom has 1 soap dispenser broken off of the wall | Jesse Mullins | 6/8/2022 | Bathroom | 2nd floor | Jesse Mullins | General Maintenance | Vandalism | Mullins, Jesse | | 6/8/2022 | $26.20 |
| 152459 | Destrehan High School - DHS | L Building (Addition 2014) | needs 3 soap dispensers - Students broke dispensers off the wall. | Carrie Brown | 4/1/2022 | Bathroom | Letha | Carrie Brown | Miscellaneous | Vandalism | Mullins, Jesse | | 4/1/2022 | $52.40 |

| 158627 | Destrehan High School - DHS | C Building (Formerly Gym) | sink is off the wall and broken needs to be replaced | Carolyn Berger | 9/30/2022 | Locker Room | girls lockerroom | Carolyn Berger | Plumbing | Vandalism | Mullins, Jesse | Broken sink removed from wall Water turned off to fixture Ordering new sink from zeringues plumbing | 9/30/2022 | $196.95 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 159079 | Destrehan High School - DHS | F Building (Formerly Technology) | sink needs to be reattached to the wall | Carolyn Berger | 10/18/2022 | Restroom (Boys) | boys restroom | Carolyn Berger | Plumbing | Vandalism | Mullins, Jesse | Reattached sink to wall | 10/18/2022 | $78.60 |
| 155338 | Hahnville High School - HHS | B Building (Formerly Gym) | Need to replace broken soap dispenser | Thomas Bourgeois | 7/11/2022 | Locker Room | | Thomas Bourgeois | Restrooms | Vandalism | Bourgeois, Thomas | Changed out broken dispenser with a new one | 7/11/2022 | $49.82 |
| 155343 | Hahnville High School - HHS | A Building (Formerly Main) | Need to replace hand sanitizer that was ripped off the wall in the girls bathroom by the cafeteria | Thomas Bourgeois | 7/11/2022 | Bathroom | | Thomas Bourgeois | Restrooms | Vandalism | Bourgeois, Thomas | Installed new hand sanitizer on wall | 7/11/2022 | $49.82 |
| 155347 | Hahnville High School - HHS | E Building (Formerly Science) | Downstairs boys bathroom need to replace 2 soap dispensers that where ripped off the wall. | Thomas Bourgeois | 7/11/2022 | Bathroom | | Thomas Bourgeois | Restrooms | Vandalism | Bourgeois, Thomas | Replaced 2 missing dispensers with new ones. | 7/11/2022 | $49.82 |
| 155351 | Hahnville High School - HHS | E Building (Formerly Science) | Boys upstairs bathroom Replace 3 mirrors that were ripped off the wall | Thomas Bourgeois | 7/11/2022 | Bathroom | | Thomas Bourgeois | Restrooms | Vandalism | Bourgeois, Thomas | 7/13/22 LaPlace glass was called out to measure and order new mirrors 7/1/222 Laplace glass installed 3 new mirrors | 7/11/2022 | $728.94 |
| 155353 | Hahnville High School - HHS | E Building (Formerly Science) | Replace 2 soap dispensers that were ripped off the wall | Thomas Bourgeois | 7/11/2022 | Bathroom | | Thomas Bourgeois | Restrooms | Vandalism | Bourgeois, Thomas | Installed 2 new soap dispensers where they were ripped off the wall | 7/11/2022 | $49.82 |
| 155354 | Hahnville High School - HHS | G Building (Formerly Math) | Downstairs boys bathroom replace 3 soap dispensers that were ripped off the wall | Thomas Bourgeois | 7/11/2022 | Bathroom | | Thomas Bourgeois | Restrooms | Vandalism | Bourgeois, Thomas | Installed 3 new soap dispensers where they were ripped off the wall | 7/11/2022 | $49.82 |
| 163460 | Cammon, Albert, Middle School - ACM | B Building (Formerly New Addition Wing2) | please send 2 toilet paper dispensers. Ours were ripped off the wall and they are broken | Erika Ide | 3/30/2023 | Bathroom | restroom | Erika Ide | Restrooms | Vandalism | Landeche, James | Done | 3/30/2023 | $26.20 |
| 161273 | Destrehan High School - DHS | D Building (Formerly Math) | girls restroom sink needs to be reattached to the wall it on the floor | Carolyn Berger | 1/13/2023 | Restroom (Girls) | girsl restroom | Carolyn Berger | Plumbing | Vandalism | Mitchell, Colin | | 1/13/2023 | $133.61 |
| 164449 | Destrehan High School - DHS | C Building (Formerly Gym) | The first divider in the boys restroom needs to be looked at. Someone ripped it from the wall. We have the screws in Admin Office for it. But I am not sure if brackets are broken. | Carrie Brown | 5/2/2023 | Bathroom | Boys Bathroom | Carrie Brown | Restrooms | Vandalism | Cortez, Greg | Had to drill new holes because they were pulled out of the wall reattached divider is back on wall | 5/2/2023 | $0.00 |
| 164449 | Destrehan High School - DHS | C Building (Formerly Gym) | The first divider in the boys restroom needs to be looked at. Someone ripped it from the wall. We have the screws in Admin Office for it. But I am not sure if brackets are broken. | Carrie Brown | 5/2/2023 | Bathroom | Boys Bathroom | Carrie Brown | Restrooms | Vandalism | Cortez, Greg | Had to drill new holes because they were pulled out of the wall reattached divider is back on wall | 5/2/2023 | $0.00 |

Respectfully Submitted:


/s/  *Ron Anthony Austin*
Ron A. Austin, LSBA No. 23630
Ron Austin Law, LLC
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Facsimile (504) 227-8122
*Attorneys for Plaintiff*

15

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on  April 28th, 2025 that a copy of the foregoing was served via electronic mail on April 28, 2025, to Counsel for Defendants Counsel for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; TikTok Inc.; TikTok LTD; TikTok LLC.; ByteDance Inc.; ByteDance LTD; Snap Inc.; YouTube, LLC; Google LLC; and Alphabet Inc.:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

/s/ *Ron A. Austin*

_____

Ron A. Austin

VERIFICATION

I, Ron Austin, am signing as Special Counsel to Saint Charles Parish Public Schools. I am authorized to make this verification on behalf of Saint Charles Parish Public Schools. The foregoing Plaintiff's Answers to Defendants' Interrogatories to Saint Charles Parish Public Schools (Set I) represents a corporate response, based on information, in part, assembled by the employees and/or representatives of Saint Charles Parish Public Schools. Because the matters stated in the document identified above constitute a corporate response, they are not all necessarily within my personal knowledge, or within the personal knowledge of any single individual. Subject to these limitations, the information contained in the foregoing response is, to the best of Saint Charles Parish Public Schools' knowledge, true and correct. Saint Charles Parish Public Schools reserves the right to make any changes should it appear that any omissions or errors have been made.

RON AUSTIN LAW

Ron A. Austin
400 Manhattan Blvd.,
Harvey, LA 70058
(504)-227-8100
raustin@ronaustinlaw.com

17