1

**FAEGRE DRINKER BIDDLE & REATH LLP**
JORI M. LOREN (*Admitted pro hac vice*)

2
*jori.loren@faegredrinker.com*
320 South Canal Street, Suite 3300

3
Chicago, IL 60606
Telephone: +1 (312) 356-5116

4
Facsimile: +1 (312) 569-3000

5
NICHOLAS J. BEGAKIS (BAR NO. 253588)
*nicholas.begakis@faegredrinker.com*

6
1800 Century Park East, Suite 1500
Los Angeles, California  90067

7
Telephone:      +1 310 203 4000
Facsimile:      +1 310 229 1285

8

9
Attorneys for Defendants
TIKTOK INC. and BYTEDANCE INC

10
*[Additional Counsel on Signature Page]*

11

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14

15
IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION,

16

17
This Document Relates to:

18
*Personal Injury Bellwether Plaintiffs*

19

20

21

22

23

24

25

26

27

28

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**OMNIBUS SEALING STIPULATION REGARDING DECLARATION OF JORI M. LOREN IN RESPONSE TO MAGISTRATE JUDGE KANG'S MAY 30, 2025 ORDER**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

DMS_US.371645639.3

1    Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order

2  (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing

3  Procedures (Dkt. No. 341), Defendants and Plaintiffs (collectively, the "Parties") submit this

4  Omnibus Sealing Stipulation regarding the Declaration of Jori M. Loren in Response to Magistrate

5  Judge Kang's May 30, 2025 Order ("Loren Declaration") (Dkt. No. 2004).

6    On June 2, 2025, Defendants filed the Loren Declaration (Dkt. No. 2004) along with a

7  Temporary Sealing Motion (Dkt. No. 2005). Defendants filed exhibits to the Loren Declaration

8  with confidentiality redactions (Dkt. Nos. 2005-1 through 2005-10) and submitted sealed

9  unredacted copies of the exhibits to the Loren Declaration to the Court.

10    The Parties now agree that the following portions of the exhibits to the Loren Declaration

11  should remain sealed.

| Dkt. No. | Description | Requested Action | Designating Party | Basis For Sealing | Whether Previously Sealed |
|---|---|---|---|---|---|
| 2005-4 | Exh. C. to Loren Decl. | Maintain all Redactions. | Plaintiffs | Good cause exists to seal the redacted information because it contains information about potentially explicit material interacted with by plaintiff Melton. *See In re M.T.*, 106 Cal. App. 5th 322, 336 (2024) (observing, "it is appropriate to seal certain records when those particular records contain highly sensitive and potentially embarrassing personal information about individuals"); Declaration of Jori M. Loren ¶ 2. | A party has not previously sought to seal the same information. |
| 2005-6 | Exh. E. to Loren Decl. | Maintain all Redactions | Plaintiffs | Good cause exists to seal the redacted | A party has not |

2

| Dkt. No. | Description | Requested Action | Designating Party | Basis For Sealing | Whether Previously Sealed |
|---|---|---|---|---|---|
| | | | | information because it includes the plaintiff D'Orazio's personal email addresses and a summary of deposition testimony the Parties have designated as confidential. Declaration of Jori M. Loren ¶ 2. | previously sought to seal the same information. |
| 2005-7 | Exh. F. to Loren Decl. | Maintain redactions on pg. 1 and modify redactions on pg. 2 to redact names of additional applications. | Plaintiffs | Good cause exists to seal the redacted information because it includes the names of third-party witnesses, a summary of deposition testimony the Parties have designated as confidential, and about potentially explicit material interacted with by Plaintiff M.G. Declaration of Jori M. Loren ¶ 2. | A party has not previously sought to seal the same information. |
| 2005-8 | Exh. G. to Loren Decl. | Maintain Redactions | Plaintiffs | Good cause exists to seal the redacted information because it contains information about potentially explicit material interacted with by plaintiff Clevenger. Declaration of Jori M. Loren ¶ 2. | A party has not previously sought to seal the same information. |
| 2005-9 | Exh. H. to Loren Decl. | Modify Redactions at pg. 1 to | Plaintiffs | Good cause exists to seal the redacted | A party has not previously |

3

| Dkt. No. | Description | Requested Action | Designating Party | Basis For Sealing | Whether Previously Sealed |
|---|---|---|---|---|---|
| | | redact plaintiff J.D.'s name on subject line. | | information because it includes plaintiff J.D.'s last name, the names of individuals whose Facebook accounts that J.D. disclaimed, and a summary of deposition testimony the Parties have designated as confidential. Declaration of Jori M. Loren ¶ 2. | sought to seal the same information. |
| 2005-10 | Exh. I. to Loren Decl. | Modify redactions to redact information concerning a topic discussed during a deposition and the name of a third-party witness. | Plaintiffs | Good cause exists to seal the redacted information because it includes a summary of deposition testimony the Parties have designated as confidential and the full name of a third-party witness. Declaration of Jori M. Loren ¶ 2. | A party has not previously sought to seal the same information. |

Pursuant to this Court's sealing procedures, the following are attached hereto: (i) modified copies of Dkt Nos. 2005-7, 2005-9, and 2005-10 with the redactions agreed by the Parties; (ii) the Declaration of Jori Loren supporting the requests to seal; and (iii) a Proposed Order On Undisputed Sealing Requests.

**IT IS SO STIPULATED AND AGREED:**

Date: June 23, 2025

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

4

DMS_US.371645639.3

Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com
Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

5

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership
RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

6

DMS_US.371645639.3

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

7

DMS_US.371645639.3

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

8

DMS_US.371645639.3

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

COVINGTON & BURLING LLP
Phyllis A. Jones, Admitted *pro hac vice*
Paul W. Schmidt, Admitted *pro hac vice*
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Jori M. Loren*
Nicholas J. Begakis
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: nicholas.begakis@faegredrinker.com

9

1    FAEGRE DRINKER LLP
     Jori M. Loren Admitted *pro hac vice*
2    320 South Canal Street, Suite 3300
     Chicago, IL 60606
3    Telephone: +1 (312) 356-5116
     Facsimile: +1 (312) 569-3000
4    Email: amy.fiterman@faegredrinker.com

5    KING & SPALDING LLP
     Geoffrey Drake, Admitted *pro hac vice*
6    1180 Peachtree Street, NE, Suite 1600
     Atlanta, GA 30309
7    Tel.: 404-572-4600
     Email: gdrake@kslaw.com
8    Email: dmattern@kslaw.com

9    KING & SPALDING LLP
     David Mattern, Admitted *pro hac vice*
10   1700 Pennsylvania Avenue, NW, Suite 900
     Washington, D.C. 20006
11   Telephone: +1 (202) 626-2946
     Email: dmattern@kslaw.com
12
     *Attorneys for Defendants TikTok Inc. and*
13   *ByteDance Inc.*

14   MUNGER, TOLLES & OLSON LLP
     By: */s/ Jonathan H. Blavin*
15   Jonathan H. Blavin, SBN 230269
     MUNGER, TOLLES & OLSON LLP
16   560 Mission Street, 27th Floor
     San Francisco, CA 94105-3089
17   Telephone: (415) 512-4000
     Facsimile: (415) 512-4077
18   Email: jonathan.blavin@mto.com
19
     Rose L. Ehler (SBN 29652)
20   Victoria A. Degtyareva (SBN 284199)
     Laura M. Lopez, (SBN 313450)
21   Ariel T. Teshuva (SBN 324238)
     MUNGER, TOLLES & OLSON LLP
22   350 South Grand Avenue, 50th Floor
     Los Angeles, CA 90071-3426
23   Telephone: (213) 683-9100
     Facsimile: (213) 687-3702
24   Email: rose.ehler@mto.com
     Email: victoria.degtyareva@mto.com
25   Email: Ariel.Teshuva@mto.com
26
27
28

OMNIBUS SEALING STIPULATION
Case No. 4:22-MD-03047-YGR

DMS_US.371645639.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

WILSON SONSINI GOODRICH & ROSATI
Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

WILSON SONSINI GOODRICH & ROSATI
Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

11

DMS_US.371645639.3

WILLIAMS & CONNOLLY LLP
By: /s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: /s/ Yardena R. Zwang-Weissman
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email:yardena.zwang-weissman@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

OMNIBUS SEALING STIPULATION
Case No. 4:22-MD-03047-YGR

DMS_US.371645639.3