|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| --- | --- |
|  | MDL No. 3047 |
| This Document Relates to: | **[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DECLARATION OF JORI M. LOREN IN RESPONSE TO MAGISTRATE JUDGE KANG'S MAY 30, 2025 ORDER** |
| *Personal Injury Bellwether Plaintiffs* |  |
|  | Judge: Hon. Yvonne Gonzalez Rogers |
|  | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting declaration, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the Declaration of Jori M. Loren in Response to Magistrate Judge Kang's May 30, 2025 Order (Dkt. No. 2004).

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 2005-4 | Exh. C to Loren Decl. | Maintain Redactions | Granted: _____ <br> Denied: _____ |
| 2005-6 | Exh. E to Loren Decl. | Maintain Redactions | Granted: _____ <br> Denied: _____ |
| 2005-7 | Exh. F to Loren Decl. | Modify Redactions | Granted: _____ <br> Denied: _____ |
| 2005-8 | Exh. G to Loren Decl. | Maintain Redactions | Granted: _____ <br> Denied: _____ |
| 2005-9 | Exh. H to Loren Decl. | Modify Redaction | Granted: _____ <br> Denied: _____ |
| 2005-10 | Exh. I to Loren Decl. | Modify Redactions | Granted: _____ <br> Denied: _____ |

IT IS SO ORDERED:

DATE:

                                                                                      _____
Hon. Peter H. Kang
Magistrate Judge