1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)              Jennie Lee Anderson (SBN 203586)
   pwarren@motleyrice.com                      jennie@andrusanderson.com
6  MOTLEY RICE LLC                             ANDRUS ANDERSON LLP
   401 9th Street NW, Suite 630                155 Montgomery Street, Suite 900
7  Washington, DC 20004                        San Francisco, CA 94104
   Telephone: (202) 386-9610                   Telephone:   (415) 986-1400
8

9  *Plaintiffs' Co-Lead Counsel*               *Plaintiffs' Liaison Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059;<br><br>*Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287;<br><br>*Jacobs v. YouTube, LLC et al*, 4:24-cv-04646;<br><br>*Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451;<br><br>*J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075;<br><br>*C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077;<br><br>*HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401;<br><br>*CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407;<br><br>*A.G., et al. v Meta Platforms, Inc., et al.*, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' FOURTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

|   |   |
|---|---|
| 1 | *4:24-cv-09343;* |
| 2 | *S.S., et al., v. ByteDance, Ltd, et al., 4:24-cv-09398;* |
| 3 | |
| 4 | *K.B., et al., v. Meta Platforms, Inc., et al., 4:25-cv-00121;* |
| 5 | *J.K., et al., v. Meta Platforms, Inc., et al., 4:25-cv-00166;* |
| 6 | |
| 7 | *J.S., et al. v. ByteDance, Ltd., et al., 4:25-cv-00275;* |
| 8 | *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC, 4:25-cv-2398;* |
| 9 | |
| 10 | *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al., 4:25-cv-2756;* |
| 11 | |
| 12 | *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al, 4:25-cv-2786;* |
| 13 | *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al., 4:25-cv-3175;* |
| 14 | |
| 15 | *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al, 4:25-cv-3705;* |
| 16 | *D.W. v. ByteDance, Inc. et al, 4:25-cv-3713;* |
| 17 | |
| 18 | *D.W. v. Meta Platforms, Inc. et al, 4:25-cv-3796;* |
| 19 | *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC, 4:25-cv-4007.* |
| 20 | |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully move for administrative relief to file under seal the individual *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") described in Plaintiffs' Fourteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("*Ex Parte* Application") and attached as Exhibits 1-23 to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fourteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Declaration").

The Applications for which sealing is sought are:

- *Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059 (Exhibit 1);
- *Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287 (Exhibit 3);
- *Jacobs v. YouTube, LLC et al*, 4:24-cv-04646 (Exhibit 4);
- *Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451 (Exhibit 5);
- *J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075 (Exhibit 6);
- *C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077 (Exhibit 7);
- *HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401 (Exhibit 8);
- *CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407 (Exhibit 9);
- *A.G., et al. v Meta Platforms, Inc., et al.*, 4:24-cv-09343 (Exhibit 10);
- *S.S., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09398 (Exhibit 11);
- *K.B., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00121 (Exhibit 12);
- *J.K., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00166 (Exhibit 13);
- *J.S., et al. v. ByteDance, Ltd., et al.*, 4:25-cv-00275 (Exhibit 14);
- *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC*, 4:25-cv-2398 (Exhibit 15);
- *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al.*, 4:25-cv-2756 (Exhibit 17);
- *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al*, 4:25-cv-2786 (Exhibit 18);
- *M.S. filed on behalf of minor A.S. v Meta Platforms, Inc. et al.*, 4:25-cv-3175 (Exhibit 19);
- *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al*, 4:25-cv-3705 (Exhibit 20);
- *D.W. v. ByteDance, Inc. et al*, 4:25-cv-3713 (Exhibit 21);
- *D.W. v. Meta Platforms, Inc. et al*, 4:25-cv-3796 (Exhibit 22);
- *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC*, 4:25-cv-4007 (Exhibit 23).

This motion is accompanied by a [Proposed] Order and the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fourteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* ("Anderson Decl. ISO Admin Motion"),

pursuant to Civil Local Rules 7-11 and 7-12.  *See* Civ. L. R. 79-5(c).

This Court previously considered and finding good cause granted Plaintiffs' request to seal applications for guardian *ad litem* in this case.  ECF No. 16.

Pursuant to Civil Local Rule 7-11, Liaison Counsel for Plaintiffs asked Defendants for a standing stipulation that Applications may be filed under seal.  Liaison Counsel for Defendants confirmed that Defendants will so stipulate, but do not waive, and expressly reserve, their right to seek an order or orders in the future to unseal individual applications and/or require parents who wish to proceed pseudonymously going forward make a showing of good cause.  Anderson Decl. ISO Admin. Mot. to Seal, ¶5.

For the reasons set forth above, Plaintiffs respectfully request that the Court enter the [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal Exhibits in Support of Plaintiffs' Fourteenth *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

Dated:  June 24, 2025

Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004

Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger (*pro hac vice*)
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com

*Counsel to the Co-Lead Counsel and Settlement Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100

OAKLAND, CA 94607
Telephone:  510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone:  215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone:  212-558-5500
jbilsborrow@weitzlux.com
*Plaintiffs' Steering Committee Leadership*

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com


CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone:  510-698-9566
mliu@awkolaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone:  850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone:  205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone:  212-372-3030
jamesmarsh@marshlaw.com

RUTH RIZKALLA
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

Ron A. Austin
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058

504-227-8100
Fax: 504-227-8122
raustin@ronaustinlaw.com

***Plaintiffs' Steering Committee Membership***