**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059;<br><br>*Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287;<br><br>*Jacobs v. YouTube, LLC et al*, 4:24-cv-04646;<br><br>*Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451;<br><br>*J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075;<br><br>*C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077;<br><br>*HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401;<br><br>*CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407;<br><br>*A.G., et al. v Meta Platforms, Inc., et al.*, 4:24-cv-09343; | **[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' FOURTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

| | |
|---|---|
| 1 | *S.S., et al., v. ByteDance, Ltd, et al.,* 4:24-cv-09398; |
| 2 | |
| 3 | *K.B., et al., v. Meta Platforms, Inc., et al.,* 4:25-cv-00121; |
| 4 | *J.K., et al., v. Meta Platforms, Inc., et al.,* 4:25-cv-00166; |
| 5 | |
| 6 | *J.S., et al. v. ByteDance, Ltd., et al.,* 4:25-cv-00275; |
| 7 | *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC,* 4:25-cv-2398; |
| 8 | |
| 9 | *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al.,* 4:25-cv-2756; |
| 10 | |
| 11 | *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al,* 4:25-cv-2786; |
| 12 | *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al.,* 4:25-cv-3175; |
| 13 | |
| 14 | *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al,* 4:25-cv-3705; |
| 15 | *D.W. v. ByteDance, Inc. et al,* 4:25-cv-3713; |
| 16 | |
| 17 | *D.W. v. Meta Platforms, Inc. et al,* 4:25-cv-3796; |
| 18 | *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC,* 4:25-cv-4007. |
| 19 | |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to File Under Seal Exhibits to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Fourteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter "Anderson Declaration in Support of Fourteenth Application for Guardians *Ad Litem*).

The Court has reviewed Plaintiffs' Administrative Motion and the declaration in support thereof. Finding that Plaintiffs have articulated good cause to seal the individual *Ex Parte* Applications for Appointments of Guardian *Ad Litem* ("Application") attached as Exhibits 1-23 to the Anderson Declaration in Support of Fourteenth Application for Guardians *Ad Litem*, the Court

1  hereby orders that the following document shall remain under seal absent further Order of the
2  Court:

| Material/Document | Portion Requested to Keep Under Seal | Ruling |
|---|---|---|
| Exhibit 1 - *Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 2 – Withdrawn | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 3 – Application for *Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 4 - Application for *Jacobs v. YouTube, LLC et al*, 4:24-cv-04646 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 5 – Application for *Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 6 - Application for *J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 7 – Application for *C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 8 – Application for *HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 9 – Application for *CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 10 - Application for *A.G., et al. v Meta Platforms, Inc., et al.*, 4:24-cv-09343 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 11 – Application for *S.S., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09398 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 12 – Application for *K.B., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00121 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 13 – Application for *J.K., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00166 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 14 – Application for *J.S., et al. v. ByteDance, Ltd., et al.*, 4:25-cv-00275 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 15 – Application for *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC*, 4:25-cv-2398 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 16 – Withdrawn | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

| | | |
|---|---|---|
| Exhibit 17 – Application for *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al.*, 4:25-cv-2756 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 18 – Application for *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al*, 4:25-cv-2786 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 19 – Application for *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al.*, 4:25-cv-3175 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 20 – Application for *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al*, 4:25-cv-3705 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 21 – Application for *D.W. v. ByteDance, Inc. et al*, 4:25-cv-3713 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 22 – Application for *D.W. v. Meta Platforms, Inc. et al*, 4:25-cv-3796 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |
| Exhibit 23 – Application for *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC*, 4:25-cv-4007 | Entire Application/ Exhibit | ___ Granted<br>___ Denied |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE