Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059;<br><br>*Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287;<br><br>*Jacobs v. YouTube, LLC et al*, 4:24-cv-04646;<br><br>*Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451;<br><br>*J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075;<br><br>*C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077;<br><br>*HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401;<br><br>*CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407; | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' FOURTEENTH CONSOLIDATED *EX PARTE* APPLICATION FOR APPOINTMENT OF GUARDIANS *AD LITEM*** |

*A.G., et al. v Meta Platforms, Inc., et al.,* 4:24-cv-09343;

*S.S., et al., v. ByteDance, Ltd, et al.,* 4:24-cv-09398;

*K.B., et al., v. Meta Platforms, Inc., et al.,* 4:25-cv-00121;

*J.K., et al., v. Meta Platforms, Inc., et al.,* 4:25-cv-00166;

*J.S., et al. v. ByteDance, Ltd., et al.,* 4:25-cv-00275;

*S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC,* 4:25-cv-2398;

*A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al.,* 4:25-cv-2756;

*P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al,* 4:25-cv-2786;

*M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al.,* 4:25-cv-3175;

*A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al,* 4:25-cv-3705;

*D.W. v. ByteDance, Inc. et al,* 4:25-cv-3713;

*D.W. v. Meta Platforms, Inc. et al,* 4:25-cv-3796;

*J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC,* 4:25-cv-4007.

I, Jennie Lee Anderson, do hereby declare and state as follows:

1. I am a partner with the law firm of Andrus Anderson LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am the Court-appointed Liaison Counsel for Plaintiffs *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047, and a counsel of record for the Plaintiff in *Rodriguez v. Meta Platforms, Inc., et al.*, Case No. 4:22-cv-00401. I make this declaration of my own personal knowledge and, if called as a witness, I could and

1 would testify competently to the matters stated below.

2. I make this declaration in support of Plaintiffs' Fourteenth Consolidated *Ex Parte* Application for Appointment of Guardians *Ad Litem*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Ridener v. Meta Platforms Inc. et al,* 4:24-cv-03059.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Jacobs v. YouTube, LLC et al*, 4:24-cv-04646.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the *Ex Parte*

1  Application for Appointment of Guardian *Ad Litem* I received for the case *A.G., et al. v Meta Platforms, Inc., et al.*, 4:24-cv-09343.

2    12.    Attached hereto as **Exhibit 11** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.S., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09398.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *K.B., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00121.

14.    Attached hereto as **Exhibit 13** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.K., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00166.

15.    Attached hereto as **Exhibit 14** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.S., et al. v. ByteDance, Ltd., et al.*, 4:25-cv-00275.

16.    Attached hereto as **Exhibit 15** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC*, 4:25-cv-2398.

17.    Attached hereto as **Exhibit 17** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al.*, 4:25-cv-2756.

18.    Attached hereto as **Exhibit 18** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al*, 4:25-cv-2786.

19.    Attached hereto as **Exhibit 19** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al.*, 4:25-cv-3175.

20.    Attached hereto as **Exhibit 20** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *A.B., filed on behalf of*

1 | *minor A.B. v. Meta Platforms, Inc. et al*, 4:25-cv-3705.

2 |     21.    Attached hereto as **Exhibit 21** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.W. v. ByteDance, Inc. et al*, 4:25-cv-3713.

    22.    Attached hereto as **Exhibit 22** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *D.W. v. Meta Platforms, Inc. et al*, 4:25-cv-3796.

    23.    Attached hereto as **Exhibit 23** is a true and correct copy of the *Ex Parte* Application for Appointment of Guardian *Ad Litem* I received for the case *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC*, 4:25-cv-4007.

    24.    **Exhibits 1-23** are Applications submitted to Plaintiffs' Liaison Counsel for filing since the last guardian *ad litem* submission. I have reviewed the *Ex Parte* Applications attached as **Exhibits 1-23**. The Applications have been made by the minor's parent, and/or legal guardian. Further, the *Ex Parte* Applications are consistent with *Attachment A* to this Court's Order Regarding Appointment of Guardian *Ad Litem* (ECF No. 122), and include (1) the applicant's name and contact information (including address, email, and telephone number); (2) the name, case number, state of domicile (and its minimum age of capacity); (3) a statement that the applicant is the parent and/or legal guardian of the minor plaintiff; and (4) a statement affirming that the applicant is fully competent and qualified to understand and protect the rights of the minor plaintiff and has no interests adverse to the interests of that person.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: June 24, 2025          Respectfully submitted,

                                         /s/Jennie Lee Anderson
                                         Jennie Lee Anderson

                                         ANDRUS ANDERSON LLP
                                         155 Montgomery Street, Suite 900
                                         San Francisco, CA 94104
                                         Telephone: (415) 986-1400

Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Plaintiffs' Liaison Counsel*

Declaration ISO Plaintiffs' Fourteenth Ex Parte App. For Appointment of Guardian *Ad Litem*