1   Lexi J. Hazam (SBN 224457)
    lhazam@lchb.com
2   LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000

5   Previn Warren (*pro hac vice*)          Jennie Lee Anderson (SBN 203586)
    pwarren@motleyrice.com                  jennie@andrusanderson.com
6   MOTLEY RICE LLC                         ANDRUS ANDERSON LLP
    401 9th Street NW, Suite 630            155 Montgomery Street, Suite 900
7   Washington, DC 20004                    San Francisco, CA  94104
    Telephone: (202) 386-9610               Telephone:     (415) 986-1400
8

9   *Plaintiffs' Co-Lead Counsel*            *Plaintiffs' Liaison Counsel*

10                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11

12  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
    ADDICTION/PERSONAL INJURY
13  PRODUCTS LIABILITY LITIGATION           MDL No. 3047

14  ─────────────────────────────          **EXHIBITS 1-23 TO DECLARATION OF**
                                           **JENNIE LEE ANDERSON IN SUPPORT**
15  This Document Relates to:              **OF PLAINTIFFS' FOURTEENTH *EX PARTE***
                                           **APPLICATION FOR APPOINTMENT**
16  *Ridener v. Meta Platforms Inc. et al, 4:24-*  **OF GUARDIANS AD LITEM**
    *cv-03059;*
17
    *Jones v. ByteDance, Ltd. et al, 4:24-cv-*
18  *03287;*

19  *Jacobs v. YouTube, LLC et al, 4:24-cv-*
    *04646;*
20
    *Hill v. Meta Platforms, Inc. et al, 4:24-cv-*
21  *08451;*

22  *J.P., et al., v. ByteDance, Ltd, et al., 4:24-*
    *cv-09075;*
23
    *C.H., et al., v. Meta Platforms, Inc., et al.,*
24  *4:24-cv-09077;*

25  *HS, et al., v. Meta Platforms, Inc., et al.,*
    *4:24-cv-09401;*
26
    *CG, et al., v. Meta Platforms, Inc., et al.,*
27  *4:24-cv-09407;*

28  *A.G., et al. v Meta Platforms, Inc., et al.,*

                                                    - 1 -        Case No. 4:22-md-03047-YGR

1    *4:24-cv-09343;*

2    *S.S., et al., v. ByteDance, Ltd, et al., 4:24-cv-09398;*

3

4    *K.B., et al., v. Meta Platforms, Inc., et al., 4:25-cv-00121;*

5    *J.K., et al., v. Meta Platforms, Inc., et al., 4:25-cv-00166;*

6

7    *J.S., et al. v. ByteDance, Ltd., et al., 4:25-cv-00275;*

8    *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC, 4:25-cv-2398;*

9

10   *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al., 4:25-cv-2756;*

11

12   *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al, 4:25-cv-2786;*

13   *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al., 4:25-cv-3175;*

14

15   *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al, 4:25-cv-3705;*

16   *D.W. v. ByteDance, Inc. et al, 4:25-cv-3713;*

17

18   *D.W. v. Meta Platforms, Inc. et al, 4:25-cv-3796;*

19   *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC, 4:25-cv-4007.*

20

21

22

23

24

25

26

27

28

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

- 3 -                    Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# WITHDRAWN

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

- 7 -                  Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 6

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 12

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 13

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 14

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 15

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 16

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# WITHDRAWN

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 17

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 18

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 19

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 20

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 21

Case No. 4:22-md-03047-YGR
Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 22

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 23

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-23 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fourteenth Ex Parte Application