# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059;<br><br>*Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287;<br><br>*Jacobs v. YouTube, LLC et al*, 4:24-cv-04646;<br><br>*Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451;<br><br>*J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075;<br><br>*C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077;<br><br>*HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401;<br><br>*CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407;<br><br>*A.G., et al. v Meta Platforms, Inc., et al.*, 4:24-cv-09343; | **[PROPOSED] ORDER GRANTING PLAINTIFFS' FOURTEENTH CONSOLIDATED *EX PARTE* APPLICATION AND APPOINTING GUARDIANS *AD LITEM*** |

[Proposed] Order Granting Plaintiffs' Fourteenth Consolidated Ex Parte Application

1  *S.S., et al., v. ByteDance, Ltd, et al., 4:24-cv-09398;*

2

3  *K.B., et al., v. Meta Platforms, Inc., et al., 4:25-cv-00121;*

4  *J.K., et al., v. Meta Platforms, Inc., et al., 4:25-cv-00166;*

5

6  *J.S., et al. v. ByteDance, Ltd., et al., 4:25-cv-00275;*

7  *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC, 4:25-cv-2398;*

8

9  *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al., 4:25-cv-2756;*

10

11  *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al, 4:25-cv-2786;*

12  *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al., 4:25-cv-3175;*

13

14  *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al, 4:25-cv-3705;*

15  *D.W. v. ByteDance, Inc. et al, 4:25-cv-3713;*

16

17  *D.W. v. Meta Platforms, Inc. et al, 4:25-cv-3796;*

18  *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC, 4:25-cv-4007.*

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court is in receipt of Plaintiffs' Fourteenth E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Fourteenth *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On June 24, 2025, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *Ridener v. Meta Platforms Inc. et al*, 4:24-cv-03059 (Exhibit 1);
- *Jones v. ByteDance, Ltd. et al*, 4:24-cv-03287 (Exhibit 3);
- *Jacobs v. YouTube, LLC et al*, 4:24-cv-04646 (Exhibit 4);
- *Hill v. Meta Platforms, Inc. et al*, 4:24-cv-08451 (Exhibit 5);
- *J.P., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09075 (Exhibit 6);
- *C.H., et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09077 (Exhibit 7);
- *HS, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09401 (Exhibit 8);
- *CG, et al., v. Meta Platforms, Inc., et al.*, 4:24-cv-09407 (Exhibit 9);
- *A.G., et al. v Meta Platforms, Inc., et al.*, 4:24-cv-09343 (Exhibit 10);
- *S.S., et al., v. ByteDance, Ltd, et al.*, 4:24-cv-09398 (Exhibit 11);
- *K.B., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00121 (Exhibit 12);
- *J.K., et al., v. Meta Platforms, Inc., et al.*, 4:25-cv-00166 (Exhibit 13);
- *J.S., et al. v. ByteDance, Ltd., et al.*, 4:25-cv-00275 (Exhibit 14);
- *S.C., filed on behalf of minor W.C. v. Meta Platforms and Instagram, LLC*, 4:25-cv-2398 (Exhibit 15);
- *A.M., filed on behalf of minor M.M. v. Meta Platforms, Inc., et al.*, 4:25-cv-2756 (Exhibit 17);

- *P.H., filed on behalf of minor A.B. v. ByteDance, Ltd. et al*, 4:25-cv-2786 (Exhibit 18);
- *M.S. filed on behalf of minor A.S. v. Meta Platforms, Inc. et al.*, 4:25-cv-3175 (Exhibit 19);
- *A.B., filed on behalf of minor A.B. v. Meta Platforms, Inc. et al*, 4:25-cv-3705 (Exhibit 20);
- *D.W. v. ByteDance, Inc. et al*, 4:25-cv-3713 (Exhibit 21);
- *D.W. v. Meta Platforms, Inc. et al*, 4:25-cv-3796 (Exhibit 22);
- *J.A. filed on behalf of minor A.A. v. Meta Platforms, Inc. and Instagram, LLC*, 4:25-cv-4007 (Exhibit 23).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Fourteenth *Ex Parte* Application. ECF No.122 ¶5.

Having received no objections on or before July 9, 2024, which is the fifteenth day after the filing of Plaintiffs' Fourteenth *Ex Parte* Application, and good cause appearing, it is hereby ordered that that the applicants identified in the Applications for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those actions for the purposes of this litigation. These appointments, as well as all prior appointments of guardians ad litem in this case, shall remain in effect until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE