Chart Listing Documents Requested to be Sealed

| ECF 2009 – Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool ||||||| 
|---|---|---|---|---|---|---|
| PORTION OF DOCUMENT FILED UNDER SEAL | AGREED BASIS FOR SEALING | UNDISPUTED REQUESTS TO MAINTAIN PROVISIONAL REDACTIONS | UNDISPUTED REQUESTS TO MODIFY PROVISIONAL REDACTIONS | DISPUTES | SEALING PREVIOUSLY SOUGHT (Yes/No) | DOCKET LOCATION OF THE PREVIOUS SEALING ORDER |
| None | N/A | | | | | |
| **ECF 2009-1 – Declaration of Lance V. Oliver in Support of Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool** ||||||| 
| Page 2, par. 2: describing S.K.'s current medical treatment | Protected Health Information | | X | | No | |
| **ECF 2009-2 – Exhibit A to Declaration of Lance V. Oliver in Support of Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool** ||||||| 
| Page 8: description of S.K.'s current medical condition | Protected Health Information | | X | | No | |