| THIS DOCUMENT RELATES TO:<br>Case No. 23-cv-1584 | IN RE: SOCIAL MEDIAL ADOLESCENT ADDICTION/PERSONAL INJURY<br>PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR-TSH<br>Proposed Order On Undisputed Sealing Requests |

| ECF 2009 – Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool | | |
|---|---|---|
| **PROPOSED REDACTIONS** | **ACTION TO BE TAKEN** | **COURT'S ORDER** |
| None | None | |
| **ECF 2009-1 – Declaration of Lance V. Oliver in Support of Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool** | | |
| Page 2, par. 2: describing S.K.'s current medical treatment | Redact | |
| **ECF 2009-2 – Exhibit A to Declaration of Lance V. Oliver in Support of Motion for Leave to File Complete Evidence in Support of Plaintiffs' Letter Brief Regarding Personal Injury Bellwether Pool** | | |
| Page 8: description of S.K.'S current medical condition | Redact | |

1