Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO: *D'Orazio v. Meta Platforms et al.*, 4:23-cv-03751 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**STIPULATED PROTOCOL FOR PLAINTIFF MEDICAL EVALUATION** |

The parties, by and through their undersigned counsel, hereby stipulate and agree to the following with regard to the mental examination ("ME") of Plaintiff Jessica D'Orazio ("D'Orazio") pursuant to Federal Rule of Civil Procedure 35.

1.  This Protocol governs the nature of the ME to be conducted for Plaintiff D'Orazio.

2.  The ME shall be conducted by Dr. Matthew Shear, who is a "suitably licensed or certified examiner" under Rule 35(a).

3.  The ME shall take place in person at Kirkland and Ellis, LLP, 2005 Market Street, Suite 1000, Philadelphia, PA 19103 on June 30, 2025 at 10 AM ET.

4.  The ME shall not last longer than three hours, not inclusive of any breaks.

5. The ME will be limited in scope to assessing the extent, nature, and possible cause(s) of any mental or psychiatric disorders or illnesses. Dr. Shear will only conduct psychiatric and psychological evaluations of each Plaintiff and will not conduct any testing.

6. Neither party is entitled to videotape any portion of the ME. However, either party may elect to record the examination by audio technology.

7. One counsel for Plaintiff may be present during the ME as an observer. An observer may monitor the examination, but shall not participate in or disrupt it. Plaintiff's counsel will not discuss the substance of the ME with Plaintiff during breaks. No family member or friend shall attend or be in the room while the ME is in progress.

8. The ME will be transmitted via Zoom with an audio and visual telecast, allowing additional defense experts and plaintiffs' experts and counsel to observe virtually (with cameras off). The Zoom screen and the number of people in attendance will not be visible to the Plaintiff during the ME. Plaintiff's face shall be visible on camera in a wide view, but the camera shall not be directly in front of her. In addition, Defendants will have one attorney in attendance at the premises to handle logistical matters, and will arrange for technical personnel, but they will not be present for the examination itself. Dr. Shear and the Defendants' representative handling logistics will not speak with or attempt to engage any family member or friend who may accompany Plaintiff to the examination.

9. No family member or friend shall attend or observe the ME either in person or remotely while the ME is in progress; nor shall any such individual speak with or interact with Plaintiff D'Orazio during the entirety of the ME, inclusive of any breaks.

10. No person other than those specifically mentioned in this stipulation shall be present in person or remotely during the ME.

11. Defendants will provide Plaintiff's counsel with "a copy of the examiner's report, together with like reports of all earlier examinations of the same condition" in accordance with the deadline for Defendants' case-specific expert reports in Case Management Order No. 18. Defendants are entitled to request and receive "like reports of all earlier or later examinations of the same condition" as provided by the Rule. All drafts of such reports are considered privileged and need not be disclosed.

By stipulating to this agreement, the parties agree to abide by these protocols unless and

1  until the Court denies this stipulation.

2      **IT IS SO STIPULATED AND AGREED.**

3

4  DATED: June 27, 2025            Respectfully submitted,

5

6             */s/ Patrick I. Andrews*
           Patrick I. Andrews
           Lexi J. Hazam
           **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
           275 BATTERY STREET, 29TH FLOOR
           SAN FRANCISCO, CA 94111-3339
           Telephone: + 1 (415) 956-1000
           Email: lhazam@lchb.com
           Email: pandrews@lchb.com

*Attorneys for Plaintiff*

**COVINGTON & BURLING LLP**

           */s/ Ashley M. Simonsen*
           Ashley M. Simonsen (State Bar No. 275203)
           COVINGTON & BURLING LLP
           1999 Avenue of the Stars
           Los Angeles, CA 90067
           Telephone: + 1 (424) 332-4800
           Facsimile: +1 (650) 632-4800
           Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
David N. Sneed, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: dsneed@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP

3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email:  ehenn@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

 */s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

 */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**MUNGER, TOLLES & OLSEN LLP**

 */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

San Francisco, CA  94105-3089
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva  (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C.  20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   June 27, 2025         By:   */s/ Ashley M. Simonsen*
                                                 Ashley M. Simonsen