CHRISTOPHER CHIOU, State Bar No. 233587
WILSON SONSINI GOODRICH & ROSATI
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendants YouTube, LLC and Google LLC*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE "M"**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

1  Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to June 27, 2025, and the Court granted the Parties' requested schedule, Dkt. 2018; and

2. WHEREAS, the Parties are continuing to meet and confer to reach resolution on disputes and searches related to the M source, and dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any briefs will be submitted on July 16, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Peter H. Kang
United States District Judge

Dated: June 27, 2025                             Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com

| | |
|---|---|
| 1 | 633 West Fifth Street |
| 2 | Los Angeles, CA 90071-2048<br>Telephone: (323) 210-2900 |
| 3 | Brian M. Willen, *pro hac vice* |
| 4 | Wilson Sonsini Goodrich & Rosati<br>bwillen@wsgr.com |
| 5 | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800 |


633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

|   |   |
|---|---|
| 1 | *Attorneys for Defendants YouTube, LLC, and Google LLC* |
| 2 |   |
| 3  Dated: June 27, 2025 | */s/ Lexi J. Hazam* |
| 4 | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 5 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 6 | Telephone: 415-956-1000 |
| 7 | lhazam@lchb.com |
| 8 | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 9 | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 10 | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 11 | Co-Lead Counsel |
| 12 | CHRISTOPHER A. SEEGER |
| 13 | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th floor |
| 14 | Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100 |
| 15 | Facsimile: 973-679-8656<br>cseeger@seegerweiss.com |
| 16 |   |
| 17 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 18 | JENNIE LEE ANDERSON |
| 19 | **ANDRUS ANDERSON, LLP**<br>155 Montgomery Street, Suite 900 |
| 20 | San Francisco, CA 94104<br>Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 21 | Liaison Counsel |
| 22 | JOSEPH G. VANZANDT |
| 23 | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 24 | 234 Commerce Street<br>Montgomery, AL 36103 |
| 25 | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 26 | EMILY C. JEFFCOTT |
| 27 | **MORGAN & MORGAN**<br>220 W. Garden Street, 9th Floor |
| 28 |   |

Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

| | |
|---|---|
| 1 | RON AUSTIN |
| 2 | **RON AUSTIN LAW**<br>400 MANHATTAN BLVD |
| 3 | HARVEY, LA 70058<br>Telephone: 504-227–8100 |
| 4 | raustin@ronaustinlaw.com |
| 5 | PAIGE BOLDT<br>**WATTS GUERRA LLP** |
| 6 | 4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257 |
| 7 | Telephone: 210-448-0500<br>PBoldt@WattsGuerra.com |
| 8 | THOMAS P. CARTMELL |
| 9 | **WAGSTAFF & CARTMELL LLP**<br>4740 Grand Avenue, Suite 300 |
| 10 | Kansas City, MO 64112<br>Telephone: 816-701 1100 |
| 11 | tcartmell@wcllp.com |
| 12 | SARAH EMERY<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 13 | 2380 Grandview Drive<br>Ft. Mitchell, KY 41017 |
| 14 | Telephone: 888-606-5297<br>semery@justicestartshere.com |
| 15 | CARRIE GOLDBERG |
| 16 | **C.A. GOLDBERG, PLLC**<br>16 Court St. |
| 17 | Brooklyn, NY 11241<br>Telephone: (646) 666-8908 |
| 18 | carrie@cagoldberglaw.com |
| 19 | RONALD E. JOHNSON, JR.<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 20 | 600 West Main Street, Suite 100<br>Louisville, KY 40202 |
| 21 | Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 22 | SIN-TING MARY LIU |
| 23 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 24 | 17 East Main Street, Suite 200<br>Pensacola, FL 32502 |
| 25 | Telephone: 510-698-9566<br>mliu@awkolaw.com |
| 26 | JAMES MARSH |
| 27 | **MARSH LAW FIRM PLLC**<br>31 Hudson Yards, 11th floor |
| 28 | |

New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 27, 2025                                         /s/ *Christopher Chiou*
                                                                              Christopher Chiou