1  CHRISTOPHER CHIOU, State Bar No. 233587
   WILSON SONSINI GOODRICH & ROSATI
2  cchiou@wsgr.com
   633 West Fifth Street
3  Los Angeles, CA 90071-2048
   Telephone: (323) 210-2900
4  Facsimile: (866) 974-7329

5  *Attorneys for Defendants YouTube, LLC and
   Google LLC*

6
   *Additional parties and counsel listed on
7  signature pages*

8

9                    UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12

13 | IN RE: SOCIAL MEDIA ADOLESCENT      )   MDL No. 3047
   | ADDICTION/PERSONAL INJURY           )   CASE NO.:  4:22-md-03047-YGR
14 | PRODUCTS LIABILITY LITIGATION       )
                                         )
15                                       )
                                         )   **JOINT STIPULATION AND**
16 | THIS DOCUMENT RELATES TO:           )   **[PROPOSED] ORDER TO MODIFY**
   | ALL ACTIONS                         )   **THE BRIEFING SCHEDULE RE**
17                                       )   **NON-CUSTODIAL SOURCE "M"**
                                         )
18                                       )
                                         )
19                                       )   Honorable Yvonne Gonzalez Rogers
                                         )   Honorable Peter H. Kang
20                                       )
                                         )

21

22

23

24

25

26

27

28

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to June 27, 2025, and the Court granted the Parties' requested schedule, Dkt. 2018; and

2. WHEREAS, the Parties are continuing to meet and confer to reach resolution on disputes and searches related to the M source, and dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any briefs will be submitted on July 16, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2025

_____
Honorable Peter H. Kang
United States Magistrate Judge

Dated: June 27, 2025

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com

633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

|   |   |   |
|---|---|---|
| 1 |  | *Attorneys for Defendants YouTube, LLC, and Google LLC* |
| 2 |  |  |
| 3 | Dated: June 27, 2025 | */s/ Lexi J. Hazam* |
|   |  | LEXI J. HAZAM |
| 4 |  | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 5 |  | 275 Battery Street, 29th Floor |
|   |  | San Francisco, CA 94111-3339 |
| 6 |  | Telephone: 415-956-1000 |
| 7 |  | lhazam@lchb.com |
| 8 |  | PREVIN WARREN |
|   |  | **MOTLEY RICE LLC** |
| 9 |  | 401 9th Street NW Suite 630 |
|   |  | Washington DC 20004 |
| 10 |  | Telephone: 202-386-9610 |
|   |  | pwarren@motleyrice.com |
| 11 |  |  |
| 12 |  | Co-Lead Counsel |
|   |  | CHRISTOPHER A. SEEGER |
| 13 |  | **SEEGER WEISS, LLP** |
|   |  | 55 Challenger Road, 6th floor |
| 14 |  | Ridgefield Park, NJ 07660 |
|   |  | Telephone: 973-639-9100 |
| 15 |  | Facsimile: 973-679-8656 |
|   |  | cseeger@seegerweiss.com |
| 16 |  |  |
| 17 |  | Counsel to Co-Lead Counsel and Settlement Counsel |
| 18 |  | JENNIE LEE ANDERSON |
|   |  | **ANDRUS ANDERSON, LLP** |
| 19 |  | 155 Montgomery Street, Suite 900 |
|   |  | San Francisco, CA 94104 |
| 20 |  | Telephone: 415-986-1400 |
|   |  | jennie@andrusanderson.com |
| 21 |  |  |
|   |  | Liaison Counsel |
| 22 |  |  |
|   |  | JOSEPH G. VANZANDT |
| 23 |  | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 24 |  | 234 Commerce Street |
|   |  | Montgomery, AL 36103 |
| 25 |  | Telephone: 334-269-2343 |
|   |  | joseph.vanzandt@beasleyallen.com |
| 26 |  |  |
|   |  | EMILY C. JEFFCOTT |
| 27 |  | **MORGAN & MORGAN** |
|   |  | 220 W. Garden Street, 9th Floor |
| 28 |  |  |

| | |
|---|---|
| 1 | Pensacola, FL 32502 |
| 2 | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 3 | Federal/State Liaison Counsel |
| 4 | MATTHEW BERGMAN<br>**SOCIAL MEDIA VICTIMS LAW CENTER** |
| 5 | 821 Second Avenue, Suite 2100<br>Seattle, WA 98104 |
| 6 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 7 | |
| 8 | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC** |
| 9 | 700 Broadway<br>New York, NY 10003 |
| 10 | Telephone: 212-558-5500<br>Facsimile: 212-344-5461 |
| 11 | jbilsborrow@weitzlux.com |
| 12 | JAYNE CONROY<br>**SIMMONS HANLY CONROY LLP** |
| 13 | 112 Madison Ave, 7th Floor<br>New York, NY 10016 |
| 14 | Telephone: 917-882-5522<br>jconroy@simmonsfirm.com |
| 15 | ANDRE MURA |
| 16 | **GIBBS LAW GROUP, LLP**<br>1111 Broadway, Suite 2100 |
| 17 | Oakland, CA 94607<br>Telephone: 510-350-9717 |
| 18 | amm@classlawgroup.com |
| 19 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 20 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 21 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 22 | MICHAEL M. WEINKOWITZ |
| 23 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street Suite 500 |
| 24 | Philadelphia, PA 19106<br>Telephone: 215-592-1500 |
| 25 | mweinkowitz@lfsbalw.com |
| 26 | Plaintiffs' Steering Committee Leadership |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 2 | 400 MANHATTAN BLVD |
| | HARVEY, LA 70058 |
| 3 | Telephone: 504-227–8100 |
| | raustin@ronaustinlaw.com |
| 4 | |
| | PAIGE BOLDT |
| 5 | **WATTS GUERRA LLP** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 6 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 7 | PBoldt@WattsGuerra.com |
| 8 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 9 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 10 | Telephone: 816-701 1100 |
| | tcartmell@wcllp.com |
| 11 | |
| | SARAH EMERY |
| 12 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 2380 Grandview Drive |
| 13 | Ft. Mitchell, KY 41017 |
| | Telephone: 888-606-5297 |
| 14 | semery@justicestartshere.com |
| 15 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |
| 16 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 17 | Telephone: (646) 666-8908 |
| | carrie@cagoldberglaw.com |
| 18 | |
| | RONALD E. JOHNSON, JR. |
| 19 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 600 West Main Street, Suite 100 |
| 20 | Louisville, KY 40202 |
| | Telephone: 859-578-4444 |
| 21 | rjohnson@justicestartshere.com |
| 22 | SIN-TING MARY LIU |
| | **AYLSTOCK WITKIN KREIS &** |
| 23 | **OVERHOLTZ, PLLC** |
| | 17 East Main Street, Suite 200 |
| 24 | Pensacola, FL 32502 |
| | Telephone: 510-698-9566 |
| 25 | mliu@awkolaw.com |
| 26 | JAMES MARSH |
| | **MARSH LAW FIRM PLLC** |
| 27 | 31 Hudson Yards, 11th floor |
| 28 | |

New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 27, 2025

*/s/ Christopher Chiou*
Christopher Chiou