[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Civil Case No. 4:22-md-03047-YGR-PHK |
| THIS FILING RELATES TO: | 4:23-cv-05448-YGR |
| ALL ACTIONS | **META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO COMPLETE STATE WITNESS DEPOSITIONS** |
| | Honorable Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-2 and 7-12, the State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. Under the schedule ordered by Magistrate Judge Kang on February 13, 2025 (ECF 1696), the current deadline for Meta to complete fact and Rule 30(b)(6) depositions of State witnesses is July 18, 2025. *See* ECF 1696.

2. In accordance with the schedule set by the Court, the Parties have worked to confer about, notice, and schedule the fact and Rule 30(b)(6) depositions of State witnesses; amicably resolved various disputes about scheduling, scope, and other issues; scheduled over 130 State witness depositions to occur on or before July 18, 2025; are working to schedule additional State witness depositions; and are proceeding with the scheduled depositions (which are ongoing).

3. The Parties submitted their most recent joint letter brief concerning the scope of Meta's Amended Rule 30(b)(6) Notice to the States on March 28, 2025, and agreed that no depositions of any witnesses designated to provide testimony in connection with Meta's Amended Rule 30(b)(6) Notices to State Plaintiffs shall occur until at least fourteen days have passed from the date upon which the Court decided that joint letter brief. *See* ECF 1807, 1858. The Court issued that order on May 19, 2025. ECF 1964.

4. On June 9, 2025, in connection with Rule 30(b)(6) depositions of Meta, the Court ordered plaintiffs' counsel to serve copies of every document which they in good faith expect to ask about or use as an exhibit at an upcoming 30(b)(6) deposition session. ECF 2024.

5. In light of (a) the timing of the Court's order regarding the scope of Meta's Amended Rule 30(b)(6) Notice, (b) the number of State witness depositions that already are scheduled to occur on or before July 18, 2025, (c) the unavailability of certain State witness until after July 18, 2025, (d) the Parties'

efforts to resolve outstanding document and deposition discovery disputes, (e) the continuing production to Meta by some state agencies of documents into June 2025, and (e) the State AGs' June 11, 2025 request that Meta provide advanced identification of all documents that Meta in good faith expects to use at any upcoming Rule 30(b)(6) deposition session of a state plaintiff, the Parties have agreed to extend the deadline for Meta to complete fact and Rule 30(b)(6) depositions of State witnesses (as defined in ECF 1696), and a process for Meta to pre-identify all documents that Meta expects to use in good faith at any Rule 30(b)(6) deposition session of a state plaintiff, as provided below,.

6. This Court has previously extended Meta's deadline to complete fact and Rule 30(b)(6) depositions of State witnesses once. *See* ECF 1696.  This stipulated extension of the deadline for Meta to complete fact and Rule 30(b)(6) depositions of State witnesses does not and will not affect any other deadlines already set or that may be set in this action, nor the deposition time limits already set in ECF 1696, nor does it affect any party's or non-party's rights in relation to any other deadlines.

7. Therefore, the Parties agree that the following shall apply:

    a. Meta shall pre-identify all documents it in good faith expects to use in an upcoming 30(b)(6) deposition session no later than five business days in advance of such upcoming deposition session.[1]  The state plaintiffs shall prepare their 30(b)(6) designee(s) to testify about any such documents timely identified prior to the upcoming deposition session.  At such upcoming 30(b)(6) deposition session, Meta shall not ask questions about any other specific documents that were not so timely identified.  However, if a state plaintiff's counsel opens the door and questions a 30(b)(6) designee on redirect concerning a document not included in the documents

---

[1] The term "documents" includes any document, regardless of whether it was previously produced in this action or identified by Meta through other lawful means (e.g., located through a public website or other publicly available source).

identified by Meta before the deposition session, then on recross Meta shall be entitled to question the witness about any such documents used as an exhibit or raised by the state plaintiff's counsel.  Nothing prohibits the Parties from reaching agreement on allowing any questioning of a 30(b)(6) designee concerning any document not timely identified before the deposition session.

b. Subject to extenuating circumstances, Meta will notify the relevant State AG at least two weeks in advance if it intends to forgo a 30(b)(6) deposition of the state plaintiff's Rule 30(b)(6) designee(s).

c. Subject to the Court's approval, Meta's deadline to complete fact and Rule 30(b)(6) depositions of State witnesses (as defined in ECF 1696) shall be extended through and including August 29, 2025, except that Meta's deadline to complete the Rule 30(b)(6) depositions of the People of the State of California and the Commonwealth of Kentucky witnesses shall be extended through and including August 8, 2025.

d. Meta shall work with the State AGs that are involved in expert discovery to minimize disruptions to expert discovery that may result from fact and Rule 30(b)(6) depositions of State witnesses.

e. The State AGs reserve all rights related to the 30(b)(6) depositions.  This agreement does not constitute a waiver of any objections the State AGs may raise with respect to these depositions, nor does it alter any requirements or limitations imposed on these depositions by previous court orders, aside from the deadline for completion of such depositions.

f. Meta reserves all rights related to the 30(b)(6) depositions, including without limitation the right to dispute any objections that the State AGs may raise.

1  Respectfully submitted,

2  DATED: July 1, 2025                           COVINGTON & BURLING LLP

3                                                By: */s/ Ashley M. Simonsen*
4                                                Ashley M. Simonsen, SBN 275203
                                                  COVINGTON & BURLING LLP
5                                                1999 Avenue of the Stars
                                                  Los Angeles, CA 90067
6                                                Telephone: (424) 332-4800
                                                  Facsimile: + 1 (424) 332-4749
7                                                Email: asimonsen@cov.com

8
                                                  *Attorneys for Meta Platforms, Instagram, LLC; Meta*
9                                                *Payments, Inc.; and Meta Platforms Technologies, LLC*

| | |
|---|---|
| **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>*/s/ Krista Batchelder*<br>Krista Batchelder, (CO Reg.45066), *pro hac vice*<br>Deputy Solicitor General<br>Shannon Stevenson (CO Reg. 35542), *pro hac vice*<br>Solicitor General<br>Elizabeth Orem (CO Reg. 58309), *pro hac vice*<br>Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>Consumer Protection Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6384<br>krista.batchelder@coag.gov<br>Shannon.stevenson@coag.gov<br>Elizabeth.orem@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | **ROB BONTA**<br>Attorney General<br>State of California<br><br>*/s/ Megan O'Neill*<br>Nicklas A. Akers (CA SBN 211222)<br>Senior Assistant Attorney General<br>Bernard Eskandari (CA SBN 244395)<br>Emily Kalanithi (CA SBN 256972)<br>Supervising Deputy Attorneys General<br>Megan O'Neill (CA SBN 343535)<br>Nayha Arora (CA SBN 350467)<br>David Beglin (CA SBN 356401)<br>Joshua Olszewski-Jubelirer<br>(CA SBN 336428)<br>Marissa Roy (CA SBN 318773)<br>Brendan Ruddy (CA SBN 297896)<br>Deputy Attorneys General<br>California Department of Justice<br>Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: (415) 510-4400<br>Fax: (415) 703-5480<br>megan.oneill@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California* |

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Philip R. Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*pro hac vice*
Assistant Section Chief, Deputy Attorney General

New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 1, 2025                                        By: */s/ Ashley M. Simonsen*

**[PROPOSED] ORDER**

By agreement of the Parties, and for good cause shown, **IT IS SO ORDERED**.

Dated:_____, 2025

_____
Magistrate Judge Hon. Peter H. Kang