Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO: *S.M. individually and on behalf of N.M. v. Meta Platforms et al.*, 4:23-cv-03978 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**STIPULATED PROTOCOL FOR PLAINTIFF MEDICAL EVALUATION** |

The parties, by and through their undersigned counsel, hereby stipulate and agree to the following with regard to the mental examination ("ME") of Plaintiff Nuala Mullen ("Mullen") pursuant to Federal Rule of Civil Procedure 35.

1. This Protocol governs the nature of the ME to be conducted for Plaintiff Mullen.

2. The ME shall be conducted by Dr. Terry Schwartz, who is a "suitably licensed or certified examiner" under Rule 35(a).

3. The ME shall take place remotely, via Zoom, on July 3, 2025 at 1:00 pm EDT/10:00 am PDT.

4. The ME shall not last longer than three hours, not inclusive of any breaks.

5. The ME will be limited in scope to assessing the extent, nature, and possible cause(s) of any mental or psychiatric disorders or illnesses. Dr. Schwartz will only conduct psychiatric and psychological evaluations of Plaintiff and will not conduct any testing.

6. Neither party is entitled to videotape any portion of the ME. However, either party may elect to record the examination by audio technology.

7. One counsel for Plaintiff may be present during the ME as an observer. An observer may monitor the examination, but shall not participate in or disrupt it. Plaintiff's counsel will not discuss the substance of the ME with Plaintiff during breaks. No family member or friend shall attend or be in the room with Plaintiff Mullen while the ME is in progress.

8. The ME will be transmitted via Zoom with an audio and visual telecast, allowing additional defense experts and plaintiffs' experts and counsel to observe virtually (with cameras off). If feasible, the number of people in attendance will not be visible to the Plaintiff during the ME.

9. No family member or friend shall attend or observe the ME while the ME is in progress; nor shall any such individual speak with or interact with Plaintiff Mullen during the entirety of the ME, inclusive of any breaks.

10. No person other than those specifically mentioned in this stipulation shall be present during the ME.

11. Defendants will provide Plaintiff's counsel with "a copy of the examiner's report, together with like reports of all earlier examinations of the same condition" in accordance with the deadline for Defendants' case-specific expert reports in Case Management Order No. 18. Defendants are entitled to request and receive "like reports of all earlier or later examinations of the same condition" as provided by the Rule. All drafts of such reports are considered privileged and need not be disclosed.

12. The parties to this lawsuit – Plaintiff Mullen and all Defendants – agree that no party, counsel, witness, or any third-person shall mention or reference at the trial of this matter that this ME occurred remotely, and not in-person. Nor shall any party, counsel, witness, or any third-person compare the methods/means by which one party's expert examined Plaintiff Mullen compared to the other party's expert's examination.

By stipulating to this agreement, the parties agree to abide by these protocols unless and

1  until the Court denies this stipulation.

2  **IT IS SO STIPULATED AND AGREED.**

3

4  DATED: July 2, 2025                                Respectfully submitted,

5

6                                                    */s/ Matthew Bergman*
                                                     MATTHEW BERGMAN
7                                                    GLENN DRAPER
                                                     **SOCIAL MEDIA VICTIMS LAW CENTER**
8                                                    821 SECOND AVENUE, SUITE 2100
                                                     SEATTLE, WA 98104
9                                                    Telephone: + 1 (206) 741-4862
                                                     Email: matt@socialmediavictims.org
10                                                   Email: glenn@socialmediavictims.org

11                                                   *Attorneys for Plaintiffs*

12

13                                                   **COVINGTON & BURLING LLP**

14                                                    */s/ Ashley M. Simonsen*
                                                     Ashley M. Simonsen (State Bar No. 275203)
15                                                   COVINGTON & BURLING LLP
                                                     1999 Avenue of the Stars
16                                                   Los Angeles, CA 90067
                                                     Telephone: + 1 (424) 332-4800
17                                                   Facsimile: +1 (650) 632-4800
                                                     Email: asimonsen@cov.com
18

19                                                   Phyllis A. Jones, *pro hac vice*
                                                     Paul W. Schmidt, *pro hac vice*
20                                                   David N. Sneed, *pro hac vice*
                                                     COVINGTON & BURLING LLP
21                                                   One CityCenter
                                                     850 Tenth Street, NW
22                                                   Washington, DC 20001-4956
23                                                   Telephone: + 1 (202) 662-6000
                                                     Facsimile: + 1 (202) 662-6291
24                                                   Email: pajones@cov.com
                                                     Email: pschmidt@cov.com
25                                                   Email: dsneed@cov.com

26
                                                     Emily Johnson Henn (State Bar. No. 269482)
27                                                   COVINGTON & BURLING LLP
                                                     3000 El Camino Real
28                                                   5 Palo Alto Square, 10th Floor

Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   July 2, 2025          By:   */s/ Ashley M. Simonsen*
                                      Ashley M. Simonsen