UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRYELLE DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC.,<br><br>Defendant. | Case No. 25-cv-05137-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Gonalez Rogers to determine whether it is related to *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No. 22-md-3047-YGR.

**IT IS SO ORDERED**.

Dated: July 3, 2025

SALLIE KIM
United States Magistrate Judge