1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos.: 4:22-md-03047-YGR-PHK |
| | **OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 2072** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with YouTube's Declaration of Jenna K. Stokes re Source B (ECF No. 2072).

At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

I. **UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS**

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 2072 | Declaration of Jenna K. Stokes re Source B | Maintain redactions | The redacted portions consist of last names of vendor attorneys who are not counsel of record that, if disclosed, may subject them to harassment. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: July 7, 2025

**WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

|   |   |   |
|---|---|---|
| 1 |   | Email: cchiou@wsgr.com |
| 2 |   | Email: mdonohue@wsgr.com |
|   |   | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 3 |   |   |
| 4 | DATED: July 7, 2025 | By: */s/ Lexi J. Hazam* |
| 5 |   | LEXI J. HAZAM |
|   |   | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 |   | 275 Battery Street, 29th Floor |
| 7 |   | San Francisco, CA 94111-3339 |
|   |   | Telephone: 415-956-1000 |
| 8 |   | lhazam@lchb.com |
| 9 |   | PREVIN WARREN |
|   |   | **MOTLEY RICE LLC** |
| 10 |   | 401 9th Street NW Suite 630 |
| 11 |   | Washington DC 20004 |
|   |   | Telephone: 202-386-9610 |
| 12 |   | pwarren@motleyrice.com |
|   |   | Co-Lead Counsel |
| 13 |   |   |
| 14 |   | CHRISTOPHER A. SEEGER |
|   |   | **SEEGER WEISS, LLP** |
| 15 |   | 55 Challenger Road, 6th floor |
|   |   | Ridgefield Park, NJ 07660 |
| 16 |   | Telephone: 973-639-9100 |
|   |   | Facsimile: 973-679-8656 |
| 17 |   | cseeger@seegerweiss.com |
| 18 |   | Counsel to Co-Lead Counsel and Settlement Counsel |
| 19 |   | JENNIE LEE ANDERSON |
|   |   | **ANDRUS ANDERSON, LLP** |
| 20 |   | 155 Montgomery Street, Suite 900 |
| 21 |   | San Francisco, CA 94104 |
|   |   | Telephone: 415-986-1400 |
| 22 |   | jennie@andrusanderson.com |
|   |   | Liaison Counsel |
| 23 |   |   |
| 24 |   | JOSEPH G. VANZANDT |
|   |   | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 25 |   | 234 Commerce Street |
|   |   | Montgomery, AL 36103 |
| 26 |   | Telephone: 334-269-2343 |
|   |   | joseph.vanzandt@beasleyallen.com |
| 27 |   |   |
|   |   | EMILY C. JEFFCOTT |
| 28 |   | **MORGAN & MORGAN** |
|   |   | 220 W. Garden Street, 9th Floor |

Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058Telephone: 504-227–8100
raustin@ronaustinlaw.com

|    |                                                      |
|----|------------------------------------------------------|
| 1  |                                                      |
| 2  | PAIGE BOLDT                                          |
|    | **WATTS GUERRA LLP**                                 |
| 3  | 4 Dominion Drive, Bldg. 3, Suite 100                 |
|    | San Antonio, TX 78257                                |
| 4  | Telephone: 210-448-0500                              |
|    | PBoldt@WattsGuerra.com                               |
| 5  | THOMAS P. CARTMELL                                   |
|    | **WAGSTAFF & CARTMELL LLP**                          |
| 6  | 4740 Grand Avenue, Suite 300                         |
|    | Kansas City, MO 64112                                |
| 7  | Telephone: 816-701 1100                              |
|    | tcartmell@wcllp.com                                  |
| 8  |                                                      |
|    | SARAH EMERY                                          |
| 9  | **HENDY JOHNSON VAUGHN EMERY, PSC**                  |
|    | 2380 Grandview Drive                                 |
| 10 | Ft. Mitchell, KY 41017                               |
|    | Telephone: 888-606-5297                              |
| 11 | semery@justicestartshere.com                         |
| 12 | CARRIE GOLDBERG                                      |
|    | **C.A. GOLDBERG, PLLC**                              |
| 13 | 16 Court St.                                         |
|    | Brooklyn, NY 11241                                   |
| 14 | Telephone: (646) 666-8908                            |
|    | carrie@cagoldberglaw.com                             |
| 15 |                                                      |
|    | RONALD E. JOHNSON, JR.                               |
| 16 | **HENDY JOHNSON VAUGHN EMERY, PSC**                  |
|    | 600 West Main Street, Suite 100                      |
| 17 | Louisville, KY 40202                                 |
|    | Telephone: 859-578-4444                              |
| 18 | rjohnson@justicestartshere.com                       |
| 19 | SIN-TING MARY LIU                                    |
|    | **AYLSTOCK WITKIN KREIS &**                          |
| 20 | **OVERHOLTZ, PLLC**                                  |
|    | 17 East Main Street, Suite 200                       |
| 21 | Pensacola, FL 32502                                  |
|    | Telephone: 510-698-9566                              |
| 22 | mliu@awkolaw.com                                     |
| 23 | JAMES MARSH                                          |
|    | **MARSH LAW FIRM PLLC**                              |
| 24 | 31 Hudson Yards, 11th floor                          |
|    | New York, NY 10001-2170                              |
| 25 | Telephone: 212-372-3030                              |
|    | jamesmarsh@marshlaw.com                              |
| 26 |                                                      |
|    | HILLARY NAPPI                                        |
| 27 | **HACH & ROSE LLP**                                  |
|    | 112 Madison Avenue, 10th Floor                       |
| 28 | New York, New York 10016                             |

| | |
|---|---|
| 1 | Telephone: 212.213.8311 |
| | hnappi@hrsclaw.com |
| 2 | |
| | EMMIE PAULOS |
| 3 | **LEVIN PAPANTONIO RAFFERTY** |
| | 316 South Baylen Street, Suite 600 |
| 4 | Pensacola, FL 32502 |
| | Telephone: 850-435-7107 |
| 5 | epaulos@levinlaw.com |
| 6 | RUTH THI RIZKALLA |
| | **THE CARLSON LAW FIRM, P.C.** |
| 7 | 1500 Rosecrans Ave., Ste. 500 |
| | Manhattan Beach, CA 90266 |
| 8 | Telephone: 415-308-1915 |
| | rrizkalla@carlsonattorneys.com |
| 9 | |
| | ROLAND TELLIS |
| 10 | DAVID FERNANDES |
| | **BARON & BUDD, P.C.** |
| 11 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| 12 | Telephone: (818) 839-2333 |
| | Facsimile: (818) 986-9698 |
| 13 | rtellis@baronbudd.com |
| | dfernandes@baronbudd.com |
| 14 | |
| | MELISSA YEATES |
| 15 | JOSEPH E. MELTZER |
| | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 16 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| 17 | Telephone: 610-667-7706 |
| | myeates@ktmc.com |
| 18 | jmeltzer@ktmc.com |
| 19 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| | **DICELLO LEVITT** |
| 20 | 505 20th St North Suite 1500 |
| | Birmingham, Alabama 35203 |
| 21 | Telephone: 205.855.5700 |
| | fu@dicellolevitt.com |
| 22 | |
| | Plaintiffs' Steering Committee Membership |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 **<u>ATTESTATION</u>**

2  I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the
3 concurrence to the filing of this document has been obtained from each signatory hereto.

5 Dated: July 7, 2025

6                                               By: */s/ Christopher Chiou*
                                                    Christopher Chiou