# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      June 16, 2025
**Social Media Cases**                                              1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene            ERM: None
Courtroom Assistant: M.Miro                Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Further Status Conference; Further Status Conference
(22STCV21355)

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956,
Jorge P. Dominguez CSR# 12523, certified shorthand reporter is appointed as an official Court
reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court
Reporter Agreement. The Order is signed and filed this date.

Appearances:

Plaintiffs – Present
Rahul Ravipudi, Rachel Lanier, Joseph G VanZandt, Lauren Kiesel, Michael A Akselrud,
Mariana A McConnell.

Plaintiffs – LACourtConnect
Adam Davis, Felicia Craick, Dean Kawamoto, Madeline Basha, Anna Katz, Glenn Draper, Justin
Olson, Lexi Hazam, James Frantz.

Defendants – Present
Christopher Chiou, Jesse S Krompier, Ashley M Simonsen, Gabriel Egli, Yardena R Zwang-
Weissman, Rose Leda Ehler, Lennette W Lee, Geoffrey M Drake,
Jon Coven, Megan Egli, Michael Imbroscio.

Defendants – LACourtConnect
Lauren Gallo White, Stephanie Schuster, Samantha Machock, Brian Ercole.

Other – LACourtConnect

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                            June 16, 2025
**Social Media Cases**                                                    1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene              ERM: None
Courtroom Assistant: M.Miro                  Deputy Sheriff: None

Reagan Thomas, David Mattern, Kelly McNabb, David McLendon, Narmeen Nkeiti, Lindsay Stevens, Emma Strenski, Erica M Kubly, Cherisse Cleofe, Abigail Harris, Josh Autry.

Non-Party – LACourtConnect
Catherine Irene Mullaley.

Court and counsel discuss issues raised in the Joint Report filed 6/12/25.

With respect to whether K G-M, who is now no longer a minor, may be referred to at trial by her full name, counsel shall file simultaneous briefs of no longer than 5 pages per side addressing (1) whether there are highly likely to be sensitive, private matters as to K G-M, such as sexual activity or sexual assault, which will be part of the testimony of the trial of her claims, and (2) whether California case law supports anonymizing this plaintiff at trial in light of such likely testimony. Such briefs are to be filed 5 days prior to the next status conference and the court will hear argument on that issue at the next status conference (unless counsel stipulate that the briefing and argument on this issue can wait until a following status conference).

The trial date for bellwether trial pool No. 1 is advanced to Nov. 19, 2025 at 9:00 am.

The court accepts the parties' agreed dates for pretrial for bellwether trial pool Nos. 2 and 3, except that the FSC and MSJ/MSAdj hearing for trial pool No. 2 shall be Feb. 3, 2026 at 1:45 pm and the FSC and MSJ/MSAdj hearing for trial pool No. 3 shall be Apr. 7, 2026 at 1:45 pm. Liaison counsel shall file a stipulation and proposed order setting forth the pretrial dates for trial pool Nos. 2 and 3.

Regarding the production of Chat GPT content for RKC, the court is of the view that a further deposition of RKC regarding statements concerning deletion is appropriate. Other topics may also be appropriate for this further deposition in light of the Chat GPT content, but the court defers that issue to a later date when all productions of content/data from apps used by RKC are complete or substantially complete.

Counsel are to meet and confer in the next week to discuss each app purportedly used by each bellwether trial pool No. 1 plaintiff, information Defendants may have about such usage, and what steps Plaintiffs have taken to produce information related to the usage by each Plaintiff of each app. Plaintiffs are to produce all responsive documents or data they receive from third parties or have downloaded from a plaintiff's device within one week of having obtained such documents or data.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                      June 16, 2025
Social Media Cases                                               1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                    Deputy Sheriff: None

Regarding Sargon motions, the court sets the following page limits. The court will allow 15
pages per expert for each opening brief, as provided by the rules. Because this is a complex case,
and because Defendants have made a persuasive argument that they want to present
methodological issues that are common across the general causation arguments (rather than
repeating those arguments in each individual motion in limine), the court will allow an additional
opening brief of 15 pages on common issues. In opposition briefs, Plaintiffs may respond to each
individual motion in limine brief with the same number of pages (15 pages), and may respond to
the omnibus brief with the same number of pages (15 pages), or, if Plaintiffs wish, they may
spread the additional 15 pages over the oppositions to individual motions in limine without filing
a specific response to the omnibus brief.

Regarding whether Plaintiffs were required to provide rebuttal expert reports from their
previously designated experts in order for those experts to be able to criticize or counter the
opinions of defense experts on the same topic of expert testimony, the court will resolve any
such issues in a particular context of a disagreement over what a particular expert may testify to.
The court does offer a tentative view, that the supplemental designation was for additional
experts who would serve as rebuttal experts and for exchange of expert reports of those experts.
As to subjects of testimony already specified in the initial designations and reports, criticisms of
experts of the other side on the same subject is within the scope of the initial designation and
does not require a supplemental report.

Counsel are to meet and confer within the next week to discuss the Plaintiffs' recent discovery
demands and which of those demands will be responded to by Defendants.

After discussing of Plaintiffs' suggestion that Defendants should provide "enhanced account
identification," the court indicates that Plaintiffs may file a motion to seek such relief.

The court states that the time spent on the PMQ data depositions is separate from the overall time
Magistrate Judge Kang has provided for depositions that may be taken by Plaintiffs of
Defendants.

Jury Trial Bellwether Trail Pool Plnts #1 is scheduled for 11/19/2025 at 09:00 AM in
Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066,
22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355,
22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201,
22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184,
22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                                June 16, 2025
**Social Media Cases**                                                  1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                    Deputy Sheriff: None

---

22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287,
23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371,
23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481,
23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094,
23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277,
23STCV07277, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891,
23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931,
23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14577,
23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901,
23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691,
23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859,
23STCV15860, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920,
23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991,
23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025,
23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041,
23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080,
23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125,
23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209,
23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229,
23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301,
23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373,
23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526,
23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686,
23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                June 16, 2025
**Social Media Cases**                                  1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20359, 23STCV20373,
23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533,
23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755,
23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802,
23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017,
23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059,
23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958,
23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22594,
23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,
23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734,
23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791,
23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849,
23STCV23871, 23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902,
23STCV23920, 23STCV23925, 23STCV23929, 23STCV23959, 23STCV23979,
23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135,
23STCV24146, 23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492,
23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701,
23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                        June 16, 2025
**Social Media Cases**                                              1:45 PM

Judge: Honorable Carolyn B. Kuhl                CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M.Miro                     Deputy Sheriff: None

23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647,
23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297,
23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750,
23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771,
23STCV27778, 23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759,
23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918,
23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979,
23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372,
23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407,
23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467,
23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552,
23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669,
23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719,
23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793,
23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266, 23STCV30274,
23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485,
23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686,
23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308,
24-CIV-03050, 24-CIV-04469, 2CV445753, 24SMCV00011, 24SMCV00050, 24SMCV00732,
24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179,
24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519,
24SMCV04019, 24SMCV04625, 24SMCV04957, 24SMCV05512, 24SMCV05529,
24SMCV05575, 24SMCV05583, 24SMCV05616, 24SMCV05808, 24SMCV06324,
24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866,
24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954,
24STCV02018, 24STCV02028, 24STCV02054, 24STCV02153, 24STCV02201,
24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490,
24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555,
24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640,
24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923,
24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611,
24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839,
24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130,
24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510,
24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562,
24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615,
24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629,
24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255
**Social Media Cases**

June 16, 2025
1:45 PM

Judge: Honorable Carolyn B. Kuhl
Judicial Assistant: L. M'Greene
Courtroom Assistant: M.Miro

CSR: Jorge P. Dominguez CSR# 12523
ERM: None
Deputy Sheriff: None

24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481,
24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125,
24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304,
24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658,
24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108,
24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799,
24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377,
24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974,
24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033,
24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954,
24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532,
24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807,
24STCV11812, 24STCV11833, 24STCV11888, 24STCV11897, 24STCV11911,
24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048,
24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636,
24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527,
24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404, 24STCV14457,
24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732,
24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276, 24STCV16288,
24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459,
24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081,
24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371,
24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371,
24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226,
24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776,
24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890,
24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928,
24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943, 24STCV22153,
24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167, 24STCV23472,
24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840, 24STCV23987,
24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390, 24STCV24468,
24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642, 24STCV25596,
24STCV25752, 24STCV25916, 24STCV26650, 24STCV26703, 24STCV26713,
24STCV26985, 24STCV26990, 24STCV26999, 24STCV27131, 24STCV27304,
24STCV27675, 24STCV28047, 24STCV28054, 24STCV28201, 24STCV28896,
24STCV28897, 24STCV28898, 24STCV28917, 24STCV28933, 24STCV29069,
24STCV29247, 24STCV29429, 24STCV29431, 24STCV29537, 24STCV30111,
24STCV30119, 24STCV30127, 24STCV30138, 24STCV30244, 24STCV30289,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                              June 16, 2025
**Social Media Cases**                                                1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

24STCV30430, 24STCV30438, 24STCV30955, 24STCV30957, 24STCV30975,
24STCV31466, 24STCV31473, 24STCV31480, 24STCV31490, 24STCV31494,
24STCV31705, 24STCV31737, 24STCV31741, 24STCV32210, 24STCV32781,
24STCV32858, 24STCV32939, 24STCV32965, 24STCV32969, 24STCV32988,
24STCV33097, 24STCV33304, 24STCV33387, 24STCV33638, 24STCV33809,
24STCV33882, 24STCV33909, 24STCV33987, 24STCV33990, 24STCV34063,
24STCV34079, 24STCV34761, 25CU004771C, 25CV002122, 25SMCV00265, 25SMCV00340,
25SMCV00978, 25SMCV01176, 25SMCV01363, 25SMCV01398, 25SMCV01399,
25SMCV01408, 25SMCV01480, 25SMCV01528, 25SMCV01557, 25STCV00163,
25STCV00842, 25STCV01193, 25STCV01528, 25STCV01529, 25STCV01531,
25STCV01534, 25STCV01642, 25STCV02114, 25STCV02133, 25STCV02866,
25STCV02899, 25STCV02921, 25STCV02926, 25STCV03655, 25STCV03732,
25STCV03741, 25STCV03747, 25STCV03764, 25STCV03768, 25STCV03968,
25STCV04186, 25STCV04190, 25STCV04206, 25STCV04547, 25STCV04822,
25STCV04889, 25STCV05900, 25STCV05906, 25STCV06190, 25STCV06385,
25STCV06654, 25STCV06662, 25STCV07534, 25STCV07541, 25STCV07543,
25STCV07545, 25STCV08022, 25STCV08284, 25STCV08304, 25STCV08330,
25STCV08348, 25STCV08355, 25STCV08366, 25STCV08793, 25STCV10519,
25STCV10558, 25STCV10805, 25STCV10862, 30-2023-01306723-CU-PL-CJC, 30-2023-
01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-
00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, CV2022-1472, and
CV251005.

Plaintiff is to provide notice.

Final Status Conference and MSJ Trial Pool #2 Plaintiffs is scheduled for 02/03/2026 at 01:45
PM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-
CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875,
22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200,
22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006,
22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670,
22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543,
22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659,
23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440,
23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372,
23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371,
23STCV06277, 23STCV07277, 23STCV07763, 23STCV08004, 23STCV08659,
23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                                June 16, 2025
**Social Media Cases**                                                  1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527,
23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795,
23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655,
23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788,
23STCV15859, 23STCV15860, 23STCV15866, 23STCV15909, 23STCV15912,
23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975,
23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023,
23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035,
23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076,
23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118,
23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205,
23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225,
23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296,
23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367,
23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524,
23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553,
23STCV16686, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898,
23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938,
23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947,
23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982,
23STCV16988, 23STCV16992, 23STCV16996, 23STCV16996, 23STCV17013,
23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043,
23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069,
23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098,
23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407,
23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482,
23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663,
23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701,
23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722,
23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751,
23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042,
23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089,
23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102,
23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322,
23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465,
23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743,
23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344,
23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                    June 16, 2025
**Social Media Cases**                                     1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro                Deputy Sheriff: None

23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759,
23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032,
23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079,
23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096,
23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531,
23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747,
23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800,
23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004,
23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056,
23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955,
23STCV21958, 23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053,
23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481,
23STCV22594, 23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754,
23STCV22867, 23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061,
23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094,
23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231,
23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544,
23STCV23545, 23STCV23552, 23STCV23553, 23STCV23597, 23STCV23606,
23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641,
23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681,
23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695,
23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823,
23STCV23849, 23STCV23871, 23STCV23876, 23STCV23889, 23STCV23894,
23STCV23902, 23STCV23920, 23STCV23925, 23STCV23929, 23STCV23959,
23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084,
23STCV24135, 23STCV24146, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628,
23STCV27771, 23STCV27778, 23STCV27945, 23STCV28201, 23STCV28740,
23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908,
23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      June 16, 2025
**Social Media Cases**                                            1:45 PM

Judge: Honorable Carolyn B. Kuhl                  CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                   ERM: None
Courtroom Assistant: M.Miro                       Deputy Sheriff: None

23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363,
23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401,
23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457,
23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536,
23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659,
23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710,
23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791,
23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266,
23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190,
23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571,
23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658,
24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24SMCV04019, 24SMCV04625, 24SMCV04957, 24SMCV05512,
24SMCV05529, 24SMCV05575, 24SMCV05583, 24SMCV05616, 24SMCV05808,
24SMCV06324, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674,
24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945,
24STCV01954, 24STCV02018, 24STCV02028, 24STCV02054, 24STCV02153,
24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489,
24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554,
24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632,
24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885,
24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273,
24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750,
24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112,
24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401,
24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549,
24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576,
24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265,
24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979,
24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476,
24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639,
24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300,
24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617,
24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101,
24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788,
24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                              June 16, 2025
**Social Media Cases**                                                   1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                    Deputy Sheriff: None

24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961,
24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026,
24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853,
24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520,
24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775,
24STCV11807, 24STCV11812, 24STCV11833, 24STCV11888, 24STCV11897,
24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939,
24STCV12048, 24STCV12100, 24STCV12272, 24STCV12625,
24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462,
24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404,
24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690,
24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276,
24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998,
24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973,
24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320,
24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223,
24STCV19371, 24STCV19446, 24STCV19455, 24STCV20205,
24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775,
24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888,
24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924,
24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943,
24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167,
24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840,
24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390,
24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642,
24STCV25596, 24STCV25752, 24STCV25916, 24STCV26650, 24STCV26703,
24STCV26713, 24STCV26985, 24STCV26990, 24STCV26999, 24STCV27131,
24STCV27304, 24STCV27675, 24STCV28047, 24STCV28054, 24STCV28201,
24STCV28896, 24STCV28897, 24STCV28898, 24STCV28917, 24STCV28933,
24STCV29069, 24STCV29247, 24STCV29429, 24STCV29431, 24STCV29537,
24STCV30111, 24STCV30119, 24STCV30127, 24STCV30138, 24STCV30244,
24STCV30289, 24STCV30430, 24STCV30438, 24STCV30955, 24STCV30957,
24STCV30975, 24STCV31466, 24STCV31473, 24STCV31480, 24STCV31490,
24STCV31494, 24STCV31705, 24STCV31737, 24STCV31741, 24STCV32210,
24STCV32781, 24STCV32858, 24STCV32939, 24STCV32965, 24STCV32969,
24STCV32988, 24STCV33097, 24STCV33304, 24STCV33387, 24STCV33638,
24STCV33809, 24STCV33882, 24STCV33909, 24STCV33987, 24STCV33990,
24STCV34063, 24STCV34079, 24STCV34761, 25CU004771C, 25CV002122, 25SMCV00265,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                          June 16, 2025
**Social Media Cases**                            1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

---

25SMCV00340, 25SMCV00978, 25SMCV01176, 25SMCV01363, 25SMCV01398,
25SMCV01399, 25SMCV01408, 25SMCV01480, 25SMCV01528, 25SMCV01557,
25STCV00163, 25STCV00842, 25STCV01193, 25STCV01528, 25STCV01529,
25STCV01531, 25STCV01534, 25STCV01642, 25STCV02114, 25STCV02133,
25STCV02866, 25STCV02899, 25STCV02921, 25STCV02926, 25STCV03655,
25STCV03732, 25STCV03741, 25STCV03747, 25STCV03764, 25STCV03768,
25STCV03968, 25STCV04186, 25STCV04190, 25STCV04206, 25STCV04547,
25STCV04822, 25STCV04889, 25STCV05900, 25STCV05906, 25STCV06190,
25STCV06385, 25STCV06654, 25STCV06662, 25STCV07534, 25STCV07541,
25STCV07543, 25STCV07545, 25STCV08022, 25STCV08284, 25STCV08304,
25STCV08330, 25STCV08348, 25STCV08355, 25STCV08366, 25STCV08793,
25STCV10519, 25STCV10558, 25STCV10805, 25STCV10862, 30-2023-01306723-CU-PL-
CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL,
37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, CV2022-
1472, and CV251005.

Final Status Conference and MSJ Trial Pool #3 Plaintiffs is scheduled for 04/07/2026 at 01:45
PM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-
CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875,
22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200,
22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006,
22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670,
22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543,
22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659,
23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440,
23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372,
23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371,
23STCV06277, 23STCV07277, 23STCV07763, 23STCV08004, 23STCV08659,
23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916,
23STCV12931, 23STCV12935, 23STCV14431, 23STCV14496, 23STCV14527,
23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795,
23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655,
23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788,
23STCV15859, 23STCV15860, 23STCV15866, 23STCV15909, 23STCV15912,
23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975,
23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023,
23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035,
23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                June 16, 2025
**Social Media Cases**                                                      1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118,
23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205,
23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225,
23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296,
23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367,
23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524,
23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553,
23STCV16686, 23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898,
23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938,
23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947,
23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982,
23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013,
23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043,
23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069,
23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098,
23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407,
23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482,
23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663,
23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701,
23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722,
23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751,
23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042,
23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089,
23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102,
23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322,
23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465,
23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743,
23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344,
23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649,
23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759,
23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032,
23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079,
23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096,
23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531,
23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747,
23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800,
23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    June 16, 2025
**Social Media Cases**                                          1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056,
23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955,
23STCV21958, 23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053,
23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481,
23STCV22594, 23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754,
23STCV22867, 23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061,
23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094,
23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231,
23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544,
23STCV23545, 23STCV23552, 23STCV23553, 23STCV23597, 23STCV23606,
23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641,
23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681,
23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695,
23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710,
23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778,
23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823,
23STCV23849, 23STCV23871, 23STCV23876, 23STCV23889, 23STCV23894,
23STCV23902, 23STCV23920, 23STCV23925, 23STCV23929, 23STCV23959,
23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084,
23STCV24135, 23STCV24146, 23STCV24468, 23STCV24474, 23STCV24483,
23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700,
23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439,
23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621,
23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087,
23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379,
23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628,
23STCV27771, 23STCV27778, 23STCV27945, 23STCV28201, 23STCV28740,
23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908,
23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972,
23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363,
23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401,
23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457,
23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536,
23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659,
23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710,
23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791,
23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266,
23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      June 16, 2025
**Social Media Cases**                                           1:45 PM

Judge: Honorable Carolyn B. Kuhl           CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571,
23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658,
24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24SMCV04019, 24SMCV04625, 24SMCV04957, 24SMCV05512,
24SMCV05529, 24SMCV05575, 24SMCV05583, 24SMCV05616, 24SMCV05808,
24SMCV06324, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674,
24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945,
24STCV01954, 24STCV02018, 24STCV02028, 24STCV02054, 24STCV02153,
24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489,
24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554,
24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632,
24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885,
24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273,
24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750,
24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112,
24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401,
24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549,
24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576,
24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265,
24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979,
24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476,
24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639,
24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300,
24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617,
24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101,
24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788,
24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365,
24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961,
24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026,
24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853,
24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520,
24STCV11532, 24STCV11589, 24STCV11763, 24STCV11775,
24STCV11807, 24STCV11812, 24STCV11833, 24STCV11888, 24STCV11897,
24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939,
24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625,
24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**
**Social Media Cases**

June 16, 2025
1:45 PM

Judge: Honorable Carolyn B. Kuhl
Judicial Assistant: L. M'Greene
Courtroom Assistant: M.Miro

CSR: Jorge P. Dominguez CSR# 12523
ERM: None
Deputy Sheriff: None

24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404,
24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690,
24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947, 24STCV16276,
24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998,
24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973,
24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320,
24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223,
24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205,
24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775,
24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888,
24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924,
24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943,
24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167,
24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840,
24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390,
24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642,
24STCV25596, 24STCV25752, 24STCV25916, 24STCV26650, 24STCV26703,
24STCV26713, 24STCV26985, 24STCV26990, 24STCV26999, 24STCV27131,
24STCV27304, 24STCV27675, 24STCV28047, 24STCV28054, 24STCV28201,
24STCV28896, 24STCV28897, 24STCV28898, 24STCV28917, 24STCV28933,
24STCV29069, 24STCV29247, 24STCV29431, 24STCV29431, 24STCV29537,
24STCV30111, 24STCV30119, 24STCV30127, 24STCV30138, 24STCV30244,
24STCV30289, 24STCV30430, 24STCV30438, 24STCV30955, 24STCV30957,
24STCV30975, 24STCV31466, 24STCV31473, 24STCV31480, 24STCV31490,
24STCV31494, 24STCV31705, 24STCV31737, 24STCV31741, 24STCV32210,
24STCV32781, 24STCV32858, 24STCV32939, 24STCV32965, 24STCV32969,
24STCV32988, 24STCV33097, 24STCV33304, 24STCV33387, 24STCV33638,
24STCV33809, 24STCV33882, 24STCV33909, 24STCV33987, 24STCV33990,
24STCV34063, 24STCV34079, 24STCV34761, 25CU004771C, 25CV002122, 25SMCV00265,
25SMCV00340, 25SMCV00978, 25SMCV01176, 25SMCV01363, 25SMCV01398,
25SMCV01399, 25SMCV01408, 25SMCV01480, 25SMCV01528, 25SMCV01557,
25STCV00163, 25STCV00842, 25STCV01193, 25STCV01528, 25STCV01529,
25STCV01531, 25STCV01534, 25STCV01642, 25STCV02114, 25STCV02133,
25STCV02866, 25STCV02899, 25STCV02921, 25STCV02926, 25STCV03655,
25STCV03732, 25STCV03741, 25STCV03747, 25STCV03764, 25STCV03768,
25STCV03968, 25STCV04186, 25STCV04190, 25STCV04206, 25STCV04547,
25STCV04822, 25STCV04889, 25STCV05900, 25STCV05906, 25STCV06190,
25STCV06385, 25STCV06654, 25STCV06662, 25STCV07534, 25STCV07541,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                      June 16, 2025
**Social Media Cases**                                             1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

25STCV07543, 25STCV07545, 25STCV08022, 25STCV08284, 25STCV08304,
25STCV08330, 25STCV08348, 25STCV08355, 25STCV08366, 25STCV08793,
25STCV10519, 25STCV10558, 25STCV10805, 25STCV10862, 30-2023-01306723-CU-PL-
CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL,
37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, CV2022-
1472, and CV251005.

Liaison Counsel is to submit a proposed order with these dates.

Further Status Conference is scheduled for 06/30/2025 at 01:45 PM in Department 12 at Spring
Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089,
22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355,
22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201,
22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184,
22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918,
22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287,
23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371,
23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481,
23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094,
23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277,
23STCV07277, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891,
23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931,
23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14577,
23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901,
23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691,
23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859,
23STCV15860, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920,
23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991,
23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025,
23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041,
23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080,
23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125,
23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209,
23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229,
23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301,
23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373,
23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526,
23STCV16534, 23STCV16540, 23STCV16548, 23STCV16553, 23STCV16686,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    June 16, 2025
**Social Media Cases**                                          1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,
23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20359, 23STCV20373,
23STCV20378, 23STCV20395, 23STCV20530, 23STCV20531, 23STCV20533,
23STCV20541, 23STCV20737, 23STCV20744, 23STCV20747, 23STCV20755,
23STCV20759, 23STCV20785, 23STCV20792, 23STCV20800, 23STCV20802,
23STCV20817, 23STCV20850, 23STCV20855, 23STCV21004, 23STCV21017,
23STCV21031, 23STCV21035, 23STCV21044, 23STCV21056, 23STCV21059,
23STCV21105, 23STCV21108, 23STCV21676, 23STCV21955, 23STCV21958,
23STCV22041, 23STCV22044, 23STCV22046, 23STCV22053, 23STCV22055,
23STCV22209, 23STCV22403, 23STCV22419, 23STCV22481, 23STCV22594,
23STCV22628, 23STCV22740, 23STCV22747, 23STCV22754, 23STCV22867,
23STCV22956, 23STCV23003, 23STCV23057, 23STCV23061, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                  June 16, 2025
**Social Media Cases**                                                        1:45 PM


Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23597, 23STCV23606, 23STCV23611,
23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641, 23STCV23657,
23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681, 23STCV23684,
23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695, 23STCV23696,
23STCV23697, 23STCV23699, 23STCV23702, 23STCV23710, 23STCV23734,
23STCV23764, 23STCV23772, 23STCV23775, 23STCV23778, 23STCV23791,
23STCV23794, 23STCV23801, 23STCV23808, 23STCV23823, 23STCV23849,
23STCV23871, 23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902,
23STCV23920, 23STCV23925, 23STCV23929, 23STCV23959, 23STCV23979,
23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084, 23STCV24135,
23STCV24146, 23STCV24468, 23STCV24474, 23STCV24483, 23STCV24492,
23STCV24609, 23STCV24692, 23STCV24695, 23STCV24700, 23STCV24701,
23STCV24721, 23STCV24768, 23STCV25221, 23STCV25439, 23STCV25458,
23STCV25512, 23STCV25575, 23STCV25615, 23STCV25621, 23STCV25647,
23STCV26013, 23STCV26022, 23STCV26034, 23STCV26087, 23STCV26297,
23STCV26301, 23STCV26308, 23STCV26328, 23STCV26379, 23STCV26750,
23STCV26814, 23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771,
23STCV27778, 23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759,
23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918,
23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979,
23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372,
23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407,
23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467,
23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552,
23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669,
23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719,
23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793,
23STCV29807, 23STCV29854, 23STCV30215, 23STCV30266, 23STCV30274,
23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190, 23STCV31485,
23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571, 23STCV31686,
23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658, 24-CIV-02308,
24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050, 24SMCV00732,
24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178, 24SMCV02179,
24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261, 24SMCV03519,
24SMCV04019, 24SMCV04625, 24SMCV04957, 24SMCV05512, 24SMCV05529,
24SMCV05575, 24SMCV05583, 24SMCV05616, 24SMCV05808, 24SMCV06324,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                June 16, 2025
**Social Media Cases**                                                      1:45 PM

Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674, 24STCV00866,
24STCV00880, 24STCV01375, 24STCV01473, 24STCV01945, 24STCV01954,
24STCV02018, 24STCV02028, 24STCV02054, 24STCV02153, 24STCV02201,
24STCV02232, 24STCV02467, 24STCV02472, 24STCV02489, 24STCV02490,
24STCV02518, 24STCV02536, 24STCV02539, 24STCV02554, 24STCV02555,
24STCV02576, 24STCV02608, 24STCV02620, 24STCV02632, 24STCV02640,
24STCV02675, 24STCV02723, 24STCV02765, 24STCV02885, 24STCV02923,
24STCV03042, 24STCV03111, 24STCV03218, 24STCV03273, 24STCV03611,
24STCV03643, 24STCV03699, 24STCV03739, 24STCV03750, 24STCV03839,
24STCV03902, 24STCV04037, 24STCV04083, 24STCV04112, 24STCV04130,
24STCV04160, 24STCV04193, 24STCV04221, 24STCV04401, 24STCV04510,
24STCV04533, 24STCV04541, 24STCV04544, 24STCV04549, 24STCV04562,
24STCV04565, 24STCV04569, 24STCV04573, 24STCV04576, 24STCV04615,
24STCV04624, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629,
24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985,
24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481,
24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125,
24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304,
24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658,
24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108,
24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799,
24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377,
24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974,
24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033,
24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954,
24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532,
24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807,
24STCV11812, 24STCV11833, 24STCV11888, 24STCV11897, 24STCV11911,
24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939, 24STCV12048,
24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625, 24STCV12636,
24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462, 24STCV13527,
24STCV13918, 24STCV14355, 24STCV14385, 24STCV14404, 24STCV14457,
24STCV14741, 24STCV14767, 24STCV15255, 24STCV15690, 24STCV15732,
24STCV15827, 24STCV15931, 24STCV15941, 24STCV16276, 24STCV16288,
24STCV16364, 24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459,
24STCV17509, 24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081,
24STCV18220, 24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371,
24STCV19061, 24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                    June 16, 2025
**Social Media Cases**                                                          1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                   Deputy Sheriff: None

---

24STCV19446, 24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226,
24STCV20229, 24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776,
24STCV20861, 24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890,
24STCV20906, 24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928,
24STCV20939, 24STCV21928, 24STCV21932, 24STCV21943, 24STCV22153,
24STCV22355, 24STCV22869, 24STCV22993, 24STCV23167, 24STCV23472,
24STCV23790, 24STCV23809, 24STCV23830, 24STCV23840, 24STCV23987,
24STCV24047, 24STCV24053, 24STCV24059, 24STCV24390, 24STCV24468,
24STCV24475, 24STCV24573, 24STCV24600, 24STCV24642, 24STCV25596,
24STCV25752, 24STCV25916, 24STCV26650, 24STCV26703, 24STCV26713,
24STCV26985, 24STCV26990, 24STCV26999, 24STCV27131, 24STCV27304,
24STCV27675, 24STCV28047, 24STCV28054, 24STCV28201, 24STCV28896,
24STCV28897, 24STCV28898, 24STCV28917, 24STCV28933, 24STCV29069,
24STCV29247, 24STCV29429, 24STCV29431, 24STCV29537, 24STCV30111,
24STCV30119, 24STCV30127, 24STCV30138, 24STCV30244, 24STCV30289,
24STCV30430, 24STCV30438, 24STCV30955, 24STCV30957, 24STCV30975,
24STCV31466, 24STCV31473, 24STCV31480, 24STCV31490, 24STCV31494,
24STCV31705, 24STCV31737, 24STCV31741, 24STCV32210, 24STCV32781,
24STCV32858, 24STCV32939, 24STCV32965, 24STCV32969, 24STCV32988,
24STCV33097, 24STCV33304, 24STCV33387, 24STCV33638, 24STCV33809,
24STCV33882, 24STCV33909, 24STCV33990, 24STCV33990, 24STCV34063,
24STCV34079, 24STCV34761, 25CU004771C, 25CV002122, 25SMCV00265, 25SMCV00340,
25SMCV00978, 25SMCV01176, 25SMCV01363, 25SMCV01398, 25SMCV01399,
25SMCV01408, 25SMCV01480, 25SMCV01528, 25SMCV01557, 25STCV00163,
25STCV00842, 25STCV01193, 25STCV01528, 25STCV01529, 25STCV01531,
25STCV01534, 25STCV01642, 25STCV02114, 25STCV02133, 25STCV02866,
25STCV02899, 25STCV02921, 25STCV02926, 25STCV03655, 25STCV03732,
25STCV03741, 25STCV03747, 25STCV03764, 25STCV03768, 25STCV03968,
25STCV04186, 25STCV04190, 25STCV04206, 25STCV04547, 25STCV04822,
25STCV04889, 25STCV05900, 25STCV05906, 25STCV06190, 25STCV06385,
25STCV06654, 25STCV06662, 25STCV07534, 25STCV07541, 25STCV07543,
25STCV07545, 25STCV08022, 25STCV08284, 25STCV08304, 25STCV08330,
25STCV08348, 25STCV08355, 25STCV08366, 25STCV08793, 25STCV10519,
25STCV10558, 25STCV10805, 25STCV10862, 30-2023-01306723-CU-PL-CJC, 30-2023-
01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-
00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, CV2022-1472, and
CV251005.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                          June 16, 2025
**Social Media Cases**                                           1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                   Deputy Sheriff: None

A Joint Status Report is to be filed by 6/26/2025.

This status conference is only for the purpose of following up on the items discussed in the status conference of June 16, 2025. Counsel are encouraged to appear remotely. If any additional emergent issue appears to require discussion at the 6/30/2025 status conference, counsel should in advance seek clearance for that discussion in a joint posting on Case Anywhere.

The Further Status Conference (22STCV21355) scheduled for 06/16/2025 is 'Held' for case 22STCV21355.

The Further Status Conference scheduled for 06/16/2025 is 'Held' for cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV07277, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028, 23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059, 23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089, 23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181, 23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214, 23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241, 23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359, 23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406, 23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540, 23STCV16548,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                         June 16, 2025
**Social Media Cases**                                            1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

23STCV16553, 23STCV16686, 23STCV16816, 23STCV16820, 23STCV16884,
23STCV16898, 23STCV16907, 23STCV16925, 23STCV16931, 23STCV16934,
23STCV16938, 23STCV16939, 23STCV16943, 23STCV16944, 23STCV16946,
23STCV16947, 23STCV16949, 23STCV16958, 23STCV16964, 23STCV16975,
23STCV16982, 23STCV16988, 23STCV16992, 23STCV16995, 23STCV16996,
23STCV17013, 23STCV17014, 23STCV17017, 23STCV17021, 23STCV17033,
23STCV17043, 23STCV17044, 23STCV17054, 23STCV17065, 23STCV17066,
23STCV17069, 23STCV17076, 23STCV17085, 23STCV17088, 23STCV17092,
23STCV17098, 23STCV17102, 23STCV17356, 23STCV17368, 23STCV17373,
23STCV17407, 23STCV17414, 23STCV17418, 23STCV17420, 23STCV17423,
23STCV17482, 23STCV17578, 23STCV17613, 23STCV17615, 23STCV17620,
23STCV17663, 23STCV17687, 23STCV17691, 23STCV17694, 23STCV17696,
23STCV17701, 23STCV17705, 23STCV17709, 23STCV17713, 23STCV17720,
23STCV17722, 23STCV17730, 23STCV17735, 23STCV17742, 23STCV17746,
23STCV17751, 23STCV17758, 23STCV17759, 23STCV17997, 23STCV18035,
23STCV18042, 23STCV18055, 23STCV18077, 23STCV18081, 23STCV18088,
23STCV18089, 23STCV18090, 23STCV18091, 23STCV18092, 23STCV18100,
23STCV18102, 23STCV18107, 23STCV18113, 23STCV18310, 23STCV18315,
23STCV18322, 23STCV18387, 23STCV18405, 23STCV18413, 23STCV18459,
23STCV18465, 23STCV18487, 23STCV18502, 23STCV18595, 23STCV18622,
23STCV18743, 23STCV18759, 23STCV19311, 23STCV19324, 23STCV19330,
23STCV19344, 23STCV19519, 23STCV19527, 23STCV19610, 23STCV19631,
23STCV19649, 23STCV19672, 23STCV19697, 23STCV19698, 23STCV19715,
23STCV19759, 23STCV19763, 23STCV19766, 23STCV19767, 23STCV19973,
23STCV20032, 23STCV20059, 23STCV20061, 23STCV20077, 23STCV20078,
23STCV20079, 23STCV20080, 23STCV20083, 23STCV20087, 23STCV20089,
23STCV20096, 23STCV20099, 23STCV20153, 23STCV20157, 23STCV20161,
23STCV20359, 23STCV20373, 23STCV20378, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV22041, 23STCV22044, 23STCV22046,
23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403, 23STCV22419,
23STCV22481, 23STCV22594, 23STCV22628, 23STCV22740, 23STCV22747,
23STCV22754, 23STCV22867, 23STCV22956, 23STCV23003, 23STCV23057,
23STCV23061, 23STCV23065, 23STCV23066, 23STCV23072, 23STCV23078,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                              June 16, 2025
**Social Media Cases**                                    1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

23STCV23094, 23STCV23160, 23STCV23163, 23STCV23165, 23STCV23183,
23STCV23231, 23STCV23253, 23STCV23255, 23STCV23467, 23STCV23526,
23STCV23544, 23STCV23545, 23STCV23552, 23STCV23553, 23STCV23597,
23STCV23606, 23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635,
23STCV23641, 23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680,
23STCV23681, 23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693,
23STCV23695, 23STCV23696, 23STCV23697, 23STCV23699, 23STCV23702,
23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775,
23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801, 23STCV23808,
23STCV23823, 23STCV23849, 23STCV23871, 23STCV23876, 23STCV23889,
23STCV23894, 23STCV23902, 23STCV23920, 23STCV23925, 23STCV23929,
23STCV23959, 23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082,
23STCV24084, 23STCV24135, 23STCV24146, 23STCV24468, 23STCV24474,
23STCV24483, 23STCV24492, 23STCV24609, 23STCV24692, 23STCV24695,
23STCV24700, 23STCV24701, 23STCV24721, 23STCV24768, 23STCV25221,
23STCV25439, 23STCV25458, 23STCV25512, 23STCV25575, 23STCV25615,
23STCV25621, 23STCV25647, 23STCV26013, 23STCV26022, 23STCV26034,
23STCV26087, 23STCV26297, 23STCV26301, 23STCV26308, 23STCV26328,
23STCV26379, 23STCV26750, 23STCV26814, 23STCV27454, 23STCV27607,
23STCV27628, 23STCV27771, 23STCV27778, 23STCV27945, 23STCV28201,
23STCV28740, 23STCV28759, 23STCV28818, 23STCV28839, 23STCV28846,
23STCV28908, 23STCV28918, 23STCV28923, 23STCV28939, 23STCV28942,
23STCV28972, 23STCV28979, 23STCV29101, 23STCV29307, 23STCV29355,
23STCV29363, 23STCV29372, 23STCV29377, 23STCV29382, 23STCV29397,
23STCV29401, 23STCV29407, 23STCV29423, 23STCV29434, 23STCV29441,
23STCV29457, 23STCV29467, 23STCV29489, 23STCV29501, 23STCV29518,
23STCV29536, 23STCV29552, 23STCV29565, 23STCV29575, 23STCV29657,
23STCV29659, 23STCV29669, 23STCV29677, 23STCV29681, 23STCV29702,
23STCV29710, 23STCV29719, 23STCV29729, 23STCV29740, 23STCV29749,
23STCV29791, 23STCV29793, 23STCV29807, 23STCV29854, 23STCV30215,
23STCV30266, 23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179,
23STCV31190, 23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561,
23STCV31571, 23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771,
24-CIV-01658, 24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011,
24SMCV00050, 24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123,
24SMCV02178, 24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053,
24SMCV03261, 24SMCV03519, 24SMCV04019, 24SMCV04625, 24SMCV04957,
24SMCV05512, 24SMCV05529, 24SMCV05575, 24SMCV05583, 24SMCV05616,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                    June 16, 2025
**Social Media Cases**                                      1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                   Deputy Sheriff: None

24SMCV05808, 24SMCV06324, 24STCV00076, 24STCV00352, 24STCV00640,
24STCV00674, 24STCV00866, 24STCV00880, 24STCV01375, 24STCV01473,
24STCV01945, 24STCV01954, 24STCV02018, 24STCV02028, 24STCV02054,
24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467, 24STCV02472,
24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536, 24STCV02539,
24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608, 24STCV02620,
24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723, 24STCV02765,
24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111, 24STCV03218,
24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699, 24STCV03739,
24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037, 24STCV04083,
24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193, 24STCV04221,
24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541, 24STCV04544,
24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569, 24STCV04573,
24STCV04576, 24STCV04615, 24STCV04624, 24STCV04913, 24STCV05219,
24STCV05265, 24STCV05629, 24STCV05947, 24STCV05967, 24STCV05975,
24STCV05979, 24STCV05985, 24STCV06028, 24STCV06374, 24STCV06400,
24STCV06476, 24STCV06481, 24STCV06489, 24STCV06572, 24STCV06611,
24STCV06639, 24STCV07125, 24STCV07221, 24STCV07288, 24STCV07291,
24STCV07300, 24STCV07304, 24STCV07472, 24STCV07527, 24STCV07598,
24STCV07617, 24STCV07658, 24STCV07691, 24STCV07962, 24STCV08081,
24STCV08101, 24STCV08108, 24STCV08114, 24STCV08138, 24STCV08479,
24STCV08788, 24STCV08799, 24STCV08874, 24STCV09204, 24STCV09361,
24STCV09365, 24STCV09377, 24STCV09424, 24STCV09641, 24STCV09679,
24STCV09961, 24STCV09974, 24STCV10001, 24STCV10017, 24STCV10020,
24STCV10026, 24STCV10033, 24STCV10037, 24STCV10628, 24STCV10757,
24STCV10853, 24STCV10954, 24STCV11092, 24STCV11339, 24STCV11371,
24STCV11520, 24STCV11532, 24STCV11589, 24STCV11750, 24STCV11763,
24STCV11775, 24STCV11807, 24STCV11812, 24STCV11833, 24STCV11888,
24STCV11897, 24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938,
24STCV11939, 24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272,
24STCV12625, 24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424,
24STCV13462, 24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385,
24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255,
24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931, 24STCV15947,
24STCV16276, 24STCV16288, 24STCV16364, 24STCV16636, 24STCV16910,
24STCV16998, 24STCV17459, 24STCV17509, 24STCV17521, 24STCV17830,
24STCV17973, 24STCV18081, 24STCV18220, 24STCV18227, 24STCV18318,
24STCV18320, 24STCV18371, 24STCV19061, 24STCV19173, 24STCV19219,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                          June 16, 2025
**Social Media Cases**                                            1:45 PM


Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                    Deputy Sheriff: None

24STCV19223, 24STCV19371, 24STCV19446, 24STCV19449, 24STCV19455,
24STCV20205, 24STCV20226, 24STCV20229, 24STCV20238, 24STCV20243,
24STCV20775, 24STCV20776, 24STCV20861, 24STCV20866, 24STCV20868,
24STCV20888, 24STCV20890, 24STCV20906, 24STCV20915, 24STCV20916,
24STCV20924, 24STCV20928, 24STCV20939, 24STCV21928, 24STCV21932,
24STCV21943, 24STCV22153, 24STCV22355, 24STCV22869, 24STCV22993,
24STCV23167, 24STCV23472, 24STCV23790, 24STCV23809, 24STCV23830,
24STCV23840, 24STCV23987, 24STCV24047, 24STCV24053, 24STCV24059,
24STCV24390, 24STCV24468, 24STCV24475, 24STCV24573, 24STCV24600,
24STCV24642, 24STCV25596, 24STCV25752, 24STCV25916, 24STCV26650,
24STCV26703, 24STCV26713, 24STCV26985, 24STCV26990, 24STCV26999,
24STCV27131, 24STCV27304, 24STCV27675, 24STCV28047, 24STCV28054,
24STCV28201, 24STCV28896, 24STCV28897, 24STCV28898, 24STCV28917,
24STCV28933, 24STCV29069, 24STCV29247, 24STCV29429, 24STCV29431,
24STCV29537, 24STCV30111, 24STCV30119, 24STCV30127, 24STCV30138,
24STCV30244, 24STCV30289, 24STCV30430, 24STCV30438, 24STCV30955,
24STCV30957, 24STCV30975, 24STCV31466, 24STCV31473, 24STCV31480,
24STCV31490, 24STCV31494, 24STCV31705, 24STCV31737, 24STCV31741,
24STCV32210, 24STCV32781, 24STCV32858, 24STCV32939, 24STCV32965,
24STCV32969, 24STCV32988, 24STCV33097, 24STCV33304, 24STCV33387,
24STCV33638, 24STCV33809, 24STCV33882, 24STCV33909, 24STCV33987,
24STCV33990, 24STCV34063, 24STCV34079, 24STCV34761, 25CU004771C, 25CV002122,
25SMCV00265, 25SMCV00340, 25STCV00163, 25STCV00842, 25STCV01193,
25STCV01528, 25STCV01529, 25STCV01531, 25STCV01534, 25STCV01642,
25STCV02114, 25STCV02133, 25STCV02866, 25STCV02899, 25STCV02921,
25STCV02926, 25STCV03655, 25STCV03732, 25STCV03741, 25STCV03747,
25STCV03764, 25STCV03768, 25STCV03968, 25STCV04186, 25STCV04190,
25STCV04206, 25STCV04547, 25STCV04822, 25STCV04889, 30-2023-01306723-CU-PL-
CJC, 30-2023-01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL,
37-2023-00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, CV2022-
1472, and CV251005.

The Judicial Assistant hereby gives notice.

Clerk's Certificate of Service by Electronic Notification is attached.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-
CIV-03178, 22-CIV-03479, 22-CIV-03480, 22-CIV-03588, 22-CIV-03731, 22-CIV-03783, 22-

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                June 16, 2025
**Social Media Cases**                                                         1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                    Deputy Sheriff: None

---

CIV-03808, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838,
22SMCV02875, 22STCV02183, 22STCV21355, 22STCV24332, 22STCV26778,
22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204,
22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197,
22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250,
22STCV39268, 22STCV40543, 22STCV40570, 22STCV40977, 23-CIV-01287, 23-CIV-04600,
23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270,
23SMCV05666, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481,
23STCV01824, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372,
23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371,
23STCV06277, 23STCV06685, 23STCV07277, 23STCV07750, 23STCV07763,
23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341,
23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241,
23STCV14496, 23STCV14527, 23STCV14568, 23STCV14577, 23STCV14585,
23STCV14622, 23STCV14629, 23STCV14780, 23STCV14795, 23STCV14853,
23STCV14900, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197,
23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785,
23STCV15788, 23STCV15859, 23STCV15860, 23STCV15863, 23STCV15866,
23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955,
23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012,
23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028,
23STCV16032, 23STCV16035, 23STCV16041, 23STCV16050, 23STCV16059,
23STCV16071, 23STCV16076, 23STCV16080, 23STCV16085, 23STCV16089,
23STCV16111, 23STCV16118, 23STCV16125, 23STCV16157, 23STCV16181,
23STCV16199, 23STCV16205, 23STCV16209, 23STCV16211, 23STCV16214,
23STCV16216, 23STCV16225, 23STCV16229, 23STCV16235, 23STCV16241,
23STCV16246, 23STCV16296, 23STCV16301, 23STCV16303, 23STCV16359,
23STCV16363, 23STCV16367, 23STCV16373, 23STCV16387, 23STCV16406,
23STCV16520, 23STCV16524, 23STCV16526, 23STCV16534, 23STCV16540,
23STCV16548, 23STCV16553, 23STCV16686, 23STCV16691, 23STCV16699,
23STCV16816, 23STCV16820, 23STCV16884, 23STCV16898, 23STCV16907,
23STCV16925, 23STCV16931, 23STCV16934, 23STCV16938, 23STCV16939,
23STCV16943, 23STCV16944, 23STCV16946, 23STCV16947, 23STCV16949,
23STCV16958, 23STCV16964, 23STCV16975, 23STCV16982, 23STCV16988,
23STCV16992, 23STCV16995, 23STCV16996, 23STCV17013, 23STCV17014,
23STCV17017, 23STCV17021, 23STCV17033, 23STCV17043, 23STCV17044,
23STCV17054, 23STCV17065, 23STCV17066, 23STCV17069, 23STCV17076,
23STCV17085, 23STCV17088, 23STCV17092, 23STCV17098, 23STCV17102,

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                    June 16, 2025
**Social Media Cases**                                                          1:45 PM

Judge: Honorable Carolyn B. Kuhl                CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M.Miro                     Deputy Sheriff: None

23STCV17356, 23STCV17368, 23STCV17373, 23STCV17407, 23STCV17414,
23STCV17418, 23STCV17420, 23STCV17423, 23STCV17482, 23STCV17578,
23STCV17613, 23STCV17615, 23STCV17620, 23STCV17663, 23STCV17687,
23STCV17691, 23STCV17694, 23STCV17696, 23STCV17701, 23STCV17705,
23STCV17709, 23STCV17713, 23STCV17720, 23STCV17722, 23STCV17730,
23STCV17735, 23STCV17742, 23STCV17746, 23STCV17751, 23STCV17758,
23STCV17759, 23STCV17997, 23STCV18035, 23STCV18042, 23STCV18055,
23STCV18077, 23STCV18081, 23STCV18088, 23STCV18089, 23STCV18090,
23STCV18091, 23STCV18092, 23STCV18100, 23STCV18102, 23STCV18107,
23STCV18113, 23STCV18310, 23STCV18315, 23STCV18322, 23STCV18387,
23STCV18405, 23STCV18413, 23STCV18459, 23STCV18465, 23STCV18487,
23STCV18502, 23STCV18595, 23STCV18622, 23STCV18743, 23STCV18759,
23STCV19311, 23STCV19324, 23STCV19330, 23STCV19344, 23STCV19519,
23STCV19527, 23STCV19610, 23STCV19631, 23STCV19649, 23STCV19672,
23STCV19697, 23STCV19698, 23STCV19715, 23STCV19759, 23STCV19763,
23STCV19766, 23STCV19767, 23STCV19973, 23STCV20032, 23STCV20059,
23STCV20061, 23STCV20077, 23STCV20078, 23STCV20079, 23STCV20080,
23STCV20083, 23STCV20087, 23STCV20089, 23STCV20096, 23STCV20099,
23STCV20153, 23STCV20157, 23STCV20161, 23STCV20351, 23STCV20359,
23STCV20373, 23STCV20378, 23STCV20393, 23STCV20395, 23STCV20530,
23STCV20531, 23STCV20533, 23STCV20541, 23STCV20737, 23STCV20744,
23STCV20747, 23STCV20755, 23STCV20759, 23STCV20785, 23STCV20792,
23STCV20800, 23STCV20802, 23STCV20817, 23STCV20850, 23STCV20855,
23STCV21004, 23STCV21017, 23STCV21031, 23STCV21035, 23STCV21044,
23STCV21056, 23STCV21059, 23STCV21105, 23STCV21108, 23STCV21676,
23STCV21955, 23STCV21958, 23STCV21982, 23STCV22041, 23STCV22044,
23STCV22046, 23STCV22053, 23STCV22055, 23STCV22209, 23STCV22403,
23STCV22419, 23STCV22481, 23STCV22594, 23STCV22628, 23STCV22740,
23STCV22747, 23STCV22754, 23STCV22867, 23STCV22875, 23STCV22956,
23STCV23003, 23STCV23057, 23STCV23061, 23STCV23063, 23STCV23065,
23STCV23066, 23STCV23072, 23STCV23078, 23STCV23094, 23STCV23160,
23STCV23163, 23STCV23165, 23STCV23183, 23STCV23231, 23STCV23253,
23STCV23255, 23STCV23467, 23STCV23526, 23STCV23544, 23STCV23545,
23STCV23552, 23STCV23553, 23STCV23559, 23STCV23597, 23STCV23606,
23STCV23611, 23STCV23618, 23STCV23624, 23STCV23635, 23STCV23641,
23STCV23657, 23STCV23661, 23STCV23679, 23STCV23680, 23STCV23681,
23STCV23684, 23STCV23690, 23STCV23691, 23STCV23693, 23STCV23695,
23STCV23696, 23STCV23697, 23STCV23698, 23STCV23699, 23STCV23702,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                    June 16, 2025
**Social Media Cases**                                          1:45 PM


Judge: Honorable Carolyn B. Kuhl            CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene             ERM: None
Courtroom Assistant: M.Miro                 Deputy Sheriff: None

23STCV23710, 23STCV23734, 23STCV23764, 23STCV23772, 23STCV23775,
23STCV23778, 23STCV23791, 23STCV23794, 23STCV23801, 23STCV23807,
23STCV23808, 23STCV23823, 23STCV23849, 23STCV23871, 23STCV23873,
23STCV23876, 23STCV23889, 23STCV23894, 23STCV23902, 23STCV23920,
23STCV23925, 23STCV23929, 23STCV23936, 23STCV23959, 23STCV23970,
23STCV23979, 23STCV24056, 23STCV24079, 23STCV24082, 23STCV24084,
23STCV24135, 23STCV24146, 23STCV24148, 23STCV24332, 23STCV24468,
23STCV24474, 23STCV24483, 23STCV24492, 23STCV24609, 23STCV24692,
23STCV24695, 23STCV24700, 23STCV24701, 23STCV24721, 23STCV24768,
23STCV25221, 23STCV25439, 23STCV25458, 23STCV25512, 23STCV25575,
23STCV25615, 23STCV25621, 23STCV25647, 23STCV26013, 23STCV26022,
23STCV26034, 23STCV26087, 23STCV26297, 23STCV26301, 23STCV26308,
23STCV26328, 23STCV26379, 23STCV26750, 23STCV26814, 23STCV26875,
23STCV27454, 23STCV27607, 23STCV27628, 23STCV27771, 23STCV27778,
23STCV27890, 23STCV27945, 23STCV28201, 23STCV28740, 23STCV28759,
23STCV28818, 23STCV28839, 23STCV28846, 23STCV28908, 23STCV28918,
23STCV28923, 23STCV28939, 23STCV28942, 23STCV28972, 23STCV28979,
23STCV29101, 23STCV29307, 23STCV29355, 23STCV29363, 23STCV29372,
23STCV29377, 23STCV29382, 23STCV29397, 23STCV29401, 23STCV29407,
23STCV29423, 23STCV29434, 23STCV29441, 23STCV29457, 23STCV29467,
23STCV29489, 23STCV29501, 23STCV29518, 23STCV29536, 23STCV29552,
23STCV29565, 23STCV29575, 23STCV29657, 23STCV29659, 23STCV29669,
23STCV29677, 23STCV29681, 23STCV29702, 23STCV29710, 23STCV29719,
23STCV29729, 23STCV29740, 23STCV29749, 23STCV29791, 23STCV29793,
23STCV29807, 23STCV29854, 23STCV30215, 23STCV30261, 23STCV30266,
23STCV30274, 23STCV30285, 23STCV31168, 23STCV31179, 23STCV31190,
23STCV31485, 23STCV31501, 23STCV31544, 23STCV31561, 23STCV31571,
23STCV31686, 23STCV31704, 23STCV31708, 24-CIV-00524, 24-CIV-00771, 24-CIV-01658,
24-CIV-02308, 24-CIV-03050, 24-CIV-04469, 24CV445753, 24SMCV00011, 24SMCV00050,
24SMCV00732, 24SMCV01126, 24SMCV02075, 24SMCV02123, 24SMCV02178,
24SMCV02179, 24SMCV02184, 24SMCV02541, 24SMCV03053, 24SMCV03261,
24SMCV03519, 24SMCV04019, 24SMCV04625, 24SMCV04957, 24SMCV05512,
24SMCV05529, 24SMCV05575, 24SMCV05583, 24SMCV05616, 24SMCV05808,
24SMCV06324, 24STCV00076, 24STCV00352, 24STCV00640, 24STCV00674,
24STCV00866, 24STCV00880, 24STCV01375, 24STCV01468, 24STCV01473,
24STCV01945, 24STCV01954, 24STCV01970, 24STCV02018, 24STCV02028,
24STCV02054, 24STCV02153, 24STCV02201, 24STCV02232, 24STCV02467,
24STCV02472, 24STCV02489, 24STCV02490, 24STCV02518, 24STCV02536,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                          June 16, 2025
**Social Media Cases**                                               1:45 PM

Judge: Honorable Carolyn B. Kuhl                CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene                 ERM: None
Courtroom Assistant: M.Miro                     Deputy Sheriff: None

24STCV02539, 24STCV02554, 24STCV02555, 24STCV02576, 24STCV02608,
24STCV02620, 24STCV02632, 24STCV02640, 24STCV02675, 24STCV02723,
24STCV02765, 24STCV02885, 24STCV02923, 24STCV03042, 24STCV03111,
24STCV03218, 24STCV03273, 24STCV03611, 24STCV03643, 24STCV03699,
24STCV03739, 24STCV03750, 24STCV03839, 24STCV03902, 24STCV04037,
24STCV04083, 24STCV04112, 24STCV04130, 24STCV04160, 24STCV04193,
24STCV04221, 24STCV04401, 24STCV04510, 24STCV04533, 24STCV04541,
24STCV04544, 24STCV04549, 24STCV04562, 24STCV04565, 24STCV04569,
24STCV04573, 24STCV04576, 24STCV04593, 24STCV04615, 24STCV04624,
24STCV04652, 24STCV04913, 24STCV05219, 24STCV05265, 24STCV05629,
24STCV05947, 24STCV05967, 24STCV05975, 24STCV05979, 24STCV05985,
24STCV06028, 24STCV06374, 24STCV06400, 24STCV06476, 24STCV06481,
24STCV06489, 24STCV06572, 24STCV06611, 24STCV06639, 24STCV07125,
24STCV07221, 24STCV07288, 24STCV07291, 24STCV07300, 24STCV07304,
24STCV07472, 24STCV07527, 24STCV07598, 24STCV07617, 24STCV07658,
24STCV07691, 24STCV07962, 24STCV08081, 24STCV08101, 24STCV08108,
24STCV08114, 24STCV08138, 24STCV08479, 24STCV08788, 24STCV08799,
24STCV08874, 24STCV09204, 24STCV09361, 24STCV09365, 24STCV09377,
24STCV09424, 24STCV09641, 24STCV09679, 24STCV09961, 24STCV09974,
24STCV10001, 24STCV10017, 24STCV10020, 24STCV10026, 24STCV10033,
24STCV10037, 24STCV10628, 24STCV10757, 24STCV10853, 24STCV10954,
24STCV11092, 24STCV11339, 24STCV11371, 24STCV11520, 24STCV11532,
24STCV11589, 24STCV11750, 24STCV11763, 24STCV11775, 24STCV11807,
24STCV11812, 24STCV11833, 24STCV11834, 24STCV11888, 24STCV11897,
24STCV11911, 24STCV11924, 24STCV11930, 24STCV11938, 24STCV11939,
24STCV12048, 24STCV12100, 24STCV12270, 24STCV12272, 24STCV12625,
24STCV12636, 24STCV12699, 24STCV12727, 24STCV13424, 24STCV13462,
24STCV13527, 24STCV13918, 24STCV14355, 24STCV14385, 24STCV14399,
24STCV14404, 24STCV14457, 24STCV14741, 24STCV14767, 24STCV15255,
24STCV15643, 24STCV15690, 24STCV15732, 24STCV15827, 24STCV15931,
24STCV15947, 24STCV16276, 24STCV16288, 24STCV16296, 24STCV16364,
24STCV16636, 24STCV16910, 24STCV16998, 24STCV17459, 24STCV17509,
24STCV17521, 24STCV17830, 24STCV17973, 24STCV18081, 24STCV18220,
24STCV18227, 24STCV18318, 24STCV18320, 24STCV18371, 24STCV19061,
24STCV19173, 24STCV19219, 24STCV19223, 24STCV19371, 24STCV19446,
24STCV19449, 24STCV19455, 24STCV20205, 24STCV20226, 24STCV20229,
24STCV20238, 24STCV20243, 24STCV20775, 24STCV20776, 24STCV20861,
24STCV20866, 24STCV20868, 24STCV20888, 24STCV20890, 24STCV20906,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 12

JCCP5255                                                           June 16, 2025
**Social Media Cases**                                              1:45 PM

Judge: Honorable Carolyn B. Kuhl          CSR: Jorge P. Dominguez CSR# 12523
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

24STCV20915, 24STCV20916, 24STCV20924, 24STCV20928, 24STCV20939,
24STCV21928, 24STCV21932, 24STCV21943, 24STCV22153, 24STCV22355,
24STCV22869, 24STCV22993, 24STCV23167, 24STCV23472, 24STCV23790,
24STCV23809, 24STCV23830, 24STCV23840, 24STCV23987, 24STCV24047,
24STCV24053, 24STCV24059, 24STCV24390, 24STCV24468, 24STCV24475,
24STCV24573, 24STCV24600, 24STCV24642, 24STCV25596, 24STCV25752,
24STCV25916, 24STCV26650, 24STCV26703, 24STCV26713, 24STCV26985,
24STCV26990, 24STCV26999, 24STCV27131, 24STCV27304, 24STCV27675,
24STCV28047, 24STCV28054, 24STCV28201, 24STCV28896, 24STCV28897,
24STCV28898, 24STCV28917, 24STCV28933, 24STCV29069, 24STCV29247,
24STCV29429, 24STCV29431, 24STCV29537, 24STCV30111, 24STCV30119,
24STCV30127, 24STCV30138, 24STCV30244, 24STCV30289, 24STCV30430,
24STCV30438, 24STCV30955, 24STCV30957, 24STCV30975, 24STCV31466,
24STCV31473, 24STCV31480, 24STCV31490, 24STCV31494, 24STCV31705,
24STCV31737, 24STCV31741, 24STCV32210, 24STCV32781, 24STCV32858,
24STCV32939, 24STCV32965, 24STCV32969, 24STCV32988, 24STCV33097,
24STCV33304, 24STCV33387, 24STCV33638, 24STCV33809, 24STCV33882,
24STCV33909, 24STCV33987, 24STCV33990, 24STCV34063, 24STCV34079,
24STCV34761, 25CU004771C, 25CV002122, 25SMCV00265, 25SMCV00340,
25SMCV00978, 25SMCV01176, 25SMCV01363, 25SMCV01398, 25SMCV01399,
25SMCV01408, 25SMCV01480, 25SMCV01528, 25SMCV01557, 25STCV00163,
25STCV00842, 25STCV01193, 25STCV01528, 25STCV01529, 25STCV01531,
25STCV01534, 25STCV01642, 25STCV02114, 25STCV02133, 25STCV02866,
25STCV02899, 25STCV02921, 25STCV02926, 25STCV03655, 25STCV03732,
25STCV03741, 25STCV03747, 25STCV03764, 25STCV03768, 25STCV03968,
25STCV04186, 25STCV04190, 25STCV04206, 25STCV04547, 25STCV04822,
25STCV04889, 25STCV05900, 25STCV05906, 25STCV06190, 25STCV06385,
25STCV06654, 25STCV06662, 25STCV07534, 25STCV07541, 25STCV07543,
25STCV07545, 25STCV08022, 25STCV08284, 25STCV08304, 25STCV08330,
25STCV08348, 25STCV08355, 25STCV08366, 25STCV08793, 25STCV10519,
25STCV10558, 25STCV10805, 25STCV10862, 30-2023-01306723-CU-PL-CJC, 30-2023-
01353990-CU-PL-CXC, 34-2022-00329620, 37-2022-00038271-CU-PL-CTL, 37-2023-
00033242-CU-PL-CTL, CIVSB2218921, CIVSB2224125, CIVSB2225355, CV2022-1472, and
CV251005.