[*Parties and Counsel Listed on Signature Pages*]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Civil Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang<br><br>**STIPULATION REGARDING DISCOVERY OF COMMUNICATIONS BETWEEN COUNSEL AND FACT AND EXPERT WITNESSES** |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]<br><br>SOCIAL MEDIA CASES<br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>***ALL ACTIONS***<br><br>(*Christina Arlington Smith, et al., v. TikTok Inc., et al.*, Case No. 22STCV21355) | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255<br><br>For Filing Purposes: 22STCV21355<br><br>Judge: Hon. Carolyn B. Kuhl<br>SSC-12<br><br>**STIPULATION REGARDING DISCOVERY OF COMMUNICATIONS BETWEEN COUNSEL AND FACT AND EXPERT WITNESSES** |

# STIPULATION

MDL Plaintiffs (including PI/SD Plaintiffs and the State AGs), JCCP Plaintiffs, and Meta Defendants (collectively, the "Parties") stipulate and agree as follows:

1. Meta Defendants withdraw any and all pending requests for written communications between counsel for Plaintiffs in the Actions, on one hand, and any Fact Witnesses or Expert Witnesses, on the other, including but not limited to Meta's requests for such communications from the MDL State AGs and from former Meta employees, including Arturo Bejar, Frances Haugen, Vaishnavi Jayakumar, and Alison Lee. As such, the recipient of any such request(s) from Meta is not required to produce or to log any such communications in response to the request(s).

2. Plaintiffs withdraw any and all pending requests for written communications between counsel for Meta Defendants in the Actions, on one hand, and any Fact Witnesses or Expert Witnesses, on the other, including but not limited to the MDL State AGs' requests for such communications from Meta. As such, Meta is not required to produce or to log any such communications in response to any such request(s).

3. Following the close of fact discovery on April 4, 2025, the Parties agree not to serve any document requests seeking the disclosure of, and no Party or third party is required to produce or to log, written communications between **In-House Counsel** or **Outside Counsel** for any Party in MDL 3047 or JCCP 5255 (together, the "Actions"), on one hand, and individuals who are Fact Witnesses or Expert Witnesses in the Actions, on the other.

4. <u>Definitions</u>. The bolded terms above have the meaning given to them in the Stipulated Third Modified Protective Order entered in the MDL (ECF 1209). The capitalized terms above have the following meanings:

<u>Fact Witness</u>: any person who provides fact testimony in the Actions (including Rule 30(b)(6) or Person-Most-Qualified deposition testimony or trial testimony).

<u>Expert Witness</u>: any person who has been retained, designated, or disclosed by a Party as an expert witness or consultant in the Actions (including both retained and non-retained experts).

5. This stipulation does not relieve any Party of any obligation to disclose, with respect to Expert Witnesses, (i) facts or data that the Expert Witness considered, or assumptions that Expert Witness relied on, in forming the opinions to be expressed and (ii) compensation for the Expert Witness's study or testimony.

Respectfully submitted,

DATED: July 15, 2025     **COUNSEL FOR META DEFENDANTS**

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

| | | |
|---|---|---|
| 1 | DATED: July 15, 2025 | **COUNSEL FOR MDL PI/SD PLAINTIFFS** |
| 2 | | By:  /s/ Lexi J. Hazam |
| | | LEXI J. HAZAM |
| 3 | | **LIEFF CABRASER HEIMANN &** |
| 4 | | **BERNSTEIN, LLP** |
| | | 275 BATTERY STREET, 29TH FLOOR |
| 5 | | SAN FRANCISCO, CA 94111-3339 |
| | | Telephone: 415-956-1000 |
| 6 | | lhazam@lchb.com |
| 7 | | |
| | | PREVIN WARREN |
| 8 | | **MOTLEY RICE LLC** |
| | | 401 9th Street NW Suite 630 |
| 9 | | Washington DC 20004 |
| | | Telephone: 202-386-9610 |
| 10 | | pwarren@motleyrice.com |
| 11 | | |
| | | *Plaintiffs' Co-Lead Counsel* |
| 12 | | |
| | | CHRISTOPHER A. SEEGER |
| 13 | | **SEEGER WEISS, LLP** |
| | | 55 CHALLENGER ROAD, 6TH FLOOR |
| 14 | | RIDGEFIELD PARK, NJ 07660 |
| | | Telephone: 973-639-9100 |
| 15 | | cseeger@seegerweiss.com |
| 16 | | |
| | | *Counsel to Co-Lead Counsel and Settlement Counsel* |
| 17 | | |
| | | JENNIE LEE ANDERSON |
| 18 | | **ANDRUS ANDERSON, LLP** |
| | | 155 MONTGOMERY STREET, SUITE 900 |
| 19 | | SAN FRANCISCO, CA 94104 |
| 20 | | Telephone: 415-986-1400 |
| | | jennie@andrusanderson.com |
| 21 | | |
| | | *Liaison Counsel and Ombudsperson* |
| 22 | | |
| 23 | | MATTHEW BERGMAN |
| | | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 24 | | 821 SECOND AVENUE, SUITE 2100 |
| | | SEATTLE, WA 98104 |
| 25 | | Telephone: 206-741-4862 |
| 26 | | matt@socialmediavictims.org |
| 27 | | JAMES J. BILSBORROW |
| | | **WEITZ & LUXENBERG, PC** |
| 28 | | 700 BROADWAY |

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*

JOSEPH G. VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaison*

DATED: July 15, 2025                **COUNSEL FOR JCCP PLAINTIFFS**

By: */s/ Joseph G. VanZandt*
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
Joseph G. VanZandt
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Joseph.VanZandt@BeasleyAllen.com

**KIESEL LAW LLP**
Paul R. Kiesel
Mariana A. McConnell
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444
kiesel@kiesel.law
mcconnell@kiesel.law

**PANISH | SHEA | RAVIPUDI LLP**
Brian J. Panish
Rahul Ravipudi

Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 477-1700
Fax: (310) 477-1699
panish@panish.law
ravipudi@panish.law
jcreed@panish.law

**THE LANIER LAW FIRM, P.C.**
Rachel Lanier
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

*Co-Lead, Co-Liaison, and Leadership Counsel for Plaintiffs*

**COUNSEL FOR MDL PI/SD PLAINTIFFS**

| | |
|---|---|
| **PHILIP J. WEISER**<br>Attorney General State<br>of Colorado<br><br>*/s/ Krista Batchelder*<br>Krista Batchelder, (CO Reg.45066), *pro hac vice*<br>Deputy Solicitor General<br>Shannon Stevenson (CO Reg. 35542), *pro hac vice*<br>Solicitor General<br>Elizabeth Orem (CO Reg. 58309), *pro hac vice*<br>Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>Consumer Protection Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6384<br>krista.batchelder@coag.gov<br>Shannon.stevenson@coag.gov<br>Elizabeth.orem@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | **ROB BONTA**<br>Attorney General<br>State of California<br><br>*/s/ Megan O'Neill*<br>Nicklas A. Akers (CA SBN 211222)<br>Senior Assistant Attorney General<br>Bernard Eskandari (CA SBN 244395)<br>Emily Kalanithi (CA SBN 256972)<br>Supervising Deputy Attorneys General<br>Megan O'Neill (CA SBN 343535)<br>Nayha Arora (CA SBN 350467)<br>David Beglin (CA SBN 356401)<br>Joshua Olszewski-Jubelirer<br>(CA SBN 336428)<br>Marissa Roy (CA SBN 318773)<br>Brendan Ruddy (CA SBN 297896)<br>Deputy Attorneys General<br>California Department of Justice<br>Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: (415) 510-4400<br>Fax: (415) 703-5480<br>megan.oneill@doj.ca.gov<br><br>*Attorneys for Plaintiff the People of the State of California* |

| | |
|---|---|
| **RUSSELL COLEMAN**<br>Attorney General<br>Commonwealth of Kentucky<br><br>/s/ *Matthew Cocanougher*<br>J. Christian Lewis (KY Bar No. 87109),<br>*pro hac vice*<br>Philip Heleringer (KY Bar No. 96748),<br>*pro hac vice*<br>Zachary Richards (KY Bar No. 99209),<br>*pro hac vice*<br>Daniel I. Keiser (KY Bar No. 100264),<br>*pro hac vice*<br>Matthew Cocanougher (KY Bar No. 94292),<br>*pro hac vice*<br>Assistant Attorneys General<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov<br>Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky* | **MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey<br><br>By: /s/ *Thomas Huynh*<br>Kashif T. Chand (NJ Bar No. 016752008),<br>*pro hac vice*<br>Assistant Attorney General<br>Thomas Huynh (NJ Bar No. 200942017),<br>*pro hac vice*<br>Assistant Section Chief, Deputy Attorney General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br>Thomas.Huynh@law.njoag.gov<br><br>*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs* |

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 15, 2025                                By: */s/ Ashley M. Simonsen*
                                                                    Ashley M. Simonsen