```
1  CHRISTOPHER CHIOU, State Bar No. 233587
   WILSON SONSINI GOODRICH & ROSATI
2  cchiou@wsgr.com
   633 West Fifth Street
3  Los Angeles, CA 90071-2048
   Telephone: (323) 210-2900
4  Facsimile: (866) 974-7329

5  *Attorney for Defendants YouTube, LLC and
   Google LLC*
6
   *Additional parties and counsel listed on
7  signature pages*
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE "M"**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to June 27, 2025, and the Court granted the Parties' requested schedule, Dkt. 2018; and

2. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to July 16, 2025, and the Court granted the Parties' requested schedule, Dkt. 2088; and

3. WHEREAS, the Parties are continuing to meet and confer to reach resolution on disputes and searches related to the M source, and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any briefs will be submitted on July 30, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                            Honorable Peter H. Kang
                                            United States District Judge

| | | |
|---|---|---|
| 1 | Dated: July 16, 2025 | Respectfully submitted, |
| 2 | | **WILSON SONSINI GOODRICH & ROSATI** |
| | | **Professional Corporation** |

*/s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr. com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr. com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com

|   |   |   |
|---|---|---|
| 1 |  | 1111 Pennsylvania Avenue NW |
| 2 |  | Washington, DC 20004-2541<br>Telephone: (202) 373-6595 |
| 3 |  | **WILLIAMS & CONNOLLY LLP** |
| 4 |  | Joseph G. Petrosinelli<br>jpetrosinelli@wc.com |
| 5 |  | Ashley W. Hardin<br>ahardin@wc.com |
| 6 |  | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 7 |  | Telephone.: (202) 434-5000<br>Facsimile: (202) 434-5029 |
| 8 |  |  |
| 9 |  | *Attorneys for Defendants YouTube, LLC, and Google LLC* |
| 10 | Dated: July 16, 2025 | */s/ Lexi J. Hazam*<br>LEXI J. HAZAM |
| 11 |  | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 12 |  | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 13 |  | Telephone: 415-956-1000<br>lhazam@lchb.com |
| 14 |  |  |
| 15 |  | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 16 |  | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 17 |  | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 18 |  | Co-Lead Counsel |
| 19 |  | CHRISTOPHER A. SEEGER |
| 20 |  | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th floor |
| 21 |  | Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100 |
| 22 |  | Facsimile: 973-679-8656<br>cseeger@seegerweiss.com |
| 23 |  | Counsel to Co-Lead Counsel and Settlement Counsel |
| 24 |  |  |
| 25 |  | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 26 |  | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 27 |  | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 28 |  |  |

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036

| | |
|---|---|
| 1 | Telephone: 202-780-3014 |
| 2 | awalsh@alexwalshlaw.com |
| 3 | MICHAEL M. WEINKOWITZ |
|   | **LEVIN SEDRAN & BERMAN, LLP** |
| 4 | 510 Walnut Street Suite 500 |
|   | Philadelphia, PA 19106 |
| 5 | Telephone: 215-592-1500 |
|   | mweinkowitz@lfsbalw.com |
| 6 | Plaintiffs' Steering Committee Leadership |
| 7 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 8 | 400 MANHATTAN BLVD |
|   | HARVEY, LA 70058 |
| 9 | Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 10 | |
| 11 | PAIGE BOLDT |
|    | **WATTS GUERRA LLP** |
| 12 | 4 Dominion Drive, Bldg. 3, Suite 100 |
|    | San Antonio, TX 78257 |
| 13 | Telephone: 210-448-0500 |
|    | PBoldt@WattsGuerra.com |
| 14 | THOMAS P. CARTMELL |
|    | **WAGSTAFF & CARTMELL LLP** |
| 15 | 4740 Grand Avenue, Suite 300 |
|    | Kansas City, MO 64112 |
| 16 | Telephone: 816-701 1100 |
|    | tcartmell@wcllp.com |
| 17 | |
| 18 | SARAH EMERY |
|    | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| 19 | 2380 Grandview Drive |
|    | Ft. Mitchell, KY 41017 |
| 20 | Telephone: 888-606-5297 |
|    | semery@justicestartshere.com |
| 21 | CARRIE GOLDBERG |
|    | **C.A. GOLDBERG, PLLC** |
| 22 | 16 Court St. |
|    | Brooklyn, NY 11241 |
| 23 | Telephone: (646) 666-8908 |
|    | carrie@cagoldberglaw.com |
| 24 | |
| 25 | RONALD E. JOHNSON, JR. |
|    | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| 26 | 600 West Main Street, Suite 100 |
|    | Louisville, KY 40202 |
| 27 | Telephone: 859-578-4444 |
|    | rjohnson@justicestartshere.com |
| 28 | |

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

| | |
|---|---|
| 1 | jmeltzer@ktmc.com |
| 2 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 3 | **DICELLO LEVITT** |
|   | 505 20th St North Suite 1500 |
| 4 | Birmingham, Alabama 35203 |
|   | Telephone: 205.855.5700 |
| 5 | fu@dicellolevitt.com |
| 6 | Plaintiffs' Steering Committee Membership |
|   | *Attorneys for Plaintiffs* |

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 16, 2025                              */s/ Christopher Chiou*
                                                                     Christopher Chiou