CHRISTOPHER CHIOU, State Bar No. 233587
WILSON SONSINI GOODRICH & ROSATI
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorney for Defendants YouTube, LLC and Google LLC*

*Additional parties and counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.:  4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE "M"**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to June 27, 2025, and the Court granted the Parties' requested schedule, Dkt. 2018; and

2. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to July 16, 2025, and the Court granted the Parties' requested schedule, Dkt. 2088; and

3. WHEREAS, the Parties are continuing to meet and confer to reach resolution on disputes and searches related to the M source, and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension such that any briefs will be submitted on July 30, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2025

Honorable Peter H. Kang
U.S. Magistrate Judge

| | | |
|---|---|---|
| 1 | Dated: July 16, 2025 | Respectfully submitted, |
| 2 | | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 3 | | |
| 4 | | */s/ Christopher Chiou*<br>Christopher Chiou (State Bar No. 233587)<br>Wilson Sonsini Goodrich & Rosati |
| 5 | | cchiou@wsgr.com<br>Matthew K. Donohue (State Bar No. 302144) |
| 6 | | mdonohue@wsgr.com<br>633 West Fifth Street |
| 7 | | Los Angeles, CA 90071-2048<br>Telephone: (323) 210-2900 |
| 8 | | Facsimile: (866) 974-7329 |
| 9 | | Brian M. Willen, *pro hac vice* |
| 10 | | Wilson Sonsini Goodrich & Rosati<br>bwillen@wsgr.com |
| 11 | | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 12 | | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 13 | | Lauren Gallo White (State Bar No. 309075) |
| 14 | | Wilson Sonsini Goodrich & Rosati<br>lwhite@wsgr.com |
| 15 | | Andrew Kramer (State Bar No. 321574)<br>akramer@wsgr. com |
| 16 | | Carmen Sobczak (State Bar No. 342569)<br>csobczak@wsgr. com |
| 17 | | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 18 | | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 19 | | |
| 20 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| 21 | | Yardena R. Zwang-Weissman (SBN 247111)<br>yardena.zwang-weissman@morganlewis.com |
| 22 | | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| 23 | | Telephone: (213) 612-7238 |
| 24 | | Brian Ercole *(pro hac vice)*<br>brian.ercole@morganlewis.com |
| 25 | | 600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075 |
| 26 | | Telephone: (305) 415-3416 |
| 27 | | Stephanie Schuster *(pro hac vice)*<br>Stephanie.schuster@morganlewis.com |
| 28 | | |

|     |                          |                                                                                 |
| --- | ------------------------ | ------------------------------------------------------------------------------- |
| 1   |                          | 1111 Pennsylvania Avenue NW                                                     |
| 2   |                          | Washington, DC 20004-2541<br>Telephone: (202) 373-6595                          |
| 3   |                          | **WILLIAMS & CONNOLLY LLP**                                                     |
| 4   |                          | Joseph G. Petrosinelli<br>jpetrosinelli@wc.com                                  |
| 5   |                          | Ashley W. Hardin<br>ahardin@wc.com                                              |
| 6   |                          | 680 Maine Avenue, SW<br>Washington, DC 20024                                    |
| 7   |                          | Telephone.: (202) 434-5000<br>Facsimile: (202) 434-5029                         |
| 8   |                          |                                                                                 |
| 9   |                          | *Attorneys for Defendants YouTube, LLC, and Google LLC*                         |
| 10  | Dated:  July 16, 2025    | */s/ Lexi J. Hazam*                                                             |
| 11  |                          | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**                    |
| 12  |                          | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339       |
| 13  |                          | Telephone: 415-956-1000<br>lhazam@lchb.com                                      |
| 14  |                          |                                                                                 |
| 15  |                          | PREVIN WARREN<br>**MOTLEY RICE LLC**                                            |
| 16  |                          | 401 9th Street NW Suite 630<br>Washington DC 20004                              |
| 17  |                          | Telephone: 202-386-9610<br>pwarren@motleyrice.com                               |
| 18  |                          | Co-Lead Counsel                                                                 |
| 19  |                          | CHRISTOPHER A. SEEGER                                                           |
| 20  |                          | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th floor               |
| 21  |                          | Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100                            |
| 22  |                          | Facsimile: 973-679-8656<br>cseeger@seegerweiss.com                              |
| 23  |                          | Counsel to Co-Lead Counsel and Settlement Counsel                               |
| 24  |                          |                                                                                 |
| 25  |                          | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP**                                 |
| 26  |                          | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104                     |
| 27  |                          | Telephone: 415-986-1400<br>jennie@andrusanderson.com                            |
| 28  |                          |                                                                                 |

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

|   |   |
|---|---|
| 1 | SIN-TING MARY LIU |
| 2 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
|   | 17 East Main Street, Suite 200 |
| 3 | Pensacola, FL 32502 |
|   | Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 6 | 31 Hudson Yards, 11th floor |
|   | New York, NY 10001-2170 |
| 7 | Telephone: 212-372-3030 |
|   | jamesmarsh@marshlaw.com |
| 8 | |
|   | HILLARY NAPPI |
| 9 | **HACH & ROSE LLP** |
|   | 112 Madison Avenue, 10th Floor |
| 10 | New York, New York 10016 |
|   | Telephone: 212.213.8311 |
| 11 | hnappi@hrsclaw.com |
| 12 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 13 | 316 South Baylen Street, Suite 600 |
|   | Pensacola, FL 32502 |
| 14 | Telephone: 850-435-7107 |
|   | epaulos@levinlaw.com |
| 15 | |
|   | RUTH THI RIZKALLA |
| 16 | **THE CARLSON LAW FIRM, P.C.** |
|   | 1500 Rosecrans Ave., Ste. 500 |
| 17 | Manhattan Beach, CA 90266 |
|   | Telephone: 415-308-1915 |
| 18 | rrizkalla@carlsonattorneys.com |
| 19 | ROLAND TELLIS |
|   | DAVID FERNANDES |
| 20 | **BARON & BUDD, P.C.** |
|   | 15910 Ventura Boulevard, Suite 1600 |
| 21 | Encino, CA 91436 |
|   | Telephone: (818) 839-2333 |
| 22 | Facsimile: (818) 986-9698 |
|   | rtellis@baronbudd.com |
| 23 | dfernandes@baronbudd.com |
| 24 | MELISSA YEATES |
|   | JOSEPH E. MELTZER |
| 25 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
|   | 280 King of Prussia Road |
| 26 | Radnor, PA 19087 |
|   | Telephone: 610-667-7706 |
| 27 | myeates@ktmc.com |
| 28 | |

JOINT STIPULATION AND [PROPOSED] ORDER    -6-    CASE NO.: 4:22-03047-YGR

jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 16, 2025

                                          */s/ Christopher Chiou*
                                          Christopher Chiou