# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| **Date:** July 18, 2025 | **Time:** 1 Hour 7 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Previn Warren (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Further Case Management Conference-Held

The Court heard designation of lead trial counsel for each individual/group case, issued instructions on trial days/hours, evidence, damages/abatement,

Parties are ordered that expert matters are to be brought before Magistrate Judge Peter H. Kang.

The Abraham case is to remain Stayed. The Court Grants the Fourteenth Ex Parte Application for Appointment of Guardians Ad Litem. The Plaintiff is ordered to file a response to the Defense' filing in Dkt. No. 2006. Plaintiff's request to extend the preliminary exchange of expert lists is Denied. Parties are ordered to file the list of experts on the docket.

Further Case Management Conference set for August 20, 2025, is reset to August 22, 2025, at 9:00 a.m. Defense outline of motions to be brought on August 22, 2025 is due by August 8, 2025. Plaintiff's Response due by August 15, 2025.

The Court sets the following Further Case Management Conference:
January 9, 2026, at 9:00 a.m.

Written order to issue.