# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 25**<br><br>*Upcoming Case Management Conferences:*<br>August 22, 2025 at 9:00 a.m.<br>September 19, 2025 at 10:30 a.m.<br>October 24, 2025 at 9:00 a.m.<br>November 19, 2025 at 2:00 p.m.<br>December 15, 2025 at 9:00 a.m. over Zoom<br>January 9, 2026 at 9:00 a.m. |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on July 18, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

### I. SUMMARY JUDGMENT

The Court will hold a pre-filing conference on anticipated summary judgment and *Daubert* motions on August 22, 2025. The parties shall submit letter briefs according to the following schedule:

| Deadline | Event |
|---|---|
| August 8, 2025 | File affirmative letter brief |
| August 15, 2025 | File any opposition to affirmative letter brief |
| August 22, 2025 | Pre-filing conference before the Court |

The letter briefs shall be no longer than six pages, single spaced, and should outline the grounds supporting the parties' motion or opposition. For additional instruction, the Court directs the parties to section nine of the Court's standing order in civil cases.

## II.   SCHEDULE

Defendants requested that the Court adjust the case schedule to accommodate expert depositions. The Court will not adjust the schedule at this juncture.

## III.   MOTION FOR CLARIFICATION

The Court has reviewed the briefing on the pending administrative motion for clarification. (Case No. 4:24-cv-04723, Dkt. No. 34.) The parties dispute whether *Abraham v. Meta* is stayed under Case Management Order No. 4. ("CMO 4", MDL Dkt. No. 119.) The Court rejects the request to advance *Abraham*. Two other class actions, filed years before *Abraham*, are stayed under CMO 4.[1] The Court previously rejected a similar request in favor of its counsel seeking appointment to plaintiffs' leadership committees and explained that Abraham could litigate in the context of its own lawsuit when it is time to do so. (Oct. 25, 2024, CMC Conf. Tr. at 191:3–20.)

The Court thus clarifies that the *Abraham* action is **STAYED** under CMO 4.

## IV.   MOTION FOR RELIEF

Meta filed a motion for relief from Magistrate Judge Kang's nondispositive pretrial order shielding former Meta employees (Arturo Bejar and Vaishnavi Jayakumar) from certain discovery. (Dkt. No. 2006.) To date, no opposition has been filed. Should those third parties oppose Meta's motion, they shall file an opposition by **July 30, 2025**. Under Civil Local Rule 72-2(c), Meta shall serve relevant third parties with a copy of this case management order the same day that it is issued.

## V.   ADMINISTRATIVE

The Court moves the August 20, 2025 case management conference to **August 22, 2024** at 9:00 a.m. to accommodate the Court's trial schedule.

---

[1] *See V.P. v. Meta Platforms, Inc.*, No. 4:22-cv-6617; *Williams v. Meta Platforms, Inc.*, No. 4:23-cv-4154.

2

The Court **SETS** an additional case management conference for **January 9, 2026** at 9:00 a.m. The Court further **SETS** argument on the forthcoming summary judgment and *Daubert* motions for the **January 9, 2026** case management conference.

The Court also considered, and **GRANTED**, plaintiffs' fourteenth consolidated submission to appoint guardians ad litem and the accompanying motion to seal. (Dkt. Nos. 2077 and 2078.)

This terminates Dkt. Nos. 2077, 2078; and Dkt. No 34 (*Abraham*, 24-cv-04723).

**IT IS SO ORDERED.**

Dated: July 23, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**