ASHLEY M. SIMONSEN
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4782
Facsimile: (424) 332-474

*Attorney for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Judge Yvonne Gonzalez Rogers |
| This Document Relates To: | **AFFIDAVIT OF SERVICE** |
| ALL ACTIONS | |

# AFFIDAVIT OF SERVICE

I, Ashley M. Simonsen, am a resident of the State of California, over the age of 18 years, and not a party to this action. My business address is 1999 Avenue of the Stars, Los Angeles, California 90067-6035. On July 23, 2025, pursuant to the Court's directive in Case Management Order No. 25 (ECF 2124) ("CMO 25"), I served a copy of CMO 25 on counsel for non-parties Arturo Bejar and Vaishnavi Jayakumar by electronic mail as follows:

- michael.ward@bakerbotts.com
- chinmayi.manjunath@bakerbotts.com
- karan.dhadialla@bakerbotts.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2025

Respectfully submitted,

COVINGTON & BURLING, LLP

By:  /s/ Ashley M. Simonsen
Ashley M. Simonsen

*Attorney for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*