# Exhibit 1

| | |
|---|---|
| **From:** | Yeung, Christopher |
| **To:** | "phkpo@cand.uscourts.gov" |
| **Cc:** | Faith Gay; Claire O"Brien; Simonsen, Ashley M; Schmidt, Paul; Petkis, Steve |
| **Subject:** | Case Number: 4:22-md-03047-YGR |
| **Date:** | Thursday, January 16, 2025 2:26:00 PM |
| **Attachments:** | image001.png |

Dear Judge Kang,

Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC ("Meta") and the Office of the Governor of New York write in advance of today's Discovery Management Conference to report that the disputes referenced in the Joint Status Report, dated January 13, 2025 (ECF No. 1523), and briefed in the Joint Status Report, dated January 14, 2025 (ECF No. 1548) have been resolved.  There are no longer any ripe disputes between Meta and the Council on Children and Families, Department of Health, Office of Children and Family Services, Office of Mental Health, and the Office of the Governor.

Respectfully,


**Christopher Y. L. Yeung**

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1262 | cyeung@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.