# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>　　　　　4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER REGARDING JOINT LETTER BY NEW YORK EXECUTIVE AGENCIES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Upon consideration of the Meta Defendants' Administrative Motion to Compel Joint Letter Briefing by the New York Executive Agencies and the accompanying papers, it is hereby:

**ORDERED** that the Meta Defendants' Administrative Motion to Compel Joint Letter Briefing by the New York Executive Agencies is **GRANTED**.

**It is FURTHER ORDERED** that the New York Executive Agencies[1] must comply with this Court's Discovery Standing Order, including Section H, with respect to discovery requests served on them in connection with this litigation.

**It is FURTHER ORDERED** that the New York Executive Agencies, along with Defendants, are directed to file a joint letter by July 30, 2025 in accordance with Rule H.3 of this Court's Discovery Standing Order concerning the dispute regarding the New York Executive Agencies' non-compliance with their discovery agreements with Defendants.

---

[1] The New York Office of the Governor, the New York Council on Children and Families, the New York Department of Health, the New York Office of Mental Health, and the New York Office of Children and Family Services.

-2-

**SO ORDERED**.

Dated: _____, 2025          _____
                                                                             **HON. PETER H. KANG**
                                                                             **UNITED STATES MAGISTRATE JUDGE**