# EXHIBIT A

| Expert | Expert Category (Defs' JLB) | Short Description of Opinion/ Expertise | Defendants for Which Opinions Are Offered | Opinion Offered by JCCP PI Plaintiffs [- BW] | Opinion Offered by MDL PI/SD Plaintiffs [- BW] | Number of MDL PI Plaintiff Case-Specific Opinions | Opinion Offered by MDL AGs (for Meta) | Expert Disclosed by Non-MDL AG (for Meta) | # Hours Deposed in JCCP | Plaintiffs' Proposed # of Hours | Defendants' Proposed # of Hours | Plaintiffs' Total Proposed # of Hours (incl. JCCP) | Defendants' Total Proposed # of Hours (incl. JCCP) | Court's Order |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drumwright, Minette | 1a, 2 | (1) Corporate Social Responsibility; (2) Marketing | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | AR, TN | Not yet deposed | 7.5 hours (all jxs) + 1 hour for opinions unique to non-MDL states | 16.5 hours (12 for PI/SD + 3.5 for TN AG only + 1 for TN-specific opinions); AR not included) | 8.5 hours | 16.5 hours | |
| Estes, Tim | 1a | Design | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | Not yet deposed | 10 hours | 12 hours | 10 hours | 12 hours | |
| Gray, Colin | 1a, 2 | Design | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | MDL AG | AR, NM | Not yet deposed | 7 hours | 15.5 hours (12 for PI/SD + 3.5 for MDL & NM AGs only; AR not included) | 7 hours | 15.5 hours | |
| Istook, Brooke | 1a | Design | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | Not yet deposed | 10 hours (all jxs) | 12 hours | 10 hours | 12 hours | |
| Johnson, Robert | 1a | Defendants' Financial Condition | Meta, Snap, YT | JCCP PI | MDL PI/SD | | | | Not yet deposed | 7 hours (all jxs) | 12 hours | 7 hours | 12 hours | |
| Lembke, Anna | 1a, 2 | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | AR, MA, TN, NM | 8.5 hours | 5 hours (all jxs) | 9.5 hours (6 for MDL PI/SD + 3.5 for NM & TN AGs only; AR & MA not included) | 13.5 hours | 18 hours | |
| McCarron, Meredith | 1a, 3 | (1) User Data; (2) Specific Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI | 0 (3 in JCCP) | | | Not yet deposed | 10 hours | 25 hours (10 for MDL/JCCP Data opinions, 15 for three MDL SC opinions, 10 for two JCCP SC opinions) | 10 hours | 25 hours | |
| Narayanan, Arvind | 1a, 2 | Design | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | MDL AG | NM | Not yet deposed | 7 hours | 15.5 hours (12 for PI/SD + 3.5 for MDL & NM AGs only) | 7 hours | 15.5 hours | |
| Chandler, John | 1b, 2 | Marketing | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | NM | Not yet deposed | 6 hours + 1 hour for opinions unique to non-MDL states | 16.5 hours (12 for PI/SD + 3.5 for NM AG only + 1 for NM-specific opinions) | 7 hours | 16.5 hours | |
| Christakis, Dmitri | 1b | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | 12 hours 10 minutes | 4.25 hours | 7 hours | 16 hours 25 minutes | 19 hours 10 minutes | |
| Cingel, Drew | 1b | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | 7 hours 40 minutes | 4 hours | 6 hours | 11 hours 40 minutes | 13 hours 40 minutes | |
| Goldfield, Gary | 1b | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | 11 hours | 4.25 hours | 7 hours | 15.25 hours | 18 hours | |
| Mojtabai, Ramin | 1b | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | 11.5 hours | 4 hours | 6 hours | 15.5 hours | 17.5 hours | |
| Murray, Stuart | 1b, 3 | (1) General Causation; (2) Specific Causation | Meta, Snap, TT, YT | JCCP PI / JCCP PI - Moore, RKC, | (1) MDL PI/SD; (2) MDL PI - Clevenger, D'Orazio, Mullen | 3 (2 in JCCP) | | | 8 hours 40 minutes | 14 hours between two days (Day 1: 2 hours general causation + 5 hours for JCCP case-specific; Day 2: 7 hours for MDL case-specific) | 30 hours (5 for MDL GC opinion; 15 for three MDL SC opinions; 10 for two JCCP SC opinions) | 22 hours 40 minutes | 38 hours 40 minutes | |
| Noar, Seth | 1b | Warnings | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | Not yet deposed | 7 hours | 12 hours | 7 hours | 12 hours | |
| Telzer, Eva | 1b | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | | | 11 hours | 4.25 hours | 6 hours | 15.25 hours | 17 hours | |

| Expert | Expert Category (Defs' JLB) | Short Description of Opinion/ Expertise | Defendants for Which Opinions Are Offered | Opinion Offered by JCCP PI Plaintiffs [- BW] | Opinion Offered by MDL PI/SD Plaintiffs [- BW] | Number of MDL PI Plaintiff Case-Specific Opinions | Opinion Offered by MDL AGs (for Meta) | Expert Disclosed by Non-MDL AG (for Meta) | # Hours Deposed in JCCP | Plaintiffs' Proposed # of Hours | Defendants' Proposed # of Hours | Plaintiffs' Total Proposed # of Hours (incl. JCCP) | Defendants' Total Proposed # of Hours (incl. JCCP) | Court's Order |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenge, Jean | 1b, 2 | General Causation | Meta, Snap, TT, YT | JCCP PI | MDL PI/SD | | MDL AG | AR, NM, MA, TN | 8.5 hours | 5 hours (all jxs) + 1 hour for opinions unique to non-MDL states | 10.5 hours (6 for PI/SD + 3.5 for MDL, NM & TN AGs only + 1 for NM-specific opinions; AR & MA not included) | 14.5 hours | 19 hours | |
| Lowenthal, Sarah | 3 | Specific Causation | Meta, Snap, TT | | MDL PI - Melton | 1 | | | N/A (MDL-only expert) | 4 hours | 7 hours | 4 hours | 7 hours | |
| Sobalvarro, Sarah | 3 | Specific Causation | Meta, Snap, TT, YT | | MDL PI - Smith | 1 | | | N/A (MDL-only expert) | 4 hours | 7 hours | 4 hours | 7 hours | |
| Hoover, Sharon | 4 | School District (1) Specific and (2) General | Meta, Snap, TT, YT | | MDL SD / MDL SD - Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | 6 | | | N/A (SD-only expert) | 9 hours | 14 hours (all opinions, all cases) | 9 hours | 14 hours | |
| Osborne, Brian | 4 | School District (General) | Meta, Snap, TT, YT | | MDL SD | | | | N/A (SD-only expert) | 7 hours | N/A (agreement reached) | 7 hours | 7 hours | N/A (Agreement Reached by MDL Parties) |
| Klein, Robert | 4 | School District (Specific) | Meta, Snap, TT, YT | | MDL SD - Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | | | | N/A (SD-only expert) | 7 hours (all cases) | N/A (agreement reached) | 7 hours | 7 hours | N/A (Agreement Reached by MDL Parties) |
| Leslie, Douglas | 4 | School District (Specific) | Meta, Snap, TT, YT | | MDL SD - Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | | | | N/A (SD-only expert) | 7 hours (all cases) | N/A (agreement reached) | 7 hours | 7 hours | N/A (Agreement Reached by MDL Parties) |
| Meyers, Jeffrey | 4 | School District (Specific) | Meta, Snap, TT, YT | | MDL SD - Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | | | | N/A (SD-only expert) | 7 hours (all cases) | N/A (agreement reached) | 7 hours | 7 hours | N/A (Agreement Reached by MDL Parties) |
| Ward, Bryce | 4 | School District (Specific) | Meta, Snap, TT, YT | | MDL SD - Breathitt, Charleston, DeKalb, Harford, Irvington, Tuscon | | | | N/A (SD-only expert) | 7 hours | N/A (agreement reached) | 7 hours | 7 hours | N/A (Agreement Reached by MDL Parties) |

| Expert | Expert Category (Defs' JLB) | Short Description of Opinion/ Expertise | Defendants for Which Opinions Are Offered | Opinion Offered by JCCP PI Plaintiffs [- BW] | Opinion Offered by MDL PI/SD Plaintiffs [- BW] | Number of MDL PI Plaintiff Case-Specific Opinions | Opinion Offered by MDL AGs (for Meta) | Expert Disclosed by Non-MDL AG (for Meta) | # Hours Deposed in JCCP | Plaintiffs' Proposed # of Hours | Defendants' Proposed # of Hours | Plaintiffs' Total Proposed # of Hours (incl. JCCP) | Defendants' Total Proposed # of Hours (incl. JCCP) | Court's Order |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prinstein, Mitch | 0 | General Causation | Meta | | | | MDL AG | MA, TN | N/A (AG-only expert) | 7 hours (all jxs) | 10.5 hours (7 for MDL AGs + 3.5 for TN AG only; MA not included) | 7 hours | 10.5 hours | |
| Zicherman, Bradley | 0 | General Causation | Meta | | | | MDL AG | MA | N/A (AG-only expert) | 7 hours (all jxs) | 7 hours (for MDL AGs only; MA not included) | 7 hours | 7 hours | |
| | | | | | | | | | **Total** | **185.25 hours** | **299.5 hours** | **264.25 hours** | **378.5 hours** | |
| | | | | | | | | | **Average** | **7 hours** | **11 hours** | **9.75 hours** | **14 hours** | |