# EXHIBIT B

| Expert | Short Description of Opinion/ Expertise | JCCP Plaintiffs for which Case-Specific Opinions Are Offered | MDL Plaintiffs for Which Opinions Are Offered | Disclosed in AG cases? | Expert Deposed in JCCP? | # Hours Deposed in JCCP | Plaintiffs agree to take down deposition? | Plaintiffs' Proposed # of Hours | Total Hours of Deposition with Plaintiffs' Proposed LImit |
|---|---|---|---|---|---|---|---|---|---|
| Ackert, Julian | Data | KGM | Smith | No | | | | 7 hours | 7 hours |
| Adams, Kelvin | School District | | DeKalb | No | | | | 4 hours | 4 hours |
| Aguilar, Stephen | School District | | Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | No | | | | 7 hours | 7 hours |
| Allen, Nicholas | General Causation | | | No | | | | 7 hours | 7 hours |
| Asinski, Dzmitry | Data | KGM, Moore | Melton, D'Orazio, Clevenger, Smith, Mullen | No | | | | 7 hours (for MDL opinions) | 7 hours |
| *Auerbach, Randy* | *General Causation* | | | Yes | Y | *6 hours 42 min* | *TBD after AGs receive transcript* | *TBD if any* | *6 hours 42 min* |
| *Baiocchi, Michael* | *General Causation* | | | Yes | Y | *4 hours 40 min* | *TBD after AGs receive transcript* | *TBD if any* | *4 hours 40 min* |
| Becker, Kendra | General Causation / Specific Causation (JCCP only) | KGM, Moore | | No | | | | 7 hours (for general causation) | 7 hours |
| *Berman, Alan* | *General Causation* | | | Yes | Y | *2 hours 39 minutes* | *TBD after AGs receive transcript* | *TBD if any* | *2 hours 39 minutes* |
| Birnbaum, Larry | Design | | | Yes | | | | 7 hours | 7 hours |
| Birnholtz, Jeremy | Design | | | Yes | | | | 7 hours | 7 hours |

| Expert | Short Description of Opinion/Expertise | JCCP Plaintiffs for which Case-Specific Opinions Are Offered | MDL Plaintiffs for Which Opinions Are Offered | Disclosed in AG cases? | Expert Deposed in JCCP? | # Hours Deposed in JCCP | Plaintiffs agree to take down deposition? | Plaintiffs' Proposed # of Hours | Total Hours of Deposition with Plaintiffs' Proposed LImit |
|---|---|---|---|---|---|---|---|---|---|
| Brewerton, Timothy | Specific Causation | RKC, KGM | Smith | No | | | | 7 hours | 7 hours |
| Bryan, Craig | General Causation | | | No | Y | 4 hours 35 min | Yes | 0 | 4 hours 35 min |
| Buka, Stephen | General Causation | | | No | | | | 7 hours | 7 hours |
| Chatterjee, Sandeep | Design | | | No | | | | 7 hours | 7 hours |
| Choi, Octavio | Specific Causation | | Clevenger | No | | | | 4 hours | 4 hours |
| Ferrara, Emilio | Design | | | Yes | | | | 7 hours | 7 hours |
| Galván, Adriana | General Causation | | | No | Y | 3 hours 9 minutes | Yes | 0 | 3 hours 9 minutes |
| Gibbons, Robert | General Causation | | | No | Y | 5 hours 46 minutes | | 3.5 hours | 9 hours 16 minutes |
| *Gotlib, Ian* | *General Causation* | | | *Yes* | *Y* | *3 hours 4 minutes* | *TBD after AGs receive transcript* | *TBD if any* | *3 hours 4 minutes* |
| Hall, Jeffrey | General Causation | | | No | Y | 5.5 hours | Yes | 0 | 5.5 hours |
| Hammerquist, Erik | Data | KGM, Moore | Melton, D'Orazio, Clevenger, Smith, Mullen | No | | | | 7 hours (for MDL opinions) | 7 hours |
| Hampton, Keith | General Causation | | | No | Y | 7 hours 3 minutes | Yes | 0 | 7 hours 3 minutes |

| Expert | Short Description of Opinion/ Expertise | JCCP Plaintiffs for which Case-Specific Opinions Are Offered | MDL Plaintiffs for Which Opinions Are Offered | Disclosed in AG cases? | Expert Deposed in JCCP? | # Hours Deposed in JCCP | Plaintiffs agree to take down deposition? | Plaintiffs' Proposed # of Hours | Total Hours of Deposition with Plaintiffs' Proposed LImit |
|---|---|---|---|---|---|---|---|---|---|
| Hayakawa, Krista | Data | KGM, RKC, Moore | Melton, D'Orazio, Clevenger, Smith | No | | | | 7 hours (for MDL opinions) | 7 hours |
| *Hendrix, Kristen* | *General Causation* | | | *Yes* | *Y* | *3 hours 31 minutes* | *TBD after AGs receive transcript* | *TBD if any* | *3 hours 31 minutes* |
| *Honaker, Sarah* | *General Causation* | | | *Yes* | *Y* | *5 hours 58 minutes* | *TBD after AGs receive transcript* | *TBD if any* | *5 hours 58 minutes* |
| Hutt, Ethan | School District | | Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | No | | | | 7 hours | 7 hours |
| Hyman, Joshua | School District | | DeKalb, Irvington | No | | | | 7 hours | 4 hours |
| Jacobs, Douglas | Specific Causation | RKC | Smith | No | | | | 7 hours | 7 hours |
| Jennings, Matthew | School District | | Irvington | No | | | | 4 hours | 4 hours |
| Johnson, Brandon | Specific Causation | Moore | Smith | No | | | | 7 hours | 7 hours |
| Kambam, Praveen | Specific Causation | RKC, KGM | Smith | No | | | | 7 hours | 7 hours |
| Keating, Daniel | General Causation | | | No | | | | 7 hours | 7 hours |
| Keller, Kevin | Corporate Social Responsibility, Marketing, Warnings | | | No | | | | 7 hours | 7 hours |
| Kishida, Ken | General Causation | | | No | Y | 3 hours 30 minutes | Yes | 0 | 3.5 hours |
| Knodel, Mallory | Design | | | No | | | | 7 hours | 7 hours |

| Expert | Short Description of Opinion/ Expertise | JCCP Plaintiffs for which Case-Specific Opinions Are Offered | MDL Plaintiffs for Which Opinions Are Offered | Disclosed in AG cases? | Expert Deposed in JCCP? | # Hours Deposed in JCCP | Plaintiffs agree to take down deposition? | Plaintiffs' Proposed # of Hours | Total Hours of Deposition with Plaintiffs' Proposed LImit |
|---|---|---|---|---|---|---|---|---|---|
| Lakdawalla, Darius | School District | | Breathitt, Charleston, Harford, Tucson | No | | | | 7 hours | 7 hours |
| Malhotra, Neil | Corporate Social Responsibility, | | | No | | | | 7 hours | 7 hours |
| Mattmann, Chris | Design | | | No | | | | 7 hours | 7 hours |
| McGough, Jim | Specific Causation | | Melton | No | | | | 4 hours | 4 hours |
| Memon, Nasir | Design | | | Yes | | | | 7 hours | 7 hours |
| Moore, Michele | School District | | Tucson | No | | | | 4 hours | 4 hours |
| Nelson, Robert | School District | | Breathitt, Charleston | No | | | | 7 hours | 7 hours |
| Orhun, Yesim | Warnings | | | No | | | | 7 hours | 7 hours |
| Patten, Scott | General Causation | | | No | Y | 3 hours 48 minutes | | 3.5 hours | 7 hours 18 minutes |
| Pfeifer, Jennifer | General Causation | | | No | Y | 6 hours 43 minutes | Yes | 0 | 6 hours 43 minute |
| Platt, Robert | *General Causation* | | | Yes | Y | *3 hours 52 minutes* | *TBD after AGs receive transcript* | *TBD if any* | *3 hours 52 minutes* |
| Rogers, Marcus | Design | | | Yes | | | | 7 hours | 7 hours |
| Rossi, Peter | Warnings | | | No | | | | 7 hours | 7 hours |
| Schreyer, Colleen | Specific Causation | | Clevenger | No | | | | 4 hours | 4 hours |

| Expert | Short Description of Opinion/ Expertise | JCCP Plaintiffs for which Case-Specific Opinions Are Offered | MDL Plaintiffs for Which Opinions Are Offered | Disclosed in AG cases? | Expert Deposed in JCCP? | # Hours Deposed in JCCP | Plaintiffs agree to take down deposition? | Plaintiffs' Proposed # of Hours | Total Hours of Deposition with Plaintiffs' Proposed LImit |
|---|---|---|---|---|---|---|---|---|---|
| Schwartz, Terry | General Causation / Specific Causation | RKC | Mullen | No | Y | 7 hours 9 minutes | | 7 hours (for plaintiff-specific opinions) | 14 hours 9 minutes |
| Shear, Matthew | General Causation / Specific Causation | | D'Orazio | Yes | Y | 5 hours 28 min | *For general causation, TBD after AGs receive transcripts* | 4 hours (for plaintiff-specific opinions); *For General Causation, TBD if any* | 9 hours 28 minutes |
| Smith, Jack | School District | | Harford | No | | | | 4 hours | 4 hours |
| Springer, Matthew | School District | | Tucson | No | | | | 4 hours | 4 hours |
| Starr, John | Corporate Responsibility, Warnings | | | Yes | | | | 7 hours | 7 hours |
| Stern, Michael | School District | | Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | No | | | | 7 hours | 7 hours |
| Trunko, Mary Ellen | Specific Causation | | Smith | No | | | | 4 hours | 4 hours |
| Tucker, Douglas | General Causation | | | No | Y | 6 hours 20 min | Yes | 0 | 6 hours 20 minutes |
| Wildermuth, Diana | School District | | Breathitt, Charleston, DeKalb, Harford, Irvington, Tucson | No | | | | 7 hours | 7 hours |
| | | | | | | | **Total** | 278 hours | 408 hours and 28 minutes* |
| | | | | | | | **Average** | 6 hours | 6 hours and 52 minutes* |

* The total and average times are pending the AGs receiving and reviewing transcripts of depositions taken previously in the JCCP, as noted above.