1  [*Parties and Counsel Listed on Signature Pages*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case Nos. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | 4:23-cv-05448-YGR |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | **META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT DEADLINES** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. Under the current case schedule, the deadline for the State AGs to submit certain expert reports, including the reports of Patrick McDaniel and Carl Saba, is August 1, 2025; for Meta to submit responsive expert reports is September 26, 2025 or eight weeks after opening reports; and for the State AGs to submit rebuttal reports is October 24, 2025 or four weeks after responsive reports. *See* ECF 1955, at 4–5.

2. The Parties have met and conferred over several weeks and have agreed, subject to Court approval, to extend the deadline for the McDaniel and Saba opening expert reports by approximately six weeks to September 12, 2025.

3. Certain discovery that the State AGs intend to incorporate into the McDaniel and Saba reports has not yet been produced. Meta estimates that it can produce this discovery according to the following schedule:

    a. Additional supplemental production of underage user reporting and enforcement data responsive to Request for Production No. 102 and PI/SD Request for Production No. 124 using different geographic filters, if any: on or around August 1, 2025.

    b. Daily time spent data for Facebook: by July 25, 2025.

    c. Supplemental response to Interrogatory No. 32: on or around July 25, 2025.

    d. Soft-matching data and corresponding underage user reporting and enforcement data: on a rolling basis, with production complete on or around August 15, 2025.

4. The Parties also agree, subject to Court approval, to extend the deadlines by approximately three to four weeks for (a) Meta's reports responsive to these two State AG expert reports; (b) the rebuttal reports corresponding to these two expert reports; and (c) the close of expert discovery as related to these two reports and any related responsive and rebuttal reports, as reflected in the chart below.

5.  The Parties also agree, subject to Court approval, that, in order for the State AGs to incorporate the soft-matching data described above in paragraph 3(d) into the McDaniel report, the State AGs will serve a supplemental expert report of Patrick McDaniel regarding this data on September 19, 2025.

6.  This Court has previously extended expert report deadlines generally, on agreement of all parties to the MDL as part of an MDL-wide schedule extension, *see* ECF 1159, and again as to four State AG-specific experts—including the two that are the subject of this extension—on agreement of the State AGs and Meta, *see* ECF 1955.

7.  The changes in these deadlines will not affect other deadlines in the case schedule. In particular, existing deadlines regarding Rule 702 motions and dispositive motions will remain the same. *See* ECF No. 1290; ECF No. 1955.

8.  To the extent that Meta does not complete production of the discovery listed in paragraph 3 within the timeframe referenced in that paragraph, or produces incomplete or incorrect data, the Parties agree to promptly meet and confer regarding further adjustments to the expert discovery schedule, including the possible reduction of time within which Meta will have to serve responsive reports to the McDaniel and Saba opening expert reports.

9.  The Parties reserve all other rights related to the data listed in paragraph 3 and all other productions of structured data that Meta has made or may make in this action, including as to any incomplete or inaccurate productions.

10. Therefore, the Parties agree, subject to the Court's approval, that the following deadlines will apply:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Case Specific and Causation Experts: Plaintiffs' Opening Reports | **August 1, 2025** (for the State AGs' four AG-specific expert reports) | **September 12, 2025** (for the opening reports of Patrick McDaniel and Carl Saba) |
| Supplemental Opening Expert Report of Patrick McDaniel | *No Current Deadline* | **September 19, 2025** |
| Non-Case Specific and Causation Experts: Defendants' Responsive Reports | **September 26, 2025** (for Meta's responsive reports to the State AGs' four AG-specific expert reports), *or approximately 8 weeks after Opening Reports, whichever is sooner* | **October 24, 2025** (for Meta's responsive reports to the McDaniel and Saba reports) |
| Non-Case Specific and Causation Experts: Plaintiffs' Rebuttal Reports | **October 24, 2025** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the State AGs' four AG-specific expert reports), *or 4 weeks after Responsive Reports, whichever is sooner* | **November 14, 2025** (for the State AGs' rebuttal reports in response to Meta's responsive reports to the McDaniel and Saba reports) |
| Close of Expert Discovery | **November 7, 2025** (for depositions of the State AGs' four AG-specific experts, Meta's responsive experts, and any AG rebuttal experts), *or approximately 2 weeks after Rebuttal Reports* | **December 5, 2025** (for depositions of Patrick McDaniel, Carl Saba, Meta's responsive experts, and any AG rebuttal experts) |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: July 24, 2025                         By: */s/ Megan O'Neill*

                                     **ROB BONTA**
                                     Attorney General
                                     State of California

                                     Nicklas A. Akers (CA SBN 211222)
                                   Senior Assistant Attorney General
                                   Bernard Eskandari (SBN 244395)
                                   Emily Kalanithi (SBN 256972)
                                   Supervising Deputy Attorneys General
                                   Nayha Arora (CA SBN 350467)
                                   Megan O'Neill (CA SBN 343535)
                                   Joshua Olszewski-Jubelirer (CA SBN 336428)

Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*


**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*


Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*

5
META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN EXPERT DEADLINES

J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*

By: */s/ Ashley M. Simonsen*

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I, Megan O'Neill, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: July 24, 2025                           */s/ Megan O'Neill*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 28, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE