[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO:<br><br>People of the State of California, et al.<br>   v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | **STIPULATION ON CONFIDENTIALITY FOR EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The MDL State AG Plaintiffs and Meta, YouTube, Snap, and TikTok (collectively, the "Parties") stipulate and agree as follows:[1]

A.  JCCP expert transcripts will be shared by YouTube, Snap, and TikTok with the State AG Plaintiffs who have designated those same experts — or in whose cases Meta has designated those same experts — with appropriate redactions for YouTube, Snap, and TikTok confidential information.

B.  Questioning attorneys will attempt to sequence the expert depositions to ask questions at

---

[1] It is noted that in the interest of efficiency Defendants have also reached agreement on these terms with other State AG Plaintiffs Massachusetts, Tennessee and Arkansas, who are not subject to federal jurisdiction.

the end of the deposition session that rely upon or may elicit confidential information of YouTube, Snap, and TikTok.  In this way, State AG Plaintiffs may attend the earlier parts of the deposition that cover general background, general industry issues, and Meta-specific issues, and State AG Plaintiffs will be excused from the later YouTube, Snap, and TikTok specific portions of the deposition.  Questions that rely upon or elicit a mix of confidential and non-confidential YouTube, Snap, and TikTok information will be asked in the later portion of the deposition not attended by State AG Plaintiffs.   No State AG Plaintiff may ask questions of an expert to elicit opinions about YouTube, Snap, or TikTok, unless (i) those questions relate also to issues that implicate Meta, such as discussion of the social media industry generally or comparisons of Meta to YouTube, Snap, or TikTok and (ii) do not elicit any confidential information of YouTube, Snap, or TikTok.

  C.  The State AG Plaintiffs will receive only copies of expert reports that have YouTube, Snap, and TikTok confidential information redacted, including as exhibits at depositions.  The copies provided will be in a machine-readable format so that they are searchable.

  D.  Disclosure of YouTube, Snap, and TikTok confidential information should take place only in the later portion of each deposition, as described in paragraph B above, so that real time and rough draft versions of transcripts can be provided to State AG Plaintiffs as expeditiously as possible for the portions of the depositions that the State AG Plaintiffs attend.  However, if an expert's answer to a question in the earlier portions of the deposition attended by State AG Plaintiffs would reveal confidential information of YouTube, Snap, or TikTok, then the expert should disclose that before answering, and the answer should be deferred to later in the deposition unless that is impracticable, in which case the State AG Plaintiffs will be excluded from the deposition at that point while any confidential information of YouTube, Snap, or TikTok is disclosed.  If the State AG Plaintiffs are asked to leave the deposition session because of confidentiality issues of YouTube, Snap, or TikTok, that portion of the deposition will be segregated for confidentiality review as provided in sections E and F, and the remaining section(s) of the transcript not implicating confidential information of YouTube, Snap, and TikTok may be provided to the State AG Plaintiffs as soon as possible in real time, rough draft,

and final.

E. YouTube, Snap, and TikTok will verify and/or update confidentiality designations within 20 days after receiving the final transcript, including producing portions to State AG Plaintiffs that were overly designated as confidential information (if any) during the portions of the deposition session not attended by State AG Plaintiffs as described in sections B and D above. The State AG Plaintiffs will provide an email address where YouTube, Snap, and TikTok are to send the final redacted transcripts.

F. Within 7 days after the later of (i) July 30, 2025, or (ii) receipt of a relevant final deposition transcript in the JCCP cases, YouTube, Snap, and TikTok will produce to State AG Plaintiffs machine-readable electronic files of the transcripts for expert depositions taken in the JCCP case, including exhibits that do not contain YouTube, TikTok, or Snap confidential information, where those same experts have been designated by the State AG Plaintiffs or Meta in cases brought by the State AG Plaintiffs.  Except, in no event shall transcripts in the JCCP matter be provided to State AG Plaintiffs any later than 7 days before the date scheduled for the deposition of the same witness in the MDL.  Those transcripts and exhibits shall be redacted to exclude confidential information of YouTube, Snap, or TikTok.  The MDL State AG Plaintiffs identify experts Auerbach, Gotlib, Honaker, Platt, Shear, Berman, Baiocchi, and Twenge as the experts in the JCCP matter covered by this paragraph and will supplement this list as soon as possible should additional experts be added.  Relevant final expert deposition transcripts in the MDL will be provided consistent with section E above, except as to the time frames stated in this paragraph.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2025 | Respectfully submitted, |
| 2 | | **ROB BONTA** |
| | | Attorney General |
| 3 | **PHILIP J. WEISER** | State of California |
| 4 | Attorney General | |
| | State of Colorado | */s/ Megan O'Neill* |
| 5 | | Nicklas A. Akers (CA SBN 211222) |
| | */s/ Krista F. Batchelder* | Senior Assistant Attorney General |
| 6 | Krista Batchelder, CO Reg. No. 45066, pro hac vice | Bernard Eskandari (CA SBN 244395) |
| | Deputy Solicitor General | Emily Kalanithi (SBN 256972) |
| 7 | Shannon Stevenson, CO Reg. No. 35542, pro hac vice | Supervising Deputy Attorneys General |
| 8 | Solicitor General | Nayha Arora (CA SBN 350467) |
| | Elizabeth Orem, CO Reg. No. 58309 | Megan O'Neill (CA SBN 343535) |
| 9 | Danny Rheiner, CO Reg. No. 48821 | Joshua Olszewski-Jubelirer |
| 10 | Assistant Attorney Generals | (CA SBN 336428) |
| | Colorado Department of Law | Marissa Roy (CA SBN 318773) |
| 11 | Ralph L. Carr Judicial Center | Brendan Ruddy (CA SBN 297896) |
| 12 | Consumer Protection Section | Deputy Attorneys General |
| | 1300 Broadway, 7th Floor | California Department of Justice |
| 13 | Denver, CO 80203 | Office of the Attorney General |
| | Phone: (720) 508-6384 | 455 Golden Gate Ave., Suite 11000 |
| 14 | krista.batchelder@coag.gov | San Francisco, CA 94102-7004 |
| 15 | | Phone: (415) 510-4400 |
| | *Attorneys for Plaintiff State of Colorado, ex rel.* | Fax: (415) 703-5480 |
| 16 | *Philip J. Weiser, Attorney General* | megan.oneill@doj.ca.gov |
| 17 | | *Attorneys for Plaintiff the People of the State of California* |
| 18 | **RUSSELL COLEMAN** | |
| | Attorney General | |
| 19 | Commonwealth of Kentucky | |
| 20 | */s/ Daniel I. Keiser* | |
| | J. Christian Lewis (KY Bar No. 87109), | |
| 21 | *Pro hac vice* | |
| | Philip Heleringer (KY Bar No. 96748), | |
| 22 | *Pro hac vice* | |
| | Zachary Richards (KY Bar No. 99209), | |
| 23 | *Pro hac vice* | |
| | Daniel I. Keiser (KY Bar No. 100264), | |
| 24 | *Pro hac vice* | |
| | Matthew Cocanougher (KY Bar No. 94292), | |
| 25 | *Pro hac vice* | |
| | Assistant Attorneys General | |
| 26 | 1024 Capital Center Drive, Suite 200 | |
| | Frankfort, KY 40601 | |
| 27 | CHRISTIAN.LEWIS@KY.GOV | |
| | PHILIP.HELERINGER@KY.GOV | |
| 28 | ZACH.RICHARDS@KY.GOV | |

1  DANIEL.KEISER@KY.GOV
   MATTHEW.COCANOUGHER@KY.GOV
2  Phone: (502) 696-5300
   Fax: (502) 564-2698
3
   *Attorneys for Plaintiff the Commonwealth of*
4  *Kentucky*

5

6  **MATTHEW J. PLATKIN**
   Attorney General
7  State of New Jersey

8
   <u>/s/ *Kashif T. Chand*</u>
9  Kashif T. Chand (NJ Bar No. 016752008),
   *pro hac vice*
10 Section Chief, Deputy Attorney General
   New Jersey Office of the Attorney General,
11 Division of Law
   124 Halsey Street, 5th Floor
12 Newark, NJ 07101
   Tel: (973) 648-2052
13 Kashif.Chand@law.njoag.gov

14
   *Attorney for Plaintiffs Matthew J. Platkin, Attorney*
15 *General for the State of New Jersey, and Cari Fais,*
   *Acting Director of the New Jersey Division of*
16 *Consumer Affairs*

17

18
   MORGAN, LEWIS & BOCKIUS LLP
19 By: <u>*/s/ Brian Ercole*</u>
   Brian Ercole (*pro hac vice*)
20 600 Brickell Avenue, Suite 1600
   Miami, FL 33131-3075
21 Tel.: 305.415.3416
   brian.ercole@morganlewis.com
22

23 Jesse S. Krompier, SBN 318760
   300 South Grand Avenue, 22nd Floor
24 Los Angeles, CA 90071-3132
   Tel.: 213.612.7238
25 jesse.krompier@morganlewis.com

26
   WILSON SONSINI GOODRICH & ROSATI
27 Brian M. Willen
   WILSON SONSINI GOODRICH & ROSATI
28

| | |
|---|---|
| 1 | 1301 Avenue of the Americas, 40th Floor |
| 2 | New York, New York 10019 |
|   | Telephone: (212) 999-5800 |
| 3 | Facsimile: (212) 999-5899 |
|   | Email: bwillen@wsgr.com |
| 4 | |
| 5 | Lauren Gallo White |
|   | Samantha A. Machock |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
|   | Telephone: (415) 947-2000 |
| 8 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 9 | Email: smachock@wsgr.com |
| 10 | |
|   | Christopher Chiou |
| 11 | WILSON SONSINI GOODRICH & ROSATI |
|   | 633 West Fifth Street |
| 12 | Los Angeles, CA 90071-2048 |
|   | Telephone: (323) 210-2900 |
| 13 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 14 | |
| 15 | WILLIAMS & CONNOLLY LLP |
|   | Joseph G. Petrosinelli |
| 16 | jpetrosinelli@wc.com |
|   | Ashley W. Hardin |
| 17 | ahardin@wc.com |
| 18 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 19 | Telephone.: 202-434-5000 |
|   | Fax: 202-434-5029 |
| 20 | |
| 21 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |
| 22 | |
| 23 | COVINGTON & BURLING LLP |
|   | By: <u>*/s/ Ashley M. Simonsen*</u> |
| 24 | Ashley M. Simonsen, SBN 275203 |
|   | COVINGTON & BURLING LLP |
| 25 | 1999 Avenue of the Stars |
| 26 | Los Angeles, CA 90067 |
|   | Telephone: (424) 332-4800 |
| 27 | Facsimile: + 1 (424) 332-4749 |
|   | Email: asimonsen@cov.com |
| 28 | |

|   |   |
|---|---|
| 1 | Phyllis A. Jones, *pro hac vice* |
| 2 | Paul W. Schmidt, *pro hac vice* |
|   | COVINGTON & BURLING LLP |
| 3 | One City Center |
|   | 850 Tenth Street, NW |
| 4 | Washington, DC 20001-4956 |
|   | Telephone: + 1 (202) 662-6000 |
| 5 | Facsimile: + 1 (202) 662-6291 |
| 6 | Email: pajones@cov.com |

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100

STIPULATION ON CONFIDENTIALITY FOR EXPERTS
4:22-md-03047-YGR; 4:23-cv-05448-YGR

1  Facsimile: (213) 687-3702
   Email: rose.ehler@mto.com
2  Email: victoria.degtyareva@mto.com
3  Email: Ariel.Teshuva@mto.com

4  Lauren A. Bell (pro hac vice forthcoming)
   MUNGER, TOLLES & OLSON LLP
5  601 Massachusetts Ave., NW St.,
   Suite 500 E
6  Washington, D.C. 20001-5369
7  Telephone: (202) 220-1100
   Facsimile: (202) 220-2300
8  Email: lauren.bell@mto.com

9  *Attorneys for Defendant Snap Inc.*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28