# Exhibit 1

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

February 12, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by OMH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on CCF dated August 28, 2024, CCF is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYCCF_0000001–NYCCF_0000922.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents. The Executive Agencies maintain their

Christopher Y.L. Yeung
February 12, 2025

position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OMH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

February 12, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Counsel,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by OMH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on OMH dated July 29, 2024, OMH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOMH_0000001–NYOMH_0000577.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents. The Executive Agencies maintain their

Christopher Y.L. Yeung
February 12, 2025

position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OMH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com


March 12, 2025


<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:** ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, **4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by DOH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on DOH dated August 28, 2024, DOH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYDOH_0000001 – NYDOH_0000737.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
March 12, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. DOH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

March 14, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**     ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by CCF, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on CCF dated August 28, 2024, CCF is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYCCF_0000940–NYCCF_0001148.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
March 14, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. CCF reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

**Selendy|Gay**

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

March 14, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.***, 4:23-cv-
05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent
Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive
Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram,
LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek
from the non-party Executive Chamber and other executive agencies in the New York
Governor's administration, including the non-party Office of Children and Family Services
("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"),
Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State
("DOS") (together with the Executive Chamber, the "Executive Agencies"). This
correspondence has been authorized by the Executive Chamber, in its voluntary effort to
assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on the Executive
Chamber dated December 17, 2024, the Executive Chamber is voluntarily producing to
Meta, via Dropbox, documents with the Bates range NYChamber_0000001–
NYChamber_0001009.

This production does not waive or limit the Executive Agencies' objections,
including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge
Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the
subpoena or any discovery Meta seeks from the Executive Agencies. The Executive
Agencies reiterate that the Attorney General of the State of New York does not have

Christopher Y.L. Yeung
March 14, 2025

possession, custody, or control of their documents, nor the legal right, authority, or practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. The Executive Chamber reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

March 14, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by DOH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on DOH dated August 28, 2024, DOH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYDOH_0000738–NYDOH_0002834.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
March 14, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. DOH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com


March 14, 2025


Via E-mail

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, **4:22-md-03047-YGR-PHK**

Dear Christopher,

    We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by OMH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

    Today, in voluntary response to the Rule 45 subpoena served on OMH dated July 29, 2024, OMH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOMH_0000587–NYOMH_0003743.

    This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
March 14, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OMH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.


Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

April 4, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:** ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, **4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by CCF, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on CCF dated August 28, 2024, CCF is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYCCF_0001149 – NYCCF_0008109.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
April 4, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. CCF reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

April 4, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**    ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by the Executive Chamber, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on the Executive Chamber dated December 17, 2024, the Executive Chamber is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYCHAMBER_0001010–NYCHAMBER_0001616.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have

Christopher Y.L. Yeung
April 4, 2025

possession, custody, or control of their documents, nor the legal right, authority, or practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. The Executive Chamber reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.


Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

April 4, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by DOH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on DOH dated August 28, 2024, DOH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYDOH_0002835 – NYDOH_0013872.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
April 4, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. DOH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com


April 4, 2025


<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**    ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

        We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by OMH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

        Today, in voluntary response to the Rule 45 subpoena served on OMH dated July 29, 2024, OMH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOMH_0003744 – NYOMH_0005916.

        This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
April 4, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OMH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com


May 2, 2025


<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, **4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by CCF, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on CCF dated August 28, 2024, CCF is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYCCF_0008110– NYCCF_0010185.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 2, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. CCF reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

May 2, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**    ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, **4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by DOH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on DOH dated August 28, 2024, DOH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYDOH_0013873– NYDOH_0016501.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 2, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. DOH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

May 2, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**   ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** ***In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by the Executive Chamber, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on OCFS dated August 28, 2024, OCFS is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOCFS_0000001– NYOCFS_0007357.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 2, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OCFS reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.


Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

2

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

May 2, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**    ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.);** ***In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by OMH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on OMH dated July 29, 2024, OMH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOMH_0005917 – NYOMH_0021567.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 2, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OMH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

May 16, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**     ***People of the State of California, et al. v. Meta Platforms, Inc. et al.***, **4:23-cv-05448-TGR-PHK (N.D. Cal.);** ***In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.***, **4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by CCF, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on CCF dated August 28, 2024, CCF is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYCCF_0010186– NYCCF_0011617.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 16, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. CCF reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com


May 16, 2025


<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**     ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

　　We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by DOH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

　　Today, in voluntary response to the Rule 45 subpoena served on DOH dated August 28, 2024, DOH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYDOH_0016501– NYDOH_0017286.

　　This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 16, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. DOH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

May 16, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**     ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by the Executive Chamber, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

Today, in voluntary response to the Rule 45 subpoena served on OCFS dated August 28, 2024, OCFS is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOCFS_0007358– NYOCFS_0008243.

This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 16, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OCFS reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner

Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Selendy|Gay

Faith E. Gay
Partner
212.390.9001
fgay@selendygay.com

May 16, 2025

<u>Via E-mail</u>

Christopher Y.L. Yeung
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
cyeung@cov.com

**Re:**    ***People of the State of California, et al. v. Meta Platforms, Inc. et al.*, 4:23-cv-05448-TGR-PHK (N.D. Cal.); *In re Social Media Adolescent Addiction/Personal Inj. Products Liab. Litig.*, 4:22-md-03047-YGR-PHK**

Dear Christopher,

    We represent the Office of the Governor of the State of New York (the "Executive Chamber") in connection with discovery that defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (together, "Meta") seek from the non-party Executive Chamber and other executive agencies in the New York Governor's administration, including the non-party Office of Children and Family Services ("OCFS"), Council on Children and Families ("CCF"), Office of Mental Health ("OMH"), Department of Health ("DOH"), Department of Budget ("DOB"), and Department of State ("DOS") (together with the Executive Chamber, the "Executive Agencies"). This correspondence has been authorized by OMH, in its voluntary effort to assist the parties and the Court in the above-captioned litigation.

    Today, in voluntary response to the Rule 45 subpoena served on OMH dated July 29, 2024, OMH is voluntarily producing to Meta, via Dropbox, documents with the Bates range NYOMH_00021568 – NYOMH_0022141.

    This production does not waive or limit the Executive Agencies' objections, including to the erroneous September 6, 2024 discovery Order issued by Magistrate Judge Kang, Dkt. 1117, nor does it constitute a waiver of any responses and objections to the subpoena or any discovery Meta seeks from the Executive Agencies. The Executive Agencies reiterate that the Attorney General of the State of New York does not have possession, custody, or control of their documents, nor the legal right, authority, or

Christopher Y.L. Yeung
May 16, 2025

practical ability to access those documents. The Executive Agencies maintain their position that the Court does not have jurisdiction over them and do not waive or limit any jurisdictional objections.

This production contains documents that are designated "CONFIDENTIAL" pursuant to the Discovery Confidentiality Order dated October 11, 2024, Dkt. 1209. OMH reserves all rights as to the documents being produced, and does not waive or limit any future assertion that the documents are protected by applicable privileges, protections, or immunities, including the attorney-client privilege, attorney work product protection, legislative privilege, or executive privileges, nor the right to object to the use of any document inadvertently disclosed or lacking a confidentiality designation. Any failure to designate documents as subject to that Discovery Confidentiality Order is inadvertent and shall not constitute a waiver.

Regards,

/s/ *Faith E. Gay*

Faith E. Gay
Partner