PREVIN WARREN
pwarren@motleyrice.com
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 578-6281

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULE**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and through their undersigned counsel, Meta, TikTok, Snap, and YouTube ("Defendants"); the MDL Personal Injury and School District ("PI/SD") Plaintiffs; and the MDL State Attorneys General ("State AGs") (collectively, the "Parties") hereby agree to the following negotiated amendment of the Pretrial Schedule entered by the Court in CMO No. 18 (ECF 1290).

1. WHEREAS, Defendants requested in their July 11, 2025 CMC Statement (ECF 2104) a six-week extension of the August 27, 2025 deadline for completion of expert depositions, along with commensurate extensions of other deadlines set in CMO No. 18;

2. WHEREAS, the PI/SD Plaintiffs opposed that request, while the State AGs did not oppose it;

3. WHEREAS, following the CMC on July 18, 2025, the Parties met and conferred in an effort to apply the Court's guidance and narrow areas of dispute;

4. WHEREAS, the PI/SD Plaintiffs continue to oppose an extension of any deadline other than as set forth herein;

5. WHEREAS, the Court has previously extended expert deposition deadlines generally, on agreement of all Parties to the MDL as part of an MDL-wide schedule extension, *see* ECF 1159, and again as to four State AG-specific expert reports on agreement of the State AGs and Meta, *see* ECF 1955.

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the following proposed schedule extension:

1. The deadline for the close of expert discovery in the MDL, as set in CMO No. 18, moves from August 27, 2025 to September 17, 2025 (an extension of three weeks), to permit the completion of Eligible Depositions as defined in paragraph 6 below;

2. The deadline for Defendants to file Rule 702 motions as to two of Plaintiffs' experts whose depositions would, under the Parties' agreement, be rescheduled for a date after September 10, 2025 (Dr. Stuart Murray and Dr. Jean Twenge), moves from September 24, 2025 to September

30, 2025; and the deadline for Plaintiffs to file oppositions to those motions moves from October 27, 2025 to November 3, 2025, with Defendants' replies for those motions still due on November 25, 2025;

3. To the extent any other Eligible Depositions (besides the depositions of Dr. Murray and Dr. Twenge) are moved to a date after September 10, 2025, Defendants reserve the right to request, and Plaintiffs agree to confer in good faith regarding, a similar extension of the deadline for Defendants to file a Rule 702 motion as to such expert and for Plaintiffs to file an opposition to that motion;

4. Defendants withdraw their request to extend other deadlines included in the Pretrial Schedule entered by the Court in CMO No. 18;

5. The extensions reflected in paragraphs 2 and 3 will not affect any other deadlines included in the Pretrial Schedule entered by the Court in CMO No. 18;

6. "Eligible Depositions" includes only the following:

    a. Depositions of experts who are unique to the MDL, i.e., not disclosed in the JCCP (such as school district experts or State AG-only experts);

    b. Depositions of non-case specific experts who are shared with the JCCP but who have already been deposed in the JCCP;

    c. Depositions of experts who have submitted case-specific reports in both jurisdictions, but only as to their MDL case-specific reports.

7. For the avoidance of doubt, "Eligible Depositions" does not include the following:

    a. Depositions of experts who are subject to the August 27, 2025 JCCP deadline and who have **not** already been deposed in the JCCP; or

    b. Depositions of experts concerning any JCCP case-specific opinions they have offered.

8. The Parties have reached agreement on the specific expert depositions covered by the definition of "Eligible Depositions" set forth above, as well as which Eligible Depositions will move into the extension period.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Yvonne Gonzalez Rogers
United States District Judge

Respectfully submitted,

Dated: July 28, 2025

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

| | |
|---|---|
| 1 | |
| 2 | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP**<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 3 | |
| 4 | |
| 5 | Liaison Counsel |
| 6 | JOSEPH G. VANZANDT<br>**BEASLEY ALLEN CROW METHVIN POLIS & MILES, P.C.**<br>234 Commerce Street<br>Montgomery, AL 36103<br>Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |

1   
2   
3   
4   
5   JENNIE LEE ANDERSON  
    **ANDRUS ANDERSON, LLP**  
    155 Montgomery Street, Suite 900  
    San Francisco, CA 94104  
    Telephone: 415-986-1400  
    jennie@andrusanderson.com  

    Liaison Counsel  

    JOSEPH G. VANZANDT  
    **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**  
    234 Commerce Street  
    Montgomery, AL 36103  
    Telephone: 334-269-2343  
    joseph.vanzandt@beasleyallen.com  

    EMILY C. JEFFCOTT  
    **MORGAN & MORGAN**  
    220 W. Garden Street, 9th Floor  
    Pensacola, FL 32502  
    Telephone: 850-316-9100  
    ejeffcott@forthepeople.com  

    Federal/State Liaison Counsel  

    MATTHEW BERGMAN  
    **SOCIAL MEDIA VICTIMS LAW CENTER**  
    821 Second Avenue, Suite 2100  
    Seattle, WA 98104  
    Telephone: 206-741-4862  
    matt@socialmediavictims.org  

    JAMES J. BILSBORROW  
    **WEITZ & LUXENBERG, PC**  
    700 Broadway  
    New York, NY 10003  
    Telephone: 212-558-5500  
    Facsimile: 212-344-5461  
    jbilsborrow@weitzlux.com  

    JAYNE CONROY  
    **SIMMONS HANLY CONROY LLP**  
    112 Madison Ave, 7th Floor  
    New York, NY 10016  
    Telephone: 917-882-5522  
    jconroy@simmonsfirm.com  

    ANDRE MURA  
    **GIBBS LAW GROUP, LLP**  
    1111 Broadway, Suite 2100  
    Oakland, CA 94607

Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

1
2         MELISSA YEATES
          JOSEPH E. MELTZER
3         **KESSLER TOPAZ MELTZER & CHECK, LLP**
          280 King of Prussia Road
4         Radnor, PA 19087
          Telephone: 610-667-7706
5         myeates@ktmc.com
          jmeltzer@ktmc.com
6
          DIANDRA "FU" DEBROSSE ZIMMERMANN
7         **DICELLO LEVITT**
          505 20th St North Suite 1500
8         Birmingham, Alabama 35203
          Telephone: 205.855.5700
9         fu@dicellolevitt.com

10        Plaintiffs' Steering Committee Membership
          *Attorneys for Plaintiffs*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: July 28, 2025 | Respectfully submitted, |
| 2 | | **COVINGTON & BURLING LLP** |
| 3 | | |
| 4 | | By: /s/ *Ashley M. Simonsen* |
| | | Ashley M. Simonsen |
| 5 | | |
| | | ASHLEY M. SIMONSEN, SBN 275203 |
| 6 | | asimonsen@cov.com |
| | | COVINGTON & BURLING LLP |
| 7 | | 1999 Avenue of the Stars |
| | | Los Angeles, CA 90067 |
| 8 | | Tel.: 424-332-4800 |
| 9 | | |
| | | PHYLLIS A. JONES, *pro hac vice* |
| 10 | | pajones@cov.com |
| | | PAUL W. SCHMIDT, *pro hac vice* |
| 11 | | pschmidt@cov.com |
| | | MICHAEL X. IMBROSCIO, *pro hac vice* |
| 12 | | mimbroscio@cov.com |
| | | COVINGTON & BURLING LLP |
| 13 | | One City Center |
| | | 850 Tenth Street, NW |
| 14 | | Washington, DC 20001-4956 |
| 15 | | Tel.: 202-662-6000 |
| 16 | | *Attorneys for Defendants Meta Platforms, Inc.,* |
| | | *Facebook Holdings, LLC, Facebook Operations,* |
| 17 | | *LLC, Facebook Payments, Inc., Facebook* |
| | | *Technologies, LLC, Instagram, LLC,* |
| 18 | | *Siculus, Inc., and Mark Elliot Zuckerberg.* |

| | | |
|---|---|---|
| 1 | DATED: July 28, 2025 | **MUNGER, TOLLES & OLSON LLP** |
| 2 | | |
| 3 | | By: */s/ Jonathan H. Blavin* |
| | | Jonathan H. Blavin |
| 4 | | |
| 5 | | JONATHAN H. BLAVIN, SBN 230269 |
| | | jonathan.blavin@mto.com |
| 6 | | MUNGER, TOLLES & OLSON LLP |
| | | 560 Mission Street, 27th Floor |
| 7 | | San Francisco, CA 94105-3089 |
| | | Tel.: 415-512-4000 |
| 8 | | |
| 9 | | ROSE L. EHLER, SBN 29652 |
| | | Rose.Ehler@mto.com |
| 10 | | VICTORIA A. DEGTYAREVA, SBN 284199 |
| | | Victoria.Degtyareva@mto.com |
| 11 | | ARIEL T. TESHUVA, SBN 324238 |
| | | Ariel.Teshuva@mto.com |
| 12 | | MUNGER, TOLLES & OLSON LLP |
| | | 350 South Grand Avenue, 50th Floor |
| 13 | | Los Angeles, CA 90071-3426 |
| | | Tel.: 213-683-9100 |
| 14 | | |
| 15 | | LAUREN A. BELL, *pro hac vice forthcoming* |
| 16 | | Lauren.Bell@mto.com |
| | | MUNGER, TOLLES & OLSON LLP |
| 17 | | 601 Massachusetts Ave., NW St. |
| | | Suite 500 E |
| 18 | | Washington, D.C. 20001-5369 |
| | | Tel.: 202-220-1100 |
| 19 | | |
| 20 | | *Attorneys for Defendant Snap Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: July 28, 2025 | **KING & SPALDING LLP** |
| 2 | | By: /s/ Matthew J. Blaschke |
| 3 | | GEOFFREY DRAKE, *pro hac vice*<br>TACARA D. HARRIS, *pro hac vice* |
| 4 | | gdrake@kslaw.com<br>tharris@kslaw.com |
| 5 | | KING & SPALDING LLP<br>1180 Peachtree Street, NE, Suite 1600 |
| 6 | | Atlanta, GA 30309 |
| 7 | | Tel.: 404-572-4600<br>Fax: 404-572-5100 |

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Tel.: 202-737-4707
Fax: 202-626-3737

BAILEY J. LANGNER, SBN 307753
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: 415-318-1200
Fax: 515-318-1300

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

---

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULE     -10-     CASE NO.: 4:22-03047-YGR

| | | |
|---|---|---|
| 1 | DATED: July 28, 2025 | **WILSON SONSINI GOODRICH & ROSATI** |
| 2 | | Professional Corporation |

*/s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW

Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC, and Google LLC*

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | /s/ Megan O'Neill                                              |
|     | **ROB BONTA**                                                   |
| 3   | Attorney General                                                |
|     | State of California                                             |

                                                   /s/ Megan O'Neill
                                                   **ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*


**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section

1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

<u>/s/  Philip Heleringer</u>
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

<u>/s/  Kashif T. Chand</u>
Kashif T. Chand (NJ Bar No. 016752008),

*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*

**ATTESTATION**

I hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 28, 2025

/s/ *Ashley Simonsen*
Ashley Simonsen