[*Submitting Counsel on signature page*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE "M"**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to June 27, 2025, and the Court granted the Parties' requested schedule, Dkt. 2018; and

2. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to July 16, 2025, and the Court granted the Parties' requested schedule, Dkt. 2088; and

3. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to July 30, 2025, and the Court granted the Parties' requested schedule, Dkt. 2109; and

4. WHEREAS, the Parties have reached a resolution on disputes concerning YouTube's searches of the M source under which YouTube's additional productions have not yet been completed and are continuing to meet and confer to reach resolution on any disputes concerning a stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension as follows:

1. Four (4) business days after YouTube completes its final productions from the M Source:

a. The Parties will finalize any stipulation regarding the authenticity and admissibility of YouTube's productions or else identify any remaining disputes;

b. Plaintiffs will identify any deficiencies in the completed production in writing.

2. Five (5) business days later: Briefs due for any remaining disputes as to the production or stipulation.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Peter H. Kang
United States District Judge

Dated: July 30, 2025                    Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)

| | |
|---|---|
| 1 | Wilson Sonsini Goodrich & Rosati |
| | lwhite@wsgr.com |
| 2 | Andrew Kramer (State Bar No. 321574) |
| | akramer@wsgr.com |
| 3 | Carmen Sobczak (State Bar No. 342569) |
| | csobczak@wsgr.com |
| 4 | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| 5 | Telephone: (415) 947-2000 |
| | Facsimile: (415) 947-2099 |

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC, and Google LLC*

Dated: July 30, 2025

/s/ *Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

|   |   |
|---|---|
| 1 | Telephone: 415-956-1000 |
|   | lhazam@lchb.com |
| 2 |   |
|   | PREVIN WARREN |
| 3 | **MOTLEY RICE LLC** |
|   | 401 9th Street NW Suite 630 |
| 4 | Washington DC 20004 |
|   | Telephone: 202-386-9610 |
| 5 | pwarren@motleyrice.com |
| 6 | Co-Lead Counsel |
| 7 | CHRISTOPHER A. SEEGER |
|   | **SEEGER WEISS, LLP** |
| 8 | 55 Challenger Road, 6th floor |
|   | Ridgefield Park, NJ 07660 |
| 9 | Telephone: 973-639-9100 |
|   | Facsimile: 973-679-8656 |
| 10 | cseeger@seegerweiss.com |
| 11 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 12 |   |
|   | JENNIE LEE ANDERSON |
| 13 | **ANDRUS ANDERSON, LLP** |
|   | 155 Montgomery Street, Suite 900 |
| 14 | San Francisco, CA 94104 |
|   | Telephone: 415-986-1400 |
| 15 | jennie@andrusanderson.com |
| 16 | Liaison Counsel |
| 17 | JOSEPH G. VANZANDT |
|   | **BEASLEY ALLEN CROW METHVIN** |
| 18 | **PORTIS & MILES, P.C.** |
|   | 234 Commerce Street |
| 19 | Montgomery, AL 36103 |
|   | Telephone: 334-269-2343 |
| 20 | joseph.vanzandt@beasleyallen.com |
| 21 | EMILY C. JEFFCOTT |
|   | **MORGAN & MORGAN** |
| 22 | 220 W. Garden Street, 9th Floor |
|   | Pensacola, FL 32502 |
| 23 | Telephone: 850-316-9100 |
|   | ejeffcott@forthepeople.com |
| 24 |   |
|   | Federal/State Liaison Counsel |
| 25 |   |
|   | MATTHEW BERGMAN |
| 26 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 Second Avenue, Suite 2100 |
| 27 | Seattle, WA 98104 |
| 28 |   |

1  Telephone: 206-741-4862
matt@socialmediavictims.org
2
JAMES J. BILSBORROW
3  **WEITZ & LUXENBERG, PC**
700 Broadway
4  New York, NY 10003
Telephone: 212-558-5500
5  Facsimile: 212-344-5461
jbilsborrow@weitzlux.com
6
JAYNE CONROY
7  **SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
8  New York, NY 10016
Telephone: 917-882-5522
9  jconroy@simmonsfirm.com

10  ANDRE MURA
**GIBBS LAW GROUP, LLP**
11  1111 Broadway, Suite 2100
Oakland, CA 94607
12  Telephone: 510-350-9717
amm@classlawgroup.com
13
ALEXANDRA WALSH
14  **WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
15  Washington D.C. 20036
Telephone: 202-780-3014
16  awalsh@alexwalshlaw.com

17  MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
18  510 Walnut Street Suite 500
Philadelphia, PA 19106
19  Telephone: 215-592-1500
mweinkowitz@lfsbalw.com
20
Plaintiffs' Steering Committee Leadership
21
RON AUSTIN
22  **RON AUSTIN LAW**
400 MANHATTAN BLVD
23  HARVEY, LA 70058
Telephone: 504-227–8100
24  raustin@ronaustinlaw.com

25  PAIGE BOLDT
**WATTS GUERRA LLP**
26  4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
27  Telephone: 210-448-0500

28

```
 1                              PBoldt@WattsGuerra.com
 2                              THOMAS P. CARTMELL
                                WAGSTAFF & CARTMELL LLP
 3                              4740 Grand Avenue, Suite 300
                                Kansas City, MO 64112
 4                              Telephone: 816-701 1100
                                tcartmell@wcllp.com
 5
                                SARAH EMERY
 6                              HENDY JOHNSON VAUGHN EMERY, PSC
                                2380 Grandview Drive
 7                              Ft. Mitchell, KY 41017
                                Telephone: 888-606-5297
 8                              semery@justicestartshere.com

 9                              CARRIE GOLDBERG
                                C.A. GOLDBERG, PLLC
10                              16 Court St.
                                Brooklyn, NY 11241
11                              Telephone: (646) 666-8908
                                carrie@cagoldberglaw.com
12
                                RONALD E. JOHNSON, JR.
13                              HENDY JOHNSON VAUGHN EMERY, PSC
                                600 West Main Street, Suite 100
14                              Louisville, KY 40202
                                Telephone: 859-578-4444
15                              rjohnson@justicestartshere.com

16                              SIN-TING MARY LIU
                                AYLSTOCK WITKIN KREIS &
17                              OVERHOLTZ, PLLC
                                17 East Main Street, Suite 200
18                              Pensacola, FL 32502
                                Telephone: 510-698-9566
19                              mliu@awkolaw.com

20                              JAMES MARSH
                                MARSH LAW FIRM PLLC
21                              31 Hudson Yards, 11th floor
                                New York, NY 10001-2170
22                              Telephone: 212-372-3030
                                jamesmarsh@marshlaw.com
23
                                HILLARY NAPPI
24                              HACH & ROSE LLP
                                112 Madison Avenue, 10th Floor
25                              New York, New York 10016
                                Telephone: 212.213.8311
26                              hnappi@hrsclaw.com

27

28
```

| | |
|---|---|
| 1 | EMMIE PAULOS |
| 2 | **LEVIN PAPANTONIO RAFFERTY**<br>316 South Baylen Street, Suite 600 |
| 3 | Pensacola, FL 32502<br>Telephone: 850-435-7107 |
| 4 | epaulos@levinlaw.com |
| 5 | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, P.C.** |
| 6 | 1500 Rosecrans Ave., Ste. 500<br>Manhattan Beach, CA 90266 |
| 7 | Telephone: 415-308-1915<br>rrizkalla@carlsonattorneys.com |
| 8 | ROLAND TELLIS |
| 9 | DAVID FERNANDES<br>**BARON & BUDD, P.C.** |
| 10 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| 11 | Telephone: (818) 839-2333<br>Facsimile: (818) 986-9698 |
| 12 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 13 | MELISSA YEATES |
| 14 | JOSEPH E. MELTZER<br>**KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 15 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 16 | Telephone: 610-667-7706<br>myeates@ktmc.com |
| 17 | jmeltzer@ktmc.com |
| 18 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT** |
| 19 | 505 20th St North Suite 1500<br>Birmingham, Alabama 35203 |
| 20 | Telephone: 205.855.5700<br>fu@dicellolevitt.com |
| 21 | |
| 22 | Plaintiffs' Steering Committee Membership<br>*Attorneys for Plaintiffs* |

# ATTESTATION

I, Audrey Siegel hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 30, 2025                              /s/ *Audrey Siegel*
                                                          Audrey Siegel