PREVIN WARREN
pwarren@motleyrice.com
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 578-6281

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MDL No. 3047
CASE NO.: 4:22-md-03047-YGR

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY PRETRIAL SCHEDULE**

Honorable Yvonne Gonzalez Rogers
Honorable Peter H. Kang

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and through their undersigned counsel, Meta, TikTok, Snap, and YouTube ("Defendants"); the MDL Personal Injury and School District ("PI/SD") Plaintiffs; and the MDL State Attorneys General ("State AGs") (collectively, the "Parties") hereby agree to the following negotiated amendment of the Pretrial Schedule entered by the Court in CMO No. 18 (ECF 1290).

1. WHEREAS, Defendants requested in their July 11, 2025 CMC Statement (ECF 2104) a six-week extension of the August 27, 2025 deadline for completion of expert depositions, along with commensurate extensions of other deadlines set in CMO No. 18;

2. WHEREAS, the PI/SD Plaintiffs opposed that request, while the State AGs did not oppose it;

3. WHEREAS, following the CMC on July 18, 2025, the Parties met and conferred in an effort to apply the Court's guidance and narrow areas of dispute;

4. WHEREAS, the PI/SD Plaintiffs continue to oppose an extension of any deadline other than as set forth herein;

5. WHEREAS, the Court has previously extended expert deposition deadlines generally, on agreement of all Parties to the MDL as part of an MDL-wide schedule extension, *see* ECF 1159, and again as to four State AG-specific expert reports on agreement of the State AGs and Meta, *see* ECF 1955.

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the following proposed schedule extension:

1. The deadline for the close of expert discovery in the MDL, as set in CMO No. 18, moves from August 27, 2025 to September 17, 2025 (an extension of three weeks), to permit the completion of Eligible Depositions as defined in paragraph 6 below;

2. The deadline for Defendants to file Rule 702 motions as to two of Plaintiffs' experts whose depositions would, under the Parties' agreement, be rescheduled for a date after September 10, 2025 (Dr. Stuart Murray and Dr. Jean Twenge), moves from September 24, 2025 to September

30, 2025; and the deadline for Plaintiffs to file oppositions to those motions moves from October 27, 2025 to November 3, 2025, with Defendants' replies for those motions still due on November 25, 2025;

    3. To the extent any other Eligible Depositions (besides the depositions of Dr. Murray and Dr. Twenge) are moved to a date after September 10, 2025, Defendants reserve the right to request, and Plaintiffs agree to confer in good faith regarding, a similar extension of the deadline for Defendants to file a Rule 702 motion as to such expert and for Plaintiffs to file an opposition to that motion;

    4. Defendants withdraw their request to extend other deadlines included in the Pretrial Schedule entered by the Court in CMO No. 18;

    5. The extensions reflected in paragraphs 2 and 3 will not affect any other deadlines included in the Pretrial Schedule entered by the Court in CMO No. 18;

    6. "Eligible Depositions" includes only the following:

        a. Depositions of experts who are unique to the MDL, i.e., not disclosed in the JCCP (such as school district experts or State AG-only experts);

        b. Depositions of non-case specific experts who are shared with the JCCP but who have already been deposed in the JCCP;

        c. Depositions of experts who have submitted case-specific reports in both jurisdictions, but only as to their MDL case-specific reports.

    7. For the avoidance of doubt, "Eligible Depositions" does not include the following:

        a. Depositions of experts who are subject to the August 27, 2025 JCCP deadline and who have **not** already been deposed in the JCCP; or

        b. Depositions of experts concerning any JCCP case-specific opinions they have offered.

8. The Parties have reached agreement on the specific expert depositions covered by the definition of "Eligible Depositions" set forth above, as well as which Eligible Depositions will move into the extension period.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2025

Honorable Yvonne Gonzalez Rogers
United States District Judge

Respectfully submitted,

Dated: July 28, 2025

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607

Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*