[*Submitting Counsel on signature page*]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE "M"**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to June 27, 2025, and the Court granted the Parties' requested schedule, Dkt. 2018; and

2. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to July 16, 2025, and the Court granted the Parties' requested schedule, Dkt. 2088; and

3. WHEREAS, the Parties previously agreed to extend the deadlines to brief any deficiency dispute for the M source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to July 30, 2025, and the Court granted the Parties' requested schedule, Dkt. 2109; and

4. WHEREAS, the Parties have reached a resolution on disputes concerning YouTube's searches of the M source under which YouTube's additional productions have not yet been completed and are continuing to meet and confer to reach resolution on any disputes concerning a stipulation regarding the authenticity and admissibility of YouTube's productions therefrom;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule extension as follows:

1. Four (4) business days after YouTube completes its final productions from the M Source:

      a. The Parties will finalize any stipulation regarding the authenticity and admissibility of YouTube's productions or else identify any remaining disputes;

      b. Plaintiffs will identify any deficiencies in the completed production in writing.

2. Five (5) business days later: Briefs due for any remaining disputes as to the production or stipulation.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 31, 2025

Honorable Peter H. Kang
U.S. Magistrate Judge

Dated: July 30, 2025                    Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)

|   |   |
|---|---|
| 1 | Wilson Sonsini Goodrich & Rosati |
|   | lwhite@wsgr.com |
| 2 | Andrew Kramer (State Bar No. 321574) |
|   | akramer@wsgr.com |
| 3 | Carmen Sobczak (State Bar No. 342569) |
|   | csobczak@wsgr.com |
| 4 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 5 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |

**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7238

Brian Ercole *(pro hac vice)*
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3416

Stephanie Schuster *(pro hac vice)*
Stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Telephone: (202) 373-6595

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC, and Google LLC*

Dated: July 30, 2025

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

JOINT STIPULATION AND [PROPOSED] ORDER   -3-   CASE NO.: 4:22-03047-YGR

|     |     |
| --- | --- |
| 1   | Telephone: 415-956-1000 |
|     | lhazam@lchb.com |
| 2   |     |
|     | PREVIN WARREN |
| 3   | **MOTLEY RICE LLC** |
|     | 401 9th Street NW Suite 630 |
| 4   | Washington DC 20004 |
|     | Telephone: 202-386-9610 |
| 5   | pwarren@motleyrice.com |
| 6   | Co-Lead Counsel |
| 7   | CHRISTOPHER A. SEEGER |
|     | **SEEGER WEISS, LLP** |
| 8   | 55 Challenger Road, 6th floor |
|     | Ridgefield Park, NJ 07660 |
| 9   | Telephone: 973-639-9100 |
|     | Facsimile: 973-679-8656 |
| 10  | cseeger@seegerweiss.com |
| 11  | Counsel to Co-Lead Counsel and Settlement Counsel |
| 12  |     |
|     | JENNIE LEE ANDERSON |
| 13  | **ANDRUS ANDERSON, LLP** |
|     | 155 Montgomery Street, Suite 900 |
| 14  | San Francisco, CA 94104 |
|     | Telephone: 415-986-1400 |
| 15  | jennie@andrusanderson.com |
| 16  | Liaison Counsel |
| 17  | JOSEPH G. VANZANDT |
|     | **BEASLEY ALLEN CROW METHVIN** |
| 18  | **PORTIS & MILES, P.C.** |
|     | 234 Commerce Street |
| 19  | Montgomery, AL 36103 |
|     | Telephone: 334-269-2343 |
| 20  | joseph.vanzandt@beasleyallen.com |
| 21  | EMILY C. JEFFCOTT |
|     | **MORGAN & MORGAN** |
| 22  | 220 W. Garden Street, 9th Floor |
|     | Pensacola, FL 32502 |
| 23  | Telephone: 850-316-9100 |
|     | ejeffcott@forthepeople.com |
| 24  |     |
|     | Federal/State Liaison Counsel |
| 25  |     |
|     | MATTHEW BERGMAN |
| 26  | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|     | 821 Second Avenue, Suite 2100 |
| 27  | Seattle, WA 98104 |
| 28  |     |

Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500

| | |
|---|---|
| 1 | PBoldt@WattsGuerra.com |
| 2 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 3 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 4 | Telephone: 816-701 1100 |
| | tcartmell@wcllp.com |
| 5 | |
| | SARAH EMERY |
| 6 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 2380 Grandview Drive |
| 7 | Ft. Mitchell, KY 41017 |
| | Telephone: 888-606-5297 |
| 8 | semery@justicestartshere.com |
| 9 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |
| 10 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 11 | Telephone: (646) 666-8908 |
| | carrie@cagoldberglaw.com |
| 12 | |
| | RONALD E. JOHNSON, JR. |
| 13 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 600 West Main Street, Suite 100 |
| 14 | Louisville, KY 40202 |
| | Telephone: 859-578-4444 |
| 15 | rjohnson@justicestartshere.com |
| 16 | SIN-TING MARY LIU |
| | **AYLSTOCK WITKIN KREIS &** |
| 17 | **OVERHOLTZ, PLLC** |
| | 17 East Main Street, Suite 200 |
| 18 | Pensacola, FL 32502 |
| | Telephone: 510-698-9566 |
| 19 | mliu@awkolaw.com |
| 20 | JAMES MARSH |
| | **MARSH LAW FIRM PLLC** |
| 21 | 31 Hudson Yards, 11th floor |
| | New York, NY 10001-2170 |
| 22 | Telephone: 212-372-3030 |
| | jamesmarsh@marshlaw.com |
| 23 | |
| | HILLARY NAPPI |
| 24 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 25 | New York, New York 10016 |
| | Telephone: 212.213.8311 |
| 26 | hnappi@hrsclaw.com |
| 27 | |
| 28 | |

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

## ATTESTATION

I, Audrey Siegel hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 30, 2025

/s/ *Audrey Siegel*
Audrey Siegel