**REQUEST NO. 221:**

A copy of the report authored by You in 2019 investigating the impact of the Instagram Platform on the mental health of teen users in the United States and United Kingdom that found that "40% of Instagram users who felt 'unattractive' traced that feeling to Instagram."

**REQUEST NO. 222:**

A copy of the report authored by You in 2019, titled "Problematic Use of Facebook: User Journey, Personas, and Opportunity Mapping."

**REQUEST NO. 223:**

A copy of the report authored by You in July 2018, titled "Problematic Facebook Use: When People Feel Like Facebook Negatively Affects Their Life."

**REQUEST NO. 224:**

Copies of the transcripts and audiovisual recordings of testimony given in the cases *In re: Facebook, Inc. Consumer Privacy User Profile Litig.*, 3:18-md-02843-VC (N.D. Cal. 2020); *Texas v. Meta Platforms, Inc.*, No. 22-0121 (Tex. Dist. Ct., Harrison Cnty., 2023); *State of Arizona, et. al. v. Meta Platforms, Inc., et. al.*, No. 4:23-cv-05448 (N.D. Cal. 2023); *Florida v. Meta Platforms, Inc., et. al.*, No. 8:23-cv-02412 (M.D. Fla. 2023); *New Mexico v. Meta Platforms, Inc., et. al.*, No. 1:23-cv-01115-MIS-KK (D.N.M. 2023); *Tennessee v. Meta Platforms, Inc., et. al.*, No. 23-1364-IV (Tenn. Chancery Ct. Davidson Cty. 2023); *Massachusetts v. Meta Platforms, Inc., et. al.*, No. 2384CV02397-BLS1 (Mass. Sup. Ct. 2023); *Utah v. Meta Platforms, Inc.*, No. 230908060 (Salt Lake Cty. D. Ct. 2023); *Vermont v. Meta Platforms, Inc., et. al.*, No. 23-cv-04453 (Vt. Sup. Ct. 2023); and *District of Columbia vs. Meta Platforms, Inc. et al.*, No. 2023-CAB-006550 (D.C. Super. Ct. 2023).

**REQUEST NO. 225:**

Copies of the expert reports served in the cases *In re: Facebook, Inc. Consumer Privacy User Profile Litig.*, 3:18-md-02843-VC (N.D. Cal. 2020) and *Texas v. Meta Platforms, Inc.*, No. 22-0121 (Tex. Dist. Ct., Harrison Cty., 2023); *State of Arizona, et. al. v. Meta Platforms, Inc., et. al.*, No. 4:23-cv-05448 (N.D. Cal. 2023); *Florida v. Meta Platforms, Inc., et. al.*, No. 8:23-cv-02412 (M.D. Fla. 2023); *New Mexico v. Meta Platforms, Inc., et. al.*, No. 1:23-cv-01115-MIS-KK