Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>**UNOPPOSED MOTION TO APPEAR REMOTELY AT AUGUST 22, 2025 CASE MANAGEMENT CONFERENCE**<br><br>Date: August 22, 2025<br>Time: 9:00 AM<br>Courtroom: 1 |

### UNOPPOSED MOTION TO APPEAR REMOTELY AT
### AUGUST 22, 2025 CASE MANAGEMENT CONFERENCE

Ashley W. Hardin, counsel for Defendants Google LLC and YouTube, LLC (collectively, "YouTube"), respectfully requests permission to appear and participate remotely in the Case Management Conference in this matter on August 22, 2025. Ms. Hardin and her firm, Williams & Connolly, are lead counsel for YouTube in the School District cases. Ms. Hardin requests this

accommodation because of pre-existing family commitments in Virginia, where she resides.  Ms. Hardin does not anticipate having an active speaking role during the conference, but if permitted, will be available remotely to answer any questions that the Court may have directed to YouTube in the School District cases.

Plaintiffs do not oppose this motion.

Dated:  August 14, 2025

Respectfully submitted,
WILLIAMS & CONNOLLY LLP

/s/ *Ashley W. Hardin*
Joseph G. Petrosinelli, *pro hac vice*
jpetrosinelli@wc.com
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: +1 (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*