# EXHIBIT B

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                August 6, 2025
**Social Media Cases**                 1:45 PM

Judge: Honorable Carolyn B. Kuhl      CSR: Gail Davidson CSR# 12823
Judicial Assistant: L. M'Greene          ERM: None
Courtroom Assistant: M.Miro             Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

Other Appearance Notes: (See Appearances Below)

**NATURE OF PROCEEDINGS:** Hearing on Motion to Strike Costs, or in the Alternative, to Modify the Costs Order on Behalf of Plaintiffs (22STCV21355); Further Status Conference All Cases ; Hearing - Other Pseudonym Issue; Hearing on Motion to Seal First Amended Short Form Complaint and a Portion of Second Amended Short Form Complaint (23SMCV03371)

The matter is called for hearing.

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Gail Davidson CSR# 12823, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

Appearances:

Plaintiffs – Present
Joseph G VanZandt, Molly Campbell, Mariana A McConnell, Justin Olson, Michael Akselrud.

Plaintiffs – LACourtConnect
Lucy Malone, Thomas P. Cartmell, Annie Kouba, Josh Autry, Soo Seok Yang, Anna Katz, Adam Davis, Sydney Lottes, David McLendon, Davis Vaughn, Kimberly Horsley, Beth Bilsborrow,
Adam Bergeron, Lexi Hazam, Daniel Leathers.

Defendants – Present
Christopher Chiou, Maddie Dolan, Ashley M Simonsen, Luis Li, Melissa Mills, Yardena R Zwang-Weissman, Christian Pistilli, Rachel Young, Geoffrey M Drake, Sierra Elizabeth, Cailynn D Hayter,
Brian M Ercole, Victoria A Degtyareva, Lennette W Lee.

Defendants – LACourtConnect

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 12

**JCCP5255**                                                                            August 6, 2025
**Social Media Cases**                                                       1:45 PM

Judge: Honorable Carolyn B. Kuhl      CSR: Gail Davidson CSR# 12823
Judicial Assistant: L. M'Greene        ERM: None
Courtroom Assistant: M.Miro           Deputy Sheriff: None

---

Gabriel Egli, Michael Imbroscio, Isaac Chaput, Catherine Irene Mullaley, Gregory L Halperin, Stephanie Schuster, Daniel White, Key'Toya Burrell.

Other – LACourtConnect
Reagan Thomas, Narmeen Nkeiti, Rachel Lanier, Brenton Stanley, Brian Willen, Lauren Kiesel, Lindsay Stevens, Meg Thompson, Andrew Holcomb, Kristin Westphal, Cherisse Cleofe.

Further Status Conference is called.

Court and counsel discuss protection of information designated as confidential by Plaintiffs. Plaintiffs' leadership counsel confirms that as to those Plaintiffs who are permitted to be identified only by initials and first names in this litigation, no documents and evidence need be filed under seal. As to those Plaintiffs who are identified by name in this litigation, and as to all Defendants, parties are to comply with the protective order and with CRC 2.550 when filing documents. As to the Sargon general causation motions, counsel have 30 days from filing to file motions to seal information that is redacted in those motions and accompanying papers. The court will consider further Defendants' suggestions regarding the form of papers to be filed to seek to seal information in accordance with CRC 2.550.

Defendants have provided Plaintiffs' leadership counsel with a list of Plaintiffs that Defendants contend have not served Plaintiff Fact Sheets in accordance with this court's orders. Plaintiffs leadership counsel are to respond within 30 days to Defense counsel, indicating whether or not Plaintiffs leadership counsel agree that each Plaintiff identified by Defendants has not served a Plaintiff Fact Sheet. As to those Plaintiffs that Defendants and Plaintiffs leadership counsel agree have not filed Plaintiff Fact Sheets, Defense counsel may thereafter file a Proposed Order requesting that the court set an OSC re dismissal of those Plaintiffs for failure to comply with this court's discovery orders. Such Proposed Order shall include a declaration by Defense counsel regarding compliance with the procedure set forth above. The court will thereafter set an OSC re dismissal no less than 45 days in the future, with opposition to the OSC due 5 court days prior to the OSC hearing.

Regarding the deposition issues raised in the Joint Status Report, after discussion with the parties, (a) the court indicates that no additional deposition time is appropriate regarding the mother of KGM, (b) Plaintiffs' counsel has agreed to additional deposition time for PMY, and (c) the court indicates that if Ms McLemore (a treater for KGM) testifies at trial for Plaintiffs, she cannot invoke privilege and if Plaintiffs do intend to call her they must provide Defendants with a renewed deposition to allow questioning on topics she refused to address in her first

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Civil Division
Central District, Spring Street Courthouse, Department 12

| | |
|---|---|
| **JCCP5255** | August 6, 2025 |
| **Social Media Cases** | 1:45 PM |

Judge: Honorable Carolyn B. Kuhl          CSR: Gail Davidson CSR# 12823
Judicial Assistant: L. M'Greene           ERM: None
Courtroom Assistant: M.Miro               Deputy Sheriff: None

---

deposition.

Regarding the CFS Audit, Plaintiffs must allow a Defense expert to discuss with a representative of Forensic Discovery (off the record) the details and outcomes of the work done regarding the CFS Audit.

Regarding the Plaintiffs' Sargon motions addressing Defendants' general causation experts, the rules governing briefing for Defendants' general causation Sargon motions shall apply to the Oppositions and Reply briefs.

Regarding the potential that Plaintiffs will present "comprehensive criticisms" of defense expert methodologies in opposing Defendants' general causation Sargon motions, any objections should be raised in the briefing on those motions.

Concerning the remaining Sargon motions, and other motions in limine, the regular briefing process and limits on length of briefs as set forth in CRC 3.1113 will apply. The court will consider a stipulated alternative schedule that will allow some motions to be filed later than the deadline set forth in the Order of 3/11/25 so long as Reply briefs are filed by October 8, 2025.

A joint witness list and a joint exhibit list must be filed by Sept. 30, 2025. The court indicates on the record the format and required content for such lists.

The court declines to alter its previous directives regarding the "account collection process" pertaining to apps used by bellwether trial Plaintiffs other than the Defendants' apps.

All motions currently set for 9/17/2025 at 1:45 PM are advanced and continued to 9/17/2025 at 9:30 AM.

Further Status Conference (All Cases) is scheduled for 09/17/2025 at 09:30 AM in Department 12 at Spring Street Courthouse on cases 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Spring Street Courthouse, Department 12

**JCCP5255**  August 6, 2025
**Social Media Cases**  1:45 PM

Judge: Honorable Carolyn B. Kuhl              CSR: Gail Davidson CSR# 12823
Judicial Assistant: L. M'Greene               ERM: None
Courtroom Assistant: M.Miro                   Deputy Sheriff: None

---

Notice is provided by Plaintiff's Liaison Counsel.

The Court and counsel argue the motions entitle above.

The Further Status Conference All Cases scheduled for 08/06/2025 is 'Held'.

The Hearing - Other Pseudonym Issue scheduled for 08/06/2025 is 'Held - Motion Granted'.

The Hearing on Motion to Seal First Amended Short Form Complaint and a Portion of Second Amended Short Form Complaint (23SMCV03371) scheduled for 08/06/2025 is 'Held - Motion Granted' for case 23SMCV03371.


The Court takes the Hearing on Motion to Strike Costs, or in the Alternative, to Modify the Costs Order on Behalf of Plaintiffs (22STCV21355) under submission as to case 22STCV21355.

A copy of this minute order will append to the following coordinated cases under JCCP5255: 22-CIV-03178, 22-CIV-03731, 22-CV-066, 22CV019089, 22CV409251, 22SMCV02834, 22SMCV02838, 22SMCV02875, 22STCV21355, 22STCV24332, 22STCV26778, 22STCV26829, 22STCV28200, 22STCV28201, 22STCV28202, 22STCV28204, 22STCV31543, 22STCV36006, 22STCV36184, 22STCV37068, 22STCV38197, 22STCV38204, 22STCV38670, 22STCV38918, 22STCV38956, 22STCV39250, 22STCV39268, 22STCV40543, 22STCV40977, 23-CIV-01287, 23-CIV-04600, 23CV421466, 23SMCV00026, 23SMCV00659, 23SMCV03371, 23SMCV04270, 23STCV00707, 23STCV01417, 23STCV01440, 23STCV01481, 23STCV01857, 23STCV02183, 23STCV02260, 23STCV02372, 23STCV03094, 23STCV03690, 23STCV04303, 23STCV05370, 23STCV05371, 23STCV06277, 23STCV07277, 23STCV07763, 23STCV08004, 23STCV08659, 23STCV08891, 23STCV10105, 23STCV12341, 23STCV12373, 23STCV12916, 23STCV12931, 23STCV12935, 23STCV14241, 23STCV14496, 23STCV14527, 23STCV14577, 23STCV14585, 23STCV14622, 23STCV14629, 23STCV14795, 23STCV14901, 23STCV15036, 23STCV15055, 23STCV15197, 23STCV15655, 23STCV15691, 23STCV15704, 23STCV15710, 23STCV15785, 23STCV15788, 23STCV15859, 23STCV15860, 23STCV15866, 23STCV15909, 23STCV15912, 23STCV15920, 23STCV15930, 23STCV15955, 23STCV15961, 23STCV15975, 23STCV15991, 23STCV16011, 23STCV16012, 23STCV16016, 23STCV16023, 23STCV16025, 23STCV16027, 23STCV16028,