UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Cases* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>[PROPOSED] **ORDER GRANTING REQUEST FOR REMOTE APPEARANCE AT CMC ON AUGUST 22, 2025** |

Upon consideration of the Unopposed Motion To Appear Remotely at August 22, 2025 Case Management Conference (CMC), the Court finds that the motion should be **GRANTED** and Ashley W. Hardin, counsel for Google LLC and YouTube, LLC, will be allowed to remotely appear and participate in the August 22, 2025 CMC.

**IT IS SO ORDERED.**

DATED: August 18, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Case No. 4:22-MD-03047-YGR
[PROPOSED] ORDER GRANTING MOTION TO APPEAR REMOTELY AT 8-22-2025 CMC