[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | MDL No. 3047 |
| People of the State of California, et al.<br>v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | Case No.: 4:23-cv-05448-YGR |
| -------------------------------------------------- | **DECLARATION OF JASON SLOTHOUBER IN SUPPORT OF STATE ATTORNEYS GENERAL'S UNOPPOSED MOTION SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE DISCOVERY DISPUTES** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, JASON SLOTHOUBER, declare and state as follows:

1. I am an Assistant Attorney General in the Consumer Protection Section of the Colorado Department of Law. I am a member of good standing of the State Bar of Colorado, appearing in this matter *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I submit this declaration, as required by Civil Local Rule 7-11, in support of the State Attorneys General's Unopposed Motion Setting Page Limits for Joint Letter Brief Re Discovery Disputes.

3. The State AGs and counsel for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC ("Meta") have conferred on the appropriate length for a joint letter brief addressing several discovery disputes that have arisen between the parties, which relate to the depositions of three Rule 30(b)(6) designees of the Meta Defendants.

4. On August 19, 2025, counsel for Meta wrote that Meta "will not oppose plaintiffs' motion" to set a limit of 8.5 pages for joint letter briefing on the discovery disputes at issue.

5. The State AGs submit this declaration in lieu of a stipulation because Meta has indicated that it will not oppose the State Attorneys General's Unopposed Motion Setting Page Limits for Joint Letter Brief Re Discovery Disputes.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2025, in Denver, Colorado.

> */s/ Jason Slothouber*
> JASON SLOTHOUBER
> Chief Trial Counsel, Consumer Protection
> Senior Assistant Attorney General