# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

THIS DOCUMENT RELATES TO:

People of the State of California, et al.

   v.

Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC

------------------------------------------------

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

MDL No. 3047

Case No.: 4:23-cv-05448-YGR

**[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S UNOPPOSED MOTION SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE DISCOVERY DISPUTES**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

     Pursuant to Civil Local Rules 7-11 the Court grants the State Attorneys General's Unoppposed Motion Setting Page Limits For Joint Letter Briefing Re Discovery Disputes.

     The forthcoming joint letter brief to be filed by the State Attorneys General and Meta shall be limited to 8.5 pages, single spaced, with 4.25 pages per side.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2025.

                                                              PETER H. KANG
                                                              UNITED STATES MAGISTRATE JUDGE