# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>People of the State of California, et al.<br>    v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S UNOPPOSED MOTION SETTING PAGE LIMITS FOR JOINT LETTER BRIEF RE DISCOVERY DISPUTES<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

    Pursuant to Civil Local Rules 7-11 the Court grants the State Attorneys General's Unoppposed Motion Setting Page Limits For Joint Letter Briefing Re Discovery Disputes.

    The forthcoming joint letter brief to be filed by the State Attorneys General and Meta shall be limited to 8.5 pages, single spaced, with 4.25 pages per side.

**IT IS SO ORDERED.**

DATED this 19th day of August, 2025.

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE