[*Submitting Counsel on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 3047<br>CASE NO.:  4:22-md-03047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE AUTHENTICATION STIPULATION**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and Plaintiffs (the Parties) do hereby agree and stipulate as follows:

1. WHEREAS, the Parties previously agreed to extend the deadline to brief any deficiency dispute for the M Source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to nine (9) business days following YouTube's final production from the M Source, and the Court granted the Parties' requested schedule, Dkt. 2148; and

2. WHEREAS, YouTube completed its final productions from the M Source on August 8, 2025; and

3. WHEREAS, the Parties are continuing to meet and confer to reach resolution on any disputes concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule such that any briefs will be filed on August 25, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                Honorable Peter H. Kang
                                United States District Judge

| | | |
|---|---|---|
| 1 | Dated:  August 21, 2025 | Respectfully submitted, |
| 2 | | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 3 | | |
| 4 | | */s/ Christopher Chiou*<br>Christopher Chiou (State Bar No. 233587) |
| 5 | | Wilson Sonsini Goodrich & Rosati<br>cchiou@wsgr.com |
| 6 | | Matthew K. Donohue (State Bar No. 302144)<br>mdonohue@wsgr.com |
| 7 | | 633 West Fifth Street<br>Los Angeles, CA 90071-2048 |
| 8 | | Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 |
| 9 | | Brian M. Willen, *pro hac vice* |
| 10 | | Wilson Sonsini Goodrich & Rosati<br>bwillen@wsgr.com |
| 11 | | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 12 | | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 13 | | Lauren Gallo White (State Bar No. 309075) |
| 14 | | Wilson Sonsini Goodrich & Rosati<br>lwhite@wsgr.com |
| 15 | | Andrew Kramer (State Bar No. 321574)<br>akramer@wsgr. com |
| 16 | | Carmen Sobczak (State Bar No. 342569)<br>csobczak@wsgr. com |
| 17 | | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 18 | | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 19 | | |
| 20 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| 21 | | Yardena R. Zwang-Weissman (SBN 247111)<br>yardena.zwang-weissman@morganlewis.com |
| 22 | | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| 23 | | Telephone: (213) 612-7238 |
| 24 | | Brian Ercole *(pro hac vice)*<br>brian.ercole@morganlewis.com |
| 25 | | 600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075 |
| 26 | | Telephone: (305) 415-3416 |
| 27 | | Stephanie Schuster *(pro hac vice)*<br>Stephanie.schuster@morganlewis.com |
| 28 | | |

JOINT STIPULATION AND [PROPOSED] ORDER        -2-        CASE NO.:  4:22-03047-YGR

|   |   |   |
|---|---|---|
| 1 |   | 1111 Pennsylvania Avenue NW |
| 2 |   | Washington, DC 20004-2541 |
|   |   | Telephone: (202) 373-6595 |
| 3 |   | **WILLIAMS & CONNOLLY LLP** |
| 4 |   | Joseph G. Petrosinelli |
|   |   | jpetrosinelli@wc.com |
| 5 |   | Ashley W. Hardin |
|   |   | ahardin@wc.com |
| 6 |   | 680 Maine Avenue, SW |
|   |   | Washington, DC 20024 |
| 7 |   | Telephone.: (202) 434-5000 |
|   |   | Facsimile: (202) 434-5029 |
| 8 |   |   |
|   |   | *Attorneys for Defendants YouTube, LLC,* |
| 9 |   | *and Google LLC* |
| 10 | Dated:  August 21, 2025 | */s/ Lexi J. Hazam* |
|   |   | LEXI J. HAZAM |
| 11 |   | **LIEFF CABRASER HEIMANN &** |
|   |   | **BERNSTEIN, LLP** |
| 12 |   | 275 Battery Street, 29th Floor |
|   |   | San Francisco, CA 94111-3339 |
| 13 |   | Telephone: 415-956-1000 |
|   |   | lhazam@lchb.com |
| 14 |   |   |
|   |   | PREVIN WARREN |
| 15 |   | **MOTLEY RICE LLC** |
|   |   | 401 9th Street NW Suite 630 |
| 16 |   | Washington DC 20004 |
|   |   | Telephone: 202-386-9610 |
| 17 |   | pwarren@motleyrice.com |
| 18 |   | Co-Lead Counsel |
| 19 |   | CHRISTOPHER A. SEEGER |
|   |   | **SEEGER WEISS, LLP** |
| 20 |   | 55 Challenger Road, 6th floor |
|   |   | Ridgefield Park, NJ 07660 |
| 21 |   | Telephone: 973-639-9100 |
|   |   | Facsimile: 973-679-8656 |
| 22 |   | cseeger@seegerweiss.com |
| 23 |   | Counsel to Co-Lead Counsel and Settlement |
|   |   | Counsel |
| 24 |   |   |
|   |   | JENNIE LEE ANDERSON |
| 25 |   | **ANDRUS ANDERSON, LLP** |
|   |   | 155 Montgomery Street, Suite 900 |
| 26 |   | San Francisco, CA 94104 |
|   |   | Telephone: 415-986-1400 |
| 27 |   | jennie@andrusanderson.com |
| 28 |   |   |

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036

|   |   |
|---|---|
| 1 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 2 |   |
|   | MICHAEL M. WEINKOWITZ |
| 3 | **LEVIN SEDRAN & BERMAN, LLP** |
|   | 510 Walnut Street Suite 500 |
| 4 | Philadelphia, PA 19106 |
|   | Telephone: 215-592-1500 |
| 5 | mweinkowitz@lfsbalw.com |
| 6 | Plaintiffs' Steering Committee Leadership |
| 7 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 8 | 400 MANHATTAN BLVD |
|   | HARVEY, LA 70058 |
| 9 | Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 10 |   |
|   | PAIGE BOLDT |
| 11 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 12 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 13 | PBoldt@WattsGuerra.com |
| 14 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 15 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 16 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 17 |   |
|   | SARAH EMERY |
| 18 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 2380 Grandview Drive |
| 19 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 20 | semery@justicestartshere.com |
| 21 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 22 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 23 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 24 |   |
|   | RONALD E. JOHNSON, JR. |
| 25 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 600 West Main Street, Suite 100 |
| 26 | Louisville, KY 40202 |
|   | Telephone: 859-578-4444 |
| 27 | rjohnson@justicestartshere.com |
| 28 |   |

| | |
|---|---|
| 1 | SIN-TING MARY LIU |
| | **AYLSTOCK WITKIN KREIS &** |
| 2 | **OVERHOLTZ, PLLC** |
| | 17 East Main Street, Suite 200 |
| 3 | Pensacola, FL 32502 |
| | Telephone: 510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | JAMES MARSH |
| | **MARSH LAW FIRM PLLC** |
| 6 | 31 Hudson Yards, 11th floor |
| | New York, NY 10001-2170 |
| 7 | Telephone: 212-372-3030 |
| | jamesmarsh@marshlaw.com |
| 8 | |
| | HILLARY NAPPI |
| 9 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 10 | New York, New York 10016 |
| | Telephone: 212.213.8311 |
| 11 | hnappi@hrsclaw.com |
| 12 | EMMIE PAULOS |
| | **LEVIN PAPANTONIO RAFFERTY** |
| 13 | 316 South Baylen Street, Suite 600 |
| | Pensacola, FL 32502 |
| 14 | Telephone: 850-435-7107 |
| | epaulos@levinlaw.com |
| 15 | |
| | RUTH THI RIZKALLA |
| 16 | **THE CARLSON LAW FIRM, P.C.** |
| | 1500 Rosecrans Ave., Ste. 500 |
| 17 | Manhattan Beach, CA 90266 |
| | Telephone: 415-308-1915 |
| 18 | rrizkalla@carlsonattorneys.com |
| 19 | ROLAND TELLIS |
| | DAVID FERNANDES |
| 20 | **BARON & BUDD, P.C.** |
| | 15910 Ventura Boulevard, Suite 1600 |
| 21 | Encino, CA 91436 |
| | Telephone: (818) 839-2333 |
| 22 | Facsimile: (818) 986-9698 |
| | rtellis@baronbudd.com |
| 23 | dfernandes@baronbudd.com |
| 24 | MELISSA YEATES |
| | JOSEPH E. MELTZER |
| 25 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| | 280 King of Prussia Road |
| 26 | Radnor, PA 19087 |
| | Telephone: 610-667-7706 |
| 27 | myeates@ktmc.com |
| 28 | |

| | |
|---|---|
| 1 | jmeltzer@ktmc.com |
| 2 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 3 | **DICELLO LEVITT**<br>505 20th St North Suite 1500 |
| 4 | Birmingham, Alabama 35203<br>Telephone: 205.855.5700 |
| 5 | fu@dicellolevitt.com |
| 6 | Plaintiffs' Steering Committee Membership<br>*Attorneys for Plaintiffs* |

**ATTESTATION**

I, Christopher Chiou hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 21, 2025                                    */s/ Christopher Chiou*
                                                                                    Christopher Chiou