1  [*Submitting Counsel on signature page*]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br>CASE NO.: 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE RE NON-CUSTODIAL SOURCE AUTHENTICATION STIPULATION**<br><br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang |

| | |
|---|---|
| 1 | Through their undersigned counsel, Defendants Google LLC and YouTube, LLC and |
| 2 | Plaintiffs (the Parties) do hereby agree and stipulate as follows: |
| 3 | 1.    WHEREAS, the Parties previously agreed to extend the deadline to brief any |

1. WHEREAS, the Parties previously agreed to extend the deadline to brief any deficiency dispute for the M Source and any dispute concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source, to nine (9) business days following YouTube's final production from the M Source, and the Court granted the Parties' requested schedule, Dkt. 2148; and

2. WHEREAS, YouTube completed its final productions from the M Source on August 8, 2025; and

3. WHEREAS, the Parties are continuing to meet and confer to reach resolution on any disputes concerning a stipulation regarding the authenticity and admissibility of YouTube's productions from the F Source, L Source, A Source, B Source, and M Source;

**NOW, THEREFORE,** the Parties hereby jointly stipulate and request that the Court approve the Parties' proposed briefing schedule such that any briefs will be filed on August 25, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2025

_____
Honorable Peter H. Kang
U.S. Magistrate Judge

| | | |
|---|---|---|
| 1 | Dated: August 21, 2025 | Respectfully submitted, |
| 2 | | **WILSON SONSINI GOODRICH & ROSATI** |
| | | **Professional Corporation** |

                                   */s/ Christopher Chiou*  
                                   Christopher Chiou (State Bar No. 233587)  
Wilson Sonsini Goodrich & Rosati  
cchiou@wsgr.com  
Matthew K. Donohue (State Bar No. 302144)  
mdonohue@wsgr.com  
633 West Fifth Street  
Los Angeles, CA 90071-2048  
Telephone: (323) 210-2900  
Facsimile: (866) 974-7329  

Brian M. Willen, *pro hac vice*  
Wilson Sonsini Goodrich & Rosati  
bwillen@wsgr.com  
1301 Avenue of the Americas, 40th Floor  
New York, New York 10019  
Telephone: (212) 999-5800  
Facsimile: (212) 999-5899  

Lauren Gallo White (State Bar No. 309075)  
Wilson Sonsini Goodrich & Rosati  
lwhite@wsgr.com  
Andrew Kramer (State Bar No. 321574)  
akramer@wsgr.com  
Carmen Sobczak (State Bar No. 342569)  
csobczak@wsgr.com  
One Market Plaza, Spear Tower, Suite 3300  
San Francisco, CA 94105  
Telephone: (415) 947-2000  
Facsimile: (415) 947-2099  


**MORGAN, LEWIS & BOCKIUS LLP**

Yardena R. Zwang-Weissman (SBN 247111)  
yardena.zwang-weissman@morganlewis.com  
300 South Grand Avenue, 22nd Floor  
Los Angeles, CA 90071-3132  
Telephone: (213) 612-7238  

Brian Ercole *(pro hac vice)*  
brian.ercole@morganlewis.com  
600 Brickell Avenue, Suite 1600  
Miami, FL 33131-3075  
Telephone: (305) 415-3416  

Stephanie Schuster *(pro hac vice)*  
Stephanie.schuster@morganlewis.com  

---

|    |                              |                                                                 |
|----|------------------------------|-----------------------------------------------------------------|
| 1  |                              | 1111 Pennsylvania Avenue NW                                     |
|    |                              | Washington, DC 20004-2541                                       |
| 2  |                              | Telephone: (202) 373-6595                                       |
| 3  |                              | **WILLIAMS & CONNOLLY LLP**                                     |
| 4  |                              | Joseph G. Petrosinelli                                          |
|    |                              | jpetrosinelli@wc.com                                            |
| 5  |                              | Ashley W. Hardin                                                |
|    |                              | ahardin@wc.com                                                  |
| 6  |                              | 680 Maine Avenue, SW                                            |
|    |                              | Washington, DC 20024                                            |
| 7  |                              | Telephone.: (202) 434-5000                                      |
|    |                              | Facsimile: (202) 434-5029                                       |
| 8  |                              |                                                                 |
|    |                              | *Attorneys for Defendants YouTube, LLC,*                        |
| 9  |                              | *and Google LLC*                                                |
| 10 | Dated: August 21, 2025       | */s/ Lexi J. Hazam*                                             |
|    |                              | LEXI J. HAZAM                                                   |
| 11 |                              | **LIEFF CABRASER HEIMANN &**                                    |
|    |                              | **BERNSTEIN, LLP**                                              |
| 12 |                              | 275 Battery Street, 29th Floor                                  |
|    |                              | San Francisco, CA 94111-3339                                    |
| 13 |                              | Telephone: 415-956-1000                                         |
|    |                              | lhazam@lchb.com                                                 |
| 14 |                              |                                                                 |
|    |                              | PREVIN WARREN                                                   |
| 15 |                              | **MOTLEY RICE LLC**                                             |
|    |                              | 401 9th Street NW Suite 630                                     |
| 16 |                              | Washington DC 20004                                             |
|    |                              | Telephone: 202-386-9610                                         |
| 17 |                              | pwarren@motleyrice.com                                          |
| 18 |                              | Co-Lead Counsel                                                 |
| 19 |                              | CHRISTOPHER A. SEEGER                                           |
|    |                              | **SEEGER WEISS, LLP**                                           |
| 20 |                              | 55 Challenger Road, 6th floor                                   |
|    |                              | Ridgefield Park, NJ 07660                                       |
| 21 |                              | Telephone: 973-639-9100                                         |
|    |                              | Facsimile: 973-679-8656                                         |
| 22 |                              | cseeger@seegerweiss.com                                         |
| 23 |                              | Counsel to Co-Lead Counsel and Settlement                       |
|    |                              | Counsel                                                         |
| 24 |                              |                                                                 |
|    |                              | JENNIE LEE ANDERSON                                             |
| 25 |                              | **ANDRUS ANDERSON, LLP**                                        |
|    |                              | 155 Montgomery Street, Suite 900                                |
| 26 |                              | San Francisco, CA 94104                                         |
|    |                              | Telephone: 415-986-1400                                         |
| 27 |                              | jennie@andrusanderson.com                                       |
| 28 |                              |                                                                 |

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036

|   |   |
|---|---|
| 1 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 2 |   |
|   | MICHAEL M. WEINKOWITZ |
| 3 | **LEVIN SEDRAN & BERMAN, LLP** |
|   | 510 Walnut Street Suite 500 |
| 4 | Philadelphia, PA 19106 |
|   | Telephone: 215-592-1500 |
| 5 | mweinkowitz@lfsbalw.com |
| 6 | Plaintiffs' Steering Committee Leadership |
| 7 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 8 | 400 MANHATTAN BLVD |
|   | HARVEY, LA 70058 |
| 9 | Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 10 |   |
|   | PAIGE BOLDT |
| 11 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 12 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 13 | PBoldt@WattsGuerra.com |
| 14 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 15 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 16 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 17 |   |
|   | SARAH EMERY |
| 18 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 2380 Grandview Drive |
| 19 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 20 | semery@justicestartshere.com |
| 21 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 22 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 23 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 24 |   |
|   | RONALD E. JOHNSON, JR. |
| 25 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 600 West Main Street, Suite 100 |
| 26 | Louisville, KY 40202 |
|   | Telephone: 859-578-4444 |
| 27 | rjohnson@justicestartshere.com |
| 28 |   |

|     |                                                                                                                                                  |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1   | SIN-TING MARY LIU                                                                                                                                |
| 2   | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**<br>17 East Main Street, Suite 200                                                                    |
| 3   | Pensacola, FL 32502<br>Telephone: 510-698-9566                                                                                                   |
| 4   | mliu@awkolaw.com                                                                                                                                 |
| 5   | JAMES MARSH<br>**MARSH LAW FIRM PLLC**                                                                                                           |
| 6   | 31 Hudson Yards, 11th floor<br>New York, NY 10001-2170                                                                                           |
| 7   | Telephone: 212-372-3030<br>jamesmarsh@marshlaw.com                                                                                               |
| 8   |                                                                                                                                                  |
| 9   | HILLARY NAPPI<br>**HACH & ROSE LLP**                                                                                                             |
| 10  | 112 Madison Avenue, 10th Floor<br>New York, New York 10016                                                                                       |
| 11  | Telephone: 212.213.8311<br>hnappi@hrsclaw.com                                                                                                    |
| 12  | EMMIE PAULOS                                                                                                                                     |
| 13  | **LEVIN PAPANTONIO RAFFERTY**<br>316 South Baylen Street, Suite 600                                                                              |
| 14  | Pensacola, FL 32502<br>Telephone: 850-435-7107                                                                                                   |
| 15  | epaulos@levinlaw.com                                                                                                                             |
| 16  | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, P.C.**                                                                                              |
| 17  | 1500 Rosecrans Ave., Ste. 500<br>Manhattan Beach, CA 90266                                                                                       |
| 18  | Telephone: 415-308-1915<br>rrizkalla@carlsonattorneys.com                                                                                        |
| 19  | ROLAND TELLIS                                                                                                                                    |
| 20  | DAVID FERNANDES<br>**BARON & BUDD, P.C.**                                                                                                        |
| 21  | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436                                                                                          |
| 22  | Telephone: (818) 839-2333<br>Facsimile: (818) 986-9698                                                                                           |
| 23  | rtellis@baronbudd.com<br>dfernandes@baronbudd.com                                                                                                |
| 24  | MELISSA YEATES                                                                                                                                   |
| 25  | JOSEPH E. MELTZER<br>**KESSLER TOPAZ MELTZER & CHECK, LLP**                                                                                      |
| 26  | 280 King of Prussia Road<br>Radnor, PA 19087                                                                                                     |
| 27  | Telephone: 610-667-7706<br>myeates@ktmc.com                                                                                                      |
| 28  |                                                                                                                                                  |

jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

**ATTESTATION**

I, Christopher Chiou hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 21, 2025              */s/ Christopher Chiou*
                                    Christopher Chiou