**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| **Date:** August 22, 2025 | **Time:** 2 Hours 5 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Previn Warren (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Andrea Bluedorn

## PROCEEDINGS

Further Case Management Conference-Held

The Court heard argument on the proposed dispositive and Rule 702 motions, trial sequencing, and the defense's request for leave to strike the Rebuttal Report of Kara Bagot.

The Court permitted the parties to file certain dispositive and Rule 702 motions.

Parties in the State Attorneys General matters are ordered to meet and confer and file the proposed Jury Instructions and Verdict Form by October 10, 2025.

The January Case Management Conference is reset to January 26, 2026, at 2:00 p.m.

Written order to issue.