Social Media MDL
Case No.: 22-md-3047-YGR     August 22, 2025

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson (Liaison Counsel) | Andrus Anderson LLP | *[signature]* |
| Lexi Hazam (Co-Lead) | Lieff Cabraser Heimann & Bernstein LLP | *[signature]* |
| Previn Warren (Co-Lead) | Motley Rice, LLC | *[signature]* |
| Andre M. Mura (PSC Member) | Gibbs Law Group LLP | *[signature]* |
| Michael Weinkowitz (Government Entity Subcommittee) | Levin Sedran & Berman LLP | *[signature]* |
| Megan O'Neill | Deputy Attorney General, California Department of Justice | *[signature]* |
| Joshua Olszewski-Jubelirer | Deputy Attorney General, California Department of Justice | |
| Emily Kalanithi | Supervising Deputy Attorney General – CA | |
| Krista Batchelder | Deputy Solicitor General – CO | *[signature] Batchelder* |
| Philip Heleringer | Executive Director – KY | *[signature] Philip Helringer* |
| Verna Pradaxay | Deputy Attorney General, Office of the Attorney General, State of New Jersey | *[signature] Verna Pradaxay* |
| CRAIG EILAND | MDL ISDs – TEXAS | *Craig* |
| JUSTIN DEMERATH | TX ISD | *[signature]* |
| Sarah Emery | Breathitt Schools – Hendy Johnson Vaughn | *Sarah E* |
| | | |

Social Media MDL
Case No.: 22-md-3047-YGR    August 22, 2025

## ATTORNEY SIGN-IN SHEET

### DEFENDANTS:

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| Ashley Simonsen (Meta) | Covington & Burling | [signature] |
| Paul Schmidt (Meta) | Covington & Burling | Paul Schmidt |
| Isaac Chaput (Meta) | Covington & Burling | Isaac Chaput |
| Lindsey Barnhart (Meta) | Covington & Burling | [signature] |
| James Rouhandeh (Meta) | Davis Polk | [signature] |
| Jonathan Blavin (Snap) | Munger, Tolles & Olson | [signature] |
| Geoffrey Drake (TikTok) | King & Spalding | [signature] |
| David Mattern (TikTok) | King & Spalding | [signature] |
| Bailey Langner (TikTok) | King & Spalding | [signature] |
| Kathryn Lehman (TikTok) | King & Spalding | [signature] |
| Lauren Gallo White (YouTube/Google) | Wilson Sonsini | [signature] |
| Ashley Hardin (YouTube/Google) | Williams & Connolly | Via Zoom |
| ~~Brian Ercole (YouTube/Google)~~ | ~~Morgan, Lewis & Bockius~~ | No longer attending |
|  |  |  |
|  |  |  |
|  |  |  |