UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 26**<br><br>*Upcoming Case Management Conferences:*<br>September 19, 2025 at 10:30 a.m.<br>October 24, 2025 at 9:00 a.m.<br>November 19, 2025 at 2:00 p.m.<br>December 15, 2025 at 9:00 a.m. over Zoom<br>January 26, 2026 at 8:00 a.m. |
| This Document Relates to:<br><br>All Actions | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on August 22, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

I.   **SUMMARY JUDGMENT**

The Court held a pre-filing conference on anticipated motions for summary judgment and *Daubert* motions on August 22, 2025. At this phase of the litigation, the parties are permitted to file the following motions:

| Motion | Number | Filer | Page Limits |
|---|---|---|---|
| *Daubert* Motion on General Causation Experts re: Aggregation and Section 230 | One (1) joint omnibus motion | Defendants | 15-15-8 |
| *Daubert* Motion on General Causation Experts re: Methodological Errors including arguments specific to each expert | One (1) joint omnibus motion | Defendants | 100-100-50 |
| *Daubert* Motion on School District Experts | One (1) joint omnibus motion | Defendants | 50-50-25 |
| Motions for Summary Judgment on School District Bellwether Cases | One (1) joint motion for each District (6 total) | Defendants | 50-50-25 |

| Motion | Number | Filer | Page Limits |
|---|---|---|---|
| *Daubert* Motion on "Device Data" Opinions | One (1) joint motion | Plaintiffs | 10-10-5 |

Any remaining motions, including motions specific to the personal injury plaintiffs, if appropriate, shall be decided in the next phase of this litigation.

Per CMO No. 18, the briefing schedule for the motions that this case management order permits is as follows:

| | |
|---|---|
| DISPOSITIVE AND RULE 702 (*DAUBERT*) MOTIONS: OPENING BRIEFS | September 24, 2025 |
| DISPOSITIVE AND RULE 702 (*DAUBERT*) MOTIONS: OPPOSITION BRIEFS | October 27, 2025 |
| DISPOSITIVE AND RULE 702 (*DAUBERT*) MOTIONS: REPLY BRIEFS | November 25, 2025 |

Argument on summary judgment and *Daubert* motions will be held on **January 26, 2026** at 8:00 a.m.

## II.   TRIAL SEQUENCING

The school district bellwethers will be tried first. The parties shall meet and confer to determine a proposed sequence for those trials, which shall follow a ABBAAB pattern (meaning one side picks the first trial, the other side picks the next two, and so on). The Court advises the parties that the *Breathitt County Board of Education* and *DeKalb County School District* cases shall not be selected first because of unique circumstances in trying those cases.

The parties shall include the proposed trial sequence in their next joint case management statement.

## III.   STATE ATTORNEYS GENERAL

The State Attorneys General request that their case be tried after the first school district case. At this juncture, the Court is not convinced. The parties have not determined how the State cases will be tried. To facilitate that discussion, the parties shall meet and confer to discuss substantive jury instructions and a proposed verdict form *before* the next conference. The State Attorneys General and defendants shall file their proposed jury instructions and verdict form on

2

**October 10, 2025** for discussion at the October 24, 2025 case management conference.

IV. ADMINISTRATIVE

The Court moves the January 9, 2026 case management conference to Monday **January 26, 2026** at 8:00 a.m. to accommodate plaintiffs' schedule.

IT IS SO ORDERED.

Dated: August 25, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE