*[Submitting Counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS. | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**EVIDENTIARY STIPULATION AND PROPOSED ORDER REGARDING YOUTUBE'S PRODUCTION FROM NONCUSTODIAL SOURCES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

IT IS HEREBY STIPULATED by and between Defendants YouTube, LLC and Google LLC (together, "YouTube"), and PI/SD Plaintiffs (collectively, the "Parties"), by and through their respective counsel of record that:

The documents identified in the attached **<u>Exhibit A</u>** are true and correct copies of data stored in YouTube's F Source. F Source is a YouTube repository and complaints tracking system that stores customer service tickets, reports, and related information, which can also be used by Googlers to communicate with users. F Source is currently used by various YouTube legal operation teams to respond to complaints from external parties, as well as internal escalations, appeals, and other use cases.  These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from F Source was collected and produced in the manner described

1  in **Exhibit A**. This stipulation is not intended to address the admissibility of the underlying

2  statements made by the individuals submitting user feedback, which YouTube reserves the right

3  to challenge on any and all grounds permitted by applicable state or federal law, or the Federal

4  Rules of Evidence.

5      The documents identified in the attached **Exhibit B** are true and correct copies of data

6  stored in Google's L Source. L Source is a Google-wide platform that stores and provides an

7  interface tool for user feedback and surveys. L Source permits the operations team to review

8  feedback, assign issues tags, and take action. These documents are records of regularly conducted

9  activity under Fed. R. Evid. 803(6). This data from L Source was collected and produced in the

10  manner described in **Exhibit B**. This stipulation is not intended to address the admissibility of the

11  underlying statements made by the individuals submitting user feedback, which YouTube reserves

12  the right to challenge on any and all grounds permitted by applicable state or federal law, or the

13  Federal Rules of Evidence.

14      The documents identified in the attached **Exhibit C** are true and correct copies of data

15  stored in Google's  A Source. A Source is an internal launch release tool and repository of past

16  launches. A Source contains records detailing information on feature development, launches, and

17  related approvals. These documents are records of regularly conducted activity under Fed. R. Evid.

18  803(6). This data from A Source was collected and produced in the manner described in **Exhibit**

19  **C**.

20      The documents identified in the attached **Exhibit D** are true and correct copies of data

21  stored in Google's B Source. B Source is an internal Google-wide application that stores data and

22  communications related to a wide range of tickets (or "issues") related to escalation of bugs,

23  glitches, or other internal and external requests and questions. These documents are records of

24  regularly conducted activity under Fed. R. Evid. 803(6). This data from B Source was collected

25  and produced in the manner described in **Exhibit D.** This stipulation is not intended to address the

26  admissibility of the underlying statements made by the individuals submitting user feedback,

27  which YouTube reserves the right to challenge on any and all grounds permitted by applicable

28  state or federal law, or the Federal Rules of Evidence.

The documents identified in the attached **Exhibit E** are true and correct copies of data stored in YouTube's M Source, originating from the S Source. The S Source is a third-party customer experience management platform that stores social media posts, interactions, and related information. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from the M Source was collected and produced in the manner described in **Exhibit E**. This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

1.     The documents identified in the attached **Exhibit F** are true and correct copies of data stored in YouTube's C Source. The C Source is a deprecated customer experience management platform that stores social media posts, interactions, and related information. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from the C Source was collected and produced in the manner described in **Exhibit F**. This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

The Parties may mutually agree to amend Exhibits A-F to the extent additional documents are later produced or identified.

This Stipulation applies to this action only and accordingly can be relied upon and asserted by only the Parties to this action. This Stipulation is not intended for use in any other proceeding and, as such, may not be cited or used against any Party in any other proceeding by any party or third party.

**IT IS SO STIPULATED AND AGREED,**

| | | |
|---|---|---|
| 1 | DATED:     August 25, 2025 | **WILSON SONSINI GOODRICH & ROSATI** |
| 2 | | Professional Corporation |

DATED:     August 25, 2025

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:     August 25, 2025

By:  */s/ Lexi Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement
Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com
EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com
JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

1    ANDRE MURA
     **GIBBS LAW GROUP, LLP**
2    1111 Broadway, Suite 2100
     Oakland, CA 94607
3    Telephone: 510-350-9717
     amm@classlawgroup.com
4    ALEXANDRA WALSH
     **WALSH LAW**
5    1050 Connecticut Ave, NW, Suite 500
     Washington D.C. 20036
6    Telephone: 202-780-3014
     awalsh@alexwalshlaw.com
7
     MICHAEL M. WEINKOWITZ
8    **LEVIN SEDRAN & BERMAN, LLP**
     510 Walnut Street Suite 500
9    Philadelphia, PA 19106
     Telephone: 215-592-1500
10   mweinkowitz@lfsbalw.com
     Plaintiffs' Steering Committee Leadership
11
     RON AUSTIN
12   **RON AUSTIN LAW**
     400 MANHATTAN BLVD
13   HARVEY, LA 70058
     Telephone: 504-227–8100
14   raustin@ronaustinlaw.com
15   PAIGE BOLDT
     **WATTS GUERRA LLP**
16   4 Dominion Drive, Bldg. 3, Suite 100
     San Antonio, TX 78257
17   Telephone: 210-448-0500
     PBoldt@WattsGuerra.com
18   THOMAS P. CARTMELL
     **WAGSTAFF & CARTMELL LLP**
19   4740 Grand Avenue, Suite 300
     Kansas City, MO 64112
20   Telephone: 816-701 1100
     tcartmell@wcllp.com
21
     SARAH EMERY
22   **HENDY JOHNSON VAUGHN EMERY, PSC**
     2380 Grandview Drive
23   Ft. Mitchell, KY 41017
     Telephone: 888-606-5297
24   semery@justicestartshere.com
25   CARRIE GOLDBERG
     **C.A. GOLDBERG, PLLC**
26   16 Court St.
     Brooklyn, NY 11241
27   Telephone: (646) 666-8908
     carrie@cagoldberglaw.com
28
     RONALD E. JOHNSON, JR.

**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com
EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706

1

myeates@ktmc.com
jmeltzer@ktmc.com

2

3

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500

4

Birmingham, Alabama 35203
Telephone: 205.855.5700

5

fu@dicellolevitt.com

6

Plaintiffs' Steering Committee Membership

7

*Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:        August 25, 2025                    By:  */s/ Christopher Chiou*
                                                      Christopher Chiou

**ORDER**

**IT IS SO ORDERED** that the foregoing Stipulation is approved:

DATED: _____

_____
Hon. Peter H. Kang
United States District Court Magistrate Judge