1  [Submitting Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case Nos.: 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT TEMPORARY SEALING MOTION REGARDING DKT. NO. 2212** |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs and Defendants file this Joint Temporary Sealing Motion regarding Dkt No. 2212. Pursuant to that Order, the reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Dkt. No. | Description | Designating Party |
|---|---|---|
| 2213-1 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A | YouTube |
| 2213-2 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A-1 | YouTube |

| | | |
|---|---|---|
| 2213-3 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B | YouTube |
| 2213-4 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B-1 | YouTube |
| 2213-5 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit C | YouTube |
| 2213-6 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D | YouTube |
| 2213-7 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D-1 | YouTube |
| 2213-8 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E | YouTube |
| 2213-9 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E-1 | YouTube |
| 2213-10 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit F | YouTube |
| 2213-11 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit F-1 | YouTube |

DATED: August 25, 2025

Respectfully submitted,
**WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100

| | |
|---|---|
| 1 | Los Angeles, CA 90013 |
| 2 | Telephone: (323) 210-2900 |
|   | Facsimile: (866) 974-7329 |
| 3 | Email: cchiou@wsgr.com |
|   | Email: mdonohue@wsgr.com |

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:   August 25, 2025           By: /s/ *Lexi Hazam*
                                   LEXI J. HAZAM
                                   **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                   275 Battery Street, 29th Floor
                                   San Francisco, CA 94111-3339
                                   Telephone: 415-956-1000
                                   lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

|   |   |
|---|---|
| 1 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 2 |   |
| 3 | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 4 | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 5 | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 6 | Liaison Counsel |
| 7 | JOSEPH G. VANZANDT |
|   | **BEASLEY ALLEN CROW METHVIN** |
| 8 | **PORTIS & MILES, P.C.**<br>234 Commerce Street |
| 9 | Montgomery, AL 36103<br>Telephone: 334-269-2343 |
| 10 | joseph.vanzandt@beasleyallen.com |
| 11 | EMILY C. JEFFCOTT |
|   | **MORGAN & MORGAN** |
| 12 | 220 W. Garden Street, 9th Floor<br>Pensacola, FL 32502 |
| 13 | Telephone: 850-316-9100<br>ejeffcott@forthepeople.com |
| 14 |   |
| 15 | Federal/State Liaison Counsel |
| 16 | MATTHEW BERGMAN<br>**SOCIAL MEDIA VICTIMS LAW CENTER** |
| 17 | 821 Second Avenue, Suite 2100<br>Seattle, WA 98104 |
| 18 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 19 | JAMES J. BILSBORROW |
|   | **WEITZ & LUXENBERG, PC** |
| 20 | 700 Broadway<br>New York, NY 10003 |
| 21 | Telephone: 212-558-5500<br>Facsimile: 212-344-5461 |
| 22 | jbilsborrow@weitzlux.com |
| 23 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 24 | 112 Madison Ave, 7th Floor<br>New York, NY 10016 |
| 25 | Telephone: 917-882-5522<br>jconroy@simmonsfirm.com |
| 26 |   |
| 27 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 28 | 1111 Broadway, Suite 2100<br>Oakland, CA 94607 |

| | |
|---|---|
| 1 | Telephone: 510-350-9717 |
| | amm@classlawgroup.com |
| 2 | |
| | ALEXANDRA WALSH |
| 3 | **WALSH LAW** |
| | 1050 Connecticut Ave, NW, Suite 500 |
| 4 | Washington D.C. 20036 |
| | Telephone: 202-780-3014 |
| 5 | awalsh@alexwalshlaw.com |
| 6 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 7 | 510 Walnut Street Suite 500 |
| | Philadelphia, PA 19106 |
| 8 | Telephone: 215-592-1500 |
| | mweinkowitz@lfsbalw.com |
| 9 | |
| | Plaintiffs' Steering Committee Leadership |
| 10 | |
| | RON AUSTIN |
| 11 | **RON AUSTIN LAW** |
| | 400 MANHATTAN BLVD |
| 12 | HARVEY, LA 70058 |
| | Telephone: 504-227–8100 |
| 13 | raustin@ronaustinlaw.com |
| 14 | PAIGE BOLDT |
| | **WATTS GUERRA LLP** |
| 15 | 4 Dominion Drive, Bldg. 3, Suite 100 |
| | San Antonio, TX 78257 |
| 16 | Telephone: 210-448-0500 |
| | PBoldt@WattsGuerra.com |
| 17 | |
| | THOMAS P. CARTMELL |
| 18 | **WAGSTAFF & CARTMELL LLP** |
| | 4740 Grand Avenue, Suite 300 |
| 19 | Kansas City, MO 64112 |
| | Telephone: 816-701 1100 |
| 20 | tcartmell@wcllp.com |
| 21 | SARAH EMERY |
| | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| 22 | 2380 Grandview Drive |
| | Ft. Mitchell, KY 41017 |
| 23 | Telephone: 888-606-5297 |
| | semery@justicestartshere.com |
| 24 | |
| | CARRIE GOLDBERG |
| 25 | **C.A. GOLDBERG, PLLC** |
| | 16 Court St. |
| 26 | Brooklyn, NY 11241 |
| | Telephone: (646) 666-8908 |
| 27 | carrie@cagoldberglaw.com |
| 28 | RONALD E. JOHNSON, JR. |
| | **HENDY JOHNSON VAUGHN EMERY, PSC** |

600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road

Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 25, 2025

By: /s/ Christopher Chiou
Christopher Chiou