[Submitting Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS. | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**EVIDENTIARY STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING YOUTUBE'S PRODUCTION FROM NONCUSTODIAL SOURCES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

IT IS HEREBY STIPULATED by and between Defendants YouTube, LLC and Google LLC (together, "YouTube"), and PI/SD Plaintiffs (collectively, the "Parties"), by and through their respective counsel of record that:

The documents identified in the attached **Exhibit A** are true and correct copies of data stored in YouTube's F Source. F Source is a YouTube repository and complaints tracking system that stores customer service tickets, reports, and related information, which can also be used by Googlers to communicate with users. F Source is currently used by various YouTube legal operation teams to respond to complaints from external parties, as well as internal escalations, appeals, and other use cases.  These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from F Source was collected and produced in the manner described

in **Exhibit A**. This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

The documents identified in the attached **Exhibit B** are true and correct copies of data stored in Google's L Source. L Source is a Google-wide platform that stores and provides an interface tool for user feedback and surveys. L Source permits the operations team to review feedback, assign issues tags, and take action. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from L Source was collected and produced in the manner described in **Exhibit B**. This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

The documents identified in the attached **Exhibit C** are true and correct copies of data stored in Google's A Source. A Source is an internal launch release tool and repository of past launches. A Source contains records detailing information on feature development, launches, and related approvals. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from A Source was collected and produced in the manner described in **Exhibit C**.

The documents identified in the attached **Exhibit D** are true and correct copies of data stored in Google's B Source. B Source is an internal Google-wide application that stores data and communications related to a wide range of tickets (or "issues") related to escalation of bugs, glitches, or other internal and external requests and questions. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from B Source was collected and produced in the manner described in **Exhibit D.** This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

The documents identified in the attached **<u>Exhibit E</u>** are true and correct copies of data stored in YouTube's M Source, originating from the S Source. The S Source is a third-party customer experience management platform that stores social media posts, interactions, and related information. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from the M Source was collected and produced in the manner described in **<u>Exhibit E</u>**. This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

1. The documents identified in the attached **<u>Exhibit F</u>** are true and correct copies of data stored in YouTube's C Source. The C Source is a deprecated customer experience management platform that stores social media posts, interactions, and related information. These documents are records of regularly conducted activity under Fed. R. Evid. 803(6). This data from the C Source was collected and produced in the manner described in **<u>Exhibit F</u>**. This stipulation is not intended to address the admissibility of the underlying statements made by the individuals submitting user feedback, which YouTube reserves the right to challenge on any and all grounds permitted by applicable state or federal law, or the Federal Rules of Evidence.

The Parties may mutually agree to amend Exhibits A-F to the extent additional documents are later produced or identified.

This Stipulation applies to this action only and accordingly can be relied upon and asserted by only the Parties to this action. This Stipulation is not intended for use in any other proceeding and, as such, may not be cited or used against any Party in any other proceeding by any party or third party.

**IT IS SO STIPULATED AND AGREED,**

| | | |
|---|---|---|
| 1 | DATED: August 25, 2025 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Christopher Chiou<br>Christopher Chiou (State Bar No. 233587)<br>Matthew K. Donohue (State Bar No. 302144) |
| 4 | | WILSON SONSINI GOODRICH & ROSATI PC<br>953 East Third Street, Suite 100 |
| 5 | | Los Angeles, CA 90013<br>Telephone: (323) 210-2900 |
| 6 | | Facsimile: (866) 974-7329<br>Email: cchiou@wsgr.com |
| 7 | | Email: mdonohue@wsgr.com |
| 8 | | Brian M. Willen (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI PC |
| 9 | | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 10 | | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 11 | | Email: bwillen@wsgr.com |
| 12 | | Lauren Gallo White (State Bar No. 309075)<br>Samantha A. Machock (State Bar No. 298852) |
| 13 | | WILSON SONSINI GOODRICH & ROSATI PC<br>One Market Plaza, Spear Tower, Suite 3300 |
| 14 | | San Francisco, CA 94105<br>Telephone: (415) 947-2000 |
| 15 | | Facsimile: (415) 947-2099<br>Email: lwhite@wsgr.com |
| 16 | | Email: smachock@wsgr.com |
| 17 | | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 18 | | |
| 19 | DATED: August 25, 2025 | By: /s/ Lexi Hazam<br>LEXI J. HAZAM |
| 20 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 21 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 22 | | Telephone: 415-956-1000<br>lhazam@lchb.com |
| 23 | | |
| 24 | | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 25 | | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 26 | | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 27 | | Co-Lead Counsel |
| 28 | | |

YouTube Noncustodial Source Stipulation -3- Case No.: 4:22-03047-YGR

| | |
|---|---|
| 1 | CHRISTOPHER A. SEEGER |
| | **SEEGER WEISS, LLP** |
| 2 | 55 Challenger Road, 6th floor |
| | Ridgefield Park, NJ 07660 |
| 3 | Telephone: 973-639-9100 |
| | Facsimile: 973-679-8656 |
| 4 | cseeger@seegerweiss.com |
| 5 | Counsel to Co-Lead Counsel and Settlement Counsel |
| 6 | |
| 7 | JENNIE LEE ANDERSON |
| | **ANDRUS ANDERSON, LLP** |
| | 155 Montgomery Street, Suite 900 |
| 8 | San Francisco, CA 94104 |
| | Telephone: 415-986-1400 |
| 9 | jennie@andrusanderson.com |
| 10 | Liaison Counsel |
| 11 | JOSEPH G. VANZANDT |
| | **BEASLEY ALLEN CROW METHVIN** |
| 12 | **PORTIS & MILES, P.C.** |
| | 234 Commerce Street |
| 13 | Montgomery, AL 36103 |
| | Telephone: 334-269-2343 |
| 14 | joseph.vanzandt@beasleyallen.com |
| | EMILY C. JEFFCOTT |
| 15 | **MORGAN & MORGAN** |
| | 220 W. Garden Street, 9th Floor |
| 16 | Pensacola, FL 32502 |
| | Telephone: 850-316-9100 |
| 17 | ejeffcott@forthepeople.com |
| 18 | Federal/State Liaison Counsel |
| 19 | MATTHEW BERGMAN |
| | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 20 | 821 Second Avenue, Suite 2100 |
| | Seattle, WA 98104 |
| 21 | Telephone: 206-741-4862 |
| | matt@socialmediavictims.org |
| 22 | JAMES J. BILSBORROW |
| | **WEITZ & LUXENBERG, PC** |
| 23 | 700 Broadway |
| | New York, NY 10003 |
| 24 | Telephone: 212-558-5500 |
| | Facsimile: 212-344-5461 |
| 25 | jbilsborrow@weitzlux.com |
| | JAYNE CONROY |
| 26 | **SIMMONS HANLY CONROY, LLC** |
| | 112 Madison Ave, 7th Floor |
| 27 | New York, NY 10016 |
| | Telephone: 917-882-5522 |
| 28 | jconroy@simmonsfirm.com |

|   |   |
|---|---|
| 1 | ANDRE MURA |
|   | **GIBBS LAW GROUP, LLP** |
| 2 | 1111 Broadway, Suite 2100 |
|   | Oakland, CA 94607 |
| 3 | Telephone: 510-350-9717 |
|   | amm@classlawgroup.com |
| 4 | ALEXANDRA WALSH |
|   | **WALSH LAW** |
| 5 | 1050 Connecticut Ave, NW, Suite 500 |
|   | Washington D.C. 20036 |
| 6 | Telephone: 202-780-3014 |
|   | awalsh@alexwalshlaw.com |
| 7 |   |
|   | MICHAEL M. WEINKOWITZ |
| 8 | **LEVIN SEDRAN & BERMAN, LLP** |
|   | 510 Walnut Street Suite 500 |
| 9 | Philadelphia, PA 19106 |
|   | Telephone: 215-592-1500 |
| 10 | mweinkowitz@lfsbalw.com |
|   | Plaintiffs' Steering Committee Leadership |
| 11 |   |
|   | RON AUSTIN |
| 12 | **RON AUSTIN LAW** |
|   | 400 MANHATTAN BLVD |
| 13 | HARVEY, LA 70058 |
|   | Telephone: 504-227–8100 |
| 14 | raustin@ronaustinlaw.com |
| 15 | PAIGE BOLDT |
|   | **WATTS GUERRA LLP** |
| 16 | 4 Dominion Drive, Bldg. 3, Suite 100 |
|   | San Antonio, TX 78257 |
| 17 | Telephone: 210-448-0500 |
|   | PBoldt@WattsGuerra.com |
| 18 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 19 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 20 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 21 |   |
|   | SARAH EMERY |
| 22 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 2380 Grandview Drive |
| 23 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 24 | semery@justicestartshere.com |
| 25 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 26 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 27 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 28 |   |
|   | RONALD E. JOHNSON, JR. |

|   |   |
|---|---|
| 1 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 600 West Main Street, Suite 100 |
| 2 | Louisville, KY 40202 |
|   | Telephone: 859-578-4444 |
| 3 | rjohnson@justicestartshere.com |
|   | SIN-TING MARY LIU |
| 4 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 5 | 17 East Main Street, Suite 200 |
|   | Pensacola, FL 32502 |
| 6 | Telephone: 510-698-9566 |
|   | mliu@awkolaw.com |
| 7 |   |
|   | JAMES MARSH |
| 8 | **MARSH LAW FIRM PLLC** |
|   | 31 Hudson Yards, 11th floor |
| 9 | New York, NY 10001-2170 |
|   | Telephone: 212-372-3030 |
| 10 | jamesmarsh@marshlaw.com |
| 11 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 12 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 13 | Telephone: 212.213.8311 |
|   | hnappi@hrsclaw.com |
| 14 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 15 | 316 South Baylen Street, Suite 600 |
|   | Pensacola, FL 32502 |
| 16 | Telephone: 850-435-7107 |
|   | epaulos@levinlaw.com |
| 17 |   |
|   | RUTH THI RIZKALLA |
| 18 | **THE CARLSON LAW FIRM, P.C.** |
|   | 1500 Rosecrans Ave., Ste. 500 |
| 19 | Manhattan Beach, CA 90266 |
|   | Telephone: 415-308-1915 |
| 20 | rrizkalla@carlsonattorneys.com |
| 21 | ROLAND TELLIS |
|   | DAVID FERNANDES |
| 22 | **BARON & BUDD, P.C.** |
|   | 15910 Ventura Boulevard, Suite 1600 |
| 23 | Encino, CA 91436 |
|   | Telephone: (818) 839-2333 |
| 24 | Facsimile: (818) 986-9698 |
|   | rtellis@baronbudd.com |
| 25 | dfernandes@baronbudd.com |
| 26 | MELISSA YEATES |
|   | JOSEPH E. MELTZER |
| 27 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
|   | 280 King of Prussia Road |
| 28 | Radnor, PA 19087 |
|   | Telephone: 610-667-7706 |

YOUTUBE NONCUSTODIAL SOURCE STIPULATION     -6-     CASE NO.: 4:22-03047-YGR

myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 25, 2025

By: */s/ Christopher Chiou*
Christopher Chiou

## ORDER

**IT IS SO ORDERED** that the foregoing Stipulation is approved:

DATED: August 26, 2025

_____
Hon. Peter H. Kang
United States District Court Magistrate Judge