[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT STIPULATION EXTENDING TIME TO FILE OMNIBUS STIPULATION AND OMNIBUS MOTION AND JOINT REQUEST FOR AN ADDITIONAL EXTENSION OF SEVEN DAYS** |

The Parties, pursuant to the Court's Order Granting Motion to File Under Seal; Setting Sealing Procedures ("Sealing Procedures Order") (ECF 341), hereby extend the time to file their Omnibus Stipulation and Omnibus Motion to 21 days from the filing of their CORRECTED JOINT LETTER BRIEF ON PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY, DOCUMENTS, AND DEPOSITIONS REGARDING CREATOR EUGENIA COONEY (ECF 2181) to Wednesday, September 3, 2025.

The parties, on consent and joint stipulation, further request an additional seven days to file the Omnibus Stipulation and Omnibus Motion, which, if granted, will be filed on or before Wednesday, September 10, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated_____          _____
                                                                  Hon. Peter H. Kang

| | | |
|---|---|---|
| 1 | DATED: August 27, 2025 | Respectfully submitted, |
| 2 | | By: */s/ James R. Marsh* |
| | | JAMES R. MARSH |
| 3 | | **MARSH LAW FIRM PLLC** |
| | | 31 Hudson Yards, 11th Floor |
| 4 | | New York, NY 10001-2170 |
| 5 | | Telephone: 212-372-3030 |
| | | jamesmarsh@marsh.law |
| 6 | | |
| 7 | | MICHAEL M. WEINKOWITZ |
| | | **LEVIN SEDRAN & BERMAN, LLP** |
| 8 | | 510 Walnut Street, Suite 500 |
| | | Philadelphia, PA 19106 |
| 9 | | Telephone: 215-592-1500 |
| | | mweinkowitz@lfsbalw.com |
| 10 | | |
| 11 | | ANDRE MURA |
| | | **GIBBS MURA, LLP** |
| 12 | | 1111 Broadway, Suite 2100 |
| | | Oakland, CA 94607 |
| 13 | | Telephone: 510-350-9717 |
| | | amm@classlawgroup.com |
| 14 | | |
| 15 | | FELICIA CRAICK |
| | | **KELLER ROHRBACK LLP** |
| 16 | | 1201 Third Avenue, Suite 3400 |
| | | Seattle, WA 98101 |
| 17 | | Telephone: 206-623-1900 |
| | | fcraick@kellerrohrback.com |
| 18 | | |
| 19 | | *Attorneys for Plaintiffs* |
| 20 | | |
| | | **KING & SPALDING LLP** |
| 21 | | |
| 22 | | Rania Kajan |
| 23 | | 1180 Peachtree Street, NE, Suite 1600 |
| | | Atlanta, GA 30309 |
| 24 | | Telephone: (404) 572-4600 |
| | | Facsimile: (404) 572-5100 |
| 25 | | Email: rkajan@kslaw.com |
| 26 | | |
| 27 | | |
| 28 | | |

Geoffrey Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
      tharris@kslaw.com

David Mattern, *pro ha vice*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 727-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, James R. Marsh, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED: August 27, 2025        /s/ *James R. Marsh*
                                           James R. Marsh