1

2

3

4                           UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                             SAN FRANCISCO DIVISION

7

8    IN RE: SOCIAL MEDIA ADOLESCENT            Case No.  22-md-03047-YGR   (PHK)
     ADDICTION/PERSONAL INJURY
9    PRODUCTS LIABILITY LITIGATION             **ORDER RE DISPUTE CONCERNING
                                               NEW YORK EXECUTIVE AGENCIES'
10                                             PRODUCTION OF DOCUMENTS**

11   This Document Relates to:
     *People of the State of California, et al. v.*
12   *Meta Platforms, Inc., et al.*            Re: Dkt. 2187

13

14

15          In light of the 9th Circuit's Memorandum Order on the Petition for a Writ of Mandamus,

16   dated August 22, 2025, and particularly in light of footnote five of that Memorandum Order,

17   which remands to this Court consideration of issues implicated in the pending joint letter brief

18   regarding a dispute as to certain New York agencies' production of documents [Dkt. 2187], the

19   Parties to that joint letter brief are **ORDERED** to file a supplemental joint letter brief addressing

20   their respective views as to the impact of the Ninth Circuit's Memorandum Order on the pending

21   dispute (in particular, on the issues implicated by footnote five).  Each side shall submit no more

22   than two pages for their portion of the supplemental joint letter brief, and the cover page shall not

23   count against either side's page limits.

24          Further, in a separate one-page joint addendum to be attached to the supplemental joint

25   letter brief, the Parties shall report as to the status of the following: (1) any negotiated resolution

26   or narrowing of any of the disputed issues raised in the pending joint letter brief; (2) any further

27   contemplated appellate review; (3) whether Meta has served subpoenas on any of the New York

28   agencies at issue and, if so, the status of any such subpoena (including any motions practice

*United States District Court*
*Northern District of California*

1    related thereto); and (4) whether the Parties believe the disputes at issue can be resolved without

2    the need for oral argument.

3         Further, the Court notes that, while the pending joint letter brief sets forth the positions on

4    behalf of all of the New York agencies at issue, the signature block of the law firm, Selendy Gay,

5    references only the Office of the Governor of the State of New York.  Selendy Gay is **ORDERED**

6    to file confirmation that it has entered appearance on behalf of (and is counsel of record for) all of

7    the New York agencies at issue in the pending joint letter brief.  If the law firm of Selendy Gay is

8    not counsel of record for all of the New York agencies at issue for purposes of this matter, then

9    Selendy Gay is **ORDERED** to immediately identify to the Court who that other counsel is and to

10   communicate to such counsel this Court's **ORDER** that they enter appearance immediately.  For

11   clarity of the record, counsel for all state agencies at issue are encouraged and directed to identify

12   themselves and enter appearances, to the extent they have not already done so.  *See* Dkt. 2 at ¶

13   5(b).  Judge Gonzalez Rogers' Order, dated October 11, 2022, removes all procedural barriers to

14   entry of appearance for counsel for any state agencies, and this Court has never prevented or

15   created any barriers for any counsel for any state agencies to enter appearances in this MDL.

16   **IT IS SO ORDERED.**

17

18   Dated: August 28, 2025

19   _____

20   PETER H. KANG
     United States Magistrate Judge

21

22

23

24

25

26

27

28