[*Parties and Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Civil Case No. 4:22-md-03047-YGR-PHK |
| THIS FILING RELATES TO: | 4:23-cv-05448-YGR |
| ALL ACTIONS | **META AND NEW JERSEY'S STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE THE RULE 30(b)(6) DEPOSITION OF THE NEW JERSEY OFFICE OF THE ATTORNEY GENERAL AND DIVISION OF CONSUMER AFFAIRS** |
| | Honorable Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-2 and 7-12, the New Jersey Office of the Attorney General and Division of Consumer Affairs ("New Jersey") and Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together with New Jersey, the "Stipulating Parties"), through their undersigned counsel, hereby stipulate as follows:

1.     Under the schedule ordered by Magistrate Judge Kang on July 2, 2025, the current deadline for Meta to complete its fact and Rule 30(b)(6) deposition of New Jersey witness(es) is August 29, 2025. *See* ECF 2091.

2.     The Stipulating Parties have been engaged in ongoing discussions regarding New Jersey's privilege log and the scope and applicability of the deliberative process privilege to documents included on that log.  Although the Stipulating Parties have met and conferred on multiple occasions in an attempt to resolve this dispute without requiring the Court's intervention, both Stipulating Parties currently anticipate needing to submit Joint Letter Briefing on this issue.[1]

3.     The Stipulating Parties met and conferred on August 20, 2025 under Rule H.2 of the Court's Standing Order for Discovery in Civil Cases and agreed that it would be most efficient to postpone Meta's Rule 30(b)(6) deposition of the State of New Jersey until after the Court has ruled on the Stipulating Parties' anticipated briefing regarding New Jersey's privilege claims.  The Stipulating Parties are in the process of agreeing to a Joint Letter Briefing Schedule and anticipate raising this discovery dispute for the Court's attention promptly.

4.     Pending resolution of the aforementioned discovery dispute, the Stipulating Parties have agreed to extend Meta's deadline for completing its Rule 30(b)(6) deposition of the State of New Jersey on the following terms:

> a.     Subject to the Court's approval, Meta's deadline to complete its Rule 30(b)(6) deposition of the State of New Jersey shall be extended to a time no earlier than four (4) weeks following substantial completion of any production made in

---

[1] In light of the Ninth Circuit's order vacating the "Party Discovery on Third-Party State Agencies Pursuant to Fed. R. Civ. P. 34" decision (ECF 1117), New Jersey respectfully maintains that Meta must meet-and-confer and exchange letter briefs with state agency counsel concerning this dispute.  To the extent oral argument is granted, state agency counsel will appear before this Court.  New Jersey commits to facilitate Meta's meet-and-confers and letter brief exchanges with state agency counsel.

connection with the forthcoming discovery dispute, or no earlier than four (4) weeks following the Court's resolution of the discovery dispute if no further action is ordered.

b.  New Jersey reserves all rights related to the Rule 30(b)(6) deposition of the State of New Jersey.  This agreement does not constitute a waiver of any objections New Jersey or its state agencies have or may raise with respect to this deposition, nor does it alter any requirements or limitations imposed on this deposition by previous court orders, aside from the deadline for completion of such deposition. New Jersey also reserves all rights to seek relief from ECF 1646 in response to the Ninth Circuit's order vacating ECF 1117.

c.  Meta reserves all rights related to the Rule 30(b)(6) deposition of the State of New Jersey, including without limitation the right to dispute any objections that New Jersey may raise or relief that New Jersey may seek with respect to any Court orders relating to the Rule 30(b)(6) deposition.

5.  This Court has previously extended Meta's deadline to complete fact and Rule 30(b)(6) depositions of New Jersey witnesses twice.  *See* ECF 1696, 2091.  This stipulated extension of the deadline for Meta to complete the Rule 30(b)(6) deposition of New Jersey does not and will not affect any other deadlines already set or that may be set in this action, nor the deposition time limits already set in ECF 1696, nor does it affect any party's or non-party's rights in relation to any other deadlines. The Stipulating Parties reserve all rights with respect to any arguments regarding this extension's potential impact (if any) on the Stipulating Parties' trial scheduling.

1

Respectfully submitted,

2   DATED: August 29, 2025

COVINGTON & BURLING LLP

3

By: */s/ Ashley M. Simonsen*

4   Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP

5   1999 Avenue of the Stars
Los Angeles, CA 90067

6   Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749

7   Email: asimonsen@cov.com

8

*Attorneys for Meta Platforms, Instagram, LLC; Meta*

9   *Payments, Inc.; and Meta Platforms Technologies, LLC*

10

**MATTHEW J. PLATKIN**

11  Attorney General
State of New Jersey

12

*/s/ Kashif T. Chand*

13  Kashif T. Chand (NJ Bar No. 016752008)

14  *Pro hac vice*
Assistant Attorney General

15  New Jersey Office of the Attorney General
Division of Law

16  124 Halsey Street, 5th Floor
Newark, NJ 07101

17  Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

18

19  *Attorney for Plaintiffs New Jersey Attorney General*
*and the New Jersey Division of Consumer Affairs*

20  *Matthew J. Platkin, Attorney General for the State of*
*New Jersey, and Elizabeth Harris, Acting Director of*

21  *the New Jersey Division of Consumer Affairs*

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 29, 2025                                    By: */s/ Ashley M. Simonsen*
                                                                               Ashley M. Simonsen

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE NEW JERSEY 30(b)(6) DEPOSITION
4:22-md-03047-YGR (PHK)

1

[PROPOSED] ORDER

2

By agreement of the Parties, and for good cause shown, **IT IS SO ORDERED**.

3

4

Dated: _____August 29_____, 2025        _____

Magistrate Judge Hon. Peter H. Kang

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6