*Submitting Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR-PHK<br><br>**JOINT STATUS REPORT RE PRODUCTIONS FROM SOURCE M AND AUTHENTICATION STIPULATION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to this Court's order at Dkt. 2148, YouTube, LLC and Google LLC (together, "YouTube"), and PI/SD Plaintiffs (collectively, the "Parties"), by and through their respective counsel of record, provide the following joint status report:

1. YouTube completed final productions from the M Source on August 8, 2025.
2. The Parties filed the contemplated stipulation as to the authenticity of YouTube's productions from non-custodial sources on August 25, 2025.
3. There are no anticipated or unripe disputes concerning YouTube's production from the M Source.

JOINT STATUS REPORT RE PRODUCTIONS FROM SOURCE M AND AUTHENTICATION STIPULATION

CASE NO.: 4:22-03047-YGR

Respectfully submitted,

DATED: August 29, 2025  **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

| | | |
|---|---|---|
| 1 | DATED:   August 29, 2025 | By: */s/ Lexi J. Hazam* |
| 2 | | LEXI J. HAZAM |
| | | **LIEFF CABRASER HEIMANN &** |
| 3 | | **BERNSTEIN, LLP** |
| | | 275 Battery Street, 29th Floor |
| 4 | | San Francisco, CA 94111-3339 |
| | | Telephone: 415-956-1000 |
| 5 | | lhazam@lchb.com |

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

JOINT STATUS REPORT RE PRODUCTIONS FROM SOURCE M AND AUTHENTICATION STIPULATION         -2-         CASE No.: 4:22-03047-YGR

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100

|    |    |
|----|----|
| 1  | San Antonio, TX 78257 |
| 2  | Telephone: 210-448-0500<br>PBoldt@WattsGuerra.com |
| 3  | THOMAS P. CARTMELL |
| 4  | **WAGSTAFF & CARTMELL LLP**<br>4740 Grand Avenue, Suite 300 |
| 5  | Kansas City, MO 64112<br>Telephone: 816-701 1100 |
| 6  | tcartmell@wcllp.com |
| 7  | SARAH EMERY<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 8  | 2380 Grandview Drive<br>Ft. Mitchell, KY 41017 |
| 9  | Telephone: 888-606-5297<br>semery@justicestartshere.com |
| 10 | CARRIE GOLDBERG |
| 11 | **C.A. GOLDBERG, PLLC**<br>16 Court St. |
| 12 | Brooklyn, NY 11241<br>Telephone: (646) 666-8908 |
| 13 | carrie@cagoldberglaw.com |
| 14 | RONALD E. JOHNSON, JR.<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 15 | 600 West Main Street, Suite 100<br>Louisville, KY 40202 |
| 16 | Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 17 | SIN-TING MARY LIU |
| 18 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 19 | 17 East Main Street, Suite 200<br>Pensacola, FL 32502 |
| 20 | Telephone: 510-698-9566<br>mliu@awkolaw.com |
| 21 | JAMES MARSH |
| 22 | **MARSH LAW FIRM PLLC**<br>31 Hudson Yards, 11th floor |
| 23 | New York, NY 10001-2170<br>Telephone: 212-372-3030 |
| 24 | jamesmarsh@marshlaw.com |
| 25 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 26 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 27 | Telephone: 212.213.8311<br>hnappi@hrsclaw.com |
| 28 |    |

JOINT STATUS REPORT RE PRODUCTIONS FROM SOURCE M AND AUTHENTICATION STIPULATION        -4-        CASE NO.: 4:22-03047-YGR

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 29, 2025             By: */s/ Christopher Chiou*
                                           Christopher Chiou

JOINT STATUS REPORT RE PRODUCTIONS FROM SOURCE M AND AUTHENTICATION STIPULATION         -6-         CASE NO.: 4:22-03047-YGR