UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 2212 AND 2213**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the Parties' Stipulation re YouTube Noncustodial Sources (ECF No. 2212) and Attachments 1-11 filed under seal (ECF No. 2213).

At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

I.   UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| 2213-1 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 2213-2 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A-1 | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 2213-3 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause | A party has not previously sought to seal the same information. |

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | |
| 2213-4 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B-1 | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 2213-5 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit C | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 2213-6 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause | A party has not previously sought to seal the same information. |

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 3. | |
| 2213-7 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D-1 | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 3. | A party has not previously sought to seal the same information. |
| 2213-8 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 3. | A party has not previously sought to seal the same information. |
| 2213-9 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E-1 | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause | A party has not previously sought to seal the same information. |

| Dkt. No. | Description | Requested Action | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|
| | | | competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 3. | |
| 2213-10 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit F | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 3. | A party has not previously sought to seal the same information. |
| 2213-11 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibits F-1 | Maintain under seal | Good cause exists to seal sensitive and confidential information about YouTube's platform, data repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, including trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 4. | A party has not previously sought to seal the same information. |

**IT IS SO STIPULATED AND AGREED.**

DATED:        September 8, 2025

Respectfully submitted,

**WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*

|   |   |   |
|---|---|---|
| 1 | | Christopher Chiou (State Bar No. 233587) |
| 2 | | Matthew K. Donohue (State Bar No. 302144) WILSON SONSINI GOODRICH & ROSATI PC |
| 3 | | 953 East Third Street, Suite 100 Los Angeles, CA 90013 |
| 4 | | Telephone: (323) 210-2900 Facsimile: (866) 974-7329 |
| 5 | | Email: cchiou@wsgr.com Email: mdonohue@wsgr.com |
| 6 | | Brian M. Willen (*pro hac vice*) |
| 7 | | WILSON SONSINI GOODRICH & ROSATI PC 1301 Avenue of the Americas, 40th Floor |
| 8 | | New York, New York 10019 Telephone: (212) 999-5800 Facsimile: (212) 999-5899 Email: bwillen@wsgr.com |
| 9 | | |
| 10 | | Lauren Gallo White (State Bar No. 309075) Samantha A. Machock (State Bar No. 298852) |
| 11 | | WILSON SONSINI GOODRICH & ROSATI PC One Market Plaza, Spear Tower, Suite 3300 |
| 12 | | San Francisco, CA 94105 Telephone: (415) 947-2000 |
| 13 | | Facsimile: (415) 947-2099 Email: lwhite@wsgr.com Email: smachock@wsgr.com |
| 14 | | |
| 15 | | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 16 | DATED: September 8, 2025 | By: /s/ *Lexi Hazam* |
| 17 | | LEXI J. HAZAM **LIEFF CABRASER HEIMANN &** |
| 18 | | **BERNSTEIN, LLP** 275 Battery Street, 29th Floor |
| 19 | | San Francisco, CA 94111-3339 Telephone: 415-956-1000 |
| 20 | | lhazam@lchb.com |
| 21 | | PREVIN WARREN **MOTLEY RICE LLC** |
| 22 | | 401 9th Street NW Suite 630 Washington DC 20004 |
| 23 | | Telephone: 202-386-9610 pwarren@motleyrice.com |
| 24 | | Co-Lead Counsel |
| 25 | | CHRISTOPHER A. SEEGER |
| 26 | | **SEEGER WEISS, LLP** 55 Challenger Road, 6th floor |
| 27 | | Ridgefield Park, NJ 07660 Telephone: 973-639-9100 |
| 28 | | Facsimile: 973-679-8656 cseeger@seegerweiss.com |

|    |                                                       |
|----|-------------------------------------------------------|
| 1  |                                                       |
| 2  | Counsel to Co-Lead Counsel and Settlement Counsel     |
| 3  | JENNIE LEE ANDERSON                                   |
|    | **ANDRUS ANDERSON, LLP**                              |
| 4  | 155 Montgomery Street, Suite 900                      |
|    | San Francisco, CA 94104                               |
| 5  | Telephone: 415-986-1400                               |
|    | jennie@andrusanderson.com                             |
| 6  |                                                       |
|    | Liaison Counsel                                       |
| 7  |                                                       |
|    | JOSEPH G. VANZANDT                                    |
| 8  | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**   |
| 9  | 234 Commerce Street                                   |
|    | Montgomery, AL 36103                                  |
| 10 | Telephone: 334-269-2343                               |
|    | joseph.vanzandt@beasleyallen.com                      |
| 11 |                                                       |
|    | EMILY C. JEFFCOTT                                     |
| 12 | **MORGAN & MORGAN**                                   |
|    | 220 W. Garden Street, 9th Floor                       |
| 13 | Pensacola, FL 32502                                   |
|    | Telephone: 850-316-9100                               |
| 14 | ejeffcott@forthepeople.com                            |
| 15 | Federal/State Liaison Counsel                         |
| 16 | MATTHEW BERGMAN                                       |
|    | **SOCIAL MEDIA VICTIMS LAW CENTER**                   |
| 17 | 821 Second Avenue, Suite 2100                         |
|    | Seattle, WA 98104                                     |
| 18 | Telephone: 206-741-4862                               |
|    | matt@socialmediavictims.org                           |
| 19 |                                                       |
|    | JAMES J. BILSBORROW                                   |
| 20 | **WEITZ & LUXENBERG, PC**                             |
|    | 700 Broadway                                          |
| 21 | New York, NY 10003                                    |
|    | Telephone: 212-558-5500                               |
| 22 | Facsimile: 212-344-5461                               |
|    | jbilsborrow@weitzlux.com                              |
| 23 |                                                       |
|    | JAYNE CONROY                                          |
| 24 | **SIMMONS HANLY CONROY, LLC**                         |
|    | 112 Madison Ave, 7th Floor                            |
| 25 | New York, NY 10016                                    |
|    | Telephone: 917-882-5522                               |
| 26 | jconroy@simmonsfirm.com                               |
| 27 | ANDRE MURA                                            |
|    | **GIBBS LAW GROUP, LLP**                              |
| 28 | 1111 Broadway, Suite 2100                             |
|    | Oakland, CA 94607                                     |

|   |   |
|---|---|
| 1 | Telephone: 510-350-9717 |
|   | amm@classlawgroup.com |
| 2 |   |
|   | ALEXANDRA WALSH |
| 3 | **WALSH LAW** |
|   | 1050 Connecticut Ave, NW, Suite 500 |
| 4 | Washington D.C. 20036 |
|   | Telephone: 202-780-3014 |
| 5 | awalsh@alexwalshlaw.com |
| 6 | MICHAEL M. WEINKOWITZ |
|   | **LEVIN SEDRAN & BERMAN, LLP** |
| 7 | 510 Walnut Street Suite 500 |
|   | Philadelphia, PA 19106 |
| 8 | Telephone: 215-592-1500 |
|   | mweinkowitz@lfsbalw.com |
| 9 |   |
|   | Plaintiffs' Steering Committee Leadership |
| 10 |   |
|   | RON AUSTIN |
| 11 | **RON AUSTIN LAW** |
|   | 400 MANHATTAN BLVD |
| 12 | HARVEY, LA 70058Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 13 |   |
|   | PAIGE BOLDT |
| 14 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 15 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 16 | PBoldt@WattsGuerra.com |
| 17 | THOMAS P. CARTMELL |
|   | **WAGSTAFF & CARTMELL LLP** |
| 18 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 19 | Telephone: 816-701 1100 |
|   | tcartmell@wcllp.com |
| 20 |   |
|   | SARAH EMERY |
| 21 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 2380 Grandview Drive |
| 22 | Ft. Mitchell, KY 41017 |
|   | Telephone: 888-606-5297 |
| 23 | semery@justicestartshere.com |
| 24 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 25 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 26 | Telephone: (646) 666-8908 |
|   | carrie@cagoldberglaw.com |
| 27 |   |
|   | RONALD E. JOHNSON, JR. |
| 28 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
|   | 600 West Main Street, Suite 100 |

| | |
|---|---|
| 1 | Louisville, KY 40202 |
| 2 | Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 3 | SIN-TING MARY LIU |
| 4 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**<br>17 East Main Street, Suite 200 |
| 5 | Pensacola, FL 32502<br>Telephone: 510-698-9566 |
| 6 | mliu@awkolaw.com |
| 7 | JAMES MARSH |
| 8 | **MARSH LAW FIRM PLLC**<br>31 Hudson Yards, 11th floor |
| 9 | New York, NY 10001-2170<br>Telephone: 212-372-3030 |
| 10 | jamesmarsh@marshlaw.com |
| 11 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 12 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 13 | Telephone: 212.213.8311<br>hnappi@hrsclaw.com |
| 14 | EMMIE PAULOS |
| 15 | **LEVIN PAPANTONIO RAFFERTY**<br>316 South Baylen Street, Suite 600 |
| 16 | Pensacola, FL 32502<br>Telephone: 850-435-7107 |
| 17 | epaulos@levinlaw.com |
| 18 | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, P.C.** |
| 19 | 1500 Rosecrans Ave., Ste. 500<br>Manhattan Beach, CA 90266 |
| 20 | Telephone: 415-308-1915<br>rrizkalla@carlsonattorneys.com |
| 21 | ROLAND TELLIS |
| 22 | DAVID FERNANDES<br>**BARON & BUDD, P.C.** |
| 23 | 15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436 |
| 24 | Telephone: (818) 839-2333<br>Facsimile: (818) 986-9698 |
| 25 | rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 26 | MELISSA YEATES |
| 27 | JOSEPH E. MELTZER<br>**KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 28 | 280 King of Prussia Road<br>Radnor, PA 19087 |

Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership
*Attorneys for Plaintiffs*

## ATTESTATION

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 8, 2025

                                    By: */s/ Christopher Chiou*
                                           Christopher Chiou