# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF CHRISTOPHER CHIOU IN SUPPORT OF OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 2212 AND 2213**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Christopher Chiou, declare as follows:

1. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati and attorney of record for Defendants YouTube, LLC and Google LLC (collectively ("YouTube") in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, Case No.: 4:22-md03047-YGR.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of the Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief re YouTube's Search and Production from Noncustodial Source "B" (ECF No. 1974). I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2. On August 25, 2025, the Parties filed the Parties' Stipulation re YouTube Noncustodial Sources (ECF No. 2212) and Attachments 1-11 filed under seal (ECF No. 2213).

3. I have reviewed the documents that YouTube seeks to seal pursuant to the Court's Order Granting Motion to File Under Seal; Setting Sealing Procedures (ECF No. 341). Based on my review of the documents and in consultation with YouTube, I understand there is good cause to seal the following information:

| Dkt. No. | Description | Basis for Sealing |
| --- | --- | --- |
| 2213-1 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the F Source repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-2 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A-1 | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the F Source repository searchability, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-3 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the L Source repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-4 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B-1 | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the L Source repository searchability, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-5 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the A Source repository, and tool design, as well as |

| | | |
|---|---|---|
| | from Non-Custodial Sources, Exhibit C | user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-6 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the B Source repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-7 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D-1 | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the B Source repository searchability, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-8 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the M Source repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-9 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E-1 | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the M Source repository searchability, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
| 2213-10 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit F | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the C Source repository, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |

| 2213-11 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibits F-1 | The sealed attachment consists of sensitive and confidential information about YouTube's platform, the C Source repository searchability, and tool design, as well as user reports. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. |
|---|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on September 8, 2025.

*/s/ Christopher Chiou*
Christopher Chiou