UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 2212 AND 2213<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting declaration, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal Attachments 1-11 (ECF No. 2213) to the Parties' Stipulation re YouTube Noncustodial Sources (ECF No. 2212):

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 2213-1 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A | Maintain under seal | GRANTED |
| 2213-2 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit A-1 | Maintain under seal | GRANTED |
| 2213-3 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B | Maintain under seal | GRANTED |
| 2213-4 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit B-1 | Maintain under seal | GRANTED |
| 2213-5 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit C | Maintain under seal | GRANTED |
| 2213-6 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D | Maintain under seal | GRANTED |
| 2213-7 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit D-1 | Maintain under seal | GRANTED |
| 2213-8 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non- | Maintain under seal | GRANTED |

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
|  | Custodial Sources, Exhibit E |  |  |
| 2213-9 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit E-1 | Maintain under seal | GRANTED |
| 2213-10 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibit F | Maintain under seal | GRANTED |
| 2213-11 | Evidentiary Stipulation and Proposed Order Regarding YouTube's Production from Non-Custodial Sources, Exhibits F-1 | Maintain under seal | GRANTED |

**IT IS SO ORDERED.**

DATE: September 8, 2025

*/s/ Peter H. Kang*

Hon. Peter H. Kang
U.S. Magistrate Judge