Antonio J. Perez-Marques, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4559
Email: antonio.perez@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL MATTERS | MDL No. 3047<br><br>Case No.:  4:22-md-03047-YGR-PHK<br><br>**JOINT STATUS REPORT REGARDING FRANCES HAUGEN DOCUMENT PRODUCTION AND DEPOSITION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

1   Pursuant to Judge Kang's Order Resolving Discovery Dispute in relation to Frances Haugen (the
2   "Order") (ECF 2197), Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations,
3   LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.
4   (collectively, "Meta") and Frances Haugen respectfully submit this Joint Status Report regarding the status
5   of Ms. Haugen's completion of her document production, the service of her categorical privilege log, and
6   the final scheduling of her deposition.

   On September 5, 2025, Ms. Haugen made a production of 44 documents in response to Request
   Nos. 6-7 of Meta's document subpoena. Ms. Haugen had already previously produced documents
   responsive to Request Nos. 5, 22, and 23. The production consists of roughly twelve email threads and
   one chat thread. Ms. Haugen also produced a privilege log reflecting that two emails and their attachments
   were withheld for attorney-client privilege and as protected work product.

   Plaintiffs, Meta, and Ms. Haugen conferred over email regarding the scheduling of her deposition.
   The earliest date on which all involved parties and Ms. Haugen have availability for a deposition is
   September 25, 2025. The involved parties agreed that Ms. Haugen's deposition will proceed on that date
   in San Juan, Puerto Rico. The involved parties agreed that Ms. Haugen will sit for one deposition of 8
   hours on the record on a single day, with Meta limited to 6 hours on the record and the Plaintiffs (MDL
   PISD, MDL AGs, JCCP, TN, MA, AR, and NM Plaintiffs) limited to 2 hours on the record, and Meta
   agreed it will not seek another deposition of her in the above-captioned matter regardless of the resolution
   of Meta's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge [ECF No. 2239]
   (reserving the right to re-ask questions subject to objections or instructions that are overruled by the Court,
   if any).

DATED: September 8, 2025                    Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

  */s/ Antonio J. Perez-Marques*
James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
Antonio J. Perez-Marques (*pro hac vice*)
antonio.perez@davispolk.com
Corey M. Meyer (*pro hac vice*)
corey.meyer@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

**COVINGTON & BURLING LLP**

Ashley M. Simonsen (State Bar No. 275203)
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
David N. Sneed, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com
Email:  dsneed@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

**LEVY FIRESTONE MUSE LLP**

  */s/ Joshua A. Levy*
Joshua A. Levy, *pro hac vice*

jal@levyfirestone.com
Christina Lamoureux (*pro hac vice*)
christinal@levyfirestone.com
LEVY FIRESTONE MUSE LLP
900 17th Street NW, Suite 605
Washington, DC 20006
Phone: (202) 261-6564
Facsimile: (202) 595-8253

**KAUFHOLD GASKIN LLP**

Jonathan Gaskin (State Bar No. 203625)
jgaskin@kaufholdgaskin.com
485 Pacific Avenue
San Francisco, CA 94133
Phone: (415) 881-3191
Facsimile: (415) 298-0477

*Attorneys for Respondent Frances Haugen*

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 8, 2025

By: */s/ Antonio J. Perez-Marques*

---