UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, <br><br> Plaintiff(s), <br><br> v. <br><br> Meta Platforms, Inc, et al., <br><br> Defendant(s). | Case No. 4:22-md-3047;4:23-cv-05448 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Brittany Copper, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Wisconsin in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

Wisconsin Department of Justice
17 West Main Street, Madison, WI 53703
MY ADDRESS OF RECORD            LOCAL CO-COUNSEL'S ADDRESS OF RECORD

608-266-1795
MY TELEPHONE # OF RECORD        LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

brittany.copper@wisdoj.gov
MY EMAIL ADDRESS OF RECORD      LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1142446.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/03/2025                                          Brittany Copper
                                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brittany Copper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   September 11, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

BRITTANY ANN COPPER

was admitted to practice as an attorney within this state on May 13, 2025 and is presently in good standing in this court.

Dated: September 2, 2025



SHEELAH GUILD
Chief Deputy Clerk of Supreme Court




AP-7000, 03/2005 Certificate of Good Standing