1

*[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT              MDL No. 3047
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION               Case No. 4:22-md-03047-YGR-PHK

13                                               **OMNIBUS SEALING STIPULATION
                                                 REGARDING DKT. NO. 2180**
14
     This Document Relates to:
15
     ALL ACTIONS                                 Judge: Hon. Yvonne Gonzalez Rogers
16                                               Magistrate Judge: Hon. Peter H. Kang

17

18
          Pursuant to Civil Local Rules 7-11 and 79-5, October 11, 2024 Third Modified Protective
19
     Order (Dkt. No. 1209), and August 1, 2023 Order Granting Motion to File Under Seal; Setting
20
     Sealing Procedures (Dkt. No. 341), Plaintiffs and Defendants TikTok Ltd., TikTok LLC, TikTok
21
     Inc., ByteDance Ltd., and ByteDance Inc. (collectively, "TikTok Defendants") and Plaintiffs
22
     (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with the Parties'
23
     Joint Letter Brief on Whether Plaintiffs are Entitled to Additional Written Discovery, Document
24
     Productions, and a Deposition regarding Eugenia Cooney. (ECF No. 2179; ECF No. 2181
25
     (corrected)).
26
          On August 12, 2025, the Parties filed their Joint Letter Brief on Whether Plaintiffs are
27
     Entitled to Additional Written Discovery, Document Productions, and a Deposition regarding
28

1  Eugenia Cooney (hereinafter "Joint Letter Brief") (ECF No. 2179, 2181), together with a Joint

2  Temporary Sealing Motion (ECF No. 2180). The Parties filed the Joint Letter Brief with

3  confidentiality redactions (at ECF No. 2179) and submitted a sealed unredacted copy of the Joint

4  Letter Brief to the Court (ECF No. 2180-1; ECF No. 2181 (corrected)).

5      The Parties now agree that certain conditional redactions in the Joint Letter Brief, as

6  reflected in the modified redacted version (Exhibit A) and described below, should remain sealed.

## I.    UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS

| Dkt. No. | Description | Requested Action | Language to Be Redacted | Basis for Sealing | Previously Sealed |
|---|---|---|---|---|---|
| 2180-1 | Joint Letter Brief | Sealed | Page 4, third paragraph, lines 4, 5 redact the words after "reported" to "by", and the words after "external" to "partners" | Contains confidential information excerpted from confidential internal TikTok documents and/or deposition testimony. | No |
| 2180-1 | Joint Letter Brief | Sealed | Page 5, first paragraph, lines 6-8, redact everything after "TikTok feared" to "Further," | Contains confidential information excerpted from confidential internal TikTok documents and/or deposition testimony. | No |

The Parties agree that the portions of the Joint Letter Brief not listed in the above chart

may be unsealed. The TikTok Defendants do not waive, and expressly reserve, their right to move

to seal other material from, or derived from, documents quoted, paraphrased, characterized, or

otherwise cited in the Joint Letter Brief. The confidentiality or appropriateness of sealing material

other than the cited portions of the Joint Letter Brief is not currently at issue, and the TikTok

Defendants do not waive any right with respect to that material.

Plaintiffs' agreement to allow portions of the Joint Letter Brief to remain under seal is

made in a good faith effort to resolve the current dispute and is not a concession that the agreed

1   redactions are mandated by law. Plaintiffs' agreement extends solely to the copy of the Joint

2   Letter Brief and, as such, does not extend to any underlying documents or information within

3   those documents. Plaintiffs reserve all rights to oppose sealing this same or similar information in

4   the future, as well as to unseal or de-designate the Joint Letter Brief in its entirety in the future.

5          Pursuant to this Court's sealing procedures, the following are attached hereto: (i) a copy of

6   the modified Joint Letter Brief, with the redactions agreed by the Parties listed above, (ii) the

7   Declaration of Mark Sentenac supporting the requests to seal; and (iii) a Proposed Order on

8   Undisputed Sealing Requests.

9   **IT IS SO STIPULATED AND AGREED,** through Counsel of Record.

10

11  Dated: September 12, 2025                    Respectfully submitted,

12                                               **KING & SPALDING LLP**

13                                               By: */s/ Geoffrey M. Drake*

14                                               Geoffrey M. Drake, *pro hac vice*
                                                 TaCara D. Harris, *pro hac vice*
15                                               KING & SPALDING LLP
                                                 1180 Peachtree Street, NE, Suite 1600
16                                               ATLANTA, GA 30309
                                                 T: (404) 572-4600
17                                               gdrake@kslaw.com
                                                 tharris@kslaw.com
18
                                                 David P. Mattern, *pro hac vice*
19                                               KING & SPALDING LLP
                                                 1700 Pennsylvania Avenue, NW
20                                               Suite 900
                                                 WASHINGTON, DC 20006
21                                               T: (202) 737-0500
                                                 dmattern@kslaw.com
22
                                                 Bailey J. Langner (SBN 30753)
23                                               KING & SPALDING LLP
                                                 50 California Street, Suite 3300
24                                               San Francisco, CA 94111
                                                 T: (415) 318-1200
25                                               blangner@kslaw.com

26                                               *Attorneys for Defendants*
                                                 *TikTok Inc., ByteDance Inc., TikTok Ltd.,*
27                                               *ByteDance Ltd., and TikTok LLC*

28

1

2

By: */s/ Michael M. Weinkowitz*

MICHAEL M. WEINKOWITZ

3

LEVIN SEDRAN & BERMAN, LLP
510 Walnut Street, Suite 500

4

Philadelphia, PA 19106
T: 215-592-1500

5

mweinkowitz@lfsbalw.com

6

LEXI J. HAZAM
LIEFF CABRASER HEIMANN &

7

BERNSTEIN, LLP
275 Battery Street, 29th Floor

8

San Francisco, CA 94111
T: 415-956-1000

9

lhazam@lchb.com

10

PREVIN WARREN
MOTLEY RICE LLC

11

401 9th Street NW, Suite 630
Washington, DC 20004

12

T: 202-386-9610
pwarren@motleyrice.com

13

ANDREA MURA
GIBBS MURA, LLP

14

1111 Broadway, Suite 2100
Oakland, CA 94607

15

T: 510-350-9717
amm@classlawgroup.com

16

17

FELICIA J. CRAICK
KELLER ROHRBACK L.L.P

18

1201 Third Avenue, Suite 3400
Seattle, WA 98101

19

fcraick@kellerrohrback.com

20

*Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 12, 2025

*/s/ Geoffrey M. Drake*
GEOFFREY M. DRAKE