1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
12 PRODUCTS LIABILITY LITIGATION

MDL No. 3047

Case No. 4:22-md-03047-YGR-PHK

13 **DECLARATION OF MARK A.
SENTENAC IN SUPPORT
14 OF OMNIBUS SEALING
STIPULATION REGARDING DKT.
15 NO. 2180**

16 Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang
17

This Document Relates to:
18
ALL ACTIONS
19

20

21

22

23

24

25

26

27

28

---

DECLARATION IN SUPPORT OF OMNIBUS SEALING STIPULATION

## DECLARATION OF MARK A. SENTENAC

I, Mark A. Sentenac, declare as follows:

1.      I am a partner of the law firm of King & Spalding LLP, attorney of record for Defendants TikTok Inc., TikTok Ltd., TikTok LLP, ByteDance Inc., and ByteDance Ltd. ("Defendants") in the above-referenced case. I have personal knowledge of the following facts and, if called as a witness in the above-referenced action, could competently testify to the matters stated herein.

2.      I submit this declaration in support of (i) the Omnibus Sealing Stipulation in connection with the Parties' Joint Letter Brief on Whether Plaintiffs are Entitled to Additional Written Discovery, Document Productions, and a Deposition regarding Eugenia Cooney (hereinafter "Joint Letter Brief") (ECF No. 2179, ECF No. 2181 (corrected)), together with a Joint Temporary Sealing Motion (ECF No. 2180).

3.      The following portions of the Parties' Joint Letter Brief contain confidential information, including excerpts from confidential internal TikTok documents and confidential deposition transcripts, protected from disclosure under the Court's October 11, 2024 Third Modified Protective Order (Dkt. No. 1209).

| Dkt. No. | Description | Requested Action | Language to Be Redacted | Basis for Sealing | Previously Sealed |
|---|---|---|---|---|---|
| 2180-1 | Joint Letter Brief | Sealed | Page 4, third paragraph, lines 4, 5 redact the words after "reported" to "by", and the words after "external" to "partners" | Contains confidential information excerpted from confidential internal TikTok documents and/or deposition testimony. | No |
| 2180-1 | Joint Letter Brief | Sealed | Page 5, first paragraph, lines 6-8, redact everything after "TikTok feared" to "Further," | Contains confidential information excerpted from confidential internal TikTok documents and/or deposition testimony. | No |

4.      The TikTok Defendants do not disclose this information publicly in the ordinary course of business.  It is highly sensitive and confidential.

I declare under penalty of perjury under the laws of the Georgia that the foregoing is true and correct.  Executed on the 12th day of September, 2025 at Atlanta, Georgia.

*/s/ Mark A. Sentenac*
Mark A. Sentenac

DECLARATION IN SUPPORT OF OMNIBUS SEALING STIPULATION