IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR-PHK <br><br> **[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 2180** |
| This Document Relates to: <br><br> ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting declaration, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the Parties' Joint Letter Brief on Whether Plaintiffs are Entitled to Additional Written Discovery, Document Productions, and a Deposition regarding Eugenia Cooney. (ECF No. 2179; ECF No. 2181 (corrected)).

| Dkt. No. | Description | Requested Action | Language to Be Redacted | Basis for Sealing |
|---|---|---|---|---|
| 2180-1 | Joint Letter Brief | Sealed | Page 4, third paragraph, lines 4, 5 redact the words | Granted _____ |

1

[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION

| | | | after "reported" to "by", and the words after "external" to "partners" | Denied _____ |
|---|---|---|---|---|
| 2180-1 | Joint Letter Brief | Sealed | Page 5, first paragraph, lines 6-8, redact everything after "TikTok feared" to "Further," | Granted \_\_\_\_\_<br><br>Denied _____ |

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                                        Hon. Peter H. Kang
                                                                                        United States District Judge

Dated: September 12, 2025              Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ *Geoffrey M. Drake*
    Geoffrey M. Drake, *pro hac vice*
    TaCara D. Harris, *pro hac vice*
    KING & SPALDING LLP
    1180 Peachtree Street, NE, Suite 1600
    ATLANTA, GA 30309
    T: (404) 572-4600
    gdrake@kslaw.com
    tharris@kslaw.com

    David P. Mattern, *pro hac vice*
    KING & SPALDING LLP
    1700 Pennsylvania Avenue, NW
    Suite 900
    WASHINGTON, DC 20006
    T: (202) 737-0500
    dmattern@kslaw.com

    Bailey J. Langner (SBN 30753)
    KING & SPALDING LLP
    50 California Street, Suite 3300
    San Francisco, CA 94111
    T: (415) 318-1200
    blangner@kslaw.com

    *Attorneys for Defendants*

*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

By: /s/ *Michael M. Weinkowitz*
    MICHAEL M. WEINKOWITZ
    LEVIN SEDRAN & BERMAN, LLP
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    T: 215-592-1500
    mweinkowitz@lfsbalw.com

    LEXI J. HAZAM
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    T: 415-956-1000
    lhazam@lchb.com

    PREVIN WARREN
    MOTLEY RICE LLC
    401 9th Street NW, Suite 630
    Washington, DC 20004

T: 202-386-9610
pwarren@motleyrice.com

ANDREA MURA
GIBBS MURA, LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
T: 510-350-9717
amm@classlawgroup.com

FELICIA J. CRAICK
KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3400
Seattle, WA 98101
fcraick@kellerrohrback.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 12, 2025         */s/ Geoffrey M. Drake*
                                  GEOFFREY M. DRAKE