IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case No. 4:22-md-03047-YGR-PHK |
| | [PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NO. 2180 |
| This Document Relates to: ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting declaration, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the Parties' Joint Letter Brief on Whether Plaintiffs are Entitled to Additional Written Discovery, Document Productions, and a Deposition regarding Eugenia Cooney. (ECF No. 2179; ECF No. 2181 (corrected)).

| Dkt. No. | Description | Requested Action | Language to Be Redacted | Basis for Sealing |
|---|---|---|---|---|
| 2180-1 | Joint Letter Brief | Sealed | Page 4, third paragraph, lines 4, 5 redact the words | Granted _X____ |

1

| | | | | |
|---|---|---|---|---|
| | | | after "reported" to "by", and the words after "external" to "partners" | Denied _____ |
| 2180-1 | Joint Letter Brief | Sealed | Page 5, first paragraph, lines 6-8, redact everything after "TikTok feared" to "Further," | Granted _X_____ <br><br> Denied _____ |

**IT IS SO ORDERED.**

Dated: September 15, 2025

_____
Hon. Peter H. Kang
U.S. Magistrate Judge

| | | |
|---|---|---|
| 1 | Dated: September 12, 2025 | Respectfully submitted, |
| 2 | | **KING & SPALDING LLP** |
| 3 | | |
| 4 | | By: */s/ Geoffrey M. Drake* |
| | | Geoffrey M. Drake, *pro hac vice* |
| | | TaCara D. Harris, *pro hac vice* |
| | | KING & SPALDING LLP |
| | | 1180 Peachtree Street, NE, Suite 1600 |
| | | ATLANTA, GA 30309 |
| | | T: (404) 572-4600 |
| | | gdrake@kslaw.com |
| | | tharris@kslaw.com |
| | | |
| | | David P. Mattern, *pro hac vice* |
| | | KING & SPALDING LLP |
| | | 1700 Pennsylvania Avenue, NW |
| | | Suite 900 |
| | | WASHINGTON, DC 20006 |
| | | T: (202) 737-0500 |
| | | dmattern@kslaw.com |
| | | |
| | | Bailey J. Langner (SBN 30753) |
| | | KING & SPALDING LLP |
| | | 50 California Street, Suite 3300 |
| | | San Francisco, CA 94111 |
| | | T: (415) 318-1200 |
| | | blangner@kslaw.com |
| | | |
| | | *Attorneys for Defendants* |
| | | |
| | | *TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC* |
| | | |
| | | By: */s/ Michael M. Weinkowitz* |
| | | MICHAEL M. WEINKOWITZ |
| | | LEVIN SEDRAN & BERMAN, LLP |
| | | 510 Walnut Street, Suite 500 |
| | | Philadelphia, PA 19106 |
| | | T: 215-592-1500 |
| | | mweinkowitz@lfsbalw.com |
| | | |
| | | LEXI J. HAZAM |
| | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111 |
| | | T: 415-956-1000 |
| | | lhazam@lchb.com |
| | | |
| | | PREVIN WARREN |
| | | MOTLEY RICE LLC |
| | | 401 9th Street NW, Suite 630 |
| | | Washington, DC 20004 |

T: 202-386-9610
pwarren@motleyrice.com

ANDREA MURA
GIBBS MURA, LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
T: 510-350-9717
amm@classlawgroup.com

FELICIA J. CRAICK
KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3400
Seattle, WA 98101
fcraick@kellerrohrback.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 12, 2025          */s/ Geoffrey M. Drake*
                                    GEOFFREY M. DRAKE