Sam Ferguson (270957)
   sam@fergusonlawpc.com
Katharine Kates (155534)
   katharine@fergusonlawpc.com
Ann Cappetta (354079)
   annie@fergusonlawpc.com
FERGUSON LAW PC
1816 5th Street
Berkeley, CA 94710
Tel. (510) 548-9005

Attorneys for Proposed Intervenor
TIME USA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>**DECLARATION OF CHARLOTTE ALTER IN SUPPORT OF MOTION TO INTERVENE AND PROTECT ACCESS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br><u>Hearing</u>:<br><br>Date: October 21, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 1, Fourth Floor |

I, Charlotte Alter, declare as follows:

1. I am an award-winning journalist and a Senior Correspondent at TIME, a global media brand and one of the oldest and most well-recognized weekly newsmagazines in America. With more than 15 million print readers and more than 50 million followers across social media channels, TIME is a critical source of information for the public. It is owned and operated by TIME USA, LLC.

2. Over the course of my 12-year career at TIME, I have written 18 cover stories and won numerous awards. I have won, amongst other awards, three Newswomen's Club Awards — including for best feature and best political reporting — and a GLAAD Award. I am also the author of *The Ones We've Been Waiting For: How a New Generation of Leadership Will Transform America* (2020), a book that chronicles the rise of a new generation of millennial politicians. I am a general-assignment reporter. My assignments have included presidential elections, Covid, youth activism around climate change, and gun violence. I appear regularly on television to discuss my reporting.

3. For most of the last year, my coverage has focused on the impact of social media on kids and teenagers.[1] My sustained beat coverage has included stories that address the allegations at issue in this MDL.

4. For example, on August 20, 2025, TIME published my story titled, "'Everything I Learned About Suicide, I Learned On Instagram.'"[2] As the article states, the eponymous quote came from MDL Plaintiff Taylor Little who first attempted suicide at age 13 after consuming self-harm content on social media. This article also covered studies finding mental-health risks from

---

[1] *E.g.* Charlotte Alter, *She Says Social-Media Algorithms Led to Her Eating Disorder. Now She's Suing TikTok and Instagram*, TIME (June 18, 2025, at 4:00 AM PT), https://time.com/7295323/social-media-case-instagram-tiktok/ (reporting on this multi-district litigation); Charlotte Alter, *Inside the Parent-Led Movement For Phone-Free Schools*, TIME (Aug. 4, 2025, at 4:00 AM PT), https://time.com/7307163/parent-movement-phone-free-schools/ (covering legislative reform efforts to curb youth phone addiction).

[2] Charlotte Alter, *'Everything I Learned About Suicide, I Learned On Instagram.'*, TIME (Aug. 20, 2025, at 4:00 AM PT), https://time.com/7310444/instagram-lawsuit-self-harm/.

teen social-media use, a whistleblower's attempt to address these risks inside Meta, and other MDL Plaintiffs' allegations.

5. TIME helps shape the national narrative about the impact of social media use on public health, and especially the health of minors, through consistent beat coverage with fact-based reporting and analysis.

6. TIME regularly relies on access to public documents, including court records, in its reporting. We have a demonstrated commitment to protecting freedom of the press and demanding government transparency. For example, on May 1, 2025, Time joined the One Free Press Coalition in publishing a list of the ten most urgent threats to press freedom around the world, bringing attention to fellow journalists who are being imprisoned for seeking to tell the truth.[3]

7. I believe that accessing the evidence subject to protective order that is filed in support or opposition to dispositive and *Daubert* motions in this litigation will likely further my ability to report on this litigation specifically and the health impacts of social-media use on children more generally, including any actions taken by social media companies to induce or prevent such harms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of September, 2025, at Brooklyn, New York.

*/s/ Charlotte Alter*
CHARLOTTE ALTER

---

[3] One Free Press Coalition, *The Most Urgent Threats to Press Freedom Around the World*, TIME (May 1, 2025, at 6:13 AM ET),