UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

People of the State of California,

Plaintiff(s),

v.

Meta Platforms, Inc., et al.,

Defendant(s).

Case No. 4:22-md-3047; 4:23-cv-05448

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Rebecca Borne, an active member in good standing of the bar of D. Conn., hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Connecticut in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

165 Capitol Ave, Hartford CT 06106
MY ADDRESS OF RECORD                                  LOCAL CO-COUNSEL'S ADDRESS OF RECORD

860-808-5400
MY TELEPHONE # OF RECORD                              LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rebecca.borne@ct.gov
MY EMAIL ADDRESS OF RECORD                            LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ct31991.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/12/2025

Rebecca Borne
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rebecca Borne is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 17, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

2

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti,** *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at* **Hartford** *on the* **8th** *day of* **March, 2025**

**Rebecca Borne**

*of*

**New Haven, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **June 17, 2025**

Carl D. Cicchetti
*Chief Clerk*

Case 4:22-md-03047-YGR    Document 2268    Filed 09/18/25    Page 4 of 5

# The United States of America

I, Dinah Milton Kinney, Clerk of the United States District Court for the District of Connecticut

certify that

## Rebecca Borne

was duly admitted and qualified to practice as an Attorney in the District Court on the 10th day of September, 2025.

In testimony whereof, I sign my name and affix the seal of this court.

_Dinah Milton Kinney_
Clerk

September 10, 2025
Date