**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| Date: September 19, 2025 | Time: 10:34 a.m. to 11:30 a.m. (56 Minutes) | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Previn Warren (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Recorded via Zoom

**PROCEEDINGS**

Further Case Management Conference-Held

The Court grants the proposed modification to the Case Schedule and the request for a brief discussing overlapping claims. The Court heard argument on trial sequencing.

The motions to seal in Dkt. Nos. 1952, 2021, 2069, 2081, 2082, and 2083, are granted.

Written order to issue.