Social Media MDL
Case No.: 22-md-3047-YGR     September 19, 2025

## ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **PLAINTIFFS:** | | |
| Jennie Lee Anderson (Liaison Counsel) | Andrus Anderson LLP | |
| Lexi Hazam (Co-Lead) | Lieff Cabraser Heimann & Bernstein LLP | [signature] |
| Previn Warren (Co-Lead) | Motley Rice, LLC | [signature] |
| Abigail Burman (Co-Lead) | Motley Rice, LLC | |
| Davis Vaughn (Federal/State Liaison) | Beasley Allen Law Firm | [signature] |
| Michael Weinkowitz (Government Entity Subcommittee) | Levin Sedran & Berman LLP | [signature] |
| Megan O'Neill | Deputy Attorney General, California Department of Justice | [signature] |
| Joshua Olszewski-Jubelirer | Deputy Attorney General, California Department of Justice | [signature] |
| Emily Kalanithi | Supervising Deputy Attorney General – CA | [signature] |
| Krista Batchelder | Deputy Solicitor General – CO | Batchelder |
| Philip Heleringer | Executive Director – KY | [signature] |
| Verna Pradaxay | Deputy Attorney General, Office of the Attorney General, State of New Jersey | Verna Pradaxay |
| Chris Seeger | Seeger Weiss | [signature] |
| Andre Mura | Gibbs Mura | [signature] |
| Justin DemeRam | O'Hanlon, DemeRam Castillo | [signature] |
| Craig Eiland | Eiland & Bonnin | [signature] |
| Sam Ferguson (Proposed Intervenor) | Time USA, LLC | |
| Ann Cappetta (Proposed Intervenor) | Time USA, LLC | AnnCapp |

Social Media MDL
Case No.: 22-md-3047-YGR     September 19, 2025

ATTORNEY SIGN-IN SHEET

| Attorney | Affiliation | Signature/Initial |
|---|---|---|
| **DEFENDANTS:** | | |
| Ashley Simonsen (Meta) | Covington & Burling | *signed* |
| Paul Schmidt (Meta) | Covington & Burling | Paul Schmidt |
| Mike Imbroscio (Meta) | Covington & Burling | *signed* |
| James Rouhandeh (Meta) | Davis Polk | *signed* |
| Jonathan Blavin (Snap) | Munger, Tolles & Olson | *signed* |
| Geoffrey Drake (TikTok) | King & Spalding | *signed* |
| Bailey Langner (TikTok) | King & Spalding | *signed* |
| Ashley Hardin (YouTube/Google) | Williams & Connolly | *signed* |