# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 27**<br><br>*Upcoming Case Management Conferences:*<br>October 24, 2025 at 9:00 a.m.<br>November 19, 2025 at 2:00 p.m.<br>December 15, 2025 at 9:00 a.m. over Zoom<br>January 26, 2026 at 8:00 a.m. |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on September 19, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

### I.   SUMMARY JUDGMENT BRIEFING

Page Limits. In briefing the oppositions to defendants' anticipated six summary judgment motions, the Court will permit the school district plaintiffs to file one additional brief (seven total) that addresses overlapping issues. The total number of pages allocated for that brief will be subtracted from the cumulative briefing limit (300 pages).

Separate Statement. The parties are relieved from the Court's requirement to file a supporting or responding separate statement. Instead, the parties must file briefs that hyperlink to the supporting evidence that the brief cites. That said, any brief with record cites **must be signed** by **lead counsel** who has reviewed the document(s) and can attest as follows: *"I attest that the evidence cited herein fairly and accurately supports [or disputes] the facts as asserted."*

Expert Reports. The parties shall provide the Court with a flash drive containing electronic copies of all expert reports at issue in the summary judgment and Rule 702 briefing. The reports

shall be provided to the Court by **October 1, 2025**.

## II. TRIAL SEQUENCING

The Court heard argument on the sequence of the six school district bellwether trials. The Court anticipates selecting a jury in May and beginning trial in June. Those trials will occur as follows:

| **School District Bellwethers** | | | |
|---|---|---|---|
| **No.** | **Case Name** | **Member Case Number** | **Location** |
| 1. | *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | 4:23-cv-01804 | McKinleyville |
| 2. | *Tucson Unified School District v. Meta Platforms, Inc., et al.* | 4:24-cv-01382 | Oakland |
| 3. | *Charleston County School District v. Meta Platforms, Inc., et al.* | 4:23-cv-04659 | Oakland |
| 4. | *Irvington Public Schools v. Meta Platforms, Inc. et al.* | 4:23-cv-01467 | Oakland |
| 5. | *DeKalb County School District v. Meta Platforms, Inc., et al.* | 4:25-cv-02310 | Atlanta |
| 6. | *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | 4:23-cv-03065 | Oakland |

## III. SCHEDULING

The parties stipulated to modify pretrial deadlines for the school district and personal injury cases. (Dkt. No. 2256.) The Court **GRANTS** that stipulation.

Accordingly, the pretrial schedule for the personal injury and school district cases is **MODIFIED** as follows:

### PRETRIAL SCHEDULE

| | |
|---|---|
| EXCHANGE PRELIMINARY WITNESS LISTS | September 24, 2025 |
| DISPOSITIVE AND RULE 702 (*DAUBERT*) MOTIONS: OPENING BRIEFS | September 30, 2025 |
| DEADLINE TO MEET AND CONFER REGARDING WHETHER ANY ADDITIONAL AND UNANTICIPATED DISCOVERY MAY BE NEEDED ON DISCLOSED WITNESSES AND TO DEVELOP A PLAN FOR COMPLETING ANY AGREED-UPON ADDITIONAL DISCOVERY | October 6, 2025 |

| | |
|---|---|
| Submit Joint Status Report on Results of Meet and Confer on Additional and Unanticipated Discovery on Disclosed Witnesses | October 8, 2025 |
| Submit Joint Letter Brief on Any Remaining Discovery Disputes on Disclosed Witnesses | October 13, 2025 |
| Exchange Preliminary Proposed Jury Instructions | October 20, 2025 |
| Dispositive and Rule 702 (*Daubert*) Motions: Opposition Briefs | November 7, 2025 |
| Dispositive and Rule 702 (*Daubert*) Motions: Reply Briefs | December 5, 2025 |
| File Proposed/Disputed Jury Instructions and Additional Questions for Juror's Survey Monkey Questionnaire[1] | December 8, 2025 |
| Dispositive and Rule 702 (*Daubert*) Motions: Hearing | January 26, 2026 |
| Exchange of Initial Pretrial Disclosures Per the Court's Standing Order | TBD |
| Submit Joint Statement regarding Pretrial Meet and Confer Compliance | TBD |
| Compliance Deadline | TBD |
| Joint Trial Submissions Per the Court's Standing Order | TBD[2] |

### IV. Administrative

The State AGs and defendants proposed two schedules related to its pre-filing conference requirement. (Dkt. No. 2271.) The Court **Grants** that proposal.

---

[1] Each side will have the opportunity to propose five additional questions each for inclusion in the juror questionnaire plus the Court will include ALL potential witnesses in alphabetical order.

[2] Parties shall deliver joint pretrial readiness binders containing all materials to be filed on or before this deadline by no later than 2:00 p.m. on the following day. Printed copies of documents filed on the docket must contain ECF headers.

The Court requests an update on member case *Sullivan v. Meta Platforms* (No. 4:25-cv-05081) in the parties' next case management statement.

The Court **GRANTS** the following motions to seal: Dkt. Nos. 1952, 2021, 2069, 2081, 2082, and 2083.

This terminates Dkt. Nos. 1952, 2021, 2069, 2081, 2082, 2083, 2256, and 2271.

**IT IS SO ORDERED.**

Dated: September 23, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**