UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS FOR FAILURE TO ACCOUNT FOR SECTION 230 AND THE FIRST AMENDMENT**<br><br><u>Hearing</u>:<br>Date:   January 26, 2026<br>Time:   8:00 am<br>Place:  Courtroom 1, Floor 4<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Having considered the parties' submissions, the record, and the applicable law, the Court hereby **GRANTS** Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions for Failure to Account for Section 230 and the First Amendment. The general causation reports and testimony of Mr. Arturo Béjar, Dr. Drew Cingel, Dr. Dimitri Christakis, Dr. Gary Goldfield, Dr. Lauren Hale, Dr. Sharon Hoover, Dr. Anna Lembke, Dr. Ramin Mojtabai, Dr. Stuart Murray, Ms. Lotte Rubaek, Dr. Eva Telzer, Dr. Jean Twenge, and Dr. Bradley Zicherman are excluded in their entirety.

**IT IS SO ORDERED.**

DATED: _____

                                                Honorable Yvonne Gonzalez Rogers
                                                United States District Judge