Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**TEMPORARY SEALING MOTION RE DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants submit this Temporary Sealing Motion regarding Defendants' Motion to Exclude Testimony of School District Experts. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2291-1 | Motion for Exclude Testimony of School District Experts and Memorandum of Points and Authorities | Not redacted or sealed |
| ECF No. 2291-2 | Declaration of Ashley M. Simonsen | Not redacted or sealed |
| ECF No. 2291-3 | Ex. 1, May 16, 2025 Expert Report of Dr. Sharon Hoover | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-4 | Ex. 2, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Breathitt County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-5 | Ex. 3, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Charleston County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-6 | Ex. 4, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-7 | Ex. 5, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Board of Education Harford County | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-8 | Ex. 6, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-9 | Ex. 7, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-10 | Ex. 8, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Breathitt County | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| | | |
|---|---|---|
| ECF No. 2291-11 | Ex. 9, August 1, 2025 Rebuttal Report of Dr. Sharon Hoover for Charleston County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-12 | Ex. 10, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-13 | Ex. 11, August 1, 2025 Rebuttal Report of Dr. Sharon Hoover for Harford County Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-14 | Ex. 12, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-15 | Ex. 13, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-16 | Ex. 14, May 18, 2025 Expert Report of Robert Klein for Breathitt County School District | Not redacted or sealed |
| ECF No. 2291-17 | Ex. 15, May 18, 2025 Expert Report of Robert Klein for Charleston County School District | Not redacted or sealed |
| ECF No. 2291-18 | Ex. 16, May 18, 2025 Expert Report of Robert Klein for DeKalb County School District | Not redacted or sealed |
| ECF No. 2291-19 | Ex. 17, May 18, 2025 Expert Report of Robert Klein for Harford County Public Schools | Not redacted or sealed |
| ECF No. 2291-20 | Ex. 18, May 18, 2025 Expert Report of Robert Klein for Irvington Public Schools | Not redacted or sealed |
| ECF No. 2291-21 | Ex. 19, May 18, 2025 Expert Report of Robert Klein for Tucson Unified School District | Not redacted or sealed |
| ECF No. 2291-22 | Ex. 20, August 1, 2025 Rebuttal Report of Robert Klein for Breathitt County School District | Not redacted or sealed |
| ECF No. 2291-23 | Ex. 21, August 1, 2025 Rebuttal Report of Robert Klein for Charleston County School District | Not redacted or sealed |
| ECF No. 2291-24 | Ex. 22, August 1, 2025 Rebuttal Report of Robert Klein for DeKalb County School District | Not redacted or sealed |

| | | |
|---|---|---|
| ECF No. 2291-25 | Ex. 23, August 1, 2025 Rebuttal Report of Robert Klein for Harford County Public Schools | Not redacted or sealed |
| ECF No. 2291-26 | Ex. 24, August 1, 2025 Rebuttal Report of Robert Klein for Irvington Public Schools | Not redacted or sealed |
| ECF No. 2291-27 | Ex. 25, August 1, 2025 Rebuttal Report of Robert Klein for Tucson Unified School District | Not redacted or sealed |
| ECF No. 2291-28 | Ex. 26, June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Breathitt County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-29 | Ex. 27, June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Charleston County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-30 | Ex. 28, June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-31 | Ex. 29, June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Board of Education Harford County | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-32 | Ex. 30, June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-33 | Ex. 31, June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-34 | Ex. 32, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Breathitt County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-35 | Ex. 33, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Charleston County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-36 | Ex. 34, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-37 | Ex. 35, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Board of Education Harford County | Temporarily filing under seal because document contains |

| | | information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 2291-38 | Ex. 36, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-39 | Ex. 37, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-40 | Ex. 38, May 19, 2025 Expert Report of Jeffrey Meyers for Breathitt County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-41 | Ex. 39, May 19, 2025 Expert Report of Jeffrey Meyers for Charleston County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-42 | Ex. 40, May 19, 2025 Expert Report of Jeffrey Meyers for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-43 | Ex. 41, May 19, 2025 Expert Report of Jeffrey Meyers for Board of Education of Harford County | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-44 | Ex. 42, May 19, 2025 Expert Report of Jeffrey Meyers for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-45 | Ex. 43, May 19, 2025 Expert Report of Jeffrey Meyers for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-46 | Ex. 44, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Breathitt County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-47 | Ex. 45, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Charleston County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-48 | Ex. 46, July 25, 2025 Expert Reply Report of Jeffrey Meyers for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| | | |
|---|---|---|
| ECF No. 2291-49 | Ex. 47, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Board of Education of Harford County | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-50 | Ex. 48, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-51 | Ex. 49, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-52 | Ex. 50, May 16, 2025 Expert Report of Dr. Brian Osborne | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-53 | Ex. 51, July 30, 2025 Rebuttal Expert Report of Dr. Brian Osborne | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-54 | Ex. 52, May 19, 2025 Expert Report of Dr. Bryce Ward for Breathitt County Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-55 | Ex. 53, May 19, 2025 Expert Report of Dr. Bryce Ward for Charleston County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-56 | Ex. 54, May 19, 2025 Expert Report of Dr. Bryce Ward for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-57 | Ex. 55, May 19, 2025 Expert Report of Dr. Bryce Ward for Harford County Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-58 | Ex. 56, May 19, 2025 Expert Report of Dr. Bryce Ward for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-59 | Ex. 57, May 19, 2025 Expert Report of Dr. Bryce Ward for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-60 | Ex. 58, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Breathitt County Schools | Temporarily filing under seal because document contains |

TEMPORARY SEALING MOTION RE DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS
4:22-md-03047-YGR

| | | information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 2291-61 | Ex. 59, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Charleston County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-62 | Ex. 60, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for DeKalb County School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-63 | Ex. 61, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Harford County Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-64 | Ex. 62, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Irvington Public Schools | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-65 | Ex. 63, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Tucson Unified School District | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-66 | Ex. 64, Volume 1 of Dr. Sharon Hoover's Deposition, taken August 12, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-67 | Ex. 65, Volume 2 of Dr. Sharon Hoover's deposition, taken August 13, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-68 | Ex. 66, September 5, 2025 deposition of Robert Klein | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-69 | Ex. 67, August 27, 2025 deposition of Dr. Douglas Leslie | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-70 | Ex. 68, August 22, 2025 deposition of Jeffrey Meyers | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-71 | Ex. 69, September 4, 2025 deposition of Dr. Brian Osborne | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| | | |
|---|---|---|
| ECF No. 2291-72 | Ex. 70, August 15, 2025 deposition of Dr. Bryce Ward | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-73 | Ex. 71, Materials Considered List (Exhibit B) to Dr. Brian Osborne's May 16, 2025 Expert Report | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-74 | Ex. 72, Federal Judicial Center's *Reference Guide on Survey Research*, 359 Fed. Judicial Ctr. & Nat'l Academies Press (3rd ed. 2011) | Not redacted or sealed |
| ECF No. 2291-75 | Ex. 73, *Improving the Quality of Retrospective Reports: Calendar Interviewing Methodologies*, Program in Survey Research & Methodology (Working Paper No. 12) | Not redacted or sealed |
| ECF No. 2291-76 | Ex. 74, *Evaluating Survey Quality in Today's Complex Environment*, Am. Ass'n for Pub. Opinion Research (2016) | Not redacted or sealed |
| ECF No. 2291-77 | Ex. 75, *School Counselor Roles & Ratios* (2025) | Not redacted or sealed |
| ECF No. 2291-78 | Ex. 76, SHAPE District Profile for Breathitt County Schools (2019) | Not redacted or sealed |
| ECF No. 2291-79 | Ex. 77, SHAPE District Profile for DeKalb County School District (2019) | Not redacted or sealed |
| ECF No. 2291-80 | Ex. 78, DeKalb County School District's Third Amended Plaintiff Fact Sheet | Designated confidential by Plaintiff |
| ECF No. 2291-81 | Ex. 79, July 30, 2025 Rebuttal Report of Dr. Sharon Hoover | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2291-82 | Ex. 80, June 6, 2025 thread involving Melissa Yeates, Joseph Sandoval-Bushur, and others | Not redacted or sealed |
| ECF No. 2291-83 | Ex. 81, cited excerpts of Julia Shivandona's April 8, 2025 Rule 30(b)(6) deposition | Not redacted or sealed |
| ECF No. 2291-84 | Ex. 82, Common Core of Data – America's Public Schools (2023 – 2024) | Not redacted or sealed |
| ECF No. 2291-85 | Ex. 83, *The Professional Standards of the National Association of School Psychologists* (2019) | Not redacted or sealed |
| ECF No. 2291-86 | Ex. 84, May 2, 2025 Affidavit of Daphne Noble | Not redacted or sealed |
| ECF No. 2291-87 | Ex. 85, May 13, 2025 Affidavit of Dr. April Vauss | Not redacted or sealed |
| ECF No. 2291-88 | Ex. 86, May 15, 2025 Affidavit of Lisa Allison | Not redacted or sealed |

| | | |
|---|---|---|
| ECF No. 2291-89 | Ex. 87, May 16, 2025 Affidavit of Monika Davis | Not redacted or sealed |
| ECF No. 2291-90 | Ex. 88, May 5, 2025 Affidavit of Phillip Watts | Not redacted or sealed |
| ECF No. 2291-91 | Ex. 89, May 13, 2025 Declaration of Holly Hammel | Not redacted or sealed |
| ECF No. 2291-92 | Ex. 90, Plaintiff Board of Education of Harford County's Amended Responses and Objections to Defendants' Interrogatories (Set 3), dated April 14, 2025 | Designated confidential by Plaintiff |
| ECF No. 2291-93 | Ex. 91, cited excerpts of the May 7, 2025 deposition of Bernard Hennigan | Not redacted or sealed |
| ECF No. 2291-94 | Ex. 92, May 16, 2025 Rule 30(b)(6) deposition of Dr. April Vauss | Not redacted or sealed |
| ECF No. 2291-95 | Ex. 93, cited excerpts of the June 30, 2025 deposition of Julie Shivandona | Not redacted or sealed |
| ECF No. 2291-96 | Ex. 94, cited excerpts of the Rule 30(b)(6) deposition of Andrew Moore | Not redacted or sealed |
| ECF No. 2291-97 | Ex. 95, cited excerpts of the Rule 30(b)(6) deposition of Robert Ross | Not redacted or sealed |
| ECF No. 2291-98 | Ex. 96, cited excerpts of the May 23, 2025 deposition of Sabrina Salmon | Not redacted or sealed |
| ECF No. 2291-99 | Proposed Order | Not redacted or sealed |

DATED: September 30, 2025

Respectfully submitted,

By:  /s/ Ashley M. Simonsen

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments, Inc. f/k/a Facebook Payments, Inc.; Meta Platforms Technologies, LLC f/k/a*

*Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2025.

/s/ *Ashley M. Simonsen*
Ashley M. Simonsen