Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare as follows:

I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.  I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the May 16, 2025 Expert Report of Dr. Sharon Hoover.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Breathitt County Board of Education.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Charleston County School District.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for DeKalb County School District.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Board of Education Harford County.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Irvington Public Schools.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Tucson Unified School District.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Breathitt County.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Sharon Hoover for Charleston County School District.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for DeKalb County School District.

11. Attached hereto as **Exhibit 11** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Sharon Hoover for Harford County Public Schools.

12. Attached hereto as **Exhibit 12** is a true and correct copy of the August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Irvington Public Schools.

13. Attached hereto as **Exhibit 13** is a true and correct copy of the August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Tucson Unified School District.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the May 18, 2025 Expert Report of Robert Klein for Breathitt County School District.

15. Attached hereto as **Exhibit 15** is a true and correct copy of May 18, 2025 Expert Report of Robert Klein for Charleston County School District.

16. Attached hereto as **Exhibit 16** is a true and correct copy of May 18, 2025 Expert Report of Robert Klein for DeKalb County School District.

17. Attached hereto as **Exhibit 17** is a true and correct copy of May 18, 2025 Expert Report of Robert Klein for Harford County Public Schools.

18. Attached hereto as **Exhibit 18** is a true and correct copy of May 18, 2025 Expert Report of Robert Klein for Irvington Public Schools.

19. Attached hereto as **Exhibit 19** is a true and correct copy of May 18, 2025 Expert Report of Robert Klein for Tucson Unified School District.

20. Attached hereto as **Exhibit 20** is a true and correct copy of the August 1, 2025 Rebuttal Report of Robert Klein for Breathitt County School District.

21. Attached hereto as **Exhibit 21** is a true and correct copy of the August 1, 2025 Rebuttal Report of Robert Klein for Charleston County School District.

22. Attached hereto as **Exhibit 22** is a true and correct copy of the August 1, 2025 Rebuttal Report of Robert Klein for DeKalb County School District.

23. Attached hereto as **Exhibit 23** is a true and correct copy of the August 1, 2025 Rebuttal Report of Robert Klein for Harford County Public Schools.

24. Attached hereto as **Exhibit 24** is a true and correct copy of the August 1, 2025 Rebuttal Report of Robert Klein for Irvington Public Schools.

25. Attached hereto as **Exhibit 25** is a true and correct copy of the August 1, 2025 Rebuttal Report of Robert Klein for Tucson Unified School District.

26. Attached hereto as **Exhibit 26** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Breathitt County Board of Education.

27. Attached hereto as **Exhibit 27** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Charleston County School District.

28. Attached hereto as **Exhibit 28** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for DeKalb County School District.

29. Attached hereto as **Exhibit 29** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Board of Education Harford County.

30. Attached hereto as **Exhibit 30** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Irvington Public Schools.

31. Attached hereto as **Exhibit 31** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Douglas Leslie for Tucson Unified School District.

32. Attached hereto as **Exhibit 32** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Breathitt County Board of Education.

33. Attached hereto as **Exhibit 33** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Charleston County Board of Education.

34. Attached hereto as **Exhibit 34** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for DeKalb County School District.

35. Attached hereto as **Exhibit 35** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Board of Education Harford County.

36. Attached hereto as **Exhibit 36** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Irvington Public Schools.

37. Attached hereto as **Exhibit 37** is a true and correct copy of the August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Tucson Unified School District.

38. Attached hereto as **Exhibit 38** is a true and correct copy of the May 19, 2025 Expert Report of Jeffrey Meyers for Breathitt County Board of Education.

39. Attached hereto as **Exhibit 39** is a true and correct copy of the May 19, 2025 Expert Report of Jeffrey Meyers for Charleston County Board of Education.

40. Attached hereto as **Exhibit 40** is a true and correct copy of the May 19, 2025 Expert Report of Jeffrey Meyers for DeKalb County School District.

41. Attached hereto as **Exhibit 41** is a true and correct copy of the May 19, 2025 Expert Report of Jeffrey Meyers for Board of Education of Harford County.

42. Attached hereto as **Exhibit 42** is a true and correct copy of the May 19, 2025 Expert Report of Jeffrey Meyers for Irvington Public Schools.

43. Attached hereto as **Exhibit 43** is a true and correct copy of the May 19, 2025 Expert Report of Jeffrey Meyers for Tucson Unified School District.

44. Attached hereto as **Exhibit 44** is a true and correct copy of the July 25, 2025 Expert Reply Report of Jeffrey Meyers for Breathitt County Board of Education.

45. Attached hereto as **Exhibit 45** is a true and correct copy of the July 25, 2025 Expert Reply Report of Jeffrey Meyers for Charleston County Board of Education.

46. Attached hereto as **Exhibit 46** is a true and correct copy of the July 25, 2025 Expert Reply Report of Jeffrey Meyers for DeKalb County School District.

47. Attached hereto as **Exhibit 47** is a true and correct copy of the July 25, 2025 Expert Reply Report of Jeffrey Meyers for Board of Education of Harford County.

48. Attached hereto as **Exhibit 48** is a true and correct copy of the July 25, 2025 Expert Reply Report of Jeffrey Meyers for Irvington Public Schools.

49. Attached hereto as **Exhibit 49** is a true and correct copy of the July 25, 2025 Expert Reply Report of Jeffrey Meyers for Tucson Unified School District.

50. Attached hereto as **Exhibit 50** is a true and correct copy of the May 16, 2025 Expert Report of Dr. Brian Osborne.

51. Attached hereto as **Exhibit 51** is a true and correct copy of the July 30, 2025 Expert Report of Dr. Brian Osborne.

52. Attached hereto as **Exhibit 52** is a true and correct copy of the May 19, 2025 Expert Report of Dr. Bryce Ward for Breathitt County Schools.

53. Attached hereto as **Exhibit 53** is a true and correct copy of the May 19, 2025 Expert Report of Dr. Bryce Ward for Charleston County School District.

54. Attached hereto as **Exhibit 54** is a true and correct copy of the May 19, 2025 Expert Report of Dr. Bryce Ward for DeKalb County School District.

55. Attached hereto as **Exhibit 55** is a true and correct copy of the May 19, 2025 Expert Report of Dr. Bryce Ward for Harford County Public Schools.

56. Attached hereto as **Exhibit 56** is a true and correct copy of the May 19, 2025 Expert Report of Dr. Bryce Ward for Irvington Public Schools.

57. Attached hereto as **Exhibit 57** is a true and correct copy of the May 19, 2025 Expert Report of Dr. Bryce Ward for Tucson Unified School District.

58. Attached hereto as **Exhibit 58** is a true and correct copy of the July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Breathitt County Schools.

59. Attached hereto as **Exhibit 59** is a true and correct copy of the July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Charleston County School District.

60. Attached hereto as **Exhibit 60** is a true and correct copy of the July 31, 2025 Expert Reply Report of Dr. Bryce Ward for DeKalb County School District.

61. Attached hereto as **Exhibit 61** is a true and correct copy of the July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Harford County Public Schools.

62. Attached hereto as **Exhibit 62** is a true and correct copy of the July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Irvington Public Schools.

63. Attached hereto as **Exhibit 63** is a true and correct copy of the July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Tucson Unified School District.

64. Attached hereto as **Exhibit 64** is a true and correct copy of Volume 1 of Dr. Sharon Hoover's Deposition, taken August 12, 2025.

65. Attached hereto as **Exhibit 65** is a true and correct copy of Volume 2 of Dr. Sharon Hoover's deposition, taken August 13, 2025.

66. Attached hereto as **Exhibit 66** is a true and correct copy of the September 5, 2025 deposition of Robert Klein.

67. Attached hereto as **Exhibit 67** is a true and correct copy of the August 27, 2025 deposition of Dr. Douglas Leslie.

68. Attached hereto as **Exhibit 68** is a true and correct copy of the August 22, 2025 deposition of Jeffrey Meyers.

69. Attached hereto as **Exhibit 69** is a true and correct copy of the September 4, 2025 deposition of Dr. Brian Osborne.

70. Attached hereto as **Exhibit 70** is a true and correct copy of the August 15, 2025 deposition of Dr. Bryce Ward.

71. Attached hereto as **Exhibit 71** is a true and correct copy of the Materials Considered List (Exhibit B) to Dr. Brian Osborne's May 16, 2025 Expert Report.

72. Attached hereto as **Exhibit 72** is a true and correct copy of the Federal Judicial Center's *Reference Guide on Survey Research*, 359 FED. JUDICIAL CTR. & NAT'L ACADEMIES PRESS (3rd ed. 2011).

73. Attached hereto as **Exhibit 73** is a true and correct copy of the paper *Improving the Quality of Retrospective Reports: Calendar Interviewing Methodologies*, Program in Survey Research & Methodology (Working Paper No. 12), authored by Robert F. Belli.

74. Attached hereto as **Exhibit 74** is a true and correct copy of the article *Evaluating Survey Quality in Today's Complex Environment*, AM. ASS'N FOR PUB. OPINION RESEARCH (2016), authored by Reg Baker and others.

75. Attached hereto as **Exhibit 75** is a true and correct copy of the article *School Counselor Roles & Ratios* (2025), authored by the American School Counselor Association.

76. Attached hereto as **Exhibit 76** is a true and correct copy of the SHAPE District Profile for Breathitt County Schools (2019), authored by the National Center for Mental Health.

77. Attached hereto as **Exhibit 77** is a true and correct copy of the SHAPE District Profile for DeKalb County School District (2019), authored by the National Center for Mental Health.

78. Attached hereto as **Exhibit 78** is a true and correct copy of DeKalb County School District's Third Amended Plaintiff Fact Sheet.

79. Attached hereto as **Exhibit 79** is a true and correct copy of the July 30, 2025 Rebuttal Report of Dr. Sharon Hoover.

80. Attached hereto as **Exhibit 80** is a true and correct copy of a June 6, 2025 thread involving Melissa Yeates, Joseph Sandoval-Bushur, and others.

81. Attached hereto as **Exhibit 81** is a true and correct copy of cited excerpts of Julia Shivandona's April 8, 2025 Rule 30(b)(6) deposition.

82. Attached hereto as **Exhibit 82** is a true and correct copy of the webpage Common Core of Data – America's Public Schools (2023 – 2024), issued by the National Center for Education Statistics.

83. Attached hereto as **Exhibit 83** is a true and correct copy of *The Professional Standards of the National Association of School Psychologists* (2019), authored by the National Association of School Psychologists.

84. Attached hereto as **Exhibit 84** is a true and correct copy of the May 2, 2025 Affidavit of Daphne Noble.

85. Attached hereto as **Exhibit 85** is a true and correct copy of the May 13, 2025 Affidavit of Dr. April Vauss.

86. Attached hereto as **Exhibit 86** is a true and correct copy of the May 15, 2025 Affidavit of Lisa Allison.

87. Attached hereto as **Exhibit 87** is a true and correct copy of the May 16, 2025 Affidavit of Monika Davis.

88. Attached hereto as **Exhibit 88** is a true and correct copy of the May 5, 2025 Affidavit of Phillip Watts.

89. Attached hereto as **Exhibit 89** is a true and correct copy of the May 13, 2025 Declaration of Holly Hammel.

90. Attached hereto as **Exhibit 90** is a true and correct copy of Plaintiff Board of Education of Harford County's Amended Responses and Objections to Defendants' Interrogatories (Set 3), dated April 14, 2025.

91. Attached hereto as **Exhibit 91** is a true and correct copy of cited excerpts of the May 7, 2025 deposition of Bernard Hennigan.

92. Attached hereto as **Exhibit 92** is a true and correct copy of cited excerpts of the May 16, 2025 Rule 30(b)(6) deposition of Dr. April Vauss.

93. Attached hereto as **Exhibit 93** is a true and correct copy of cited excerpts of the June 30, 2025 deposition of Julie Shivandona.

94. Attached hereto as **Exhibit 94** is a true and correct copy of cited excerpts of the Rule 30(b)(6) deposition of Andrew Moore.

95. Attached hereto as **Exhibit 95** is a true and correct copy of cited excerpts of the Rule 30(b)(6) deposition of Robert Ross.

96. Attached hereto as **Exhibit 96** is a true and correct copy of cited excerpts of the May 23, 2025 deposition of Sabrina Salmon.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: September 30, 2025

By:  /s/ Ashley M. Simonsen
      Ashley M. Simonsen