UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Having considered the parties' submissions, the record, and the applicable law, the Court hereby GRANTS Defendants' Motion to Exclude Testimony of School District Experts. The reports and testimony of Robert Klein, Bryce Ward, Jeffrey Meyer, Sharon Hoover, Douglas Leslie, and Brian Osborne are excluded to the extent requested in Defendants' motion.

**IT IS SO ORDERED.**

DATED: _____

                                                      Honorable Yvonne Gonzalez Rogers
                                                      United States District Judge