# EXHIBIT 80

| | |
|---|---|
| **From:** | Melissa Yeates |
| **To:** | Sandoval-Bushur, Joseph; kmcnabb@lchb.com; smmdlschooldistrictbellwethergroup@lfsblaw.com |
| **Cc:** | SOCIALMEDIASD@SKADDENLISTS.COM |
| **Subject:** | RE: MDL 3047 - Hoover Materials |
| **Date:** | Friday, June 6, 2025 2:52:54 PM |

My apologies. I inadvertently sent the wrong list. Revised list below. Thanks!

| | |
|---|---|
| Baltimore City | Ketia Stokes |
| | Courtney Pate |
| | Erik Bandzak |
| | Patricia Roberts-Rose |
| | Michael McCormick |
| Breathitt | Phillip Watts |
| | Daphne Noble |
| | Kera Howard |
| | Jeremy Hall |
| | Stacy McKnight |
| Charleston | Shavonna Coakley |
| | Lisa Allison |
| Chathams | Michael Lasusa |
| | Emily Sortino |
| | Connor Henderson |
| Dekalb | Norman Sauce III |
| | Darnell Logan |
| | Denise Revels |
| | Kishia Towns |
| Harford | Chistina Alton |
| | Buzz Williams |
| | Bernard Hennigan |
| Hillsborough | Tracye Brown |
| | Myrna Hogue |
| Irvington | April Vauss |
| | Michael Bussacco |
| | Shelley Pettiford |
| Jordan | Travis Hamblin |
| | Stacee Worthen |
| Spartanburg 6 | J. Funderburk |
| | Alan Eggert |
| St Charles | Jerry Smith |
| Tucson | Julie Shivanonda |
| | Anna Schwartz Warmbrand |

**From:** Melissa Yeates
**Sent:** Friday, June 6, 2025 2:43 PM
**To:** Sandoval-Bushur, Joseph <JSandoval-Bushur@wc.com>; kmcnabb@lchb.com; smmdlschooldistrictbellwethergroup@lfsblaw.com
**Cc:** SOCIALMEDIASD@SKADDENLISTS.COM
**Subject:** RE: MDL 3047 - Hoover Materials

Counsel,

Thank you for your email regarding Dr. Hoover's reports. Regarding your first inquiry, below are the names of the interviewees from each Bellwether School District who met with Dr. Hoover:

| | |
|---|---|
| Baltimore City | Ketia Stokes |
| | Courtney Pate |
| | Erik Bandzak |
| | Patricia Roberts-Rose |
| | Michael McCormick |
| Breathitt | Phillip Watts |
| | Sheretta Haddix |
| | Kera Howard |
| | Jeremy Hall |
| | Stacy McKnight |
| Charleston | Shavonna Coakley |
| | Lisa Allison |
| Chathams | Michael Lasusa |
| | Emily Sortino |
| | Connor Henderson |
| Dekalb | Norman Sauce III |
| | Darnell Logan |
| | Denise Revels |
| | Kishia Towns |
| Harford | Chistina Alton |
| | Buzz Williams |
| | Bernard Hennigan |
| Hillsborough | Tracye Brown |
| | Myrna Hogue |
| Irvington | April Vauss |
| | Michael Bussacco |
| | Shelley Pettiford |
| Jordan | Travis Hamblin |
| | Stacee Worthen |
| Spartanburg 6 | J. Funderburk |
| | Alan Eggert |
| St Charles | Jerry Smith |

| | |
|---|---|
| Tucson | Julie Shivanonda<br>Anna Schwartz<br>Warmbrand |

Dr. Hoover does not have any notes, transcripts or other materials that contain, memorialize, or reflect Dr. Hoover's meetings with the key informants and leaders other than the reports. Moreover, as is Dr. Hoover's standard practice, she did not link any statements provided during the interviews to individual interviewees.

Regarding your second two requests, Dr. Hoover generally relied on her experience gained throughout her 25-year career, including interactions she has had with state and local education leaders and district and school administrators, teachers, and school mental health and health professionals across the country. Such meetings are a standard part of Dr. Hoover's work and it is not possible for Dr. Hoover to provide Defendants with the identity and details about those meetings that took place over the last two decades.

Best,
Melissa

---

**From:** Sandoval-Bushur, Joseph <JSandoval-Bushur@wc.com>
**Sent:** Tuesday, June 3, 2025 1:04 PM
**To:** kmcnabb@lchb.com; smmdlschooldistrictbellwethergroup@lfsblaw.com
**Cc:** SOCIALMEDIASD@SKADDENLISTS.COM
**Subject:** MDL 3047 - Hoover Materials

Kelly and Plaintiffs' counsel,

The expert reports submitted by Dr. Hoover state that she has relied on "interviews with key informants" and "leaders" "from the school districts" and describe and/or quote from those interviews. Dr. Hoover also states that she has relied on "direct interactions with state and local education leaders, including district and school administrators, teachers, and school mental health and health professionals."

Defendants request that Plaintiffs immediately (and no later than Thursday, June 5):

> (1) identify, for each district, each of the "key informants" and "leaders" with whom Dr. Hoover communicated, and the identify the source of each statement she quotes and/or attributes to key informants or leaders;

> (2) produce all notes, recordings, transcripts, or other materials that contain, memorialize, or reflect Dr. Hoover's communications with each "key informant" and "leader" for each district;

(3) identify all of the "state and local education leaders, including district and school administrators, teachers, and school mental health and health professionals" with whom Dr. Hoover communicated; and

(4) produce all notes, recordings, transcripts, or other materials that contain, memorialize, or reflect Dr. Hoover's communications with the "state and local education leaders, including district and school administrators, teachers, and school mental health and health professionals."

Defendants are continuing to evaluate Dr. Hoover's reports and reserve all rights to follow up with requests for additional materials.

Best,
Joseph

**Joseph Sandoval-Bushur**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(202) 434-5013 | jsandoval-bushur@wc.com
*he, him, his*

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.