# EXHIBIT 81

```
                                                         Page 1
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2
      *****************************
 3                                          Case No.
      IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
 4    ADDICTION/PERSONAL INJURY
      PRODUCTS LIABILITY LITIGATION
 5                                          MDL No. 3047
      *****************************
 6
      This Document Relates To:
 7
      Tucson Unified School District
 8    v. Meta Platforms Inc., et a
 9    Case No. 4:24-cv-1382
10    *****************************
11
12              VIDEOTAPED 30(b)(6) DEPOSITION OF
                  TUCSON UNIFIED SCHOOL DISTRICT
13                       BY AND THROUGH
                      JULIE A. SHIVANONDA
14
15
         Held At:  JW Marriott Tucson
16                 Starr Pass Resort & Spa
                   3800 W. Starr Pass Blvd
17                 Tucson, Arizona
18
19                  April 8th, 2025
                       2:02 p.m.
20
21
22
23
24
      Reported By:
25
      MAUREEN O. POLLARD, CA CSR #14449, RDR
```

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com

```
                                              Page 19
 1   middle school and high school, who is that?
 2        A.    Rebecca Carrier.
 3        Q.    And for all of those positions, are
 4   all of those positions sort of there's just one
 5   person in each position, or are they kind of
 6   like the counselors where there other people in
 7   those positions that you didn't talk to?
 8        A.    No, they are those of those
 9   positions, correct.
10        Q.    Okay.  So apart from those people we
11   just talked about, anybody else other than
12   counsel that you spoke to to prepare for the
13   deposition?
14        A.    I don't know if that was part of
15   preparation, but we did meet with an expert,
16   Dr. Hoover.
17        Q.    What's his first name?
18              MR. CUTLER:  You can answer.
19              THE WITNESS:  I don't remember her
20        first name.
21   BY MS. DEGTYAREVA:
22        Q.    Her first name.
23              And what type of expert is
24   Dr. Hoover?
25              MR. CUTLER:  I'm going to object.
```

Page 20

1           Well, I guess if you know you can
2      answer that question.  Go ahead.
3           THE WITNESS:  So Dr. Hoover is an
4      expert in social emotional learning,
5      mental health, and she is from -- I don't
6      remember what college she's from, but she
7      was retained as an expert in the case, is
8      my understanding.
9  BY MS. DEGTYAREVA:
10     Q.    So what was the purpose of your
11 meeting with Dr. Hoover?
12          MR. CUTLER:  I'm going to object to
13     that to the extent it calls for privileged
14     communications.
15 BY MS. DEGTYAREVA:
16     Q.    So, Ms. Shivanonda, unless your
17 counsel instructs --
18          MR. CUTLER:  Yeah, I'll instruct you
19     not to answer the question.
20 BY MS. DEGTYAREVA:
21     Q.    In terms of preparing for this -- to
22 testify about the topics that you were
23 designated for in this deposition, what did you
24 discuss with Dr. Hoover?
25          MR. CUTLER:  Again I'm going to

Page 21

1        object that it's not part of deposition
2        preparation.
3              And I'll instruct you not to answer.
4   BY MS. DEGTYAREVA:
5       Q.   So just to be clear, did you meet
6   with Dr. Hoover to prepare for the deposition?
7              MR. CUTLER:  I think she answered
8        that.
9              Go ahead.
10             THE WITNESS:  No.  In terms of these
11       topics, in preparation was meeting with
12       stakeholders within the district.  As part
13       of the larger context there was a meeting
14       that happened with Dr. Hoover.
15             MR. CUTLER:  Which is separate from
16       this deposition, so I think the questions
17       are about the deposition preparation.
18  BY MS. DEGTYAREVA:
19      Q.    Got it.
20             So in terms of preparation for the
21  topics that you were designated on for this
22  deposition, apart from the people we talked
23  about, and your counsel, anybody else that you
24  met with to prepare?
25      A.    No.

Page 22

```
 1        Q.    I think you said that you also
 2   reviewed some documents.  What documents did you
 3   review?
 4        A.    I reviewed this document to be in
 5   preparation of the topics, as well as Plaintiff
 6   Fact Sheet, as well as interrogatory documents.
 7        Q.    Did you review any internal TUSD
 8   documents or documents from TUSD databases,
 9   e-mail, anything that wasn't prepared for
10   purposes of the litigation specifically?
11              MR. CUTLER:  Anything not prepared
12         specifically for the litigation.
13              THE WITNESS:  I don't believe it was
14         not prepared for the litigation, no.  This
15         was in preparation for the litigation.
16   BY MS. DEGTYAREVA:
17        Q.    I'm sorry, maybe that was a poorly
18   worded question.
19              But apart from rog responses, the
20   PFS, and then the deposition notice, any other
21   documents you reviewed?
22        A.    Yes.  Internal documents.
23        Q.    What internal documents did you
24   review?
25        A.    Documents around practices in the
```