# Exhibit 69

7396476

Exhibit 8

This Excel file is available on the 'My Veritext' Repository.