1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000

5  Previn Warren (*pro hac vice*)          Jennie Lee Anderson (SBN 203586)
   pwarren@motleyrice.com                  jennie@andrusanderson.com
6  MOTLEY RICE LLC                         ANDRUS ANDERSON LLP
   401 9th Street NW, Suite 630            1970 Broadway, Suite 1070
7  Washington, DC 20004                    Oakland, CA 94612
   Telephone: (202) 386-9610               Telephone:    (415) 986-1400
8
9  *Plaintiffs' Co-Lead Counsel*            *Plaintiffs' Liaison Counsel*

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11

12 IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
   ADDICTION/PERSONAL INJURY
13 PRODUCTS LIABILITY LITIGATION           MDL No. 3047

14 ─────────────────────────────           **EXHIBITS 1-11 TO DECLARATION OF**
   This Document Relates to:               **JENNIE LEE ANDERSON IN SUPPORT**
15                                         **OF PLAINTIFFS' FIFTEENTH *EX PARTE***
                                           **APPLICATION FOR APPOINTMENT**
16 *A. B., by and through her Guardian Ad*  **OF GUARDIANS AD LITEM**
   *Litem, Jeffrey Brown v. Meta Platforms Inc.,*
17 *et al.*, 4:25-cv-03927;

18 *S.V., filed on behalf of minor S.V. v. Meta*
   *Platforms, Inc.; Instagram, LLC; Bytedance*
19 *Inc.; Bytedance Ltd.; TikTok, Ltd.; TikTok,*
   *LLC; TikTok, Inc.*, 4:25-cv-03982;
20
   *A.W. filed on behalf of minor B.W. v. Meta*
21 *Platforms, Inc.; Instagram, LLC and Snap,*
   *Inc.*, 4:25-cv-04208;
22
   *T.W. filed on behalf of minor A.W. vs. Meta*
23 *Platforms, Inc., Instagram, LLC, ByteDance,*
   *Ltd., ByteDance, Inc., TikTok, Ltd., TikTok,*
24 *LLC., TikTok, Inc. and Snap, Inc.*, 4:25-cv-
   04474;
25
   *E.A., individually and as next of friend to*
26 *minor Plaintiff A.A. v. Meta Platforms, Inc.*
   *et al.*, 4:25-cv-04965;
27
    *N. C., by and through her Guardian Ad*
28

                                    - 1 -          Case No. 4:22-md-03047-YGR
─────────────────────────────────────────────────────────────────
Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte
Application

1   *Litem, Andrew Cash v. Meta Platforms, Inc.,*
    *et al.*, 4:25-cv-06334;

2

3   *J.L. filed on behalf of minor E.L. v. Meta*
    *Platforms, Inc.; Instagram, LLC; Bytedance*
    *Inc.; Bytedance Ltd.; TikTok, Ltd.; TikTok,*

4   *LLC; TikTok, Inc. and Snap, Inc.*, 4:25-cv-
    *06381;*

5
    *A.W., by and through her Guardian Ad*

6   *Litem, Crystal Welch v. Meta Platforms, Inc.,*
    *et al.*, 4:25-cv-06619;

7
    *J.W. filed on behalf of minor A.W. v. Meta*

8   *Platforms, Inc.; Instagram, LLC; Bytedance*
    *Inc., Bytedance, Ltd., TikTok, Ltd., TikTok,*

9   *LLC; TikTok, Inc. and Snap,  Inc.*, 4:25-cv-
    *07186.*

10
    *N.E. filed on behalf of minor T.E. v. Meta*

11  *Platforms, Inc.; Instagram, LLC; Bytedance*
    *Inc., Bytedance, Ltd., TikTok, Ltd., TikTok,*

12  *LLC and TikTok, Inc.*, No. 4:25-cv-7205;

13  *A.S. filed on behalf of minor A.S. v. Meta*
    *Platforms, Inc.; Instagram, LLC; Bytedance*

14  *Inc., Bytedance, Ltd., TikTok, Ltd., TikTok,*
    *LLC and TikTok, Inc.*, No. 4:25-cv-7218.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 6

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Case No. 4:22-md-03047-YGR

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 11

Case No. 4:22-md-03047-YGR

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte
Application

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FILED UNDER SEAL

Exhibits 1-11 To Declaration Of Jennie Lee Anderson In Support Of Plaintiffs' Fifteenth Ex Parte Application