Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc.;
Meta Payments Inc.; Meta Platforms
Technologies, LLC; and Instagram, LLC*

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047 <br><br> Case No.: 4:22-md-03047-YGR <br><br> **DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF META DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERT DR. MITCH PRINSTEIN** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang <br><br> Date: January 26, 2026 <br> Time: 8:00 AM <br> Place: Courtroom 1, 4th Floor |

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley Simonsen, declare as follows:

1.     I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC; and Instagram, LLC

2.     Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; and Instagram, LLC.  I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the May 16, 2025 MDL expert report of Mitch Prinstein.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the September 26, 2025 MDL deposition transcript of Mitch Prinstein.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of Burnell et al., *The effects of social media restriction: Meta-analytic evidence from randomized controlled trials* (2025).

6.     Attached hereto as **Exhibit 4** is a true and correct copy of American Psychological Association, *Health Advisory on Social Media Use in Adolescence* (2023).

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.  Executed on October 03, 2025, in Los Angeles, California.


DATED:  October 3, 2025                    By:     */s/ Ashley M. Simonsen*