[*Submitting Counsel on Signature Page*]

[*Additional parties and counsel listed on signature page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>-----------------------------------------------------------------<br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>**DRAFT JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's direction at the August and September 2025 Case Management Conferences, enclosed please find the draft jury instructions and verdict forms jointly prepared by the State Attorneys General and the Meta Defendants for the purpose of informing trial-planning discussions. In addition, each Party has submitted a brief statement regarding the proposed instructions and verdict forms. A color key is provided below to indicate language that remains at issue.

| Black | Uncontested by either side following negotiations |
|---|---|
| Red | State AG proposed language |
| Blue | Meta proposed language |

**STATE ATTORNEYS GENERAL'S OVERVIEW & SUMMARY OF POSITIONS**

The State AGs welcome this opportunity to assist the Court in understanding the scope of the elements required under each state's consumer protection laws, in addition to the requirements for COPPA claims. These materials highlight the substantial commonalities in elements across the states' jurisdictions and reflect the Parties' relative proximity to agreement on key substantive issues. Meta seeks to turn this exercise into an opportunity to brief disputes over individual states' legal requirements and instructions, and while the State AGs have included preliminary responses to counter those arguments, these positions are non-exhaustive and set forth without prejudice to future arguments to be made at the appropriate time, including those to be raised in forthcoming summary judgment motions or in motions in limine.

A bipartisan coalition of State AGs sued together on the same Complaint, setting forth the same facts and the same legal theories against Meta regarding the harms its products perpetuate amongst youth across the country and its deceptive conduct related to those harms. This coalition of State AGs have identical interests in enforcing their states' laws and protecting their citizens from the same deceptive and abusive conduct that has the same effect upon each states' citizens.

Despite minor textual variations—such as differences in statutory phrasing or available remedies—the core legal standards under each relevant state's consumer protection laws are materially aligned. Accordingly, the State AGs asserting consumer protection claims in this case intend to present at trial the same witnesses (both fact and expert), the same documentary evidence, and articulate the same overarching legal theories. Indeed, all states are asserting COPPA claims, and multiple states have consumer protection claims predicated on COPPA violating conduct. While the Parties have disputes regarding certain aspects of the proposed jury instructions, these disagreements often reflect recurring themes. For example, Meta frequently seeks to introduce additional elements such as intent or privity in consumer protection statutes or to revisit statutory construction issues that have already been resolved. These disputes underscore the shared architecture of the states' consumer protection laws.

Meta seeks to use this jury instruction and verdict form exercise to argue that the State AGs' case must be severed into multiple trials. First, it is procedurally improper. Meta fails to identify any legal authority that would permit severance of this case—brought and litigated together by the State

AGs—into several separate trials, particularly given the State AGs common claims and interests. Second, the jury instructions and verdict forms show that even if this case were severable in the manner Meta advocates, such an approach would not serve judicial economy and would instead create substantial and unnecessary burdens on the parties, the Court, and any witnesses who would be asked to testify at multiple trials. Should the Court nonetheless consider this approach, the State AGs respectfully request that a briefing schedule be set so that the parties can fully set forth their positions in writing and the matter can be heard at an upcoming CMC.

The Parties diverge most significantly on the structure of the proposed verdict forms. The State AGs' proposed forms closely follow the general verdict format outlined in this Court's Standard Order re: Pretrial Instructions in Civil Cases, Section 3.j. This format offers a clear, legally sound, and efficient mechanism for the jury to render its verdict. In contrast, Meta's proposed verdict forms turn simple elements into interrogatories – which often do not align with the legal standards. Meta's fragmented and unnecessarily interrogatory-heavy proposed verdict forms create substantial risk of confusion, inconsistent verdicts, and legal error. The AGs' approach better preserves the jury's role as factfinder and avoids unnecessary complexity—particularly where claims are presented in the alternative (e.g., unfair vs. deceptive practices).

For these reasons, the State AGs respectfully submit that their proposed instructions and verdict forms provide the most faithful and functional framework for guiding the jury's deliberations and ensuring a verdict that is both legally sound and practically reliable.

# META'S STATEMENT REGARDING PROPOSED DRAFT JURY INSTRUCTIONS AND VERDICT FORMS

After conferring and exchanging several rounds of drafts, the parties have resolved numerous disagreements as to the structure and substance of these preliminary instructions and verdict forms. In case helpful to the Court, Meta briefly sets forth below certain trial-planning considerations and its position as to certain remaining disagreements, which it will be prepared to discuss further at the October 24 CMC:

**Trial-Planning Considerations:** Given the numerous material variations across the states' laws, it does not appear to Meta that there is any fair and administrable way to combine all 29 states—including 18 states with consumer protection claims—in a single trial. Even a verdict form directing the jury to proceed element-by-element in assessing the AGs' claims (discussed below) is not sufficient to solve the administrability issues given the various elements and definitions across the 18 states' consumer protection statutes. For example, 9 states require intent for either or both deception or unfairness claims, 10 states require intent for entitlement to civil penalties, and there are further nuances among those states as to how intent and/or willfulness are defined and applied to the facts. Trying these claims together in a single trial risks prejudice to Meta because, as the AGs already seek to exploit in their proposed instructions, the absence of an element in one state's statute may lead a jury to underestimate or disregard the burden for another state where that element is required. In addition, evidence the AGs seek to introduce in support of certain claims may be unduly prejudicial to Meta's ability to defend itself against other claims. Certain issues and/or claims, moreover, may be suitable to a bench trial rather than a jury trial. These issues may make the case appropriate for trial of a subset of states or claims first, or bifurcation in some form. Meta proposes that the parties continue conferring about these issues in advance of the October 24 CMC.

**Verdict Form:** To the extent multiple states are tried together, a special verdict form is necessary to adequately reflect the numerous substantive variations across the states' consumer protection laws. Such a form will promote consideration of each element in light of those variations and mitigate the risk of a jury conflating standards across states that may seem similar but are actually materially different—as becomes clear when the questions are broken out. The verdict form should

also require the jury to address each allegedly deceptive statement and/or unfair practice individually to enable the Court to determine the number of violations (if any) for assessing any penalties and structuring any injunctive relief based on which practices (if any) any jury finds unfair.

**Jury Instructions:** Among other remaining disagreements in the instructions, it risks juror confusion and prejudice to instruct the jury that the AGs do not need to prove certain elements as part of their claims, particularly with respect to elements (such as causation and intent) that already vary significantly across the states that do require them. Meta also objects to the extent the AGs seek to characterize the state statutes' protections as "broad" or to instruct the jury to "liberally construe" certain statutory provisions. It is the role of the Court to interpret the law, and the role of the jury to apply the law as instructed by the Court, without further interpretation.

| | |
|---|---|
| DATED: 10/10/2025 | Respectfully submitted, |

| | |
|---|---|
| **PHILIP J. WEISER** <br> Attorney General <br> State of Colorado | **ROB BONTA** <br> Attorney General <br> State of California |
| /s/ *Krista Batchelder* <br> Krista Batchelder, CO Reg. No. 45066, *pro hac vice* <br> Deputy Solicitor General <br> Jason Slothouber, CO Reg. No. 43496, *pro hac vice* <br> Chief Trial Counsel, Consumer Protection <br> Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice* <br> First Assistant Attorney General <br> Elizabeth Orem, CO Reg. No. 58309 <br> Assistant Attorney General <br> Colorado Department of Law <br> Ralph L. Carr Judicial Center <br> Consumer Protection Section <br> 1300 Broadway, 7th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6000 <br> Krista.Batchelder@coag.gov <br><br> *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* | /s/ *Megan O'Neill* <br> Nicklas A. Akers (CA SBN 211222) <br> Senior Assistant Attorney General <br> Bernard Eskandari (SBN 244395) <br> Emily Kalanithi (SBN 256972) <br> Supervising Deputy Attorneys General <br> Nayha Arora (CA SBN 350467) <br> David Beglin (CA SBN 356401) <br> Megan O'Neill (CA SBN 343535) <br> Joshua Olszewski-Jubelirer (CA SBN 336428) <br> Marissa Roy (CA SBN 318773) <br> Brendan Ruddy (CA SBN 297896) <br> Deputy Attorneys General <br> California Department of Justice <br> Office of the Attorney General <br> 455 Golden Gate Ave., Suite 11000 <br> San Francisco, CA 94102-7004 <br> Phone: (415) 510-4400 <br> Fax: (415) 703-5480 <br> Megan.ONeill@doj.ca.gov <br><br> *Attorneys for Plaintiff the People of the State of California* |
| **RUSSELL COLEMAN** <br> Attorney General <br> Commonwealth of Kentucky | **MATTHEW J. PLATKIN** <br> Attorney General <br> State of New Jersey |
| /s/ *J. Christian Lewis* <br> J. Christian Lewis (KY Bar No. 87109), *pro hac vice* <br> Philip Heleringer (KY Bar No. 96748), *pro hac vice* <br> Zachary Richards (KY Bar No. 99209), *pro hac vice* <br> Daniel I. Keiser (KY Bar No. 100264), *pro hac vice* <br> Matthew Cocanougher (KY Bar No. 94292), *pro hac vice* | By: /s/ *Kashif T. Chand* <br> Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice* <br> Assistant Attorney General <br> Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice* <br> Assistant Section Chief, Deputy Attorney General <br> Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice* <br> Mandy K. Wang (NJ Bar No. 373452021), |

| | |
|---|---|
| Assistant Attorneys General<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov<br>Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Matthew.Cocanougher@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky* | *Pro hac vice*<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br>Thomas.Huynh@law.njoag.gov<br>Verna.Pradaxay@law.njoag.gov<br>Mandy.Wang@law.njoag.gov<br><br>*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs* |
| **KRIS MAYES**<br>Attorney General<br>State of Arizona<br><br>*/s/ Laura Dilweg*<br>Laura Dilweg (AZ No. 036066, CA No. 260663)<br>Chief Counsel - Consumer Protection and Advocacy Section<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-3725<br>Fax: (602) 542-4377<br>Laura.Dilweg@azag.gov<br><br>*Attorneys for Plaintiff State of Arizona* | **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>*/s/ Rebecca Borné*<br>Rebecca Borné<br>(CT Juris No. 446982), pro hac vice<br>Tess E. Schneider<br>(CT Juris No. 444175), *pro hac vice*<br>Krislyn M. Launer<br>(CT Juris No. 440789), *pro hac vice*<br>Assistant Attorneys General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5306<br>Fax: 860-808-5593<br>Rebecca.Borne@ct.gov<br>Tess.Schneider@ct.gov<br>Krislyn.Launer@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>*/s/ Ryan Costa*<br>Marion Quirk (DE Bar 4136), *pro hac vice*<br>Director of Consumer Protection<br>Ryan Costa (DE Bar 5325), *pro hac vice* | **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>*/s/ Douglas S. Chin*<br>Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*<br>Supervising Deputy Attorney General |

Deputy Director of Consumer Protection
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Marion.Quirk@delaware.gov
Ryan.Costa@delaware.gov

*Attorneys for Plaintiff State of Delaware*

Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development Division
425 Queen Street
Honolulu, Hawai'i 96813
Phone: (808) 586-1180
Christopher.ji.leong@hawaii.gov
Kelcie.k.nagata@hawaii.gov
Douglas S. Chin (HI JD No. 6465), *pro hac vice*
John W. Kelly (HI JD No. 9907), *pro hac vice*
Special Deputy Attorney General
Starn O'Toole Marcus & Fisher
733 Bishop Street, Suite 1900
Honolulu, Hawai'i 96813
Phone: (808) 537-6100
dchin@starnlaw.com
jkelly@starnlaw.com

*Attorneys for Plaintiff State of Hawai'i*

**RAÚL R. LABRADOR**
Attorney General
State of Idaho

By: /s/ James Simeri
James Simeri (ID Bar No. 12332)
Deputy Attorney General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-4114
james.simeri@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

**KWAME RAOUL**
Attorney General
State of Illinois

/s/ Matthew Davies
Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)
Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)
Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*
Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)
Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895)
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-2218
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov

Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Daniel.Roth@ilag.gov
Meera.Khan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

| | |
|---|---|
| **THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br><br>*/s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82)<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection Corinne Gilchrist (IN Atty No. 27115-53)<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49)<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov<br>Corinne.Gilchrist@atg.in.gov<br>Mark.Snodgrass@atg.in.gov<br><br>*Attorneys for Plaintiff State of Indiana* | **KRIS W. KOBACH**<br>Attorney General<br>State of Kansas<br>*/s/ Sarah Dietz*<br>Sarah Dietz, Assistant Attorney General (KS Bar No. 27457), *pro hac vice*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>sarah.dietz@ag.ks.gov<br><br>*Attorney for Plaintiff State of Kansas* |
| **LIZ MURRILL**<br>Attorney General<br>State of Louisiana<br><br>*/s/ Asyl Nachabe*<br>Asyl Nachabe (LA Bar No. 38846)<br>*pro hac vice*<br>Assistant Attorney General<br>Louisiana Department of Justice<br>Office of the Attorney General<br>Public Protection Division<br>Complex Litigation Section<br>1885 N 3rd Street, 4th Floor<br>Baton Rouge, LA 70802 | **AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>*/s/ Michael Devine*<br>Michael Devine (Maine Bar No. 5048),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8829<br>michael.devine@maine.gov<br>*Attorney for Plaintiff State of Maine* |

Tel: (225) 326-6435
NachabeA@ag.louisiana.gov
*Attorney for State of Louisiana*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

/s/ *Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ Anna M. Anderson
Anna M. Anderson (NE #28080)
Assistant Attorney General
*pro hac vice*
Benjamin J. Swanson (NE #27675)
Assistant Attorney General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ Caitlin Micko
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its Attorney General, Keith Ellison*

**LETITIA JAMES**
Attorney General
State of New York

/s/ Nathaniel Kosslyn
Nathaniel Kosslyn, Assistant Attorney General (NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
Alex Finkelstein, Assistant Attorney General (NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8000

| | |
|---|---|
| **JEFF JACKSON**<br>Attorney General<br>State of North Carolina<br><br>/s/ Charles White<br>Charles G. White (N.C. State Bar No. 57735), *pro hac vice*<br>Assistant Attorney General<br>Kunal Choksi<br>Senior Deputy Attorney General<br>Josh Abram<br>Special Deputy Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6006<br>Facsimile: (919) 716-6050<br>E-mail: cwhite@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* | **DAVE YOST**<br>OHIO ATTORNEY GENERAL<br><br>    /s/ Kevin R. Walsh<br>Melissa G. Wright (0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (0073999)<br>Senior Assistant Attorney General<br>Kevin.Walsh@ohioago.gov<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>614-466-1031 |
| **DAN RAYFIELD**<br>Attorney General<br>State of Oregon<br><br>/s/ John Dunbar<br>John J. Dunbar (Oregon Bar No. 842100)<br>Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Oregon 97201<br>Telephone: (971) 673-1880<br>Facsimile: (971) 673-1884<br>E-mail: john.dunbar@doj.oregon.gov<br><br>*Attorneys for State of Oregon ex rel. Dan Rayfield, Attorney General* | **DAVID W. SUNDAY, JR.**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>/s/ Jonathan R. Burns<br>Jonathan R. Burns<br>Senior Deputy Attorney General<br>(PA Bar No. 315206), *pro hac vice*<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>717.787.3391<br>jburns@attorneygeneral.gov<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania* |
| **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>/s/ Stephen N. Provazza<br>Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice*<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St. | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>/s/ Anna C. Smith<br>C. Havird Jones, Jr.<br>Senior Assistant Deputy Attorney General<br>Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*<br>Assistant Deputy Attorney General |

Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

Anna C. Smith (SC Bar No. 104749),
*pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina,*
*ex rel. Alan M. Wilson, in His Official Capacity as*
*Attorney General of the State of South Carolina*

**MARTY J. JACKLEY**
Attorney General
State of South Dakota
  /s/  Amanda Miiller
By: Amanda Miiller (SD Bar No. 4271)
Deputy Attorney General
1302 East SD Hwy 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Amanda.Miiller@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

**JASON S. MIYARES**
Attorney General
Commonwealth Of Virginia

*/s/ Joelle E. Gotwals*
Steven G. Popps
Chief Deputy Attorney General
Thomas J. Sanford
Deputy Attorney General
Richard S. Schweiker, Jr.
Senior Assistant Attorney General and Section Chief
Joelle E. Gotwals (VSB No. 76779),
Senior Assistant Attorney General
*pro hac vice*
Chandler P. Crenshaw (VSB No. 93452)
Assistant Attorney General
*pro hac vice*
Office of the Attorney General of Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, Virginia 23219
Telephone:     (804) 786-8789
Facsimile:     (804) 786-0122
E-mail: jgotwals@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*
*ex rel. Jason S. Miyares, Attorney General*

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General State of Washington<br><br>*/s/ Claire McNamara*<br>Claire McNamara (WA Bar No. 50097)<br>Gardner Reed (WA Bar No. 55630)<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 340-6783<br>claire.mcnamara@atg.wa.gov<br>gardner.reed@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **JOHN B. MCCUSKEY**<br>Attorney General<br>State of West Virginia<br><br>*/s/ Laurel K. Lackey*<br><br>Laurel K. Lackey (WVSB No. 10267)<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>Telephone: (304) 267-0239<br>Email: laurel.k.lackey@wvago.gov<br>abby.g.cunningham@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia,*<br>*ex rel. John B. McCuskey, Attorney General* |

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Brittany Copper*
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

   /s/ James P. Rouhandeh

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 10/10/2025				*/s/ Krista Batchelder*
						Krista Batchelder

						*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*