[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| This Document Relates to: | **PLAINTIFFS' STATEMENT OF RECENT DECISION** |
| ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the Personal Injury, School District/Local Government Entity Plaintiffs, and State Attorneys General (collectively, "Plaintiffs") submit this Statement of Recent Decision to bring to the Court's attention the Superior Court of the District of Columbia's order in *D.C. v. Meta Platforms, Inc.*, No. 2023 CAB 006550 (D.C. Super. Ct. Oct. 23, 2025) (attached hereto as **Exhibit A**), finding that the crime-fraud exception to attorney client privilege applies to clawed back Meta documents.

Plaintiffs submit this order in support of their arguments raised in the Joint Letter Brief Regarding Disputes Over the Addition of Sarah Wynn-Williams and Jason Sattizahn to Plaintiffs' Witness Lists (ECF No. 2315).

The Meta Defendants were notified of this filing and provided the following position statement: "Meta objects to Plaintiffs' submission of this Order in connection with the Parties'

Joint Letter Brief filed October 13, 2025 (ECF 2315).  Briefing on that dispute has closed.  As a result, Meta has not had an opportunity to address the Order.  To the extent the Court nonetheless considers the Order in connection with resolving the Parties' Joint Letter Brief, Meta respectfully requests the opportunity to submit supplemental briefing before any decision is issued."

DATED: October 23, 2025            By:  */s/ Lexi J. Hazam*
                                        LEXI J. HAZAM
                                        **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                        275 BATTERY STREET, 29TH FLOOR
                                        SAN FRANCISCO, CA 94111-3339
                                        Telephone: 415-956-1000
                                        lhazam@lchb.com

                                        PREVIN WARREN
                                        **MOTLEY RICE LLC**
                                        401 9th Street NW Suite 630
                                        Washington DC 20004
                                        Telephone: 202-386-9610
                                        pwarren@motleyrice.com

                                        Co-Lead Counsel

                                        CHRISTOPHER A. SEEGER
                                        **SEEGER WEISS, LLP**
                                        55 CHALLENGER ROAD, 6TH FLOOR
                                        RIDGEFIELD PARK, NJ 07660
                                        Telephone: 973-639-9100
                                        cseeger@seegerweiss.com

                                        Counsel to Co-Lead Counsel and Settlement Counsel

                                        JENNIE LEE ANDERSON
                                        **ANDRUS ANDERSON, LLP**
                                        155 MONTGOMERY STREET, SUITE 900
                                        SAN FRANCISCO, CA 94104
                                        Telephone: 415-986-1400
                                        jennie@andrusanderson.com

                                        Liaison Counsel and Ombudsperson

| | |
|---|---|
| 1 | MATTHEW BERGMAN |
| 2 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 3 | SEATTLE, WA 98104 |
|   | Telephone: 206-741-4862 |
| 4 | matt@socialmediavictims.org |

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

|   |   |
|---|---|
| 1 | RON AUSTIN |
| 2 | **RON AUSTIN LAW** |
|   | 400 MANHATTAN BLVD. |
| 3 | HARVEY, LA 70058 |
|   | Telephone: 504-227–8100 |
| 4 | raustin@ronaustinlaw.com |

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964

Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

|   |   |
|---|---|
| 1 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 2 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|   | PENSACOLA, FL 32502 |
| 3 | Telephone: 850-435-7107 |
| 4 | epaulos@levinlaw.com |
| 5 | RUTH THI RIZKALLA |
|   | **THE CARLSON LAW FIRM, PC** |
| 6 | 1500 ROSECRANS AVE., STE. 500 |
|   | MANHATTAN BEACH, CA 90266 |
| 7 | Telephone: 415-308-1915 |
| 8 | rrizkalla@carlsonattorneys.com |
| 9 | ROLAND TELLIS |
|   | DAVID FERNANDES |
| 10 | **BARON & BUDD, P.C.** |
|   | 15910 Ventura Boulevard, Suite 1600 |
| 11 | Encino, CA 91436 |
| 12 | Telephone: 818-839-2333 |
|   | rtellis@baronbudd.com |
| 13 | dfernandes@baronbudd.com |
| 14 |   |
|   | DIANDRA "FU" DEBROSSE |
| 15 | ZIMMERMANN |
|   | **DICELLO LEVITT** |
| 16 | 505 20th St North |
|   | Suite 1500 |
| 17 | Birmingham, Alabama 35203 |
|   | Telephone: 205-855-5700 |
| 18 | fu@dicellolevitt.com |
| 19 |   |
|   | Plaintiffs' Steering Committee Membership |
| 20 |   |
| 21 | JOSEPH VANZANDT |
|   | **BEASLEY ALLEN** |
| 22 | 234 COMMERCE STREET |
|   | MONTGOMERY, LA 36103 |
| 23 | Telephone: 334-269-2343 |
|   | joseph.vanzandt@beasleyallen.com |
| 24 |   |
|   | Federal/State Liaison |
| 25 |   |
| 26 | *Attorneys for Plaintiffs* |
| 27 | **ROB BONTA** |
|   | Attorney General |
| 28 | State of California |

|  |  |
|---|---|
|  | _/s/ Megan O'Neill_ |
|  | Nicklas A. Akers (CA SBN 211222) |
|  | Senior Assistant Attorney General |
|  | Bernard Eskandari (SBN 244395) |
|  | Emily Kalanithi (SBN 256972) |
|  | Supervising Deputy Attorneys General |
|  | Nayha Arora (CA SBN 350467) |
|  | Megan O'Neill (CA SBN 343535) |
|  | Joshua Olszewski-Jubelirer (CA SBN 336428) |
|  | Marissa Roy (CA SBN 318773) |
|  | Brendan Ruddy (CA SBN 297896) |
|  | Deputy Attorneys General |
|  |  |
|  | California Department of Justice |
|  | Office of the Attorney General |
|  | 455 Golden Gate Ave., Suite 11000 |
|  | San Francisco, CA 94102-7004 |
|  | Phone: (415) 510-4400 |
|  | Fax: (415) 703-5480 |
|  | Megan.Oneill@doj.ca.gov |
|  |  |
|  | *Attorneys for Plaintiff the People of the State of California* |
|  |  |
|  | **PHILIP J. WEISER** |
|  | Attorney General |
|  | State of Colorado |
|  |  |
|  | _/s/ Krista Batchelder_ |
|  | Krista Batchelder, CO Reg. No. 45066, *pro hac vice* |
|  | Deputy Solicitor General |
|  |  |
|  | Shannon Stevenson, CO Reg. No. 35542, *pro hac vice* |
|  | Solicitor General |
|  |  |
|  | Elizabeth Orem, CO Reg. No. 58309, *pro hac vice* |
|  | Assistant Attorney General |
|  |  |
|  | Colorado Department of Law |
|  | Ralph L. Carr Judicial Center |
|  | Consumer Protection Section |
|  | 1300 Broadway, 7th Floor |
|  | Denver, CO 80203 |
|  | Phone: (720) 508-6651 |

krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General

1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General

Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*

Assistant Section Chief, Deputy Attorney General

Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General

New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*