# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| **Date:** October 24, 2025 | **Time:** 1 hour 32 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jennie Lee Anderson (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco      **Court Reporter:** Andrea Bluedorn; via Zoom

### PROCEEDINGS

Further Case Management Conference – Held
Motion to Intervene - Held

The Court heard argument on trial setting and Time USA LLC's motion to intervene and are taken into submission.

Written order to issue.