# EXHIBIT A

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **DISTRICT OF COLUMBIA,**<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC., et al.,**<br><br>Defendants. | **2023  CAB 006550**<br><br>**Judge Yvonne Williams** |

**STAY ORDER**

On October 23, 2025, the Court entered an Order Granting the District's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents ("October 23, 2025 Order"), and ordered Defendants Meta Platforms, Inc. and Instagram, LLC (collectively, "Meta") to produce certain clawed-back documents to the District on or before October 30, 2025. *See generally* Order (Oct. 23, 2025). On October 27, 2025, Meta informed the Court of its intent to file an Opposed Motion for Reconsideration of October 23, 2025 Order[1] ("Motion for Reconsideration"), and requested that the Court stay: (i) execution of its October 23, 2025 Order; and (ii) resolution of Meta's September 17, 2025 Partially Opposed Omnibus Motion to Seal Briefing on the District's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents ("Motion to Seal"). Given Meta's representations, and finding good cause, the Court shall **STAY** both the execution of the October 23, 2025 Order and the resolution of Meta's Motion to Seal until such time that the Court has resolved Meta's Motion for Reconsideration.

Accordingly, it is on this 28th day of October, 2025, hereby,

**ORDERED** that execution of the Court's October 23, 2025 Order Granting the District's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents is **STAYED**

---

[1] Meta's Motion for Reconsideration docketed on this matter's public docket on October 27, 2025.

1

until such time that the Court has resolved Meta's Opposed Motion for Reconsideration of October 23, 2025 Order ("Motion for Reconsideration"); and it is further

**ORDERED** that the Court's resolution of Meta's September 17, 2025 Partially Opposed Omnibus Motion to Seal Briefing on the District's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents is **STAYED** until such time that the Court has resolved Meta's Motion for Reconsideration; and it is further

**ORDERED** that the Parties shall brief Meta's Motion for Reconsideration consistent with D.C. Super. Ct. Civ. R. 12-I.

**IT IS SO ORDERED**.

_Judge Yvonne Williams_

Date: October 28, 2025

Copies to:

Jimmy R. Rock
Demi A. Moore
Kevin Vermillion
Patrick Ntchobo
*Counsel for the District*

John DeBoy
Lindsey Barnhart
Isaac D. Chaput
Amber M. Charles
David Haller
Gregory Halperin
Timothy C. Hester
Michael X. Imbroscio
Phyllis A. Jones
Christian J. Pistilli
Paul W. Schmidt
David N. Sneed
*Counsel for Meta*