*Submitting Counsel on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT RE PRODUCTION OF CUSTODIAL FILE OF YOUTUBE WITNESS TOM SAFFELL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to this Court's order at Dkt. 2327, YouTube, LLC and Google LLC (together, "YouTube"), and PI/SD Plaintiffs (collectively, the "Parties"), by and through their respective counsel of record, provide the following joint status report:

1. Plaintiffs sent proposed search terms to YouTube on Thursday, October 30, 2025. Pursuant to the Court's order, YouTube will send proposed search terms to Plaintiffs on or before Monday, November 3, 2025.

2. Following that exchange, the parties will meet and confer in accordance with the Court's order.

1  Respectfully submitted,

2  DATED: October 31, 2025                    WILLIAMS & CONNOLLY LLP

3                                              /s/ Ashley W. Hardin
4                                              Joseph G. Petrosinelli (*pro hac vice*)
                                                jpetrosinelli@wc.com
5                                              Ashley W. Hardin (*pro hac vice*)
                                                ahardin@wc.com
6                                              680 Maine Avenue, SW
7                                              Washington, DC 20024
                                                Telephone.: 202-434-5000
8                                              Fax: 202-434-5029

9
10                                             WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
11
                                                Brian M. Willen (*pro hac vice*)
12                                             WILSON SONSINI GOODRICH & ROSATI
                                                1301 Avenue of the Americas, 40th Floor
13                                             New York, New York 10019
                                                Telephone: (212) 999-5800
14                                             Facsimile: (212) 999-5899
15                                             Email: bwillen@wsgr.com

16                                             Lauren Gallo White (SBN 309075)
                                                Samantha A. Machock (SBN 298852)
17                                             WILSON SONSINI GOODRICH & ROSATI
18                                             One Market Plaza, Spear Tower, Suite 3300
                                                San Francisco, CA 94105
19                                             Telephone: (415) 947-2000
                                                Facsimile: (415) 947-2099
20                                             Email: lwhite@wsgr.com
                                                Email: smachock@wsgr.com
21
22                                             Christopher Chiou (SBN 233587)
                                                Matthew K. Donohue (SBN 302144)
23                                             WILSON SONSINI GOODRICH & ROSATI
                                                953 East Third Street, Suite 100
24                                             Los Angeles, CA 90013
                                                Telephone: (323) 210-2900
25                                             Facsimile: (866) 974-7329
                                                Email: cchiou@wsgr.com
26                                             Email: mdonohue@wsgr.com
27
28

MORGAN, LEWIS & BOCKIUS LLP

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Ellyn H. Hurd*
**ELLYN H. HURD**
SIMMONS HANLY CONROY
112 Madison Avenue,
7th Floor, New York, NY 10016
(212) 257-8482
ehurd@simmonsfirm.com

*Attorney for Plaintiffs*

## ATTESTATION

I, Joseph Sandoval-Bushur, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 31, 2025                              By: */s/ Joseph Sandoval-Bushur*