[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| *Charleston County School District v. Meta Platforms, Inc., et al.* | Magistrate Judge: Hon. Peter H. Kang |
| *Irvington Public Schools v. Meta Platforms, Inc., et al.* | |
| *Dekalb County School District v. Meta Platforms, Inc., et al.* | |
| *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | |

I, Previn Warren, of full age and duly sworn according to law, declare:

I am an attorney admitted to practice law in the District of Columbia and admitted *pro hac vice* in this Court. I am a Partner with the law firm Motley Rice, LLC, and I serve as co-lead counsel for the Personal Injury and School District Plaintiffs in the above-captioned litigation. I submit this Declaration in support of Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and/or cited in Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment. For the convenience of the Court and the parties, Appendix A groups each of these exhibits by source, identifying those exhibits that constitute (1) documents produced in this litigation by Meta (2) documents produced in this litigation by TikTok, (3), documents produced in this litigation by YouTube, (4) documents produced in this litigation by Snap, (5) Plaintiffs' expert reports, (6) deposition transcripts, (7) Written Discovery and Affidavits, (8) publicly available materials such as articles, and (9) miscellaneous other evidence.

1.     Attached hereto as Exhibit 1 is a true and accurate copy of written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Third Set of Requests for Admissions.

2.     Attached hereto as Exhibit 2 is a true and accurate copy of the transcript of the Deposition of Vaishnavi Jayakumar taken on January 30, 2025, January 31, 2025 and March 6, 2025.

3.     Attached hereto as Exhibit 3 is a true and accurate copy of the transcript of the Deposition of Alison Lee taken on February 6, 2025.

4.     Attached hereto as Exhibit 4 is a true and accurate copy of the transcript of the Deposition of Margaret Gould Stewart taken on October 21, 2024.

5.     Attached hereto as Exhibit 5 is a true and accurate copy of the transcript of the Deposition of Nick Clegg taken on March 20, 2025 and March 21, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

6.      Attached hereto as Exhibit 6 is a true and accurate copy of the transcript of the Deposition of Adam S. Mosseri taken on March 17, 2025.

7.      Attached hereto as Exhibit 7 is a true and accurate copy of the transcript of the Deposition of Darius Kilstein taken on December 17, 2024 and December 18, 2024.

8.      Attached hereto as Exhibit 8 is a true and accurate copy of the transcript of the Deposition of Brian Boland taken on April 25, 2025.

9.      Attached hereto as Exhibit 9 is a true and accurate copy of the transcript of the Deposition of Kang-Xing Jin taken on October 24, 2024 and October 25, 2024.

10.      Attached hereto as Exhibit 10 is a true and accurate copy of the transcript of the Deposition of Natalie Troxel taken on March 11, 2025.

11.      Attached hereto as Exhibit 11 is a true and accurate copy of the transcript of the Deposition of Mark Zuckerberg taken on March 27, 2025 and March 28, 2025.

12.      Attached hereto as Exhibit 12 is a true and accurate copy of the transcript of the Deposition of George Volichenko taken on December 16, 2024.

13.      Attached hereto as Exhibit 13 is a true and accurate copy of the transcript of the Deposition of Joshua Simons taken on April 1, 2025.

14.      Attached hereto as Exhibit 14 is a true and accurate copy of the transcript of the Deposition of Larry Birnbaum taken on August 15, 2025.

15.      Attached hereto as Exhibit 15 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00649343.

16.      Attached hereto as Exhibit 16 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00289025.

17.      Attached hereto as Exhibit 17 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00030070.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

18.     Attached hereto as Exhibit 18 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00021070.

19.     Attached hereto as Exhibit 19 is a true and accurate copy of the transcript of the Deposition of Wendy Gross taken on January 28, 2025.

20.     Attached hereto as Exhibit 20 is a true and accurate copy of the transcript of the Deposition of Charles Sismondo taken on October 16, 2024 and October 17, 2024.

21.     Attached hereto as Exhibit 21 is a true and accurate copy of the transcript of the Deposition of Robert Chen taken on March 25, 2025.

22.     Attached hereto as Exhibit 22 is a true and accurate copy of the transcript of the Deposition of Kenzie Snyder taken on February 27, 2025 and February 28, 2025.

23.     Attached hereto as Exhibit 23 is a true and accurate copy of the transcript of the Deposition of Frances Haugen taken on September 25, 2025.

24.     Attached hereto as Exhibit 24 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-027-00000106.

25.     Attached hereto as Exhibit 25 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00289990.

26.     Attached hereto as Exhibit 26 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00084997.

27.     Attached hereto as Exhibit 27 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00268620.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

28.     Attached hereto as Exhibit 28 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00266889.

29.     Attached hereto as Exhibit 29 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00410126.

30.     Attached hereto as Exhibit 30 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00120925.

31.     Attached hereto as Exhibit 31 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00068214.

32.     Attached hereto as Exhibit 32 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00069332.

33.     Attached hereto as Exhibit 33 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00066030.

34.     Attached hereto as Exhibit 34 is a true and accurate copy of an article titled "Instagram Has A Massive Harassment Problem" published by *The Atlantic* on October 15, 2018.

35.     Attached hereto as Exhibit 35 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-155-00013089.

36.     Attached hereto as Exhibit 36 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00023595.

1    37.     Attached hereto as Exhibit 37 is a true and accurate copy of a document produced in

2  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

3  00134688.

4    38.     Attached hereto as Exhibit 38 is a true and accurate copy of a document produced in

5  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-044-

6  00008035.

7    39.     Attached hereto as Exhibit 39 is a true and accurate copy of the transcript of the

8  Deposition of Dayna Geldwert taken on May 8, 2025.

9    40.     Attached hereto as Exhibit 40 is a true and accurate copy of a document produced in

10  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-111-

11  00364132.

12    41.     Attached hereto as Exhibit 41 is a true and accurate copy of a document produced in

13  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-

14  00104557.

15    42.     Attached hereto as Exhibit 42 is a true and accurate copy of a document produced in

16  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-132-

17  00000150.

18    43.     Attached hereto as Exhibit 43 is a true and accurate copy of a document produced in

19  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

20  00022355.

21    44.     Attached hereto as Exhibit 44 is a true and accurate copy of a document produced in

22  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-

23  00000315.

24    45.     Attached hereto as Exhibit 45 is a true and accurate copy of a document produced in

25  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

26  00133717.

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1    46.    Attached hereto as Exhibit 46 is a true and accurate copy of a document produced in

2    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

3    00021467.

4    47.    Attached hereto as Exhibit 47 is a true and accurate copy of a document produced in

5    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

6    00084526.

7    48.    Attached hereto as Exhibit 48 is a true and accurate copy of a document produced in

8    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

9    00084519.

10    49.    Attached hereto as Exhibit 49 is a true and accurate copy of a document produced in

11    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-

12    01191566.

13    50.    Attached hereto as Exhibit 50 is a true and accurate copy of a document produced in

14    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-065-

15    00285554.

16    51.    Attached hereto as Exhibit 51 is a true and accurate copy of a document produced in

17    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

18    00117465.

19    52.    Attached hereto as Exhibit 52 is a true and accurate copy of a document produced in

20    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

21    00146705.

22    53.    Attached hereto as Exhibit 53 is a true and accurate copy of a document produced in

23    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-

24    00067096.

25    54.    Attached hereto as Exhibit 54 is a true and accurate copy of a document produced in

26    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-

27    00579227.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1       55.    Attached hereto as Exhibit 55 is a true and accurate copy of a document produced in

2 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-065-

3 00185739.

4       56.    Attached hereto as Exhibit 56 is a true and accurate copy of a document produced in

5 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-

6 00256341.

7       57.    Attached hereto as Exhibit 57 is a true and accurate copy of a document produced in

8 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

9 00083852.

10       58.    Attached hereto as Exhibit 58 is a true and accurate copy of a document produced in

11 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

12 00123187.

13       59.    Attached hereto as Exhibit 59 is a true and accurate copy of a document produced in

14 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

15 00104304.

16       60.    Attached hereto as Exhibit 60 is a true and accurate copy of a document produced in

17 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-

18 00052388.

19       61.    Attached hereto as Exhibit 61 is a true and accurate copy of a document produced in

20 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-

21 00138682.

22       62.    Attached hereto as Exhibit 62 is a true and accurate copy of a document produced in

23 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-

24 00174377.

25       63.    Attached hereto as Exhibit 63 is a true and accurate copy of a document produced in

26 this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

27 00105478.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1      64.    Attached hereto as Exhibit 64 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00118611.

65.    Attached hereto as Exhibit 65 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00100703.

66.    Attached hereto as Exhibit 66 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-146-00052282.

67.    Attached hereto as Exhibit 67 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00116488.

68.    Attached hereto as Exhibit 68 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-091-00006448.

69.    Attached hereto as Exhibit 69 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00630219.

70.    Attached hereto as Exhibit 70 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00029345.

71.    Attached hereto as Exhibit 71 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-005-00000318.

72.    Attached hereto as Exhibit 72 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00047518.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1   73.   Attached hereto as Exhibit 73 is a true and accurate copy of a document produced in
2   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-
3   00021695.

4   74.   Attached hereto as Exhibit 74 is a true and accurate copy of a document produced in
5   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-
6   00342152.

7   75.   Attached hereto as Exhibit 75 is a true and accurate copy of a document produced in
8   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-
9   00091414.

10   76.   Attached hereto as Exhibit 76 is a true and accurate copy of a document produced in
11   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-136-
12   00013164.

13   77.   Attached hereto as Exhibit 77 is a true and accurate copy of a document produced in
14   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-
15   00233670.

16   78.   Attached hereto as Exhibit 78 is a true and accurate copy of a document produced in
17   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-
18   00157036.

19   79.   Attached hereto as Exhibit 79 is a true and accurate copy of a document produced in
20   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-
21   00704205.

22   80.   Attached hereto as Exhibit 80 is a true and accurate copy of a document produced in
23   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-
24   00005380.

25   81.   Attached hereto as Exhibit 81 is a true and accurate copy of a document produced in
26   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-
27   00230760.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

82.     Attached hereto as Exhibit 82 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-053-00028484.

83.     Attached hereto as Exhibit 83 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-039-00000058.

84.     Attached hereto as Exhibit 84 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-00327080.

85.     Attached hereto as Exhibit 85 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00215015.

86.     Attached hereto as Exhibit 86 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00488494.

87.     Attached hereto as Exhibit 87 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00095647.

88.     Attached hereto as Exhibit 88 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-091-00024566.

89.     Attached hereto as Exhibit 89 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00172125.

90.     Attached hereto as Exhibit 90 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00058006.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

91.     Attached hereto as Exhibit 91 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00031943.

92.     Attached hereto as Exhibit 92 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00572432.

93.     Attached hereto as Exhibit 93 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-165-00000428.

94.     Attached hereto as Exhibit 94 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00213905.

95.     Attached hereto as Exhibit 95 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00591925.

96.     Attached hereto as Exhibit 96 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00020466.

97.     Attached hereto as Exhibit 97 is a true and accurate copy of a study titled "Understanding Perceptions of Problematic Facebook Use: When People Experience Negative Life Impact and a Lack of Control" published by Cheng, J. et. al. in the Conference on Human Factors in Computing Systems in May 2019.

98.     Attached hereto as Exhibit 98 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00109173.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

99.     Attached hereto as Exhibit 99 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-079-00000165.

100.    Attached hereto as Exhibit 100 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00347782. The document was introduced during the deposition of Shilpa Mody taken on March 14, 2025. The document was introduced as Exhibit 2.

101.    Attached hereto as Exhibit 101 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00347805. The document was introduced during the deposition of Shilpa Mody taken on March 14, 2025. The document was introduced as Exhibit 3.

102.    Attached hereto as Exhibit 102 is a true and accurate copy of the transcript of the Deposition of Shilpa Mody taken on March 14, 2025.

103.    Attached hereto as Exhibit 103 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-044-00075012.

104.    Attached hereto as Exhibit 104 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-096-00000086.

105.    Attached hereto as Exhibit 105 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00184006.

106.    Attached hereto as Exhibit 106 is a true and accurate copy of a document introduced as an exhibit during the deposition of Mark Zuckerberg taken on March 27-28, 2025. The document was introduced as Exhibit 33 and is a copy of Facebook, Inc.'s letter to Senator Lindsey Graham dated December 23, 2020.

1    107.    Attached hereto as Exhibit 107 is a true and accurate copy of a document produced in

2    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-079-

3    00000177.

4    108.    Attached hereto as Exhibit 108 is a true and accurate copy of a document produced in

5    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-

6    00575591.

7    109.    Attached hereto as Exhibit 109 is a true and accurate copy of a document used during

8    the deposition of Mark Zuckerberg taken on March 27, 2025 and March 28, 2025. The document was

9    introduced as Exhibit 31 and produced in this litigation by the Meta Defendants beginning with the

10   Bates number META3047MDL-074-00027496.

11   110.    Attached hereto as Exhibit 110 is a true and accurate copy of a document produced in

12   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-

13   00003016.

14   111.    Attached hereto as Exhibit 111 is a true and accurate copy of a document produced in

15   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

16   0025533.

17   112.    Attached hereto as Exhibit 112 is a true and accurate copy of a document produced in

18   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

19   00121724.

20   113.    Attached hereto as Exhibit 113 is a true and accurate copy of the transcript of the

21   Deposition of Diego Castaneda taken on October 22, 2024 and October 23, 2024.

22   114.    Attached hereto as Exhibit 114 is a true and accurate copy of a document produced in

23   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

24   00089141.

25   115.    Attached hereto as Exhibit 115 is a true and accurate copy of a document produced in

26   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-

27   00002192.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

116.    Attached hereto as Exhibit 116 is a true and accurate copy of a document used during the deposition of George Volichenko taken on December 16, 2024. The document was introduced as Exhibit 116 and was produced by the Meta Defendants beginning with the Bates number META3047MDL-035-00005017.

117.    Attached hereto as Exhibit 117 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00330379.

118.    Attached hereto as Exhibit 118 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00079909.

119.    Attached hereto as Exhibit 119 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00021095.

120.    Attached hereto as Exhibit 120 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00048700.

121.    Attached hereto as Exhibit 121 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-035-00005132.

122.    Attached hereto as Exhibit 122 is a true and accurate copy of the transcript of the Deposition of Shruti Bhutada taken on November 18, 2024 and November 19, 2024.

123.    Attached hereto as Exhibit 123 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00095008.

124.    Attached hereto as Exhibit 124 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00691221.

125.     Attached hereto as Exhibit 125 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00360058.

126.     Attached hereto as Exhibit 126 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-037-00007064.

127.     Attached hereto as Exhibit 127 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00082810.

128.     Attached hereto as Exhibit 128 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00239694.

129.     Attached hereto as Exhibit 129 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00001890.

130.     Attached hereto as Exhibit 130 is a true and accurate copy of the transcript of the Deposition of Moira Burke taken on January 28, 2025 and January 29, 2025.

131.     Attached hereto as Exhibit 131 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00336264.

132.     Attached hereto as Exhibit 132 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-037-00068917.

133.     Attached hereto as Exhibit 133 is a true and accurate copy of the transcript of the Deposition of Tom Cunningham taken on March 7, 2025.

134.     Attached hereto as Exhibit 134 is a true and accurate copy of a video of an excerpt from Sean Parker's interview by Mike Allen on behalf of AXIOS on November 9, 2017.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

135.    Attached hereto as Exhibit 135 is a true and accurate copy of a video of another excerpt from Sean Parker's interview by Mike Allen on behalf of AXIOS on November 9, 2017.

136.    Attached hereto as Exhibit 136 is a true and accurate copy of a video of an excerpt from Mark Zuckerberg's interview at the Startup School in 2013.

137.    Attached hereto as Exhibit 137 is a true and accurate copy of a video of an excerpt from Chamath Palihaptiya's interview at the Stanford Graduate School of Business on November 13, 2017.

138.    Attached hereto as Exhibit 138 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-022-00046397.

139.    Attached hereto as Exhibit 139 is a true and accurate copy of a document produced in this litigation by Frances Haugen beginning with the Bates number Haugen_00010114.

140.    Attached hereto as Exhibit 140 is a true and accurate copy of a document produced in this litigation by Frances Haugen beginning with the Bates number Haugen_00016893.

141.    Attached hereto as Exhibit 141 is a true and accurate copy of a document introduced as an exhibit during the deposition of Mark Zuckerberg taken on March 27-28, 2025. The document was introduced as Exhibit 16 and is a copy of Tom Cunningham's public LinkedIn Profile.

142.    Attached hereto as Exhibit 142 is a true and accurate copy of a document introduced as an exhibit during the deposition of Mark Zuckerberg taken on March 27-28, 2025. The document was introduced as Exhibit 17 and is a copy of Albert Hamood's public LinkedIn Profile..

143.    Attached hereto as Exhibit 143 is a true and accurate copy of a document introduced as an exhibit during the deposition of Mark Zuckerberg taken on March 27-28, 2025. The document was introduced as Exhibit 18. It was obtained from the website of Brandeis University and displays certin undergraduate classes offered there during the Spring 2014 semester.

144.    Attached hereto as Exhibit 144 is a true and accurate copy of a video of an excerpt from the House Committee on Energy and Commerce hearing titled "Combating Online Misinformation and Disinformation," held on March 25, 2021.

145.     Attached hereto as Exhibit 145 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00015029.

146.     Attached hereto as Exhibit 146 is a true and accurate copy of the transcript of the Deposition of Kyle Andrews taken on November 19, 2025 and November 20, 2025.

147.     Attached hereto as Exhibit 147 is a true and accurate copy of a document introduced as an exhibit during the deposition of Arturo Bejar taken on April 7, 2025, April 8, 2025, and April 9, 2025. The document was introduced as Exhibit 28 and is a copy of Meta's public-facing Community Standards Enforcement Report as they appeared on Meta's website circa January 26, 2022.

148.     Attached hereto as Exhibit 148 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00140829.

149.     Attached hereto as Exhibit 149 is a true and accurate copy of a video of an excerpt from the Senate Committee on the Judiciary hearing titled "Breaking the News: Censorship, Suppression and the 2020 Election," held on November 17, 2020.

150.     Attached hereto as Exhibit 150 is a true and accurate copy of a video of an excerpt from the House Committee on Energy and Commerce hearing titled "Combating Online Misinformation and Disinformation," held on March 25, 2021.

151.     Attached hereto as Exhibit 151 is a true and accurate copy of a video of an excerpt from the Senate Committee on the Judiciary hearing titled "Big Tech and the Online Child Sexual Exploitation Crisis," held on January 31, 2024.

152.     Attached hereto as Exhibit 152 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00112613.

153.     Attached hereto as Exhibit 153 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00133741.

154.    Attached hereto as Exhibit 154 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00134687.

155.    Attached hereto as Exhibit 155 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00382301.

156.    Attached hereto as Exhibit 156 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00330868.

157.    Attached hereto as Exhibit 157 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00343518.

158.    Attached hereto as Exhibit 158 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-01210347.

159.    Attached hereto as Exhibit 159 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-065-00337077.

160.    Attached hereto as Exhibit 160 is a true and accurate copy of written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Third Set of Requests for Admissions.

161.    Attached hereto as Exhibit 161 is a true and accurate copy of a document introduced as an exhibit during the deposition of Lotte Rubaek taken on April 1, 2025. The document was introduced as Exhibit 13 and is a copy of the Regulation 28 Report to Prevent Future Deaths created by the North London Coroner's Service on October 13, 2022.

162.    Attached hereto as Exhibit 162 is a true and accurate copy of a document introduced as an exhibit during the deposition of Vaishnavi Jayakumar taken on January 30, 2025, January 31,

2025 and March 6, 2025. The document was introduced as Exhibit 22 and is a copy of Meta's public-facing policy relating to Suicide, Self-Injury, and Eating Disorders as of May 4, 2020.

163.    Attached hereto as Exhibit 163 is a true and accurate copy of a document introduced as an exhibit during the deposition of Vaishnavi Jayakumar taken on January 30, 2025, January 31, 2025 and March 6, 2025. The document was introduced as Exhibit 23 and is a copy of Meta's public-facing policy relating to Suicide, Self-Injury, and Eating Disorders as of January 23, 2025.

164.    Attached hereto as Exhibit 164 is a true and accurate copy of the transcript of the Senate Subcommittee on Consumer Protection, Product Safety, and Data Security's hearing titled "Protecting Kids Online: Instagram and Reforms for Young Users," held on December 8, 2021.

165.    Attached hereto as Exhibit 165 is a true and accurate copy of the transcript of the Senate Subcommittee on Consumer Protection, Product Safety, and Data Security's hearing titled "Protecting Kids Online: Facebook, Instagram, and Mental Health Harm," held on September 30, 2021.

166.    Attached hereto as Exhibit 166 is a true and accurate copy of the supplemental written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' first Interrogatory on February 21, 2025.

167.    Attached hereto as Exhibit 167 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-155-00008266.

168.    Attached hereto as Exhibit 168 is a true and accurate copy of the transcript of the Deposition of Arturo Bejar taken on April 7, 2025, April 8, 2025, and April 9, 2025.

169.    Attached hereto as Exhibit 169 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00084961.

170.    Attached hereto as Exhibit 170 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00002240.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

171.    Attached hereto as Exhibit 171 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00086015.

172.    Attached hereto as Exhibit 172 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-143-00000002.

173.    Attached hereto as Exhibit 173 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00319359.

174.    Attached hereto as Exhibit 174 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00175144.

175.    Attached hereto as Exhibit 175 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00025341.

176.    Attached hereto as Exhibit 176 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-111-00204020.

177.    Attached hereto as Exhibit 177 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-275-00004231.

178.    Attached hereto as Exhibit 178 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00064409.

179.    Attached hereto as Exhibit 179 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031099246746.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

180.    Attached hereto as Exhibit 180 is a true and accurate copy of a video of an excerpt of Adam Mosseri's interview by the British Broadcasting Corporation, which appeared online on February 7, 2019.

181.    Attached hereto as Exhibit 181 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00544758.

182.    Attached hereto as Exhibit 182 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00068863.

183.    Attached hereto as Exhibit 183 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-242-00000064.

184.    Attached hereto as Exhibit 184 is a true and accurate copy of amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' First Set of Requests for Admissions on February 11, 2025.

185.    Attached hereto as Exhibit 185 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00541113.

186.    Attached hereto as Exhibit 186 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00369785.

187.    Attached hereto as Exhibit 187 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00333402.

188.    Attached hereto as Exhibit 188 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-222-00005478.

189.    Attached hereto as Exhibit 189 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00151907.

190.    Attached hereto as Exhibit 190 is a true and accurate copy of the sixth supplemental and amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Second Set of Interrogatories.

191.    Attached hereto as Exhibit 191 is a true and accurate copy of a letter from Facebook, Inc. Senators Richard Blumenthal and Marsha Blackburn dated August 17, 2021.

192.    Attached hereto as Exhibit 192 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00383542.

193.    Attached hereto as Exhibit 193 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00245499.

194.    Attached hereto as Exhibit 194 is a true and accurate copy of the transcript of the Deposition of Michael "Miki" Rothschild taken on January 21, 2025 and January 22, 2025.

195.    Attached hereto as Exhibit 195 is a true and accurate copy of the second amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' First Set of Requests for Admissions on March 3, 2025.

196.    Attached hereto as Exhibit 196 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00166515.

197.    Attached hereto as Exhibit 197 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00278850

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

198. Attached hereto as Exhibit 198 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00206538.

199. Attached hereto as Exhibit 199 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00037237.

200. Attached hereto as Exhibit 200 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00056779.

201. Attached hereto as Exhibit 201 is a true and accurate copy of third supplemental written discovery responses and objections served by the Meta Defendants in response to Plainitffs' second Interrogatory on November 18, 2024.

202. Attached hereto as Exhibit 202 is a true and accurate copy of responses submitted by Sarah Wynn-Williams to Senator Cory Booker's Questions for the Record, submitted as part of her testimony before the Senate Subcommittee on Crime and Counterterrorism on April 16, 2025 at a hearing titled, "A Time for Truth: Oversight of Meta's Foreign Relations and Representations to the United States Congress".

203. Attached hereto as Exhibit 203 is a true and accurate copy of amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Third Set of Requests for Admissions on May 2, 2025.

204. Attached hereto as Exhibit 204 is a true and accurate copy of an article by Jeff Horwitz and Katherine Blunt titled, "Instagram's Algorithm Delivers Toxic Video Mix to Adults Who Follow Children," published in the Wall Street Journal on November 27, 2023.

205. Attached hereto as Exhibit 205 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00476655.

206.    Attached hereto as Exhibit 206 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-074-00165155.

207.    Attached hereto as Exhibit 207 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00329532.

208.    Attached hereto as Exhibit 208 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-00717468.

209.    Attached hereto as Exhibit 209 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00029310.

210.    Attached hereto as Exhibit 210 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00192305.

211.    Attached hereto as Exhibit 211 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-044-00108564.

212.    Attached hereto as Exhibit 212 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00448558.

213.    Attached hereto as Exhibit 213 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00095911.

214.    Attached hereto as Exhibit 214 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-00032552.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

215.    Attached hereto as Exhibit 215 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00328644.

216.    Attached hereto as Exhibit 216 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00706929.

217.    Attached hereto as Exhibit 217 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-152-00029529.

218.    Attached hereto as Exhibit 218 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00706686.

219.    Attached hereto as Exhibit 219 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00542046.

220.    Attached hereto as Exhibit 220 is a true and accurate copy of the transcript of the Deposition of Emilio Ferrara, Ph.D. taken on August 13, 2025.

221.    Attached hereto as Exhibit 221 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-205-00009630.

222.    Attached hereto as Exhibit 222 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00207835.

223.    Attached hereto as Exhibit 223 is a true and accurate copy of a document introduced as an exhibit during the deposition of Meta expert witness Dr. Larry Birnbaum taken on August 15, 2025. The document was introduced as Exhibit 16.

224.    Attached hereto as Exhibit 224 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00340672.

225.    Attached hereto as Exhibit 225 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00563113.

226.    Attached hereto as Exhibit 226 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00161686.

227.    Attached hereto as Exhibit 227 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00208021.

228.    Attached hereto as Exhibit 228 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-153-00000071.

229.    Attached hereto as Exhibit 229 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-01030576.

230.    Attached hereto as Exhibit 230 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-005-00000001.

231.    Attached hereto as Exhibit 231 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-035-00002761.

232.    Attached hereto as Exhibit 232 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-00717468.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1
2
3

233.    Attached hereto as Exhibit 233 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00237768.

4
5

234.    Attached hereto as Exhibit 234 is a true and accurate copy of a document produced in this litigation by Frances Haugen beginning with the Bates number Haugen_00021247.

6
7
8

235.    Attached hereto as Exhibit 235 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-065-00433563.

9
10
11

236.    Attached hereto as Exhibit 236 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00447851.

12
13

237.    Attached hereto as Exhibit 237 is a true and accurate copy of a document produced in this litigation by Frances Haugen beginning with the Bates number Haugen_00006798.

14
15
16

238.    Attached hereto as Exhibit 238 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00541685.

17
18
19

239.    Attached hereto as Exhibit 239 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00011760.

20
21
22

240.    Attached hereto as Exhibit 240 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00042548.

23
24
25

241.    Attached hereto as Exhibit 241 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00603437.

26
27
28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

242.    Attached hereto as Exhibit 242 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00121808.

243.    Attached hereto as Exhibit 243 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00077939.

244.    Attached hereto as Exhibit 244 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00285734.

245.    Attached hereto as Exhibit 245 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-275-00004231.

246.    Attached hereto as Exhibit 246 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-207-00027495.

247.    Attached hereto as Exhibit 247 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00350817.

248.    Attached hereto as Exhibit 248 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00695288.

249.    Attached hereto as Exhibit 249 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00027423.

250.    Attached hereto as Exhibit 250 is a true and accurate copy of the transcript of the Deposition of Nona Yadegar taken on December 16, 2024.

251.    Attached hereto as Exhibit 251 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00661789.

252.    Attached hereto as Exhibit 252 is a true and accurate copy of an article by Tom Knowles titled "I'm so sorry, says inventor of endless online scrolling" published by The Times on April 27, 2019.

253.    Attached hereto as Exhibit 253 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00256107.

254.    Attached hereto as Exhibit 254 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00005380.

255.    Attached hereto as Exhibit 255 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-01167629.

256.    Attached hereto as Exhibit 256 is a true and accurate copy of the transcript of the Deposition of Lotte Rubaek taken on April 1, 2025.

257.    Attached hereto as Exhibit 257 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-208-00051296.

258.    Attached hereto as Exhibit 258 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00067096.

259.    Attached hereto as Exhibit 259 is a true and accurate copy of a document produced in this litigation by Frances Haugen beginning with the Bates number Haugen_00012710.

260.     Attached hereto as Exhibit 260 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00181774.

261.     Attached hereto as Exhibit 261 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00588248.

262.     Attached hereto as Exhibit 262 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00446151.

263.     Attached hereto as Exhibit 263 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00399807.

264.     Attached hereto as Exhibit 264 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00077196.

265.     Attached hereto as Exhibit 265 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00171168.

266.     Attached hereto as Exhibit 266 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-035-00002791.

267.     Attached hereto as Exhibit 267 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-056-00003662.

268.     Attached hereto as Exhibit 268 is a true and accurate copy of a document introduced as an exhibit during the deposition of Diego Castaneda taken on October 22-23, 2024. The document

was introduced as Exhibit 33 and is a blog post by Adam Mosseri titled "Raising the Standard for Protecting Teens and Supporting Parents Online" and published on December 7, 2021.

269.    Attached hereto as Exhibit 269 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-065-00185739.

270.    Attached hereto as Exhibit 270 is a true and accurate copy of the seventh supplemental and amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Second Set of Interrogatories on April 17, 2025.

271.    Attached hereto as Exhibit 271 is a true and accurate copy of an Instagram blog post titled "Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents" published on its website on September 17, 2024.

272.    Attached hereto as Exhibit 272 is a true and accurate copy of the Declaration of Jason Sattizahn dated September 26, 2025.

273.    Attached hereto as Exhibit 273 is a true and accurate copy of the Declaration of Jason Sattizahn ("Alpha") dated March 10, 2025.

274.    Attached hereto as Exhibit 274 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00157020.

275.    Attached hereto as Exhibit 275 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00086272.

276.    Attached hereto as Exhibit 276 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00355780.

277.    Attached hereto as Exhibit 277 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00125126.

278.    Attached hereto as Exhibit 278 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00190950.

279.    Attached hereto as Exhibit 279 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00378206.

280.    Attached hereto as Exhibit 280 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00020438.

281.    Attached hereto as Exhibit 281 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-208-00057228.

282.    Attached hereto as Exhibit 282 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-188R-00000008.

283.    Attached hereto as Exhibit 283 is a true and accurate copy of the fourth supplemental and amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs Second Set of Interrogatories on March 14, 2025.

284.    Attached hereto as Exhibit 284 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00206683.

285.    Attached hereto as Exhibit 285 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00283405.

286.    Attached hereto as Exhibit 286 is a true and accurate copy of the transcript of the Deposition of Antigone Davis taken on March 4, 2025 and March 5, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

287.    Attached hereto as Exhibit 287 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00123666.

288.    Attached hereto as Exhibit 288 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00352799.

289.    Attached hereto as Exhibit 289 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-222-00001568.

290.    Attached hereto as Exhibit 290 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-278-00041446.

291.    Attached hereto as Exhibit 291 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-205-00001601.

292.    Attached hereto as Exhibit 292 is a true and accurate copy of the transcript of the Senate Subcommittee on Consumer Protection, Product Safety, and Data Security's hearing titled "Protecting Kids Online: Instagram and Reforms for Young Users," held on December 8, 2021.

293.    Attached hereto as Exhibit 293 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00241542.

294.    Attached hereto as Exhibit 294 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-113-00051306.

295.    Attached hereto as Exhibit 295 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-207-00034410.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

296.    Attached hereto as Exhibit 296 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00294806.

297.    Attached hereto as Exhibit 297 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00728626.

298.    Attached hereto as Exhibit 298 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00069917.

299.    Attached hereto as Exhibit 299 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-00304285.

300.    Attached hereto as Exhibit 300 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-136-00013164.

301.    Attached hereto as Exhibit 301 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00050422.

302.    Attached hereto as Exhibit 302 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00651532.

303.    Attached hereto as Exhibit 303 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00014804.

304.    Attached hereto as Exhibit 304 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-177-00122386.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

305.     Attached hereto as Exhibit 305 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-096-00000003.

306.     Attached hereto as Exhibit 306 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00127958.

307.     Attached hereto as Exhibit 307 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00016249.

308.     Attached hereto as Exhibit 308 is a true and accurate copy of ninth supplemental written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Second Set of Interrogatories on June 4, 2025.

309.     Attached hereto as Exhibit 309 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00104380.

310.     Attached hereto as Exhibit 310 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00242378.

311.     Attached hereto as Exhibit 311 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00017391.

312.     Attached hereto as Exhibit 312 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00990649.

313.     Attached hereto as Exhibit 313 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00995641.

314.    Attached hereto as Exhibit 314 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00059532.

315.    Attached hereto as Exhibit 315 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-032-00001198.

316.    Attached hereto as Exhibit 316 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00544632.

317.    Attached hereto as Exhibit 317 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00294804.

318.    Attached hereto as Exhibit 318 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00225130.

319.    Attached hereto as Exhibit 319 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00246163.

320.    Attached hereto as Exhibit 320 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00352023.

321.    Attached hereto as Exhibit 321 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-073-00003522.

322.    Attached hereto as Exhibit 322 is a true and accurate copy of the sixth supplemental and amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Second Set of Interrogatories on April 4, 2025.

1       323.    Attached hereto as Exhibit 323 is a true and accurate copy of a document produced in
2   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-
3   00120531.

4       324.    Attached hereto as Exhibit 324 is a true and accurate copy of a document produced in
5   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-
6   00278293.

7       325.    Attached hereto as Exhibit 325 is a true and accurate copy of a document produced in
8   this litigation by the Meta Defendants beginning with the Bates number META3047MDL-144-
9   00000324.

10      326.    Attached hereto as Exhibit 326 is a true and accurate copy of a document produced in
11  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-
12  00342965.

13      327.    Attached hereto as Exhibit 327 is a true and accurate copy of a document produced in
14  this litigation by Frances Haugen beginning with the Bates number Haugen_00011969.

15      328.    Attached hereto as Exhibit 328 is a true and accurate copy of a video of an excerpt of
16  Adam Mosseri's interview with Today on October 14, 2025.

17      329.    Attached hereto as Exhibit 329 is a true and accurate copy of a document produced in
18  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-
19  00013254.

20      330.    Attached hereto as Exhibit 330 is a true and accurate copy of a document produced in
21  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-
22  01571441.

23      331.    Attached hereto as Exhibit 331 is a true and accurate copy of a document produced in
24  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-
25  00136153.

26

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

332.    Attached hereto as Exhibit 332 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00186901.

333.    Attached hereto as Exhibit 333 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00118471.

334.    Attached hereto as Exhibit 334 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00106273.

335.    Attached hereto as Exhibit 335 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00106619.

336.    Attached hereto as Exhibit 336 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00092508.

337.    Attached hereto as Exhibit 337 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00120623.

338.    Attached hereto as Exhibit 338 is a true and accurate copy of an Instagram blog post titled "Continuing to Make Instagram Safer for the Youngest Members of Our Community" published on its website on March 16, 2021.

339.    Attached hereto as Exhibit 339 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00652959.

340.    Attached hereto as Exhibit 340 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-00531116.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1       341.    Attached hereto as Exhibit 341 is a true and accurate copy of an Instagram blog post

2  titled "Introducing Instagram Teen Accounts: Built in Protections for Teens, Peace of Mind for

3  Parents" published on its website on September 17, 2024.

4       342.    Attached hereto as Exhibit 342 is a true and accurate copy of a document produced in

5  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

6  00005175.

7       343.    Attached hereto as Exhibit 343 is a true and accurate copy of a document produced in

8  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-

9  00538133.

10      344.    Attached hereto as Exhibit 344 is a true and accurate copy of a document produced in

11  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-

12  00538209.

13      345.    Attached hereto as Exhibit 345 is a true and accurate copy of a document produced in

14  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-

15  01177503.

16      346.    Attached hereto as Exhibit 346 is a true and accurate copy of a document produced in

17  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

18  00011385.

19      347.    Attached hereto as Exhibit 347 is a true and accurate copy of a document produced in

20  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-

21  00136977.

22      348.    Attached hereto as Exhibit 348 is a true and accurate copy of a document produced in

23  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-047-

24  01177502.

25      349.    Attached hereto as Exhibit 349 is a true and accurate copy of a document produced in

26  this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

27  00016693.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1    350.    Attached hereto as Exhibit 350 is a true and accurate copy of a document introduced

2    as an exhibit during the deposition of Diego Castaneda taken on October 22-23, 2024. The document

3    was introduced as Exhibit 24.

4    351.    Attached hereto as Exhibit 351 is a true and accurate copy of an Instagram blog post

5    titled "Continuing to Make Instagram Safer for the Youngest Members of Our Community" published

6    on its website on March 17, 2021.

7    352.    Attached hereto as Exhibit 352 is a true and accurate copy of a document produced in

8    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

9    00013254.

10    353.    Attached hereto as Exhibit 353 is a true and accurate copy of a document produced in

11    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-

12    00285759.

13    354.    Attached hereto as Exhibit 354 is a true and accurate copy of a document produced in

14    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-

15    00128524.

16    355.    Attached hereto as Exhibit 355 is a true and accurate copy of a document produced in

17    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-

18    00200960.

19    356.    Attached hereto as Exhibit 356 is a true and accurate copy of a document produced in

20    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-

21    01105909.

22    357.    Attached hereto as Exhibit 357 is a true and accurate copy of a document produced in

23    this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-

24    00191207.

25    358.    Attached hereto as Exhibit 358 is a true and accurate copy of a Meta blog post dated

26    February 24, 2016, announcing the release of the "Reactions" feature.

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

359.    Attached hereto as Exhibit 359 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00113378.

360.    Attached hereto as Exhibit 360 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00336267.

361.    Attached hereto as Exhibit 361 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00136561.

362.    Attached hereto as Exhibit 362 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00178107.

363.    Attached hereto as Exhibit 363 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00350154.

364.    Attached hereto as Exhibit 364 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00376297.

365.    Attached hereto as Exhibit 365 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00609932.

366.    Attached hereto as Exhibit 366 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00337135.

367.    Attached hereto as Exhibit 367 is a true and accurate copy of the transcript of the Deposition of Liza Crenshaw taken on March 5, 2025 and March 6, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

368.    Attached hereto as Exhibit 368 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00074488.

369.    Attached hereto as Exhibit 369 is a true and accurate copy of the transcript of the Deposition of Karina Newton taken on February 7, 2025 and February28, 2025.

370.    Attached hereto as Exhibit 370 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00179247.

371.    Attached hereto as Exhibit 371 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00179481.

372.    Attached hereto as Exhibit 372 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-053-00007843.

373.    Attached hereto as Exhibit 373 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00100761.

374.    Attached hereto as Exhibit 374 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00377295.

375.    Attached hereto as Exhibit 375 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00053599.

376.    Attached hereto as Exhibit 376 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-040-00215891.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

377.    Attached hereto as Exhibit 377 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-056-00002578.

378.    Attached hereto as Exhibit 378 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00069904.

379.    Attached hereto as Exhibit 379 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00127815.

380.    Attached hereto as Exhibit 380 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00071387.

381.    Attached hereto as Exhibit 381 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00026912.

382.    Attached hereto as Exhibit 382 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-038-00000234.

383.    Attached hereto as Exhibit 383 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00117852.

384.    Attached hereto as Exhibit 384 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00048544.

385.    Attached hereto as Exhibit 385 is a true and accurate copy of an article by Adrienne So titled "Instagram Will Test Hiding 'Likes' in the US Starting Next Week," published by *Wired* on November 8, 2019.

386.    Attached hereto as Exhibit 386 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00012022.

387.    Attached hereto as Exhibit 387 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00216683.

388.    Attached hereto as Exhibit 388 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00075698.

389.    Attached hereto as Exhibit 389 is a true and accurate copy of a Meta blog post titled "Giving People More Control on Instagram and Facebook" published on its website on May 26, 2021.

390.    Attached hereto as Exhibit 390 is a true and accurate copy of the seventh supplemental and amended written discovery responses and objections served by the Meta Defendants in response to Plaintiffs' Second Set of Interrogatories on April 17, 2025.

391.    Attached hereto as Exhibit 391 is a true and accurate copy of a Meta blog post dated February 24, 2016, announcing the release of the "Reactions" feature.

392.    Attached hereto as Exhibit 392 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-208-00057539.

393.    Attached hereto as Exhibit 393 is a true and accurate copy of the transcript of the Deposition of Justin Cheng taken on March 13, 2025 and April 1, 2025.

394.    Attached hereto as Exhibit 394 is a true and accurate copy of the transcript of the Deposition of Paul Alexander Dow taken on November 7, 2024 and November 8, 2024.

395.    Attached hereto as Exhibit 395 is a true and accurate copy of the transcript of the Deposition of Jennifer Guadagno Ph.D. taken on November 14, 2024.

396.    Attached hereto as Exhibit 396 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00071459.

397.    Attached hereto as Exhibit 397 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-020-00537909.

398.    Attached hereto as Exhibit 398 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00145472.

399.    Attached hereto as Exhibit 399 is a true and accurate copy of the transcript of the Deposition of Susan Li taken on March 10, 2025.

400.    Attached hereto as Exhibit 400 is a true and accurate copy of written discovery responses and objections served by the TikTok Defendants in response to Plaintiffs' Third Set of Interrogatories on October 7, 2024.

401.    Attached hereto as Exhibit 401 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-143-LARK-07067386.

402.    Attached hereto as Exhibit 402 is a true and accurate copy of the transcript of the Deposition of Eric Han taken on March 11, 2025, March 12, 2025, and June 27, 2025.

403.    Attached hereto as Exhibit 403 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-099-LARK-04568048.

404.    Attached hereto as Exhibit 404 is a true and accurate copy of the transcript of the Deposition of Natalie Medoff taken on May 20, 2025.

405.    Attached hereto as Exhibit 405 is a true and accurate copy of the transcript of the Deposition of Matthew Tenenbaum taken on January 28, 2025 and January 29, 2025.

406. Attached hereto as Exhibit 406 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-192-04793121.

407. Attached hereto as Exhibit 407 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-079-LARK-02008119.

408. Attached hereto as Exhibit 408 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKT0K3047MDL-089-03736535.

409. Attached hereto as Exhibit 409 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-116-04492944.

410. Attached hereto as Exhibit 410 is a true and accurate copy of second supplemental written discovery responses and objections served by the TikTok Defendants in response to Plaintiffs' Fourth Set of Interrogatories on August 15, 2025.

411. Attached hereto as Exhibit 411 is a true and accurate copy of the transcript of the Deposition of Andrew Kirchoff taken on March 16, 2025.

412. Attached hereto as Exhibit 412 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-056-00965196.

413. Attached hereto as Exhibit 413 is a true and accurate copy of the transcript of the Deposition of Samuel Kersul taken on July 30, 2025 and August 20, 2025.

414. Attached hereto as Exhibit 414 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-079-LARK-02470622.

415.    Attached hereto as Exhibit 415 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-001-00000204.

416.    Attached hereto as Exhibit 416 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-001-00003076.

417.    Attached hereto as Exhibit 417 is a true and accurate copy of written discovery responses and objections served by the TikTok Defendants in response to Plaintiffs' Fourth Set of Requests for Admission on April 2, 2025.

418.    Attached hereto as Exhibit 418 is a true and accurate copy of the transcript of the Deposition of Reagan Maher taken on February 21, 2025.

419.    Attached hereto as Exhibit 419 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-038-LARK-00192063.

420.    Attached hereto as Exhibit 420 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-042-LARK-00237491.

421.    Attached hereto as Exhibit 421 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-067-LARK-01022641.

422.    Attached hereto as Exhibit 422 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-099-LARK-05010219A.

423.    Attached hereto as Exhibit 423 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00077325.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

424. Attached hereto as Exhibit 424 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-080-LARK-02609790.

425. Attached hereto as Exhibit 425 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-056-00962362.

426. Attached hereto as Exhibit 426 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-087-LARK-03285153.

427. Attached hereto as Exhibit 427 is a true and accurate copy of the transcript of the Deposition of Wenjia Zhu taken on May 24, 2025 and May 25, 2025.

428. Attached hereto as Exhibit 428 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-128-LARK-06775038.

429. Attached hereto as Exhibit 429 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-060-01187527.

430. Attached hereto as Exhibit 430 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-023-00673467.

431. Attached hereto as Exhibit 431 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-130-04528836.

432. Attached hereto as Exhibit 432 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-081-01697166.

1      433.    Attached hereto as Exhibit 433 is a true and accurate copy of the transcript of the

2  Deposition of Adam Wang taken on May 21, 2025.

3      434.    Attached hereto as Exhibit 434 is a true and accurate copy of a document produced in

4  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-060-

5  01167143.

6      435.    Attached hereto as Exhibit 435 is a true and accurate copy of a document produced in

7  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-079-

8  LARK-02217029.

9      436.    Attached hereto as Exhibit 436 is a true and accurate copy of a document produced in

10  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-153-

11  LARK-07389166.

12      437.    Attached hereto as Exhibit 437 is a true and accurate copy of the transcript of the

13  Deposition of Jorge Ruiz taken on March 10, 2025.

14      438.    Attached hereto as Exhibit 438 is a true and accurate copy of a document produced in

15  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-018-

16  00363174.

17      439.    Attached hereto as Exhibit 439 is a true and accurate copy of a document produced in

18  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-039-

19  LARK-00215139.

20      440.    Attached hereto as Exhibit 440 is a true and accurate copy of a document produced in

21  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-085-

22  03619367.

23      441.    Attached hereto as Exhibit 441 is a true and accurate copy of a document produced in

24  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-081-

25  02289041.

26

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

442.     Attached hereto as Exhibit 442 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-016-00353331.

443.     Attached hereto as Exhibit 443 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-024-LARK-00034127.

444.     Attached hereto as Exhibit 444 is a true and accurate copy of the transcript of the Deposition of Eric Ebenstein taken on March 11, 2025 and March 12, 2025.

445.     Attached hereto as Exhibit 445 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00084718.

446.     Attached hereto as Exhibit 446 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00078234.

447.     Attached hereto as Exhibit 447 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00080388.

448.     Attached hereto as Exhibit 448 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-055-LARK-00624480.

449.     Attached hereto as Exhibit 449 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-063-01196387.

450.     Attached hereto as Exhibit 450 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-016-00348650.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

451.    Attached hereto as Exhibit 451 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-039-LARK-00194787.

452.    Attached hereto as Exhibit 452 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-120-LARK-06103744.

453.    Attached hereto as Exhibit 453 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00084463.

454.    Attached hereto as Exhibit 454 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-016-00347938.

455.    Attached hereto as Exhibit 455 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00136203.

456.    Attached hereto as Exhibit 456 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00079201.

457.    Attached hereto as Exhibit 457 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00218844.

458.    Attached hereto as Exhibit 458 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00136225.

459.    Attached hereto as Exhibit 459 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00082229.

460.    Attached hereto as Exhibit 460 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00081995.

461.    Attached hereto as Exhibit 461 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-141-LARK-07143873.

462.    Attached hereto as Exhibit 462 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-024-LARK-00034069.

463.    Attached hereto as Exhibit 463 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-060-01081102.

464.    Attached hereto as Exhibit 464 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-065-LARK-00783834.

465.    Attached hereto as Exhibit 465 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00082626.

466.    Attached hereto as Exhibit 466 is a true and accurate copy of an article titled "Experimental Evidence of Massive-Scale Emotional Contagion Through Social Networks" published by Kramer, A., et. al. in the *Journal of Psychological and Cognitive Sciences* on June 2, 2014.

467.    Attached hereto as Exhibit 467 is a true and accurate copy of the transcript of the Senate Judiciary Committee's January 31, 2024 hearing titled, "Big Tech and the Online Sexual Exploitation Crisis".

468. Attached hereto as Exhibit 468 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-286-00011412.

469. Attached hereto as Exhibit 469 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00290563.

470. Attached hereto as Exhibit 470 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-047-LARK-00519753.

471. Attached hereto as Exhibit 471 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-056-00926528.

472. Attached hereto as Exhibit 472 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-010-00329069.

473. Attached hereto as Exhibit 473 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-018-00364960.

474. Attached hereto as Exhibit 474 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-090-LARK-03423471.

475. Attached hereto as Exhibit 475 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00116980.

476. Attached hereto as Exhibit 476 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00288576.

477.    Attached hereto as Exhibit 477 is a true and accurate copy of the transcript of the Deposition of Sandeep Grover taken on February 27, 2025.

478.    Attached hereto as Exhibit 478 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00290427.

479.    Attached hereto as Exhibit 479 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-090-LARK-03764627.

480.    Attached hereto as Exhibit 480 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-101-LARK-05232927A.

481.    Attached hereto as Exhibit 481 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00131967.

482.    Attached hereto as Exhibit 482 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-079-LARK-02341891.

483.    Attached hereto as Exhibit 483 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-036-LARK-00115463.

484.    Attached hereto as Exhibit 484 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-065-LARK-00782445.

485.    Attached hereto as Exhibit 485 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-047-LARK-00510814.

486. Attached hereto as Exhibit 486 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-067-LARK-01027106.

487. Attached hereto as Exhibit 487 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-111-LARK-05857228.

488. Attached hereto as Exhibit 488 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-099-LARK-04557708.

489. Attached hereto as Exhibit 489 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-087-LARK-03352506.

490. Attached hereto as Exhibit 490 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-067-LARK-01027037.

491. Attached hereto as Exhibit 491 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-066-LARK-00956723.

492. Attached hereto as Exhibit 492 is a true and accurate copy of the transcript of the Deposition of Victoria McCullough taken on February 19, 2025.

493. Attached hereto as Exhibit 493 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-084-LARK-03148936.

494. Attached hereto as Exhibit 494 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-079-LARK-02280126.

495.    Attached hereto as Exhibit 495 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-111-LARK-05898269.

496.    Attached hereto as Exhibit 496 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00151111.

497.    Attached hereto as Exhibit 497 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-107-LARK-05472838.

498.    Attached hereto as Exhibit 498 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-098-04111887.

499.    Attached hereto as Exhibit 499 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00091546.

500.    Attached hereto as Exhibit 500 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-066-LARK-00905805.

501.    Attached hereto as Exhibit 501 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-006-00326134.

502.    Attached hereto as Exhibit 502 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00119724.

503.    Attached hereto as Exhibit 503 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-015-00331402.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

504.    Attached hereto as Exhibit 504 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-045-LARK-00468321.

505.    Attached hereto as Exhibit 505 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-024-LARK-00040453.

506.    Attached hereto as Exhibit 506 is a true and accurate copy of an article by Ashley Nash titled "Is TikTok Different in China Compared to the U.S.? A Social Media Analyst Compares it to Opium and Spinach," published by *Yahoo! News* on July 14, 2023.

507.    Attached hereto as Exhibit 507 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00077196.

508.    Attached hereto as Exhibit 508 is a true and accurate copy of the transcript of the Deposition of Julia Yan taken on June 18, 2025.

509.    Attached hereto as Exhibit 509 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00144763.

510.    Attached hereto as Exhibit 510 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-060-01110548.

511.    Attached hereto as Exhibit 511 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-028-00830053.

512.    Attached hereto as Exhibit 512 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-182-LARK-07920484.

513.     Attached hereto as Exhibit 513 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-015-00340824.

514.     Attached hereto as Exhibit 514 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-060-01157747.

515.     Attached hereto as Exhibit 515 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-084-LARK-03151705.

516.     Attached hereto as Exhibit 516 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-078-LARK-01859676.

517.     Attached hereto as Exhibit 517 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-078-LARK-01818485.

518.     Attached hereto as Exhibit 518 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-150-LARK-07275923.

519.     Attached hereto as Exhibit 519 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00091575.

520.     Attached hereto as Exhibit 520 is a true and accurate copy of the Affidavit of Monika Davis dated May 16, 2025.

521.     Attached hereto as Exhibit 521 is a true and accurate copy of the transcript of the Deposition of Rosie King taken on April 29, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

522.     Attached hereto as Exhibit 522 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-120-LARK-06126223.

523.     Attached hereto as Exhibit 523 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-094-LARK-04062801.

524.     Attached hereto as Exhibit 524 is a true and accurate copy of the transcript of the Deposition of Michael Bussacco taken on May 1, 2025.

525.     Attached hereto as Exhibit 525 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-109-LARK-05635310.

526.     Attached hereto as Exhibit 526 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-111-LARK-06058197.

527.     Attached hereto as Exhibit 527 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-129-LARK-06836301.

528.     Attached hereto as Exhibit 528 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-094-LARK-04039604.

529.     Attached hereto as Exhibit 529 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-099-LARK-04599758.

530.     Attached hereto as Exhibit 530 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00144753.

531.     Attached hereto as Exhibit 531 is a true and accurate copy of the transcript of the Deposition of Cormac Keenan taken on March 24, 2025.

532.     Attached hereto as Exhibit 532 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-071-01207593.

533.     Attached hereto as Exhibit 533 is a true and accurate copy of the transcript of the Deposition of Julie de Bailliencourt taken on March 27, 2025.

534.     Attached hereto as Exhibit 534 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-125-LARK-06301683.

535.     Attached hereto as Exhibit 535 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-056-00952292.

536.     Attached hereto as Exhibit 536 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-056-00963101.

537.     Attached hereto as Exhibit 537 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-024-LARK-00043038.

538.     Attached hereto as Exhibit 538 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-081-01698574.

539.     Attached hereto as Exhibit 539 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00491737.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

540.    Attached hereto as Exhibit 540 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-111-LARK-05821067.

541.    Attached hereto as Exhibit 541 is a true and accurate copy of a document introduced as an exhibit during the deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025. The document was introduced as Exhibit 5 and consists of two documents produced by the TikTok Defendants, one beginning with the Bates number TIKTOK3047MDL-072-LARK-01130547 and the other beginning with the Bates number TIKTOK3047MDL-153-LARK-07389166.

542.    Attached hereto as Exhibit 542 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-066-LARK-00975614.

543.    Attached hereto as Exhibit 543 is a true and accurate copy of the transcript of the Deposition of Julia A. Shivanonda taken on April 8, 2025 and April 9, 2025.

544.    Attached hereto as Exhibit 544 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-197-04799946.

545.    Attached hereto as Exhibit 545 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04116950.

546.    Attached hereto as Exhibit 546 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00704849.

547.    Attached hereto as Exhibit 547 is a true and accurate copy of the transcript of the Deposition of Holly L. Hammel taken on June 24, 2025.

548.    Attached hereto as Exhibit 548 is a true and accurate copy of the Affidavit of Lisa Kathyrn Allison dated May 15, 2025.

549.    Attached hereto as Exhibit 549 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-072-LARK-01062915.

550.    Attached hereto as Exhibit 550 is a true and accurate copy of the Affidavit of Will Noble dated May 1, 2025.

551.    Attached hereto as Exhibit 551 is a true and accurate copy of the Affidavit of Phil Watts dated May 5, 2025.

552.    Attached hereto as Exhibit 552 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-091-LARK-03958102.

553.    Attached hereto as Exhibit 553 is a true and accurate copy of the transcript of the Deposition of Stacy McKnight taken on April 21, 2025.

554.    Attached hereto as Exhibit 554 is a true and accurate copy of an English translation of an article titled "All Douyin Users Under 14 with Real-Name Registration are in Youth Mode," published in Chinese by Douyin on September 17, 2021 and retrieved from https://mp.weixin.qq.com/s/zp43DhzwanDApoPCIgCvJQ.

555.    Attached hereto as Exhibit 555 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-111-LARK-05914855.

556.    Attached hereto as Exhibit 556 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00101504.

557.    Attached hereto as Exhibit 557 is a true and accurate copy of an article by Tracy Qu titled "TikTok's China Sibling Douyin Launches Mandatory Five-Second Pauses in Video Feed to Curb User Addiction" published on October 22, 2021 in the *South China Morning* Post.

558.     Attached hereto as Exhibit 558 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-01498784.

559.     Attached hereto as Exhibit 559 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00018100.

560.     Attached hereto as Exhibit 560 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-053-00000442.

561.     Attached hereto as Exhibit 561 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-072-01252916.

562.     Attached hereto as Exhibit 562 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-074-00126339.

563.     Attached hereto as Exhibit 563 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-155-00008279.

564.     Attached hereto as Exhibit 564 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-190-00038302.

565.     Attached hereto as Exhibit 565 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-021-LARK-00014505.

566.     Attached hereto as Exhibit 566 is a true and accurate copy of the transcript of the Deposition of Lisa Katherine Allison taken on April 3, 2025.

1  567.    Attached hereto as Exhibit 567 is a true and accurate copy of a document introduced

2  as an exhibit during the deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025.

3  The document was introduced as Exhibit 46 and is an announcement published by TikTok on its

4  website on September 27, 2021.

5  568.    Attached hereto as Exhibit 568 is a true and accurate copy of a document produced in

6  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-199-

7  LARK-08569297.

8  569.    Attached hereto as Exhibit 569 is a true and accurate copy of a document introduced

9  as an exhibit during the deposition of Adam Wang taken on May 21, 2025. The document was

10  introduced as Exhibit 28.

11  570.    Attached hereto as Exhibit 570 is a true and accurate copy of the transcript of the

12  Deposition of Phillip Watts taken on April 22, 2025.

13  571.    Attached hereto as Exhibit 571 is a true and accurate copy of the transcript of the

14  Deposition of Andrew Moore taken on December 18, 2024.

15  572.    Attached hereto as Exhibit 572 is a true and accurate copy of a document produced in

16  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-128-

17  LARK-06477967.

18  573.    Attached hereto as Exhibit 573 is a true and accurate copy of a document produced in

19  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-182-

20  LARK-07915057.

21  574.    Attached hereto as Exhibit 574 is a true and accurate copy of the Expert Report of

22  Jeffrey E. Meyers, CVA, MAFF, CFE in the Breathitt bellwether case.

23  575.    Attached hereto as Exhibit 575 is a true and accurate copy of the Expert Report of

24  Jeffrey E. Meyers, CVA, MAFF, CFE in the Charleston bellwether case.

25  576.    Attached hereto as Exhibit 576 is a true and accurate copy of the Expert Report of

26  Jeffrey E. Meyers, CVA, MAFF, CFE in the DeKalb bellwether case.

27

28

1    577.    Attached hereto as Exhibit 577 is a true and accurate copy of the Expert Report of

2 Jeffrey E. Meyers, CVA, MAFF, CFE in the Harford bellwether case.

3    578.    Attached hereto as Exhibit 578 is a true and accurate copy of the Expert Report of

4 Jeffrey E. Meyers, CVA, MAFF, CFE in the Irvington bellwether case.

5    579.    Attached hereto as Exhibit 579 is a true and accurate copy of the Expert Report of

6 Jeffrey E. Meyers, CVA, MAFF, CFE in the Tucson bellwether case.

7    580.    Attached hereto as Exhibit 580 is a true and accurate copy of a document produced in

8 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-183-

9 LARK-08035398.

10    581.    Attached hereto as Exhibit 581 is a true and accurate copy of a document produced in

11 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-072-

12 LARK-01130108.

13    582.    Attached hereto as Exhibit 582 is a true and accurate copy of written discovery

14 responses and objections served by Irvington Public Schools in response to Defendants' Requests for

15 Production of Documents (Set 3), with attached spreadsheets (exhibits A and B).

16    583.    Attached hereto as Exhibit 583 is a true and accurate copy of a document produced in

17 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-

18 LARK-08852028.

19    584.    Attached hereto as Exhibit 584 is a true and accurate copy of a document produced in

20 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-

21 LARK-08852028.

22    585.    Attached hereto as Exhibit 585 is a true and accurate copy of a document produced in

23 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-

24 LARK-08852028.

25    586.    Attached hereto as Exhibit 586 is a true and accurate copy of a document produced in

26 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-

27 LARK-08852028.

28

587.    Attached hereto as Exhibit 587 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-LARK-08852028.

588.    Attached hereto as Exhibit 588 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-LARK-08852029.

589.    Attached hereto as Exhibit 589 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-LARK-08852029.

590.    Attached hereto as Exhibit 590 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-LARK-08852029.

591.    Attached hereto as Exhibit 591 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-LARK-08852029.

592.    Attached hereto as Exhibit 592 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00122100.

593.    Attached hereto as Exhibit 593 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-062-01189672.

594.    Attached hereto as Exhibit 594 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-120-LARK-06206419.

595.    Attached hereto as Exhibit 595 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-029-LARK-00070812.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

596.     Attached hereto as Exhibit 596 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-014-00330672.

597.     Attached hereto as Exhibit 597 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-202-04847728.

598.     Attached hereto as Exhibit 598 is a true and accurate copy of the transcript of the 30(b)(6) Deposition of Andrew Moore taken on March 14, 2025 at the Offices of the Harford County Public Schools Central Administration Building.

599.     Attached hereto as Exhibit 599 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-023-00677516.

600.     Attached hereto as Exhibit 600 is a true and accurate copy of the transcript of the Deposition of Shelley Pettiford taken on May 13, 2025 at the offices of the Irvington Board of Education.

601.     Attached hereto as Exhibit 601 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-010-00329290.

602.     Attached hereto as Exhibit 602 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00101838.

603.     Attached hereto as Exhibit 603 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-125-LARK-06278002.

604.     Attached hereto as Exhibit 604 is a true and accurate copy of an article from the *Journal of Clinical Sleep Medicine* titled "Recommended Amount of Sleep for Pediatric Populations: A Consensus Statement of the American Academy of Sleep Medicine".

605.    Attached hereto as Exhibit 605 is a true and accurate copy of the transcript of the Deposition of Clarinda Rubio taken on September 17, 2025.

606.    Attached hereto as Exhibit 606 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-116-04482853.

607.    Attached hereto as Exhibit 607 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-045-LARK-00381606.

608.    Attached hereto as Exhibit 608 is a true and accurate copy of the transcript of the Deposition of Anna Schwartz Warmbrand taken on May 13, 2025.

609.    Attached hereto as Exhibit 609 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. in the case filed by Breathitt County School District.

610.    Attached hereto as Exhibit 610 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. in the case filed by Charleston County School District.

611.    Attached hereto as Exhibit 611 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. in the case filed by Dekalb County School District.

612.    Attached hereto as Exhibit 612 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. in the case filed by Board of Education of Harford County.

613.    Attached hereto as Exhibit 613 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. in the case filed by Irvington Public Schools.

614.    Attached hereto as Exhibit 614 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. in the case filed by Tucson School District.

615.    Attached hereto as Exhibit 615 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-141-LARK-07144015.

616.     Attached hereto as Exhibit 616 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-004-00145062.

617.     Attached hereto as Exhibit 617 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-036-LARK-00150904.

618.     Attached hereto as Exhibit 618 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-036-LARK-00150914.

619.     Attached hereto as Exhibit 619 is a true and accurate copy of supplemental written discovery responses and objections served by the TikTok Defendants in response to Plaintiffs Fourth Set of Interrogatories on February 24, 2025.

620.     Attached hereto as Exhibit 620 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-111-LARK-05945102.

621.     Attached hereto as Exhibit 621 is a true and accurate copy of a document introduced as an exhibit during the deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025. The document was introduced as Exhibit 23 and contains excerpts from a spreadsheet produced by the TikTok Defendants at TIKTOK3047MDL-099-LARK-04757966.

622.     Attached hereto as Exhibit 622 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-099-LARK-04804859.

623.     Attached hereto as Exhibit 623 is a true and accurate copy of a document introduced as an exhibit during the deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025. The document was introduced as Exhibit 36.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1      624.    Attached hereto as Exhibit 624 is a true and accurate copy of a document produced in
2 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-054-
3 LARK-00552309.

4      625.    Attached hereto as Exhibit 625 is a true and accurate copy of a document produced in
5 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-090-
6 LARK-03533295.

7      626.    Attached hereto as Exhibit 626 is a true and accurate copy of a document produced in
8 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-072-
9 LARK-01137552.

10     627.    Attached hereto as Exhibit 627 is a true and accurate copy of a document produced in
11 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-
12 LARK-08852028.

13     628.    Attached hereto as Exhibit 628 is a true and accurate copy of a document produced in
14 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-
15 LARK-08852028.

16     629.    Attached hereto as Exhibit 629 is a true and accurate copy of a document produced in
17 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-
18 LARK-08852029.

19     630.    Attached hereto as Exhibit 630 is a true and accurate copy of a document produced in
20 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-
21 LARK-08852029.

22     631.    Attached hereto as Exhibit 631 is a true and accurate copy of a document produced in
23 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-
24 LARK-08852029.

25     632.    Attached hereto as Exhibit 632 is a true and accurate copy of the transcript of the
26 Deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025.

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1  633. Attached hereto as Exhibit 633 is a true and accurate copy of the transcript of the

2 Deposition of Kathryn "Ryn" Linthicum taken on April 17, 2025.

3  634. Attached hereto as Exhibit 634 is a true and accurate copy of a document produced in

4 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-090-

5 LARK-03664360.

6  635. Attached hereto as Exhibit 635 is a true and accurate copy of the transcript of the

7 Deposition of Yue Fu taken on May 21, 2025.

8  636. Attached hereto as Exhibit 636 is a true and accurate copy of the transcript of the

9 Deposition of William B. Chandlee taken on June 25, 2025.

10  637. Attached hereto as Exhibit 637 is a true and accurate copy of a document produced in

11 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-045-

12 LARK-00381555.

13  638. Attached hereto as Exhibit 638 is a true and accurate copy of a document produced in

14 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-047-

15 LARK-00511183.

16  639. Attached hereto as Exhibit 639 is a true and accurate copy of a document produced in

17 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-066-

18 LARK-00911944.

19  640. Attached hereto as Exhibit 640 is a true and accurate copy of a document produced in

20 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-090-

21 LARK-03496139.

22  641. Attached hereto as Exhibit 641 is a true and accurate copy of a document produced in

23 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-081-

24 02993554.

25  642. Attached hereto as Exhibit 642 is a true and accurate copy of a document produced in

26 this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-055-

27 LARK-00698648.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1    643.    Attached hereto as Exhibit 643 is a true and accurate copy of a document produced in

2    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-120-

3    LARK-06098751.

4    644.    Attached hereto as Exhibit 644 is a true and accurate copy of a document produced in

5    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-155-

6    LARK-07319716.

7    645.    Attached hereto as Exhibit 645 is a true and accurate copy of a document introduced

8    as an exhibit during the deposition of Andrew Tomlinson taken on October 1, 2025 and October 2,

9    2025. The document was introduced as Exhibit 28.

10    646.    Attached hereto as Exhibit 646 is a true and accurate copy of an excerpt from the

11    document produced in this litigation by the TikTok Defendants beginning with the Bates number

12    TIKTOK3047MDL-290-LARK-08852029.

13    647.    Attached hereto as Exhibit 647 is a true and accurate copy of an excerpt from the

14    document produced in this litigation by the TikTok Defendants beginning with the Bates number

15    TIKTOK3047MDL-290-LARK-08852029.

16    648.    Attached hereto as Exhibit 648 is a true and accurate copy of an excerpt from the

17    document produced in this litigation by the TikTok Defendants beginning with the Bates number

18    TIKTOK3047MDL-290-LARK-08852029.

19    649.    Attached hereto as Exhibit 649 is a true and accurate copy of written discovery

20    responses and objections served by the TikTok Defendants in response to Plaintiffs' Fourth Set of

21    Requests for Admission on April 2, 2025.

22    650.    Attached hereto as Exhibit 650 is a true and accurate copy of an excerpt from the

23    document produced in this litigation by the TikTok Defendants beginning with the Bates number

24    TIKTOK3047MDL-290-LARK-08852028.

25    651.    Attached hereto as Exhibit 651 is a true and accurate copy of an excerpt from the

26    document produced in this litigation by the TikTok Defendants beginning with the Bates number

27    TIKTOK3047MDL-290-LARK-08852028.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1    652.    Attached hereto as Exhibit 652 is a true and accurate copy of an excerpt from the

2  document produced in this litigation by the TikTok Defendants beginning with the Bates number

3  TIKTOK3047MDL-290-LARK-08852027.

4    653.    Attached hereto as Exhibit 653 is a true and accurate copy of an excerpt from the

5  document produced in this litigation by the TikTok Defendants beginning with the Bates number

6  TIKTOK3047MDL-290-LARK-08852029.

7    654.    Attached hereto as Exhibit 654 is a true and accurate copy of an excerpt from the

8  document produced in this litigation by the TikTok Defendants beginning with the Bates number

9  TIKTOK3047MDL-290-LARK-08852029.

10    655.    Attached hereto as Exhibit 655 is a true and accurate copy of an excerpt from the

11  document produced in this litigation by the TikTok Defendants beginning with the Bates number

12  TIKTOK3047MDL-290-LARK-08852028.

13    656.    Attached hereto as Exhibit 656 is a true and accurate copy of the Expert Report of

14  Brian G. Osborne dated May 16, 2025.

15    657.    Attached hereto as Exhibit 657 is a true and accurate copy of the transcript of the

16  Deposition of Daphne Noble taken on July 29, 2025.

17    658.    Attached hereto as Exhibit 658 is a true and accurate copy of a document produced in

18  this litigation by the Meta Defendants beginning with the Bates number TIKTOK3047MDL-199-

19  LARK-08579238.

20    659.    Attached hereto as Exhibit 659 is a true and accurate copy of a document produced in

21  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-133-

22  LARK-06873333.

23    660.    Attached hereto as Exhibit 660 is a true and accurate copy of a document produced in

24  this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-

25  00084431.

26    661.    Attached hereto as Exhibit 661 is a true and accurate copy of the transcript of the

27  Deposition of Phillip Watts taken on July 28, 2025.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

662.    Attached hereto as Exhibit 662 is a true and accurate copy of a transcript of the opening Statement of Chairman Raja Krishnamoorthi during a hearing entitled "Examining JUUL's Role in the Youth Nicotine Epidemic: Part I" held on July 24, 2019.

663.    Attached hereto as Exhibit 663 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00136741.

664.    Attached hereto as Exhibit 664 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-065-00522508.

665.    Attached hereto as Exhibit 665 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-038-00000085.

666.    Attached hereto as Exhibit 666 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00331327.

667.    Attached hereto as Exhibit 667 is a true and accurate copy of an excerpt from document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-290-LARK-08852029.

668.    Attached hereto as Exhibit 668 is a true and accurate copy of written discovery responses and objections served by Irvington Public Schools in response to Defendants' Requests for Production of Documents (Set 3), with attached spreadsheets (exhibits A and B).

669.    Attached hereto as Exhibit 669 is a true and accurate copy of a stipulation entered into between the TikTok Defendants and the Personal Injury and School District Plaintiffs in the MDL and JCCP.

670.    Attached hereto as Exhibit 670 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-081-02889388.

1    671.    Attached hereto as Exhibit 671 is a true and accurate copy of a document produced in
2    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-090-
3    LARK-03389720.

4    672.    Attached hereto as Exhibit 672 is a true and accurate copy of the transcript of the
5    Deposition of Andrew Thomas Tomlinson taken October 1, 2025 and October 2, 2025.

6    673.    Attached hereto as Exhibit 673 is a true and accurate copy of an excerpt from the
7    document produced in this litigation by the TikTok Defendants beginning with the Bates number
8    TIKTOK3047MDL-290-LARK-08852028.

9    674.    Attached hereto as Exhibit 674 is a true and accurate copy of an excerpt from the
10    document produced in this litigation by the TikTok Defendants beginning with the Bates number
11    TIKTOK3047MDL-290-LARK-08852029.

12    675.    Attached hereto as Exhibit 675 is a true and accurate copy of an excerpt from the
13    document produced in this litigation by the TikTok Defendants beginning with the Bates number
14    TIKTOK3047MDL-290-LARK-08852029.

15    676.    Attached hereto as Exhibit 676 is a true and accurate copy of a document produced in
16    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-079-
17    LARK-01993303.

18    677.    Attached hereto as Exhibit 677 is a true and accurate copy of a document produced in
19    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-157-
20    04638890.

21    678.    Attached hereto as Exhibit 678 is a true and accurate copy of a document produced in
22    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-068-
23    LARK-01048273.

24    679.    Attached hereto as Exhibit 679 is a true and accurate copy of a document produced in
25    this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-045-
26    LARK-00436385.

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

680.    Attached hereto as Exhibit 680 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-146-LARK-07261509.

681.    Attached hereto as Exhibit 681 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00076087.

682.    Attached hereto as Exhibit 682 is a true and accurate copy of an article published in *Forbes* titled, "How TikTok Live Became 'A Strip Club Filled With 15-Year-Olds'".

683.    Attached hereto as Exhibit 683 is a true and accurate copy of the transcript of the Deposition of Amy Ulucay taken February 5, 2025 and February 10, 2025.

684.    Attached hereto as Exhibit 684 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-024-LARK-00026665.

685.    Attached hereto as Exhibit 685 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-068-LARK-01048267.

686.    Attached hereto as Exhibit 686 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-045-LARK-00381289.

687.    Attached hereto as Exhibit 687 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-042-LARK-00237494.

688.    Attached hereto as Exhibit 688 is a true and accurate copy of a document introduced as an exhibit during the deposition of Victoria McCullough taken on February 19, 2025. The document was introduced as Exhibit 6.

689.    Attached hereto as Exhibit 689 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-066-LARK-00942348.

690.    Attached hereto as Exhibit 690 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-028-00807135.

691.    Attached hereto as Exhibit 691 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-018-00361102.

692.    Attached hereto as Exhibit 692 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05189737.

693.    Attached hereto as Exhibit 693 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04732900.

694.    Attached hereto as Exhibit 694 is a true and accurate copy of a document introduced as an exhibit during the deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025. The document was introduced as Exhibit 28.

695.    Attached hereto as Exhibit 695 is a true and accurate copy of a document introduced as an exhibit during the deposition of Jordan Furlong taken on April 11, 2025 and April 12, 2025. The document was introduced as Exhibit 29.

696.    Attached hereto as Exhibit 696 is a true and accurate copy of a screen capture of a TikTok ad promoting math education on TikTok.

697.    Attached hereto as Exhibit 697 is a true and accurate copy of the transcript of the Deposition of Amber Renee Miller Burchell taken on December 18, 2024.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

698.    Attached hereto as Exhibit 698 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-002-00102052.

699.    Attached hereto as Exhibit 699 is a true and accurate copy of a document introduced as an exhibit during the deposition of Amber Renee Miller Burchell taken on December 18, 2024. The document was introduced as Exhibit 9.

700.    Attached hereto as Exhibit 700 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00005574.

701.    Attached hereto as Exhibit 701 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04461233.

702.    Attached hereto as Exhibit 702 is a true and accurate copy of the transcript of the Deposition of James Beser taken on April 2, 2025.

703.    Attached hereto as Exhibit 703 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01608261.

704.    Attached hereto as Exhibit 704 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00122963.

705.    Attached hereto as Exhibit 705 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00579554.

706.    Attached hereto as Exhibit 706 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00002362.

707. Attached hereto as Exhibit 707 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00002489.

708. Attached hereto as Exhibit 708 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00003029.

709. Attached hereto as Exhibit 709 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00002594.

710. Attached hereto as Exhibit 710 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02113187.

711. Attached hereto as Exhibit 711 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04618585.

712. Attached hereto as Exhibit 712 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02024105.

713. Attached hereto as Exhibit 713 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02531686.

714. Attached hereto as Exhibit 714 is a true and accurate copy of the transcript of the Deposition of Alice Wu Paulus taken on January 29, 2025.

715. Attached hereto as Exhibit 715 is a true and accurate copy of the transcript of the Deposition of Cristos Goodrow taken on February 20, 2025.

716. Attached hereto as Exhibit 716 is a true and accurate copy of the transcript of the Deposition of Thomas Saffell taken on April 1, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1   717. Attached hereto as Exhibit 717 is a true and accurate copy of a document introduced

2 as an exhibit during the deposition of Thomas Saffell taken on April 1, 2025. The document was

3 introduced as Exhibit 1.

4   718. Attached hereto as Exhibit 718 is a true and accurate copy of a document produced in

5 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

6 00427650.

7   719. Attached hereto as Exhibit 719 is a true and accurate copy of a document produced in

8 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

9 04703742.

10   720. Attached hereto as Exhibit 720 is a true and accurate copy of a document produced in

11 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

12 04683365.

13   721. Attached hereto as Exhibit 721 is a true and accurate copy of a document produced in

14 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

15 05665186.ECM.

16   722. Attached hereto as Exhibit 722 is a true and accurate copy of a document produced in

17 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

18 01988369.

19   723. Attached hereto as Exhibit 723 is a true and accurate copy of a document produced in

20 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

21 05723187.

22   724. Attached hereto as Exhibit 724 is a true and accurate copy of a document produced in

23 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

24 01735688.

25   725. Attached hereto as Exhibit 725 is a true and accurate copy of a document produced in

26 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

27 00666027.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

726.     Attached hereto as Exhibit 726 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01608331.

727.     Attached hereto as Exhibit 727 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03457045.

728.     Attached hereto as Exhibit 728 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01741439.

729.     Attached hereto as Exhibit 729 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02850443.

730.     Attached hereto as Exhibit 730 is a true and accurate copy of a document introduced as an exhibit during the deposition of James Beser taken on April 9, 2025. The document was introduced as Exhibit 1.

731.     Attached hereto as Exhibit 731 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02946487.

732.     Attached hereto as Exhibit 732 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05709252.

733.     Attached hereto as Exhibit 733 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01738317.

734.     Attached hereto as Exhibit 734 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05096751.

735.     Attached hereto as Exhibit 735 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02820161.

736.     Attached hereto as Exhibit 736 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02031811.

737.     Attached hereto as Exhibit 737 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00390420.

738.     Attached hereto as Exhibit 738 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05255563.

739.     Attached hereto as Exhibit 739 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02358686.

740.     Attached hereto as Exhibit 740 is a true and accurate copy of the transcript of the Deposition of Kathryn Kurtz taken on March 28, 2025.

741.     Attached hereto as Exhibit 741 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05044613.

742.     Attached hereto as Exhibit 742 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03233306.

743.     Attached hereto as Exhibit 743 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01594725.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

744.    Attached hereto as Exhibit 744 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03759510.

745.    Attached hereto as Exhibit 745 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01614173.

746.    Attached hereto as Exhibit 746 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04853250.

747.    Attached hereto as Exhibit 747 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05993998.

748.    Attached hereto as Exhibit 748 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00631131.

749.    Attached hereto as Exhibit 749 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04612037.

750.    Attached hereto as Exhibit 750 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03360455.

751.    Attached hereto as Exhibit 751 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00647420.

752.    Attached hereto as Exhibit 752 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02000370.

753.     Attached hereto as Exhibit 753 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04734419.

754.     Attached hereto as Exhibit 754 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01996135.

755.     Attached hereto as Exhibit 755 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02107400.

756.     Attached hereto as Exhibit 756 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01637287.

757.     Attached hereto as Exhibit 757 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01689011.

758.     Attached hereto as Exhibit 758 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02146255.

759.     Attached hereto as Exhibit 759 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02295988.

760.     Attached hereto as Exhibit 760 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01746433.

761.     Attached hereto as Exhibit 761 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01790318.

1       762.    Attached hereto as Exhibit 762 is a true and accurate copy of a document produced in

2  this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

3  00173364.

4       763.    Attached hereto as Exhibit 763 is a true and accurate copy of a document produced in

5  this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

6  02621687.

7       764.    Attached hereto as Exhibit 764 is a true and accurate copy of a document produced in

8  this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

9  00252982.

10      765.    Attached hereto as Exhibit 765 is a true and accurate copy of a document produced in

11 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

12 00767071.

13      766.    Attached hereto as Exhibit 766 is a true and accurate copy of the transcript of the

14 Deposition of James Beser taken on April 3, 2025.

15      767.    Attached hereto as Exhibit 767 is a true and accurate copy of a document produced in

16 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

17 02185098.

18      768.    Attached hereto as Exhibit 768 is a true and accurate copy of a document produced in

19 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

20 02746243.

21      769.    Attached hereto as Exhibit 769 is a true and accurate copy of a document produced in

22 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

23 01268284.

24      770.    Attached hereto as Exhibit 770 is a true and accurate copy of a document produced in

25 this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

26 04068239.

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

771.    Attached hereto as Exhibit 771 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04982587.

772.    Attached hereto as Exhibit 772 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00937887.

773.    Attached hereto as Exhibit 773 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04683418.

774.    Attached hereto as Exhibit 774 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04625648.

775.    Attached hereto as Exhibit 775 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00874191.

776.    Attached hereto as Exhibit 776 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00606768.

777.    Attached hereto as Exhibit 777 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02486605.

778.    Attached hereto as Exhibit 778 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01082600.

779.    Attached hereto as Exhibit 779 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02029236.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

780. Attached hereto as Exhibit 780 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01342809.

781. Attached hereto as Exhibit 781 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03882447.

782. Attached hereto as Exhibit 782 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04220318.

783. Attached hereto as Exhibit 783 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00654060.

784. Attached hereto as Exhibit 784 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02856550.

785. Attached hereto as Exhibit 785 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03343214.

786. Attached hereto as Exhibit 786 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01435767.

787. Attached hereto as Exhibit 787 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05867998.

788. Attached hereto as Exhibit 788 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02086033.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

789.    Attached hereto as Exhibit 789 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00641947.

790.    Attached hereto as Exhibit 790 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05193823.

791.    Attached hereto as Exhibit 791 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04613300.

792.    Attached hereto as Exhibit 792 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00225068.

793.    Attached hereto as Exhibit 793 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03866562.

794.    Attached hereto as Exhibit 794 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01878685.

795.    Attached hereto as Exhibit 795 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02194639.

796.    Attached hereto as Exhibit 796 is a true and accurate copy of a demonstrative exhibit comprised of excerpts from documents produced in this litigation by the Google Defendants beginning with the Bates numbers GOOG3047MDL-00238051 and GOOG3047MDL-00236723 and introduced at the deposition of Katrina Echt taken on December 10 and 11, 2024.

797.    Attached hereto as Exhibit 797 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01903132.

798.    Attached hereto as Exhibit 798 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03360466.

799.    Attached hereto as Exhibit 799 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05275966.

800.    Attached hereto as Exhibit 800 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2097141.

801.    Attached hereto as Exhibit 801 is a true and accurate copy of the transcript of the Deposition of Jacqueline Beauchere taken on March 13, 2025 and March 14, 2025.

802.    Attached hereto as Exhibit 802 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP7300240.

803.    Attached hereto as Exhibit 803 is a true and accurate copy of the transcript of the Deposition of Evan Spiegel taken on April 11, 2025.

804.    Attached hereto as Exhibit 804 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0865799.

805.    Attached hereto as Exhibit 805 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2324147.

806.    Attached hereto as Exhibit 806 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0276106.

807.    Attached hereto as Exhibit 807 is a true and accurate copy of the transcript of the Deposition of Peter J. Sellis taken on February 6, 2025.

808.    Attached hereto as Exhibit 808 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1393050.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

809.     Attached hereto as Exhibit 809 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1368077.

810.     Attached hereto as Exhibit 810 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1713225.

811.     Attached hereto as Exhibit 811 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5154720.

812.     Attached hereto as Exhibit 812 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6118652.

813.     Attached hereto as Exhibit 813 is a true and accurate copy of the transcript of the Deposition of Deborah Oshuntola taken on February 4, 2025.

814.     Attached hereto as Exhibit 814 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4954018.

815.     Attached hereto as Exhibit 815 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5070094.

816.     Attached hereto as Exhibit 816 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3141989.

817.     Attached hereto as Exhibit 817 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6403466.

818.     Attached hereto as Exhibit 818 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2789136.

819.     Attached hereto as Exhibit 819 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3285953.

820.     Attached hereto as Exhibit 820 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6115893.

821.     Attached hereto as Exhibit 821 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2112488.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

822.    Attached hereto as Exhibit 822 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1234546.

823.    Attached hereto as Exhibit 823 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5471034.

824.    Attached hereto as Exhibit 824 is a true and accurate copy of a document introduced as an exhibit during the deposition of Evan Spiegel taken on April 11, 2025. The document was introduced as Exhibit 11 and is an article titled "Let's Chat," published on Snapchat's Newsroom on May 10, 2012.

825.    Attached hereto as Exhibit 825 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2324207.

826.    Attached hereto as Exhibit 826 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2347064.

827.    Attached hereto as Exhibit 827 is a true and accurate copy of the transcript of the Deposition of Morgan Hammerstrom taken on February 12, 2025.

828.    Attached hereto as Exhibit 828 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5197673.

829.    Attached hereto as Exhibit 829 is a true and accurate copy of the transcript of the Deposition of Jonathan D. Brody taken on February 5, 2025.

830.    Attached hereto as Exhibit 830 is a true and accurate copy of the transcript of the Deposition of David L. Boyle taken on February 27, 2025 and April 2, 2025.

831.    Attached hereto as Exhibit 831 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2926182.

832.    Attached hereto as Exhibit 832 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2430328.

833.    Attached hereto as Exhibit 833 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6113817.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

834.    Attached hereto as Exhibit 834 is a true and accurate copy of the transcript of the Deposition of Joshua Siegel taken on March 20, 2025.

835.    Attached hereto as Exhibit 835 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0850987.

836.    Attached hereto as Exhibit 836 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0004052.

837.    Attached hereto as Exhibit 837 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0004209.

838.    Attached hereto as Exhibit 838 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0004358.

839.    Attached hereto as Exhibit 839 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0004527.

840.    Attached hereto as Exhibit 840 is a true and accurate copy of the publicly available Form 10-K filed by Snap Inc. with the Securities and Exchange Commission, entered as Exhibit 17 during the deposition of Plaintiffs' expert Robert Johnson.

841.    Attached hereto as Exhibit 841 is a true and accurate copy of the publicly available Form 10-Q filed by Snap Inc. with the Securities and Exchange Commission, entered as Exhibit 19 during the deposition of Plaintiffs' expert Robert Johnson.

842.    Attached hereto as Exhibit 842 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2267991.

843.    Attached hereto as Exhibit 843 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2367515.

844.    Attached hereto as Exhibit 844 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03974694.

845.    Attached hereto as Exhibit 845 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP7403425.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

846.    Attached hereto as Exhibit 846 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3135372.

847.    Attached hereto as Exhibit 847 is a true and accurate copy of the transcript of the Deposition of Jeremy Voss taken on April 4, 2025.

848.    Attached hereto as Exhibit 848 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0395053.

849.    Attached hereto as Exhibit 849 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3157225.

850.    Attached hereto as Exhibit 850 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1377394.

851.    Attached hereto as Exhibit 851 is a true and accurate copy of the transcript of the Deposition of David Levenson taken on March 14, 2025.

852.    Attached hereto as Exhibit 852 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3836439.

853.    Attached hereto as Exhibit 853 is a true and accurate copy of the transcript of the Deposition of Nona Yadegar taken December 16, 2024.

854.    Attached hereto as Exhibit 854 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0681967.

855.    Attached hereto as Exhibit 855 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1355097.

856.    Attached hereto as Exhibit 856 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0391475.

857.    Attached hereto as Exhibit 857 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2970343.

858.    Attached hereto as Exhibit 858 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03473579.

859.    Attached hereto as Exhibit 859 is a true and accurate copy of the transcript of the Deposition of Michael E. Weissinger taken on December 18, 2024.

860.    Attached hereto as Exhibit 860 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1910063.

861.    Attached hereto as Exhibit 861 is a true and accurate copy of the transcript of the Deposition of Rachel Hochhauser, as a 30(b)(6) representative of Snap Inc., taken on May 1, 2025.

862.    Attached hereto as Exhibit 862 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5442338.

863.    Attached hereto as Exhibit 863 is a true and accurate copy of the transcript of the Deposition of Claudia Chan taken on February 7, 2025.

864.    Attached hereto as Exhibit 864 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1208679.

865.    Attached hereto as Exhibit 865 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2856224.

866.    Attached hereto as Exhibit 866 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0227658.

867.    Attached hereto as Exhibit 867 is a true and accurate copy of the transcript of the Deposition of David Boyle, as a 30(b)(6) representative of Snap Inc., taken on February 26, 2025.

868.    Attached hereto as Exhibit 868 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4954875.

869.    Attached hereto as Exhibit 869 is a true and accurate copy of the transcript of the Deposition of Jennifer Stout taken on March 26, 2025 and March 27, 2025.

870.    Attached hereto as Exhibit 870 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2367565.

871.    Attached hereto as Exhibit 871 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4648461.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

872.    Attached hereto as Exhibit 872 is a true and accurate copy of a YouTube blog post titled "New Safety and Digital Wellbeing Options for Younger People on YouTube and YouTube Kids" and dated August 10, 2021.

873.    Attached hereto as Exhibit 873 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0285839.

874.    Attached hereto as Exhibit 874 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0010924.

875.    Attached hereto as Exhibit 875 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP7292616.

876.    Attached hereto as Exhibit 876 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4872383.

877.    Attached hereto as Exhibit 877 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4703321.

878.    Attached hereto as Exhibit 878 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP7141088.

879.    Attached hereto as Exhibit 879 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5467009.

880.    Attached hereto as Exhibit 880 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01779452.

881.    Attached hereto as Exhibit 881 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5350932.

882.    Attached hereto as Exhibit 882 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5919460.

883.    Attached hereto as Exhibit 883 is a true and accurate copy of the transcript of the Deposition of David B. Lue taken on March 26, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

884.    Attached hereto as Exhibit 884 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3664412.

885.    Attached hereto as Exhibit 885 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1173460.

886.    Attached hereto as Exhibit 886 is a true and accurate copy of a report published by Common Sense Media titled, "Teens and Pornography".

887.    Attached hereto as Exhibit 887 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2109600.

888.    Attached hereto as Exhibit 888 is a true and accurate copy of an article titled "Three-Quarters of Teenagers Have Seen Online Pornography by Age 17" published by the *New York Times*.

889.    Attached hereto as Exhibit 889 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0409320.

890.    Attached hereto as Exhibit 890 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0019241.

891.    Attached hereto as Exhibit 891 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0011517.

892.    Attached hereto as Exhibit 892 is a true and accurate copy of an article titled "Are Some Types of Screen Time Better Than Others?" published by Common Sense Media.

893.    Attached hereto as Exhibit 893 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2619258.

894.    Attached hereto as Exhibit 894 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0017949.

895.    Attached hereto as Exhibit 895 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0012725.

896.    Attached hereto as Exhibit 896 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0010984.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

897.    Attached hereto as Exhibit 897 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1186209.

898.    Attached hereto as Exhibit 898 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3652736.

899.    Attached hereto as Exhibit 899 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3074358.

900.    Attached hereto as Exhibit 900 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0889433.

901.    Attached hereto as Exhibit 901 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP7274672.

902.    Attached hereto as Exhibit 902 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1368439.

903.    Attached hereto as Exhibit 903 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2430328.

904.    Attached hereto as Exhibit 904 is a true and accurate copy of a photo of a "School Vibes Lens" offered by SnapChat.

905.    Attached hereto as Exhibit 905 is a true and accurate copy of a photo of a "School Style Lens" offered by SnapChat.

906.    Attached hereto as Exhibit 906 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2066440.

907.    Attached hereto as Exhibit 907 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2373631.

908.    Attached hereto as Exhibit 908 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5292367.

909.    Attached hereto as Exhibit 909 is a true and accurate copy of the transcript of the Deposition of Bill Saphir taken on March 25, 2025.

910.    Attached hereto as Exhibit 910 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0860697.

911.    Attached hereto as Exhibit 911 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2893997.

912.    Attached hereto as Exhibit 912 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0886473.

913.    Attached hereto as Exhibit 913 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6027021.

914.    Attached hereto as Exhibit 914 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5147058.

915.    Attached hereto as Exhibit 915 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP7340154.

916.    Attached hereto as Exhibit 916 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5182516.

917.    Attached hereto as Exhibit 917 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5447598.

918.    Attached hereto as Exhibit 918 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1104582.

919.    Attached hereto as Exhibit 919 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4833129.

920.    Attached hereto as Exhibit 920 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0464451.

921.    Attached hereto as Exhibit 921 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3791003.

922.    Attached hereto as Exhibit 922 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2324154.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

923.    Attached hereto as Exhibit 923 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0062113.

924.    Attached hereto as Exhibit 924 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5471034.

925.    Attached hereto as Exhibit 925 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6906160.

926.    Attached hereto as Exhibit 926 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4389271.

927.    Attached hereto as Exhibit 927 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1342034.

928.    Attached hereto as Exhibit 928 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4836937.

929.    Attached hereto as Exhibit 929 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0896563.

930.    Attached hereto as Exhibit 930 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3135368.

931.    Attached hereto as Exhibit 931 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03159197.

932.    Attached hereto as Exhibit 932 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02330477.

933.    Attached hereto as Exhibit 933 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6145093.

934.    Attached hereto as Exhibit 934 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2056632.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

935.    Attached hereto as Exhibit 935 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6759344.

936.    Attached hereto as Exhibit 936 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1806711.

937.    Attached hereto as Exhibit 937 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1940643.

938.    Attached hereto as Exhibit 938 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4835796.

939.    Attached hereto as Exhibit 939 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4712437.

940.    Attached hereto as Exhibit 940 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0850987.

941.    Attached hereto as Exhibit 941 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4383755.

942.    Attached hereto as Exhibit 942 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3784307.

943.    Attached hereto as Exhibit 943 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4383921.

944.    Attached hereto as Exhibit 944 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0755683.

945.    Attached hereto as Exhibit 945 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3212853.

946.    Attached hereto as Exhibit 946 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2812476.

947.    Attached hereto as Exhibit 947 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5996231.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1      948.    Attached hereto as Exhibit 948 is a true and accurate copy of the transcript of the

2  Deposition of Juliet Shen taken on March 4, 2025.

3      949.    Attached hereto as Exhibit 949 is a true and accurate copy of a document produced in

4  this litigation by the Snap Defendants beginning with the Bates number SNAP0506749.

5      950.    Attached hereto as Exhibit 950 is a true and accurate copy of a document produced in

6  this litigation by the Snap Defendants beginning with the Bates number SNAP5059169.

7      951.    Attached hereto as Exhibit 951 is a true and accurate copy of a document produced in

8  this litigation by the Snap Defendants beginning with the Bates number SNAP6116693.

9      952.    Attached hereto as Exhibit 952 is a true and accurate copy of a document produced in

10  this litigation by the Snap Defendants beginning with the Bates number SNAP2324134.

11      953.    Attached hereto as Exhibit 953 is a true and accurate copy of a document produced in

12  this litigation by the Snap Defendants beginning with the Bates number SNAP1393050.

13      954.    Attached hereto as Exhibit 954 is a true and accurate copy of a document produced in

14  this litigation by the Snap Defendants beginning with the Bates number SNAP2109600.

15      955.    Attached hereto as Exhibit 955 is a true and accurate copy of a document produced in

16  this litigation by the Snap Defendants beginning with the Bates number SNAP0187920.

17      956.    Attached hereto as Exhibit 956 is a true and accurate copy of a document produced in

18  this litigation by the Snap Defendants beginning with the Bates number SNAP1107701.

19      957.    Attached hereto as Exhibit 957 is a true and accurate copy of a document produced in

20  this litigation by the Snap Defendants beginning with the Bates number SNAP2202520.

21      958.    Attached hereto as Exhibit 958 is a true and accurate copy of the transcript of the

22  Deposition of Matthew Jackson, as a 30(b)(6) representative of Snap Inc., taken on November 19,

23  2024.

24      959.    Attached hereto as Exhibit 959 is a true and accurate copy of a document produced in

25  this litigation by the Snap Defendants beginning with the Bates number SNAP0232351.

26      960.    Attached hereto as Exhibit 960 is a true and accurate copy of a document produced in

27  this litigation by the Snap Defendants beginning with the Bates number SNAP4766319.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

961.     Attached hereto as Exhibit 961 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4783863.

962.     Attached hereto as Exhibit 962 is a true and accurate copy of a plaintiff fact sheet introduced during the March 4, 2025 deposition of Juliet Shen as Shen Ex. 14.

963.     Attached hereto as Exhibit 963 is a true and accurate copy of written discovery responses and objections served by the Snap Defendants in response to Plaintiffs' First Set of Requests for Admission.

964.     Attached hereto as Exhibit 964 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4368501.

965.     Attached hereto as Exhibit 965 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3784428.

966.     Attached hereto as Exhibit 966 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0755654.

967.     Attached hereto as Exhibit 967 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6401617.

968.     Attached hereto as Exhibit 968 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0019094.

969.     Attached hereto as Exhibit 969 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0223846.

970.     Attached hereto as Exhibit 970 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6424166.

971.     Attached hereto as Exhibit 971 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0886013.

972.     Attached hereto as Exhibit 972 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0221370.

973.     Attached hereto as Exhibit 973 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2183204.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

974.    Attached hereto as Exhibit 974 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0848654.

975.    Attached hereto as Exhibit 975 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2142264.

976.    Attached hereto as Exhibit 976 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0229617.

977.    Attached hereto as Exhibit 977 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1282530.

978.    Attached hereto as Exhibit 978 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1282670.

979.    Attached hereto as Exhibit 979 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0867540.

980.    Attached hereto as Exhibit 980 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1309002.

981.    Attached hereto as Exhibit 981 is a true and accurate copy of the Expert Report of Eva Telzer, Ph.D. dated May 16, 2025.

982.    Attached hereto as Exhibit 982 is a true and accurate copy of the Expert Report of Dimitri A. Christakis, M.D., M.P.H. dated May 16, 2025.

983.    Attached hereto as Exhibit 983 is a true and accurate copy of the Expert Report of Drew P. Cingel, Ph.D. dated April 18, 2025.

984.    Attached hereto as Exhibit 984 is a true and accurate copy of the Expert Rebuttal Report of Drew P. Cingel, Ph.D. dated July 30, 2025.

985.    Attached hereto as Exhibit 985 is a true and accurate copy of the Expert Report of Arvind Narayanan, Ph.D. dated May 16, 2025.

986.    Attached hereto as Exhibit 986 is a true and accurate copy of the Expert Reply Report of Arvind Narayanan, Ph.D. dated July 30, 2025.

987.     Attached hereto as Exhibit 987 is a true and accurate copy of the Expert Report of Colin M. Gray, Ph.D. dated June 13, 2025.

988.     Attached hereto as Exhibit 988 is a true and accurate copy of the Expert Rebuttal Report of Colin M. Gray, Ph.D. dated July 30, 2025.

989.     Attached hereto as Exhibit 989 is a true and accurate copy of the Expert Report of Tim Estes dated May 16, 2025.

990.     Attached hereto as Exhibit 990 is a true and accurate copy of the Expert Rebuttal Report of Tim Estes dated July 30, 2025.

991.     Attached hereto as Exhibit 991 is a true and accurate copy of the Expert Report of Dr. John Chandler, Ph.D. dated May 16, 2025.

992.     Attached hereto as Exhibit 992 is a true and accurate copy of the Expert Rebuttal Report of Dr. John Chandler, Ph.D. dated July 30, 2025.

993.     Attached hereto as Exhibit 993 is a true and accurate copy of the Expert Report of Minette E. Drumwight, Ph.D. dated June 13, 2025.

994.     Attached hereto as Exhibit 994 is a true and accurate copy of the Expert Rebuttal Report of Minette E. Drumwight, Ph.D. dated July 30, 2025.

995.     Attached hereto as Exhibit 995 is a true and accurate copy of the Expert Report of Brooke Istook dated May 16, 2025.

996.     Attached hereto as Exhibit 996 is a true and accurate copy of the Expert Rebuttal Report of Brooke Istook dated July 30, 2025.

997.     Attached hereto as Exhibit 997 is a true and accurate copy of the Expert Report of Seth Noar, Ph.D. dated May 16, 2025.

998.     Attached hereto as Exhibit 998 is a true and accurate copy of the Expert Rebuttal Report of Seth Noar, Ph.D. dated July 30, 2025.

999.     Attached hereto as Exhibit 999 is a true and accurate copy of the Expert Report of Robert Johnson Report dated May 15, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1000.   Attached hereto as Exhibit 1000 is a true and accurate copy of the Expert Report of Sharon A. Hoover, Ph.D. dated May 16, 2025.

1001.   Attached hereto as Exhibit 1001 is a true and accurate copy of the transcript of the Deposition of Erin Turner taken on January 22, 2025.

1002.   Attached hereto as Exhibit 1002 is a true and accurate copy of the transcript of the Deposition of Tanaya Kasavan taken on January 28, 2025.

1003.   Attached hereto as Exhibit 1003 is a true and accurate copy of the transcript of the Deposition of John M. Harding taken on March 25, 2025.

1004.   Attached hereto as Exhibit 1004 is a true and accurate copy of the Expert Report of Gary Goldfield, Ph.D. C. Psych. dated May 16, 2025.

1005.   Attached hereto as Exhibit 1005 is a true and accurate copy of the Expert Report of Anna Lembke, M.D. dated May 16, 2025.

1006.   Attached hereto as Exhibit 1006 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05442974.

1007.   Attached hereto as Exhibit 1007 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02616134.

1008.   Attached hereto as Exhibit 1008 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02295271.

1009.   Attached hereto as Exhibit 1009 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05223361.

1010.   Attached hereto as Exhibit 1010 is a true and accurate copy of the transcript of the Deposition of Woojin Kim taken on March 11, 2025.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1011.   Attached hereto as Exhibit 1011 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05491769.ECM.

1012.   Attached hereto as Exhibit 1012 is a true and accurate copy of the transcript of the Deposition of Neal Mohan taken on April 24, 2025.

1013.   Attached hereto as Exhibit 1013 is a true and accurate copy of the transcript of the Deposition of Caitlin Niedermeyer taken on April 16, 2025.

1014.   Attached hereto as Exhibit 1014 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00128842.

1015.   Attached hereto as Exhibit 1015 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03721198.

1016.   Attached hereto as Exhibit 1016 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05214601.

1017.   Attached hereto as Exhibit 1017 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05042542.

1018.   Attached hereto as Exhibit 1018 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05630293.ECM.

1019.   Attached hereto as Exhibit 1019 is a true and accurate copy of the transcript of the Deposition of Raj Iyengar taken on March 13, 2025.

1020.   Attached hereto as Exhibit 1020 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05719044.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1021.  Attached hereto as Exhibit 1021 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03722168.

1022.  Attached hereto as Exhibit 1022 is a true and accurate copy of the transcript of the Deposition of Reid Watson taken on March 12, 2025.

1023.  Attached hereto as Exhibit 1023 is a true and accurate copy of the transcript of the Deposition of Sharon Stovezky taken on December 11, 2024.

1024.  Attached hereto as Exhibit 1024 is a true and accurate copy of the transcript of the Deposition of Jessica Dzuban, Psy.D. taken on February 26, 2025.

1025.  Attached hereto as Exhibit 1025 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04882611.

1026.  Attached hereto as Exhibit 1026 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01372609.

1027.  Attached hereto as Exhibit 1027 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02172004.

1028.  Attached hereto as Exhibit 1028 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00236723.

1029.  Attached hereto as Exhibit 1029 is a true and accurate copy of the transcript of the Deposition of Garth Graham taken on March 5, 2025.

1030.  Attached hereto as Exhibit 1030 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01903132.

1031.   Attached hereto as Exhibit 1031 is a true and accurate copy of the transcript of the Deposition of James Beser taken on April 9, 2025.

1032.   Attached hereto as Exhibit 1032 is a true and accurate copy of a document introduced as an exhibit during the deposition of Adi Jain taken on March 21, 2025. The document was introduced as Exhibit 1.

1033.   Attached hereto as Exhibit 1033 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00000058.

1034.   Attached hereto as Exhibit 1034 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03499498.

1035.   Attached hereto as Exhibit 1035 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00220915.

1036.   Attached hereto as Exhibit 1036 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05662841.ECM.

1037.   Attached hereto as Exhibit 1037 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00995283.

1038.   Attached hereto as Exhibit 1038 is a true and accurate copy of an article titled "Teens, Social Media and Technology 2024" published by the Pew Research Center on December 12, 2024.

1039.   Attached hereto as Exhibit 1039 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02021521.

1    1040.  Attached hereto as Exhibit 1040 is a true and accurate copy of a document produced

2    in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

3    03928001.

4    1041.  Attached hereto as Exhibit 1041 is a true and accurate copy of a document produced

5    in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

6    01776693.

7    1042.  Attached hereto as Exhibit 1042 is a true and accurate copy of the transcript of the

8    Deposition of John Hebda taken on March 19, 2025.

9    1043.  Attached hereto as Exhibit 1043 is a true and accurate copy of a webpage printout of

10   "An Educator's Guide to Snapchat" published on snapchat.com.

11   1044.  Attached hereto as Exhibit 1044 is a true and accurate copy of a document produced

12   in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

13   05665186.ECM.

14   1045.  Attached hereto as Exhibit 1045 is a true and accurate copy of written discovery

15   responses and objections served by the YouTube Defendants in response to Plaintiffs' Third Set of

16   Interrogatories on February 24, 2025.

17   1046.  Attached hereto as Exhibit 1046 is a true and accurate copy of the transcript of the

18   Deposition of Katrina Echt taken on December 10, 2024 and December 11, 2024.

19   1047.  Attached hereto as Exhibit 1047 is a true and accurate copy of a webpage printout of

20   the YouTube Terms of Service, effective May 25, 2018.

21   1048.  Attached hereto as Exhibit 1048 is a true and accurate copy of a document produced

22   in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

23   05530744.ECM.

24   1049.  Attached hereto as Exhibit 1049 is a true and accurate copy of a document produced

25   in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-

26   03928001.

27

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1050.   Attached hereto as Exhibit 1050 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00394672.

1051.   Attached hereto as Exhibit 1051 is a true and accurate copy of the transcript of the Deposition of Shimrit Ben-Yair taken on March 20, 2025.

1052.   Attached hereto as Exhibit 1052 is a true and accurate copy of the transcript of the Deposition of Matt Fischer-Colbrie taken on March 7, 2025.

1053.   Attached hereto as Exhibit 1053 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00085593.

1054.   Attached hereto as Exhibit 1054 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01786683.

1055.   Attached hereto as Exhibit 1055 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02299400.

1056.   Attached hereto as Exhibit 1056 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02299400.

1057.   Attached hereto as Exhibit 1057 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04601837.

1058.   Attached hereto as Exhibit 1058 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00632685.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1059.   Attached hereto as Exhibit 1059 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00237457.

1060.   Attached hereto as Exhibit 1060 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00808421.

1061.   Attached hereto as Exhibit 1061 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01714567.

1062.   Attached hereto as Exhibit 1062 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01640828.

1063.   Attached hereto as Exhibit 1063 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02085800.

1064.   Attached hereto as Exhibit 1064 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00000252.

1065.   Attached hereto as Exhibit 1065 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01786683.

1066.   Attached hereto as Exhibit 1066 is a true and accurate copy of the transcript of the Deposition of Alex Osborne taken January 10, 2024.

1067.   Attached hereto as Exhibit 1067 is a true and accurate copy of a webpage printout of the YouTube Terms of Service, effective December 10, 2019.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1068.  Attached hereto as Exhibit 1068 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00355137.

1069.  Attached hereto as Exhibit 1069 is a true and accurate copy of the transcript of the Deposition of defense expert Adriana Galvan, Ph.D., taken July 15, 2025.

1070.  Attached hereto as Exhibit 1070 is a true and accurate copy of the transcript of the Deposition of Aza Raskin taken on March 17, 2025.

1071.  Attached hereto as Exhibit 1071 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00442481.

1072.  Attached hereto as Exhibit 1072 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02736050.

1073.  Attached hereto as Exhibit 1073 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05710151.

1074.  Attached hereto as Exhibit 1074 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02426813.

1075.  Attached hereto as Exhibit 1075 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01776912.

1076.  Attached hereto as Exhibit 1076 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01669256.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1    1077.   Attached hereto as Exhibit 1077 is a true and accurate copy of a document produced
2    in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-
3    02307348.

4    1078.   Attached hereto as Exhibit 1078 is a true and accurate copy of a document produced
5    in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-
6    03141338.

7    1079.   Attached hereto as Exhibit 1079 is a true and accurate copy of a webpage printout of
8    a Common Sense Education page titled, "We help teachers and students thrive in a digital world!".

9    1080.   Attached hereto as Exhibit 1080 is a true and accurate copy of a document produced
10   in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-
11   04994394.

12   1081.   Attached hereto as Exhibit 1081 is a true and accurate copy of a document produced
13   in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-
14   00793501.

15   1082.   Attached hereto as Exhibit 1082 is a true and accurate copy of a document produced
16   in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-
17   02025298.

18   1083.   Attached hereto as Exhibit 1083 is a true and accurate copy of the Expert Report of
19   Dr. Bryce Ward dated September 2, 2025 in the Breathitt bellwether case.

20   1084.   Attached hereto as Exhibit 1084 is a true and accurate copy of the Expert Rebuttal
21   Report of Dr. Bryce Ward dated July 31, 2025 in the Irvington bellwether case.

22   1085.   Attached hereto as Exhibit 1085 is a true and accurate copy of the Expert Report of
23   Robert L. Klein dated May 18, 2025 in the Breathitt bellwether case.

24   1086.   Attached hereto as Exhibit 1086 is a true and accurate copy of the Expert Report of
25   Robert L. Klein dated May 18, 2025 in the Charleston bellwether case.

26   1087.   Attached hereto as Exhibit 1087 is a true and accurate copy of the Expert Report of
27   Robert L. Klein dated May 18, 2025 in the DeKalb bellwether case.

28

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1088.   Attached hereto as Exhibit 1088 is a true and accurate copy of the Expert Report of Robert L. Klein dated May 18, 2025 in the Harford bellwether case.

1089.   Attached hereto as Exhibit 1089 is a true and accurate copy of the Expert Report of Robert L. Klein dated May 18, 2025 in the Irvington bellwether case.

1090.   Attached hereto as Exhibit 1090 is a true and accurate copy of the Expert Report of Robert L. Klein dated May 18, 2025 in the Tucson bellwether case.

1091.   Attached hereto as Exhibit 1091 is a true and accurate copy of the Amended Expert Report of Sharon A. Hoover, Ph.D. dated June 20, 2025 in the Harford bellwether case.

1092.   Attached hereto as Exhibit 1092 is a true and accurate copy of the Amended Expert Report of Sharon A. Hoover, Ph.D. dated June 20, 2025 in the Irvington bellwether case.

1093.   Attached hereto as Exhibit 1093 is a true and accurate copy of the Amended Expert Report of Sharon A. Hoover, Ph.D. dated June 20, 2025 in the DeKalb bellwether case.

1094.   Attached hereto as Exhibit 1094 is a true and accurate copy of the Amended Expert Report of Sharon A. Hoover, Ph.D. dated June 20, 2025 in the Tucson bellwether case.

1095.   Attached hereto as Exhibit 1095 is a true and accurate copy of the Amended Expert Report of Sharon A. Hoover, Ph.D. dated June 20, 2025 in the Breathitt bellwether case.

1096.   Attached hereto as Exhibit 1096 is a true and accurate copy of the Amended Expert Report of Sharon A. Hoover, Ph.D. dated June 20, 2025 in the Charleston bellwether case.

1097.   Attached hereto as Exhibit 1097 is a true and accurate copy of the transcript of the Deposition of Sharon A. Hoover, Ph.D. taken on August 12, 2025 and August 13, 2025.

1098.   Attached hereto as Exhibit 1098 is a true and accurate copy of the Second Amended Expert Report of Douglas L. Leslie, Ph.D. dated September 4, 2025 in the Harford bellwether case.

1099.   Attached hereto as Exhibit 1099 is a true and accurate copy of the Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated July 30, 2025.

1100.   Attached hereto as Exhibit 1100 is a true and accurate copy of the Amended Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated August 7, 2025 in the Tucson bellwether case.

1101.   Attached hereto as Exhibit 1101 is a true and accurate copy of the Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated August 1, 2025 in the Charleston bellwether case.

1102.   Attached hereto as Exhibit 1102 is a true and accurate copy of the Amended Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated August 7, 2025 in the Breathitt bellwether case.

1103.   Attached hereto as Exhibit 1103 is a true and accurate copy of the Amended Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated August 7, 2025 in the DeKalb bellwether case.

1104.   Attached hereto as Exhibit 1104 is a true and accurate copy of the Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated August 1, 2025 in the Harford bellwether case.

1105.   Attached hereto as Exhibit 1105 is a true and accurate copy of the Amended Expert Rebuttal Report of Sharon A. Hoover, Ph.D. dated August 7, 2025 in the Irvington bellwether case.

1106.   Attached hereto as Exhibit 1106 is a true and accurate copy of the Second Amended Expert Report of Bryce A. Ward dated September 2, 2025 in the Charleston bellwether case.

1107.   Attached hereto as Exhibit 1107 is a true and accurate copy of the Amended Expert Report of Bryce A. Ward dated August 8, 2025 in the DeKalb bellwether case.

1108.   Attached hereto as Exhibit 1108 is a true and accurate copy of the Amended Expert Report of Bryce A. Ward dated August 8, 2025 in the Harford bellwether case.

1109.   Attached hereto as Exhibit 1109 is a true and accurate copy of the Amended Expert Report of Bryce A. Ward dated May 31, 2025 in the Irvington bellwether case.

1110.   Attached hereto as Exhibit 1110 is a true and accurate copy of the Expert Report of Bryce A. Ward dated May 19, 2025 in the Tucson bellwether case.

1111.   Attached hereto as Exhibit 1111 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-04260511.

1112.   Attached hereto as Exhibit 1112 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05984227.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1113.   Attached hereto as Exhibit 1113 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00256147.

1114.   Attached hereto as Exhibit 1114 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-014-00256148.

1115.   Attached hereto as Exhibit 1115 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00110240.

1116.   Attached hereto as Exhibit 1116 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03360356.

1117.   Attached hereto as Exhibit 1117 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00035930.

1118.   Attached hereto as Exhibit 1118 is a true and accurate copy of a webpage printout of the YouTube Terms of Service, effective November 18, 2020.

1119.   Attached hereto as Exhibit 1119 is a true and accurate copy of a webpage printout of the YouTube Terms of Service, effective March 17, 2021.

1120.   Attached hereto as Exhibit 1120 is a true and accurate copy of a webpage printout of the YouTube Terms of Service, effective January 5, 2022.

1121.   Attached hereto as Exhibit 1121 is a true and accurate copy of a webpage printout of the YouTube Terms of Service, effective December 15, 2023.

1122.   Attached hereto as Exhibit 1122 is a true and accurate copy of the transcript of the Deposition of Katharina Ostergaard taken on January 15, 2025.

1123.   Attached hereto as Exhibit 1123 is a true and accurate copy of a document introduced as an exhibit during the deposition of Katharina Ostergaard taken on January 15, 2025. The document was introduced as Exhibit 16.

1124.   Attached hereto as Exhibit 1124 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-02385042.

1125.   Attached hereto as Exhibit 1125 is a true and accurate copy of the transcript of the Deposition of Robert Ross taken on July 14, 2025.

1126.   Attached hereto as Exhibit 1126 is a true and accurate copy of the Declaration of Holly Hammel dated May 13, 2025.

1127.   Attached hereto as Exhibit 1127 is a true and accurate copy of the transcript of the Deposition of Darrell Trent Logan, Ed.D. taken on April 16, 2025.

1128.   Attached hereto as Exhibit 1128 is a true and accurate copy of the transcript of the Deposition of Phillip Watt taken on April 22, 2025.

1129.   Attached hereto as Exhibit 1129 is a true and accurate copy of the transcript of the Deposition of Daniel Prentice taken on May 2, 2025.

1130.   Attached hereto as Exhibit 1130 is a true and accurate copy of the transcript of the Deposition of Monika Davis taken on April 14, 2025.

1131.   Attached hereto as Exhibit 1131 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0419215.

1132.   Attached hereto as Exhibit 1132 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1067217.

1133.   Attached hereto as Exhibit 1133 is a true and accurate copy of the transcript of the Deposition of Kera Howard taken March 10, 2025.

1134.   Attached hereto as Exhibit 1134 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05044613.

1135.   Attached hereto as Exhibit 1135 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05989625.

1136.   Attached hereto as Exhibit 1136 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03539659.

1137.   Attached hereto as Exhibit 1137 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00864164.

1138.   Attached hereto as Exhibit 1138 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01365645.

1139.   Attached hereto as Exhibit 1139 is a true and accurate copy of written discovery responses and objections served by the YouTube Defendants in response to Plaintiffs' Fourth Set of Interrogatories on March 24, 2025.

1140.   Attached hereto as Exhibit 1140 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-05773885.

1141.   Attached hereto as Exhibit 1141 is a true and accurate copy of a report titled "UK Age-Appropriate Design Code: Impact Assessment" published by Children and Screens: Institute of Digital Media and Child Development.

1142.   Attached hereto as Exhibit 1142 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00957770.

1143.   Attached hereto as Exhibit 1143 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-01621942.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1144.   Attached hereto as Exhibit 1144 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0421223.

1145.   Attached hereto as Exhibit 1145 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2974826.

1146.   Attached hereto as Exhibit 1146 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6050928.

1147.   Attached hereto as Exhibit 1147 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6416480.

1148.   Attached hereto as Exhibit 1148 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1309022.

1149.   Attached hereto as Exhibit 1149 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4525666.

1150.   Attached hereto as Exhibit 1150 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2617127.

1151.   Attached hereto as Exhibit 1151 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5510291.

1152.   Attached hereto as Exhibit 1152 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1342053.

1153.   Attached hereto as Exhibit 1153 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3151495.

1154.   Attached hereto as Exhibit 1154 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1341996.

1155.   Attached hereto as Exhibit 1155 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2857687.

1156.   Attached hereto as Exhibit 1156 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3760712.

DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1157.   Attached hereto as Exhibit 1157 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3793871.

1158.   Attached hereto as Exhibit 1158 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP0188592.

1159.   Attached hereto as Exhibit 1159 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4444067.

1160.   Attached hereto as Exhibit 1160 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2047572.

1161.   Attached hereto as Exhibit 1161 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP4569874.

1162.   Attached hereto as Exhibit 1162 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP3654430.

1163.   Attached hereto as Exhibit 1163 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2062827.

1164.   Attached hereto as Exhibit 1164 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2661290.

1165.   Attached hereto as Exhibit 1165 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6423845.

1166.   Attached hereto as Exhibit 1166 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP5288465.

1167.   Attached hereto as Exhibit 1167 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6144987.

1168.   Attached hereto as Exhibit 1168 is a true and accurate copy of a report titled "Reviewing Child Sexual Abuse Material Reporting Functions on Popular Platforms" published by the Canadian Centre for Child Protection.

1169.   Attached hereto as Exhibit 1169 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP2373578.

1170.   Attached hereto as Exhibit 1170 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP6398196.

1171.   Attached hereto as Exhibit 1171 is a true and accurate copy of a document produced in this litigation by the Snap Defendants beginning with the Bates number SNAP1249070.

1172.   Attached hereto as Exhibit 1172 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-120-LARK-06181649.

1173.   Attached hereto as Exhibit 1173 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-00035930.

1174.   Attached hereto as Exhibit 1174 is a true and accurate copy of a document produced in this litigation by the Google Defendants beginning with the Bates number GOOG-3047MDL-03233619.

1175.   Attached hereto as Exhibit 1175 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00044450.

1176.   Attached hereto as Exhibit 1176 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00003255.

1177.   Attached hereto as Exhibit 1177 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00128073.

1178.   Attached hereto as Exhibit 1178 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-019-00128980.

1179.   Attached hereto as Exhibit 1179 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00067260.

1180.   Attached hereto as Exhibit 1180 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-050-00067260.

1181.   Attached hereto as Exhibit 1181 is a true and accurate copy of a video clip taken from an interview of Chamath Palihapitiya by Tucker Carlson, originally aired on the January 23, 2025 episode of The Tucker Carlson Show.

1182.   Attached hereto as Exhibit 1182 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-046-00071961.

1183.   Attached hereto as Exhibit 1183 is a true and accurate copy of a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-003-00048558.

1184.   Attached hereto as Exhibit 1184 is a true and accurate copy of an article titled "Surgeon General Warns That Social Media May Harm Children and Adolescents" published by *The New York Times* on May 23, 2023.

1185.   Attached hereto as Exhibit 1185 is a true and accurate copy of a document produced in this litigation by the TikTok Defendants beginning with the Bates number TIKTOK3047MDL-198-LARK-08658305.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: November 7, 2025                    By:  */s/ Previn Warren*
                                                    PREVIN WARREN
                                                    **MOTLEY RICE LLC**
                                                    401 9th Street NW Suite 630
                                                    Washington DC 20004
                                                    Telephone: 202-386-9610
                                                    pwarren@motleyrice.com