*[Parties and Counsel Listed on Signature Pages]*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Civil Case No. 4:22-md-03047-YGR (PHK)<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF DR. JAMES MCGOUGH AND REBUTTAL REPORT OF DR. KARA BAGOT** |

This stipulation relates to the case of David Melton ("Melton Matter") (*Hicks, et al. v. Meta Platforms, Inc. et al., 4:22-cv-06627*). To establish a mutually agreeable deadline for Dr. James McGough's sur-reply report to the "Rebuttal Expert Report of Dr. Kara Bagot, M.D., Report Re: David Melton," and accompanying depositions and briefing deadlines for these expert reports, the MDL Plaintiffs and Defendants (collectively, the "Parties") enter into the below stipulation and agree to continue to meet and confer on this schedule.

WHEREAS on October 29, 2024, the Court entered Court Management Order ("CMO") No. 18 (ECF Dkt. No. 1290), which set forth the case management schedule;

WHEREAS pursuant to CMO No. 18, expert discovery in this matter commenced on May 16, 2025;

WHEREAS pursuant to CMO No. 18, Plaintiffs' case-specific opening expert reports were due on May 19, 2025; Defendants' case-specific experts responsive reports were due on July 11, 2025; and Plaintiffs' case-specific experts rebuttal reports were due on August 1, 2025 ("Rebuttal Report Deadline");

WHEREAS Plaintiff served the "Expert Report of Dr. Sarah Lowenthal, MD, Report for: David Melton" ("Lowenthal Opening Report") on May 19, 2025, and a supplemental expert report, "Supplemental Expert Report of Dr. Sarah Lowenthal, MD, Report for: David Melton" ("Lowenthal Supplemental Opening Report") on June 25, 2025;

WHEREAS Defendants served the "Expert Report of James McGough, M.D., M.S." ("McGough Responsive Report") on July 11, 2025;

WHEREAS Plaintiff subsequently served the "Rebuttal Report of Dr. Sarah Lowenthal, MD, Report for: David Melton" ("Lowenthal Rebuttal Report") on the Rebuttal Report Deadline;

WHEREAS Plaintiff also served the "Rebuttal Expert Report of Dr. Kara Bagot, M.D., Report Re: David Melton" ("Dr. Bagot Rebuttal Report") on the Rebuttal Report Deadline;

WHEREAS Defendants will serve a case-specific expert responsive report authored by Dr. McGough ("McGough Sur-Reply Report") responding to the Dr. Bagot Rebuttal Report;

WHEREAS the Parties have conferred and agreed to reschedule Dr. McGough's September 8, 2025, deposition until after Dr. McGough's Sur-Reply Report has been served;

WHEREAS pursuant to the court management conference ("CMC") on August 22, 2025, Judge Gonzalez Rogers took the specific Personal Injury Bellwethers motions for summary judgement off the calendar to be rescheduled during a later phase (8/22/2025 Hearing Tr. 42:18-21);

WHEREAS pursuant to CMO No. 27 (ECF Dkt. No. 2274), Judge Gonzalez Rogers granted the Parties' Joint Stipulation and [Proposed] Order to Modify Pretrial Schedule (ECF Dkt. No. 2256) on September 23, 2025, and ordered that any remaining motions, including motions specific to the personal injury plaintiffs, shall be decided in the next phase of this litigation;

WHEREAS on October 31, 2025, Judge Gonzalez Rogers granted the Parties' Joint Stipulation Regarding Deposition of Dr. James McGough and Rebuttal Report of Dr. Kara Bagot (ECF Dkt. 2349), and ordered the Parties to meet and confer to identify a mutually agreeable time in November 2025 for Drs. Bagot and McGough's depositions;

**NOW, THEREFORE,** the Parties stipulate and agree as follows:

1. Defendants preserve and do not waive their right to limit Dr. Bagot to a rebuttal opinion and/or oppose Plaintiff calling Dr. Bagot in their case-in-chief.

2. The Parties will meet and confer to identify a mutually agreeable time prior to March 15, 2026, for Dr. McGough's deposition in the Melton Matter.

3. The Parties will meet and confer to identify a mutually agreeable time prior to March 15, 2026, for Dr. Bagot's deposition in the Melton Matter.

4. Any Rule 702 motions filed in the Melton Matter relating to Dr. Bagot shall be filed within forty-five days of the completion of Dr. Bagot's deposition, or when the motions are due according to the calendar set by Judge Gonzalez Rogers, whichever is later in time.

5. Any Rule 702 motions filed in the Melton Matter relating to Dr. McGough shall be filed within forty-five days of the completion of Dr. McGough's deposition, or when the motions are due according to the calendar set by Judge Gonzalez Rogers, whichever is later in time.

Dated: November 7, 2025                **COUNSEL FOR SNAP INC.**

By: */s/ Jessica Davidson*

**KIRKLAND AND ELLIS LLP**

Jessica Davidson, P.C.
KIRKLAND AND ELLIS LLP
601 Lexington Ave,
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendant Snap Inc.*

By: */s/ Clinton Richardson*

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

Clinton Richardson
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: Clinton.Richardson@BeasleyAllen.com

*Attorneys for Plaintiffs*

**COVINGTON & BURLING LLP**

Ashley M. Simonsen (State Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
David N. Sneed, pro hac vice
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: dsneed@cov.com
Emily Johnson Henn (State Bar. No. 269482)

COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**MUNGER, TOLLES & OLSEN LLP**

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, pro hac vice
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**KING & SPALDING LLP**

Gregory Chernack
KING & SPALDING LLP

1700 Pennsylvania Avenue, NW Suite 900
Washington, D.C. 20006
Telephone: (202) 626-9227

*Attorneys for Defendant TikTok Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

# ATTESTATION

I, Jessica Davidson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 7, 2025                   By: */s/ Jessica Davidson*
                                               Jessica Davidson