# Exhibit 147

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

P2168.1



### PREVALENCE

# How prevalent were suicide and self-injury violations?

Views of violating content that contains suicide and self-injury are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2021, this was true for violations of our policies on suicide and self-injury, terrorism and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2021, the upper limit was 0.05% for violations of our policy for suicide and self-injury on Instagram. This means that out of every 10,000 views of content on Instagram, we estimate no more than 5 of those views contained content that violated the policy.



EXHIBIT 28