# Exhibit 163

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Suicide, Self-Injury, and Eating Disorders

**Policy details**    **User experiences**    **Data**

## Policy details

**CHANGE LOG**

- **Today** — Current version
- Oct 2, 2024
- Jul 25, 2024
- Jul 2, 2024
- May 1, 2024
- Show older

### Policy Rationale

We care deeply about the safety of the people who use our apps. We regularly consult with experts in suicide, self-injury and eating disorders to help inform our policies and enforcement, and we work with organizations around the world to provide assistance to people in distress.

While we do not allow people to intentionally or unintentionally celebrate or promote suicide, self-injury or eating disorders, we do allow people to discuss these topics because we want our services to be a space where people can share their experiences, raise awareness about these issues, and seek support from one another.

We remove any content that encourages suicide, self-injury or eating disorders, including fictional content such as memes or illustrations, and any self-injury content which is graphic, regardless of context. We also remove content that mocks victims or survivors of suicide, self-injury or eating disorders, as well as real time depictions of suicide or self-injury. Content about recovery from suicide, self-injury or eating disorders that is allowed, but may contain imagery that could be upsetting (such as a healed scar) is placed behind a sensitivity screen.

When people post or search for suicide, self-injury or eating disorders related content, we will direct them to local organizations that can provide support and if our Community Operations team is concerned about im... ...m we will contact local emergency

**Read more**




Language ▼

Transparency Center

# Suicide, Self-Injury, and Eating Disorders

## Policy details

Change log ⌄



## Policy Rationale

We care deeply about the safety of the people who use our apps. We regularly consult with experts in suicide, self-injury and eating disorders to help inform our policies and enforcement, and we work with organizations around the world to provide assistance to people in distress.

While we do not allow people to intentionally or unintentionally celebrate or promote suicide, self-injury or eating disorders, we do allow people to discuss these topics because we want our services to be a space where people can share their experiences, raise awareness about these issues, and seek support from one another.

We remove any content that encourages suicide, self-injury or eating disorders, including fictional content such as memes or illustrations, and any self-injury content which is graphic, regardless of context. We also remove content that mocks victims or survivors of suicide, self-injury or eating disorders, as well as real time depictions of suicide or self-injury. Content about recovery from suicide, self-injury or eating disorders that is allowed, but may contain imagery that could be upsetting (such as a healed scar) is placed behind a sensitivity screen.

When people post or search for suicide, self-injury or eating disorders related content, we will direct them to local organizations that can provide support and if our Community Operations team is concerned about immediate harm we will contact local emergency services to get them help. For more information, visit the Meta Safety Center.

With respect to live content, experts have told us that if someone is saying they intend to attempt suicide on a livestream, we should leave the content up for as long as possible because the longer someone is talking to a camera, the more opportunity there is for a friend or family member to call

emergency services.However, to minimize the risk of others being negatively impacted by viewing this content, we will stop the livestream at the point at which the threat turns into an attempt. As mentioned above, in any case, we will contact emergency services if we identify someone is at immediate risk of harming themselves.



Do not post:

Content that promotes, encourages, coordinates, or provides instructions for suicide, self-injury, or eating disorders.

- Content that depicts graphic suicide, self-injury, and eating disorder imagery
- Content depicting a person who engaged in a suicide attempt or death by suicide
- Content that focuses on depiction of ribs, collar bones, thigh gaps, hips, concave stomach, or protruding spine or scapula when shared together with terms associated with eating disorders
- Content that contains instructions for drastic and unhealthy weight loss when shared together with terms associated with eating disorders
- Content that mocks victims or survivors of suicide, self-injury or eating disorders who are either publicly known or implied to have experienced suicide or self-injury
- Imagery depicting body modification (e.g., tattoo, piercing, scarification, self-flagellation, etc.) when shared in a suicide or self-injury context



For the following content, we include a warning screen so that people are aware the content may be sensitive. We also limit the ability to view the content to adults, ages 18 and older:

- Photos or videos depicting a person who engaged in euthanasia/assisted suicide in a medical setting.



For the following content, we include a label so that people are aware the content may be sensitive:

- Content that depicts older instances of self-harm such as healed cuts or other non-graphic self-injury imagery in a self-injury, suicide or recovery context.

- Content that depicts ribs, collar bones, thigh gaps, hips, concave stomach, or protruding spine or scapula in a recovery context.



We provide resources to people who post written or verbal admissions of engagement in self injury, including:

- Suicide.
- Euthanasia/assisted suicide.
- Self-harm.
- Eating disorders.
- Vague, potentially suicidal statements or references (including memes or stock imagery about sad mood or depression) in a suicide or self-injury context.



For the following Community Standards, we require additional information and/or context to enforce:

- We may remove suicide notes when we have confirmation of a suicide or suicide attempt. We try to identify suicide notes using several factors, including but not limited to:
  - Family or legal representative requests,
  - Reports from media, law enforcement, or other third party sources (e.g. government agencies, NGOs), or the Suicidal Content Contact Form or Instagram Contact Form.

Read less

## ⌃ User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

USER EXPERIENCE
**Reporting**

USER EXPERIENCE
**Post-report communication**

USER EXPERIENCE
**Takedown experience**

USER EXPERIENCE
**Warning screens**

## ⌃ Data

⌃ **Prevalence**
Percentage of times people saw violating content

**PREVALENCE**

How prevalent were suicide and self-injury violations?



Views of violating content that contains suicide and self-injury are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q3 2024, this was true for violations of our policies on suicide and self-injury, terrorism and restricted goods and services on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q3 2024, the upper limit was 0.05% for violations of our policy for suicide and self-injury on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

∧ Content actioned

Number of pieces of violating content we took action on

CONTENT ACTIONED

How much suicide and self-injury content did we take action on?



How we calculate it ⓘ Read about this data ⊙

## ⌃ Proactive rate

Percentage of violating content we found before people reported it

**PROACTIVE RATE**

### Of the violating content we actioned for suicide and self-injury, how much did we find and action before people reported it?



■ Found and actioned by us      ◆ Reported by users

How we calculate it ⓘ Read about this data →

## ⌃ Appealed content

Number of pieces of content people appealed after we took action on it

**APPEALED CONTENT**

### How much of the content we actioned for suicide and self-injury did people appeal?

How we calculate it  ⓘ Read about this data →

**Restored content**

Number of pieces of content we restored after we originally took action on it

RESTORED CONTENT

How much actioned content for suicide and self-injury was later restored?



■ Restored without appeal    ◆ Restored after appeal    — Total

How we calculate it  ⓘ Read about this data →

**Enforcement** →
We have the same policies around the world, for everyone on Facebook.

**Review teams** →
Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

**Stakeholder engagement** →
Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

## ˄ Get help with suicide and self-injury

Learn what you can do if you see something on Facebook that goes against our Community Standards.

**Visit our Help Center**

↗

**NEXT** →

# Child Sexual Exploitation, Abuse and Nudity

← **PREVIOUS**

# Fraud, Scams, and Deceptive Practices



**POLICIES**

**ENFORCEMENT**

**SECURITY**

**FEATURES**

**GOVERNANCE**

**REPORTS**

**RESEARCH TOOLS**

Privacy Policy · Terms of Service · Cookies