Ronald E. Johnson, Jr. (*pro hac vice*)
Sarah N. Emery (*pro hac vice*)
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt
County Board of Education*

[*Additional counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Breathitt County School District, By and Through the Breathitt County Board of Education v. Meta Platforms Inc., et al. <br><br> Case No.: 4:23-CV-1804 | MDL No. 3047 <br><br> Case No. 4:23-cv-1804-YGR <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (BREATHITT) (SD MSJ No. 1)** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), undersigned Plaintiff files this Administrative Motion to Consider Whether Another Party's Material Should be Saled regarding Plaintiff's Response in Opposition to Motion for Summary Judgment. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus motion. By stating below that Defendants may consider material to be confidential, Plaintiff is not taking a position regarding whether the material is in fact confidential.

| Docket No. | Document | Designating Party |
| --- | --- | --- |
| ECF No. 2360-1 | Plaintiff's Response in Opposition to Motion for Summary Judgment (Breathitt) (SD MSJ No. 1) | Not redacted or sealed. |
| ECF No. 2360-2 | Declaration of Ronald Johnson | Not redacted or sealed. |
| ECF No. 2360-3 | Ex. 1, Amended Rebuttal Report of Dr. Sharon Hoover for Breathitt | Temporarily filing under seal because document contains information that Defendants may consider to be confidential. |
| ECF No. 2360-4 | Ex. 2, Expert Report of Dr. Sharon Hoover | Not redacted or sealed. |
| ECF No. 2360-5 | Ex. 3, 30(b)(6) Deposition of Phillip Watts | Not redacted or sealed. |
| ECF No. 2360-6 | Ex. 4, 30(b)(1) Deposition of Jeremy Hall (7/28/25) | Not redacted or sealed. |
| ECF No. 2360-7 | Ex. 5, Affidavit of Kera Howard | Not redacted or sealed. |
| ECF No. 2360-8 | Ex. 6, 30(b)(1) Deposition of Jeremy Hall (4/23/25) | Not redacted or sealed. |
| ECF No. 2360-9 | Ex. 7, 30(b)(6) Deposition of Daphne Noble | Not redacted or sealed. |
| ECF No. 2360-10 | Ex. 8, 2021 KIP Survey District Report | Not redacted or sealed. |
| ECF No. 2360-11 | Ex. 9, 30(b)(1) Deposition of Kera Howard | Not redacted or sealed. |
| ECF No. 2360-12 | Ex. 10, Amended Expert Report of Dr. Sharon Hoover for Breathitt | Not redacted or sealed. |
| ECF No. 2360-13 | Ex. 11, 30(b)(1) Deposition of Daphne Noble (7/29/25) | Not redacted or sealed. |

| ECF No. 2360-14 | Ex. 12, BHS Youth Service Center 2022 Needs Survey Results | Not redacted or sealed. |
|---|---|---|
| ECF No. 2360-15 | Ex. 13, 30(b)(6) Deposition of Hannah Watts | Not redacted or sealed. |
| ECF No. 2360-16 | Ex. 14, 30(b)(6) Deposition of Kera Howard | Not redacted or sealed. |
| ECF No. 2360-17 | Ex. 15, Breathitt County Board of Education Policies | Not redacted or sealed. |
| ECF No. 2360-18 | Ex. 16, Affidavit of Daphne Noble | Not redacted or sealed. |
| ECF No. 2360-19 | Ex. 17, Affidavit of Jeremy Hall | Not redacted or sealed. |
| ECF No. 2360-20 | Ex. 18, 30(b)(1) Deposition of Phillip Watts | Not redacted or sealed. |
| ECF No. 2360-21 | Ex. 19, Affidavit of Will Noble | Not redacted or sealed. |
| ECF No. 2360-22 | Ex. 20, 30(b)(6) Deposition of Stacy McKnight | Not redacted or sealed. |
| ECF No. 2360-23 | Ex. 21, Affidavit of Phil Watts | Not redacted or sealed. |
| ECF No. 2360-24 | Ex. 22, 30(b)(1) Deposition of Daphne Noble (3/11/25) | Not redacted or sealed. |
| ECF No. 2360-25 | Ex. 23, Expert Report of Jeffrey Meyers for Breathitt | Not redacted or sealed. |
| ECF No. 2360-26 | Ex. 24, 30(b)(1) Deposition of William Noble | Not redacted or sealed. |

Dated: November 7, 2025

Respectfully submitted,

/s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
Sarah N. Emery
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

**FILER'S ATTESTATION**

I, Ronald E. Johnson, Jr., hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 7, 2025   By: /s/Ronald E. Johnson, Jr.
                             Ronald E. Johnson, Jr.
                             Sarah N. Emery
                             **HENDY JOHNSON VAUGHN**
                             2380 Grandview Drive
                             Ft. Mitchell, KY 41017
                             Tel: 859-578-4444
                             rjohnson@justicestartshere.com
                             semery@justicestartshere.com

                             *Attorneys for Plaintiffs Breathitt*
                             *County Board of Education*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on November 7, 2025, to Counsel for Defendants:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

mdl3047coleadfirms@listserv.motleyrice.com

pscservicemdl3047@motleyrice.com

/s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.