1  Thomas P. Cartmell (*pro hac vice*)
   Jonathan P. Kieffer (*pro hac vice*)
2  Austin Brane, SBN 286227
   **WAGSTAFF & CARTMELL LLP**
3  4740 Grand Avenue, Suite 300
4  Kansas City, MO 64112
   Tel: (816) 701-1100
5  tcartmell@wcllp.com
   jpkieffer@wcllp.com
6  abrane@wcllp.com

7  *[Additional Counsel Listed on Signature Page]*
8

9
                    UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **DECLARATION OF AUSTIN BRANE IN SUPPORT OF TUCSON UNIFIED SCHOOL DISTRICT'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (SD MSJ NO. 2)** |
| *Tucson Unified School District  v. Meta Platforms, Inc., et al.* | |
| Case No. 4:24-cv-1382 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| | Date: January 26, 2026 |
| | Time: 8:00 AM |
| | Place: Courtroom 1, 4th Floor |

I, Austin Brane, declare under penalty of perjury:

      1.    I am an attorney duly admitted to practice law in the State of California and this Court. I am a Partner with the law firm Wagstaff & Cartmell LLP and am counsel for the Plaintiff

Tucson Unified School District ("TUSD"). I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this Declaration in support of Tucson Unified School District's Response in Opposition to Defendants' Motion for Summary Judgment (SD MSJ No. 2 )("Motion"), filed concurrently with this Declaration.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the May 8, 2025, deposition of Dr. Gabriel Trujillo.

4. Attached as Exhibit 2 is a true and correct copy of the transcript of the April 9, 2025, 30(b)(6) deposition of Julie Shivanonda.

5. Attached as Exhibit 3 is a true and correct copy of the Declaration of Julie Shivanonda, dated May 13, 2025.

6. Attached as Exhibit 4 is a true and correct copy of the transcript of the April 8, 2025, 30(b)(6) deposition of Julie Shivanonda.

7. Attached as Exhibit 5 is a true and correct copy of the transcript of the September 17, 2025, deposition of Clarinda Rubio.

8. Attached as Exhibit 6 is a true and correct copy of an email from James Palacios to Holly Leman Hammel, and attachment, dated January 9, 2019.

9. Attached as Exhibit 7 is a true and correct copy of an email chain, the last email from Nathaly Santin to Gabriel Trujillo, dated August 7, 2022.

10. Attached as Exhibit 8 is a true and correct copy of the transcript of the May 7, 2025, deposition of Rebecca Carrier.

11. Attached as Exhibit 9 is a true and correct copy of an excel spreadsheet produced in this litigation as SM_TUSD_00365959, showing aggregate data of documented incidents of student discipline from TUSD's Synergy database.

12. Attached as Exhibit 10 is a true and correct copy of the Declaration of Holly Hammel, dated May 13, 2025.

13. Attached as Exhibit 11 is a true and correct copy of Exhibit 12 to the April 22, 2025, deposition of Dr. Joseph Gaw, showing Tucson Unified School District Health Conditions Totals from school years 2014-15 through 2023-24.

14. Attached as Exhibit 12 is a true and correct copy of an excel spreadsheet produced in this litigation as SM_TUSD_00600418, showing the results of limited key word searching in TUSD's Cyrun database, which is utilized by TUSD's school police.

15. Attached as Exhibit 13 is a true and correct copy of the transcript of the May 14, 2025, deposition of Brian Lambert.

16. Attached as Exhibit 14 is a true and correct copy of the transcript of the May 13, 2025, deposition of Anna Schwartz Warmbrand.

17. Attached as Exhibit 15 is a true and correct copy of the transcript of the June 24, 2025, deposition of Holly Hammel.

18. Attached as Exhibit 16 is a true and correct copy of TUSD's Second Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 3), dated May 16, 2025.

19. Attached as Exhibit 17 is a true and correct copy of the transcript of the June 30, 2025, deposition of Julie Shivanonda.

20. Attached as Exhibit 18 is a true and correct copy of the Declaration of Dr. Sabrina Salmon, dated May 13, 2025.

21. Attached as Exhibit 19 is a true and correct copy of the transcript of the May 23, 2025, deposition of Dr. Sabrina Salmon.

22. Attached as Exhibit 20 is a true and correct copy of the Declaration of Brian Lambert, dated May 12, 2025.

23. Attached as Exhibit 21 is a true and correct copy of the transcript of the July 1, 2025, deposition of Brian Lambert.

24. Attached as Exhibit 22 is a true and correct copy of the expert report of Robert L. Klein, dated May 18, 2025.

25. Attached as Exhibit 23 is a true and correct copy of the Expert Report of Dr. Bryce Ward, Tucson Unified School District, dated May 19, 2025.

26. Attached as Exhibit 24 is a true and correct copy of an invoice from Yondr to Tucson High Magnet School.

27. Attached as Exhibit 25 is a true and correct copy of the transcript of the July 14, 2025, deposition of Robert Ross.

28. Attached as Exhibit 26 is a true and correct copy of a purchase order from Amazon Capital Services, Inc., to Sabino High School, dated June 11, 2024.

29. Attached as Exhibit 27 is a true and correct copy of an email chain, the last email from Julie Shivanonda to Jon Lansa, dated April 11, 2022.

30. Attached as Exhibit 28 is a true and correct copy of the Expert Report of Dr. Sharon Hoover, dated May 16, 2025.

31. Attached as Exhibit 29 is a true and correct copy of the Amended Expert Report of Dr. Sharon A Hoover for Tucson Unified School District, dated June 20, 2025.

32. Attached as Exhibit 30 is a true and correct copy of the expert report of Jeffrey E. Meyers, dated May 19, 2025.

33. Attached as Exhibit 31 is a true and correct copy of the declaration of Julie Shivanonda, dated November 1, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED:    November 7, 2025

BY:    /s/ *Austin Brane*
       Austin Brane