**Exhibit 1**

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

```
 1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2
    *****************************
 3                                  Case No.
    IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
 4  ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION
 5                                  MDL No. 3047
    *****************************
 6
    This Document Relates To:
 7
    Tucson Unified School District
 8  v. Meta Platforms Inc., et a
 9  Case No. 4:24-cv-1382
10  *****************************
11     Confidential - Pursuant to Protective Order
12          VIDEOTAPED DEPOSITION OF
13              GABRIEL TRUJILLO
14
15      Held At:  JW Marriott Tucson
                  Starr Pass Resort & Spa
16                3800 W. Starr Pass Blvd
                  Tucson, Arizona
17
18
                  May 8th, 2025
19                   9:11 a.m.
20
21
22
    Reported By:
23
    MAUREEN O. POLLARD, CA CSR #14449, RDR
24
25
```

CONFIDENTIAL

Page 2

1
2
3           Videotaped Deposition of
4 GABRIEL TRUJILLO, held at JW Marriott Tucson
5 Starr Pass Resort & Spa, 3800 W. Starr Pass
6 Blvd., Tucson, Arizona, commencing at 9:11 a.m.,
7 on the 8th of May, 2025, before Maureen O'Connor
8 Pollard, Registered Diplomate Reporter, Realtime
9 Systems Administrator, California CSR #14449.
10
11
12          – – –
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1 APPEARANCES:
2
  ON BEHALF OF THE PLAINTIFFS:
3
     WAGSTAFF & CARTMELL
4    4740 Grand Avenue, Suite 300
     Kansas City, Missouri 64112
5    816-701-1145
     BY:  MICHAEL P. CUTLER, ESQ.
6       mcutler@wcllp.com
7
  ON BEHALF OF META PLATFORMS, INC. f/k/a
8 FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC;
  INSTAGRAM, LLC; FACEBOOK PAYMENTS, INC.;
9 FACEBOOK OPERATIONS, LLC; FACEBOOK TECHNOLOGIES,
  LLC; SICULUS, INC.; and MARK ELLIOT ZUCKERBERG:
10
     SHOOK, HARDY & BACON LLP
11   2555 Grand Boulevard
     Kansas City, Missouri 64108
12   816-474-6550
     BY:  DANA STRUEBY, ESQ.
13      dstrueby@shb.com
     BY:  COURTNEY C. BURRESS, ESQ. (Zoom)
14      cburress@shb.com
15
16 ON BEHALF OF DEFENDANTS TIKTOK, LTD.; TIKTOK,
   LLC; TIKTOK INC.; BYTEDANCE LTD.; and BYTEDANCE
17 INC.:
18   KING & SPALDING LLP
     1100 Louisiana Street, Suite 4100
19   Houston, Texas 77002
     713-751-3200
20   BY:  MANDIE M. CASH, ESQ. (Zoom)
        mcash@kslaw.com
21
22
23
24
25

Page 4

1 APPEARANCES (Continued):
2
  ON BEHALF OF SNAP, INC.:
3
     MUNGER, TOLLES & OLSON
4    350 South Grand Avenue, 50th Floor
     Los Angeles, California 90071-3426
5    213-683-9516
     BY:  VICTORIA A. DEGTYAREVA, ESQ.
6       victoria.degtyareva@mto.com
     BY:  ROWLEY RICE, ESQ. (Zoom)
7       rowley.rice@mto.com
     BY:  JULIA KONSTANTNINOVSKY, ESQ. (Zoom)
8       julia.konstantninovsky@mto.com
9    and
10   MUNGER, TOLLES & OLSON
     601 Massachusetts Avenue NW
11   Suite 500E
     Washington, DC 20001
12   202-220-1126
     BY:  STEPHANY REAVES, ESQ.
13      stephany.reaves@mto.com
14
15 ON BEHALF OF ALPHABET INC., GOOGLE LLC,
   and YOUTUBE, LLC:
16
     WILSON SANSONI GOODRICH & ROSATI
17   650 Page Mill Road
     Palo Alto, California 94304-1050
18   480-550-0259
     BY:  SAVANNAH GRANT, ESQ. (Zoom)
19      sgrant@wsgr.com
20
21 Also Present:
22 Videographer and Trial Tech:  Dan Lawlor
23
24
25

Page 5

1           INDEX
2 EXAMINATION              PAGE
3 GABRIEL TRUJILLO
4   BY MS. DEGTYAREVA           13
5   BY MS. CASH              343
6   BY MS. GRANT             345
7
8
9        E X H I B I T S
10 NO.   DESCRIPTION           PAGE
11 Tucson-   Tucson Unified School
   Trujillo-1   District Organizational Chart
12       2022-2023.................... 38
13 Tucson-   Arizona Auditor General,
   Trujillo-2   School district spending
14       analysis - Fiscal year 2024.... 51
15 Tucson-   Rutgers Center of Alcohol
   Trujillo-3   Studies, Enduring Change Plan
16       Mini-grant Cover Sheet,
       11/4/2016, Bates
17       SM_TUSD_00359632 through 9645.. 56
18 Tucson-   E-mail chain, Bates
   Trujillo-4   SM_TUSD_00007940 through 7942.. 67
19
   Tucson-
20 Trujillo-5   Clip from YouTube video clip... 73
21 Tucson-
   Trujillo-6   Clip from YouTube video........ 75
22
   Tucson-   3/21/2024 e-mail, Bates
23 Trujillo-7   SM_TUSD_00206635............... 78
24       ...........................
25 Tucson-   2/1/2022 e-mail, Bates
   Trujillo-8   SM_TUSD_00406060 and 6061...... 80

2 (Pages 2 - 5)

CONFIDENTIAL

Page 6

```
 1              .................................
 2
     Tucson-
 3   Trujillo-9   Video clip....................  84
 4   Tucson-
     Trujillo-10  Video clip....................  86
 5
     Tucson-      E-mail chain, Bates
 6   Trujillo-11  SM_TUSD_00367602 through 7604..  97
 7   Tucson-      E-mail chain, Bates
     Trujillo-12  SM_TUSD_00498580 and 8581.....  108
 8
     Tucson-      Department of Equity,
 9   Trujillo-13  Diversity, and Inclusiveness
                  (EDI) Culture and Climate
10                Support Report, Bates
                  SM_TUSD_00488582 through 8584..  111
11
     Tucson-      Slide deck, No Slur
12   Trujillo-14  Initiative, Kickoff SY23-24...  113
13   Tucson-
     Trujillo-15  Excel spreadsheet..............  116
14
     Tucson-      Document titled School-Based
15   Trujillo-16  Mental Health Services Grant
                  Program Tucson Unified School
16                District, Bates
                  SM_TUSD_00020360 through 362...  120
17
     Tucson-      E-mail chain, Bates
18   Trujillo-17  SM_TUSD_00141502 through 1505..  123
19   Tucson-      Document titled Registered
     Trujillo-18  Nurse Salary Modification,
20                Bates SM_TUSD_00091991
                  through 2005...................  129
21
     Tucson-      Slide deck, TUSD School
22   Trujillo-19  Counseling Vacancy Plan -
                  Contracting Social Workers,
23                Bates SM_TUSD_00007641
                  through 7650..................  134
24
25
```

Page 7

```
 1   Tucson-      2018-2019 Instructional
 2   Trujillo-20  Priorities/Funding Goals,
                  Bates SM_TUSD_00060784
 3                through 788...................  136
 4   Tucson-
     Trujillo-21  E-mail from Erica DePenna......  139
 5
     Tucson-
 6   Trujillo-22  Video clip....................  142
 7   Tucson-      Excel spreadsheet, Listening
     Trujillo-23  Session Analysis 1.xlsx,
 8                Bates SM_TUSD_00022739........  148
 9              .................................
10   Tucson-      TUSD Wednesday, October 16,
     Trujillo-24  2019 Agenda for Regular Board
11                Meeting.......................  155
12   Tucson-
     Trujillo-25  Video clip....................  158
13
     Tucson-
14   Trujillo-26  Second Amended Complaint.......  160
15   Tucson-      March 14, 2023 - Agenda for
     Trujillo-27  Regular Board Meeting, Bates
16                SM_TUSD_00413779 and 3780......  163
17   Tucson-      August 22, 2023 - Agenda for
     Trujillo-28  Special Board Meeting, Bates
18                SM_TUSD_00413777 and 3778.....  164
19   Tucson-      E-mail chain, Bates
     Trujillo-29  SM_TUSD_00106618 through 6620..  165
20
     Tucson-      Presentation titled Social
21   Trujillo-30  Media Addiction, National
                  Social Media Litigation Team...  181
22
     Tucson-      Social Media School
23   Trujillo-31  Litigation: Introduction and
                  Frequently Asked Questions.....  182
24
25
```

Page 8

```
 1   Tucson-      Resolution of Tucson Unified
 2   Trujillo-32  School District Governing
                  Board Authorizing Litigation
 3                Against Social Media
                  Companies.....................  183
 4
     Tucson-      Audio clip from September 28,
 5   Trujillo-33  2023 podcast..................  185
 6   Tucson-      Audio clip from September 28,
     Trujillo-34  2023 podcast..................  192
 7
     Tucson-
 8   Trujillo-35  Excel spreadsheet.............  198
 9   Tucson-      12/22/2022 e-mail, Bates
     Trujillo-36  SM_TUSD_00174197..............  202
10   Tucson-      Document titled 2022-23 Top 5
11   Trujillo-37  Violations of all Students at
                  10 Schools in all Regions,
12                Bates SM-TUSD-00174203 and
                  4204..........................  203
13
     Tucson-      District Discipline Summary:
14   Trujillo-38  December 2nd, Bates
                  SM_TUSD_00174200 and 4201.....  203
15
     Tucson-      Student Incident Statement,
16   Trujillo-39  August 27, 2018, Bates
                  SM_TUSD_00417648 and 7649.....  208
17
     Tucson-      Slide deck, TUSD Discipline
18   Trujillo-40  Committee, March and April
                  Review, May 17, 2017..........  219
19
     Tucson-      TUSD Strategic Plan,
20   Trujillo-41  Initiatives and KPIs, July
                  12, 2022, Bates
21                SM_TUSD_00413188 through 3216..  247
22   Tucson-      Slide deck, Budget Advisory
     Trujillo-42  Committee Report, TUSD
23                Governing Board Meeting,
                  February 8, 2022, Bates
24                SM_TUSD_00070228 through 235..  251
25
```

Page 9

```
 1   Tucson-      Slide deck, ESSER I, II, III,
 2   Trujillo-43  Governing Board, February 8,
                  2022..........................  262
 3
     Tucson-      Document titled ESSER Funded
 4   Trujillo-44  Positions, Updated 1.14.22.....  265
 5   Tucson-      ESSER Funding Proposal, Bates
     Trujillo-45  SM_TUSD_00013096 and 3097......  268
 6
     Tucson-      ESSER Funding Proposal, Bates
 7   Trujillo-46  SM_TUSD_00349191 and 9192......  270
 8   Tucson-      ESSER Funding Proposal, Bates
     Trujillo-47  SM_TUSD_00349138 and 9139......  273
 9
     Tucson-      Rationale for the need of
10   Trujillo-48  mental health services and
                  the use of ESSER funds, Bates
11                SM_TUSD_00484463..............  274
12   Tucson-      ESSER Funding Proposal, Bates
     Trujillo-49  SM_TUSD_00012537 through 2540..  277
13
14   Tucson-      Video clip....................  281
15   Trujillo-50  Plaintiff's Amended Answers
     Tucson-      to Defendants'
16   Trujillo-51  Interrogatories to Tucson
                  Unified School District (Set
17                3)............................  282
18   Tucson-      E-mail chain, Bates
     Trujillo-52  SM_TUSD_00501253 through 1259..  290
19
     Tucson-      March 27, 20215 news article,
20   Trujillo-53  TUSD imposing administrative
                  hiring freeze.................  293
21
     Tucson-      Audio clip form April 23,
22   Trujillo-54  2025 Buckmaster Radio Show.....  296
23   Tucson-      Pueblo Gardens PK-8, VILS -
     Trujillo-55  Verizon Innovative Learning
24                School, July 9, 2019 letter,
                  Bates SM_TUSD_00451601
25                through 1608..................  297
```

3 (Pages 6 - 9)

CONFIDENTIAL

Page 10

1
Tucson-      January 28 Tucson Unified
2 Trujillo-56  School District's Facebook
           post............................ 303
3
   Tucson-    12/1/2019 e-mail, Bates
4 Trujillo-57  SM_TUSD_00180336............... 307
5       ..................................
6  Tucson-    2020-2021 Instructional
   Trujillo-58  Priorities/Funding Goals
7        (Preliminary), Bates
           SM_TUSD_00180337 through 342... 308
8
   Tucson-    E-mail chain, Bates
9 Trujillo-59  SM_TUSD_00141597................ 310
10 Tucson-    Audio clip from SmartSocial
   Trujillo-60  podcast...................... 312
11
   Tucson-    E-mail with attachment, Bates
12 Trujillo-61  SM_TUSD_00407159 through 7167.. 314
13 Tucson-    Screenshots of tusdsupt
   Trujillo-62  Instagram account............. 316
14
   Tucson-    Printout of Tucson Unified
15 Trujillo-63  Superintendent's Facebook
           pages......................... 318
16
   Tucson-    TUSD Governing Board Policy
17 Trujillo-64  JICJ, Bates SM_TUSD_00006965
           and 6966...................... 328
18
   Tucson-    Audio clip from July 10, 2024
19 Trujillo-65  SmartSocial podcast........... 331
20 Tucson-    Audio clip from July 10, 2024
   Trujillo-66  Buckmaster Radio Show.......... 342
21
22
23
24
25

Page 11

1          - - -
       DEPOSITION SUPPORT INDEX
2          - - -
3
   Direction to Witness Not to Answer
4 PAGE     LINE
   None.
5
6
7
8 Request for Production of Documents
   PAGE     LINE
9 None.
10
11
   Stipulations
12 PAGE     LINE
   None.
13
14
15 Questions Marked Highly Confidential
   PAGE     LINE
16 None.
17
18
19
20
21
22
23
24
25

Page 12

1            P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Dan Lawlor.  I'm a
5    videographer for Golkow, a Veritext
6    division.
7        Today's date is May 8, 2025, and the
8    time is 9:11 a.m.
9        This video deposition is being held
10   in Tucson, Arizona, in the matter of
11   Social Media/CA MDL 3047, Tucson Unified
12   School District versus Meta Platforms
13   Inc., et al.
14       The deponent is Gabriel Trujillo.
15       Counsel will be noted on the
16   stenographic record.
17       The court reporter is Maureen
18   Pollard, and will now swear in the
19   witness.
20               *  *  *
21   Whereupon,
22       GABRIEL TRUJILLO,
23   being first duly sworn to testify to the truth,
24   the whole truth, and nothing but the truth, was
25   examined and testified as follows:

Page 13

1            EXAMINATION
2 BY MS. DEGTYAREVA:
3    Q.   Good morning, Dr. Trujillo.
4    A.   Good morning.
5    Q.   Could you please state your full
6 name for the record?
7    A.   Gabriel Trujillo.
8    Q.   Do you understand that you are
9 testifying under oath today?
10   A.   I understand.
11   Q.   Is there any reason that you can't
12 give truthful and accurate testimony?
13   A.   No.
14   Q.   Now, throughout this deposition I am
15 going to say "TUSD" or "the district" at some
16 point.  Do you understand that I'm talking about
17 Tucson Unified School District?
18   A.   I understand.
19   Q.   And then if I say "defendants'
20 platforms," do you understand that I'm talking
21 about Facebook, Instagram, TikTok, YouTube, and
22 Snapchat?
23   A.   Now I do.  So thank you for that
24 clarification.  So "defendants' platforms"
25 refers to Meta's platforms, which are the

CONFIDENTIAL

Page 14

1 platforms you've just mentioned.
2    Q.    Well, they're not all Meta's
3 platforms.  So they include Facebook --
4    A.    Facebook.
5    Q.    -- Instagram --
6    A.    Instagram.
7    Q.    -- TikTok --
8    A.    TikTok.
9    Q.    -- YouTube --
10    A.    YouTube.
11    Q.    -- and Snapchat.
12    A.    Okay.
13    Q.    These are all of the platforms that
14 the district is suing in this lawsuit.
15    A.    Okay.
16    Q.    Have you previously been deposed
17 before?
18    A.    Yes.
19    Q.    And when was that?
20    A.    I've been deposed several times,
21 so...
22    Q.    How many times?
23    A.    As I don't have notes in front of
24 me, I'll give you general time frames if we're
25 going to, like, when.  But it's been -- this

Page 15

1 will be number four.
2    Q.    Okay.  Let's start with the first
3 one.  Approximately when was that?
4    A.    That would be somewhere probably
5 right around 2019.
6    Q.    And what type of case was that in?
7    A.    It was a student disciplinary matter
8 involving one of our employees.
9    Q.    Do you remember the general nature
10 of the disciplinary matter?
11    A.    The general nature of the matter was
12 an employee who served in the district 18 years
13 before my arrival that was accused of
14 inappropriate conduct with a student, and that
15 was moved around before subsequent termination,
16 and it was a suit, a claim filed by the parent
17 of the now grown student.
18    Q.    Got it.
19       So the events occurred 18 years --
20    A.    Prior to my --
21    Q.    -- before 2019?
22    A.    Yes.
23    Q.    And what about the second time,
24 approximately when was that?
25    A.    The second time was, I want to say,

Page 16

1 20 -- let's see, there was that one.  I'm going
2 to say 2022, okay, around 20 -- actually 2021.
3 My memory is a little hazy.
4    Q.    So what was the general nature of
5 that matter?
6    A.    Well, actually, I'll refer to
7 Mr. Cutler.  The second time would be the
8 previous litigation against JUUL.  That was fall
9 2023, you were counsel, around that time.
10       MR. CUTLER:  The deposition was
11 October '21.
12       THE WITNESS:  October 2021.
13 BY MS. DEGTYAREVA:
14    Q.    Okay.  So the second time was
15 October 2021 and --
16    A.    So my original -- 2021 was the
17 actual -- okay, 2021, yeah.
18    Q.    And, Dr. Trujillo, just because we
19 do have a court reporter here --
20    A.    Okay.
21    Q.    -- I would ask that you wait until I
22 finish my entire question --
23    A.    Sure.
24    Q.    -- and then I will try to wait until
25 you finish your entire answer --

Page 17

1    A.    Okay.
2    Q.    -- so she can get everything we say
3 down.
4    A.    Of course.
5    Q.    So the second deposition was
6 October 2021, and that was in the JUUL
7 litigation, is that right?
8    A.    I can speak?
9    Q.    Yes.
10    A.    All right.  I just want to make
11 sure.
12       Yes.
13    Q.    Okay, great.
14       So what was the general nature of
15 that matter?
16    A.    The general nature was Tucson
17 Unified School District was part of a class
18 action lawsuit against JUUL for the effects and
19 ramifications of the pervasiveness of the
20 product on our student body.
21    Q.    Did that include issues relating to
22 mental health?
23    A.    No.
24    Q.    How about discipline?
25    A.    Yes.

5 (Pages 14 - 17)

CONFIDENTIAL

Page 18

1    Q.   Behavioral issues?
2    A.   Behavioral issues as it relates to
3  infractions of our student code of conduct, yes.
4    Q.   Did it include issues related to
5  disruptions in the classroom?
6    A.   Yes.
7    Q.   And what was the third time that you
8  were deposed?
9    A.   The third time was a notice of claim
10 brought from a former principal that was
11 non-renewed who filed a claim against the
12 governing board for wrongful termination.
13   Q.   Around when was that?
14   A.   This was the most recent one.  This
15 would have been the winter of 2023.
16   Q.   All right.  Does that cover all the
17 prior depositions?
18   A.   It does.
19   Q.   Now, have you ever testified in
20 court?
21   A.   No.
22   Q.   And did you do anything to prepare
23 for the deposition today?
24   A.   The standard debrief with my -- with
25 our district's attorney representing us.

Page 19

1    Q.   Did you talk to anybody other than
2  your attorney?
3    A.   No.
4    Q.   Did you review any documents?
5    A.   No.
6    Q.   Did you take any notes?
7    A.   No.
8    Q.   Dr. Trujillo, do you have a phone
9  that's issued by the district?
10   A.   No.
11   Q.   So do you use your personal phone --
12   A.   Yes.
13   Q.   -- for work-related matters?
14   A.   Yes.
15   Q.   Do you ever use text messaging for
16 work communications?
17   A.   Yes.
18   Q.   Can you describe how you use text
19 messages for work?
20   A.   I use text messages for work for
21 meeting cancellations, meeting notifications,
22 requests for calls, notification of when I'll
23 call somebody, and general direction on -- it
24 could be anything from a request for
25 information, a request to call a particular

Page 20

1  person to schedule a meeting with me, and those
2  are pretty much the major reasons I would use
3  text.
4    Q.   When you say "general direction,"
5  would that include you asking somebody to answer
6  a question you have?
7    A.   Yes.
8    Q.   So would -- and if they would answer
9  the question, would they generally answer it via
10 text message, or would they tend to e-mail you?
11       MR. CUTLER:  Object to form.
12       You can answer.
13       THE WITNESS:  Generally, it could be
14    a call-back.  If it's a short request, it
15    could be something as basic as, What was
16    our base support limit for the '24-'25
17    budget, and it could simply be, $4,800.
18       Most of those are general
19    information, Can you get me this stat,
20    what was our dropout rate in 2023, usually
21    those types of short requests might get a
22    text message response.  If it's something
23    more elaborate, it would probably be a
24    call-back.
25       ///

Page 21

1  BY MS. DEGTYAREVA:
2    Q.   Who do you talk to via text message
3  for work?
4    A.   My administrative assistants.
5    Q.   Anybody else?
6    A.   My regional assistant
7  superintendents, my chief financial officer, our
8  chief operations officer, our director for
9  school safety, governing board members, the
10 governing board administrative assistant.  That
11 pretty much covers it.
12   Q.   So it sounds like --
13   A.   Communications director, yes.
14   Q.   So would you talk to -- basically
15 everybody who reports to you, you might talk to
16 them via text message?
17   A.   Yes.  Talking, I would say no.  I
18 would say talking is phone, not text.  If you're
19 saying communicating, yes.
20   Q.   So you communicate with everybody
21 who reports to you via text message?
22   A.   Correct.
23   Q.   And also you said with board
24 members?
25   A.   With board members.

6 (Pages 18 - 21)

CONFIDENTIAL

Page 22

1    Q.   Have you ever used your personal
2  e-mail address for work communication?
3    A.   No.
4    Q.   Do you have any type of work
5  messaging system like Microsoft Teams or
6  something similar?
7    A.   We just have Microsoft Outlook,
8  which is inclusive of all of the apps that come
9  on Microsoft Outlook, which includes Teams.
10  That's how we basically manage workflow in the
11  district.
12    Q.   Do you use Teams to communicate a
13  lot?
14    A.   No.  We use Teams to store meeting
15  documents, archives, things of that nature.
16    Q.   So you don't tend to use the chat
17  function of Teams?
18    A.   No, no.
19    Q.   Do you keep any notes related to
20  work?
21    A.   No.
22    Q.   And you work at Tucson Unified
23  School District, right?
24    A.   Yes.
25    Q.   Do you live in Tucson as well?

Page 23

1    A.   Yes.
2    Q.   And you're currently the
3  superintendent?
4    A.   Yes.
5    Q.   How long have you been the
6  superintendent at TUSD?
7    A.   Since April of 2017.
8    Q.   Okay.  I'm going to ask you some
9  more questions about your role as superintendent
10  in just a bit, but I'd like to first get a
11  little bit more information about your
12  background.
13       So could you please briefly describe
14  your educational background?
15    A.   Yes.
16       Question of clarification?
17    Q.   Sure.
18    A.   My personal educational background
19  or my career in education?
20    Q.   Great question.
21       Please describe your personal
22  educational background, so where you went to
23  school, what degrees you got.
24    A.   I'm a product of Arizona's public
25  school system.  I went to the Peoria Unified

Page 24

1  School District in Glendale, Arizona, where I
2  was born and raised.  I went to Kachina
3  Elementary, and then graduated from Cactus High
4  School.
5       I then on a track and cross-country
6  scholarship attended Phoenix College in the fall
7  of 1994, and then earned a scholarship to run at
8  Park University in Parkville, Missouri, just
9  outside of Kansas City, for two years, and then
10  used my final year of eligibility to attend
11  Arizona State University, where I subsequently
12  earned a master's degree in educational
13  administration and then, of course, a doctorate
14  in educational administration as well.
15       My original bachelor's was history,
16  with a minor in Spanish.
17    Q.   Got it.
18       So you have three degrees, is that
19  right?
20    A.   Correct.
21    Q.   And the bachelor's is in history,
22  and then the master's and doctorate are both in
23  education, right?
24    A.   Yeah.  I also hold a
25  post-baccalaureate in secondary education, which

Page 25

1  was my teacher certification program, for the
2  years that I spent in the classroom.
3    Q.   You're not a medical doctor?
4    A.   No.
5    Q.   You're not a psychologist?
6    A.   No.
7    Q.   Do you have any degrees in mental or
8  behavioral health?
9    A.   No.
10    Q.   Do you have any formal training in
11  mental or behavioral health?
12    A.   No.
13    Q.   And when did you first start working
14  in education?
15    A.   I started working in education in
16  the fall of 1998.
17    Q.   Did you have any other jobs before
18  you started working in education?
19    A.   Yes.
20    Q.   What were those?
21    A.   I was a loader and unloader for UPS,
22  United Parcel Service, during my years as an
23  undergraduate at Phoenix College.
24       I also, when I attended Park
25  University, I worked in the local supermarket

7 (Pages 22 - 25)

CONFIDENTIAL

Page 26

1 there in the Kansas City area called Hen House.
2 I don't know if it's still around.
3         Any other jobs, I can go back
4 further if you want. Pullano's Pizza when I was
5 a teenager. I was a paperboy when that was
6 still a thing.
7         But really once I got into
8 education, that's pretty much the rest of the
9 way.
10    Q.    Okay. Got it.
11        So 1998, what position did you hold
12 then?
13    A.    Classroom teacher.
14    Q.    And which school district was that
15 in?
16    A.    That was West Phoenix Public Charter
17 High School.
18    Q.    Is that high school part of a school
19 district, or is that separate?
20    A.    The Leona Group, The Leona Group of
21 charter schools. It's a pretty large charter
22 school operator here in Arizona.
23    Q.    What did you teach?
24    A.    I taught English as a second
25 language, I taught English language arts, and I

Page 27

1 taught beginning Spanish.
2    Q.    Which grade levels?
3    A.    I taught 9 through 12.
4    Q.    How long were you a teacher there?
5    A.    I was a teacher there from the fall
6 of 1998, roughly, to the spring of 2005.
7    Q.    Okay. What position did you then
8 hold in spring of 2005?
9    A.    I got promoted to what's known as a
10 school leader, or like a school supervisor in
11 that system at another one of its charter
12 schools.
13    Q.    Which charter school?
14    A.    Ocotillo Public Charter High School
15 in Phoenix.
16    Q.    School supervisor, is that the same
17 as a principal?
18    A.    Kind of the same as a principal,
19 correct.
20    Q.    And what were your responsibilities
21 as a school supervisor?
22    A.    My responsibilities were to oversee
23 and provide direction to the teaching staff and
24 the hourly employees assigned to the school, to
25 facilitate and enforce the policies of the

Page 28

1 charter school organization, and of course to
2 ensure instructional viability and fidelity of
3 the curriculum.
4    Q.    How long were you a school
5 supervisor?
6    A.    I was there for one year.
7    Q.    So what position did you hold after
8 that?
9    A.    I left the charter world for a
10 position in the traditional public school
11 district. I accepted a position as assistant
12 principal in the Phoenix Union High School
13 District.
14    Q.    Were you assigned to a particular
15 school in that district?
16    A.    Yes, I was.
17    Q.    Which school?
18    A.    Trevor G. Browne High School in
19 Phoenix.
20    Q.    When you were assistant principal,
21 did you have a specific -- did you have a
22 specialty, or were you in charge of everything
23 related to the school?
24    A.    I was the assistant principal for
25 registration as well as for student disciplinary

Page 29

1 matters.
2    Q.    What does that mean?
3    A.    Student discipline, kind of like a
4 dean charged with facilitating student
5 consequences, conducting investigations into
6 alleged infractions of the disciplinary code of
7 conduct, meeting with parents, facilitating due
8 process rights, and all meetings associated with
9 the district's due process procedures for
10 students charged with violations of the code of
11 conduct.
12    Q.    And then you said you were also in
13 charge of registration. Can you explain what
14 that means?
15    A.    The registration aspect of that job
16 was the creation of master schedule of classes
17 and courses for the student body, the assignment
18 of classrooms to teachers, the determination of
19 classroom schedules, the scheduling of elective
20 courses, and then of course the coordination of
21 the opening and the closing of schools.
22    Q.    Did you have any other
23 responsibilities as assistant principal?
24    A.    My other responsibilities were to
25 work the shifts that were assigned to me as an

8 (Pages 26 - 29)

CONFIDENTIAL

Page 30

1 administrator for the supervision of
2 after-school events, football games, basketball
3 games, concerts, dance concerts, parent
4 meetings.
5        On the administrative team we all
6 took turns, we all took shifts in terms of
7 covering those evening events in support of the
8 principal.
9     Q.   So how long were you the assistant
10 principal at Trevor G. Browne High School?
11    A.   From July of 2006 to July of 2009.
12    Q.   And then what position did you hold
13 next?
14    A.   I accepted a promotion to principal.
15    Q.   Was that at the same high school?
16    A.   At the same high school.
17    Q.   So what were your responsibilities
18 as the principal?
19    A.   My responsibilities as a principal,
20 number one, was to oversee the school's just
21 over a million dollar budget.  Also to make
22 final determinations on the hiring and selection
23 of staff members, certificated hourly or
24 administrative.
25        My job was also to lead the team

Page 31

1 that put together the school's continuous
2 improvement plan for the Arizona Department of
3 Education.  My job was to assess and analyze
4 student performance data for the purposes of
5 coordinating academic interventions on a
6 school-wide level.
7        Also, it was compliance for the
8 school's special education program, to make sure
9 that we were adhering to the federal guidelines
10 of IDEA with regard to the hundreds of students
11 with IEPs inside of the school.
12        My job was also the hiring and the
13 selection of all of our sponsors and coaches in
14 all of the different sports and all of the
15 different electives.
16        I also served as the school's
17 embassador, if you will, out in the community,
18 meeting frequently with the City of Phoenix ward
19 council member in that particular neighborhood,
20 as well as attending neighborhood association
21 meetings and communicating key information about
22 the school.  Also doing -- carrying that role
23 with our parents as well.
24    Q.   And how long were you the principal?
25    A.   I was the principal from July of

Page 32

1 2009 all the way until June of 2016.
2     Q.   Okay.  What position did you hold
3 after that?
4     A.   I received a promotion to work in
5 the district office as the director for human
6 resources for the school district.
7     Q.   And that was still Phoenix Union
8 High School?
9     A.   That was the Phoenix Union High
10 School District.
11    Q.   What were your responsibilities as
12 the director of HR?
13    A.   My responsibilities at that time
14 were to coordinate the hiring selection of
15 teachers and classified staff members throughout
16 the district; to help the district
17 administrative team facilitate large-scale job
18 fares at three critical junctures every school
19 year.
20        My job was to be a hearing officer
21 in the case of employee appeals for any employee
22 disciplinary matters, and also to preside over
23 termination hearings, whether they were hourly
24 support staff members or certificated staff
25 members.

Page 33

1        I also represented the district
2 administration in the bargaining process with
3 our different employee associations, the teacher
4 employee association, the classified employee
5 association, and the administrators'
6 association.
7     Q.   And so in that position your focus
8 was really on the district employees?
9     A.   Correct.
10    Q.   And how long did you hold the
11 position of director of HR?
12    A.   That was from '16, from June of '16
13 through August of '16.
14    Q.   What happened in August of 2016?
15    A.   I accepted an offer to come to
16 Tucson to work as an assistant superintendent
17 for curriculum and instruction.
18    Q.   Why did you decide to come to
19 Tucson?
20    A.   It was a significant promotion.  The
21 salary and benefits were significantly higher
22 than what I was making in the Phoenix Union High
23 School.  In my trajectory to eventually become a
24 superintendent, it was a natural progression.
25    Q.   And you said your first position was

CONFIDENTIAL

Page 34

1  assistant superintendent of curriculum
2  instruction --
3      A.   Correct.
4      Q.   -- right?
5          How long did you hold that position?
6      A.   I held that position from August of
7  2016 all the way until April of 2017.
8      Q.   What were your responsibilities in
9  that position?
10     A.   The general responsibilities for
11 curriculum instruction was, number one, to
12 coordinate the district's major literacy
13 initiative across all elementary campuses,
14 compliance with Move On When Reading.  That's
15 the state's regulation around K-3 reading
16 proficiency.
17         My job was also to make sure that we
18 were in compliance with curricular fidelity on a
19 school-to-school basis, making sure that the
20 district's approved curriculum was being
21 implemented in classrooms across the district.
22         Also to coordinate large-scale
23 professional development and training for
24 teachers around our major literacy initiatives,
25 as well as to coordinate teacher collaboration

Page 35

1  efforts, making sure that all of our schools had
2  viable teacher collaboration opportunities
3  throughout the school day.
4          It was also to coordinate, deploy,
5  and make sure that we had adequate resources to
6  support numeracy throughout the district,
7  mathematical learning, particularly in K-6.
8          And then also to coordinate and to
9  prepare all of the materials necessary for the
10 governing board to vote on district-approved
11 curricular materials that were being recommended
12 by the administration in all areas, whether it
13 was math or English, high school textbooks for
14 health, or a major textbook change for K-3
15 reading.
16     Q.   And then in April of 2017, is that
17 when you became superintendent?
18     A.   Yes.
19     Q.   And you've been in that position
20 from April 2017 until the present?
21     A.   Yes.
22     Q.   Have you held any roles in education
23 that we haven't talked about yet?
24     A.   No.
25     Q.   In all of the roles that you have

Page 36

1  held, have you ever been responsible for
2  providing mental health treatment to students?
3      A.   No.
4      Q.   Have you ever been responsible for
5  diagnosing students as it relates to mental
6  health?
7      A.   No.
8      Q.   Have you ever been responsible for
9  providing any other type of medical care to
10 students?
11     A.   No.
12     Q.   Have you ever been responsible for
13 providing counseling services to students?
14     A.   No.
15     Q.   So could you please describe your
16 responsibilities as a superintendent at TUSD.
17     A.   My primary responsibility is to make
18 sure that our governing board members, our
19 school board members elected from the community,
20 have all of the necessary information and
21 materials necessary to make decisions during
22 regularly scheduled governing board meetings,
23 particularly the public board meetings as well
24 as the executive session governing board
25 meetings.

Page 37

1          That requires a lot of coordination
2  and communication with staff, particularly
3  around financial information like procurement,
4  as we prepare contracts with any number of
5  vendors to go up for public vote.
6          Also, regarding hiring and selection
7  of employees throughout the district, making
8  sure that our human resources department is in
9  compliance with equal employment opportunity
10 provisions and parameters, that we have fair,
11 transparent, publicly accessible processes for
12 the hiring and selection of teachers,
13 administrators, and classified staff.  And more
14 importantly, that when we're presenting that
15 information to the governing board, they have
16 all of the materials on those processes
17 necessary to make a decision.
18         My primary function is to ensure
19 high-quality student teaching and learning in
20 all of our schools, which requires a lot of
21 visibility in the schools, a lot of contact time
22 with principals, a lot of forums, a lot of focus
23 groups around instructional quality, around our
24 instructional materials, around the quality of
25 our curriculum, the ease of accessibility of

10 (Pages 34 - 37)

CONFIDENTIAL

Page 38

1  curricular resources for our teachers, a lot of
2  classroom walkthroughs.
3          There's another aspect of my job
4  that's more public facing; a lot of focus groups
5  with neighborhood associations, meetings with
6  city council members, prominent community
7  groups, partner institutions like the Pima
8  Community College or the University of Arizona,
9  serving as messenger and ambassador for the
10  district and our major priorities.
11          MS. DEGTYAREVA:  Okay.  Let's mark
12      our first exhibit.  This is going to be
13      Tab 2, and we'll mark it as Exhibit 1.
14          (Whereupon, Tucson-Trujillo-1 was
15          marked for identification.)
16  BY MS. DEGTYAREVA:
17      Q.   So we'll give you a paper copy, and
18  then you can also see it up on the screen
19  momentarily.
20      A.   Okay.
21      Q.   Dr. Trujillo, you'll see this
22  document at the top says Tucson Unified School
23  District Organizational Chart 2022-2023.
24          And understanding that some of the
25  names may have changed here, does this chart

Page 39

1  represent the current structure of Tucson
2  Unified School District?
3      A.   No.
4      Q.   What has changed?
5      A.   What has changed is we no longer
6  have an assistant superintendent for Equity,
7  Diversity & Inclusion.  That's changed.
8      Q.   Okay.  When did you get rid of that
9  position?
10      A.   That position actually just got
11  eliminated a week ago, April 29th, at the
12  governing board meeting.
13      Q.   And what was the reason for getting
14  rid of that position?
15      A.   The district finds itself in a
16  financial situation that requires $8.6 million
17  in cuts, and we exacted those cuts out of
18  administrative areas in our efforts to stay away
19  from cuts to classrooms and schools, so --
20      Q.   How did -- excuse me.
21      A.   -- we cut administrative positions.
22      Q.   How did you make the determination
23  to cut the Equity, Diversity & Inclusion
24  position specifically?
25      A.   That was one of 64 positions that we

Page 40

1  cut administratively.  We started with the
2  highest-paying administrative jobs that were
3  vacant and were unoccupied.  We started there,
4  and then we worked our way down.  We exacted
5  those cuts in the spirit of trying to come up
6  with as much money as we could to cover the
7  $8.6 million shortfall.
8      Q.   Did you cut any of the other
9  assistant superintendent positions?
10      A.   No, because they're all occupied.
11      Q.   Did you cut any other positions
12  within the Equity, Diversity & Inclusion
13  department?
14      A.   We cut the vacant -- let me see
15  here.
16          We cut the vacant Coordinator of
17  Inclusion position, and that's actually the only
18  other one that we cut.
19      Q.   Okay.  So since there's no assistant
20  superintendent of Equity, Diversity & Inclusion,
21  is there still a department and it just doesn't
22  have an assistant superintendent?
23      A.   There is not a department, no.
24      Q.   Okay.  So apart from not having the
25  assistant superintendent of Equity, Diversity &

Page 41

1  Inclusion, are there any other changes to this
2  organizational chart that have been made?
3      A.   The director for African American
4  Student Services, the director for Asian Pacific
5  Refugee Student Services, the director for
6  Mexican American Student Services, the director
7  for Student Relations, the director for Family &
8  Community Engagement, the director for
9  Alternative Education, the director for Native
10  American Student Services all report to the
11  assistant superintendent for Leadership &
12  Student Success.  The senior director for Magnet
13  Programs reports to the assistant superintendent
14  for Curriculum & Instruction.
15      Q.   Okay.  Any other changes?
16      A.   No.
17      Q.   So looking at this chart, the
18  positions that are in the sort of dark green
19  color, are those all the positions that report
20  to you directly?
21      A.   Those would be all of the positions,
22  yes, that report to me.
23      Q.   Are there any other positions that
24  report to you?
25      A.   No.  On this chart.

11 (Pages 38 - 41)

Page 42

1    Q.   Are there any other positions in
2 general?
3    A.   In general, my administrative -- my
4 senior administrative assistant and my executive
5 assistant, those are the only other two.
6    Q.   You mentioned that you recently had
7 to make approximately $8.6 million in cuts.
8 What was the reason for that?
9    A.   It's a budgetary shortfall.  There's
10 a combination of reasons.  We have not finished
11 making the $8.6 million cuts.  It's the charge
12 that we have before the beginning of the next
13 fiscal year.  Declining enrollment and a
14 decrease in state funding from the state
15 legislature for public schools are the primary
16 reasons.
17    Q.   Okay.  In your role as
18 superintendent, how much time do you spend with
19 teachers?
20    A.   I spend probably, I want to say, a
21 good maybe two hours a week if you're looking at
22 school visits and the time that I'm actually out
23 there and talking and moving around and visiting
24 classrooms and able to interact with teachers.
25    Q.   And how much time do you spend with

Page 43

1 students?
2    A.   Probably the same amount of time,
3 because that would be probably the time that I'm
4 on the campuses.
5    Q.   So what's your involvement with the
6 day-to-day issues and decisions that happen in
7 the schools?
8    A.   My involvement is direct through the
9 assistant superintendents.  They're the conduit
10 to what's going on in the schools, and they're
11 receiving -- most of the time they're receiving
12 the calls from the principals.
13    Q.   Would they raise every issue to you,
14 or only if it's of particular importance?
15    A.   If it's an elevated issue.
16    Q.   So you wouldn't be aware of every
17 single issue that's raised in the schools?
18    A.   On a daily basis?
19    Q.   On a daily basis.
20    A.   No.
21    Q.   And then you mentioned that one of
22 your duties involves working with the governing
23 board of TUSD, right?
24    A.   Yes.
25    Q.   So do you need approval from the

Page 44

1 TUSD governing board to make decisions on behalf
2 of the district?
3    A.   No.
4    Q.   What is the purpose, then, of
5 providing information to the governing board?
6    A.   Can you repeat the question?  There
7 are decisions that I make as a superintendent
8 that are -- as outlined in my contract that I am
9 fully empowered by the board to make, and then
10 there's other decisions that are in the
11 governing board's domain.
12        So if you can clarify what you're
13 seeking.  Would you like the definition of
14 what's in their domain and what's in my domain
15 or...
16    Q.   That's a helpful clarification.
17 Thank you.
18        So let's start with the decisions
19 that you are authorized to make without board
20 approval.  What types of decisions are those?
21    A.   There are categories of financial
22 decisions.  If the expenditure is under
23 $250,000, I'm fully empowered to make the call
24 and make the final decision.
25        If it's an actual consultant,

Page 45

1 meaning a person, an individual, coming in to
2 provide training, my cap is 100,000.  So
3 anything under 100,000 I am able to make the
4 call unilaterally in terms of financial.
5        I am not empowered to approve
6 policy, that is the governing board's domain,
7 but I empowered to create administrative
8 regulations, okay, around governing board
9 policies.  Those do not require governing board
10 approval.  Policy-making is the board's domain.
11        I am not empowered to approve the
12 district's budget.  I don't have that
13 decision-making power.  That has to be done by
14 public vote for the school board.
15        I am not the final decision-maker on
16 hiring and termination in the district.  That is
17 the purview of the governing board.  I am
18 empowered to assemble candidate pools, I am
19 empowered to determine hiring and selection
20 processes, create structures for interviews,
21 create opportunities for candidate recruitment,
22 but ultimately I'm limited to presenting
23 candidates to the board, who then ultimately get
24 approved by the school board.
25        I am also not the final

12 (Pages 42 - 45)

CONFIDENTIAL

Page 46

1 decision-maker on long-term suspensions -- or,
2 I'm sorry, expulsions. Expulsions are the
3 governing board's domain. Yet I am empowered to
4 execute and make final decisions on both short
5 and long-term suspensions unilaterally.
6       I also can be the final
7 decision-maker on any type of school discipline
8 below an expulsion. That does not require
9 governing board approval.
10       The other major area in their
11 wheelhouse would be for the purchase or sale of
12 buildings. I am not authorized -- or even the
13 leasing of buildings, to enter into any kind of
14 a real estate contract or interaction as a
15 superintendent. That is the governing board's
16 domain.
17       But what also is in my wheelhouse
18 and what I am empowered to do, I can
19 unilaterally approve the short-term usage of any
20 one of our facilities through the governing
21 board approved rental processes that we have.
22       So that's a general delineation of
23 what the superintendent is able to do without
24 board approval and what has to go to the
25 governing board.

Page 47

1       Q.   Okay. I'd like to ask a couple of
2 clarifying questions to make sure I understood
3 that.
4       With regard to discipline, so the
5 governing board is in charge of expulsions,
6 right?
7       A.   Yes.
8       Q.   And then you can approve any other
9 type of discipline, right?
10       A.   I will also add on, the governing
11 board is also the final avenue for appeal. So
12 if -- they are the arbiters full stop on
13 anything expulsion. They hear the hearing, they
14 make a decision, and then they also serve as the
15 appeal body.
16       On a long-term suspension, I'm
17 empowered to make that final call, and of course
18 we have a process for that. But a family could
19 appeal a long-term suspension, they could appeal
20 that through a hearing with the governing board.
21 So they also have hearing authority on long-term
22 suspensions.
23       Q.   Now, for any discipline short of
24 expulsion, are there other individuals in the
25 district that also have authority to make

Page 48

1 decisions?
2       A.   My designee is the student relations
3 director, Anna Warmbrand, and also principals by
4 statute in the state of Arizona are the primary
5 arbiters of school discipline and disciplinary
6 procedures, and then of course we have our
7 regional assistant superintendents.
8       Q.   With regard to school discipline
9 that is short of expulsions, who would you say
10 makes the majority of those disciplinary
11 decisions?
12       A.   The site administration.
13       Q.   Is that the principal?
14       A.   The principal and the assistant
15 principal.
16       Q.   And when would those decisions go to
17 up to a higher level of administrator?
18       A.   When there is a long-term suspension
19 being sought.
20       Q.   Do all long-term suspensions have to
21 go up beyond the principal?
22       A.   Yes.
23       Q.   And who do they go up to?
24       A.   Both the regional assistant
25 superintendent and the student relations

Page 49

1 director.
2       Q.   Do they also have to go through you
3 or can --
4       A.   No.
5       Q.   Then you talked about financial
6 decisions. So anything over -- when it comes to
7 consultants anything over 100,000, and for
8 anything else anything over 250,000, that has to
9 be approved by the board?
10       A.   Correct.
11       Q.   And then you talked about policy and
12 regulations. What are the differences between
13 those things?
14       A.   A policy, that is essentially the
15 law of the school district. A regulation is a
16 set of procedures on how we're going to
17 implement as an administration.
18       Q.   Are there any other types of
19 decisions that the board is in charge of apart
20 from what you just talked about?
21       MR. CUTLER: Object to form.
22       THE WITNESS: They can appoint
23       governing board appointed committees. I
24       can't. So they can call for special
25       elections. I can't.

13 (Pages 46 - 49)

CONFIDENTIAL

Page 50

1    They can -- I'm trying to think of
2  anything else we talked about -- expel.
3  They can terminate. They can close and
4  open schools. I can't.
5    That's pretty much -- I think I
6  covered everything that they're legally
7  able to do at that point.
8 BY MS. DEGTYAREVA:
9    Q.  Do you attend all of the governing
10 board meetings?
11   A.  Yes.
12   Q.  How often are those meetings held?
13   A.  They're every two weeks. We average
14 two times a month.
15   Q.  Now, I'd like to ask you some
16 questions about the background of the district.
17      Are you familiar with the Arizona
18 Auditor General?
19   A.  Yes.
20   Q.  And what is the Arizona Auditor
21 General?
22   A.  The Arizona Auditor General, that is
23 the chief administrative authority for the state
24 of Arizona charged with assessing and evaluating
25 financial practices and controls, both internal

Page 51

1 and external, for the state's public
2 institutions, whether they're school districts
3 or community colleges or universities.
4    Q.  And Arizona Auditor General collects
5 data on the various school districts and
6 schools, right?
7    A.  Yes.
8      MS. DEGTYAREVA: Let's mark as
9  Exhibit 2 Tab 3.
10     (Whereupon, Tucson-Trujillo-2 was
11     marked for identification.)
12 BY MS. DEGTYAREVA:
13   Q.  So you see at the top left-hand
14 corner it says Arizona Auditor General, and then
15 next to it, School district spending analysis -
16 Fiscal year 2024.
17      Do you see that?
18   A.  Yes.
19   Q.  And then underneath that it says,
20 Tucson Unified School District, right?
21   A.  Yes.
22   Q.  Okay. So at the top right
23 underneath Tucson Unified School District, do
24 you see where there's some district demographic
25 information?

Page 52

1    A.  Yes.
2    Q.  And would you agree that Tucson
3 Unified School District is considered a very
4 large school district in Arizona?
5    A.  Yes.
6    Q.  It has -- well, it says here 87
7 schools, is that right?
8    A.  Yes.
9    Q.  It has about, as of fiscal year
10 2024, 38,000 students, right?
11   A.  Yes.
12   Q.  And it has lost a lot of students
13 recently, right?
14     MR. CUTLER: Object to form.
15     THE WITNESS: Yes.
16 BY MS. DEGTYAREVA:
17   Q.  So in here it says, "5-year change
18 in students attending:" There's been an
19 11 percent decrease, right?
20   A.  Yes.
21   Q.  Does that sound about right?
22   A.  Yes.
23   Q.  I believe you mentioned earlier that
24 declining enrollment, that was one of the
25 financial issues that the district is facing,

Page 53

1 right?
2    A.  Yes.
3    Q.  And as of fiscal year 2024, Tucson
4 Unified School District has 15 percent special
5 education population, right?
6    A.  Yes.
7    Q.  And 11 percent of TUSD student
8 population are English language learners?
9    A.  Yes.
10   Q.  And 19 percent -- as of 2023,
11 19 percent of TUSD's students live below the
12 poverty line?
13   A.  Yes.
14   Q.  And then let's take a look at pages
15 12 through 13 of this document.
16     MS. DEGTYAREVA: So can you put
17 pages 12 and 13 together? The printout is
18 a little bit odd, but you'll see on
19 page 12 at the top it says District,
20 District peer group, and State-wide
21 student passing percentage (fiscal year
22 2024), right?
23   A.  Yep.
24   Q.  And then below that on page 13
25 there's a chart that has -- orange is District,

CONFIDENTIAL

Page 54

1 light blue is Peer group, and then dark blue is
2 State-wide.
3        Do you see that? On page 13, so the
4 next page over.
5    A.   Can you blow it up a little bit? My
6 eyes are --
7    Q.   The chart on the left.
8    A.   Let me just use the hard copy here.
9        Yeah. Okay. That's good. Yes.
10    Q.   So the percentage of students
11 passing statewide exams in TUSD is lower than
12 TUSD's peer group and also statewide, correct?
13    A.   Yes.
14    Q.   And that's true for math, English
15 language arts, and science?
16    A.   Yes.
17    Q.   And then if you look, again looking
18 back at pages 12 and 13 together, you'll see at
19 the top of page 12 on the right-hand side it
20 says, District student achievement since fiscal
21 year 2019, and there are three charts, each of
22 which is labeled "View the percentage of
23 district students who passed State assessments
24 for:" -- and then -- "Math," "English Language
25 Arts," and "Science."

Page 55

1        Do you see those?
2    A.   Yes.
3    Q.   So over the past three years,
4 looking at "Math," about 80 percent of TUSD
5 students failed the math statewide assessments,
6 correct?
7    A.   Which page are you on?
8    Q.   This is on page 12 at the very top
9 where -- the chart that says "Math."
10    A.   Failed defined as not proficient,
11 yes.
12    Q.   And then looking at the chart right
13 below that, the one that says "English Language
14 Arts," in the past three years a little over
15 70 percent of the district students failed the
16 state assessment for English language arts,
17 again defined as not proficient, right?
18    A.   Yes.
19    Q.   And then looking at page 13, the
20 chart for science, here again we have in the
21 past three years over 80 percent of TUSD
22 students failed the state assessment for
23 science, is that right?
24    A.   Mm-hmm.
25    Q.   Is that a yes?

Page 56

1    A.   Yes.
2    Q.   And just because we have a court
3 reporter, she needs a yes.
4    A.   Yes, yes, yes.
5    Q.   Thank you.
6    A.   Yes.
7    Q.   Let's take a look at another
8 document.
9        MS. DEGTYAREVA:  We'll mark this as
10 Exhibit 3, and this is Tab 4.
11        (Whereupon, Tucson-Trujillo-3 was
12        marked for identification.)
13    A.   Thank you.
14 BY MS. DEGTYAREVA:
15    Q.   So this is a grant proposal that was
16 submitted on behalf of Tucson Unified School
17 District, right?
18    A.   Yes.
19    Q.   And in general, TUSD submits grant
20 proposals when it is trying to get funding for
21 something, right?
22    A.   Yes.
23    Q.   Can you please take a look at -- I'm
24 going to refer to Bates numbers throughout the
25 deposition.  Those are the numbers on the

Page 57

1 right-hand corner.  And for ease I'll just refer
2 to the last three numbers when I'm directing you
3 to various pages.
4        So can you please take a look at the
5 page with the Bates ending in 633?  It's the
6 second page of this document.
7    A.   Yes.
8    Q.   You'll see at the very top there is
9 a title or a -- the title says, Description of
10 School District, right?
11    A.   Yes.
12    Q.   And this provides some additional
13 information about the makeup of the district?
14    A.   Yes.
15    Q.   So the grant application says kind
16 of in the middle of that paragraph, "The student
17 population is predominantly Hispanic, with 21%
18 white and also a substantial number of
19 refugees," right?
20    A.   Yes.
21    Q.   Is that still true of the district
22 today?
23    A.   This is from 2016, so this is almost
24 ten years ago.  So our stats -- first of all,
25 we're not 47,000 students anymore.  So we also

15 (Pages 54 - 57)

CONFIDENTIAL

Page 58

1  have a different percentage of free and reduced
2  eligible students.  We also have an increase in
3  special education and English language learners.
4      Q.    And so just taking a look at this
5  statistic, do you know if that has changed
6  significantly, the statistic of the school being
7  predominantly Hispanic and having a substantial
8  number of refugees?
9      A.    That has not changed.
10     Q.    Is that still true?
11     A.    That is still true.
12     Q.    Does the district also have a lot of
13 students who are either themselves undocumented
14 or who may have family members who are
15 undocumented?
16     A.    Yes.
17         MR. CUTLER:  Object to form.
18 BY MS. DEGTYAREVA:
19     Q.    Next it says, "About 45% are from
20 single-parent households and 83.6% of population
21 is non-college educated."
22         Do you know if that is still an
23 accurate description of the district?
24     A.    Not to my knowledge -- not to my
25 knowledge.  We haven't run stats on that

Page 59

1  since -- I don't want to answer with a specific
2  number when I'm looking at something from 2016
3  and we have not refreshed this data in that
4  category.
5      Q.    Do you know if -- understanding you
6  don't know the exact percentage, do you know if
7  this school district still has a significant
8  number of students that come from single-parent
9  households?
10         MR. CUTLER:  Object to form.
11         THE WITNESS:  That is correct.
12 BY MS. DEGTYAREVA:
13     Q.    And again understanding that you
14 don't know the exact percentage, do you know if
15 a significant portion of the population in the
16 district is non-college educated?
17     A.    I would call it substantial.  A
18 substantial portion of the population is
19 non-college educated, of parents.
20     Q.    Now, the grant application then goes
21 on to say, "The TUSD district has approximately
22 73% of students receiving free and reduced
23 lunch."
24         I believe you said that that
25 statistic has changed?

Page 60

1      A.    We're over 82 percent.
2      Q.    Over 82 percent.  So it's increased?
3      A.    It's increased.
4      Q.    And then it says, "Many of the
5  families require food assistance and
6  approximately 10% are without health coverage."
7          Do you know within the district
8  today many families still require food
9  assistance?
10     A.    Yes.
11     Q.    And do you know, understanding that
12 you may not have the exact percentage, are there
13 students in the district today who don't have
14 health coverage?
15     A.    Yes.
16     Q.    Now, at the bottom of this page
17 there is a section titled Needs and Resource
18 Assessment.
19         Do you see that?
20     A.    Yes.
21     Q.    And then near the bottom of the page
22 in that section it says, "Tucson has a crime
23 rate that is nearly double the average national
24 rate, including violent crimes."
25         Do you see that?

Page 61

1      A.    Yes.
2      Q.    Is that still true in Tucson today?
3      A.    I can't make a comment on that.  I'm
4  not a demographer.  I'm not familiar with those
5  stats.  I can speak to my personal experience.
6      Q.    Well, do you know if Tucson has a
7  high crime rate today?
8      A.    Again, I can't really answer that
9  question with -- I guess I would say I don't
10 believe so, but I don't have any stats to
11 reference.
12     Q.    And when you say you don't believe
13 so, what is that based on?
14     A.    Well, I'm from Phoenix.  That's a
15 pretty high-crime area that I used to work in,
16 went to Phoenix Union High School District.  So
17 that's a frame of reference.
18         If you're asking me as a native of
19 Phoenix and who worked in an inner city school
20 district in the Phoenix Union High School
21 District, which was considered a high-crime
22 area, my time at Trevor G. Browne, I would
23 answer this question no in comparison to what my
24 career has, you know, exposed me to.
25         So that would have to be my answer,

16 (Pages 58 - 61)

CONFIDENTIAL

Page 62

1  at least that's my frame of reference.
2      Q.   So it's relative?
3      A.   Relative, yes.
4      Q.   But you don't -- sitting here today,
5  you don't have specific statistics --
6      A.   No.
7      Q.   -- on the crime rate?
8      A.   I don't.
9      Q.   Now, then the second-to-last
10  sentence says, "There are currently more than
11  18,000 children in child welfare custody with
12  many of these cases related to substance abuse
13  in the home."
14          And again recognizing that you may
15  not have the exact numbers, are there currently
16  a lot of children in Tucson Unified School
17  District that are in welfare custody?
18          MR. CUTLER:  Object to form,
19      foundation.
20          You can answer.
21          THE WITNESS:  I would say some.  I'm
22      not aware of a lot.
23  BY MS. DEGTYAREVA:
24      Q.   And are there still children in
25  Tucson Unified School District that suffer from

Page 63

1  substance abuse in the home?
2      A.   Yes.
3          MR. CUTLER:  Object to form,
4      foundation.
5  BY MS. DEGTYAREVA:
6      Q.   Now, going on to the next page, at
7  the very top it says, "Reports show that youth
8  homelessness rates in Arizona are the highest in
9  the nation and six thousand homeless youth
10  reside in Pima County."  Tucson -- that's the
11  county that Tucson is in.
12          Do you know if homelessness rates
13  are still high in Arizona?
14          MR. CUTLER:  Object to form.
15          THE WITNESS:  They're high, yes.
16  BY MS. DEGTYAREVA:
17      Q.   And are there still students in
18  Tucson Unified School District that are
19  homeless?
20      A.   Yes.
21      Q.   Do you know what number or
22  percentage?
23      A.   Not off the top of my head, no.
24      Q.   Would you say that -- does each of
25  Tucson Unified School District's schools have

Page 64

1  students who are homeless?
2      A.   Yes.
3      Q.   Dr. Trujillo, do you agree that
4  living in poverty can impact a student's mental
5  health?
6      A.   Yes.
7      Q.   And it can impact their academic
8  performance?
9      A.   Yes.
10      Q.   Do you agree that homelessness can
11  also impact mental health?
12      A.   Yes.
13      Q.   And that can also impact academic
14  performance?
15      A.   Yes.
16      Q.   Do you agree that not having health
17  insurance coverage or access to healthcare can
18  impact mental health?
19      A.   Yes.
20      Q.   Do you agree that crime in a
21  community can impact mental health?
22      A.   Yes.
23      Q.   That's especially true for violent
24  crimes?
25      A.   Yes.

Page 65

1      Q.   And crime or being a victim of a
2  crime or knowing someone who is a victim of a
3  crime, that can impact academic performance?
4      A.   Yes.
5      Q.   Do you agree that substance abuse
6  can impact a student's mental health?
7      A.   Yes.
8      Q.   And that includes if a student
9  themselves is abusing substances, right?
10      A.   Yes.
11      Q.   But also if the student lives in a
12  household where family members are abusing
13  substances?
14      A.   Yes.
15      Q.   And substance abuse can cause
16  disruptions in the classroom?
17      A.   Yes.
18      Q.   It can impact academic performance?
19      A.   Yes.
20      Q.   Now, let's take a look back at this
21  document that we were just looking at.  And if
22  you go to the first page under Abstract, the
23  very first sentence says, "Research shows that
24  adverse childhood events (ACE) contribute to
25  behavioral and academic struggles for students,

17 (Pages 62 - 65)

CONFIDENTIAL

Page 66

1 youth violence, suicide attempts, risky
2 behaviors and substance abuse."
3        Do you see that?
4    A.   Yes.
5    Q.   Are you familiar with the term
6 "adverse childhood events," or ACE?
7    A.   Yes.
8    Q.   What are adverse childhood events?
9    A.   Adverse childhood events are events
10 and situations and incidents usually of a
11 violent nature, a physically violent nature or
12 mentally abusive nature that really impact a
13 child's cognitive and emotional and
14 socioemotional development.
15        Most likely the most common type of
16 adverse childhood experience we were familiar
17 with in the district are those of domestic
18 violence, of physical abuse.
19    Q.   Do you agree that -- do you agree
20 with this statement, that adverse childhood
21 events can contribute to behavioral and academic
22 struggles, youth violence, suicide attempts,
23 risky behaviors, and substance abuse?
24    A.   Yes.
25    Q.   Now, I'd like to ask you some more

Page 67

1 questions about one of the issues we've been
2 talking about, which is crime, so let's mark
3 another document.
4        MS. DEGTYAREVA:  This is Tab 5, and
5    it's Exhibit 4.
6        (Whereupon, Tucson-Trujillo-4 was
7        marked for identification.)
8 BY MS. DEGTYAREVA:
9    Q.   So you'll see this is an e-mail, and
10 the subject is "Project Prevent Next Steps and
11 Summary."
12        Do you know what "Project Prevent"
13 is?
14    A.   Off the top of my head, I don't
15 recall.
16    Q.   If I told you that Project Prevent
17 was a grant by the Department of Education to
18 schools that are impacted by community violence,
19 does that sound right to you?
20    A.   Yeah.
21    Q.   Now let's look at the e-mail from
22 Kamren Taravati which starts on the second page
23 of this document with the Bates -- excuse me --
24 yes, second page of the document, Bates ending
25 in 941.

Page 68

1        Do you know who Kamren Taravati is?
2    A.   Yes.
3    Q.   Who is that?
4    A.   Senior director for equity,
5 diversity and inclusion.
6    Q.   Is that still Kamren Taravati's
7 position title in light of the changes that have
8 been made recently?
9    A.   Yes.
10    Q.   What is Kamren Taravati's
11 responsibilities?
12    A.   His first and foremost
13 responsibility is to supervise, support, and
14 oversee resources for the district's magnet
15 schools.
16        And then secondarily he's charged
17 with coordinating resources and support from the
18 community, non-profits, mental health care
19 providers, to deal with issues of equity which
20 could be addressing food insecurity for lower
21 income communities, access to valuable school
22 resources and programming, connecting
23 underresourced communities to mental health,
24 particularly in the areas of assistance with
25 substance misuse and abuse.

Page 69

1    Q.   Looking at this e-mail on page
2 ending in Bates 941, you'll see it's dated
3 August 22nd of 2022?
4    A.   Yes.
5    Q.   And looking at the third bullet,
6 Kamren writes, "Neighborhood scout provides a
7 very rich map of the most 'criminally dangerous'
8 neighborhoods in Tucson.  Based on this
9 information, corresponding Middle Schools/K-8s
10 might be," and then he lists nine schools there.
11        Do you see that?
12    A.   Yes.
13    Q.   So these nine schools are the
14 schools that according to Kamren are located in
15 the most criminally dangerous neighborhoods in
16 Tucson?
17    A.   According to Kamren and the e-mail
18 that I'm looking at, yes.
19    Q.   Further down, the e-mail says that
20 they need to capture certain data points to
21 write the grant effectively, right?
22    A.   Mm-hmm.
23    Q.   And one of those is academic data
24 points, is that right?
25    A.   Mm-hmm.

CONFIDENTIAL

Page 70

1    Q.   Is that a yes?
2    A.   I'm still -- can you give me time to
3 read?
4    Q.   Of course.  Let me know when you're
5 ready.
6         MR. CUTLER:  Take your time.
7         THE WITNESS:  So my nod doesn't
8    indicate a yes.  It's just me actually
9    positioning to try to read because my eyes
10   are kind of bad here, so if you can give
11   me a minute.
12 BY MS. DEGTYAREVA:
13   Q.   Let me know when you're ready.
14   A.   Okay.
15        (Witness reviewing document.)
16   A.   I would like to clarify that this is
17 older data.  We no longer have six D schools and
18 two F schools.  The district actually has zero F
19 schools according to our latest round of school
20 letter grades, and we no longer have six D
21 schools.  We are actually only down to three.
22   Q.   So at the time of this e-mail in
23 2022, out of the nine schools listed here in the
24 most criminally dangerous neighborhoods, six
25 were D schools and two were F schools, right?

Page 71

1    A.   At the time of this e-mail, yes.
2    Q.   Do you agree that there is a
3 correlation between a school's performance and
4 whether it is located in a high-crime
5 neighborhood?
6    A.   No.
7    Q.   What are you basing that on?
8    A.   We have schools in high-crime
9 neighborhoods that are B and A rated and are
10 thriving.
11   Q.   And then we've been talking about
12 these letter grades.  So does the letter grades
13 refer to letter grades that are given out by the
14 Arizona Department of Education?
15   A.   Correct.
16   Q.   And do you have an understanding of
17 what C and D and F refers to?
18   A.   Yes.
19   Q.   What do they mean?
20   A.   The school letter grade formula
21 doesn't just refer to the amount of students
22 that pass the proficiency, that reach the
23 proficiency level on the Arizona academic skills
24 assessment.  Half of the formula assesses the
25 school's ability to improve academic proficiency

Page 72

1 levels across proficiency levels.
2         So your letter grade is not just
3 reflective of how many students pass the test,
4 it's also reflective of how many students who
5 flunked the test last year actually moved into
6 almost proficient, partially proficient, and
7 students that actually moved from proficient to
8 highly proficient.
9         So what it assesses is the job that
10 the school is doing to move all students,
11 regardless of ability level, not just those
12 that, quote-unquote, pass the test.
13   Q.   I think you mentioned that during
14 your tenure as a superintendent, the TUSD
15 schools have actually improved their letter
16 grades, right?
17   A.   Yes.
18   Q.   The district as a whole now has a B
19 rating --
20   A.   Yes, it does.
21   Q.   -- for the first time in its
22 history?
23   A.   Yes.
24   Q.   So that's from 2017 through --
25   A.   2025, correct.

Page 73

1    Q.   Social media has been around during
2 that entire time, right?
3    A.   Yes.
4    Q.   In addition to violence in the
5 community, would you agree that violence in
6 schools can impact students' mental health?
7    A.   Yes.
8    Q.   And violence in schools can be
9 disruptive to the learning environment?
10   A.   Yes.
11   Q.   It can lead to decreased academic
12 performance?
13   A.   Yes.
14   Q.   Let's -- for the next exhibit we're
15 going to play a clip from a YouTube video that
16 was posted by TUSD.
17        MS. DEGTYAREVA:  So this is going to
18   be Tab 25A, and we'll mark it as
19   Exhibit 5.
20        (Whereupon, Tucson-Trujillo-5 was
21        marked for identification.)
22        (Video clip played.)
23        MS. DEGTYAREVA:  I think that's not
24   right.  25A.
25        (Video clip played.)

19 (Pages 70 - 73)

CONFIDENTIAL

Page 74

1 BY MS. DEGTYAREVA:
2    Q.   So you are featured speaking in this
3 video, right?
4    A.   Yes.
5    Q.   You were speaking about school
6 safety?
7    A.   Yes.
8    Q.   And you said in the video, "there's
9 no priority more important for me than the
10 security and the safety of your child and our
11 employees," right?
12    A.   Yes.
13    Q.   Do you agree with that statement?
14    A.   Yes.
15    Q.   Safety is your most important
16 priority?
17    A.   Yes.
18    Q.   And you say in the video that --
19 well, you reference a national trend of mass
20 shootings and the loss of lives, right?
21    A.   Yes.
22    Q.   You describe these as patterns of
23 random violence?
24    A.   Yes.
25    Q.   And that's one of the reasons that

Page 75

1 safety is your most important priority?
2    A.   Yes.
3    Q.   In this clip you don't reference
4 combatting social media as your most important
5 priority, right?
6    A.   No.
7    Q.   Let's look at another clip from this
8 video.
9         MS. DEGTYAREVA:  This is going to be
10 25B.  And this is Exhibit 6.
11         (Whereupon, Tucson-Trujillo-6 was
12         marked for identification.)
13         (Video clip played.)
14 BY MS. DEGTYAREVA:
15    Q.   So in the video you said that in
16 response to the patterns of random violence that
17 are happening in schools, TUSD changed its
18 policy to require four emergency drills every
19 year?
20    A.   Yes.
21    Q.   Is that in every school?
22    A.   Mm-hmm.  Yes.
23    Q.   And those four emergency drills
24 include three lockdown drills, right?
25    A.   Yes.

Page 76

1    Q.   And some of the drills include
2 actually practicing scenarios where there is an
3 act of violence in the school?
4    A.   We no longer do that, no.
5    Q.   When did do you that?
6    A.   We only did that maybe for one year.
7    Q.   Now, do you agree that generally
8 being concerned about the possibility of a mass
9 shooting or other violence in a school, that can
10 impact mental health?
11    A.   Yes.
12    Q.   Do you agree that -- do you agree
13 that lockdowns can also be impactful of mental
14 health?
15    A.   No.
16    Q.   Do you agree that lockdowns can be
17 disruptive to classroom teaching?
18    A.   Yes.
19    Q.   And apart from drills, TUSD has had
20 to implement real lockdowns, right?
21    A.   Yes.
22    Q.   Do you know how many lockdowns you
23 have on a yearly basis?
24    A.   Not off the top of my head, no.
25    Q.   Lockdowns can be caused by things

Page 77

1 like someone coming to school with a gun?
2    A.   Yes.
3    Q.   They can be caused by a shooting in
4 the neighborhood?
5    A.   Yes.
6    Q.   They can be caused by an intruder on
7 campus?
8    A.   Yes.
9    Q.   Do you agree that when things like
10 this happen, if a student is aware that there's
11 a gun on campus or there's a shooting nearby,
12 that can be impactful to mental health?
13    A.   Yes.
14         There's one other category of
15 lockdown.
16    Q.   What's the other category?
17    A.   Widespread viral videos and social
18 media postings of threats to shoot a school.
19 That will cause a lockdown as well.
20    Q.   So when somebody posts content where
21 they say that they're going to threaten to shoot
22 a school --
23    A.   We have to lock down, especially if
24 it's generated during the school day.
25    Q.   And do you agree that being afraid

Golkow Technologies,
A Veritext Division

877-370-3377                                             www.veritext.com

CONFIDENTIAL

Page 78

1 of being shot in school, that can impact mental
2 health?
3      A.   Yes.
4      Q.   That can cause disruptions in the
5 classroom?
6      A.   Yes.
7      Q.   So even when there's not a gun on
8 campus, just a threat of a gun, that can impact
9 mental health?
10     A.   Yes.
11          MS. DEGTYAREVA:  Let's take a look
12 at Tab 8 which we'll mark as Exhibit 7.
13          (Whereupon, Tucson-Trujillo-7 was
14          marked for identification.)
15 BY MS. DEGTYAREVA:
16     Q.   So this is an e-mail from Joseph
17 Hallums dated March 21st, 2024.
18          Who is Joseph Hallums?
19     A.   He's the director for school safety.
20     Q.   And the subject line is Today's
21 Lockdown's and More, right?
22     A.   Yes.
23     Q.   So in the very first line he says,
24 "It was a busy afternoon in School Safety as we
25 handled three major incidents:"

Page 79

1          Right?
2      A.   Yes.
3      Q.   And then you'll see there's numbered
4 1, 2, 3, a description of the three incidents he
5 handled at Sabino High School, Booth Fickett,
6 and Cholla, right?
7      A.   Yes.
8      Q.   So looking at the first incident at
9 Sabino High School, you see at the very end it
10 says, "a search revealed a BB-Gun resembling a
11 semi-automatic handgun."
12          Right?
13     A.   Yes.
14     Q.   And then if you look at the second
15 incident at Booth Fickett, the first line says,
16 "Administration called for a lockdown after a
17 parent, upset with a monitor's interaction with
18 her child, became irate in the office and then
19 went into the school courtyard."
20          Right?
21     A.   Yes.
22     Q.   And then the third incident at
23 Cholla, this says, "A School Safety and TPD
24 officer were on campus due to reports of a
25 teenage non-student, with a history of violence

Page 80

1 involving firearms, seen on campus earlier in
2 the week."
3          Right?
4      A.   Yes.
5      Q.   And it said that the non-student had
6 allegedly made threats to students, right?
7      A.   Yes.
8      Q.   And then a teacher reported seeing
9 the subject attempting to enter her class, so a
10 lockdown was initiated, right?
11     A.   Yes.
12     Q.   So this e-mail describes incidents
13 that happened just over the course of one day,
14 right?
15     A.   Yes.
16     Q.   And in this e-mail Mr. Hallums
17 doesn't mention anything about social media?
18     A.   No.
19     Q.   He doesn't mention any of
20 defendants' platforms?
21     A.   No.
22          MS. DEGTYAREVA:  Let's take a look
23 at Tab 9.  This is going to be Exhibit 8.
24          (Whereupon, Tucson-Trujillo-8 was
25          marked for identification.)

Page 81

1 BY MS. DEGTYAREVA:
2      Q.   You'll see this is another e-mail
3 from Joseph Hallums.  This one is dated
4 February 1st, 2022.  And the very first line, he
5 says, "I just wanted to provide you all with a
6 synopsis of the incident that occurred at" -- is
7 that Gridley?  Is that how you pronounce that?
8      A.   Yes.
9      Q.   -- "Gridley earlier this morning."
10          And you see the subject says,
11 Incident at Gridley Middle School - Student with
12 a Gun, right?
13     A.   Yes.
14     Q.   So if you look in the third
15 paragraph of this, it says, "The Student in
16 Question (SQ) was involved in a fight/assault on
17 January 20, '22 with a special needs student.
18 SQ was suspended because of this incident."
19          Right?
20     A.   Yes.
21     Q.   And then in the next paragraph it
22 says, "the principal received information that
23 SQ made threats during his in-school suspension
24 specific to the school and possibly additional
25 threats to the student who was the victim of the

21 (Pages 78 - 81)

CONFIDENTIAL

Page 82

1 previous assault."
2          Right?
3     A.   Yes.
4     Q.   And then later on in this paragraph
5 it said that, "The principal was watching SQ
6 and, as 4th period began, additional information
7 was received that SQ possibly had a gun in his
8 backpack."
9          Right?
10    A.   Yes.
11    Q.   Now, two paragraphs down, near the
12 end of that paragraph, it said, "As the VP
13 continued to search the backpack, he located a
14 loaded revolver."
15         Right?
16    A.   Yes.
17    Q.   So again in this e-mail there's no
18 mention of social media?
19    A.   No.
20    Q.   No mention of defendants' platforms?
21    A.   No.
22    Q.   How often do students bring guns to
23 TUSD campuses?
24         MR. CUTLER:  Object to form.
25         THE WITNESS:  We may average maybe

Page 83

1     three -- two or three incidents a year.
2 BY MS. DEGTYAREVA:
3     Q.   And how often do students make
4 threats about bringing guns?
5     A.   Oh, that's more than two or three
6 times a year.  That might be in the double
7 digits.  Probably I would say 10 or 15, we deal
8 with threats.
9     Q.   And when you say two or three
10 incidents a year, is that two or three incidents
11 per school, or is that across the entire --
12    A.   Across the district.  Where an
13 actual firearm is actually secured and found on
14 a student, I would say two to three events per
15 year.
16    Q.   And with the threats, you said it
17 was 10 or 15 across the district?
18    A.   Multiple, yes.  10, 15.
19    Q.   Now, do you agree that the political
20 climate, what's going on in the world, that can
21 also impact mental health?
22    A.   Yes.
23    Q.   And in some cases it can impact
24 academic performance, too?
25    A.   Yes.

Page 84

1     Q.   So let's take a look at one example.
2          Do you remember recently speaking
3 about a change in immigration enforcement policy
4 that permits law enforcement officers to enter
5 schools?
6     A.   I would define it as reiterating
7 what our current practice is.
8     Q.   You do remember speaking about that?
9     A.   Yes.
10    Q.   So let's take a look at a video.
11         MS. DEGTYAREVA:  This is going to be
12 Tab 12A.  I believe we're on Exhibit 9.
13         (Whereupon, Tucson-Trujillo-9 was
14         marked for identification.)
15         MR. CUTLER:  It's a video.
16         THE WITNESS:  Is it video or hard
17 copy?
18         MS. DEGTYAREVA:  This is a video.
19         THE WITNESS:  Okay.  It's a video.
20 All right.
21         MR. CUTLER:  What are we watching?
22         MS. DEGTYAREVA:  This is a news
23 report.
24         (Video clip played.)
25         ///

Page 85

1 BY MS. DEGTYAREVA:
2     Q.   So you were featured speaking in
3 this video?
4     A.   Yes.
5         MR. CUTLER:  Is that the whole
6 video?
7         MS. DEGTYAREVA:  This is a clip from
8 the video.
9         MR. CUTLER:  All right.  If there's
10 something that you think you need to see
11 the whole thing or read the whole thing to
12 have context or anything, I'd like you to
13 let us know, because I don't think it's
14 necessarily fair to just pick out little
15 clips and all.  But that's fine.
16         MS. DEGTYAREVA:  If he's not able to
17 answer a question, he can let us know.
18 BY MS. DEGTYAREVA:
19    Q.   If you're able to answer, you can
20 answer.
21    A.   The question was, is that me
22 featured speaking in the video?
23    Q.   That's right.
24    A.   My answer is yes.
25    Q.   So in this video you said that, This

22 (Pages 82 - 85)

CONFIDENTIAL

Page 86

1 change is very disruptive and is causing
2 unnecessary anxiety and fear amongst our parents
3 and our families, right?
4      A.   Yes.  The rapidity of the change,
5 the unannounced nature of the change creates a
6 sense of fear and anxiety.  Do I come to school,
7 do I not come to school?  The amount of
8 misinformation being spread on various platforms
9 and various means created quite a chaotic
10 situation for the district to handle.
11          And, yes, that induced a lot of
12 anxiety for parents and kids during those couple
13 of weeks when the immigration stance of the new
14 federal administration was communicated out.
15          MS. DEGTYAREVA:  Let's take
16     another -- let's play another clip from
17     this video which we'll mark as Exhibit 10.
18          (Whereupon, Tucson-Trujillo-10 was
19          marked for identification.)
20          (Video clip played.)
21 BY MS. DEGTYAREVA:
22     Q.   So TUSD was worried about the impact
23 of these changes in policy on students' mental
24 and social emotional health?
25     A.   Yes.

Page 87

1     Q.   And TUSD was also worried about the
2 impact of the policy on students' ability to
3 focus in the classroom?
4     A.   Yes.
5     Q.   And you said that some students may
6 not even have been coming to class?
7     A.   Some.
8     Q.   One of the biggest challenges that
9 TUSD has faced during your tenure as
10 superintendent was the COVID-19 pandemic, right?
11     A.   Yes.
12     Q.   During the COVID-19 pandemic TUSD
13 had to close its schools?
14     A.   Yes.
15     Q.   You switched to remote learning?
16     A.   Yes.
17     Q.   How long was TUSD in remote
18 learning?
19     A.   From the spring, specifically
20 March 16th of 2020, all the way until the
21 opening of the '21-'22 school year, which would
22 have been early August of 2021.
23     Q.   So during the COVID-19 pandemic
24 students were isolated from their friends?
25     A.   I can't make that statement.

Page 88

1     There's various ways to measure isolation.  I
2 don't know the extent to which our student body
3 was out in the community connecting with loved
4 ones and friends, so I'm not in a position to
5 answer that question.  I would say I don't know.
6     Q.   During the COVID-19 pandemic, fair
7 to say there were lockdowns in place?
8     A.   Yes.
9     Q.   People were encouraged not to leave
10 their homes?
11     A.   Yes.
12     Q.   People were encouraged not to
13 socialize with others outside of the home in
14 person?
15     A.   We never gave that direction, so I
16 can't answer that with a yes.  We never issued
17 any direction as a school district to not
18 socialize.
19          But we did lock down, we did go to
20 remote learning.  I would say yes to both of
21 those questions.
22     Q.   During the COVID-19 pandemic a lot
23 of people got sick?
24     A.   Yes.
25          MR. CUTLER:  Object to form.

Page 89

1 BY MS. DEGTYAREVA:
2     Q.   There were people that died?
3     A.   Yes.
4     Q.   And there were students that may
5 have lost family members?
6     A.   Yes.
7     Q.   And TUSD as a district faced
8 challenges in adapting to the COVID-19 pandemic?
9     A.   Yes.
10     Q.   And it was a big change?
11     A.   Yes.
12     Q.   So there were challenges to continue
13 to still try to meet all your students' needs?
14     A.   Yes.
15     Q.   And the COVID-19 pandemic impacted
16 students' mental health?
17     A.   Yes.
18     Q.   It caused disruptions to the school
19 learning environment?
20     A.   Disruptions in the sense that we had
21 to abruptly move to a totally different platform
22 that the students weren't prepared for, yes.
23     Q.   That's a big disruption?
24     A.   It's a big disruption, yes.
25     Q.   It caused -- it impacted academic

23 (Pages 86 - 89)

CONFIDENTIAL

Page 90

1 performance?
2     A.   Yes.
3         MS. DEGTYAREVA:  We've been going
4 for, I think, over an hour.  Would now be
5 a good time for a short break?
6         THE WITNESS:  Sure.
7         MR. CUTLER:  Sure.
8         THE VIDEOGRAPHER:  We're going off
9 record.  Time is 10:24.
10        (Whereupon, a recess was taken.)
11        THE VIDEOGRAPHER:  We're going back
12 on record.  The time is 10:38.
13 BY MS. DEGTYAREVA:
14    Q.   Welcome back, Dr. Trujillo.
15        Do you agree that racial
16 discrimination can impact students' mental
17 health?
18    A.   Yes.
19    Q.   It can also affect their academic
20 performance?
21    A.   Yes.
22    Q.   It can be disruptive to their
23 learning environment?
24    A.   Yes.
25    Q.   And up until mid-2022, I believe,

Page 91

1 TUSD was under court supervision as part of a
2 desegregation litigation, right?
3     A.   Yes.
4     Q.   That desegregation litigation
5 started in the 1970s?
6     A.   Yes.
7     Q.   Can you briefly explain what the
8 desegregation litigation was about?
9     A.   The desegregation litigation
10 occurred in three phases.
11        The original litigation that was
12 brought forward in 1974 had to deal with the
13 remnants of discrimination at the district's
14 only segregated school, which was Dunbar Spring.
15 Dunbar Spring was desegregated by Robert D.
16 Morrow, the longest serving superintendant in
17 TUSD history who served from 1942 to 1968.  He
18 voluntarily desegregated Dunbar Spring in the
19 mid-'60s when Arizona constitution didn't
20 require him to do it.
21        What happened was, the remnants of
22 those enrollment patterns and the remnants of
23 the policies and procedures that were around at
24 the time of the segregated school in the opinion
25 of the plaintiffs at the time, Maria Mendoza,

Page 92

1 representing the Mendoza plaintiff class,
2 charged the school district with running a dual
3 school district with separate but unequal access
4 to facilities and resources.  This was in the
5 early '70s.
6         In the early -- and the district was
7 then required under a federal court order to
8 employ the primary strategy of creating magnet
9 schools to create a more equitable opportunity
10 for students of color to attend special programs
11 and have access to resources and extracurricular
12 programs that weren't available pre-magnet.
13        So the district would then pursue --
14 or actually what would ensue would be another
15 almost 30 years of back-and-forths, the
16 districts and the plaintiff representatives
17 arguing about programs, arguing about data to
18 measure effectiveness, agreeing on integration
19 targets that could be achieved independent of
20 demographic patterns, arguments about
21 transportation lines and whether or not to use
22 compulsory busing or not compulsory busing.
23        When all was said and done, there
24 was a brief period where the district did exit
25 court supervision.  This was around 2009.  The

Page 93

1 district did exit court supervision around this
2 time, but then the district landed back under
3 court supervision in 2013, 2014, and that was a
4 consent decree where the district voluntarily
5 entered into this consent decree with the
6 plaintiffs' representatives in the case to
7 settle the case through this consent decree,
8 which then became the unitary status plan, how
9 will the district definitively end the court
10 supervision.
11        This third iteration of the case was
12 no longer about desegregation or segregation, it
13 became about academic achievement.  And the
14 whole district's argument was, we should not be
15 under a federal court order for academic
16 achievement when no other major urban school
17 district in the entire nation is.
18        We ended up exiting court
19 supervision in 2022 because of our
20 implementation efforts around the unitary status
21 plan which primarily focused on family and
22 community engagement, magnet schools,
23 transportation, extracurricular activities, and
24 our student support service programming
25 primarily for students of color.

24 (Pages 90 - 93)

CONFIDENTIAL

Page 94

1    Q.   So the original court supervision,
2  that began in 1978, is that right?
3    A.   Yeah.  Judge Frey.
4    Q.   And the rule of the Court at that
5  point was to make sure that TUSD got rid of the
6  remnants of the segregation and the systemic
7  discrimination that had existed?
8    A.   Yes.
9    Q.   Now, you said that TUSD briefly
10 exited supervision around 2009, right?
11    A.   Yes.
12    Q.   And then it came back under
13 supervision because a Court found that
14 essentially TUSD hadn't yet achieved this
15 unitary status?
16    A.   A Court found that sufficient
17 data -- that the original ruling was incomplete
18 as the ruling was made without definitive data
19 as to whether or not the programs that the
20 district was charged with implementing actually
21 led to better academic outcomes and actually led
22 to more integrated campuses.
23         So that's where the judge ruled that
24 we had to go back under court supervision, and
25 that was the actual nature.  It wasn't that we

Page 95

1  were still running a largely segregated district
2  at that time.
3         It should also be noted that this
4  predates my arrival in the district by several
5  years.
6    Q.   Right.
7         And so the district went back under
8  court supervision, and then that didn't end
9  until mid-2022, right?
10    A.   Correct.
11    Q.   And you said that that phase, the
12 third phase you called it, was about academic
13 achievement.  Are you referring to academic
14 achievement as it relates to equal opportunities
15 for all students regardless of race?
16    A.   The final iteration of the 40-year
17 case became focused on the term "achievement
18 gaps," proficiency levels in reading, writing,
19 and math, and differences in achievement levels
20 for African American students and Latino/Mexican
21 American students in these areas.
22         It also focused very heavily on
23 access to advanced learning experiences and
24 better and more robust African American and
25 Mexican American student participation in

Page 96

1  advanced placement courses, gifted and talented
2  instruction, and honors, honors courses.
3    Q.   So this desegregation litigation,
4  this was a major challenge for TUSD for over
5  40 years?
6    A.   Yes.
7    Q.   And you have personally worked on
8  the desegregation litigation since you were
9  appointed as superintendent in 2017?
10    A.   Yes.
11    Q.   Do you agree that desegregation has
12 been a top priority for the district since 1978?
13    A.   It's been a priority, yes.
14    Q.   And do you agree that being in an
15 environment where there are any remnants of
16 segregation, that can be impactful to mental
17 health?
18    A.   It can be.
19    Q.   It can also impact academic
20 performance?
21    A.   Yes.
22         MS. DEGTYAREVA:  Let's take a look
23         at Tab 14, which is exhibit -- going to be
24         Exhibit 11.
25         ///

Page 97

1         (Whereupon, Tucson-Trujillo-11 was
2         marked for identification.)
3  BY MS. DEGTYAREVA:
4    Q.   So the way these e-mails are
5  formatted, the first-in-time e-mail is at the
6  bottom, and then it goes up.
7         So let's look at the bottom of the
8  first page which ends in Bates 602.  There's an
9  e-mail from Josephine Rincon to you and another
10 person on September 1st, 2022.
11         Do you see that?
12    A.   Yes.
13    Q.   Who is Josephine Rincon?
14    A.   She is a teacher at Pueblo High
15 School.
16    Q.   Do you know how long she's been a
17 teacher at Pueblo High School?
18    A.   No.
19    Q.   And this e-mail is from
20 September 2022, so this is shortly after the
21 district was released from the court's oversight
22 in the desegregation litigation the second time,
23 right?
24    A.   Yes.
25    Q.   And let's take a look at the first

25 (Pages 94 - 97)

CONFIDENTIAL

Page 98

1 paragraph of Ms. Rincon's e-mail.
2          MR. CUTLER:  Before we do that, I
3     would encourage you to read the whole
4     thing if we're going to be asked questions
5     about it.  I think maybe read here, or he
6     can change it on the screen.
7 BY MS. DEGTYAREVA:
8     Q.   Let me know when you're ready.
9          (Witness reviewing document.)
10     A.   Okay.  Yeah, my understanding, I am
11 familiar with the incident, a singular student
12 incident.  Okay.  That's fine.
13     Q.   You remember this incident?
14     A.   Sure.
15     Q.   Let's take a look at the first
16 paragraph of Ms. Rincon's ask-mail.  She says, "I
17 am writing to seek your support and guidance
18 regarding an incident I witnessed yesterday at
19 Pueblo High School.  About 20 minutes into my
20 planning period, I heard a long angry voice say"
21 the N word "about two times.  Assuming that this
22 was some sort of a conflict between two
23 students, I rushed out of my room to address the
24 situation.  To my surprise it was a student -
25 surrounded by five other students - who was

Page 99

1 verbally assaulting our dean with this blatant
2 racism."
3          Do you see that?
4     A.   Yes.
5     Q.   And who was the dean at this time?
6     A.   I don't remember the name of the
7 dean.
8     Q.   Later on she refers to Mr. Hoskins.
9 Was that the dean at the time?
10     A.   My understanding is yes.
11     Q.   So then on the next page ending in
12 Bates 603 --
13     A.   Okay.
14     Q.   -- at the end of the second full
15 paragraph -- or the first full paragraph,
16 Ms. Rincon wrote that she talked to Mr. Hoskins
17 and, "he was understandably upset, not for
18 himself but for the Black students on our
19 campus.  If this group had the audacity to bully
20 a respected adult, they wouldn't hesitate to
21 harass one of our Black students."
22          Do you see that?
23     A.   Yes.
24     Q.   She goes on to say that, "When I
25 asked if this kind of interaction had happened

Page 100

1 before, Mr. Hoskins shared that students make
2 racist remarks (in anger) at him almost daily
3 and run away," right?
4     A.   That's inconsistent with the
5 information Mr. Hoskins provided the district
6 administration, but for the purpose of whether I
7 see this in the e-mail, yes.
8     Q.   All right.  So according to
9 Ms. Rincon --
10     A.   According to Ms. Rincon, that is her
11 interpretation, which differs from what
12 Mr. Hoskins communicated to us.
13          But for the purposes of what I'm
14 seeing here, yes, that's what it says.
15     Q.   And I apologize, Dr. Trujillo, if I
16 could just ask you to let me finish --
17     A.   Of course.
18     Q.   -- my entire question --
19     A.   Yes.
20     Q.   -- and then provide your answer.
21     A.   Yes.
22     Q.   So according to Ms. Rincon,
23 Mr. Hoskins told her that the students make
24 racist remarks in anger at him almost daily and
25 run away?

Page 101

1     A.   According to Ms. Rincon's perception
2 of the situation and what's here, yes.
3     Q.   Now, if it were true that there was
4 an environment where students were making daily
5 racist remarks, would you agree that being in
6 that type of environment could be harmful to the
7 mental health --
8     A.   Noting that that kind of
9 environment --
10          MR. CUTLER:  Object to form, object
11     to foundation, requires speculation.
12          Go ahead.
13          THE WITNESS:  Yeah.  Noting that
14     that type of environment was not validated
15     in our investigation, supposing that
16     environment was prevalent, yes.
17 BY MS. DEGTYAREVA:
18     Q.   In your investigation, did
19 Mr. Hoskins confirm that there was this incident
20 where students yelled the N word at him in a
21 loud angry voice?
22     A.   Mr. Hoskins confirmed that incident
23 but denied that it's a daily occurrence, where
24 multiple students are berating him with the N
25 word or that the N word is prevalent daily basis

26 (Pages 98 - 101)

Page 102

1 at Pueblo High School. But he did confirm that
2 singular incident, yes.
3    Q.  Did Mr. Hoskins tell you that this
4 was the only time somebody had made a racist
5 remark to him?
6    A.  Mr. Hoskins did not refer to any
7 frequency other than this singular event in the
8 course of our investigation into this.
9    Q.  And would you agree that even if the
10 racist remark is used just once at somebody,
11 that can impact mental health?
12    A.  Yes.
13    Q.  Now, towards the bottom of the
14 second page, this is three paragraphs from the
15 bottom --
16    A.  Yes.
17    Q.  -- Ms. Rincon goes on to say, "The
18 reality is that Pueblo does not have enough
19 adult supervision for a campus of 2,000
20 students. We still don't have working cameras
21 to help those tasked with securing the
22 hallways."
23       Do you see that?
24    A.  Yes.
25    Q.  Would you agree that if a high

Page 103

1 school did not have enough adult supervision for
2 its students, that would be a concern?
3    A.  Define -- I would have to define
4 "enough adult supervision." I disagree with the
5 statement that's here in this e-mail. There are
6 cameras in working order. In fact, there's a
7 new video surveillance system at Pueblo.
8       Supposing that Pueblo in a
9 hypothetical situation did not have enough adult
10 supervision, then yes.
11    Q.  Dr. Trujillo, Ms. Rincon you said is
12 a teacher at Pueblo High School?
13    A.  Yes.
14    Q.  So at this time she was at the high
15 school on a daily basis?
16    A.  Yes.
17    Q.  She was able to observe what was
18 happening in the high school?
19    A.  Not across the entire campus, no.
20    Q.  Where she was, she was able to
21 observe?
22    A.  In her singular room in her top
23 floor of the building, yes.
24    Q.  And how often would you visit the
25 specific high school?

Page 104

1    A.  I visit Pueblo High School almost
2 ten times a year.
3    Q.  So ten times a year versus every
4 single day for Ms. Rincon?
5       MR. CUTLER: Object to form,
6    argumentative.
7       THE WITNESS: Ten times a year where
8    I do comprehensive walk-throughs of all
9    the facilities in every major building,
10    versus somebody who works on the second
11    floor in a room, yeah.
12 BY MS. DEGTYAREVA:
13    Q.  Every single day, right?
14    A.  Every single day, yes.
15    Q.  And Ms. Rincon was raising a concern
16 about having enough adult supervision on the
17 campus?
18    A.  Correct. Yes.
19    Q.  And Ms. Rincon was raising a concern
20 about not having working cameras that would
21 help --
22    A.  Yes.
23    Q.  -- adults secure the hallways,
24 right?
25    A.  Yes.

Page 105

1    Q.  Now, Ms. Rincon goes on to say, "In
2 violation of the original Desegregation Order
3 the percent of 'new to the profession' teachers
4 is too high. Three out of four of Pueblo's
5 administrators are new to leadership. Given
6 this context, the current site plan to address
7 truancy is ineffective."
8       Do you see that?
9    A.  Yes.
10    Q.  The desegregation order, does that
11 refer to the desegregation litigation we've been
12 talking about?
13    A.  Yes.
14    Q.  And Ms. Rincon believes that the
15 district is not currently -- was not at this
16 time following the desegregation order?
17       MR. CUTLER: Object to form.
18       THE WITNESS: Desegregation order
19    that we were no longer under, which you'll
20    see in the subsequent e-mail I corrected.
21    But yes.
22 BY MS. DEGTYAREVA:
23    Q.  Right.
24       So she believes that there's a
25 violation of that --

CONFIDENTIAL

Page 106

1    A.   Correct.
2    Q.   -- prior desegregation order?
3    A.   She believes that, yes.
4    Q.   And then as you mentioned in
5  response, this is going back to page 602, your
6  response to her, the first thing you say is
7  essentially, Well, the district is no longer
8  under court supervision, right?
9    A.   Yes.
10    Q.   Now, you also in your response
11  mention someone named Dr. Richardson, right?
12    A.   Yes.
13    Q.   Who is Dr. Richardson?
14    A.   Dr. Richardson was the plaintiff
15  representative for the Fisher family in the
16  latter part of the case. That was her formal
17  status up until the end of court supervision.
18    Q.   And when you say "plaintiff
19  representative," what do you mean by that?
20    A.   She would represent the plaintiff
21  class in -- throughout the litigation, yeah.
22  Whatever was going on throughout the course of
23  the litigation she was part of the process
24  advocating for the African American plaintiff
25  class.

Page 107

1    Q.   That was again in the desegregation
2  litigation?
3    A.   Yes.
4    Q.   Did Dr. Richardson have any other
5  involvement with TUSD?
6    A.   No. She was a former principal back
7  in the '90s, early 2000s, but has been retired
8  now for a good 25 years.
9    Q.   A former principal at TUSD?
10    A.   Yes, yes.
11    Q.   Do you know how long she was a
12  principal?
13    A.   I don't.
14    Q.   And then you say in your e-mail that
15  Dr. Richardson provides support and advocacy for
16  African American students, right?
17    A.   Yes.
18    Q.   You go on to say that she's a
19  respected leader in the African American
20  community, right?
21    A.   Yes.
22    Q.   Let's take a look at another
23  document.
24        MS. DEGTYAREVA:  This is Tab 15, and
25    we'll mark it as Exhibit 12.

Page 108

1        (Whereupon, Tucson-Trujillo-12 was
2        marked for identification.)
3  BY MS. DEGTYAREVA:
4    Q.   So if you take a look at the first
5  page ending in Bates 580 --
6        MR. CUTLER:  Can we get the document
7    first?  Thank you.
8        MS. DEGTYAREVA:  Excuse me.
9        MR. CUTLER:  Again, read it as much
10    as you need to to familiarize yourself.
11  BY MS. DEGTYAREVA:
12    Q.   Dr. Trujillo, let me know when
13  you're ready.
14    A.   Yeah, I'm fine.  I'm familiar with
15  this communication.
16    Q.   So the first page ending in Bates
17  580, there's an e-mail from Lorraine Richardson,
18  right?
19    A.   Yes.
20    Q.   And is this the Dr. Richardson you
21  were talking about?
22    A.   Yes.
23    Q.   This e-mail is from April 26, 2022,
24  right?
25    A.   Yes.

Page 109

1    Q.   Is that before or after you were no
2  longer under court supervision?
3    A.   It's actually probably about a month
4  before we were released.
5    Q.   Right around that same time?
6    A.   Right around that same time, yeah.
7    Q.   And so Dr. Richardson writes to a
8  number of people here, she CCs you, and in the
9  first paragraph she says, "I am writing at the
10  direction of Mr. Salter"?
11    A.   Yes.
12    Q.   Who is Mr. Salter?
13    A.   He was the attorney representing the
14  Fisher or the African American plaintiff class
15  throughout the course of the desegregation case.
16    Q.   And Dr. Richardson writes to request
17  a meeting with you to discuss the ongoing and
18  escalating racism in Tucson Unified School
19  District, right?
20    A.   Correct.
21    Q.   She says, "The purpose of the
22  meeting would be to discuss some specific issues
23  as well as the overall disregard of the unitary
24  status plan," right?
25    A.   Correct.

28 (Pages 106 - 109)

CONFIDENTIAL

Page 110

1    Q.   The unitary status plan, is that
2 referring to the consent decree --
3    A.   Yes.
4    Q.   -- in the desegregation litigation?
5    A.   Yes.
6    Q.   Now, she raises several issues in
7 the e-mail, and looking at the second paragraph
8 she says, "The first issue concerns the activity
9 at three schools," right?
10    A.   Yes.
11    Q.   So that includes Sabino High School,
12 Subuaro High School, and Magee Middle School,
13 right?
14    A.   Yes.
15    Q.   And regarding the incident at Sabino
16 High School, she talks about the establishment
17 of a Turning Points USA Club at the school and
18 several incidents of overt racism, right?
19    A.   Yes.
20    Q.   Do you know what a Turning Points
21 USA Club is?
22    A.   Yes.
23    Q.   What is that?
24    A.   It is a club that is largely
25 conservative, it seeks to promote conservatism

Page 111

1 amongst high school aged kids, and political
2 awareness, tending to be on the right side of
3 the political spectrum.
4    Q.   So Dr. Richardson goes on to say,
5 "As a result of complaints from parents,
6 students and the community, the Department of
7 Equity, Diversity, and Inclusiveness conducted a
8 campus review.  The attached report outlines the
9 findings."  Right?
10    A.   Yes.
11    Q.   Are you familiar with the review
12 that was conducted by the EDI department?
13    A.   Yes.
14    Q.   And have you reviewed that, the
15 report of the findings previously?
16    A.   It's been a long time, yeah, it's
17 been a couple of years, but that -- yeah, back
18 at that time, yes.
19    Q.   Let's take a look at that.
20       MS. DEGTYAREVA:  This is Tab 16, and
21    it is going to be marked as Exhibit 13.
22       (Whereupon, Tucson-Trujillo-13 was
23       marked for identification.)
24 BY MS. DEGTYAREVA:
25    Q.   So you see this document says at the

Page 112

1 top Department of Equity, Diversity, and
2 Inclusiveness (EDI) Culture and Climate Support
3 Report?
4    A.   Yes.
5    Q.   Do you recognize this document?
6    A.   Yes.
7    Q.   Is this the report that outlines the
8 conclusions of the EDI department after its
9 review of the complaints related to Sabino High
10 School?
11    A.   Yes.
12    Q.   So let's turn to the second page of
13 this document, it's ending in Bates 583.  And do
14 you see the section titled Findings?
15    A.   Yes.
16    Q.   Okay.  Can you please read the first
17 bullet point under Findings?
18    A.   "Students and teachers have
19 experienced a culture and climate where racist
20 remarks, jokes, and gestures are the 'norm'
21 among students.  Derogatory remarks, jokes, and
22 gestures are directed towards race, gender, and
23 sexuality."
24    Q.   Do you have any reason to doubt the
25 EDI department's findings?

Page 113

1    A.   No.
2    Q.   Do you agree that a culture where
3 racist remarks are the norm could impact
4 students mental health?
5    A.   Yes.
6    Q.   It could be disruptive to the
7 learning environment?
8    A.   Yes.
9    Q.   It could affect academic
10 performance?
11    A.   Yes.
12    Q.   Let's take another -- let's take a
13 look at another document from the EDI
14 department.
15       MS. DEGTYAREVA:  So this is going to
16    be Tab 17, and we'll mark it as
17    Exhibit 14.
18       THE WITNESS:  Okay.
19       (Whereupon, Tucson-Trujillo-14 was
20       marked for identification.)
21 BY MS. DEGTYAREVA:
22    Q.   So if you take a look at the first
23 page of this document, it says "No Slur
24 Initiative."
25       Do you see that?

29 (Pages 110 - 113)

CONFIDENTIAL

Page 114

1    A.   Yes.
2    Q.   It says "Kickoff school year 23-24,"
3  right?
4    A.   Yes.
5    Q.   So this is for school year 2023
6  through 2024?
7    A.   Yes.
8    Q.   This is after the district was no
9  longer under the unitary status plan consent
10  decree?
11    A.   Yes.
12    Q.   And then if you turn to the third
13  page of the document, you'll see that it's from
14  the Equity, Diversity, and Inclusiveness
15  Department, right?
16    A.   Yes.
17    Q.   And then going on to the page after
18  that, under Our Community --
19    A.   Yes.
20    Q.   -- it says, "Post pandemic students
21  and staff in the TUSD community have
22  consistently reported experiencing and/or
23  witnessing verbal trauma including racial
24  epithets and microaggressions," right?
25    A.   Yes.

Page 115

1    Q.   Do you have any reason to doubt this
2  statement from the EDI department that post
3  pandemic students and staff have experienced
4  verbal trauma?
5    A.   No.
6    Q.   And racial epithets?
7    A.   No.
8    Q.   And microaggressions?
9    A.   No.
10    Q.   Now, do you agree that -- you can
11  set that document aside.
12    A.   What?
13    Q.   You can set this document aside.
14    A.   Okay.
15    Q.   Do you agree that another thing that
16  can negatively impact a student's academic
17  performance is if the student is chronically
18  absent?
19    A.   Yes.
20    Q.   If the student is chronically
21  absent, they don't have access to the
22  educational opportunities in the classroom?
23    A.   Yes.
24    Q.   And chronic absenteeism can lead to
25  higher dropout rates?

Page 116

1    A.   Yes.
2    Q.   If a student is chronically absent,
3  they wouldn't have access to the various mental
4  health resources that a school might provide?
5    A.   Yes.
6    Q.   So chronic absenteeism could also
7  harm students' mental health?
8    A.   Yes.
9    Q.   And TUSD has been aware for several
10  years that chronic absenteeism is a problem in
11  its schools?
12    A.   Absenteeism is a problem in all of
13  our schools, in any school across the United
14  States, yes.
15        MS. DEGTYAREVA:  Let's take a look
16  at Tab 18, which we'll mark as Exhibit 15.
17    A.   Okay.
18        (Whereupon, Tucson-Trujillo-15 was
19        marked for identification.)
20  BY MS. DEGTYAREVA:
21    Q.   And this is a spreadsheet, so can we
22  mark the -- we'll give you a slip sheet, but the
23  spreadsheet will be the digital version.  There
24  should be an Excel.
25        With these spreadsheets, they --

Page 117

1  when you print them out they just are
2  unreadable.  So we're looking at spreadsheets on
3  the digital version only.
4        So if you take a look at -- on the
5  slip sheet that I just gave you, on the second
6  page there's some metadata which basically
7  explains the document title, where it came from,
8  how it was produced from TUSD.  And you'll see
9  where it says "File Name:  Absentee Rates by
10  School."
11        Do you see that?
12    A.   Yes.
13    Q.   And then Custodian, it says
14  "Synergy," right?
15    A.   Yes.
16    Q.   What is Synergy?
17    A.   Student information management
18  system for the district.
19    Q.   Synergy contains data regarding
20  absentee rates, right?
21    A.   Yes.
22    Q.   Let's take a look at the spreadsheet
23  now.
24        So if you take a look at this
25  spreadsheet, you'll see --

CONFIDENTIAL

Page 118

1      MS. DEGTYAREVA:  And, Dan, if you
2    can make the columns a little bit wider so
3    we can see the full data.
4      Q.  -- you'll see there's a column for
5    "school year," "school name," and then "abs
6    percent"?
7      A.  Yes.
8      Q.  So "abs" in the title is absentee
9    rates?
10     A.  Yes.
11     Q.  And do you understand that to be
12   absentee percent?
13     A.  Yes.
14     Q.  Now, if you scroll to the very right
15   of the spreadsheet, you'll see the data for the
16   2023 school year.
17        Do you see that?
18     A.  Yes.
19        MS. DEGTYAREVA:  And then, Dan, if
20    you could just slowly scroll down so that
21    we can have a chance to look through the
22    columns for the 2023 year.
23   BY MS. DEGTYAREVA:
24     Q.  And so looking at this spreadsheet
25   from Synergy, you'll see that for many schools

Page 119

1    in the district, the absentee rate was above 10
2    percent, right?
3      A.  Yes.
4      Q.  There are some schools where the
5    absentee rate was 20 percent or more, right?
6      A.  Yes, some.
7      Q.  So if you scroll, for instance, to
8    line 37 on the spreadsheet --
9        MS. DEGTYAREVA:  Can we highlight
10    that line, please?
11     Q.  -- you'll see that in 2023 the
12   absentee rate for Pueblo High School was
13   20.8 percent, right?
14     A.  Yes.
15     Q.  And if you scroll to line 48, you'll
16   see that in 2023 the absentee rate for Cholla
17   High School was 22.3 percent, right?
18     A.  Yes.
19     Q.  If we scroll to line 59, you can see
20   that in 2023 the absentee rate for Santa Rita
21   High School was 22.5 percent, right?
22     A.  Yes.
23     Q.  And go to line 66.  You'll see that
24   the absentee rate in 2023 for Catalina High
25   School was 21 percent, right?

Page 120

1      A.  Yes.
2      Q.  Do you agree that having access to
3    staff at school who can provide medical, social,
4    and emotional support is important for students?
5      A.  Yes.
6      Q.  And one of the reasons that is so
7    important is because some students may not have
8    the ability to get this type of support outside
9    the school, right?
10     A.  Yes.
11     Q.  You mentioned earlier that there are
12   students that don't have access to health
13   coverage?
14     A.  Yes.
15        MS. DEGTYAREVA:  So let's take a
16    look at Tab 20, and we're going to mark
17    this as Exhibit 16.
18        (Whereupon, Tucson-Trujillo-16 was
19        marked for identification.)
20   BY MS. DEGTYAREVA:
21     Q.  If you see, at the top of this
22   document it says School-Based Mental Health
23   Services Grant Program Tucson Unified School
24   District.
25        Do you see that?

Page 121

1      A.  Yes.
2      Q.  Are you familiar with the
3    School-Based Mental Health Services Grant
4    Program?
5      A.  Vaguely.
6      Q.  What's your understanding of that
7    program?
8      A.  It's a grant program that you apply
9    for as a school district, and if you are
10   successful in getting the grant, it can
11   supplement the amount of mental health services
12   that are available, increased funding for maybe
13   more counselors, more social workers.  In a very
14   general way, that's really what this involves.
15     Q.  Now, we were talking about crime
16   rates earlier.  And if you look down about
17   halfway through the page, you'll see it says,
18   "Tucson and Pima County has a crime rate higher
19   than the national average.  In 2020 Tucson's
20   crime rate was 379.6."
21        Right?
22     A.  Where on the document are you?
23     Q.  Scroll down a little bit further.
24   Under TUSD FRL Rate, the sentence right under
25   that.

31 (Pages 118 - 121)

Page 122

1    A.   Yes, I see it.
2    Q.   So previously we looked at a
3 document from 2016, and now in 2020 the crime
4 rate is still higher than national average?
5    A.   That's what it says, yes.
6    Q.   And then near the bottom of this
7 page, skipping one paragraph and going on to the
8 paragraph after that, it says, "Mental Health in
9 the state of Arizona - In 2018 Arizona is the
10 second worst state in the nation for addressing
11 mental health issues.  He said Arizona lacks
12 primary-care physicians who can screen for
13 mental illness and refer patients to specialists
14 before the disease has progressed much too far."
15       Right?
16    A.   Yes.
17    Q.   So you agree that not having access
18 to mental health treatment can impact students'
19 mental health?
20    A.   Yes.
21    Q.   It can exacerbate existing problems?
22    A.   Yes.
23    Q.   And it can impact academic
24 performance?
25    A.   Yes.

Page 123

1    Q.   Now, during the time that you've
2 been superintendent, TUSD has faced shortages of
3 various positions that provide medical, social
4 emotional support to students, right?
5    A.   At times, yes.
6    Q.   So TUSD has at times faced counselor
7 shortages?
8    A.   Yes.
9    Q.   It has faced shortages of social
10 workers?
11    A.   Yes.
12    Q.   Psychologists?
13    A.   Yes.
14    Q.   Nurses?
15    A.   Not so much nurses.  The other
16 three, yes.
17    Q.   You're not aware of shortages of
18 nurses?
19    A.   Not aware of shortage of nurses.
20       MS. DEGTYAREVA:  Let's take a look
21 at -- this is Tab 22, and we'll mark it as
22 Exhibit 17.
23       (Whereupon, Tucson-Trujillo-17 was
24       marked for identification.)
25       ///

Page 124

1 BY MS. DEGTYAREVA:
2    Q.   Let me know when you're ready.
3    A.   I'm ready.
4    Q.   So this is an e-mail, and again
5 we're looking -- we're going to look at the
6 bottom of the first page, 502.
7    A.   Yep.  Yes.
8    Q.   Let's go down to 503, which is the
9 second page, and you'll see at the bottom
10 there's an e-mail from Bonnie Kneller?
11    A.   Yes.
12    Q.   Who is Bonnie Kneller?
13    A.   She's the former social worker at
14 Tucson High.
15    Q.   This is an e-mail from October 27,
16 2021, right?
17    A.   Yes.
18    Q.   And this is right around the time
19 that TUSD was returning to in-person classes
20 after the pandemic?
21    A.   Yes.
22    Q.   So in the second paragraph of
23 Ms. Kneller's e-mail, she says, "I feel
24 compelled to inform you that 9 Licensed
25 Independent Clinical Social Workers have

Page 125

1 resigned or retired over the last 6 months.  Not
2 only did the new positions not get filled this
3 summer, but, we are short many positions and
4 more to come as the year progresses."
5       Right?
6    A.   Yes.
7    Q.   As superintendent were you concerned
8 that nine social workers left within six months?
9    A.   Yes.
10    Q.   And were you concerned that they
11 were short many positions as you were getting
12 ready to return to in-person learning?
13    A.   Yes.
14    Q.   And then skipping a sentence, she
15 goes on to say, "As I have shared with you
16 before, the Social Workers in TUSD are not
17 receiving commensurate salaries for their years
18 of experience, licensure and certifications, and
19 caseloads as well as student population.  I am
20 sad to see many of my very skilled and committed
21 colleagues leave the district to work in other
22 districts or leave education to receive
23 acceptable compensation and caseloads."
24       Right?
25    A.   Yes.

CONFIDENTIAL

Page 126

1    Q.   So there was a concern that social
2 workers were not being paid enough by TUSD,
3 right?
4    A.   Yes.
5    Q.   And there was a concern that their
6 caseloads were too high?
7    A.   Yes.
8    Q.   Are those concerns you've heard
9 before?
10    A.   Yes.
11    Q.   And the compensations and caseloads
12 made it difficult for TUSD to fill the --
13    A.   Yes.
14    Q.   -- vacant social worker positions,
15 right?
16    A.   Yes.  Also shortage of applicants.
17    Q.   And shortage of applicants?
18    A.   All three of those factors, yes.
19    Q.   So going on to the next page, in the
20 first full paragraph she talks about some
21 problems that she's been seeing.  "33 percent
22 increase of teen suicidality, 51 percent
23 increase in depression and anxiety amongst
24 teens, and 7 times the amount of critical
25 violent incidents on our campus."

Page 127

1        Right?
2    A.   Yes.
3    Q.   She talks about "a visceral sense of
4 volatility and vulnerability amongst students
5 and staff."
6        Right?
7    A.   Yes.
8    Q.   And "a substantial increase in
9 incidents and referrals for the substance groups
10 currently, I received 15 referrals over the last
11 2 weeks."
12        Right?
13    A.   Yes.
14    Q.   She's talking about an increase in
15 substance abuse, violence, and other issues,
16 right?
17    A.   Yes.
18    Q.   And then she goes on to say in the
19 next paragraph, "At this perilous time in our
20 society dealing with a world pandemic and its
21 effects on education, Social Workers are
22 essential to address the widespread mental
23 health and safety issues on our campuses."
24        Right?
25    A.   Yes.

Page 128

1    Q.   Do you agree with Ms. Kneller that
2 the world pandemic had an effect on education
3 and the campuses?
4    A.   Yes.
5        Procedurally when you say "right,"
6 you're looking for a yes-or-no answer, correct?
7    Q.   That's right.
8    A.   Okay.  So I just want to be clear,
9 because there are times you're asking me direct
10 questions and then sometimes you say "right," so
11 I'm a little -- so "right" means, you see this,
12 yes or no, is that correct, when we're reading
13 through these documents and you say "right"?
14    Q.   If I'm asking you, does so and so
15 say X, right, then, yes, I'm asking if that's
16 accurate.
17    A.   Okay.  All right.  Just clarifying
18 that.  All right.
19    Q.   So I think my question there was, do
20 you agree with Ms. Kneller that the world
21 pandemic had an effect on education and TUSD's
22 campuses?
23    A.   Yes.
24    Q.   And do you agree that not having
25 access to a social worker at a school can impact

Page 129

1 students' mental health?
2    A.   Yes.
3        MS. DEGTYAREVA:  All right.  Let's
4    go to Tab 96, and we'll mark that as
5    Exhibit 18.
6        (Whereupon, Tucson-Trujillo-18 was
7        marked for identification.)
8 BY MS. DEGTYAREVA:
9    Q.   If you look at this exhibit, you see
10 at the top it says, Proposal Title:  Registered
11 Nurse Salary Modification, right?
12    A.   Yes.
13    Q.   And this is from Joseph Gaw, the
14 director of health services, right?
15    A.   Yes.
16    Q.   It was submitted January 26th of
17 2023?
18    A.   Yes.
19    Q.   And if we go to page 2, which ends
20 in Bates 992, do you see a section titled
21 Justifications?
22    A.   Yes.
23    Q.   And you'll see there it says,
24 "School Nurses are key members of the academic
25 team that impact student success directly.  The

33 (Pages 126 - 129)

CONFIDENTIAL

Page 130

1 employment of a school nurse increases
2 attendance through the promotion of health and
3 disease prevention/management, improve academic
4 performance through the promotion of a healthy
5 student who is ready to learn, reduce time for
6 administrative involvement for health-related
7 issues, promotes staff wellness, and promotes
8 accountability with state-level compliance and
9 response to health-related emergencies."
10        Do you see that?
11    A.   Yes.
12    Q.   Do you agree that school nurses are
13 important for students' health, including their
14 mental health?
15    A.   Yes.
16    Q.   And then if we go to the page ending
17 in 996, you'll see that it lists -- there's a
18 section called Current Challenges, right?
19    A.   Yes.
20    Q.   So the first challenge is
21 Recruitment of Registered Nurses, right?
22    A.   Yes.
23    Q.   And it says, "As of January 9, 2023,
24 6.24 FTE vacancies remain for RNs, which has
25 been difficult to recruit."

Page 131

1        Right?
2    A.   Yes.
3    Q.   And if you see at the bottom of that
4 paragraph, it says that at the current rate of
5 hiring, it would take 3.8 calendar years to hire
6 the remaining six FTE positions necessary for
7 full staffing of RNs assuming 100 percent
8 retention, right?
9    A.   Yes.
10    Q.   Then the next challenge listed here
11 is Registered Nurse Salary Market Value, right?
12    A.   Yes.
13    Q.   And it talks about RN salaries at
14 TUSD at this time being 30 percent under the
15 market value, right?
16    A.   Yes.
17    Q.   So like with the social workers,
18 there was a concern that nurses weren't being
19 paid enough?
20    A.   Yes.
21    Q.   And there were concerns that it was
22 difficult to recruit nurses, right?
23    A.   Yes.
24    Q.   And then going on to page 7, the
25 page ending in Bates 997, another challenge

Page 132

1 listed here is Stress and Burnout of Healthcare
2 Staff, right?
3    A.   Yes.
4    Q.   And you'll see under that it says,
5 "Absenteeism (all health-related staff) is a
6 constant challenge for Health Services with the
7 most absences occurring on Fridays...with the
8 most absences occurring in quarter 2 so far this
9 year."
10        Right?
11    A.   Yes.
12        MR. CUTLER:  I want to clarify
13    again, too, you're just asking him does
14    that say that, right?
15        MS. DEGTYAREVA:  I'm asking him if
16    this document says that.
17        THE WITNESS:  If I'm seeing this and
18    it says it, yes.
19        MR. CUTLER:  The document says what
20    it says.  Why are we asking -- that's
21    fine, keep going.
22        MS. DEGTYAREVA:  Okay.
23 BY MS. DEGTYAREVA:
24    Q.   So the document said that
25 absenteeism for health-related staff -- for all

Page 133

1 health-related staff is a problem, correct?
2    A.   Yes.
3    Q.   And at the bottom of that paragraph
4 it says, "when an UAP is absent, then the RN is
5 required to cover that location exclusively,
6 which may result in other locations not
7 receiving coverage."
8        Right?
9    A.   Yes, that's what it says.
10    Q.   Do you agree that not having access
11 to comprehensive health services at a school,
12 including a registered nurse, that can impact
13 students' health?
14    A.   For the --
15        MR. CUTLER:  Form, foundation, calls
16    for speculation, incomplete hypothetical.
17        You can answer.
18        THE WITNESS:  For the students in
19    need of those services, yes.
20 BY MS. DEGTYAREVA:
21    Q.   And that could include their mental
22 health, right?
23    A.   Yes.
24        MS. DEGTYAREVA:  Let's look at
25    Tab 23.  We'll mark that as Exhibit 19.

34 (Pages 130 - 133)

CONFIDENTIAL

Page 134

1          (Whereupon, Tucson-Trujillo-19 was
2          marked for identification.)
3 BY MS. DEGTYAREVA:
4     Q.   So if you look at the first page,
5 this says it's a TUSD Governing Board
6 Presentation, right?
7     A.   Yes.
8     Q.   And the title of the presentation is
9 TUSD School Counseling Vacancy Plan -
10 Contracting Social Workers, right?
11    A.   Yes.
12    Q.   So this is a presentation that was
13 given at a governing board meeting?
14    A.   Yes.
15    Q.   Then if you go to the third page of
16 this document which ends in Bates 643, do you
17 see there's a slide titled School counselors and
18 Mental Health?
19    A.   Yes.
20    Q.   And this says that, "The American
21 School Counselor Association recommends a ratio
22 of 250:1."
23         Right?
24    A.   Yes.
25    Q.   That's 250 counselors for 1 student?

Page 135

1     A.   Yes.
2     Q.   And were you familiar with that
3 recommendation before today?
4     A.   Yes.
5     Q.   And it says that the ratio is
6 important "to support the whole child's access
7 to academic advisement, post-secondary
8 readiness, and mental health/social emotional
9 resources for individuals, small groups, and
10 whole classes."
11         Right?
12    A.   Yes.
13    Q.   But according to this presentation,
14 TUSD's ratio at this time was 500 counselors to
15 1 student, right?
16    A.   Yes.
17    Q.   Some schools didn't have a
18 counselor, right?
19    A.   No.
20         MR. CUTLER:  Object to form.
21 BY MS. DEGTYAREVA:
22    Q.   And there were -- no, some schools
23 did not have a counselor -- did some schools not
24 have counselors?
25    A.   All schools get counseling services.

Page 136

1 It's different according to the size of the
2 student body.
3     Q.   Are there some schools that don't
4 have a full-time counselor assigned to that
5 school?
6     A.   Yes.
7     Q.   And are there some schools where the
8 ratio of counselors to students is over 500?
9     A.   Yes.
10    Q.   Do you know what TUSD's
11 counselor-to-student ratio is today?
12    A.   We staff it at 1 to 500.
13    Q.   So it's remained the same?
14    A.   Due to budgetary constraints, yes,
15 it remains the same.
16         MS. DEGTYAREVA:  Now let's take a
17         look as Tab 44, which we're going to mark
18         as Exhibit 20.
19         (Whereupon, Tucson-Trujillo-20 was
20         marked for identification.)
21 BY MS. DEGTYAREVA:
22    Q.   Are you familiar with this document?
23    A.   Yes.
24    Q.   You'll see at the top it says,
25 2018-2019 Instructional Priorities/Funding

Page 137

1 Goals?
2     A.   Yes.
3     Q.   So does this reflect the priorities
4 and funding goals for the 2018 to 2019 school
5 year?
6     A.   Yes.
7     Q.   Now, on the first page ending in
8 Bates 784, do you see the heading, Additional
9 1.0 Counselors at all High Schools, K-8 schools,
10 and Middle Schools?
11    A.   Yes.
12    Q.   And the paragraph underneath starts,
13 "With ratios of 1 to 500, counselors are not
14 able to effectively provide the one on one or
15 even small group interventions needed to address
16 truancy, academic failure and underperformance,
17 student interpersonal issues, or the
18 socio-emotional support that many students need
19 due to relational issues at home and at school."
20         Right?
21    A.   Yes.
22    Q.   Do you agree that not having enough
23 counselors can hurt counselors' ability to
24 address truancy?
25    A.   I agree, yes.

35 (Pages 134 - 137)

CONFIDENTIAL

Page 138

1    Q.   Do you agree that it can hurt their
2 ability to address academic underperformance?
3    A.   Yes.
4    Q.   Do you agree that it can hurt their
5 ability to address student interpersonal issues?
6    A.   Absolutely, yes.
7    Q.   And do you agree that not having
8 enough counselors can affect their ability to
9 provide the socio-emotional support that
10 students need due to relational issues at home
11 and at school?
12    A.   Yes.
13    Q.   And social media is not mentioned
14 here, right?
15    A.   Not in what I'm reading here.
16    Q.   Okay.  Defendants' platforms are not
17 mentioned here?
18    A.   No.
19    Q.   And do you agree that with the ratio
20 of 1 to 500 counselors, counselors are not able
21 to effectively do all of these things that we
22 just talked about?
23         MR. CUTLER:  Object to form.
24         THE WITNESS:  Very limited.  I would
25    not say unable, but very limited.

Page 139

1 BY MS. DEGTYAREVA:
2    Q.   They have a limited ability?
3    A.   They have a limited ability.  Until
4 I get the $2 million to get them more staffing,
5 yes, very limited.
6    Q.   So this document is from 2018?
7    A.   Yes.
8    Q.   In the past seven years the ratio of
9 counselors has remained 500 to 1, right?
10    A.   For the lack of the $2 million, yes.
11    Q.   And you agree that having more
12 counselors would have a positive impact on
13 mental health?
14    A.   Yes.  Yes.
15         MS. DEGTYAREVA:  Let's take a look
16    at Tab 24.  We'll mark that as Exhibit 21.
17         (Whereupon, Tucson-Trujillo-21 was
18         marked for identification.)
19 BY MS. DEGTYAREVA:
20    Q.   So this is an e-mail from Erica
21 DePenna to a number of people, and she CCs you.
22         Do you see that?
23    A.   Yes.
24    Q.   Who is Erica DePenna?
25    A.   I think she was an employee in the

Page 140

1 district.  I get a lot of these over the years,
2 but I -- yeah, counselor in the district at the
3 time.
4    Q.   She was a counselor in the district.
5         And if you look at the second page
6 ending in Bates 154, you'll see under her name
7 it says Warren Elementary School Counselor?
8    A.   Yes.
9    Q.   Does that sound familiar?
10    A.   Yeah, Warren, one of our schools.
11    Q.   So going back to the first page, she
12 writes in the first paragraph, "I am writing in
13 support of the upcoming discussion about school
14 counselor salaries and ratios.  I could
15 reiterate what I'm sure you have already heard
16 plenty of (school counselors' pay in TUSD is not
17 commensurate to the required level of education
18 needed to perform our jobs)."
19         Do you see that?
20    A.   Yes.
21    Q.   So Ms. DePenna was concerned about
22 the counselor ratio, right?
23    A.   Yes.
24    Q.   And Ms. DePenna expressed that one
25 of the causes of the shortage of counselors was

Page 141

1 that counselors were not getting paid enough?
2    A.   Right.  Correct, yes.
3    Q.   Is that a concern you've heard
4 previously?
5    A.   Yes.
6    Q.   And that's the same concern that was
7 raised for nurses and for social workers, right?
8    A.   Yes.
9    Q.   And in the second paragraph from the
10 bottom, the beginning of that paragraph, she
11 said, "If our schools had more mental health
12 professionals, we would need less police
13 officers," right?
14    A.   That's what it says, yes.
15    Q.   TUSD employs its own armed security
16 force, right?
17    A.   School safety, yes.
18    Q.   School safety.
19         And school safety, that involves
20 having armed officers on its campuses, right?
21    A.   They're not on all of our campuses.
22 They patrol the district.
23    Q.   Armed officers --
24    A.   Armed officers.
25    Q.   -- patrol the district?

36 (Pages 138 - 141)

Page 142
1    A.   They patrol the district, yeah.
2    Q.   And those armed officers who patrol
3 the district, having them is actually one of
4 TUSD's priorities, right?
5    A.   Yes.
6    Q.   So do you recall the YouTube video
7 clip on school safety that we watched earlier?
8    A.   Yes.
9    Q.   In the clip we watched earlier, you
10 talked about safety and security being your most
11 important priority --
12    A.   Yes.
13    Q.   -- do you remember that?
14        Let's watch another clip from that
15 video.
16        MS. DEGTYAREVA:  This is going to be
17 Tab 25C.  We'll mark it as Exhibit 22.
18        (Whereupon, Tucson-Trujillo-22 was
19        marked for identification.)
20    (Video clip played.)
21 BY MS. DEGTYAREVA:
22    Q.   So TUSD runs its own department of
23 school safety, right?
24    A.   Yes.
25    Q.   And that department includes 30

Page 143
1 dedicated armed officers, right?
2    A.   Yes.
3    Q.   They're deployed every day
4 throughout the district?
5    A.   Yes.
6    Q.   They're on school campuses?
7    A.   They can get called to school
8 campuses.  They're stationed in zones where
9 they're never more than ten minutes, five
10 minutes away from a particular campus.
11    Q.   So when they get called to school
12 campuses, they go to a school campus?
13    A.   Yes.
14    Q.   They work around the clock?
15    A.   Yes, in shifts, yes.
16    Q.   They have patrol cars?
17    A.   They have patrol cars, yes.
18    Q.   And TUSD is the only district with
19 an armed security force?
20        MR. CUTLER:  Object to form.
21        THE WITNESS:  Yes.
22 BY MS. DEGTYAREVA:
23    Q.   So this is not something that is a
24 standard for all school districts?
25    A.   No, it's not.

Page 144
1    Q.   Do you know, how much does it cost
2 the district each year to have this dedicated
3 armed force?
4    A.   I don't have that figure off the top
5 of my head.
6    Q.   TUSD also spends a lot of money on
7 its administrators, right?
8    A.   Relative to our size, we are the
9 smallest administrative expenditure percentage
10 in Pima County.  8.6 percent, I believe, of our
11 total budget, which is the smallest in Pima
12 County.
13    Q.   Let's take a look back at the
14 Arizona Auditor General report, which I believe
15 was Exhibit 2.
16    A.   Correct.  The classroom dollar
17 report will give the percentage.
18    Q.   So on -- well, the Arizona Auditor
19 General assesses how school districts spend
20 money --
21    A.   Correct.
22    Q.   -- compared to other districts,
23 right?
24    A.   Yes.
25    Q.   Let's look at page 6 of this report.

Page 145
1 And again, this is for fiscal year 2024.
2        So on page 6 you'll see at the top
3 it's labeled Operational efficiency measures,
4 right?
5    A.   Yes.
6    Q.   And then it has Operational areas in
7 the chart?
8    A.   Yes.
9    Q.   The first area is "Administration,"
10 right?
11    A.   Yes.
12    Q.   And it lists the state average, the
13 peer average, and the district, right?
14    A.   Yes.
15    Q.   And according to the Arizona Auditor
16 General, the district spending relative to the
17 peer average on administration was very high,
18 right?
19    A.   Correct.  Stipulating that peer
20 districts include those that are in Maricopa
21 County and around the state of Arizona, not
22 what's in Pima County.
23    Q.   Okay.  So according to the
24 Arizona --
25    A.   Auditor General.

37 (Pages 142 - 145)

CONFIDENTIAL

Page 146

1    Q.   -- Auditor General, the district
2  spending on administration is very high relative
3  to the peer average?
4    A.   Relative to the peers, yes.
5    Q.   Do you disagree with the numbers
6  here?
7    A.   No.
8    Q.   Now, there's an -- Auditor General
9  also tracks teacher salaries, right?
10    A.   Yes.
11    Q.   Let's take a look at page 10 of this
12  document.  You'll see there's a chart here that
13  says, District average teacher salary compared
14  to State average for fiscal years 2017
15  through 2024, right?
16    A.   Yes.  As a point of clarification, I
17  want to make sure we're all of the same
18  understanding that the Auditor General's term
19  "administrative spending" is beyond on
20  administratives.  It means on administrator
21  salaries.
22         I want to make sure that it's
23  understood, it talks about any expenditure going
24  on outside of a school, could include payroll,
25  human resources cost, facilities, operations and

Page 147

1  school safety, just as a point of clarification.
2    Q.   So TUSD spending on all things
3  related to the administration is very high
4  compared to its peer districts?
5    A.   Yes.
6    Q.   Now, taking a look at page 10, the
7  chart says -- is called District average teacher
8  salary compared to State average for fiscal
9  years 2017 to 2024, right?
10    A.   Yes.
11    Q.   This lines up with the time you were
12  superintendent?
13    A.   Yes.
14    Q.   And if you look at this chart,
15  compared to its peers in -- well, I'm sorry,
16  compared to the state average, from 2018
17  through 2024 TUSD teacher salaries have been
18  consistently less than the average Arizona
19  teacher salary, right?
20    A.   Yes.
21    Q.   Are you aware that in August of 2022
22  there were some educational staff listening
23  sessions held that asked TUSD staff about any
24  concerns they had?
25    A.   Yes.

Page 148

1    Q.   And have you previously reviewed the
2  results of those listening sessions?
3    A.   It's been a while, yes.
4         MS. DEGTYAREVA:  Let's take a look
5  at Tab 26, which we'll mark as Exhibit 23.
6         (Whereupon, Tucson-Trujillo-23 was
7         marked for identification.)
8  BY MS. DEGTYAREVA:
9    Q.   So this is again an Excel.  We're
10  giving you a slip sheet, but the Excel will be
11  up on the screen.
12         And if you look at the slip sheet in
13  front of you, on the second page this has the
14  metadata, and you see the file name.  It says,
15  Listening Session Analysis 1?  Do you have it in
16  front of you?
17    A.   Yes.
18         MS. DEGTYAREVA:  Okay.  So can we
19  please pull up the Excel, and let's look
20  at the Tab labeled "Q3 Concerns."
21    Q.   Do you recall who was involved in
22  the listening sessions?
23    A.   No.
24    Q.   What types of staff members?
25    A.   No.

Page 149

1    Q.   Now, in this tab you'll see at the
2  top the question is, "What are your concerns,"
3  right?
4    A.   Yes.
5    Q.   And looking at some of the
6  responses, they include things like lack of
7  staffing at various levels, including support
8  staff?
9    A.   Yes.
10    Q.   They include, this is on line 16,
11  "Teachers leaving profession," right?
12    A.   Yes.
13    Q.   Line 19, "Classroom overcrowding,"
14  right?
15    A.   Yes.
16    Q.   The next row says, "Drug and alcohol
17  abuse"?
18    A.   Yes.
19    Q.   Row 25 says, "Other traumas in
20  school, lockdown that was not a drill,"
21  etcetera, right?
22    A.   Row 25, yes.
23    Q.   27, row 27 says, "Emotional burden
24  from societal issues (exposure to deep rooted
25  systemic inequities, collective

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1 trauma/grief/loss)"?
2    A.  Row 27, yes, that's what it says.
3    Q.  Do you agree that these concerns
4 raised by TUSD staff are all things that can
5 impact students' mental health?
6        MR. CUTLER:  Object to form,
7    foundation.
8        THE WITNESS:  I've heard these
9    concerns raised by teachers across the
10    region, so inclusive of TUSD, Marana,
11    Sunnyside, and everybody listed here, yes.
12 BY MS. DEGTYAREVA:
13    Q.  And you agree that these concerns
14 raised by TUSD staff can impact students' mental
15 health?
16    A.  I agree these concerns as raised by
17 Arizona teachers across the board can impact
18 mental health, yes.
19    Q.  Including TUSD teachers?
20    A.  Inclusive of TUSD and Sunnyside and
21 Marana and everywhere I've been in my career,
22 yes.
23    Q.  These concerns raised by TUSD staff
24 can also impact students' academic
25 performance --

Page 151

1    A.  Yes.
2    Q.  -- right?
3    A.  Yes.
4    Q.  And if you -- again, we can scroll
5 through this spreadsheet --
6    A.  For clarification, we're referencing
7 a document that references listening sessions
8 across Pima County, and actually notes
9 contributions from staff from Marana and
10 Sunnyside, which are fairly large districts that
11 would also be inclusive of our region, which is
12 why I reference them because they're in the
13 document.
14    Q.  And to be clear, this includes
15 concerns raised by TUSD teachers as well?
16    A.  Yeah, it's presented as a regional
17 document, which is why I reference these other
18 districts that are there.  But, yes, TUSD is
19 here.
20    Q.  Okay.
21        MS. DEGTYAREVA:  So let's again
22    scroll through the document so
23    Dr. Trujillo has a chance to see the
24    things mentioned here.
25        THE WITNESS:  Yeah.

Page 152

1 BY MS. DEGTYAREVA:
2    Q.  Social media is not mentioned here
3 as a concern that was raised?
4    A.  Not on this document.
5    Q.  And cellphones are not mentioned
6 here as a concern that was raised?
7    A.  They are not on this document.
8    Q.  Now let's go to the tab called "Q4
9 stress and burnout."  And the question listed
10 here is, "In your opinion, what are the core
11 issues of stress and burnout in your workplace,"
12 right?
13    A.  Yes.
14    Q.  Okay.  This lists things like,
15 "Salary/financial struggles and unfairness (subs
16 making more)," right?
17    A.  Yes.
18    Q.  Line 6 lists "shortage of
19 subs/bodies"?
20    A.  Yes.
21    Q.  "Lack of teacher health and safety"
22 is mentioned at the bottom, right?
23    A.  Yes.
24    Q.  And again, social media is not
25 mentioned here?

Page 153

1    A.  Not on this document, no.
2    Q.  And cellphones are not mentioned in
3 this tab?
4    A.  Not on this document, no.
5    Q.  Now let's go to the tab titled "Q5
6 Potential Solutions."  The question at the top
7 says, "What are some potential solutions to
8 these core issues," right?
9    A.  Yes.
10    Q.  The answers include things like,
11 "Wellness benefits/spaces for employees," right?
12    A.  Yes.
13    Q.  "More staff (teachers, counselors,
14 subs)," right?
15    A.  Yes.
16    Q.  "Smaller class sizes"?
17    A.  Yes.
18    Q.  If we go a little lower down,
19 "Higher pay for teachers and support staff,"
20 right?
21    A.  Yes.
22    Q.  Okay.
23        MS. DEGTYAREVA:  Can we scroll down
24    through the document so Dr. Trujillo has a
25    chance to see the entire thing?

39 (Pages 150 - 153)

CONFIDENTIAL

Page 154

1 BY MS. DEGTYAREVA:
2    Q.   So this tab of potential solutions
3 doesn't mention anything about social media,
4 right?
5    A.   Not on this document, no.
6    Q.   And the tab about potential
7 solutions doesn't mention anything about
8 cellphones, right?
9    A.   Not on this document, no.
10    Q.   Has abuse of substances like
11 alcohol, tobacco, or other drugs been a problem
12 in the TUSD community?
13    A.   It's been a problem everywhere I've
14 worked, Phoenix Union and Tucson Unified School
15 District.
16    Q.   So including in Tucson Unified
17 School District, substance use is a widespread
18 issue, right?
19    A.   I don't say it's widespread.  It's a
20 problem.
21    Q.   It's a problem?
22    A.   Not widespread.  It's a problem.
23    Q.   It is a problem?
24    A.   Yes.  Any time a young person uses
25 these substances, it is a problem.

Page 155

1    Q.   And it is a problem because students
2 abusing alcohol or drugs or tobacco can impact
3 mental health, right?
4    A.   Yes.
5    Q.   It can impact other health as well?
6    A.   Yes.
7    Q.   It can cause behavioral issues in
8 school?
9    A.   Yes.
10    Q.   It can impact, again, performance,
11 right?
12    A.   Yes.
13    Q.   And TUSD -- I think you mentioned
14 this earlier, but TUSD actually filed a lawsuit
15 against vaping manufacturers, right?
16    A.   Yes.
17    Q.   Arguing that vaping products were
18 causing their students to suffer harms, right?
19    A.   Yes.
20        MS. DEGTYAREVA:  Now let's take a
21 look at Tab 28, which we'll mark as
22 Exhibit 24.
23        (Whereupon, Tucson-Trujillo-24 was
24        marked for identification.)
25        ///

Page 156

1 BY MS. DEGTYAREVA:
2    Q.   So you'll see at the top it says,
3 Agenda for Regular Board Meeting, October 16,
4 2019, right?
5    A.   Yes.
6    Q.   Is this an agenda for a Tucson
7 Unified School District board meeting?
8    A.   Yes.
9    Q.   And if you turn to pages 20 --
10 page 28 of this document, you'll see at the
11 bottom action number 9.1, right?  On page 28 do
12 you see that?
13    A.   These are enumerated a little
14 differently, so it will take me a minute.
15        I do see on the screen.
16    Q.   So it's the page that says 28/30.
17        MR. CUTLER:  It's like the
18    second-to-last page.
19        THE WITNESS:  Second-to-last page.
20    I see it, yes.
21 BY MS. DEGTYAREVA:
22    Q.   So action 9.1 was "Consideration of
23 Participation in Vape Related Litigation."
24 Right?
25    A.   Yes.

Page 157

1    Q.   And then on the next page, under
2 "Purpose," it says that the purpose of the
3 agenda item was "to inform the Governing Board
4 of an opportunity to join class action
5 litigation against manufacturers, distributors,
6 and sellers of electronic cigarettes and vaping
7 products for damages incurred by the district,"
8 right?
9    A.   Yes.
10    Q.   The recommendation of the
11 administration was for the board to approve the
12 participation in the class action litigation,
13 right?
14    A.   Yes.
15    Q.   You're listed as a presenter here?
16    A.   Yes.
17    Q.   And was it your recommendation to
18 participate in the lawsuit?
19    A.   It was my recommendation as
20 superintendent, but that decision was made in
21 consultation with my leadership team, feedback
22 from multiple sources.
23    Q.   So let's take a look at a video clip
24 from this board meeting.
25        MS. DEGTYAREVA:  This is Tab 29, and

40 (Pages 154 - 157)

CONFIDENTIAL

Page 158

1     we'll mark it as Exhibit 25.
2           (Whereupon, Tucson-Trujillo-25 was
3           marked for identification.)
4           (Video clip played.)
5 BY MS. DEGTYAREVA:
6     Q.    In this board meeting you refer to
7 vaping as problem number one, right?
8     A.    Yes.
9     Q.    So it was a high priority for the
10 district?
11    A.    Yes.
12    Q.    In this board meeting you did not
13 refer to social media as problem number one?
14    A.    Not at this board meeting, no.
15    Q.    This was in 2019, right?
16    A.    Yes.
17    Q.    And on page 29 of the board agenda,
18 so going back to -- we marked that as
19 Exhibit 24, I believe, do you see where it says
20 under Description/Justification, "It is
21 requested that the board take action to
22 authorize the engagement of Wagstaff & Cartmell,
23 LLP, a law firm located in Kansas City,
24 Missouri, and Miller, Pitt, Feldman & McAnally,
25 PC, to investigate the viability of and

Page 159

1 potential prosecution of an action against such
2 manufacturers and/or distributors and/or
3 sellers."  Right?
4     A.    Yes.
5     Q.    Wagstaff & Cartmell is a law firm?
6     A.    Yes.
7     Q.    And counsel from this law firm
8 Wagstaff & Cartmell actually presented to the
9 TUSD board at the board meeting on why it should
10 join the litigation against JUUL, right?
11    A.    Yes.
12    Q.    TUSD board's approved and TUSD ended
13 up suing JUUL Labs and Altria Group, right?
14    A.    Yes.
15    Q.    And TUSD's counsel in that
16 litigation included Wagstaff & Cartmell?
17    A.    Yes.
18    Q.    Wagstaff & Cartmell represents TUSD
19 in this case, right?
20    A.    Yes.
21    Q.    An attorney for Wagstaff & Cartmell
22 is sitting next to you today, right?
23    A.    Yes.
24          MS. DEGTYAREVA:  Let's look at
25     Tab 30, and we'll mark this as Exhibit 26.

Page 160

1           (Whereupon, Tucson-Trujillo-26 was
2           marked for identification.)
3 BY MS. DEGTYAREVA:
4     Q.    While we're pulling that up, did an
5 attorney from Wagstaff & Cartmell represent you
6 in the deposition that you participated in in
7 JUUL?
8     A.    Yes.
9     Q.    So Exhibit --
10          MR. CUTLER:  This seems more
11     pro forma than anything else.
12          THE WITNESS:  This is online?  Okay.
13 BY MS. DEGTYAREVA:
14    Q.    Exhibit 26 is -- you see it's called
15 Second Amended Complaint, and the case name is
16 In Re: JUUL Labs, Incorporated Marketing, Sales
17 Practices, and Products Liability Litigation,
18 right?
19    A.    What page are we on?
20    Q.    The very front page.
21    A.    Okay.
22    Q.    Do you see that?
23    A.    Yes.
24    Q.    This is a complaint that was
25 filed -- this is a complaint that was filed in

Page 161

1 the case against JUUL, right?
2     A.    Yes.
3     Q.    And if you look at, this is near the
4 very end of the document -- well, the page on
5 the document, it's Bates ending in 528, very,
6 very close to the end.  Do you see it?
7     A.    I don't know where we're at.  This
8 is huge.
9     Q.    If we go --
10    A.    To the last page, the third, fourth,
11 fifth?
12    Q.    No, it's not that.  I can't count
13 the number of pages, but it's ending in 528 on
14 the bottom.
15          MR. CUTLER:  She wants to make that
16     point.
17          THE WITNESS:  312 of 356, okay, let
18     me go over there.
19 BY MS. DEGTYAREVA:
20    Q.    There are a lot of different page
21 numbers on here so it's a little bit confusing
22 directing.
23    A.    Right.
24    Q.    Okay.  So you'll see there's a
25 signature block, and at the bottom it says

41 (Pages 158 - 161)

Page 162
1  "Attorneys for Plaintiff Tucson Unified School
2  District."
3        Right?
4     A.  Yes.
5     Q.  So this is the Complaint that was
6  filed by Tucson Unified School District --
7     A.  Yes.
8     Q.  -- in the case against JUUL, right?
9     A.  Yes.
10    Q.  And the name of the law firm at the
11 top is Wagstaff & Cartmell LLP, right?
12    A.  Mm-hmm, yes.
13    Q.  It's signed by one of the lawyers
14 from that law firm?
15    A.  Yes.
16    Q.  And in the JUUL litigation TUSD
17 alleged that e-cigarettes had negative mental
18 health effects on students, right?
19    A.  Yes.
20    Q.  It alleged that it had to devote
21 increased teacher time to addressing the
22 problems caused by e-cigarettes, right?
23    A.  Yes.
24    Q.  It alleged that JUUL was again the
25 number one problem facing its schools?

Page 163
1     A.  Yes.
2     Q.  And it alleged that e-cigarettes
3  caused disruption in schools, right?
4     A.  Caused disruption, yes.
5     Q.  TUSD alleged that it had to expend
6  significant resources to address the problems
7  caused by e-cigarettes, right?
8     A.  Yes.
9     Q.  And TUSD eventually settled the case
10 against JUUL and Altria, right?
11    A.  Yes.
12       MS. DEGTYAREVA:  Let's take a look
13    at Tab 31, we'll mark this as Exhibit 27.
14       (Whereupon, Tucson-Trujillo-27 was
15       marked for identification.)
16 BY MS. DEGTYAREVA:
17    Q.  So Exhibit 27, is this another --
18 this is an agenda for a TUSD board meeting?
19    A.  Yes.
20    Q.  And it's dated -- it's for the
21 March 14, 2023 meeting, right?
22    A.  Yes.
23    Q.  Now, you'll see there's a
24 paragraph -- well, the subject is, 6.5
25 Consideration of Class Action Settlement with

Page 164
1  JUUL Labs Inc., right?
2     A.  Yes.
3     Q.  And then under
4  Description/Justification, the third paragraph
5  says, "In December 2022, the parties developed a
6  settlement proposal totalling approximately
7  $436 Million for the participating school
8  districts.  TUSD's allocation of this settlement
9  amount is $10,559,068."
10       Right?
11    A.  Yes.
12    Q.  And TUSD did eventually settle the
13 case for approximately $10 million, right?
14    A.  Yes.
15    Q.  And then TUSD's attorneys in that
16 case received 25 percent of the settlement
17 amount, correct?
18    A.  Yes.
19       MS. DEGTYAREVA:  Now let's take a
20    look at Tab 32, we'll mark this as
21    Exhibit 28.
22       (Whereupon, Tucson-Trujillo-28 was
23       marked for identification.)
24 BY MS. DEGTYAREVA:
25    Q.  Okay.  This is an agenda for a TUSD

Page 165
1  board meeting on August 22nd, 2023, right?
2     A.  Yes.
3     Q.  And TUSD settled with the Altria
4  defendants in the approximate amount of
5  $3 million, right?
6     A.  Yes.
7     Q.  And then TUSD's attorneys in that
8  case received 25 percent of that settlement
9  amount as well, right?
10    A.  Yes.
11       MS. DEGTYAREVA:  Let's take a look
12    at Tab 33.  We'll label that Exhibit 29.
13       (Whereupon, Tucson-Trujillo-29 was
14       marked for identification.)
15 BY MS. DEGTYAREVA:
16    Q.  So let's go to the second-to-last
17 page of the e-mail.  It's the one ending in 619.
18       And you see this is an e-mail from
19 William Shinoff, right?
20    A.  Yes.
21    Q.  William Shinoff is an attorney for
22 the Frantz Law Group, right?
23    A.  Yes.
24    Q.  And the Frantz Law Group was also
25 one of your counsel in the JUUL litigation?

42 (Pages 162 - 165)

CONFIDENTIAL

Page 166

1    A.  Yes.
2    Q.  This e-mail is dated January 27,
3  2023, right?
4    A.  Yes.
5    Q.  That's approximately one month after
6  JUUL had agreed to the settlement that would pay
7  TUSD $10 million, right?
8    A.  Yes.
9    Q.  And in the e-mail from the Frantz
10  Law Group, in the first paragraph it says,
11  "Frantz Law Group attorneys and staff have been
12  working tirelessly representing your district as
13  well as nearly 1000 school districts across the
14  country against JUUL Labs, Altria, and others,
15  to hold them accountable for the youth vaping
16  epidemic that is impacting our nation.  As a
17  result of these efforts, in December 2022, a
18  proposed settlement was reached with JUUL Labs
19  and its founders, directors, and board members."
20      Right?
21    A.  Yes.
22    Q.  Then in the fifth paragraph in this
23  e-mail, it says, "Frantz Law Group has commenced
24  litigation on behalf of school districts against
25  Facebook, TikTok, Snap, YouTube as well as other

Page 167

1  social media companies."
2      Right?
3    A.  Yes.
4    Q.  And that's referring to the
5  litigation in which you're currently testifying,
6  right?
7    A.  Yes.
8    Q.  Do you know, which of these
9  companies is TUSD suing?
10    MR. CUTLER:  You mentioned at the
11  beginning.
12    THE WITNESS:  You mentioned at the
13  beginning Meta.
14  BY MS. DEGTYAREVA:
15    Q.  It says, "Facebook, TikTok, Snap,
16  YouTube as well as other social media
17  companies."
18      You're not suing any other social
19  media companies, right?
20    A.  Not to --
21    MR. CUTLER:  Well, Instagram.  You
22  told him that at the beginning of the --
23    MS. DEGTYAREVA:  One moment.
24    THE WITNESS:  The platforms you
25  mentioned at the beginning are who we are

Page 168

1  suing.
2    (Cross-talking.)
3    MR. CUTLER:  At the beginning of the
4  deposition.
5  BY MS. DEGTYAREVA:
6    Q.  I just want to make sure, you're not
7  suing, apart from Facebook, Instagram, TikTok,
8  Snap, YouTube?
9    A.  Correct.
10    Q.  No other social media companies,
11  right?
12    A.  Right.
13    Q.  Okay.  And before receiving this
14  e-mail in January of 2023, had TUSD considered
15  suing any social media companies?
16    MR. CUTLER:  Object to form.
17    THE WITNESS:  No.
18  BY MS. DEGTYAREVA:
19    Q.  And before you were contacted by the
20  Frantz Law Group about litigation against the
21  social media companies, had TUSD ever conducted
22  any analysis of what social media platforms were
23  harming its students?
24    MR. CUTLER:  Object to form.
25    THE WITNESS:  Anecdotal data became

Page 169

1    prevalent that particularly TikTok was
2    becoming increasingly disruptive across
3    the district.
4  BY MS. DEGTYAREVA:
5    Q.  When you say "anecdotal data," had
6  TUSD done any surveys of its students, for
7  example, to determine which platforms they were
8  using?
9    A.  No.  But through a succession of
10  very highly profile and volatile incidents that
11  caused substantial disruption, we began
12  conversations about how to start containing
13  TikTok specifically.
14    Q.  And had TUSD done any surveys to
15  determine how much time its students were
16  spending on defendants' platforms?
17    A.  No surveys, no.
18    Q.  Had TUSD done any surveys or any
19  other analysis of what features defendants'
20  platforms students were using?
21    A.  No formal surveys, no.
22    Q.  Had TUSD done any surveys or
23  analysis to determine if any of its students had
24  received a mental health diagnosis as a result
25  of one of defendants' platforms?

43 (Pages 166 - 169)

CONFIDENTIAL

Page 170

1          MR. CUTLER:  Object to form.
2          THE WITNESS:  No formal surveys, no.
3    BY MS. DEGTYAREVA:
4      Q.    And you mentioned anecdotal data
5    regarding TikTok specifically.  Do you have any
6    written data, any recorded data, that shows the
7    connection between TikTok and any of the
8    disruption that you were talking about?
9          MR. CUTLER:  Object to form.
10          THE WITNESS:  To the extent that
11      TikTok caused the shutdown of schools,
12      primarily through videos about threats to
13      school shootings, or Instagram's ability
14      to take student images with guns and
15      transmit them virally, we have all of
16      those instances well documented.
17          TikTok's ability to cause mass
18      disruption as evidenced by a fairly high
19      profile situation we dealt with in early
20      2023 with a young man who made an
21      inaccurate statement about being forced to
22      cover classes in a special education
23      environment which went absolutely viral,
24      resulting in several threats to the
25      school's administration.

Page 171

1          We have these incidents that are
2      very, very well documented, of course.
3      But in terms of actual formal surveys that
4      you're asking about, have we engaged in
5      that kind of formal assessment on this
6      date?  No.
7    BY MS. DEGTYAREVA:
8      Q.    You've talked about shutdowns of
9    schools.  Do you have any data showing how many
10    school shutdowns or lockdowns were caused by one
11    of defendants' platforms?
12      A.    Well, we have singular incidents
13    where we've had to send out lockdown information
14    and put a school into lockdown, and then we've
15    had to deal with hundreds of parents coming to
16    get their kids and keeping them out of school
17    for a few days.
18          So we have attendance -- when we can
19    look at attendance data, we can look at that
20    kind of, like, data that happened on the day of
21    the incidents.
22          But in terms of the actual formal
23    analysis, when you're starting to talk about
24    surveys or focus groups, we have not done that
25    sort of formal assessment of the situation.

Page 172

1      Q.    So sitting here today do you know
2    how many school shutdowns and lockdowns were
3    caused by one of defendants' platforms?
4      A.    Not off the top of my head, no.
5      Q.    And has anyone at TUSD done an
6    analysis to determine how many were caused by
7    defendants' platforms?
8      A.    No.
9          MR. CUTLER:  Object to form.
10    BY MS. DEGTYAREVA:
11      Q.    You also talked about, I believe,
12    threats, threats to school shootings -- threats
13    to school shootings.
14          Sitting here today do you know how
15    many threats of school shootings were made via
16    defendants' platforms as opposed to some other
17    means?
18      A.    Over the last three years we've
19    probably dealt with at least 15 or 20 emanating
20    from either Snapchat, Instagram, or TikTok.
21      Q.    And has the district done any
22    analysis to determine what percentage of threats
23    of school shootings come from defendants'
24    platforms as opposed to other means?
25      A.    Every single threat that we've had

Page 173

1    that's emanated from social media has either
2    been TikTok, Snapchat, or -- the other one is
3    Instagram.  Facebook also periodically makes an
4    appearance in terms of students posting
5    problematic images.
6      Q.    Have there been threats of school
7    shootings that have come through other sources,
8    such as a student telling somebody in person?
9      A.    Verbal, yes.
10      Q.    And has TUSD done an analysis to
11    determine what percentage of these threats have
12    come from defendants' platforms as opposed to,
13    again, any other means, verbal, written, any
14    other means?
15      A.    To the extent that we can say the
16    predominant majority of school threats are
17    coming from the social media platforms that
18    we've just mentioned.  Very minor amount of them
19    come from verbal.
20      Q.    And has TUSD done any analysis?
21      A.    No formal analysis, no.
22      Q.    Do you have any data that shows the
23    percentage of school threats that come from
24    defendants' platforms?
25      A.    Only numeric data, just number of

44 (Pages 170 - 173)

CONFIDENTIAL

Page 174

1 incidents, that's all we have.
2    Q.    The number of incidents you have, do
3 those show the origin of the school threat?
4    A.    Yes.
5    Q.    And where would that be?
6    A.    Because we collect images.
7    Q.    So where --
8    A.    So you actually get the actual
9 image, and it would have the date and the
10 timestamp, and it would have the logo of the
11 platform.
12    Q.    And where would that numeric data be
13 stored?
14    A.    Student relations.
15    Q.    Is there a particular database, or
16 they just keep individual incidents?
17    A.    Individual incidents as incidents go
18 to either expulsion or they go to long-term
19 suspension.  Part of that process to present
20 evidence as part of the students' due process
21 rights.  The most predominant from of evidence
22 is the actual posting that we collect, the
23 actual image which does have the logo of the
24 particular platform, the date and time that it
25 was actually uploaded.

Page 175

1    Q.    And if a treat is made verbally,
2 would that be recorded in the student relations
3 data as well?
4    A.    Yes.  Usually that would involve a
5 witness where a student would make a witness
6 statement, versus something coming from online,
7 it's actually us compiling the evidence by
8 actually using the image that by that point has
9 usually been viral and pretty easy to get.
10    Q.    The student relations data regarding
11 the individual incidents, this is what you're
12 relying on to support the conclusion that --
13    A.    No.
14    Q.    -- it's predominantly from
15 defendants' platforms?
16        MR. CUTLER:  Object to form,
17 foundation --
18        THE WITNESS:  No.
19        MR. CUTLER:  -- misstates testimony.
20        Go ahead.
21        THE WITNESS:  No.  What I'm saying,
22 that in instances where social media is
23 the origin, we use the actual posting as
24 the evidence in the due process hearing
25 for the student, whether that's a

Page 176

1 long-term suspension or a short-term
2 suspension or an expulsion, and that those
3 images are kept as part of the case
4 documentation, as any school district
5 would be required to do if you're pursuing
6 a long-term suspension or expulsion on a
7 student.
8 BY MS. DEGTYAREVA:
9    Q.    So the data that shows what
10 incidents are related to social media, that
11 would be in these student relations files?
12        MR. CUTLER:  Object to form,
13 foundation, misstates testimony, vague.
14        You can answer.
15        THE WITNESS:  The evidence would be.
16 BY MS. DEGTYAREVA:
17    Q.    The evidence?
18    A.    The evidence would be, and the
19 evidence in these cases is the actual posting
20 itself.
21    Q.    Okay.  The evidence that shows what
22 incidents are related to social media would be
23 in these student relations files, right?
24    A.    Yes.
25    Q.    Has anyone ever analyzed those

Page 177

1 student relation files?
2        MR. CUTLER:  Object to form,
3 foundation.
4        THE WITNESS:  Analyzed?  I would
5 need more clarification.  Conducted a
6 formal study on frequency, on date and
7 time, part of the year?  I don't
8 understand the -- like at what -- analyzed
9 in terms of compliance with the district's
10 due process policy, sure.  Making sure
11 that there's signatures, making sure that
12 parents were given prior notice, making
13 sure that all of the evidence and the
14 witness statements are date-stamped -- are
15 date and time-stamped, in that sense, yes
16 from a compliance perspective.
17        But beyond that, I'm not sure I
18 understand what "analysis" means.
19 BY MS. DEGTYAREVA:
20    Q.    Has anyone ever gone through them to
21 analyze which ones relate to defendants'
22 platforms, which platforms they relate to, which
23 ones are verbal?
24    A.    Not in that formal --
25        MR. CUTLER:  Object to form,

45 (Pages 174 - 177)

Page 178

1    foundation, requires speculation.
2        THE WITNESS:  Not in that formal
3    way.
4        MR. CUTLER:  Is now a good time for
5    a break?
6        MS. DEGTYAREVA:  Sure.
7        MR. CUTLER:  Great.  Thanks.
8        THE VIDEOGRAPHER:  We're going off
9    record.  The time is 11:59.
10       (Whereupon, a recess was taken.)
11       THE VIDEOGRAPHER:  We're going back
12    on record.  The time is 12:24.
13  BY MS. DEGTYAREVA:
14    Q.   Okay.  Dr. Trujillo, I want to go
15    back to some of the testimony you gave before
16    the break and just ask some clarifying
17    questions.
18       You talked about you were aware of
19    incidents where TikTok and possibly other
20    platforms caused some shutdowns of schools.
21       Do you remember that?
22    A.   Lockdowns.
23    Q.   Lockdowns.
24    A.   Lockdowns, yeah.
25    Q.   Were those lockdowns due to students

Page 179

1    posting videos and photos on TikTok and other
2    platforms?
3    A.   Yes.
4    Q.   And then you talked about threats of
5    school shootings on various platforms, right?
6    A.   Yes.
7    Q.   And again, were those threats
8    through videos and photos that were posted on
9    the platforms?
10    A.   Yes.
11    Q.   And then you talked about a 2023
12    incident involving a young man who made an
13    inaccurate statement, right?
14    A.   Yes.
15    Q.   So was that a video that was posted
16    on TikTok?
17    A.   That was a video that was posted on
18    TikTok from a young man who was a contracted
19    service provider in a special education
20    classroom, a teacher's assistant, a daily temp
21    covering for a vacancy.  He made a TikTok video
22    claiming that the district was violating special
23    education student rights by forcing him to
24    substitute in a classroom.
25       That video went viral.  As a result

Page 180

1    of that, the teacher of the classroom who
2    actually was out on a sick day, and he was
3    actually in a classroom with another teacher,
4    that teacher started receiving all kinds of
5    threats online, I started receiving threatening
6    e-mails, and the video went, like -- I think it
7    had something like a couple of million views.
8    We ended up having to do some media around it to
9    clarify.
10       So, yeah, that one was particularly
11    disruptive.
12    Q.   Okay.  The inaccurate statements
13    that he made, those were in the video?
14    A.   Those were in the video, yeah.
15    Q.   And then the threats that were
16    received, were those videos and images?
17    A.   Those were comments.  So you would
18    see like the comments -- like the video would be
19    reposted, several thousand times it would be
20    reposted by a different TikTok user, and then
21    members of the public would just add comments
22    about how horrible the district was or how that
23    teacher needed to be fired.
24       And then I got other e-mails just
25    into the general e-mail inbox, general threats,

Page 181

1    you know, ranging from, you know, I need to be
2    fired or I need to be arrested, how dare the
3    district, just kind of stuff of that nature.
4    Q.   Got it.  Okay.
5        Let's go on to another document.
6        MS. DEGTYAREVA:  This is going to be
7    Tab 94, and we'll mark it as Exhibit 30.
8        (Whereupon, Tucson-Trujillo-30 was
9        marked for identification.)
10  BY MS. DEGTYAREVA:
11    Q.   Have you seen this before?
12    A.   No.
13    Q.   If you take a look at the very last
14    page, you'll see that this is a presentation
15    from Wagstaff & Cartmell.
16       Do you see that?
17    A.   Yes.
18    Q.   And then if you look at the second
19    page of the document, you'll see it says, "Our
20    nation's youth have become addicted to social
21    media, resulting in a major mental health
22    crisis."
23       Right?
24    A.   Yes.
25    Q.   So you haven't reviewed this before?

CONFIDENTIAL

Page 182

1    A.    No.
2    Q.    And then under Who is Responsible,
3  it says, "Social media companies like Meta
4  (Facebook and Instagram), TikTok, Snapchat and
5  YouTube/Google."
6        Right?
7    A.    Yes.
8    Q.    And again those are the companies
9  that TUSD is suing in this case, correct?
10   A.    Yes.
11       MS. DEGTYAREVA:  Let's mark
12  exhibit -- mark Tab 93 as Exhibit 31.
13       (Whereupon, Tucson-Trujillo-31 was
14       marked for identification.)
15  BY MS. DEGTYAREVA:
16   Q.    Have you seen this document before?
17   A.    Not that I can recall.
18   Q.    And this was also from Wagstaff &
19  Cartmell, right?
20   A.    Yes.
21   Q.    And at the top it says, "Social
22  media companies, like Facebook, Instagram,
23  TikTok, Snapchat, and YouTube, have infiltrated
24  our communities and become a fixture in the
25  lives of our children."

Page 183

1        Right?
2    A.    Yes.
3    Q.    Again, those are the platforms at
4  issue in the lawsuit that TUSD filed?
5    A.    Yes.
6        MS. DEGTYAREVA:  Let's take a look
7    at Tab 34, and we'll mark that as
8    Exhibit 32.
9        (Whereupon, Tucson-Trujillo-32 was
10       marked for identification.)
11  BY MS. DEGTYAREVA:
12   Q.    So this is the resolution passed by
13  the TUSD board in support of litigation against
14  social media companies, right?
15   A.    Yes.
16   Q.    Who drafted the resolution?
17   A.    I am unaware.  I believe, I'm not
18  100 percent certain, but maybe our general
19  counsel.
20   Q.    You didn't draft it?
21   A.    I did not draft it, no.
22   Q.    And the resolution was passed on
23  September 12, 2023, right?
24   A.    Yes.
25   Q.    Now, the resolution states, this is

Page 184

1  on the first page near the bottom of the page,
2  "the TUSD Governing Board has been invited to
3  join in litigation against social media
4  companies as public nuisances."  Right?
5    A.    Yes.
6    Q.    Okay.  Was TUSD invited to join by
7  counsel?
8    A.    I'm unaware of who made the formal
9  invitation.
10   Q.    So you don't know what this refers
11  to?
12   A.    I don't know about "invited," but
13  "has accepted an opportunity" I think might be a
14  little bit more accurate.
15       To my knowledge, we were never
16  really, Hey, come do this.  It was more of a,
17  Hey, this is what's going on around the nation,
18  here is a lawsuit, what's been your experience
19  with social media.
20       So I think it would be more that we
21  were made aware of an opportunity and we took
22  it.
23   Q.    And the opportunity was presented to
24  you in that e-mail we looked at earlier from the
25  Frantz Law Group?

Page 185

1    A.    Correct, yes.
2    Q.    And just like in JUUL, in this case
3  your attorneys would collect a contingency fee
4  out of your recovery, right?
5    A.    Yes.
6    Q.    Now, after the TUSD board approved
7  the lawsuit against the defendants, you went on
8  a podcast to talk about it, right?
9    A.    Yes.
10   Q.    That was the Buckmaster Show?
11   A.    Bill Buckmaster Show, yes.
12   Q.    So let's take -- I just want to play
13  a clip from that podcast from September 28th of
14  2023.
15       MS. DEGTYAREVA:  This is Tab 35A,
16  and we'll mark it as Exhibit 33.
17       (Whereupon, Tucson-Trujillo-33 was
18       marked for identification.)
19   A.    Actually, I think Bill Buckmaster is
20  just an old fashioned radio show.
21  BY MS. DEGTYAREVA:
22   Q.    Oh, a radio show.
23   A.    Old school, right across the radio
24  waves, yeah.
25   Q.    Okay, great.  This is --

47 (Pages 182 - 185)

Golkow Technologies,
A Veritext Division

877-370-3377                                    www.veritext.com

CONFIDENTIAL

Page 186

1    A.   But I still think you can access his
2  shows like on -- via podcast, but it's
3  actually -- the original is me on the air, it's
4  like a live call-in kind of radio show.
5    Q.   So this is going to be a clip from
6  the Buckmaster radio show from September 28,
7  2023.
8    A.   Yes.
9         (Audio clip played.)
10   Q.   And so you talked about some of the
11 reasons that you believe social media has harmed
12 the district, right?
13   A.   Yes.
14   Q.   You mentioned online harassment and
15 bullying, right?
16   A.   Yes.
17   Q.   And when you talk about online
18 harassment and bullying, are you referring to
19 videos and images that students post on social
20 media platforms?
21   A.   In addition to comments.  All of the
22 above.
23   Q.   Videos, images, and comments?
24   A.   Videos, images, comments, and in the
25 last two years the emergence of memes.

Page 187

1    Q.   When you talk about memes again, are
2  you referring to memes in videos and images in
3  comments?
4    A.   Yes.
5    Q.   Now, has TUSD conducted any
6  analysis -- or has TUSD conducted any analysis
7  of any data showing how many of its students
8  have been the victims of online harassment and
9  bullying?
10   A.   Formal analysis, no, no.
11   Q.   Does TUSD have any data showing how
12 many of its students have been the victims of
13 online bullying and harassment?
14   A.   Only the disciplinary incidents that
15 we work on a case-by-case basis.
16   Q.   Disciplinary incidents that are with
17 the student relations department?
18   A.   Yes, that is correct.
19   Q.   The ones that you talked about
20 earlier?
21   A.   Yes.
22   Q.   And does TUSD have any data showing
23 how many instances of online harassment and
24 bullying take place specifically on one of
25 defendants' platforms as opposed to some other

Page 188

1  online platform?
2    A.   Not any formal analysis, no.
3    Q.   You also mentioned the deteriorating
4  state of mental and behavioral health of
5  teenagers, right?
6    A.   Yes.
7    Q.   And you specifically mentioned body
8  shaming?
9    A.   Yes.
10   Q.   Depression?
11   A.   Yes.
12   Q.   And again, online bullying and
13 harassment, right?
14   A.   Yes.
15   Q.   Anything else that you believe
16 contributes to the deteriorating state of mental
17 and behavioral health?
18        MR. CUTLER:  Object to form.
19   A.   Those are the major factors that we
20 deal with as it pertains to the pervasive usage
21 of these platforms by students.
22 BY DEGTYAREVA:
23   Q.   And when you're referring to body
24 shaming, are you talking again about videos,
25 images, and comments that students make on the

Page 189

1  platforms where they're making fun of other
2  students?
3    A.   Yes.  That is a -- unfortunately,
4  that is a highly prevalent problem in the
5  district, students body shaming each other and
6  making comments about students' weights,
7  students' looks, students' appearance, and the
8  predominant platform to do that has been these
9  online platforms through videos, through memes,
10 through comments, and through images.
11   Q.   DOES TUSD have any data on how many
12 of its students have been body shamed?
13   A.   As mentioned before the break, our
14 data is available through just individual
15 student incidents as we work them.  As some of
16 these cases do end up heading towards long-term
17 suspension, we will frequently use the actual
18 screenshot or the actual comment that was posted
19 as our evidence in the student due process
20 hearing.
21   Q.   This evidence again relates to the
22 evidence in the student relations files?
23   A.   Yes.
24   Q.   Students can also be body shamed
25 just in person, right?

48 (Pages 186 - 189)

CONFIDENTIAL

Page 190

1    A.    Yes.
2    Q.    They can be body shamed through a
3 text message?
4    A.    Yes.
5    Q.    Does TUSD have any data showing how
6 many incidents of body shaming have taken place
7 specifically on one of defendants' platforms?
8    A.    No.
9    Q.    Now, you talked about depression as
10 one of the other things. Does TUSD have any
11 data on how many of its students have been
12 diagnosed with depression?
13    A.    Only the anecdotal data of having to
14 assign students to our licensed clinical social
15 workers that have been victimized by online
16 bullying or real-time bullying. That is a
17 frequent practice of the district, to provide
18 aftercare to those students in the form of
19 having them meet with the social worker,
20 transition back into the school.
21    Q.    In terms of formal diagnoses of
22 medical health professionals, does TUSD have any
23 data on how many students have been diagnosed
24 with depression?
25    A.    No.

Page 191

1    Q.    Are you aware of whether any medical
2 professional has ever said that one of TUSD's
3 students is suffering from depression as a
4 result of defendants' platforms?
5    A.    Not that I'm aware.
6    Q.    The third point you mentioned was
7 the connection between the pervasiveness of
8 social media and incidence of real violence?
9    A.    Yes.
10    Q.    Was that referring to the shutdowns
11 and the threats that we were talking about
12 earlier?
13    A.    Yes, and also the fights that we
14 have seen, some large-scale incidents that we
15 have seen across the district, most notably at
16 Tucson High in September of 2024 where a rash of
17 online exchanges through Instagram, through some
18 insulting memes and some insulting comments
19 spilled over onto the campus at lunch and we had
20 a large-scale fight.
21    Q.    And those fights you're referring
22 to, are they caused by videos, images, or
23 comments posted on online platforms?
24    A.    Yes.
25    Q.    Does TUSD have any data on how many

Page 192

1 fights on campus were related to defendants'
2 platforms?
3    A.    Only on our case-by-case basis.
4 We'd have to look at each fight one by one and
5 look at the evidence involved in each file. So
6 once again, that data would be available in the
7 student relations files.
8    Q.    You would agree that there are
9 fights that have nothing to do with social
10 media?
11    A.    There are fights, yes, that can
12 break out without the influence of social media.
13    Q.    Let's listen to another clip from
14 that same radio show.
15        MS. DEGTYAREVA:  This is Tab 35B,
16    and we're going to mark it as Exhibit 34.
17        (Whereupon, Tucson-Trujillo-34 was
18        marked for identification.)
19    (Audio clip played.)
20        MS. DEGTYAREVA:  This is not the
21    right one. Sorry. It's 35B, is that
22    right?
23        TRIAL TECH:  That's what I have.
24        MS. DEGTYAREVA:  Sorry, go ahead,
25    35B.

Page 193

1    (Audio clip played.)
2 BY MS. DEGTYAREVA:
3    Q.    You talked about meticulous records
4 on student disciplinary situations.
5    A.    Yes.
6    Q.    Is that referring to the records
7 kept by the student relations department?
8    A.    Yes.
9    Q.    Were you referring to any other
10 types of records?
11    A.    No. Every disciplinary situation,
12 just general best practices in district
13 administration, especially if you're adhering to
14 parental and student due process rights, you
15 have to keep meticulous records, every student
16 statement of evidence against a kid, every
17 artifact, as I reference, which would be those
18 online postings -- excuse me. I'm just getting
19 over -- my daughter gave me a cold a few weeks
20 ago.
21        But every video, every posting,
22 every meme, every student statement, you keep it
23 all together in a package, so if you had to go
24 in discipline incident by discipline incident,
25 suspension by suspension, yes, it would be all

49 (Pages 190 - 193)

CONFIDENTIAL

Page 194

1  there in a meticulous fashion.
2      Q.   I just want to make sure I
3  understand how the records are kept.  Are they
4  paper files, are they electronic?
5      A.   Most of it is --
6          MR. CUTLER:  Object to form,
7      foundation.
8          Go ahead.
9          THE WITNESS:  Most is electronic at
10     this point, yeah.
11  BY MS. DEGTYAREVA:
12     Q.   Are they in the Synergy database or
13  somewhere else?
14     A.   No.  They wouldn't be in the Synergy
15  database, but they would be housed in the
16  student relations department.
17     Q.   Is that -- do they have a
18  SharePoint?
19         MR. CUTLER:  Object to form.
20         THE WITNESS:  I'm not quite sure
21     how.  I know that I frequently receive the
22     information when we head into the
23     governing board, when they consider either
24     the long-term suspension or the expulsion.
25     I receive all of the dockets -- or the

Page 195

1      disciplinary docket, I receive it all
2      electronic.
3          So I would be able to see --
4      presenting the information, I could see
5      all the student statements, I can see the
6      artifacts, I can see the evidence
7      presented.  That is all now largely in a
8      digital format.
9  BY MS. DEGTYAREVA:
10     Q.   So if you wanted to go and look up
11  one of these files, where would you go to find
12  it?
13     A.   I believe I would start in the legal
14  department.
15     Q.   The legal department would have the
16  files or...
17     A.   They partner with student relations
18  when they're presenting long-term suspensions or
19  were headed to a long-term suspension hearing.
20         Again, I would have to follow up and
21  find out where specifically.  I would say either
22  student relations or legal.  I probably would
23  start in legal, just because that's who I work
24  with when we get ready for expulsion hearings or
25  long-term suspension hearings.

Page 196

1      Q.   Got it.
2          So it's your understanding that
3  student relations is the, sort of the keeper of
4  the files?
5      A.   They're kind of the keeper.  They're
6  putting all -- they're making sure we have all
7  of our student statements, all of our evidence,
8  and all of our letters of notification are in
9  one place.
10     Q.   And that's Ms. Warmbrand's
11  department?
12     A.   Yes.
13     Q.   Now, you also said in that clip that
14  there are very detailed narratives about the
15  specific situations that originated on social
16  media.
17         What were you referring to there?
18     A.   When you're taking somebody to a
19  long-term suspension or an expulsion, especially
20  like in the case of disrupting an educational
21  institution, that case has to be presented and
22  you have to have very, very detailed narrative
23  about what the situation was, when did it start,
24  what kind of actions were taken, what was the
25  result of the situation, when were parents

Page 197

1  contacted, who were the witnesses, where are
2  their statements.
3          So when I say meticulous narrative,
4  it literally will take you into the heart of the
5  incident, which we're obligated to do obviously
6  in the case of an expulsion or when you're
7  dealing with any kind of statutory requirement.
8  Like an expulsion hearing would require you to
9  have all that.
10         Same thing with a long-term
11  suspension, you've got to have all of that
12  narrative there.  And these categories of
13  disruptions most likely do lead to either
14  expulsion or long-term suspension.
15     Q.   So these detailed narratives,
16  they're in the records kept by the student
17  relations department?
18     A.   Of the disciplinary incident, yeah.
19  Those that go to the hearings, absolutely.
20     Q.   And you said in that clip we just
21  listened to, If we go into litigation we are
22  ready to present all of that information.
23     A.   If the litigation said look at all
24  2,000 suspensions, all 2,000 suspensions that
25  were related to school threats or body shaming

50 (Pages 194 - 197)

CONFIDENTIAL

Page 198

1 or online bullying, we are actually prepared to
2 go one by one and actually have to go look into
3 the narrative.
4        Now, that would be all hand done and
5 it would take a long time, but would we be
6 prepared to produce that information, yes,
7 because our obligation as a school district is
8 to already have that, all that meticulous
9 recordkeeping as just a part of our professional
10 responsibility, any time that you're suspending
11 a student or expelling a student from school.
12 We would have to do that anyway, irrespective of
13 any litigation.
14        MS. DEGTYAREVA: Okay. Let's go on
15 to Tab 36, which we're going to mark as
16 Exhibit 35.
17        (Whereupon, Tucson-Trujillo-35 was
18        marked for identification.)
19 BY MS. DEGTYAREVA:
20    Q.   And this is another Excel
21 spreadsheet, so we're going to give you the slip
22 sheet with the metadata, but the Excel
23 spreadsheet will be digital.
24    A.   Okay.
25    Q.   If you look at the slip sheet, you

Page 199

1 will see that the custodian here is Synergy?
2    A.   Yes.
3    Q.   And the file name is Violations by
4 year grade, right?
5    A.   Yes.
6    Q.   So does Synergy contain information
7 on violations of the student code of conduct?
8    A.   Yeah, the title of the violation,
9 the category of it, and the date, yeah, all
10 that, general stuff.
11    Q.   And let's take a look at the
12 spreadsheet.
13        Now, you'll see in this spreadsheet
14 there are different years, and for each year
15 there are columns for violation category, grade,
16 and number of incidents, right?
17    A.   Yes.
18    Q.   And the violation category, does
19 that refer to the category in the code of
20 conduct?
21    A.   Yes.
22    Q.   So in the podcast clip we just
23 heard, you talked about things like violence,
24 fights, threats --
25    A.   Yes.

Page 200

1    Q.   -- harassment. So starting with
2 violence, which code of conduct violation would
3 that be in?
4        MR. CUTLER: Object to form.
5        THE WITNESS: Answer? Okay.
6        Code of conduct -- violence could
7        occur in aggression, it could occur in
8        fights, which is mutual combat, it could
9        occur in assault, it could occur in
10        aggravated assault, and then in lighter
11        forms it could occur in harassment,
12        bullying, or intimidation.
13 BY MS. DEGTYAREVA:
14    Q.   What about fights, which categories
15 would that be in?
16    A.   Fights is its own. Fights is its
17 own category.
18    Q.   Got it. How about threats, which
19 category would that be in?
20        MR. CUTLER: Do you want to see all
21        the categories? I mean, you've got --
22        MS. DEGTYAREVA: If he's able to
23        answer, he can answer. If you'd like to
24        look at the document we can scroll --
25        THE WITNESS: There's verbal

Page 201

1        threats, there's threatening an
2        educational institution, there's general
3        threats. Our code of conduct has all
4        these categories.
5 BY MS. DEGTYAREVA:
6    Q.   Got it.
7        And then what about harassment, is
8 there a category for harassment?
9    A.   There is, yes.
10    Q.   Now, looking at this spreadsheet,
11 and again, we can scroll down so you can see, so
12 nothing in this spreadsheet shows how many of
13 these incidents were connected to social media,
14 right?
15    A.   Not in this spreadsheet, no.
16    Q.   And it doesn't show how many of
17 these incidents were connected to cellphones,
18 right?
19    A.   No. Not in the spreadsheet, no.
20    Q.   Has TUSD ever analyzed how many code
21 of conduct violations in the district involved
22 social media use?
23        MR. CUTLER: Object to form.
24        THE WITNESS: No.
25        ///

51 (Pages 198 - 201)

CONFIDENTIAL

Page 202

1  BY MS. DEGTYAREVA:
2      Q.   Has TUSD ever analyzed how many code
3  of conduct violations in the district involved
4  cellphones?
5      A.   No.
6      Q.   Do you know how many code of conduct
7  violations -- strike that.  Okay.
8          MS. DEGTYAREVA:  Let's go on to
9      Tab 37, and we're going to mark that as
10     Exhibit 36.
11         (Whereupon, Tucson-Trujillo-36 was
12         marked for identification.)
13 BY MS. DEGTYAREVA:
14     Q.   This is an e-mail from Anna Schwartz
15 Warmbrand to you and CCs some other people,
16 right?
17     A.   Yes.
18     Q.   From December 22nd of 2022?
19     A.   Yes.
20     Q.   And Anna Schwartz Warmbrand, that's
21 the director of student relations we were
22 talking about earlier, right?
23     A.   Yes.
24     Q.   So Ms. Schwartz Warmbrand sends you
25 discipline reports for December, right?

Page 203

1      A.   Yes.
2      Q.   Then you see under "Attachments" it
3  lists some file names --
4      A.   Yes.
5      Q.   -- that were attached to this
6  e-mail?
7          MS. DEGTYAREVA:  So let's mark
8      another document.  This is going to be
9      Tab 37B.  And we'll mark that as
10     Exhibit 37.
11         (Whereupon, Tucson-Trujillo-37 was
12         marked for identification.)
13 BY MS. DEGTYAREVA:
14     Q.   And then so you have it, also let's
15 mark Tab 37A as Exhibit 38.
16         (Whereupon, Tucson-Trujillo-38 was
17         marked for identification.)
18 BY MS. DEGTYAREVA:
19     Q.   I'm going to represent to you that
20 both of these documents, Exhibits 37 and 38,
21 were produced to us as attachments to the e-mail
22 we were just looking at for Ms. Schwartz
23 Warmbrand.
24     A.   Yes.
25     Q.   Let's take a look first at

Page 204

1  Exhibit 37.  And do you see at the top it says
2  2022-23 Top 5 Violations of all Students at 10
3  Schools in all Regions.  Right?
4      A.   Yes.
5      Q.   So this shows the top five code of
6  conduct violations for all students in
7  particular schools, right?
8      A.   Yes.
9      Q.   And if you look at the violation
10 category.
11         MS. DEGTYAREVA:  Can we scroll down,
12     the violation category on the very left.
13     Q.   So you see it says Aggression as one
14 of the top five categories, right?
15     A.   Yes.
16     Q.   Within that, Fights, right?
17     A.   Yes.
18     Q.   And then on the next page, Alcohol,
19 Tobacco, and Other Drugs are another top five
20 violation?
21     A.   Yes.
22     Q.   And then Minor Violations are
23 another top five category, right?
24     A.   Yes.
25     Q.   And if we turn to Exhibit 38, which

Page 205

1  is one of the other attachments to that e-mail,
2  at the very top, under top five violations, it
3  clarifies that minor violations is minor
4  aggression.
5          Is that consistent with your
6  understanding?
7      A.   Yes.
8      Q.   So the code of conduct includes a
9  specific violation called improper use of
10 technology, right?
11     A.   Yes.
12     Q.   That was not one of the top five
13 violations at these schools in 2022-2023?
14     A.   Right, correct, yes.
15     Q.   Does TUSD track how many aggression
16 violations involve cellphones?
17     A.   On an individual basis, as cases are
18 presented to us in situations, we would have to
19 go into each individual incident and look at the
20 pervasiveness of cellphones.
21         Cellphones are a big problem in
22 terms of spreading around either through text
23 message or through posting things on social
24 media a lot of the aggression.  Aggression
25 differs from fighting, as aggression is

52 (Pages 202 - 205)

CONFIDENTIAL

Page 206

1  posturing, it's threats of fights, it could even
2  be pushing.  It's essentially physical conduct
3  that's just short of physical combat.
4      Q.    TUSD has not analyzed how many
5  aggression violations involve cellphones?
6      A.    No.
7      Q.    And TUSD has not analyzed how many
8  aggression violations involve social media?
9      A.    Analyzed as defined as running an
10 actual formal report, no.
11     Q.    TUSD has not analyzed how many
12 alcohol, tobacco, and other drug violations
13 involve cellphones, right?
14     A.    No.
15     Q.    TUSD has not analyzed how many
16 alcohol, tobacco, and other drug violations
17 involve social media, right?
18     A.    Right, yes.
19     Q.    And TUSD has not analyzed how many
20 minor aggression violations involve cellphones?
21     A.    No, we have not.
22     Q.    TUSD has not analyzed how many minor
23 aggression violations involve social media,
24 right?
25     A.    We have not, no.

Page 207

1      Q.    Now, aggression violations can be
2  related to a lot of different things, right?
3      A.    Yes.
4      Q.    Could be related to video games?
5      A.    Most commonly we see aggression as a
6  manifestation of some kind of disagreement or
7  conflict.  It could be something that -- it could
8  be something that's going on in the school day,
9  could be kids playing basketball and somebody
10 gets fouled, somebody gets up, they push the
11 other student or they posture, that's
12 aggression.
13          It could be something in the context
14 of social media.  Something was posted online.
15 Kid comes to school -- something was posted at
16 night.  Kid comes to school in the morning,
17 there's a confrontation in front of first
18 period, doesn't necessarily get to a fight, but
19 there's a threat of a fight, there's a push,
20 there's a shove, that's aggression.
21          Aggression could be something in a
22 class debate where kids get -- passions get
23 heated, threats are made, posturing.  So
24 anything that's like a posturing that stops
25 short of an actual physical fight is aggression.

Page 208

1      Q.    Fair to say a lot of things can
2  cause aggression?
3      A.    A lot of things can cause
4  aggression.
5          MS. DEGTYAREVA:  Let's take a look
6  at Tab 40, and we'll mark this as
7  Exhibit 39.
8          (Whereupon, Tucson-Trujillo-39 was
9          marked for identification.)
10 BY MS. DEGTYAREVA:
11     Q.    You'll see at the top this is a
12 Student Incident Statement?
13     A.    Mm-hmm.
14     Q.    What is a student incident
15 statement?
16     A.    A student incident statement is an
17 actual record of disciplinary incidents that we
18 ask our administrators to fill out, specifically
19 when we're dealing with higher profile
20 disciplinary infractions that are most likely
21 going to lead to an expulsion or a long-term
22 suspension.
23          And this is kind of what I was
24 referring to earlier as what you would see as
25 part of the meticulous recordkeeping, if we were

Page 209

1  going to some kind of an expulsion or long-term
2  suspension.
3      Q.    So where would these student
4  incident statements be kept?
5      A.    I see them as I'm heading into a
6  long-term suspension hearing or an expulsion
7  hearing, they are provided to me as part of the
8  overall docket that I'm about to present.
9          But I would have to verify whether
10 it is the actual legal department, in our legal
11 records department, or if it's in student
12 relations.  It's going to be in one of those two
13 places.
14     Q.    Does the overall docket that is
15 presented to you include things other than
16 student incident statements?
17     A.    Yes, of course.  It's going to
18 include any witness statements.  If any
19 witnesses to the disciplinary incident were
20 interviewed, we have to see those statements.
21 They have to be signed.
22          We'd have to see a letter of
23 notification to the parents of their due process
24 rights, their right to appeal.  That's a part of
25 the docket.

53 (Pages 206 - 209)

CONFIDENTIAL

Page 210

1        And then any exhibits that will be
2 presented as evidence.  Whether those exhibits
3 were online postings or comments or videos or
4 images or memes, all of that would be presented
5 in one packet as I would be heading into an
6 expulsion hearing with the board.
7        Q.   So these student incident
8 statements, witness statements, exhibits,
9 letters of notifications to the parents, those
10 are all the things that are the meticulous
11 records you were talking about earlier?
12        A.   Yes.
13             MR. CUTLER:  Object to form.
14             THE WITNESS:  You would also see a
15        compilation of students -- the student's
16        academic record.
17             You would see an attendance report.
18             You would see a record of any
19        interventions that were facilitated to try
20        to address the student's misbehavior prior
21        to the incident.
22             So those are the general categories
23        of records you would see in one large
24        docket, if you will, that would need to be
25        available to the school board and myself

Page 211

1        as we're in there discussing an expulsion
2        or even a long-term suspension.
3 BY MS. DEGTYAREVA:
4        Q.   Now, this particular student
5 incident statement was from August 27th of 2018,
6 right?
7        A.   Yes.
8        Q.   And if you look at the second page
9 ending in Bates 649, at the bottom it includes,
10 it appears, a copy-and-paste version of an
11 e-mail, right?
12             MR. CUTLER:  Object to form.
13             THE WITNESS:  The bottom?
14 BY MS. DEGTYAREVA:
15        Q.   At the bottom of 649.
16        A.   Yes.
17        Q.   So the From line is redacted but the
18 e-mail was sent to Shawna Rodriguez, right?
19        A.   Yes.
20        Q.   Who is Shawna Rodriguez?
21        A.   At the time of 2018, she was the
22 principal of Tucson High.
23        Q.   And in this e-mail it says, "I am
24 e-mailing you to let you know about an incident
25 that occurred late night 8/26 between my son"

Page 212

1 redacted "and" redacted.  "They were playing a
2 video game online with" redacted's "friend"
3 redacted.  Redacted "got really upset at"
4 redacted "and" redacted.  He made direct threats
5 to" redacted "stating that he was going to take
6 a gun to school and kill them."
7        Do you see that?
8        A.   Yes.
9        Q.   This e-mail describes a safety
10 incident that originated when kids were playing
11 video games together, right?
12        A.   Yes.
13        Q.   Two students were playing a video
14 game online, one got upset and said he would
15 take a gun to school and kill the other, right?
16             MR. CUTLER:  Object to form.  The
17        document says what it says.
18        A.   Yes.  The document says that, yes.
19 BY MS. DEGTYAREVA:
20        Q.   So would an incident like this be
21 reported under the aggression category?
22             MR. CUTLER:  Object to form.
23             THE WITNESS:  This could qualify for
24        threatening an educational institution
25        because it involves coming to school with

Page 213

1        a weapon.  It can also qualify as threats
2        and harassment because it's also
3        threatening an individual student.
4             It would -- yeah, those would be my
5        two categories where this would qualify.
6 BY MS. DEGTYAREVA:
7        Q.   So an incident like this that
8 qualifies for a number of different categories,
9 would you end up choosing just one category, or
10 would you put it in all of those categories?
11        A.   We would bring both.
12        Q.   And then when we're looking at the
13 aggregate data in Synergy, would this then be
14 reported as an incident in multiple categories?
15        A.   No, it would only be reported as
16 what the final determination was as a result of
17 the hearing.
18        Q.   So the final -- in the final
19 determination, you would pick just one category?
20        A.   Yes.
21        Q.   How do you determine which category
22 to pick?
23        A.   Depends what the hearing officer
24 decides.  The hearing officer that's assigned to
25 the long-term suspension hearing will consider

54 (Pages 210 - 213)

CONFIDENTIAL

Page 214

1  all of the evidence and make the determination
2  as to what charge or what infraction is most
3  appropriate to what the administration has
4  presented.
5       And sometimes the administration
6  will get overruled.  Sometimes the
7  administration's charge that they bring, they
8  won't get that charge, they might get another
9  charge.  It's what the hearing officer
10  determines.
11     Q.  Do all violations of the code of
12  conduct reflected in the Synergy database, do
13  all of those go up to a disciplinary hearing?
14     A.  No.
15     Q.  So if a violation doesn't go to a
16  disciplinary hearing, who makes the
17  determination of what category to put it in?
18     A.  The principal.
19     Q.  And the principal, would they choose
20  just one category?
21     A.  Yes.
22     Q.  Let's go back to the Synergy
23  spreadsheet, which I believe was Exhibit 38.
24       MS. REAVES:  The spreadsheet was 35.
25  The Synergy spreadsheet?

Page 215

1       MR. CUTLER:  It's 35.
2       MS. DEGTYAREVA:  35.  It's 35, thank
3  you.  So Exhibit 35.
4  BY MS. DEGTYAREVA:
5     Q.  So you talked about the category of
6  Aggression.  So one of the other categories
7  here --
8       MS. DEGTYAREVA:  Let's go down a
9  little bit.  Can you make the
10  Violation_category column bigger?
11     Q.  There's Harassment, Threat and
12  Intimidation.  What are the types of things that
13  would go under this category?
14       MR. CUTLER:  Object to form.
15       THE WITNESS:  For Harassment, Threat
16  and Intimidation.
17       Harassment can either be in
18  real-time or it can be online, any sort of
19  ongoing commentary or treatment or verbal
20  abuse that is ongoing and pervasive and
21  significantly limits a student's
22  opportunity and access to the educational
23  environment because of mental or physical
24  duress.
25       Threats, direct threats to your

Page 216

1  safety, direct threats to your physical
2  safety, your emotional safety, student A
3  says, I'm going to do this.  And usually
4  it's of a violent nature, could be
5  mentally or physically violent.
6       And intimidation, those are actions
7  taken either in real-time physically or
8  verbally to get you to comply with a
9  particular request.  You know, Give me
10  your lunch money, to use a dated
11  reference.  Or, You're giving me that
12  phone, and I'm looming over you.
13       So those are generally the three
14  categories of what we would look at when
15  determining harassment, threat, and
16  intimidation.
17       MS. DEGTYAREVA:  Can we scroll down?
18  Let's go to the category titled School
19  Threat.
20  BY MS. DEGTYAREVA:
21     Q.  What would go under the School
22  Threat category?
23     A.  You're threatening the school
24  itself.  It's a general, I'm coming to shoot up
25  the school, or, I'm bringing a gun to school,

Page 217

1  I'm bringing a weapon to school.
2       Sometimes these cross over into
3  individual threats.  A hearing officer may
4  decide that a student -- like in the previous
5  example, a hearing officer might decide -- where
6  a student says, I'm bringing a gun to school
7  because I'm going to shoot student A, a hearing
8  officer might go with school threat versus the
9  individual threat.
10       So this one does kind of cross over.
11  Any time you mention the school or the intention
12  to bring a weapon to school, even though it's to
13  take action on an individual, it does
14  technically still qualify for a school threat,
15  and can even qualify for threatening an
16  educational institution.
17     Q.  This category of School Threat, that
18  can include online threats, it can include
19  threats in person, right?
20     A.  Yes.
21     Q.  The next category here is Sexual
22  Offenses.  What types of things would go into
23  that category?
24     A.  To be honest, I don't want to make
25  anybody feel uncomfortable, I've been working in

55 (Pages 214 - 217)

Page 218

1 schools for 28 years, predominantly as a high
2 school principal and even as a superintendent.
3 I've seen cases of sexual activity on campus.
4 Most of the time it's young people being young
5 people. It's couples engaging in sexual
6 relations. Could be in some part of the campus,
7 could be in a vehicle. Part of working with
8 high school students, you do see that, okay,
9 from time to time.
10       You'll also get sexual offenses
11 where there's sexually inappropriate commentary
12 from student to student. There is possession of
13 sexually inappropriate images or materials,
14 could largely be what's on a student device,
15 could be students showing sexually inappropriate
16 videos or images of a pornographic nature to
17 another unsuspecting student.
18       Those are some of the more common
19 things that we will run into. Most
20 predominantly it's going to be at the high
21 school. We rarely, if any, ever see any of this
22 kind of stuff at the elementary or even the
23 middle school.
24       There will be some incidences of
25 indecent exposure that could also be a part of

Page 219

1 this. Some of those incidents most likely will
2 occur in our classrooms with students with
3 disabilities where these types of offenses tend
4 to be a little bit more prevalent.
5    Q.  Let's look at another exhibit.
6       MS. DEGTYAREVA: This is going to be
7 Tab 41, and we'll mark it as Exhibit 40.
8       (Whereupon, Tucson-Trujillo-40 was
9       marked for identification.)
10 BY MS. DEGTYAREVA:
11    Q.  Do you recognize this document?
12    A.  Yes.
13    Q.  And it's titled TUSD Discipline
14 Committee?
15    A.  Yes.
16    Q.  What is the TUSD Discipline
17 Committee?
18    A.  Well, this information is dated.
19 It's eight years ago. We no longer have a
20 discipline committee, we have a student behavior
21 management task force/committee.
22       So conceptually the same, but it's
23 evolved and they take on more responsibility now
24 as a student behavior management committee for
25 the district.

Page 220

1    Q.  When did the TUSD discipline
2 committee exist?
3    A.  From like '17 to right up to the
4 pandemic.
5    Q.  And what were the responsibilities
6 of the TUSD discipline committee?
7    A.  Really analyzing campus-level data
8 and metrics around disciplinary infractions that
9 were a part of the code of conduct, and to
10 identify trends in either increases or decreases
11 in particular infractions to determine resources
12 and support.
13    Q.  Who were the members of the
14 committee?
15    A.  I actually don't recall the names,
16 but generally by position on that discipline
17 committee you would have campus principals,
18 representative of the different grade bands.
19 You would have elementary principals, middle
20 school principals, and high school principals.
21       You would have the district's
22 representative, at that time in '17, assistant
23 superintendent for probably secondary and
24 elementary. You would have directors. This is
25 under the old structure before I reconfigured.

Page 221

1 You would probably have a director for high
2 schools would be on that.
3       And then you would probably have a
4 couple of the union leaders from the teachers'
5 union would probably -- would be sitting on
6 this, because we do have that now, and then some
7 representatives from the administrators' union.
8    Q.  You say that now this has
9 transformed to student behavior management task
10 force, right?
11    A.  Yeah.
12    Q.  How long has the student behavior
13 management task force been around?
14    A.  Since around '22.
15    Q.  So between the start of the pandemic
16 and 2022, was there no committee that was
17 handling this role?
18    A.  It was still largely the discipline
19 committee. We shifted towards behavior
20 management because we wanted to be more
21 inclusive of student support services on the
22 committee.
23       So now the behavior -- the student
24 behavior management committee is inclusive of
25 counselors and social workers and representative

56 (Pages 218 - 221)

CONFIDENTIAL

1 of the special education department along with
2 still those campus principals, we have a couple
3 of teachers on there, and then we have
4 representatives of the union.
5     Q.   Are the responsibilities of the
6 student behavior management task force different
7 than those of the TUSD discipline committee?
8     A.   Yes.
9     Q.   What are their responsibilities?
10     A.   In addition to still analyzing
11 school-level data regarding the frequency of
12 infractions, increases in infractions involving
13 violence or infractions involving disruptions,
14 monitoring tardiness and absenteeism, now it's
15 what kind of student support services are needed
16 in these schools where we're seeing the
17 increase, so now you have your student support
18 services people in there.
19         And the third additional
20 responsibility is to be constantly assessing
21 areas of the student behavior code of conduct
22 that need to be revised, rewritten, or if we
23 need to add anything to it, ultimately making
24 those recommendations to the governing board as
25 part of policy.

1     Q.   Who are the current members of this
2 student behavior management task force?
3     A.   It is chaired by Anna Warmbrand
4 Schwartz -- Anna Schwartz Warmbrand, our
5 director for student relations.  We have our
6 director for special education, Sabrina Salmon.
7 We have regional assistant superintendents.  I
8 don't know specifically which one.  We have
9 campus principals that sit on there.  We have
10 our social worker representative.  We have our
11 counseling representative that sits on there.
12         And then I think we have
13 representatives of both the African American
14 Student Services department director and the
15 Native American Student Services department
16 members sit on that committee.  And you have
17 your union -- teachers' union leadership.
18     Q.   Does the student behavior management
19 task force generate any kind of reports,
20 analysis, other documentation?
21     A.   No formal reports, but, yeah, we
22 generally get briefings on their meetings and
23 what their recommendations.
24         The most formal part of their job is
25 -- their actual assignment on a year-to-year

1 basis is to produce recommendations for code of
2 conduct revisions.  That's the formal part of
3 that job if we're asking about an artifact that
4 they actually produce.  They do a yearly
5 presentation to the governing board on
6 recommendations for code of conduct revisions.
7     Q.   In terms of the briefing that you
8 get, how are those briefings given to you?
9     A.   Usually as part of my leadership
10 meetings we have a superintendent leadership
11 team meeting that happens every Tuesday, every
12 Tuesday morning, and Anna and that team usually
13 I'll hear quarterly, you know, just a recap of
14 their work, what their major focus areas are,
15 just sort of a summation of what the work that
16 they've done for the quarter.
17     Q.   Are those reports verbal or written?
18     A.   They're verbal.  I might receive a
19 general PowerPoint with a few slides like this,
20 but nothing really formal in the way of actual
21 formal reports.
22     Q.   And the presentation that they give
23 yearly to the governing board regarding the code
24 of conduct, does that include any written
25 documentation?

1     A.   Just the revisions that we're
2 presenting publicly.  So that's done at a
3 governing board meeting, so those would be
4 available to any member of the public.  Usually
5 it would include a presentation and it would
6 include red line revisions to the district's
7 disciplinary student code of conduct.
8     Q.   Going back to the TUSD discipline
9 committee that used to exist, did they produce
10 any type of reports, analysis, documentation?
11         MR. CUTLER:  Object to form,
12     foundation, calls for speculation.
13         THE WITNESS:  Nothing different from
14     the data that you've reviewed or presented
15     to me here in terms of the weekly
16     discipline reports that I get.  Those are
17     largely the same types of reports that
18     this committee would produce.
19 BY MS. DEGTYAREVA:
20     Q.   By "the weekly discipline reports,"
21 are you referring to, for example, the top five
22 violations report?
23     A.   Or the monthly, yeah.  My office, we
24 do receive them where we see the top five -- the
25 top five violations for the district, the top

Page 226

1 ten schools struggling with all violations, what
2 schools are struggling with fights.
3       So we -- they would produce that
4 same type of metric.
5    Q.  Now, in these -- currently the
6 quarterly briefing that you receive from the
7 student behavior management task force, does
8 anybody take notes of those meetings?
9       MR. CUTLER:  Object to form.
10       THE WITNESS:  No.  We just look at
11    data that -- they look at data that might
12    be available in Synergy.  We're not only
13    -- that group is not only looking at
14    frequency of violations and trends, we're
15    also looking for overrepresentation of
16    special education, African American
17    students, Native American students from an
18    equity lens to see if there's any
19    inequitable application of consequences or
20    a higher frequency of disciplinary
21    involvement with our different subgroups
22    that have traditionally been underserved.
23    So they take that on as well.
24 BY MS. DEGTYAREVA:
25    Q.  So during those meetings does you or

Page 227

1 does anybody else take notes?
2       MR. CUTLER:  Object to form.
3       THE WITNESS:  I don't -- I'm not at
4    those meetings.  I just receive the
5    briefings.  But to my knowledge nobody is
6    really taking any notes.  It's more just
7    pulling up information that would be in
8    Synergy, presenting identifying trends,
9    making recommendations.
10 BY MS. DEGTYAREVA:
11    Q.  And then at the quarterly meetings,
12 the leadership meetings that you have with
13 Ms. Schwartz Warmbrand where she gives you the
14 briefing, do you take notes at those meetings?
15    A.  No.
16    Q.  Do you have anybody else who is
17 taking notes at the meeting?
18    A.  No, no.
19    Q.  Are there meeting minutes created?
20    A.  No.
21    Q.  So let's take a look at this
22 presentation from May 17th of 2017.  And if we
23 take a look at the second page, it says MTSS
24 Documentation Reports.
25       What are those?

Page 228

1    A.  Multi-Tiered Systems of Support.
2 '17 was actually the first year we ever
3 introduced the concept of MTSS.  So this is very
4 dated information, so I just want to make sure
5 that that context is on the record.  This is
6 eight years ago.
7       But Multi-Tiered Systems of Support
8 is a framework for student intervention where
9 you assemble a team at the school level;
10 representative of the classroom teacher, the
11 school counselor, an administrator,
12 representative from the special education
13 department, and then you have your parent.
14       And the job of that team is to look
15 at each student that might be struggling with
16 behavior, attendance, or grades, and to make a
17 plan for the student.  Does the student need
18 tutoring?  Does the student need an attendance
19 plan?  Does the student need an alternative
20 schedule?  Is the student struggling with
21 transportation?  Is the student struggling with
22 an undiagnosed disability?  We have a special
23 education representative.  Do we need to do a
24 test?
25       The district shifted to that

Page 229

1 framework in '17.  We're quite good at it now,
2 but back in '17 at the time of this document we
3 were actually just barely getting it off the
4 ground.  So it was a pivot away from the only
5 intervention that you got was maybe just the
6 dean of discipline suspending you, and the move
7 from that to now a whole team is looking at you
8 hopefully before you get into trouble.
9       We're looking at reports, we're
10 already looking at kids that are missing
11 multiple days, we're already looking at kids
12 struggling with tardiness, we're starting to
13 look at kids that are failing multiple classes
14 and putting them in front of this team.  That's
15 sort of the MTSS idea in a nutshell.
16    Q.  And this started in 2017?
17    A.  This started in '16, '17 in earnest,
18 yes.
19    Q.  What are the documentation reports?
20    A.  Again, this is really outdated now.
21    Q.  So in 2017 --
22    A.  In 2017 --
23    Q.  -- what were the MTSS documentation
24 reports?
25    A.  Like in 2017 we didn't have a

58 (Pages 226 - 229)

CONFIDENTIAL

Page 230

1  student relations department at all, so you
2  would have a discipline report that would have
3  to be submitted to -- at that time under that
4  structure, you would have to -- under that
5  structure you would have had to have submit that
6  to Charlotte Brown, who at that time was like
7  the -- I don't even know what her title was.
8  You have to give me a minute. We didn't have a
9  student relations department.
10      I know that in that old structure we
11  had a director for -- we had three directors for
12  elementary, we had one director for middle
13  school, and we had one director for high school,
14  and those directors received these reports from
15  their principals.
16      And then those reports were reviewed
17  by a person that worked in the legal
18  department -- I forget what her title was -- and
19  she would identify like any troubling trends and
20  let us know, Hey, look, we have X amount -- we
21  have, you know, X percentage increase in fights
22  at these three schools, and then we'd have to
23  talk about, Okay, what are we going to do to get
24  a handle on it. That was the older structure.
25      Q.  What's the structure now for the

Page 231

1  reports?
2      A.  The structure now is that student
3  relations is the one-stop shop for all
4  school-level data on discipline. Student
5  relations and their team, they review monthly
6  discipline reports coming out of schools
7  basically on a weekly basis.
8      They have a team of program
9  coordinators that will actually now go out to
10  schools and meet with the administrative teams
11  at each school to help them address any trends
12  that they see that they red flag on discipline
13  reports. If a school is struggling with fights,
14  they'll actually now go out on site and actually
15  troubleshoot with the team, What additional
16  resources do you need, what's going on, what are
17  the trends.
18      They also now -- student relations
19  will work with MTSS teams and actually start
20  looking at Multi-Tiered Systems of Support
21  reports on students.
22      So it now has its own office. They
23  collect the information directly as opposed to
24  having to collect it from the legal department
25  or to collect disciplinary data from directors

Page 232

1  or assistant superintendents.
2      Q.  Okay. So let's take a look at some
3  of the other data from this 2017 presentation.
4  If you go to slide 7.
5      A.  Yes.
6      Q.  This is labeled -- the slide is
7  called TUSD Monthly Discipline - Three Year
8  Comparison.
9      Do you see that?
10      A.  Yes.
11      Q.  And it's for all students, right?
12      A.  Yes.
13      Q.  And it basically compares the
14  monthly discipline data for the 2014-2015 school
15  year, the 2015 to 2016 school year, and the 2016
16  to 2017 school year, right?
17      A.  Yes.
18      Q.  And according to this table, between
19  the 2014 and 2015 and the 2016 and 2017 school
20  year, in every month there was a decrease in
21  disciplinary reports, correct?
22      A.  Yes.
23      Q.  And then between the 2015 and 2016
24  to the 2016 to 2017 report, there was a decrease
25  for five of the months, right?

Page 233

1      A.  Yes.
2      Q.  And then the other months had a
3  slight increase, right?
4      A.  Yes.
5      Q.  Let's take a look at slide 10. This
6  is titled Discipline Disparity - Three Year
7  Comparison. And this slide shows the same
8  incident data, but it's broken down by white
9  students, African American students, and
10  Hispanic students, right?
11      A.  Yes.
12      Q.  What was the purpose of tracking
13  discipline data in this way?
14      A.  We were still under court
15  supervision, and part of the consent decree, the
16  unitary status plan, was to address disciplinary
17  disparities, the frequency in which African
18  American and Hispanic students were being
19  subjected to discipline versus Anglo students.
20      Q.  And so according to this chart, for
21  all three of these school years there was a
22  disparity in the discipline given to African
23  American students versus white students, right?
24      MR. CUTLER: Object to form.
25      THE WITNESS: Eight years ago, yes,

59 (Pages 230 - 233)

CONFIDENTIAL

Page 234

1    but today probably no, which I've got to
2    toot our own horn on that, which is a
3    reason we're out of court supervision.
4    But eight years ago at the time of this,
5    absolutely yes.
6    BY MS. DEGTYAREVA:
7    Q.    So for the 2014 to 2015 school year
8    there was a disparity of 8.15 percent, right?
9    A.    Yes.
10    Q.    And does that mean that when you
11    account for the number of African American
12    students versus the number of white students,
13    African American students were disciplined
14    8.15 percent more often?
15    MR. CUTLER:  Object to form.
16    THE WITNESS:  8.15 percent more
17    likely to receive discipline, yes, or
18    disciplined at a rate 8.15 percent more.
19    BY MS. DEGTYAREVA:
20    Q.    And for the 2015 to 2016 school
21    year, there was still a disparity, right?
22    A.    Yes.
23    Q.    For the 2016 through 2017 school
24    year, there continued to be disparity, right?
25    A.    Yes.

Page 235

1    MR. CUTLER:  Object to form.
2    BY MS. DEGTYAREVA:
3    Q.    And do you agree that being in an
4    environment where you are treated differently
5    based on the color of your skin, that can impact
6    your mental health?
7    A.    Well, the current environment that
8    you showed in the previous data doesn't show a
9    disparity, so the current disparity doesn't
10    support that, that there is that kind of
11    environment.  That's why we're out of court
12    supervision.
13    But assuming that you were in that
14    kind of an environment, yes, it would.
15    Q.    Dr. Trujillo, you are aware that the
16    district is claiming damages going back many
17    years, correct?
18    A.    Yes.
19    Q.    And in the 2014 through 2015, 2015
20    through 2016, and 2016 through 2017 school
21    years, there was a disparity in the discipline,
22    correct?
23    MR. CUTLER:  Object to form.
24    Disparity means a difference.
25    THE WITNESS:  Disparity means a

Page 236

1    difference, but it may not mean
2    inequitable application of consequences.
3    BY MS. DEGTYAREVA:
4    Q.    In these three school years there
5    was a disparity in the discipline for African
6    American versus white students, correct?
7    MR. CUTLER:  Object to form.
8    THE WITNESS:  A difference, yes.
9    BY MS. DEGTYAREVA:
10    Q.    The slide says "disparity," right?
11    A.    That's what the slide says, yes.
12    Q.    Do you disagree with that?
13    A.    I disagree with the slide -- I don't
14    disagree that the slide says "disparity."
15    Q.    And do you agree that if a student
16    were in an environment where they were being
17    disciplined more often because of the color of
18    the skin, that would impact their mental health?
19    MR. CUTLER:  Object to form,
20    foundation, incomplete hypothetical, calls
21    for speculation.
22    Go ahead.
23    THE WITNESS:  If that was the case,
24    yes.
25    ///

Page 237

1    BY MS. DEGTYAREVA:
2    Q.    Now, let's take a look at slide 12.
3    In this, the last big bullet says, "Disparity in
4    Discipline Dispositions," right?
5    A.    Okay, yes.
6    Q.    And then underneath that, the second
7    smaller bullet point says, "See Example," right?
8    A.    Yes.
9    Q.    So let's go on to slide 13.  And you
10    can see here there are two examples of student
11    discipline outcomes, right?
12    A.    Yes.  From eight years ago, yes.
13    Q.    From eight years ago.  From 2017,
14    right?
15    A.    Yes.
16    Q.    Now, the first one which is at the
17    top of the page refers to an African American
18    student, right?
19    A.    Yes.
20    Q.    And then the one at the bottom of
21    the page refers to a white student, right?
22    A.    Yes.
23    Q.    Both of these incidents occurred in
24    2017, the same school year, right?
25    A.    Yes.

60 (Pages 234 - 237)

CONFIDENTIAL

Page 238

1    Q.   Both students were in the 12th
2  grade, right?
3    A.   Yes.
4    Q.   And in both cases the student was
5  under the influence of alcohol, right?
6    A.   Yes.
7    Q.   Now, in the bottom case involving
8  the white student, the student was actually
9  arrested for being under the influence of
10  alcohol, right?
11    A.   Yes.
12    Q.   And then if you look at the very
13  right-hand column, it shows the discipline that
14  was given to each student, right?
15    A.   Yes.
16    Q.   And it shows that the African
17  American student received harsher discipline
18  than the white student, right?
19    A.   Yes, but --
20        MR. CUTLER:  Object to form,
21    foundation.
22        THE WITNESS:  -- we don't see the
23    cumulative record.  Discipline in TUSD is
24    cumulative.  So I don't know what was on
25    the record of both 12th graders.  If you

Page 239

1    have previous infractions, then your
2    consequence for a recurring infraction
3    would be harder.
4        So I can answer what's on the
5    screen.  What's on the screen is yes, but
6    I don't have access to what the previous
7    disciplinary record was for either
8    student.
9  BY MS. DEGTYAREVA:
10    Q.   And this was an example that the
11  TUSD discipline committee chose to include as an
12  example of disparity and discipline disposition,
13  right?
14        MR. CUTLER:  Object to form.
15    A.   As an example, yes.
16  BY MS. DEGTYAREVA:
17    Q.   Now, let's take a look at slide 11.
18  This slide is titled Concerns.
19        Do you see that?
20    A.   Yes.
21    Q.   And the concern listed here is
22  "Fidget Spinners," right?
23    A.   Right.
24    Q.   So were fidget spinners causing
25  disciplinary issues?

Page 240

1    A.   In the spirit of this dated
2  information back in -- eight years ago, yes.
3    Q.   In 2017?
4    A.   2017, yes, they were not conducive
5  to kids concentrating in class.
6    Q.   In 2017, fidget spinners were
7  distracting students in class?
8    A.   Yes.
9    Q.   And before fidget spinners, POGs
10  were an issue?
11    A.   Going back even further, yes.
12    Q.   And again, in 2017, in this report
13  social media is not listed as a concern?
14    A.   Social media is on the come-up in
15  2017.  So we didn't even really have any
16  knowledge that there would ever be any kind of a
17  YouTube or a Snapchat or a TikTok, but at that
18  time we weren't dealing with that type of an
19  issue, I would agree.
20    Q.   In 2017 --
21    A.   In 2017.
22    Q.   In 2017, TUSD was not dealing with
23  the issue of social media?
24        MR. CUTLER:  Object to form,
25    foundation.

Page 241

1        THE WITNESS:  We weren't dealing
2    with the volatile and disruptive nature of
3    the platforms that would emerge well after
4    2017 that would later become a problem.
5    To my knowledge, there was no TikTok in
6    2017, is my point, unless I'm wrong.
7  BY MS. DEGTYAREVA:
8    Q.   Was TUSD dealing with any social
9  media related problems in 2017?
10        MR. CUTLER:  Object to form,
11    foundation.
12        THE WITNESS:  Yes.
13  BY MS. DEGTYAREVA:
14    Q.   And social media is not listed here
15  as a concern?
16    A.   Not in 2017.  Not in 2017, if that's
17  the question.
18    Q.   Right.
19        In 2017, social media was not listed
20  as a concern?
21    A.   Yes, I would agree with that.
22    Q.   When do you believe TUSD became
23  aware of social media as a concern for its
24  schools?
25        MR. CUTLER:  Object to form,

61 (Pages 238 - 241)

CONFIDENTIAL

Page 242

1    foundation.
2         Go ahead.
3         THE WITNESS:  Social media started
4    to present itself as substantially
5    disruptive post pandemic.
6 BY MS. DEGTYAREVA:
7    Q.    So post pandemic was 2021?
8    A.    '21-'22.
9    Q.    Now, as a superintendent, what is
10 your role in developing the district's
11 priorities?
12        MR. CUTLER:  Object to form.
13        THE WITNESS:  I'm a primary voice in
14    developing what the district's priorities
15    are and presenting those priorities to the
16    governing board for a final decision in
17    terms of how many of those -- how many of
18    those priorities will end up getting
19    funded and supported at the policy and the
20    financial level.
21 BY MS. DEGTYAREVA:
22    Q.    Who do you work with to develop the
23 priorities?
24    A.    Well, that's a -- that's probably
25 the largest part of my job.  I work with

Page 243

1 teachers.  I work with community members.  I do
2 listening tours.  I work with business leaders.
3 I work with our fellow administrators.  I work
4 with parents.  And I listen to what our
5 employees are saying.
6    Q.    And we've been talking throughout
7 this deposition about a number of the priorities
8 that you've talked about earlier.
9    A.    Yes.
10    Q.    So from when you started in 2017
11 through mid 2022, the desegregation litigation
12 was one of your priorities, right?
13    A.    Priorities -- can you be a little
14 bit more specific, like priorities in terms of
15 what are our -- what's our vision for the
16 district, what's our like long-term and
17 short-term list of things that we want to get
18 done.  So we move the district forward so we are
19 the preeminent choice for public education.
20 There's those priorities, and then there's stuff
21 that we need to get done now.
22         Like there's things that are on the
23 docket that require our immediate attention and
24 we've got to get them closed out.
25         So there's priorities of that

Page 244

1 nature, which, yes, getting out of the
2 desegregation case fits that bill.  But our
3 long-term vision priorities, absolutely we want
4 more counselors, we want an additional
5 $2 million.  That remains part of a vision of a
6 TUSD that is the parental choice.
7         So it's a two-part question.  I'm
8 not sure which one you meant.
9    Q.    All right.  So would you agree that
10 getting the school -- or getting the district
11 out of the core supervision in the desegregation
12 litigation, that was one of the priorities you
13 had in leading the district?
14    A.    That's an immediate, yes, we need to
15 get back to a state of local governance and
16 local autonomy, and we have to do that and that
17 has to be a priority, yes.
18    Q.    You mentioned staffing issues like
19 with the counselors, that was another priority?
20    A.    Again, that's that other category.
21 We aspire to lowering counseling ratios.  We've
22 always been open and honest about not having
23 enough funding from the state to adequately
24 support our counselors and what they're trying
25 to do with kids.  That's up there with putting

Page 245

1 music teachers in every single classroom.
2 That's up there with making sure we have more
3 coaches available for more PE in all of our
4 classrooms.
5         So as a public school district, the
6 wish list is long of things that we know are
7 good for kids that just aren't adequately funded
8 at this time.
9    Q.    And in 2019 you talked about vaping
10 being the number one problem at the district,
11 right?
12    A.    In 2019, yeah, in terms of one of
13 the most disruptive things that we're dealing
14 with and still dealing with, vaping.
15    Q.    Was it a priority of yours to deal
16 with issues caused by vaping?
17    A.    In the category of we need to get
18 this issue under control and we need to get it
19 under control now, similar to we need to get out
20 of the court order so that we can move the
21 district forward, yes.
22    Q.    And vaping is an issue you're still
23 dealing with?
24    A.    It's still an issue.
25    Q.    And then in the YouTube safety video

Golkow Technologies,
A Veritext Division

877-370-3377                                                    www.veritext.com

CONFIDENTIAL

Page 246

1  we watched earlier, you talked about school
2  safety and security as being your most important
3  priority, right?
4      A.   It's a priority in both categories.
5  What we aspire to do with school safety and what
6  we are passionate about doing now, yes.
7      Q.   Let's take a look at Tab 42, which
8  we'll mark as exhibit --
9          MR. CUTLER:  Before we get that, can
10  we go off the record and take a break?
11          MS. DEGTYAREVA:  Sure.
12          THE VIDEOGRAPHER:  We're going off
13  record.  The time is 1:34.
14          (Whereupon, a luncheon recess was
15          taken.)
16
17
18
19
20
21
22
23
24
25

Page 247

1          AFTERNOON SESSION
2          THE VIDEOGRAPHER:  We're going back
3      on record.  The time is 2:18.
4  BY MS. DEGTYAREVA:
5      Q.   Okay.  So we left off, we were going
6  to look at another document, so it was Tab 42,
7  and we'll mark as Exhibit 41.
8          (Whereupon, Tucson-Trujillo-41 was
9          marked for identification.)
10  BY MS. DEGTYAREVA:
11      Q.   Dr. Trujillo, are you familiar with
12  this document?
13      A.   Yes.
14      Q.   This is a strategic plan for Tucson
15  Unified School District?
16      A.   Yes.
17      Q.   And this is dated July 12, 2022,
18  right?
19      A.   Yes.
20      Q.   So which school year is this a
21  strategic plan for?
22      A.   This was completed and launched
23  during the '22-'23 school year.
24      Q.   And is this something that would
25  have been presented to the governing board?

Page 248

1      A.   Oh, yes.
2      Q.   So let's take a look at page 5, it's
3  the Bates ending in 192.  These are the
4  district's proposed initiatives, right?
5      A.   Yes.
6      Q.   Now, addressing social media use by
7  students is not one of the proposed initiatives,
8  right?
9      A.   That's correct.
10      Q.   And if we go to the next slide,
11  ending in Bates 193, this is the first strategic
12  goal, right?
13      A.   Yes.
14      Q.   And it's Future-Focused Learning?
15      A.   Yes.
16      Q.   No mention of social media here?
17      A.   Not in this one, no.
18      Q.   Going on to the page ending in Bates
19  197, that's Strategic Goal 2, right?
20      A.   Yes.
21      Q.   That's Social and Emotional
22  Well-being?
23      A.   Yes.
24      Q.   And this slide doesn't mention
25  social media?

Page 249

1      A.   No.
2      Q.   And if you look at the next slide,
3  which is Bates ending 198, these are the
4  Commitments for Goal 2, right?
5      A.   Yes.
6      Q.   And this slide on the Commitments
7  for Goal 2 doesn't mention social media, right?
8      A.   Not on the slide, no.
9      Q.   Okay.  Going on to page ending in
10  200, that's Strategic Goal 3, right?
11      A.   Yes.
12      Q.   It's Equity, Diversity & Inclusion,
13  right?
14      A.   Yes.
15      Q.   And social media is not mentioned
16  anywhere on this slide?
17      A.   No.
18      Q.   Going on to the page ending in 203,
19  this is Strategic Goal 4, Professional Growth,
20  right?
21      A.   Yes.
22      Q.   Social media is not mentioned here?
23      A.   No.
24      Q.   Going on to the page ending in Bates
25  206, this is Strategic Goal 5, Community

63 (Pages 246 - 249)

CONFIDENTIAL

Page 250

1  Strength, right?
2      A.  Yes.
3      Q.  Again, social media is not
4  mentioned, right?
5      A.  No.
6      Q.  And going on to the Bates ending in
7  209, this is Strategic Goal 6, Optimized
8  Resources, right?
9      A.  Yes.
10     Q.  No mention of social media here?
11     A.  No.
12     Q.  And on the next page, ending in 210,
13  these are the Commitments for Goal 6, right?
14     A.  Yes.
15     Q.  It includes things like pursuing
16  funding opportunities, right?
17     A.  Yes.
18     Q.  It includes retention efforts to
19  minimize vacancies and reduce time to hire,
20  right?
21     A.  Yes.
22     Q.  It includes sustaining and
23  increasing enrollment in the district, right?
24     A.  Yes.
25     Q.  No mention of social media?

Page 251

1      A.  No.
2          MS. DEGTYAREVA:  Let's go to Tab 45,
3      and we'll mark that as Exhibit 42.
4          (Whereupon, Tucson-Trujillo-42 was
5          marked for identification.)
6  BY MS. DEGTYAREVA:
7      Q.  Dr. Trujillo, are you familiar with
8  this document?
9      A.  Yes.
10     Q.  Okay.  This is a Budget Advisory
11  Committee Report, right?
12     A.  Yes.
13     Q.  And what is the budget advisory
14  committee?
15     A.  That is a governing board appointed
16  committee.
17     Q.  What are they responsible for?
18     A.  They're responsible for making
19  expenditure recommendations to the governing
20  board for the upcoming year's fiscal -- fiscal
21  year budget.
22     Q.  And this is a presentation they gave
23  to the governing board for the meeting on
24  February 8, 2022, right?
25     A.  Yes.

Page 252

1      Q.  If we go to page 3 of the -- page 3
2  of the PowerPoint, which is the Bates ending in
3  230.
4      A.  Yes.
5      Q.  The first priority identified here
6  is Classroom Size Reduction, right?
7      A.  Yes.
8      Q.  And at the very bottom it notes
9  "systemic issues such as teacher turnover and
10  student migration," right?
11     A.  Can I have one moment to read?
12         I see it, yeah.
13     Q.  So it notes "systemic issues such as
14  teacher turnover and student migration"?
15     A.  Yes.
16     Q.  Are those issues that TUSD has been
17  facing?
18     A.  Yes.
19     Q.  If you go to the next slide ending
20  in 231, the next priority identified is a $15
21  Minimum Wage, right?
22     A.  Yes.
23     Q.  And then the slide ending in 232, it
24  identifies ESSER Positions as a priority, right?
25     A.  Yes.

Page 253

1      Q.  What are ESSER positions?
2      A.  The Elementary and Secondary School
3  Economic Recovery Act, as part of the American
4  rescue plan, provided COVID era funds for
5  academic interventions for students suffering
6  the effects of online learning, to help schools
7  and districts deal with learning loss and
8  delayed learning.
9          It also allowed school districts to
10  spend money on capital equipment or facilities
11  upgrades that will help to mitigate the spread
12  of COVID-19.
13     Q.  Going on to the next page, ending in
14  233, the priority listed here is Desegregation,
15  right?
16     A.  Yes.
17     Q.  So addressing student social media
18  use is not one of the priorities identified in
19  these slides, correct?
20     A.  As an expenditure priority?  This is
21  budget stuff.  No.
22     Q.  So addressing social media use is
23  not identified as a budget priority?
24     A.  No.
25     Q.  What are TUSD's primary funding

64 (Pages 250 - 253)

CONFIDENTIAL

Page 254

1 sources?
2      A.   The primary funding sources, we
3 receive money from the state of Arizona that's
4 called base support limit funding.  The state of
5 Arizona provides $5,100 per student in
6 traditional K-12 districts.  Students have to be
7 in attendance 90 percent or more of the 180-day
8 school year for the district to receive the full
9 $5,100 payment.
10          Additional dollars are added on to
11 the $5,100 if it's a student with disabilities.
12 That's called category A, and category B, weight
13 funding.
14          Category A is for a student with
15 disabilities where the disabilities are
16 academic, like dyslexia, and the student can
17 thrive and be successful in a general education
18 environment.
19          That group A additional funding on
20 top of the $5,100 could be anywhere between
21 1,800 and 2,000 extra dollars.
22          Category B and C, those are students
23 with disabilities that require more restrictive
24 environments.  B is a student that requires a
25 more restrictive environment for at least

Page 255

1 40 percent of the school day.  This could be a
2 student that for whatever reason, according to
3 the disability, it could be mild or moderate
4 levels of autism, might be able to be okay in a
5 general English class, in a general math class
6 and a science class, but then might need two
7 hours with a special education teacher.
8          The add-on weight for group B is
9 significantly more, at about 4 to 5,000
10 additional dollars because of all of the
11 additional services that would be needed for
12 that student.
13          Category C is the most comprehensive
14 level of disability.  Those are students that
15 are typically wheelchair bound, severe cognitive
16 and physical impairments, students that have
17 severe levels of autism, those are students that
18 have to be in standalone, self-contained
19 instruction with a special education teacher
20 100 percent of the day, we'll get an additional
21 5 or $6,000 on top of the $5,100 for special
22 education.
23          The second funding source is
24 federal.  So we get -- there's four big federal
25 funding sources in the district.  There's Title

Page 256

1 I, and that is an allotment of funding that
2 comes from the federal government that's based
3 off of the percentage of free and reduced lunch
4 students that you have in the district.
5          We also have Title II dollars.
6 Title II is also an apportionment of money
7 coming from the Department of Education for
8 teacher training and professional development
9 and instructional support.
10          We have Title III.  Title III is
11 money for refugee student services, English
12 language acquisition, to support English as a
13 second language, training and instruction for
14 teachers charged with teaching English as a
15 second language.
16          Lastly, we get IDEA dollars.  The
17 individual disability -- Individuals with
18 Disabilities Education Act of the early '70s
19 under the Nixon administration provides dollars
20 to school districts specifically for the support
21 and education of students with disabilities with
22 the goal of trying for every student to provide
23 a least restrictive environment possible.
24          I would say those are the five major
25 sources of funding.

Page 257

1          We have a sixth, it's desegregation.
2 Districts that are under a federal court order,
3 they are allowed to levy additional tax dollars
4 from the homeowners of the school district for
5 the purposes of complying with the federal court
6 order.
7          Throughout the life of the case TUSD
8 levied $63 million to comply with the provisions
9 and requirements of the consent decree.  We are
10 still able to tax for the $63 million for
11 programs that are specific to the court order to
12 keep us out of continued court supervision.
13          And then our last major funding
14 source is going to be the $480 million bond
15 initiative that the taxpayers voted for to
16 support an additional 480 million for facilities
17 upgrades, school safety, and modernized learning
18 spaces.  That was in November of 2023.
19          The district does have around
20 15 million in general gifts and donations.
21 Taking into account gifts and donations and tax
22 credits that are given to the 86 schools and the
23 district itself, if you add all of that stuff
24 up, it's roughly about $15 million.
25          Those are sort of major sources of

65 (Pages 254 - 257)

Page 258
1 funding.
2    Q.  Now, you mentioned the desegregation
3 being one of the funding sources.  And just to
4 try and understand, even though you are no
5 longer under court supervision, you still have
6 access to that funding?
7    A.  Yes.
8    Q.  But you have to use that funding for
9 programs that would be specific to remaining in
10 compliance with the unitary status plan?
11    A.  Or because we're no longer under
12 court supervision, they can only be spent on
13 those programs and those goals that were under
14 the original court order.  You can't spend them
15 anywhere else.
16    Q.  And who determines what programs can
17 qualify for the use of those funds?
18    A.  Statute.  The Arizona Statute 910(G)
19 governs how you spend monies raised for
20 compliance with the federal court order.  We'll
21 use the term "910(G) funds" or "deseg funding"
22 as kind of interchangeable.
23    Q.  And in terms of determining which
24 programs fall within that original court order,
25 who determines which programs would qualify?

Page 259
1    A.  Right now it's the court order
2 itself.  The governing board has the authority
3 now out of court supervision to make unilateral
4 decisions as a board to stop a program, to
5 change a program, or just to continue funding
6 it.  Up until this moment the governing board
7 has taken no definitive action to change any
8 parameters of the programming that is a part of
9 the original court order.
10    Q.  If the governing board were to
11 change any parameters of the court order, would
12 there need to be some kind of showing that the
13 change is still related to the goal of
14 desegregation?
15    A.  Yes.  Yes.
16    Q.  Now, does TUSD also receive funding
17 from grants?
18    A.  Yes.
19    Q.  TUSD also receives funding from the
20 JUUL litigation?
21    A.  Yes.
22    Q.  Any other litigation-related
23 funding?
24    A.  That's it.
25    Q.  Apart from the things we've already

Page 260
1 talked about, any other sources of funding?
2    A.  No.
3    Q.  Now, you talked just a little while
4 ago about federal funds, the Elementary and
5 Secondary School Emergency Relief funds, right?
6    A.  I do want to go back to your
7 previous question.  I did leave out plant fund.
8 Plant fund is a source of revenue for the
9 district when it sells buildings, when it
10 leases.
11        And as we talked about at the
12 beginning of the deposition, only the governing
13 board can decide to enter into a sale agreement.
14 When it does and it collects revenue on a
15 property asset, that's housed in the plant fund,
16 so that's a source of revenue.
17        There's also civic center which is
18 rental fees, so when auditoriums are rented out,
19 gyms, stadiums.  That's a little bit of a
20 smaller fund, but that is also under the
21 direction of the school board.
22        So I didn't want to leave out plant
23 fund and civic as sources of revenue.
24    Q.  Okay.  So one of the federal
25 funds -- the federal source of funds the

Page 261
1 district used to receive were the ESSER funds,
2 right?
3    A.  Yes.
4    Q.  Elementary and Secondary School
5 Emergency Relief, right?
6    A.  Yes.
7    Q.  And ESSER funds, that was relief
8 money -- if you need some water --
9    A.  I'm okay.
10    Q.  So ESSER funds, that was relief
11 money from the federal government given to
12 schools to help with the impact of the COVID-19
13 pandemic?
14    A.  Yes.
15    Q.  TUSD received approximately 267
16 million in ESSER funding, right?
17    A.  Yes.
18    Q.  And the funds were distributed in
19 three phases, right?
20    A.  Yes.
21    Q.  But the ESSER funds were limited in
22 time?
23    A.  Yes.
24    Q.  And they have expired as of
25 September 2024?

CONFIDENTIAL

Page 262

1    A.    Yes.
2    Q.    So TUSD does not have access to
3 ESSER funds anymore?
4    A.    No.
5        MS. DEGTYAREVA:  Let's take a look
6    at Tab 47, which we're going to mark as
7    Exhibit 43.
8        (Whereupon, Tucson-Trujillo-43 was
9        marked for identification.)
10    A.    Which page?
11 BY MS. DEGTYAREVA:
12    Q.    So just starting with the first page
13 of the exhibit, do you recognize this document?
14    A.    Yes.
15    Q.    Okay.  Is this a presentation to the
16 governing board?
17    A.    Yes, it is.
18    Q.    And it's a presentation about the
19 ESSER funds, right?
20    A.    Yes.
21    Q.    This is dated February 8, 2022?
22    A.    Yes.
23    Q.    And TUSD had some discussion over
24 how to spend the ESSER funds, right?
25    A.    Yes.

Page 263

1    Q.    So if you look at slide 3, you'll
2 see top it says ESSER - Eligibility
3 Requirements, right?
4    A.    Yes.
5    Q.    And at the top there's a quote,
6 "'For the Prevention, Preparation, & Response to
7 the Coronavirus Pandemic.'"
8        Right?
9    A.    Yes.
10    Q.    Is that sort of a summary of the
11 eligibility requirement?
12    A.    That's language from the actual
13 ESSER regulation, yes.
14    Q.    Now, one of the things mentioned on
15 this slide that ESSER funds could be used for is
16 mental health support and social emotional
17 learning, right?
18    A.    Yes.
19    Q.    If we go on to slide 5, this is
20 titled ESSER Decision Making.
21        Do you see that?
22    A.    Yes.
23    Q.    And it lists core 5 areas where
24 ESSER funds can be used at TUSD, right?
25    A.    Yes.

Page 264

1    Q.    And so one of the areas that TUSD
2 would spend ESSER funds on included hiring
3 social workers?
4    A.    Yes.
5    Q.    It included hiring counselors,
6 right?
7    A.    Yes.
8    Q.    It included hiring MTSS staff?
9    A.    Yes.
10    Q.    It included funding that social
11 emotional learning department, right?
12    A.    Not that department, that I'm aware
13 of, no.
14    Q.    So in --
15    A.    We don't pay for social emotional
16 learning department out of ESSER.
17    Q.    In number 5 there's a reference to
18 "SEL."  Do you know what that stands for?
19    A.    Maybe the curriculum, but not the
20 actual staffing.
21    Q.    So there was some funding related to
22 the social emotional learning department?
23    A.    Yes.
24        MR. CUTLER:  Object to form,
25    foundation.

Page 265

1 BY MS. DEGTYAREVA:
2    Q.    And that funding related to social
3 emotional learning department, some of that
4 money came from ESSER, right?
5        MR. CUTLER:  Object to form.
6        THE WITNESS:  Some.
7        MS. DEGTYAREVA:  Okay.  Let's take a
8    look at Tab 48, and we'll mark this as
9    Exhibit 44.
10        (Whereupon, Tucson-Trujillo-44 was
11        marked for identification.)
12 BY MS. DEGTYAREVA:
13    Q.    Do you recognize this document?
14    A.    Yes.
15    Q.    So this is a list of the
16 ESSER-funded positions in TUSD, right?
17    Q.    And it's dated January 14th, 2022?
18    A.    Yes.
19    Q.    And if you go down the list, you'll
20 see that as of January 2022, TUSD had funded for
21 counselors 15.8 full-time equivalents using
22 ESSER funding, is that right?
23    A.    Yes.
24    Q.    And then as of January '22, for
25

67 (Pages 262 - 265)

CONFIDENTIAL

Page 266

1  behavioral specialists TUSD had funded seven
2  behavioral specialists using ESSER funding,
3  right?
4      A.   Yes.
5      Q.   As of January 2022, TUSD funded the
6  director of social emotional learning using
7  ESSER funding, right?
8      A.   Yes.
9      Q.   As of January 2022, TUSD had hired
10 one restorative practice facilitator using ESSER
11 funding, right?
12     A.   Yes.
13     Q.   As of January 2022, TUSD funded for
14 social workers 25.45 full-time equivalent social
15 workers using ESSER funding, right?
16     A.   Yes.
17     Q.   TUSD hired or funded dozens of
18 teachers using ESSER funding, correct?
19     A.   Yes.
20     Q.   And in total TUSD had committed to
21 funding 399 positions with ESSER funding, right?
22     A.   Just as I look at this, this is from
23 our Visions financial workflow software. I want
24 to make sure I have an accurate understanding.
25         I believe that the information at

Page 267

1  the right side -- let me just take a quick look
2  here. I want to make sure it doesn't refer to
3  total positions in the district versus what's
4  funded out of ESSER. Let's take -- give me a
5  minute to look at it.
6      Q.   Sure.
7          MR. CUTLER: Do you know what this
8  document is?
9          MS. DEGTYAREVA: It is an attachment
10 to the agenda for the board meeting --
11         THE WITNESS: Okay.
12         MS. DEGTYAREVA: -- we just looked
13 at.
14         THE WITNESS: I'm okay with it,
15 yeah.
16         It does not refer to the total
17 amount of positions in the district, so
18 that's -- I just wanted to make sure.
19 BY MS. DEGTYAREVA:
20     Q.   It refers to the total positions
21 that were going to be funded with ESSER funds?
22     A.   With ESSER funds --
23         MR. CUTLER: Object to form,
24 foundation.
25         THE WITNESS: -- yeah.

Page 268

1  BY MS. DEGTYAREVA:
2      Q.   So 399 positions were going to be
3  funded using ESSER money?
4      A.   Yes.
5          MR. CUTLER: Object to form,
6  foundation.
7  BY MS. DEGTYAREVA:
8      Q.   And in total as a result of these
9  ESSER-funded positions, TUSD had committed to
10 paying over 13 million in annual salary to these
11 ESSER-funded positions, right?
12     A.   13.7.
13         MR. CUTLER: Object to form and
14 foundation.
15 BY MS. DEGTYAREVA:
16     Q.   $13.7 million?
17     A.   Yes.
18         MS. DEGTYAREVA: Let's take a look
19 at Tab 49, and we'll mark this as
20 Exhibit 45.
21         (Whereupon, Tucson-Trujillo-45 was
22         marked for identification.)
23 BY MS. DEGTYAREVA:
24     Q.   This is labeled ESSER Funding
25 Proposal. Are you familiar with the ESSER

Page 269

1  funding proposals?
2      A.   Yes.
3      Q.   What are they?
4      A.   As departments decided how they were
5  going to use -- or put together ideas for how
6  they were going to use the allotment of ESSER
7  funding available to them, we required them to
8  put together formal proposals, and those
9  proposals were charged with demonstrating
10 alignment to the six approved areas of the ESSER
11 grant legislation.
12     Q.   So this is an ESSER proposal for the
13 school counseling department, right?
14     A.   Yes.
15     Q.   And the area that it relates to, as
16 indicated by the checkbox, is mental health
17 support, right?
18     A.   Yes.
19     Q.   So then under Explain what you need
20 and how it relates to the impact of COVID-19,
21 this proposal writes that it's seeking to have
22 nine counselors -- or nine counselors have been
23 identified to develop social emotional learning
24 curriculum, right?
25     A.   Yes.

68 (Pages 266 - 269)

CONFIDENTIAL

Page 270

1    Q.   So it's seeking to fund nine
2 counselors using ESSER money, right?
3    A.   It's seeking to fund their
4 additional overtime at the rate of $25 an hour
5 to develop SEL lessons for the district.
6    Q.   Got it.
7        So it's seeking to fund overtime for
8 nine counselors to develop social emotional
9 learning curriculum?
10   A.   Yes.
11       MR. CUTLER:  Object to form.
12 BY MS. DEGTYAREVA:
13   Q.   And TUSD used ESSER funding to pay
14 that overtime?
15   A.   The 10,800, yes.
16   Q.   Now, this proposal does not mention
17 social media?
18   A.   Not on the screen, no, it doesn't.
19       MS. DEGTYAREVA:  Let's go to Tab 50,
20   which we're going to mark as Exhibit 46.
21       (Whereupon, Tucson-Trujillo-46 was
22       marked for identification.)
23 BY MS. DEGTYAREVA:
24   Q.   Give me one moment.  I'm switching
25 binders.

Page 271

1        So Tab 50 is Exhibit 46.  That's
2 another ESSER Funding Proposal, right?
3    A.   Yes.
4    Q.   And this proposal is for Doolen
5 Middle School, right?
6    A.   Yes.
7    Q.   And under the areas, the focus
8 areas, it's checked "Academic Loss," "Mental
9 Health Support," and "Recruitment/Retention,"
10 right?
11   A.   Yes.
12   Q.   And it says that this proposal is
13 for hiring a full-time school social worker,
14 right?
15   A.   Yes.
16   Q.   And specifically under Explain what
17 you need and how it relates to the impact of
18 COVID-19, the proposal states that, "School
19 grades currently have to share Social Worker
20 with another school which makes it difficult to
21 meet all of the needs of our student
22 population."
23       Right?
24   A.   Yes.
25   Q.   It goes on to say, "This position

Page 272

1 will assist with re-building, social and
2 emotional skills and resilience of students as
3 there has been a sharp decline in these critical
4 aspects during pandemic-related isolation."
5        Right?
6    A.   Yes.
7    Q.   It talks about "increases in poverty
8 rates, domestic violence, suicidal ideation and
9 self-harm among our students over the course of
10 the last year."
11       Right?
12   A.   That's what it says, yes.
13   Q.   And this proposal is in May 2021,
14 right?
15   A.   Yes.
16   Q.   So the last year is during the
17 pandemic?
18   A.   Yes.
19   Q.   And this social worker position
20 would cost $70,000 per year in ESSER funds,
21 right?
22   A.   Yes.
23   Q.   Again, no mention of social media in
24 this proposal?
25   A.   Not in this proposal.

Page 273

1        MS. DEGTYAREVA:  Let's go to Tab 51,
2    which we're going to mark as Exhibit 47.
3        (Whereupon, Tucson-Trujillo-47 was
4        marked for identification.)
5 BY MS. DEGTYAREVA:
6    Q.   Exhibit 47 is another ESSER Funding
7 Proposal, and this one is for Catalina High
8 School, right?
9    A.   Yes.
10   Q.   It's also from May 2021, right?
11   A.   Yes.
12   Q.   And the focus area that this relates
13 to is mental health support, right?
14   A.   Yes.
15   Q.   So under Explain what you need and
16 how it relates to the impact of COVID-19, the
17 proposal says, "We need a full-time mental
18 health/behavior specialist/interventionist that
19 focuses solely on mental health for students and
20 improving behavior towards academics."
21       Right?
22   A.   Yes.
23   Q.   And it says, "We learned that
24 through this pandemic that students need
25 assistance in order to be mentally available to

69 (Pages 270 - 273)

CONFIDENTIAL

Page 274

1  learn due to outside trauma."
2        Right?
3    A.  Yes.
4    Q.  TUSD used ESSER funds to fund this
5  behavioral specialist for Catalina High School,
6  right?
7    A.  Yes.
8    Q.  And in this proposal there is no
9  mention of social media?
10   A.  No mention.
11       MS. DEGTYAREVA:  Let's take a look
12  at Tab 52, and we're going to mark this as
13  Exhibit 48.
14       (Whereupon, Tucson-Trujillo-48 was
15        marked for identification.)
16  BY MS. DEGTYAREVA:
17   Q.  And you'll see at the top this is
18  labeled or titled Rationale for the need of
19  mental health services and the use of ESSER
20  funds.
21       Do you see that?
22   A.  Yes.
23   Q.  Now, under the What heading at the
24  very top, the first sentence says, "The impact
25  of the pandemic created a disruption to school

Page 275

1  districts on a level we have never experienced."
2        Right?
3    A.  Yes.
4    Q.  Do you agree with that?
5    A.  Yes.
6    Q.  And then at the end of that
7  paragraph it says, "Early research indicates
8  that Covid-19 has affected the mental health of
9  children and adolescents and that depression and
10 anxiety are prevalent."
11       Do you agree with that?
12   A.  Yes.
13   Q.  And according to this document, the
14 project that -- under the Who, the project that
15 these ESSER funds were to be used for was a
16 partnership with Palo Verde Behavioral Health
17 Services which included Talkspace, right?
18   A.  Yes.
19   Q.  What is Talkspace?
20   A.  It's an online platform that
21 provides online mental health services,
22 certified counselors and social workers
23 available through that app, for any student or
24 family in crisis.
25   Q.  Is this also referred to as TUSD

Page 276

1  Connect App?
2        MR. CUTLER:  Object to form.
3        THE WITNESS:  Yeah, I think you
4        could -- they're used interchangeably,
5        yeah.
6  BY MS. DEGTYAREVA:
7    Q.  And in this rationale document
8  there's no mention of social media?
9    A.  Not in this document, no.
10   Q.  No mention of defendants' platforms?
11   A.  No.
12   Q.  Now, were there any other mental
13 health related initiatives that TUSD used ESSER
14 funding for?
15   A.  Other than what's in this budget,
16 no.
17   Q.  And by "what's in this budget," are
18 you referring to the staff positions, the --
19   A.  Yes.
20   Q.  -- Palo Verde Behavioral Health
21 Services?
22   A.  Yes.
23   Q.  Talkspace?
24   A.  Yes.
25   Q.  Portions of the social emotional

Page 277

1  learning department?
2    A.  Yes.
3    Q.  Okay.  Nothing else you can think
4  of?
5    A.  (Nodding in the negative.)
6    Q.  Is that a no?
7    A.  No.  Nothing else, no.
8        MS. DEGTYAREVA:  Let's take a look
9        at Tab 53, which we'll mark as Exhibit 49.
10       (Whereupon, Tucson-Trujillo-49 was
11        marked for identification.)
12  BY MS. DEGTYAREVA:
13   Q.  This is another funding proposal for
14 ESSER, right?
15   A.  Yes.
16   Q.  This is -- well, it says "Due date:
17 April 2nd."  It doesn't seem to have a year on
18 here.
19       But in this document the focus area
20 that's checked is "Mental Health Support,"
21 right?
22   A.  Yes.
23   Q.  And then under Explain what you need
24 and how it relates to the impact of COVID-19, it
25 says, "The Curriculum and Instruction Division

70 (Pages 274 - 277)

Page 278
1 has had to pivot the way we conduct teaching and
2 learning in our district because of Covid-19."
3        Right?
4    A.   Yes.
5    Q.   "To address academic losses and to
6 provide appropriate learning opportunities for
7 our students, our focus is on student's mental
8 health and meaningful learning opportunities
9 that focus on students' academic success."
10       Do you see that?
11   A.   Yes.
12   Q.   And you would agree that COVID-19
13 required additional focus on students' mental
14 health and academic successes?
15   A.   Yes.
16   Q.   Now, there's a bolded heading that
17 says Social Emotional Learning, and then in the
18 second paragraph it talks about the social
19 emotional learning and development department,
20 right?
21   A.   Yes.
22   Q.   Is that what is now called just the
23 social emotional learning department?
24   A.   Yes.
25   Q.   And that's a department that exists

Page 279
1 at TUSD today?
2    A.   Yes.
3    Q.   And it says that this department
4 will focus on promoting students' and staff
5 social emotional wellbeing as they navigate
6 through the K-12 system, right?
7    A.   Yes.
8    Q.   Then under How much it will cost,
9 this is on the second page, ending in 538,
10 you'll see there is a list of different things
11 that are proposed to be funded with ESSER as it
12 relates to the social emotional learning
13 department, right?
14   A.   Yes.
15   Q.   So $60,000 in professional
16 development is one item, right?
17   A.   Yes.
18   Q.   On the page after that, ending in
19 539, the professional department academic
20 trainer position is between $55,212.95 and
21 $65,844.67 per year, right?
22   A.   Yes.
23   Q.   Professional training and research
24 is $25,000, right?
25   A.   Yes.

Page 280
1    Q.   And then on the last page, ending in
2 540, there's mileage of $1,000, right?
3    A.   Yes.
4    Q.   So these are all funds that -- these
5 are all expenses that would be paid using ESSER
6 funds?
7    A.   Yes.
8    Q.   And these all relate to the social
9 emotional learning department?
10   A.   Yes.
11   Q.   No mention of social media in this
12 proposal?
13   A.   No.
14   Q.   Now, TUSD no longer has access to
15 any ESSER funding, right?
16   A.   No more access, no.
17   Q.   So you had to find a new funding
18 source for all the positions that were funded by
19 ESSER?
20   A.   Or cut expenditures.
21   Q.   So cut expenditures or find a new
22 funding source?
23   A.   Or do both.  We did both.
24   Q.   And let's play a video clip that is
25 from a TUSD board meeting on September 12, 2023.

Page 281
1 This is Tab 92A.
2        MS. DEGTYAREVA:  And we'll mark it
3    as Exhibit 50.
4        (Whereupon, Tucson-Trujillo-50 was
5        marked for identification.)
6        (Video clip played.)
7 BY MS. DEGTYAREVA:
8    Q.   So in this board meeting on
9 September 12th of 2023, you were discussing the
10 upcoming loss of ESSER funding, right?
11   A.   Yes.
12   Q.   And you mentioned the desegregation
13 budget, right?
14   A.   Yes.
15   Q.   That's the budget we were talking
16 about earlier that there was some limits to what
17 you can use that budget for, right?
18   A.   Yes.
19   Q.   You mentioned some of the positions
20 that were funded by ESSER.  You mentioned MTSS
21 coordinators, interventionists, and counselors,
22 right?
23   A.   Yes.
24   Q.   And TUSD was looking for a way to
25 continue to fund those positions, right?

71 (Pages 278 - 281)

CONFIDENTIAL

Page 282

1    A.   Yes.
2    Q.   They were important to student
3 mental health?
4    A.   Yes.
5    Q.   They were important to social
6 emotional learning?
7    A.   And academics, with the
8 interventionist, yes.
9    Q.   And academics.
10        Now, September 12, 2023, this is the
11 same day that the TUSD board passed its
12 resolution to sue the defendants in this case,
13 right?
14    A.   Yes.
15    Q.   And in this case TUSD is claiming
16 damages for many of the positions that were
17 previously funded by ESSER, right?
18    A.   I don't understand the question.
19    Q.   Well, let's take a look at the
20 document -- at a document.
21        MS. DEGTYAREVA:  This is going to be
22 Tab 80, and we'll mark it as Exhibit 51.
23        (Whereupon, Tucson-Trujillo-51 was
24        marked for identification.)
25        ///

Page 283

1 BY MS. DEGTYAREVA:
2    Q.   Do you understand that in this case
3 TUSD is seeking damages from the defendants?
4    A.   I understand, yes.
5    Q.   So it's seeking money.
6    A.   It is, yes.
7    Q.   And it's seeking money because it
8 claims that TUSD was harmed by defendants'
9 platforms, right?
10    A.   Yes.
11    Q.   So let's take a look at Tab 80.
12 This is Exhibit 51.  This document is titled
13 Plaintiff's Amended Answers to Defendants'
14 Interrogatories to Tucson Unified School
15 District (Set 3).
16        Do you see that at the --
17    A.   Can you define that in non-technical
18 legal terms, please?
19    Q.   This is just the title of the
20 document.
21    A.   That's the title.  There's no like
22 non-technical meaning in amended answers to
23 defendants' interrogatories, that's just the
24 title of the document.
25    Q.   Just for the record, do you see this

Page 284

1 is the title of the document?
2    A.   All right, yes.
3    Q.   Have you ever seen this document
4 before?
5    A.   Not that I'm aware of.
6    Q.   And you can take a moment to look
7 through it to see if you recognize any portion
8 of it.
9    A.   If you let me take a look at it, I
10 can tell you.
11        (Witness reviewing document.)
12    A.   Okay.
13    Q.   So have you seen this document
14 before?
15    A.   I believe I've seen it once.
16    Q.   And were you involved in preparing
17 any portion of the document?
18    A.   No, no.
19    Q.   So if we go to page 4, you'll see at
20 the top it says, "Category 1 includes previously
21 disclosed types of damages," right?
22    A.   Okay.
23    Q.   And do you understand that that's a
24 reference to damages that the school district is
25 seeking in this case?

Page 285

1    A.   Yes.
2    Q.   And then the second paragraph on
3 this page says, "In calculating damages
4 associated with Category 1, Plaintiff identified
5 costs associated with certain staff, including
6 teachers, assistant principals, principals, and
7 staff providing mental health and related
8 student support services."
9    A.   Yes.
10    Q.   "A percentage was then applied to
11 each staff category or position for each
12 respective year to reach an approximate total of
13 this category of damages."  Right?
14    A.   Yes.
15    Q.   And then at the bottom of this
16 paragraph it refers to Exhibit 1.
17        Do you see that?
18    A.   Yes.
19    Q.   So let's turn to Exhibit 1, which is
20 at the end of this document.
21    A.   Okay.
22    Q.   It's four pages from the end,
23 there's --
24    A.   I see.
25    Q.   -- pages as Exhibit 1.

72 (Pages 282 - 285)

CONFIDENTIAL

Page 286

1    A.    Okay.
2    Q.    After that do you see that there are
3 two charts?
4    A.    Yes.
5    Q.    And the chart on the first page
6 lists certain staff positions?
7    A.    Yes.
8    Q.    And then the chart on the second
9 page lists teachers, assistant principals, and
10 principals.
11        Do you see that?
12   A.    Yes.
13   Q.    Have you seen these charts before?
14   A.    Yes.
15   Q.    And were you involved in preparing
16 these charts?
17   A.    No.
18   Q.    Were you consulted in putting these
19 charts together?
20   A.    I was consulted at a very high
21 level.
22   Q.    What do you mean by that?
23   A.    Categories of staff members that
24 would be most likely to spend the most amount of
25 time dealing with social media related issues,

Page 287

1 counselors, social workers, principals,
2 assistant principals, classroom teachers, at
3 that very general level.
4    Q.    Got it.
5        And if you look at the first chart
6 in Exhibit 1 of this document, some of the
7 categories included here are social workers,
8 right?
9    A.    Yes.
10   Q.    It includes counselors?
11   A.    Yes.
12   Q.    Behavior specialists, right?
13   A.    Yes.
14   Q.    Restorative practice facilitators,
15 right?
16   A.    Yes.
17   Q.    It says MTSS is included in here?
18   A.    Yes.
19   Q.    The SEL director, right?
20   A.    Yes.
21   Q.    And then ESSER funds were used for
22 at least some employees within each of these
23 positions, right?
24        MR. CUTLER:  Object to form.
25        THE WITNESS:  At the time that ESSER

Page 288

1 was available, yes.
2 BY MS. DEGTYAREVA:
3    Q.    ESSER is no longer available?
4    A.    ESSER is no longer available, and
5 some of these positions are no longer offered,
6 some are.
7    Q.    Which positions are no longer
8 offered?
9    A.    Oh, I'd have to -- off the top of my
10 head, I don't know, but we employed a strategy
11 of keeping some positions and letting others go.
12 We couldn't cover everything that ESSER funded,
13 so we prioritized the academic interventionists,
14 the reading and math interventionists.  We found
15 a way to continue to fund those.
16        We continued to fund the social
17 workers.  We continued to fund the counselors.
18 Those were our primary goals.  And I believe we
19 also found a way to fund the MTSS coordinators.
20   Q.    And then if you look on the right of
21 this chart, there's a column labeled "Weight."
22        Do you see that?
23   A.    Labeled what?
24   Q.    Weight.
25   A.    Weight?

Page 289

1    Q.    Yes, weight.  It's on this chart.
2 It's the second column from if the right.
3    A.    Yeah, I see it.
4    Q.    Okay.  And there are percentages
5 under that column, right?
6    A.    Yes.
7    Q.    Were you consulted in assigning
8 those percentages?
9    A.    No.
10   Q.    Do you know how the percentages were
11 calculated?
12   A.    No.
13   Q.    And if we look at the chart on the
14 second page of Exhibit 1 in this document, were
15 you consulted in putting this chart together?
16   A.    No.
17   Q.    And same thing, under the Weight
18 column there are percentages.  Were you
19 consulted in putting those percentages together?
20   A.    No.
21   Q.    Do you know how those percentages
22 were calculated?
23   A.    No.
24   Q.    Now, in addition to the end of ESSER
25 funding, there are other financial issues that

CONFIDENTIAL

Page 290

1 TUSD has been facing, right?
2     A.   Yes.
3     Q.   Let's go to -- let's go to Tab 54.
4          MS. DEGTYAREVA:  And then we're
5 going to mark this as Exhibit 52.
6          (Whereupon, Tucson-Trujillo-52 was
7          marked for identification.)
8 BY MS. DEGTYAREVA:
9     Q.   You see this -- the top e-mail is
10 from Ricardo Hernandez to you and some other
11 people, right?
12    A.   Yes.
13    Q.   Who is Ricardo Hernandez?
14    A.   He's the chief financial officer.
15    Q.   And the subject line of this e-mail
16 is "Urgent - Correction - Invitation to appear
17 on the Buckmaster Radio Program," right?
18    A.   Yes.
19    Q.   The Buckmaster Radio Program, that's
20 the same program that we -- we heard a clip from
21 one of that program, right?
22    A.   Yes.
23    Q.   You appeared on that program?
24    A.   I appeared on the program, yes,
25 several times.

Page 291

1     Q.   So if we go to the page ending in
2 256, you'll see there's an e-mail from Bill
3 Buckmaster, and he says that the topics for this
4 particular episode will include, among other
5 things, financial issues facing the district,
6 right?
7     A.   Yes.
8     Q.   And then if we go to the page ending
9 in Bates 254, there's an e-mail from you, and
10 you suggest some talking points to discuss with
11 Bill on the show, right?
12    A.   Yes.
13    Q.   On the second page, ending in 255,
14 there's some talking points regarding the
15 financial issues facing the district, right?
16    A.   Yes.
17    Q.   And one of the issues you noted was
18 "A severe lack of capital funding is the primary
19 financial challenge facing the district," right?
20    A.   Yes.
21    Q.   You say, "The state began
22 systematically cutting capital funding to
23 schools in 2009 and has resulted in a loss of
24 $189 million for TUSD," right?
25    A.   Yes.

Page 292

1     Q.   So a lack of state funding was a
2 financial issue the district was facing?
3     A.   Continues to be, yes.
4     Q.   And then if you go to the first page
5 of this document, in the top e-mail
6 Mr. Hernandez makes a correction and says that
7 the number is actually 480 million, right?
8     A.   Yes.
9          Clarification?
10    Q.   Yes.
11    A.   480 million is what's needed to
12 bring all of our facilities to a modernized
13 state, to do all the deferred maintenance and to
14 modernize areas.
15         180 million is just the pure amount
16 of yearly capital funding that the district
17 should have received between 2009 up until this
18 point, the '22-'23 school year.  They are two
19 different numbers.  So Mr. Hernandez is correct.
20    Q.   Fair to say the district was in need
21 of a lot of money for capital --
22    A.   Yes.
23    Q.   And in your talking points on
24 February 7, 2023, when you're describing the
25 financial issues facing the district, you don't

Page 293

1 mention social media?
2          MR. CUTLER:  Object to form.
3          THE WITNESS:  Not in the e-mail, no.
4 BY MS. DEGTYAREVA:
5     Q.   Let's take a look at another
6 document.
7          MS. DEGTYAREVA:  This is Tab 56, and
8 we're going to mark it as Exhibit 53.
9          (Whereupon, Tucson-Trujillo-53 was
10         marked for identification.)
11 BY MS. DEGTYAREVA:
12    Q.   This is a news article, and the
13 title is TUSD imposing administrative hiring
14 freeze, right?
15    A.   Yes.
16    Q.   The article is from March 27th of
17 this year, 2025, right?
18    A.   Yes.
19    Q.   And it is for the upcoming school
20 year, the 2025-2026 school year that TUSD has
21 imposed an administrative hiring freeze?
22    A.   That is correct, yes.
23    Q.   In this article, at the bottom of
24 the first page it says, "A budget update at
25 Tuesday night's governing board meeting

74 (Pages 290 - 293)

CONFIDENTIAL

Page 294

1  predicted the district will face a $21 million
2  annual average deficit through 2030," right?
3      A.   Yes.
4      Q.   Is that consistent with your
5  understanding?
6      A.   Yes.
7      Q.   Then on the second page of this
8  article, at the very top it says, "TUSD
9  superintendent Dr. Gabriel Trujillo says that
10  the district has seen a lack of funding from the
11  state combined with declining enrollment and
12  parents choosing school vouchers over public
13  education," right?
14      A.   Yes.
15      Q.   Now, if you go back to, I believe
16  this was Exhibit 2, this is the Arizona Auditor
17  General report, and if we go to page 7 of this
18  report, you'll see here enrollment highlights
19  for fiscal year 2001 through 2024, right?
20      A.   Yes.
21      Q.   So in fiscal year 2022, the district
22  had close to 60,000 students?
23      A.   Yes.
24      Q.   In fiscal year 2024, it had about
25  38,000 students, right?

Page 295

1      A.   Yes.
2      Q.   So in the past two decades or so,
3  the district has lost more than a third of its
4  students?
5      A.   Yes.
6      Q.   And then if you look at just the
7  five-year enrollment change, in the past five
8  years the district has lost 10.7 percent of its
9  students, right?
10      A.   Yes.
11      Q.   So a lack of state funding,
12  declining enrollment, parents choosing school
13  vouchers over public education, those were all
14  things that put a financial strain on the
15  district?
16      A.   I would throw COVID-19 in there too.
17      Q.   And COVID-19?
18      A.   Yeah.
19      Q.   Okay. Let's listen -- I realize I
20  made a misstatement earlier, so just for the
21  record, it was in fiscal year 2002 the district
22  had close to 60,000 students.
23      A.   Okay.
24      Q.   Is that right?
25      A.   Yeah.

Page 296

1      Q.   Okay. Thank you.
2          Okay. Let's listen to another
3  podcast clip, and it's a radio show clip, and
4  this is again from the Buckmaster Radio Show.
5  It's from an episode on April 23, 2025.
6          MS. DEGTYAREVA: This is Tab 95A,
7      and we'll mark it as Exhibit 54.
8          (Whereupon, Tucson-Trujillo-54 was
9          marked for identification.)
10          (Audio clip played.)
11  BY MS. DEGTYAREVA:
12      Q.   Here again, you're talking about the
13  impact of families using these vouchers to go to
14  private schools instead of TUSD schools, right?
15      A.   Correction. Families already going
16  to private schools that have never gone to TUSD
17  schools collecting a subsidy off of the backs of
18  our current students that are actually enrolled
19  in TUSD schools financially.
20      Q.   And this was one of the most
21  challenging aspects to TUSD's budget?
22      A.   Yes.
23      Q.   It cost you $37 million?
24      A.   That's the current total, yes. The
25  way vouchers work is that if you live in the

Page 297

1  zone of a particular school district, the number
2  that I referenced to you earlier, about $5,100
3  per student, you can request the direct payment
4  of the $5,100 to you as a family to go to the
5  school of your choice.
6          The predominant majority of families
7  that live inside the TUSD boundary, they've
8  already been going to private schools, so
9  they're collecting their $5,100 and the private
10  schools are increasing tuition by $5,100, so
11  it's just a subsidy that we are now responsible
12  for paying.
13      Q.   I'd like to switch gears now. I'm
14  going to ask you some questions about the use of
15  technology at TUSD.
16      A.   Yes.
17      Q.   TUSD provides all of its students
18  with either an iPad or a Chromebook, right?
19      A.   Yes.
20          MS. DEGTYAREVA: Let's take a look
21      at Tab 60, which we're going to mark as
22      Exhibit 55.
23          (Whereupon, Tucson-Trujillo-55 was
24          marked for identification.)
25          ///

75 (Pages 294 - 297)

CONFIDENTIAL

Page 298

1  BY MS. DEGTYAREVA:
2      Q.   This is a note sent to families of
3  the Pueblo Gardens PK-8 school regarding the
4  Verizon Innovative Learning School.
5           What is a Verizon Innovative
6  Learning School?
7      A.   It's called VILS, Verizon Innovative
8  Learning Initiative.  That is prepandemic.  That
9  was a partnership, continues to be a partnership
10  with Verizon in which iPads are distributed
11  throughout the school.
12          The school is provided funding to
13  create what's called a maker space, where they
14  will be given a 3D printer.  They'll be given
15  robotics equipment.  They'll be given a space
16  inside the school to reconfigure that space into
17  what's known as that maker space, which is a
18  place for hands-on engineering projects, and
19  those projects would require basically every kid
20  in the school to interact through apps on the
21  iPad.
22          That's kind of an overview of the
23  VILS program.
24      Q.   Now, this letter was sent by Michael
25  Konrad?

Page 299

1      A.   Yes.
2      Q.   Who is that?
3      A.   Michael Konrad is the principal of
4  Pueblo Gardens K-8.
5      Q.   Has he had any other roles at TUSD?
6      A.   Michael Konrad was the former
7  director for middle schools.  Prior to that he
8  was an assistant principal at Rincon High
9  School.  And then prior to that he was the
10  principal of Booth Fickett K-8.
11      Q.   Now, the first paragraph of this
12  letter says, "Pueblo Gardens has been selected
13  by Digital Promise and Verizon to offer iPads
14  and Free monthly data plans for Every middle
15  school student beginning with this 2019-2020
16  school year."
17          Right?
18      A.   Yes.
19      Q.   And then the third paragraph says,
20  This has been a long -- "This grant has been a
21  long process but has resulted in a fantastic
22  opportunity to enhance the learning at our
23  school and empower our students."
24      A.   Yes.
25      Q.   Do you agree with that?

Page 300

1      A.   What's written here?
2      Q.   Do you agree that --
3      A.   The grant has been a long process?
4  It was.  Do I agree with that statement or,
5  like, what is the...
6      Q.   Do you agree that this provision of
7  the "iPads and the Free monthly data plans for
8  Every student has resulted in a fantastic
9  opportunity to enhance the learning at our
10  school and empower our students"?
11      A.   Yes.
12          MR. CUTLER:  Object to form.
13  BY MS. DEGTYAREVA:
14      Q.   Now, if we go to the page ending in
15  604, there's some additional information about
16  the Verizon Innovative Learning School, and the
17  second paragraph from the top says, "Students
18  will take their devices home with them and Must
19  make it a habit to connect to Wi-Fi."
20          Right?
21      A.   Yes.
22      Q.   It says, "Students should use public
23  Wi-Fi when possible or use the 5G LTE wireless
24  data plan provided by Verizon Wireless."
25          Right?

Page 301

1      A.   Yes.
2      Q.   So students with these TUSD-issued
3  devices can connect their devices to their home
4  Wi-Fi networks --
5      A.   Yes.
6      Q.   -- or any other Wi-Fi networks?
7      A.   Yes.
8      Q.   And when TUSD students are using the
9  non-TUSD Wi-Fi on their devices, TUSD is not
10  able to limit what websites they visit.
11      A.   Can you repeat the question?
12      Q.   When a student is connecting their
13  TUSD-issued device to a home Wi-Fi network --
14      A.   Yes.
15      Q.   -- is TUSD able to limit what
16  websites they visit?
17      A.   No.
18      Q.   TUSD doesn't automatically implement
19  any parental controls on the devices, right?
20      A.   No.
21      Q.   It doesn't implement screen time
22  limits?
23      A.   No.
24      Q.   And then if you look at --
25      A.   At this time or now?  During the

CONFIDENTIAL

1 time of '19?
2     Q.    Well.  In 2019 were there any screen
3 time limits?
4     A.    No.  No.
5     Q.    Were there any parental controls?
6     A.    No.
7     Q.    And then today are there any screen
8 time limits?
9     A.    Today there are.  Today there are --
10 in the laptops now there are -- there's a
11 mechanism to block certain websites that's built
12 into the device, but nothing, to my knowledge,
13 on limiting screen time or any of the other
14 parameters we talked about.
15     Q.    So then on page ending in 606, under
16 Technology Expectations, point number 7 says,
17 "It is Every student's responsibility to:  Bring
18 iPad to school every school day with an ample
19 charge."
20         Right?
21     A.    Yes.
22     Q.    So TUSD required students to bring
23 their devices with them to school every day?
24     A.    Yes.  At this school for this
25 program, yes.

1         (Cross-talking.)
2         MS. DEGTYAREVA:  Okay.  Let's take a
3     look at Tab 85, which we'll mark as
4     Exhibit 56.
5         (Whereupon, Tucson-Trujillo-56 was
6         marked for identification.)
7 BY MS. DEGTYAREVA:
8     Q.    This is a post by Tucson Unified
9 School District.
10         Do you see that?
11     A.    Yes.
12     Q.    And it's a post on the Tucson
13 Unified School District's Facebook page?
14     A.    Yes.
15     Q.    And it says that, "Catalina High
16 School hosted a ribbon cutting ceremony to
17 unveil their brand new E-Sports lab."
18         Right?
19     A.    Yes.
20     Q.    And, "Students and staff celebrated
21 the state of the art facility, which will
22 provide opportunities for competitive gaming and
23 career development in the digital space."
24         Right?
25     A.    Yes.

1     Q.    What is an e-sports lab?
2     A.    E-sports lab, that is a -- that's a
3 space on the campus that's configured with
4 desktop computers, gaming equipment, gaming
5 chairs, headphones, loaded with
6 district-approved games for which students can
7 compete in online gaming.
8     Q.    So TUSD sponsors gaming and
9 technology education?
10     A.    We do, yes.
11     Q.    And it provides opportunities for
12 its students to engage in competitive gaming?
13     A.    Yes.
14     Q.    And TUSD believes that having this
15 e-sports lab is helpful for career development,
16 right?
17     A.    We believe it's helpful for student
18 connection, we believe it's helpful for school
19 connectedness.  We also believe it's important
20 to provide elective opportunities for students
21 to further ground them in the academic areas.  I
22 wouldn't necessarily say career preparation.
23     Q.    The post says, "career development
24 in the digital space."
25         Right?

1     A.    Yeah.  I guess, you know, you could
2 say that.  I wouldn't necessarily agree with
3 that.  I think I've always looked at our
4 supportive e-sports the way we look at support
5 for physical education, the way we look at
6 support for arts.
7         We look at them as elective
8 opportunities that are designed to meet kids
9 where they are, to meet them where their
10 interests are to get them excited and motivated
11 to come to school every day.
12         But those are my views.  There
13 certainly are other views that view it as
14 students engaging in some of the more
15 cognitively challenging games like Minecraft or
16 Fortnite where you do have to use elements of
17 geometry and critical thinking and strategic
18 planning, you could make the argument that that
19 is a form of career development, which I've
20 heard that argument as well.
21     Q.    Are Minecraft and Fortnite games
22 that students can play in the e-sports lab?
23     A.    They are.
24     Q.    Do you know how much the e-sports
25 lab costs?

Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 306

1    A.   No, but our e-sports are funded out
2 of donations through the Educational Enrichment
3 Foundation.
4    Q.   Do you know how many TUSD students
5 play video games?
6    A.   I don't have a number for you, no.
7    Q.   Do you know how much time students
8 spend playing video games?
9    A.   I don't have a number for you, no.
10    Q.   But video games are popular enough
11 that TUSD created an e-sports lab where students
12 can engage in competitive gaming?
13    A.   At Catalina, at CE Rose, and at
14 Utterback, yeah.  We have three, yes.
15    Q.   And TUSD has its own social media
16 accounts, right?
17    A.   Yes.
18    Q.   So as we've seen, it has a Facebook
19 page, right?
20    A.   Yes.
21    Q.   It has an Instagram?
22    A.   Yes.
23    Q.   It has a YouTube?
24    A.   Yes.
25    Q.   Anything else?

Page 307

1    A.   YouTube, Instagram, and Facebook.
2    Q.   And then individual schools within
3 TUSD also have their own social media accounts,
4 right?
5    A.   Yes.
6    Q.   And TUSD and its schools use social
7 media to communicate with parents?
8    A.   Yes.
9    Q.   You use it to communicate with
10 students?
11    A.   Yes.
12        MS. DEGTYAREVA:  Let's take a look
13    at Tab 62, which we'll mark as Exhibit 57.
14        (Whereupon, Tucson-Trujillo-57 was
15        marked for identification.)
16 BY MS. DEGTYAREVA:
17    Q.   This is an e-mail from you from
18 December of 2019, right?
19    A.   Yes.
20    Q.   And in this e-mail you say that you
21 are attaching a list -- a "preliminary list of
22 priorities I would like to pursue in the next
23 budget cycle for 2020-2021."
24        Right?
25    A.   Yes.

Page 308

1    Q.   And there's an attachment listed
2 document at the top, right?
3    A.   I would like to clarify the contents
4 of this e-mail.
5        This is an e-mail to Maricela Meza,
6 who is the chief negotiator that works with our
7 different employee associations through the
8 bargaining process.  This is an e-mail in
9 response to priorities that are specifically
10 assigned to employee relations, hence "ER
11 Areas."
12        So these are priorities specific to
13 what are we going to negotiate with our unions.
14 So I just want to make sure that we're very,
15 very clear, as the e-mail states, employee
16 relations, "ER Areas of 2020-2021."  These are
17 all priorities for the negotiations process and
18 things that we want to get done through
19 negotiating with our different unions.
20    Q.   Let's take a look at the attachment
21 to this e-mail.
22        MS. DEGTYAREVA:  This is Tab 63,
23    which we'll mark as Exhibit 58.
24        (Whereupon, Tucson-Trujillo-58 was
25        marked for identification.)

Page 309

1 BY MS. DEGTYAREVA:
2    Q.   So this document is titled 2020-2021
3 Instructional Priorities/Funding Goals
4 (Preliminary), right?
5    A.   Yes.
6    Q.   And if you turn to the bottom of
7 page 338, the very last line says Social Media
8 Management Stipend, right?
9    A.   Yes.
10    Q.   That was one of the preliminary
11 priorities you identified, right?
12    A.   Yes.
13    Q.   Now, on the next page ending in 339,
14 you say that you "would like to budget $1,000
15 stipends to be paid out to assigned site
16 employees that design, maintain, update, and
17 provide content to his/her respective school's
18 social media platforms and websites."
19        Right?
20    A.   Yes.
21    Q.   That would be a total of $90,000?
22    A.   Yes.
23    Q.   And one of the reasons you
24 identified this as a priority was to ensure a
25 strong and well balanced school-by-school social

CONFIDENTIAL

Page 310

1 media and web presence, right?
2     A.    For the purpose of communicating
3 with parents and celebrating and highlighting
4 school events, yes.
5     Q.    Now, TUSD also has used social media
6 to promote behavioral health services, right?
7         MR. CUTLER:  Can we go off the
8     record and take a quick break?
9         MS. DEGTYAREVA:  Sure.
10        THE VIDEOGRAPHER:  Going off record.
11    The time is 3:19.
12        (Whereupon, a recess was taken.)
13        THE VIDEOGRAPHER:  We are going back
14    on record.  The time is 3:30.
15        MS. DEGTYAREVA:  Okay.  Let's mark
16    Tab 64 as Exhibit 59.
17        (Whereupon, Tucson-Trujillo-59 was
18        marked for identification.)
19 BY MS. DEGTYAREVA:
20    Q.    Okay.  If you look at the bottom
21 e-mail on the first page, it's from Dan Ranieri
22 at La Frontera, right?
23    A.    Yes.
24    Q.    What is La Frontera?
25    A.    They are a nonprofit that operates

Page 311

1 here in southern Arizona.  They support and they
2 promote and they resource different groups to
3 provide behavioral health services.
4    Q.    This e-mail is from December of
5 2020, right?
6    A.    Yes.
7    Q.    And Mr. Ranieri is telling you about
8 some behavioral health services that families
9 can receive during the pandemic, right?
10    A.    Yes.
11    Q.    And then you forward Mr. Ranieri's
12 e-mail to Leslie Lenhart, right?
13    A.    Yes.
14    Q.    Who is Leslie Lenhart?
15    A.    At the time she was the TUSD
16 director for communications.
17    Q.    And you tell her, "Let's use our
18 social media platforms to advertise these free
19 services for families."
20        Right?
21    A.    Yes.
22    Q.    So TUSD uses social media to promote
23 behavioral health services?
24    A.    Yes.
25    Q.    Okay.  You appeared on an episode of

Page 312

1 something called the SmartSocial podcast, right?
2    A.    Yes.
3    Q.    And that was in July of 2024?
4    A.    Yes.
5    Q.    Let's listen to a clip from that
6 podcast.
7        MS. DEGTYAREVA:  This is going to be
8     Tab 65A, and we will mark it as
9     Exhibit 60.
10        (Whereupon, Tucson-Trujillo-60 was
11        marked for identification.)
12        (Audio clip played.)
13 BY MS. DEGTYAREVA:
14    Q.    So you believe that social media can
15 be an incredible instructional tool?
16    A.    It can be.
17    Q.    It can allow students to work
18 together across different places in time and
19 space?
20    A.    Yes, it can.
21    Q.    And it has helped lead your schools
22 into what you described at 21st century led
23 collaboration and content creation in forms of
24 education?
25    A.    In a lot of schools, yes.

Page 313

1    Q.    You believe that social media has
2 also enhanced student government and student
3 extracurricular activities?
4    A.    Yes.
5    Q.    And that's because students are able
6 to promote their clubs and their activities in
7 very positive ways on social media?
8    A.    Yes.
9    Q.    You believe they can capture videos
10 and photos of wonderful moments together?
11    A.    Yes.
12    Q.    It can help send positive messages
13 to parents and the community at large?
14    A.    Yes.
15    Q.    You would agree that social media
16 can be used in a positive way?
17    A.    I would agree.
18    Q.    Now, if somebody posts content that
19 is negative on social media, are you aware that
20 TUSD or really anyone else can ask defendants to
21 take down content that violates their terms of
22 service?
23        MR. CUTLER:  Object to form,
24     foundation.
25        THE WITNESS:  Can you repeat the

79 (Pages 310 - 313)

CONFIDENTIAL

Page 314

1    question?
2  BY MS. DEGTYAREVA:
3    Q.   Sure.
4         If somebody posts some negative
5  content like a negative video or a negative
6  image on social media, are you aware that TUSD
7  can ask defendants to take down that content?
8    A.   Yes.
9         MR. CUTLER:  Object to form and
10 foundation.
11        MS. DEGTYAREVA:  Let's take a look
12 at Tab 66, and we'll mark that as
13 Exhibit 61.
14        (Whereupon, Tucson-Trujillo-61 was
15        marked for identification.)
16 BY MS. DEGTYAREVA:
17   Q.   This is an e-mail from you from
18 September 15, 2021.
19        Do you see that?
20   A.   Yes.
21   Q.   And it's about a fight at Rincon
22 High School, right?
23   A.   Yes.
24   Q.   And this is a fight that has been
25 posted on social media, right?

Page 315

1    A.   Right.
2    Q.   And you write, "The fight video has
3  been posted on TMZ Tucson.  We are doing what we
4  can to see if Instagram can shut the page down
5  to avoid the reputational hit for RUHS."
6         Right?
7    A.   Right.  Yes.
8    Q.   RUHS, does that refer to Rincon --
9    A.   Rincon University High School.
10   Q.   So your concern here, as stated in
11 this e-mail at least, was that having this fight
12 be posted on social media, that could be a
13 reputational hit for the high school, right?
14   A.   It did and it was a reputational hit
15 for the high school.
16   Q.   In this e-mail you didn't say
17 anything about a concern that the fight would
18 encourage more violence?
19        MR. CUTLER:  Object to form.
20        THE WITNESS:  Not in this particular
21   e-mail, no.
22 BY MS. DEGTYAREVA:
23   Q.   And you didn't say anything about
24 how the fight might harm students' mental
25 health?

Page 316

1    A.   Not in this particular e-mail, no.
2    Q.   Now, you personally use social media
3  to communicate with TUSD students in your role
4  as a superintendent, right?
5    A.   I don't communicate with individual
6  students as a superintendent.  If your question
7  is the general student body and the general TUSD
8  parent population, yes.
9    Q.   You have social media accounts in
10 your role as superintendent?
11   A.   I do, yes.
12        MS. DEGTYAREVA:  Let's take a look
13 at Tab 67, and we will mark that as
14 Exhibit 62.
15        (Whereupon, Tucson-Trujillo-62 was
16        marked for identification.)
17 BY MS. DEGTYAREVA:
18   Q.   You have an Instagram account in
19 your role as the superintendent of TUSD, right?
20   A.   Yes, I do.
21   Q.   It's called tusdsupt?  How do you
22 pronounce that?
23   A.   TUSD superintendent.
24   Q.   TUSD superintendent?
25   A.   Tusdsupt, yeah.

Page 317

1    Q.   Tusdsupt.
2         You encourage students to, quote --
3  or to stay, quote, "In the loop with your supt."
4         Right?
5    A.   "In the loop with your supt" is a 60
6  second or less reel where I just drop sound
7  bites on current issues of the day or general
8  updates for the general student -- not student,
9  but TUSD community overall.
10   Q.   So you post reels on your Instagram
11 account?
12   A.   It's not unique to students.  It's
13 for the TUSD community, yes.
14   Q.   You post reels on your Instagram
15 account for the TUSD community?
16   A.   Yes.
17   Q.   Reels are short-form videos, right?
18   A.   Yes.
19   Q.   You save some highlights of posted
20 videos at the top of the account, right?
21   A.   Yes.
22   Q.   These are highlights -- at least
23 here on this printout the highlights are for a
24 number of TUSD schools, right?
25   A.   Schools that I have visited, yes.

80 (Pages 314 - 317)

CONFIDENTIAL

Page 318

1    MS. DEGTYAREVA:  And then let's go
2  to Tab 61, and we'll mark that as
3  Exhibit 63.
4    (Whereupon, Tucson-Trujillo-63 was
5    marked for identification.)
6  BY MS. DEGTYAREVA:
7    Q.  So you also have a Facebook account
8  in your role as a superintendent, right?
9    A.  Yes.
10    Q.  And it's called Tucson Unified
11  Superintendent, right?
12    A.  Yes.
13    Q.  You actively post on your Facebook
14  page?
15    A.  The district does, yeah.
16    Q.  Who makes the posts?
17    A.  Our director for communications and
18  her team, Karla Escamilla.
19    Q.  Are the posts made on your behalf?
20    A.  Yeah, of course.  Yes.
21    Q.  And so looking at just the first
22  post on this page, it's written in the first
23  person.  It says, "I had a fantastic visit."
24    Is that something you would have
25  written?

Page 319

1    A.  Yeah.  Yes.
2    Q.  And this exhibit -- well, if you
3  flip through it, I can represent to you that
4  it's 71 pages long.
5    A.  Yes.
6    Q.  So that's 71 pages of various posts
7  that have been on this account?
8    A.  Yes.
9    Q.  Now, you allow students and others
10  to like your posts?
11    A.  Yes.
12    Q.  You allow students and others to
13  comment on your posts?
14    A.  It's open to the general public, not
15  just students.  Anybody can post.  It's a
16  universal -- what is it in the Facebook world?
17  It's open.
18    Q.  Anybody can comment?
19    A.  Yes.  Anybody can comment, yes.
20    Q.  Do you have any other social media
21  accounts in your role as the TUSD
22  superintendent?
23    A.  No.
24    Q.  What about in your personal capacity
25  outside of work, do you use social media?

Page 320

1    A.  Yeah.  Rarely, but I do, yes.
2    Q.  Do you have a personal Facebook
3  account?
4    A.  I do, yes.
5    Q.  Do you have a personal Instagram
6  account?
7    A.  Yes.
8    Q.  How about a personal TikTok account?
9    A.  No.
10    Q.  Personal Snapchat account?
11    A.  No.
12    Q.  Do you use YouTube?
13    A.  Sure, yes.  Like to consume content,
14  yes.
15    Q.  What types of things do you use
16  YouTube for?
17    A.  I'll watch a lot of Sports Center.
18  I'll watch a lot of podcasting.  I'll
19  download -- or not download, but watch any
20  variety of shows that are available on YouTube,
21  whether that's a Joe Rogan or it's ESPN or it's
22  a sports clip.  General content.
23    Q.  Do you have any children?
24    A.  Yes.
25    Q.  How many children do you have?

Page 321

1    A.  Two.
2    Q.  How old are they?
3    A.  11 and 2.
4    Q.  So the 2 year old is an easy
5  question; does your 2 year old have a cellphone?
6    A.  No.
7    Q.  How about the 11 year old; does the
8  11 year old have a cellphone?
9    A.  Doesn't have a cellphone full-time.
10  We limit access.  She has a cellphone under our
11  supervision.
12    Q.  Is that a smartphone?
13    A.  Yes.
14    Q.  And when did she get a smartphone?
15    A.  She was provided access to a
16  smartphone on her eleventh birthday, so
17  December, this past December.
18    Q.  Do you implement any screen time
19  limits?
20    A.  Yes.
21    Q.  What screen time limits do you
22  implement?
23    A.  She gets two hours to be able to use
24  the phone, primarily for watching her videos or
25  playing games.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com

Page 322

1    Q.   Is that two hours a day?
2    A.   Yes.
3    Q.   And are those limits that you
4  implement on the device itself?
5    A.   Yes.
6    Q.   Do you implement any type of other
7  parental controls on the device?
8    A.   Yes.  We do have -- on the different
9  apps we do have parental blocks on things, like
10 it's YouTube, YouTube for kids.  We have blocks
11 on the Netflix that's on that phone.  We have
12 blocks on -- basically any of the apps where the
13 show's content becomes available we put the
14 under 17 restrictions.
15   Q.   So you -- on the device, you put a
16 block so that the device can't download certain
17 apps, is that right?
18   A.   We also disconnect it from the
19 internet, which she hates, by the way, but we'll
20 do that typically in the evenings.
21   Q.   And the apps you block include --
22 you block YouTube?
23   A.   It's YouTube for kids.
24   Q.   You block YouTube for kids?
25   A.   No, we allow YouTube for kids.  It's

Page 323

1  not like regular YouTube.
2    Q.   Okay.  You allow YouTube for kids?
3    A.   Yeah, but it's a separate app.
4    Q.   Do you block regular YouTube?
5    A.   We'll block regular YouTube, yes.
6    Q.   You say you block Netflix?
7    A.   No, Netflix we have it set to under
8  17 content, so she can't get in -- there are
9  certain things that she can't watch.
10   Q.   Are there any apps that you just
11 block completely?
12   A.   That just aren't even on that phone?
13 Yes, TikTok.  Snapchat.  Those aren't even on
14 her phone at all.  We don't even want her
15 downloading them.
16   Q.   So how do you set blocks on the
17 device that prevent her from downloading apps?
18   A.   No, we only provide her the device
19 under our supervision, or if we're driving and
20 we're doing a road trip we let her use the
21 device.
22   Q.   And when you say under your
23 supervision, are you checking the device to make
24 sure that no apps have been downloaded?
25   A.   Same room, yeah.  We're in the

Page 324

1  living room together, she wants to use it, or
2  she's in her room, we'll walk over there, we
3  usually will check and see what's going on.
4    Q.   Have you ever placed any
5  restrictions on the times of day that she can
6  use her phone?
7    A.   Yes.
8    Q.   When can she use her phone?
9    A.   During the day.  And when it's
10 nighttime, it's nighttime, so we expect her in
11 bed, doing homework, all that staff.
12   Q.   Now, does she use any social media?
13   A.   No, no, not yet.
14   Q.   And you mentioned that you do allow
15 YouTube Kids and then Netflix with an under 17
16 setting?
17   A.   Yes.
18   Q.   Are there any other apps that you
19 allow her to use?
20   A.   No.
21   Q.   For YouTube Kids, do you restrict
22 the amount of time that she can spend watching
23 YouTube Kids?
24   A.   Yeah, she'll -- we try to give her
25 at least a couple of hours watching whatever she

Page 325

1  wants or using the phone.
2    Q.   Is that two hours a day?
3    A.   Yes.
4    Q.   And so she can spend that entire two
5  hours a day watching -- well, she can do
6  whatever she wants of the apps --
7    A.   Or doing her games, there's also
8  games that she'll play, so yes.
9    Q.   The games, are they standalone apps?
10   A.   I believe so.  Like Minecraft is
11 one.  I don't know, there's a couple of
12 different games that she likes to play on there.
13   Q.   Do you ever restrict the type of
14 content that she can view on YouTube Kids?
15   A.   No.  YouTube Kids is pretty okay
16 with me in terms of what they allow through
17 there.
18   Q.   Has she ever used YouTube for
19 educational purposes or as part of any assigned
20 homework?
21   A.   Not unless we force her.
22   Q.   What do you mean by that?
23   A.   We make her do it.  Primarily she's
24 using YouTube just for like a lot of
25 entertainment-based stuff.  The times that she's

82 (Pages 322 - 325)

Page 326

1 on our TV, there's a YouTube app for TV that
2 we're there, we'll see her try to get, like,
3 makeup videos or hair videos. I guess to the
4 extent we can call that instructional, sure, but
5 there are times when she's doing homework that
6 we'll direct her to a specific video on YouTube.
7 So it's usually under our direction
8 where she'll actually use the YouTube for
9 something academic or educational.
10 Q. So you at times direct her to use
11 YouTube for educational or academic purposes?
12 A. Yes.
13 Q. And is YouTube ever assigned as part
14 of the homework?
15 A. From the school?
16 Q. From the school?
17 A. No.
18 Q. That's your direction to her to use
19 YouTube?
20 A. If we're working on something in the
21 home, yes.
22 Q. Now, have you ever contacted any of
23 the defendants and asked them to modify any
24 feature of their platforms?
25 A. I believe we have, yes.

Page 327

1 Q. Who have you contacted?
2 A. We contacted TikTok. We were
3 passionate about having the infamous 2023 video
4 taken down because of the damage it was doing,
5 where the young man falsely accused us of
6 forcing him to substitute in a special needs
7 classroom when he didn't have the appropriate
8 certification, and they didn't. They denied our
9 request to take it down.
10 The Rincon fight video, to my
11 knowledge, was also not taken down.
12 Q. So in those instances, you're
13 referring to instances that you contacted the
14 defendants to ask them to take down specific
15 pieces of content, the videos or the photos,
16 right?
17 A. Yes.
18 Q. Have you ever contacted the
19 defendants, any of the defendants to ask them to
20 actually change some feature of their app?
21 MR. CUTLER: Object to form,
22 foundation.
23 THE WITNESS: No.
24 MS. DEGTYAREVA: Let's take a look
25 at Tab 69, and we're going to mark this as

Page 328

1 Exhibit 64.
2 (Whereupon, Tucson-Trujillo-64 was
3 marked for identification.)
4 MS. DEGTYAREVA: Excuse me, this is
5 Tab 68, and we're going to mark that as
6 Exhibit 64.
7 BY MS. DEGTYAREVA:
8 Q. Do you recognize this document?
9 A. Yes.
10 Q. Okay. What is it?
11 A. Governing Board Policy JICJ.
12 Q. And this is the governing board
13 policy on Student Use of Cellphones and Other
14 Electronic Devices, right?
15 A. Yes.
16 Q. If you look down at the bottom, it
17 says it was adopted on June 21, 2005, right?
18 A. Yes.
19 Q. And on the second page, you'll see
20 it was revised first on July 24, 2012, right?
21 A. Yes.
22 Q. And then again on August 23, 2022,
23 right?
24 A. Yes.
25 Q. And this is the current version of

Page 329

1 the policy?
2 A. The current.
3 Q. Now, under TUSD's cellphone policy,
4 TUSD does not ban cellphones from campus, right?
5 A. Not yet, but due to changes in state
6 law, we are now going to have to.
7 Q. And what changes in state law are
8 those?
9 A. There's a recently passed state law
10 just signed by the governor going into effect
11 next school year where cellphones will be banned
12 in instructional areas.
13 Q. What counts as an instructional
14 area?
15 A. Inside the classroom, probably I
16 think also media centers, libraries. The law I
17 think allows for student usage of these devices
18 during breaks, lunches, before and after school.
19 Q. So the devices can be on campus but
20 they just can't be inside the classroom or other
21 instructional areas?
22 A. The way the law is written, yes.
23 Q. And so TUSD is going to be changing
24 its policy as a result of this law?
25 A. Yes.

CONFIDENTIAL

Page 330

1    Q.    As of right now, under the policy
2  TUSD has, cellphones are allowed to be on
3  campus, right?
4    A.    Yes.
5    Q.    And under TUSD's current
6  districtwide policy, students are allowed to
7  keep their cellphones in their pocket, right?
8    A.    Yes.
9    Q.    That's including during class time,
10  right?
11    A.    Yes.
12    Q.    Under the current policy, TUSD also
13  allows teachers to authorize students to use
14  devices during instructional time, right?
15    A.    Yes.
16    Q.    Now, this policy does not mention
17  social media, right?
18    A.    No, because it's pursuant to
19  devices.
20    Q.    And it doesn't mention defendants'
21  platforms?
22    A.    No.
23    Q.    TUSD hasn't implemented any policy
24  to date that specifically prohibits use of
25  defendants' platforms on campus?

Page 331

1    A.    Not as of this date.
2    Q.    Okay.  Let's listen to another
3  portion of the SmartSocial podcast that we
4  listened to earlier.  This is again from July 10
5  of 2024.
6        MS. DEGTYAREVA:  This is going to be
7  Tab 65B, and we'll mark it as Exhibit 65.
8        (Whereupon, Tucson-Trujillo-65 was
9        marked for identification.)
10        (Audio clip played.)
11  BY MS. DEGTYAREVA:
12    Q.    So in this clip you mention Yondr,
13  right?
14    A.    Yes.
15    Q.    What is Yondr?
16    A.    Yondr is a product.  It's a device
17  lockbox that is available to students in some
18  pilot high schools throughout the district, and
19  it's -- the way it's set up is a student walks
20  in, the student places their device in the
21  device container.
22        The device container, the Yondr box,
23  is translucent, it's transparent.  So the
24  student can see the actual device.  And then the
25  Yondr boxes are placed in the front of the room.

Page 332

1        The student has a number, they
2  collect like a little chip.  That's what they
3  turn in to the teacher.  They get their device
4  at the end of the period.
5    Q.    So Yondr services are available to
6  school districts for purchase?
7    A.    They are.
8    Q.    Currently, no TUSD school uses Yondr
9  boxes, right?
10    A.    Due to budgetary complaints, we've
11  not been able to afford the product for every
12  single school, but there are two schools that
13  use Yondr.
14    Q.    Which schools use Yondr?
15    A.    Tucson High and Sabino High School.
16    Q.    When did Tucson High start using
17  Yondr?
18    A.    Three years ago.
19    Q.    Is it your testimony that Tucson
20  High currently uses Yondr?
21    A.    They still have Yondr boxes, yes.
22    Q.    And then when did Sabino start using
23  Yondr?
24    A.    '23-'24, so this would be only their
25  second year.

Page 333

1    Q.    Have you considered implementing
2  Yondr in any other schools?
3    A.    Love to do it, can't afford it.
4    Q.    Have you estimated the cost of
5  implementing it?
6    A.    Yes.
7    Q.    And what would it cost to implement
8  Yondr districtwide?
9    A.    Over a million and a half.
10    Q.    Is that a million and a half per
11  year?
12    A.    That's going to be a million and a
13  half, yes.
14    Q.    Is that an annual cost or a one-time
15  cost?
16    A.    That's going to be a one-time cost,
17  and then you're going to have to budget for
18  replacement boxes that get lost or damaged.  So
19  you would have a recurring cost of being able to
20  replace the boxes across the district that are
21  either lost, damaged, or taken out of the
22  classroom.
23    Q.    Who conducted that analysis of the
24  estimated cost?
25    A.    Purchasing and procurement.

84 (Pages 330 - 333)

CONFIDENTIAL

Page 334

1    Q.   Who was in purchasing and
2  procurement?
3    A.   Diana Kerfoot, director for
4  purchasing.
5    Q.   Was that analysis documented
6  somewhere?
7    A.   No, it was an informal inquiry.
8  Usually we'll do an informal inquiry just to get
9  a feel for how much a product might be before we
10  actually go out for formal procurement. We do
11  that because we don't want to waste vendors'
12  time if we can't afford the expenditure.
13       So in this particular instance, we
14  very quickly determined that even the one-time
15  cost was a little too much for us, so we didn't
16  pursue the actual formal procurement. Had we
17  done formal procurement, you absolutely would be
18  able to see documentation of vendor submissions
19  and proposals and costs.
20    Q.   In your opinion, Yondr is one of the
21  most effective strategies that a school district
22  has to reduce cellphone use, right?
23    A.   The keyword is "reduce," not
24  eliminate, but it is, yes.
25    Q.   Is one of the most effective

Page 335

1  strategies?
2    A.   It is one of the more effective
3  ones, yes.
4    Q.   Now, has TUSD -- well, TUSD has not
5  implemented a districtwide policy that requires
6  students to keep cellphones just in their
7  regular lockers during class time, right?
8    A.   Not at this time, no, but due to the
9  change in state law, yes, that will be -- we
10  don't have a choice. We're going to have to do
11  that.
12    Q.   Would there be any financial cost to
13  implementing such a districtwide policy?
14    A.   Don't know. That's to be determined
15  yet. We're going to have to see. We know this
16  is going to be a challenge for us with our
17  parents, parents that -- it's kind of a divisive
18  issue in TUSD.
19       There's a lot of parents who, like
20  me, view the cellphones as just an outright
21  disruption that needs to be contained and dealt
22  with, and there are others, probably 50/50,
23  50 percent of our parents are like, No, this is
24  my kid's right, and my kid needs a phone, we
25  have to be able to communicate in an emergency.

Page 336

1       So this is going to be a tough one
2  for us to craft a policy that's compliant with
3  state law. So we don't have any definitive
4  answers where we're going to go with cost.
5    Q.   So to date, TUSD has not conducted
6  any financial analysis to determine what will be
7  the cost of implementing a districtwide policy
8  that requires students to keep their cellphones
9  in their regular school lockers?
10    A.   Not as of this date, no.
11    Q.   And TUSD has not as of this date
12  implemented a districtwide policy that requires
13  students to just turn in their cellphones at the
14  front office in the morning?
15    A.   No. Not districtwide, no.
16    Q.   Okay. Would there be any financial
17  cost to implementing such a districtwide policy?
18    A.   Yes.
19    Q.   What would those costs be?
20    A.   You're going to have to add
21  additional staff. That will be a full-time job
22  for somebody. Our high school offices are way
23  too busy checking students in, checking students
24  out, taking daily attendance.
25       You're talking about high schools as

Page 337

1  large as Tucson High at 3,000 kids. Even
2  Cholla, which is down the hill from this place
3  down the pass at 2,000, you would need at least
4  an additional person or two just to be able to
5  handle the sheer volume coming in and out every
6  single day.
7       You'd have to budget for liability.
8  Once we take the phone, it's now our property.
9  If it gets damaged, lost, or stolen, we're going
10  to have to have a budget to be able to replace.
11       And you're also going to have a
12  one-time cost for some type of large safe or
13  some type of large area where you can house, in
14  Cholla's case or Tucson High's case, thousands
15  of phones.
16       You may have to add on to the school
17  day, which is also going to cost you money with
18  your bus drivers, because you're going to have
19  to probably add extra time to be able to give
20  all of those cellphones back.
21       So that one could get pretty
22  extensive in a hurry.
23    Q.   To date, has TUSD conducted any
24  analysis to determine the financial cost of
25  implementing such a policy districtwide?

85 (Pages 334 - 337)

CONFIDENTIAL

Page 338

1    A.   No.  Not as of this date, no.
2    Q.   And TUSD has not implemented a
3  districtwide policy that requires students to
4  just keep their phones in their backpack during
5  the school day, right?
6    A.   Not as of this date, no.
7    Q.   Would there be any financial cost to
8  implementing a districtwide policy?
9    A.   We actually have that in the current
10 policy, that -- bullet point number 1 is that
11 cellphones are expected to be kept out of view,
12 and students have basically those three choices.
13 It could be their pocket.  It could be the
14 locker, which we don't offer lockers on the
15 majority of our campuses anymore, or whatever.
16 It could be a carrying bag.  It could be a
17 backpack, it could be a purse.
18       So that's the policy now.  It's just
19 enforcement is the big challenge.
20    Q.   So if we look back at Exhibit 65,
21 the current policy says that cellphones and/or
22 electronic devices are to be kept out of view,
23 in a student's locker, pocket, or a carrying
24 bag, right?  So it gives the student three
25 options?

Page 339

1    A.   Yes.
2    Q.   TUSD has not implemented a
3  districtwide policy that specifically says
4  students have to put it in their backpack?
5    A.   Correct.
6    Q.   They --
7    A.   Or any kind of a policy where the
8  device transfers from the student's possession
9  to the teacher's or to the school's possession.
10 That's the difference.
11       So when you're talking about a Yondr
12 box, the student is surrendering possession, and
13 then it becomes our possession for that
14 55-minute period.  We don't have any kind of
15 policy like that.
16    Q.   Under the current policy, students
17 can keep the cellphones on their person?
18    A.   It remains in their possession, yes.
19    Q.   So there's no districtwide policy
20 that requires students to just put it in their
21 backpack as opposed to on their person?
22    A.   This one does.  So they have a
23 choice.  You can keep it in your pocket, you can
24 keep it in your backpack, or you can keep it in
25 the locker.  We don't offer lockers.  Other than

Page 340

1  Sabino and Palo Verde, the rest of the high
2  schools don't offer them.  So now they're
3  limited to, it's my pocket or it's my backpack.
4    Q.   There's no districtwide policy that
5  requires students to put it in their backpack as
6  opposed to in their pocket, right?
7    A.   Correct, yes.
8    Q.   And would there be any financial
9  cost to requiring students to keep the phones in
10 their backpacks as opposed to in their pockets?
11       MR. CUTLER:  Object to form.
12       THE WITNESS:  The challenge is
13    enforcement.  So I don't -- there's no
14    difference between a policy that says you
15    must keep your phone or your device in
16    your backpack versus what's highlighted
17    here, you have a choice of putting it in
18    your pocket or your backpack.
19       The challenge is still going to be
20    it's out, and 25 students have it out, and
21    now it's an enforcement issue.  And so
22    until there's a policy where the device
23    actually has to transfer possession to the
24    agent of the school, it's always going to
25    be just such a difficult issue to manage.

Page 341

1       So this policy would be no different
2    than just saying now you just use your
3    backpack.  You're still going to have kids
4    pulling them out.
5       So have we done any financial
6    analysis?  No.  But we do know that what
7    we're dealing with, with what you've
8    highlighted here, that has not been a
9    successful policy for us.
10 BY MS. DEGTYAREVA:
11    Q.   Well, has TUSD done any analysis to
12 determine whether there would be a difference in
13 success if it required students to put their
14 phones in their backpacks as opposed to allowing
15 them to be in the pockets?
16    A.   The analysis is they're not doing it
17 now, and we have kids that come with backpacks
18 every day.  They're not doing it now.  They're
19 not putting it in their pocket now.
20       So I don't see where that -- we see
21 that experience every single day with thousands
22 of young people.  They're not doing it now.  So
23 us saying in this policy, You have to put it in
24 your pocket or your backpack, and then having a
25 new policy saying, You just have to put it in

86 (Pages 338 - 341)

CONFIDENTIAL

Page 342

1 your backpack, we're still going to have a
2 large-scale enforcement problem, my opinion.
3      Q.   Has TUSD done any analysis, for
4 example, on the effectiveness of a policy that
5 requires students to put the phone in their
6 backpack and then put their backpack against the
7 wall away from them?
8      A.   No, we have not.
9      Q.   Now I'd like to play another clip
10 from the Buckmaster Radio Show.  This is from an
11 episode on July 10 of 2024.
12      A.   Okay.
13           MS. DEGTYAREVA:  This is Tab 101,
14      and we're going to mark this as
15      Exhibit 66.
16           (Whereupon, Tucson-Trujillo-66 was
17           marked for identification.)
18      (Audio clip played.)
19 BY MS. DEGTYAREVA:
20      Q.   Do you believe that students should
21 be able to use their cellphones during the
22 school day when they're not in class?
23      A.   I believe it's a privilege.  And if
24 they're following the rules and they're students
25 in good standing, I don't have an issue with

Page 343

1 that, no.
2      Q.   And you believe that students should
3 be able to do something like stream something
4 from YouTube during those times?
5      A.   Yes.
6           MS. DEGTYAREVA:  Okay.  Let's take a
7      break.
8           THE WITNESS:  Okay.
9           THE VIDEOGRAPHER:  We are going off
10      record at 4:03.
11           (Whereupon, a recess was taken)
12           THE VIDEOGRAPHER:  We're going back
13      on record.  The time is 4:08.
14           MS. DEGTYAREVA:  Thank you,
15      Dr. Trujillo.  Subject to any questions
16      from your counsel, I don't have anything
17      further.  But there are some questions on
18      the Zoom.
19           EXAMINATION
20 BY MS. CASH:
21      Q.   Hi.  Good afternoon.  My name is
22 Mandie Cash on behalf of TikTok.  I just have a
23 couple brief questions for you.
24      A.   Yes.
25      Q.   Thank you.

Page 344

1      You testified earlier that the
2 district had made outreach to TikTok regarding
3 two videos on the platform.  Did you personally
4 make that outreach?
5      A.   No.
6      Q.   Who at the district made that
7 outreach?
8      A.   Karla Escamilla, communications
9 director.
10      Q.   And do you know how she reached out
11 to TikTok, what method she used?
12      A.   I do not, no.
13      Q.   And do you know on how many
14 occasions she made that outreach?
15      A.   I believe there were two, and this
16 is specifically in regard to the special
17 education TikTok video alleging that we had
18 exploited an hourly staff member, making him
19 serve as a teacher in a classroom with multiple
20 students with severe disabilities.
21      Q.   And so she made two outreaches
22 related to that one video --
23      A.   Yes.
24      Q.   -- or that video and another?
25      A.   That video as it was going viral

Page 345

1 with millions of views.
2      Q.   Okay.  So she reached out two times,
3 but you're not sure what method?
4      A.   No.
5      Q.   Do you know if she ever spoke to
6 someone at TikTok specifically?
7      A.   Only that it was -- she communicated
8 to me that TikTok declined to take the video
9 down, and the video continues to be online as of
10 this moment.
11      Q.   And you're not sure if that was a
12 person she spoke to or if that was an automated
13 response?
14      A.   I'm not sure, no.
15      Q.   And that video that you're referring
16 to is a video that was posted by a third party?
17      A.   Yes.
18           MS. CASH:  Okay.  No further
19      questions.
20           EXAMINATION
21 BY MS. GRANT:
22      Q.   Hi, Mr. Trujillo.  I'm Savannah
23 Grant, I represent the Google and YouTube
24 defendants, and I have just a few questions for
25 you as well.

87 (Pages 342 - 345)

CONFIDENTIAL

Page 346

1    A.    Okay.
2    Q.    You stated earlier that you let your
3 11-year-old daughter use YouTube Kids, correct?
4    A.    Yes.
5    Q.    And when did you start letting her
6 use YouTube Kids?
7    A.    Unsupervised, probably around 10.
8    Q.    What about supervised?
9    A.    We supervise her when she's doing
10 more stuff like on -- some of the streaming apps
11 that she'll watch, but YouTube Kids we're very
12 confident in content regulation.  So she
13 continued -- she can use YouTube Kids in her
14 room, on her TV in her room, she can use it when
15 we give her the phone, and I feel pretty
16 confident of not having to provide supervision.
17    Q.    Understood.
18          When was the first time that she
19 accessed YouTube Kids?  Do you know what age she
20 was at?
21    A.    Around 10.
22    Q.    Okay.  And does she have an account
23 on YouTube Kids, or does she access it signed
24 out?
25    A.    She accesses it just as like a

Page 347

1 guest.
2    Q.    Okay.  So you have not set up an
3 account for her on YouTube Kids?
4    A.    No.
5    Q.    Okay.
6          MS. GRANT:  That is all the
7 questions I have.  Thank you.
8          MS. DEGTYAREVA:  Mike, do you have
9 questions?
10          MR. CUTLER:  No, no questions for
11 me.
12          MS. DEGTYAREVA:  Thank you,
13 Dr. Trujillo, for your time.
14          THE WITNESS:  Thank you.
15          THE VIDEOGRAPHER:  This concludes
16 today's deposition.
17          Total time on the record for counsel
18 for Snap, 5 hours, 18 minutes.  Total time
19 for counsel for TikTok, 2 minutes.  Total
20 time for counsel for YouTube and Google, 1
21 minute.
22          This concludes today's deposition.
23 Going off record.  The time is 4:12.
24          (Whereupon, the deposition was
25          concluded.)

Page 348

1          CERTIFICATE OF COURT REPORTER
2
3          I, MAUREEN O'CONNOR POLLARD,
4 Registered Diplomate Reporter, CSR No. 14449 for
5 the State of California, the officer before whom
6 the foregoing deposition was taken, do hereby
7 certify that the foregoing transcript is a true
8 and correct record of the testimony given; that
9 said testimony was taken by me stenographically
10 and thereafter reduced to typewriting under my
11 direction; and that I am neither counsel for,
12 related to, nor employed by any of the parties
13 to this case and have no interest, financial or
14 otherwise, in its outcome.
15          Dated this 10th day of May, 2025.
16

17          _____
18          MAUREEN O'CONNOR POLLARD
19          CSR No. 14449
20
21
22
23
24
25

Page 349

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4 carefully and make any necessary corrections.
5 You should state the reason in the appropriate
6 space on the errata sheet for any corrections
7 that are made.
8          After doing so, please sign the
9 errata sheet and date it.  It will be attached
10 to your deposition.
11          It is imperative that you return
12 the original errata sheet to the deposing
13 attorney within thirty (30) days of receipt of
14 the deposition transcript by you.  If you fail
15 to do so, the deposition transcript may be
16 deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

88 (Pages 346 - 349)

CONFIDENTIAL

Page 350

```
1        - - - - - -
            E R R A T A
2        - - - - - -
3 PAGE  LINE  CHANGE
4 ____  ____  _____
5   REASON: _____
6 ____  ____  _____
7   REASON: _____
8 ____  ____  _____
9   REASON: _____
10 ____  ____  _____
11   REASON: _____
12 ____  ____  _____
13   REASON: _____
14 ____  ____  _____
15   REASON: _____
16 ____  ____  _____
17   REASON: _____
18 ____  ____  _____
19   REASON: _____
20 ____  ____  _____
21   REASON: _____
22 ____  ____  _____
23
24
25
```

Page 352

```
1        LAWYER'S NOTES
2 PAGE  LINE
3 ____  ____  _____
4 ____  ____  _____
5 ____  ____  _____
6 ____  ____  _____
7 ____  ____  _____
8 ____  ____  _____
9 ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25
```

Page 351

```
1
2        ACKNOWLEDGMENT OF DEPONENT
3
4     I, _____, do
   Hereby certify that I have read the foregoing
5  pages, and that the same is a correct
   transcription of the answers given by me to the
6  questions therein propounded, except for the
   corrections or changes in form or substance, if
7  any, noted in the attached Errata Sheet.
8
9  _____
   WITNESS NAME          DATE
10
11
12
13
14
15
16 Subscribed and sworn
   To before me this
17 _____ day of _____, 20____.
18 My commission expires: _____
19
   _____
20 Notary Public
21
22
23
24
25
```