**Exhibit 2**

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 195

1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2

*******************************
3                                     Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
4  ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION
5                                     MDL No. 3047
*******************************
6

This Document Relates To:
7

Tucson Unified School District
8  v. Meta Platforms Inc., et a
9  Case No. 4:24-cv-1382
10 *******************************
11

               CONTINUED VIDEOTAPED 30(b)(6)
12                      DEPOSITION OF
              TUCSON UNIFIED SCHOOL DISTRICT
13                   by and through
                JULIE A. SHIVANONDA
14

15

        Held At:   JW Marriott Tucson
16                 Starr Pass Resort & Spa
                   3800 W. Starr Pass Blvd
17                 Tucson, Arizona
18
19                 April 9th, 2025
                      9:07 a.m.
20

21

22

23

24  Reported By:
25  MAUREEN O. POLLARD, CA CSR #14449, RDR

Page 196

```
 1
 2
 3            Continued Videotaped 30(b)(6)
 4   Deposition of TUCSON UNIFIED SCHOOL DISTRICT by
 5   and through JULIE A. SHIVANONDA, held at JW
 6   Marriott Tucson Starr Pass Resort & Spa, 3800 W.
 7   Starr Pass Blvd., Tucson, Arizona, commencing at
 8   9:07, on the 9th of April, 2025, before Maureen
 9   O'Connor Pollard, Registered Diplomate Reporter,
10   Realtime Systems Administrator, California CSR
11   #14449.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 198

```
 1   APPEARANCES (Continued):
 2
 3   ON BEHALF OF SNAP, INC.:
 4       MUNGER, TOLLES & OLSON
         350 South Grand Avenue, 50th Floor
         Los Angeles, California 90071-3426
 5       213-683-9516
 6       BY: VICTORIA A. DEGTYAREVA, ESQ.
            victoria.degtyareva@mto.com
 6       BY: ROWLEY RICE, ESQ.
 7          rowley.rice@mto.com
         BY: MOHAMED SAID, ESQ. (Zoom)
 8          mohamed.said@mto.com
 9       and
10       MUNGER, TOLLES & OLSON
         601 Massachusetts Avenue NW
11       Suite 500E
         Washington, DC 20001
12       202-220-1126
         BY: STEPHANY REAVES, ESQ. (Zoom)
13          stephany.reaves@mto.com
14
15   ON BEHALF OF ALPHABET INC., GOOGLE LLC,
     and YOUTUBE, LLC:
16
         WILLIAMS & CONNOLLY LLP
17       630 Maine Avenue, S.W.
         Washington, DC 20024
18       202-434-5380
         BY: ARMANI MADISON, ESQ. (Zoom)
19          amadison@wc.com
20
21   Also Present:
22   Videographer and Trial Tech: Dan Lawlor
23
24
25
```

Page 197

```
 1   APPEARANCES:
 2
     ON BEHALF OF THE PLAINTIFFS:
 3
         WAGSTAFF & CARTMELL
 4       4740 Grand Avenue, Suite 300
         Kansas City, Missouri 64112
 5       816-701-1145
         BY: MICHAEL J. CUTLER, ESQ.
 6          mcutler@wcllp.com
 7
 8   ON BEHALF OF META PLATFORMS, INC. f/k/a
     FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC;
 9   INSTAGRAM, LLC; FACEBOOK PAYMENTS, INC.;
     FACEBOOK OPERATIONS, LLC; FACEBOOK TECHNOLOGIES,
10   LLC; SICULUS, INC.; and MARK ELLIOT ZUCKERBERG:
11       SHOOK, HARDY & BACON LLP
         2555 Grand Boulevard
12       Kansas City, Missouri 64108
         816-474-6550
13       BY: DANA STRUEBY, ESQ.
            dstrueby@shb.com
14       BY: COURTNEY C. BURRESS, ESQ. (Zoom)
            cburress@shb.com
15
16
     ON BEHALF OF DEFENDANTS TIKTOK, LTD.; TIKTOK,
17   LLC; TIKTOK INC.; BYTEDANCE LTD.; and BYTEDANCE
     INC.:
18
         KING & SPALDING LLP
19       1100 Louisiana Street, Suite 4100
         Houston, Texas 77002
20       713-751-3200
         BY: MANDIE M. CASH, ESQ. (Zoom)
21          mcash@kslaw.com
22
23
24
25
```

Page 199

```
 1               INDEX
 2   EXAMINATION                      PAGE
 3   JULIE A. SHIVANONDA
 4     BY MS. DEGTYAREVA              205
 5     BY MR. MADISON                 374
 6
 7
 8          E X H I B I T S
 9   NO.     DESCRIPTION              PAGE
10   Tucson-30(b)(6)-  The Code of Conduct,
     Shivanonda-21    Tucson Unified School
11              District, Revised 2024..  207
12   Tucson-30(b)(6)-  Excel spreadsheet,
     Shivanonda-22    Bates SM_TUSD_00365959..  214
13
     Tucson-30(b)(6)-  Suicide Prevention
14   Shivanonda-23    Legislation 2021-2023,
                      Bates SM_TUSD_00012629
15                    through 12641..........  250
16   Tucson-30(b)(6)-  Document titled
     Shivanonda-24    Enduring Change Plan
17              Mini-grant Cover
                Sheet, 11/4/2016,
18              Bates SM_TUSD_00359040
                through 9055............  252
19
     Tucson-30(b)(6)-  E-mail chain, Bates
20   Shivanonda-25    SM_TUSD_00007902
                      through 7904...........  259
21
     Tucson-30(b)(6)-  Document titled
22   Shivanonda-26    School-Based Mental
                Health Services Grant
23              Program Tucson Unified
                School District, Bates
24              SM_TUSD_00020360
                through 362.............  264
25
```

Page 200

```
1
    Tucson-30(b)(6)-  11/16/2018 letter with
2   Shivanonda-27    attachments, Bates
                     SM_TUSD_00411428
3                    through 1433............  277
4   Tucson-30(b)(6)-  PowerPoint titled no
    Shivanonda-28    Slur Initiative,
5                    Kickoff SY23-24, Bates
                     SM_TUSD_00102427........ 283
6
                     .......................
7
    Tucson-30(b)(6)-  TUSD Student Equity
8   Shivanonda-29    Parent Complaint,
                     2019-20 School Year,
9                    8/23/19, Bates
                     SM_TUSD_00434590........ 284
10
    Tucson-30(b)(6)-  Department of Equity,
11  Shivanonda-30    Diversity, and
                     Inclusiveness (EDI)
12                   Culture and Climate
                     Support Report, Bates
13                   SM_TUSD_00228807
                     through 8809............ 285
14
    Tucson-30(b)(6)-  August 2, 2024
15  Shivanonda-31    article, Chronic
                     Absenteeism Crisis:
16                   Tucson USD teachers
                     say district lax with
17                   excessive absences...... 292
18  Tucson-30(b)(6)-  August 27, 2024
    Shivanonda-32    article, Audits reveal
19                   Tucson USD told to
                     repay state funds,
20                   could risk of losing
                     more over student
21                   attendance reporting... 297
22  Tucson-30(b)(6)-  Tucson Unified School
    Shivanonda-33    District Board Agenda
23                   Item Form, 12/6/22,
                     Bates SM_TUSD_00076270
24                   through 6272............ 301
25
```

Page 201

```
1
    Tucson-30(b)(6)-  E-mail chain, Bates
2   Shivanonda-34    SM_TUSD_00414108
                     through 4110............ 308
3
    Tucson-30(b)(6)-  Site-Based Monthly
4   Shivanonda-35    Discipline Report for
                     Tucson, Bates
5                    SM_TUSD_00414111
                     through 4120............ 312
6
    Tucson-30(b)(6)-  PowerPoint, TUSD
7   Shivanonda-36    School Counseling
                     Vacancy Plan -
8                    Contracting Social
                     Workers, Bates
9                    SM_TUSD_00007641
                     through 7650............ 314
10
    Tucson-30(b)(6)-  Health Services Budge
11  Shivanonda-37    Proposal for
                     AY2024-2025, Bates
12                   SM_TUSD_00119692
                     through 9701............ 319
13
    Tucson-30(b)(6)-  E-mail chain, Bates
14  Shivanonda-38    SM_TUSD_00072901
                     through 2904............ 321
15
    Tucson-30(b)(6)-  E-mail chain, Bates
16  Shivanonda-39    SM_TUSD_00133282
                     through 3285............ 329
17
    Tucson-30(b)(6)-  10/16/2023 e-mail,
18  Shivanonda-40    Bates SM_TUSD_00192179
                     and 2180................ 339
19
    Tucson-30(b)(6)-
20  Shivanonda-41    YouTube video.......... 347
21  Tucson-30(b)(6)-  PowerPoint, Social
    Shivanonda-42    Emotional Learning
22                   Curriculum Adoption,
                     December 7, 2021,
23                   Bates SM_TUSD_00304726.. 349
24
25
```

Page 202

```
1
    Tucson-30(b)(6)-  Job description for
2   Shivanonda-43    director of social
                     emotional learning and
3                    development, Bates
                     SM_TUSD_00100374 and
4                    375................... 353
5   Tucson-30(b)(6)-  TUSD Social Emotional
    Shivanonda-44    Learning Department
6                    Handbook, Bates
                     SM_TUSD_00000570
7                    through 584........... 355
8   Tucson-30(b)(6)-  Document titled Social
    Shivanonda-45    Emotional Learning in
9                    the Tucson Unified
                     School District, Bates
10                   SM_TUSD_00027752 and
                     7753................. 356
11
    Tucson-30(b)(6)-  Document titled Social
12  Shivanonda-46    and Emotional Learning
                     Implementation SY
13                   2023-2024
                     Elementary/K8 Schools,
14                   Bates SM_TUSD_00000654
                     and 655............... 360
15
    Tucson-30(b)(6)-  Document titled
16  Shivanonda-47    International SEL Day,
                     March 10, 2023, Bates
17                   SM_TUSD_00231589...... 363
18  Tucson-30(b)(6)-  Document titled
    Shivanonda-48    International SEL Day,
19                   March 10, 2023, Bates
                     SM_TUSD_00231590...... 365
20
    Tucson-30(b)(6)-  Printout from
21  Shivanonda-49    Character Strong
                     Facebook account...... 366
22
    Tucson-30(b)(6)-  Printout from
23  Shivanonda-50    Character Strong
                     Instagram account..... 367
24
    Tucson-30(b)(6)-  Printout from
25  Shivanonda-51    Character Strong
                     TikTok account........ 368
```

Page 203

```
1
    Tucson-30(b)(6)-  E-mail chain with
2   Shivanonda-52    attachment, Bates
                     SM_TUSD_00498115
3                    through 8119............ 370
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                - - -
          DEPOSITION SUPPORT INDEX
2                - - -
3
  Direction to Witness Not to Answer
4 PAGE      LINE
  None.
5
6
7
8 Request for Production of Documents
  PAGE      LINE
9 None.
10
11
  Stipulations
12 PAGE      LINE
  None.
13
14
15 Questions Marked Highly Confidential
  PAGE      LINE
16 None.
17
18
19
20
21
22
23
24
25

1          P R O C E E D I N G S
2
3          THE VIDEOGRAPHER:  We are now on the
4 record.  My name is Dan Lawlor, I'm a
5 videographer with Golkow, a Veritext
6 division.
7          Today's date is April 9, 2025, and
8 the time is 9:07 a.m.
9          This is the continuing deposition of
10 Julie Shivanonda, 30(b)(6).
11          Ms. Shivanonda, I remind you're
12 under oath from yesterday.
13          Counsel, please proceed.
14               *  *  *
15 Whereupon,
16          JULIE A. SHIVANONDA,
17 having been previously duly sworn to testify to
18 the truth, the whole truth, and nothing but the
19 truth, was examined and testified further as
20 follows:
21          EXAMINATION
22 CONTINUED BY MS. DEGTYAREVA:
23    Q.   Good morning, Ms. Shivanonda.
24    A.   Good morning.
25    Q.   Do you understand that you're still

1 under oath today?
2    A.   I do.
3    Q.   And is there anything today that
4 would prevent you from giving truthful and
5 accurate testimony?
6    A.   No.
7    Q.   Great.
8          Can you please pull out Exhibit 6
9 from yesterday?
10    A.   Yes.
11    Q.   So this is the Plaintiff Fact Sheet
12 - School Districts.  And can you please turn to
13 page 39?
14          Do you see under Discipline measures
15 question 53 says, "Do you possess any existing
16 report, survey, analysis, study or other
17 document that provides an overview of or
18 describes interventions, discipline, or other
19 consequences imposed on students for using
20 social media on school premises?"
21          Do you see that?
22    A.   I do see that.
23    Q.   And then TUSD chose the answer,
24 "No."
25          Do you see that?

1    A.   I see that.
2    Q.   Is that consistent with your
3 understanding?
4    A.   I am not fully aware of all of the
5 information that was utilized to complete this
6 document, so outside of potentially any other,
7 that would be my understanding as it's written,
8 yes.
9    Q.   Okay.  So as far as you understand,
10 this is an accurate answer?
11    A.   Yes.
12    Q.   You can set that aside.
13          Now, you testified earlier in the
14 deposition that TUSD has a code of conduct, is
15 that right?
16    A.   Correct.
17          MS. DEGTYAREVA:  Can we please mark
18 as Exhibit 21 tab 6?
19          (Tucson-30(b)(6)-Shivanonda-21 was
20          marked for identification.)
21 BY MS. DEGTYAREVA:
22    Q.   Ms. Shivanonda, do you recognize
23 this document?
24    A.   This appears to be The Code of
25 Conduct for TUSD.

1    Q.    And at the very bottom of the first
2 page it says "Revised 2024," is that right?
3    A.    That is what it says, yes.
4    Q.    And I believe you testified earlier
5 that TUSD tracks violations of the code of
6 conduct in a database called Synergy, is that
7 right?
8    A.    Correct.
9    Q.    So is every violation of the code of
10 conduct that TUSD is aware of required to be
11 reported in Synergy?
12    A.    Depending upon the level of
13 severity.  So there may or may not be instances
14 that may not rise to the level within the code,
15 so that may or may not be reported.  Discipline
16 reports are reported if there -- if they rise to
17 the level of the code of conduct, yes.
18    Q.    And so if something -- well, let me
19 just make sure I understand.
20        So if something is a violation of
21 the code of conduct, it would be reported in
22 Synergy, is that right?
23        MR. CUTLER:  Object to form.
24        THE WITNESS:  Overall.  So it's
25    very -- the way that school districts

1    work, it's very difficult just because of
2    documentation.  I would say not everything
3    always gets documented when we have a
4    teacher with 35 kids in a class, so things
5    sometimes get missed.
6        Oftentimes it's also discretion.  So
7    if a teacher works with a student and
8    maybe it's considered a level 1, they
9    might have conversations with students
10    prior to, but then oftentimes they would
11    document that in the MTSS Synergy
12    dashboard.  And then if things were
13    ongoing, then it may turn into a
14    discipline incident, yes.
15        But there may be times where
16    explicit discipline incidents may not be
17    recorded just with the level and the
18    nature of the amount of behavior, the lack
19    of staffing.  So I could not say for sure
20    that absolutely everything would be
21    documented into Synergy.
22 BY MS. DEGTYAREVA:
23    Q.    So a conversation relating to a
24 violation might be recorded in the MTSS Synergy
25 dashboard, and then some -- or violations that

1 rise to a certain level would be recorded in
2 Synergy.
3        Anywhere else where there might be a
4 recording of a violation of the code of conduct?
5        MR. CUTLER:  Object to form.
6        THE WITNESS:  Those are our two main
7    platforms.  With 4,000 certified teachers,
8    I can't guarantee 100 percent fidelity if
9    they are documenting in any personal, but
10    the expectation is that discipline
11    behavior interventions are documented in
12    Synergy, correct.
13 BY MS. DEGTYAREVA:
14    Q.    And who enters the reports into
15 Synergy?
16    A.    It depends on which report you're
17 speaking of.
18    Q.    Who enters the discipline reports
19 into Synergy?
20    A.    So if it is a discipline that meets
21 the requirements of the code of conduct, the
22 administrators on campus.  So some of our
23 schools may have a dean of students, and they
24 are able to do discipline at level 1 and 2 in
25 the code of conduct, so they might report.  And

1 then assistant principals and administrators
2 would -- any levels 3 and above, they would be
3 the ones reporting it in Synergy.
4    Q.    And so when the administrators are
5 reporting it, do they get their information from
6 the teachers?
7    A.    There --
8        MR. CUTLER:  Object to form.
9        THE WITNESS:  Okay.  So there's
10    generally investigations that happen.  So
11    for every discipline incident there's
12    generally several steps that need to be
13    taken, especially because we follow the
14    due process of all of our students.
15        And so the administrator would have
16    conversations with teachers, they would
17    have conversations with the student,
18    potentially investigate any other
19    potential witnesses, so it could be a
20    myriad of people.  Could be other staff
21    members that may have been involved or
22    seen an incident, could be a report from a
23    parent, so there could be a multitude of
24    individuals that would be involved in
25    those conversations.

5 (Pages 208 - 211)

Page 212

1 BY MS. DEGTYAREVA:
2    Q.   How are all of those investigative
3 steps documented?
4    A.   It --
5         MR. CUTLER:  Object to form.
6         THE WITNESS:  So that would vary
7    from site to site.  The district
8    expectation is that administrators do
9    their due diligence based on due process
10    to identify the information surrounding a
11    discipline incident.
12         It's the expectation that the
13    majority of that should occur in the
14    Synergy discipline system.  However, I
15    cannot speak to -- we have over 200
16    administrators in our district so I cannot
17    speak to exactly how they all quantify
18    their information in those investigations.
19 BY MS. DEGTYAREVA:
20    Q.   So just to make sure I understand
21 your testimony, the expectation at least is that
22 the administrators would record whatever
23 investigation they did and the result of that
24 investigation in the Synergy database.
25    A.   Correct.

Page 213

1    Q.   And so the discipline reports
2 contained in Synergy, do those include only
3 allegations that have been substantiated after
4 the investigation was complete?
5         MR. CUTLER:  Object to form.
6         THE WITNESS:  If there is a
7    disciplinary infraction and there's
8    discipline that has been given to a
9    student, that would be documented in the
10    discipline platform, yes.
11 BY MS. DEGTYAREVA:
12    Q.   And so if an administrator conducts
13 an investigation and determines that there's not
14 enough evidence to substantiate the violation,
15 would that be documented anywhere?
16         MR. CUTLER:  Object to form.
17         THE WITNESS:  That would potentially
18    be documented; not necessarily if there's
19    no discipline handed out, then it wouldn't
20    be in the discipline system.  That might
21    be within the administrator's documents,
22    and then they might then have
23    conversations with other support staff to
24    identify potential interventions.  Some of
25    that may then be documented of any other

Page 214

1    interventions that may occur from an
2    investigation, might be then in our MTSS
3    system.
4 BY MS. DEGTYAREVA:
5    Q.   Got it.
6         MS. DEGTYAREVA:  Let's mark as
7    Exhibit 22 tab 24.
8         (Tucson-30(b)(6)-Shivanonda-22 was
9         marked for identification.)
10 BY MS. DEGTYAREVA:
11    Q.   And tab 24 is another -- we're going
12 to be giving you the slip sheet.  This is
13 another large Excel so we're going to just pull
14 up the Excel on the screen.
15         And while we're pulling that up, if
16 you can take a look at the metadata sheet that
17 we just handed to you for this exhibit, you'll
18 see under All Custodians it says, "Synergy."
19         Do you see that?
20    A.   I do see that.
21    Q.   And then under File Name do you see
22 it says, "Violations by year grade"?
23    A.   I see that, yes.
24    Q.   Okay.  Okay.  Here we go.  So you
25 see on the screen, is this a spreadsheet that's

Page 215

1 generated from the Discipline tab of Synergy?
2         MR. CUTLER:  Object to form.
3         THE WITNESS:  So I have not seen
4    this exact Excel spreadsheet, but from
5    looking at it, it does appear as though
6    this would be data from Synergy.
7 BY MS. DEGTYAREVA:
8    Q.   When you export data from Synergy,
9 do you know if it usually appears in this form,
10 or would an export from Synergy look different
11 in your experience?
12    A.   The Synergy system, when schools
13 access their particular data, there are specific
14 reports that they pull directly from Synergy
15 that would look a little bit different than this
16 Excel spreadsheet.
17    Q.   And when the schools pull those
18 reports from Synergy, what fields do they
19 contain?  What data fields do they contain?
20         MR. CUTLER:  Object to form.
21         THE WITNESS:  I couldn't speak.  We
22    have hundreds of reports that are
23    available in Synergy, so it really just
24    depends on what the administrator is
25    looking for, whether they're looking for

Page 216

1    specifics around a specific discipline
2    type, whether it's a year, whether it's
3    year over year. There's a multitude of
4    reports that they may pull to...
5 BY MS. DEGTYAREVA:
6    Q.   So based on your experience is it
7 possible to pull -- to kind of choose whatever
8 fields you want in Synergy and then pull the
9 report that shows whatever field you're
10 interested in?
11    A.   For the most part our technology
12 team, they work closely with Synergy to create
13 reports, and then if there is a report that's
14 not available, then they can potentially look
15 into seeing if it's something that could be
16 created if it's a need.
17    Q.   Got it.
18       Now, in this spreadsheet there's a
19 column titled Violation_category, and does that
20 identify the type of violation of the code of
21 conduct that's at issue?
22    A.   Again, I didn't create this
23 spreadsheet, so from my understanding with just
24 looking at it at face value, that does appear to
25 match violation categories in the code of

Page 217

1 conduct.
2    Q.   And then going to the next column
3 that says Grade, does that appear to be the
4 applicable school grade?
5    A.   It does, yes.
6    Q.   And then going over to the next
7 column, the Numbers of Incidents, does that
8 appear to be the number of incidents that
9 occurred for that type of violation for that
10 grade level in a particular year?
11    A.   Based on face value of the Excel
12 spreadsheet, it does look as though that's what
13 that would look like.
14    Q.   So several times earlier in the
15 deposition you've testified that you look at or
16 rely on discipline data for information about
17 students' use of social media and how that
18 results in harms or violations. Is that
19 accurate?
20    A.   I believe that was my testimony,
21 yes.
22    Q.   So does this spreadsheet contain all
23 of that discipline data that you were testifying
24 about --
25       MR. CUTLER: Object to form.

Page 218

1 BY MS. DEGTYAREVA:
2    Q.   -- to connect students' use of
3 social media and resulting harms?
4       MR. CUTLER: Sorry. Object to form.
5       THE WITNESS: I'm unable to again
6    see the entire spreadsheet, but again at
7    face value it looks as though these are
8    the violations from Synergy discipline
9    data, so this would be a potential tool
10    that may be used.
11 BY MS. DEGTYAREVA:
12    Q.   So this spreadsheet -- and I can
13 represent to you that the only columns in this
14 spreadsheet are for Violation_Category, Grade,
15 and # of Incidents. This spreadsheet doesn't
16 say anything about social media, right?
17       MR. CUTLER: Object to form.
18       Do you want to look at --
19       THE WITNESS: Can you --
20 BY MS. DEGTYAREVA:
21    Q.   Yeah, you can scroll --
22    A.   Can we scroll down?
23    Q.   You can scroll down and scroll over.
24    A.   So there is -- okay. If you want to
25 stop. Okay.

Page 219

1       So within the spreadsheet I do see
2 violations of improper use of technology, which
3 I have stated before is one of the explicit
4 categories of violation that would connect.
5       However, looking at this, when we
6 look at data it's not necessarily as black and
7 white as numbers on a spreadsheet, so, again,
8 what I talked about before, kind of the idea of
9 soft data of when we have conversations. So
10 this would just be the overall number, and then
11 potentially do a deeper dive into some more of
12 the verbiage in discipline.
13       I can tell you from my
14 understanding, at just looking at all of these
15 and then in the conversations with
16 administrators, again, they talk with their
17 regional superintendents and then Ms. Anna
18 Warmbrand in student relations, they talk about
19 what the offenses are, and so for the majority
20 of these a lot of the sexual offenses would also
21 have a tie to social media.
22       So there may be an explicit visual
23 that was either seen or posted on a social media
24 site. Obviously the improper use of technology
25 is more explicit. In fact, we've seen a high

1  number of students having their cellphones
2  stolen from school, so the theft could have been
3  that.
4          The threats and the aggression, we
5  did see a high number of threats also occurring
6  via the use of social media.
7          So at first glance, just looking at
8  these numbers, no, we can't necessarily, but, I
9  mean, it's in the details as we continue to look
10 at these and then have conversations around what
11 is actually happening in our schools, and the
12 majority of these offenses do have some causal
13 link or direct tie to a social media platform of
14 some sort.
15     Q.   And those details, you have to look
16 at again the other information in Synergy, that
17 narrative section that explains further details
18 of the violation to see if it had a link to
19 social media?
20         MR. CUTLER:  Object to form.
21         THE WITNESS:  Yes, that would be one
22     place, and then again through those
23     conversations.
24 BY MS. DEGTYAREVA:
25     Q.   Okay.  Now, you talked about

1  improper use of technology as one violation that
2  you say is explicitly tied to social media.
3          Let's go back to Exhibit 21, which
4  is The Code of Conduct.  And let's look at, I
5  believe it's page 24.
6          So this describes this improper use
7  of technology violation, right?
8      A.   This is the code of conduct that
9  does describe that, yes.
10     Q.   And so improper use of technology
11 includes possession of cellphones or other
12 electronic devices in violation of TUSD policy,
13 right?
14     A.   Correct.
15     Q.   And so that would include things
16 like using a cellphone during class, right?
17     A.   Correct.
18     Q.   It would also include things like,
19 as you mentioned, posting videos of fights onto
20 social media or posting images of school
21 community members in a manner intended to cause
22 harm to another person, right?
23     A.   Correct.
24     Q.   And then improper use of technology
25 also includes a category called Computer or

1  Network Violations, is that right?
2      A.   Yes, that is correct.
3      Q.   So that would include things like
4  copyright infringement?
5      A.   That would, yes.
6      Q.   Vandalism of computers would be
7  included?
8      A.   Yes.
9      Q.   Using computer network for
10 non-instructional purposes, right?
11     A.   Yes, that is what that says.
12     Q.   Okay.  So this category of improper
13 use of technology seems to kind of be a catchall
14 technology and computer violation category,
15 right?
16         MR. CUTLER:  Object to form.
17         THE WITNESS:  I'm not sure that I
18     would categorize it that, but it does
19     include a wide variety of discipline
20     actions that we see on our school
21     campuses, yes.
22 BY MS. DEGTYAREVA:
23     Q.   Does the TUSD code of conduct
24 include any other category that is just about
25 cellphone use?

1      A.   This would be -- and I haven't
2  memorized the entire code of conduct.
3          MR. CUTLER:  Do you want to review
4      it first?
5  BY MS. DEGTYAREVA:
6      Q.   Are you aware of any other category
7  that specifically -- or that's just about
8  cellphone use and not other types of improper
9  use of technology?
10         MR. CUTLER:  Do you want to review
11     it first?
12         THE WITNESS:  Sure.  Yeah.
13         MR. CUTLER:  Okay.
14     (Witness reviewing document.)
15         THE WITNESS:  So if you take a look
16     at the overarching, there are several
17     where telecommunication device may be also
18     noted.
19         So such as threat or intimidation,
20     intimidation that occurs online or through
21     a telecommunication device, that also is
22     that connect there.
23         Bullying also -- cyberbullying is
24     also noted in there.  Pornography viewing.
25     Sexual explicit or obscene depictions in

8 (Pages 220 - 223)

Page 224

1   person, words, or images, and also
2   including from books, electronic devices.
3       Let's see, where else did I see?  So
4   in several of these there are overall
5   connections.
6       And then again when we talked about
7   how we categorize, so the overarching may
8   be a minor aggressive act or fighting, and
9   then we then dive in deeper and we find
10  out oftentimes the cause would be social
11  media.  So the social media may not be the
12  overarching category for the coding of the
13  discipline.
14      A lot of the assaults also come from
15  that threat.  We've also seen a lot of
16  threats happening through social media and
17  online which then are then disruption.
18      The other part about disruption and
19  defiance, what we're seeing -- it doesn't
20  necessarily explicitly say defiance, but
21  defiance could be meaning in a multitude
22  of ways.
23      One of the main ways we're seeing
24  students that show defiance and disrespect
25  in our classrooms is when teachers ask

Page 225

1   students to put their cellphones away and
2   it comes into a power struggle.  So then
3   the defiance would be that code, but then
4   through that conversation and then
5   identifying, well, what was the triggering
6   point, it's most oftentimes cell phones.
7       So it's very difficult to -- if we
8   were to be able to write out absolutely
9   every behavior that a student would do,
10  then our code of conduct would be 57,000
11  pages long, which is difficult.  So we
12  have to make those exceptions, and so,
13  yes, it does kind of a catchall for a lot
14  of the things, but a lot of these would be
15  connected to technology and social media
16  in some way.
17  BY MS. DEGTYAREVA:
18      Q.  Ms. Shivanonda, let me ask my
19  question again.
20      Are you aware of any other category
21  in the code of conduct that is specifically just
22  about cellphone use?
23      MR. CUTLER:  Object to form.
24      THE WITNESS:  Well, I believe I just
25      gave some examples.

Page 226

1   BY MS. DEGTYAREVA:
2       Q.  Are you aware of any category in the
3   code of conduct that is just about cellphone use
4   and not other types of violations that don't
5   include cellphones?
6       MR. CUTLER:  Object to form.
7       THE WITNESS:  So I am aware of
8       cellphone use being connected in several
9       other categories, yes.
10  BY MS. DEGTYAREVA:
11      Q.  Is that a no to my question, that
12  there's no other category that is just about
13  cellphone use and no other types of conduct?
14      MR. CUTLER:  Object to form.  Asked
15      and answered.
16      THE WITNESS:  Correct, there's no
17      other category that says just cellphone
18      use, but it is highlighted throughout.
19  BY MS. DEGTYAREVA:
20      Q.  Okay.  So let's take a look again at
21  tab -- excuse me, Exhibit 22, which is the
22  spreadsheet showing the different types of
23  violations and the numbers.
24      Now, you talked about this improper
25  use of technology section.  And if you look at

Page 227

1   this spreadsheet, there are a lot of entries for
2   technology, improper use of.  Nothing here has
3   that category further broken down to say how
4   many were for possession of a cellphone or use
5   of social media or vandalism of a computer or
6   something else, right?
7       A.  Correct.
8       Q.  And if you look at just one year --
9   so scroll up, please -- this is 2023
10  through 2024, and if we scroll back down until
11  we get to the improper use of technology section
12  on rows 109 through 120, so you see it has all
13  the grades and then the number of incidents for
14  each grade, right?
15      A.  That is what the spreadsheet shows,
16  yes.
17      Q.  I did the math on this earlier, and
18  if you add all of those up, you would get 179 if
19  I did my math correctly.
20      So looking at the spreadsheet, can
21  you tell us how many of those 179 incidents
22  involved cellphones as opposed to, again,
23  vandalism of a computer or something else?
24      MR. CUTLER:  Object to form.  Asked
25      and answered.

9 (Pages 224 - 227)

Page 228

1        THE WITNESS: From this explicit --
2    this spreadsheet and numbers, no. But if
3    you were to dive in deeper, which is kind
4    of the way that schools work, we do dive
5    in deeper and I could tell you that the
6    majority of those would have something to
7    do with a cellphone and social media use.
8 BY MS. DEGTYAREVA:
9        Q.   When you say the majority, has TUSD
10   analyzed if that's more than 50 percent, more
11   than 75 percent, or what the percentage is?
12       A.   Anecdotally through conversations,
13   yes, we are finding at least 90 to 95 percent of
14   improper use of technology. The reality is that
15   our students are not using their Chromebooks for
16   improper use, they are using their cellphones,
17   so I would say, yes, 90 to 95 percent would have
18   some connection to do with cellphones and social
19   media, as well as the rest of these offenses as
20   well.
21       I would also say at least 70 to
22   75 percent there would be again a through line
23   of social media and cellphone use connected to
24   the other behaviors that we're seeing on our
25   school campuses.

Page 229

1        Q.   When was that analysis done showing
2    that 90 to 95 percent of improper use of
3    technology related to cellphones and 70 to
4    75 percent of the other offenses related to
5    cellphones?
6        MR. CUTLER: Object to form.
7        THE WITNESS: It's been ongoing, so
8    we've been talking about -- you know, at
9    least from 2014, 2015, 2016, we're seeing
10   an increase in behaviors. And as we
11   continue to again analyze the data at
12   school level, at district level, through
13   those conversations, through talking with
14   teachers, through talking with students,
15   through talking with parents, it's just
16   becoming more and more clear that that is
17   the main issue that we're seeing on our
18   campuses.
19       So when talking -- and also in
20   preparation for the deposition, in talking
21   with our director of school safety, our
22   director of discipline, those are
23   continuously the conversations that we are
24   talking about.
25       So every time Ms. Warmbrand, her

Page 230

1    cellphone rings to get approval to do
2    discipline, 90 to 95 percent of that has a
3    social media or cellphone connection.
4 BY MS. DEGTYAREVA:
5        Q.   When you say that you did this
6 analysis, how did you go about doing it? Did
7 you add up all the numbers and then look at the
8 underlying data and do a calculation to show
9 that it was 90 to 95 percent for all of the
10 years you mentioned?
11       MR. CUTLER: Object to form. Asked
12   and answered.
13       Go ahead.
14       THE WITNESS: Well, we don't -- to
15   be honest, we don't have the time or the
16   capacity or the staff to be able to do
17   that. Our time is in classrooms with
18   students, our time is talking with
19   administrators to see the 15-hour days
20   that they work on a daily basis as they
21   are dealing with and responding to
22   discipline and needs of teachers based on
23   that.
24       So no, we haven't had an explicit
25   data dig, but again through our ongoing

Page 231

1    conversations, this is always a thread of
2    all of the discussions around what are the
3    needs of our district.
4        Unfortunately school districts don't
5    work in black and white with data as much
6    as possible, it's -- we're working with
7    people, and so our time is dealt dealing
8    with the people, and then a lot of times
9    that paperwork comes later.
10 BY MS. DEGTYAREVA:
11       Q.   So you're not aware of any analysis
12 of the actual numerical data that you have in
13 the spreadsheet to show what percentages relates
14 to social media or cellphones?
15       MR. CUTLER: Object to form.
16       THE WITNESS: Again, ongoing
17   conversations. Every school has to
18   evaluate these numbers and these data, and
19   then they walk backwards and see what was
20   happening in any of those infractions, and
21   then they identify what are the potential
22   interventions and plans that they will
23   come up with at behavior management team
24   meetings that they do twice a month. And
25   so through that ongoing, every month,

10 (Pages 228 - 231)

Page 232

1    every day, every year we are always adding
2    to that overarching data.
3  BY MS. DEGTYAREVA:
4        Q.    So has anyone done a sort of
5  collective review of all of these ongoing
6  conversations to analyze how many -- or how many
7  incidents of discipline you talked about and
8  what percentage of those specifically related to
9  social media or cellphones?
10        MR. CUTLER:  Object to form.
11        THE WITNESS:  So the student
12    relations department, they receive all of
13    the behavior management team templates
14    from all of the schools whenever, and so
15    they -- that's part of their role, too, is
16    to look at and identify trends, so that
17    way we can then identify additional
18    supports that may be needed at our
19    schools.
20  BY MS. DEGTYAREVA:
21        Q.    So have they done an analysis to
22  determine specifically what percentage or what
23  number of those reports they receive relate to
24  cellphone or social media?
25        MR. CUTLER:  Object to form.

Page 233

1        THE WITNESS:  I'm not aware of an
2    explicit analysis, but again overarching
3    analysis, kind of anecdotally looking at
4    what we are seeing on a regular basis,
5    that is the soft analysis, I would say.
6  BY MS. DEGTYAREVA:
7        Q.    When you say "overarching analysis,"
8  is that recorded anywhere?
9        A.    Again through conversations, it's
10  through looking through the -- so that
11  department, they -- we have 88 schools and they
12  have that meeting twice a month, so they are
13  looking at 175 documents per month.  And so the
14  reality is there's three people in that
15  department, so being able to critically analyze
16  and get you a number on a spreadsheet is
17  probably not going to be accurate.
18        Q.    So when you cited that percentage 90
19  to 95 percent of improper use of technology
20  relates to cellphone or social media, are you
21  aware of any actual hard data that backs up your
22  percentage?
23        A.    The way that school districts use
24  hard data is again in those conversations and
25  those analyses.  So when we talk again with

Page 234

1  teachers and students and administrators,
2  administrators will tell you that they spend
3  95 percent of their day, and that's their
4  opinion, on dealing with behaviors and
5  discipline that are related to social media.
6        Q.    So that percentage, that's your
7  impression of the opinions of administrators
8  you've spoken to?
9        MR. CUTLER:  Object to form.
10        THE WITNESS:  Correct.
11  BY MS. DEGTYAREVA:
12        Q.    And then the other percentage you
13  gave us, the 70 to 75 percent of the other
14  violations relating to social media or
15  cellphones, is that also your impression based
16  on the opinions of the administrators you've
17  spoken to?
18        MR. CUTLER:  Object to form.
19        THE WITNESS:  Based on, yes, the
20    anecdotal data that they collect on a
21    daily basis for 180 days in a school year,
22    ten hours a day working with students and
23    families, yes.
24  BY MS. DEGTYAREVA:
25        Q.    Now, you also talked earlier about

Page 235

1  Awareity, and that's another reporting platform
2  that TUSD uses, right?
3        A.    Correct.
4        Q.    So students, families, teachers,
5  members of the community, anyone can report
6  information to TUSD using Awareity, right?
7        A.    That is correct.
8        Q.    And what are the types of things
9  that can be reported via Awareity?
10        A.    Concerns about HR issues; if a
11  parent is angry that a principal didn't handle
12  something appropriately; facilities concerns;
13  groundskeeping concerns.  They can report that
14  they've seen another student post something
15  concerning online.  They can report that they
16  heard their child talking about -- with other
17  students that there's going to be a fight on
18  campus.  Really just anything that they might
19  have a concern that they can report.
20        Q.    Has TUSD ever done an analysis of
21  the hard data from Awareity to determine what
22  percentage of those reports relate to social
23  media?
24        A.    I imagine that that data is
25  regularly reviewed.  I am not always part of

11 (Pages 232 - 235)

Page 236

1 that data analysis, that goes through our
2 regional assistant superintendents, and then
3 they will reach out to specific departments,
4 depending upon the supports that are needed.
5    Q.   So the regional assistant
6 superintendents are the ones that review the
7 Awareity data?
8    A.   Correct.
9    Q.   And are you aware of any analysis
10 that they have conducted of the hard data from
11 Awareity to determine what percentage of the
12 reports relate to social media?
13    A.   I am not aware.
14    Q.   Apart from Synergy and Awareity, are
15 there any other databases that might contain
16 reports relating to harm caused by social media?
17    A.   The MTSS platform in Synergy.
18    Q.   And MTSS platform, again that's the
19 platform that the MTSS department uses to enter
20 data about students?
21    A.   The MTSS department utilizes it, and
22 then teachers and other support staff also enter
23 in their own observational data as well as
24 intervention data.
25    Q.   Are you aware of anyone at TUSD that

Page 237

1 has done an analysis of the hard data from the
2 MTSS platform to determine what percentage of
3 the reports in there relate to social media?
4    A.   Yes.  So our MTSS department does
5 regularly analyze the types of categories in
6 observations and in interventions needed to
7 drive their work, yes.
8    Q.   Who would do that analysis?
9    A.   That would be Michael Blunt.
10    Q.   And is that -- are the results of
11 that analysis reported anywhere?
12    A.   It's --
13    Q.   Please go ahead.
14    A.   It is my understanding that that
15 data is used in a multitude of ways, so within
16 the MTSS department there are around 81 what we
17 call MTSS facilitators, and they work directly
18 on school campus.  And so to drive overarching
19 needs and interventions, I know my department in
20 SEL, our equity departments, we do regularly
21 take a look at some of that data to again drive
22 our intervention practices, yes.
23    Q.   So where is the data stored?
24    A.   In Synergy.
25    Q.   That was an unclear question.

Page 238

1    The results of the analysis of the
2 data, where are those results of the analysis
3 stored?
4    MR. CUTLER:  Object to form.
5    THE WITNESS:  Again in Synergy.  So
6 those are reports that can be pulled from
7 Synergy, similarly to discipline level
8 reports.
9 BY MS. DEGTYAREVA:
10    Q.   And so if somebody pulls those
11 reports and conducts an analysis, is the
12 analysis also stored in Synergy, or is the
13 analysis from the report stored somewhere else?
14    MR. CUTLER:  Object to form.
15    THE WITNESS:  So we pull reports
16 constantly to drive decisions around the
17 supports that we're providing for our
18 students and our staff.  So I would
19 imagine that a lot of those reports would
20 be used internally within MTSS to drive
21 that and make decisions around the
22 efficacy of the MTSS program.
23    I know that when MTSS -- at every
24 school site it is a requirement that
25 there's an MTSS team that meets on a

Page 239

1 regular basis, which also includes the
2 school counselors, it also includes
3 administrators, teachers, so they are
4 regularly evaluating the data from their
5 school.
6    And then at the district level, yes,
7 we do evaluate that data for a myriad of
8 decision-making.
9 BY MS. DEGTYAREVA:
10    Q.   And again, Ms. Shivananda, just to
11 be clear, I'm not asking how the data is used.
12 I'm just trying to find out where are the
13 results of the analysis conducted, where is that
14 stored?
15    MR. CUTLER:  Object to form.  Asked
16 and answered.
17    THE WITNESS:  So it would be
18 variable.  So across the district,
19 different departments would be using data
20 in different ways to drive their
21 decision-making processes.
22 BY MS. DEGTYAREVA:
23    Q.   So are you aware of any specific
24 analysis done of the MTSS data that shows what
25 percentage of reports in MTSS relate to social

Golkow Technologies,
A Veritext Division
877-370-3377                                     www.veritext.com

1 media?
2     A.   Yes.
3     Q.   Okay.  When was that specific
4 analysis done?
5         MR. CUTLER:  Object to form.
6         THE WITNESS:  It's ongoing.
7 BY MS. DEGTYAREVA:
8     Q.   And have you reviewed the results of
9 that analysis that you're talking about?
10         MR. CUTLER:  Object to form.
11         THE WITNESS:  Yes.  So again,
12     different departments will review it in
13     different -- in different terms and in
14     different ways.
15 BY MS. DEGTYAREVA:
16     Q.   Okay.  So this analysis you're
17 talking about, how many reports were included?
18     A.   I don't know the number of reports.
19 Again, they are pulled in different ways and at
20 different times to -- the difficulty is we're
21 not a corporation, so we don't necessarily just
22 have one report for this one thing.  It's very
23 muddy, so to speak, in a school district so
24 we're pulling different reports, school level
25 data, district level data, identifying like what

1 is actually happening, and then those reports
2 are -- that's the data of the reporting from the
3 teacher.
4         So if a teacher -- what we call is
5 an observation, a teacher will note an
6 observation that Johnny had his cellphone out
7 today, Johnny refused to give me his cellphone
8 today, Johnny ran out of the room because he was
9 angry that we tried to take his cellphone,
10 Johnny was showing people things on his
11 Instagram, those are kind of some of the things
12 that we would be seeing noted from teachers in
13 that MTSS.  So then different departments would
14 then use those different analyses in different
15 ways.
16         So do we have one specific report
17 that the entire district uses?  I can't answer
18 that.  But we use different reports to drive
19 different decision-making practices.
20     Q.   So based on the analysis that you're
21 aware of, what was the specific percentage of
22 the reports that relate to social media on the
23 MTSS database?
24     A.   I do not have that number off the
25 top of my head.  I do know that it has

1 consistently increased, so we began using MTSS
2 Synergy in 2020, and we have seen a consistent
3 increase in the number of observations teachers
4 are making related to cellphones and social
5 media usage.
6     Q.   You mentioned that your department,
7 the SEL department, is one of the departments
8 that utilizes the analysis of the MTSS data.  So
9 if we wanted to see your department's analysis
10 of that data, where would we go to find that?
11         MR. CUTLER:  Object to form.
12         THE WITNESS:  Again the data is in
13     Synergy, so we may or may not pull that
14     data.
15         My department meets regularly with
16     the MTSS department as well as the student
17     relations department to have ongoing
18     collaborations to identify the needs and
19     how school counselors are responding to
20     those needs.  So we may have pulled some
21     of that data.  It may be stored in an
22     e-mail, it may have been shared.  I can't
23     specifically tell you exactly where that
24     data is sitting right now.
25         ///

1 BY MS. DEGTYAREVA:
2     Q.   Is there any document that -- is
3 there any document that reflects analysis
4 conducted by your department of the MTSS data?
5         MR. CUTLER:  Object to form.
6         THE WITNESS:  I mean, anecdotally,
7     through different discussions, through
8     different -- as we are looking at some of
9     the data that we also look at, hiring
10     decisions.
11         So, for example, when we identify
12     the need for additional school counselors
13     and we receive the school safety grant
14     from the Arizona Department of Education,
15     that was one of our data sources that we
16     utilized to determine which of our schools
17     that that additional school counselor may
18     be placed at.
19         And I know the same types of data,
20     MTSS also makes those decisions, student
21     relations with their restorative practices
22     facilitators, that's the type of data that
23     would also be used for placement decisions
24     based on school need.
25         So I can't necessarily tell you

13 (Pages 240 - 243)

Page 244

1    where a report is sitting, I just know
2    that the reports live in Synergy, and
3    different stakeholders will utilize those
4    reports from Synergy on a regular basis to
5    make decisions based on the need of the
6    schools.
7  BY MS. DEGTYAREVA:
8    Q.  We've talked about a couple of the
9  different databases in Synergy.  Can you tell me
10 what are all of the databases that Synergy
11 contains?
12   A.  I -- we would be here all day.  So
13 Synergy is our student information system, and
14 it's a very comprehensive system.
15       So our health services records would
16 be housed in Synergy, demographic data of
17 students and families are housed in Synergy,
18 discipline, school schedules and individual
19 student schedules are housed in Synergy, the
20 MTSS is housed in Synergy, which includes our
21 request for support process.
22       So within MTSS a teacher or a staff
23 member can request counseling support, they can
24 request support from our student equity
25 departments, they can request support from our

Page 245

1  ex ed departments.  There's a lot happening in
2  Synergy.
3    Q.  And apart from the -- we've talked
4  about the Synergy discipline data, Awareity, the
5  MTSS Synergy platform.  Any other databases that
6  might contain information relating to harms
7  caused by -- or reports of harms caused by
8  social media?
9        MR. CUTLER:  Object to form.
10       THE WITNESS:  I can't speak to all
11   of what types of data are pulled at our
12   almost 90 school sites.  As you showed a
13   document yesterday, Tucson High did their
14   own internal analysis of that data, so I
15   imagine that there may be internal
16   documents and internal analyses that are
17   done, but that would probably be site by
18   site.
19       The main platforms that we would
20   utilize for discipline or decision-making
21   would be the platforms that you just
22   named.
23 BY MS. DEGTYAREVA:
24   Q.  Okay.  Got it.
25       I'm going to switch gears a little

Page 246

1  bit and to move on to another topic.
2        Are you familiar with something
3  called Jake's Law?
4    A.  I am.
5    Q.  And Jake's Law is an Arizona state
6  law that was enacted in 2020, is that right?
7    A.  Correct.
8    Q.  It was enacted in response to a
9  teenager's tragic death by suicide?
10   A.  That is correct.
11   Q.  And Jake's family fought for this
12 law because their son was denied mental health
13 services by his insurance company when he needed
14 it most, right?
15   A.  Correct.
16   Q.  Now, Jake's Law ended up requiring
17 insurance companies to cover mental health in
18 the same way that they would physical health,
19 right?
20   A.  Correct.
21   Q.  And Jake's Law also had an impact on
22 schools, right?
23   A.  Correct.
24   Q.  So specifically, Jake's Law required
25 Arizona schools starting in 2020 to develop a

Page 247

1  policy to refer students for behavioral health
2  services, right?
3    A.  Correct.
4    Q.  Did TUSD develop such a policy in
5  response to Jake's law?
6    A.  We developed practices and
7  memorandums of understanding with various mental
8  health agencies.  To my knowledge, I don't
9  believe that there is an explicit governing
10 board policy around referrals.
11   Q.  It established partnerships or
12 memorandums of understanding with mental health
13 providers, right, to make referrals that it was
14 required to make under Jake's Law?
15   A.  Correct.
16   Q.  Are some of those Casa de los Ninos?
17   A.  Yes.
18   Q.  La Frontera?
19   A.  Yes.
20   Q.  Intermountain?
21   A.  Yes.  And COPE.
22   Q.  Excuse me, which one?
23   A.  COPE.
24   Q.  COPE.  Got it.
25       And then Jake's Law also established

14 (Pages 244 - 247)

Page 248

1 funds for behavioral health services for both
2 uninsured and underinsured students?
3     A.  Correct.  And that funding is no
4 longer available.
5     Q.  Currently is TUSD still able to
6 refer students to mental health providers even
7 if the students are uninsured?
8     A.  So, yes.  So as I spoke about
9 yesterday, we do still have our practice of
10 referring to behavioral health agencies.  Due to
11 the reduction of funding of Jake's Law and the
12 Mental Health Block Grant, it has created
13 barriers for accessing.
14        And so I know that a document was
15 produced, so if we see in that data a decrease
16 in number of referrals over the last year, that
17 is due to the lack of funding.  So it becomes a
18 barrier.
19        We still have conversations with
20 families and we still encourage families to seek
21 help, and we offer resources and do try to do
22 that referral.  However, then when they go
23 through behavioral health agencies, if that
24 funding is not available, then it does create
25 barriers in access to the mental health

Page 249

1 services.
2     Q.  Got it.
3        So at least while the funding was
4 available, would you agree that as a result of
5 Jake's Law Arizona had made it easier for
6 students to access mental health services?
7        MR. CUTLER:  Object to form.
8        THE WITNESS:  I would say Jake's Law
9     created more opportunities for access to
10    services.
11 BY MS. DEGTYAREVA:
12    Q.  And then the barrier that you talked
13 about that might prevent some students from
14 getting the mental health treatment they need,
15 that was a result of a lack of funding?
16    A.  Correct.
17    Q.  Now, Arizona also passed another law
18 in 2020 that related to mental health and
19 schools, right, the Mitch Warnock Act?
20    A.  Correct.
21    Q.  And the Mitch Warnock Act
22 requires --
23        MS. DEGTYAREVA:  Actually, let's
24    mark as Exhibit 23 tab 37.
25        ///

Page 250

1        (Tucson-30(b)(6)-Shivanonda-23 was
2        marked for identification.)
3 BY MS. DEGTYAREVA:
4     Q.  Ms. Shivanonda, this is from the
5 Arizona Department of Education.  It's a
6 presentation labeled Suicide Prevention
7 Legislation 2021-2023.
8        And if you turn to page 3 of the
9 document, which is ending in Bates 631, do you
10 see where it says, "Beginning in the 2020-2021
11 school year, school districts and charter
12 schools shall provide training in suicide
13 awareness and prevention for school guidance
14 counselors, teachers, principals and other
15 school personnel who work with pupils in grades
16 six through twelve"?
17        Is that your understanding of what
18 was required of schools?
19    A.  Yes.
20    Q.  And then if you go to the next page
21 ending in Bates 632, this lists some trainings
22 that have been identified by AHCCCS that would
23 be available for schools to meet these
24 requirements that were established by the law,
25 right?

Page 251

1     A.  That is what it looks like, yes.
2     Q.  Now, AHCCCS is the Arizona Health
3 Care Cost Containment System?
4     A.  Correct.
5     Q.  That's sort of Arizona's Medicaid
6 system, right?
7     A.  Correct.
8     Q.  And some of the trainings suggested
9 by AHCCCS to meet the legal requirement include
10 Question, Persuade, and Refer, or QPR, right?
11    A.  Correct.
12    Q.  Is that a program that TUSD uses?
13    A.  It is.
14    Q.  Another training suggested by AHCCCS
15 to meet the legal requirement includes Youth
16 Mental Health First Aid, right?
17    A.  Correct.
18    Q.  And is that a program that TUSD
19 uses?
20    A.  It is.
21    Q.  And then another training that is
22 suggested by AHCCCS to meet the legal
23 requirement include ACT on FACTS, right?
24    A.  Correct.
25    Q.  Is that a program that TUSD uses?

15 (Pages 248 - 251)

Page 252

1    A.   It is.
2    Q.   You can set that aside.
3    A.   And I will say, so the requirement
4 of the State is that all school personnel in
5 grades 6 through 12, and TUSD's expectation is
6 that all personnel in grades K through 12 are
7 expected to comply with that requirement every
8 three years.
9    Q.   Got it.  Thank you for that
10 clarification.
11        Now, you testified several times in
12 the deposition about some grant applications
13 related to mental health services, right?
14    A.   Yes.
15    Q.   So TUSD applies for various grants
16 to get funding related to mental health
17 services?
18    A.   Correct.
19        MS. DEGTYAREVA:  Let's mark as
20    Exhibit 24 tab 26.
21        (Tucson-30(b)(6)-Shivananda-24 was
22        marked for identification.)
23 BY MS. DEGTYAREVA:
24    Q.   If you look at Exhibit 20- -- excuse
25 me, Exhibit 24, you'll see it says Enduring

Page 253

1 Change Plan Mini-grant."  "Name of District:
2 Tucson Unified School District."
3        So is this one of the grant
4 applications that has been submitted by TUSD?
5    A.   I am not familiar with this document
6 so I would like to take a moment to look through
7 it.
8    Q.   Please take a look.
9        (Witness reviewing document.)
10    A.   Okay.
11    Q.   Okay.  So is this a grant
12 application that was submitted by TUSD?
13    A.   It appears to be.
14    Q.   And the names of the applicants on
15 the first page, Nikki Stefan, Kathy Stinely,
16 Laura Lichtenwalner, are those all TUSD
17 employees?
18    A.   Nikki Stefan and Laura Lichtenwalner
19 are no longer TUSD employees, but Kathy Stinely
20 is.
21    Q.   Were they TUSD employees in 2016,
22 the date of this application?
23    A.   Yes.
24    Q.   Now, if you look at the first page
25 which is ending in Bates 040, the very first

Page 254

1 sentence under Abstract, can you please read
2 that first sentence?
3    A.   "Research shows that adverse
4 childhood events (ACE) contribute to behavioral
5 and academic struggles for students, youth
6 violence, suicide attempts, risky behaviors and
7 substance abuse."
8        Would you like me to keep going?
9    Q.   No.  That's fine.
10        And then if you go on to page ending
11 in Bates 042, under Needs and Resource
12 Assessment, do you see it talks about ACE risk
13 factors?  And then it says, "Risk factors come
14 from individuals, families and the community."
15        Do you see that?
16    A.   Yes.
17    Q.   Does TUSD agree that factors from
18 individuals, individual students, families, and
19 from the community can impact a student's mental
20 health?
21    A.   Yes.
22    Q.   Does TUSD agree that those factors
23 from individual students, families, and the
24 community can contribute to behavioral and
25 academic struggles for students?

Page 255

1    A.   Yes, we do, and that community also
2 includes social media companies.
3    Q.   And factors from the individual
4 student, from families, and from the community
5 can contribute to violence, right?
6    A.   That is correct.
7    Q.   And to suicide attempts?
8    A.   That is correct.
9    Q.   Now, on that same page ending in
10 042, it goes on to list some of the factors, The
11 severe potential risk factors in the Tucson
12 community, surrounding county and within the
13 school district, which suggests that assessing
14 students for trauma is indicated in TUSD.
15        Do you see that?
16    A.   I see that.
17    Q.   Okay.  So the first factor it lists,
18 "Recent data from the City Data website lists
19 the current rate of poverty among children at
20 32 percent in Tucson and the TUSD district has
21 approximately 73 percent of students receiving
22 free and reduced lunch.  While poverty is not a
23 direct risk factor, it does limit opportunities
24 and resources for children and families."
25        Did I read that correctly?

16 (Pages 252 - 255)

Page 256

1    A.   Yes, you did.
2    Q.   Does TUSD agree that poverty, while
3  not a direct risk factor, can impact students'
4  mental health by limiting opportunities and
5  resources for children and families?
6    A.   Yes.
7    Q.   And having limited opportunities and
8  resources can also impact academic performance,
9  right?
10    A.   Yes.
11    Q.   Does TUSD agree that crime in the
12  community, and especially violent crime, is
13  another risk factor that can impact TUSD
14  students' mental health?
15    A.   Yes.  Crime rates mirror the -- a
16  lot of the discipline that we're seeing in our
17  schools as well.
18    Q.   So being a victim of a violent crime
19  or knowing someone who was a victim, that can
20  impact mental health?
21    A.   Yes.
22    Q.   It can cause behavioral issues in
23  school?
24    A.   Yes.
25    Q.   It can impact academic performance?

Page 257

1    A.   Yes.
2    Q.   And the application here states,
3  "Tucson has a crime rate that is nearly double
4  the average national rate, including violent
5  crimes."
6        Do you see that?
7    A.   I do see that.
8    Q.   Do you have any reason to disagree
9  with that statistic?
10    A.   Outside of not having that
11  information from 2016 readily available, no, I
12  will take that at face value.
13    Q.   Does TUSD agree that family trauma
14  and substance abuse in the home are also risk
15  factors that can impact student mental health?
16    A.   Yes.
17    Q.   And those risk factors can also
18  cause behavioral issues in school?
19    A.   Yes.
20    Q.   They can impact academic
21  performance?
22    A.   Yes.
23    Q.   Now, the application states, "There
24  are currently more than 18,000 children in child
25  welfare custody with many of these cases related

Page 258

1  to substance abuse in the home."
2        Do you see that?
3    A.   I see that.
4    Q.   Do you have any reason to doubt that
5  statistic?
6    A.   Again, without the research in front
7  of me, no, I will take this at face value.
8    Q.   Does TUSD agree that homelessness is
9  a risk factor that can impact student mental
10  health?
11    A.   Yes.
12    Q.   It can cause behavioral issues in
13  school?
14    A.   Yes.
15    Q.   It can impact academic performance?
16    A.   Yes.
17    Q.   So going on to the next page ending
18  in Bates 043, at the very top do you see where
19  it says that, "Reports show that youth
20  homelessness rates in Arizona are the highest in
21  the nation and six thousand homeless youth
22  reside in Pima County.  (Tucson is in Pima
23  County)."
24        Do you see that?
25    A.   I do.

Page 259

1    Q.   Do you have any reason to doubt that
2  statistic?
3    A.   I do not.
4    Q.   Now, this Needs and Resource
5  Assessment section that we've been looking at,
6  that doesn't mention the word "social media,"
7  right?  And you can read through it if you would
8  like.
9    A.   It does not directly mention social
10  media, no, in that section.
11        MS. DEGTYAREVA:  Let's mark as
12    Exhibit 25 tab 58.
13        (Tucson-30(b)(6)-Shivanonda-25 was
14        marked for identification.)
15  BY MS. DEGTYAREVA:
16    Q.   Now, this is an e-mail chain that
17  you are on, and it has the subject line US
18  Department of Ed Mental Health Grants, right?
19    A.   It does.
20    Q.   The U.S. Department of Ed mental
21  health grants, are those also grants that TUSD
22  applies for?
23    A.   It was a grant that we were
24  attempting to apply for.
25    Q.   So if you look at the next page,

17 (Pages 256 - 259)

Page 260

1  which is ending in Bates 903, at the very bottom
2  there's an e-mail from you, and it says, "The
3  SEL Department is planning to partner with UofA
4  counseling department to write for both the
5  School-Based Mental Health Services Grant and
6  the Mental Health Service Professional
7  Demonstration Grant."
8          Are those the two grants that you
9  were planning to apply for?
10      A.   Yes.
11      Q.   And both of those relate to mental
12  health services?
13      A.   Yes.
14      Q.   Now, in the initial e-mail on the
15  page ending in Bates 904, this is an e-mail from
16  Lia Falco?
17      A.   Correct.
18      Q.   Who is that?
19      A.   She is a professor of research at
20  the University of Arizona College of Education.
21      Q.   And in this e-mail she's listing
22  some of the factors that you could list in the
23  grant application that might impact mental
24  health in schools, right?
25      A.   Let me do a quick review.

Page 261

1          (Witness reviewing document.)
2      A.   Okay.  Yes.
3      Q.   So --
4      A.   Can you repeat your question now
5  that I've read it?
6      Q.   Yeah.  So looking -- in this e-mail
7  she is describing some of the factors that might
8  affect student mental health in schools that you
9  could list in the application, right?
10      A.   Yes.  So this is per the application
11  what are some of the data points that we would
12  need to provide, yes.
13      Q.   So looking at the last sentence of
14  her e-mail, some of the things she lists here
15  include chronic absenteeism, right?
16      A.   Correct.
17      Q.   School violence/crime data?
18      A.   Yes.
19      Q.   Data related to suicide rates?
20      A.   Yes.
21      Q.   Descriptions of barriers to hiring
22  and retaining service providers?
23      A.   Yes.
24      Q.   Do you agree that those are all
25  factors that might indicate a greater need for

Page 262

1  mental health support in schools?
2          MR. CUTLER:  Object to form.
3          THE WITNESS:  Yes, those are factors
4      that would create a need.
5  BY MS. DEGTYAREVA:
6      Q.   Now, going to the first page of this
7  exhibit which is ending in 902, there's an
8  e-mail from you on October 11, 2022.
9          Do you see that?
10      A.   I do.
11      Q.   And in this e-mail you write with
12  some additional ideas on "data points showing
13  that TUSD is of significant need for more mental
14  health practitioners in schools."
15          Right?
16      A.   Yes, that is what that says.
17      Q.   Okay.  So some of the -- can you
18  read the next sentence of some of the things
19  that you listed?
20      A.   "Teaching, counselling, and social
21  worker vacancies would be a great point, status
22  of title 1 and free and reduced lunch
23  eligibility, behavior data, attrition rate of
24  staff, student attrition rate, etc. come to the
25  front of my mind first."

Page 263

1      Q.   So at this time did TUSD have
2  teaching, counseling, and social worker
3  vacancies?
4      A.   Yes.  We almost always have
5  vacancies.
6      Q.   Did it have a high percentage of
7  Title 1 and free and reduced lunch eligibility?
8      A.   Yes.
9      Q.   You also mentioned staff attrition
10  rates.  Were a lot of TUSD staff leaving the
11  district?
12      A.   I don't recall at that point.  I do
13  know that through different topics of
14  conversations of staff attrition rate were
15  topics of conversation, so I would imagine we at
16  least had some, yes.
17      Q.   And then you mentioned student
18  attrition rates.  So were there TUSD students
19  who were leaving the district?
20      A.   Yes.  The district has been
21  monitoring student enrollment for several years.
22      Q.   And you agree that these are all
23  factors that show that TUSD is of significant
24  need for more mental health practitioners in
25  schools?

18 (Pages 260 - 263)

Page 264

1    A.    Correct.
2    Q.    Now, in this e-mail you didn't use
3  the word "social media," right?
4    A.    I did not.
5        MS. DEGTYAREVA:  Okay.  Let's mark
6  as Exhibit 26 tab 59.
7        (Tucson-30(b)(6)-Shivananda-26 was
8        marked for identification.)
9  BY MS. DEGTYAREVA:
10    Q.    Taking a look at tab -- Exhibit 26,
11  at the top it says School-Based Mental Health
12  Services Grant Program Tucson Unified School
13  District.
14        Does this refer to the same grant
15  application as in the e-mail we were just
16  looking at?
17    A.    Without further context I cannot be
18  100 percent sure.
19    Q.    Okay.  Is this a grant that TUSD was
20  applying for, whether or not it's the same one
21  that's in the e-mail?
22    A.    This looks like data that is being
23  collected for a potential grant application,
24  yes.
25    Q.    Now, if you look at the metadata

Page 265

1  slipsheet at the end, you'll see it says Author,
2  Julie Shivananda.
3        Did you write this document?
4    A.    I apparently did.  I don't remember
5  every document I've written in the last five
6  years.
7    Q.    Now, in this document you're again
8  summarizing some of the factors that you could
9  list in support of your grant application for
10  additional mental health funding, right?
11    A.    This is what it looks like, yes.
12    Q.    And looking at the first page, which
13  is ending in Bates 360, you write, "Tucson and
14  Pima County has a crime rate higher than the
15  national average."
16        Do you see that?
17    A.    I do.
18    Q.    You agree that higher-than-average
19  crime rate could negatively affect the mental
20  health of TUSD students?
21        MR. CUTLER:  Object to form.  Asked
22  and answered.
23        THE WITNESS:  Correct.
24  BY MS. DEGTYAREVA:
25    Q.    Now, further down you write, "Mental

Page 266

1  Health in the state of Arizona - in 2018 Arizona
2  is the second worst state in the nation for
3  addressing mental health issues.  He said
4  Arizona lacks primary-care physicians who can
5  screen for mental health and refer patients to
6  specialists before the disease has progressed
7  much too far."
8        Did I read that correctly?
9    A.    You did read that correctly.
10    Q.    Do you agree that a lack of primary
11  care physicians in Arizona could contribute to
12  student mental health issues?
13    A.    Yes.
14    Q.    Now, nowhere in this document do you
15  use the word "social media," right?
16    A.    Correct.  I do not explicitly call
17  out social media.  However, social media is
18  always a component that is also a factor within
19  this.
20        We don't -- unfortunately we're
21  unable to -- again, like we shared yesterday,
22  the data -- we are not able to track the amount
23  of time students are on social media, but what
24  we are able to track is the behavioral data that
25  we do see in our schools that are often

Page 267

1  connected and linked to social media use, again
2  through conversations and anecdotal data from
3  parents, from students, and from teachers.
4    Q.    So that's a yes to my question, you
5  do not mention the word "social media" in this
6  document?
7        MR. CUTLER:  Object to form.  Asked
8        and answered.
9        THE WITNESS:  Correct.
10  BY MS. DEGTYAREVA:
11    Q.    Now, there are other risk factors
12  that can impact student mental health that we
13  haven't covered in these documents yet, right?
14    A.    Correct.
15    Q.    Does TUSD agree that students
16  abusing alcohol, drugs, or tobacco could impact
17  mental health?
18    A.    Yes.
19    Q.    It can cause behavioral issues in
20  school?
21    A.    It can.
22    Q.    It can impact academic performance?
23    A.    It absolutely can.  And the majority
24  of what we're finding in the research is that
25  students are self-medicating using substances

Page 268

1 because of anxiety and depression, and we're
2 seeing a high increase in anxiety and depression
3 due to social media and cellphone usage and the
4 lack of social experiences that students are not
5 now engaging in because of their social media
6 usage.
7    Q.   What research is that?
8    A.   The surgeon -- there have been
9 several Surgeon General warnings around youth
10 mental health crisis.  I have done a lot of
11 research of the work of Dr. Bruce Perry around
12 the neurosequential model of how students -- or
13 how youth and adolescent brains are developed
14 and the connection to.
15         He also wrote a book called The
16 Anxious Generation that directly pinpoints the
17 use of social media and the lack of connections
18 that students have in person are directly
19 impacting the increase in anxiety and depression
20 that we are seeing in our students and our
21 youth, and we see that in our schools as well.
22    Q.   So you're talking about some
23 external --
24    A.   I am.
25    Q.   -- work.

Page 269

1         Has TUSD ever analyzed how many of
2 its students specifically use alcohol, drugs, or
3 tobacco?
4    A.   So, again, data can be subjective
5 and difficult to ascertain.  If students have
6 either self-reported or families have reported,
7 we might have that data.  And then any
8 discipline data related to substance use and
9 alcohol, we would then have that data.  But that
10 would not be the full scope of what may be
11 occurring.
12    Q.   But the TUSD doesn't know the
13 entirety of how many students are using these
14 substances or how many of these substances
15 they're using?
16    A.   Correct.
17    Q.   And TUSD actually filed a lawsuit
18 against vaping manufacturers, arguing that
19 vaping products were causing their students to
20 suffer mental health harms, right?
21    A.   Correct.
22    Q.   TUSD believes that use of vaping
23 products by students have caused disruptions in
24 classrooms and common areas?
25    A.   Correct.

Page 270

1    Q.   TUSD also believes that use of
2 vaping products caused harm to the school
3 district by requiring it to spend resources to
4 address the problems caused by vaping?
5    A.   Correct.
6    Q.   TUSD believes that use of vaping
7 products requires teachers and other staff to
8 divert resources from classroom instruction and
9 student supervision, right?
10    A.   Correct.
11    Q.   TUSD believes that use of vaping
12 products require students and other staff to
13 provide education and assistance to students
14 including an elaborative intervention and
15 restorative process?
16    A.   Correct.
17    Q.   And TUSD believes that the harms
18 from vaping started in at least 2017, right?
19    A.   Without the document in front of me
20 from that case, that does sound familiar.
21    Q.   And continued for several years?
22    A.   Correct.
23    Q.   Does TUSD agree that students
24 bringing weapons to school could impact
25 students' mental health?

Page 271

1    A.   Yes.
2    Q.   It could be disruptive to the
3 learning environment?
4    A.   Yes.
5    Q.   And threats of gun violence, even if
6 there's no actual gun brought, that could also
7 impact students' mental health, right?
8    A.   Correct.
9    Q.   That could also be disruptive to the
10 learning environment?
11    A.   Absolutely.
12    Q.   Does TUSD have data on how many
13 times a student has brought a gun to any of its
14 schools?
15    A.   Reported.  If it was reported, then
16 we would have that data, yes.
17    Q.   What did that data show?
18    A.   That data shows that the -- I don't
19 know the direct data of the number of the times
20 that weapons were, but I do -- can tell you that
21 that has been increasing over the last several
22 years.
23         One of the difficulties also is that
24 the barriers now because threats of violence,
25 because potential threats of weapons, because it

Golkow Technologies,
A Veritext Division

877-370-3377                                                   www.veritext.com

Page 272

1 has become so commonplace, we have actually seen
2 a reduction in reports to our school safety. So
3 conversations with administrators, well, if I
4 called school safety every day that I heard a
5 student may have a gun or a knife on them, I
6 would be calling school safety 24/7.
7 And so because it is so pervasive in
8 our schools, that has then started to skew the
9 data that is being reported because we are
10 seeing evidence of it posting on social media,
11 on people talking about it, and so it's become a
12 very difficult data to collect.
13 Q. Does TUSD keep track of how many
14 lockdowns its schools have had?
15 A. Yes, if those are reported. So not
16 every lockdown is necessarily a reportable
17 lockdown.
18 Also, the data, in my preparation
19 for today, I have mentioned before the Tucson
20 school district was engaged in -- or had a cyber
21 breach a couple of years ago. And prior to
22 that, a lot of that data was housed internally
23 and not cloud based, and so that data was not
24 recovered. So we may not have the data going
25 all the way back to the relevant time period,

Page 273

1 but there would be a multitude of reasons why,
2 and again not every lockdown would be reported
3 or tracked.
4 Q. So for lockdowns that are reported,
5 where does TUSD keep track of that data?
6 A. That would be with our school safety
7 department.
8 Q. Is there a particular database that
9 they have?
10 A. They have their own school safety
11 database. I cannot recall the name of it.
12 Q. And how many lockdowns are you aware
13 of in the relevant time period?
14 A. I do not have that number off the
15 top of my head. I can tell you that there's a
16 multitude of reasons of why there may be a
17 lockdown.
18 And then we have different types of
19 lockdowns as well. So it may be a secure
20 lockdown, it may be what's considered kind of a
21 more soft lockdown; it just depends on what type
22 of lockdown you're also referring to.
23 Q. What are the different types of
24 lockdowns?
25 A. So a secure lockdown is if there's

Page 274

1 an immediate threat either outside of the campus
2 or within the campus, and so that would be
3 determined with the support of a school safety
4 and/or law enforcement.
5 So for example, there may be a
6 secure-in-place and having students in the
7 classrooms and not moving around on the campus.
8 If there was -- if Tucson Police Department had
9 reached out to the district to say that there
10 was maybe a suspect in the neighborhood, we've
11 had that happen before, and they've asked
12 schools to not let anyone in or out for safety
13 in the community.
14 There has been -- if there's a
15 report of a threat, there could be a secure
16 lockdown based on that.
17 We've had a swarm of bees on the
18 playground where we've kept students in, just so
19 that way they're not going out on the
20 playground.
21 So there's a myriad of reasons.
22 Q. So I understand you don't know exact
23 numbers sitting here today. Can you tell me how
24 frequently TUSD schools have lockdowns?
25 A. It depends on kind of the time

Page 275

1 frame. It also depends on the grade level of
2 the school. I would say we probably see less
3 secure lockdowns needed at our elementaries
4 versus our middle and our high schools. Off the
5 top of my head, there's probably a handful of
6 lockdowns that are potentially in place across
7 the district probably about every month.
8 Q. A handful every month across all of
9 the schools?
10 A. Correct.
11 MS. DEGTYAREVA: We've been going
12 about an hour and a half. Would now be a
13 good time for a break?
14 THE VIDEOGRAPHER: We're going off
15 record. The time is 10:24.
16 (Whereupon, a recess was taken.)
17 THE VIDEOGRAPHER: We're going back
18 on record. The time is 10:41.
19 BY MS. DEGTYAREVA:
20 Q. Ms. Shivanonda, does TUSD agree that
21 being the victim of bullying, whether it's
22 cyberbullying or in-person bullying, that can
23 impact student mental health?
24 A. Yes, absolutely. Any time students
25 are ostracized or bullied or negative impacts

21 (Pages 272 - 275)

Page 276

1 from their peers can have a very high impact on
2 social and mental health.
3    Q.   Bullying can be disruptive to the
4 learning environment?
5    A.   Absolutely.
6    Q.   It can impact academic performance?
7    A.   Yes.
8    Q.   Does TUSD have any data showing how
9 many of its students have been the victims of
10 any type of bullying?
11    A.   The district, we do have a governing
12 board policy against bullying and practice and
13 procedures for supporting that.  And then
14 bullying is also one of our components within
15 the code of conduct.  So if there's reportable
16 instances of bullying and it rises to the level
17 of discipline, that would be in the discipline
18 data.
19        We also -- again the difficulty of
20 identifying what bullying is versus just kids
21 being mean or conflict, so that can play a role
22 in it.  But we might also see observation data
23 from teachers around student behaviors and
24 interactions within the observation data in
25 Synergy, and then also anecdotally just through

Page 277

1 conversations of look where we're at and what
2 counselors are seeing and what support staff are
3 seeing, we can kind of get a pulse on higher
4 level of amount.  But hard numbers, I don't have
5 that off the top of my head.
6    Q.   You mentioned observation data in
7 Synergy.  What is that referring to?
8    A.   That's part of the MTSS platform.
9    Q.   Got it.
10        So if a student didn't report that
11 they were being bullied, TUSD wouldn't have
12 information about that bullying?
13    A.   Most likely, yes.
14        MS. DEGTYAREVA:  Let's mark as
15 Exhibit 27 tab 38.
16        (Tucson-30(b)(6)-Shivanonda-27 was
17        marked for identification.)
18 BY MS. DEGTYAREVA:
19    Q.   Let me know when you've had a chance
20 to review this.
21    A.   Okay.  Thank you.
22        (Witness reviewing document.)
23    A.   Okay.
24    Q.   Do you see this is an e-mail from
25 Sarah Andricopoulos?

Page 278

1    A.   I see this e-mail from Sarah, yes.
2    Q.   Who is Sarah Andricopoulos?
3    A.   She is the principal of Davidson
4 Elementary School.
5    Q.   And she's e-mailing Richard Sanchez,
6 right?
7    A.   Correct.
8    Q.   Who is Richard Sanchez?
9    A.   He is the regional superintendent
10 over Region 3, which is where Davidson is
11 located.
12    Q.   So looking at the first paragraph of
13 this e-mail, Sarah Andricopoulos references a
14 parent who made a Facebook post about shooting
15 up a school for Halloween, right?
16    A.   That seems to be the context, yes.
17    Q.   According to this e-mail, Facebook
18 took down the -- has since taken down the
19 account of that parent, right?
20    A.   That's what the e-mail says.
21    Q.   Is TUSD aware that if it sees any
22 posts that it believes are harmful or
23 inappropriate on social media, it can report
24 that post?
25        MR. CUTLER:  Object to form.

Page 279

1        THE WITNESS:  It is my understanding
2    that posts, yes, are able to be reported.
3        There has been other instances where
4    threatening posts have been reported and
5    we have worked with law enforcement and
6    with, in this case, Facebook where at
7    first glance or at first report, Facebook
8    would not take down the post.
9        So we're aware that that could be
10    reported, but we have also had instances
11    where Facebook has not taken down posts as
12    well.
13 BY MS. DEGTYAREVA:
14    Q.   In this case, though, Facebook took
15 down the entire account, according to this
16 e-mail?
17    A.   According to this e-mail.
18    Q.   Do you think these types of threats
19 of violence could harm student mental health?
20    A.   Absolutely.
21        MR. CUTLER:  Object to form.
22 BY MS. DEGTYAREVA:
23    Q.   And later in that same paragraph,
24 the parent reported that flyers were put up all
25 around school calling her daughter fat, ugly,

22 (Pages 276 - 279)

Page 280

1 and that she should kill herself, right?
2     A.   According to the e-mail, yes.
3     Q.   Do you think that type of bullying
4 could harm a student's mental health?
5     A.   Absolutely.
6     Q.   And then looking at the third
7 paragraph, it references that the FBI had to be
8 involved, right?
9     A.   Yes, this e-mail does reference the
10 FBI being involved.
11     Q.   It says that when the FBI agent
12 asked the parent what steps she had taken to
13 resolve these allegations of bullying, the
14 parent told her that she had tried dealing with
15 the principal, police, and TUSD, and no one
16 would help her, right?
17         MR. CUTLER:  Object to form.
18         THE WITNESS:  That is what is
19 indicated in the e-mail.
20 BY MS. DEGTYAREVA:
21     Q.   Then if you turn to the page ending
22 in Bates 430, you see some screenshots of text
23 messages that this parent sent, right?
24         MR. CUTLER:  Object to form.
25         THE WITNESS:  Without context and

Page 281

1     with the identifying information removed,
2     it does look like text messages, but I
3     cannot confirm who sent or who they were
4     to.
5 BY MS. DEGTYAREVA:
6     Q.   And just looking back at the first
7 page of 428, in the one, two, three, fourth
8 paragraph it says, "As you are aware this is not
9 the first time" redacted "has made threats
10 against our school. I've included pictures of
11 texts" redacted "sent last March 28, 2018,
12 threatening to bring a weapon to our campus,"
13 right?
14     A.   Yes.
15     Q.   So in these text messages on the
16 page ending in 430, those text messages use
17 racial slurs numerous times to talk about
18 students, right?
19     A.   Yes, it appears that they do.
20     Q.   And then turning to the page ending
21 in 432, you see some more text messages, right?
22     A.   I do.
23     Q.   And again in these text messages,
24 again there are multiple instances of racial
25 slurs being used?

Page 282

1     A.   Yes, there appears to be.
2     Q.   And then the parent threatens to
3 bring a weapon to the school?
4     A.   Yes, it does.
5     Q.   Does TUSD agree that racial
6 discrimination can impact students' mental
7 health?
8     A.   Yes.  And we have strict governing
9 board policies around racial and other types of
10 discrimination and harassment policies, yes.
11     Q.   And racial discrimination, including
12 the use of racial slurs, can be disruptive to
13 the learning environment?
14     A.   Yes, it can.
15     Q.   It can impact academic performance?
16     A.   Yes, absolutely.
17     Q.   Now, the repeated racial slurs we
18 just saw in these text messages, those aren't an
19 isolated incident at TUSD, right?
20         MR. CUTLER:  Object to form.
21         THE WITNESS:  There are -- yes,
22     there are several instances of racial
23     slurs that are used in a multitude of
24     contexts across the district.
25         MS. DEGTYAREVA:  Let's mark as

Page 283

1     Exhibit 28 tab 31.
2         (Tucson-30(b)(6)-Shivanonda-28 was
3         marked for identification.)
4     A.   I will say from our experience, when
5 we get law enforcement involved it's easier to
6 get things taken down.  If we ask, they don't
7 get taken down.
8 BY MS. DEGTYAREVA:
9     Q.   Just to be clear, the text messages
10 we were just looking at were text messages,
11 correct?
12     A.   Yes, they appear to be.
13     Q.   Now, take a look at the exhibit we
14 just marked, 28, and let me know when you're
15 ready.
16     A.   Okay.
17         (Witness reviewing document.)
18     A.   Okay.
19     Q.   This is a presentation from TUSD's
20 Equity, Diversity, and Inclusiveness department?
21     A.   It appears to be, yes.
22     Q.   And the presentation wanted to
23 launch a No Slur Initiative for the school year
24 of 2023-2024, right?
25     A.   Correct.

23 (Pages 280 - 283)

1    Q.   So taking a look at Slide 3, on the
2  left-hand side, can you please read what's
3  written in that box on the left?
4    A.   "Post pandemic students and staff in
5  the TUSD community have consistently reported
6  experiencing and/or witnessing verbal trauma
7  including racial epithets and microaggressions."
8    Q.   Do you have any reason to doubt the
9  findings of the EDI department that there was a
10  consistent pattern of verbal trauma?
11         MR. CUTLER:  Object to form.
12         THE WITNESS:  I do not.
13  BY MS. DEGTYAREVA:
14    Q.   And a consistent pattern of racial
15  epithets?
16    A.   I do not.
17         MR. CUTLER:  Object to form.
18  BY MS. DEGTYAREVA:
19    Q.   And microaggressions?
20    A.   I do not.
21         MS. DEGTYAREVA:  Let's mark as
22  Exhibit 29 tab 41.
23         (Tucson-30(b)(6)-Shivanonda-29 was
24         marked for identification.)
25       ///

1  BY MS. DEGTYAREVA:
2    Q.   Okay.  Just one page.  Here you go
3  (handing).
4         Okay.  So taking a look at the
5  document in front of you, this is a parent
6  complaint from the 2019-2020 school year?
7    A.   It appears to be.
8    Q.   And it's from -- the date is
9  August 23, 2019?
10    A.   Yes.
11    Q.   And if you look at the complaint
12  narrative, the parent is complaining about a
13  teacher using the N word in class, correct?
14    A.   Yes.
15    Q.   You would agree that the use of a
16  racial slur by a teacher in a class could harm
17  student mental health?
18    A.   Yes.
19    Q.   It can be disruptive to the learning
20  environment?
21    A.   It could.
22         MS. DEGTYAREVA:  Let's mark as
23  Exhibit 30 tab 39.
24         (Tucson-30(b)(6)-Shivanonda-30 was
25         marked for identification.)

1  BY MS. DEGTYAREVA:
2    Q.   Take a look at this document,
3  please.
4         (Witness reviewing document.)
5    A.   Okay.
6    Q.   This is a report from the Department
7  of Equity, Diversity, and Inclusiveness at TUSD,
8  right?
9    A.   Correct.
10    Q.   And if you look under Introduction,
11  the second and third paragraphs under
12  Introduction, so the report explains that it's
13  about some complaints regarding Turning Point
14  USA student club at Sabino High School?
15    A.   Yes, that is what it is talking
16  about.
17    Q.   And then in response to the
18  complaints, if you turn to page ending in 808,
19  the EDI department held some student forums and
20  met with Sabino administration, right?
21    A.   Yes, that is what it says.
22    Q.   Looking at the findings, can you
23  please read the first bullet point there?
24    A.   "Students and teachers have
25  experienced a culture and climate where racist

1  remarks, jokes, and gestures are the 'norm'
2  among students.  Derogatory remarks, jokes, and
3  gestures are directed toward race, gender, and
4  sexuality."
5    Q.   And then can you please read the
6  fourth bullet point?
7    A.   "Generalized instances of
8  discriminative behavior by student members of
9  TPUSA on Sabino campus."
10    Q.   Do you agree that experiencing a
11  culture where racist remarks were the norm might
12  harm a students's mental health?
13    A.   Yes, and unfortunately we do see
14  that quite frequently across all of our
15  community, especially as it's used on social
16  media indicated in bullet number two.
17    Q.   All right.  So the comments that
18  people are posting on social media where, in the
19  TUSD schools, the norm is racist remarks, jokes,
20  and gestures, that could also harm students'
21  mental health?
22         MR. CUTLER:  Object to form.
23         THE WITNESS:  Can you repeat the
24         question?
25       ///

24 (Pages 284 - 287)

1 BY MS. DEGTYAREVA:
2     Q.   You reference social media here.
3 Are you talking about racist remarks, jokes, and
4 gestures that TUSD students might post on social
5 media?  Is that correct?
6         MR. CUTLER:  Object to form.
7     Misstates testimony.
8         You can answer.
9         THE WITNESS:  Yes, we do see quite a
10     bit of racist posts and jokes posted
11     across multi social media platforms.
12 BY MS. DEGTYAREVA:
13     Q.   And you would agree that a culture
14 where racist remarks were the norm, again
15 whether that's on social media, in person, or
16 really anywhere, that could be disruptive to the
17 learning environment?
18     A.   Absolutely.
19     Q.   Does TUSD have data on exactly how
20 many of its students have experienced some form
21 of racism on TUSD's campuses?
22     A.   That would be pretty difficult to
23 ascertain.  Again, not everything is reportable
24 and documented.  If it rises to the level of
25 potential harassment, that may be documented

1 within the discipline platform, we might be able
2 to collect that data.
3         Again, in MTSS the teachers are
4 noting observational data of remarks that
5 students are making, we could potentially.  But
6 no, I don't believe that we would have any
7 definitive data that would be able to point to a
8 specific number of how many students have been
9 engaged in any sort of racial discrimination.
10     Q.   Are you familiar with TUSD's
11 desegregation litigation?
12     A.   I am.
13     Q.   Are you familiar with the unitary
14 status plan?
15     A.   I am.
16     Q.   Can you please explain what that is?
17     A.   So the Tucson Unified School
18 District has been under a desegregation order 50
19 or 60 years.  The original complaint was around
20 discriminatory practices within the district,
21 especially with students of Hispanic descent or
22 African-American descent, and so that has driven
23 a lot of the practices that the district has had
24 to employ to ensure that they are eradicating
25 those discrimination practices.

1     Q.   So for 50 or 60 years TUSD was
2 basically under court supervision to make sure
3 that it would have eradicated discriminatory
4 practices across the district?
5     A.   Correct, and we were released from
6 court supervision two years ago.
7     Q.   Actually you were released from
8 court supervision earlier this year in January
9 of 2025, right?
10     A.   We -- the official, the Ninth
11 Circuit Court of Appeals upheld that ruling, but
12 we have been out from direct court supervision,
13 now this is the second school year.
14     Q.   And does TUSD agree that another
15 thing that can negatively impact students'
16 academic performance is if the student is
17 chronically absent?
18     A.   Yes.
19     Q.   Because if a student is chronically
20 absent, they have less access to the educational
21 opportunities in the classroom, right?
22     A.   Correct.
23     Q.   Chronic absenteeism can also lead to
24 higher dropout rates, right?
25     A.   Correct.

1     Q.   And if a student is chronically
2 absent, they would also have less access to any
3 of the mental and emotional health resources
4 that a school might provide?
5     A.   Correct.
6     Q.   So that could exacerbate mental
7 health problems?
8     A.   Absolutely.
9     Q.   It could also lead to a lack of
10 treatment?
11     A.   It could.
12     Q.   And TUSD has faced criticism for
13 allowing a large percentage of its students to
14 be chronically absent?
15         MR. CUTLER:  Object to form.
16         THE WITNESS:  So with an institution
17     of our size -- we are the third largest
18     school district in the state of Arizona
19     with over 40,000 students spanning a very
20     diverse population across Pima County --
21     yes, we do receive criticism in many
22     different areas.
23         However, the district does have very
24     explicit policies around trying to
25     increase absenteeism, but there's a lot of

25 (Pages 288 - 291)

1    other barriers that work against us.
2        So we definitely do have a lot of
3    resources that we try to employ to
4    eradicate that.
5    BY MS. DEGTYAREVA:
6    Q.   Let's take a look at a document.
7        MS DEGTYAREVA:  We're on Exhibit 31,
8    and this is tab 27.
9        (Tucson-30(b)(6)-Shivanonda-31 was
10    marked for identification.)
11   BY MS. DEGTYAREVA:
12   Q.   This is an article from August 2nd,
13   2024.
14       Do you see that?
15   A.   I do.
16   Q.   And it's titled Chronic Absenteeism
17   Crisis: Tucson USD teachers say district lax
18   with excessive absences.
19       Do you see that?
20   A.   I do.
21   Q.   Now, chronic absenteeism is defined
22   as when a student is absent 10 percent of the
23   entire school year, right?
24   A.   Yes, I believe so.
25   Q.   That's 18 days or more?

1    A.   Yes.
2    Q.   Now, looking at the first page of
3    this article, it's talking about someone named
4    Kyle Shreve.
5        Do you know who that is?
6    A.   I do not.
7        We have, again, 4,000 teachers and
8    certified staff, so I do not know the names of
9    all of our staff.
10   Q.   And according to this article, Kyle
11   Shreve at some point taught at TUSD?
12       MR. CUTLER:  Object to form.
13       THE WITNESS:  I cannot confirm or
14   deny.
15   BY MS. DEGTYAREVA:
16   Q.   So looking at the article, it says,
17   "One of his high school students, a senior,
18   racked up around 90 absences last school year
19   and was failing the class."
20       Do you see that?
21   A.   Which page?
22   Q.   Excuse me, on the first page, at the
23   very bottom of the first page.
24   A.   Okay.  Yes, I see that.
25   Q.   And then going to the second page,

1    near the top, do you see where it says, "Even
2    though Shreve tried to work with the family and
3    offered solutions, he said the senior continued
4    to miss class and the district didn't intervene
5    with any form of discipline.  'It can be
6    frustrating when the system itself doesn't
7    help,' Shreve said."
8        Do you see that?
9    A.   I do see that.
10   Q.   Then going right below that, this is
11   quoting somebody called Lysa Nabours, who it
12   says was with TUSD for 25 years.
13       Do you see that?
14   A.   I see that.
15   Q.   And Ms. Nabours says, "'The district
16   needs to follow up and let the parents know that
17   this is not acceptable.'"... "There are students
18   who never make it to first period.  There are
19   students who are chronically absent for half a
20   day or a full day, 25, 30 absences out of an
21   entire semester.  It's at a crisis level and
22   it's huge."
23       Do you see that?
24   A.   I do see that.
25   Q.   In fact, according to this article,

1    in the 2023 to 2024 school year, TUSD's chronic
2    absenteeism rate was at 34 percent.  And that's
3    at the very bottom of this page, page 2.
4    A.   Correct.  Which is also on par with
5    our other larger school districts, Amphi at 38
6    and Sunnyside at 47 percent.
7        It is a pervasive and chronic
8    difficult area in the state of Arizona.  The
9    state of Arizona also has completely eliminated
10   any funding for truancy, and so there are no --
11   any legal ramifications any longer in the state
12   of Arizona, so there's no consequences for
13   parents, which is another barrier that drives
14   chronic absenteeism.
15   Q.   So lack of funding is increasing
16   this problem?
17   A.   Absolutely.
18   Q.   And if you go to page 3 of this
19   article, you'll see near the middle of the page
20   we have another quote from Ms. Nabours.  It
21   says, "But when the pandemic hit, 'We dropped
22   all our rules.  Everybody could come and go.'
23       "The district, she said, is still
24   lax on enforcement."
25       Do you see that?

Page 296

1    A.   I do.  And I would say this is the
2  opinion of one out of 4,000 teachers within our
3  school district.
4         Also within this article it does
5  quote our school district policies.  We do have
6  very stringent attendance policies within the
7  district to enforce as much as possible.
8  However, when we look at disciplinary action,
9  it's hard to take disciplinary action on a
10  student who is absent.  Suspending a student who
11  has been chronically absent is going to just
12  exacerbate the problem.
13        So without support from parents and
14  community, it becomes very difficult to enforce
15  those policies.
16    Q.   You would agree, as you said, that
17  chronic absenteeism is a serious problem in
18  Tucson Unified School District?
19    A.   And the state of Arizona,
20  absolutely.
21    Q.   And the state of Arizona.
22        Now let's take a look at another
23  document.
24        MS. DEGTYAREVA:  This is Exhibit 32,
25    and it's tab 28.

Page 297

1         (Tucson-30(b)(6)-Shivananda-32 was
2         marked for identification.)
3  BY MS. DEGTYAREVA:
4    Q.   Now, this is an article again from
5  August 27, 2024.
6         Do you see that?
7    A.   I do.
8    Q.   And at the top the title of the
9  article is Audits Reveal Tucson USD told to
10  repay state funds, could risk of losing more
11  over student attendance reporting.
12        Do you see that?
13    A.   I do see that.
14    Q.   Now, looking at the first page, the
15  second -- or, excuse me, the third paragraph of
16  this article, it talks about two audit reports
17  on student attendance conducted by the Arizona
18  Department of Education in 2021 and TUSD in
19  April 2024.
20        Do you see that?
21    A.   I do.
22    Q.   Are you familiar with those audit
23  reports?
24    A.   I am generally aware.  I cannot
25  speak to all of the findings in both of those

Page 298

1  audits.  I'm aware that those were completed,
2  yes.
3    Q.   Now, if you go to page 2 of this
4  article.
5         MR. CUTLER:  Take your time to read
6  it.
7         THE WITNESS:  Yeah, I'm going to go
8    ahead and read it, just so that way --
9  BY MS. DEGTYAREVA:
10   Q.   Go ahead.
11        MR. CUTLER:  It's five pages.
12        (Witness reviewing document.)
13        THE WITNESS:  Okay.
14  BY MS. DEGTYAREVA:
15   Q.   Okay.  So going to page 2 of this
16  article, in the paragraph starting with "In
17  Tucson USD's case," do you see where it says,
18  "In Tucson USD's case, it was ordered to repay
19  nearly $280,000 in 2021 for 'misreporting the
20  enrollment data of 250 students' and 'failing to
21  properly maintain some required documentation'
22  over three years."
23        Do you see that?
24   A.   I do.
25   Q.   Now, do you agree that if TUSD

Page 299

1  accurately reported how many students were
2  chronically absent and it turned out that more
3  students were chronically absent, it could lose
4  some funding?
5         MR. CUTLER:  Object to form.
6  Foundation.
7         THE WITNESS:  According to this
8    article, that is what this article is
9    stating, so attendance is directly
10   correlated to funding.
11  BY MS. DEGTYAREVA:
12   Q.   And the district was given three
13  years to fix all of the issues that the Arizona
14  Department of Education found in the 2021 audit,
15  right?
16   A.   According to this article, yes,
17  that's what it says.
18   Q.   So in 2024 the district conducted
19  its own internal audit to see if the issues had
20  been resolved, right?
21   A.   Yes.
22   Q.   And again on page 2 it says, "The
23  follow-up internal 2024 audit shows problems
24  persist pointing to a litany of serious issues
25  in a random sample of 420 student records."

27 (Pages 296 - 299)

Page 300

1      Right?
2      A.   That is what it says, yes.
3      Q.   So that internal audit in 2024 found
4  that the problems continued?
5          MR. CUTLER:  Object to form.
6  Foundation.
7          THE WITNESS:  According to this
8      article, it shows that the problems
9      persisted.
10 BY MS. DEGTYAREVA:
11     Q.   And then later down on this same
12 page, talking about the internal 2024 audit, it
13 says it "listed more concerns - 'chronic
14 tardiness,' 'high level of absences,' and 'no
15 recorded involvement addressing the noted issues
16 from administration, MTSS, or dropout
17 prevention.'"
18         Right?
19     A.   That is what the article says.
20     Q.   Those were TUSD's own internal audit
21 findings, right?
22         MR. CUTLER:  Object to form.
23 Foundation.
24         THE WITNESS:  It doesn't specify.
25     It says, "The auditor noted more

Page 301

1      concerns."  So could be either of the
2      audits.
3  BY MS. DEGTYAREVA:
4      Q.   All right.  So either TUSD
5  internally or the Arizona Department of
6  Education found all of these concerns, correct?
7          MR. CUTLER:  Object to form.
8  Foundation.
9          THE WITNESS:  According to this
10     article, yes.
11         MS. DEGTYAREVA:  Okay.  Let's mark
12     as Exhibit 33 tab 60.
13         (Tucson-30(b)(6)-Shivanonda-33 was
14         marked for identification.)
15 BY MS. DEGTYAREVA:
16     Q.   Ms. Shivanonda, just looking at the
17 metadata sheet at the end, you see that under
18 Custodians your name is listed?
19     A.   I do.
20     Q.   Okay.  Looking at the first page,
21 this is a board agenda item form, right?
22     A.   Correct.
23     Q.   What is a board agenda item form?
24     A.   So the form that we submit to
25 request an agenda item be placed on a governing

Page 302

1  board meeting.
2      Q.   Now, the title of this board agenda
3  item form is "Tucson Unified School District
4  Counseling Vacancy Plan - Contracting Social
5  Workers to fill Vacancies."
6          Do you see that?
7      A.   I do.
8      Q.   Did you submit this board agenda
9  item form?
10     A.   I did.
11     Q.   And under Item Type, it's marked as
12 "Consent."
13         What does that mean?
14     A.   That means that we are asking for
15 approval or consent from the board to make the
16 initiative that we are asking occur.
17     Q.   And then under Purpose, it says,
18 "The purpose of this agenda item is gain consent
19 from the TUSD Governing Board to utilize the
20 current SAVE Contract to contract Social Workers
21 to serve as school counselors for the 2nd
22 semester of school year 22-23."
23         Right?
24     A.   Yes.
25     Q.   What is the "SAVE Contract"?

Page 303

1      A.   So within the school district there
2  are multiple -- in procurement there are
3  multiple ways that we are able to have approval
4  for different vendors.  And so the SAVE Contract
5  is a larger contract that was awarded amongst
6  multiple school districts, so then that way we
7  don't necessarily have to go through the full
8  request for proposal process to identify a
9  vendor to meet our needs.
10     Q.   So was the SAVE Contract -- is that
11 a funding source, or am I misunderstanding?
12     A.   So, no, the contract would be -- the
13 procurement process is around identifying
14 potential vendors to provide services to the
15 district.  The funding source would come from
16 individual departments and whether or not they
17 have the funding source to access to use that.
18         But the contract itself is just an
19 agreement that the district could -- has vetted
20 the particular vendor and that we could move
21 forward with using that vendor.
22     Q.   And so you needed board approval to
23 use the SAVE Contract?
24     A.   Correct.
25     Q.   Turning to page 2 of this document,

28 (Pages 300 - 303)

1 which is ending in Bates 271, there's a section
2 titled Description and Justification.
3         Do you see that?
4     A.   I do.
5     Q.   And it says that, "TUSD currently
6 has 18 school counselor vacancies.  Having a
7 school counselor vacancy at a school site places
8 a hardship on the site to adequately support the
9 social emotional, behavioral, and academic needs
10 of students."
11         Do you see that?
12     A.   I do.
13     Q.   Do you agree that school counselor
14 vacancies place a hardship on the district's
15 ability to support the mental health of its
16 students?
17     A.   I do.
18     Q.   How long has TUSD had counselor
19 vacancies?
20     A.   At this particular level, it depends
21 on year by year.  We generally do have some
22 attrition, and generally we'll have a certain
23 number of vacancies per year.
24     Q.   Are there currently any counselor
25 vacancies?

1     A.   We do currently have two counselor
2 vacancies, yes.
3     Q.   Now, later on in the second
4 paragraph in the same section, Description and
5 Justification, it says, "The TUSD School
6 Counseling Department has collaborated with the
7 TUSD Human Resources Department and the
8 University of Arizona in its recruitment
9 efforts, however unfortunately there is an
10 insufficiency of qualified candidates in Tucson
11 and Arizona to fill the counseling vacancies in
12 TUSD."
13         Do you see that?
14     A.   I do.
15     Q.   So an additional problem that TUSD
16 was having here in addition to having the
17 vacancies was that it just couldn't find
18 qualified candidates to fill those vacancies?
19     A.   Correct.
20     Q.   And has this been an ongoing problem
21 of having problems finding qualified candidates?
22     A.   Not -- only in the most recent
23 couple of years.  We are starting to see -- as a
24 community we see less and less teacher
25 candidates, school counseling candidates, social

1 work candidates going into those fields, and so
2 we're seeing a reduction in new teachers,
3 counselors, social workers, etcetera coming out
4 of college prep classes to be eligible for
5 employment in school districts.
6     Q.   Is that a problem TUSD is still
7 having today?
8     A.   Not at the same rate as it was at
9 the need of this board presentation.
10     Q.   It's at a lower rate?
11     A.   It's at a lower rate, mm-hmm.
12     Q.   Now, this proposal was for a
13 temporary solution to fill the positions with
14 contract licensed social workers, right?
15     A.   Correct.
16     Q.   So what's the difference between a
17 qualified counselor and a contract licensed
18 social worker?
19     A.   In the state of Arizona a school
20 counselor -- there's a specific certification
21 for a school counselor, whereas a social worker
22 has a social work certificate.  So the
23 requirements for being a school counselor are
24 different than a teacher, different than a
25 social worker, so in order to obtain a school

1 counseling certificate, those requirements are
2 more strenuous than that of a social worker.
3         The district also might engage
4 social workers -- clinical social workers to
5 fill social work vacancies within the district.
6 However, the district -- the hiring processes
7 for school counselors is that to be a school
8 counselor you have to be a certificated school
9 counselor, which is a very specific master's
10 program outside of maybe a traditional therapist
11 or a counselor in the community.  There would be
12 additional requirements that they would have to
13 take in order to be eligible for a school
14 counselor position.
15     Q.   So the temporary solution for the
16 contract licensed social worker, they were
17 people that hadn't undergone these additional
18 certification requirements?
19     A.   Correct.
20     Q.   Let's take a look at another
21 document.
22         MS. DEGTYAREVA:  This is tab 34 --
23 excuse me, Exhibit 34.  I'm going to mark
24 it as Exhibit 34.  It's tab 61A.
25         ///

1          (Tucson-30(b)(6)-Shivanonda-34 was
2          marked for identification.)
3 BY MS. DEGTYAREVA:
4    Q.   Now, this is -- looking down in the
5 middle of the first page which ends in Bates
6 108 --
7    A.   Can I read the entirety of the
8 document first?
9    Q.   Yeah.  Sure.
10         (Witness reviewing document.)
11   A.   Okay.
12   Q.   Let's just go to the second page of
13 this document ending in Bates 109.  At the very
14 bottom of the page, the first e-mail in this
15 chain is from you October 6, 2022, right?
16   A.   Yes.
17   Q.   And you say, "The counseling
18 department is developing a presentation to the
19 Governing Board to ask to contract Social
20 Workers at schools with counseling vacancies."
21         Is that referring to this same board
22 agenda item we just looked at?
23   A.   Yes.
24   Q.   And then you say, "Below is a list
25 of our current schools with vacancies."

1          And you include a chart of schools
2 that had vacancies, right?
3    A.   Yes.
4    Q.   And you ask for some discipline
5 trend data for these schools, right?
6    A.   Yes.
7    Q.   You say, "We're trying to make a
8 case as to why counselors are needed at these
9 schools."
10         Right?
11   A.   Yes.
12   Q.   So why did you -- I guess if there
13 were counselor vacancies, why did you have to
14 make a case as to why counselors were needed?
15   A.   So this would be -- this whole
16 initiative was out of the norm, it was more of
17 an extenuating circumstance.  So we generally
18 don't have the process of contracting out versus
19 trying to find qualified candidates, and so in
20 order to really hone in on the request and the
21 ask and the spend, we do -- the board does like
22 us to have data to back up the reasoning for
23 that.
24         Oftentimes and the way schools
25 generally work is we tend to just absorb, so an

1 administrator, maybe a dean, maybe another
2 position generally would potentially absorb some
3 of those duties as they're a vacancy, but due to
4 the severity of the need we were finding that
5 that was just overburdening the system.
6          So we were trying to identify
7 additional supports and resources as a stopgap
8 in this critical time of need, and we were also
9 -- again, what this doesn't show is that, again,
10 through those -- that soft data, those
11 conversations around the social emotional needs
12 at our schools, really trying to highlight the
13 fact that that is needed and that school
14 counselors are vital to our school campuses.
15   Q.   Now, in this chart of 17 schools,
16 were there any schools that had no on-site
17 counselors?
18   A.   So these schools -- so Tucson High
19 and Pueblo -- most of our high schools do have
20 multiple counselors due to their size.  Our
21 current ratio is one counselor for every 500
22 students.
23         So most of these elementary schools
24 there would be a single counselor, and so with
25 those elementary schools, yes, that would have

1 left a complete vacancy, whereas -- oh, and then
2 Secrist and Wakefield both only have one
3 counselor due to their enrollment size.  And
4 then Roberts Naylor was missing one, they
5 already had one.  Roskruge needed an additional.
6 And Safford needed -- they did not have anyone
7 there so, again, depending upon enrollment size,
8 they may or may not have had a counselor already
9 there.
10   Q.   Now, you reached out to Anna
11 Schwartz Warmbrand to ask for this discipline
12 data, right?
13   A.   Correct.
14   Q.   Can you remind us, who is Anna
15 Schwartz Warmbrand?
16   A.   She is the director of student
17 relations, and her department oversees
18 discipline, restorative practices, and PBIS.
19   Q.   And then if you go to the first
20 page, 108, you'll see an e-mail from Anna
21 Schwartz Warmbrand, right, and it says, "Here
22 are the reports you requested to help you with
23 the board report."
24         Right?
25   A.   Yes.

1    Q.    So she sent you back some reports?
2    A.    Yes.
3    Q.    And at the very top you'll see it
4 says Attachments, and there are a number of PDFs
5 attached with various names of the schools.
6    A.    Yes.
7    Q.    So let's take a look at one of those
8 reports.
9        MS. DEGTYAREVA:  Let's mark as
10    Exhibit 35 tab 61B.
11        (Tucson-30(b)(6)-Shivananda-35 was
12        marked for identification.)
13 BY MS. DEGTYAREVA:
14    Q.    So if you take a look at the
15 metadata sheet at the end, you'll see under File
16 Name it says "Pueblo.pdf."
17    A.    Yes.
18    Q.    And is Pueblo one of those schools
19 that had some counselor vacancies, right?
20    A.    Yes.
21    Q.    All right.  So this is the way the
22 report was produced to us, it's a little bit
23 confusing, but if you take a look, the table
24 breaks across several pages, so the page ending
25 in 111, goes on to 112, and that's sort of a

1 continuation of that table.
2        Does that make sense?
3    A.    Yes.
4    Q.    Okay, great.
5        So is this discipline data from
6 Synergy?
7    A.    Yes.
8    Q.    And you'll see, for example, on
9 page 112 there's a Violation category, right?
10    A.    Correct.
11    Q.    So does that refer to the type of
12 violation of the code of conduct that was
13 reported in Synergy?
14    A.    Yes.
15    Q.    Okay.  So just kind of looking
16 through the report on page 112, the other
17 violations are on page ending in 114, 116, 118,
18 I believe that's it.  Take a moment to look at
19 those.
20        (Witness reviewing document.)
21    A.    Okay.
22    Q.    There are a lot of instances here of
23 alcohol, tobacco, and other drugs, right?
24    A.    Yes.
25    Q.    A lot of those specifically specify

1 vape, right?
2    A.    It appears so.
3    Q.    There's some instances of
4 aggression, right?
5    A.    Yes.
6    Q.    Some weapons and dangerous items,
7 right?
8    A.    Yes.
9    Q.    Do you see improper use of
10 technology as a violation category anywhere in
11 this table?
12    A.    I do not explicitly, no.
13    Q.    Let's go on to the next document.
14 This is Exhibit 36, and it's going to be tab 29.
15        (Tucson-30(b)(6)-Shivananda-36 was
16        marked for identification.)
17 BY MS. DEGTYAREVA:
18    Q.    Now, if you look at the metadata
19 sheet at the end, you'll see that the custodian
20 has your name, right?
21    A.    Yes.
22    Q.    The date is December 1, 2022, right?
23    A.    Yes.
24    Q.    And the file name is Updated
25 Counseling Board Presentation_Contracting Social

1 Workers, right?
2    A.    Yes.
3    Q.    So is this the presentation that you
4 ended up giving to the board in December of 2022
5 on this issue of counselor vacancies?
6    A.    I believe so.  I know that we had a
7 couple of iterations, but this does look like
8 this was the presentation that was presented.
9    Q.    Now, take a look at the third page
10 of the document, it's ending in Bates 643.  I
11 think, as you mentioned, it says TUSD's ratio of
12 school counselors is 500 to 1?
13    A.    Correct.
14    Q.    With some schools without a
15 counselor and some that are over 500, right?
16    A.    Correct.
17    Q.    So is that consistent with your
18 understanding at the time?
19    A.    Yes.  And our ratio continues to be,
20 and similarly, and so then the difficulty then
21 is we only get another counselor after another
22 increment of 500, so we may have schools that
23 have 750 to 1.
24    Q.    This is still accurate as of today?
25    A.    Yes.

31 (Pages 312 - 315)

Page 316

1   Q.   Now, right above that you see where
2  it says, "The American School Counselor
3  Association recommends a ratio of 250 to 1 to
4  support the whole child's access to academic
5  advisement, postsecondary readiness, and mental
6  health/social emotional resources for
7  individuals, small groups, and whole classes,"
8  right?
9       A.   Yes.
10      Q.   So the American School Counselor
11 Association recommends a ratio of 250 students
12 to 1 counselor?
13      A.   Correct.
14      Q.   And the reason they recommend that
15 ratio is because it's important to support
16 student mental health?
17      A.   Correct.
18      Q.   Do you agree that not having access
19 to a counselor can impact a student's mental
20 health?
21      A.   Absolutely.
22      Q.   Now I'd like to ask you a couple of
23 questions about the COVID-19 pandemic.
24           During the COVID-19 pandemic, TUSD
25 schools were closed to in-person learning from

Page 317

1  March 2020 through the end of the 2020 school
2  year, is that right?
3       A.   That is correct.
4       Q.   And there were COVID lockdowns
5  nationwide, right?
6       A.   Yes.
7       Q.   So then TUSD had a hybrid learning
8  environment for the 2020 to 2021 school year,
9  right?
10      A.   There were certain school sites
11 that, yes, had availability for hybrid for
12 various reasons, yes.
13      Q.   And were some schools still
14 completely closed to in-person learning?
15      A.   Yes.
16      Q.   So then it was in the 2021 to 2022
17 school year that TUSD began to fully return to
18 in-person learning, right?
19      A.   Yes, that was the school year, there
20 was a phased implementation with precautions in
21 place, yes.
22      Q.   So when did all schools return fully
23 to in-person learning?
24      A.   It's my understanding that in the
25 spring of 2022, so we were phasing in through

Page 318

1  that year, with then a full return in the
2  following year, with the exception of the
3  creation of TUVA, the Tucson Unified Virtual
4  Academy, that some of our families chose to
5  continue with virtual instruction.
6       Q.   Does TUSD agree that the COVID-19
7  pandemic had a significant effect on student
8  mental health?
9       A.   Yes.  COVID-19 pandemic, yes, had a
10 significant impact.  It reduced the amount of
11 opportunities for students to learn social
12 skills, to be connected with their peers.  That
13 also increased the access and opportunity to
14 devices, social media, while they were at home
15 which then also continued as they returned to
16 campus.
17      Q.   Well, and there were also stressors
18 from the pandemic that had nothing to do with
19 devices, right?
20      A.   Correct.
21      Q.   For example, students could have
22 been concerned about their own health and safety
23 due to COVID?
24      A.   Yes.
25           MR. CUTLER:  Object to form.

Page 319

1  BY MS. DEGTYAREVA:
2       Q.   They could have been concerned about
3  the health and safety of loved ones who might
4  have been high risk due to COVID, right?
5       A.   Yes.
6       Q.   And as you mentioned, students were
7  limited in their ability to engage with other
8  people because of the lockdowns?
9       A.   Correct.
10      Q.   Now let's take a look at another
11 document.
12           MS. DEGTYAREVA:  This is going to be
13 Exhibit --
14           MR. RICE:  37.
15           MS. DEGTYAREVA:  -- 36?
16           MR. RICE:  37.
17           MS. DEGTYAREVA:  -- 37, and this is
18 tab 30.
19           (Tucson-30(b)(6)-Shivanonda-37 was
20           marked for identification.)
21 BY MS. DEGTYAREVA:
22      Q.   This is the Health Services Budget
23 Proposal for AY2024-2025, right?
24      A.   I am not familiar with this
25 document, but according to the title, it's what

32 (Pages 316 - 319)

Page 320

1  it looks like.
2      Q.   And if you turn to the page ending
3  in 694, at the bottom do you see there's a
4  section titled Increasing Number of Mental
5  Health Issues in Schools?
6      A.   I can see that.
7      Q.   And it says, "As a result of the
8  pandemic, children and adolescents less than or
9  equal to 18 years of age, depression 31 percent,
10  anxiety 31 percent, and sleep disturbance
11  42 percent have prevailed in our school aged
12  youth."
13          Do you see that?
14      A.   I see that.
15      Q.   That was the finding of TUSD's
16  health services department?
17          MR. CUTLER:  Object to form.
18  Foundation.
19          THE WITNESS:  According to this
20  document, yes.
21  BY MS. DEGTYAREVA:
22      Q.   Now, we've talked about a lot of
23  different factors that could affect mental
24  health, and another factor that could affect
25  students' mental health is just the quality of

Page 321

1  mental health care that they receive, right?
2      A.   Yes.
3      Q.   In other words, if they seek
4  treatment, but it's low quality treatment, it's
5  ineffective, that could affect their mental
6  health?
7      A.   It could.
8      Q.   Okay.  Let's take a look at
9  exhibit -- what will be marked as Exhibit 38,
10  and this is tab 62.
11          (Tucson-30(b)(6)-Shivanonda-38 was
12          marked for identification.)
13  BY MS. DEGTYAREVA:
14      Q.   Do you need a moment to read through
15  this?
16      A.   Yes, please.
17          (Witness reviewing document.)
18      A.   Okay.
19      Q.   So let's go to the page ending in
20  Bates 903 which has the first e-mail in this
21  chain.
22      A.   Okay.
23      Q.   This is an e-mail from Kate Straub
24  to you on August 12, 2022, right?
25      A.   Yes.

Page 322

1      Q.   Who is Kate Straub?
2      A.   She is the health assistant of
3  Pueblo High School.
4      Q.   And what is a health assistant?
5      A.   In TUSD we do not have the financial
6  means to have a registered nurse at every
7  school, so there are registered nurse -- a
8  handful of registered nurses within the district
9  that support and supervise a health assistant at
10  each school.  So the health assistant is then
11  the individual that provides health services in
12  the health office at the school.
13      Q.   Is that the same as a counselor, or
14  different?
15      A.   That is different than a counselor.
16      Q.   So in this e-mail she says -- Kate
17  Straub says, "Dear Julie, I am deeply concerned
18  about the decision to remove Casas as the
19  partner agency with PHS and replace it with
20  La Frontera."
21          Do you see that?
22      A.   Yes.
23      Q.   What does PHS refer to?
24      A.   Pueblo High School.
25      Q.   And Casas, was that Casas de los

Page 323

1  Ninos?
2      A.   It is.
3      Q.   So was that one of the partner
4  agencies that TUSD had been using to refer
5  students for mental health services?
6      A.   Yes.
7      Q.   So at some point TUSD decided to
8  stop using Casas?
9      A.   No, we didn't stop using Casas de
10  los Ninos.  As you'll see in the rest of the
11  e-mail, around that time Casas de los Ninos was
12  struggling with staffing and so they were unable
13  to receive any referrals for an entire fourth
14  quarter, and as such to be responsive to the
15  needs.
16          That is when we determined that we
17  would also communicate and collaborate with
18  additional behavioral health agencies, so that
19  we had to look at the needs of the district as a
20  whole and the capacity of our behavioral health
21  agencies and then had to reassign a few schools
22  to meet those needs.
23      Q.   Got it.
24          So for this school, due to sort of a
25  lack of resources or lack of availability from

33 (Pages 320 - 323)

Page 324

1 Casas, you had to reassign the school to
2 La Frontera?
3    A.    Correct.
4    Q.    And in this e-mail Kate Straub talks
5 about some complaint that she has heard about
6 La Frontera, right?
7    A.    Yes.
8    Q.    She says, "La Frontera did not
9 return calls, that they had such a high turnover
10 of staff that every time their child went for a
11 session they had a new provider (which was very
12 traumatic for the student and made them
13 distrustful and unwilling to open up), that they
14 cancelled appointments without apology and
15 without telling parents, and that children
16 waiting weeks to be seen due to lack of
17 providers, cancelled appointments or other
18 issues (long after the traumatic incident which
19 sought them to seek care if the first place)."
20 Right?
21    A.    Those are concerns she had heard
22 about from La Frontera.  I cannot confirm or
23 deny whether or not those instances actually
24 occurred.
25    Q.    She was the health assistant in the

Page 325

1 school and those were complaints that she had
2 heard?
3    A.    Correct.
4    Q.    Going to the next page, 904, Kate
5 Straub also lists some of the barriers that she
6 perceives exist to students getting necessary
7 mental health treatment, right?
8    A.    That is, yes, the gist of her
9 e-mail.
10    Q.    So specifically if we look at the
11 second paragraph on the page ending in Bates
12 904, in the middle of that paragraph she says,
13 "Many of our neediest families are Spanish
14 speaking, are unaware mental health services
15 exist, and then must also be persuaded to
16 overcome cultural stigma surrounding mental
17 illness to seek services from a
18 stranger/institution."
19    A.    That is accurate.  Those are some
20 barriers that we do see in our system.
21    Q.    Then she says, "Those families that
22 overcome those barriers then face the arduous
23 and time-consuming process of registration.
24 Often these families don't get paid if they
25 don't work, so time spent is income lost,"

Page 326

1 right?
2    A.    That's what it says.
3    Q.    Would you agree that those are also
4 barriers that students and families can face to
5 getting necessary mental health treatment?
6    A.    Yes, which is why we continue to
7 adjust our referral practices to identify the
8 best referral systems to be able to provide that
9 support.
10    Q.    And would you agree that if students
11 aren't able to access necessary mental health
12 treatment due to such barriers, that could make
13 their existing problems worse?
14    A.    Yes.
15    Q.    So then on behalf of her school
16 community, Kate Straub asked you to keep Casas
17 as a provider instead of switching to
18 La Frontera, right?
19    A.    She did.
20    Q.    But you weren't able to accommodate
21 that request?
22    A.    Correct.
23    Q.    And if you go to the page ending
24 903, you'll see -- or starting on 902, you'll
25 see your response to Kate Straub, right?

Page 327

1    A.    Yes.
2    Q.    On 903 you say, "I'm sorry to hear
3 the previous struggles with La Frontera, I can
4 assure you that our new contact and their team
5 are very responsive and have wonderful working
6 relationships with the schools they are now
7 partnered with," right?
8    A.    Yes.
9    Q.    This is August of 2022, right?
10    A.    Yes.
11    Q.    If you go to page 1 of this
12 document, which is the one ending in Bates 901,
13 you see another e-mail from Kate Straub in April
14 of 2023, right?
15    A.    I do.
16    Q.    And in this e-mail on April of 2023,
17 she wrote to Penny Cuffe and Joseph Gaw, right?
18    A.    Yes.
19    Q.    And who are they?
20    A.    Joseph Gaw is the current director
21 of school services, our school health services.
22 And then Penny Cuffe is -- I believe she's the
23 program coordinator within that department.
24    Q.    And Joseph Gaw ended up forwarding
25 this e-mail to you, right?

34 (Pages 324 - 327)

Page 328

1    A.   Yes.
2    Q.   So in this e-mail from April of
3  2023, in the one, two, three, fourth paragraph,
4  Kate Straub writes, "All my reservations about
5  La Frontera, I raised with Shivanonda on
6  August 12, 2022 (see original e-mail at the very
7  bottom) have occurred.  There is high staff
8  turnover.  La Frontera staff do not return
9  calls, students go to a session and find they
10  have a new provider which is very distressing
11  for them, appointments are cancelled without
12  apology, and students wait weeks to start
13  therapy," right?
14    A.   That is, yes, her concern.
15    Q.   And you agree that if these things
16  were true, that could impact student mental
17  health?
18        MR. CUTLER:  Object to form.
19        THE WITNESS:  It could.  And we are
20    seeing that more and more, so there's
21    other documents that you -- that we've
22    reviewed today as well where there is a
23    high number of vacancies of providers
24    within the state of Arizona, and then as
25    well with the lack of funding with the

Page 329

1    Jake's grant, there's high turnover at all
2    of our behavioral health agencies.
3  BY MS. DEGTYAREVA:
4    Q.   Does TUSD still use La Frontera as
5  one of the providers that it refers students to?
6    A.   We do.
7    Q.   Let's take a look at another
8  document.  This is going to be Exhibit 39, and
9  it's tab 63.
10        (Tucson-30(b)(6)-Shivanonda-39 was
11        marked for identification.)
12  BY MS. DEGTYAREVA:
13    Q.   Do you need a moment to review this
14  document?
15    A.   Yes, please.
16        (Witness reviewing document.)
17    A.   Okay.
18    Q.   Okay.  Let's go to the page ending
19  in Bates 284, and you'll see an e-mail from
20  Leslie Lenhart.
21    A.   Yes.
22    Q.   Who is that?
23    A.   She was the previous director of
24  communications.
25    Q.   And the subject is Input Requested -

Page 330

1  Beliefs About Behavior Survey, right?
2    A.   Yes.
3    Q.   And going to the page ending in 285,
4  does she appear to be sending this survey on
5  your behalf?
6    A.   Yes.
7    Q.   So this is a survey from the social
8  emotional learning and development department,
9  right?
10    A.   Correct.
11    Q.   And is this a survey that you wanted
12  teachers to fill out?
13    A.   Yes.
14    Q.   Now, going to page ending in 283,
15  Joseph Rincon responds to this e-mail, right?
16    A.   Yes.
17    Q.   Josephine Rincon.
18        Who is Josephine Rincon?
19    A.   From her e-mail I'm assuming she is
20  a teacher at Pueblo High School.
21    Q.   And Josephine Rincon responded with
22  a number of concerns about this survey, right?
23    A.   Yes.
24    Q.   So looking at the next page ending
25  in 284, one of the things she says is, "At our

Page 331

1  site, teachers invest thousands of dollars every
2  year trying to support our students.  When there
3  weren't enough computers, Pueblo teachers
4  donated money to buy as many as we could."
5  Right?
6    A.   Yes, absolutely.  Many of our
7  teachers, they work very long hours, they do
8  spend their own money to combat all of the
9  inadequate resources that school districts face
10  on a regular basis, which also includes as we
11  look at discipline data -- well, it doesn't
12  explicitly say social media -- the majority of
13  the things, breaking up -- teachers breaking up
14  fights and risking their physical and mental
15  health for kids they don't even know, we also
16  see a through line again connecting to the
17  social media and the use of their cellphones.
18    Q.   Let me just go back to my question.
19        She talks about spending thousands
20  of dollars to buy computers when there weren't
21  enough, right?
22        MR. CUTLER:  Object to form.  Asked
23    and answered.
24        THE WITNESS:  So she stated that
25    they invest thousands of dollars every

35 (Pages 328 - 331)

Page 332

1  year trying to support students. That
2  doesn't necessarily say that they spent
3  thousands of dollars to buy computers.
4  That was one example that some Pueblo
5  teachers donated money.
6 BY MS. DEGTYAREVA:
7     Q.  And so she's raising a concern, as
8 you stated, about being underfunded, right, not
9 having enough resources?
10    A.  Correct.
11    Q.  She also, I think, talks about
12 another concern you raised which is teachers
13 being overworked, right?
14    A.  Yes.
15    Q.  So she says right after that,
16 "Teachers are covering classes, so students
17 don't have substitutes with little training.
18 That means they give up their planning periods
19 which means they give up time for their own
20 families because what doesn't get done at work
21 must get done at home," right?
22    A.  Yes.
23    Q.  She also talks about giving up a
24 planning period to tutor a student who just
25 returned from suspension because no one thought

Page 333

1 to create a tutoring schedule prior to the
2 child's return to help him get back on his feet.
3 Right?
4     A.  Yes.  Many teachers give up a lot of
5 their time to provide ongoing tutoring and
6 support.
7     Q.  And so here she's raising concern
8 about not having sufficient planning in advance
9 for children who are experiencing school
10 disruptions, right?
11    A.  Correct.
12    Q.  Do you agree that teachers being
13 overworked and schools being underfunded can
14 impact students' academic performance?
15    A.  Absolutely.  And that's the
16 difficulty where we lie, is we are constantly
17 underfunded and teachers are constantly
18 overworked.  And then when we constantly have to
19 also deal with the fights and the students --
20 the continuous barriers of students having
21 cellphones and social media that just exacerbate
22 that, absolutely it affects the social and
23 emotional well-being of our students, our
24 teachers, and our staff, and it severely taxes
25 our system.

Page 334

1     Q.  You would agree that some of the
2 things she talks about, like substitutes having
3 little training, again, not having enough money
4 to buy computers, not having a plan in place for
5 a tutoring schedule, those are not things that
6 are related to social media?
7         MR. CUTLER:  Object to form.
8         THE WITNESS:  So not explicitly, but
9 a roundabout way, absolutely.
10        So we're continuously seeing
11 teachers leaving the profession because of
12 the ongoing increase of students that are
13 continuously dysregulated because of the
14 use of cellphone, because teachers are
15 asking students to put their cellphones
16 away and they may engage in power
17 struggles.
18        And teachers are frankly -- they're
19 having a hard time with some of that
20 because it is so addictive, that students
21 are constantly on their cellphones.  It's
22 very difficult for teachers to be able to
23 combat that.
24        And then students that are engaging
25 in aggressive practices or aggression and

Page 335

1 they're suspended, they're coming back.
2 We don't have enough staffing or money or
3 funding to be able to address all of those
4 needs as adequately as we need to.
5        And, again, based on our discipline
6 data, the majority of the discipline, it
7 does also come back to the use of
8 cellphones, social media, and other
9 barriers that we're seeing in our schools.
10 BY MS. DEGTYAREVA:
11    Q.  Ms. Shivanonda, has TUSD done an
12 analysis showing why teachers are leaving the
13 profession?
14    A.  So, again, data practices can be
15 difficult in large school districts.  So our --
16 and we've had different directors of human
17 resources.  I do know that there has been some
18 practices for exit surveys when staff do leave
19 the district.  I don't know in terms of that
20 fidelity to be able to keep up with that and
21 whether or not there's that analysis.
22        Again, talking with teachers,
23 talking with other professionals around at --
24 you know, in universities, conversations where
25 they're seeing a lack -- or a high reduction in

36 (Pages 332 - 335)

Page 336

1 teachers going into the profession, counselors
2 going into the profession, a lot of those
3 conversations, a lot of the community does do
4 some sort of analysis.
5      I don't know that I would have
6 access to be able to produce anything, but
7 having conversations about how difficult it is
8 to be a teacher and in school systems and all of
9 the outside influences that are significantly
10 impacting are huge reasons why we're seeing
11 teachers leave the profession.
12   Q.  Ms. Shivanonda, your testimony about
13 the reasons that teachers leave, that's again
14 based on your impressions from these
15 conversations you've been having?
16   A.  Correct.
17   Q.  And then in this e-mail this
18 teacher, Josephine Rincon, then actually
19 lists -- gives a concrete list of things that
20 she needs from TUSD to help alleviate her
21 concerns, right?
22      MR. CUTLER:  Object to form.
23      THE WITNESS:  She does give some
24   suggestions of actions, yes.
25 BY MS. DEGTYAREVA:

Page 337

1   Q.  And those suggestions include --
2 this is on page ending in 284 -- "more
3 counselors, social workers, custodians and
4 teachers.  In the midst of a pandemic it is
5 appalling that our students are learning in
6 classrooms with 36 students and instead of
7 hiring faculties we resort to 6/5ths contracts."
8      Right?
9   A.  Yes.
10   Q.  You then forward this e-mail to a
11 number of people.  And this is on page 283,
12 right?
13   A.  Yes.
14   Q.  And in the e-mail that you forward,
15 you say in the second paragraph, "I wanted to
16 bring this e-mail to your attention as it
17 depicts the feelings of I'm sure many teachers
18 in our schools."
19      Right?
20   A.  Yes.
21   Q.  Do you agree that these were genuine
22 problems that were impacting teachers and
23 students at the schools?
24      MR. CUTLER:  Object to form.
25      THE WITNESS:  Yes.

Page 338

1      MS. DEGTYAREVA:  We're done with
2 this document.
3      Now might be a good time for a
4 break.
5      MR. CUTLER:  Sure.
6      THE VIDEOGRAPHER:  We are going off
7 record.  The time is 12:05.
8      (Whereupon, a luncheon recess was
9      taken.)

Page 339

1      AFTERNOON SESSION
2      THE VIDEOGRAPHER:  We're going back
3   on record.  The time is 1:00 p.m.
4 BY MS. DEGTYAREVA:
5   Q.  So, Ms. Shivanonda, we spent a while
6 now talking about a variety of things that can
7 impact a student's mental health.  You would
8 agree that we haven't covered everything?
9   A.  Correct.
10   Q.  It depends on the individual
11 student?  Mental health would depend on the
12 individual person, right?
13   A.  Yeah, it can depend on a myriad of
14 factors, yeah.  Individual people, any outside
15 influences, yeah, situations.
16   Q.  It can depend on whatever is
17 happening in a student's life?
18   A.  Correct.
19      MS. DEGTYAREVA:  Now let's mark as
20 Exhibit -- what number?
21      MR. RICE:  40.
22      MS. DEGTYAREVA:  -- 40 tab 64.
23      (Tucson-30(b)(6)-Shivanonda-40 was
24      marked for identification.)
25      ///

37 (Pages 336 - 339)

1 BY MS. DEGTYAREVA:
2    Q.   Take a moment to read that if you
3 would like.
4        (Witness reviewing document.)
5    A.   Okay.
6    Q.   So this is an e-mail with a subject
7 line Alice Vail Middle School/TPD, and then it's
8 redacted, right?
9    A.   Yes.
10    Q.   And this e-mail describes an example
11 of an incident involving a particular student,
12 right?
13    A.   Yes.
14    Q.   The Tucson Police Department had to
15 investigate?
16    A.   Yes.
17    Q.   And the Tucson Police Department
18 determined that this is a case of a student that
19 needs help for depression, right?
20    A.   According to Sergeant Hill, that was
21 his recommendation, yes.
22    Q.   Now, there's a bulleted list here of
23 some of the things that were going on in this
24 student's life, right?
25    A.   Yes.

1    Q.   And that includes that the parents
2 are divorced, currently mother has full custody,
3 right?
4    A.   Correct.
5    Q.   And it includes that there was one
6 issue of reported abuse by the paternal
7 grandfather approximately a year ago, right?
8    A.   Yes.
9    Q.   It includes that the student has
10 been struggling with the death of a female
11 friend, girlfriend, in May 2022, right?
12    A.   Yes.
13    Q.   It also includes near the bottom of
14 the page that they were having trouble getting
15 access to insurance for mental health services
16 because of difficulties locating a Social
17 Security Number, right?
18    A.   Correct.
19    Q.   And any one of those factors
20 individually could cause a child to struggle
21 with mental health, right?
22    A.   Yes.
23    Q.   Those factors could cause them to
24 have disrupted learning, right?
25    A.   Correct.

1    Q.   They could lead to academic
2 problems?
3    A.   Correct.
4    Q.   And the only connection that's
5 described in this summary related to social
6 media is that the student posted to social media
7 and that post alerted adults that they needed
8 help?
9        MR. CUTLER:  Object to form.
10 Foundation.
11        THE WITNESS:  According to this
12    report, yes, the Tucson Police Department
13    was involved because of the connection to
14    social media and the threats to the
15    school.
16 BY MS. DEGTYAREVA:
17    Q.   And specifically in the captured
18 social media, it says, "admitted to posting the
19 first photograph 'Days of depression Someone
20 help me.'"
21        Right?
22    A.   Correct.  He also admitted that he's
23 the subject in the second photograph where it
24 states, "I'm gonna shoot up the school."  Which
25 we do see quite often within the school

1 district, social media is used for photographs
2 with school violence threats, yes.
3    Q.   Those are photographs posted by
4 students, right, content posted by students?
5        MR. CUTLER:  Object to form.
6        THE WITNESS:  Correct.
7 BY MS. DEGTYAREVA:
8    Q.   I'm going to switch gears and talk
9 about another topic.
10        MS. DEGTYAREVA:  Let's mark as
11    Exhibit 41 tab 65.
12        MR. RICE:  I can print it.
13        MS. DEGTYAREVA:  We'll come back to
14    that one.
15        MR. RICE:  Sorry.
16 BY MS. DEGTYAREVA:
17    Q.   Ms. Shivanonda, you became director
18 of social emotional learning and development
19 after the COVID-19 pandemic, right?
20    A.   It was September of 2021, so it was
21 still current during the pandemic, yes.
22    Q.   Got it.
23        Now, apart from being director of
24 social emotional learning and development, do
25 you have any other titles or responsibilities at

38 (Pages 340 - 343)

1 TUSD right now?
2     A.    Within that, so oversees the mental
3 health supports, our school counseling
4 department, as well as our substance abuse
5 prevention program and department.
6     Q.    And have you ever served as a
7 counselor at TUSD or anywhere else?
8     A.    In previous roles.  Not as a
9 certified school counselor, but as a behavior
10 support and instructional coach, I would be used
11 as a support staff that could provide counseling
12 to students, yes.
13     Q.    Have you ever served -- in that role
14 would you have considered yourself a mental
15 health professional?
16     A.    School based so it would be
17 different.  Not necessarily clinically trained,
18 but school-based mental health professional
19 within the realm of school, yes.
20     Q.    Do you have any education in mental
21 health?
22     A.    My degree, I have a bachelor's in
23 elementary education, a master's in elementary
24 education, and a master's in school
25 administration.  Within that formal education we

1 do touch on adolescent and child development
2 with regards to mental health.
3          And then I have also done quite a
4 bit of research and training outside of that on
5 my own around trauma informed practices and
6 current mental health practices, yes.
7     Q.    Do you have any education in
8 psychology?
9     A.    Outside of my bachelor's and
10 master's degrees, no.  I did Psychology 101 as
11 part of my bachelor's degree.
12     Q.    How about any education in
13 psychiatry?
14     A.    No official education in psychiatry.
15 However, as a parent of a child on the autism
16 spectrum, I spent 12 years with an adolescent
17 psychologist, and then self-taught and
18 researched to support the needs of my own child.
19     Q.    And when you say you "spent 12 years
20 with an adolescent psychologist," you mean you
21 were working with somebody trained as an
22 adolescent psychologist, right?
23     A.    Yes.  Working with and supporting my
24 son's psychiatrist, yes.
25     Q.    So you yourself are not an

1 adolescent psychologist?
2     A.    Correct.
3     Q.    Now, the director of social
4 emotional learning, that was a new position that
5 TUSD created when you took it on, right?
6     A.    Correct.
7     Q.    Was the entire department new?
8     A.    The school counseling department was
9 not new, but it was moved under my direction.
10     Q.    And TUSD created that position of
11 director of social emotional learning to help
12 students transition back to school after the
13 pandemic, right?
14     A.    The creation of the department was
15 for a multitude of reasons.  The main focus was
16 in providing social emotional mental health
17 resources and supports for students as we
18 identified that there was a need that then, yes,
19 was identified that was exacerbated from the
20 pandemic.
21     Q.    Now, I'd like to play a video clip.
22 This is tab 3A.  And let's -- you can start from
23 the beginning and play until the second -- 36
24 second mark.
25          MR. CUTLER:  Is this an exhibit?

1          MS. DEGTYAREVA:  Yes.  I'll mark
2     that as Exhibit 41.  Here is a slipsheet.
3          (Tucson-30(b)(6)-Shivananda-41 was
4          marked for identification.)
5 BY MS. DEGTYAREVA:
6     Q.    While we're waiting for that to come
7 up, I'll represent to you that this is a video
8 from YouTube.
9          (Video clip played.)
10     Q.    So this is you in the video?
11     A.    It is.
12     Q.    And in the video you say that social
13 emotional learning is about developing skills
14 and building healthy relationships, is that
15 right?
16     A.    Among other things, yes.
17     Q.    Some of the other things you mention
18 are responsible decision-making, right?
19     A.    Correct.
20     Q.    And you also mentioned showing
21 empathy towards one another?
22     A.    Yes.
23     Q.    Now, in that clip we just played,
24 when you talked about social emotional learning,
25 you didn't describe it as combatting the impact

Page 348

1 of social media, right?
2        MR. CUTLER:  Object to form.
3        THE WITNESS:  I did not.  I also did
4    not explain it as combatting the COVID
5    pandemic either.
6 BY MS. DEGTYAREVA:
7    Q.   So you didn't say the word "social
8 media" in that clip, right?
9    A.   No.
10    Q.   And the resources that are provided
11 by the social emotional learning department are
12 available to all students, right?
13    A.   Correct.
14    Q.   So they're available to students
15 regardless of whether or not they use social
16 media?
17    A.   Yes.
18        MS. DEGTYAREVA:  Can we go to minute
19    2 at 23 seconds?
20        (Video clip played.)
21        MS. DEGTYAREVA:  You can stop it
22    there.
23 BY MS. DEGTYAREVA:
24    Q.   So during the pandemic you would
25 agree it was tough on students and teachers to

Page 349

1 have instruction online?
2    A.   Yes.
3    Q.   It was tough on students and
4 teachers in terms of connectedness?
5    A.   Yes.
6    Q.   And after the pandemic students had
7 to relearn how to be connected to their peers?
8    A.   Yes.
9    Q.   After the pandemic students had to
10 relearn how to be -- how to just be in a space
11 with a lot of other people, right?
12    A.   Correct.
13    Q.   And after the pandemic students had
14 to relearn how to have respectful conversations?
15    A.   Yes.
16    Q.   And teachers also had to reacclimate
17 to being back on campus after the pandemic?
18    A.   Yes.
19        MS. DEGTYAREVA:  Okay.  Let's mark
20    as Exhibit 42 tab 48.
21        (Tucson-30(b)(6)-Shivanonda-42 was
22        marked for identification.)
23 BY MS. DEGTYAREVA:
24    Q.   Are you familiar with this document?
25    A.   This looks like, yes, a presentation

Page 350

1 around the adoption of curriculum.
2    Q.   And was this a presentation to the
3 TUSD's governing board?
4    A.   Yes.
5    Q.   Were you one of the -- you're listed
6 on the page -- on the front page you were listed
7 here.  Were you one of the people who gave this
8 presentation?
9    A.   Yes.
10    Q.   So this was a presentation regarding
11 the social emotional learning curriculum
12 adoption, right?
13    A.   Yes.
14    Q.   From December 7th, 2021?
15    A.   Yes.
16    Q.   If you turn to the first slide, it's
17 labeled Purpose and Scope of Work.
18        Do you see that?
19    A.   I do.
20    Q.   So this slide describes the purpose
21 and the scope of work of the social emotional
22 learning curriculum, right?
23    A.   Yes.
24    Q.   Neither of the two paragraphs on
25 this slide mention the word "social media,"

Page 351

1 right?
2    A.   Correct.
3    Q.   And if you go to the next page,
4 under OBJECTIVES, that slide describes the
5 objectives of the social emotional learning
6 curriculum, right?
7    A.   Yes.
8    Q.   And none of the bullets on this
9 slide mention social media, right?
10    A.   Not explicitly, no.  This alludes to
11 online support, but yes.
12    Q.   It alludes to receiving crisis
13 support online, right?
14    A.   Crisis support and then other
15 instructional practices online connected, yes.
16    Q.   Now, if you go to page 3, that talks
17 about Functions to be supported by curriculum,
18 right?
19    A.   Yes.
20    Q.   So this slide talks about the
21 functions that are supposed to be supported by
22 the social emotional learning curriculum, right?
23    A.   Yes.
24    Q.   And this slide also does not mention
25 social media, right?

40 (Pages 348 - 351)

Page 352

1    A.    This slide shows the targeted
2 support of the three tiers of support that we
3 provide, and then, "Tier 3-SEL education/support
4 for identifying groups needing more than Tier 2,
5 with a strong focus on intervention."
6         So within this presentation it's
7 difficult to outline and call out all of the
8 components of why we need social emotional
9 learning curriculum, but one of the reasons that
10 we do is also connected to social emotional
11 learning and our staff being able to provide
12 that higher level one-on-one and small group of
13 students to support their overall well-being,
14 which again connects to -- one of the facets of
15 it is through social media.
16    Q.    Ms. Shivanonda, this slide does not
17 mention social media, right?
18    A.    Not explicitly, no.
19    Q.    And then if you go not to the next
20 page, but the page after that where it says
21 Recommendation.
22    A.    Yes.
23    Q.    So this page discusses the adoption
24 of the Character Strong curriculum, right?
25    A.    Correct.

Page 353

1    Q.    And again this slide does not
2 mention social media?
3    A.    Correct.
4    Q.    In fact, nowhere in this
5 presentation is there a mention of social media,
6 right?
7    A.    Correct.
8         MS. DEGTYAREVA:  Okay.  So let's
9 mark as Exhibit 43 tab 49.
10         (Tucson-30(b)(6)-Shivanonda-43 was
11         marked for identification.)
12 BY MS. DEGTYAREVA:
13    Q.    Ms. Shivanonda, is this the job
14 description for the director of social emotional
15 learning position?
16    A.    It is.
17    Q.    And if you look at the metadata
18 sheet, the date modified is listed as 4/28/2021,
19 right?
20    A.    Yes.
21    Q.    So that was around the time that
22 TUSD added this position?
23    A.    Correct.
24    Q.    Now, if you go to the -- actually,
25 if you just take a moment to read the document,

Page 354

1 do you see any mention of social media in this
2 document?
3         (Witness reviewing document.)
4    A.    It does not explicitly name social
5 emotion -- or, I'm sorry, social media.  It does
6 discuss all of the skills needed to succeed in
7 school and in life, as well as a comprehensive
8 approach to the social emotional growth of
9 students.
10         And so, again, back to our data
11 knowing that the social media impact directly
12 impacts the social emotional growth of students,
13 and so as part of that comprehensive approach it
14 does include data around social emotional
15 learning.
16    Q.    Ms. Shivanonda, this document
17 nowhere mentions social media, right?
18    A.    Not explicitly, no.
19         MR. CUTLER:  Object to form.  Asked
20         and answered.
21 BY MS. DEGTYAREVA:
22    Q.    Now, the social emotional learning
23 department has a handbook that outlines the
24 department's goals, right?
25    A.    Correct.

Page 355

1         MS. DEGTYAREVA:  Let's mark as
2 Exhibit 44 tab 5A.
3         (Tucson-30(b)(6)-Shivanonda-44 was
4         marked for identification.)
5 BY MS. DEGTYAREVA:
6    Q.    Ms. Shivanonda, is this the handbook
7 of the Social Emotional Learning department?
8    A.    It, yes, appears to be a printout of
9 this digital handbook, yes.
10    Q.    Let's take a look at the second page
11 of the document which ends in Bates 571, and do
12 you see at the top it says Mission?
13    A.    Mm-hmm.
14    Q.    Can you please read the mission?
15    A.    "The mission of the Social Emotional
16 Learning and Development Department is to
17 establish a culture and climate for students,
18 families, and staff that supports and nurtures
19 relationships, self-awareness, inclusion, and
20 resilience."
21    Q.    And, again, this mission statement
22 does not say anything about social media?
23    A.    It does not.
24         MS. DEGTYAREVA:  Let's mark as
25 Exhibit 45 tab 6A.

41 (Pages 352 - 355)

Page 356

1    (Tucson-30(b)(6)-Shivanonda-45 was
2        marked for identification.)
3  BY MS. DEGTYAREVA:
4    Q.   If you take a look at Exhibit 45,
5  take a look at the metadata slipsheet, you'll
6  see you listed as a custodian, right?
7    A.   Yes.
8    Q.   And the File Name is SEL for
9  Parents, right?
10    A.   Yes.
11    Q.   So is this a handout that you've
12  sent to parents about the social emotional
13  learning?
14    A.   It is one.  Yes, it's one resource
15  that we do provide, and it is part of our
16  district website.
17    Q.   Now, at the top you describe social
18  emotional learning as "the process through which
19  all young people and adults acquire and apply
20  the knowledge, skills, and attitudes to develop
21  the following crucial competencies:"
22        Right?
23    A.   Yes.
24    Q.   And the competencies you list are,
25  "Making Responsible and Caring Decisions."

Page 357

1        Right?
2    A.   Yes.
3    Q.   "Achieving Personal and Collective
4  Goals."
5        Right?
6    A.   Yes.
7    Q.   "Establishing and Maintaining
8  Supportive Relationships"?
9    A.   Yes.
10    Q.   "Feeling and Showing Empathy for
11  Others"?
12    A.   Yes.
13    Q.   "Healthy Identities"?
14    A.   Yep.
15    Q.   And "Managing Emotions."
16        Right?
17    A.   Yes.
18    Q.   These are skills that are important
19  for all young people and adults, right?
20    A.   Correct.
21    Q.   These are not skills that are only
22  for people who use social media?
23    A.   These are skills for all -- yes, for
24  all students and adults alike, whether or not
25  they use social media or not.

Page 358

1        We are also finding that these
2  skills are even more important for the students
3  that use social media because we are finding a
4  lack of ability of students to be able to make
5  responsible and caring decisions as a result of
6  their exposure to social media.
7    Q.   And then right below that you
8  include a section telling families how they can
9  help, right?
10    A.   Yes.
11    Q.   So these are ways in which parents
12  can support their students in social and
13  emotional learning?
14    A.   Yes.
15    Q.   And the things you list are, "Ask
16  your child how they feel about school."
17        Right?
18    A.   Yes.
19    Q.   "As a family, engage in
20  conversations about empathy, kindness, and
21  respect."
22        Right?
23    A.   Yes.
24    Q.   "Model empathy, kindness, and
25  respect at home and in the community."

Page 359

1        Yes?
2    A.   Yes.
3    Q.   "Help your child find ways to
4  regulate when they are feeling upset.  Get some
5  water.  Take a break.  Go for a walk.  Take deep
6  breaths.  Listen to music."
7        Right?
8    A.   Yes.
9    Q.   And then, Check out the SEL
10  Resources on the TUSD Social Emotional Learning
11  Website.
12        Right?
13    A.   Yes.
14    Q.   So this handout doesn't tell
15  parents, Limit your children's phone use, right?
16    A.   It does not.
17    Q.   It doesn't tell parents, Don't let
18  your children use social media, right?
19    A.   Not explicitly.  It gives ways of
20  coping without the use of social media.
21    Q.   Okay.  This handout does not say,
22  Don't let your children use social media, right?
23    A.   Correct.
24    Q.   And it actually suggests that
25  parents can use some online apps with their

42 (Pages 356 - 359)

1 children on the second page ending in 753,
2 right?
3     A.    It does.
4     Q.    There's some self-regulation apps
5 that are suggested here?
6     A.    There are many apps available that
7 can support, and so leveraging the resources
8 that are already in the community can be
9 helpful, yes.
10    Q.    And those are apps that children
11 could access on their cellphones and mobile
12 devices, right?
13    A.    Correct.
14        MR. CUTLER:  Object to form.
15 BY MS. DEGTYAREVA:
16    Q.    Now, let's turn and look a little
17 bit more at the curriculum that TUSD uses for
18 social emotional learning.  Is that called
19 Character Strong?
20    A.    It is.
21        MS. DEGTYAREVA:  Let's mark as
22 Exhibit 46 tab 7A.
23        (Tucson-30(b)(6)-Shivananda-46 was
24        marked for identification.)
25        ///

1 BY MS. DEGTYAREVA:
2     Q.    So this is labeled the Social and
3 Emotional Learning Implementation School Year
4 2023-2024, Elementary/K8 Schools, right?
5     A.    Correct.
6     Q.    And this memo explains at the top in
7 the second paragraph, "All schools will
8 implement a Social Emotional Wellbeing Framework
9 to support the social emotional wellbeing of all
10 school stakeholders and to develop a positive
11 climate and school culture."
12        Right?
13    A.    Yes.
14    Q.    It includes some implementation
15 logistics, right?
16    A.    Yes.
17    Q.    And so that's "Welcoming Routines,"
18 "Building Community," "Teaching and Learning,"
19 "Optimistic Closure," and "Timely and Equitable
20 Interventions," right?
21    A.    Yes.
22    Q.    And then it also lists "Positive
23 Behavior Interventions and Support Program,"
24 right?
25    A.    Yes.

1     Q.    And this implementation plan does
2 not include -- or does not state that one of the
3 things to be done is eliminating, reducing, or
4 preventing social media use, right?
5        MR. CUTLER:  Object to form.
6        THE WITNESS:  Correct.  And I don't
7        believe this is the full document, but at
8        face value it does not.
9 BY MS. DEGTYAREVA:
10    Q.    And this document doesn't say --
11 doesn't say anything about educating students
12 about social media use?
13    A.    There is explicit instruction
14 focused on the competencies of SEL, and part of
15 the Character Strong curriculum there are
16 specific lessons that are around social media
17 use which also supports self-management,
18 responsible decision-making, social awareness,
19 but it does not explicitly state social media.
20    Q.    Now, this curriculum, Character
21 Strong, that includes self-awareness,
22 self-management, responsible decision-making,
23 social awareness and relationship skills.
24 That's not limited to students who use social
25 media, right?

1     A.    Correct.  That is for all students.
2     Q.    And you've actually used social
3 media as a way to promote social emotional
4 learning, right?
5     A.    We do.  Again, we try all of our
6 different ways to connect with the community,
7 and that is what the community regularly uses so
8 we do to promote ongoing awareness, yes.
9        MS. DEGTYAREVA:  So let's mark as
10 Exhibit 47 tab 8A.
11        (Tucson-30(b)(6)-Shivananda-47 was
12        marked for identification.)
13 BY MS. DEGTYAREVA:
14    Q.    This is a flyer about International
15 SEL Day, right?
16    A.    Yes.
17    Q.    And it's called a Toolkit Pre-K -
18 5th, right?
19    A.    Yes.
20    Q.    So this is a toolkit of activities
21 that can be used with prekindergarten through
22 5th grade students, right?
23    A.    Correct.
24    Q.    Some of the things that it suggests
25 are making an announcement in class about social

43 (Pages 360 - 363)

Page 364

1 emotional learning, right?
2     A.   Yes.
3     Q.   Playing a game that involves social
4 emotional learning?
5     A.   Correct.
6     Q.   Reading a book about social
7 emotional learning, right?
8     A.   Yes.
9     Q.   And then it lists some book
10 suggestions on YouTube, right?  At the bottom
11 under "Childrens' Books Kindness" it says
12 "YouTube"?
13     A.   Yes.
14     Q.   And then if you look down to -- it's
15 a little bit hard to see on the printed copy,
16 it's a little easier to see on the electronic,
17 but where it says Share Your SEL!, it says,
18 "Post on social media #selday."
19         Right?
20     A.   Correct.
21     Q.   Then at the top of this document
22 where it says Need more ideas?, it recommends
23 that students and families check out TUSD's
24 Pinterest page, right?
25     A.   Yes.

Page 365

1         MS. DEGTYAREVA:  Now let's mark as
2     exhibit 48 tab 9A.
3         (Tucson-30(b)(6)-Shivananda-48 was
4         marked for identification.)
5 BY MS. DEGTYAREVA:
6     Q.   This is very similar to the document
7 we just looked at, right?  It's again about
8 International SEL Day?
9     A.   Correct.  And this is for 6th
10 through 12th grade.
11     Q.   Right, 6th through 12 grade.
12         So this document contains some
13 toolkit and suggestions that can be used with
14 6th through 12th grade students, right?
15     A.   Correct.
16     Q.   And if you go down to the bottom
17 where it says Share Your SEL!, it says, "Post on
18 social media #selday."
19         Right?
20     A.   Correct.
21         As part of the SEL movement across
22 the world actually we are focusing on more
23 awareness to support knowing that it is such a
24 need.
25     Q.   Now, Character Strong is a

Page 366

1 curriculum that the social emotional learning
2 department uses.  Character Strong itself uses
3 social media, right?
4     A.   They do.
5         MS. DEGTYAREVA:  So let's mark as
6     Exhibit 49 tab 30A.
7         (Tucson-30(b)(6)-Shivanonda-49 was
8         marked for identification.)
9 BY MS. DEGTYAREVA:
10     Q.   Ms. Shivanonda, this is a printout
11 from the Character Strong Facebook account,
12 right?
13         MR. CUTLER:  Objection.  Form,
14     foundation.
15         THE WITNESS:  That is what this
16     printout looks like, yes.
17 BY MS. DEGTYAREVA:
18     Q.   And at least at the time that this
19 was printed, Character Strong had 15,000
20 followers on Facebook?
21     A.   That is what it says, yes.
22     Q.   And Character Strong posts content
23 on its Facebook account, right?
24     A.   Correct.  They post content around
25 social emotional learning practices, yes.

Page 367

1 They're also a business and a company, so they
2 are utilizing this as -- it's a marketing tool.
3     Q.   And this is the curriculum that the
4 social emotional learning department at TUSD
5 uses?
6     A.   Correct.
7         MS. DEGTYAREVA:  Now let's mark as
8     Exhibit 50 tab 31A.
9         (Tucson-30(b)(6)-Shivanonda-50 was
10         marked for identification.)
11 BY MS. DEGTYAREVA:
12     Q.   Ms. Shivananda, this is a printout
13 of the Character Strong Instagram account,
14 right?
15         MR. CUTLER:  Objection.  Form,
16     foundation.
17         THE WITNESS:  That is what this
18     printout seems to show, yes.
19 BY MS. DEGTYAREVA:
20     Q.   And again, at the time that this was
21 printed out, it showed that Character Strong had
22 13,000 followers, right?
23     A.   Yes.
24     Q.   1,372 posts, right?
25     A.   Yes.

44 (Pages 364 - 367)

Page 368

1    MS. DEGTYAREVA:  And then let's mark
2 as Exhibit 51 tab 32A.
3        (Tucson-30(b)(6)-Shivanonda-51 was
4        marked for identification.)
5 BY MS. DEGTYAREVA:
6    Q.   And this is a printout of the
7 Character Strong TikTok page, right?
8        MR. CUTLER:  Objection.  Form,
9    foundation.
10        THE WITNESS:  That is what this
11    looks like.
12 BY MS. DEGTYAREVA:
13    Q.   Okay.  So Character Strong again
14 posts videos on its TikTok page?
15    A.   I guess they do.
16    Q.   And at the time that this was
17 printed out it shows that they had 1,000
18 followers?
19    A.   Yes.
20    Q.   You can set that aside.
21        Ms. Shivanonda, have you ever spoken
22 with a representative of any of the defendants
23 about any features on their platforms?
24    A.   I have not directly spoken to any of
25 the defendants about their platform, no.

Page 369

1    Q.   Have you ever requested that any one
2 of the defendants discontinue a particular
3 feature on the platform?
4    A.   I directly in personal use have
5 reported what appeared to be scam or fake
6 profiles.  I know as the district when there are
7 instances of social media being used in a
8 nefarious way, there has been communication
9 about asking to remove certain posts, and those
10 are not always followed through.
11        To my knowledge, I do not know that
12 the district has engaged any direct
13 conversations with social media platforms.
14    Q.   So you in your personal capacity and
15 then also the district have asked social media
16 companies to remove content that you thought was
17 inappropriate, right?
18    A.   Correct.
19    Q.   Have you ever requested any of the
20 defendants to modify features such as getting
21 rid of the ability to comment on content or
22 getting rid of the ability to like content?
23        MR. CUTLER:  Objection.  Form,
24    foundation.
25        THE WITNESS:  Not to my knowledge

Page 370

1 have we directly communicated with social
2 media companies to remove any components
3 of their platform.
4        MS. DEGTYAREVA:  Can we take a quick
5    break to print the document?  Unless you
6    want to use it just electronically, if you
7    want to do as well?
8        MR. CUTLER:  Electronically is fine
9    with me.
10        MR. RICE:  That's 65.
11        MS. DEGTYAREVA:  Tab 65?
12        MR. RICE:  Yes.
13        MS. DEGTYAREVA:  So let's mark as
14    Exhibit 52 tab 65.
15        (Tucson-30(b)(6)-Shivanonda-52 was
16        marked for identification.)
17        MR. CUTLER:  How many pages is this?
18        THE VIDEOGRAPHER:  Six.
19        MR. CUTLER:  Take your time to read
20    it, and just let him know when you want to
21    change to the next page.  Or do you want
22    to start at the bottom?
23        THE WITNESS:  Can we start at the
24    bottom?  That's how e-mail correspondence
25    works.

Page 371

1        THE VIDEOGRAPHER:  Do you want the
2    slipsheet?
3        THE WITNESS:  No, that's fine.
4    Okay.  You can scroll.
5    Okay.  You can scroll.
6    (Witness reviewing document.)
7        THE WITNESS:  Okay.
8    Okay.
9    Okay.
10 BY MS. DEGTYAREVA:
11    Q.   Are you ready, Ms. Shivanonda?
12    A.   I am.
13    Q.   Okay.  Let's take a look at the page
14 ending in Bates 116.
15    A.   Okay.
16    Q.   Now, at the bottom there's an e-mail
17 from you to Fina Johnson on May 24, 2024, right?
18    A.   Yes.
19    Q.   Who is Fina Johnson?
20    A.   Fina Johnson is the director of
21 finance for TUSD.
22    Q.   And in this e-mail you say, "The
23 project for utilizing the JUUL grants fund that
24 was approved by the GB is being transferred to
25 the Social Emotional Learning Department (DAC

45 (Pages 368 - 371)

Page 372

1  5023) to implement a new model in the district.
2  The approved project will utilize the funds to
3  create seven (7) new positions, procure
4  curriculum, and provide training for the newly
5  created positions."
6       Do you see that?
7   A.  I do.
8   Q.  What are the JUUL grants funds?
9   A.  The JUUL grant funds is the monetary
10 funding that was awarded to the district from
11 the JUUL litigation.
12  Q.  And here are you requesting that the
13 JUUL -- that the money that is awarded from the
14 JUUL litigation be transferred to the social
15 emotional learning department?
16  A.  Yes.  So when the funding was
17 originally provided to the district, it went
18 through the legal department, and then as we
19 collaborated around how to utilize the funds and
20 create the new initiatives, it was decided with
21 that stakeholder group that it would be my
22 department that would oversee the programming,
23 and so this was the request to ensure that the
24 budget was in the correct department budget.
25  Q.  And so this request for utilizing

Page 373

1  the JUUL grant funds to be transferred to the
2  social emotional learning department, that was
3  approved by the governing board?
4   A.  Correct.
5   Q.  So then were those funds used to
6  create seven new positions in your department?
7   A.  Yes, correct.
8   Q.  And to procure curriculum for the
9  social emotional learning department?
10  A.  We are in the process of procuring
11 the curriculum now, yes.
12  Q.  And so were those JUUL settlement
13 funds also used to provide training for the
14 newly created positions?
15  A.  Yes.
16  Q.  Just one moment.
17      MS. DEGTYAREVA:  So subject to any
18 questions from your counsel, I have
19 nothing further.
20      I believe there might be some
21 questions from the Zoom.  So maybe we can
22 take just a quick break to see if the Zoom
23 wants to chime in.
24      MR. CUTLER:  If somebody wants to
25 chime in, they're welcome to.

Page 374

1       THE VIDEOGRAPHER:  Counsel on Zoom,
2  if you are speaking, you're muted.
3       You're still muted.  I don't know if
4  anybody is trying to speak.
5       MR. MADISON:  I didn't hear.
6       THE VIDEOGRAPHER:  We can hear you
7  now.
8       MR. MADISON:  Okay.
9           EXAMINATION
10 BY MR. MADISON:
11  Q.  Good afternoon, Ms. Shivananda.  I'm
12 Armani Madison, a lawyer appearing from Williams
13 & Connolly on behalf of Defendant YouTube.  I'm
14 going to ask you a few questions.
15      So you confirmed yesterday that one
16 of the topics you are prepared to discuss is
17 Topic 7, is that correct?  I'll direct you back
18 to Exhibit 1, which, if you have that with you,
19 pull it out.
20  A.  So line 7?
21  Q.  Topic 7.
22  A.  Under Deposition Topics?
23  Q.  Yes.
24  A.  Okay.
25  Q.  So you see Topic 7 there?

Page 375

1   A.  Yes.
2   Q.  And you confirmed that's one of the
3  topics that you are prepared to discuss?
4   A.  Yes.
5   Q.  Okay.  All right.  So are you
6  familiar with something called Google Workspace
7  for Education?
8   A.  I am aware of it.  I don't have a
9  whole lot of knowledge around it, but I am aware
10 of it, yes.
11  Q.  Okay.  So if I refer to is as GWFE,
12 you'll understand that I'm referring to Google
13 Workspace for Education?
14      MR. CUTLER:  As what?
15      THE WITNESS:  If you refer to it as
16 what?
17 BY MR. MADISON:
18  Q.  I'll just refer to it by the full
19 name.
20  A.  Okay.
21  Q.  All right.  So you say you're
22 vaguely familiar with Google Workspace for
23 Education, correct?
24  A.  Correct.
25  Q.  What is your understanding of what

46 (Pages 372 - 375)

Page 376

1 that is?
2    A.   So understanding that Google does
3 have a suite of resources for education, TUSD,
4 we are primarily a Microsoft district so the
5 majority of our platforms that we use are
6 Microsoft in nature.  We have a handful of
7 schools that may utilize Google Workspace.
8         There are some free Google platforms
9 that we have used in the past, Jamboard, Google
10 Drive, Google Classroom.  Again, those are some
11 of the resources that may be used in our
12 district; however, Microsoft is our main
13 operating system that we use.
14    Q.   Okay.  So Tucson as a district, did
15 it ever use the freely available version of
16 Google Workspace for Education?
17    A.   As a whole district endeavor, my
18 understanding is that was not one of the main
19 adopted resources to be used at the district
20 level.
21    Q.   You say "main adopted."  Do you know
22 if Tucson ever used that at all?
23    A.   So across 90 schools, different
24 schools may choose to use different resources
25 that are available to them.  However, as a

Page 377

1 district there was no district board policy that
2 Google Workspace was the main operating system
3 being used in the district.
4    Q.   Okay.  Do you know if Tucson ever
5 purchased Google Workspace for Education?
6    A.   It is my understanding that the only
7 contract that we were aware of was not any
8 monetary in value, so it's my understanding -- I
9 don't believe that any purchases have been made,
10 outside of individual schools that may have
11 purchased specific for use for their schools.
12    Q.   Okay.  Are you aware of which
13 schools would have purchased Google Workspace
14 for Education?
15    A.   Not off the top of my head, no.
16    Q.   Okay.  Are you aware that schools
17 are able to use YouTube in managed Restricted
18 Mode?
19    A.   Yes, I am aware.
20    Q.   Okay.  Did Tucson use managed
21 Restricted Mode for YouTube access at its
22 schools?
23    A.   I believe in different instances.  I
24 know that our multimedia department will use
25 YouTube to push out videos such as the video

Page 378

1 that was one of the videos shown today where the
2 district uses the ability to make that private
3 or internal and not necessarily public.  I
4 cannot speak to what individual schools have
5 used on any semiregular basis.
6    Q.   And are you aware of whether any
7 schools used Player for Education as an embedded
8 player for YouTube videos?
9    A.   I am not familiar with that
10 component of YouTube, no.
11    Q.   Okay.  What is Tucson's current
12 practice regarding student access to YouTube on
13 school-issued devices?
14    A.   Students are able to access YouTube
15 on school devices, but there are limited
16 content-filtering features in place.  So, and
17 then that may change between students and staff.
18 It is more restrictive for student use.  But,
19 however, there is still content filtering also
20 for staff use with the use of YouTube as well.
21    Q.   Okay.  So let's sort of take that
22 step-by-step.
23         So what restrictions are there for
24 staff for YouTube?
25    A.   So staff are able to access YouTube

Page 379

1 for educational content.  There may be content
2 that may be searched for that may be blocked or
3 prohibited based on keystroke searches, based on
4 content filtering.
5    Q.   Okay.  But you don't know whether --
6 or do you know whether that's strict restricted,
7 moderate restricted?
8    A.   That would be at the discretion of
9 our technology services team, that they monitor
10 the use and adjust as necessary.
11    Q.   And that's on a districtwide basis?
12    A.   Yes.
13    Q.   Schools don't have the individual --
14 schools don't have the ability to change those
15 restrictions, is that right?
16    A.   Correct, they do not.
17    Q.   Okay.  And then restrictions for
18 students, what restrictions for students was
19 chosen for YouTube?
20    A.   Similar with the content filtering.
21 So that is more -- to my understanding more
22 strict content filtering for keystrokes.  That
23 -- again, the list of maybe content keystrokes
24 and searching components would, again, live in
25 our technology services department, and that

47 (Pages 376 - 379)

Page 380

1  gets updated on a fairly regular basis as they
2  identify what students may or may not be
3  searching.
4      Q.   Okay.  And so we discussed, you
5  know, student access to YouTube on school-issued
6  devices.  Does Tucson have any different
7  practices when we talk about, you know, students
8  using devices on the school network?
9      A.   If they use their personal devices?
10     Q.   Yes.
11     A.   So, again, the policies around the
12  use of student devices are that student devices
13  are not supposed to be used, especially during
14  instructional time, on school campuses.
15  Students are not able to access district-level
16  WIFI, but we do not have any ability to restrict
17  what students are able to access on their
18  personal devices.
19     Q.   So from -- let's talk a bit briefly
20  about just the history of YouTube access at
21  Tucson.  So I think you may have mentioned this.
22          From 2015 to present, has Tucson
23  ever blocked access to YouTube on either its
24  network or Tucson-provided devices?
25     A.   Not that I am aware.

Page 381

1      Q.   Okay.  And, again, you said from
2  2015 to present Tucson has allowed students and
3  staff to access YouTube in, you said, some form
4  of restricted mode?
5      A.   Correct.
6      Q.   And for students, were there
7  different restrictions based on what level of
8  school students were in, so elementary, middle,
9  high?
10     A.   I don't believe so.  I believe at
11  the district level, looking at the
12  content-filtering platforms and systems that we
13  use, it would be the overarching keystroke
14  content searching dependent upon keyword.
15     Q.   Okay.  And have those settings ever
16  been changed over that course of 2015 to
17  present?
18     A.   The district does continuously
19  monitor and evaluate usage, and so, on a
20  regular basis if they're identifying different
21  keywords, keystrokes, they are trying to be
22  responsive to how tricky kids can be in trying
23  to get around systems.
24          But, yes, they are always monitoring
25  and adjusting that, and adjusting for content

Page 382

1  filtering, adjusting for proxy servers, all of
2  that at the district level in our technology
3  services department.
4      Q.   And how is that usage being
5  monitored?  Is there any particular software you
6  all were using, firewall?
7      A.   We do our content filtering -- what
8  was it, Cisco?  The name is eluding me.  But,
9  yes, there is a content-filtering platform and
10  firewall that the district does use.
11          And I will say the firewall
12  component has also been updated quite a bit.
13  The district was involved in a cyber attack a
14  couple of years ago, and so that has
15  significantly impacted the response and the
16  analysis of how district-issued devices are
17  utilized.
18     Q.   And tell me more about that.  How
19  has that changed how those devices have been
20  utilized?
21     A.   Since the cyber attack we have moved
22  forward with multifactor authorization and, from
23  my understanding, tightening up firewalls, being
24  more proactive in identifying potential attacks,
25  additional training for students and staff on

Page 383

1  identifying malware, reducing the amount of USBs
2  being used on district devices, moving more
3  towards the cloud-based services, so again
4  Microsoft, so Microsoft drive -- OneDrive,
5  sorry.
6      Q.   And you said -- just to make sure
7  I'm remembering correctly, you are saying that
8  the district has some issues with students using
9  VPNs to circumvent these filters?
10     A.   No.  Our district were -- the
11  district laptops are not enabled for students to
12  be able to download anything to district devices
13  or VPNs.
14          However, I do know that students are
15  very technology savvy and we do see high uses of
16  proxy servers that students are using to get
17  around different firewalls, and so our district
18  is very responsive.  Whenever one proxy server
19  pops up, they shut that down, and so they're
20  constantly having to monitor and adjust.
21     Q.   When students are using a proxy
22  server, are you able to see what websites they
23  are accessing through that proxy server?
24     A.   So my understanding, so on our
25  Chromebook -- so the majority of K-8 students

48 (Pages 380 - 383)

Page 384

1 are utilizing Chromebooks as their district
2 devices, and all of those Chromebooks do have a
3 software called GoGuardian, so the GoGuardian is
4 one of the tools that is used to be able to see
5 those websites.
6           I am not an expert on technology and
7 so I am not 100 percent sure what is able to be
8 gleaned from that data from proxy servers. That
9 would live in our technology services
10 department.
11     Q.   And who exactly is -- in the
12 technology department would be most
13 knowledgeable about that?
14     A.   My contact that I usually work with
15 is Tracey Rowley, senior director of
16 instructional technology.
17     Q.   Okay. A few more questions here.
18           So you said that Tucson does permit
19 students and staff to use YouTube. Why does
20 Tucson allow access to YouTube?
21     A.   For the educational content.
22     Q.   So used for lesson plans, for
23 example?
24     A.   To enhance, to bring in additional
25 content, to provide ongoing instructional

Page 385

1 practices.
2           The district also uses internally
3 YouTube for sharing out widely some of our
4 videos and information such as the video that we
5 saw today from my department.
6     Q.   And sharing out content to students?
7     A.   To students, staff, to parents.
8     Q.   Okay. Do you know who made the
9 decision to allow students and staff to access
10 YouTube?
11     A.   So that -- all of our practices and
12 policies in determining what may or may not be
13 allowable, that does go through a stakeholder
14 process including our school governing board, so
15 final say would be the school governing board.
16     Q.   And how does that process operate?
17     A.   So the -- depending upon the content
18 within the district, district departments are
19 tasked with analyzing and identifying the
20 resources needed, the practices needed within
21 district operations, and then would then elicit
22 feedback from senior leadership which would
23 include our assistant superintendents, our
24 superintendent.
25           And then as needed then there would

Page 386

1 be a process of requesting presentations to the
2 governing board either for a study item or to
3 take action or consent on an initiative or a
4 need.
5     Q.   Okay. And do you know when the
6 decision was made to allow access to YouTube?
7     A.   I do not recall exactly that access.
8 I know YouTube has been used for some time. So
9 I do not know an exact date, no.
10     Q.   When you say you don't know an exact
11 date, do you know an approximate date?
12     A.   I do not.
13     Q.   And to your knowledge, access is
14 still allowed for students and staff?
15     A.   It is, on a limited basis, yes.
16     Q.   Okay. I -- sorry, one second, make
17 sure -- see if I have any further questions for
18 you.
19           Do you know if Google requires that
20 Tucson get consent from parents to allow their
21 students to use YouTube?
22     A.   Within our operating procedures, we
23 do require enrollment information from every
24 family every year. Acceptable use policy is
25 something that students and families are

Page 387

1 expected to sign. But it is my understanding
2 that instructional aids and practices are up to
3 the discretion of the district, and not all of
4 that would need parental consent.
5     Q.   So I guess let me just ask another
6 way.
7           Do students -- does the school
8 district request consent from students and their
9 families to access YouTube?
10     A.   Outside of the responsible use
11 policy, no.
12     Q.   Okay. So it's only within the
13 responsible use policy?
14     A.   Correct. And it's only used as an
15 instructional aid.
16     Q.   And is this disseminated on a yearly
17 basis, a semesterly basis?
18     A.   The responsible use policy is
19 something that is signed on a yearly basis.
20     Q.   And when students and their families
21 are -- you know, when this is being sent out to
22 students and families, does the school provide
23 any warnings or information to parents about any
24 harms or potential harms that could be
25 associated with YouTube in particular?

49 (Pages 384 - 387)

Page 388

1    A.    Not that I'm aware of.
2    Q.    Okay.  And the school district
3  maintains records of these signed acceptable use
4  policies?
5    A.    Yes.
6         MR. MADISON:  Okay.  No further
7  questions from me.  Thank you,
8  Ms. Shivanonda.
9         THE WITNESS:  Thank you.
10        MS. DEGTYAREVA:  Do you have
11 anything?
12        MR. CUTLER:  Nothing from me.
13 Anything further from the Zoom?
14        MS. DEGTYAREVA:  Ms. Shivanonda,
15 thank you for your time.
16        For the record, I will note that
17 we're going to keep this deposition open.
18 There were a variety of documents
19 testified to today that Ms. Shivanonda
20 relied on which were not produced before
21 the deposition, and there were certain
22 topics that Ms. Shivanonda was not
23 prepared on, including Topic 5, Topics 19
24 through 22, and Topic 32.
25        MR. CUTLER:  Clearly we don't agree

Page 389

1  with that, but we'll talk about that.
2         THE VIDEOGRAPHER:  All right.  This
3  concludes today's deposition.
4         Total time on the record for counsel
5  for Snap for today is 3 hours and
6  24 minutes.  Counsel for YouTube was
7  19 minutes.
8         And we are going off record.  The
9  time is 2:03 p.m.
10        (Whereupon, the deposition was
11        adjourned.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 390

1        CERTIFICATE OF COURT REPORTER
2
3        I, MAUREEN O'CONNOR POLLARD,
4  Registered Diplomate Reporter, CSR No. 14449 for
5  the State of California, the officer before whom
6  the foregoing deposition was taken, do hereby
7  certify that the foregoing transcript is a true
8  and correct record of the testimony given; that
9  said testimony was taken by me stenographically
10 and thereafter reduced to typewriting under my
11 direction; and that I am neither counsel for,
12 related to, nor employed by any of the parties
13 to this case and have no interest, financial or
14 otherwise, in its outcome.
15        Dated this 9th day of April,
16 2025.
17

18        _____
19        MAUREEN O'CONNOR POLLARD
20        CSR No. 14449
21
22
23
24
25

Page 391

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the appropriate
6  space on the errata sheet for any corrections
7  that are made.
8         After doing so, please sign the
9  errata sheet and date it.  It will be attached
10 to your deposition.
11        It is imperative that you return
12 the original errata sheet to the deposing
13 attorney within thirty (30) days of receipt of
14 the deposition transcript by you.  If you fail
15 to do so, the deposition transcript may be
16 deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

50 (Pages 388 - 391)

Page 392

```
1        - - - - - -
              E R R A T A
2        - - - - - -
3   PAGE  LINE  CHANGE
4   ____  ____  _____
5      REASON: _____
6   ____  ____  _____
7      REASON: _____
8   ____  ____  _____
9      REASON: _____
10  ____  ____  _____
11     REASON: _____
12  ____  ____  _____
13     REASON: _____
14  ____  ____  _____
15     REASON: _____
16  ____  ____  _____
17     REASON: _____
18  ____  ____  _____
19     REASON: _____
20  ____  ____  _____
21     REASON: _____
22  ____  ____  _____
23
24
25
```

Page 394

```
1           LAWYER'S NOTES
2   PAGE  LINE
3   ____  ____  _____
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
25
```

Page 393

```
1
2         ACKNOWLEDGMENT OF DEPONENT
3
4        I, _____, do
     Hereby certify that I have read the foregoing
5    pages, and that the same is a correct
     transcription of the answers given by me to the
6    questions therein propounded, except for the
     corrections or changes in form or substance, if
7    any, noted in the attached Errata Sheet.
8
9    _____
     WITNESS NAME          DATE
10
11
12
13
14
15
16   Subscribed and sworn
     To before me this
17   _____ day of _____, 20____.
18   My commission expires: _____
19
     _____
20   Notary Public
21
22
23
24
25
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com