**Exhibit 6**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From**: Palacios, James [James.Palacios@tusd1.org]
**Sent**: 1/9/2019 2:07:33 PM
**To**: Leman Hammel, Holly [Holly.Hammel@tusd1.org]
**Subject**: This is what I am thinking.
**Attachments**: 2019 Parent Letter Cell Phones.docx


Holly,

This is what we put out to parents last year and it seemed to help.  This year we can do this again but with more buy in from teachers.  Send this out to parents and staff.  What do you think?  Advise....

**James Palacios**
Principal
Santa Rita High School
3951 S. Pantano Rd
Tucson, AZ  85730
(520) 731-7504 Office

***Home of the College and
Career Readiness Academy!***

 

Dual Enrollment Program – Click Here!

CONFIDENTIAL

# SANTA RITA HIGH SCHOOL

**Home of the Program for College and Career Readiness Academy**
3951 S. Pantano ▪ Tucson, AZ 85730 ▪ Ph. 520-731-7504 ▪ Fax 520-731-7501

January 11, 2019

Dear Parents and Guardians,

Technology has made our world fast-paced, connected and exhilarating. On the other hand, it can also be a distraction for students in the classroom. Therefore, at Santa Rita, we would like to provide a balance of these two things as we strive to have our students to be engaged and present for classroom activities. In order to provide safety and security for your child, many of you have allowed your child to carry a cellphone to school. At Santa Rita, students are required to keep their cellphones and other electronic devices at home and nowhere to be seen. In the meantime, we have a student telephone in the main office, and there are classroom telephones that teachers may allow students to be called out from, or with permission, if your child needs to call home. If you need to contact your child during the school day, you may contact the attendance office at (520) 731-7602, and our office staff will certainly give your student a message or have him/her come to the phone for a family emergency only.

During the high school years, it is very important that we provide your student with an education that is engaging, rigorous and relevant. Technology is naturally engaging, while at the same time enticing for students. In the classroom, cellphone use has becoming a distracting, and the classroom teachers are finding it difficult to have your child focus on work. We want students to be able to access technology as a learning tool and teachers will provide computer lab time for this! If it is necessary for a teacher or staff member to confiscate your child's cellphone because it was seen, then it will remain in the main office until the end of the day and parents will need to pick it up. If it happens continuously, your child will receive consequences for failing to follow school rules. We are too close to many testing dates that are important to our schools letter grade that we need our students to focus on only achieving their best.

Thank you in advance for partnering with our school in order to provide a safe and productive learning environment for our students.

Thank you,

**James Palacios**
Principal
Santa Rita High School

SM_TUSD_00341269



**TUSD**

Tucson, Arizona

**GOVERNING BOARD POLICY**

| POLICY TITLE: Student Use of Cell Phones and Other Electronic Devices |
| POLICY CODE:  JICJ |

For purposes of this policy, "electronic devices" include, but are not limited to, cell phones, Mp3 players, iPods, personal digital assistants (PDA's), e-book readers, compact disc players, portable game consoles, cameras, digital scanners, lap top computers, tablet computers and other electronic or battery powered instruments which transmit voice, text, or data from one person to another.

Students may possess and use cellular telephones and/or other electronic signaling devices subject to limitations of this and other policies of the District under the following conditions and guidelines:

☐ Cell phones and/or electronic devices are to be kept out of view in a student's locker, pocket, or a carrying bag.

☐ Such devices shall not be turned on or used during instructional time, except as authorized by the teacher.

☐ The principal shall establish additional guidelines appropriate to campus needs.

☐ Students violating the policy may have the electronic device confiscated and be subject to disciplinary action. Any search of the contents of an electronic device shall be by an administrator in accordance with the Guidelines for Students Rights and Responsibilities.

Reasonable efforts will be taken to secure property that has been confiscated; however, neither the School District nor the School District Staff is responsible for loss, damage, or theft of any electronic device including but not limited to cell phones, laptops, tablet computers, portable media player brought to school, even if loss, damage or theft results from the device being confiscated.

Adopted:      June 21, 2005
Revised:      July 24, 2012
Review:

**LEGAL REF.:**

**CROSS REF:**  Policy # JB Equal Education Opportunities – Anti-Harassment

CONFIDENTIAL

# SANTA RITA HIGH SCHOOL

**Home of the Program for College and Career Readiness Academy**

3951 S. Pantano ▪ Tucson, AZ 85730 ▪ Ph. 520-731-7504 ▪ Fax 520-731-7501



**NO PHONE ZONE**

**Cell phones and/or electronic signaling devices are to be kept out of view in a student's backpack…**
**Except during lunch in the designated (outside buildings) area**

CONFIDENTIAL