# Exhibit 7

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** Santin, Nathaly [Nathaly.Santin@tusd1.org]
**Sent:** 8/7/2022 6:56:08 PM
**To:** Trujillo, Gabriel [Gabriel.Trujillo@tusd1.org]
**Subject:** Re: Doolen Middle School No Cell Phone Policy

You're welcome, and thank you!

**Nathaly Santin**
**Interim Principal**
**Doolen Middle School**



**From:** Trujillo, Gabriel <Gabriel.Trujillo@tusd1.org>
**Sent:** Sunday, August 7, 2022 5:35 PM
**To:** Santin, Nathaly <Nathaly.Santin@tusd1.org>
**Subject:** Re: Doolen Middle School No Cell Phone Policy

*Good afternoon and thank you so much for the prompt and thorough response!*

**Gabriel Trujillo, Ed.D.  |  Superintendent**
Tucson Unified School District
1010 E 10th Street, Tucson, AZ.  85719
Phone: 225-6282  |  Fax: 225-6419
gabriel.trujillo@tusd1.org
**Delivering Excellence in Education Every Day**
      **Grow • Reach • Succeed**



This is where
Students love to Learn
Teachers love to Teach
and People love to Work
     We are Tucson Unified

**From:** "Santin, Nathaly" <Nathaly.Santin@tusd1.org>
**Date:** Thursday, July 28, 2022 at 1:42 PM
**To:** "jlcanez@hotmail.com" <jlcanez@hotmail.com>, "Trujillo, Gabriel" <Gabriel.Trujillo@tusd1.org>
**Subject:** Re: Doolen Middle School No Cell Phone Policy

Hello Ms. Caraballo,

First off, thank you for your email and concerns in regards to your students safety. We did include this information in our parent letter over the summer via blackboard messaging and we also posted it on our Facebook page.  As you

stated previously, our change this year is due to the fact that we know that cell phones are a major distraction for students. We are asking students to have their phones put away in their backpacks before they enter class and they can turn it on (as in "sound on") at the end of classes ( off from 8:50 am to 3:50 pm).  When we say "off" we really mean silent so that the phone is not a distraction. We also include Bluetooth headphones and other personal electronics. However, all students still have access to their TUSD issued chrome books. We will not be checking their backpacks if their phones are completely "off" or not. However, please be aware that this does NOT mean that we would ever prevent a parent from communicating with their student. Parents are always welcome to call the school to get a hold of their student and they are able to come to the school if they need to speak to their child. We would even be able to provide messages for your student.  We have measures in place to communicate with authorities in case of an emergency were ever to take place. All we are saying is that cell phone messaging and phone contact would be prohibited during the school day.

If the google app you have checks the location of your student, if the phone is in silent mode it would still check your student's movement, so that should not be a concern. During lunch, your student will still be able to call you from one of our school phones. You are correct that TUSD does take the safety of students very seriously and we in no way want to hinder the communication between parent and student.  While you are correct that the district can in fact change regulations, it is my belief as the school's principal that our new practice will ensure that kids have less distractions so they can focus on school more so than on social parameters.

Please contact me if you have further concerns.

Thank you,

Nathaly Santin


**Nathaly Santin**
**Interim Principal**
**Doolen Middle School**



---

**From:** Jessica Caraballo <jlcanez@hotmail.com>
**Sent:** Thursday, July 28, 2022 1:13 PM
**To:** Trujillo, Gabriel <Gabriel.Trujillo@tusd1.org>
**Cc:** Santin, Nathaly <Nathaly.Santin@tusd1.org>
**Subject:** Doolen Middle School No Cell Phone Policy

CAUTION [EXTERNAL EMAIL]: DO NOT click on links/attachments from unknown senders.

Good afternoon Dr. Trujillo,

I was made aware at registration today that Doolen now has a no student cell phone policy, that students must keep their phones off and put away throughout the entire school day and I am concerned. I understand that cell phones can cause a distraction during class and agree that phones should be silenced and put away but in light of recent school shootings, I am completely uncomfortable with my student's phone being off and parents not being permitted to

contact their children at all during the school day. I feel that in case of an emergency students should be able to immediately contact 911 and their parents.

Also, I for instance use a Google App to be able to track my son's movement throughout the day, and my son also regularly checks in with me at lunch time. Last school year, I even overheard a student bullying my son during lunch and was able to quickly contact the school to report the incident. I know that TUSD takes the safety of students very seriously and in my opinion hindering communication between students and parents throughout the entire school day does not feel like a best practice. I reviewed the TUSD cell phone policy and understand that principal's can establish additional guidelines appropriate to the campus needs, but I would kindly ask that these concerns be considered and this policy revised.

Thank you for your time and consideration of this matter.

Jessica Caraballo

Please feel free to contact me by replying to this email or calling me at 520-272-6560.

Sent via the Samsung Galaxy A71 5G, an AT&T 5G smartphone

CONFIDENTIAL                                                                                                                               SM_TUSD_00447235