**Exhibit 8**

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Page 1

1              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2

   *****************************
3                               Case No.
   IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
4  ADDICTION/PERSONAL INJURY
   PRODUCTS LIABILITY LITIGATION
5                               MDL No. 3047
   *****************************
6

   This Document Relates To:
7

   Tucson Unified School District
8  v. Meta Platforms Inc., et a
9  Case No. 4:24-cv-1382
10 *****************************
11     Confidential - Pursuant to Protective Order
12          VIDEOTAPED DEPOSITION OF
13               REBECCA S. CARRIER
14

15      Held At:  JW Marriott Tucson
                  Starr Pass Resort & Spa
16                3800 W. Starr Pass Blvd
                  Tucson, Arizona
17

18
                  May 7th, 2025
19                   9:06 a.m.
20

21

22

23  Reported By:
24  MAUREEN O. POLLARD, CA CSR #14449, RDR
25

CONFIDENTIAL

Page 2

1
2
3      Videotaped Deposition of REBECCA
4 S. CARRIER, held at JW Marriott Tucson Starr
5 Pass Resort & Spa, 3800 W. Starr Pass Blvd.,
6 Tucson, Arizona, commencing at 9:06 a.m., on the
7 7th of May, 2025, before Maureen O'Connor
8 Pollard, Registered Diplomate Reporter, Realtime
9 Systems Administrator, California CSR #14449.
10
11
12          – – –
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1 APPEARANCES (Continued):
2
3   ON BEHALF OF SNAP, INC.:
4     MUNGER, TOLLES & OLSON
      350 South Grand Avenue, 50th Floor
      Los Angeles, California 90071-3426
5     213-683-9516
6     BY:  VICTORIA A. DEGTYAREVA, ESQ.
      victoria.degtyareva@mto.com
7     BY:  ROWLEY RICE, ESQ.
      rowley.rice@mto.com
8     BY:  MOHAMED SAID, ESQ. (Zoom)
      mohamed.said@mto.com
9   and
10    MUNGER, TOLLES & OLSON
      601 Massachusetts Avenue NW
11    Suite 500E
      Washington, DC 20001
12    202-220-1126
      BY:  STEPHANY REAVES, ESQ.
13    stephany.reaves@mto.com
14
15 ON BEHALF OF ALPHABET INC., GOOGLE LLC,
   and YOUTUBE, LLC:
16
      WILSON SANSONI GOODRICH & ROSATI
17    953 E. 3rd Street, Suite 100
      Los Angeles, California 90013
18    323-210-2992
      BY:  CALLIE DAVIDSON, ESQ.
19    cdavidson@wsgr.com
20
21 Also Present:
22 Videographer and Trial Tech:  Dan Lawlor
23
24
25

Page 3

1 APPEARANCES:
2
   ON BEHALF OF THE PLAINTIFFS:
3
      WAGSTAFF & CARTMELL
4     4740 Grand Avenue, Suite 300
      Kansas City, Missouri 64112
5     816-701-1145
      BY:  MICHAEL P. CUTLER, ESQ.
6     mcutler@wcllp.com
7
   ON BEHALF OF META PLATFORMS, INC. f/k/a
8 FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC;
   INSTAGRAM, LLC; FACEBOOK PAYMENTS, INC.;
9 FACEBOOK OPERATIONS, LLC; FACEBOOK TECHNOLOGIES,
   LLC; SICULUS, INC.; and MARK ELLIOT ZUCKERBERG:
10
      SHOOK, HARDY & BACON LLP
11    2555 Grand Boulevard
      Kansas City, Missouri 64108
12    816-474-6550
      BY:  DANA STRUEBY, ESQ.
13    dstrueby@shb.com
      BY:  COURTNEY C. BURRESS, ESQ. (Zoom)
14    cburress@shb.com
15
16 ON BEHALF OF DEFENDANTS TIKTOK, LTD.; TIKTOK,
   LLC; TIKTOK INC.; BYTEDANCE LTD.; and BYTEDANCE
17 INC.:
18    KING & SPALDING LLP
      1100 Louisiana Street, Suite 4100
19    Houston, Texas 77002
      713-751-3200
20    BY:  MANDIE M. CASH, ESQ. (Zoom)
      mcash@kslaw.com
21
22
23
24
25

Page 5

1          INDEX
2 EXAMINATION              PAGE
3 REBECCA S. CARRIER
4   BY MS. REAVES              9
5   BY MS. CASH              199
6   BY MR. CUTLER            203
7   BY MS. DAVIDSON            204
8
9
10      E X H I B I T S
11 NO.      DESCRIPTION        PAGE
12 Tucson-      Rebecca Carrier's
   Carrier-1    LinkedIn profile........... 13
13
   Tucson-      Rebecca Gould Carrier's
14 Carrier-2    resume.................... 17
15 Tucson-      4/28/2021 e-mail, Bates
   Carrier-3    SM_TUSD_00172279 and 2280.. 28
16
       ............................
17
   Tucson-      Set of organizational
18 Carrier-4    charts, Bates
       SM_TUSD_00183262 through
19       3271...................... 31
20 Tucson-      Plaintiff's Amended
   Carrier-5    Answers to Defendants'
21       Interrogatories to Tucson
       Unified School District
22       (Set 3)................... 34
23 Tucson-      Document slip sheet for
   Carrier-6    Exhibit 7, Bates
24       SM_TUSD_0060754............ 42
25

2 (Pages 2 - 5)

CONFIDENTIAL

Page 6

1
  Tucson-    PowerPoint, Fall 2020
2 Carrier-7    Semester Review.
      Guidance and Counseling
3      Department: 129
      Counselors................ 43
4
  Tucson-    PowerPoint, Spring 2021
5 Carrier-8    Semester Review,
      Counseling Departments,
6      129 Counselors............. 55
7 Tucson-    12/6/2022 Tucson Unified
  Carrier-9    School District School
8      Counseling Vacancy Plan -
      Contracting Social
9      Workers to fill
      Vacancies, Bates
10      SM_TUSD_00076270 through
      6272...................... 60
11
  Tucson-    E-mail chain, Bates
12 Carrier-10    SM_TUSD_00193651 through
      3653...................... 68
13
  Tucson-    E-mail chain, Bates
14 Carrier-11    SM_TUSD_00011517 through
      1520...................... 75
15
  Tucson-    PowerPoint, TUSD: School
16 Carrier-12    Counseling Week 2024....... 80
17 Tucson-    E-mail chain, Bates
  Carrier-13    SM_TUSD_00080678 through
18      680...................... 83
19 Tucson-    E-mail chain, Bates
  Carrier-14    SM_TUSD_0072990 through
20      2992...................... 92
21 Tucson-    Counselor Forum Questions
  Carrier-15    for Dr. Trujillo, Bates
22      SM_TUSD_00025053 and 5054.. 116
23 Tucson-    E-mail chain, Bates
  Carrier-16    SM_TUSD_00007203 through
24      7205...................... 129
25

Page 7

1
2 Carrier-17    SM_TUSD_0010621 through
  Tucson-    E-mail chain, Bates
      624...................... 133
3
  Tucson-    E-mail chain, Bates
4 Carrier-18    SM_TUSD_00007859 and 7860.. 142
5 Tucson-    One-page document, Bates
  Carrier-19    SM_TUSD_00007862........... 145
6
      ..........................
7
  Tucson-    E-mail chain, Bates
8 Carrier-20    SM_TUSD_00003517 through
      3525...................... 151
9
  Tucson-    E-mail chain, Bates
10 Carrier-21    SM_TUSD_00420660 and 661... 153
11 Tucson-    Yellow Ribbon Club
  Carrier-22    Toolkit, Bates
12      SM_TUSD_00420662 through
      666...................... 155
13
  Tucson-    3/31/2021 e-mail, Bates
14 Carrier-23    SM_TUSD_00421297 through
      1299...................... 175
15
  Tucson-    E-mail chain, Bates
16 Carrier-24    SM_TUSD_00452686 through
      2688...................... 183
17
  Tucson-    E-mail chain, Bates
18 Carrier-25    SM_TUSD_00434260 through
      4263...................... 193
19
20
21
22
23
24
25

Page 8

1          - - -
      DEPOSITION SUPPORT INDEX
2          - - -
3
  Direction to Witness Not to Answer
4 PAGE    LINE
  None.
5
6
7
8 Request for Production of Documents
  PAGE    LINE
9
    13    4
10   13   12
11
  Stipulations
12 PAGE    LINE
  None.
13
14
15 Questions Marked Highly Confidential
  PAGE    LINE
16 None.
17
18
19
20
21
22
23
24
25

Page 9

1      P R O C E E D I N G S
2
3      THE VIDEOGRAPHER:  We are now on the
4 record.  My name is Dan Lawlor.  I'm a
5 videographer for Golkow, a Veritext division.
6      Today's date is May 7, 2025, and the
7 time is 9:06 a.m.
8      This video deposition is being held in
9 Tucson, Arizona in the matter of Social Media/CA
10 MDL 3047, Tucson Unified School District versus
11 Meta Platforms Inc., et al.
12      The deponent is Rebecca Carrier.
13      Counsel will be noted on the
14 stenographic record.
15      The court reporter is Maureen Pollard,
16 and will now swear in the witness.
17        * * *
18 Whereupon,
19      REBECCA S. CARRIER,
20 being first duly sworn to testify to the truth,
21 the whole truth, and nothing but the truth, was
22 examined and testified as follows:
23      EXAMINATION
24 BY MS. REAVES:
25    Q.  Good morning.  Could you please

CONFIDENTIAL

Page 10

1  state your name for the record?
2      A.  Rebecca Carrier.
3      Q.  Now, do you understand that you're
4  testifying under oath today?
5      A.  Yes.
6      Q.  And so your testimony is the same as
7  if you were in a courtroom.  You understand
8  that?
9      A.  Yes.
10     Q.  And is there any reason that you
11 can't provide truthful and accurate testimony
12 today?
13     A.  No.
14     Q.  Now, if I say "TUSD" or "the
15 district," I'm referring to Tucson Unified
16 School District.
17         Okay?
18     A.  Okay.
19     Q.  All right.  And if I talk about
20 defendants' platforms, I'm referring to
21 Facebook, Instagram, TikTok, YouTube, and
22 Snapchat.
23         Okay?
24     A.  Yes.
25     Q.  Have you ever been deposed before?

Page 11

1      A.  No.
2      Q.  And have you ever testified in
3  court?
4      A.  No.
5      Q.  Did you do anything to prepare for
6  today's deposition?
7      A.  Yes.  I met with the attorney.
8      Q.  Did you do anything else to prepare
9  for the deposition today?
10     A.  I looked at some old information to
11 jog my memory about some things that happened
12 like five years ago.
13     Q.  Okay.  The old information that you
14 looked at to jog your memory, was that with
15 counsel or on your own?
16     A.  On my own.
17     Q.  And what information did you look at
18 to jog your memory?
19     A.  Just some scattered notes and
20 e-mails and that sort of thing.
21     Q.  E-mails, are these e-mails that you
22 have for Tucson Unified School District?
23     A.  Yes.
24     Q.  And are these on your Tucson account
25 or personal account?

Page 12

1      A.  Tucson.
2      Q.  And you mentioned notes.  Are these
3  notes electronic notes or physical notes?
4      A.  Physical.
5      Q.  And did you provide these physical
6  notes to your counsel?
7      A.  No.
8      Q.  Did you bring these notes with you
9  today?
10     A.  No.
11     Q.  Are there any documents you reviewed
12 that refreshed your recollection as to incidents
13 relevant to your testimony today?
14         MR. CUTLER:  Object to form.
15 BY MS. REAVES:
16     Q.  You can answer.
17     A.  Yes.
18     Q.  Which documents refreshed your
19 recollection for your testimony today?
20     A.  It was a PowerPoint presentation.
21     Q.  What was the subject of the
22 PowerPoint?
23     A.  Behavioral health partnerships in
24 Tucson Unified School District.
25     Q.  And was there any other document

Page 13

1  that refreshed your recollection for your
2  testimony today?
3      A.  No.
4          MS. REAVES:  All right.  So, for the
5      record, we're requesting from counsel a
6      copy of the notes, the physical notes that
7      Ms. Carrier reviewed in preparation for
8      her testimony today, as well as the
9      PowerPoint.
10         MR. CUTLER:  Okay.  I'll consider
11     your request.
12         MS. REAVES:  And also we're
13     requesting any of the e-mails to the
14     extent that they haven't already been
15     produced.
16         MR. CUTLER:  Understood.
17 BY MS. REAVES:
18     Q.  All right.  So you are currently
19 employed with Tucson Unified School District?
20     A.  Yes.
21         MS. REAVES:  And I want to pull
22     up -- can we pull up Tab 1?  And we'll
23     label this as Exhibit 1.
24         (Whereupon, Tucson-Carrier-1 was
25         marked for identification.)

4 (Pages 10 - 13)

CONFIDENTIAL

Page 14

1 BY MS. REAVES:
2     Q.   Now, Exhibit 1 is your LinkedIn
3 rèsumè, is that right?
4     A.   Yes.  I'm just checking.  I haven't
5 looked at this one for a while, so -- yep, that
6 is accurate.
7     Q.   You do have a LinkedIn profile?
8     A.   Yes.
9     Q.   All right.  And I just want to talk
10 briefly through kind of your educational and
11 employment background.
12         So you graduated from the University
13 of Arizona with a bachelor in fine arts?
14     A.   Yes.
15     Q.   And then in 2003 you earned a
16 master's of education from the University of
17 Phoenix?
18     A.   Yes.
19     Q.   Were you employed in between the
20 bachelor of fine arts and the master of
21 education?
22     A.   Yes.
23     Q.   Where were you employed?
24     A.   Desert View High School, Sunnyside
25 School District.

Page 15

1     Q.   What was your role at Desert View
2 High School?
3     A.   I was a drama teacher.
4         And I submitted my rèsumè that had
5 more, all those details.
6     Q.   And as a drama teacher, did you have
7 any role in student mental health?
8     A.   Not officially.
9     Q.   Okay.  And you say "not officially."
10         What do you mean by that?
11     A.   Students spoke to me about things
12 that were happening in their lives.
13     Q.   Okay.  But in terms of your
14 employment at Desert View High School, did you
15 have any specialized training in mental health?
16     A.   No.
17     Q.   Then your master's degree focused on
18 your counselor of education, school of
19 counseling and guidance services, is that right?
20     A.   Correct.
21     Q.   Did your master's education include
22 specialized training in mental health?
23     A.   Yes.
24     Q.   What was that training?
25     A.   I learned brief strategies to

Page 16

1 deescalate students in crisis, and coordinating
2 care for the future.
3     Q.   Was there any other aspect of mental
4 health specialized training in your master's
5 degree program?
6     A.   We learned how to facilitate groups.
7     Q.   And was there anything else you did
8 that was mental health specialized training in
9 your master's degree program?
10     A.   No.
11     Q.   And then when you graduated from
12 your master's program in 2003, where were you
13 employed?
14     A.   In -- that was my last school year
15 at Desert View High School, and then in spring
16 of 2024, so the following school year, was when
17 I went to Cienega High School.
18     Q.   Now, during your master's program
19 were you also still teaching at Desert View High
20 School?
21     A.   Yes.
22     Q.   Then you said you switched to -- how
23 do I pronounce the high school you were teaching
24 at?
25     A.   Cienega.

Page 17

1     Q.   Cienega.  And that was in Vail
2 School District?
3     A.   Yes.
4     Q.   That is near, but it's not part of
5 Tucson Unified School District?
6     A.   Correct.
7     Q.   Do you have any postsecondary
8 education that I haven't asked about?
9     A.   No.
10     Q.   And aside from your current position
11 at Tucson Unified School District, which we're
12 going to talk about, do you have any
13 postsecondary employment that I haven't asked
14 you about?
15     A.   No.
16         MS. REAVES:  Can we pull up Tab 1A?
17 This is going to be Exhibit 2.
18         (Whereupon, Tucson-Carrier-2 was
19         marked for identification.)
20 BY MS. REAVES:
21     Q.   Okay.  Now, you recognize this
22 document?
23     A.   Yes.
24     Q.   This is the rèsumè that you provided
25 to your counsel to provide to the defense?

CONFIDENTIAL

Page 18

1    A.   Yes.
2    Q.   All right.  And do you see at the
3  bottom your rèsumè lists Professional
4  Certifications?
5    A.   Yes.
6    Q.   I just want to go briefly through
7  those professional certifications.
8        Now, the first one is Arizona
9  Standard Secondary Education, 7 through 12.
10  What is that?
11    A.   That is my Arizona teaching
12  certificate.
13    Q.   Which authorizes you to teach?
14    A.   Yes.
15    Q.   Okay.  And then the Arizona Guidance
16  Counselor, pre-K through 12?
17    A.   That's my school counseling
18  certificate which allows me to be employed as a
19  school counselor.
20    Q.   Now, what is the True Colors and
21  True Colors Careers Certified Facilitator?
22    A.   True Colors is a personality
23  assessment that is standardized and can only be
24  trained by a certified facilitator.
25    Q.   So is this certification -- this is

Page 19

1  certification so that you can facilitate this
2  personality assessment?
3    A.   Yes.
4    Q.   And the personality assessment is
5  for students?
6    A.   It's for anyone.
7    Q.   Now, the SWIS (School Wide
8  Information Systems) Certified Trainer, what is
9  that?
10    A.   That is Positive Behavior
11  Interventions and Supports, PBIS, computer
12  system that was used in Vail.  That is not used
13  in TUSD.
14    Q.   So this is a student information
15  system?
16    A.   It is, but it's tracked referral,
17  referral data only, discipline.
18    Q.   And this is not a system that Tucson
19  Unified School District uses?
20    A.   It is not.
21    Q.   Next is the SafeTALK (suicide
22  prevention) Certified Trainer.
23        What is that?
24    A.   That is -- in the state of Arizona,
25  it's required that all educators who work with

Page 20

1  students in grades 6 through 12 go through a
2  state-mandated suicide prevention training.  And
3  so the three, the SafeTALK, the QPR, and the
4  Youth Mental Health First Aid are all modalities
5  with which they can complete that training, and
6  so I'm certified to train in all of those.
7    Q.   Okay.  And you mentioned that it's a
8  requirement in Arizona that all educators in
9  grades 6 through 8 complete this suicide
10  prevention training, is that right?
11    A.   Six through 12th.
12    Q.   I'm sorry.  Six through 12th grade.
13        It's a requirement that all students
14  in 6 through 12th grade -- start over.
15        It's a requirement in Arizona that
16  educators who work with students in grades 6
17  through 12 have the suicide prevention training?
18    A.   Yes.
19    Q.   Do you know how long it's been a
20  requirement in Arizona?
21    A.   I don't.
22    Q.   Did it become a requirement before
23  you started at Tucson Unified School District?
24    A.   Yes.
25    Q.   And you said that included SafeTALK,

Page 21

1  QPR, and the Youth Mental Health First Aid
2  program?
3    A.   Yes.
4    Q.   Does it also include the ASIST
5  Suicide Intervention Certificate?
6    A.   No.
7    Q.   What is that?
8    A.   So I am not a trainer in that.  That
9  is a more intensive program specifically for
10  sort of first responders who would be the first
11  contact if a student is expressing thoughts of
12  suicide.
13    Q.   And then the Certified Cognitive
14  Coach, can you tell us what that is?
15    A.   Yes.  That is a professional
16  certificate that, as a coordinator, I coach new
17  counselors.  And so I'm a -- that's a type of --
18  that's a coaching method in education.  So I'm
19  certified in that method for coaching new
20  counselors.
21    Q.   And it's a cognitive method?
22    A.   Yes.
23    Q.   What does that mean?
24    A.   It means that it requires the coach
25  to kind of evaluate what the person they're

6 (Pages 18 - 21)

CONFIDENTIAL

Page 22

1 working with, teacher or counselor, is sort of
2 processing through on a cognitive level, and
3 then be able to ask pointed questions so that
4 the person who is receiving the coaching is able
5 to draw their own conclusions.
6     Q.   Does this certified cognitive
7 coach -- does the training to become a certified
8 cognitive coach include any training in
9 adolescent brain development?
10    A.   No.
11    Q.   Do you have any other training in
12 adolescent brain development?
13    A.   No.
14    Q.   Next is the CSTAG (Comprehensive
15 School Threat Assessment Guidelines) trainer?
16    A.   Yes.
17    Q.   What is that?
18    A.   That is a TUSD -- well, it's, you
19 know, what it says.  So any threat that is made
20 on a school campus needs to be evaluated to see
21 its validity, and that's the process for
22 evaluating those threats.
23    Q.   Okay.  And so you are a person who
24 trains other staff in how to evaluate school
25 threats?

Page 23

1     A.   Yes.
2     Q.   Now, aside from these professional
3 certifications and your testimony earlier about
4 your master's degree program, do you have any
5 specialized training in mental health?
6     A.   No.
7     Q.   And you're not a psychologist?
8     A.   No.
9     Q.   You're not a psychiatrist?
10    A.   No.
11    Q.   You don't diagnose mental illness?
12    A.   No.
13    Q.   You don't diagnose addiction?
14    A.   No.
15    Q.   I want to talk about your role at
16 Tucson Unified School District.  Okay?
17    A.   Yes.
18    Q.   Now, you started at Tucson Unified
19 School District in August 2020?
20    A.   Correct.
21    Q.   And you started as the district
22 coordinator for the counseling department?
23    A.   Yes.
24    Q.   Are you sometimes called a program
25 coordinator?

Page 24

1     A.   Yes.
2     Q.   Which term do you use?
3     A.   Program coordinator.
4     Q.   Now, before -- between 2014 and
5 2020, do you know who held this role before you
6 were hired?
7     A.   Yes.
8     Q.   Who held this role?
9     A.   Tammy Hille.
10    Q.   Does that person still work at
11 Tucson Unified School District?
12    A.   No.
13    Q.   Do you know when Tammy Hille left
14 Tucson Unified School District?
15    A.   2020.
16    Q.   And so you were replacing Tammy
17 Hille?
18    A.   Yes.
19    Q.   And at a high level, can you explain
20 what your role is as program coordinator?
21    A.   Yes.  I ensure that counselors are
22 following the American School Counselor --
23 Counseling Association national model for school
24 counseling.
25    Q.   And what is the American School

Page 25

1 Counselors Association model for school
2 counselors?
3     A.   It's a series of standards for
4 students called Mindsets and Behaviors that are
5 delivered through individual, small group, and
6 classroom lessons, and it states that counselors
7 should be spending 80 percent of their time
8 directly serving students in the areas of
9 academic achievement, college and career
10 readiness, and social emotional learning.
11         I coordinate all of their
12 professional development and support them in
13 accessing community resources.
14    Q.   And so what are your primary
15 responsibilities as a program coordinator?
16    A.   My primary responsibilities are
17 consistently meeting with psych counselors and
18 principals to ensure the fidelity of the
19 programming, to assess where the counselors need
20 more support, and arrange professional
21 development in those areas and serve as a
22 conduit between the school counselors and the
23 upper administration in Tucson Unified.
24    Q.   And do you know who Vanessa Aguayo
25 is?

7 (Pages 22 - 25)

CONFIDENTIAL

Page 26

1    A.   Yes.
2    Q.   And who is she?
3    A.   She is the other program coordinator
4 for school counseling.
5    Q.   So how are the responsibilities
6 divided between you and Ms. Aguayo?
7    A.   We have about 150 school counselors.
8 I work with the middle school counselors, the
9 high school counselors, and the college and
10 career readiness coordinators.  Vanessa works
11 with the elementary and K-8 school counselors.
12    Q.   In Tucson what's the difference
13 between middle school and a K-8 school?
14    A.   K-8 has grades K through 8 in one
15 building, whereas a middle school just has 6
16 through 8.
17    Q.   Now, the school counseling
18 department -- let me take a step back.
19         Have these been your primary
20 responsibilities for your entire time at Tucson
21 Unified School District?
22    A.   Yes.
23    Q.   Now, the school counseling
24 department at TUSD is part of the social
25 emotional learning department?

Page 27

1    A.   Yes.
2    Q.   All right.  And what is social
3 emotional learning?
4    A.   Social emotional learning is
5 supporting students' self-awareness, social
6 awareness, problem-solving skills, being able to
7 work with others, and so forth.
8    Q.   Okay.  And when you started your
9 role as program coordinator, the social
10 emotional learning department didn't exist yet,
11 is that right?
12    A.   Correct.
13    Q.   So when you started, which
14 department were you in?
15    A.   School counseling was its own
16 department.
17    Q.   Was there another department above
18 that, or did school counseling report directly
19 to an assistant superintendent?
20    A.   Assistant superintendent.
21    Q.   And which assistant superintendent
22 was that?
23    A.   Flori Huitt.
24         MS. REAVES:  I'm going to ask to
25    pull up Tab 4.  I think we're on

Page 28

1    Exhibit 3.
2         (Whereupon, Tucson-Carrier-3 was
3         marked for identification.)
4 BY MS. REAVES:
5    Q.   So in this deposition we're going to
6 pull out documents that may be in your custodial
7 file.  When I -- so when I refer to your
8 custodial file, I'm talking the documents that
9 have been produced by your counsel to us that
10 are associated with your file.
11         Now, in this e-mail you see at the
12 top it is from Rebecca Carrier.
13         That's you?
14    A.   Yes.
15    Q.   It was sent on April 28th of 2021 to
16 Flori Huitt?
17    A.   Yes.
18    Q.   And Flori Huitt is the assistant
19 superintendent you were reporting to at that
20 time?
21    A.   Yes.
22    Q.   And you copied Vanessa Aguayo, is
23 that right?
24    A.   Yes.
25    Q.   All right.  In this e-mail you

Page 29

1 indicated that you and Ms. Aguayo had met with
2 Ms. Huitt to discuss the new social emotional
3 learning department, is that right?
4    A.   Yes.
5    Q.   Okay.  And if we skip a little bit
6 midway through the page, the line that starts
7 with "department," you say, "As you know SEL" --
8 social emotional learning -- "is a tier one
9 intervention that will largely be delivered by
10 school counselors as it has been for decades.
11 School counselors are neither Academic Advisors,
12 not" -- I think you meant nor -- "mental health
13 professionals."
14    A.   Yes.
15    Q.   "We are synthesizers with a unique
16 set of skills dedicated to supporting the whole
17 child."
18         Now, is that an accurate reflection
19 of your understanding of what social emotional
20 learning is?
21         MR. CUTLER:  Object to form.
22         THE WITNESS:  Yes.  It has grown
23    since then, but I stand by those.
24 BY MS. REAVES:
25    Q.   That social emotional learning is

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com

CONFIDENTIAL

Page 30

1 something that school counselors have been
2 providing --
3     A.   Yes.
4     Q.   -- to students for decades?
5     A.   Yes.
6     Q.   And when you said that social
7 emotional learning is a tier one intervention,
8 what does that mean?
9     A.   It means that it's important that
10 every student receive that information, so tier
11 one is for all students.
12     Q.   Okay.  And so do you also -- is it
13 also accurate that social emotional learning has
14 been important for all students for decades?
15     A.   Yes.
16     Q.   You noted, too, that counselors are
17 not mental health professionals.  What did you
18 mean by that?
19     A.   As we discussed earlier, we are not
20 clinicians, we do not diagnose.  When I
21 mentioned my coursework, I talked about crisis
22 response and brief interventions.  So when
23 something requires anything more than that,
24 that's when we refer out to our behavioral
25 health partners or other mental health

Page 31

1 providers.
2         MS. REAVES:  Now, if we can pull
3     up -- this is Tab 3.  I think it's
4     Exhibit 4.
5         (Whereupon, Tucson-Carrier-4 was
6         marked for identification.)
7 BY MS. REAVES:
8     Q.   I just want to ask some questions to
9 make sure that we understand your department.
10         MS. REAVES:  So for the record, this
11     is SM_TUSD_00183262, which is a set of
12     organizational charts.
13         If we could turn to page 6 of this
14     document, the page ending in -267.
15     Q.   So this page is an organizational
16 chart for the social emotional learning
17 department at TUSD, correct?
18     A.   Yes.
19     Q.   And so the current director, your
20 supervisor, of social emotional learning is
21 Julie Shivananda?
22     A.   Yes.
23     Q.   We already talked about you and
24 Ms. Aguayo's role as program coordinators,
25 right?

Page 32

1     A.   Yes.
2     Q.   And you said there were 150
3 counselors.  Do both you and Ms. Aguayo support
4 all 150, or are they divided up between you two?
5     A.   There's certainly overlap, but
6 primarily we're divided with I'm middle school
7 and high school and she's elementary K-8.
8     Q.   Approximately how many school
9 counselors do you support?
10     A.   About 75.
11     Q.   Okay.  So it's about 50/50 between
12 you two?
13     A.   Yes.
14     Q.   And then Barbara Madsen, the SEL
15 professional development academic trainer, what
16 is that role?
17     A.   She specifically goes out to schools
18 and does professional development at the school
19 sites.
20     Q.   Now, you said that you support
21 counselors.  Do school counselors report to you?
22 Do you supervise or manage them?
23     A.   I do not.
24     Q.   And do you have any role in
25 providing direct services to students at TUSD?

Page 33

1     A.   I do not.
2     Q.   Do you have any role in disciplining
3 students at TUSD?
4     A.   No.
5     Q.   And do you have any role in the MTSS
6 team?
7     A.   I meet with the adults who are in
8 roles similar to mine who coordinate MTSS.
9     Q.   And what is MTSS?
10     A.   Multi-Tiered Systems of Support.
11     Q.   So when you said you meet with
12 adults in roles similar to you who coordinate
13 the multitiered support system, who are those
14 adults?
15     A.   Michael Blunt and Michelle -- I
16 don't remember her last name right now.
17     Q.   And so Michael Blunt and Michelle
18 are the coordinators for the MTSS program?
19     A.   Yes.
20     Q.   Okay.  And who do they support at
21 schools?
22     A.   The MTSS facilitators.
23     Q.   And I want to go back to school
24 counselors.  You said that you don't supervise
25 the counselors.  Who supervises counselors?

9 (Pages 30 - 33)

CONFIDENTIAL

Page 34

1    A.   Their principal or assistant
2  principal.
3    Q.   Do you have any role in the
4  exceptional education department?
5    A.   No.
6    Q.   And you mentioned -- strike that.
7        So we've talked about a few of the
8  different types of support roles that TUSD has.
9  I just want to make sure that we have a clear
10 understanding of them.
11       MS. REAVES:  Can we pull up -- this
12   is Tab 5.  I think we're on Exhibit 4.
13       MR. CUTLER:  5.  I think it's
14   Exhibit 5.
15       MS. REAVES:  Exhibit 5.  Thank you.
16       (Whereupon, Tucson-Carrier-5 was
17       marked for identification.)
18 BY MS. REAVES:
19   Q.   All right.  Now, I'll represent to
20 you that this document is an answer that TUSD
21 gave to the defendants in response to some
22 questions that we asked about this case.
23       Have you seen this document before?
24   A.   I have not.
25   Q.   I want to go down to page 9.

Page 35

1        MS. REAVES:  And for the record,
2    this is TUSD's amended responses to
3    interrogatory 5.
4        If we could make just the first
5    column big enough to see.
6    Q.   All right.  Now, this first column
7  lists a number of positions in TUSD that I think
8  we could characterize as support positions, is
9  that right?
10   A.   Yes.
11   Q.   And you already testified that
12 counselors who are listed on this -- in this
13 table, Specialist Counselor, School Counseling
14 Intern, Counselor, Counseling Intern, all of
15 those, do those fall into individuals that you
16 would support?
17   A.   Yes.
18   Q.   Okay.  And what's the difference
19 between these different titles of counselors?
20   A.   Well, there is no difference between
21 school counseling intern and counseling intern,
22 unless there's a position I'm unaware of, and so
23 those are interns who are completing their last
24 year of their master's degree in school
25 counseling that are doing paid internships

Page 36

1  through our district.
2    Q.   Okay.  And then specialist counselor
3  and counselor, what's the difference between
4  those two positions?
5    A.   I don't -- I'm not familiar with
6  specialist counselor.
7    Q.   Okay.  Now, are there other
8  positions on this table that you work with
9  closely outside of counselors?
10   A.   Can you repeat the question?
11   Q.   Outside of counselors, are there
12 other positions listed on this table that you
13 work closely with?
14   A.   The SEL director and the SEL PD.
15   Q.   Okay.  And those are -- that's Julie
16 Shivanonda and Barbara Madsen?
17   A.   Yes.
18   Q.   Are there any other positions that
19 you work closely with?
20   A.   Not closely.
21       MS. REAVES:  Now, can we open up to
22   the broader table here?  And actually if
23   we go up to the page 3 in the PDF.  We are
24   all working with the electronic version
25   here.

Page 37

1        So -- thank you.  All right.
2    Q.   So you see the part where it says
3  Interrogatory Number 5?
4        THE WITNESS:  Can you make it
5    larger, please?  Thank you.
6    Q.   So this was the question that
7  defendants gave to TUSD, and in summary it's,
8  "For each category of damages for which You are
9  seeking damages in this Action, including each
10 category."
11       And then if we jump to the end,
12 "please describe what the category includes,
13 explain how You performed or arrived at Your
14 computation, and identify each cost or other
15 input that You used in Your computation."
16       That's the last few lines.
17       Do you see that portion?
18   A.   Yes.
19   Q.   And so defendants were asking TUSD
20 to explain how it was deciding how much money
21 TUSD thinks that defendant should pay them in
22 this lawsuit.
23       Does that make sense?
24   A.   Yes.
25       MR. CUTLER:  Object to form.

10 (Pages 34 - 37)

CONFIDENTIAL

Page 38

1          MS. REAVES:  And so can you go to
2    page 5 in this PDF?
3 BY MS. REAVES:
4      Q.   Now, in this response if we're
5 looking at --
6          MS. REAVES:  Can you make it a
7      little bit bigger, the second paragraph
8      that starts with "In calculating damages,"
9      so the witness can see it?
10      Q.   "In calculating damages associated
11 with Category 1, Plaintiff identified costs
12 associated with certain staff, including
13 teachers, assistant principals, principals, and
14 staff providing mental health and related
15 student support services.  A percentage was then
16 applied to each staff category or position for
17 each respective year to reach an approximate
18 total of this category of damages."
19      And so TUSD's response was that, We
20 came up with a list of positions that we think
21 are providing mental health and related student
22 support services and then assigned a percentage
23 to them.
24          Do you understand that?
25      A.   Yes.

Page 39

1          MR. CUTLER:  Object to form.
2 BY MS. REAVES:
3      Q.   Okay.  And then now we can go back
4 to the table that's on page 9, and I want to
5 look a little bit more at the broader table with
6 you, okay?
7          So in this table there's a column --
8 the second-to-last column is Weight.
9          Do you see the Weight column?
10      A.   Yes.
11      Q.   Now, I know that you testified that
12 you did not recognize the broader document.
13 Have you seen this table before?
14      A.   No.
15      Q.   Okay.  And did you have any
16 involvement in -- did you have any input in
17 telling TUSD how much time counselors spend on
18 issues related to social media?
19      A.   No.
20      Q.   Do you have any knowledge of how
21 TUSD determined how much time counselors spend
22 on issues related to social media?
23      A.   No.
24      Q.   Does TUSD maintain any data on the
25 amount of time counselors spend on issues

Page 40

1 allegedly related to social media?
2          MR. CUTLER:  Object to form.
3          THE WITNESS:  Not to my knowledge.
4 BY MS. REAVES:
5      Q.   And does TUSD have any data on the
6 amount of time that other staff in the social
7 emotional learning department allegedly spend on
8 issues related to social media?
9          MR. CUTLER:  Object to form.
10          THE WITNESS:  Not to my knowledge.
11      Does it say 50 percent for
12      counselors?
13 BY MS. REAVES:
14      Q.   So let's highlight the row that just
15 says Counselor.
16      A.   Okay.  Thank you.
17      Q.   It's towards the middle bottom of
18 the page.
19      A.   There it is.
20      Q.   And do you see that this document
21 claims that 50 percent of counselor time is
22 attributed to social media?
23      A.   Yes.  I would estimate it at around
24 70.
25      Q.   And to be clear, your estimation is

Page 41

1 not based on any data that the counseling
2 department keeps?
3          MR. CUTLER:  Object to form.
4      Argumentative.
5          THE WITNESS:  It's based on 20-plus
6      years of experience.
7 BY MS. REAVES:
8      Q.   But to be clear, does TUSD have any
9 data about the amount of time that counselors
10 spend related -- on issues related to social
11 media?
12          MR. CUTLER:  Object to form.
13          THE WITNESS:  No.  Largely because
14      it permeates through most everything we
15      do.
16 BY MS. REAVES:
17      Q.   Okay.  And we can talk more about
18 that.
19      Now, at a high level what school --
20 what role do school counselors play in the
21 district?
22      A.   So every site is required to have
23 one counselor per 500 students.  The national
24 recommendation is one counselor per 250
25 students.  And each counselor is responsible for

11 (Pages 38 - 41)

CONFIDENTIAL

Page 42

1 maintaining academic records and supporting
2 students through individual counseling, small
3 groups, and classroom lessons in the areas of
4 academic support, college and career readiness,
5 and social emotional learning.
6      Q.   So I've heard you talk a couple of
7 times about a few different areas where
8 counselors support students, so I want to dig
9 into that a little bit.
10         MS. REAVES:  Can we pull up Tab 6,
11     which I believe then is Exhibit 6?
12         (Whereupon, Tucson-Carrier-6 was
13         marked for identification.)
14         MS. REAVES:  Actually there should
15     be a native format of Tab 6.
16 BY MS. REAVES:
17     Q.   But before we get to that, so when
18 it says Produced in Native Format, that just
19 means that instead of a PDF version of it we
20 have the actual file.
21         MS. REAVES:  And so if we scroll up
22     to the second page of this PDF.
23         MR. CUTLER:  I didn't catch the
24     exhibit.  I was just looking at the Bates
25     number.

Page 43

1         MS. REAVES:  Yes.
2 BY MS. REAVES:
3      Q.   And so the second page here, when
4 it's not produced as a PDF you'll see some
5 information, some data, that came with the
6 document to us.
7          And so this one is SM_TUSD_0060754.
8 That's a number to keep track of documents.  And
9 then you can see that this was a document that
10 was in Rebecca Carrier's custodial file.  Okay?
11     A.   Yes.
12         MS. REAVES:  Now can we pull up the
13     actual exhibit, which will be -- let's
14     call Tab 6 -- it's in 6A, and we can call
15     it Exhibit 7.
16     TRIAL TECH:  6A?
17         MS. REAVES:  Yes.  Thank you.
18         (Whereupon, Tucson-Carrier-7 was
19         marked for identification.)
20 BY MS. REAVES:
21     Q.   And so this is the presentation that
22 was produced that's titled Fall 2020 Semester
23 Review.
24          Do you see this presentation?
25     A.   Yes.

Page 44

1      Q.   And it says Department:  129
2 Counselors.
3          Does that mean that in fall 2020
4 your department had about 129 counselors?
5      A.   That sounds about right.
6      Q.   And this was after the fall semester
7 you gave a presentation to counselors to talk
8 about data trends and goals, is that right?
9      A.   Yes.
10         MS. REAVES:  Now if we can switch to
11     page 4 of this PowerPoint.
12     Q.   Now, you've mentioned a couple of
13 times that American School Counselor Association
14 has a model that TUSD aims to follow, is that
15 right?
16     A.   Yes.
17     Q.   And under that model there are three
18 domains or three areas that counselors work with
19 students on, is that right?
20     A.   Yes.
21     Q.   And I think you mentioned this, but
22 the three areas are Social Emotional, Academic,
23 and College & Career.
24     A.   Yes.
25     Q.   And so counselors are supposed to

Page 45

1 spend a significant amount of their time not
2 just on social emotional work, but also on
3 helping students with academics and with college
4 career goals, is that right?
5      A.   Yes.
6      Q.   Now, this presentation was made in
7 the 2020 --
8          MS. REAVES:  Actually can we flip
9     back to the first page?  Okay.
10     Q.   Fall 2020 Semester Review, so this
11 was the school year that was 2020 to 2021, is
12 that right?
13     A.   Yes.
14     Q.   All right.  And so this is --
15         MS. REAVES:  Let's go to page 6.
16     Q.   And it says, "'The disruption to our
17 schools and communities has underscored that
18 resilience, relationships, agency, and emotional
19 security are not 'nice-to-haves' in education
20 but rather are foundational to learning and
21 productivity.'"
22          Do you see that?
23     A.   Yes.
24     Q.   And in this 2020-2021 school year,
25 "the disruption to our schools" that you're

12 (Pages 42 - 45)

Page 46

1 referring to in this presentation is the
2 COVID-19 pandemic, right?
3     A.   I don't remember.
4     Q.   Well, is it fair to say that prior
5 to the 2020-2021 school year the pandemic was a
6 significant disruption to the schools?
7         MR. CUTLER:  Object to form.
8         THE WITNESS:  Yes.
9 BY MS. REAVES:
10    Q.   And --
11    A.   But without the context of the
12 initial document, I wouldn't say anything for
13 certain.
14    Q.   That's fair.
15        So part of the problem is we're
16 working with electronic documents, but you will
17 have the opportunity to look at the full
18 document if you would like to.
19        Do you need to look at other pages
20 of the document?
21    A.   I could, but I don't -- I mean, this
22 is an isolated quote, so unless the full context
23 of where this quote is coming from is within the
24 document, then I don't see it being helpful.
25    Q.   Okay.  When schools came back in

Page 47

1 session after the COVID-19 pandemic began, the
2 COVID-19 pandemic was an issue that schools had
3 to learn to adapt to, right?
4         MR. CUTLER:  Object to form.
5         THE WITNESS:  Yes.
6 BY MS. REAVES:
7     Q.   And counselors in particular had to
8 figure out ways to work with students through
9 the COVID-19 pandemic, right?
10    A.   Yes.
11    Q.   And counselors had to think of ways
12 to mitigate some of the issues that students
13 were experiencing during the COVID-19 pandemic?
14    A.   Yes.
15    Q.   And in the 2020 to 2021 school year,
16 TUSD was still in hybrid schedule, right?
17    A.   Yes.
18    Q.   And so not all of the counseling
19 that was happening was done in person, is that
20 right?
21    A.   Correct.
22    Q.   Did TUSD keep data on the amount of
23 time that counselors spent mitigating issues
24 related to the COVID-19 pandemic?
25    A.   Not to my knowledge.

Page 48

1     Q.   Now, we talked about the number of
2 counselors that TUSD has, and you said that --
3 are there currently 150 counselors?
4     A.   Approximately 150 in the counseling
5 department.  I also work with college and career
6 readiness coordinators who are part of the
7 department, but they're not certified school
8 counselors.  So if you see some slight
9 differentiation in numbers, that's one of the
10 reasons.
11    Q.   Okay.  And how many certified --
12 sorry.
13        How many college and career
14 readiness coordinators are there?
15    A.   13.
16    Q.   Now, those are the current numbers
17 as you sit here today?
18    A.   Yes.
19    Q.   Okay.
20    A.   Yes.  And I think it was 12 then
21 initially.
22    Q.   And I think you said that there is
23 at least one full-time counselor for each
24 school?
25    A.   No.  For every middle school and

Page 49

1 high school.  But if elementary schools have
2 under 500 students, then they only receive a
3 half-time counselor.
4     Q.   Okay.  So what does it mean to have
5 a full-time counselor versus a half-time
6 counselor?
7     A.   A full-time counselor is able to
8 spend twice as much time in the classroom and
9 running groups and supporting students
10 individually.
11    Q.   I can break it down.
12    A.   Theoretically it's because of fewer
13 students, but, you know, when having an
14 equity-based program, you want to make sure that
15 all the students are being served.
16    Q.   Okay.  So let's break this down.
17        I think first you said that for high
18 schools and middle schools, each of the high
19 schools and middle schools has at least one
20 full-time counselor.
21    A.   Yes.
22    Q.   And does that mean that there is one
23 person in each high school and each middle
24 school who is only assigned to that high school
25 or middle school?

13 (Pages 46 - 49)

CONFIDENTIAL

Page 50

1      A.   Can you rephrase that?
2      Q.   Sure.
3            So for high schools, does every
4  school have its own counselor, every high school
5  have its own counselor?
6      A.   Every high school has more than one
7  counselor.
8      Q.   Okay.  Has there ever been a time
9  when a TUSD high school did not have at least
10  one counselor?
11      A.   Not to my knowledge.
12      Q.   All right.  Now, does every middle
13  school have at least one counselor?
14      A.   Yes.
15      Q.   Has there ever been a time when a
16  TUSD middle school did not have at least one
17  counselor?
18      A.   Yes.
19      Q.   When was that?
20      A.   I don't remember the exact years,
21  but we do have -- we occasionally have some
22  hard-to-fill positions, and so I know that there
23  is one middle school that has gone a year
24  without a counselor, and that's Secrist Middle
25  School.

Page 51

1      Q.   And you don't recall which year
2  Secrist Middle School was without a counselor?
3      A.   I believe it was '22-'23, but I'm
4  not 100 percent on that.
5      Q.   And I take it counseling services
6  are important to the school?
7      A.   Yes.
8      Q.   And so what was the impact on
9  Secrist Middle School to not have a counselor
10  for a year?
11            MR. CUTLER:  Object to form.
12            THE WITNESS:  I had to go over there
13      quite a bit.  They were able to outsource
14      a lot of the non-SEL duties, the academic
15      and college and career readiness, so they
16      would pay other school counselors to do
17      some of the scheduling and, you know, the
18      academic pieces.
19            MS. REAVES:  Can we go off the
20      record a minute?
21            THE VIDEOGRAPHER:  We're going off
22      the record.  The time is 9:53.
23            (Whereupon, a recess was taken.)
24            THE VIDEOGRAPHER:  Back on record.
25      The time is 9:53.

Page 52

1  BY MS. REAVES:
2      Q.   Okay.  So we were talking about the
3  time when Secrist Middle School did not have a
4  school counselor for a year.
5            Do you remember that?
6      A.   Yes.
7      Q.   And you were telling us about the
8  impact of not having a school counselor at the
9  school, right?
10      A.   Yes.
11      Q.   And there were some school counselor
12  roles that Secrist Middle was able to outsource,
13  is that right?
14      A.   Yes, and also keep in house.  So the
15  MTSS facilitator was able to do some academic
16  support.  The dean of students was able to do
17  some behavioral support.  But when it came to
18  individual in-crisis counseling, that's when
19  counselors from other schools or myself would
20  have to go to the site and do direct support.
21      Q.   So is it fair to say that because
22  there was no counselor at this middle school,
23  you and other educators had to do extra work to
24  try to fill the gap there --
25      A.   Yes.

Page 53

1      Q.   -- right?
2            And so it was challenging for
3  everyone involved to have to do the work of a
4  school counselor in addition to the work that
5  they already had?
6      A.   Yes.
7      Q.   You mentioned that for elementary
8  schools, elementary schools don't have a
9  full-time counselor assigned unless they're
10  greater than 500 students, is that right?
11      A.   Yes.
12      Q.   And do you agree that elementary
13  schools don't need a full-time counselor unless
14  they have greater than 500 students?
15      A.   No, I do not agree.
16      Q.   Why don't you agree?
17      A.   I support the American School
18  Counseling Association's recommended ratio of
19  250 students to 1 counselor to be able to
20  deliver all of the necessary programming to
21  support students in those three domains.
22      Q.   Okay.  And so at the elementary
23  schools that have at least 500 students,
24  they're already twice the 250-to-1 ratio --
25      A.   Yes.

14 (Pages 50 - 53)

CONFIDENTIAL

Page 54

1    Q.   -- that the American School
2  Counseling Association recommends, right?
3    A.   Yes.
4    Q.   And then if a school has, say, 400
5  students, how are counselors assigned to that
6  elementary school?
7    A.   That would be a half-time FTE.
8    Q.   The half-time counselor spends time
9  at more than one elementary school, is that
10 right?
11   A.   They can.  They can be assigned to
12 schools -- two schools, there's some just have a
13 part-time job.
14   Q.   I see.
15       And so rather than funding a
16 full-time position at an elementary school, if
17 it has less than 500 students it may be a
18 part-time counselor position at an elementary
19 school?
20   A.   Yes.
21   Q.   Are you aware of the reason that
22 TUSD doesn't hire a full-time counselor at every
23 elementary school?
24   A.   We have no money.
25   Q.   So when you said that you have about

Page 55

1  150 counselors in TUSD, do you know what your
2  current counselor -- or student-to-counselor
3  ratio is?
4    A.   I do not have that broken down.  I
5  know some schools are significantly under, and
6  some schools are over.  So it is not consistent.
7       MS. REAVES:  Now let's go to -- this
8  is Tab 7A.  I believe we're on Exhibit 8.
9       (Whereupon, Tucson-Carrier-8 was
10       marked for identification.)
11 BY MS. REAVES:
12   Q.   This is another school counseling
13 department semester review.
14       And we can see your name on this
15 page as one of the presenters, is that right?
16   A.   Yes.
17   Q.   And this was for the spring 2021
18 semester, so this would have been after the end
19 of the school year that we saw in the earlier
20 semester review presentation?
21   A.   Yes.
22   Q.   Now, if we can scroll through this
23 so that you can see some of the content.  You
24 can keep scrolling all the way to page 16,
25 please.

Page 56

1       Okay.  So this presentation, again,
2  discussed counseling goals and data trends in
3  the counseling department in TUSD, right?
4    A.   Yes.
5    Q.   Okay.  And then on page 16 we see a
6  slide title Counselor/CCRC Vacancies.
7       Do you see that?
8    A.   Yes.
9    Q.   You explained that CCRC are the
10 college and career readiness coordinators?
11   A.   Coordinators.
12   Q.   And so at the time of this
13 presentation there were vacancies at all of the
14 schools in the district for either counselors or
15 college career readiness coordinators?
16   A.   Yes.
17   Q.   And if we count them up -- I don't
18 know if you have time to count -- there are 23
19 schools represented.
20   A.   Yes.
21   Q.   Now, how many schools had more than
22 one vacancy?
23   A.   I don't remember.
24   Q.   Were there any schools that had more
25 than one vacancy?

Page 57

1    A.   It's likely Tucson High had more
2  than one vacancy, but I don't remember.
3    Q.   Okay.  And currently, I think you
4  said that every high school and middle school
5  has a counselor, at least one.
6       Do any high schools and middle
7  schools currently have any vacancies?
8    A.   There's one middle school vacancy.
9    Q.   When we talk about vacancies, how is
10 "vacancy" defined?
11   A.   I apologize.  We have one counselor
12 at one middle school who is not returning, and
13 they have not yet hired another one for next
14 school year, but there is a pool of applicants,
15 so there should never be a time that there is
16 not a school counselor available to students.
17   Q.   Okay.  So you're clarifying your
18 testimony earlier that there is one middle
19 school that -- let me start over.
20       So when we're talking about vacancy,
21 you were telling me that there is at least one
22 middle school with a vacancy, is that right?
23       MR. CUTLER:  Object to form.
24       THE WITNESS:  For the '25-'26 school
25 year there is one position that has not

15 (Pages 54 - 57)

CONFIDENTIAL

Page 58

1    yet been filled.
2    BY MS. REAVES:
3        Q.    And so when you talk about
4    vacancies, do you mean that there is a position
5    that has not been filled, is that right?
6        A.    Correct.
7        Q.    Now, at the time of this
8    presentation, how many schools were there in
9    TUSD?
10       A.    89 regular schools.
11       Q.    Okay.  And so 23 of the 89 regular
12   schools needed either -- had either a counselor
13   or CCRC vacancy?
14       A.    I don't remember exactly when this
15   presentation was given, but I do know that no
16   school year was started with this many
17   vacancies.  So just because these vacancies are
18   listed here doesn't mean there was a time when
19   the school had no counselor at all.
20           So my guess is this is around March
21   or April that this was, or maybe even later
22   since it is the spring review, so these were
23   vacancies for the following school year.
24       Q.    Okay.  And so in this presentation
25   you are communicating to counselors that these

Page 59

1    are vacancies that we need to fill?
2        A.    I don't remember who the audience
3    was for these.  I doubt it was counselors.  This
4    seems like it would have been leadership.  But
5    yes.
6        Q.    Okay.  So in this presentation you
7    were communicating to some audience, probably
8    leadership, that these are counselor positions
9    that we need to fill?
10       A.    Yes.
11       Q.    Okay.  And do you recall whether by
12   the beginning of the next school year, which
13   would have been the 2021-2022 school year,
14   whether there were any vacancies remaining?
15       A.    I don't remember.
16       Q.    Now, you just talked about how you
17   sometimes present to school leadership about
18   counselor needs, is that right?
19       A.    Yes.
20       Q.    And so in this presentation we're
21   talking about a review after 2020-2021, right?
22       A.    Yes.
23       Q.    Okay.  And then we're not sure, you
24   don't recall, whether or not those vacancies
25   were filled at the beginning of the 2021-2022

Page 60

1    school year, correct?
2        A.    Correct.
3        Q.    All right.  And then I want to bring
4    us up to the presentation that you provided in
5    December of 2022.  Okay?
6        A.    Yes.
7        Q.    Now, December 2022 would have been
8    the 2022-2023 school year?
9        A.    Yes.
10       Q.    All right.  And do you remember
11   giving a presentation to the Tucson governing
12   board regarding school counseling vacancies?
13       A.    Yes, I think so.
14       Q.    Okay.  And as part of your -- or
15   prior to your presentation you put together a
16   proposal to the Tucson governing board about the
17   school counselor vacancies?
18       A.    I would need to see the document.
19           MS. REAVES:  Okay.  That's fine.
20           So can we pull up Tab 9, which is
21   Exhibit 9.
22           (Whereupon, Tucson-Carrier-9 was
23           marked for identification.)
24   BY MS. REAVES:
25       Q.    All right.  Do you recognize this

Page 61

1    document?
2        A.    No, but Beth Counts usually fills
3    these out.
4        Q.    Okay.  And so you know what this
5    document is?
6        A.    Yes.
7        Q.    All right.  And this is a Board
8    Agenda Item Form with the title Tucson Unified
9    School District School Counseling Vacancy Plan -
10   Contracting Social Workers to fill Vacancies.
11           Do you see that?
12       A.    Yes.
13       Q.    And so you understand that the
14   counseling department submitted a vacancy plan
15   to the governing board as a solution to fill
16   counseling vacancies?
17       A.    Yes.
18       Q.    Let's go to page 2 of this document.
19           Now, in the Purpose and
20   description -- the Description and Justification
21   portion, do you see it says, "The Tucson Unified
22   School District currently has 18 school
23   counselor vacancies"?
24           Do you see that?
25       A.    Yes.

16 (Pages 58 - 61)

CONFIDENTIAL

1    Q.   All right.  So we know that at least
2  at the end of the 2020-2021 school year there
3  were 23 counseling or college career readiness
4  coordinator positions or schools that had
5  vacancies, right?
6    A.   Yes.
7    Q.   And then this is December of 2022,
8  which is the middle of a school year, right?
9    A.   Yes.
10    Q.   And you're telling the governing
11 board that you have 18 school counselor
12 vacancies?
13    A.   Yes.
14    Q.   Do you know whether those 18 school
15 counselor vacancies would have included college
16 and career readiness coordinators, or these
17 would be specifically school counselors?
18    A.   Specifically school counselors.
19    Q.   Okay.  And in this proposal that the
20 counseling department put together, you-all told
21 the board that having a school counselor vacancy
22 at a school site places a hardship on the site
23 to adequately support the social emotional,
24 behavioral, and academic needs of students.
25       Do you see that?

1    A.   Yes.
2    Q.   Okay.  And you agree that having
3  counselor vacancies places a hardship on schools
4  to provide these social emotional, behavioral,
5  and academic services to students?
6    A.   Yes.
7    Q.   And when schools can't adequately
8  support their students' social emotional,
9  behavioral, academic needs, that can harm
10 students?
11    A.   Yes.
12    Q.   Now, the proposal you guys put
13 together, in the second paragraph it says, "The
14 TUSD School Counseling Department has
15 collaborated with the TUSD Human Resources
16 Department and the University of Arizona in its
17 recruitment efforts, however unfortunately there
18 is an insufficiency of qualified candidates in
19 Tucson and Arizona to fill the counseling
20 vacancies in TUSD."
21       So essentially the problem was that
22 human resources were looking for counselors,
23 right?
24    A.   Yes.
25    Q.   And they had worked with the

1  University of Arizona to try to recruit
2  counselors?
3    A.   Yes.
4    Q.   But you weren't able to identify
5  enough qualified candidates to fill these
6  vacancies?
7    A.   Correct.
8    Q.   And so the proposal was, in the
9  final paragraph, "The TUSD School Counseling
10 Department is seeking approval from the TUSD
11 Governing Board to utilize the current
12 Exceptional Education SAVE Contract to contract
13 licensed Social Workers to fill school
14 counseling vacancies on a temporary basis for
15 the 2nd semester of the 2022-2023 School Year."
16       So a few questions about this.
17       So number one, the need that you
18 were trying to fill right now was that you
19 needed counselors for the school year that you
20 were currently in?
21    A.   Yes.
22    Q.   So there were currently schools
23 without sufficient counselors?
24    A.   Yes.
25    Q.   And what is the Exceptional

1  Education SAVE Contract?
2    A.   I don't know.  Julie Shivanonda
3  primarily was the primary resource in this
4  presentation.
5    Q.   Okay.  What is exceptional
6  education?
7    A.   Special education services.
8    Q.   All right.  So that's a different
9  department from the social emotional learning
10 department?
11    A.   Correct.
12    Q.   All right.  So regardless of the
13 specific name of the contract, the plan that the
14 counseling department was putting forward was to
15 have social workers fill counseling positions,
16 is that right?
17    A.   Yes.
18    Q.   Okay.  Now, social workers have
19 different training than counselors?
20    A.   Yes.
21    Q.   And social workers have different
22 certifications than counselors?
23    A.   Yes.
24    Q.   And so social workers can't replace
25 counselors?

17 (Pages 62 - 65)

CONFIDENTIAL

Page 66

1    A.   Correct.
2    Q.   So this was a temporary fix?
3    A.   Correct.
4    Q.   Because TUSD couldn't find enough
5 certified school counselors?
6    A.   Yes.
7    Q.   Does TUSD currently have any
8 individuals who are not trained or certified as
9 counselors who are working in counseling
10 positions?
11    A.   We have a couple counseling interns
12 that are U of A students that are finalizing
13 their programs and graduating in May.
14    Q.   And so in the case when you have
15 counseling interns, are those counseling interns
16 supplementing full-time certified counselors?
17    A.   Yes.
18    Q.   Okay.  Are there any situations
19 where a counseling intern is the only counselor
20 that's supporting a school?
21    A.   Yes.
22    Q.   What situations are those?
23    A.   Sometimes in elementary schools.
24    Q.   And how often does TUSD have
25 counseling interns as the only counselor

Page 67

1 supporting a school?
2    A.   It's not often.  It's maybe three a
3 year.
4    Q.   Three schools a year?  Three
5 counselors a year?
6    A.   Three interns in a year.  And that's
7 including ones that would be supplemental -- I
8 mean, they're all -- they're all employed as
9 full-time counseling interns supporting a
10 caseload of students, but less than three would
11 be at a site with no other counselor.
12    Q.   Okay.  So there are more than three
13 counseling interns, but a maximum of three have
14 been at a site with no other counselor?
15    A.   Those are guesses.
16    Q.   Okay.
17    A.   But they're close.
18    Q.   Now, in addition to these counselor
19 vacancies that you might be trying to fill in
20 the middle of the school year for -- let me take
21 that back.
22         Do you know whether these counseling
23 vacancies have been vacancies that existed for
24 the entire school year?
25    A.   I don't know.

Page 68

1    Q.   Are there times when a counseling --
2 a temporary counseling vacancy comes up in the
3 middle of a school year?
4    A.   Yes.
5         MS. REAVES:  And if we can go to Tab
6    10.  Exhibit 10.
7         (Whereupon, Tucson-Carrier-10 was
8         marked for identification.)
9         MS. REAVES:  So can we make this
10    e-mail a little bit bigger?
11 BY MS. REAVES:
12    Q.   All right.  At the top of this, this
13 is an e-mail from Beth Counts to Rebecca Carrier
14 on November 20, 2020.  The subject line is "RE:
15 substitute counselor for Cathy Martinez?"
16         MS. REAVES:  If we scroll to the
17         bottom, all the way to the bottom on the
18         next page.
19    Q.   Okay.  So we can see that this
20 thread started with Brenda Kazen reaching out to
21 you to ask about substitute counselor for Cathy
22 Martinez.  And she says, "Hi Rebecca, At our
23 counseling department meeting today we talked
24 about hopefully getting a sub...counselor if
25 Cathy's request for FMLA is approved.  We could

Page 69

1 use the help - especially as we start planning
2 for the 2021-2022 school year."
3         Do you remember this request to have
4 a sub school counselor?
5    A.   Not specifically.
6    Q.   But from time to time do you get
7 requests for counselors that you support asking
8 for substitute counselors?
9    A.   This might have been the only one.
10 We've discussed it in our department.
11    Q.   So let's scroll up.
12         Now, you reached out to Beth Counts
13 to find out is there a practice for substitute
14 counseling.  So you say, "Do we have a practice
15 for this?  Hiring a sub while a Counselor is on
16 leave?"
17         Do you recall asking Ms. Counts
18 about how to fill this need while a counselor
19 was going to be on FMLA?
20    A.   I'm sure I did.
21    Q.   And then if we go back to the first
22 thread, Beth Counts' response to you was, "We
23 don't have counselor subs."  And then she
24 provides you a number of reasons why you can't
25 provide a substitute counselor.

18 (Pages 66 - 69)

CONFIDENTIAL

Page 70

1        Right?
2    A.   Yes.
3    Q.   Now, this counselor at a school was
4 saying that we need someone to replace the
5 counselor who is leaving temporarily, right?
6        MR. CUTLER:  Object to form.
7        THE WITNESS:  I don't believe she
8    said "need," but that is the request.
9 BY MS. REAVES:
10    Q.   Okay.  If we could go back to --
11 could we go back to the bottom page to see
12 precisely what she said?
13        She said, "We could use the help -
14 especially as we start planning for the
15 2021-2022 school year."
16        Right?  So they could use the help,
17 right?
18    A.   Yes.
19    Q.   And they could use the help because
20 if one counselor is on leave, that means
21 whatever remaining support staff are there have
22 to fill in and do additional duties, right?
23        MR. CUTLER:  Object to form.
24        THE WITNESS:  Yes.
25        ///

Page 71

1 BY MS. REAVES:
2    Q.   Okay.  And we discussed how
3 sometimes it's difficult to take on an
4 additional role in addition to your own role,
5 right?
6    A.   Yes.
7    Q.   And at the end of the day, the
8 response was that we don't do school counseling
9 subs, right?
10    A.   Yes.
11    Q.   Okay.  And so the social emotional
12 learning department or the counseling department
13 at this time was not willing or able to provide
14 a substitute counselor?
15        MR. CUTLER:  Object to form.
16        THE WITNESS:  Correct.
17 BY MS. REAVES:
18    Q.   Do you know if there's currently a
19 policy for substitute counselors?
20    A.   I do not.
21    Q.   Do any of your -- well, you're aware
22 that substitute counselors still at times have
23 to take FMLA?
24        MR. CUTLER:  Object to form.
25        THE WITNESS:  Yes.

Page 72

1 BY MS. REAVES:
2    Q.   Okay.  And so what -- how are the
3 duties of counselors filled when counselors have
4 to take FMLA or other extended leave?
5    A.   So in this particular example it was
6 a site that had three or four counselors.
7 Social emotional needs always take precedent.
8        So this e-mail is referring to
9 master schedule, master calendar, building
10 schedules for students, you know, a lot of the
11 paperwork stuff.
12        And so what we're usually able to do
13 in those cases is for -- because there are still
14 counselors on site to support students, social
15 emotional learning is able to free up some
16 funding that would otherwise go to sub pay to
17 supplement the time that counselors are spending
18 outside of the job to do the necessary
19 paperwork.
20    Q.   Okay.  So you're saying that the
21 solution in this case was that for tasks that
22 counselors performed that aren't strictly
23 counseling tasks, they tried to outsource that
24 to other staff or educators?
25    A.   Not necessarily, no.  What I'm

Page 73

1 saying is that work was evenly distributed.  The
2 academic counseling piece with getting students
3 registered for the last school year, making sure
4 seniors are ready to graduate, writing letters
5 of recommendation, etcetera, that the counselors
6 at the site were doing that off contract hours
7 and getting paid to do that work.
8    Q.   I see.
9        So essentially you paid counselors
10 overtime so that they could fulfill all their
11 responsibilities?
12    A.   Yes.
13        MS. REAVES:  Would you like to take
14    a break?
15        MR. CUTLER:  Let's do it.
16        THE VIDEOGRAPHER:  We are going off
17    record.  The time is 10:18.
18        (Whereupon, a recess was taken.)
19        THE VIDEOGRAPHER:  We're going back
20    on record.  The time is 10:38.
21 BY MS. REAVES:
22    Q.   All right.  Are you ready to
23 continue with testimony?
24    A.   Yes.
25    Q.   Okay.  So you testified that one of

19 (Pages 70 - 73)

CONFIDENTIAL

Page 74

1 the issues that you deal with in your position
2 is that there's insufficient funding for the
3 recommended number of counselor positions?
4     A.    There is -- there's sufficient
5 funding for what TUSD has, which is the 500-to-1
6 ratio.  So there's funding for that.  There's
7 not sufficient funding if we were to have a
8 250-to-1 ratio.
9     Q.    And the 250-to-1 ratio is the ratio
10 that's recommended by the American School
11 Counselors Association?
12     A.    Correct.
13     Q.    And so part of your role is talking
14 to school leadership about the importance of
15 funding and increasing school counselor
16 positions?
17     A.    We don't talk to principals about
18 funding.  They don't control it.
19     Q.    Do you talk to school administrators
20 about funding?
21     A.    It is a conversation that has been
22 had with Dr. Huitt.
23     Q.    Okay.  So you do talk to the
24 superintendents and assistant superintendents
25 about funding?

Page 75

1     A.    Yes.
2     Q.    Okay.  And we talked about you talk
3 to the governing board about funding?
4     A.    Yes.
5     Q.    All right.  And one of the questions
6 that has come up in the past few years is
7 whether TUSD should replace school counseling
8 positions with school resource officers.
9     A.    No.  I think you mean to say school
10 social workers.
11         MS. REAVES:  So let's pull up --
12 this is Tab 12.  We're on Exhibit 11.
13         (Whereupon, Tucson-Carrier-11 was
14         marked for identification.)
15 BY MS. REAVES:
16     Q.    So Exhibit 11 is an e-mail from
17 Julie Shivanonda sent on February 13, 2023 to
18 you, Beth Counts, and Vanessa Aguayo.
19         Do you see that?
20     A.    Yes.
21     Q.    And the subject line is RE: AzSCA's
22 position statement on changes to the School
23 Safety Grant.
24         Do you know what AzSCA is?
25     A.    That's the Arizona School Counseling

Page 76

1 Association.
2     Q.    And are you familiar with the school
3 safety grant?
4     A.    Yes.
5     Q.    What's the school safety grant?
6     A.    The school safety grant is state
7 funded through the Arizona Department of
8 Education that supplements school counselors,
9 school social workers, and school resource
10 officers on a three-year basis.
11     Q.    Okay.  So this school grant funds
12 counselors, social workers, and school resource
13 officers?
14     A.    Yes.
15     Q.    All right.  And if we scroll down to
16 the bottom of this e-mail, you have forwarded
17 this Position Statement?
18     A.    Yes.
19     Q.    All right.  And then let's scroll
20 down to see what the actual position statement
21 is.
22         All right.  On February 13, 2023,
23 the AzSCA members and stakeholders sent a
24 statement that says, "The Arizona School
25 Counselors Association believes every student

Page 77

1 deserves a school counselor.  Recent changes to
2 the Arizona School Safety Grant by the Arizona
3 Superintendent of Public Instruction Tom Horne
4 put student access to school counselors in
5 jeopardy.
6         "School counselors proactively
7 provide direct services to all students that
8 positively impact their academic success and
9 college and career readiness.  School counselors
10 also partner with parents in supporting
11 students' mental health needs.  Replacing school
12 counselors with School Resource Officers limits
13 the resources that ensure every student's
14 academic, mental, social, and college/career
15 needs are met."
16         So this was a statement that the
17 Arizona School Counselors Association sent to
18 their members and stakeholders, right?
19     A.    Yes.
20     Q.    And the point was to advocate
21 against recent changes to the school safety
22 grant that were coming from Arizona
23 Superintendent of Public Instruction Tom Horne?
24     A.    Yes.
25     Q.    And so Tom Horne is -- that's a

20 (Pages 74 - 77)

CONFIDENTIAL

1  state-level superintendent.  He's for Arizona,
2  not just for TUSD?
3      A.  Correct.
4      Q.  All right.  And so the state
5  superintendent in Arizona wanted to prioritize
6  the school resource officer position over
7  counseling positions?
8          MR. CUTLER:  Object to form.
9          THE WITNESS:  Yes.
10 BY MS. REAVES:
11     Q.  And it sounds like the state
12 superintendent also wanted to prioritize school
13 resource officers over social worker positions?
14         MR. CUTLER:  Object to form.
15         THE WITNESS:  Yes.
16 BY MS. REAVES:
17     Q.  Essentially the idea is we need
18 officers who are harmed in our schools, and
19 that's more important than counselors and social
20 workers?
21         MR. CUTLER:  Object to form.
22     Is that a question?
23         MS. REAVES:  It is a question.
24         THE WITNESS:  Are you asking if that
25     was Tom Horne's perspective?

1  BY MS. REAVES:
2      Q.  Yes.
3      A.  Yes, that is my understanding of Tom
4  Horne's perspective.
5      Q.  Okay.  And what is your perspective
6  on that?
7      A.  My perspective, which aligns with my
8  department, social emotional learning, and TUSD
9  is to prioritize school counselors and to some
10 extent social workers over student resource
11 officers, which is why I answered the question
12 the way I did initially, is because TUSD never
13 considered requesting SROs.  TUSD only submitted
14 for school counselors.
15     Q.  Okay.  TUSD did not submit funding
16 for social workers?
17     A.  That's my understanding.  They are
18 harder-to-fill positions.
19     Q.  And you agree with the Arizona
20 School Counselors Association that it would do a
21 disservice to students to fund school resource
22 officers over counselors?
23     A.  That is correct.
24     Q.  All right.  Now, you're aware that
25 TUSD has its own armed security officers, right?

1      A.  I am.
2      Q.  Okay.  And when we say "armed
3  security officers," they function similar to a
4  police department?
5      A.  Yes.
6      Q.  They carry firearms?
7      A.  I believe some do.
8      Q.  They have patrol cars?
9      A.  Yes.
10     Q.  And TUSD has chosen to fund having
11 armed security officers in its schools even if
12 it doesn't have school resource officers?
13     A.  Yes.  My understanding is they are
14 not permanently stationed at any schools,
15 whereas school resource officers are.
16         MS. REAVES:  Now, can we turn to --
17     this is Tab 13A, Exhibit 12.
18         (Whereupon, Tucson-Carrier-12 was
19         marked for identification.)
20 BY MS. REAVES:
21     Q.  Now, this presentation, Exhibit 12,
22 the title is TUSD: School Counseling Week 2024.
23         Do you recognize this document?
24     A.  I sure do.
25     Q.  Okay.  And your name is on the front

1  of the document.
2          And if we scroll to page 3 of the
3  document, you've already told us that the
4  recommended ratio -- maximum ratio of students
5  to counselors is 250, right?
6      A.  Yes.
7      Q.  250-to-1?
8      A.  Yes.
9      Q.  TUSD's ratio at the time of this
10 presentation which was titled 2024 was a
11 500-to-1 ratio?
12     A.  Yes.
13     Q.  So for TUSD to get to the number of
14 recommended counselors that the American School
15 Counselor Association recommends, TUSD would
16 need to double the number of counselors that it
17 has?
18     A.  It would be close to doubling the
19 numbers, yes.
20     Q.  Now, during your time at TUSD, has
21 there ever been an effort to double the number
22 of counselors?
23     A.  No.
24     Q.  Now, one of the challenges TUSD has
25 faced recently with funding counselor positions

21 (Pages 78 - 81)

CONFIDENTIAL

Page 82

1 is that many positions were funded by ESSER
2 grants, is that right?
3     A.   Yes.
4     Q.   And ESSER is the Elementary and
5 Secondary Emergency Relief Funds?
6     A.   Yes.
7     Q.   And those were federal funds
8 provided in response to the COVID-19 pandemic?
9     A.   Yes.
10     Q.   And so up until recently TUSD was
11 using these ESSER pandemic funds to pay for
12 counseling positions?
13     A.   Yes.
14     Q.   And those ESSER pandemic funds have
15 now expired?
16     A.   Yes.
17     Q.   Now, this high student-to-counselor
18 ratio puts a burden on counselors to be able to
19 meet all of the needs of their students?
20         MR. CUTLER:  Object to form.
21         THE WITNESS:  It does in some cases,
22     yes.
23 BY MS. REAVES:
24     Q.   And in your role as program
25 coordinator, counselors and administrators

Page 83

1 sometimes reach out to you saying, We need
2 additional counselors because we feel
3 overburdened?
4     A.   No.  Only in the context of a crisis
5 situation for a day or two, but not as far as
6 funding additional FTEs.
7         MS. REAVES:  I want to go to Tab 14.
8     This is Exhibit 13.
9         (Whereupon, Tucson-Carrier-13 was
10         marked for identification.)
11         MS. REAVES:  Now, if we can make
12     this a little bit bigger so we can see.
13 BY MS. REAVES:
14     Q.   This is an e-mail from you, Rebecca
15 Carrier, to Flori Huitt September 30th, 2020.
16 Subject is Fw:  Catalina Counselors supporting
17 COLE.
18     A.   Yes.
19     Q.   Okay.  And if we scroll down, you
20 were forwarding an e-mail to your supervisor at
21 the time, is that right?
22     A.   Yes.
23     Q.   And if we scroll --
24         MS. REAVES:  Let's go to the very
25     bottom of this document to see the first

Page 84

1     chain.  One page up, please.
2     Q.   Now, in this e-mail sent on
3 September 29, 2020, you were e-mailing Richard
4 Sanchez, is that right?
5     A.   Yes.
6     Q.   And Richard Sanchez is an assistant
7 regional superintendent?
8     A.   Yes.
9     Q.   And you were e-mailing Mr. Sanchez
10 about getting counselors for Catalina High
11 School and for COLE?
12     A.   Yes.
13     Q.   All right.  And Catalina, is that a
14 standard high school in TUSD?
15     A.   Correct.
16     Q.   And COLE is an alternative school?
17     A.   It was.
18     Q.   All right.  And you were e-mailing
19 him because instead of Catalina and COLE each
20 having their own counselors, Catalina and COLE
21 were sharing the same counselors, is that right?
22     A.   Correct.
23     Q.   So if we start at the subject of
24 your e-mail after "Good Evening Mr. Sanchez,"
25 two lines down, "I am writing to you about the

Page 85

1 discussion being had right now in terms of
2 Catalina Counselors' role at COLE.  I am not
3 sure if there are others that need to be part of
4 this conversation but if there are please
5 include them going forward.  There are three
6 primary points I'd like to make in requesting .5
7 or 1.0 FTEs for a certified Counselor at COLE."
8         So specifically you are advocating
9 for there to be at least a part-time, ideally a
10 full-time counselor just for COLE?
11     A.   Yes.
12     Q.   All right.  And if we scroll down,
13 you were providing some reasons of why you
14 thought that COLE needed its own full-time or
15 part-time counselor.
16         If we look at bullet number 2, "The
17 current model places a significant burden
18 Catalina Counselors who are serving some of our
19 most high need students both academically and
20 personally."
21         So the current system at Catalina of
22 sharing counselors placed a burden on the
23 Catalina counselors?
24     A.   Yes.
25     Q.   And Catalina has particularly

22 (Pages 82 - 85)

CONFIDENTIAL

Page 86

1 high-need students?
2    A.   Yes.
3    Q.   You go on to say, "Catalina is an F
4 school where approximately 50 percent of
5 students fail multiple classes per semester
6 (which means individual credit recovery plans
7 for each student)."
8        So this is referring to kind of the
9 academic support that counselors need to
10 provide, is that right?
11    A.   Correct.
12    Q.   And 50 percent of the students were
13 failing classes?
14    A.   Yes.
15    Q.   So they needed a lot of academic
16 support?
17    A.   Yes.
18    Q.   "Over 120 students identified as
19 homeless."
20        Obviously homeless students need a
21 lot of support in a number of different ways?
22    A.   Yes.
23    Q.   "Very high mobility rate."
24        What does that mean?
25    A.   It means that they have a high rate

Page 87

1 of students that are both enrolling in the
2 school and withdrawing from the school short
3 terms.
4    Q.   And when they are very high
5 mobility, does that make it difficult for a
6 school to provide the academic and social
7 services that students need?
8    A.   Yes.
9    Q.   And then, "Already limited time and
10 resources to implement tier one interventions as
11 tier 2 and tier 3 are of primary concern."
12        You told us earlier what tier 1
13 interventions are.  What are tier 2 and tier 3?
14    A.   So tier 2 and tier 3 are for
15 students who need a higher level of involvement
16 by their school counselors.  So in general
17 terms, tier 1 is all the students; tier 2 would
18 be about 10 percent of students, 10 to 15
19 percent; and then tier 1, the students with the
20 most intensive needs -- sorry, tier 3, the
21 students with the most intensive needs.
22    Q.   And then 3 -- I think we're going to
23 have to scroll to the next page -- "This is the
24 most important one.
25        "The current model will (and has to

Page 88

1 an extent already) result in lack of access to
2 student services at both sites."
3        So you're saying that it's going to
4 be a problem in the future and to an extent
5 already is a problem that not all students at
6 Catalina and COLE are able to access the
7 services that they need?
8    A.   They have access, it just wasn't
9 equitable and timely necessarily.
10    Q.   And you describe that as a lack of
11 access to student services at both sites?
12    A.   Yes.
13    Q.   So you were going to
14 Superintendent Sanchez to try to get another
15 counselor for this group, right?
16    A.   That is correct.
17    Q.   And do you remember what his
18 response was?
19    A.   I do not.
20    Q.   Let's scroll up to the e-mail where
21 Mr. Sanchez responds to you.
22        All right.  And this is Richard
23 Sanchez responding to your e-mail.  Good morning
24 Ms. Carrier, Thank you for the advocacy and for
25 your e-mail for a .5 counselor position for

Page 89

1 COLE.  "I am hoping to provide you some
2 historical context, last year, in reshaping the
3 organizational structure of Alternative
4 Education, Dr. Trujillo felt it was best to move
5 COLE (formerly Agave) under the umbrella of
6 Catalina.  This rationale was based on site
7 enrollment and staffing ratios for both Catalina
8 and COLE; that, it would be plausible to support
9 students for both sites."
10        So in September 2020 you were
11 relatively new at the district?
12    A.   Very new.
13    Q.   And Richard Sanchez -- Assistant
14 Superintendent Sanchez was responding, saying
15 Dr. Trujillo -- who was the superintendent of
16 TUSD, right?
17    A.   Correct.
18    Q.   So Dr. Trujillo was aware of the
19 site enrollment and staffing ratios, right?
20    A.   Yes.
21    Q.   And Dr. Trujillo felt it was best to
22 have this system for supporting both sites?
23    A.   Yes.
24    Q.   Okay.  And so essentially they
25 already knew that this was a high-need

23 (Pages 86 - 89)

CONFIDENTIAL

Page 90

1 situation, but this is how they had decided to
2 staff it?
3      A.   That is correct.  However, within a
4 year or two COLE was awarded a full-time
5 counselor.
6      Q.   And when you say "within a year or
7 two," do you know when COLE was awarded a
8 full-time counselor?
9      A.   I don't remember if it was the
10 '21-'22 school year or the 2022-'23 school year.
11      Q.   And do you know whether -- at the
12 time when COLE received a full-time counselor,
13 do you know how many students were enrolled at
14 COLE?
15      A.   I do not.
16      Q.   Do you know whether -- for COLE, do
17 you know what the ratio of counselors to
18 students is at COLE?
19      A.   COLE no longer exists.
20      Q.   Okay.  And for Catalina, do you know
21 what the ratio of students to counselors is?
22      A.   I do not.
23      Q.   Was it higher than the recommended
24 ratio?
25      A.   No.

Page 91

1      Q.   Okay.  What was -- so --
2      A.   So I do need to clarify a point.
3 That 500-to-1, those are district FTEs.  Some
4 principals use other funding sources to fund
5 additional counselors; as well as that school
6 safety grant which you had brought up, there are
7 additional counselors in those positions as
8 well.
9           So although I had mentioned that the
10 ratio varies, that's why.  That's why some
11 schools are over 500 and some schools are closer
12 than the -- closer to the 250, is because of
13 principal choice.
14      Q.   Okay.  And at the time of this
15 e-mail are you saying that Catalina had lower
16 than the 500-to-1 ratio?
17      A.   They did.
18      Q.   And that even with lower than the
19 500-to-1 ratio, the Catalina counselors were
20 reaching out for more support?
21      A.   Yes.
22      Q.   So having even the recommended
23 250-to-1 ratio doesn't guarantee that counselors
24 are able to support students in the way that
25 they need to be supported?

Page 92

1      A.   There's never a guarantee in
2 anything in education.
3      Q.   So there are schools that might in
4 an ideal world need a much smaller than 250-to-1
5 ratio?
6      A.   That would be unlikely.  250 is a
7 reasonable number to be able to expect all
8 students' needs to be met equitably.  But it's
9 possible.
10      Q.   Now, in terms of what counselors are
11 spending their time on, when counselors are
12 talking to you about wanting an additional
13 counselor at their site, sometimes they tell
14 you, Here are all of the things that I have to
15 do in my day, right?
16      A.   Yes.
17           MS. REAVES:  So let's go to -- this
18      is Tab 15, Exhibit 14.
19           (Whereupon, Tucson-Carrier-14 was
20           marked for identification.)
21 BY MS. REAVES:
22      Q.   So at the top of this e-mail it's
23 from Rebecca Carrier to Rachel Reitz.
24           Who is Rachel Reitz?
25      A.   She was a former school counselor at

Page 93

1 Tucson Unified Virtual Academy.
2      Q.   Okay.  And subject line, Re: high
3 School counselor data.
4           And your response to her here is,
5 "Thank you so much for this information.  That
6 is a concerning number.  I'd like to schedule
7 some time next week with your team to discuss
8 your needs."
9           So let's scroll down to see more
10 context for this conversation.
11           MR. CUTLER:  Would you like to read
12      this first?
13           THE WITNESS:  Yes.
14           MS. REAVES:  Can you make it a
15      little bit bigger, please?  And actually
16      scroll up so we can see...
17           Okay.  Scroll up a little bit more
18      so we can see the context.  Thank you.
19 BY MS. REAVES:
20      Q.   So Rachel Reitz had e-mailed you
21 saying, "Just some stats for you regarding what
22 I am doing at TUVA as a school counselor (see
23 below)."
24           Okay?
25      A.   Yes.

24 (Pages 90 - 93)

CONFIDENTIAL

Page 94

1    Q.   And then when we see below, the next
2  e-mail, now, Ms. Reitz was telling you, Here are
3  all the things that are on my plate as a
4  counselor, right?
5    A.   Yes.
6    Q.   Now, a lot of the things that
7  counselors do are administrative work, right?
8    A.   Yes.
9    Q.   So here she says, "114.  9 to 12 new
10  enrollments."  That's enrolling students in
11  school?
12    A.   Yes.
13    Q.   "Credit checks," that's making sure
14  that -- or checking the number of credits
15  students have earned?
16    A.   Towards their graduation
17  requirements, yes.
18    Q.   "Schedules," which can include
19  creating schedules or making changes to
20  schedules?
21    A.   Yes.
22    Q.   Okay.  Counselors also do a lot of
23  work focused on college and career planning?
24    A.   Yes.
25    Q.   So this counselor shared --

Page 95

1        MS. REAVES:  Please scroll down to
2    the other tasks completed -- that she had
3    "High school course selections lessons and
4    class visits."
5    A.   Yes.
6    Q.   "JTED visits 9 through 11."
7        What's JTED?
8    A.   It's the Joint Technical Education
9  District.  So it's an additional resource for
10  students to take coursework towards licensures
11  and certifications for professional industries.
12    Q.   Okay.  So counselors help coordinate
13  with this career --
14    A.   Yes.
15    Q.   -- schools program?
16    A.   Yes.
17    Q.   Okay.  Counselors help coordinate
18  college visits?
19    A.   Yes.
20    Q.   And military initiatives?
21    A.   Yes.
22    Q.   They work on financial aid night?
23    A.   Yes.
24    Q.   They work on creating new school
25  systems for forms, lessons, spreadsheets, data

Page 96

1  collection?
2    A.   That was that year's first -- that
3  was the school's first year in existence, so
4  that would align with the new school system's
5  creation.
6    Q.   Okay.  Counselors sometimes create
7  college career and scholarship newsletters to
8  send out to students and families?
9    A.   Yes.
10    Q.   And they coordinate credit recovery?
11    A.   Yes.
12    Q.   What's credit recovery?
13    A.   For students to have opportunities
14  to earn credit for courses they failed in the
15  past.
16    Q.   Counselors audit to make sure that
17  students are actually on track to graduate?
18    A.   Yes.
19    Q.   They provide MTSS support?
20    A.   Yes.
21    Q.   This counselor was working on a
22  community resources website?
23    A.   That's what she said.
24    Q.   Okay.  So it's fair to say that she
25  was sharing with you, I'm working on a lot of

Page 97

1  things outside of just individual counseling
2  with students?
3    A.   Yes.
4    Q.   So -- and it's fair that counselors
5  throughout TUSD work on a lot besides mental
6  health support for students?
7    A.   Yes.
8    Q.   And in this, if we scroll even
9  farther to the bottom, this counselor said she
10  hasn't been able to do: "Major Clarity with
11  students and ongoing list of counselor's
12  referrals for MTSS and Teachers.  No time to
13  attend 504s or IEPs as needed."
14        So she's saying that she doesn't
15  have time to go to IEP meetings because she has
16  too many things on her plate?
17    A.   Yes.
18    Q.   And IEP meetings are meetings
19  between teachers, special educators, and others
20  who are working with students to try to make
21  sure that the district is meeting their
22  individualized education program?
23    A.   Yes.
24    Q.   So when a counselor like this has
25  this much on their plate, they're not able to

25 (Pages 94 - 97)

CONFIDENTIAL

Page 98

1 meet all of the needs that their students have?
2     A.   Yes.
3     Q.   Now, when a counselor can't meet all
4 of their students needs, can that harm or result
5 in harm to the mental health of students?
6         MR. CUTLER:  Object to form.
7         THE WITNESS:  I suppose it could,
8     but you'll see that this counselor
9     specifically is stating that the needs
10    that aren't being met are college
11    and career -- are academic and college and
12    career, so they are opting to not forego
13    mental health supports.
14 BY MS. REAVES:
15    Q.   Does this -- when this teacher says,
16 "Have not been able to: Major Clarity with
17 students and ongoing growing list of counselor's
18 referrals from MTSS and Teachers," counselors'
19 referrals are requests for interventions from
20 counselors?
21    A.   For counselors involvement in
22 students with MTSS plans.
23    Q.   And MTSS plans are interventions for
24 students?
25    A.   Correct.

Page 99

1     Q.   So this teacher -- I'm sorry.
2         This counselor is saying that they
3 have an ongoing growing list of counselors'
4 referrals that they haven't yet been able to
5 address?
6         MR. CUTLER:  Object to form.
7     Argumentative.
8         THE WITNESS:  I don't know for sure.
9     I do know that MTSS's primary role is
10    academic.
11 BY MS. REAVES:
12    Q.   Okay.  Fair to say this counselor
13 had more to do than they wanted to?
14    A.   That is correct.
15    Q.   Okay.  And they were asking for
16 additional support?
17    A.   Was that the ask, or was that just
18 an update?
19    Q.   Well, your response was this is
20 concerning, right?
21    A.   Yes.
22    Q.   Okay.  So you were concerned about
23 the number of tasks that this counselor had to
24 do?
25    A.   Yes.

Page 100

1     Q.   And when we're talking about how
2 counselors spend their time --
3         MS. REAVES:  Can we switch to Tab
4     13A, please?  I think we already have this
5     marked.
6         TRIAL TECH:  Exhibit 12.
7         MS. REAVES:  This is Exhibit 12.
8         MR. CUTLER:  Thank you.
9 BY MS. REAVES:
10    Q.   So this was, again, the school
11 counseling week presentation from 2024.
12        Do you remember this?
13    A.   I do.
14    Q.   All right.  And then one of the
15 things that you talked about in this
16 presentation was ways for counselors to track
17 their time.
18        Do you remember that?
19    A.   Yes.
20    Q.   Now, does TUSD's counseling
21 department track counselor time?
22    A.   Individual counselors track their
23 time.
24    Q.   Okay.  And when individual
25 counselors track their time, is that provided to

Page 101

1 the counseling department or the social
2 emotional learning department?
3     A.   It should be.  It's not always.
4     Q.   Now, what is the process for
5 counselors providing their time-tracking to the
6 department?
7     A.   I have them e-mail it to me twice
8 a -- once a semester, twice per year.
9     Q.   And how -- at what frequency are
10 counselors supposed to be tracking their time?
11    A.   One week in the fall, one week in
12 the spring.
13    Q.   So essentially the time-tracking is
14 supposed to provide a sample of what their time
15 looks like?
16    A.   Yes.
17    Q.   Now if we go to page 7 in this
18 document.  All right.
19        Now, this was a page in your
20 presentation titled Counselor Use of Time
21 Sample.
22    A.   Yes.
23    Q.   Is that right?
24    A.   Yes.
25    Q.   So the idea was that if counselors

26 (Pages 98 - 101)

CONFIDENTIAL

Page 102

1 tracked what activity they're doing, how much
2 time they spend on it, and kind of what bucket
3 of counseling roles it falls into, then the
4 department could have actual data on what
5 counselors are doing?
6    A.   Yes.
7    Q.   And the goal of assessing this data
8 was to be able to determine -- well, you tell
9 me.
10        What's the goal of assessing this
11 data?
12    A.   Look at strengths and gaps, see
13 where we -- how counselors -- it's primarily
14 used as an individual tool, maybe as a
15 department, for me to work, coach with
16 individuals and teams on, you know, how they're
17 using their time, how it can be more effectively
18 spent, see if I need to intervene with
19 principals to have them be using their time more
20 effectively.
21    Q.   Okay.  So when we're asking
22 counselors to track their time, has TUSD used
23 these records to determine whether school
24 counselors are spending their time on issues
25 related to social media?

Page 103

1    A.   No.
2        MS. REAVES:  Can we go to page 8 of
3    this presentation?  All right.
4    Q.   Now, this charts says Middle School
5 Counselor Use of Time, and it's a pie chart,
6 right?
7    A.   Yes.
8    Q.   Now, there are a few different
9 categories in this pie chart.  Let's start with
10 non-counseling duties.
11        What are non-counseling duties?
12    A.   So non-counseling duties are things
13 like bus duty and, you know, hall duty, lunch
14 duty.  We consider it a non-counseling duty for
15 counselors to run 504 meetings, to be 504
16 facilitators, although they should be on the
17 team.  Any administrative tasks, data entry,
18 that's not directly to supporting students in
19 the three domains.
20    Q.   Okay.  And what falls into program
21 planning and school support?
22    A.   Program planning and school support
23 is building that master schedule, working on
24 those systems that need to be in place, doing PD
25 with staff, there's so much, assessing their

Page 104

1 program, you know, looking -- doing their lesson
2 plans and assessing their program and setting
3 goals and...
4    Q.   Okay.  And what are indirect
5 services?
6    A.   Indirect services is when you're
7 working with other stakeholders directly to
8 support the needs of students.  So you're not
9 working with the students, but you're working
10 with teachers or staff or families.
11    Q.   And then direct services?
12    A.   Direct services are time -- is
13 face-to-face with students, either one or a
14 small group or a whole class.
15    Q.   Now, do any of these categories
16 include the time that counselors spend
17 addressing harms allegedly caused by social
18 media?
19    A.   Yes.
20    Q.   Which of those categories?
21    A.   Both direct and indirect services
22 and, quite frankly, probably program planning
23 and school support.
24    Q.   What aspect of program planning or
25 school support would relate to harms allegedly

Page 105

1 caused by social media?
2    A.   Say that again?
3    Q.   What aspect of program planning or
4 school support would relate to harms allegedly
5 caused by social media?
6    A.   So counselors often serve on the
7 behavior management team and the leadership
8 teams, and so those would be situations where
9 they would deal with, you know, cellphone
10 policies and a lot of, like, issues with TikTok
11 challenges has been an issue in those meetings,
12 and defining systems to try to minimize their
13 impact on school.
14    Q.   Okay.  So when counselors are
15 working with the behavioral team on, for
16 example, cellphone policies, does TUSD keep data
17 on whether they're talking about issues related
18 to cellphones broadly versus issues related to
19 particular apps that students might use?
20        MR. CUTLER:  Object to form.
21    A.   I don't know what the -- I don't
22 have access to that.  I don't know what they
23 specifically collect.
24 BY MS. REAVES:
25    Q.   Okay.  In terms of the counselor

27 (Pages 102 - 105)

CONFIDENTIAL

Page 106

1 data that you collect, do you have any data to
2 determine whether counselors are spending time
3 on issues related to cellphones broadly versus
4 issues related to one of defendants' platforms?
5     A.   I do not have quantitative data.
6     Q.   And then in terms of time that
7 counselors spend on TikTok challenges, do you
8 have any data on the amount of time that
9 counselors spend responding to TikTok
10 challenges?
11    A.   I do not.
12    Q.   And then I think you said defining
13 systems to try to minimize the impact on school.
14        Do you have any data on the amount
15 of time that counselors spend defining systems
16 to minimize the impacts of defendants'
17 platforms?
18    A.   I don't have -- I don't have data.
19 However, my conversations with professional
20 school counselors, my experience is that social
21 media issues really permeate through all of
22 these areas.  So when we're discussing things
23 like cellphone calls, it's encompassing of
24 social media.
25    Q.   So cellphone policies include social

Page 107

1 media?
2     A.   Yes.
3     Q.   It also includes other applications?
4     A.   It does.
5     Q.   And I think you said that direct and
6 indirect services also, according to you,
7 counselors spend on issues related to social
8 media, is that right?
9     A.   Yes.
10    Q.   Now, do you keep any data on the
11 amount of indirect services that are related to
12 social media?
13    A.   We don't keep any specific data, to
14 my knowledge, that would identify social media
15 specifically.  I mean, of course there are
16 individual cases where social media might be
17 cited, but as far as any large-scale
18 quantitative data, I do not believe we collect
19 any of that.
20    Q.   Okay.  And then in terms of direct
21 services, does the counseling department collect
22 any data on the amount of time spent on issues
23 related to social media?
24    A.   The department does not.  It's not
25 something that Vanessa and I have ever

Page 108

1 specifically requested besides from our, you
2 know, our qualitative conversations and
3 experiences.
4     Q.   Okay.  And even aside from the
5 official department, are you aware of, within
6 TUSD, any data that tracks how much time
7 counselors are spending on issues related to
8 social media?
9     A.   I'm not aware.
10    Q.   Now, when we talk about the direct
11 and indirect services that middle school
12 counselors are providing, what types of services
13 are related to the impact, the alleged impact,
14 of social media?
15        MR. CUTLER:  Object to form.
16        THE WITNESS:  So those tier 1
17    lessons I referred to, those, social
18    emotional learning, being kind, making
19    friends, having social skills, those would
20    be inclusive of social media.
21        The lower grades are experiencing,
22    quite a few students that, you know, are
23    not socially developing on track, and so
24    they need to kind of expand their small
25    groups to include more social skills.

Page 109

1        And the reasoning behind that is
2    more social interaction is being done
3    without being in person.  So that would be
4    one example.
5        Another would be girls' self-esteem
6    groups.  You know, we're definitely seeing
7    major issues with -- my understanding is
8    it goes down to elementary school now, but
9    I don't have direct experience with that.
10   Middle school and high school girls really
11   engaging in some unhealthy behavior as a
12   direct result of, you know, the amount of
13   likes they get.
14 BY MS. REAVES:
15    Q.   Okay.  So let's break some of that
16 down.
17        Now, tier 1 lessons, those are
18 social emotional learning lessons?
19    A.   Mm-hmm.
20    Q.   Is that a yes?
21    A.   Yes, it is a yes.
22    Q.   And social emotional learning
23 lessons are things like being kind, being
24 respectful, is that right?
25    A.   Yes.  Being safe online is one that

28 (Pages 106 - 109)

Page 110

1 is commonly done.
2     Q.    And social emotional learning
3 lessons are beneficial for all students; that's
4 why they're tier 1?
5     A.    Yes.
6     Q.    And I think you said it's inclusive
7 of things like being online, but there are other
8 aspects to that social emotional learning lesson
9 as well?
10    A.    Yes.
11    Q.    And when you talk about -- there are
12 students who need to build their social
13 emotional skills because they're doing too much,
14 in your opinion, online rather than with people
15 in person, is that right?
16        MR. CUTLER:  Object to form.
17        THE WITNESS:  Yes.
18 BY MS. REAVES:
19    Q.    Okay.  And so that divide between
20 online versus in person, for the online portion
21 we're also talking about more than just social
22 media platforms, right?
23    A.    Can you be more specific?
24    Q.    Sure.
25        Defendants' platforms aren't the

Page 111

1 only things that students today do online,
2 right?
3        MR. CUTLER:  Object to form.
4        THE WITNESS:  I wouldn't know.
5 BY MS. REAVES:
6     Q.    So the district uses laptops and
7 devices for part of its education, right?
8     A.    Yes.
9     Q.    And it's become very common to
10 communicate with people via FaceTime, right?
11    A.    Yes.
12    Q.    Or to have a video call with family
13 members or friends who are in a different part
14 of the country, right?
15    A.    Yes.
16    Q.    So even setting aside defendants'
17 platforms, there are a lot of aspects of life
18 for students today that involve online?
19        MR. CUTLER:  Object to form.
20        THE WITNESS:  They can.
21 BY MS. REAVES:
22    Q.    And even when we're talking about
23 girls' self-esteem groups, there are a lot of
24 things that impact girls' self-esteem, right?
25    A.    Yes.

Page 112

1     Q.    And then when we talk about the
2 direct services that counselors are providing,
3 only a portion of that is social emotional
4 learning, right?
5     A.    Yes.
6     Q.    Okay.  Because we still have the
7 other two domains that are academic career and
8 counseling?
9     A.    Yes.
10        MS. REAVES:  Let's go back to Tab
11 7A.  This is Exhibit 8.
12    Q.    All right.  This, again, is the
13 Spring 2021 Semester Review presentation.
14        MS. REAVES:  If we could scroll to
15 page 20 of this presentation.  Page 15.
16    Q.    And so collecting data on how
17 counselors spend their time is something that
18 you've been -- that the TUSD counseling
19 department has been doing for a while?
20        MR. CUTLER:  Object to form.
21        THE WITNESS:  Can you repeat the
22 question?
23 BY MS. REAVES:
24    Q.    Let me put it this way.
25        How long has the TUSD counseling

Page 113

1 department been collecting data on how
2 counselors spend their time?
3     A.    The way the data has been collected
4 has really varied, and I can only speak to my
5 length of time, but so I've been tracking it,
6 along with Vanessa, since August of 2020, and I
7 am guessing prior to that as well.
8     Q.    Okay.  And so in this -- this is
9 going back to the presentation that you were
10 providing to counselors at the end of the
11 2020-2021 school year.
12        Okay?
13    A.    Yes.
14    Q.    And some of the data that you're
15 sharing is on the amount of time that counselors
16 spend on non-counseling duties.
17        Do you see that in this
18 presentation?
19    A.    Yes.
20    Q.    So, for example, if we look at the
21 bottom of each bullet, there are some elementary
22 K through 8 counselors who are spending 21-plus
23 hours a week on non-counseling duties?
24    A.    Yes.
25    Q.    And then for middle school and high

29 (Pages 110 - 113)

CONFIDENTIAL

1 school, counselors are also -- at least five who
2 said that they were spending 20-plus hours a
3 week on non-counseling duties?
4    A.   Yes.
5    Q.   And on our last bullet we see that
6 87 percent of counselors reported spending five
7 to ten hours per week in meetings, is that
8 right?
9    A.   Yes.
10    Q.   All right.  And so this is giving us
11 a view of, at least in 2020 to 2021, what
12 counselors reported they were spending their
13 time on a portion of -- a good portion of
14 non-counseling duties?
15    A.   Yes.  And to provide some context,
16 these are based on ASCA's definition of
17 counseling duties, not TUSD's definition of
18 counseling duties.
19        So some of those larger numbers is
20 because, in TUSD, many counselors are 504
21 coordinators; however, the ASCA model says
22 counselors should not be 504 coordinators.
23        The data entry that goes along with
24 scheduling and schedule changes, the data entry
25 piece ASCA would consider a non-counseling duty,

1 but in TUSD that is a counselor's role.
2    Q.   Okay.  So you're saying that in TUSD
3 there are counselors who are not able to follow
4 the ASCA model in terms of the amount of time
5 they spend on ASCA counseling duties?
6    A.   Yes.
7    Q.   So, for example, the counselor who
8 functions as a 504 coordinator isn't necessarily
9 spending their time on social emotional
10 learning, academic, and college career domains?
11    A.   Well, they are for that individual
12 student, but that's where it interferes with the
13 equitable access for all students.
14    Q.   Now, in spring 2021, do you remember
15 holding a counseling forum between counselors
16 and the superintendent, Dr. Trujillo?
17    A.   Vaguely, yes.
18    Q.   Is this something that happens
19 often?
20    A.   No.
21    Q.   All right.  And so in spring 2021
22 there were the counseling forum because this is
23 in preparation for TUSD to come back full-time
24 in person after the pandemic, is that right?
25    A.   I don't remember.

1    Q.   Fair enough.  All right.
2        MS. REAVES:  So let's go to the
3    document.  This is Exhibit 15.  It's
4    Tab -- we can just go to 17A, please.
5        (Whereupon, Tucson-Carrier-15 was
6        marked for identification.)
7 BY MS. REAVES:
8    Q.   All right.  At the top you see, 17A,
9 says, "Counselor Forum Questions for
10 Dr. Trujillo."
11        And Dr. Trujillo is the
12 superintendent of TUSD?
13    A.   Yes.
14    Q.   Who is Leslie Lenhart?
15    A.   She was the former media and
16 communications director.
17    Q.   Okay.  And for this forum it is an
18 opportunity for counselors to talk to the
19 superintendent about their concerns, right?
20    A.   Correct.
21    Q.   All right.  So let's go through some
22 of the concerns that counselors raised.
23        Number 1, "We follow the ASCA model
24 which has a recommended ratio of 1:250.  Not all
25 elementary schools have a full time Counselor

1 (anticipating trauma especially with
2 kindergartners.)  We see wonderful Counselors
3 leave because of high ratios.  With large
4 caseloads, and varied levels of teacher/admin
5 support high school counselors are unable to do
6 many (if any) social emotional lessons.  What is
7 the District's plan to address these
8 discrepancies?"
9        Do you see that?
10    A.   I do.
11    Q.   Okay.  And so teachers themselves
12 were concerned about the counselor-to-student
13 ratio?
14    A.   Does it say that?  I don't have
15 individual evidence to back that up, so I just
16 don't want to...
17    Q.   Well, they're asking you about how
18 TUSD is supposed to be following the 1-to-250
19 ratio, right?
20    A.   That's never been part of TUSD's
21 plan, even though we do -- did adopt the ASCA
22 model for the curriculum and other aspects of
23 it.
24    Q.   All right.  So although the ASCA
25 model recommendation is 1-to-250, TUSD has never

30 (Pages 114 - 117)

CONFIDENTIAL

Page 118

1 attempted to get the 1-to-250 ratio?
2    A.   Correct.
3    Q.   All right.  And so for the ASCA
4 model here, are you saying that the teachers are
5 talking about separating their work between the
6 three domains?
7    A.   I just don't see anything about
8 teachers.  Am I looking at the wrong place?
9    Q.   No.  I misspoke.
10      In the ASCA model, counselors were
11 talking about -- start over.
12      This is a forum.  These are
13 questions from counselors, right?
14    A.   Yes.
15    Q.   And the counselors are asking about
16 the fact that TUSD is supposed to follow the
17 ASCA model?
18    A.   Yes.
19    Q.   Okay.  And the counselors are
20 pointing out that the ASCA model recommends a
21 1-to-250 ratio?
22    A.   That's what the document says.  I
23 think it was written by Leslie Lenhart.  I don't
24 know what was actually asked at the meeting, so
25 I can only --

Page 119

1    Q.   So --
2    A.   It looks poorly worded to me, to be
3 honest.
4    Q.   So that's fair.  Let's take a step
5 back.
6      This -- do you know how this
7 document was created?
8    A.   I don't know for sure, but it
9 probably came from discussions with counselors
10 where they identified what they wanted to ask,
11 and then Ms. Lenhart created the document.
12    Q.   Okay.  And so you're saying that you
13 don't necessarily know what individual
14 counselors communicated to Dr. Trujillo, right?
15    A.   There was a forum, I was there, but
16 I only remember bits and pieces of it.
17    Q.   Okay.  But this document shows the
18 questions that at least were planned to be
19 presented to Dr. Trujillo at the forum?
20    A.   Yes.
21      MR. CUTLER:  Object to form.
22 BY MS. REAVES:
23    Q.   Okay.  And so the first question
24 starts out with the sentence, "We follow the
25 ASCA model which has a recommended model of

Page 120

1 1:250."
2      Right?
3    A.   Yes.
4    Q.   Okay.  And then the concerns that at
5 least were planned to be raised with the
6 superintendent was that not all elementary
7 schools have a full-time counselor?  That was
8 one of the concerns listed in this document to
9 raise with Dr. Trujillo?
10      MR. CUTLER:  Object to form.
11      THE WITNESS:  With large caseloads
12    and varied levels of teacher/admin
13    support... What is the District's plan to
14    address...
15      So it's not specifically requesting
16    more counselors, it's just...
17 BY MS. REAVES:
18    Q.   So my statement was not that they
19 were requesting more school counselors, but this
20 document says that not all elementary schools
21 have a full-time counselor, right?
22      MR. CUTLER:  Object to form.
23      THE WITNESS:  Yes.
24 BY MS. REAVES:
25    Q.   And this document was presenting

Page 121

1 questions from counselors to the superintendent?
2    A.   Yes.
3    Q.   Okay.  And so that was a question
4 that this document was presenting to the
5 superintendent?
6      MR. CUTLER:  Object to form.
7      THE WITNESS:  "What is the
8    District's plan to address these
9    discrepancies" is the question.
10 BY MS. REAVES:
11    Q.   Okay.  So background for the
12 question, the discrepancies that the counselors
13 wanted the superintendent to address included
14 that not all elementary schools have a full-time
15 counselor, right?
16    A.   Yes.
17    Q.   Okay.  And the discrepancies that
18 they wanted Dr. Trujillo to address included
19 that, "We see wonderful Counselors leave because
20 of high ratios"?
21    A.   Yes.
22    Q.   And the discrepancies that the
23 counselors wanted Dr. Trujillo to address was
24 that, "With large caseloads, and varied levels
25 of teacher/admin support high school counselors

31 (Pages 118 - 121)

CONFIDENTIAL

Page 122
1 are unable to do many (if any) social emotional
2 learning lessons."
3          Right?
4     A.   Yes.
5     Q.   Okay.  So let's go up to the next
6 bucket of concerns that were presented in this
7 document to Dr. Trujillo, okay?
8     A.   Yes.
9     Q.   Now, counselors were concerned that
10 they would "see a lot of trauma when we return,"
11 right?
12          MR. CUTLER:  Object to form.
13          THE WITNESS:  Yes.
14 BY MS. REAVES:
15     Q.   And so counselors were asking for
16 more direct advocacy to site administration
17 about their use of counselors for non-counseling
18 duties including subbing, Synergy data entry,
19 testing, and 504s, right?
20     A.   Yes.
21     Q.   And so the counselor forum, one of
22 the types of questions to Dr. Trujillo was, How
23 can we get support in taking some of the
24 non-counseling duties off our plate so that we
25 can prioritize social emotional learning, right?

Page 123
1     A.   Yes.
2     Q.   Other concerns that were raised for
3 this forum between counselors and Dr. Trujillo
4 was a question about considerations for
5 counselors working at more than one school,
6 right?
7     A.   Yes.
8     Q.   And all of this first category of
9 questions --
10          MS. REAVES:  Can we scroll up to the
11     top -- the heading for this category?
12     Just scroll up in the document.  Yes.
13     Okay.
14     Q.   So these questions were about
15 concerns that counselors had in terms of being
16 able to meet their students' social emotional
17 learning needs?
18          MR. CUTLER:  Object to form.
19          THE WITNESS:  Yes.
20 BY MS. REAVES:
21     Q.   Okay.  And then in the rest of this
22 document the counselor forum was also supposed
23 to address, if we scroll down, concerns that
24 were specifically related to COVID, right?
25     A.   Yes.

Page 124
1     Q.   Okay.  And the counselor forum was
2 supposed to address concerns specifically
3 related to equity?
4     A.   Yes.
5     Q.   And the counselor forum was supposed
6 to address concerns specifically related to
7 salary?
8     A.   I'm still reading, sorry.
9     Q.   Sure.
10          (Witness reviewing document.)
11     A.   Yes.
12     Q.   Okay.  And one of the concerns or
13 one of the questions asked was, in the
14 Non-Counseling Specific even, "Please provide an
15 update for Senior activities such as prom and
16 graduation"?
17     A.   Yes.
18     Q.   All right.  And I want you --
19          MS. REAVES:  Can we make the
20     document a little bit bigger so that you
21     can see all of it?
22     Q.   None of the concerns that counselors
23 are raising with Dr. Trujillo in this forum, or
24 at least that were presented in the counselor
25 forum questions, relate to social media?

Page 125
1          MR. CUTLER:  Object to form.
2          THE WITNESS:  I disagree with that.
3     It doesn't expressly mention social media,
4     but every time SEL is mentioned social
5     media underscores that need.
6 BY MS. REAVES:
7     Q.   But social media, the words "social
8 media," don't appear on this page?
9     A.   The words "social media" do not
10 appear on that page.
11     Q.   And none of defendants' platforms
12 appear in this document?
13     A.   They do not.
14     Q.   All right.  And when you talk about
15 social emotional learning, that is a -- that is
16 something that is impacted by more than just
17 social media?
18          MR. CUTLER:  Object to form.
19          THE WITNESS:  It can be, yes.
20 BY MS. REAVES:
21     Q.   Now, TUSD does provide mental health
22 services to students?
23     A.   TUSD provides specific mental health
24 services through TUSD by -- through the ex ed
25 department only.  However, TUSD does partner

32 (Pages 122 - 125)

CONFIDENTIAL

Page 126

1 with other behavioral agencies that are able to
2 come in and provide site-based mental health
3 support.
4    Q.   Okay.  So the only department that
5 directly provides mental health services is the
6 exceptional education department?
7    A.   Correct.
8    Q.   And that's the special education
9 department?
10   A.   If by "mental health services"
11 you're referring to clinical-type services, then
12 yes.  If you're talking about basic mental
13 health support and education, then that is
14 something that school counselors and social
15 workers provide as well.
16   Q.   Okay.  And so the distinction is, if
17 it's a clinical or medical mental health
18 service, then that is through an outside
19 provider?
20   A.   Correct.
21   Q.   But counselors perform groups with
22 students or individual counseling with students?
23   A.   Yes.
24   Q.   Now, besides counselors are there
25 staff within TUSD who provide those nonmedical,

Page 127

1 nonclinical mental health services?
2    A.   School social workers and
3 unofficially every adult who works directly with
4 kids supports kids' mental health.
5    Q.   Okay.  But officially it's
6 counselors and social workers who provide --
7    A.   I know there are groups through --
8 like, African American Student Services, there's
9 individuals that provide a piece of that, you
10 know, running groups and that sort of thing, but
11 I really don't know.  I don't know what those
12 look like.
13   Q.   But primarily it's counselors and
14 social workers --
15   A.   Correct.
16   Q.   -- who are providing -- I just have
17 to finish the question, sorry -- primarily
18 counselors and social workers who are providing
19 mental health services if they're provided
20 within the school?
21   A.   Yes.
22   Q.   And does TUSD have any professionals
23 who diagnose behavioral or mental health
24 problems?
25   A.   So our school psychologists can

Page 128

1 perform tests to determine if a student is
2 eligible for an IEP which could include aspects
3 of emotional disabilities, but besides that, my
4 understanding is no.
5    Q.   Now, are there standardized
6 protocols for how TUSD refers students for an
7 outside provider's mental health services?
8    A.   There are standardized protocols,
9 but that's only with the behavioral health
10 agencies that we partner with directly.
11 Otherwise, they -- of course students and
12 families are, you know, free to seek their
13 outside services elsewhere.
14   Q.   Okay.  And when you're talking about
15 the psychologists who might test and evaluate
16 students for IEPs, are those psychologists in
17 the exceptional education department?
18   A.   Yes.
19   Q.   And in order to be tested and
20 potentially diagnosed, do you have to be a
21 student who is or -- who is or is seeking
22 special education services?
23   A.   Yes.
24       MS. REAVES:  Now I want to go to Tab
25    18, which will be Exhibit 16.

Page 129

1        (Whereupon, Tucson-Carrier-16 was
2        marked for identification.)
3 BY MS. REAVES:
4    Q.   Now, you mentioned that there are
5 some outside agencies that TUSD partners with
6 for mental health services, is that right?
7    A.   Yes.
8    Q.   Okay.  This is an e-mail from you,
9 Rebecca Carrier, sent on September 13, 2023 to
10 Beth Counts and a few other individuals;
11 Subject, Re:  Quote request.
12       And it says, "Please see my
13 responses in line.  I will attempt to be as
14 thorough as possible."
15       And so let's scroll down to get some
16 context for what you're looking at.
17       MS. REAVES:  Can we scroll all the
18    way to the bottom?
19       MR. CUTLER:  Do you want to review
20    the whole e-mail first?
21       THE WITNESS:  Who is this -- can you
22    scroll up really quick?  I'm trying to see
23    who sent that initial e-mail and what the
24    context was.
25       MR. CUTLER:  How many pages is it?

33 (Pages 126 - 129)

CONFIDENTIAL

Page 130

1    TRIAL TECH:  Three.
2        MR. CUTLER:  Do you want to start at
3    the bottom and read up?
4        THE WITNESS:  Yeah.  That would be
5    helpful.  Thank you.
6        Can you enlarge it, please?
7        (Witness reviewing document.)
8        THE WITNESS:  Okay.
9  BY MS. REAVES:
10    Q.   Can you tell me when you're ready?
11        (Witness reviewing document.)
12        THE WITNESS:  Could you scroll down
13    again?  I think I'm remembering the
14    context, but I just want to -- the Beth
15    Counts.  A little more.
16        Okay, got it.
17    Q.   Okay.  So Beth Counts is part of the
18  social emotional learning department, right?
19    A.   Yes.
20    Q.   And so the social emotional learning
21  department was looking for a text-based mental
22  health support curriculum, right?
23    A.   Yes.
24    Q.   Okay.  When it says "text based,"
25  does that mean texting on a device?

Page 131

1    A.   Yes.
2    Q.   All right.  And so the department
3  was exploring whether to be able to use a mobile
4  device for mental health services?
5    A.   Correct.
6    Q.   And you were asked about some of the
7  programs and curriculum that TUSD already has?
8    A.   Yes.
9    Q.   All right.  And if we scroll up to
10  Reece's questions, "What program or curriculum
11  are they currently using for mental health
12  support?"
13        Do you see that?
14    A.   Yes.
15    Q.   And then you list, "Text Talk Act,
16  Character Strong, NAMI" --
17        What's NAMI?
18    A.   This is an easy one.  It's a
19  national mental health support system, but I am
20  not -- it's a quick Google, I promise.
21    Q.   That's all right.
22        The "Youth Mental Health First Aid"
23  I think you told us before.
24        "Partnerships with 7 local
25  Behavioral Health Agencies."  What does that

Page 132

1  mean?
2    A.   So those would be the four
3  behavioral health agencies that were contracted
4  with, as well as others that don't come to the
5  school that provide mental health support.
6    Q.   "Restorative circles."  What are
7  those?
8    A.   Those are like -- they can be small
9  groups or -- the circles are small groups that
10  are about maintaining positive relationship.
11    Q.   And "ASCA Model guidance
12  curriculum."  That's referring to the American
13  counselor -- school counselor association
14  guidance?
15    A.   Yes.
16    Q.   Okay.  Now, these mental health
17  services that TUSD provides, none of them is
18  exclusively focused on social media, right?
19    A.   No, they are not.
20    Q.   And at least some of these programs
21  even use online or interactive programs with
22  devices in order to provide the mental health
23  services?
24    A.   Only Text Talk Act.
25    Q.   Okay.  Character Strong doesn't have

Page 133

1  an online component?
2    A.   Not for students to have access to.
3  That's my understanding.
4    Q.   When talking about these mental
5  health services that TUSD has, there's no
6  mention of social media, right?
7    A.   Correct.
8    Q.   And there are numerous reasons why
9  students might need mental health support?
10    A.   Yes.
11        MS. REAVES:  Let's go to Tab 21.
12  This is Exhibit 17.
13        (Whereupon, Tucson-Carrier-17 was
14        marked for identification.)
15        MR. CUTLER:  Before we do that, can
16  we go off the record and take a break?
17        MS. REAVES:  Sure.
18        MR. CUTLER:  Thank you.
19        THE VIDEOGRAPHER:  We're going off
20  record.  The time is 11:48.
21        (Whereupon, a luncheon recess was
22        taken.)
23
24
25

34 (Pages 130 - 133)

Page 134

1          AFTERNOON SESSION
2          THE VIDEOGRAPHER:  We're going back
3     on record.  The time is 12:37.
4   BY MS. REAVES:
5      Q.   All right.  So one of the things we
6   were talking about when we -- before we took a
7   break was that mental health services that TUSD
8   connects students to.
9          Do you remember that?
10     A.   Yes.
11     Q.   And so I have what's been marked as
12  Exhibit 17.
13         MS. REAVES:  Also a copy for...
14  BY MS. REAVES:
15     Q.   And so Exhibit 17 --
16         MS. REAVES:  I'm sorry, that's Tab
17     21.
18     Q.   So this is an e-mail from Jenifer
19  Regan at COPE Community Services.  Is that one
20  of the outside mental health service providers
21  that TUSD works with?
22     A.   Yes.
23     Q.   And it's sent to Julie Shivanonda,
24  and you are one of the people copied.
25         Do you see that?

Page 135

1      A.   Yes.
2      Q.   All right.
3          MS. REAVES:  And if we scroll down
4     to the page that ends in -623, so it's the
5     third page right here.  All right.
6      Q.   Now, you see that the e-mail chain
7   started with a Zoom invitation from Daniel
8   Landers @azcompletehealth, is that right?
9      A.   Yes.
10     Q.   Arizona Complete Health is
11  essentially a Medicaid provider in Arizona?
12     A.   Yes.
13     Q.   And the subject of this meeting was
14  BH in Schools - TUSD expansion.  And then we see
15  that the purpose in this meeting invitation is,
16  "TUSD has a total of 89 schools.  Approximately
17  30 schools in the TUSD district are still in
18  need of a behavioral health provider
19  relationship.  TUSD would like to meet with both
20  COPE and La Frontera to explore formally
21  expanding into the TUSD district."
22         Do you see that?
23     A.   Yes.
24     Q.   So at this time in September 2021,
25  TUSD had 89 schools?

Page 136

1      A.   Yes.
2      Q.   All right.  And 30 of them did not
3   have a relationship with a particular mental
4   health provider?
5      A.   Correct.
6      Q.   All right.  And so if a school
7   doesn't have a relationship with a particular
8   mental health provider, that means that the
9   counselors aren't consistently referring
10  students to the same provider, is that right?
11     A.   Can you rephrase?
12     Q.   Sure.
13         Earlier you said that there are a
14  couple of ways that counselors refer students
15  for mental health services.
16         Do you remember that?
17     A.   Yes.
18     Q.   Some just families can go and find
19  mental health services on their own?
20     A.   Mm-hmm.
21     Q.   Is that yes?
22     A.   Yes.
23     Q.   And then if the school has a
24  specific relationship with a mental health
25  provider, then that's a provider that the school

Page 137

1   will be referring students to for mental health
2   services?
3      A.   Only for psych-based behavioral
4   health services.  The parents, obviously, always
5   can take their students wherever.
6      Q.   Yes.
7      A.   But those are the particular
8   agencies that come out to the sites and have
9   mental health services available to students
10  on-site.
11     Q.   On site.  Okay.  And so this is
12  saying that there were 30 schools that did not
13  have those on-site mental health services?
14     A.   Correct.
15     Q.   Now, after 2021 was TUSD able to
16  expand the number of schools that had a
17  relationship with a mental health service
18  provider --
19     A.   Yes.
20     Q.   -- for on-site services?
21         Sorry.  I just need to finish the
22  question before you answer.
23         So after 2021, TUSD was able to
24  expand the number of schools that had an on-site
25  mental health service provider?

35 (Pages 134 - 137)

CONFIDENTIAL

Page 138

1    A.   Yes.
2    Q.   Okay.  And because that number of
3  schools with on-site mental health service
4  providers increased, the number of referrals to
5  those on-site mental health service providers
6  also increased?
7    A.   Yes.
8    Q.   Now, I want to talk a little bit
9  about how mental health services for students
10 are funded in TUSD.
11       Okay?
12   A.   All right.
13   Q.   And so when TUSD has these
14 relationships with these outside mental health
15 service providers, is TUSD still providing
16 funding for those services?
17   A.   No.
18   Q.   Where does the funding come from?
19   A.   So since our partnership started in
20 2019, there have been four different funding
21 sources.
22       The first, which is -- the first is
23 AHCCCS, which is the state's -- the
24 state-provided insurance.  The second one was a
25 federal Mental Health Block Grant.  The third

Page 139

1  one comes from an Arizona revised statute.  I'm
2  trying to remember what it is.  But it's
3  commonly referred to as Jake's Law.
4    Q.   Okay.
5    A.   And the fourth was money that the
6  state got for COVID relief.
7    Q.   Okay.
8    A.   Only one of those funding sources
9  remains.
10   Q.   Okay.  So let's break those down.
11       So you said AHCCCS, and the name for
12 the acronym escapes me, but AHCCCS is an acronym
13 for a state agency that provides medical
14 insurance?
15   A.   Yes.
16   Q.   And then you said there is Jake's
17 Law, which is Arizona funding for mental health?
18   A.   Yes.
19   Q.   There is --
20   A.   Not anymore.
21   Q.   That does not exist anymore.
22       When did Jake's Law stop being
23 funded?
24   A.   2023, I believe.
25   Q.   Okay.  And then there's a federal

Page 140

1  Mental Health Block Grant?
2    A.   Yes.
3    Q.   Do you know the name of that block
4  grant?
5    A.   My understanding is that's the name
6  of the -- it's Mental Health Block Grant.
7    Q.   Okay.  And then there was COVID
8  money that the state received from the federal
9  government?
10   A.   For -- yes.
11   Q.   Okay.  And you said only one of
12 those remains.
13       Which one remains?
14   A.   The AHCCCS.
15   Q.   AHCCCS.
16       Does TUSD also fund mental health
17 services using any ESSER funding, or did it?
18   A.   So ESSER funding had been used to --
19 had been used to add school counselors and
20 social workers and MTSS coordinators.  ESSER
21 funding was the -- the initial primary funding
22 source for the social emotional learning
23 department director and coordinator and
24 curriculum.
25   Q.   Okay.  But ESSER funding has now

Page 141

1  expired?
2    A.   ESSER funding has expired.
3    Q.   And ESSER funding was never used for
4  these behavioral service -- behavioral health or
5  mental health service providers?
6    A.   It was not used for anything that
7  served, like, individual students.
8    Q.   Okay.  And then are Medicaid
9  reimbursements used for any of the mental or
10 behavioral health services?
11   A.   I don't know.  Not for the
12 counseling department.
13   Q.   Does -- do the mental health
14 services TUSD provides, are any of those funded
15 by the JUUL litigation settlement?
16   A.   Peripherally in that -- so we're
17 kind of using mental health and behavioral
18 health interchangeably.
19       And so if we're looking at
20 behavioral health, then yes, the JUUL funding.
21 There's five community health workers that work
22 with individual students with substance-use
23 issues that stem from that, whether it's
24 behaviors or mental health or...
25   Q.   Okay.  And in terms of the mental

36 (Pages 138 - 141)

CONFIDENTIAL

Page 142

1 health services that TUSD provides to its
2 students, are there any other sources of funding
3 for those?
4     A.   I don't know.
5     Q.   Now, are you involved in applying
6 for grants for funding for mental health
7 services?
8     A.   I was part of the school safety
9 grant.
10     Q.   The school safety grant is the grant
11 we spoke about earlier for social workers,
12 counselors, and/or student resource officers?
13     A.   Yes.
14     Q.   Okay.  Are there any other grants
15 that you're involved in applying for to get
16 funding for mental health resources?
17     A.   No.
18         MS. REAVES:  Can we go to -- this is
19 Tab 22, and it will be Exhibit 18.
20         (Whereupon, Tucson-Carrier-18 was
21         marked for identification.)
22 BY MS. REAVES:
23     Q.   Okay.  So Exhibit 18 is an e-mail
24 from Lia Falco to you, Ms. Aguayo,
25 Ms. Shivanonda, dated September 28, 2022.

Page 143

1         Do you see that?
2     A.   Yes.
3     Q.   And it's talking about -- the
4 subject line is "Meeting follow up."  The
5 attachments we see, "MHSP-One-Pager" and
6 "Kellogg_LOI."
7         Do you know what Kellogg_LOI refers
8 to?
9     A.   I do not.
10     Q.   In the e-mail Ms. Falco writes,
11 "Julie, Rebecca, and Vanessa, Thanks again for
12 taking time to meet today.  This is just to
13 quickly summarize what we talked about so we can
14 use it as a frame of reference for our work
15 together and (hopefully) many fruitful future
16 collaborations.
17         "In addition to the SAMHSA/AWARE
18 grant opportunity, I am seeking funding to
19 support TUSD and the UA school counseling
20 program via Talk It Out."
21         Do you see that portion of this
22 e-mail?
23     A.   Yes.
24     Q.   Okay.  Now, Lia Falco is someone
25 affiliated with the University of Arizona?

Page 144

1     A.   Yes.  Dr. Falco is a professor in
2 the school counseling training program.
3     Q.   And the school counseling program at
4 the University of Arizona sometimes partners
5 with TUSD to provide -- are these the college
6 interns that TUSD sometimes has?
7     A.   Yes.
8     Q.   And so you were working together to
9 apply for a grant for her counseling interns, is
10 that right?
11     A.   I don't believe it had anything --
12 oh, well, it says, "expanding services through
13 Talk It Out," which I know counseling interns
14 do.  That's part of their coursework.
15     Q.   So Talk It Out is part of the --
16 it's a program, a counseling program that TUSD
17 does in conjunction with the University of
18 Arizona?
19     A.   Yes.  When I had -- you had brought
20 up an e-mail before that had mentioned seven
21 different agencies, like seven different
22 partnerships, but only the four are
23 school-based, Talk It Out is amongst those.
24     Q.   Okay.  And so you said four
25 school-based, Talk It Out.

Page 145

1         Out of the seven, what are the other
2 two service providers?
3     A.   At the time, because everything is
4 different now, at the time it was -- I believe
5 NAU's Tucson area had similar programming as
6 Talk It Out, where it was students that were
7 doing the -- engaging with the students --
8 sorry.  College students engaging with our K-12
9 students to complete counseling hours.
10         And Higher Ground.
11     Q.   What's Higher Ground?
12     A.   It's another behavioral health
13 resource in Tucson.
14         MS. REAVES:  Can we go to Tab 23?
15 We're going to mark this as Exhibit 19.
16         (Whereupon, Tucson-Carrier-19 was
17         marked for identification.)
18 BY MS. REAVES:
19     Q.   And Exhibit 19 is the document with
20 file name Kellogg_LOI that was attached to that
21 previous e-mail.
22         And if we look up at the text, it
23 describes the grant that you all were applying
24 for.  Okay?  So mental health --
25     A.   She was applying for the grant.

37 (Pages 142 - 145)

CONFIDENTIAL

Page 146

1    Q.   So Lia Falco was applying for a
2  grant and she was e-mailing with TUSD about the
3  grant, correct?
4    A.   Yes.  That's what the e-mail says.
5    Q.   And the grant was for a program that
6  would be working with TUSD students?
7    A.   And many other students, but yes.
8    Q.   And so was -- Dr. Falco was getting
9  your input on it, but you're saying you
10  weren't -- TUSD wasn't actually applying for the
11  grant?
12    A.   Correct.
13    Q.   Now, in this grant application
14  Ms. Falco says, "Mental health problems remain a
15  leading cause of disability among children and
16  adolescents, with estimates suggesting they
17  affect between 10 percent and 20 percent of
18  youth worldwide.  Addressing mental health needs
19  of underserved youth populations is a growing
20  priority that is met with the need to reduce
21  barriers impacting access to care."
22        Do you see that?
23    A.   I do.
24    Q.   Do you agree that addressing mental
25  health needs is something that has been a

Page 147

1  growing priority over time?
2    A.   Yes.
3    Q.   And over time, over your time as a
4  counselor, there's been an increased focus on
5  addressing people's mental health needs?
6    A.   Yes.
7    Q.   And so there have been increased
8  efforts to address the barriers that stop
9  students and others from accessing mental health
10  services?
11    A.   Yes.
12    Q.   In the next paragraph she starts,
13  "Under normal circumstances, demand for Talk It
14  Out services is consistent with other community
15  behavioral health providers.  However, lingering
16  effects on K-12 students' mental health and
17  academic development due to COVID-19 has led to
18  increasing demand for counseling, and the need
19  for additional services is becoming clear."
20        Do you see that?
21    A.   Yes.
22    Q.   Okay.  Do you agree that COVID-19
23  and the pandemic had lingering effects on K
24  through 12 students' mental health?
25        MR. CUTLER:  Object to form.

Page 148

1        THE WITNESS:  I believe that the
2  impact to students' social development due
3  to COVID-19 had -- has led to increased
4  demand for counseling and the need to
5  services -- need for additional services
6  becoming clear.
7        And I firmly believe that that is a
8  result of lack of access to direct human
9  interaction and a larger, significantly
10  larger, access to social media for primary
11  interaction.
12  BY MS. REAVES:
13    Q.   So you believe that the impact of
14  the pandemic is two parts.  The first part is a
15  result of a lack of access to direct human
16  interaction?
17    A.   Yes.
18    Q.   Okay.  And you believe that the
19  second part is larger access to social media for
20  primary interaction?
21    A.   Larger exposure.
22    Q.   Okay.  Larger exposure to social
23  media.
24        And do you have any data specific to
25  TUSD students about the amount of their exposure

Page 149

1  to social media during the COVID-19 pandemic?
2    A.   I don't have quantitative data about
3  the time spent on social media during the
4  pandemic.
5    Q.   Okay.  And, again, when you talk
6  about the exposure to social media as, in your
7  words, primary interaction, you're talking about
8  students interacting online on platforms,
9  including but also in addition to other
10  platforms besides defendants' platforms?
11        MR. CUTLER:  Object to form.
12        THE WITNESS:  Yes.
13  BY MS. REAVES:
14    Q.   For example, during the COVID-19
15  pandemic, students had classes online, right?
16    A.   They did.
17    Q.   And during the COVID-19 pandemic
18  students had to have -- if they wanted
19  individual counseling sessions, many of those
20  were held online?
21    A.   Yes, online.
22    Q.   And during the COVID-19 pandemic, if
23  students wanted to interact with friends or
24  family, a lot of that had to happen online?
25        MR. CUTLER:  Object to form.

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1        THE WITNESS:  Yes.
2  BY MS. REAVES:
3      Q.    Now, TUSD itself as a district uses
4  social media, right?
5      A.    Yes.
6      Q.    TUSD has a Facebook account?
7      A.    Yes.
8      Q.    And TUSD has an Instagram account?
9      A.    Yes.
10     Q.    TUSD has a YouTube page?
11     A.    I believe so.
12     Q.    Do you know of any other social
13  media accounts that TUSD as a district has?
14     A.    As a whole district I'm not
15  completely sure.  I know that sometimes schools
16  will have different social media accounts.
17     Q.    And in addition to schools, there
18  are even some counseling departments within
19  schools that have social media accounts?
20     A.    Yes.  I can think of one that I know
21  of.  I'm not saying there aren't others.
22     Q.    Which is the one that you know of
23  that has a counseling -- social media account
24  for the counseling department?
25     A.    I'm thinking specifically of two

Page 151

1  Tucson High's college and career Instagram.
2      Q.    Okay.  And so TUSD educators
3  sometimes use social media to engage with TUSD
4  students?
5      A.    Yes, because that's where they are,
6  that's where they spend their time, so that's
7  how we are able to communicate with them.
8      Q.    Okay.  And TUSD educators sometimes
9  use social media to communicate with each other?
10     A.    I don't know.
11         MS. REAVES:  Could we go to, this is
12  Tab 26, which will be Exhibit 20.
13         (Whereupon, Tucson-Carrier-20 was
14         marked for identification.)
15  BY MS. REAVES:
16     Q.    All right.  So Exhibit 20 is an
17  e-mail at the top from Tonya Haley.
18         Do you know who Tonya Haley is?
19     A.    Yes.
20     Q.    Who is that?
21     A.    She is our district 504 coordinator.
22     Q.    And sent to Renee Ibarra.
23         Do you know who Renee Ibarra is?
24     A.    Yes.
25     Q.    Who is that?

Page 152

1      A.    A school counselor at Sabino High
2  School.
3      Q.    And the subject is "RE:
4  Clarification - on campus expectations for
5  Counselors."
6         If we go to the third paragraph, do
7  you see where it says, "We have a Facebook group
8  to recruit people and voice our issues and come
9  together to advocate for issues.  TUSD School
10  Counselors and Social Workers.  It is a group
11  for school counselors and social workers working
12  in TUSD.  It is designed to share lessons,
13  ideas, resources, and bring us together as a
14  group to advocate for our roles and professions
15  and ensure counselors and social workers are
16  being used appropriately in their jobs.'"
17         Do you see that?
18     A.    Yes.
19     Q.    At least as of October 2020 TUSD
20  counselors had social media that they used to
21  communicate with each other at work?
22         MR. CUTLER:  Object to form.
23         THE WITNESS:  Yes, if that's what
24  the e-mail says.  I believe Tonya.
25         ///

Page 153

1  BY MS. REAVES:
2      Q.    There's no policy against TUSD
3  counselors having social media to communicate
4  with each other?
5      A.    No.  I just -- since I'm not a part
6  of this e-mail communication, at this point
7  anyway, I don't want to confirm something I
8  don't know completely to be true.
9      Q.    That's fair.
10         And to be clear, if you want to look
11  at the back, this is a document that's in your
12  custodial file that was produced to us.
13         Now, are you familiar with the
14  Yellow Ribbon Club?
15     A.    No, I am not.
16     Q.    Do you know if TUSD has any student
17  groups with social media accounts?
18     A.    I don't -- I don't know.
19         MS. REAVES:  I want to go to -- this
20  is Tab 27, Exhibit 21.
21         (Whereupon, Tucson-Carrier-21 was
22         marked for identification.)
23  BY MS. REAVES:
24     Q.    And so Exhibit 21 is an e-mail.
25  It's from Ms. Shivananda, sent on October 31,

39 (Pages 150 - 153)

CONFIDENTIAL

Page 154

1 2023, to you and to Ms. Aguayo, with a subject
2 FW: GYC Mental Health Collaboration - Request
3 for short presentation to high school
4 counselors.
5        Do you see that?
6    A.  I do.
7    Q.  And this talks about -- attachment
8 here is Yellow Ribbon Club Toolkit 2023.
9        Do you see that?
10    A.  Yes.
11    Q.  And then the e-mail says, "Hi
12 Rebecca, Please see the information below about
13 a Toolkit to get mental health/suicide
14 prevention clubs up and running at a school."
15 Redacted, "would like to speak to high school
16 counselors for 5-10 minutes, would there be a
17 few available at the November 30th meeting?
18 Thanks."
19        Do you see that?
20    A.  Yes.
21    Q.  Now, does this -- this toolkit that
22 Ms. Shivananda was providing was a guide for how
23 students could start a mental health-focused
24 club, is that right?
25    A.  Yes.

Page 155

1    Q.  And let's go to the next document
2 that has the attachment.  This is Tab 28, we'll
3 call it Exhibit 22.
4    A.  And with this context, I do
5 remember.
6    Q.  Okay.
7        (Whereupon, Tucson-Carrier-22 was
8        marked for identification.)
9 BY MS. REAVES:
10    Q.  And so the Yellow Ribbon Club
11 Toolkit is the guide that -- we can see at the
12 top it says, "This Toolkit provides resources,
13 guidance, and best practices for students
14 interested in starting a Yellow Ribbon Club at
15 their school."
16        Do you see that?
17    A.  Yes.
18    Q.  What a Yellow Ribbon Club is is it's
19 a group dedicated to preventing youth and teen
20 suicide, is that right?
21    A.  Yes.
22    Q.  And if we look at the second page of
23 this document in the Toolkit, one of the ways
24 that's suggested for students to start this
25 mental health-focused club is advertising a club

Page 156

1 through social media.
2        Do you see that?
3    A.  Yes.
4    Q.  Now, there's certainly no policy
5 against students using social media for their
6 clubs, is there?
7    A.  Not that I know of.
8    Q.  Now, and this particular group is
9 focused on mental health and promoting it
10 through social media, right?
11        MR. CUTLER:  Object to form.
12        THE WITNESS:  I don't -- I don't
13    remember the exact definition of the
14    group, but my understanding is that it
15    was, you know, a student club that would
16    primarily meet and do in-person
17    activities.  This is -- this is for
18    awareness and recruitment, correct?
19 BY MS. REAVES:
20    Q.  Yes.  To recruit students to this
21 group focused on mental health, one of the
22 strategies is recruiting through social media?
23    A.  Yes.
24    Q.  All right.  Do you personally use
25 social media?

Page 157

1    A.  Yes.
2    Q.  Okay.  Which platforms do you use?
3    A.  Facebook, Instagram, TikTok, and
4 Snapchat.
5    Q.  Do you also use YouTube?
6    A.  "Use" is a strong word.  I have
7 accounts.
8    Q.  Okay.  So you have accounts with
9 Facebook, Instagram, Snapchat, and TikTok?
10    A.  Yes.  And I have a Gmail, so I think
11 that links to YouTube.
12    Q.  All right.  And what do you
13 typically use YouTube for?
14    A.  So I -- really work, motivational
15 speakers.  Actually, that's probably it for work
16 is motivational speakers.  Maybe I'll follow a
17 link for some content.  But mostly I watch it
18 to -- use it to watch movie trailers and to fix
19 things around my house.
20    Q.  How often do you use YouTube?
21    A.  Once a month maybe.
22    Q.  And do you have children?
23    A.  I do.
24    Q.  How old are they?
25    A.  16 and 21.

40 (Pages 154 - 157)

CONFIDENTIAL

1    Q.   Do your 16 and 21-year-old -- let's
2  focus on the 16-year-old.
3         Does the 16-year-old have a
4  cellphone?
5    A.   He does.
6    Q.   Is it a smartphone?
7    A.   It is.
8    Q.   And when did he get the smartphone?
9    A.   He got it when he started middle
10 school.
11   Q.   Have you ever implemented screen
12 time limits on the phone?
13   A.   Yes.
14   Q.   What limits did you implement?
15   A.   He had -- well, it wasn't screen
16 time specifically, but it was blocking games and
17 internet searches.  And then I let him get one
18 social media account, and then it would block
19 that.
20   Q.   Which social media account did you
21 allow him to get?
22   A.   Instagram.
23   Q.   And then have you ever restricted
24 the total number of hours that your son can
25 spend online?

1    A.   Yes.
2    Q.   What do you restrict it to?
3    A.   At the time it was -- in middle
4  school it was an hour a day.  Now it's two.
5    Q.   And how do you implement that
6  restriction?
7    A.   I have it blocked.  I have Apple and
8  I can...
9    Q.   So the device level setting allows
10 you to block the amount of time your child is
11 using on social media?
12   A.   Yes.
13   Q.   Okay.  And then do you ever place
14 restrictions on the time of day that your son
15 can use social media?
16   A.   He loses access to anything online
17 at bedtime.
18   Q.   Do you restrict particular apps at a
19 time of day?
20   A.   I mean, he can't use anything that
21 requires being online after 9:00 o'clock at
22 night.
23   Q.   Okay.  Now, you said you also have a
24 21 year old?
25   A.   Yes.

1    Q.   When that 21 year old was a minor,
2  did that 21 year old have a smartphone?
3    A.   Yes.
4    Q.   And this is your daughter, you said?
5    A.   Son.
6    Q.   Your son.  Okay.
7         When your son was a minor, your
8  older son was a minor, when did he get the
9  smartphone?
10   A.   Same time, started middle school.
11   Q.   And when your older son was a minor,
12 did you implement screen time limits?
13   A.   Did I... yes.
14   Q.   And when your older son was a minor,
15 what screen time limits did you implement?
16   A.   I don't remember.  He never got in
17 any trouble.
18   Q.   When your older son was a minor, did
19 he have any social media apps?
20   A.   He might -- he did.  He got
21 Instagram in high school.
22   Q.   When your older son was a minor, did
23 he have any other social media apps?
24   A.   I made him get a Facebook.
25   Q.   When you say you "made him get a

1  Facebook," what do you mean?
2    A.   I mean that that was how he -- how
3  he was able to maintain contact with some
4  extended family.
5    Q.   Now, and when you talked about
6  your -- it's two sons?
7    A.   Two sons.
8    Q.   Okay.  When your younger son and
9  your older son were using social media, do your
10 younger son and your older son use YouTube?
11   A.   I don't know.
12   Q.   And do either of your children still
13 use social media platforms?
14   A.   Yes.  They both still have their
15 Instagram.
16   Q.   And do either of your children use
17 any other social media platforms currently?
18   A.   Not that I know of.  Unfortunately
19 social media makes it easy to create fake
20 accounts, duplicate accounts, using them on
21 other devices.
22   Q.   So when you say that you don't know
23 whether or not your children have used YouTube,
24 you don't know whether they've used YouTube for
25 educational purposes?

41 (Pages 158 - 161)

CONFIDENTIAL

Page 162

1    A.   I can say with a fair amount of
2  confidence that they have watched sports.  I
3  have not seen an assignment from a teacher that
4  required any YouTube.  That's not to say they
5  don't exist.  Same thing, movie trailers.
6         My older son has probably used it
7  for, you know, DIY tasks.
8    Q.   Okay.  And you testified that you
9  put limits on your children's devices to prevent
10 them from downloading certain apps or accessing
11 certain websites, is that right?
12   A.   Yes.
13   Q.   Which apps or what websites do you
14 prevent them from accessing?
15   A.   So they can't download any apps
16 without it going through me first and so I need
17 to approve any apps that are downloaded, so I
18 would know if they tried to get -- for that
19 route, I would know if, you know, they tried to
20 download TikTok or Snapchat or, you know,
21 something besides the Instagram.
22        And then, sorry, what was the other
23 part?
24   Q.   Any apps or websites.  I think you
25 covered it.

Page 163

1    A.   Okay.
2    Q.   And have you ever asked any of the
3  defendants in this case to modify anything about
4  their platforms?
5    A.   Can you provide more context,
6  please?
7    Q.   Have you ever reached out to
8  Facebook, Instagram, Snapchat, TikTok, or
9  YouTube and asked them to change something about
10 their platforms?
11   A.   No.
12   Q.   Now, you have test- -- not
13 testified.
14        You've from time to time been
15 interviewed about your beliefs about the impact
16 of social media on young people, is that right?
17   A.   Yes.
18   Q.   TUSD has its own ChitChat podcast?
19   A.   Yes.  I don't know if it still does.
20   Q.   Okay.  But you were interviewed for
21 a podcast for TUSD about the alleged impact of
22 mental health on students?
23   A.   Yes.
24   Q.   And then you've also responded to
25 news requests on behalf of the district to talk

Page 164

1  about the alleged impact of social media on
2  students?
3    A.   Yes.
4    Q.   All right.  When you have provided
5  your opinions in those interviews, do you have
6  any data that supports your opinion that social
7  media has impacted the mental health of TUSD
8  students?
9    A.   I have 20 years' worth of experience
10 in qualitative data.  Nothing quantitative.
11   Q.   And do you have data on how often
12 TUSD students are using their phones?
13   A.   I do not.
14   Q.   Do you have data on how often TUSD
15 students are using defendants' platforms as
16 opposed to doing other things on their phones?
17   A.   I do not.
18   Q.   Do you have data on the mental
19 health diagnoses of TUSD students?
20   A.   I do not, as that would be both a
21 HIPAA and a FERPA violation.
22   Q.   Okay.  And do you have data on the
23 causes of mental illness for any students due to
24 mental illness?
25   A.   I do not, it would be a HIPAA and

Page 165

1  FERPA violation.
2    Q.   When you opine that social media has
3  an impact on students' mental health, how do you
4  determine what is caused by social media and not
5  by one of the many other factors that impact
6  mental health?
7    A.   Well, as far as data goes, there is
8  national data that supports the correlating
9  growth between diagnoses of anxiety, depression,
10 suicidal ideation that correlate with the growth
11 of social media, but I'm sure you have all that
12 information.
13        I am -- I have spent time with so
14 many students and so many teachers, and I see
15 and hear the effects that social media is
16 having.  I see what happens when kids are told
17 to -- You should just kill yourself.
18        I see what happens when kids are
19 getting targeted through Snapchat and other
20 platforms where predators are able to have
21 access to them and they just don't necessarily
22 know better than to give out some identifying
23 information.
24        I've seen TikTok challenges that
25 break the law and put students in danger.

CONFIDENTIAL

Page 166

1    And I can't quantify a percentage of
2 time that indicates those, but I can -- I can
3 tell you that, you know, we talk a lot about
4 adverse childhood experiences, and the -- a lot
5 of adverse childhood experiences we are seeing
6 start as a result of social media content and
7 exposure.
8    Q.   So I want to follow up on a couple
9 of those things.
10    So one of the examples you provided
11 are, for example, you said if a kid is told, You
12 should just kill yourself or children being
13 targeted on Snapchat.
14    Do you remember that?
15    A.   Yes.
16    Q.   Okay.  So you're talking about
17 incidents where a student or some other person
18 is harassing or bullying a student online?
19    A.   Yes, or many students who are able
20 to do so anonymously.
21    Q.   Okay.  And again it's either a
22 student posting or messaging content online, is
23 that right?
24    A.   Yes.
25    Q.   Okay.  Are you aware of anything

Page 167

1 that the social media platforms themselves do to
2 cause this bullying or harassment?
3    A.   Yes.  I am aware of the filters that
4 can have a direct impact on body dysmorphia.  We
5 run -- I am aware of times in the past where
6 counselors have run groups that are specifically
7 for young women who lack strength and confidence
8 and ability to stand up for themselves because
9 of body dysmorphia and needing to look like the
10 people they see online that are provided to them
11 through targeted ads.
12    Q.   Okay.  So I want to -- we can talk
13 about that.
14    I want to go back to, when we're
15 talking about the bullying that happens through
16 messages or posts, that's a student or some
17 other person messaging or posting content to a
18 student or another person, right?
19    A.   Yes.
20    MR. CUTLER:  Object to form.
21 BY MS. REAVES:
22    Q.   And then another type of problematic
23 behavior that you see online is you mentioned
24 TikTok challenges?
25    A.   Yes.

Page 168

1    Q.   All right.  And the TikTok
2 challenges you're referencing are ones where
3 students will be posting behavior online that
4 they have done in the real world that is not
5 lawful?
6    A.   Yes.
7    Q.   Okay.  And your understanding is
8 it's students are doing unlawful activity in
9 person?
10    A.   Yes.
11    Q.   Then you talked about filters and
12 your belief that filters have a direct impact on
13 body dysmorphia, is that right?
14    A.   Yes.
15    Q.   Now, do you have any data to support
16 your conclusion that body dysmorphia is caused
17 by these filters?
18    A.   I do not personally have that data.
19 I am aware of correlation data that exists that
20 aligns the two, but I do not have that data.
21    Q.   And again, when you talked about
22 filters and groups with -- your example was
23 young women who are looking at things that are
24 happening online, young women are often looking
25 at content that is posted by other people and

Page 169

1 trying to align themselves with the beauty
2 standard online, is that right?
3    MR. CUTLER:  Object to form.
4    THE WITNESS:  I'm sure that's a part
5    of it.  I know that when I'm on Facebook
6    the majority of what I see are targeted
7    ads.  I'm guessing it's same for them.
8 BY MS. REAVES:
9    Q.   Okay.  And so when you say that,
10 you're assuming that there are targeted ads that
11 are providing harmful content to young people?
12    MR. CUTLER:  Is that a question?
13    MS. REAVES:  It is a question.
14    THE WITNESS:  Can you rephrase it,
15    please?
16 BY MS. REAVES:
17    Q.   So you're assuming that there are
18 targeted ads that are providing harmful content
19 to young people?
20    MR. CUTLER:  Object to form.
21    THE WITNESS:  I understand there to
22    be targeted ads that can be harmful to
23    young people, yes.
24 BY MS. REAVES:
25    Q.   And what's your basis for believing

43 (Pages 166 - 169)

CONFIDENTIAL

Page 170

1 that there are targeted ads that are harmful to
2 young people?
3     A.   I see them.  I see the ads.  I see
4 the people.  I see my own social media.
5     Q.   And when you say "targeted ads,"
6 what's your basis for believing that these are
7 targeted in some way?
8     A.   My understanding is that every
9 interaction a student makes -- a person makes
10 online is somehow logged and lends itself to
11 whatever algorithms.  You know, advertisers are
12 going to be able to make money off that student
13 based on their interests and preferences and web
14 browsing.
15     Q.   So when you talk about targeted ads,
16 you're talking about the algorithms that you
17 believe these platforms use --
18     A.   Yes.
19     Q.   -- to provide content?
20     A.   Yes.
21     Q.   Okay.
22         MS. REAVES:  Can we take a quick
23 break?
24         MR. CUTLER:  Sure.
25         MS. REAVES:  Five minutes.

Page 171

1         THE VIDEOGRAPHER:  We're going off
2     record.  The time is 1:22.
3         (Whereupon, a recess was taken.)
4         THE VIDEOGRAPHER:  We're going back
5     on record.  Time is 1:32.
6 BY MS. REAVES:
7     Q.   So, Ms. Carrier, there are many
8 reasons why students have problems with mental,
9 social, emotional behavioral health, right?
10     A.   Yes.
11     Q.   One of the things that you mentioned
12 was adverse child experiences?
13     A.   Yes.
14     Q.   Sometimes people say adverse child
15 events?
16     A.   I only know of experiences, but I'm
17 sure they do.
18     Q.   And those are -- adverse child
19 experiences are traumatic things that can happen
20 when you're a child?
21     A.   Yes.
22     Q.   And these traumatic things that can
23 happen when you're a child, data shows that they
24 have a significant impact on your mental health?
25     A.   Yes.

Page 172

1     Q.   And also on academic performance?
2         Is that yes?
3     A.   Yes.
4     Q.   And they can have lifelong impacts
5 on a person?
6     A.   Yes.
7     Q.   And adverse child experiences
8 include things like having a family member who
9 has died unexpectedly or killed?
10     A.   Yes.
11     Q.   Adverse child experiences include
12 knowing someone who has committed suicide?
13     A.   Yes.
14     Q.   Adverse child experiences include
15 being involved in a traffic accident?
16     A.   Yes.
17     Q.   Adverse child experiences include
18 being a victim of or being a witness to an
19 assault or another crime?
20     A.   Yes.
21     Q.   Adverse child experiences include
22 being a victim of or witness to domestic
23 violence?
24     A.   Yes.
25     Q.   Adverse child experiences include

Page 173

1 growing up in a household where someone is
2 addicted to alcohol or a drug?
3     A.   Yes.
4     Q.   Adverse child experiences include --
5 adverse child experiences include a lot of
6 things, right?
7     A.   Yes.
8     Q.   And all of these factors can lead to
9 mental health problems and academic problems in
10 children?
11     A.   Yes, and they also lead students to
12 be more susceptible to outside influences when
13 they don't have that stable family environment.
14     Q.   Now, other factors that can impact
15 students' mental health are things like poverty?
16     A.   Yes.
17     Q.   So there's -- growing up in a
18 household where the family is struggling to try
19 to pay the bills, that can be something that
20 impacts mental health?
21     A.   Yes.
22     Q.   And it can also impact mental health
23 if you grow up either without a stable home or
24 where you have to move frequently, right?
25     A.   Yes.

44 (Pages 170 - 173)

CONFIDENTIAL

1    Q.   And TUSD -- almost all of TUSD
2  schools have at least some students who are
3  homeless?
4    A.   Yes.
5    Q.   TUSD has its own department focused
6  on providing services to homeless students?
7    A.   Yes.
8    Q.   Now, we talked about growing up in a
9  household where family members are using --
10  substance abuses that can impact the children
11  who aren't even using those substances, right?
12    A.   Yes.
13    Q.   But also at times there are young
14  people who themselves are abusing substances, is
15  that right?
16    A.   Yes.
17    Q.   Okay.  And that's something that
18  also impacts your mental health?
19    A.   Yes.
20    Q.   And substance abuse also impacts
21  academic performance?
22    A.   Yes.
23    Q.   We live in a world that is sometimes
24  racist and discriminatory, right?
25    A.   Yes.

1    Q.   And this is something that is
2  sometimes a concern for students at TUSD, right?
3    A.   Yes.
4        MS. REAVES:  I want to pull up --
5  this is Tab 36.  We're on Exhibit 23.
6        (Whereupon, Tucson-Carrier-23 was
7        marked for identification.)
8  BY MS. REAVES:
9    Q.   All right.  So Exhibit 23 is an
10  e-mail sent from Kimberly Lamadrid.
11        Do you know who that is?
12    A.   Yes.
13    Q.   Who is that?
14    A.   Former counselor at Pueblo High
15  School.
16    Q.   Okay.  And it's sent to you,
17  Ms. Aguayo, and copies a few other people.  The
18  subject is Native American Imagery in Pueblo
19  Athletics.
20        Do you see that?
21    A.   Yes.
22    Q.   And so the e-mail to you says, "Good
23  evening Rebecca and Vanessa, Thank you for
24  meeting with me today.  I have included Alicia
25  (Pueblo's Senior counselor) and Amanda (Cross

1  country and Track coach at Pueblo) in this
2  e-mail because they have been strong advocates
3  for our students at Pueblo, and I want to keep
4  them in the loop.
5        "As I mentioned earlier, before
6  spring break, I received a text from one of the
7  girls on the cross-country team telling me to
8  check our xc" -- that's cross-country --
9  "Instagram page.  I have included a screenshot
10  of the comment she wanted me to see to this
11  e-mail.  Following that text message, I reached
12  out to Alicia because I was informed that she
13  has a good relationship with the student who
14  wrote the comment and requested that she
15  schedule a meeting with myself and Amanda."
16        Now, skipping a couple lines,
17  "Alicia, Amanda, Imelda (an English teacher at
18  Pueblo), and I were present in the meeting in
19  which the student and their sibling expressed
20  concerns with imagery that is used in Pueblo
21  Athletics because it is dehumanizing to the
22  Native American community."
23        So this e-mail that you got was
24  about -- was from a counselor raising a concern
25  that the counselor had gotten from some

1  students, is that right?
2    A.   Yes.
3    Q.   Okay.  And the student's concern was
4  that the school's Instagram page, the
5  cross-country Instagram page, had imagery on it
6  that was dehumanizing to the Native American
7  community?
8        MR. CUTLER:  Object to form.
9        THE WITNESS:  Yes.
10  BY MS. REAVES:
11    Q.   Okay.  And TUSD has Native American
12  students?
13    A.   Yes.
14    Q.   TUSD has students who care about
15  Native American students?
16    A.   Yes.
17    Q.   And so having your school use
18  imagery that you consider dehumanizing, that can
19  impact how a student feels about themselves?
20        MR. CUTLER:  Object to form.
21        THE WITNESS:  Can you -- I'm sorry,
22  can you rephrase?  It helps me if you ask
23  questions.
24  BY MS. REAVES:
25    Q.   So if TUSD has students who attend a

45 (Pages 174 - 177)

CONFIDENTIAL

Page 178

1  school --
2      A.  Yes.
3      Q.  -- where the imagery from their
4  school is dehumanizing, that can impact a
5  student's mental health?
6      A.  I believe so.
7      Q.  And --
8      A.  But I don't know the source of this
9  Instagram.  I don't know who created it, if it
10 was a student created Instagram, if it was a
11 teacher created Instagram.  Since the platforms
12 don't offer any parameters as to what they can
13 be created for and by, I have no way of knowing.
14     Q.  Okay.  So to be clear, we can read
15 it again, "the student and their sibling
16 expressed concerns with imagery that is used in
17 Pueblo Athletics because it is dehumanizing to
18 the Native American community."
19         Did I read that right?
20     A.  Yes.
21     Q.  So the complaint that was expressed
22 was about the imagery that Pueblo Athletics
23 uses, right?
24     A.  Yes.
25     Q.  And Pueblo Athletics is the

Page 179

1  athletics department of a Tucson high school?
2      A.  Yes.
3      Q.  So these students are saying that
4  the imagery that Tucson high school uses they
5  find dehumanizing to the Native American
6  community?
7          MR. CUTLER:  Object to form.
8          THE WITNESS:  I believe that's what
9      the e-mail is saying.
10 BY MS. REAVES:
11     Q.  And then if we keep reading the
12 e-mail, "During spring break, I did some
13 research because I wanted to educate myself on
14 these issues and found supporting evidence to
15 the statements the students made during the
16 meeting.  I have included the links to the
17 articles in this e-mail.
18         "In addition, one of the students
19 signed to play softball at the collegiate level
20 and had a signing party.  The student explained
21 that they asked our tech person" -- and they say
22 who the tech person is -- "to use their correct
23 pronouns (they/them) in the post.  The student
24 was ignored, and the student commented on the
25 post expressing their correct pronouns."

Page 180

1          Do you see that portion?
2      A.  Yes.
3      Q.  So the other concern that was raised
4  with this counselor was that the tech person for
5  Pueblo Athletics was refusing to use the
6  student's proper pronouns?
7          MR. CUTLER:  Object to form.
8          THE WITNESS:  I don't know if they
9      refused or if it was an oversight.  I
10     can't speak to their motivation.
11 BY MS. REAVES:
12     Q.  Okay.  So setting aside motivation,
13 the concern the student expressed was that the
14 Pueblo Athletic page did not use their
15 appropriate pronouns?
16         MR. CUTLER:  Object to form.
17 BY MS. REAVES:
18     Q.  Right?
19     A.  In a post.  So I don't know what
20 that post was to.
21     Q.  We can read it again.
22         "The student explained that they
23 asked our tech person (...assuming it was
24 Adalberto) to use their correct pronouns in the
25 post.  The student was ignored, and the student

Page 181

1  commented on the post expressing their correct
2  pronouns.  I have included screen shots of that
3  conversation in addition to the link to our
4  Pueblo Athletics Twitter in which you can see
5  that the post has not been edited.  As a
6  counselor and coach, I will not ignore the needs
7  of my students and will not stand by a culture
8  that is dehumanizing to any one of my students."
9          Did I read that right?
10     A.  Yes.
11     Q.  Okay.  And so the student said --
12 the student was expressing that they had a
13 signing to play softball at the collegiate
14 level, right?
15         MR. CUTLER:  Object to form.  The
16     document says what it says.
17 BY MS. REAVES:
18     Q.  You can answer.
19     A.  Yes.
20     Q.  And Pueblo Athletics made a post
21 about that signing, right?
22     A.  According to this e-mail, yes.
23     Q.  And in that post Pueblo Athletics
24 did not use the student's correct pronouns?
25     A.  That's what the e-mail says.

46 (Pages 178 - 181)

CONFIDENTIAL

1    Q.   And in this e-mail, even after the
2  student corrected the post, expressed their
3  concerns, the post was not changed to use their
4  correct pronouns?
5       MR. CUTLER:  Object to form.
6  Foundation.
7       THE WITNESS:  That's -- I don't know
8    timing, if it was ever changed, but at the
9    time of this e-mail, it appears they were
10   not changed.
11 BY MS. REAVES:
12   Q.   Okay.  And the reason you were
13 receiving this e-mail is because Kimberly
14 Lamadrid said, "As a counselor and coach, I will
15 not ignore the needs of my students and will not
16 stand by a culture that is dehumanizing to any
17 one of my students."
18      Right?
19      MR. CUTLER:  Object to form,
20   speculation, foundation.
21      THE WITNESS:  That's what it says.
22 BY MS. REAVES:
23   Q.   And so when counselors and coaches
24 are reaching out to you about their students
25 feeling dehumanized, that raises a concern about

1  the mental health of those students?
2    A.   That is correct.
3    Q.   And unfortunately, from time to time
4  you receive these sorts of complaints or
5  concerns about how students feel they're being
6  treated in TUSD schools?
7       MR. CUTLER:  Object to form.
8       THE WITNESS:  Yes.
9       MS. REAVES:  Can we go to Tab 37,
10   please?  This will be Exhibit 24.
11      (Whereupon, Tucson-Carrier-24 was
12      marked for identification.)
13      THE WITNESS:  I wonder about -- one
14   more thing on this e-mail is at the
15   beginning it says "Instagram," at the
16   bottom it says "Twitter."  I don't know if
17   there are separate posts or if a lot of
18   this information is secondhand and not
19   accurate.
20 BY MS. REAVES:
21   Q.   This information was provided to you
22 by one of your counselors.
23   A.   Yes, yes.  I understand.
24   Q.   Do you have a copy of Exhibit 24?
25      MR. CUTLER:  Here.

1 BY MS. REAVES:
2    Q.   This document is from you, Rebecca
3  Carrier, to Russell Doty?
4    A.   Yes.
5    Q.   Who is Russell?
6    A.   Former principal of Sabino High
7  School.
8    Q.   The subject line is Fw: Racism And
9  Homophobia In Our Schools.
10      Do you see that?
11   A.   Yes.
12   Q.   And you are writing out to Mr. -- to
13 Principal Doty saying, "Good Morning, Mr. Doty,
14 Vanessa Aguayo" -- I think you mean and I --
15 "both received a copy of the email below.  Can
16 you please update us on the status of the
17 situation?"
18      Do you see that?
19   A.   Yes.
20   Q.   And then if we turn to the next
21 page, we see the e-mail that you were forwarding
22 to the Sabino High School principal, right?
23   A.   Yes.
24   Q.   And the subject line is Racism And
25 Homophobia In Our Schools.

1       Do you see that?
2    A.   Yes.
3    Q.   And the person who sent you this
4  e-mail was a student?
5    A.   I don't know.
6    Q.   Do you recall?
7    A.   Does it say self point?  I don't
8  recall.
9    Q.   Do you recall receiving this e-mail?
10   A.   No.  It's November of 2020.
11   Q.   Okay.  Do you receive a lot of these
12 e-mails?
13   A.   I receive a lot of e-mails, period.
14   Q.   So this e-mail says, "To whom it may
15 concern, Tonight I was added to a group chat
16 among students at Sabino, who seemed to be
17 having a 'political' debate.  As I'm sure we all
18 know, the past few months have been incredibly
19 revealing in terms of the 'political' and social
20 beliefs of high school students, especially
21 since the start of this year's election.  I
22 would like to make it clear that I understand
23 political beliefs will always be controversial,
24 and that they cannot be reason for punishment.
25 However, I am writing to you today out of

47 (Pages 182 - 185)

CONFIDENTIAL

Page 186

1  concern for the culture of racism, sexism and
2  extreme homophobia that the Sabino campus has
3  bred."
4        Do you see that?
5      A.   Yes.
6      Q.   Do you remember a student reaching
7  out to you about what that student felt was a
8  culture of racism, sexism, and extreme
9  homophobia at Sabino High School?
10        MR. CUTLER:  Object to form,
11     foundation.
12        I don't see where this went to her.
13        THE WITNESS:  I don't specifically
14     remember this situation just because of
15     how long ago it was.
16  BY MS. REAVES:
17     Q.   Okay.  Have you previously gotten
18  reports or concerns about sexism, racism, or
19  homophobia involving Sabino High School?
20        MR. CUTLER:  Object to form, and
21     laughing at the beginning of the question.
22        THE WITNESS:  Was the question do I
23     frequently get these?
24  BY MS. REAVES:
25     Q.   Have you previously gotten reports

Page 187

1  or concerns about sexism, racism, or homophobia
2  at Sabino High School?
3      A.   These are conversations that are had
4  with counselors regularly.  They're not
5  specific, necessarily, to Sabino unless
6  something like this comes up, in which case it's
7  addressed with the principal and counselor.
8      Q.   So you have heard of concerns of
9  sexism, racism, and homophobia at different
10  schools across TUSD?
11     A.   Sure, yes.
12     Q.   And in this particular one, let's go
13  to the second paragraph, it starts, "These
14  students all made racist, xenophobic,
15  homophibic" -- homophobic -- "and sexist
16  comments.  While I unfortunately do not have as
17  many screenshots as I would like to (due to the
18  nature of the app) I have attached just a few
19  examples.
20        "The more pressing issue, however,
21  is that collectively these students threatened
22  violence against multiple LGBTQ members of the
23  group and stated we should 'watch our backs
24  because we're lucky they don't come to school
25  and shoot every Black Lives Matter supporter

Page 188

1  they see.'  Another more specific example is" --
2  redacted students -- "repeated use of homophobic
3  and ableist slurs."
4        And at the bottom of that paragraph
5  it says, "There have always been jokes about the
6  privileged white student body Sabino has, but in
7  the past year, we have come to be known among
8  teens as one of the most racist schools in
9  TUSD."
10        Do you see that portion?
11     A.   I do.
12     Q.   What was TUSD's response to learning
13  that there were students who felt like they were
14  being threatened with violence because of their
15  identities?
16        MR. CUTLER:  Object to form,
17     foundation.
18        THE WITNESS:  My practice is to make
19     sure that the site administrators are
20     aware that this is happening so that they
21     can make the appropriate decisions as far
22     as discipline, law enforcement
23     involvement, etcetera.
24  BY MS. REAVES:
25     Q.   The school administrators at that

Page 189

1  principal or assistant principal level who are
2  supposed to be addressing these issues?
3        MR. CUTLER:  Object to form.
4        THE WITNESS:  Yes.
5  BY MS. REAVES:
6      Q.   And then at the bottom, starting in
7  the middle of the last paragraph, here the
8  student says, "This is not the first time I have
9  experienced a micro aggression at the hands of
10  TUSD students (or faculty for that matter).
11  This is not the first time I have had to report
12  a threat of violence to the school safety tip
13  line.  This is not the first time I have reached
14  out to administrators about foul behavior and
15  been silenced.  As a woman of color, I am
16  terrified of what will happen when these
17  students graduate, and I am beyond embarrassed
18  to tell people I go to school in a district that
19  is doing next to nothing about it."
20        Do you see that?
21     A.   Yes.
22     Q.   I understand your testimony that you
23  don't remember this particular incident, but
24  it's fair to say that a student who is
25  embarrassed to attend TUSD because, according to

48 (Pages 186 - 189)

CONFIDENTIAL

Page 190

1 that student, TUSD is doing next to nothing
2 about racism, sexism, homophobia, that student
3 isn't having a positive experience at school,
4 right?
5        MR. CUTLER:  Object to form,
6     foundation, incomplete hypothetical,
7     vague, calls for speculation.
8        THE WITNESS:  That's what the e-mail
9     implies.
10 BY MS. REAVES:
11    Q.   And students who are experiencing
12 racism, sexism, homophobia at school and feel
13 that the administrators at school don't address
14 it, that can impact a student's performance at
15 school?
16        MR. CUTLER:  Object to form,
17     foundation, incomplete hypothetical, calls
18     for speculation.
19        THE WITNESS:  It could.  In this
20     particular instance, it looks to me like
21     this issue was greatly amplified through
22     use of -- I believe it said Instagram,
23     including threats of violence.
24        This was likely a school resources.
25     I'm guessing that every single one of

Page 191

1     these students needed discipline.
2     Possibly law enforcement was involved.
3        And of course this is a cultural
4     issue that needs to be addressed at the
5     site and district level, but the time that
6     school staff had to spend addressing the
7     result that the Instagram post created was
8     probably significant, just based on what
9     I'm reading in this e-mail.
10 BY MS. REAVES:
11    Q.   Okay.  Just to be clear, the
12 number -- the word "Instagram" is not in this
13 post?
14    A.   Oh.  What does it say at the
15 beginning?  I -- let me check this.
16    Q.   It starts with, "Tonight I was at a
17 group chat among students at Sabino."
18        Do you see that at the beginning?
19    A.   Yes.
20    Q.   Okay.  And when you talk about
21 Sabino --
22        MR. CUTLER:  I think she was looking
23     for something to say something.  I know
24     you want to cut her off.
25        Were you wanting to clarify

Page 192

1     something?
2        THE WITNESS:  No.
3 BY MS. REAVES:
4    Q.   So I think what you were talking
5 about is the idea that the forum where some of
6 this sexist, racist, homophobic content was
7 being communicated was in this group chat, is
8 that right?
9    A.   Yes.
10    Q.   Okay.  But the student is
11 complaining about the content of those
12 communications in the group chat, right?
13    A.   Yes.
14    Q.   Okay.  And the student is
15 complaining about the school district's response
16 to that content?
17    A.   Yes.
18    Q.   Are you familiar with the term
19 "dead-naming"?
20    A.   Yes.
21    Q.   You agree that -- well, dead-naming
22 refers to using, when you're talking to or
23 referring to a person who is transgender or
24 gender nonconforming, using a name assigned at
25 birth or some other name rather than the one

Page 193

1 that they actually have chosen to use?
2    A.   Yes.
3    Q.   And you agree that dead-naming is
4 something that can impact the mental health of
5 those individuals?
6    A.   Yes.
7        MS. REAVES:  Can we go to Tab 38,
8     please?  This is Exhibit 25.
9        (Whereupon, Tucson-Carrier-25 was
10     marked for identification.)
11 BY MS. REAVES:
12    Q.   Okay.  So this is a document -- I
13 want you to scroll down to the part that says
14 From Rebecca Carrier so you can see the portion
15 that involves you.  All right?
16        So it's from Rebecca Carrier, sent
17 Monday, November 16, 2020, to Kinasha Brown, and
18 a number of other individuals.
19        Do you see that?
20    A.   Yes.
21    Q.   Okay.  And November 2020, this is
22 during the COVID-19 pandemic?
23    A.   Yes.
24    Q.   Let's see the report you get -- that
25 you were sending.

49 (Pages 190 - 193)

CONFIDENTIAL

Page 194

1     "Good Evening, I know today has been
2 a long week for everyone, but I do want to bump
3 this to the top of your inboxes.  Today the CSP
4 at Rincon Rachel Zulick pointed out to me that
5 she was seeing a decline in the academic
6 performance of gender non-conforming students
7 which in part can be attributed to the issue we
8 have been discussing.  Kids aren't showing up to
9 class if they're 'dead-named' every time that
10 they log on to zoom."
11        Do you see that?
12    A.   Yes.
13    Q.   So the issue that you were
14 communicating was that there are students who
15 are logging on to Zoom for school, right?
16    A.   Yes.
17    Q.   And because at this time school was
18 happening over Zoom?
19    A.   Yes.
20    Q.   And when they log into Zoom they're
21 being dead-named?
22    A.   Mm-hmm.
23    Q.   And so that was leading those
24 students to not want to participate in school or
25 come to school, right?

Page 195

1    A.   Yes.
2    Q.   Now, I think you mentioned some
3 vulnerable communities.
4        LGBTQ students in particular are one
5 of the vulnerable communities, right?
6    A.   Yes.
7    Q.   And we live in a world in which
8 LGBTQ students can sometimes be the targets of
9 everything from concerning beliefs to harassment
10 based on their identity, correct?
11    A.   Yes.
12    Q.   And that is something that can
13 impact their mental health?
14    A.   It can.
15    Q.   And we live in a world where there
16 are a lot of very heated debates about a number
17 of divisive political issues, right?
18    A.   We do.  Very much amplified through
19 social media.
20    Q.   The political issues are things
21 that -- strike that.
22        So, for example, one of the issues,
23 political issues, that we deal with right now is
24 whether equity and diversity should be allowed
25 in schools and government and workplaces,

Page 196

1 anywhere else, right?
2    A.   Yes.
3    Q.   And there's political disagreement
4 about climate change and whether it's real and
5 whether it should be prioritized and whether we
6 should prioritize energy?
7    A.   Yes.
8    Q.   There's political disagreement about
9 whether we should be doing more to prevent gun
10 violence or doing more to protect gun rights?
11    A.   Yes.
12    Q.   There's political disagreement about
13 whether we should be doing more to protect the
14 right to choose in terms of abortion rights
15 versus doing more to protect unborn children in
16 a pregnant person?
17    A.   Yes.
18    Q.   And there are political
19 disagreements about whether we should be doing
20 more to secure borders or more to protect
21 migrants, right?
22    A.   Yes.
23    Q.   Those are all real-world issues that
24 Tucson Unified School District students are
25 concerned about?

Page 197

1    A.   Yes.
2    Q.   And all of those things are things
3 that can impact young people's mental health?
4    A.   Yeah.  I don't think anyone is
5 arguing that there are many things that impact
6 mental health.
7    Q.   Okay.  Just a few questions and I
8 think a break.
9        Now, do you have a TUSD-issued
10 computer?
11    A.   I do.
12    Q.   And have you had that the whole time
13 that you were at TUSD?
14    A.   I think I had a different computer
15 for like six months at the beginning, but...
16    Q.   Have you ever used a personal device
17 for TUSD work?
18    A.   I'll occasionally reply to an e-mail
19 on my phone.
20    Q.   Do you send text messages for work?
21    A.   Yes, sometimes.
22    Q.   And do you use personal e-mail for
23 work?
24    A.   No.
25    Q.   Do you use Microsoft Teams chat or

Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 198

1 other messages apps for work?
2    A.   I have access to them.  I think I've
3 used the Team chat like once or twice, and that
4 was probably three years ago.
5    Q.   You said you use text messages for
6 work.
7        What sorts of work-related text
8 messages do you send?
9    A.   Like the people in my office, if I'm
10 running late to a meeting or I need -- like,
11 Beth will send e-mails for me, so I'll be like,
12 Hey, can you send this e-mail?  If I -- I might
13 send a text to a counselor that says, Call me as
14 soon as you get a chance, urgent.
15        But as far as any -- there's never
16 any -- I don't know.  I won't say there's never
17 any anything, but they're of that nature.
18        MS. REAVES:  Okay.  Can we take -- I
19    think I'm done, but I just want to take a
20    quick break.
21        MR. CUTLER:  Okay.
22        THE VIDEOGRAPHER:  We're going off
23    record.  The time is 2:01.
24        (Whereupon, a recess was taken.)
25        THE VIDEOGRAPHER:  We're going back

Page 199

1    on record.  The time is 2:11.
2        MS. REAVES:  Thank you, I have no
3    further questions.
4            EXAMINATION
5 BY MS. CASH:
6    Q.   Good afternoon, Ms. Carrier.  My
7 name is Mandie Cash.
8        Can you hear me?
9    A.   Good afternoon.
10    Q.   Earlier you provided testimony on
11 TikTok challenges.
12        Do you recall that?
13    A.   I do.
14    Q.   And you testified that students were
15 engaging in certain behaviors because of videos
16 they saw on TikTok, is that right?
17    A.   Yes.
18    Q.   What evidence and data does TUSD
19 collect that shows that these incidents are tied
20 to TikTok or TikTok challenges?
21        MR. CUTLER:  Object to form.
22        THE WITNESS:  At the time I don't
23    know of any way that data is provided,
24    besides to -- besides, you know, the
25    referrals, the disciplinary referrals

Page 200

1    themselves stating that -- stating what
2    happened in that, and I don't know if
3    administrators put, It's in response to a
4    TikTok challenge.  I don't have access to
5    that information.
6 BY MS. CASH:
7    Q.   So sitting here today you don't know
8 how many incidents were tied to TikTok
9 challenges?
10    A.   I do not know how many incidences
11 were tied directly to TikTok challenges.
12    Q.   And your counselors did not maintain
13 that information of incidents tied to TikTok
14 challenges?
15        MR. CUTLER:  Object to form,
16    foundation.
17        THE WITNESS:  If they did, I don't
18    have access to those records.
19 BY MS. CASH:
20    Q.   And so when you say that these
21 incidents of TikTok challenges have been a
22 problem in TUSD, that's based on anecdotal
23 evidence?
24    A.   Anecdotal evidence... yes.  I'm
25 trying to think --

Page 201

1    Q.   It's not based on any data you've
2 reviewed?
3        MR. CUTLER:  She wasn't done.  Can
4    we let the witness finish, please?
5        THE WITNESS:  I'm sure you have
6    access to that information on your end
7    based on the TikTok challenges themselves,
8    so I know that you have geographic and
9    user data, so I would think that you'd be
10    able to determine if those --
11 BY MS. CASH:
12    Q.   You don't know what information
13 TikTok collects, correct?
14    A.   Not specifically.
15    Q.   And you've never looked at TikTok
16 software?
17    A.   I have not looked at the software.
18    Q.   And you -- so when it comes to these
19 TikTok challenges, you have no evidence that
20 TikTok encouraged any particular student to
21 participate in a challenge to damage school
22 property, is that right?
23        MR. CUTLER:  Object to form.
24        THE WITNESS:  That is correct.
25        ///

51 (Pages 198 - 201)

CONFIDENTIAL

Page 202

1 BY MS. CASH:
2     Q.   And you don't know whether these
3 incidents of vandalism or unlawful behavior are
4 the result of a TikTok challenge or an in-person
5 dare?
6     A.   I don't have evidence.  I'm sure if
7 you talk to the parents of children who went to
8 the hospital after they ate super-duper hot
9 peppers so they could film it and put it on
10 TikTok, they might have evidence.
11     Q.   But sitting here today you don't
12 have any?
13     A.   I do not.
14     Q.   And you would agree that vandalism
15 has existed and unlawful activity has existed
16 long before social media companies, correct?
17     A.   I would agree.
18     Q.   And you don't have any evidence that
19 TikTok or any other internet platform offered
20 cash prizes for participating in any of these
21 social media challenges?
22         MR. CUTLER:  Object to form,
23     foundation.
24         THE WITNESS:  I do not.  I do not
25     know of that --

Page 203

1 BY MS. CASH:
2     Q.   No further questions.  Thank you.
3     A.   -- of cash prizes.  Yeah, I don't
4 know about cash prizes.  I just know about the
5 dopamine hits when they get reposted and liked
6 and hashtagged, and that has tremendous effects
7 on students' self-esteem.  I do know that.
8         MS. CASH:  So I would move to strike
9     the end of that question as nonresponsive.
10     I have no further questions.
11     Thank you, Ms. Carrier.
12         EXAMINATION
13 BY MR. CUTLER:
14     Q.   One thing on Exhibit 24.  Let's go
15 back to that.
16         You had made a comment that you
17 thought that the comments among this group chat
18 that's being discussed were likely amplified by
19 social media, and you were quickly trying to
20 find where you thought that.
21         So if we go down to underneath where
22 it says "SII" kind of four times in a row on the
23 left-hand side, and you see the beginning of
24 that next paragraph there?  It's kind of the
25 second paragraph up from the bottom on page

Page 204

1 number 452687.
2         The second sentence says, "While I
3 unfortunately do not have as many screenshots as
4 I would like" -- and then parentheticals it
5 says, "(due to the nature of the app) I have
6 attached just a few examples."
7         Does that provide you any
8 understanding of what forum the students were
9 using for the group chat?
10         MS. REAVES:  Objection.  Calls for
11     speculation.
12         THE WITNESS:  Well, just the fact
13     that it says the word "app" and "chat," I
14     believe, you know, group chat -- I think
15     if you're old like me you think text, but
16     between the app and the term "chat," I
17     believe it would be Snapchat.
18         But there are screenshots, so that
19     probably shows for sure.
20         MR. CUTLER:  Okay.  No other
21     questions.
22         EXAMINATION
23 BY MS. DAVIDSON:
24     Q.   I have just a couple more questions,
25 shouldn't take more than just a few minutes.

Page 205

1         Hi, Ms. Carrier.  My name is Callie
2 Davidson.  I will be asking you just a couple
3 more questions on behalf of YouTube and Google.
4         Sounds like you don't have too much
5 information about your son's YouTube use.
6         Is that fair to say?
7         MR. CUTLER:  Object to form.
8         THE WITNESS:  I don't know how that
9     would be relevant.
10 BY MS. DAVIDSON:
11     Q.   Do you know one way or another
12 whether if either of your sons have a YouTube
13 account?
14     A.   My older son has a Gmail, so I
15 believe he has a YouTube account as part of the
16 Google Suite.
17     Q.   How about your younger son?
18     A.   I don't know if he has one.
19     Q.   When it came to your older son, did
20 you help him set up that Gmail account?
21     A.   Yes.
22     Q.   What age did he get that Gmail
23 account?
24     A.   When he was 16.
25     Q.   Have you ever specifically asked

52 (Pages 202 - 205)

CONFIDENTIAL

Page 206

1 either of your sons how much time they were
2 spending on YouTube?
3    A.   No.
4    Q.   I know before you gave a few
5 examples of things that you thought your sons
6 might have been watching on YouTube.  Some
7 examples were sports, DIY videos, movie
8 trailers.
9        Did you ever ask them specifically
10 what they were watching on YouTube?
11    A.   I've asked them what they're
12 watching.  I don't know what app they were on.
13    Q.   So you're not sure what they used
14 YouTube to view?
15    A.   I'm not.
16    Q.   Have you ever heard of the YouTube
17 Kids app?
18    A.   I think I heard of it.
19    Q.   But you haven't discussed it before?
20    A.   I have not used it.
21    Q.   Is it your testimony that you don't
22 know of any occasion where either of your sons
23 used YouTube for school?
24    A.   Not explicitly.
25    Q.   What do you mean "not explicitly"?

Page 207

1    A.   I mean, I am not aware of any
2 assignments that were -- included the
3 instructions to use YouTube.
4    Q.   Are you aware of either of your sons
5 using YouTube for educational purposes more
6 generally?
7    A.   I'm not aware.
8    Q.   Is it fair to say you never
9 contacted either of your son's schools and asked
10 them not to use YouTube in the classroom?
11        MR. CUTLER:  I'm going to object on
12    relevance.  I'm not sure where this is all
13    going.
14        THE WITNESS:  Yes.
15 BY MR. DAVIDSON:
16    Q.   You can answer.
17        So you never contacted them about
18 YouTube use in school?
19        MR. CUTLER:  Asked and answered.
20    You can answer again.
21        THE WITNESS:  Yes.  Yes.
22 BY MR. DAVIDSON:
23    Q.   Just have one last question.
24        You mentioned that you believe
25 Tucson Unified uses some social media accounts.

Page 208

1 I'm wondering if you know who would be running
2 those social media accounts?
3    A.   So officially the TUSD has a
4 department for -- specifically for media and
5 public-facing information, so that would be the
6 department.
7        Unofficially, I -- everyone, people
8 have access to social media.  I mean, that's
9 what -- that access is a big problem and why
10 we're here today.
11        So as far as who is creating those
12 accounts, I can't speak to every account.  I
13 know that sometimes students will start accounts
14 that are hostile towards schools or individual
15 students, and those take time and resources to
16 mitigate.
17        But as far as your original question
18 goes, I -- besides the official TUSD media
19 department, I can't speak to who else does that.
20    Q.   Do you know the name of an employee
21 in the official TUSD media department that would
22 be able to speak to the school's accounts?
23    A.   Karla Escamilla.
24        MR. DAVIDSON:  Thank you.
25        Nothing further from me.

Page 209

1        MS. REAVES:  Can we go off the
2 record?
3        THE VIDEOGRAPHER:  We're going off
4 record.  The time is 2:22.
5        (Pause.)
6        THE VIDEOGRAPHER:  We're going back
7 on record.  The time is 2:23.
8        Total time used for counsel for Snap
9 is three hours, 36 minutes.  Total time
10 for counsel for YouTube, four minutes.
11 Total time counsel for TikTok, five
12 minutes.  Total time for MDL, two minutes.
13        This concludes today's deposition.
14 We're going off record.  The time is 2:23.
15        (Whereupon, the deposition was
16        concluded.)
17
18
19
20
21
22
23
24
25

53 (Pages 206 - 209)

CONFIDENTIAL

Page 210

1    CERTIFICATE OF COURT REPORTER

2

3         I, MAUREEN O'CONNOR POLLARD,

4   Registered Diplomate Reporter, CSR No. 14449 for

5   the State of California, the officer before whom

6   the foregoing deposition was taken, do hereby

7   certify that the foregoing transcript is a true

8   and correct record of the testimony given; that

9   said testimony was taken by me stenographically

10  and thereafter reduced to typewriting under my

11  direction; and that I am neither counsel for,

12  related to, nor employed by any of the parties

13  to this case and have no interest, financial or

14  otherwise, in its outcome.

15        Dated this 7th day of May, 2025.

16

17  _____

18        MAUREEN O'CONNOR POLLARD

19        CSR No. 14449

20

21

22

23

24

25

---

Page 211

1    INSTRUCTIONS TO WITNESS

2

3         Please read your deposition over

4   carefully and make any necessary corrections.

5   You should state the reason in the appropriate

6   space on the errata sheet for any corrections

7   that are made.

8         After doing so, please sign the

9   errata sheet and date it.  It will be attached

10  to your deposition.

11        It is imperative that you return

12  the original errata sheet to the deposing

13  attorney within thirty (30) days of receipt of

14  the deposition transcript by you.  If you fail

15  to do so, the deposition transcript may be

16  deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25

---

Page 212

1        - - - - - -

            E R R A T A

2        - - - - - -

3   PAGE  LINE  CHANGE

4   ____  ____  _____

5      REASON: _____

6   ____  ____  _____

7      REASON: _____

8   ____  ____  _____

9      REASON: _____

10  ____  ____  _____

11     REASON: _____

12  ____  ____  _____

13     REASON: _____

14  ____  ____  _____

15     REASON: _____

16  ____  ____  _____

17     REASON: _____

18  ____  ____  _____

19     REASON: _____

20  ____  ____  _____

21     REASON: _____

22  ____  ____  _____

23

24

25

---

Page 213

1

2        ACKNOWLEDGMENT OF DEPONENT

3

4        I, _____, do
    Hereby certify that I have read the foregoing
    pages, and that the same is a correct

5   transcription of the answers given by me to the
    questions therein propounded, except for the

6   corrections or changes in form or substance, if
    any, noted in the attached Errata Sheet.

7

8

9   _____

10  WITNESS NAME          DATE

11

12

13

14

15

16  Subscribed and sworn
    To before me this

17  _____ day of _____, 20____.

18  My commission expires: _____

19

    _____

20  Notary Public

21

22

23

24

25

54 (Pages 210 - 213)

CONFIDENTIAL

Page 214

1       LAWYER'S NOTES
2 PAGE  LINE
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25

877-370-3377        Golkow Technologies,
                    A Veritext Division        www.veritext.com