| | |
|---|---|
| 1 | Thomas P. Cartmell (*pro hac vice*) |
| | Jonathan P. Kieffer (*pro hac vice*) |
| 2 | Austin Brane, SBN 286227 |
| | **WAGSTAFF & CARTMELL LLP** |
| 3 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 4 | Tel: (816) 701-1100 |
| | tcartmell@wcllp.com |
| 5 | jpkieffer@wcllp.com |
| | abrane@wcllp.com |
| 6 | |
| 7 | *Attorneys for Plaintiff* (additional counsel on signature page) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | **EXHIBIT 9: SYNERGY SPREADSHEET** |
| Tucson Unified School District v. Meta Platforms Inc., et al. | |
| Case No.: 4:24-cv-1382 | |

### MANUAL FILING NOTIFICATION

### REGARDING: EXHIBIT 9 TO DECLARATION OF AUSTIN BRANE

This filing is in paper or physical form only, and it being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this file directly from the court, please see the court's main website at: http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

 __X__  Voluminous Document (PDF file size larger than efiling system allowances)

 ___  Unable to Scan Documents

 ___  Physical Object (description): _____

 ___  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 ___  Item Under Seal

 ___  Conformance with the Judicial Conference Privacy Policy (General Order 53).

 ___  Other (description): _____
_____

Dated: November 7, 2025                    **WAGSTAFF & CARTMELL LLP**

                                           _/s/ Austin Brane_
                                           Austin Brane

                                           Thomas P. Cartmell (*pro hac vice*)
                                           Jonathan P. Kieffer (*pro hac vice*)
                                           Austin Brane, SBN 286227
                                           **WAGSTAFF & CARTMELL LLP**
                                           4740 Grand Avenue, Suite 300
                                           Kansas City, MO 64112
                                           Tel: (816) 701-1100
                                           tcartmell@wcllp.com
                                           jpkieffer@wcllp.com
                                           abrane@wcllp.com