**Exhibit 33**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**TUCSON UNIFIED**
SCHOOL DISTRICT

# Tucson Unified School District
## Health Condition Totals
As of 06/30/2015

Year: 2014-2015
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1307 | 3403 | 4710 | 420 - Integumentary | 515 | 451 | 966 |
| 110 - Allergy-Bee/Insect Sting | 598 | 681 | 1279 | 430 - Medical Alert - Other Nurse Contact | 13 | 13 | 26 |
| 120 - Allergy-Food - NOT NUT | 1439 | 1250 | 2689 | 432 - Frequent Health Office Visits | 25 | 25 | 50 |
| 130 - Allergy-Latex | 97 | 75 | 172 | 440 - Mental/Behavioral Health | 2280 | 2256 | 4536 |
| 140 - Allergy - Medication | 1690 | 1691 | 3381 | 442 - Anxiety | 1024 | 590 | 1614 |
| 150 - Allergy - Nut/Peanut | 254 | 289 | 543 | 450 - Migraines | 342 | 190 | 532 |
| 160 - Allergy-Other | 3547 | 3949 | 7496 | 460 - Multiple Sclerosis | 3 | 0 | 3 |
| 170 - Allergy-Environmental | 2282 | 2650 | 4932 | 470 - Muscular Dystrophy | 8 | 17 | 25 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 357 | 431 | 788 | 480 - Neurological Disorder | 143 | 157 | 300 |
| 190 - Arthritis | 26 | 16 | 42 | 490 - No PE/Modified PE | 159 | 172 | 331 |
| 200 - Asthma | 3555 | 4834 | 8389 | 500 - Procedure - Medical Orders Required | 46 | 55 | 101 |
| 205 - Respiratory | 6 | 9 | 15 | 505 - Hepatic | 3 | 3 | 6 |
| 210 - Autism Spectrum Disorder | 217 | 824 | 1041 | 508 - Reproductive | 63 | 3 | 66 |
| 220 - Autoimmune Disease | 22 | 12 | 34 | 510 - Renal | 377 | 229 | 606 |
| 230 - Cancer | 40 | 44 | 84 | 511 - Valley Fever | 2 | 1 | 3 |
| 240 - Cerebral Palsy | 94 | 124 | 218 | 520 - Risk for Bleeding | 32 | 35 | 67 |
| 260 - Color Deficit | 28 | 323 | 351 | 530 - Seizures | 343 | 370 | 713 |
| 265 - Communicable Disease | 335 | 315 | 650 | 540 - Sickle Cell | 12 | 16 | 28 |
| 270 - Corrective Lenses | 6981 | 5842 | 12823 | 550 - Traumatic Brain Injury | 54 | 93 | 147 |
| 280 - Crisis Intervention Plan - ON FILE | 0 | 0 | 0 | 575 - Pregnancy | 106 | 4 | 110 |
| 290 - Cystic Fibrosis | 5 | 9 | 14 | 600 | 119 | 128 | 247 |
| 300 - Developmental | 458 | 727 | 1185 | 605 | 25 | 10 | 35 |
| 305 - Birth Defect | 19 | 24 | 43 | 610 | 1 | 0 | 1 |
| 310 - Diabetes Type I | 82 | 80 | 162 | 615 | 6 | 3 | 9 |
| 320 - Diabetes Type II | 62 | 72 | 134 | 620 | 2 | 2 | 4 |
| 330 - Diet Modification ON FILE | 89 | 120 | 209 | 625 | 441 | 473 | 914 |
| 340 - Eating Disorder | 29 | 8 | 37 | 630 | 89 | 91 | 180 |
| 342 - Food Intolerance | 66 | 73 | 139 | 635 | 5 | 3 | 8 |
| 350 - Endocrine | 186 | 137 | 323 | 640 | 3 | 2 | 5 |
| 360 - Gastrointestinal | 602 | 611 | 1213 | 645 - Immunocompromised | 2 | 5 | 7 |
| 362 - Dental Disease | 3 | 3 | 6 | 650 - Other | 172 | 165 | 337 |
| 370 - Cardiovascular | 387 | 433 | 820 | 655 - Safety plan on file | 9 | 3 | 12 |
| 380 - Hypertension | 33 | 68 | 101 | 660 - No vision/hearing | 0 | 0 | 0 |
| 381 - Concussion | 61 | 73 | 134 | 665 - Genetic Disorder | 0 | 0 | 0 |
| 382 - Post Concussion Syndrome | 12 | 20 | 32 | 670 - Nonverbal | 0 | 2 | 2 |
| 385 - Sensory | 4 | 5 | 9 | | | | |
| 387 - Impaired - Communication | 1 | 3 | 4 | | | | |
| 390 - Impairment - Hearing | 415 | 571 | 986 | | | | |
| 400 - Impairment - Orthopedic | 565 | 620 | 1185 | | | | |
| 410 - Impairment - Vision | 856 | 775 | 1631 | | | | |
| 412 - ENT | 11 | 14 | 25 | | | | |

EXHIBIT 12
WIT: bpw
DATE: 4/22/25
Maureen O. Pollard, RDR

CONFIDENTIAL

SM_TUSD_00493994

**TUCSON UNIFIED**
SCHOOL DISTRICT

## Tucson Unified School District
### Health Condition Totals
As of 06/30/2016

Year: 2015-2016
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1374 | 3595 | 4969 | 420 - Integumentary | 530 | 465 | 995 |
| 110 - Allergy-Bee/Insect Sting | 580 | 681 | 1261 | 430 - Medical Alert - Other Nurse Contact | 18 | 13 | 31 |
| 120 - Allergy-Food - NOT NUT | 1456 | 1246 | 2702 | 432 - Frequent Health Office Visits | 27 | 27 | 54 |
| 130 - Allergy-Latex | 91 | 76 | 167 | 440 - Mental/Behavioral Health | 2360 | 2294 | 4654 |
| 140 - Allergy - Medication | 1694 | 1740 | 3434 | 442 - Anxiety | 995 | 593 | 1588 |
| 150 - Allergy - Nut/Peanut | 293 | 316 | 609 | 450 - Migraines | 352 | 213 | 565 |
| 160 - Allergy-Other | 3235 | 3686 | 6921 | 460 - Multiple Sclerosis | 3 | 0 | 3 |
| 170 - Allergy-Environmental | 2240 | 2600 | 4840 | 470 - Muscular Dystrophy | 9 | 14 | 23 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 385 | 478 | 863 | 480 - Neurological Disorder | 129 | 157 | 286 |
| 190 - Arthritis | 28 | 17 | 45 | 490 - No PE/Modified PE | 133 | 162 | 295 |
| 200 - Asthma | 3576 | 4905 | 8481 | 500 - Procedure - Medical Orders Required | 49 | 52 | 101 |
| 205 - Respiratory | 8 | 11 | 19 | 505 - Hepatic | 3 | 3 | 6 |
| 210 - Autism Spectrum Disorder | 238 | 951 | 1189 | 508 - Reproductive | 61 | 3 | 64 |
| 220 - Autoimmune Disease | 21 | 8 | 29 | 510 - Renal | 347 | 218 | 565 |
| 230 - Cancer | 30 | 41 | 71 | 511 - Valley Fever | 1 | 1 | 2 |
| 240 - Cerebral Palsy | 95 | 132 | 227 | 520 - Risk for Bleeding | 32 | 41 | 73 |
| 260 - Color Deficit | 22 | 295 | 317 | 530 - Seizures | 364 | 389 | 753 |
| 265 - Communicable Disease | 339 | 324 | 663 | 540 - Sickle Cell | 17 | 20 | 37 |
| 270 - Corrective Lenses | 6994 | 5881 | 12875 | 550 - Traumatic Brain Injury | 50 | 97 | 147 |
| 280 - Crisis Intervention Plan - ON FILE | 0 | 0 | 0 | 575 - Pregnancy | 100 | 4 | 104 |
| 290 - Cystic Fibrosis | 5 | 10 | 15 | 600 | 138 | 140 | 278 |
| 300 - Developmental | 484 | 787 | 1271 | 605 | 20 | 8 | 28 |
| 305 - Birth Defect | 22 | 30 | 52 | 610 | 1 | 0 | 1 |
| 310 - Diabetes Type I | 81 | 83 | 164 | 615 | 7 | 1 | 8 |
| 320 - Diabetes Type II | 61 | 66 | 127 | 620 | 2 | 4 | 6 |
| 330 - Diet Modification ON FILE | 122 | 138 | 260 | 625 | 418 | 459 | 877 |
| 340 - Eating Disorder | 21 | 8 | 29 | 630 | 81 | 87 | 168 |
| 342 - Food Intolerance | 83 | 83 | 166 | 635 | 3 | 3 | 6 |
| 350 - Endocrine | 180 | 136 | 316 | 640 | 1 | 1 | 2 |
| 360 - Gastrointestinal | 598 | 588 | 1186 | 645 - Immunocompromised | 2 | 6 | 8 |
| 362 - Dental Disease | 3 | 3 | 6 | 650 - Other | 180 | 177 | 357 |
| 370 - Cardiovascular | 375 | 439 | 814 | 655 - Safety plan on file | 9 | 3 | 12 |
| 380 - Hypertension | 32 | 63 | 95 | 660 - No vision/hearing | 0 | 0 | 0 |
| 381 - Concussion | 58 | 66 | 124 | 665 - Genetic Disorder | 0 | 0 | 0 |
| 382 - Post Concussion Syndrome | 11 | 18 | 29 | 670 - Nonverbal | 0 | 3 | 3 |
| 385 - Sensory | 5 | 8 | 13 | | | | |
| 387 - Impaired - Communication | 1 | 3 | 4 | | | | |
| 390 - Impairment - Hearing | 403 | 542 | 945 | | | | |
| 400 - Impairment - Orthopedic | 525 | 594 | 1119 | | | | |
| 410 - Impairment - Vision | 860 | 783 | 1643 | | | | |
| 412 - ENT | 12 | 17 | 29 | | | | |

CONFIDENTIAL                                                                    SM_TUSD_00493995

# Tucson Unified School District
## Health Condition Totals
### As of 06/30/2017

**TUCSON UNIFIED**
SCHOOL DISTRICT

Year:  2016-2017
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1473 | 3694 | 5167 | 420 - Integumentary | 529 | 461 | 990 |
| 110 - Allergy-Bee/Insect Sting | 609 | 734 | 1343 | 430 - Medical Alert - Other Nurse Contact | 41 | 33 | 74 |
| 120 - Allergy-Food - NOT NUT | 1470 | 1303 | 2773 | 432 - Frequent Health Office Visits | 38 | 37 | 75 |
| 130 - Allergy-Latex | 89 | 67 | 156 | 440 - Mental/Behavioral Health | 2482 | 2507 | 4989 |
| 140 - Allergy - Medication | 1738 | 1792 | 3530 | 442 - Anxiety | 1182 | 766 | 1948 |
| 150 - Allergy - Nut/Peanut | 426 | 472 | 898 | 450 - Migraines | 530 | 401 | 931 |
| 160 - Allergy-Other | 2740 | 3174 | 5914 | 460 - Multiple Sclerosis | 1 | 0 | 1 |
| 170 - Allergy-Environmental | 2732 | 3252 | 5984 | 470 - Muscular Dystrophy | 8 | 13 | 21 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 410 | 513 | 923 | 480 - Neurological Disorder | 140 | 169 | 309 |
| 190 - Arthritis | 27 | 13 | 40 | 490 - No PE/Modified PE | 156 | 159 | 315 |
| 200 - Asthma | 3549 | 4976 | 8525 | 500 - Procedure - Medical Orders Required | 40 | 43 | 83 |
| 205 - Respiratory | 13 | 25 | 38 | 505 - Hepatic | 5 | 4 | 9 |
| 210 - Autism Spectrum Disorder | 272 | 994 | 1266 | 508 - Reproductive | 74 | 6 | 80 |
| 220 - Autoimmune Disease | 30 | 20 | 50 | 510 - Renal | 324 | 203 | 527 |
| 230 - Cancer | 32 | 45 | 77 | 511 - Valley Fever | 2 | 1 | 3 |
| 240 - Cerebral Palsy | 99 | 135 | 234 | 520 - Risk for Bleeding | 45 | 59 | 104 |
| 260 - Color Deficit | 21 | 261 | 282 | 530 - Seizures | 368 | 392 | 760 |
| 265 - Communicable Disease | 364 | 366 | 730 | 540 - Sickle Cell | 20 | 24 | 44 |
| 270 - Corrective Lenses | 7294 | 6236 | 13530 | 550 - Traumatic Brain Injury | 41 | 77 | 118 |
| 280 - Crisis Intervention Plan - ON FILE | 0 | 0 | 0 | 575 - Pregnancy | 122 | 4 | 126 |
| 290 - Cystic Fibrosis | 2 | 9 | 11 | 600 | 173 | 173 | 346 |
| 300 - Developmental | 550 | 962 | 1512 | 605 | 20 | 11 | 31 |
| 305 - Birth Defect | 49 | 68 | 117 | 610 | 1 | 0 | 1 |
| 310 - Diabetes Type I | 79 | 92 | 171 | 615 | 9 | 3 | 12 |
| 320 - Diabetes Type II | 53 | 70 | 123 | 620 | 3 | 6 | 9 |
| 330 - Diet Modification ON FILE | 220 | 237 | 457 | 625 | 474 | 508 | 982 |
| 340 - Eating Disorder | 19 | 9 | 28 | 630 | 96 | 100 | 196 |
| 342 - Food Intolerance | 154 | 143 | 297 | 635 | 4 | 5 | 9 |
| 350 - Endocrine | 174 | 152 | 326 | 640 | 2 | 2 | 4 |
| 360 - Gastrointestinal | 606 | 633 | 1239 | 645 - Immunocompromised | 2 | 7 | 9 |
| 362 - Dental Disease | 3 | 3 | 6 | 650 - Other | 204 | 204 | 408 |
| 370 - Cardiovascular | 386 | 460 | 846 | 655 - Safety plan on file | 11 | 5 | 16 |
| 380 - Hypertension | 37 | 59 | 96 | 660 - No vision/hearing | 0 | 0 | 0 |
| 381 - Concussion | 96 | 132 | 228 | 665 - Genetic Disorder | 0 | 0 | 0 |
| 382 - Post Concussion Syndrome | 19 | 23 | 42 | 670 - Nonverbal | 0 | 3 | 3 |
| 385 - Sensory | 10 | 18 | 28 | | | | |
| 387 - Impaired - Communication | 1 | 4 | 5 | | | | |
| 390 - Impairment - Hearing | 403 | 528 | 931 | | | | |
| 400 - Impairment - Orthopedic | 546 | 578 | 1124 | | | | |
| 410 - Impairment - Vision | 759 | 739 | 1498 | | | | |
| 412 - ENT | 17 | 31 | 48 | | | | |

CONFIDENTIAL

SM_TUSD_00493996

# Tucson Unified School District
## Health Condition Totals
### As of 06/30/2018

Year:    2017-2018
Report: HLT601

| Health Condition | Female | Male | Total |
|---|---|---|---|
| 100 - ADD/ADHD | 1521 | 3740 | 5261 |
| 110 - Allergy-Bee/Insect Sting | 608 | 721 | 1329 |
| 120 - Allergy-Food - NOT NUT | 1524 | 1342 | 2866 |
| 130 - Allergy-Latex | 78 | 71 | 149 |
| 140 - Allergy - Medication | 1683 | 1733 | 3416 |
| 150 - Allergy - Nut/Peanut | 478 | 567 | 1045 |
| 160 - Allergy-Other | 2276 | 2645 | 4921 |
| 170 - Allergy-Environmental | 3164 | 3681 | 6845 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 402 | 521 | 923 |
| 190 - Arthritis | 28 | 10 | 38 |
| 200 - Asthma | 3452 | 4860 | 8312 |
| 205 - Respiratory | 27 | 40 | 67 |
| 210 - Autism Spectrum Disorder | 258 | 1066 | 1324 |
| 220 - Autoimmune Disease | 41 | 28 | 69 |
| 230 - Cancer | 32 | 49 | 81 |
| 240 - Cerebral Palsy | 101 | 130 | 231 |
| 260 - Color Deficit | 19 | 222 | 241 |
| 265 - Communicable Disease | 382 | 404 | 786 |
| 270 - Corrective Lenses | 7495 | 6490 | 13985 |
| 290 - Cystic Fibrosis | 5 | 8 | 13 |
| 300 - Developmental | 585 | 1060 | 1645 |
| 305 - Birth Defect | 71 | 84 | 155 |
| 310 - Diabetes Type I | 80 | 88 | 168 |
| 320 - Diabetes Type II | 55 | 74 | 129 |
| 330 - Diet Modification ON FILE | 291 | 350 | 641 |
| 340 - Eating Disorder | 23 | 9 | 32 |
| 342 - Food Intolerance | 196 | 183 | 379 |
| 350 - Endocrine | 185 | 148 | 333 |
| 360 - Gastrointestinal | 603 | 610 | 1213 |
| 362 - Dental Disease | 3 | 5 | 8 |
| 370 - Cardiovascular | 408 | 447 | 855 |
| 380 - Hypertension | 37 | 53 | 90 |
| 381 - Concussion | 116 | 141 | 257 |
| 382 - Post Concussion Syndrome | 17 | 31 | 48 |
| 385 - Sensory | 17 | 38 | 55 |
| 387 - Impaired - Communication | 1 | 4 | 5 |
| 390 - Impairment - Hearing | 375 | 469 | 844 |
| 400 - Impairment - Orthopedic | 528 | 544 | 1072 |
| 410 - Impairment - Vision | 704 | 707 | 1411 |
| 412 - ENT | 38 | 51 | 89 |
| 420 - Integumentary | 518 | 482 | 1000 |
| 430 - Medical Alert - Other | 52 | 51 | 103 |

| Health Condition | Female | Male | Total |
|---|---|---|---|
| Nurse Contact | | | |
| 432 - Frequent Health Office Visits | 45 | 44 | 89 |
| 440 - Mental/Behavioral Health | 2417 | 2509 | 4926 |
| 442 - Anxiety | 1464 | 1022 | 2486 |
| 450 - Migraines | 617 | 457 | 1074 |
| 460 - Multiple Sclerosis | 3 | 0 | 3 |
| 470 - Muscular Dystrophy | 6 | 15 | 21 |
| 480 - Neurological Disorder | 136 | 175 | 311 |
| 490 - No PE/Modified PE | 164 | 161 | 325 |
| 500 - Procedure - Medical Orders Required | 41 | 46 | 87 |
| 505 - Hepatic | 11 | 9 | 20 |
| 508 - Reproductive | 89 | 7 | 96 |
| 510 - Renal | 328 | 186 | 514 |
| 511 - Valley Fever | 4 | 2 | 6 |
| 520 - Risk for Bleeding | 50 | 53 | 103 |
| 530 - Seizures | 350 | 393 | 743 |
| 540 - Sickle Cell | 26 | 20 | 46 |
| 550 - Traumatic Brain Injury | 27 | 67 | 94 |
| 575 - Pregnancy | 109 | 4 | 113 |
| 600 | 222 | 205 | 427 |
| 605 | 21 | 14 | 35 |
| 610 | 1 | 0 | 1 |
| 615 | 11 | 4 | 15 |
| 620 | 6 | 11 | 17 |
| 625 | 517 | 550 | 1067 |
| 630 | 105 | 106 | 211 |
| 635 | 7 | 5 | 12 |
| 640 | 2 | 2 | 4 |
| 645 - Immunocompromised | 2 | 7 | 9 |
| 650 - Other | 226 | 219 | 445 |
| 655 - Safety plan on file | 14 | 5 | 19 |
| 660 - No vision/hearing | 1 | 0 | 1 |
| 670 - Nonverbal | 0 | 3 | 3 |

CONFIDENTIAL

SM_TUSD_00493997

**TUCSON UNIFIED**
SCHOOL DISTRICT

### Tucson Unified School District
### Health Condition Totals
As of 06/30/2019

Year:    2018-2019
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1565 | 3754 | 5319 | 420 - Integumentary | 518 | 490 | 1008 |
| 110 - Allergy-Bee/Insect Sting | 596 | 725 | 1321 | 430 - Medical Alert - Other Nurse Contact | 55 | 54 | 109 |
| 120 - Allergy-Food - NOT NUT | 1504 | 1319 | 2823 | 432 - Frequent Health Office Visits | 60 | 49 | 109 |
| 130 - Allergy-Latex | 78 | 65 | 143 | 440 - Mental/Behavioral Health | 2341 | 2458 | 4799 |
| 140 - Allergy - Medication | 1574 | 1720 | 3294 | 442 - Anxiety | 1742 | 1274 | 3016 |
| 150 - Allergy - Nut/Peanut | 489 | 575 | 1064 | 450 - Migraines | 647 | 459 | 1106 |
| 160 - Allergy-Other | 1877 | 2194 | 4071 | 460 - Multiple Sclerosis | 3 | 0 | 3 |
| 170 - Allergy-Environmental | 3401 | 4043 | 7444 | 470 - Muscular Dystrophy | 7 | 15 | 22 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 386 | 501 | 887 | 480 - Neurological Disorder | 138 | 194 | 332 |
| 190 - Arthritis | 26 | 9 | 35 | 490 - No PE/Modified PE | 149 | 153 | 302 |
| 200 - Asthma | 3335 | 4658 | 7993 | 500 - Procedure - Medical Orders Required | 36 | 39 | 75 |
| 205 - Respiratory | 36 | 44 | 80 | 505 - Hepatic | 12 | 12 | 24 |
| 210 - Autism Spectrum Disorder | 280 | 1110 | 1390 | 508 - Reproductive | 99 | 6 | 105 |
| 220 - Autoimmune Disease | 53 | 32 | 85 | 510 - Renal | 320 | 173 | 493 |
| 230 - Cancer | 33 | 52 | 85 | 511 - Valley Fever | 3 | 3 | 6 |
| 240 - Cerebral Palsy | 97 | 113 | 210 | 520 - Risk for Bleeding | 49 | 66 | 115 |
| 260 - Color Deficit | 17 | 197 | 214 | 530 - Seizures | 341 | 410 | 751 |
| 265 - Communicable Disease | 425 | 426 | 851 | 540 - Sickle Cell | 24 | 19 | 43 |
| 270 - Corrective Lenses | 7677 | 6881 | 14558 | 550 - Traumatic Brain Injury | 23 | 62 | 85 |
| 280 - Crisis Intervention Plan - ON FILE | 1 | 0 | 1 | 575 - Pregnancy | 92 | 3 | 95 |
| 290 - Cystic Fibrosis | 4 | 8 | 12 | 600 | 321 | 296 | 617 |
| 300 - Developmental | 614 | 1132 | 1746 | 605 | 31 | 25 | 56 |
| 305 - Birth Defect | 79 | 92 | 171 | 610 | 4 | 5 | 9 |
| 310 - Diabetes Type I | 78 | 81 | 159 | 615 | 14 | 7 | 21 |
| 320 - Diabetes Type II | 55 | 68 | 123 | 620 | 11 | 15 | 26 |
| 330 - Diet Modification ON FILE | 328 | 402 | 730 | 625 | 549 | 590 | 1139 |
| 340 - Eating Disorder | 30 | 7 | 37 | 630 | 113 | 113 | 226 |
| 342 - Food Intolerance | 221 | 207 | 428 | 635 | 6 | 6 | 12 |
| 350 - Endocrine | 184 | 149 | 333 | 640 | 3 | 2 | 5 |
| 360 - Gastrointestinal | 562 | 610 | 1172 | 645 - Immunocompromised | 2 | 7 | 9 |
| 362 - Dental Disease | 5 | 7 | 12 | 650 - Other | 257 | 237 | 494 |
| 370 - Cardiovascular | 422 | 437 | 859 | 655 - Safety plan on file | 14 | 7 | 21 |
| 380 - Hypertension | 32 | 55 | 87 | 660 - No vision/hearing | 1 | 0 | 1 |
| 381 - Concussion | 137 | 145 | 282 | 665 - Genetic Disorder | 0 | 1 | 1 |
| 382 - Post Concussion Syndrome | 22 | 31 | 53 | 670 - Nonverbal | 0 | 3 | 3 |
| 385 - Sensory | 29 | 56 | 85 | | | | |
| 387 - Impaired - Communication | 1 | 4 | 5 | | | | |
| 390 - Impairment - Hearing | 375 | 446 | 821 | | | | |
| 400 - Impairment - Orthopedic | 503 | 492 | 995 | | | | |
| 410 - Impairment - Vision | 606 | 578 | 1184 | | | | |
| 412 - ENT | 46 | 78 | 124 | | | | |

CONFIDENTIAL

SM_TUSD_00493998

# Tucson Unified School District
## Health Condition Totals
### As of 06/30/2020

**TUCSON UNIFIED**
SCHOOL DISTRICT

Year: 2019-2020
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1602 | 3834 | 5436 | 420 - Integumentary | 475 | 426 | 901 |
| 110 - Allergy-Bee/Insect Sting | 591 | 688 | 1279 | 430 - Medical Alert - Other Nurse Contact | 48 | 49 | 97 |
| 120 - Allergy-Food - NOT NUT | 1438 | 1328 | 2766 | 432 - Frequent Health Office Visits | 73 | 73 | 146 |
| 130 - Allergy-Latex | 68 | 64 | 132 | 440 - Mental/Behavioral Health | 2321 | 2394 | 4715 |
| 140 - Allergy - Medication | 1541 | 1698 | 3239 | 442 - Anxiety | 2077 | 1597 | 3674 |
| 150 - Allergy - Nut/Peanut | 472 | 601 | 1073 | 450 - Migraines | 519 | 392 | 911 |
| 160 - Allergy-Other | 1543 | 1765 | 3308 | 460 - Multiple Sclerosis | 1 | 1 | 2 |
| 170 - Allergy-Environmental | 4579 | 5337 | 9916 | 470 - Muscular Dystrophy | 6 | 19 | 25 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 362 | 511 | 873 | 480 - Neurological Disorder | 132 | 186 | 318 |
| 190 - Arthritis | 26 | 12 | 38 | 490 - No PE/Modified PE | 134 | 140 | 274 |
| 200 - Asthma | 3215 | 4481 | 7696 | 500 - Procedure - Medical Orders Required | 31 | 31 | 62 |
| 205 - Respiratory | 39 | 52 | 91 | 505 - Hepatic | 7 | 9 | 16 |
| 210 - Autism Spectrum Disorder | 263 | 1119 | 1382 | 508 - Reproductive | 110 | 5 | 115 |
| 220 - Autoimmune Disease | 49 | 39 | 88 | 510 - Renal | 279 | 160 | 439 |
| 230 - Cancer | 26 | 45 | 71 | 511 - Valley Fever | 4 | 3 | 7 |
| 240 - Cerebral Palsy | 97 | 111 | 208 | 520 - Risk for Bleeding | 56 | 71 | 127 |
| 260 - Color Deficit | 15 | 182 | 197 | 530 - Seizures | 318 | 401 | 719 |
| 265 - Communicable Disease | 445 | 447 | 892 | 540 - Sickle Cell | 24 | 17 | 41 |
| 270 - Corrective Lenses | 8654 | 7822 | 16476 | 550 - Traumatic Brain Injury | 22 | 45 | 67 |
| 280 - Crisis Intervention Plan - ON FILE | 2 | 0 | 2 | 575 - Pregnancy | 74 | 2 | 76 |
| 290 - Cystic Fibrosis | 4 | 8 | 12 | 600 | 360 | 327 | 687 |
| 300 - Developmental | 557 | 1064 | 1621 | 605 | 36 | 31 | 67 |
| 305 - Birth Defect | 82 | 115 | 197 | 610 | 9 | 5 | 14 |
| 310 - Diabetes Type I | 75 | 83 | 158 | 615 | 20 | 9 | 29 |
| 320 - Diabetes Type II | 62 | 58 | 120 | 620 | 18 | 25 | 43 |
| 330 - Diet Modification ON FILE | 337 | 429 | 766 | 625 | 736 | 786 | 1522 |
| 340 - Eating Disorder | 24 | 8 | 32 | 630 | 148 | 156 | 304 |
| 342 - Food Intolerance | 249 | 238 | 487 | 635 | 26 | 18 | 44 |
| 350 - Endocrine | 159 | 126 | 285 | 640 | 8 | 6 | 14 |
| 360 - Gastrointestinal | 484 | 541 | 1025 | 645 - Immunocompromised | 3 | 8 | 11 |
| 362 - Dental Disease | 5 | 7 | 12 | 650 - Other | 307 | 302 | 609 |
| 370 - Cardiovascular | 391 | 419 | 810 | 655 - Safety plan on file | 15 | 7 | 22 |
| 380 - Hypertension | 23 | 43 | 66 | 660 - No vision/hearing | 1 | 1 | 2 |
| 381 - Concussion | 137 | 144 | 281 | 670 - Nonverbal | 0 | 3 | 3 |
| 382 - Post Concussion Syndrome | 26 | 36 | 62 | | | | |
| 385 - Sensory | 31 | 68 | 99 | | | | |
| 387 - Impaired - Communication | 1 | 5 | 6 | | | | |
| 390 - Impairment - Hearing | 328 | 419 | 747 | | | | |
| 400 - Impairment - Orthopedic | 424 | 437 | 861 | | | | |
| 410 - Impairment - Vision | 470 | 499 | 969 | | | | |
| 412 - ENT | 46 | 75 | 121 | | | | |

CONFIDENTIAL

SM_TUSD_00493999

# Tucson Unified School District
## Health Condition Totals
### As of 06/30/2021

Year: 2020-2021
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1490 | 3597 | 5087 | 420 - Integumentary | 410 | 351 | 761 |
| 110 - Allergy-Bee/Insect Sting | 489 | 624 | 1113 | 430 - Medical Alert - Other Nurse Contact | 42 | 39 | 81 |
| 120 - Allergy-Food - NOT NUT | 1307 | 1249 | 2556 | 432 - Frequent Health Office Visits | 74 | 68 | 142 |
| 130 - Allergy-Latex | 63 | 64 | 127 | 440 - Mental/Behavioral Health | 2071 | 2137 | 4208 |
| 140 - Allergy - Medication | 1382 | 1572 | 2954 | 442 - Anxiety | 2067 | 1638 | 3705 |
| 150 - Allergy - Nut/Peanut | 457 | 578 | 1035 | 450 - Migraines | 392 | 336 | 728 |
| 160 - Allergy-Other | 1242 | 1423 | 2665 | 460 - Multiple Sclerosis | 1 | 1 | 2 |
| 170 - Allergy-Environmental | 5589 | 6502 | 12091 | 470 - Muscular Dystrophy | 4 | 20 | 24 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 355 | 496 | 851 | 480 - Neurological Disorder | 120 | 170 | 290 |
| 190 - Arthritis | 15 | 9 | 24 | 490 - No PE/Modified PE | 112 | 103 | 215 |
| 200 - Asthma | 2887 | 4036 | 6923 | 500 - Procedure - Medical Orders Required | 24 | 26 | 50 |
| 205 - Respiratory | 39 | 60 | 99 | 505 - Hepatic | 8 | 9 | 17 |
| 210 - Autism Spectrum Disorder | 254 | 1058 | 1312 | 508 - Reproductive | 95 | 4 | 99 |
| 220 - Autoimmune Disease | 41 | 35 | 76 | 510 - Renal | 221 | 143 | 364 |
| 230 - Cancer | 23 | 40 | 63 | 511 - Valley Fever | 3 | 2 | 5 |
| 240 - Cerebral Palsy | 83 | 108 | 191 | 520 - Risk for Bleeding | 49 | 56 | 105 |
| 260 - Color Deficit | 13 | 159 | 172 | 530 - Seizures | 284 | 357 | 641 |
| 265 - Communicable Disease | 484 | 488 | 972 | 540 - Sickle Cell | 19 | 15 | 34 |
| 270 - Corrective Lenses | 8784 | 7961 | 16745 | 550 - Traumatic Brain Injury | 24 | 39 | 63 |
| 280 - Crisis Intervention Plan - ON FILE | 3 | 1 | 4 | 575 - Pregnancy | 56 | 4 | 60 |
| 290 - Cystic Fibrosis | 3 | 9 | 12 | 600 | 295 | 283 | 578 |
| 300 - Developmental | 498 | 942 | 1440 | 605 | 36 | 28 | 64 |
| 305 - Birth Defect | 90 | 126 | 216 | 610 | 6 | 2 | 8 |
| 310 - Diabetes Type I | 73 | 74 | 147 | 615 | 22 | 14 | 36 |
| 320 - Diabetes Type II | 56 | 64 | 120 | 620 | 19 | 25 | 44 |
| 330 - Diet Modification ON FILE | 326 | 423 | 749 | 625 | 822 | 902 | 1724 |
| 340 - Eating Disorder | 24 | 12 | 36 | 630 | 149 | 161 | 310 |
| 342 - Food Intolerance | 258 | 252 | 510 | 635 | 35 | 29 | 64 |
| 350 - Endocrine | 142 | 105 | 247 | 640 | 5 | 8 | 13 |
| 360 - Gastrointestinal | 395 | 451 | 846 | 645 - Immunocompromised | 4 | 13 | 17 |
| 362 - Dental Disease | 5 | 7 | 12 | 650 - Other | 371 | 383 | 754 |
| 370 - Cardiovascular | 349 | 369 | 718 | 655 - Safety plan on file | 14 | 8 | 22 |
| 380 - Hypertension | 19 | 31 | 50 | 660 - No vision/hearing | 2 | 1 | 3 |
| 381 - Concussion | 105 | 123 | 228 | 665 - Genetic Disorder | 0 | 1 | 1 |
| 382 - Post Concussion Syndrome | 16 | 28 | 44 | 670 - Nonverbal | 0 | 4 | 4 |
| 385 - Sensory | 38 | 63 | 101 | | | | |
| 387 - Impaired - Communication | 1 | 5 | 6 | | | | |
| 390 - Impairment - Hearing | 312 | 398 | 710 | | | | |
| 400 - Impairment - Orthopedic | 314 | 334 | 648 | | | | |
| 410 - Impairment - Vision | 381 | 417 | 798 | | | | |
| 412 - ENT | 49 | 86 | 135 | | | | |

CONFIDENTIAL

SM_TUSD_00494000

# Tucson Unified School District
## Health Condition Totals
As of 06/30/2022

**TUCSON UNIFIED**
SCHOOL DISTRICT

Year:  2021-2022
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1455 | 3575 | 5030 | 420 - Integumentary | 379 | 328 | 707 |
| 110 - Allergy-Bee/Insect Sting | 447 | 575 | 1022 | 430 - Medical Alert - Other Nurse Contact | 29 | 41 | 70 |
| 120 - Allergy-Food - NOT NUT | 1226 | 1235 | 2461 | 432 - Frequent Health Office Visits | 73 | 67 | 140 |
| 130 - Allergy-Latex | 58 | 53 | 111 | 440 - Mental/Behavioral Health | 2015 | 2091 | 4106 |
| 140 - Allergy - Medication | 1288 | 1479 | 2767 | 442 - Anxiety | 2063 | 1679 | 3742 |
| 150 - Allergy - Nut/Peanut | 434 | 542 | 976 | 450 - Migraines | 376 | 305 | 681 |
| 160 - Allergy-Other | 1048 | 1209 | 2257 | 460 - Multiple Sclerosis | 0 | 0 | 0 |
| 170 - Allergy-Environmental | 6399 | 7540 | 13939 | 470 - Muscular Dystrophy | 1 | 19 | 20 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 329 | 458 | 787 | 480 - Neurological Disorder | 117 | 163 | 280 |
| 190 - Arthritis | 14 | 8 | 22 | 490 - No PE/Modified PE | 101 | 90 | 191 |
| 200 - Asthma | 2755 | 3881 | 6636 | 500 - Procedure - Medical Orders Required | 16 | 20 | 36 |
| 205 - Respiratory | 38 | 75 | 113 | 505 - Hepatic | 8 | 11 | 19 |
| 210 - Autism Spectrum Disorder | 275 | 1117 | 1392 | 508 - Reproductive | 83 | 7 | 90 |
| 220 - Autoimmune Disease | 36 | 33 | 69 | 510 - Renal | 194 | 135 | 329 |
| 230 - Cancer | 21 | 38 | 59 | 511 - Valley Fever | 2 | 5 | 7 |
| 240 - Cerebral Palsy | 80 | 105 | 185 | 520 - Risk for Bleeding | 49 | 47 | 96 |
| 260 - Color Deficit | 13 | 163 | 176 | 530 - Seizures | 279 | 340 | 619 |
| 265 - Communicable Disease | 1175 | 1168 | 2343 | 540 - Sickle Cell | 18 | 18 | 36 |
| 270 - Corrective Lenses | 8786 | 7983 | 16769 | 550 - Traumatic Brain Injury | 22 | 35 | 57 |
| 280 - Crisis Intervention Plan - ON FILE | 3 | 1 | 4 | 575 - Pregnancy | 50 | 2 | 52 |
| 290 - Cystic Fibrosis | 3 | 7 | 10 | 600 | 269 | 270 | 539 |
| 300 - Developmental | 480 | 913 | 1393 | 605 | 41 | 34 | 75 |
| 305 - Birth Defect | 99 | 150 | 249 | 610 | 6 | 1 | 7 |
| 310 - Diabetes Type I | 63 | 83 | 146 | 615 | 28 | 15 | 43 |
| 320 - Diabetes Type II | 56 | 68 | 124 | 620 | 21 | 20 | 41 |
| 330 - Diet Modification ON FILE | 297 | 400 | 697 | 625 | 857 | 976 | 1833 |
| 340 - Eating Disorder | 26 | 18 | 44 | 630 | 158 | 154 | 312 |
| 342 - Food Intolerance | 279 | 273 | 552 | 635 | 39 | 28 | 67 |
| 350 - Endocrine | 138 | 93 | 231 | 640 | 10 | 12 | 22 |
| 360 - Gastrointestinal | 389 | 443 | 832 | 645 - Immunocompromised | 6 | 15 | 21 |
| 362 - Dental Disease | 7 | 9 | 16 | 650 - Other | 440 | 480 | 920 |
| 370 - Cardiovascular | 344 | 342 | 686 | 655 - Safety plan on file | 17 | 12 | 29 |
| 380 - Hypertension | 18 | 29 | 47 | 660 - No vision/hearing | 3 | 1 | 4 |
| 381 - Concussion | 97 | 104 | 201 | 665 - Genetic Disorder | 0 | 3 | 3 |
| 382 - Post Concussion Syndrome | 16 | 19 | 35 | 670 - Nonverbal | 0 | 6 | 6 |
| 385 - Sensory | 47 | 85 | 132 | | | | |
| 387 - Impaired - Communication | 1 | 5 | 6 | | | | |
| 390 - Impairment - Hearing | 307 | 377 | 684 | | | | |
| 400 - Impairment - Orthopedic | 278 | 309 | 587 | | | | |
| 410 - Impairment - Vision | 347 | 374 | 721 | | | | |
| 412 - ENT | 48 | 106 | 154 | | | | |

CONFIDENTIAL

SM_TUSD_00494001

# Tucson Unified School District
## Health Condition Totals
As of 06/30/2023

Year:    2022-2023
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1471 | 3562 | 5033 | 420 - Integumentary | 344 | 318 | 662 |
| 110 - Allergy-Bee/Insect Sting | 431 | 527 | 958 | 430 - Medical Alert - Other Nurse Contact | 26 | 32 | 58 |
| 120 - Allergy-Food - NOT NUT | 1187 | 1215 | 2402 | 432 - Frequent Health Office Visits | 95 | 77 | 172 |
| 130 - Allergy-Latex | 55 | 45 | 100 | 440 - Mental/Behavioral Health | 2052 | 2039 | 4091 |
| 140 - Allergy - Medication | 1260 | 1375 | 2635 | 442 - Anxiety | 2167 | 1708 | 3875 |
| 150 - Allergy - Nut/Peanut | 432 | 516 | 948 | 450 - Migraines | 326 | 276 | 602 |
| 160 - Allergy-Other | 840 | 1007 | 1847 | 460 - Multiple Sclerosis | 1 | 0 | 1 |
| 170 - Allergy-Environmental | 7194 | 8294 | 15488 | 470 - Muscular Dystrophy | 2 | 20 | 22 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 326 | 396 | 722 | 480 - Neurological Disorder | 118 | 144 | 262 |
| 190 - Arthritis | 13 | 6 | 19 | 490 - No PE/Modified PE | 82 | 76 | 158 |
| 200 - Asthma | 2682 | 3843 | 6525 | 500 - Procedure - Medical Orders Required | 9 | 14 | 23 |
| 205 - Respiratory | 52 | 85 | 137 | 505 - Hepatic | 8 | 11 | 19 |
| 210 - Autism Spectrum Disorder | 322 | 1263 | 1585 | 508 - Reproductive | 65 | 5 | 70 |
| 220 - Autoimmune Disease | 37 | 31 | 68 | 510 - Renal | 169 | 133 | 302 |
| 230 - Cancer | 21 | 32 | 53 | 511 - Valley Fever | 1 | 3 | 4 |
| 240 - Cerebral Palsy | 72 | 106 | 178 | 520 - Risk for Bleeding | 43 | 43 | 86 |
| 260 - Color Deficit | 14 | 159 | 173 | 530 - Seizures | 280 | 334 | 614 |
| 265 - Communicable Disease | 1037 | 1068 | 2105 | 540 - Sickle Cell | 23 | 15 | 38 |
| 270 - Corrective Lenses | 8787 | 7915 | 16702 | 550 - Traumatic Brain Injury | 16 | 31 | 47 |
| 280 - Crisis Intervention Plan - ON FILE | 1 | 1 | 2 | 575 - Pregnancy | 31 | 2 | 33 |
| 290 - Cystic Fibrosis | 4 | 6 | 10 | 600 | 269 | 254 | 523 |
| 300 - Developmental | 426 | 887 | 1313 | 605 | 51 | 24 | 75 |
| 305 - Birth Defect | 105 | 151 | 256 | 610 | 7 | 1 | 8 |
| 310 - Diabetes Type I | 68 | 71 | 139 | 615 | 31 | 13 | 44 |
| 320 - Diabetes Type II | 54 | 61 | 115 | 620 | 21 | 17 | 38 |
| 330 - Diet Modification ON FILE | 294 | 399 | 693 | 625 | 918 | 1029 | 1947 |
| 340 - Eating Disorder | 24 | 22 | 46 | 630 | 167 | 146 | 313 |
| 342 - Food Intolerance | 285 | 295 | 580 | 635 | 35 | 32 | 67 |
| 350 - Endocrine | 141 | 90 | 231 | 640 | 5 | 10 | 15 |
| 360 - Gastrointestinal | 357 | 422 | 779 | 645 - Immunocompromised | 8 | 14 | 22 |
| 362 - Dental Disease | 9 | 10 | 19 | 650 - Other | 517 | 636 | 1153 |
| 370 - Cardiovascular | 336 | 336 | 672 | 655 - Safety plan on file | 25 | 18 | 43 |
| 380 - Hypertension | 19 | 26 | 45 | 660 - No vision/hearing | 4 | 3 | 7 |
| 381 - Concussion | 89 | 98 | 187 | 665 - Genetic Disorder | 1 | 5 | 6 |
| 382 - Post Concussion Syndrome | 12 | 16 | 28 | 670 - Nonverbal | 0 | 6 | 6 |
| 385 - Sensory | 64 | 138 | 202 | | | | |
| 387 - Impaired - Communication | 6 | 10 | 16 | | | | |
| 390 - Impairment - Hearing | 293 | 358 | 651 | | | | |
| 400 - Impairment - Orthopedic | 244 | 279 | 523 | | | | |
| 410 - Impairment - Vision | 323 | 338 | 661 | | | | |
| 412 - ENT | 60 | 128 | 188 | | | | |

CONFIDENTIAL

SM_TUSD_00494002

# Tucson Unified School District
## Health Condition Totals
### As of 06/30/2024

**TUCSON UNIFIED**
SCHOOL DISTRICT

Year:  2023-2024
Report: HLT601

| Health Condition | Female | Male | Total | Health Condition | Female | Male | Total |
|---|---|---|---|---|---|---|---|
| 100 - ADD/ADHD | 1467 | 3485 | 4952 | 420 - Integumentary | 332 | 310 | 642 |
| 110 - Allergy-Bee/Insect Sting | 423 | 505 | 928 | 430 - Medical Alert - Other Nurse Contact | 18 | 26 | 44 |
| 120 - Allergy-Food - NOT NUT | 1194 | 1146 | 2340 | 432 - Frequent Health Office Visits | 146 | 93 | 239 |
| 130 - Allergy-Latex | 52 | 47 | 99 | 440 - Mental/Behavioral Health | 2028 | 2136 | 4164 |
| 140 - Allergy - Medication | 1194 | 1295 | 2489 | 442 - Anxiety | 2117 | 1634 | 3751 |
| 150 - Allergy - Nut/Peanut | 417 | 488 | 905 | 450 - Migraines | 294 | 241 | 535 |
| 160 - Allergy-Other | 730 | 856 | 1586 | 460 - Multiple Sclerosis | 0 | 0 | 0 |
| 170 - Allergy-Environmental | 7170 | 8200 | 15370 | 470 - Muscular Dystrophy | 2 | 20 | 22 |
| 180 - Anaphylaxis - With Medical Diagnosis and or EPI PEN | 300 | 384 | 684 | 480 - Neurological Disorder | 109 | 133 | 242 |
| 190 - Arthritis | 14 | 3 | 17 | 490 - No PE/Modified PE | 80 | 77 | 157 |
| 200 - Asthma | 2576 | 3629 | 6205 | 500 - Procedure - Medical Orders Required | 8 | 14 | 22 |
| 205 - Respiratory | 59 | 96 | 155 | 505 - Hepatic | 2 | 9 | 11 |
| 210 - Autism Spectrum Disorder | 382 | 1377 | 1759 | 508 - Reproductive | 67 | 7 | 74 |
| 220 - Autoimmune Disease | 36 | 31 | 67 | 510 - Renal | 167 | 132 | 299 |
| 230 - Cancer | 18 | 25 | 43 | 511 - Valley Fever | 1 | 4 | 5 |
| 240 - Cerebral Palsy | 79 | 100 | 179 | 520 - Risk for Bleeding | 42 | 41 | 83 |
| 260 - Color Deficit | 12 | 166 | 178 | 530 - Seizures | 282 | 302 | 584 |
| 265 - Communicable Disease | 666 | 699 | 1365 | 540 - Sickle Cell | 22 | 17 | 39 |
| 270 - Corrective Lenses | 8495 | 7587 | 16082 | 550 - Traumatic Brain Injury | 16 | 30 | 46 |
| 280 - Crisis Intervention Plan - ON FILE | 1 | 1 | 2 | 575 - Pregnancy | 26 | 2 | 28 |
| 290 - Cystic Fibrosis | 2 | 4 | 6 | 600 | 289 | 264 | 553 |
| 300 - Developmental | 430 | 877 | 1307 | 605 | 36 | 20 | 56 |
| 305 - Birth Defect | 115 | 164 | 279 | 610 | 4 | 2 | 6 |
| 310 - Diabetes Type I | 66 | 73 | 139 | 615 | 34 | 17 | 51 |
| 320 - Diabetes Type II | 44 | 54 | 98 | 620 | 21 | 19 | 40 |
| 330 - Diet Modification ON FILE | 295 | 377 | 672 | 625 | 913 | 1036 | 1949 |
| 340 - Eating Disorder | 18 | 28 | 46 | 630 | 147 | 151 | 298 |
| 342 - Food Intolerance | 287 | 306 | 593 | 635 | 36 | 38 | 74 |
| 350 - Endocrine | 123 | 78 | 201 | 640 | 11 | 16 | 27 |
| 360 - Gastrointestinal | 352 | 405 | 757 | 645 - Immunocompromised | 9 | 13 | 22 |
| 362 - Dental Disease | 10 | 13 | 23 | 650 - Other | 594 | 707 | 1301 |
| 370 - Cardiovascular | 339 | 328 | 667 | 655 - Safety plan on file | 34 | 22 | 56 |
| 380 - Hypertension | 20 | 29 | 49 | 660 - No vision/hearing | 5 | 5 | 10 |
| 381 - Concussion | 95 | 104 | 199 | 665 - Genetic Disorder | 6 | 14 | 20 |
| 382 - Post Concussion Syndrome | 13 | 16 | 29 | 670 - Nonverbal | 9 | 43 | 52 |
| 385 - Sensory | 140 | 328 | 468 | | | | |
| 387 - Impaired - Communication | 78 | 164 | 242 | | | | |
| 390 - Impairment - Hearing | 285 | 332 | 617 | | | | |
| 400 - Impairment - Orthopedic | 258 | 280 | 538 | | | | |
| 410 - Impairment - Vision | 299 | 302 | 601 | | | | |
| 412 - ENT | 77 | 153 | 230 | | | | |

CONFIDENTIAL

SM_TUSD_00494003

| Prod Begin | SM_TUSD_00493994 |
|---|---|
| Prod End | |
| ALL - All Custodians | Gaw, Joseph |
| ALL - Author | |
| FILE - Date Modified | |
| FILE - File Name | 06302015_Health Condition Totals.pdf |
| ALL - Title | |
| ALL - All Paths | |

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00493995 |
| **Prod End** | |
| **ALL - All Custodians** | Gaw, Joseph |
| **ALL - Author** | |
| **FILE - Date Modified** | |
| **FILE - File Name** | 06302016_Health Condition Totals.pdf |
| **ALL - Title** | |
| **ALL - All Paths** | |

| Prod Begin | SM_TUSD_00493996 |
|---|---|
| Prod End | |
| ALL - All Custodians | Gaw, Joseph |
| ALL - Author | |
| FILE - Date Modified | |
| FILE - File Name | 06302017_Health Conditions Totals.pdf |
| ALL - Title | |
| ALL - All Paths | |

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00493997 |
| **Prod End** | |
| **ALL - All Custodians** | Gaw, Joseph |
| **ALL - Author** | |
| **FILE - Date Modified** | |
| **FILE - File Name** | 06302018_Health Conditions Totals.pdf |
| **ALL - Title** | |
| **ALL - All Paths** | |

| Prod Begin | SM_TUSD_00493998 |
|---|---|
| Prod End | |
| ALL - All Custodians | Gaw, Joseph |
| ALL - Author | |
| FILE - Date Modified | |
| FILE - File Name | 06302019_Health Conditions Totals.pdf |
| ALL - Title | |
| ALL - All Paths | |

| Prod Begin | SM_TUSD_00493999 |
|---|---|
| Prod End | |
| ALL - All Custodians | Gaw, Joseph |
| ALL - Author | |
| FILE - Date Modified | |
| FILE - File Name | 06302020_Health Conditions Total.pdf |
| ALL - Title | |
| ALL - All Paths | |

| Prod Begin | SM_TUSD_00494000 |
|---|---|
| Prod End | |
| ALL - All Custodians | Gaw, Joseph |
| ALL - Author | |
| FILE - Date Modified | |
| FILE - File Name | 06302021_Health Conditions Total.pdf |
| ALL - Title | |
| ALL - All Paths | |

| Prod Begin | SM_TUSD_00494001 |
|---|---|
| Prod End | |
| ALL - All Custodians | Gaw, Joseph |
| ALL - Author | |
| FILE - Date Modified | |
| FILE - File Name | 06302022_Health Conditions Total.pdf |
| ALL - Title | |
| ALL - All Paths | |

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00494002 |
| **Prod End** | |
| **ALL - All Custodians** | Gaw, Joseph |
| **ALL - Author** | |
| **FILE - Date Modified** | |
| **FILE - File Name** | 06302023_Health Conditions Total.pdf |
| **ALL - Title** | |
| **ALL - All Paths** | |

| | |
|---|---|
| **Prod Begin** | SM_TUSD_00494003 |
| **Prod End** | |
| **ALL - All Custodians** | Gaw, Joseph |
| **ALL - Author** | |
| **FILE - Date Modified** | |
| **FILE - File Name** | 06302024_Health Conditions Totals.pdf |
| **ALL - Title** | |
| **ALL - All Paths** | |