**Exhibit 36**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiff* (additional
counsel on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,** | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| **THIS DOCUMENT RELATES TO:** | **PLAINTIFF'S SECOND AMENDED ANSWERS TO DEFENDANTS' INTERROGATORIES TO TUCSON UNIFIED SCHOOL DISTRICT (SET 3)** |
| Tucson Unified School District v. Meta Platforms Inc., et al.<br><br>Case No.: 4:24-CV-01382 | |

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | **DEFENDANTS** |
| 2 | RESPONDING PARTY: | **TUCSON UNIFIED SCHOOL DISTRICT** |
| 3 | SET: | **THREE (3)** |
| 4 | DATE OF SERVICE: | **May 16, 2025** |

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of this judicial district, Tucson Unified School District ("Plaintiff"), hereby provides these amended responses and objections to Defendants' Interrogatories to Tucson Unified School District (Set 3) (the "Request" or "Requests").

## **PRELIMINARY STATEMENT**

Plaintiff has undertaken a reasonable effort to provide the information requested by these Interrogatories to the extent the requested information is not subject to objection. Plaintiff's investigation of the facts relating to this Action and fact discovery generally are ongoing and additional information may be obtained that may alter these responses. The following responses and objections are based upon information that has been collected and reviewed to date for the purpose of these Interrogatories and are not prepared from any personal knowledge of any single individual. Accordingly, all the following responses are given without prejudice to, and with the express reservation of, Plaintiff's right to supplement or modify its responses and objections to address additional information, and to rely upon any and all such information and documents at trial or otherwise.

## **OBJECTIONS TO DEFINITIONS**

The following applies to each Interrogatory.

1.      Plaintiff objects to Defendants' definition of "Alleged Harm" on the grounds that it calls for a legal conclusion or Expert Opinion. Further, as discovery is ongoing, and the factual record is not yet complete, additional injury and harm may occur and Plaintiff may need to supplement any responses to account for additional facts learned during fact or expert discovery.

2.      Plaintiff objects to Defendants' definition of "Plaintiff," "You," and "Your," as overly broad, unduly burdensome, and seeking the production of information that is not relevant to the claims or defenses of any party, not proportional to the needs of the case, and not reasonably

accessible to Plaintiff upon reasonable diligence. Furthermore, the definition of these terms is over broad to the extent it would require Plaintiff to respond to these Interrogatories for people "purporting to act on its behalf" and to the extent it purports to include any of the persons identified in their personal capacities rather than as officers and employees of Plaintiff. Plaintiff objects further to this definition as seeking Privileged Information because the definition includes Plaintiff's attorneys.

3.      Plaintiff's answers are made without waiving its right to object on the grounds of relevance, hearsay, materiality, competency, or any other ground to the use of its responses in any subsequent stage or proceeding in this action or any other action.

4.      If Plaintiff, in response to any Interrogatory, inadvertently produces information that is or could be the subject of the objections stated herein, such production is not intended to be, nor is it deemed to be, a waiver of the objections with respect to such information provided or withheld.

### RESPONSES TO INTERROGATORIES

__INTERROGATORY NO. 5:__

For each category of damages for which You are seeking damages in this Action, including each category (e.g., "Past human and financial resources estimated to have been expended in connection with the harms alleged in Complaint," "Costs associated with the harms alleged in the complaint for expenditures on external programs and services," "Costs associated with incidents of damage to Plaintiff's property in connection with the harms alleged in the Complaint") and each subcategory (e.g., "expending, diverting, and increasing personnel to provide mental health services to students"; "expending, diverting, and increasing staff time to confiscate cell phones and other devices"; "expending, diverting, and increasing resources to purchase tools necessary to prevent or limit student's access to social media"; "expending, diverting, and increasing resources to develop new and revised teaching plans to address students' declining achievement"; etc.) You listed in Your response to Question 23 of the Plaintiff Fact Sheet, please (a) describe what the category includes, (b) explain how You performed or arrived at Your computation, and (c) identify each cost or other input that You used in Your computation.

**RESPONSE:**

Plaintiff objects to the Interrogatory as premature to the extent it seeks information about subjects of ongoing discovery, including expert discovery. Plaintiff's investigation is ongoing and the factual record is therefore incomplete. Expert discovery is also incomplete. Plaintiff further objects to Interrogatory No. 5 as duplicative of information Plaintiff already provided in its supplemental initial disclosures served pursuant to Fed. R. Civ. P. 26. Additionally, Plaintiff objects to Interrogatory No. 5 because it calls for expert opinion and seeks information that is privileged attorney work product and/or privileged attorney-client communications. Lastly, Plaintiff objects because the Interrogatory is compound, consisting of multiple subparts relating to 1) descriptions of categories and subcategories 2) identifying costs, assumptions, and inputs used in calculations for damages and 3) an explanation of how the damages were calculated.

Subject to and without waiving the foregoing objections, Plaintiff incorporates its Rule 26 disclosures herein. Plaintiff has previously provided a breakdown of the categories and subcategories of damages. Plaintiff is under no obligation to re-create or provide work product to further define categories and subcategories for Defendants. Plaintiff previously produced documents supporting the damages claimed for each category and subcategory of damages through its Rule 26 disclosures. As stated in prior answers, Plaintiff will make appropriate expert disclosures concerning damages categories, subcategories, explanations, assumptions, and inputs sought by this Interrogatory, to the extent such information exists, in accordance with the deadlines set by the Court and the Federal Rules of Civil Procedure.

Plaintiff further states that over the last several years, it has incurred increased costs to combat the issues Defendants have caused throughout the District. Plaintiff listed the following general categories of past compensatory damages in its Second Supplemental Initial Disclosures: 1) past human and financial resources estimated to have been expended in connection with the harms alleged in Complaint, 2) costs associated with the harms alleged in the Complaint for expenditures on external programs and services, and 3) costs associated with incidents of damage to Plaintiff's property in connection with the harms alleged in the Complaint.

Category 1 includes previously disclosed types of damages, such as expending and diverting financial and personnel resources to address the disruption and other impacts caused by Defendants' conduct, including to confiscate cell phones and other devices; respond to increased mental and behavioral health issues among students; communicate and engage with parents and guardians; investigate and respond to threats to schools and students; develop and revise teaching plans; provide additional learning support; address student disciplinary issues; modify mental health curricula; create education materials about social media addiction and harm; route students to counselors and mental health service providers; develop additional mental health resources; train teachers to support student mental health; train staff to address students' use of Defendants' platforms and related issues; update student handbooks to address use of Defendants' platforms; and update school policies to address use of Defendants' platforms.

In calculating damages associated with Category 1, Plaintiff identified costs associated with certain staff, including teachers, assistant principals, principals, and staff providing mental health and related student support services. A percentage was then applied to each staff category or position for each respective year to reach an approximate total of this category of damages. This percentage represents a low-end estimate of Plaintiff's damages. Plaintiff then added the total amounts across the relevant school years to reach a total. Plaintiff currently estimates this category of damages at $97,676,885. *See* Exhibit 1.

For Category 2 damages, Plaintiff identified past expenditures it alleges were necessitated by Defendants' conduct, including for Character Strong SEL Curriculum, Talkspace, Awareity, School Threat Assessment, Yondr Pouches, and cell phone lockers. Plaintiff currently estimates this category of damages at $543,331. *See* Exhibit 1.

For Category 3 damages, Plaintiff investigated incidents of property damage Plaintiff has reason to believe were caused by Defendants' conduct. In addition to the expenses identified, Plaintiff has expended significant human resources to address these harms. In many instances, no direct expense is tracked because the damage was remediated by Plaintiff's staff using existing maintenance inventory or did not require direct expense but, rather, staff time to remediate. In addition, these incidents prevent Plaintiff from full use and enjoyment of its property. Plaintiff

currently estimates this category of damages at $14,910.64. *See* Plaintiff's Third Amended Answers to Defendants' Interrogatories (Set 1).

Plaintiff reserves the right to amend and/or supplement its response to the Interrogatory and Plaintiff's Rule 26 Disclosures as more information becomes available through discovery, including expert discovery.

Dated: May 16, 2025              */s/ Austin Brane*
                                 Austin Brane

                                 Thomas P. Cartmell (*pro hac vice*)
                                 Jonathan P. Kieffer (*pro hac vice*)
                                 Austin Brane, SBN 286227
                                 **WAGSTAFF & CARTMELL LLP**
                                 4740 Grand Avenue, Suite 300
                                 Kansas City, MO 64112
                                 Tel: (816) 701-1100
                                 tcartmell@wcllp.com
                                 jpkieffer@wcllp.com
                                 abrane@wcllp.com

                                 Joseph G. VanZandt (*pro hac vice*)
                                 Davis Vaughn (*pro hac vice*)
                                 James Lampkin (*pro hac vice*)
                                 **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
                                 234 Commerce Street
                                 Montgomery, AL 36103
                                 Tel: 334-269-2343
                                 Joseph.VanZandt@BeasleyAllen.com
                                 Davis.Vaughn@BeasleyAllen.com
                                 James. Lampkin@BeasleyAllen.com

                                 Kirk J. Goza (*pro hac vice*)
                                 Brad Honnold (*pro hac vice*)
                                 **GOZA & HONNOLD LLC**
                                 9500 Nall Ave., Ste 400
                                 Overland Park, KS 66207
                                 Tel. (913) 451-3433
                                 kgoza@gohonlaw.com
                                 bhonnold@gohonlaw.com

                                 ***Counsel for Plaintiff***

AMENDED ANSWERS TO DEFENDANTS' 3D SET OF INTERROGATORIES

1

## **VERIFICATION**

2     I, <u>Robert Ross</u> declare:

3        I am the General Counsel for Tucson Unified School District. I am authorized to make this

4 verification on behalf of Plaintiff. The foregoing Plaintiff's Third Amended Responses

5 Interrogatories to Tucson Unified School District (Set 3) represents a corporate response, based on

6 information, in part, assembled by the Plaintiff's employees and/or representatives. Because the

7 matters stated in the document identified above constitute a corporate response, they are not all

8 necessarily within my personal knowledge, or within the personal knowledge of any single

9 individual. Subject to these limitations, the information contained in the foregoing response is, to

10 the best of Plaintiff's knowledge, true and correct. Plaintiff reserves the right to make any changes

11 should it appear that any omissions or errors have been made.

12        I declare under penalty of perjury that the foregoing is true and correct.

13

14        Dated: _____            By: _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

| | SY 16-17 | SY 17-18 | SY 18-19 | SY 19-20 | SY 20-21 | SY 21-22 | SY 22-23 | SY 23-24 | Total | Weight | Weighted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialist Counselor | $ 51,090.00 | $ 50,068.20 | $ 52,456.95 | $ - | | | | | $ 153,615.15 | 50% | $ 76,807.58 |
| Social Worker - Master's | | | | | | $ 319,551.87 | | | $ 319,551.87 | 60% | $ 191,731.12 |
| Social Worker - Master's | | | | | | $ 219,040.87 | $ 1,125,085.94 | $ 866,265.83 | $ 2,210,392.64 | 60% | $ 1,326,235.58 |
| Social Worker - LCSW | | | | $ 1,106,987.90 | $ 894,623.13 | $ 638,130.71 | $ 676,012.66 | $ 654,803.55 | $ 3,970,557.95 | 80% | $ 3,176,446.36 |
| Social Worker - Bachelor's | | | | | | | $ 230,058.60 | $ 208,671.31 | $ 438,729.91 | 75% | $ 329,047.43 |
| Social Worker | $ 1,200,316.92 | $ 1,066,781.30 | $ 1,220,019.28 | $ 472,818.24 | $ 564,863.61 | | | | $ 4,524,799.35 | 50% | $ 2,262,399.68 |
| School Psychologist - Hybrid | | | | | | | | $ 124,988.55 | $ 124,988.55 | 50% | $ 62,494.28 |
| School Psychologist | | | | | | $ 3,446,853.45 | $ 2,872,477.88 | $ 2,733,115.48 | $ 9,052,446.81 | 50% | $ 4,526,223.41 |
| School Counseling Intern | | $ 5,083.00 | $ 39,713.28 | | | | $ 80,728.32 | $ 306,794.36 | $ 432,318.96 | 50% | $ 216,159.48 |
| Psychology Intern | $ 68,915.61 | $ 98,407.56 | | | | | $ 70,484.93 | $ 40,641.90 | $ 278,450.00 | 50% | $ 139,225.00 |
| Psychology Extern | | | | | | | | $ 5,336.73 | $ 5,336.73 | 50% | $ 2,668.37 |
| Psychologist | $ 3,438,963.80 | $ 3,382,323.10 | $ 3,448,280.33 | $ 3,200,356.56 | $ 3,270,891.18 | | | | $ 16,740,814.97 | 50% | $ 8,370,407.49 |
| Nurse | $ 1,417,007.79 | $ 1,545,847.72 | $ 1,898,346.65 | $ 1,803,031.14 | $ 1,487,980.51 | $ 1,545,568.30 | $ 1,715,093.22 | $ 2,287,288.76 | $ 13,700,164.08 | 8% | $ 1,096,013.13 |
| Licensed Practical Nurse | $ 65,330.51 | $ 67,173.60 | $ 70,247.91 | $ 69,776.62 | $ 38,727.04 | $ 80,270.83 | $ 231,651.47 | $ 369,375.27 | $ 992,553.25 | 8% | $ 79,404.26 |
| Health Assistant - Itinerant | $ 60,227.73 | | | | | | $ 37,438.99 | $ 43,101.18 | $ 140,767.89 | 8% | $ 11,261.43 |
| Health Assistant | $ 2,166,050.32 | $ 1,927,651.86 | $ 2,207,518.14 | $ 2,104,997.01 | $ 1,935,217.18 | $ 2,000,121.96 | $ 2,708,736.26 | $ 2,891,861.61 | $ 17,942,154.33 | 8% | $ 1,435,372.35 |
| Ex Ed Intervention Specialist | $ 62,302.50 | $ 97,112.60 | $ 95,056.00 | | | | | | $ 254,471.10 | 80% | $ 203,576.88 |
| Ex Ed Behavior Intervention Specialist | | | | $ 83,594.28 | $ 101,070.92 | $ 250,379.48 | $ 118,490.40 | $ 120,043.44 | $ 673,578.52 | 60% | $ 404,147.11 |
| Counselor | $ 3,979,300.74 | $ 4,385,015.95 | $ 4,962,193.87 | $ 5,028,515.18 | $ 5,128,836.60 | $ 4,961,856.60 | $ 5,350,567.73 | $ 5,612,863.31 | $ 39,409,149.98 | 50% | $ 19,704,574.99 |
| Counseling Intern | $ 86,858.63 | $ 10,166.00 | $ 57,413.47 | $ 18,086.07 | $ 39,742.26 | $ 103,342.47 | | | $ 315,608.90 | 50% | $ 157,804.45 |
| Behavior Specialist | $ 152,165.78 | $ 170,992.03 | $ 187,515.24 | $ 216,941.83 | $ 169,891.44 | $ 339,467.12 | $ 389,549.33 | $ 389,289.73 | $ 2,015,812.50 | 75% | $ 1,511,859.37 |
| Behavior Intervention Monitor | $ 195,872.42 | $ 229,067.63 | $ 211,527.95 | $ 178,831.85 | $ 256,606.47 | $ 201,379.85 | $ 293,654.60 | $ 432,698.80 | $ 1,999,639.57 | 75% | $ 1,499,729.68 |
| SEL Director | | | | | $ 91,000.00 | $ 91,000.00 | $ 115,678.37 | $ 118,003.21 | $ 415,681.58 | 100% | $ 415,681.58 |
| SEL PD | | | | | | | $ 60,792.25 | $ 70,197.49 | $ 130,989.74 | 100% | $ 130,989.74 |
| MTSS | $ 1,569,691.34 | $ 1,791,183.93 | $ 2,055,336.47 | $ 2,286,712.51 | $ 2,257,432.68 | $ 2,839,181.09 | $ 4,231,543.04 | $ 4,602,497.21 | $ 21,633,578.25 | 40% | $ 8,653,431.30 |
| Restorative Practice Facilitators | $ - | $ 308,406.38 | $ 288,222.90 | $ 227,290.48 | $ 355,468.00 | $ 312,628.47 | $ 309,156.94 | $ 403,322.63 | $ 2,204,495.80 | 50% | $ 1,102,247.90 |
| | | | | | | | | | $ 140,080,648.38 | | $ 57,085,939.92 |

| School Year | Position | FTE | Average Salary | Total | | Weight | | Weighted Total |
|---|---|---|---|---|---|---|---|---|
| 2023 | ES Teachers | 915.6 | 55416.79 | $ 50,739,612.92 | | 1.00% | | $ 507,396.13 |
| 2023 | MS Teachers | 448.7 | 52703.11 | $ 23,647,885.46 | | 5.00% | | $ 1,182,394.27 |
| 2023 | HS Teachers | 644 | $ 56,187 | $ 36,206,599.93 | | 7.50% | | $ 2,715,494.99 |
| 2023 | AP ES | 9 | $ 70,631 | $ 635,676.12 | | 10.00% | | $ 63,567.61 |
| 2023 | AP MS | 17 | $ 86,149 | $ 1,464,528.75 | | 30.00% | | $ 439,358.63 |
| 2023 | AP HS | 25 | $ 93,244 | $ 2,331,102.75 | | 30.00% | | $ 699,330.83 |
| 2023 | Principal ES | 58 | $ 113,892 | $ 6,605,754.56 | | 5.00% | | $ 330,287.73 |
| 2023 | Principal MS | 18 | $ 115,007 | $ 2,070,132.66 | | 15.00% | | $ 310,519.90 |
| 2023 | Principal HS | 12 | $ 131,427 | $ 1,577,129.76 | | 25.00% | | $ 394,282.44 |
| | | | | | | | | $ 6,642,632.53 |
| | | | | | | | | |
| | | | | | | | | |
| 2022 | ES Teachers | 909.4 | 53090.26 | $ 48,280,282.44 | | 1.00% | | $ 482,802.82 |
| 2022 | MS Teachers | 461.7 | 48142.03 | $ 22,227,175.25 | | 5.00% | | $ 1,111,358.76 |
| 2022 | HS Teachers | 610 | $ 46,541 | $ 28,404,253.04 | | 7.50% | | $ 2,130,318.98 |
| 2022 | AP ES | 7 | $ 92,229 | $ 645,604.05 | | 10.00% | | $ 64,560.41 |
| 2022 | AP MS | 16 | $ 92,978 | $ 1,487,651.52 | | 20.00% | | $ 297,530.30 |
| 2022 | AP HS | 22 | $ 107,371 | $ 2,362,151.44 | | 30.00% | | $ 708,645.43 |
| 2022 | Principal ES | 53 | $ 111,726 | $ 5,921,460.51 | | 5.00% | | $ 296,073.03 |
| 2022 | Principal MS | 16 | $ 119,538 | $ 1,912,607.36 | | 15.00% | | $ 286,891.10 |
| 2022 | Principal HS | 12 | $ 128,353 | $ 1,540,237.32 | | 25.00% | | $ 385,059.33 |
| | | | | | | | | $ 5,763,240.17 |
| | | | | | | | | |
| | | | | | | | | |
| 2021 | ES Teachers | 988.4 | 52786.24 | $ 52,173,919.62 | | 1.00% | | $ 521,739.20 |
| 2021 | MS Teachers | 516.9 | 45368.44 | $ 23,450,946.64 | | 5.00% | | $ 1,172,547.33 |
| 2021 | HS Teachers | 627 | $ 44,466 | $ 27,858,049.24 | | 7.50% | | $ 2,089,353.69 |
| 2021 | AP ES | 7 | $ 85,559 | $ 598,910.83 | | 10.00% | | $ 59,891.08 |
| 2021 | AP MS | 15 | $ 85,961 | $ 1,289,416.80 | | 20.00% | | $ 257,883.36 |
| 2021 | AP HS | 24 | $ 99,145 | $ 2,379,471.12 | | 30.00% | | $ 713,841.34 |
| 2021 | Principal ES | 54 | $ 107,580 | $ 5,809,318.38 | | 5.00% | | $ 290,465.92 |
| 2021 | Principal MS | 14 | $ 115,591 | $ 1,618,275.96 | | 15.00% | | $ 242,741.39 |
| 2021 | Principal HS | 12 | $ 118,913 | $ 1,426,953.12 | | 25.00% | | $ 356,738.28 |
| | | | | | | | | $ 5,705,201.59 |
| | | | | | | | | |
| | | | | | | | | |
| 2020 | ES Teachers | 1,114.60 | 53106.07 | $ 59,192,025.62 | | 1.00% | | $ 591,920.26 |
| 2020 | MS Teachers | 512.36 | 50682.37 | $ 25,967,619.09 | | 3.50% | | $ 908,866.67 |
| 2020 | HS Teachers | 683.11 | $ 49,731 | $ 33,971,695.59 | | 5.00% | | $ 1,698,584.78 |
| 2020 | AP ES | 11 | $ 84,859 | $ 933,454.28 | | 6.00% | | $ 56,007.26 |
| 2020 | AP MS | 9 | $ 88,104 | $ 792,938.52 | | 20.00% | | $ 158,587.70 |
| 2020 | AP HS | 24 | $ 103,172 | $ 2,476,134.24 | | 25.00% | | $ 619,033.56 |
| 2020 | Principal ES | 61 | $ 102,500 | $ 6,252,474.99 | | 3.50% | | $ 218,836.62 |
| 2020 | Principal MS | 8 | $ 114,799 | $ 918,395.20 | | 12.50% | | $ 114,799.40 |
| 2020 | Principal HS | 8 | $ 125,508 | $ 1,004,061.52 | | 20.00% | | $ 200,812.30 |
| | | | | | | | | $ 4,567,448.55 |
| | | | | | | | | |
| | | | | | | | | |
| 2019 | ES Teachers | 1072 | 53106.07 | $ 56,929,707.04 | | 1.00% | | $ 569,297.07 |
| 2019 | MS Teachers | 566.4 | 50682.37 | $ 28,706,494.37 | | 3.50% | | $ 1,004,727.30 |
| 2019 | HS Teachers | 686 | $ 49,731 | $ 34,120,391.07 | | 5.00% | | $ 1,706,019.55 |
| 2019 | AP ES | 5 | $ 84,859 | $ 424,297.40 | | 2.00% | | $ 8,485.95 |
| 2019 | AP MS | 15 | $ 88,104 | $ 1,321,564.20 | | 15.00% | | $ 198,234.63 |

| Year | Role | Count | | Salary | | Total | | | Percent | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | AP HS | 24 | $ | 103,172 | $ | 2,476,134.24 | | | 20.00% | | $ | 495,226.85 |
| 2019 | Principal ES | 57 | $ | 102,500 | $ | 5,842,476.63 | | | 3.50% | | $ | 204,486.68 |
| 2019 | Principal MS | 14 | $ | 114,799 | $ | 1,607,191.60 | | | 12.50% | | $ | 200,898.95 |
| 2019 | Principal HS | 10 | $ | 125,508 | $ | 1,255,076.90 | | | 20.00% | | $ | 251,015.38 |
| | | | | | | | | | | | $ | **4,638,392.36** |
| | | | | | | | | | | | | |
| 2018 | ES Teachers | 1039.6 | | 52002.38 | $ | 54,061,674.25 | | | 1.00% | | $ | 540,616.74 |
| 2018 | MS Teachers | 618.6 | | 47785.32 | $ | 29,559,998.95 | | | 3.50% | | $ | 1,034,599.96 |
| 2018 | HS Teachers | 768 | $ | 47,705 | $ | 36,632,354.66 | | | 5.00% | | $ | 1,831,617.73 |
| 2018 | AP ES | 6 | $ | 82,132 | $ | 492,793.38 | | | 2.00% | | $ | 9,855.87 |
| 2018 | AP MS | 13 | $ | 87,770 | $ | 1,141,003.50 | | | 15.00% | | $ | 171,150.53 |
| 2018 | AP HS | 24 | $ | 102,625 | $ | 2,462,989.44 | | | 20.00% | | $ | 492,597.89 |
| 2018 | Principal ES | 52 | $ | 102,917 | $ | 5,351,675.68 | | | 3.50% | | $ | 187,308.65 |
| 2018 | Principal MS | 15 | $ | 109,173 | $ | 1,637,591.25 | | | 12.50% | | $ | 204,698.91 |
| 2018 | Principal HS | 10 | $ | 125,760 | $ | 1,257,599.00 | | | 20.00% | | $ | 251,519.80 |
| | | | | | | | | | | | $ | **4,723,966.07** |
| | | | | | | | | | | | | |
| 2017 | ES Teachers | 1053.7 | | 48932.04 | $ | 51,559,690.55 | | | 1.00% | | $ | 515,596.91 |
| 2017 | MS Teachers | 554.2 | | 46874.83 | $ | 25,978,030.79 | | | 3.50% | | $ | 909,231.08 |
| 2017 | HS Teachers | 681 | $ | 47,060 | $ | 32,061,916.68 | | | 5.00% | | $ | 1,603,095.83 |
| 2017 | AP ES | 8 | $ | 79,866 | $ | 638,925.76 | | | 2.00% | | $ | 12,778.52 |
| 2017 | AP MS | 12 | $ | 85,568 | $ | 1,026,816.00 | | | 15.00% | | $ | 154,022.40 |
| 2017 | AP HS | 23 | $ | 98,699 | $ | 2,270,077.00 | | | 20.00% | | $ | 454,015.40 |
| 2017 | Principal ES | 53 | $ | 102,260 | $ | 5,419,765.16 | | | 3.50% | | $ | 189,691.78 |
| 2017 | Principal MS | 12 | $ | 115,137 | $ | 1,381,646.16 | | | 12.50% | | $ | 172,705.77 |
| 2017 | Principal HS | 11 | $ | 124,352 | $ | 1,367,871.12 | | | 20.00% | | $ | 273,574.22 |
| | | | | | | | | | | | $ | **4,284,711.91** |
| | | | | | | | | | | | | |
| 2016 | ES Teachers | 1562.9 | | 46491.99 | $ | 72,662,331.17 | | | 1.00% | | $ | 726,623.31 |
| 2016 | MS Teachers | 526 | | 46431.74 | $ | 24,423,095.24 | | | 3.50% | | $ | 854,808.33 |
| 2016 | HS Teachers | 668 | $ | 42,595 | $ | 28,449,354.12 | | | 5.00% | | $ | 1,422,467.71 |
| 2016 | AP ES | 8 | $ | 68,808 | $ | 550,465.52 | | | 2.00% | | $ | 11,009.31 |
| 2016 | AP MS | 15 | $ | 83,332 | $ | 1,249,974.30 | | | 15.00% | | $ | 187,496.15 |
| 2016 | AP HS | 21 | $ | 99,547 | $ | 2,090,480.07 | | | 20.00% | | $ | 418,096.01 |
| 2016 | Principal ES | 50 | $ | 105,951 | $ | 5,297,527.50 | | | 3.50% | | $ | 185,413.46 |
| 2016 | Principal MS | 15 | $ | 107,996 | $ | 1,619,940.60 | | | 12.50% | | $ | 202,492.58 |
| 2016 | Principal HS | 11 | $ | 116,793 | $ | 1,284,726.19 | | | 20.00% | | $ | 256,945.24 |
| | | | | | | | | | | | $ | **4,265,352.10** |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | $ | **40,590,945.28** |

| Character Strong SEL Curriculum | | Weight | |
|---|---|---|---|
| 2020 | $ 11,940.00 | | |
| 2021 | $ 393,365.00 | | |
| 2022 | $ 135,200.00 | | |
| 2023 | $ 66,635.00 | | |
| | $ 607,140.00 | 40% | $ 242,856.00 |
| | | | |
| **Talkspace** | | | |
| 2021 | $ 271,500.00 | | |
| 2022 | $ 306,055.00 | | |
| | $ 577,555.00 | 40% | $ 231,022.00 |
| | | | |
| **Awareity** | | | |
| 2019 | $ 13,994.00 | | |
| 2020 | $ 11,997.00 | | |
| 2021 | $ 14,497.00 | | |
| 2022 | $ 14,497.00 | | |
| 2023 | $ 14,497.00 | | |
| 2024 | $ 14,497.00 | | |
| | $ 83,979.00 | 40% | $ 33,591.60 |
| | | | |
| **School Threat Assessment Consulting** | | | |
| 2023 | $ 7,280.00 | 40% | $ 2,912.00 |
| | | | |
| **Yondr Pouches Rental** | $ 16,850.00 | 100% | $ 16,850.00 |
| | | | |
| **Cell Phone Lockers** | $ 16,100.00 | 100% | $ 16,100.00 |
| | | | |
| | | | |
| | | | $ 543,331.60 |