# Exhibit 3;

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3    IN RE: SOCIAL MEDIA      )    CASE NO. 4:22-MD-03047-YGR
      ADOLESCENT              )
 4    ADDICTION/PERSONAL      )    MDL No. 3047
      INJURY PRODUCTS          )
 5    LIABILITY LITIGATION    )
      _____    )
 6                            )
      THIS DOCUMENT RELATES    )
 7    TO:                      )
                              )
 8    Tucson Unified School    )
      Distriict v. Meta        )
 9    Platforms Inc., et al.  )
                              )
10    Case No. 4:24-CV-01382  )
      _____    )
11
12
13
14
                   Friday, May 23, 2025
15
16
17         Video-Recorded Oral Deposition of
      SABRINA M. SALMON, PhD held at the JW
18    Marriott Tucson Starr Pass Resort & Spa,
      Executive Boardroom 2, Tucson, Arizona,
19    commencing at 8:09 a.m. MST on the above
      date, before Debra A. Dibble, Fellow of the
20    Academy of Professional Reporters, Certified
      Court Reporter, Registered Diplomate
21    Reporter, Certified Realtime Reporter.
22
                       —  —  —
23
                  GOLKOW - VERITEXT
24         877.370.DEPS | fax 917.591.5672
                   deps@golkow.com
25
```

Page 2

1  A P P E A R A N C E S :
2    WAGSTAFF & CARTMELL
       BY:  MICHAEL P. CUTLER, ESQUIRE
3      mcutler@wcllp.com
       4740 Grand Avenue
4      Suite 300
       Kansas City, Missouri 64112
5      (816) 701-1156
       Counsel for Plaintiffs
6
7    KING & SPALDING LLP
       BY:  ALESSANDRA M GIVENS (ALLY), ESQUIRE (via Zoom)
8      agivens@kslaw.com
       500 W. 2nd Street
9      Suite 1800
       Austin, Texas 78701
10     (512) 457-2082
       Counsel for Defendants TikTok
11
12   MUNGER, TOLLES & OLSON LLP
       BY:  ROWLEY J. RICE, ESQUIRE
13       Rowley.Rice@mto.com
         VICTORIA A. DEGTYAREVA, ESQUIRE
14       Victoria.Degtyareva@mto.com
         JULIA KONSTANTINOVSKY, ESQUIRE (via Zoom)
15       Julia.Konstantinovsky@mto.com
       350 South Avenue
16     50th Floor
       Los Angeles, California 90071
17     (213) 683-9279
       Counsel for Snap, Inc.
18
19   SHOOK HARDY & BACON L.L.P.
       BY:  COURTNEY C. BURRESS, ESQUIRE (via Zoom)
20       cburress@shb.com
         DANA L. STRUEBY, ESQUIRE (via Zoom)
21       dstrueby@shb.com
       2555 Grand Boulevard
22     Kansas City, Missouri 64108
       (816) 559-2700
23     Counsel for Defendants Meta Platforms, Inc.
       f/k/a Facebook, Inc.; Instagram, LLC;
24   Facebook Payments, Inc.; Facebook Operations, LLC; and
       Siculus, Inc.
25

Page 3

1
     WILLIAMS & CONNOLLY LLP
2      BY:  ARMANI J. MADISON, ESQUIRE (via Zoom)
         amadison@wc.com
3      680 Maine Avenue SW
       Washington, DC  20024
4      (202) 434-5405
       Counsel for Defendants Google LLC and YouTube
5    LLC
6
     VIDEOGRAPHER:
7
     DAN LAWLOR
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1            INDEX
2
3    APPEARANCES              2
4    PROCEEDINGS              8
5
6    EXAMINATION OF SABRINA M. SALMON, PHD:
7      BY MR. RICE             9
8
9    CERTIFICATE             246
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1            DEPOSITION EXHIBITS
2    NUMBER           DESCRIPTION        PAGE
3    TUSD-Salmon-1   Sabrina M. Salmon,      10
4                    BSc., MA, PhD resume
5    TUSD-Salmon-2   Disability Categories   77
6    TUSD-Salmon-3   Social Worker-LCSW,     96
7                    SM_TUSD_00511876-
8                    SM_TUSD_00511877
9    TUSD-Salmon-4   Social Worker -         97
10                   Masters,
11                   SM_TUSD_00511878-
12                   SM_TUSD_00511879
13   TUSD-Salmon-5   Social Worker           98
14                   Associate,
15                   SM_TUSD_00509984-
16                   SM_TUSD_00509986
17   TUSD-Salmon-6   Psychologist,          104
18                   SM_TUSD_00558911-SM_
19                   TUSD_00558912
20   TUSD-Salmon-7   Board Certified        110
21                   Behavior Analyst
22                   (BCBA),
23                   SM_TUSD_00564675-SM_
24                   TUSD_00564676
25

2 (Pages 2 - 5)

CONFIDENTIAL

Page 6

1  TUSD-Salmon-8    Native spreadsheet    130
2  TUSD-Salmon-9    Native PowerPoint    140
3          deck, SM_TUSD_00230762
4  TUSD-Salmon-10  Plaintiff's Second    147
5          Amended Answers to
6          Defendants'
7          Interrogatories to
8          Tucson Unified School
9          District (Set 3)
10 TUSD-Salmon-11  Declaration of    156
11          Dr. Sabrina Salmon
12 TUSD-Salmon-12  Native spreadsheet    189
13 TUSD-Salmon-13  E-mail(s), Subj: RE:    198
14          ESSER III Positions -
15          12.6.22.xlsx,
16          SM_TUSD_00441612-SM_
17          TUSD_00441613
18 TUSD-Salmon-14  Native spreadsheet    199
19 TUSD-Salmon-15  Tuesday, March 4, 2025    202
20          Agenda for Regular
21          Board Meeting
22 TUSD-Salmon-16  3-4-2025 Exceptional    203
23          Education Systems and
24          Structures
25

Page 7

1  TUSD-Salmon-17  Subj: Draft slides for    206
2          Budget meeting
3          1/19/23,
4          SM_TUSD_00514528
5  TUSD-Salmon-18  Native spreadsheet    207
6  TUSD-Salmon-19  Audio file    229
7  TUSD-Salmon-20  Tuesday, February 23,    231
8          2021 Agenda for
9          Special Board Meeting
10 TUSD-Salmon-21  PowerPoint deck,    237
11          School Resource
12          Officer (SRO) Program
13          Committee
14          Recommendation
15 TUSD-Salmon-22  School Resource    238
16          Officer Student Survey
17          Results
18 TUSD-Salmon-23  Q1 Student's School in    240
19          2019-2020
20
21
22
23
24
25

Page 8

1          ------------
2          P R O C E E D I N G S
3          May 23, 2025, 8:09 a.m. MST
4          ------------
5          THE VIDEOGRAPHER:  We are now
6  on the record.  My name is Dan Lawlor.
7  I'm the videographer for Golkow, a
8  Veritext division.  Today's date is
9  May 23rd, 2025, and the time is
10 8:09 a.m.
11         This video deposition is being
12 held in Tucson, Arizona, in the matter
13 of Social Media/CA MDL 3047, Tucson
14 Unified School District versus Meta
15 Platforms, Inc., et al.
16         The deponent is Sabrina Salmon.
17 Counsel will be noted on the
18 stenographic record.  The court
19 reporter is Debbie Dibble and will now
20 swear in the witness.
21         ------------
22         SABRINA M. SALMON, PhD,
23         having been duly sworn,
24         testified as follows:
25

Page 9

1          ------------
2          EXAMINATION
3          ------------
4  BY MR. RICE:
5      Q.    Good morning, Dr. Salmon.
6      A.    Good morning.
7      Q.    Could you please state your
8  name for the record?
9      A.    Sabrina Mccrimmon Salmon.
10     Q.    And do you understand that
11 you're testifying under oath today?
12     A.    Yes.
13     Q.    Is there any reason you cannot
14 give truthful and accurate testimony today?
15     A.    No.
16     Q.    Do you understand that if I say
17 defendants platforms, I'm referring to
18 Facebook, Instagram, TikTok, YouTube, and
19 Snapchat?
20     A.    Yes.
21     Q.    Where are you employed?
22     A.    Tucson Unified School District.
23     Q.    And so you understand that if I
24 say TUSD or the district in my questioning
25 today, I'm referring to Tucson Unified School

3 (Pages 6 - 9)

Page 10

1  District, correct?
2      A.   Correct.
3      Q.   How long have you been employed
4  by Tucson Unified School District?
5      A.   Eight years.
6          MR. RICE:  Let's mark as
7  Exhibit 1, tab 36.  Exhibit 1 will be
8  Dr. Salmon's resumé.
9          (Whereupon, TUSD-Salmon-1,
10         Sabrina M. Salmon, BSc., MA, PhD
11         resume, was marked for
12         identification.)
13 BY MR. RICE:
14     Q.   Dr. Salmon, this is your
15 resumé, correct?
16     A.   Yes.
17     Q.   Everything in here is truthful?
18         [Document review.]
19     A.   Yes.
20 BY MR. RICE:
21     Q.   What is your current title at
22 TUSD?
23     A.   Senior director of exceptional
24 education.
25     Q.   And when did you start in that

Page 11

1  role?
2      A.   In that role, I started in July
3  of 2020.
4      Q.   And there was a period of time
5  when you were interim director and then you
6  became senior director, correct?
7      A.   Correct.
8      Q.   And who did you report to in
9  those roles?
10     A.   I reported to Dr. Flori Huitt,
11 assistant superintendent of curriculum
12 instruction.
13     Q.   And that was for the whole time
14 period of both the interim and senior
15 director?
16     A.   Correct.
17     Q.   Did your responsibilities
18 differ between the time you were interim
19 director and senior director?
20     A.   There were some slight changes,
21 mostly the same.  I entered the role as
22 interim director.  And so during that year it
23 was certainly learning the new role.  The
24 responsibilities stayed fairly consistent.
25     Q.   What are your current

Page 12

1  responsibilities as director of exceptional
2  education?
3      A.   I am responsible for the free
4  and appropriate public education of students
5  who have disabilities.  I also support
6  students who have 504 plans.
7          I provide physical oversight of
8  our federal grant as well as our maintenance
9  and operation budget.  I supervise a group of
10 assistant directors as well as some section
11 leads and other support services within the
12 exceptional education department.  I serve to
13 make sure that we have adequate staffing for
14 our students.  I also provide support to
15 regional superintendents as well as other
16 directors and principals in the Tucson
17 Unified School District.
18     Q.   In your role as senior director
19 of exceptional education, do you meet with
20 students?
21     A.   Not usually.
22     Q.   When would you meet with
23 students?
24     A.   I would meet with students if
25 we were doing, like, a focus group and we

Page 13

1  wanted to get some information.  I do make
2  classroom visits, so sometimes I check in and
3  say hello to students.
4          In a previous role as an
5  assistant director, I met with students, and
6  so I still have connections to them.  Like
7  last week I went to a celebration for a
8  senior who was graduating, and so I did meet
9  with the students at that time.
10     Q.   And in the sort of average day,
11 week, month, you don't regularly meet with
12 students?
13     A.   No.
14     Q.   Do you have any role with
15 respect to student discipline?
16     A.   I do, if it's a student who has
17 an IEP.  And if that student is coming up for
18 a manifestation determination, meaning the
19 student has been suspended for a total of ten
20 days or a current suspension would be a full
21 ten days or more, sometimes I am involved in
22 that process and making sure that students
23 maintain their procedural safeguards and
24 rights per IDEA regulations.
25         Sometimes we have situations

4 (Pages 10 - 13)

CONFIDENTIAL

Page 14

1  where it's an unusual disciplinary action and
2  we're trying to figure out the best next
3  steps or the best consequence, or we may need
4  to reconvene a team and see if this is the
5  best placement or if we need to have an IEP
6  meeting and change any services or placement
7  for a student.
8       Q.   Do you have any role with
9  respect to discipline for students who are
10 not receiving special education services?
11      A.   No.
12      Q.   Do you have any role with
13 respect to TUSD's budgets?
14      A.   Yes.
15      Q.   What role is that?
16      A.   I supervise the IDEA budget and
17 the M&O budgets for exceptional education.
18      Q.   Other than the budgets for the
19 IDA budget and the M&O budgets, do you have
20 any other budgets that you have
21 responsibilities for?
22      A.   No.
23      Q.   Do you have any role with
24 respect to school safety in the district?
25      A.   I meet with school safety

Page 15

1  officers.  We provide training on how to
2  respond to a student who may be escalated.
3  We provide training and support on students
4  who have disabilities and how that disability
5  may manifest in an incident.
6           We provide, like, nonviolent
7  crisis intervention training from the Crisis
8  Prevention Institute for School Safety.
9  Sometimes if it isn't an exceptional
10 education student who is identified in a
11 crisis or a school safety incident, I might
12 collaborate with the school safety director.
13      Q.   What does it mean for a student
14 to be escalated?
15      A.   Escalated means that there's
16 something that's happening and the student is
17 not able to have self regulation.  And so the
18 escalation sometimes could be just internal
19 where, like, there's rapid heart rate or
20 there's pacing.  Sometimes it could be
21 outward aggression.  Sometimes it's verbal
22 aggression.  Sometimes it's just completely
23 shutting down.
24      Q.   And these are students who have
25 disabilities?

Page 16

1       A.   Correct.
2       Q.   Could you describe further what
3  you mean by nonviolent crisis intervention?
4       A.   Nonviolent crisis intervention
5  is a training.  It's a two-day training.  So
6  the first day is all proactive strategies.
7  And so that's a lot of classroom management.
8  It's noticing the signs if a student is maybe
9  annoyed or if a student is starting to
10 exhibit frustration.
11          And so it talks a lot about
12 talking down or maybe knowing when to be
13 quiet or maybe offering a walk or water or
14 some just self-calming strategies to teach
15 the students and to cue them.
16          And then the second day is if a
17 student is escalated and there's danger to
18 self or others, there are some strategies
19 that are approved by Crisis Prevention
20 Institute to involve some physical
21 restrictions of the student.
22      Q.   And you said the second day, so
23 you're referring to the second day of the
24 training you provide?
25      A.   The second day of the training,

Page 17

1  yes.  It's a two-day training.
2       Q.   And is this a training you
3  regularly provide?
4       A.   Yes, it's a regular training.
5  All of our exceptional education
6  paraprofessionals have to have this training
7  annually.  Some of our teachers who work with
8  students who have emotional needs and
9  self-regulation difficulties participate in
10 the training.  We also have, like, bus
11 drivers, bus monitors, school safety officers
12 who participate in the training.
13      Q.   Do you have a role with respect
14 to the TUSD governing board?
15      A.   I do.  I report to the
16 governing board on exceptional education
17 matters.  I give updates on any changes.  If
18 there's anything that we need governing board
19 approval for, I present that information and
20 either provide a presentation or be available
21 to answer questions regarding that item.
22      Q.   Do you regularly attend board
23 meetings?
24      A.   I do.
25      Q.   Do you attend meetings even

5 (Pages 14 - 17)

CONFIDENTIAL

1  when you're not presenting?
2      A.   Yes.
3      Q.   Do you interact with students
4  who are not receiving special education
5  services?
6      A.   I do.  Like if I'm going to a
7  recognition event or just a school visit,
8  assemblies.  Sometimes I interact with
9  parents and their child with a disability,
10  and they may have a child without a
11  disability.  Sometimes we interact with
12  students who are suspected of having a
13  disability, and that's the pre-referral
14  referral process.
15      Q.   Could you describe what you
16  mean by pre-referral referral process?
17      A.   Yes.  So if a student is
18  suspected of having a disability, there is a
19  referral that could happen from either the
20  school, oftentimes the student might be in
21  our MTSS, our multi-tiered system of support
22  process and there could be interventions for
23  academics.  Sometimes a student might have a
24  plan for attendance or behavioral support.
25          During that time, some of our

1  team members provide consultation.  Once a
2  student gets to tier three, then there is a
3  team determination on if the student should
4  be referred for an evaluation for exceptional
5  education services.
6      Q.   What percentage of your
7  interactions with students are with students
8  who have disabilities or are suspected of
9  having disabilities versus those who do not?
10          MR. CUTLER:  Object to form.
11          Go ahead.
12      A.   Yeah, the percentage, that
13  would be a little bit difficult to give an
14  exact percentage.  I would -- I know for sure
15  the majority of the students I interact with
16  have a disability or a suspected disability.
17  BY MR. RICE:
18      Q.   Would you say the overwhelming
19  majority?
20          MR. CUTLER:  Object to form.
21      A.   I would say more than 50%, yes.
22  BY MR. RICE:
23      Q.   According to your resumé,
24  you're also currently an adjunct instructor
25  at Mid-American Christian University,

1  correct?
2      A.   Correct.
3      Q.   So what are your
4  responsibilities in that role?
5      A.   I teach a marriage and family
6  class there, sometimes for adults who are in
7  a program to get their license as a counselor
8  or a marriage and family therapist.
9      Q.   In that role, you only teach
10  adults, correct?
11      A.   Only adults, yes.
12      Q.   And then before becoming
13  interim director of exceptional education,
14  you were a principal in TUSD from 2019 to
15  2020?
16      A.   Correct.
17      Q.   And you were the principal at
18  Mary Meredith school?
19      A.   Yes.
20      Q.   What type of school is Mary
21  Meredith?
22      A.   Mary Meredith is a school for
23  students who have disabilities.  All of them
24  have to have a primary eligibility of
25  emotional disability in order to go to that

1  school.
2      Q.   Other than Mary Meredith, does
3  TUSD have any other schools in the district
4  that are designed solely for students who
5  have disabilities?
6      A.   No.  Mary Meredith is the only
7  one.
8      Q.   When you were principal at Mary
9  Meredith, what were your responsibilities?
10      A.   I was responsible for
11  supporting the curriculum and instruction,
12  for supervising teachers and
13  paraprofessionals, as well as other related
14  service providers.  Responsible for making
15  sure that we follow, like, all the district
16  initiatives and procedures when it comes to
17  professional development or physical
18  oversight of any grants or funding that's
19  allocated for the school.
20      Q.   When you say paraprofessionals,
21  who are you referring to there?
22      A.   Those are teaching assistants.
23      Q.   Anyone else in that category?
24      A.   Paraprofessionals are only
25  teaching assistants.

6 (Pages 18 - 21)

CONFIDENTIAL

Page 22

1    Q.    As principal, how did you
2 interact with the leadership of the
3 exceptional education department?
4        MR. CUTLER:  Object to form.
5    A.    As principal, usually my
6 day-to-day oversight was involved at the
7 school level.  There was an assistant
8 director who was assigned to the school.
9 There was also a regional superintendent who
10 was my supervisor as principal.
11        So if there were any
12 exceptional education specific matters or
13 needs that required additional resource
14 allocation or any other reasons that maybe a
15 concern wasn't resolved at the school level,
16 then I would interact with leadership in
17 exceptional education.
18        I would report to my
19 supervisor, the regional superintendent, if I
20 had any questions or concerns or needed
21 support with day-to-day operations of the
22 school campus.
23 BY MR. RICE:
24    Q.    When you were principal, did
25 you have any responsibilities that extended

Page 23

1 beyond Mary Meredith?
2        MR. CUTLER:  Object to form.
3    A.    I was mostly responsible for
4 Mary Meredith, responsibilities as the
5 principal.
6 BY MR. RICE:
7    Q.    Did you have any
8 responsibilities that extended district wide?
9    A.    Toward the end of my tenure as
10 the principal, the exceptional education
11 director resigned.  And so for the last two,
12 two and a half months of principal, I did
13 support some central level exceptional
14 education procedures.
15        This was the time we were going
16 into COVID, so there were lots of questions
17 about what would learning look like for
18 students with exceptional ed needs.  And so I
19 did consult with, like, Dr. Flori Huitt,
20 curriculum and instruction assistant
21 superintendent and some of the other
22 assistant directors in exceptional ed at that
23 time.
24    Q.    Prior to that two and a half
25 months, your responsibilities were focused on

Page 24

1 Mary Meredith, though, correct?
2    A.    Correct.  Yes.
3    Q.    As principal, how frequently
4 did you interact with students?
5    A.    On a daily basis.  I had a
6 schedule of going to visit each classroom.
7 Mary Meredith is a very small campus.  At
8 that time it was about 50 students enrolled.
9 It's a K-12 school.  We typically have 3rd
10 through 12th graders.
11        And so on a daily basis, I
12 would go into the classrooms.  I would start
13 the day with greeting students when they
14 entered the campus and then go in to just
15 visit the classroom and see what was
16 happening.  And then at dismissal, I would be
17 outside the facilitate at dismissals to the
18 buses or for parent pickup.
19    Q.    Did you teach when you were at
20 Mary Meredith?
21    A.    No, I did not teach.
22    Q.    So before you became principal
23 at Mary Meredith, you were the assistant
24 director of exceptional education from 2016
25 to 2019, correct?

Page 25

1    A.    Correct.
2    Q.    And what were your
3 responsibilities as assistant director?
4    A.    As assistant director, I was
5 responsible for a region of schools.  A
6 region is roughly 17 schools.  And so I was
7 the exceptional education contact, to be that
8 content area expert for administrators,
9 teachers, related service providers such as
10 speech and language pathologists,
11 occupational therapists, school
12 psychologists, educational interpreters,
13 social workers.  So just supporting them with
14 any evaluation needs of students, any IEP
15 needs.
16        I also frequently served as a
17 district representative in IEP meetings.  I
18 assisted teams if they were having any
19 student behavioral concerns with just
20 navigating resources within the district or
21 making recommendations for adjustments in the
22 services to support students.  I was also
23 responsible for overseeing the Child Find
24 process in the preschool process for TUSD.
25    Q.    Which region were you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com

CONFIDENTIAL

Page 26

1  responsible for?
2      A.    Region 4, Arcadia.
3      Q.    And the regions for the
4  assistant directors of exceptional education,
5  are those the same regions as for the
6  regional assistant superintendents?
7      A.    Correct.
8      Q.    And while you were assistant
9  director, did the department have the same
10  structure it does now?
11      A.    Yes.  It was the same
12  structure.
13      Q.    And as assistant director of
14  exceptional education, how often did you
15  interact with students?
16      A.    I interacted with students on a
17  weekly basis as assistant director.  I would
18  often go in to observe a student, maybe if a
19  staff member was asking for more curriculum
20  support, if there were any behavior
21  challenges.  If there was a request to move a
22  student to a different placement, I would go
23  in to do an observation or to interact with
24  the student.
25          If there was a need for maybe a

Page 27

1  teacher to go to a meeting, I sometimes would
2  cover the classroom for the teacher to go do
3  that.
4      Q.    Was assistant director of
5  exceptional education your first position at
6  TUSD?
7      A.    Yes, it was.
8      Q.    And so you've never taught at
9  TUSD, correct?
10      A.    No, I have not.
11      Q.    Before joining TUSD, you were a
12  program specialist at the Arizona Department
13  of Education from January 2014 to June 2016,
14  correct?
15      A.    Correct.
16      Q.    What were your responsibilities
17  in that role?
18      A.    My role included supporting a
19  portfolio of districts throughout the state
20  of Arizona.  And so it was being the
21  exceptional student service point of contact
22  to assist schools with compliance matters, to
23  make sure that schools were completing
24  documents in a timely manner, to provide
25  technical assistance if schools needed

Page 28

1  information about services for students with
2  disability.  Also, ensuring that schools
3  submitted documentation for state grants or
4  state reporting purposes.
5      Q.    Was TUSD one of the districts
6  you supported in that role?
7      A.    Yes.
8      Q.    In that time as -- at the
9  Arizona Department of Education, what types
10  of communications would you have with TUSD?
11          MR. CUTLER:  Object to form.
12      A.    During that time, I was the
13  program specialist for TUSD, among other
14  schools.
15          And so the types of
16  communication had to do with the compliance
17  process.  There was an annual basis of
18  reviewing timelines for initial evaluations
19  and secondary transition components of IEPs.
20          And so it would be
21  communicating that information.  It would be
22  receiving the files for students who met that
23  criteria, reviewing them with the Department
24  of Education's guidelines for compliance,
25  providing technical assistance for feedback

Page 29

1  to members in the Tucson Unified School
2  District.
3  BY MR. RICE:
4      Q.    How many districts did you
5  supervise overall in that role?
6      A.    Let's see.  I would have to go
7  back to know an exact number, but it would
8  roughly be about 20 districts total.
9      Q.    So is it fair to say that you
10  spent about 5% of your time on TUSD, then, if
11  it was 1 of 20?
12      A.    Sure, that seems fair.
13      Q.    In that time as program
14  specialist, did you ever interact with TUSD
15  students?
16      A.    No, I did not interact with
17  TUSD students in that role.  I interact with
18  central level leadership at the district
19  office.
20      Q.    And then from around
21  February 2013 to November 2013, you were a
22  special education professional development
23  coordinator at the Oklahoma State Department
24  of Education, correct?
25      A.    Correct.

8 (Pages 26 - 29)

CONFIDENTIAL

Page 30

1    Q.    And what were your
2  responsibilities in that role?
3    A.    I had a similar role as to the
4  one in the Arizona State Department of
5  Education, although in Oklahoma, there is
6  more standardization in, like, the software
7  or the process for compliance. And so there
8  was less travel to school districts.
9        I did a lot of, like, desk
10  audits of their files and provided technical
11  assistance. I provided professional
12  development. I taught a course for aspiring
13  educators who wanted to become special
14  educators. And so just help the projects,
15  help with updating curriculum, reviewing
16  materials for students with special needs.
17    Q.    And then before that, from
18  March 2011 to February 2013, you were a
19  clinical director at SoonerCare Contractor in
20  Oklahoma, correct?
21    A.    Correct.
22    Q.    What is SoonerCare?
23    A.    SoonerCare is the Medicaid
24  program through the State of Oklahoma. So
25  it's for individuals who qualify for Medicaid

Page 31

1  to submit for any kind of medical claims or
2  processes.
3    Q.    And what were your
4  responsibilities at SoonerCare?
5    A.    So my responsibility was acting
6  as a therapist, a clinician. So I did intake
7  evaluations for students and adults and
8  families. I also provided billing to
9  SoonerCare, which is the Medicaid program.
10        I assisted with some oversight
11  of other clinicians and case managers in the
12  organization. I provided counseling, some
13  individual, with both adults and children, as
14  well as some group counseling sessions in
15  education.
16    Q.    Prior to that, from 2011 to
17  2013, you were an independent intake
18  therapist and clinical director, correct?
19    A.    Correct.
20    Q.    And could you explain what that
21  role entailed?
22    A.    And so that role entailed just
23  doing intakes only. So it would be an
24  individual who presented with some type of a
25  mental health or a behavior health concern.

Page 32

1        And so it would be asking a lot
2  of questions about what's going on and coming
3  up with the DSM diagnosis and a treatment
4  plan, and then handing that individual off to
5  a therapist who would go back and provide the
6  therapy.
7    Q.    And you were an independent
8  contractor in that role, correct?
9    A.    Correct.
10    Q.    So what types of entities did
11  you work with at that time?
12    A.    I worked with adults and
13  children at that time.
14    Q.    For the children, did you work
15  with schools?
16    A.    I did not work with schools. I
17  worked with children who were maybe in some
18  type of an academic setting such as like a
19  before or after-school program, not at a
20  school setting. And I also worked with them,
21  like, at home after school or during school
22  breaks.
23    Q.    And then from 2011 to 2012, you
24  were a clinical administrator at Integrative
25  Focus, correct?

Page 33

1    A.    Correct.
2    Q.    What is Integrative Focus?
3    A.    Is it was a start-up behavioral
4  health organization that provided services to
5  adults and children. It was clinical
6  services, such as therapy. It was also case
7  management, such as accessing resources in
8  the community.
9    Q.    What were your responsibilities
10  there?
11    A.    So my responsibility was to
12  help the company with all the start-up
13  processes that needed to be reported to the
14  state for licensure and for the chartering of
15  the company. I also provided some therapy
16  work to some adults, as well as some
17  children. I supervised some case managers
18  who were directly supporting children.
19    Q.    And then from 2008 to 2010, you
20  were a special education teacher in Oklahoma.
21  Correct?
22    A.    Correct.
23    Q.    And what grade levels did you
24  teach?
25    A.    It was high school, so 9th

9 (Pages 30 - 33)

CONFIDENTIAL

Page 34

1 through 12th grade.
2     Q.    And did you teach particular
3 subjects?
4     A.    I did not necessarily teach
5 particular subjects.  I was considered to be,
6 like, an indirect service provider or
7 resource teacher.  And so I supported high
8 school students based on their IEP goals in
9 whatever subject areas that they needed
10 direct report.
11         I did sometimes co-teach in
12 English language arts, as being a certified
13 teacher in English language arts at the
14 secondary level.
15     Q.    And was 2010 the last time you
16 taught secondary school students?
17     A.    Yes, secondary high school
18 outside of university level students.
19     Q.    And then from 2007 to 2008, you
20 were an academic tutor in Spain?
21     A.    Correct.
22     Q.    And what age of students did
23 you work with in that role?
24     A.    I worked with school-aged
25 students ages, like, 5 to 12.

Page 35

1     Q.    And was that role focused on
2 special education students or on general
3 education students?
4     A.    That role was focused on
5 general education students.
6     Q.    And the primary subject matter
7 was learning the English language and
8 computer skills?
9     A.    Yes.  English language,
10 reading, and computer skills.
11     Q.    And then before that, from 2006
12 to 2007, you taught at a Department of
13 Defense school in Spain?
14     A.    Correct.
15     Q.    And what ages did you teach
16 there?
17     A.    It was a 2nd and 3rd grade
18 combination classroom, and so teaching all
19 subject areas for 2nd and 3rd graders.
20     Q.    And before that, from 2005 to
21 2006, you were an English teacher in Korea,
22 correct?
23     A.    Correct.
24     Q.    And what ages did you teach
25 there?

Page 36

1     A.    I taught kindergarten, so age 5
2 up to age 12.
3     Q.    And then from 2004 to 2005, you
4 were a special education coordinator at
5 National Heritage Academies in Dayton, Ohio,
6 correct?
7     A.    Correct.
8     Q.    And what were your
9 responsibilities in that role?
10     A.    I was considered a resource
11 teacher, so I supported students from
12 preschool through 7th grade.  And so, again,
13 that was working on the IEP goals per their
14 IEPs.  And I supervised some
15 paraprofessionals, so teaching assistants.  I
16 provided some follow-up instruction based on
17 these IEP goals.
18         There were two of us, so I was
19 the lead teacher of two, so if there were any
20 special education specific questions or job
21 roles.  I also served on the leadership team
22 of that school.
23     Q.    Other than the roles we've
24 discussed, and they're listed on your resumé,
25 have you held any other roles in education?

Page 37

1     A.    No other formal roles in
2 education.
3     Q.    What informal roles have you
4 held in education?
5     A.    I've been, like, an intern,
6 like, a student teacher.  So I've done that
7 for two different locations in Rock Hill,
8 South Carolina.
9     Q.    And then have you ever been a
10 school administrator for a general education
11 school?
12     A.    No, I have not.
13     Q.    And then, Dr. Salmon, you're
14 not a medical doctor, correct?
15     A.    Correct.
16     Q.    And you're not a certified
17 psychologist, correct?
18     A.    Correct.
19     Q.    You're not a specialist in
20 addiction, correct?
21     A.    Correct.
22     Q.    You're not a specialist in
23 mental health, correct?
24     A.    Incorrect.
25     Q.    Could you describe your

10 (Pages 34 - 37)

CONFIDENTIAL

Page 38

1  training in mental health?
2      A.    I'm a licensed marriage and
3  family therapist, and so that includes, like,
4  diagnosis, treatment plans, providing
5  counseling and services for individuals with
6  a variety of needs, supporting and providing
7  those services for children and adults, as
8  well as families.
9      Q.    Did your training in marriage
10  and family therapy include -- let me rephrase
11  that.
12          What training in diagnosis did
13  you receive in your masters in marriage and
14  family therapy?
15      A.    I received training on how to
16  use the DSM to look at presenting symptoms
17  and to rule out other symptoms to determine a
18  diagnosis based on that information.
19      Q.    And what training did you
20  receive in providing treatment plans?
21      A.    There was also a course in the
22  supervision in the development of treatment
23  plans for individuals who did meet criteria
24  for a DSM diagnosis.
25      Q.    Did your training in marriage

Page 39

1  and family therapy include anything related
2  to social media?
3      A.    No, it did not.
4      Q.    You're not a statistician,
5  correct, Dr. Salmon?
6      A.    Correct.
7      Q.    And you're not a specialist in
8  data anaclitics, correct?
9      A.    Correct.
10      Q.    Have you ever been previously
11  deposed?
12      A.    For special education matters,
13  yes.
14      Q.    How many times?
15      A.    I would say roughly three to
16  four times.
17      Q.    And could you just generally
18  describe the types of matters you've been
19  deposed in?
20      A.    Yes.  They've been matters
21  about the provision of free appropriate
22  public education or services for students
23  with disabilities.
24      Q.    Have you ever testified in
25  court?

Page 40

1      A.    No, I have not.
2      Q.    What did you do to prepare for
3  this deposition today?
4      A.    I worked with legal counsel.
5      Q.    Did you meet with anyone other
6  than counsel?
7      A.    No, I did not.
8      Q.    Did you review any documents?
9      A.    I reviewed my deposition and my
10  resumé.
11      Q.    When you refer to your
12  deposition, are you referring to the Notice
13  of Deposition in this case?
14      A.    The Notice of Deposition, yes.
15      Q.    Did you take any notes during
16  preparation?
17      A.    No, I did not.
18      Q.    Have you brought any notes or
19  documents with you today?
20      A.    No, I have not.
21      Q.    Dr. Salmon, do you ever use
22  text messaging for work communication?
23      A.    Yes, I do.
24      Q.    And who do you communicate via
25  text messaging at work?

Page 41

1      A.    Other assistant directors,
2  section leads such as our lead speech and
3  language pathologist or our lead school
4  psychologist, other directors, my supervisor.
5      Q.    And your supervisor is Dr.
6  Huitt, the superintendent for core
7  curriculum?
8      A.    Correct.
9      Q.    Did anyone ever instruct you to
10  preserve text messages for this litigation?
11      A.    No, they didn't.
12      Q.    Have you ever used your
13  personal e-mail address for work
14  communication?
15      A.    No, I do not.
16      Q.    Do you keep any notes?
17          MR. CUTLER:  Object to form.
18      A.    Sometimes if I'm in a meeting
19  or on a call I may jot down notes in a
20  notebook or maybe in a Word document.
21  BY MR. RICE:
22      Q.    Do you have a notebook you
23  regularly keep notes in?
24      A.    I have a variety of notebooks
25  that I keep notes in for work.

11 (Pages 38 - 41)

CONFIDENTIAL

Page 42

1     Q.     And for the notes you keep in a
2   Word document, you're referring to a
3   Microsoft Word document?
4     A.     Yes, Microsoft Word.
5     Q.     Where is that saved?
6     A.     That's saved on my OneDrive.
7     Q.     Did anyone ever instruct you to
8   preserve your notes for this litigation?
9     A.     No, they did not.
10    Q.     Do you use Microsoft Teams for
11  work?
12    A.     Yes, I do.
13    Q.     Do you use the Microsoft Teams
14  chat function?
15    A.     Not frequently.  I've used it
16  before.  It's not a common occurrence.
17    Q.     I'm going to switch gears and
18  discuss the exceptional education department
19  generally and learn a little more about the
20  department?
21    A.     Okay.
22    Q.     What is the exceptional
23  education department at TUSD?
24    A.     So the exceptional education is
25  for students who qualify for special

Page 43

1   education.  So they qualify under 1 of the 13
2   disability categories, which means if they
3   have a disability, they require specially
4   designed instruction to have access to the
5   general education setting.
6          It entails about 6300 students
7   within the TUSD district.  It's about another
8   2,000 students in the community who qualify
9   for an educational disability.
10         And so it just involves making
11  sure that there are accommodations or
12  modifications to the curriculum, they're
13  related services that give them access to the
14  curriculum.
15    Q.     Does the exceptional education
16  department serve general education students?
17    A.     Not usually.  There sometimes
18  is some preventive strategies.  Maybe there
19  could be some whole group instruction going
20  on in a classroom that's based on, like,
21  reading ability or math ability, and so the
22  exceptional education teacher may provide
23  some instruction that way.  That specialized
24  instruction is provided only to exceptional
25  education students.

Page 44

1     Q.     When you say preventive
2   strategies, what are you referring to there?
3     A.     I'm referring to like if a
4   student is experiencing maybe signs of a
5   learning loss, if they're not meeting the
6   markers when it comes to the progression of
7   the curriculum or standards.
8          So in our multi-tiered system
9   of support, we have, like, tier 1, 2, and 3.
10  So once we get to tier 3, if a student is
11  still struggling academically or
12  behaviorally, sometimes our exceptional
13  education staff members serve as consultants
14  to the gen ed setting for those students.
15    Q.     What are the three tiers?
16    A.     So tier 1, that's kind of the
17  whole instruction for everybody.  That's the
18  baseline that all students get.
19         Tier 2 is when the students are
20  not making progress or they're missing some
21  learning skills, and so they do get limited
22  intervention and support.
23         Tier 3 comes after tier 2, if
24  students have still not demonstrated success,
25  so then they get additional interventions and

Page 45

1   services and support.
2     Q.     And those tiers apply to all
3   students in the district, not just special
4   education students?
5     A.     Correct, all students.
6     Q.     And so if a student has a
7   qualifying disability and receives special
8   education services, do they still fall within
9   these three tiers?
10    A.     They could, because their
11  special education services could be, maybe
12  it's for a health concern, maybe an emotional
13  concern.  Maybe it's in math, and so then if
14  they exhibit, like, a need in language arts
15  or there's something else that's not
16  currently identified, could be an attendance
17  concern or maybe a behavior concern that's
18  not already addressed in their IEP, then they
19  could fall in the tiers for that level of
20  support.
21    Q.     And how do the three tiers
22  relate to the multi-tiered system of support
23  in the district?
24    A.     So the multi-tiered system of
25  support is the big umbrella, and then the

12 (Pages 42 - 45)

CONFIDENTIAL

Page 46

1  three tiers are how it's dissected or
2  divided, based on student need.
3      Q.    And who is responsible for
4  administering the multi-tier system of
5  support system?
6      A.    We have MTSS facilitators at
7  all of our campuses, and so those are the
8  individuals who kind of monitor what's
9  happening.  The actual intervention is done
10 by, like, we have math interventionists, we
11 have reading interventionists.  Sometimes we
12 have teachers who are providing that support
13 or paraprofessionals could provide some of
14 that support.
15     Q.    And who do the MTSS
16 facilitators report to?
17     A.    They report to the senior
18 director of curriculum and instruction.  And
19 we also have a lead MTSS program manager who
20 supports them as well.
21          On a daily basis, they're
22 housed at the school site, so the principals
23 are their direct evaluators.
24     Q.    And who is the current senior
25 director of curriculum and instruction?

Page 47

1      A.    Heidi Aranda.
2      Q.    How do the MTSS facilitators
3  monitor students on campus?
4          MR. CUTLER:  Object to form.
5      A.    I don't work directly with the
6  MTSS facilitators.  I collaborate with them
7  sometimes.  My understanding is, like, all of
8  our students have MTSS plans, and so the MTSS
9  facilitators are responsible for the
10 oversight of the plans and monitoring the
11 progress of the students and coming up with
12 new interventions if students need additional
13 support.  Sometimes we get referrals for
14 special education evaluation from our MTSS
15 facilitators.
16 BY MR. RICE:
17     Q.    Early in your testimony you
18 mentioned the IDA, correct?
19     A.    IDEA.
20     Q.    IDEA.  Sorry.
21     A.    Yes.
22     Q.    And that stands for Individuals
23 with Disabilities and Education Improvement
24 Act?
25     A.    Yes.

Page 48

1      Q.    So what is the IDEA?
2      A.    So the IDEA is the regulation
3  that was enacted in 1974 that provided free
4  and appropriate public education for students
5  with disabilities, the regulation and the
6  oversight to make sure that we have
7  exceptional education service programs in
8  cam -- on all public schools, and provide
9  that support in that access to the general
10 education setting.
11     Q.    What does the IDEA require of
12 schools?
13     A.    It requires that schools
14 identify students who have a disability and
15 then provide services based on those areas of
16 need.
17     Q.    And is complying with the IDEA
18 one of the responsibilities of the
19 exceptional education department?
20     A.    Yes, it is.
21     Q.    Does the exceptional education
22 department also need to comply with other
23 laws?
24          MR. CUTLER:  Object to form.
25     A.    Well, of course, the IDEA is

Page 49

1  the primary exceptional education law.
2  Certainly, we apply with general education
3  laws as well.
4  BY MR. RICE:
5      Q.    Are there other laws dealing
6  with special education in particular that the
7  department needs to comply with?
8          MR. CUTLER:  Object to form.
9      A.    I'm wondering, are you meaning,
10 like, 504?
11 BY MR. RICE:
12     Q.    Yes.
13     A.    So we also, in TUSD, provide
14 supervision and oversight of 504 plans.
15     Q.    And by 504, you're referring to
16 Section 504 of the Rehabilitation Act,
17 correct?
18     A.    Correct.
19     Q.    And what does Section 504
20 require of TUSD?
21     A.    Section 504 also requires that
22 we provide accommodations for students who
23 have a disability that substantially limits
24 areas of function.  And so academic
25 functioning is one of those areas.  Certainly

13 (Pages 46 - 49)

Page 50

1 health and well-being is one of those areas.
2        So in TUSD, we have 504 plans
3 for students, and then we provide those
4 accommodations for them to have that access
5 to the general curriculum.
6     Q.    Does the exceptional education
7 department serve students of all ages?
8     A.    Yes, we serve students from age
9 3 to 21.
10     Q.    And what counts as a qualifying
11 disability for the department?
12     A.    And so they're stated
13 identified disability categories for
14 students.  And so we have assessments that
15 look at cognitive ability.  We look at
16 achievement or academic ability.  We look at
17 getting medical or health needs.  We look at,
18 like, any visual or hearing needs of
19 students.  We look at any speech and language
20 or communication needs.  We look at sensory,
21 emotional, and behavior needs as well.
22     Q.    I want to make sure I
23 understand the department functions.  Earlier
24 you mentioned one of the ways students are
25 referred to the department is via MTSS,

Page 51

1 correct?
2     A.    Correct.
3     Q.    What are the other ways
4 students might be referred to the exceptional
5 education department?
6     A.    Sure.  So referrals can come
7 from parents.  Referrals can come from
8 physicians.  Could come from medical doctor.
9 Could come from another therapist such as a
10 speech clinician.  Maybe a physical
11 therapist, an occupational therapist, a
12 mental health therapist, a psychiatrist.  A
13 community member.  Also, a teacher.
14        Like, pretty much anyone who
15 has knowledge of a student or a student's
16 needs or limitations could make a referral.
17     Q.    Does the department track the
18 referrals it receives?
19     A.    Yes.
20     Q.    Where is that tracked?
21 information stored?
22     A.    That information is tracked in
23 our Synergy database.
24     Q.    And does the department track
25 referrals even if that referral does not

Page 52

1 ultimately result in an evaluation that
2 concludes the student has a qualifying
3 disability?
4     A.    Yes.  We track that and note it
5 has do not qualify.  So our abbreviation is
6 DNQ.
7     Q.    And what type of information on
8 referrals is stored in Synergy?
9        MR. CUTLER:  Object to form.
10     A.    So in our Synergy database, we
11 have information on the presenting concerns.
12 We have information on the areas of the
13 suspected disability.  We have information on
14 any assessments that were given.
15        Once there is an evaluation, we
16 have that data.  We have the areas of
17 disability that were suspected and ruled out.
18 And then we have the areas of disability that
19 were confirmed if a student does qualify.
20 BY MR. RICE:
21     Q.    Is the information on referrals
22 categorized in any type of aggregate manner?
23        MR. CUTLER:  Object to form.
24     A.    The information just goes into
25 the database by whoever is entering, whether

Page 53

1 it's the school psychologist or, like, a
2 teacher or speech and language pathologist.
3        I do know Synergy has the
4 ability to run queries or reports based on
5 different data points.
6 BY MR. RICE:
7     Q.    If you wanted to search in
8 Synergy for the reasons students had been
9 referred to the district, could you do that?
10     A.    I could search for the area of
11 suspected disability, yes, and get a report
12 from that.
13     Q.    And the area of suspected
14 disability, that corresponds to the qualified
15 disabilities list we talked about earlier,
16 correct?
17     A.    Correct.
18     Q.    You mentioned presenting
19 concerns information is stored in Synergy,
20 correct?
21     A.    Correct.
22     Q.    Is that information categorized
23 in any type of way?
24        MR. CUTLER:  Object to form.
25     A.    Typically there's a narrative

14 (Pages 50 - 53)

CONFIDENTIAL

Page 54

1  form, so the reason for the referral.  So the
2  reason for the referral could be maybe
3  there's some data points to share, like,
4  students are in the 2nd grade and then this
5  student, for example, maybe is at the
6  pre-emergent area for reading or is having
7  trouble with number concepts.
8        Or if we're looking at speech
9  and language, we would look at the different
10  sounds and the sentence patterns that a
11  student should be exhibiting, and if we're
12  seeing that the student is falling below
13  anticipated mile markers, so then there would
14  be some information in that respect.
15  BY MR. RICE:
16    Q.    And at the aggregate level,
17  would something like pre-emergent area for
18  reading be a category or is that information
19  only contained in the narrative information
20  in Synergy?
21        MR. CUTLER:  Object to form.
22    A.    So if we're looking for, like,
23  reading levels, that's something that would
24  be in a narrative about kind of where the
25  student is functioning.

Page 55

1        If we're looking at reading in
2  particular, we would be maybe suspecting a
3  learning disability, and then we could
4  categorize a learning disability in reading,
5  writing, or math.
6        There is the opportunity to
7  explore a student's cognitive ability to
8  determine kind of what we would expect them
9  to be able to do when it comes to reading.
10  BY MR. RICE:
11    Q.    If the referral of a student to
12  the department mentioned social media in any
13  way, where would that information be stored?
14        MR. CUTLER:  Object to form.
15    A.    If there was a concern about
16  social media, it could potentially be in,
17  like, a discipline record, if there was any
18  discipline-related concerns or actions.
19        With that, it could be in
20  information about social or emotional
21  well-being of the student.  It could be
22  something that would be parent reported or
23  maybe administrator reported.
24  BY MR. RICE:
25    Q.    And that's all in the narrative

Page 56

1  information in Synergy?
2        MR. CUTLER:  Object to form.
3    A.    That would be in the narrative
4  information if that were there, yes.
5  BY MR. RICE:
6    Q.    There's no way you could run a
7  report of referrals that involved social
8  media without going through and reviewing
9  individual files?
10    A.    Correct.  There's not, like, a
11  field populated for social media.
12    Q.    Have you ever conducted any
13  analysis of how many referrals to TUSD
14  mentioned social media?
15    A.    No, I have not.
16    Q.    And do you know anyone who has?
17    A.    No, I do not.
18    Q.    Does the department also try to
19  proactively identify students who may have a
20  qualifying disability?
21    A.    Absolutely.  We have regular
22  meetings with the MTSS team.  We send
23  information out to all of our elementary
24  schools.  We do a training annually of our
25  administrators and our office staff, just

Page 57

1  reminding them of cues to look for.
2        We have information out in the
3  community that go out to local businesses,
4  especially medical facilities, as well as
5  areas parents might be visiting.
6    Q.    Is there an attempt at
7  proactive identification required under the
8  IDEA?
9    A.    Yes, there is.
10    Q.    During your time at TUSD, has
11  TUSD improved its ability to identify
12  students who may have a qualifying
13  disability?
14    A.    Yes.  TUSD has -- there's been
15  a lot of collaboration with the MTSS team to
16  talk about, like, what kind of data needs to
17  be collected, to give them more training on
18  interventions that are research based to
19  address questions or concerns for students.
20  So that information is more readily
21  available.
22        There's more collaboration, so
23  that helps to identify students because by
24  the time they do get to that referral
25  process, the majority of students have had

15 (Pages 54 - 57)

Page 58

1  interventions. There's enough data to move
2  forward with suspecting the student would
3  have an educational disability.
4       And so that has led to being
5  able to identify more students in that
6  evaluation process as qualifying versus more
7  students not qualifying once we do get to
8  that process.
9       Q.   Once a student is referred to
10  the department or identified by the
11  department, does the department then evaluate
12  the student?
13      A.   Yes. Once the student is
14  referred, then there is a comprehensive
15  evaluation. Depending on the suspected
16  disabilities, we have individuals who
17  evaluate in those areas, and then make a
18  determination.
19      Q.   And who in the department
20  conducts those evaluations?
21      A.   The majority of them are done
22  by the school psychologist. We also have
23  speech and language pathologists who support
24  physical therapists, occupational therapists,
25  social workers, educational interpreters.

Page 59

1       Q.   Are there any other positions
2  that conduct evaluations?
3           MR. CUTLER: Object to form.
4       A.   Those are the primary positions
5  in exceptional education that are staffed by
6  TUSD that conduct evaluations.
7  BY MR. RICE:
8       Q.   For the positions you listed,
9  school psychologists, speech and language
10  pathologists, physical therapists,
11  occupational therapists, social workers, and
12  educational interpreters, what are the
13  different situations in which each of those
14  positions might conduct an evaluation of a
15  student?
16          MR. CUTLER: Object to form.
17  It's incredibly compound.
18      A.   Well, if there's a referral for
19  an evaluation, typically, the primary person
20  to receive that referral is the school
21  psychologist. So the school psychologist has
22  the most comprehensive knowledge of areas of
23  suspected disability.
24          And school psychologists do
25  assessments in the area of cognition,

Page 60

1  academic ability, behaviors, social-emotional
2  needs. They do some rating scales. They
3  look at areas of health. If anything for
4  vision or hearing is noted, there could be a
5  referral for an audiologist or an
6  ophthalmologist.
7       So once the school psychologist
8  does that review, then they reach out to any
9  other colleagues who need to be included.
10  Sometimes a student presents with speech-only
11  services, and so our speech and language
12  pathologists are primary evaluators. And so
13  if that's the only need or suspected area,
14  then the speech and language pathologists
15  would do the evaluation and the
16  recommendation.
17  BY MR. RICE:
18      Q.   And when would social workers
19  conduct an evaluation?
20      A.   Social workers conduct
21  evaluations if there is a social and
22  emotional or behavior component concern.
23  They're considered to be supplemental
24  services. They are not the primary
25  evaluators in TUSD.

Page 61

1       Q.   Do the department's evaluations
2  attempt to identify the underlying cause of a
3  student's disability?
4           MR. CUTLER: Object to form.
5       A.   That's a unique question.
6  Whenever there is, like, a cognitive
7  assessment done, for example, if a student
8  has a low IQ, so that would be the
9  speculation, that the low IQ was leading to
10  some of the difficulties in learning and
11  accessing the curriculum.
12      On the other hand, if a student
13  has a really high IQ, then the student could
14  potentially qualify as being a gifted
15  student. We've also noted sometimes that,
16  you know, a student may not be challenged to
17  their level of potential, and so we can
18  certainly see some needs in that area, too.
19  BY MR. RICE:
20      Q.   Other than IQ evaluation, are
21  there any other ways the department's
22  evaluations might attempt to identify the
23  underlying cause of the student's disability?
24          MR. CUTLER: Object to form.
25      A.   So in addition to cognitive, we

16 (Pages 58 - 61)

CONFIDENTIAL

Page 62

1  look at academics. And so we look at any
2  areas or deficits that a student has in
3  reading, writing, and math. So that will
4  tell us if there is a disability in those
5  areas.
6        We also look at some social and
7  emotional needs. Our psychologists could
8  give information if a student might have ADHD
9  or maybe anxiety or maybe depression.
10       We also have clinical social
11 workers who can assess in areas of suspected
12 disability and emotional or other health
13 impairment, that might include ADHD, anxiety,
14 depression.
15 BY MR. RICE:
16    Q.   For example, if a psychologist
17 determined that a student had anxiety, would
18 they attempt to identify the cause of the
19 student's anxiety?
20    A.   They would take a look at how
21 the anxiety manifests, if it seems to be,
22 like, work avoidance.
23       And so, like, if there's an
24 academic task that's difficult or maybe
25 testing situations that would invoke the

Page 63

1  anxiety, so they would take a look at that.
2        If it's something outside of
3  school, then typically the school
4  psychologist would collaborate with a medical
5  provider to determine another source.
6        Certainly our school
7  psychologists give rating scales to our
8  teachers, as well as our parents, to get
9  input on any sources of anxiety, for example.
10    Q.   Does the department track
11 information relating to the source or cause
12 of a student's disability?
13       MR. CUTLER: Object to form.
14    A.   The department tracks the
15 disability area, and so then that becomes the
16 primary or the secondary eligibility. If
17 there's any other information, that would be
18 narrative form in a report, perhaps.
19 BY MR. RICE:
20    Q.   And so when you say the
21 department tracks disability, are you
22 referring to something like with our -- go to
23 our prior example, anxiety, correct?
24    A.   The disability would be
25 emotional disability or other health

Page 64

1  impairment would be the recognized category.
2  Anxiety is a component.
3     Q.   And then if you wanted to
4  understand, for instance, if the district had
5  evaluated the source of a student's anxiety,
6  you would have to look at the particular
7  narrative information associated with that
8  student?
9     A.   Yes. We would look for the
10 narrative. We would look for, like,
11 protocols with behavior rating scales and
12 scores, that information.
13    Q.   And is there any category more
14 specific than the type of qualifying
15 disability that the department tracks?
16       MR. CUTLER: Object to form.
17    A.   I'm not sure I understand that
18 question.
19 BY MR. RICE:
20    Q.   For instance, if a student --
21 for instance, the department tracks emotional
22 disabilities, correct?
23    A.   Correct. Yes.
24    Q.   Does the department track how
25 many of those emotional disabilities are

Page 65

1  anxiety compared to schizophrenia, for
2  instance?
3     A.   No, we do not.
4     Q.   And that's true for all
5  qualifying disabilities, that you're not
6  tracking, like, a second level of
7  granularity.
8        Does that make sense?
9     A.   Yes, that's correct.
10    Q.   It's correct that you're not
11 tracking that?
12    A.   We're not tracking that, no.
13 The disability category, the student meets
14 the category. We certainly can read more
15 narrative information about that student and
16 how that disability manifests.
17       And then we see, like, the IEP
18 that might have services to support that
19 area. Or some students have behavior plans
20 that gives us more information.
21    Q.   Does the IDEA require school
22 districts to conduct evaluations to identify
23 qualifying disabilities?
24    A.   Yes, that's correct.
25    Q.   And does the IDEA require

17 (Pages 62 - 65)

CONFIDENTIAL

Page 66

1  school districts to have psychologists on
2  staff for that purpose?
3      A.    That's correct.  We must have
4  psychologists as the primary qualified
5  evaluations to identify certain disability
6  areas, yes.
7      Q.    And then does the department
8  also work with external medical providers to
9  evaluate students?
10     A.    Sometimes we do.  Sometimes we
11 receive the evaluations and we review them.
12 So once we receive an outside evaluation,
13 we're required to review it, and then either
14 accept it and move forward with a disability
15 category or we may need to do additional
16 testing to determine if the student meets 1
17 of the 13 disability categories.
18     Q.    Does the department ever refer
19 students to outside medical providers for
20 testing?
21     A.    We do independent education
22 evaluations.  They're referred to as IEE.
23 And so with IEEs, after the district has
24 provided an initial evaluation, if there's
25 some disagreement from the parent or

Page 67

1  guardian, then we provide a list of
2  practitioners who are outside evaluators to
3  the parent.  And then we provide one no-cost
4  evaluation per year to a parent if that
5  request comes in.
6      Q.    And who at the department is
7  responsible for that?
8      A.    Our ombudsperson is the one who
9  monitors and facilitates the independent
10 evaluation process.
11     Q.    And who is currently in that
12 role?
13     A.    Monica Ayon.
14     Q.    And so if the student is
15 determined to be eligible for exceptional
16 education services, is the next step to
17 develop an IEP for that student?
18     A.    Yes.  So the next step would be
19 to develop an IEP, which would offer the
20 provision of the free appropriate public
21 education.  At that time, the parent or
22 guardian can decide to accept that placement
23 into special education or exceptional
24 education or they could decline the offer.
25     Q.    And what is an IEP?

Page 68

1      A.    So it's an individualized
2  education program that's really tailored to
3  the needs of the student.  It begins with,
4  like, their present levels.  So it looks at
5  their levels of academic performance and
6  functioning.  It looks at their
7  social-emotional needs.  It looks at any
8  communication, any sensory needs, any visual
9  needs, any hearing needs, and then it creates
10 goals based on those strengths and areas of
11 needs.
12        For secondary students, it also
13 creates post-secondary goals to start in that
14 transition from high school out into the
15 community.  It has related services that
16 students need to access the general ed
17 curriculum.  It also has supplemental
18 services and supports for adults who are
19 working with students.
20        So it's a comprehensive program
21 to determine the least restrictive
22 environment, and any services or specially
23 designed instruction that a student needs
24 based on the evaluation process and their
25 present levels.

Page 69

1      Q.    And who is responsible for the
2  developing IEPs?
3      A.    IEPs are developed by case
4  managers.  Case managers are typically
5  exceptional education teachers.  Speech and
6  language pathologists are also case managers
7  for students if speech and language is the
8  only area of need.
9      Q.    Do the case managers consult
10 with others in developing the IEPs?
11        MR. CUTLER:  Object to form.
12     A.    So case managers are one member
13 of the IEP team.  So an IEP team must consist
14 of a special education teacher, a general
15 education teacher, a parent or guardian.  If
16 a student is 18 or older, the student is a
17 part of an IEP team, although students can be
18 invited to team meetings at an age that's
19 appropriate for that student.
20        If a student has any related
21 service providers, such as speech and
22 language, occupational therapists, physical
23 therapists, social workers, those individuals
24 are a part of that student's team.
25        We do have students who might

18 (Pages 66 - 69)

CONFIDENTIAL

Page 70

1  have hearing needs, so deaf and hard of
2  hearing, we have deaf and hard of hearing
3  teachers.  We have educational sign language
4  interpreters who would be a part of that
5  team.
6          We also have students with
7  visual needs who might have a visual
8  impairment teacher who is supporting them.  A
9  student could also have orientation mobility
10 services that would help them navigate a
11 campus if they have visual impairments.
12 BY MR. RICE:
13     Q.    Are psychologists ever part of
14 the IEP team?
15     A.    Psychologists can be a part of
16 the IEP team.  If they are, they are
17 considered to be kind of the data
18 representative of an IEP team.  They are not
19 required to be there.  Sometimes they are.
20 They're required to be a part of the
21 multidisciplinary team for the evaluation.
22     Q.    And the IEP process is required
23 by the IDEA, correct?
24     A.    Correct.
25          We also have a district

Page 71

1  representative role of the IEP team.
2  Sometimes that is an exceptional education
3  teacher.  Sometimes that could be a role like
4  an assistant director.
5      Q.    Are there behavioral
6  intervention specialists on the IEP team?
7      A.    We have some behavior
8  specialists that are part of the exceptional
9  education department.  They could participate
10 in an IEP team meeting if they are working
11 directly with a student with some significant
12 behavior challenges.
13     Q.    And what role do the behavior
14 specialists play in the exceptional education
15 department?
16     A.    So the behavior specialists are
17 available if a student has a behavior plan
18 that's being implemented by the school team
19 and the student's behaviors continue to
20 escalate, or if they continue to be dangerous
21 or if they continue to be at a level that's
22 not showing progress toward meeting a
23 behavioral goal.
24          So then there is a referral to
25 the behavior specialist.  The behavior

Page 72

1  specialist would come in and do an
2  observation of the student, would review the
3  behavior plan, would review any data related
4  to the student's response to the behavior
5  plan.
6          The behavior specialist has a
7  very specialized role in looking at the
8  antecedents, so what's happening before,
9  looking at the behavior and then the
10 consequences for the student.
11         The behavior specialist
12 typically would come up with an enhancement
13 of that current behavior plan or maybe
14 facilitate the rewriting of the behavior
15 plan, and would also provide some coaching on
16 implementing that behavior plan.
17         Oftentimes, we have an
18 instructional specialist, which is like a
19 paraeducator level position, to go in and
20 provide the training and support when schools
21 are implementing a new behavior plan.
22 There's also follow up on the progress of
23 that behavior plan by the behavior
24 specialist.
25     Q.    Are the behavior plans, if the

Page 73

1  student has one, related to the IEP?
2      A.    Yes.  It's related to the
3  behavioral goal or challenge that's in the
4  IEP based on the student's need for more
5  self-regulation or less aggression or
6  whatever that behavior challenge is.
7      Q.    In the exceptional education
8  department, do students ever have behavior
9  plans that are not tied to an IEP or 504
10 plan?
11     A.    In the exceptional education
12 department, a student must have an IEP or a
13 504 plan first to have a behavior plan.
14         So the -- they would not have
15 one that's not connected to or tied to it.
16 Connected or tied to it, no.
17     Q.    And how do behavioral monitors
18 fit into this process?
19     A.    So behavior monitors are more
20 gen ed staff.  They typically would not be
21 working with exceptional students or students
22 who have 504 plans.
23     Q.    And school districts are
24 required by law to provide the services laid
25 out in the IEP?

19 (Pages 70 - 73)

CONFIDENTIAL

Page 74

1    A.    Correct.
2    Q.    And we were discussing 504 plan
3  a second ago.
4        What is a 504 plan?
5    A.    So a 504 plan is a medically
6  need-based plan for a student to access a
7  general curriculum.
8        So, for example, a student
9  could have asthma or maybe a student has
10  diabetes, or a student could have anxiety,
11  anything that has a medical diagnosis and is
12  restricting or limiting or causing a negative
13  impact on the student's ability to access
14  school and to access the general education
15  curriculum.
16    Q.    And what information would be
17  contained in a 504 plan?
18    A.    So the 504 plan would contain
19  whatever the area need or the disability is,
20  and what a student needs to mitigate that
21  disability.
22        So what kind of accommodations
23  should be provided by the general ed teacher
24  or if there's medication that should be
25  administered, or maybe if there's any kind of

Page 75

1  device that a student may need to monitor a
2  medical condition.
3    Q.    And are school districts
4  required by law to develop 504 plans for
5  qualifying students and to provide the
6  accommodations that are required by those
7  plans?
8    A.    Yes, that's correct.
9    Q.    Other than in connection with
10  the IEP and 504 process, does the exceptional
11  education department collect information from
12  students?
13        MR. CUTLER:  Object to the
14    form.
15    A.    The exceptional education
16  department collects information based on the
17  504 plan progress or goals, as well as the
18  IEP plan progress or goals.
19        Certainly in the evaluation
20  process, there's information collected on
21  students.  We're required by state to collect
22  information on parent satisfaction with the
23  IEP process and the progress that their
24  students are making.
25        So those are the data points

Page 76

1  that are typically collected by the
2  exceptional education department.
3  BY MR. RICE:
4    Q.    And so the data points that are
5  collected by the exceptional education
6  department from parents and students are all
7  collected as part of the IEP or 504 plan
8  process?
9    A.    Yes.
10        MR. RICE:  I think let's take a
11    short break.
12        THE VIDEOGRAPHER:  We are going
13    off the record.  The time is 9:19.
14        (Recess taken, 9:19 a.m. to
15    9:31 a.m. MST)
16        THE VIDEOGRAPHER:  We are going
17    back on the record.  The time is 9:31.
18  BY MR. RICE:
19    Q.    Welcome back, Dr. Salmon.  We
20  talked about qualified disabilities earlier.
21  I want to ask a few more questions about
22  that.
23        MR. RICE:  Let's mark as
24    Exhibit 2, tab 2.
25        (Whereupon, TUSD-Salmon-2,

Page 77

1        Disability Categories, was marked for
2        identification.)
3  BY MR. RICE:
4    Q.    And Exhibit 2 is a list of
5  qualifying disability categories from TUSD's
6  website.
7        Dr. Salmon, this is the list of
8  qualifying disability categories you referred
9  to earlier.  Correct?
10        MR. CUTLER:  Object to form.
11    A.    Correct.
12  BY MR. RICE:
13    Q.    And this list contains
14  information on disability categories from the
15  Arizona Department of Education and the IDEA,
16  correct?
17    A.    Correct.
18    Q.    And so the first category
19  listed is Autism.
20        What are some of the
21  accommodations TUSD might provide to a
22  student who has autism?
23        MR. CUTLER:  Object to form.
24    A.    So a student qualifies as
25  having autism because they have some

Golkow Technologies,
A Veritext Division

877-370-3377                                    www.veritext.com

Page 78

1  communication or language support needs that
2  are impacting their access to the general
3  curriculum.
4          And it just depends, because
5  autism is such a continuum.  So we can have
6  students who have high intellectual ability,
7  high levels of functioning, and maybe they
8  might need some social skill development or
9  social support with interacting with peers or
10  other adults.
11         We could also have a student
12  with autism who might have an intellectual
13  disability, for example, and so that student
14  might have some limitations in their
15  cognition.  So they may need to have the
16  curriculum modified or adapted to support
17  their cognitive ability.
18         A student with autism would
19  typically have speech and language therapy as
20  a related service to also support some of the
21  pragmatic language skill development or
22  pragmatic language needs.
23  BY MR. RICE:
24     Q.   If you turn to the next page,
25  another category of disability is

Page 79

1  Developmental Delay, correct?
2     A.   Yes, that is one.
3     Q.   And what is a developmental
4  delay?
5     A.   So a developmental delay is for
6  an individual who is age 3 to 9, and they
7  have a limitation in an area such as
8  communication, social-emotional needs,
9  physical development, or cognition.
10     Q.   And what are some of the
11  accommodations TUSD might provide to a
12  student who has a developmental delay?
13         MR. CUTLER:  Object to form.
14     A.   A student who has a
15  developmental delay is a student who could be
16  serviced in a preschool classroom or an
17  elementary classroom.  So the students
18  services would just be based on the areas of
19  need.
20         So, for example, we could have
21  some students with developmental delays, and
22  they could need assistance with areas of
23  daily activities, such as for toileting, with
24  feeding, with grooming, with clothing.
25         A student may have a

Page 80

1  communication need, so a student may have
2  some speech services.  A student could have a
3  need in, like, developing pre-reading or
4  pre-math skills, so the student could receive
5  some services or support in that area.
6          A student may have some
7  physical limitations that might require
8  physical therapy.  A student could have some
9  sensory needs or a student could have some
10  fine motor needs that would require support
11  from occupational therapy.
12         So it just depends on what area
13  of delay the student has, what the services
14  and support would look like.
15  BY MR. RICE:
16     Q.   The next category is Emotional
17  Disturbance.
18         What types of conditions are
19  included in the emotional disturbance
20  category?
21     A.   So the emotional disturbance
22  includes diagnoses that could be in the DSM.
23         So it could be a student with
24  depression.  It could be a student with
25  anxiety.  It could be a student who has

Page 81

1  schizophrenia.  It could be a student with
2  post-traumatic stress.  There are a variety
3  of emotional needs or disturbances that could
4  qualify for this area.
5     Q.   And what are some of the
6  accommodations TUSD might provide to a
7  student who has emotional disturbance?
8          MR. CUTLER:  Object to form.
9     A.   So, typically, a student would
10  have a goal and they would have some
11  behavioral goal.  So the goal is often with,
12  like, coping strategies or self-regulation.
13  And students also may have a related service,
14  such as counseling, on their IEP, if they
15  have an emotional need.
16  BY MR. RICE:
17     Q.   And if we look at the next
18  page, the category is Intellectual
19  Disability, correct?
20     A.   Yes.
21     Q.   And according to this document,
22  intellectual disability is the current term
23  for what used to be referred to as mental
24  retardation, correct?
25     A.   That's correct.

21 (Pages 78 - 81)

Page 82

1    Q.    And what are some
2  accommodations TUSD might provide for a
3  student who has an intellectual disability?
4    A.    So for a student who has an
5  intellectual disability, there would be
6  oftentimes be a goal for reading, writing,
7  and math.  And so there would be some
8  modification to the curriculum or some
9  different modalities used to teach reading,
10  writing, and math to help the student access
11  the curriculum in that area.
12    Q.    And then further down the same
13  page, another category is Other Health
14  Impairment.
15    A.    Yes.
16    Q.    And some examples listed in
17  this paragraph of other health impairment are
18  asthma, ADD, ADHD, diabetes, epilepsy, a
19  heart condition, hemophilia, lead poisoning,
20  leukemia, nephritis, rheumatic fever, sickle
21  cell anemia, and Tourette syndrome, correct?
22    A.    Correct.
23    Q.    So this is a pretty broad
24  category, is that fair to say?
25    A.    Yes, it is.

Page 83

1    Q.    And what are some of the
2  accommodations TUSD might provide for a
3  student in this category?
4    MR. CUTLER:  Object to the
5  form.
6    A.    So a student with other health
7  impairments, the health impairment could be
8  either mental health impairment, emotional
9  impairment.  It could be a physical
10  impairment.
11    So it really depends on what
12  type of disability and the reason for the
13  health impairment.
14    So, for example, a student who
15  has asthma or diabetes may receive support
16  from a nurse, or may receive support from a
17  health assistant.  Could also receive support
18  from a paraprofessional to provide, like,
19  oversight or to provide administration of
20  medication or some other medical procedure.
21    We could also have a student
22  who might have anxiety or depression.  For
23  example, that student may receive some
24  accommodations with, like, maybe a quiet
25  place or some direct instruction and

Page 84

1  de-escalation strategies, or the student
2  could potentially have a paraprofessional to
3  support in that area.  It's possible that the
4  student could have counseling as an early
5  service provider.
6  BY MR. RICE:
7    Q.    And the next category is
8  Preschool Severe Delay, correct?
9    A.    Correct.
10    Q.    What is a preschool severe
11  delay?
12    A.    A preschool severe delay is
13  similar to the developmental delay.  So it's
14  fairly common for preschoolers to have a
15  developmental delay.  We're looking to see if
16  the student will accelerate in development
17  and meet developmental milestones.
18    The severe developmental delay
19  has to do with the additional standard
20  deviations below the norm.  It has to be at
21  least a 3 to be a severe delay.  And so this
22  is a student with very significant cognitive
23  delays or physical or, like, language
24  development, communication, or
25  social-emotional or maladaptive just

Page 85

1  behaviors, or a lack of kind of the self-help
2  or self-care skills, such as, like, speaking
3  or toileting or, like, eating.  Those kinds
4  of needs that are severe.
5    Q.    And so what are some of the
6  accommodations TUSD might provide for this
7  disability?
8    A.    So an individual with a
9  preschool severe delay has to be in
10  preschool.  The preschool severe delay is
11  only for that age 3 to 5 up and until an
12  individual student is ready to progress
13  through kindergarten.
14    So in the preschool classroom,
15  the student may have a paraprofessional who
16  is supporting them.  The student may have,
17  like, a nurse or health assistant or an LPN
18  who is providing the support.  The student
19  may receive physical therapy or occupational
20  therapy.  So just a variety of those supports
21  based on the need.
22    Q.    And the next category is
23  Specific Learning Disability, correct?
24    A.    Correct.
25    Q.    And some of the types of

22 (Pages 82 - 85)

Page 86

1  learning disabilities listed here are brain
2  injuries or dyslexia, correct?
3      A.    Correct.
4      Q.    And what are some of the
5  accommodations students at TUSD receive for
6  learning disabilities?
7          MR. CUTLER:  Object to form.
8      A.    So a student who had a learning
9  disability would have a goal in whatever area
10  the disability is in.  So it would be
11  reading, it would be writing, or it would be
12  math.
13          And so they would have a goal
14  to support instruction in that area.  So
15  that's specially designed instruction that's
16  provided by an exceptional education teacher.
17  BY MR. RICE:
18      Q.    And this paragraph also lists
19  perceptual disabilities as an example of
20  specific learning disability.
21          What's a perceptual disability?
22      A.    So a perceptual disability
23  would involve the way that a student sees
24  things happening, or maybe kind of their
25  definition or their concept of the space and

Page 87

1  time around them, just some of the
2  information that they're taking in and they
3  are making sense of or they're using.
4      Q.    And then the next category is
5  Speech or Language Impairment, correct?
6      A.    Correct.
7      Q.    And some examples there would
8  be a stutter or a voice impairment, correct?
9      A.    Correct.
10      Q.    And what are some of the
11  accommodations TUSD might provide for speech
12  impairments?
13      A.    So we have speech and language
14  pathologists who provide direct therapy
15  support.  So they provide support with both
16  receptive and expressive language.  So really
17  to help the student if the student is
18  stuttering.  Help them, like, take breaths or
19  slow down their speech patterns.
20          Also, if maybe a student is
21  having trouble retrieving information, like,
22  giving them mental models for things that
23  they can think and process so they can
24  articulate what they're wanting to say.
25          We also have our speech and

Page 88

1  language pathologists who support the
2  pragmatic language or provide, like, support
3  with social stories or other communication
4  that we see sometimes in a student who has
5  autism.
6      Q.    Social media addiction is not
7  listed as a qualifying disability, correct?
8      A.    Correct.
9          MR. RICE:  You can take that
10  down, Mr. Lawlor.
11  BY MR. RICE:
12      Q.    I want to switch gears,
13  Dr. Salmon, and talk a little more about some
14  of the different staff members in the Ex Ed
15  department.
16      A.    Okay.
17      Q.    Earlier you mentioned social
18  workers.
19          What is the role of social
20  workers in the department?
21      A.    So social workers are there to
22  provide social and emotional support for
23  students.  They are there to help students
24  with any social-emotional regulation
25  strategies that are needed to help them just

Page 89

1  be present and access the curriculum.
2          They are there to provide
3  resources for families if they need
4  additional support with resources, both in
5  school and out of school.
6      Q.    And social workers at TUSD are
7  split into exceptional education social
8  workers and general education social workers,
9  correct?
10      A.    Correct.
11      Q.    And you supervise the
12  exceptional education social workers, right?
13      A.    Correct.
14      Q.    And the general education
15  social workers are supervised by the site
16  administrators and regional superintendents?
17      A.    Correct.
18      Q.    And how are the exceptional
19  education social workers assigned to schools?
20      A.    They are assigned to schools
21  based on student need.  So our social workers
22  can provide counseling as a related service.
23  That's on the IEP.
24          And so we have our social
25  workers assigned based on master-level social

23 (Pages 86 - 89)

CONFIDENTIAL

Page 90

1  workers, clinical social workers, or
2  bachelor-level social workers.
3         Our bachelor level social
4  workers are assigned by region. So we have
5  five, one per five regions, the same regions
6  that we have for, like, the assistant
7  directors and the regional superintendents.
8         For the master and the
9  clinical-level social workers, they are
10  assigned based on student population, IEP
11  goals or IEP services for counseling.
12         We have our clinical level
13  social workers assigned to campuses that have
14  students with emotional disturbance as a
15  primary disability and counseling as a
16  related service on the IEP for a student who
17  has an emotional disturbance.
18     Q.    Has the role of social workers
19  at TUSD changed during your time at the
20  district?
21     A.    Yes. The role of social
22  workers has evolved. When I entered my role
23  in the district, we had such a staffing
24  shortage of social workers. We had a lot of
25  vacancies. And so we were looking at, like,

Page 91

1  what do our students need?
2         So our students need someone to
3  help check in on them. Sometimes our
4  students need help with teaching-regulation
5  strategies. Sometimes students need help
6  with self-advocacy. Sometimes students need
7  help with accessing resources for, like,
8  their homelife or their family.
9         So the bachelor level social
10  workers are really, like, case managers and
11  they can provide a lot of general things.
12  Then our master and our clinical social
13  workers are the individuals who can provide
14  counseling and support students who have
15  higher levels of needs.
16     Q.    For the bachelor level social
17  workers, they are assigned geographically,
18  correct?
19     A.    Correct.
20     Q.    And so would the types of
21  students and disabilities they interact with
22  vary just based on what is present in each
23  region at any given time?
24     A.    Correct. So their student
25  population is assigned geographically, just

Page 92

1  whatever schools the students are attending,
2  whatever students have the need. So they're
3  kind of the first line assigned person, and
4  so they can provide a lot of general support.
5         And then if we have students
6  who need more specialized support, then we
7  can refer to a master level social worker.
8     Q.    And so for the bachelor level
9  social workers, would the way they spend
10  their time vary depending on the types of
11  issues they see in their particular region?
12     A.    Correct.
13     Q.    And in the clinical level
14  social workers, you said they're assigned to
15  campuses that have emotional disturbance as a
16  primary disability?
17     A.    Correct. A specialized program
18  for students who have emotional disturbance.
19     Q.    So would that be Mary Meredith
20  or would that be other schools that have a
21  locus of students with emotional disturbance?
22     A.    So it would be Mary Meredith,
23  in addition to some other campuses that have
24  a specialized program for exceptional
25  education students and emotional disturbance

Page 93

1  as the primary disability category.
2     Q.    Which other campuses have that
3  program?
4     A.    We have Valencia Middle School
5  that has that program. We have Doolen Middle
6  School that has that program. Vail Middle
7  School. We also have Magee Middle School.
8         We have high schools. We have
9  Sahuaro High School. We have Palo Verde High
10  School. We have Tucson High.
11         And then, for the elementaries,
12  we have Peter Howell and we have Lineweaver.
13     Q.    For the clinical level social
14  workers that are assigned to the schools that
15  are not Mary Meredith, at those schools,
16  there are also students who have other
17  qualifying disabilities other than emotional
18  disturbance, correct?
19     A.    Correct.
20     Q.    Do the licensed clinical social
21  workers work with those students?
22     A.    It's possible that they work
23  with other students who have other qualifying
24  disabilities if they have counseling on their
25  IEP.

Page 94

1  Q.   And so would the way a licensed
2  clinical social worker at Mary Meredith spend
3  their time be different than the way a
4  licensed clinical social worker at Tucson
5  High spends their time, for instance?
6       MR. CUTLER:  Object to form.
7  A.   So a social worker at Mary
8  Meredith is spending 100% of their time with
9  exceptional education students at Mary
10  Meredith, all of the students who have
11  emotional disturbance.
12       So they would do more things
13  like social groups.  They would provide the
14  counseling.  They would also take a role in
15  the kind of intake process for students who
16  are transitioning from one school going to
17  Mary Meredith or for Mary Meredith students
18  transitioning out of there going into a
19  comprehensive school.
20       And so they spend a lot more
21  time working directly with students.  They
22  would spend more hours working on the skills.
23  They would work more holistically with the
24  students at Mary Meredith.
25       If they were at a comprehensive

Page 95

1  school, they typically would have their
2  caseload of students who they're just
3  providing the counseling for.  They may
4  provide, like, workshops for students who
5  have a substance misuse infraction per the
6  code of conduct.  They may do, like, a social
7  skills group with the student there.
8       Their role is a little more
9  general.  And, again, it's less time with the
10  individual students because they do have a
11  larger caseload.
12  BY MR. RICE:
13  Q.   And for the master social
14  workers, how are they assigned to particular
15  schools?
16  A.   So master social workers are
17  assigned to schools for students who have
18  counseling as a related service on their IEP.
19  They're typically the ones who are supporting
20  students who have other eligibilities as a
21  qualifying disability outside of the
22  emotional disturbance category.
23  Q.   And a student could have
24  counseling on their IEP for a variety of
25  different disabilities, correct?

Page 96

1  A.   Correct.
2  Q.   And so the way a master social
3  worker spends their time might vary depending
4  on the particular grouping of disabilities
5  for the students they're working with at a
6  particular time?
7       MR. CUTLER:  Object to form.
8  A.   Correct.
9       MR. RICE:  Let's mark as
10  Exhibit 3, tab 32A.
11       (Whereupon, TUSD-Salmon-3,
12       Social Worker-LCSW, SM_TUSD_00511876-
13       SM_TUSD_00511877, was marked for
14       identification.)
15  BY MR. RICE:
16  Q.   And Exhibit 3 is a document
17  produced by TUSD with the Bates 00511876.
18       And, Dr. Salmon, this is the
19  job description for licensed clinical social
20  workers at TUSD, correct?
21  A.   Correct.
22  Q.   And under essential functions
23  it lists the functions of the licensed
24  clinical social workers?
25  A.   Correct.

Page 97

1       MR. RICE:  Let's mark as
2  Exhibit 4, tab 32B.
3       (Whereupon, TUSD-Salmon-4,
4       Social Worker - Masters,
5       SM_TUSD_00511878- SM_TUSD_00511879,
6       was marked for identification.)
7  BY MR. RICE:
8  Q.   And Exhibit 4 is a document
9  produced by TUSD with the Bates 00511878.
10       And, Dr. Salmon, this is the
11  job description for social workers with a
12  master's degree at TUSD, correct?
13  A.   Correct.
14  Q.   And under essential functions
15  it lists some of the job responsibilities for
16  master's level social workers in the
17  district, correct?
18  A.   Correct.
19       MR. RICE:  Let's mark as
20  Exhibit 5, tab 33.
21       Excuse me.  Tab 35, I'm sorry.
22       34, I'm so sorry.
23       Sorry, let me -- 33-A.  I'm
24  sorry, I misread that one.
25       (Whereupon, TUSD-Salmon-5,

25 (Pages 94 - 97)

Page 98

1    Social Worker Associate,
2    SM_TUSD_00509984- SM_TUSD_00509986,
3    was marked for identification.)
4 BY MR. RICE:
5    Q.    And Exhibit 5 is a document
6 produced by TUSD with the Bates 00509984.
7        And, Dr. Salmon, this is a job
8 description for social workers with a level
9 of associate, correct?
10    A.    Correct.
11    Q.    And these are the bachelor's
12 degree level social workers we were
13 discussing earlier?
14    A.    Correct.
15    Q.    And then at the bottom of the
16 page, going onto the second page, it lists
17 some of their job functions?
18    A.    Yes.
19    Q.    Several of these job
20 descriptions refer to substance abuse.
21        What are the roles of social
22 workers at TUSD with respect to substance
23 abuse?
24    A.    So social workers in TUSD have
25 helped create an internal curriculum to

Page 99

1 address substance misuse by students.  And so
2 there's a series of three workshops that a
3 student could attend.
4        So the first workshop is for a
5 first infraction of substance abuse or use,
6 and then it escalates from there.  Then
7 there's a workshop 2 and a workshop 3.
8        And so we've had our clinical
9 and our master level social workers, they
10 worked in collaboration with COPE behavioral
11 health organization to create these
12 workshops.  They also provide a workshop and
13 training to students once they receive parent
14 permission for a student to participate in
15 the workshop.
16    Q.    And how often do they put on
17 those workshops?
18    A.    They're on an as-needed basis.
19 So referrals typically come from an
20 administrator of a campus for a student to
21 participate in the workshop.  So then the
22 workshops are provided based on need.
23    Q.    You can set that aside.
24        What is the role of -- well,
25 earlier we were discussing that the role of

Page 100

1 psychologists include conducting evaluations
2 for students, correct?
3    A.    Correct.
4    Q.    Has the role of psychologists
5 changed during your time at TUSD?
6    A.    Yes.  The role of psychologists
7 has changed because we've had such a shortage
8 in the hiring of school psychologists.  We've
9 gotten information from the National Board of
10 School Psychologists that told us it would
11 take 20 years to obtain the number of school
12 psychologists that are needed in schools
13 throughout this country.
14        And so we've taken a look at
15 the job of the school psychologists and we've
16 kind of compartmentalized the job into, like,
17 what are some things that other people could
18 be qualified and provide training to do.
19        And so we have clinician
20 support specialists.  And so those are
21 individuals who can do some data entry.  They
22 can request records.  They can do some
23 student observations.
24        This role is really focused on
25 a grow-your-own process to have aspiring

Page 101

1 individuals get more familiar about the role
2 of school psychologist in hopes they would go
3 to school and then become school
4 psychologists and come back and work for TUSD
5 as a school psychologist.
6        We also have the role of
7 diagnostician.  So a diagnostician is an
8 individual who is trained to administer
9 achievement assessments.  And so we have a
10 group of three diagnosticians who provide
11 administration of achievement assessment.
12        We've also had some
13 Woodcock-Johnson assessment training for some
14 of our teachers.  And so we have a group of
15 teachers who went through the cohort of
16 training and became qualified evaluators to
17 evaluate for achievement or academic needs.
18    Q.    And so has the way
19 psychologists spent their time on different
20 job functions then changed over the course of
21 your career at TUSD?
22        MR. CUTLER:  Object to form,
23    it's vague.
24    A.    So we have our school
25 psychologists that now have higher caseloads

26 (Pages 98 - 101)

CONFIDENTIAL

1  because we have a shortage of them.  We have
2  additional support providers who are helping
3  with different aspects of their role.
4          We also have regional point of
5  contacts for school psychologists.  So we
6  have one per region.  So they are available
7  to triage and just to review any concerns
8  that our school campuses have.
9          So this regional point of
10  contact is a new role.  Oversight and support
11  of the clinician support specialist is a new
12  role.  We previously had one diagnostician.
13  We increased that role to now have three.
14          And so our school psychologists
15  and our lead for school psychologists work
16  very closely with the clinician support
17  specialists and the diagnosticians, as well
18  as any of the teachers who would be
19  administering the achievement assessment.
20  BY MR. RICE:
21      Q.    And other than evaluations,
22  what other job functions do school
23  psychologists have?
24      A.    Yes, so our school
25  psychologists also provide information and

1  guidelines and recommendations for
2  interventions to support students who are
3  having either academic or behavior challenges
4  or any other concerns that are impacting
5  their access to the curriculum.
6          Our school psychologists
7  provide consultation to school staff.  Our
8  school psychologists may consult with the
9  tier 3 level of providers for students who
10  are in the MTSS process of tier 3.
11          Our school psychologists could
12  also provide counseling for students who may
13  have counseling as a related service on their
14  IEPs.
15      Q.    Is there anything else?
16      A.    So our school psychologists are
17  oftentimes kind of the exceptional education
18  point of contact at a school.  They have a
19  lot of general level knowledge about the
20  evaluation process, as well as the IEP
21  process.
22          They also provide input in
23  guidance or recommendations if a team is
24  thinking about placement or other services
25  for a student.

1          MR. RICE:  Let's mark as
2  Exhibit 6, tab 34.
3          (Whereupon, TUSD-Salmon-6,
4  Psychologist, SM_TUSD_00558911-
5  SM_TUSD_00558912, was marked for
6  identification.)
7  BY MR. RICE:
8      Q.    And Exhibit 6 is a document
9  produced by TUSD with the Bates 00558911.
10          And, Dr. Salmon, this is a job
11  description for a psychologist at TUSD,
12  correct?
13      A.    Correct.
14      Q.    And then, on the second page,
15  under Essential Functions, it lists their job
16  responsibilities, correct?
17      A.    Correct.
18      Q.    Are there different types of
19  psychologists employed by TUSD?
20      A.    We have EDS, which is, like, a
21  graduate level credentialing of school
22  psychologists, and then we also have Ph.D.
23  level psychologists.
24      Q.    In some documents I've seen
25  terms referred to as psychologists versus

1  school psychologists versus school
2  psychologists hybrid.
3      A.    Mm-hmm.
4      Q.    Are you familiar with the
5  differences between those?
6      A.    Yes.  So psychologists, school
7  psychologists, that is one and the same.
8  Seems that maybe just the school was omitted
9  from the psychologist.
10          Hybrid psychologists, their
11  roles and responsibilities are very similar.
12  These are individuals who work, like, some
13  remote time.  So they may be participating in
14  meetings.  They may be holding, like, a
15  manifestation determination, which is
16  something that our psychologists do when
17  there's a disciplinary concern with students.
18          So the hybrid just means that
19  they're not 100% in person in one of our TUSD
20  schools.
21      Q.    And does TUSD also employ
22  psychology interns?
23      A.    Yes.
24      Q.    What are psychology interns?
25      A.    So psychology interns are

CONFIDENTIAL

1 individuals who have completed their
2 coursework through an approved university
3 program, and they are in the last stages of
4 getting all of their credentials.
5         So our interns shadow one of
6 our existing school psychologists for one
7 semester, and then the second semester they
8 begin to perform some of the essential
9 functions of a school psychologist under the
10 supervision of a school psychologist in TUSD,
11 as well as with collaboration from a
12 university professor.
13     Q.    And does TUSD pay psychology
14 interns?
15     A.    Yes.  Psychology interns are
16 paid an hourly rate.
17     Q.    And then, does TUSD also have
18 psychology externs?
19     A.    Yes.  So psychology externs are
20 individuals who are not yet ready to be an
21 intern.  They have finished the coursework,
22 but they also have some additional university
23 requirements before they're ready to be
24 interns.
25         And so externs is something

1 that we started to hire a year ago.  And so
2 our externs typically work one or two days a
3 week.  And their primary function is to
4 administer assessments that they've been
5 trained to administer.
6     Q.    For both psychology externs and
7 interns, are there certain job
8 responsibilities they're not able to fulfill
9 because of licensing?
10     A.    Yes, that is correct.
11     Q.    What are some of the functions
12 they aren't able to fill at their level?
13     A.    So they're able to administer
14 assessments and give some guidance on, like,
15 student supports.  They're available to
16 collaborate and give guidance to team
17 members.  They need to work under the
18 supervision of a psychologist.
19         So they would not make an
20 eligibility determination, they would just
21 provide all of the assessment data, give that
22 data to a psychologist who is certified, and
23 then that psychologist would review the data
24 and then make a determination based on that
25 information.

1     Q.    And then how are psychologists
2 at TUSD assigned to schools?
3     A.    So psychologists are assigned
4 based on their level of expertise and based
5 on preference.  Each year in the spring,
6 psychologists are asked to rate the schools
7 that they would want to support or be
8 assigned at.  They have three, so first,
9 second, and third choice.
10         And then based on that
11 information, based on need, the lead school
12 psychologist would take a look at, like,
13 where is the greatest need.  For example, if
14 we have a need, like, at Mary Meredith, that
15 would be the highest priority for us because
16 its the students with the highest need.
17         I mentioned other programs like
18 Valencia or Doolen or Alice Vail or Magee.
19 So one of those campuses that have a very
20 specialized Ex Ed program would also be the
21 next level of school who would have assigned
22 school psychologists.
23     Q.    And then, earlier we also
24 discussed behavioral specialists and
25 behavioral monitors.

1     A.    Mm-hmm.  (Witness nods.)
2     Q.    Have those roles changed over
3 your time at TUSD?
4     A.    So we have -- we have a
5 behavior team.  So it's Behavior Education
6 Student Support Team, the acronym is BEST,
7 B-E-S-T.
8         And this team has been around
9 before my tenure, and it continues.  In the
10 past, the behavior specialists were working
11 more directly with students.  They've evolved
12 to more of a supervisory support.
13 Intervention specialists are working directly
14 with students, for the most part.
15         We also have a capacity
16 building model where the goal is for the
17 behavior specialist to go in and to teach
18 some behavior strategies that then the school
19 team can replicate.  And then to go in and
20 just provide coaching and training and
21 follow-up support at schools.
22     Q.    The capacity building model you
23 mentioned, when was that implemented?
24     A.    So that was implemented about
25 seven years ago, was when it started to be a

28 (Pages 106 - 109)

CONFIDENTIAL

1  capacity building model.
2         So the last three years, we
3  really focused on that capacity building
4  model and providing more professional
5  development and training.
6         Once the district went to
7  having our PLDs, or our professional learning
8  days, we had more opportunity to provide more
9  training and support in behavior strategies
10 and self-regulation techniques for our school
11 team.
12        MR. RICE:  Let's mark as
13 Exhibit 7, tab 35A.
14        (Whereupon, TUSD-Salmon-7,
15 Board Certified Behavior Analyst
16 (BCBA), SM_TUSD_00564675-
17 SM_TUSD_00564676, was marked for
18 identification.)
19 BY MR. RICE:
20    Q.    Exhibit 7 is a document
21 produced by TUSD with the Bates 00564675.
22        And, Dr. Salmon, this is a job
23 description for a board certified behavioral
24 analyst, correct?
25    A.    Correct.

1     Q.    So which position would this
2  fit under, if any, that we've been
3  discussing?
4     A.    This does not fit under any
5  that we've discussed.
6     Q.    So this isn't a position you
7  supervise?
8     A.    Well, I would if we had anyone
9  in this role.  We do not have anyone in this
10 role currently.
11    Q.    Have you previously had someone
12 in that role during your tenure?
13    A.    Yes, we have.
14    Q.    And how long has it been vacant
15 for?
16    A.    It has been vacant for about a
17 year and a half.
18    Q.    And when the position of board
19 certified behavior analyst is filled, what
20 responsibilities does the position normally
21 have?
22    A.    So a board behavior analyst
23 would have the ability to really dissect the
24 cause of the behavior.  So they could do,
25 like, a functional behavior analysis, just

1  really looking at what it is that a student
2  is wanting more of or less of that's
3  contributing to their behavior.
4         So they would have that level
5  of expertise to really analyze the root cause
6  of the behavior and to provide interventions
7  and treatment suggestions to support that
8  behavior.
9         They could also supervise
10 registered behavior technicians.  And so
11 these would be individuals who have
12 specialized behavior support to work directly
13 with students to reshape and support behavior
14 needs.
15    Q.    You can set that aside.
16    A.    Okay.
17    Q.    For any of the positions in the
18 exceptional education department, does TUSD
19 track how those positions spend their time?
20    A.    Yes, we do.
21    Q.    What are the ways you track
22 their time?
23    A.    So we have logs that
24 individuals track the time that they are
25 working on certain services.  We have

1  Desktop, which is our database that we use to
2  submit Medicaid claims.  So individuals
3  submit services that they provide to students
4  in the Desktop database.
5         We also do, like, a time and
6  effort maintenance log.  And so it's a
7  provision for our federal grant that
8  stipulates that an exceptional education
9  staff member should be spending the majority
10 of their time working on exceptional
11 education needs or with exceptional education
12 students.  And so that's something that we
13 collect every six months from our staff
14 members.
15    Q.    In the first part of your
16 answer you referred to logs that individuals
17 track the time that they are working on for
18 certain services.
19    A.    Mm-hmm.
20    Q.    Are those the same as the time
21 and effort logs or is there another type of
22 log as well?
23    A.    That Desktop software or
24 database that I was referring to, that's one
25 place to keep it.  The time and effort is

29 (Pages 110 - 113)

CONFIDENTIAL

Page 114

1  different.
2      Q.    So there's the Desktop database
3  for Medicaid claims.
4      A.    Yes.
5      Q.    The time and effort log,
6  maintenance logs for the federal IDEA grants.
7      A.    Correct.
8      Q.    Are there any other ways that
9  TUSD tracks how positions in the exceptional
10 education department spend their time?
11     A.    Those are the ways that we
12 specifically track.  Like, individuals have
13 calendars in Outlook where they would have
14 information about their location or what kind
15 of task that they are attending.
16          Individuals go to PDs or they
17 attend, like, meetings or collaborations or
18 if they're on any kind of committees, so then
19 we would have agendas or sign-in and sign-out
20 for that information.
21          We have an exceptional
22 education log at all of our campuses.  It's
23 not necessarily tracking what an individual
24 is doing, but it tracks when they go in and
25 out of a school building.

Page 115

1      Q.    The individual Outlook
2  calendars or meetings with professional
3  development or committees, those aren't
4  tracked in any type of aggregate manner,
5  correct?
6      A.    Correct.
7      Q.    And the exceptional education
8  log at school campuses only tracks whether
9  they enter and exit the campus; it doesn't
10 track the tasks they perform while there?
11     A.    Correct.
12     Q.    For the Desktop database for
13 Medicaid claims, where is that information
14 stored?
15     A.    So that information is stored
16 on a cloud.  So we have individuals who have
17 access to the platform, and then it's stored
18 on the cloud.
19     Q.    And then the time and effort
20 maintenance logs, where are those stored?
21     A.    Those are stored with our
22 budget specialist in the exceptional
23 education department.  These are paper logs.
24     Q.    They're paper logs that
25 individuals fill out on paper?

Page 116

1      A.    Correct.
2      Q.    And then are the time and
3  effort logs ultimately digitized or analyzed
4  in any type of way?
5      A.    Yes.  They get scanned and they
6  get monitored.  And it's, like, a compliance
7  checkpoint.  So it's either the individual is
8  saying that they're spending the majority of
9  their time in exceptional education for the
10 six-month period, it's kind of a yes, no, or
11 if no, like, what's going on and why aren't
12 they?
13     Q.    So they're only monitored at
14 that level of whether they're spending the
15 majority of their time --
16     A.    Correct.
17     Q.    -- on exceptional education?
18     A.    Yes.
19     Q.    For the Desktop Medicaid
20 database, have you ever analyzed that
21 database to determine how much time the
22 positions in the exceptional education
23 department spend on different types of tasks?
24     A.    I get a statement from CSees,
25 the third-party vendor that we use to submit

Page 117

1  our Medicaid claims.  And so I get a report
2  quarterly that shows how much time is being
3  spent on or submitted for billing on certain
4  services.
5      Q.    And what types of breakdown
6  services does that report provide?
7      A.    It would provide information
8  about, like, minutes spent on speech therapy
9  or minutes spent on counseling or minutes
10 spent on, like, occupational therapy or
11 physical therapy.
12     Q.    For the time and effort logs,
13 have you ever analyzed those to determine how
14 much time the positions in the exceptional
15 education department spend on various types
16 of tasks?
17          MR. CUTLER:  Object to form,
18     it's vague.
19     A.    So those logs just tell the
20 percentage of time.  It doesn't tell, like,
21 what other tasks.  And it's just the -- the
22 majority of time, 50% or more, yes.  So it's
23 a check yes and a signature.  So it doesn't
24 really itemize the exact percentage of time
25 or what those tasks are.

30 (Pages 114 - 117)

CONFIDENTIAL

Page 118

1  BY MR. RICE:
2      Q.    For both the Desktop database
3  and the time and effort logs, do either of
4  those sources include information on whether
5  a staff member has spent time on issues
6  related to social media?
7      A.    The time and effort log would
8  not, no.
9            The Desktop log would have more
10  of a narrative on what the individual is
11  spending time discussing with the student or
12  supporting.  So it's possible.
13      Q.    Have you ever analyzed the
14  Desktop log to determine if it includes
15  information on staff members' work with
16  students on social media-related issues?
17      A.    No, I have not.
18      Q.    Are you aware of anyone who
19  has?
20      A.    No, I am not.
21      Q.    Have you ever interviewed any
22  staff member in the exceptional education
23  department regarding the percentage of time
24  they spend on various job functions?
25            MR. CUTLER:  Object to form.

Page 119

1      A.    I wouldn't call it an
2  interview.  I've certainly had meetings and
3  discussions with individuals on the
4  percentage of time that they've spent on
5  responsibilities.
6            I had a recent meeting with
7  related service providers, so that meeting
8  included speech and language clinicians.  It
9  included occupational therapists and physical
10  therapists.
11            And so we were talking about,
12  like, a caseload versus a workload model,
13  because I can go into the Synergy database
14  and see their caseload.  So I can see the
15  number of students, the school sites that the
16  students are at.  I can even see the minutes
17  per month of services that students are
18  getting.
19            And then our individuals talk
20  about -- well, the workload.  So even though
21  you know the exact direct services, there are
22  other things, like maybe phone calls or
23  planning for meetings and preparation or
24  material preparation.  So just some other
25  tasks of the job that are accounted for in

Page 120

1  the workload or the working hours that would
2  not necessarily be accounted for or available
3  in a report from the database.
4            So we've had conversations
5  about it.  We don't really have a way to
6  adequately track or monitor that.
7  BY MR. RICE:
8      Q.    So those types of meetings and
9  conversations you've had aren't documented
10  anywhere?
11            MR. CUTLER:  Object to form.
12      A.    It's documented that we've had
13  the meeting, so that is documented.
14            As far as the outcome, that's
15  still pending.  We are going to have some
16  follow-up meetings to come up with a better
17  plan to monitor that data.  Also, decide what
18  we want to do about it.
19            The purpose of that meeting had
20  a little bit to do about, like, some staff
21  members are feeling burned out or overworked,
22  so they want to have another way to assess
23  their compensation to see if it's been
24  adequately provided.
25            And so we were talking about,

Page 121

1  like how could we figure that out.  And so
2  we've had a student who is working on a
3  calculator.  There are some agencies that
4  have calculators, but it's really hard to put
5  all of the information in.
6            For example, the Tucson Unified
7  School District covers 150 miles.  So if we
8  have individuals who are traveling among
9  regions or to several schools, then we have
10  the travel time.  We also have schools that
11  have preschools and who may have students who
12  have more needs.  We have schools that may
13  have specialized programs.  And so the level
14  of need of the student may be higher.  Even
15  though it's one student, it could still take
16  more time.
17            So those are ongoing
18  conversations and negotiations that are
19  happening.
20      Q.    And is the verbal feedback from
21  staff members you receive in conversations
22  documented anywhere?
23            MR. CUTLER:  Object to form.
24      A.    Most of the conversations are
25  verbal.  We have some meeting notes from the

31 (Pages 118 - 121)

CONFIDENTIAL

Page 122

1  last two meetings that we've had.
2  BY MR. RICE:
3      Q.    And other than those last two
4  meetings, is there any documentation of
5  conversations you've had with staff members
6  regarding the way they spend their time?
7      A.    Other than those last two
8  meetings, we've had exceptional education
9  forums.  So we've had two of those this year.
10  And so we have -- those conversations, we
11  have meeting notes from those public forums.
12      Q.    And the first two meetings you
13  mentioned that related to staff burnout and a
14  workload allocation model, is there a name
15  that you'd attach to that type of meeting?
16      A.    It's called related service
17  provider meeting.
18      Q.    So that related service
19  provider meeting, did that include all staff
20  in the exceptional education department?
21      A.    No.  There was just
22  representatives from the different related
23  service providing groups.
24      Q.    How many people attended?
25      A.    Let's see.  We had two speech

Page 123

1  and language pathologists.  We had two
2  occupational therapists.  One physical
3  therapist.  A program coordinator.  A
4  regional superintendent.  Myself.  And
5  someone from employee relations.
6          So roughly nine people.
7      Q.    No social workers attended the
8  meeting?
9      A.    Not that one, no.
10      Q.    And no psychologists attended
11  the meeting?
12      A.    No.
13      Q.    And then you mentioned
14  exceptional education forums.
15      A.    Mm-hmm.  (Witness nods.)
16      Q.    What are those?
17      A.    So those are opportunities to
18  talk about, like, various aspects of the
19  exceptional education department, kind of the
20  initiatives, the goals, things that have been
21  worked on, things that are accomplished, next
22  steps.
23          It's an opportunity to get
24  feedback from staff members in the
25  exceptional education departments.

Page 124

1      Q.    And you said you've had two of
2  those this year.
3          How often do you have those in
4  general?
5      A.    In general, we have them once a
6  year.  So they're usually annually at the end
7  of the year, usually around April.  We had
8  one a little bit earlier this year because
9  there were some concerns about workload and
10  burnout.  And so staff members were wanting
11  to meet a little earlier than usual.
12      Q.    In general, from these
13  exceptional education staff forums, are there
14  meeting notes?
15          MR. CUTLER:  Object to form.
16      A.    So whenever we have the forum,
17  there are notes that individuals take.  Our
18  last forum was a virtual forum, so there are
19  meeting notes from the Zoom.
20  BY MR. RICE:
21      Q.    Other than the last forum with
22  the Zoom meeting notes, are there notes from
23  any other forums that you've held in your
24  time as director?
25          MR. CUTLER:  Object to form.

Page 125

1      A.    So not necessarily meeting
2  notes from the forum.  There's, like, the
3  PowerPoint for the meeting.  There's some
4  additional information or supporting
5  documents from the presentation.  There could
6  be notes that individuals would have taken,
7  but not, like, formal notes like the virtual
8  one.
9  BY MR. RICE:
10      Q.    On average, how many people
11  attend these forums?
12      A.    On average, it's probably about
13  100 people.
14      Q.    Is -- do all staff members in
15  the department attend these forums?
16          MR. CUTLER:  Object to form.
17      A.    So all employees are invited to
18  attend the forum, and so we have
19  representatives from the various groups
20  within the department.
21          We have a very large
22  department.  We have, like, over 300
23  teachers, over 300 paraprofessionals.  We
24  have about 70 speech and language clinicians.
25  We have about 30 school psychologists.  About

32 (Pages 122 - 125)

CONFIDENTIAL

Page 126

1  30 social workers. We have about 26
2  educational interpreters.
3          So we have a lot of people.
4          So, no, not everybody attends,
5  but we do have individuals who decide to
6  attend, it's optional to attend, from all of
7  our various groups of exceptional education
8  staff members.
9  BY MR. RICE:
10     Q.    And these are only staff
11  members who attend the forum, they're not
12  open to the public, correct?
13     A.    Correct.
14     Q.    Other than the meetings and
15  forums we've just discussed, are there any
16  other ways you've received feedback from
17  staff members in the exceptional education
18  department regarding how they spend their
19  time?
20         MR. CUTLER: Object to the
21     form.
22     A.    So other than formal meetings,
23  like, I see staff members, either, like, they
24  come by my office or my schools. They also
25  have communities of practice. Many of them

Page 127

1  meet monthly. They have groups, and so I
2  often go to their groups just to kind of say
3  thank you for the work that they do.
4  Sometimes I do, like, a welcome opening for
5  the group.
6          So I make a habit of going and
7  meeting with the school psychologists, our
8  speech and language clinicians, and our other
9  various groups. So I get information from
10  them at that point.
11         I have virtual office hours
12  once a month. And so we do have individuals
13  who come and share information about the time
14  that they spend on certain activities, and
15  they ask questions or they provide
16  information about concerns.
17  BY MR. RICE:
18     Q.    Have you ever conducted any
19  formal survey of how members in the
20  exceptional education department spend their
21  time?
22         MR. CUTLER: Object to form.
23     A.    So I personally have not
24  conducted a survey. Human Resources sent the
25  survey to exceptional education staff

Page 128

1  specifically. It did not specifically focus
2  on how they spent their time, but it was,
3  like, a recruitment and retention strategy.
4          So it asked them about things
5  that were going well. It also asked about
6  suggestions or things that could be improved.
7  So there were some rating scales on the
8  survey, and then also some opportunities for
9  comments.
10  BY MR. RICE:
11     Q.    Other than that survey, you're
12  not aware of any survey of staff members in
13  the exceptional education department?
14     A.    Other than that survey, and
15  there's an exit survey. Anytime an employee
16  is leaving, it comes through Human Resources.
17  And so that survey goes to staff members.
18         And so that survey data gets
19  reported to the state annually from
20  exceptional education members.
21     Q.    Other than the different items
22  we just discussed, are you aware of any data
23  on how much time staff members in the
24  exceptional education department spend on
25  various job responsibilities?

Page 129

1          MR. CUTLER: Object to form.
2     A.    Other than that data and just
3  kind of anecdotal information or from
4  conversations or discussion, those would be
5  the sources that I would have from how
6  they're spending their time.
7  BY MR. RICE:
8     Q.    Let's talk a little further
9  about IEPs.
10         Are you familiar with TUSD's
11  records regarding student IEPs?
12         MR. CUTLER: Object to form,
13     it's vague.
14     A.    Records? I'm familiar with
15  Synergy, the database where we keep IEP
16  records. I'm familiar with, like, the state
17  reporting of IEP records.
18  BY MR. RICE:
19     Q.    And Synergy is a primary
20  location where IEP records are stored,
21  correct?
22     A.    Correct.
23     Q.    Are there any other locations?
24     A.    Unless someone were to, like,
25  print a paper copy, that's our system, the

33 (Pages 126 - 129)

CONFIDENTIAL

Page 130

1  database that they're created and housed in,
2  Synergy.
3      Q.    And are 504 plans also housed
4  in Synergy?
5      A.    Correct.
6      Q.    Let's mark as Exhibit 8,
7  tab 40.
8          (Whereupon, TUSD-Salmon-8,
9      Native spreadsheet, was marked for
10     identification.)
11 BY MR. RICE:
12     Q.    And this is just going to be on
13 the screen.  It's an Excel.
14     A.    Okay.
15     Q.    And Exhibit 8 is a document
16 produced by TUSD with the Bates 00493945.
17         And, Dr. Salmon, is this a list
18 of IEP information -- or let me rephrase.
19     Dr. Salmon, is this a list of
20 different qualifying disabilities sorted by
21 grade level, number of students, and year?
22         MR. CUTLER:  Object to form,
23     foundation.
24     A.    Okay.  I see the column with
25 the grade levels.  I see the need

Page 131

1  description, that is a list of primary
2  eligibilities.  And then the number of
3  students.
4  BY MR. RICE:
5      Q.    Would there be a separate
6  report in Synergy related to student IEPs?
7          MR. CUTLER:  Object to form,
8      foundation.
9      A.    So in Synergy, we had data
10 based on the individual students.  So you can
11 put in a student's name, their student ID
12 number, you could pull information up that
13 way.
14         You could sort by school.  So
15 you could look at all of the schools and
16 figure out, like, how many students have an
17 IEP at that campus.  And then you can look at
18 the whole district.
19         So I see some numbers that look
20 a little different than I would imagine in
21 some of these areas.
22 BY MR. RICE:
23     Q.    What looks different to you
24 than you would imagine?
25         MR. CUTLER:  Object to form.

Page 132

1      A.    So just looking at the grade
2  level and looking at the number of identified
3  students, that's not typically the way that I
4  review the data.  I typically look at it
5  holistically as, like, pre-K all the way up
6  through 12th grade.  And so I typically
7  wouldn't look at grade levels specific with
8  the eligibility.
9  BY MR. RICE:
10     Q.    And so you would look at the
11 total number of students who had a particular
12 qualifying disability across all grades
13 levels in the district?
14     A.    Correct.
15     Q.    Is there any other aggregate
16 data related to IEPs?
17         MR. CUTLER:  Object to form,
18     it's vague.
19     A.    So we have data that comes from
20 our Synergy database.  And so any IEP-related
21 information would first be in Synergy before
22 it's in Desktop.  And so those are the two
23 platforms that would have IEP-related data.
24 BY MR. RICE:
25     Q.    And other than the grade level,

Page 133

1  number of students, and the type of
2  qualifying disability, there's not any other
3  aggregate category of information available
4  in Synergy.
5          MR. CUTLER:  Object to form.
6      A.    The other categories of data
7  would be, like, the school.  So you could
8  pull data by the school.  You could pull data
9  based on, like, the case carrier.  Those are
10 the teachers.  You could pull data based on
11 the evaluator.
12         So you could pull data based
13 on, like, what's assigned to a school
14 psychologist or a speech and language
15 pathologist or occupational therapist or
16 physical therapist.
17         You could pull data based on
18 the services that a student gets in addition
19 to the eligibility category.
20 BY MR. RICE:
21     Q.    So the data on the services a
22 student receives based on eligibility
23 category, that would be the aggregate number
24 of students who receive a particular service
25 like counseling or transportation or extended

34 (Pages 130 - 133)

CONFIDENTIAL

1  time?
2      A.    Correct.
3      Q.    And then the data all the way
4  down to the case carriers, that would be data
5  based on how many students a particular
6  evaluator has evaluated or is otherwise
7  dealing with?
8      A.    Yes.  So that would be the
9  number of students that that individual is
10  servicing.  You could also pull data with the
11  number of minutes that are on the IEPs for
12  each of the service providers.
13     Q.    And that would be the number of
14  minutes a service provider spent on a
15  particular IEP?
16     A.    Correct.
17     Q.    And if we read this
18  spreadsheet, looking at the grade level and
19  the disability, if you look at, for instance,
20  row three, what that's saying is that in the
21  2023 to 2024 school year, 33 students were
22  diagnosed with autism in the district,
23  correct?
24         MR. CUTLER:  Object to form.
25

1  BY MR. RICE:
2      Q.    33 kindergartner students were
3  diagnosed with autism in the district?
4         MR. CUTLER:  Object to form,
5      foundation, misstates the document.
6      A.    So just based on how this
7  document is reading, with the grade level,
8  with the disability, and with the number of
9  students, I'm reading it as in '23-'24, there
10  were 33 kindergarteners with the eligibility
11  of autism.
12         It doesn't necessarily tell us
13  when that eligibility was determined,
14  although, because it is kindergarten, usually
15  that is the first year.
16  BY MR. RICE:
17     Q.    But you understand the
18  spreadsheet to mean that in the 2023, 2024
19  school year, there were 33 kindergarteners
20  who had been determined to have, at some
21  point in time, to have the qualifying
22  disability of autism?
23         MR. CUTLER:  Object to the
24      form, foundation.
25     A.    So based on the spreadsheet, it

1  appears that it is saying that in the '23-'24
2  school year, 33 students have a primary
3  eligibility of autism, and these 33 students
4  are kindergartners.
5  BY MR. RICE:
6      Q.    Do you have any data regarding
7  whether any IEPs for TUSD students mentioned
8  defendants' platforms?
9      A.    No, I do not.
10     Q.    Are you aware of any evaluation
11  by TUSD concluding a student's qualifying
12  disability was caused by social media?
13         MR. CUTLER:  Object to form.
14     A.    So any exceptional education
15  evaluation would have information on what the
16  disability is.  It typically would not have
17  information about the causing factor.
18         So, no, I'm not aware of any
19  information that would say social media was a
20  causing factor of a disability.
21  BY MR. RICE:
22     Q.    Are you aware of any student
23  who has a diagnosis from a medical
24  professional that one of the students is
25  addicted to one of the defendants' platforms?

1      A.    I do not have any information
2  noting any particular platforms for any kind
3  of addiction from an outside provider.  If
4  there is something that says addiction, it
5  would say something like technology.  It
6  wouldn't specifically say social media, and
7  it would not typically say a platform.
8      Q.    Are you aware of any student
9  who has a diagnosis from a medical
10  professional that the student has a
11  technology addiction?
12     A.    Yes.
13     Q.    Where is that information
14  stored?
15         MR. CUTLER:  Object to the
16      form.
17     A.    So that information would be
18  stored in a narrative form of either the
19  evaluation or the IEP for that student.
20  BY MR. RICE:
21     Q.    That's not categorized at any
22  type of aggregate level, correct?
23     A.    Correct.
24     Q.    Have you ever analyzed the
25  number of students who have been diagnosed

35 (Pages 134 - 137)

CONFIDENTIAL

Page 138

1 with technology addiction?
2     A.    No, I have not.
3     Q.    Are you aware of any student
4 who has a diagnosis from a medical
5 professional that the student has attention
6 issues because of the defendants' platforms?
7         MR. CUTLER:  Object to form.
8     A.    Yes, I am aware of students who
9 have attention difficulties, not that would
10 specifically say it's because of a platform.
11 BY MR. RICE:
12     Q.    Are you aware of any student
13 who has a diagnosis from a medical
14 professional that they have sleep deprivation
15 because of the defendants' platforms?
16     A.    No, I'm not.
17     Q.    Are you aware of any student
18 who has a diagnosis from a medical
19 professional that they have suicidal ideation
20 because of the defendants' platforms?
21     A.    No.
22     Q.    Are you aware of any student
23 who has a diagnosis from a medical
24 professional that they have engaged in
25 self-harm because of defendants' platforms?

Page 139

1         MR. CUTLER:  Object to form.
2     A.    So, no, there wouldn't be a
3 diagnosis for that.  There could be, like, a
4 crisis plan or a crisis intervention process
5 or maybe a safety plan that might have that
6 level of information.  It would not be part
7 of a diagnosis, no.
8 BY MR. RICE:
9     Q.    Have you ever analyzed the
10 number of crisis plans or crisis intervention
11 processes that mentioned defendants'
12 platforms?
13         MR. CUTLER:  Object to form.
14     A.    So I typically do not analyze
15 the crisis plans at a global level.  It's
16 usually an individual student level.  So, no,
17 I have not.
18 BY MR. RICE:
19     Q.    Are you aware of any student
20 who has a diagnosis from a medical
21 professional that the student became
22 depressed because of the defendants'
23 platforms?
24     A.    No, I am not aware of
25 depression being because of a platform.  No.

Page 140

1     Q.    Are you aware of any student
2 who has a diagnosis from a medical
3 professional that the student developed
4 anxiety because of the defendants' platforms?
5     A.    No, I am not.
6         MR. RICE:  Let's mark as
7 Exhibit 9, tab 11.
8         And Exhibit 9 is a document
9     produced by TUSD with the Bates
10     00230762.
11         (Whereupon, TUSD-Salmon-9,
12     Native PowerPoint deck,
13     SM_TUSD_00230762, was marked for
14     identification.)
15 BY MR. RICE:
16     Q.    Dr. Salmon, did you prepare
17 this presentation?
18     A.    This appears to be a PowerPoint
19 dated February 1st of '23.
20         MR. CUTLER:  Take your time to
21     review it before you dive into any
22     questions.
23         [Document review.]
24     A.    Okay.
25

Page 141

1 BY MR. RICE:
2     Q.    Have you seen this document
3 before, Dr. Salmon?
4     A.    Yes, I have.
5     Q.    Did you prepare it?
6     A.    Yes, I did.
7     Q.    What was the purpose of the
8 presentation?
9     A.    This presentation was an update
10 on the condition of the exceptional education
11 department.  Just information of any
12 concerns, and then also challenges, staffing,
13 and some ideas about how to move forward.  It
14 also gave an opportunity to get feedback from
15 colleagues regarding these concerns.
16     Q.    And who was the presentation
17 for?
18     A.    And so this was presented to
19 our academic leadership team.  That includes,
20 like, our superintendent, our regional
21 superintendents, my supervisor, the assistant
22 superintendent of curriculum instruction, as
23 well as some other district-level directors.
24         This was also presented to
25 principals at ALAI, so our leadership

36 (Pages 138 - 141)

CONFIDENTIAL

Page 142

1  training for principals.
2       This was also shared with
3  assistant directors and the leadership in the
4  exceptional education department.
5       This information was also
6  shared with other Ex Ed staff members, just
7  to also get their feedback.
8    Q.   Could you turn to slide 5?
9  It's titled Exceptional Education Students in
10 TUSD SY 21-22.
11   A.   Okay.
12   Q.   Dr. Salmon, this slide shows
13 the number of students in TUSD by different
14 disability categories for the 2021-2022
15 school year, correct?
16   A.   Correct.
17   Q.   And so in the 2021 to 2022
18 school year, 501 students had the primary
19 qualifying disability of autism, correct?
20   A.   Yes, correct.
21   Q.   And when you see the percentage
22 there, that's the percentage of the total
23 number of students the exceptional education
24 department serves that had this as their
25 primary disability, correct?

Page 143

1    A.   Correct.
2    Q.   And 442 students had
3  developmental delay.
4    A.   Correct.
5    Q.   454 students had intellectual
6  disability.
7    A.   Yes.
8    Q.   2,243 students had a specific
9  learning disability.
10   A.   Correct.
11   Q.   And 941 had a speech or
12 language impairment?
13   A.   Correct.
14       MR. RICE:  We can go off the
15 record.
16       THE VIDEOGRAPHER:  We are going
17 off record.  The time is 10:44.
18       (Recess taken, 10:44 a.m. to
19 11:01 a.m. MST)
20       THE VIDEOGRAPHER:  We are going
21 back on the record.  The time is
22 11:01.
23 BY MR. RICE:
24   Q.   Welcome back, Dr. Salmon.
25   A.   Thank you.

Page 144

1    Q.   Are you aware of any data
2  regarding TUSD students' use of social media?
3    A.   No, I'm not.
4    Q.   Are you aware of any data
5  regarding the time TUSD students spend using
6  social media?
7    A.   No, I'm not.
8    Q.   Are you aware of any data
9  regarding which applications students use?
10   A.   No, I'm not.
11   Q.   Are you aware of any data on
12 how much time TUSD students spend using
13 social media for an educational purpose?
14   A.   No, I'm not.
15   Q.   Are you aware of any data on
16 which features of social media platforms TUSD
17 students use?
18   A.   No, not data.
19   Q.   Are you aware of any data
20 regarding the time TUSD students spend on
21 different applications on their phones?
22       MR. CUTLER:  Object to form,
23 asked and answered.
24   A.   Data that -- applications on
25 their phones?  No.

Page 145

1  BY MR. RICE:
2    Q.   Are you aware of any data
3  regarding how much time TUSD students spend
4  sending text messages?
5    A.   No.
6    Q.   Are you aware of any data
7  regarding how much time TUSD students spend
8  streaming content?
9    A.   No.
10   Q.   Are you aware of any data
11 regarding how much time TUSD students spend
12 playing video games?
13   A.   No.
14   Q.   Are you aware of any data
15 regarding the effects of video games on TUSD
16 students?
17       MR. CUTLER:  Object to form.
18   A.   Not necessarily data on that
19 information.  Certainly there's -- sometimes
20 there's conversations or communications about
21 concerns regarding the impacts.  Sometimes
22 there's something that happens, whether it's
23 after school or on the weekends, and then
24 parents may call or principals may call or
25 schedule a meeting to discuss something

37 (Pages 142 - 145)

Page 146

1  that's happened that's had a negative impact
2  on students.
3  BY MR. RICE:
4      Q.    Parents have expressed concerns
5  to you that video games might have a negative
6  impact on TUSD students?
7          MR. CUTLER:  Object to form.
8      A.    Their student in particular, as
9  an individual student from a parent.
10  BY MR. RICE:
11      Q.    Have you ever installed time
12  tracking software to track the time students
13  spend in applications on their phones?
14          MR. CUTLER:  Object to form.
15      A.    No, I have not.  I don't have
16  access to students' phones.
17  BY MR. RICE:
18      Q.    And you don't know of anyone at
19  TUSD who does have access to students'
20  phones, correct?
21      A.    No, I do not.
22      Q.    Are you aware of any survey of
23  TUSD parents about the effects of social
24  media?
25      A.    Not directly.  There is a

Page 147

1  parent survey that goes out annually.  I
2  don't think anything directly related to
3  social media is a question on there.
4      Q.    Are you aware of any survey of
5  TUSD parents about the amount of time their
6  children spend online?
7      A.    I wouldn't say that there's a
8  survey, but there's information that comes
9  from parents of feedback about the amount of
10  screen time that their students have.
11      Q.    And that's anecdotal
12  information?
13      A.    Correct.
14      Q.    Are you aware of any survey of
15  TUSD parents about how much time their
16  children spend on cell phones?
17      A.    No.
18      Q.    Let's mark as Exhibit 10,
19  tab 6.
20          (Whereupon, TUSD-Salmon-10,
21      Plaintiff's Second Amended Answers to
22      Defendants' Interrogatories to Tucson
23      Unified School District (Set 3), was
24      marked for identification.)
25

Page 148

1  BY MR. RICE:
2      Q.    And Exhibit 6 [sic] are TUSD
3  Second Amended Answers to Defendants'
4  Interrogatories, Set 3.
5          Dr. Salmon, if you turn to the
6  back of this document, you'll see there is a
7  chart.
8          There's one chart that has
9  Specialist Counselor in the top left corner,
10  and then on the next page is a chart that has
11  school year, position, 2023.  ES teachers is
12  in the top left corner.
13          Do you see that?
14      A.    Just a moment.
15          Okay.  Yes.
16      Q.    Are you familiar with either of
17  those charts?
18          [Document review.]
19      A.    So I am seeing the year.  It
20  appears ES may mean elementary school, middle
21  school.  I am not familiar with this chart,
22  no.
23  BY MR. RICE:
24      Q.    Okay.  And let's go to the page
25  right before that that starts with Specialist

Page 149

1  Counselor.
2      A.    Okay.
3      Q.    Have you ever seen this chart
4  before?
5      A.    Yes.  This looks familiar.
6      Q.    When was the first time you saw
7  this chart?
8      A.    The first time I saw this chart
9  was school year 2021.
10      Q.    What was the context in which
11  you saw this chart?
12          MR. CUTLER:  Object to form,
13      vague.
14      A.    Context.  Are you referring to,
15  like, purpose or...
16  BY MR. RICE:
17      Q.    Right.  And was it this chart
18  in particular or a different chart?
19      A.    This information, this data in
20  the chart, I recall seeing this with the
21  budget for exceptional education.
22      Q.    Have you seen this exact chart
23  before?
24      A.    I do not recall seeing this
25  exact chart.

38 (Pages 146 - 149)

CONFIDENTIAL

1    Q.    And there's a column with the
2  weight that -- with weight that lists certain
3  percentages.
4    A.    Yes.
5    Q.    You haven't seen that column
6  before, then, either, correct?
7    A.    That does not look familiar.
8    Q.    So based on our prior
9  discussions, you supervise the positions of
10  social worker, psychologists, behavior
11  intervention specialists in the exceptional
12  education department, Ex Ed intervention
13  specialists, correct?
14    A.    Correct.
15    Q.    Do you supervise any of the
16  other positions listed on this chart?
17    A.    Specialist counselor, no.
18  Social worker psychologist, yes.  School
19  counseling intern, no.  Psychology
20  intern/extern, yes.  Psychologist, yes.
21        We do have one access nurse.  I
22  don't know if that is this person.  But, of
23  course, we have our health department that
24  has other nurses, you know, health
25  assistants.  Exit intervention specialist,

1  yes.  Outside behaviors intervention
2  specialist, yes.  Behavior specialists, yes.
3        So that's all yes.
4    Q.    You don't supervise restorative
5  practice facilitators, correct?
6    A.    No.  Correct.
7    Q.    And for any of these positions,
8  were you consulted in whether to list any of
9  these positions to this chart?
10    A.    I was consulted about social
11  workers, psychologists, psychologists
12  interns/externs, and behavioral specialists
13  and behavior intervention specialists, yes.
14    Q.    When were you first consulted
15  regarding those positions?
16    A.    I don't recall an exact date.
17  Whatever date that I was first communicated
18  with about information regarding the
19  exceptional education department and roles.
20    Q.    Did you suggest that TUS --
21  were you first consulted on this chart within
22  the past week?
23    A.    No.
24    Q.    Past two weeks?
25    A.    No.

1    Q.    Past month?
2    A.    So, again, like, I hadn't seen
3  this particular chart, like, the different
4  roles that I have referred to.  I was
5  consulted about, like, the percentages of
6  time or information about those roles.  It
7  would have been more than a month.
8    Q.    Do you know how the percentages
9  were chosen?
10    A.    I do not know exactly how the
11  percentages were chosen.  I do know that I
12  was asked some questions about the amount of
13  time that these individuals are spent on,
14  like, social and emotional needs, on behavior
15  concerns, technology, social media-related
16  concerns, that part of their job role.
17    Q.    Did you chose the percentages?
18    A.    I gave input on the information
19  that seems to be reflected in the
20  percentages.
21    Q.    You didn't estimate the
22  percentages, though?
23        MR. CUTLER:  Object to form.
24    A.    Well, I estimated information
25  based on the questions that I was asked about

1  the particular roles in the exceptional
2  education department.
3  BY MR. RICE:
4    Q.    Who first suggested that the
5  percentage for social worker master's should
6  be 60%?
7    A.    I did.
8    Q.    You did?
9    A.    Mm-hmm.  (Witness nods.)
10    Q.    And is that true for the other
11  positions that you supervised, that you first
12  suggested the percentage associated with each
13  of those positions?
14    A.    That's correct.
15    Q.    Who first suggested that the
16  positions you supervise should be included in
17  this chart?
18        MR. CUTLER:  Object to form.
19    A.    So when I first received a
20  request about the roles that I supervise that
21  are potential roles, I suggested the social
22  worker and the various levels of social
23  worker, as well as the psychologist roles,
24  including the behavior roles, because that is
25  one of the primary functions of the jobs of

Page 154

1  those individuals.
2  BY MR. RICE:
3      Q.    So were you asked --
4          MR. CUTLER:  I'm going to
5      object to attorney-client privilege to
6      whatever that question is going to be.
7  BY MR. RICE:
8      Q.    What do you understand these
9  percentages to represent?
10      A.    I understand these percentages
11  to represent the amount of time that
12  individual staff members are spent on
13  behavior concerns, social-emotional concerns,
14  behavior or social-emotional concerns that
15  are connected to technology, that are
16  connected to emotional disturbances,
17  emotional disabilities, or other health
18  impairments that have a connection to a
19  mental health component.
20      Q.    Do you understand these
21  percentages to be specifically connected to
22  defendants' platforms?
23      A.    Not specifically connected.
24  These are more of, like, mental health
25  concerns that students are experiencing and

Page 155

1  staff members, the amount of time that
2  they're spending supporting students in those
3  areas.
4      Q.    So this would include mental
5  health concerns related to supporting
6  students' disabilities?
7          MR. CUTLER:  Object to form,
8      misstates testimony.
9      A.    So this would include, like,
10  whatever mental health concern or counseling
11  that a student has.
12  BY MR. RICE:
13      Q.    Including incidents relating to
14  their underlying qualifying disability?
15      A.    Yes.
16      Q.    Let's go to the next page of
17  this chart.
18          Were you consulted o n the
19  positions listed on this chart?
20      A.    No, I was not.
21      Q.    Were you consulted in the
22  weights assigned to the positions on this
23  chart?
24      A.    No, I was not.
25      Q.    Let's mark as Exhibit 11,

Page 156

1  tab 7.
2          (Whereupon, TUSD-Salmon-11,
3      Declaration of Dr. Sabrina Salmon, was
4      marked for identification.)
5  BY MR. RICE:
6      Q.    And Exhibit 11 is the
7  Declaration of Dr. Sabrina Salmon.
8      A.    Okay.
9      Q.    And, Dr. Salmon, this is a
10  declaration you signed in this case, correct?
11      [Document review.]
12      A.    Yes, that's correct.
13  BY MR. RICE:
14      Q.    And you signed it under penalty
15  of perjury?
16      A.    Correct.
17      Q.    Did you write this declaration?
18      A.    I wrote this declaration in
19  collaboration with counsel, legal counsel.
20      Q.    Who wrote the first draft of
21  the declaration?
22          MR. CUTLER:  Object to form.
23      A.    So I did receive some
24  information on the different categories for
25  the different sections of this document.

Page 157

1  BY MR. RICE:
2      Q.    So counsel authored the first
3  draft of the declaration?
4          MR. CUTLER:  Object to form,
5      foundation, misstates the testimony.
6      A.    Yes.
7  BY MR. RICE:
8      Q.    When did you first see a draft
9  of the declaration?
10      A.    Roughly two weeks ago.
11      Q.    Did you make any edits to the
12  draft you received?
13      A.    Yes.
14      Q.    What changes did you make?
15      A.    Let's see.  So I typed in my
16  name.  I typed in the information regarding
17  my education and my bachelor's degree from
18  Winthrop University, my master's from Pacific
19  Lutheran University, and my doctorate from
20  Capella.
21          I typed in the amount of
22  experience that I have working in the K-12
23  education setting.
24          I typed in my title of senior
25  director with the dates of employment.

CONFIDENTIAL

Page 158

1    I typed in information about my
2  previous role as assistant director, as well
3  as the role as principal.
4    I included information about my
5  position as senior director with providing
6  the mentorship and coaching of the five
7  assistant directors and the 20 additional
8  staff members.
9    I put information about the
10  conflict resolution professional development.
11  Then information about the special education
12  state panel that I advised through the
13  Department of Education, as well as the
14  collaboration with Pima County
15  Superintendent's office.
16    I added information about the
17  various social work and school psychologists,
18  as well as behavior team members that I
19  supervise.
20    Let's see.  I added information
21  about the staff meetings with the IEPs, the
22  504 information.
23    I added information about the
24  students that we support that have social and
25  behavior goals, and that are having a

Page 159

1  negative influence on their community
2  situations and school.
3    I also added information about
4  that there's a substantial amount of time
5  that our social workers, school
6  psychologists, exceptional education
7  teachers, and paraprofessionals are spending
8  with students who have concerns with social
9  media impacts.
10    I put information about seeing
11  a growing concern with the addictive,
12  compulsive, and problematic use among
13  students.
14    I put in information about some
15  concerns regarding prolonged screen time.  I
16  also put information about during the eight
17  years I've noticed an increase in students
18  engaging in platforms.
19    Let's see.  Also, I added
20  information about the last four years,
21  specifically information about students
22  becoming more physically aggressive when
23  using first-then charts.
24    I put information about
25  students struggling with switching from a

Page 160

1  preferred activity, such as using social
2  media, and the connection to a formal
3  behavior plan.  And these are behavior plans
4  that I typically see in an IEP or a 504 plan.
5    Let's see.  I added information
6  about some fake social media accounts.
7    I added information about the
8  increase of anxiety in students struggling to
9  maintain social connection with peers and
10  adults, and seeing more suicidal ideation and
11  self-injurious behaviors.
12    I added information about the
13  changes in the issues that I've seen since
14  being an assistant director or overseeing the
15  assistant directors and the program
16  coordinators, social workers, school
17  psychologists, behavior specialists, and
18  instructional specialists.
19    Information about bullying and
20  harassment.
21    Let's see.  Information about
22  encouraging fights, physical aggression, and
23  antisocial behaviors.
24    Information about more property
25  damage to district property, as well as

Page 161

1  increased discipline.
2    I added information about the
3  various roles that I oversee, the assistant
4  directors, program coordinators, social
5  workers, school psychologists, behavior
6  specialists, instructional specialists, and
7  just more requests to provide services
8  because students are engaging in more
9  disruptive behaviors in the educational
10  environment.
11    And engaging in behaviors to
12  escape from the classroom, and focusing on
13  completing academic tasks and increasing
14  requests for counseling and related services.
15    Also, the need for more
16  specialized support, such as hiring
17  registered behavior technicians.  That's
18  something new that we've seen an increase in
19  the last two years.
20    And then, the collaboration
21  with the student relations department and
22  school safety regarding bullying, school
23  threats, and the code of conduct.
24    Also, the time that assistant
25  directors, program coordinators, social

41 (Pages 158 - 161)

CONFIDENTIAL

1  workers, school psychs, behavior specialists,
2  and instructional specialists spend just in
3  an overall social media-related impacts on
4  the behavior.
5         Again, the number of teachers,
6  paraprofessionals, social workers, and school
7  psych combined, roughly the amount of time
8  that they are spending responding to behavior
9  plans and emotional regulation needs for
10  students.
11        And then, there's the
12  information about the percentages that the
13  various social workers are spending with
14  their time, and then that comparison to going
15  back to 2016 to 2017.
16    Q.    And those, the percentages --
17        MR. CUTLER:  I'm not sure that
18    she's done.
19        Are you done?
20    A.    Oh, not yet.  I have the back
21    here.
22        MR. CUTLER:  Okay.
23    A.    So then, kind of the cause of
24  the percentages of time, just taking a look
25  at how that's minimizing time from

1  establishing systems and promoting that
2  academic growth and development.
3        And then, less time on the
4  classroom observations, the staff feedback,
5  analyzing of the progress and future needs of
6  students and staff.
7        And then, the majority of the
8  day, just really being dedicated to
9  intervention and some social media-related
10  matters.
11        And just that increased time
12  would be preferred to be spent on inclusive
13  practices and academic needs, as well as the
14  specific disability influenced needs that are
15  in the IEPs.
16        We just want -- our team would
17  like to have more time with celebrations and
18  going to performances and just having that
19  aspect and that connection with students, our
20  school communities, and our parents.
21        So, yes, those are the things
22  that I added.
23  BY MR. RICE:
24    Q.    Thank you.
25        In paragraph 18, are the

1  percentages listed a percentage you had
2  previously chosen in connection with
3  Exhibit 10?
4        [Document review.]
5    A.    Yes.  60% social workers,
6  clinical social workers, 80%, yes.  75%, yes.
7  50% for social workers.
8        Yes, that seems in line.
9  BY MR. RICE:
10    Q.    And then, for paragraph 17, is
11  your estimate of the hours a day spent
12  specific to the time spent on defendants'
13  platforms?
14    A.    Not specifically to defendants'
15  platforms, no.
16    Q.    And so that three hours a day
17  includes the time spent on student emotion
18  regulation needs more generally?
19        MR. CUTLER:  Object to form,
20    misstates testimony.
21        You can answer.
22    A.    So the three hours a day would
23  be disability specific needs.  Could be
24  social-emotional skill development, student
25  self-regulation.  So a variety of different

1  skills that are behavioral based.
2  BY MR. RICE:
3    Q.    And they're tied to the
4  student's qualifying disability?
5    A.    Yes.  Correct.
6    Q.    Did you review any documents
7  before signing this declaration?
8    A.    Any documents?
9    Q.    Any other documents?
10    A.    Any other documents?  No, no
11  other documents.  No.
12    Q.    Other than counsel, are you
13  aware whether anyone else reviewed the
14  declaration prior to you signing?
15    A.    No, I'm not aware of anybody
16  else reviewing it prior to signing it.
17    Q.    Did you review any documents
18  when estimating the percentages listed in
19  paragraph 18?
20        [Document review.]
21    A.    No specific documents were
22  reviewed.
23  BY MR. RICE:
24    Q.    Did you conduct any interviews
25  relating to those percentages?

Page 166

1          MR. CUTLER:  Object to form.
2      A.    I have previously conducted
3  interviews or, like, anecdotal data from
4  speaking to these individuals, either, like,
5  at a committee meeting or with the related
6  service provider group or other opportunities
7  to interact.  I did not conduct a specific
8  interview for this purpose, no.
9  BY MR. RICE:
10     Q.    Other than counsel, did you
11  consult with anyone else in estimating the
12  percentages in paragraph 18?
13     A.    Other than counsel and
14  anecdotal information that I have from
15  previous conversations with these direct
16  service providers, no, I didn't consult with
17  anybody else.
18     Q.    Did you send out any surveys
19  related to the percentages listed in
20  paragraph 18?
21     A.    No, I did not.
22     Q.    Did you analyze any data when
23  estimating the percentages listed in
24  paragraph 18?
25     A.    I did look at the number of

Page 167

1  students that have either a behavior goal or
2  counseling minutes in IEP.
3      Q.    And that information is stored
4  in Synergy?
5      A.    Correct.
6      Q.    And the behavioral goals or
7  counseling minutes are not specific to
8  defendants' platforms, correct?
9      A.    Correct.
10     Q.    From paragraph -- the -- excuse
11  me.
12         The percentages in paragraph 18
13  cover the time period from 2016 to the
14  present, correct?
15     A.    Correct.
16     Q.    And from 2019 to 2020, you were
17  not a director of exceptional education,
18  correct?
19     A.    Correct.
20     Q.    Did you conduct any research to
21  inform your opinions for that school year?
22         MR. CUTLER:  Object to form.
23     A.    So not specifically for that
24  school year, no.
25

Page 168

1  BY MR. RICE:
2      Q.    And prior to 2020 -- or prior
3  to when you became the principal at Mary
4  Meredith, you were assistant director of
5  exceptional education, correct?
6      A.    Correct.
7      Q.    Did you conduct any research to
8  inform your opinions for that time period?
9          MR. CUTLER:  Object to form.
10     A.    It would be similar information
11  that's housed in Synergy about the number of
12  students that qualify under each eligibility
13  of disability, and then also the number of
14  minutes of their IEPs that's housed in
15  Synergy.
16  BY MR. RICE:
17     Q.    Did you consult Synergy when
18  estimating these percentages?
19         MR. CUTLER:  Object to form,
20     asked and answered.
21     A.    So Synergy is a database, so I
22  did review information that was contained in
23  Synergy about this information.
24  BY MR. RICE:
25     Q.    And you reviewed the number of

Page 169

1  students with behavioral plans, the number of
2  minutes relating to counseling IEPs, correct?
3      A.    Yes, the number of students
4  with emotional disability as a primary
5  eligibility.
6      Q.    And by emotional disability,
7  you're referring to the emotional disturbance
8  category?
9      A.    Correct.
10     Q.    Were there any other categories
11  of disability you consulted?
12     A.    Other health impairment is
13  another category that also pulls minutes that
14  are counseling minutes if a student does have
15  that.
16     Q.    And the qualifying disability
17  of emotional disability is not specific to
18  defendants' platforms, correct?
19     A.    Correct.
20     Q.    And the qualifying disability
21  of other health impairments is not specific
22  to defendants' platforms either, correct?
23     A.    Correct.
24     Q.    If you -- let's -- I want to
25  focus on paragraph 6.

43 (Pages 166 - 169)

CONFIDENTIAL

1    In paragraph 6 you refer to
2  social workers, correct?
3    A.    Correct.
4    Q.    The work of the social workers
5  at TUSD is not limited to social media,
6  correct?
7        MR. CUTLER:  Objection to the
8    form.
9    A.    Correct.
10  BY MR. RICE:
11    Q.    And the work of psychologists
12  at TUSD is not limited to social media,
13  correct?
14    A.    That is correct.
15    Q.    And the work of the behavior
16  team is not limited to social media, correct?
17    A.    That is correct.
18    Q.    In paragraph 8, you reference
19  parent and student reports, correct?
20    A.    Correct.
21    Q.    Did you review any parent or
22  student reports before signing this
23  declaration?
24    A.    I did not review any parent or
25  student reports.  I did go off of some

1  anecdotal information that I received from
2  various parents.
3        We had one student in
4  particular who has autism, and the student is
5  very fixated on anything that has a screen or
6  a device.  And so the student has been
7  experiencing some significant sleep
8  deprivation and dysregulation in the sleep
9  cycle.
10        And so we have hired an,
11  registered behavior technician, to really
12  support this student throughout the school
13  day.  And so the parents just support -- and
14  report a lot of sleep depravation and over
15  fixation on devices or screen time.
16        We also notice that at school.
17  We see a lot of elopement, which is kind of
18  running from nonpreferred tasks of the
19  student whenever there is no access to a
20  device.
21        And so I have had a few
22  students who have brought in concerns related
23  to that aspect, not specifically related to a
24  platform, but more technology-based sleep
25  disturbance.

1    Q.    With respect to the student who
2  has autism and the issue with screen time,
3  that would be any screen time, correct?
4    A.    Yes.
5        MR. CUTLER:  Object to the
6    form.
7    A.    Well, just using a
8  technological device and the screen time on
9  that device is what I'm referring to.
10  BY MR. RICE:
11    Q.    So that would include playing
12  video games on a device?
13        MR. CUTLER:  Object to form.
14    A.    That could include playing
15  video games.  So I'm specifically referring
16  to, like, screen time that's provided at
17  school for this particular student, although
18  at home, I'm not sure what other screen time
19  there is.
20  BY MR. RICE:
21    Q.    Do you mean screen time
22  provided at school on TUSD-issued devices?
23    A.    Correct.
24    Q.    Did you conduct any numerical
25  analysis of parent or student reports before

1  signing this declaration?
2        MR. CUTLER:  Object to form.
3    A.    So I reviewed anecdotal data,
4  just kind of looking at meetings that I've
5  had with parents.
6        And so it's a very significant
7  or severe concern when I become aware of
8  those happening with students.  Because,
9  typically, if it's a behavior concern or
10  other need, it's usually addressed by, like,
11  a school psychologist or a social worker or a
12  teacher or maybe an assistant director.
13        So I was going off the feedback
14  and the information that I have from specific
15  parents who have reached out to me or I've
16  been in meetings with or I've communicated
17  with.
18  BY MR. RICE:
19    Q.    When you say you reviewed
20  anecdotal data, did you review any
21  documentation or did you just recall over
22  your working career?
23    A.    Just recollection over my
24  working career with parents.  I do have one
25  parent at a high school who reached out

CONFIDENTIAL

1 recently, just about some negative
2 interactions of a high school student who is
3 in high school for the first year.
4          And so the student has had a
5 very hard time forming peer relationships and
6 making friends at the high school. And so
7 the parent just reached out about how the
8 student was engaging in social media with the
9 students in order to befriend them. And so
10 these students also happened to be in, like,
11 a drama class together.
12          And so the student was really
13 having a hard time distinguishing, like,
14 what's happening in realtime in the drama
15 class, versus being just on the school
16 campus, as well as what's happening in the
17 social media platform.
18          And so that just resulted in an
19 issue with some cyberbullying that was
20 happening with this student.
21          And then, also, just conveying
22 information that revealed the student's
23 disability status on social media.
24          So we've had some additional
25 social work support available for this

1 student and some additional meetings to
2 address that concern.
3     Q.   Do you know which platforms
4 were involved with that student?
5     A.   Facebook and Snapchat were
6 those two.
7     Q.   Other than -- in general, when
8 considering the anecdotes you've experienced
9 over time, did you focus on incidents
10 specifically related to defendants' platforms
11 as opposed to technology or screen time more
12 generally?
13          MR. CUTLER: Object to form.
14     A.   So, in general, when there are
15 issues, I look more globally at what the
16 issue is. So if the issue is screen time, we
17 really focus on what the screen time issue
18 is. The platforms only come about if it's
19 something that's ongoing.
20          So, typically, if it's
21 something related to screen time, there's
22 some kind of intervention or way to address
23 the concern, whether it's, like, a
24 facilitated conversation or mediation with
25 the students, and then it's typically

1 resolved. And then we don't really get into
2 the specifics.
3          There's a couple of instances
4 it's been ongoing and escalating. And so
5 there have been follow-up reports, either
6 from the parents or from the students, about
7 what's been happening.
8 BY MR. RICE:
9     Q.   So for the majority of students
10 with disabilities, you're not familiar with
11 what platform, if any, they're using?
12          MR. CUTLER: Object to form.
13     A.   Right. So for the majority of
14 students with disabilities, I have no
15 interaction or information on the platforms
16 that they're using, unless they are using
17 something that is an application that is
18 provided on a TUSD device.
19 BY MR. RICE:
20     Q.   In paragraph 9, you refer to
21 students who have emotional or physical
22 reactions to technology being limited from
23 their access during the school day.
24     A.   Mm-hmm. (Witness nods.)
25     Q.   Have you tracked the number of

1 students who have reaction to limits on
2 access to technology?
3          MR. CUTLER: Objection to form,
4     it's vague.
5     A.   I have general information
6 about the students. I have not specifically
7 tracked it. I did end up providing teacher
8 support in one of our classrooms for students
9 with autism in particular.
10          And so it was a student who had
11 very severe reactions to the restriction or
12 limitation or removal of technology. And so
13 it was a situation where the teacher had
14 concerns about the physical aggression of the
15 student.
16          And so I went in that day to
17 provide some support and some observation.
18 And so in that particular day, we did have a
19 student who, when it was time to move from
20 the technology on to something else, got
21 significantly, physically aggressive, and
22 injured a few staff members by -- he threw a
23 device, and then ran out of the room, and
24 also punched a staff member.
25          And so that was noted as

45 (Pages 174 - 177)

CONFIDENTIAL

Page 178

1  consistent behavior in some reports for the
2  student in particular.
3  BY MR. RICE:
4      Q.    Was this restriction on access
5  to TUSD-issued devices?
6      A.    Yes, TUSD devices.
7      Q.    Is that true of all of the
8  incidents you're referring to in paragraph 9?
9          MR. CUTLER:  Object to form.
10     A.    I'd say not necessarily all
11  TUSD devices.  Like, some of the information
12  that we get, especially from our secondary
13  level students, is reports on personal
14  devices, whether it's a cell phone or, like,
15  an iPad or a computer that they're using or a
16  gaming systems that they're using outside of
17  school.
18  BY MR. RICE:
19     Q.    But some of the reports you're
20  referring to in paragraph 9 are related to
21  restrictions on TUSD-issued devices, correct?
22     A.    Correct.
23     Q.    And for the non-TUSD-issued
24  devices, you're referring to in paragraph 9,
25  that includes gaming systems used outside of

Page 179

1  school?
2          MR. CUTLER:  Object to form.
3      A.    Yes.
4          So in addition to the TUSD
5  devices, that would include gaming devices or
6  personal devices that are used outside of
7  school.
8  BY MR. RICE:
9      Q.    In paragraph 9 you also refer
10  to formal behavior plans.
11     A.    Mm-hmm.  (Witness nods.)
12     Q.    Have you tracked whether TUSD
13  has ever offered to allow students to use
14  social media as an incentive in a formal
15  behavior plan?
16     A.    I have not tracked that, no.
17     Q.    In paragraph 9 you refer to
18  first then charts.
19          What is a first then chart?
20     A.    So a first then chart is a
21  graphic organizer to help a student know,
22  like, what's happening with their schedule.
23          So, for example, first, we're
24  going to talk about your resumé, and then we
25  are going to go into information about the

Page 180

1  disability category.  So that would be just a
2  way to just chunk two activities to prepare
3  students for a transition.
4      Q.    And have you ever tracked how
5  many first then charts for TUSD students
6  reference social media?
7          MR. CUTLER:  Object to form.
8      A.    No, I have not.
9  BY MR. RICE:
10     Q.    In paragraph 12, you reference
11  bullying and harassment.
12          Are you aware of any data
13  tracking how many incidents of bullying at
14  TUSD involved defendants' platforms?
15     A.    No, I'm not.
16     Q.    Are you aware of any data
17  tracking how many incidents of harassment at
18  TUSD involve defendants' platforms?
19     A.    No, I am not.
20     Q.    Are you aware of any data
21  tracking generally how many code of conduct
22  violations at TUSD related to defendants'
23  platforms?
24     A.    No, I am not.
25     Q.    In paragraph 13, you reference

Page 181

1  social media pages.
2          Have you tracked the presence
3  of particular social media pages on
4  defendants' platforms?
5          MR. CUTLER:  Object to form,
6      that's vague.
7      A.    I have not specifically tracked
8  the social media pages, no.
9  BY MR. RICE:
10     Q.    In paragraph 14, you reference
11  group chats, texts, and other communication
12  methods.
13          You're not aware of any data
14  regarding how frequently students at TUSD use
15  text messages, correct?
16          MR. CUTLER:  Object to form,
17      asked and answered.
18     A.    That is correct.
19  BY MR. RICE:
20     Q.    And you're not aware of any
21  data tracking how frequently TUSD students
22  communicate using defendants' platforms,
23  correct?
24     A.    That's correct.
25     Q.    In paragraph 14, you reference

46 (Pages 178 - 181)

CONFIDENTIAL

Page 182

1  property damage.
2       Do you have personal knowledge
3  of any property damage relating to
4  defendants' platforms?
5       A.   Not specifically related to
6  these platforms, no.
7       Q.   Have you ever analyzed what
8  percentage of time any position in your
9  department spends specifically on defendants'
10  platforms?
11       MR. CUTLER:  Object to form,
12  it's vague.
13       A.   So the way that our time was
14  analyzed is really vaguely based on, like,
15  whether it's in general counseling or an
16  IEP-related situation.  No, there is no data
17  mechanism to analyze time spent on specific
18  platforms.
19  BY MR. RICE:
20       Q.   You can set that aside.
21       Dr. Salmon, do you agree that
22  disability could cause a student to have
23  disciplinary issues?
24       MR. CUTLER:  Object to form.
25       A.   I do believe that behavior is a

Page 183

1  form of communication, and I recognize that
2  students have disabilities that are related
3  to behavioral manifestations.
4       So it certainly is possible
5  that a student's disability is creating them
6  to physically or internally express it
7  behaviorally.
8  BY MR. RICE:
9       Q.   Could a disability cause a
10  student to act out in class?
11       MR. CUTLER:  Object to form.
12       A.   So there certainly is strong
13  correlation based how that student's specific
14  disability manifests.  And so we have what we
15  call a manifestation determination.  So
16  that's a formal process that's led by a
17  school psychologist, and it reviews whatever
18  the behavior was, whatever the student's
19  disability is, and if there is a direct
20  connection between that behavior and that
21  student's disability.
22       So there is a good percentage
23  of time when there is a direct correlation
24  between that behavior and that disability.
25  So it could be acting out as an example of

Page 184

1  that behavior.
2  BY MR. RICE:
3       Q.   For -- in the manifestation
4  determinations, those apply when a student
5  has been suspended for a certain number of
6  days, correct?
7       A.   Correct.
8       Q.   How many is it?
9       A.   Ten.
10       Q.   And so if a student has a
11  disciplinary violation and faces a
12  consequence less than ten days of suspension,
13  the exceptional education department never
14  considers whether the incident was a
15  manifestation of their disability; is that
16  right?
17       A.   There is no formal process for
18  that.  There could always be a situation
19  where there's new behavior that a student is
20  exhibiting.  And so the case manager may call
21  a team meeting.  The IEP team may sit down
22  and say, hey, what's happening?  This is
23  something we haven't experienced before.  We
24  don't have anything that's in the IEP to
25  address this behavior.

Page 185

1       So they could say, oh, well,
2  then maybe there is another area of suspected
3  disability.  So this could trigger a referral
4  for a reevaluation of that student.  And so
5  then that would give more information about
6  if there's another disability that could be
7  the triggering behavior.
8       So that's something that could
9  happen sooner than, like, a ten-day
10  suspension for a student.
11       Q.   So it's possible that a
12  disability could contribute to a disciplinary
13  violation even if there was never ultimately
14  a manifestation determination?
15       MR. CUTLER:  Object to form,
16  that's vague, lacks foundation.
17       A.   Well, if there is the
18  behavior --
19       So administrators are able to
20  use the code of conduct, and provide
21  discipline based on that infraction.  And
22  like a student with a disability, the
23  protections don't kick in until they're ten
24  days of suspension.
25       So there could be a behavior

47 (Pages 182 - 185)

Page 186

1  and then a consequence for the behavior
2  without looking at the manifestation or the
3  origin of the disability, yes.
4  BY MR. RICE:
5      Q.    So it's possible the behavior
6  in that case could be a consequence of the
7  disability even though a manifestation
8  determination is never made?
9          MR. CUTLER:  Object to form,
10     asked and answered.
11         You can answer it again.
12     A.    Yes.  So if it's not to the
13  ten-day mark, there is no requirement that
14  it's investigated to see if it is a
15  manifestation.  So it is possible it could be
16  contributed to or a result of the disability
17  without that examination or that decision
18  being made.
19  BY MR. RICE:
20     Q.    And the information on
21  manifestation determination is tracked in
22  Synergy?
23     A.    That's correct.
24     Q.    Do you agree that disability
25  could cause a student to become physically

Page 187

1  aggressive?
2          MR. CUTLER:  Object to form.
3      A.    I do believe that some
4  students' disabilities do manifest with some
5  physical aggression.  That is kind of a part
6  of how that disability manifests for that
7  student.
8  BY MR. RICE:
9      Q.    Do you have any data on how
10  many disciplinary violations in total,
11  including less than ten-day suspensions, are
12  a manifestation for students of their
13  disabilities?
14     A.    I do not have that right away.
15  We do have access to have that information.
16  That is kept in Synergy.
17  BY MR. RICE:
18     Q.    How would that be categorized?
19     A.    Because anytime there's a
20  manifestation determination, there's the
21  result.  And so it's either, yes, it was or,
22  no, it wasn't.  And so we could take a look
23  at how many manifestations were held and then
24  how many were a result of the direct impact
25  of the disability or how many were not.

Page 188

1      Q.    So if there's -- if a student
2  is suspended for less than ten days.
3      A.    Mm-hmm.
4      Q.    Specifically if the
5  disciplinary consequence is less than a
6  ten-day suspension, TUSD doesn't track
7  whether that disciplinary violation could
8  have been a manifestation of their
9  disability?
10     A.    That's correct.
11     Q.    Is another outcome of
12  disciplinary violation an IEP team meeting?
13     A.    Yes, that is.
14     Q.    And that can be a -- the result
15  of a disciplinary violation in lieu of a
16  disciplinary consequence?
17     A.    Correct, it could be in lieu of
18  or sometimes it's in addition to.  For
19  example, if a student has a disciplinary
20  violation that is at the ten-day mark and
21  there was a manifestation, if it's a
22  manifestation, depending on the disciplinary
23  infraction, a student might have an interim
24  education placement.  So they could have a
25  placement at a temporary location where

Page 189

1  they're still getting their services.
2          And so, at that time, that
3  would still trigger an IEP meeting even
4  though it was a manifestation of the
5  disability.
6          Because at that IEP the team
7  would be talking about, like, what can we do
8  to prevent the behavior from happening the
9  next time?  Do we have adequate services?  Is
10  this the best placement?  Is there anything
11  else that we need to consider for the
12  student?
13         MR. RICE:  Let's mark as
14     Exhibit 12, tab 23.  And this will be
15     another spreadsheet.
16         (Whereupon, TUSD-Salmon-12,
17     Native spreadsheet, was marked for
18     identification.)
19  BY MR. RICE:
20     Q.    And Exhibit 12 is a document
21  produced by TUSD with the Bates 00365958.
22         And, Dr. Salmon, I'll represent
23  to you that this is a spreadsheet of
24  disciplinary violations from Synergy.
25     A.    Okay.

48 (Pages 186 - 189)

CONFIDENTIAL

1    Q.    And so in rows 15 to 22, for
2  instance, do you see that the action taken
3  was manifestation determination?
4    A.    Yes, I see that.
5    Q.    And is it your understanding
6  that that would be the category in Synergy if
7  a student incident of aggression was found to
8  be a manifestation of their disability?
9        MR. CUTLER:  Object to form.
10    A.    I understand that this would
11  mean a manifestation was -- determination was
12  made.  I'm not sure if it means that it was
13  or was not a manifestation, so there was that
14  process that took place with the team to
15  determine if it was a manifestation or not.
16  BY MR. RICE:
17    Q.    But that's how the conclusion
18  of manifestation determination would be
19  logged in to Synergy?
20        MR. CUTLER:  Object to form.
21    A.    It would be the process of the
22  manifestation.  I'm not sure if that logs the
23  conclusions of the manifestation.
24  BY MR. RICE:
25    Q.    Where would the conclusion be

1  logged?
2        MR. CUTLER:  Object to the
3    form.
4    A.    I am not sure.
5        So that information is usually
6  housed in student relations, and it's kept by
7  student relations.  I don't usually look at
8  that data at this global level.  Like, I look
9  at it individually by student.
10  BY MR. RICE:
11    Q.    So if we look at data for a
12  particular incident like this, like these in
13  rows 15 to 22, and it shows the action was
14  manifestation determination, will you
15  understand that to mean a manifestation
16  determination was held, but you don't know
17  the ultimate -- what the ultimate conclusion
18  was that it was a manifestation?
19    A.    Correct.
20    Q.    And if we go to rows 11 to 14
21  right above that.
22        Do you see there the action
23  taken was IEP team meeting?
24    A.    Correct.
25    Q.    So in this case, what that

1  would mean is that the IEP team chose to have
2  a meeting as a result of this disciplinary
3  incident; is that correct?
4    A.    That's correct.
5        MR. RICE:  You can take that
6    down, Mr. Lawlor.
7  BY MR. RICE:
8    Q.    So, Dr. Salmon, I want to talk
9  about the budget for the exceptional
10  education department.
11    A.    Okay.
12    Q.    Earlier you mentioned that your
13  responsibilities included managing your
14  department's budget, correct?
15    A.    Yes.
16    Q.    Are you aware of how positions
17  in your department are funded?
18    A.    Yes, I have similarity of how
19  they're funded.
20    Q.    What are the ways the positions
21  in your department are funded?
22        MR. CUTLER:  Object to form,
23    speculation.
24    A.    Are you referring to, like, the
25  funding streams, the sources?

1  BY MR. RICE:
2    Q.    Yes.  What are the founding
3  sources for the exceptional education
4  department?
5    A.    Okay.  So we have funding
6  sources through maintenance and operations.
7  Our general ed funding.  We have our IDA
8  grant.  We have some Medicaid funding.  And
9  then we have some impact aid that we fund our
10  summer school program.  The primary funding
11  sources I'm familiar with.
12    Q.    Are you familiar with the
13  unitary status plan?
14    A.    Yes.
15    Q.    And the unitary status plan is
16  the desegregation consent decree that TUSD
17  was subject to until recently, correct?
18    A.    Correct.
19    Q.    Does the exceptional education
20  department have a role with respect to the
21  unitary status plan?
22        MR. CUTLER:  Object to form.
23    A.    Well, collectively, as a
24  district, we support all students.  And so,
25  of course, if there are resources or supports

CONFIDENTIAL

Page 194

1 that are needed, we provide them.
2           As far as, like, directly being
3 under the unitary status plan, exceptional
4 education department exited that very early
5 before I became the director.  So we did not
6 have a direct role.  So we typically did not
7 get any funding from that funding stream.
8 BY MR. RICE:
9     Q.    So at one point, the
10 exceptional education department did have a
11 direct role under the unitary status plan?
12    A.    Correct.
13    Q.    And do you know when that was?
14    A.    I don't know exactly when it
15 was, but it would have been at least six
16 years ago.  More than six years ago.
17    Q.    Are you aware whether -- which
18 positions in the exceptional education
19 department were funded by the desegregation
20 plan six years ago?
21    A.    I do not have that information.
22 I didn't have access to the budget at that
23 time.
24    Q.    Do you know whether specific
25 positions were funded or whether the

Page 195

1 department generally received funding?
2           MR. CUTLER:  Object to form.
3     A.    I am unsure.  I don't really
4 know the answer to that.  I doubt that
5 specific positions were funded, because in
6 order for us to maintain them, we would have
7 had to come up with a different funding
8 stream for that, and I'm not aware if that
9 took place.
10 BY MR. RICE:
11    Q.    Are you familiar with ESSER
12 funding?
13    A.    Yes.
14    Q.    And that stands for Elementary
15 and Secondary School Emergency Relief, right?
16    A.    Correct.
17    Q.    And ESSER was funded from the
18 federal government relating to the COVID-19
19 pandemic, correct?
20    A.    Correct.
21    Q.    Did the exceptional education
22 department receive ESSER funding?
23    A.    Yes.
24    Q.    What positions or -- what did
25 the ESSER --

Page 196

1           What did the exceptional
2 education department receive ESSER funding
3 for?
4     A.    Yes.  And so we received ESSER
5 funding for some materials such as, like,
6 masks, gloves, hand sanitizer.  We also
7 purchased some desk dividers.  We provided
8 professional development.  We provided some
9 facility upgrades.
10          We had, like, some professional
11 learning centers.  Mary Meredith received,
12 like, some different tiling for the floors,
13 as well as some new student desks and
14 materials.
15          There were some bonuses or
16 stipends that were given for staff members
17 for retention purposes during that time.
18    Q.    Do you know what positions
19 ESSER funds were used for?
20    A.    I'm not aware of specific
21 positions outside of, like, stipend or
22 retention bonus.  Not like an FTE, fully
23 funding for just that position or that role.
24    Q.    Which positions received
25 bonuses or stipends?

Page 197

1     A.    So all of our employees who
2 returned and worked a full year received a
3 stipend, and we had a few years that we
4 received a stipend.  And so the amounts
5 changed.  And so it was weighted.  And so if
6 you were full-time, you got one amount, and
7 then part-time people got a reduced amount of
8 stipend for retention.
9     Q.    And that was when employees
10 returned to work after the COVID-19 pandemic?
11    A.    Correct.
12    Q.    And so I just want to make sure
13 I understand this.
14          So after they returned to work
15 in the COVID-19 pandemic, every employee in
16 the exceptional education department who
17 returned received some type of stipend from
18 ESSER funds?
19    A.    That's correct.
20    Q.    How much were the stipends?
21    A.    I don't recall exactly.  Like,
22 we had multiple years.  And so there was one
23 amount one year, and then it decreased the
24 second year, and I believe there was a third
25 year for a third stipend.  So it was a

50 (Pages 194 - 197)

CONFIDENTIAL

1  step-down amount.
2      Q.    Was it based on percentage of
3  the employee's salary or was it a fixed
4  amount?
5      A.    It was based on their full-time
6  equivalency.  So it was a set amount for all
7  full-time employees, and then for part-time
8  employees it was a set amount.
9          MR. RICE:  Let's mark as
10  Exhibit 13, tab 12.
11          (Whereupon, TUSD-Salmon-13,
12      E-mail(s), Subj: RE: ESSER III
13      Positions - 12.6.22.xlsx,
14      SM_TUSD_00441612-SM_TUSD_00441613, was
15      marked for identification.)
16  BY MR. RICE:
17      Q.    And Exhibit 13 is a document
18  produced by TUSD with the Bates 00441612.
19          Dr. Salmon, do you see this is
20  an e-mail from Jon Lansa to Ricardo
21  Hernandez?
22          MR. CUTLER:  Take your time and
23      review the document.  You don't need
24      to rush through.
25      A.    Okay.  Yes, I see it's an

1  e-mail from Jon Lansa -- from Jon Lansa to
2  Ricky Hernandez and Fina Johnson.
3  BY MR. RICE:
4      Q.    And Mr. Lansa is the director
5  of grant and federal programs, correct?
6      A.    Correct.
7      Q.    And Mr. Hernandez is the chief
8  financial officer?
9      A.    Correct.
10      Q.    And Mr. Lansa writes:  Attached
11  is an updated list of ESSER funded school
12  positions.
13          Correct?
14      A.    Correct.
15      Q.    And then you see there's an
16  attachment there listed that says:
17          ESSER III positions 2.14.23?
18      A.    Correct.
19          MR. RICE:  Let's mark as
20      Exhibit 14, tab 12A.
21          Mr. Lawlor, can bring up that
22      spreadsheet?
23          (Whereupon, TUSD-Salmon-14,
24      Native spreadsheet, was marked for
25      identification.)

1  BY MR. RICE:
2      Q.    And, Dr. Salmon, I'll represent
3  to you that this is the attachment to
4  Mr. Lansa's e-mail.
5      A.    Okay.
6      Q.    And then, if we go to rows 115
7  to 121.
8          Do you see that the list of
9  ESSER-funded positions here includes some
10  funding for exceptional education teaching
11  assistants at Maldonado Elementary School?
12          MR. CUTLER:  Object to form,
13      foundation.
14      A.    Okay.  So I see 115 to 121.  I
15  see Maldonado Elementary School, and I see
16  that these are some exceptional ed teacher
17  assistants.  It looks like three positions.
18  The three names are listed twice.
19  BY MR. RICE:
20      Q.    And if we go to row 4,481.
21          Do you see that ESSER-funded
22  positions were used to fund social workers
23  with a master's degree at Doolen Middle
24  School?
25          MR. CUTLER:  Object to form,

1      foundation.
2      A.    Okay.  4,481.  Yes, I see the
3  master level social worker at Doolen.
4  BY MR. RICE:
5      Q.    Do you know whether ESSER funds
6  were used to fund social worker positions at
7  other schools in TUSD?
8          MR. CUTLER:  Object to form,
9      asked and answered.
10      A.    Further down I see
11  Myers/Ganoung.  I see Teenage Pregnancy High
12  School.  I see -- Native American Student
13  Services.  That's a department.
14          Cholla High School, Oyama,
15  Robinson, Gale, and Henry.  These are social
16  worker positions that are ESSER funded.
17  BY MR. RICE:
18      Q.    And so that's a yes, then, it
19  was used for other social worker positions at
20  schools in TUSD?
21          MR. CUTLER:  Object to form and
22      foundation.
23      A.    And so these are social worker
24  positions in TUSD.  These, I do not believe,
25  are exceptional education social work

51 (Pages 198 - 201)

CONFIDENTIAL

Page 202

1  positions.
2          MR. RICE:  You can take that
3      down, Mr. Lawlor.
4          Let's mark as Exhibit 15,
5      tab 14.
6          (Whereupon, TUSD-Salmon-15,
7      Tuesday, March 4, 2025 Agenda for
8      Regular Board Meeting, was marked for
9      identification.)
10 BY MR. RICE:
11     Q.    And tab 14 is a TUSD governing
12 board agenda for the March 4, 2025, meeting.
13         MR. CUTLER:  Take your time and
14     review.
15         [Document review.]
16 BY MR. RICE:
17     Q.    And you can take your time, but
18 I'm going to ask you about agenda item 7.3.
19     A.    Okay.
20         MR. CUTLER:  Review as much as
21     you'd like.
22         [Document review.]
23     A.    Okay.  Ready.
24 BY MR. RICE:
25     Q.    And this is a meeting from

Page 203

1  March 4, 2025, so, about two months ago,
2  correct?
3      A.    Correct.
4      Q.    And do you recall presenting
5  agenda item 7.3 at this meeting?
6      A.    Yes, I do.
7      Q.    And there is an attachment to
8  this agenda item, correct?
9      A.    Correct.
10     Q.    And that's the presentation you
11 gave at this meeting, correct?
12     A.    Correct.
13         MR. RICE:  And let's mark as
14     Exhibit 16, tab 15.
15     A.    Okay.
16         (Whereupon, TUSD-Salmon-16,
17     3-4-2025 Exceptional Education Systems
18     and Structures, was marked for
19     identification.)
20 BY MR. RICE:
21     Q.    And Exhibit 16 is the
22 attachment to that agenda titled Exceptional
23 Education Systems and Structures.
24         And, Dr. Salmon, what was the
25 purpose of this presentation?

Page 204

1          MR. CUTLER:  Again, go ahead
2      and review.
3          [Document review.]
4      A.    Okay.
5  BY MR. RICE:
6      Q.    If you would, turn to the slide
7  that's labeled Eligible Services.  Slide 12.
8          And this slide lists the
9  services that are eligible for Medicaid
10 reimbursement, correct?
11         MR. CUTLER:  Object to form,
12     speculation.
13     A.    So this was developed by
14 Mr. Hernandez, and he did the sub-therapies
15 that are eligible for Medicaid reimbursement,
16 yes.
17 BY MR. RICE:
18     Q.    But as exceptional education
19 director, your understanding is that the
20 services listed on this slide are eligible
21 for Medicaid reimbursement?
22         MR. CUTLER:  Object to form.
23     A.    So, yes, this is a list of
24 services that are eligible for Medicaid
25 reimbursement.

Page 205

1  BY MR. RICE:
2      Q.    And one of the services listed
3  is behavioral mental health services,
4  counseling, psychology and assessments,
5  correct?
6      A.    Correct.
7      Q.    And then another service that
8  is listed is nursing services, medication
9  administration, chronic diseases management,
10 and health screening, correct?
11     A.    Correct.
12     Q.    And then if we go to the next
13 slide titled TUSD-Medicaid Financial
14 Overview.
15         Do you see that the first
16 bullet on this slide states that:  Between
17 fiscal year 2016 and 2024, TUSD collected a
18 total of 34.7 million in Medicaid
19 reimbursement, an average of 3.9 million per
20 year?
21     A.    Correct.
22     Q.    And then, do you see the bullet
23 at the bottom states:  The projected revenue
24 for fiscal year 2025 is expected to be
25 1.5 million?

52 (Pages 202 - 205)

CONFIDENTIAL

1     A.    Correct.
2     Q.    Do you know how much money TUSD
3  receives in IDEA grants?
4     A.    In the past, we've received
5  roughly 10 million.
6     Q.    On an annual basis?
7     A.    On an annual basis.
8           MR. RICE:  We can go off the
9  record.
10          THE VIDEOGRAPHER:  We are going
11  off the record.  The time is 12:19.
12          (Recess taken, 12:19 p.m. to
13  12:54 p.m. MST)
14          THE VIDEOGRAPHER:  We are going
15  back on the record.  The time is
16  12:54.
17  BY MR. RICE:
18     Q.    Welcome back, Dr. Salmon.
19     A.    Thank you.
20          MR. RICE:  Can we mark as
21  Exhibit 17, tab 10?
22          (Whereupon, TUSD-Salmon-17,
23  E-mail(s), Subj: Draft slides for
24  Budget meeting 1/19/23,
25  SM_TUSD_00514528, was marked for

1  identification.)
2  BY MR. RICE:
3     Q.    And Exhibit 17 is a document
4  produced with the Bates 00514528.
5          Dr. Salmon, do you see this is
6  an e-mail to you from Ms. Genoa Black?
7     A.    Yes.
8     Q.    And do you see she attaches a
9  PowerPoint in the e-mail she sends you?
10    A.    Yes.
11          MR. RICE:  Let's mark as
12  Exhibit 18, tab 10A.
13          (Whereupon, TUSD-Salmon-18,
14  Native spreadsheet, was marked for
15  identification.)
16  BY MR. RICE:
17    Q.    And Exhibit 18 is a document
18  produced with the Bates 00514529.
19          And, Dr. Salmon, this was the
20  document attached to Ms. Black's e-mail.
21    A.    Okay.
22    Q.    And do you see the second slide
23  here lists challenges associated with the
24  exceptional education department?
25    A.    Yes.

1     Q.    And the first challenge is:
2  Trend in increased number of autism diagnoses
3  and severity of diagnoses.
4           Correct?
5     A.    Correct.
6     Q.    And under that next bullet it
7  says:  Demand cannot be met.
8           Correct?
9     A.    Correct.
10    Q.    The second challenge is:
11  Medicaid reimbursements are reduced due to
12  staffing levels.
13          Correct?
14    A.    Correct.
15    Q.    And under that it says that
16  that results in reduced funding, correct?
17    A.    Correct.
18    Q.    The third challenge is:  Trend
19  in reduced number of enrollments in education
20  programs, smaller candidate pool.
21          Correct?
22    A.    Correct.
23    Q.    What does it mean that there's
24  a reduced number of enrollments in education
25  programs and a smaller candidate pool?

1     A.    That's referring to higher
2  education programs for students -- for
3  students who want to become exceptional
4  education teachers or who want to become
5  school psychologists or speech and language
6  pathologists, any of the related service
7  providers that support exceptional education
8  students.
9           There is a smaller number of
10  individuals who are enrolling into those
11  programs, so that's decreasing the number of
12  individuals who are qualified for those
13  roles.
14    Q.    And that makes it more
15  difficult for TUSD to find candidates for job
16  vacancies?
17    A.    Correct.
18    Q.    And the next bullet is:
19  Vacancies, teachers and teacher assistants,
20  correct?
21    A.    Correct.
22    Q.    And the bullets under there
23  list the sort implications or consequences of
24  those vacancies, right?
25    A.    Correct.

CONFIDENTIAL

Page 210

1    Q.    The first way is:  Decreased
2  capacity to provide services.  The second is:
3  Workload is increased for current staff.  The
4  third is:  Quality of services is decreased
5  due to large workload/burnout.  The fourth
6  is:  Leaves District vulnerable for
7  complaints and lawsuits.
8         Correct?
9    A.    Correct.
10    Q.    And this presentation is from
11  January 2023, correct?  You can look at
12  Exhibit 17 with the cover -- the date of the
13  cover e-mail, if that helps.
14    A.    Correct.  Yes.
15    Q.    Social media is not listed as a
16  challenge on this slide, correct?
17    A.    Correct.
18    Q.    And defendants' platforms are
19  not listed as a challenge on this slide,
20  correct?
21    A.    Correct.
22    Q.    Then the next slide lists
23  solutions to the challenges, correct?
24    A.    Correct.
25    Q.    One of the solutions is

Page 211

1  increase compensation for teachers and
2  teaching assistants?
3    A.    Correct.
4    Q.    Another one is increase
5  professional development opportunities?
6    A.    Correct.
7    Q.    Social media is not mentioned
8  on this slide either, correct?
9    A.    Correct.
10    Q.    And defendants' platforms are
11  not referenced on this slide, correct?
12    A.    Correct.
13    Q.    Let's go back to Exhibit 9,
14  which was the presentation titled Exceptional
15  Education Overview.
16         If we go to slide 7,
17  Exceptional Education Students in TUSD.
18         Does this slide list trends
19  with respect to exceptional education
20  students for the 2022-2023 school year?
21    A.    Yes, that's correct.
22    Q.    And so the first trend is:
23  Increase in enrollment by over 300 students.
24         Correct?
25    A.    Correct.

Page 212

1    Q.    So that means that you received
2  more students requiring students from the
3  exceptional education department, then,
4  correct?
5    A.    Correct.
6    Q.    The second is:  More instances
7  of trauma, DCS involvement, and group home
8  placements.
9         Correct?
10    A.    Correct.
11    Q.    So at this time, TUSD was
12  seeing more students reporting trauma,
13  correct?
14    A.    Correct.
15    Q.    And those students required
16  more assistance from TUSD?
17    A.    Correct.
18    Q.    And TUSD was also seeing more
19  students being placed in group homes, right?
20    A.    Correct.
21    Q.    What are group homes in this
22  context?
23    A.    Group homes are places where
24  there are staff who are supporting students.
25  And they're placed in group homes because

Page 213

1  there's something that's happening in their
2  home where either DCS is involved and is
3  revoking that privilege of a parent at the
4  time.
5         We also have group home
6  placements by the parent who's saying,
7  there's something going on with either my
8  child's behavior, health, that I'm unable to
9  address, or my well-being and health, and so
10  I'm not in the best condition to parent at
11  this time.
12    Q.    So an increase in group home
13  placements means that there are more students
14  who are facing situations where they were
15  unable to live with their original parents or
16  guardians?
17    A.    Correct.
18    Q.    The slide also lists increased
19  DCS involvement.
20         What does that mean?
21    A.    That's the Department of Child
22  Safety.  And so there's a Department of Child
23  Safety that gets involved if there is a
24  neglect or abuse claim during the time of
25  investigation of that claim or upon a finding

54 (Pages 210 - 213)

Page 214

1  of that claim, this organization is involved
2  with either the temporary placement family or
3  the family of origin.
4      Q.    And so at this time, what the
5  exceptional education department was seeing
6  was an increase in situations where the
7  Department of Child Safety had to get
8  involved?
9      A.    Correct.
10      Q.    The slide also lists:
11          Greater need for specialized
12  services.
13          Correct?
14      A.    Correct.
15      Q.    And does that refer to an
16  increased need for specialized services to
17  treat students with disabilities at TUSD?
18      A.    That's correct.
19      Q.    And so does that mean that
20  students, their disabilities were presenting
21  additional complexities that TUSD needed
22  resources to address?
23      A.    Correct.  So the students'
24  needs were exceeding our current resources or
25  our current school skill base or skill level

Page 215

1  of the providers that we originally had.
2      Q.    And decrease in private and
3  parochial proportionate share services.  What
4  does that mean?
5      A.    So private and parochial
6  proportionate share services has to do with
7  funding that public schools receive in order
8  to support students who have a disability and
9  they are attending a private school or a
10  parochial, like, a religious-based school.
11          And so those services are,
12  like, services from a special educator or
13  from a speech and language pathologist, like,
14  from a social worker, any of our exceptional
15  education staff members who would still
16  provide the support and services to those
17  additional students.
18      Q.    So if those are decreasing,
19  does that mean that TUSD exceptional
20  education department had to provide more of
21  those services itself?
22      A.    So there was a decrease in the
23  requests for those services for a while from
24  the schools during that particular year.
25          And so there is some funding

Page 216

1  that's allocated through a grant by the state
2  department.  And so at that time, we were not
3  having as many parents wanting our services.
4  Therefore, we had some funding that we were
5  not able to spend because it was earmarked
6  specifically for this population and those
7  services.
8      Q.    Social media is not listed as a
9  trend on this slide either, correct?
10      A.    Correct.
11      Q.    Let's go to slide 10, which is
12  listed as -- or titled Challenges.
13          And slide 10 appears to be a
14  different version of the -- what we looked at
15  earlier in Exhibit 18, correct?
16      A.    Correct.
17      Q.    And social media is not listed
18  as a challenge on this slide, correct?
19      A.    Correct.
20      Q.    Defendants' platforms are not
21  listed as a challenge on this slide, correct?
22      A.    Correct.
23      Q.    Slide 11 lists implications,
24  correct?
25      A.    Correct.

Page 217

1      Q.    And these are implications of
2  the challenges and trends you've discussed
3  earlier in the presentation, correct?
4      A.    Correct.
5      Q.    The first implication is tier
6  1, 2, and 3 support challenges.
7          What do you understand that to
8  mean?
9      A.    So that means the academic, the
10  attendance, or the behavior challenges that
11  students are exhibiting.  And so the
12  different tiers refer to the level of support
13  and resources that the students receive
14  access to.
15          So just seeing more challenges
16  with providing the services because more
17  students are qualifying in those areas for
18  having that level of need.
19      Q.    And the third implication there
20  is higher caseloads, correct?
21      A.    Correct.
22      Q.    And that's referring to
23  increasing caseloads in the exceptional
24  education department?
25      A.    Correct.

55 (Pages 214 - 217)

Page 218

1    Q.    And towards the bottom, you see
2 a reference to advocates and complaints,
3 correct?
4    A.    Correct.
5    Q.    What does that refer to?
6    A.    That refers to exceptional
7 education advocates.  So these are
8 individuals who typically either call on
9 behalf of or attend meetings with parents
10 about any kind of exceptional education need.
11        Sometimes advocates come to
12 meetings for IEPs, because they're asking for
13 additional resources or services.  Maybe
14 advocates are asking for more testing or
15 evaluations.
16        Complaints refers to complaints
17 that go to Arizona Department of Education,
18 or complaints could go to the Office of Civil
19 Rights.
20    Q.    And --
21    A.    Just informal complaints that
22 come to, like, the exceptional education
23 office, either to myself or an ombudsperson,
24 Monica Ayon, or they could go to, like, an
25 assistant director.  Sometimes they go to the

Page 219

1 superintendent's office.
2    Q.    Was TUSD seeing an increase in
3 these types of complaints at this time?
4    A.    Yes.
5    Q.    The slide also refers to less
6 Medicaid reimbursement, correct?
7    A.    Correct.
8    Q.    And does that mean at this
9 time, TUSD -- in 2023, TUSD was receiving
10 less reimbursement funding from Medicaid?
11    A.    Yes, TUSD was receiving less
12 reimbursement from Medicaid in 2023.
13    Q.    Let's go to the next slide
14 titled Exceptional Education Vacancies.
15        And, Dr. Salmon, does this
16 slide list vacancies in the exceptional
17 education department as of February 2023?
18    A.    That's correct.
19    Q.    And for these vacancies, that
20 means that TUSD has an open position for
21 which it's trying to hire candidates but
22 can't find an appropriate candidate or an
23 appropriate candidate hasn't agreed to take
24 the job, correct?
25    A.    Correct.

Page 220

1    Q.    So, at this time, there were
2 ten vacancies for psychologists, correct?
3    A.    Correct.
4    Q.    And there were four vacancies
5 for licensed clinical social workers, and
6 five vacancies for licensed master's of
7 social work, correct?
8    A.    Correct.
9    Q.    And there were four vacancies
10 for behavioral intervention specialists,
11 correct?
12    A.    Correct.
13    Q.    Have shortages of psychologists
14 and social workers been consistent during
15 your time at TUSD?
16    A.    Shortages in psychologists,
17 yes.  Shortages in social workers, no.  We've
18 been able to hire more social workers, so we
19 have less vacancies in that now.
20    Q.    And the shortage in
21 psychologists that you've seen consistently
22 during your time in TUSD, is that caused by
23 the national trends you were mentioning
24 earlier in your testimony?
25        MR. CUTLER:  Object to form.

Page 221

1    A.    Right.  So what we're seeing
2 with our psychologists is we have an aging
3 group of psychologists who are retiring and
4 no longer working, and then we have fewer
5 individuals who are coming into psychology.
6        What we also notice is that
7 there are fewer students at the university
8 level that stay in the Tucson area, even if
9 they go to University of Arizona.  Many of
10 them either go to Phoenix or outside of the
11 state to work as a psychologist.
12        So there is a difficulty with
13 that pipeline producing enough individuals
14 who can come to work as school psychologists.
15 BY MR. RICE:
16    Q.    And that pipeline problem makes
17 it more difficult for TUSD to hire
18 psychologists?
19    A.    Correct.
20    Q.    For social workers, was there a
21 trend of shortages previously?
22        MR. CUTLER:  Object to form.
23 It's vague.
24    A.    So for social workers, these
25 numbers that are reported here, the four

CONFIDENTIAL

Page 222

1  LCSWs and then the five LMSWs, that is a
2  number that was relatively consistent for '22
3  and '23.  Prior to that time, I don't really
4  have the data to support that number.
5          I do know, like, nine vacancies
6  at one time was certainly a higher number
7  than we had experienced since 2020.
8  BY MR. RICE:
9      Q.    I just want to make sure I
10 understand that.
11         There was a point in time after
12 2020 when TUSD did have nine vacancies?
13     A.    Correct.
14     Q.    And then prior to 2020, did
15 TUSD consistently, in your experience, see
16 vacancies in the position of social worker?
17     A.    No, not prior to the 2020.
18     Q.    Let's go back to Exhibit 16,
19 which is the presentation you gave two months
20 ago titled Exceptional Education Systems and
21 Structures.
22     A.    Okay.
23     Q.    And I want to focus on the
24 third slide titled Student and Staff Trends.
25     A.    Okay.

Page 223

1      Q.    The third slide titled Student
2  and Staff Trends.
3          Thank you.
4          Dr. Salmon, does this slide
5  show student and staff trends with respect to
6  the alternative -- excuse me.
7          Does this slide show student
8  and staff trends with respect to the
9  exceptional education department?
10     A.    Yes, that's correct.
11     Q.    And so the first trend is a
12 decline in overall enrollment.
13         Correct?
14     A.    Correct.
15     Q.    What does that refer to?
16     A.    That refers to overall
17 enrollment within TUSD, so the total
18 enrollment for the district.
19     Q.    So that means that the
20 percentage of exceptional education students
21 in the district is increasing, because the
22 overall gen ed population is decreasing,
23 correct?
24     A.    That is correct.
25     Q.    And one consequence of that

Page 224

1  decrease in overall enrollment in the
2  district is a decrease in funding, correct?
3      A.    Correct.
4      Q.    And the second trend is an
5  increase in school choice, correct?
6      A.    Correct.
7      Q.    And that refers -- or what does
8  that refer to?
9      A.    That refers to the universal
10 voucher system, so that students who
11 typically would go to public schools now have
12 funding to go to private schools.  It also
13 refers to additional private or charter
14 schools that have opened in Tucson in the
15 recent years.
16     Q.    And that also reduces the
17 funding available to TUSD, too, correct?
18     A.    Yes, that's correct.
19     Q.    And that's because the state
20 funding for those students goes to the
21 private schools as a voucher and it used to
22 go to TUSD, correct?
23     A.    Correct.
24     Q.    And then the third trend is a
25 decrease in early identification prior to

Page 225

1  preschool.
2          What does that refer to?
3      A.    So that refers to young
4  children who are under the age of 3 who have
5  some type of a disability.  In previous
6  years, those individual children would go to
7  a pediatrician or to, like, a hearing
8  specialist or a visual specialist or some
9  other kind of professional who would provide
10 an evaluation.
11         And so then they would
12 typically come to TUSD for some support in
13 services at that early age, like, around 2 we
14 have a program in Arizona that provides
15 services.  Once they are approaching their
16 third year of life, then they would
17 transition over to the school district.
18         It also refers to, like,
19 students who are already in preschool and
20 they're attending, and then the preschool
21 student -- teachers are noticing that
22 students are exhibiting some developmental
23 delays or some other concerns.  And so then
24 there is a referral for an evaluation or some
25 additional support for the preschool

57 (Pages 222 - 225)

CONFIDENTIAL

1  students.
2         So we were noticing that trend.
3  Because the later interventions start, the
4  more compounded the disability or the
5  concerns are once they do enter school.
6     Q.   So the delay in identification
7  requires TUSD to put more resources into the
8  early childhood identification of
9  disabilities?
10    A.   Correct.  It requires more
11 resources in the identification of, and also
12 the services of the students.
13    Q.   And then the fourth trend is
14 increase in refugee students with the various
15 educational needs.
16    A.   Correct.
17    Q.   And what does that refer to?
18    A.   That refers to an increase in
19 students from various countries coming into
20 TUSD boundaries.  And some of them may have
21 never had school or may have been out of
22 formalized school for a while.
23        Some of them may have some
24 language or communication differences.  Some
25 of them might have a primary language that is

1  not spoken readily that would need
2  translation or interpretation.  Sometimes
3  it's a language that's not a written
4  language.
5         And so those are some
6  challenges, as well as, like, some
7  developmental or physical disabilities.
8     Q.   And the next trend is fewer
9  educators, school psychologists, and related
10 service providers, correct?
11    A.   Correct.
12    Q.   And this relates to what we
13 were just discussing about the reduced
14 candidate pool available for certain
15 positions.
16    A.   Correct.
17    Q.   The next trend is increase in
18 alternative certified staff.
19        What does that refer to?
20    A.   So that refers to teachers, for
21 example.  Instead of going through, like, a
22 traditional teacher preparation degree
23 granting program, we have more individuals
24 who are going into teaching with an
25 alternative certification and pathway.

1         So they may have had a previous
2  career.  It just requires having a bachelor's
3  degree and enrolling in an exceptional
4  education program, a certification program,
5  and then starting to teach.
6         So we can have individuals who
7  are starting to teach while they're learning
8  to be an exceptional educator.  So that's one
9  of the trends that we're seeing in that area.
10        We are also seeing additional
11 pathways to, like, for example, become a
12 speech and language pathologist, where
13 individuals could be an SLP assistant first,
14 and then, as they're getting more on-the-job
15 training and support, then they can expand in
16 that role.
17    Q.   Social media is not listed as a
18 trend on the slide, correct?
19    A.   Correct.
20    Q.   And defendants' platforms are
21 not listed?
22    A.   Correct.
23    Q.   Let's mark as Exhibit 19,
24 tab 16.
25        (Whereupon, TUSD-Salmon-19,

1         Audio file, was marked for
2         identification.)
3  BY MR. RICE:
4     Q.   And this will be an audio
5  recording from the March 4, 2025 board
6  meeting.
7         While we're waiting for the
8  clip to play, Dr. Salmon, the last trend on
9  the slide is more diversity in student
10 academic, behavior, and medical needs,
11 correct?
12    A.   Correct.
13    Q.   What does that trend refer to?
14    A.   So that's just referring to the
15 variety of skill sets that students are
16 coming in with, whether it's reading,
17 writing, or math abilities.  It's also having
18 to do with, like, the self-regulation
19 abilities, just the social cues and social
20 regulation.
21        And then medical needs,
22 anything from a physical medical need to
23 asthma to diabetes to anxiety to depression.
24    Q.   And those are all different
25 needs that the exceptional education

CONFIDENTIAL

Page 230

1  department then needs to address for those
2  students, correct?
3          MR. CUTLER:  Objection, form.
4      A.   Correct.
5          MR. RICE:  Let's go ahead and
6  play Exhibit 19.
7          [Audio played.]
8  BY MR. RICE:
9      Q.   Dr. Salmon, was that you
10  speaking in that clip?
11     A.   Yes.
12     Q.   And that was you speaking to
13  the TUSD Board of Directors, correct?
14     A.   Correct.
15     Q.   And in that clip you mentioned
16  was the trend in the district's overall
17  enrollment, correct?
18     A.   Correct.
19     Q.   You also mentioned 1 in 3
20  students have been affected by trauma,
21  correct?
22     A.   Correct.
23     Q.   You mentioned the increase in
24  refugee students who come to TUSD, correct?
25     A.   Correct.

Page 231

1      Q.   And you said a number of those
2  students have academic or medical needs,
3  correct?
4      A.   Correct.
5      Q.   You didn't mention social media
6  as one of the trends facing the district,
7  correct?
8      A.   Correct.
9      Q.   And you didn't refer to
10  defendants' platforms as an issue facing the
11  district, correct?
12     A.   Correct.
13         MR. RICE:  Let's mark as
14  Exhibit 20, tab 26.
15         (Whereupon, TUSD-Salmon-20,
16  Tuesday, February 23, 2021 Agenda for
17  Special Board Meeting, was marked for
18  identification.)
19  BY MR. RICE:
20     Q.   And tab 26 is the agenda from
21  the February 23rd, 2021 TUSD governing board
22  meeting.
23         And, Dr. Salmon, I'm going to
24  specifically ask you about agenda item 9.3.
25     A.   Okay.

Page 232

1          MR. CUTLER:  Take your time.
2          [Document review.]
3      A.   Okay.
4  BY MR. RICE:
5      Q.   Dr. Salmon, you presented
6  agenda item 9.3 at the February 23rd, 2021
7  TUSD governing board meeting, correct?
8      A.   Yes.  I was a co-presenter.
9      Q.   And this agenda item concerned
10  the school resource officer program
11  recommendation committee, correct?
12     A.   Correct.
13     Q.   What was the purpose of that
14  committee?
15     A.   The purpose of that committee
16  was to review the effectiveness or usefulness
17  of school resource officers in the Tucson
18  Unified School District.
19     Q.   And why did the district choose
20  to review the school resource officer program
21  at this time in February of 2021?
22         MR. CUTLER:  Object to form.
23     A.   Prior to this presentation,
24  there were some questions or some concerns
25  about if school resource officers have a

Page 233

1  place in public schools.
2          And so there was a committee
3  that was reviewing feedback, as well as data
4  on the types of instances our school resource
5  officers were called in to address, and the
6  impact of them coming in to address those
7  instances.
8          And then just to give some
9  feedback or guidance to the governing board
10  based on those various data points.  And the
11  representation of the committee members about
12  if it seems to be a good thing, that we want
13  to continue pursuing a grant for funding and
14  that resource allocation or if it's something
15  that we would want to discontinue.
16  BY MR. RICE:
17     Q.   Who in the community expressed
18  concerns about school resource officers in
19  TUSD?
20         MR. CUTLER:  Object to form,
21  speculation.
22     A.   So at governing board meetings,
23  and then there was information that was sent
24  in e-mail or letter form.  So there were
25  members of the community.  There were some

CONFIDENTIAL

1  parents. There were some governing board
2  members who had questions or concerns.
3  BY MR. RICE:
4      Q.    What types of concerns were
5  there?
6          MR. CUTLER: Object to form.
7      A.    So some of the concerns that
8  were expressed was about, was this really
9  taking kind of a detention lens or a
10  correction officer lens into schools? And if
11  that was the case, then what could be the
12  potential negative impact on students?
13  BY MR. RICE:
14      Q.    And you were a member of the
15  committee that considered this recommendation
16  to the board?
17      A.    Correct.
18      Q.    And do you see there are
19  attachments to the governing board meeting,
20  correct?
21      A.    Correct.
22      Q.    When you reference potential
23  negative impact on students, does that
24  include the potential that there could be
25  negative impacts on their mental health?

1          MR. CUTLER: Object to form.
2      A.    So one of the negative impacts
3  that we were noticing is that the school
4  safety officer went into a classroom
5  situation or a campus situation and did not
6  have knowledge of a student having a
7  disability. Sometimes they may believe that
8  the student was being oppositional or maybe
9  the student just were not -- was not going to
10  conform, or maybe the student just wasn't
11  responding in an expected way.
12          Our school resource officers
13  are trained to extinguish the threat. And so
14  we went through some training and some more
15  information and guidance on how a student
16  with a disability might present differently
17  than a typical aged peer, to provide that
18  information, that level of support, and that
19  level of knowledge when intervening in those
20  areas to help the service become more
21  effective and have that kind of cultural lens
22  or that sensitivity to the actual students
23  who were being supported.
24  BY MR. RICE:
25      Q.    And if a school resource

1  officer didn't have the appropriate training,
2  could that negatively impact a student with a
3  disability?
4      A.    So we noticed that school
5  resource officers without the appropriate
6  training sometimes went into situations and
7  escalated the matter. And so we supported a
8  training protocol, as well as a trainer in
9  the school safety department that could help
10  provide the NCI, the nonviolent crisis
11  intervention training that I previously spoke
12  about.
13          And so that is something that
14  our school resource officers have, as well as
15  specific training on disabilities and how
16  those disabilities might present themselves
17  and how to intervene.
18      Q.    And --
19      A.    Yeah.
20          So we want to make sure that we
21  do provide that training, because without
22  that training and without that knowledge,
23  yes, the intervention could cause more harm
24  to the student.
25      Q.    And prior to February of 2021,

1  did the district provide that training?
2      A.    So there wasn't consistent
3  training prior to February of '21. There was
4  not organized consistent training. And so as
5  a result of this committee coming together,
6  that training was established and has been
7  provided since that date.
8          MR. RICE: Let's mark as
9  Exhibit 21, tab 27.
10          (Whereupon, TUSD-Salmon-21,
11  PowerPoint deck, School Resource
12  Officer (SRO) Program Committee
13  Recommendation, was marked for
14  identification.)
15  BY MR. RICE:
16      Q.    And this is one of the
17  attachments to the governing board
18  presentation we just looked at.
19          And, Dr. Salmon, this is the
20  presentation that you gave to the board?
21      A.    Okay.
22          [Document review.]
23      A.    Okay.
24  BY MR. RICE:
25      Q.    And the slide labeled Data

CONFIDENTIAL

1  Collection, this slide describes higher
2  committee survey students, parents, and staff
3  about the school resource officers, correct?
4      A.    Correct.
5      Q.    And the next slide titled
6  Findings describes the findings of your
7  committee, correct?
8      A.    Correct.
9      Q.    And one of those findings was:
10  Student, parent, and staff experiences and
11  perceptions about the SRO program at schools
12  vary widely.
13          For some, the presence of the
14  SRO officer on campus can be intimidating or
15  threatening, while for others it gives a
16  sense of safety.
17          Correct?
18      A.    Correct.
19      Q.    Let's mark as Exhibit 22,
20  tab 28.
21          (Whereupon, TUSD-Salmon-22,
22          School Resource Officer Student Survey
23          Results, was marked for
24          identification.)
25

1  BY MR. RICE:
2      Q.    And this is another one of the
3  attachments to the board agenda.
4          And, Dr. Salmon, this
5  Exhibit 22 summarizes the findings with
6  respect to the student survey.  Correct?
7      A.    Correct.
8      Q.    And you surveyed 2,448
9  students, correct?
10      A.    Correct.
11      Q.    And then in the bottom of the
12  second page, there are questions about
13  safety.
14          And do you see that in the
15  first question, there were students who
16  reported that they disagreed with the
17  statement:  Having an SRO in my school makes
18  me feel safe.
19          Correct?
20          MR. CUTLER:  Object to form,
21      foundation.
22      A.    And you just said disagree.
23  So, yes, I see that there are some students
24  who disagree with that statement.
25  BY MR. RICE:

1      Q.    And then there were also
2  students who agreed with the last statement,
3  that the presence of the SRO makes me feel
4  anxious, correct?
5          MR. CUTLER:  Object to form,
6      foundation.
7      A.    I agree with that statement,
8  yes.
9  BY MR. RICE:
10      Q.    Let's mark as Exhibit 23,
11  tab 29.
12          (Whereupon, TUSD-Salmon-23, Q1
13          Student's School in 2019-2020, was
14          marked for identification.)
15  BY MR. RICE:
16      Q.    And this is another attachment
17  to the board agenda item.
18      A.    Mm-hmm.
19      Q.    And, Dr. Salmon, this
20  summarizes the results of your survey of
21  parents, correct?
22      A.    Correct.
23      Q.    And according to slide 8, do
24  you see that at the top of this chart, around
25  14% of parents disagreed with the statement

1  that the presence of SROs contributes --
2  let's see.
3          14% of parents disagree with
4  the statement that SROs makes my child feel
5  safe, correct?
6          MR. CUTLER:  I'll object.
7          That's 13%.
8      A.    Okay.
9  BY MR. RICE:
10      Q.    Approximately 13% of parents
11  report they disagreed with that statement,
12  correct?
13      A.    Correct.
14      Q.    And approximately 15% of
15  parents agreed with the third statement, that
16  SROs makes my child feel anxious.  Correct?
17      A.    Correct.
18      Q.    And approximately between 13
19  and 14% of parents disagreed with the final
20  statement that SROs contribute to a safer
21  learning environment, correct?
22      A.    Correct.
23      Q.    You can set that aside.
24          Dr. Salmon, do you personally
25  use social media?

61 (Pages 238 - 241)

CONFIDENTIAL

Page 242

1    A.    Yes, I do.
2    Q.    Which platforms do you use?
3    A.    I use Facebook.  I use -- I
4  have an Instagram account.  I don't really
5  use it.
6    Q.    Any other platforms?
7    A.    YouTube.
8    Q.    Any other --
9          Oh, sorry.
10   A.    YouTube.  That's pretty much
11  it.
12   Q.    Do you use Snapchat?
13   A.    No.
14   Q.    What do you typically use
15  YouTube for?
16   A.    I typically use YouTube for,
17  like, some recipes or some craft ideas.  Some
18  projects.  I use it for some exercises.  I
19  use it for spiritual messages.  I use it for
20  meditations.  I use it for videos that I'm
21  going to use maybe in a presentation.
22          I also use it to record and
23  store videos of, like, some kind of
24  presentation or celebration for our staff,
25  and so then we post that onto our exceptional

Page 243

1  education website.
2    Q.    How often do you use YouTube?
3    A.    A few times a week.  Probably
4  three to four times a week.
5    Q.    Does the exceptional education
6  department use any other social media
7  platforms besides YouTube?
8    A.    No.
9    Q.    Do you have children?
10   A.    Yes.
11   Q.    How old are your children?
12   A.    I have one 7-year-old.
13   Q.    Does your 7-year-old have a
14  cell phone?
15   A.    No.
16   Q.    Does your 7-year-old use social
17  media?
18   A.    No.
19   Q.    Do they use YouTube?
20   A.    Not usually.  Like, if we were
21  doing a spiritual message or something
22  together.  Not independently.
23   Q.    Has your child ever used
24  YouTube for educational purposes or as part
25  of homework?

Page 244

1    A.    Yes, he has.  He's listened to
2  some bilingual stories.  He's listened to --
3  or watched some educational videos that were
4  science or social studies related.
5    Q.    Have you ever complained to
6  anyone at his school about the assignment of
7  YouTube videos for educational purposes?
8    A.    No.
9    Q.    Does your child watch anything
10  else on YouTube?
11         MR. CUTLER:  Object to form.
12   A.    Not typically.  He may have
13  watched a cartoon.
14  BY MR. RICE:
15   Q.    Have you ever asked any of the
16  defendants to modify any feature on their
17  platforms?
18         MR. CUTLER:  Object to form.
19   A.    No, I have not.
20         MR. RICE:  We can go off the
21  record.
22         THE VIDEOGRAPHER:  We are going
23  off the record.  The time is 1:37.
24         (Recess taken, 1:37 p.m. to
25  1:44 p.m. MST)

Page 245

1          THE VIDEOGRAPHER:  We are going
2  back on record.  The time is 1:44.
3          MR. RICE:  Dr. Salmon, thank
4  you so much for your time today.  I
5  have no further questions.
6          THE WITNESS:  Thank you.
7          MR. CUTLER:  No questions for
8  me.
9          THE VIDEOGRAPHER:  This
10  concludes today's deposition.  Total
11  time on the record for counsel for
12  Snap is 4 hours and 24 minutes.  Going
13  off the record at 4:24 -- I'm sorry,
14  at 1:44.
15         (Time noted: 1:45 p.m. MST)
16         --o0o--
17
18
19
20
21
22
23
24
25

62 (Pages 242 - 245)

CONFIDENTIAL

Page 246

1      C E R T I F I C A T E
2
3          I, DEBRA A. DIBBLE, RDR, CRR, CRC,
4  Notary Public, do hereby certify:
5          That SABRINA M. SALMON, PhD, the
6  witness whose deposition is hereinbefore set
7  forth, was duly sworn by me and that such
8  deposition is a true record of the testimony
9  given by such witness;
10         That pursuant to FRCP Rule 30,
11 signature of the witness was not requested by
12 the witness or other party before the
13 conclusion of the deposition;
14         I further certify that I am not
15 related to any of the parties to this action
16 by blood or marriage, and that I am in no
17 way interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have
19 _____ is 27th day of May,
20
21
22 _____
   Debra A. Dibble
23 Fellow of the Academy of Professional
   Reporters
24 Registered Diplomate Reporter
   Certified Realtime Reporter
25 Notary Public 11/17/2027

Page 247

1          I HEREBY CERTIFY that I have read
2  this transcript of my deposition, and that
3  this transcript accurately states the
4  testimony given by me, with the changes or
5  corrections, if any, as noted.
6
7
8
9
10         X _____
11             SABRINA M. SALMON, PhD
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 248

1  ERRATA SHEET FOR THE TRANSCRIPT OF:
2  CASE NAME:  In Re: Social Media
3  DEP DATE:  May 23, 2025
4  DEPONENT:  SABRINA M. SALMON, PhD
5  Pg. Ln.  Now Reads  Should Read    Reason
6  __ __ _____ _____ _____
7  __ __ _____ _____ _____
8  __ __ _____ _____ _____
9  __ __ _____ _____ _____
10 __ __ _____ _____ _____
11 __ __ _____ _____ _____
12 __ __ _____ _____ _____
13 __ __ _____ _____ _____
14 __ __ _____ _____ _____
15 __ __ _____ _____ _____
16 __ __ _____ _____ _____
17 __ __ _____ _____ _____
18 __ __ _____ _____ _____
19 __ __ _____ _____ _____
20 __ __ _____ _____ _____
21 __ __ _____ _____ _____
22 __ __ _____ _____ _____
23
24         X _____
25             SABRINA M. SALMON, PhD

877-370-3377    Golkow Technologies,    www.veritext.com
A Veritext Division