# Exhibit 46

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



|  | Yondr Quote |
|---|---|
| **Please remit check payment to: Focally, LLC d/b/a Yondr** | Amount due: **$16,850.00** |

1427 Valencia Street
San Francisco, CA 94110
United States

www.overyondr.com

## Bill To:

Tucson High Magnet School - 19/20 Program (1750)

shawna.rodriguez@tusd1.org

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Yondr Education Program<br>- full customer service (presentations, site visits)<br>- free accessories (unlocking bases, distribution totes)<br>- free replacement pouches | 1,750 | $9.00 | $15,750.00 |
| Unlocking Base<br>Includes 5 spares for main office. | 55 | $0.00 | $0.00 |
| Tote | 50 | $0.00 | $0.00 |
|  |  | Subtotal | $15,750.00 |
|  |  | Discount (0%) | $0.00 |
|  |  | Shipping | $1,100.00 |
|  |  | **Total** | **$16,850.00 USD** |

## Notes

Questions? Please email Andrew Byrd (andrew@overyondr.com).

Company Name: Focally, LLC

## Terms and Conditions

This Yondr Program is for the 19/20 school year.

Start Date: July 1, 2019
End Date: June 30, 2020

In June 2020, Tucson High Magnet School can renew, terminate or adjust the existing Program.

PLEASE NOTE: A 20/21 Program would come to

CONFIDENTIAL

SM_TUSD_00185588