# Exhibit 27

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | Shivanonda, Julie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=90CF153C57534016B164F837E82D7401-SHIVANONDA,] |
| **Sent:** | 4/11/2022 12:37:34 PM |
| **To:** | Lansa, Jon [Jon.Lansa@tusd1.org] |
| **CC:** | Huitt, Flori [Flori.Huitt@tusd1.org] |
| **Subject:** | RE: Funding for SEL priorities |

Thank you for the information! Hopefully we'll be able to access some more federal funding in the future 😊



*Julie Shivanonda, M. Ed*
Director | Social Emotional Learning and Development
Tucson Unified School District
1010 East 10th St . | Tucson, AZ 85719
P: (520) 225-6211   C: (520) 440-0722
Julie.shivanonda@tusd1.org
Pronouns: she/her/hers

---

**From:** Lansa, Jon <Jon.Lansa@tusd1.org>
**Sent:** Friday, April 8, 2022 10:32 AM
**To:** Shivanonda, Julie <Julie.Shivanonda@tusd1.org>
**Cc:** Huitt, Flori <Flori.Huitt@tusd1.org>
**Subject:** RE: Funding for SEL priorities

Julie, wrapping back around to this.

Those funding increases are in the proposed federal budgets for next year.  The federal timeline is different from ours, and it's usually a year behind when we see funding.  So hopefully for our FY24 planning in a year we are able to see increases in our Title grants.   But for this year, we actually had a decrease.

Jon Lansa
Senior Director
Grants & Federal Programs
Tucson Unified School District
520.225.6297

---

**From:** Shivanonda, Julie <Julie.Shivanonda@tusd1.org>
**Sent:** Thursday, March 17, 2022 11:06 AM
**To:** Lansa, Jon <Jon.Lansa@tusd1.org>
**Cc:** Huitt, Flori <Flori.Huitt@tusd1.org>
**Subject:** Funding for SEL priorities

Good morning!

I wanted to pass the below along and ask about any further information you might have. Do you know how districts are able to access the additional funding? I'm hoping we might be able to tap into this funding as we develop and implement our SEL practices across the district.

One proposal we are currently working on in our district is evaluating the counselor to student ratios. With the current model there are discrepancies across the district and are currently researching ways to address an over capacity situation. We are looking at modeling it after the school psychologist model, with providing compensation to school counselors who are over the 500-student threshold. The below funding could be a possible avenue for identifying funding for this proposal, that and/or would it be possible to tap into the ESSER funds allocated for Social Workers that have not been funded?

Thank you in advance for your consideration and support!



*Julie Shivanonda, M. Ed*
**Director | Social Emotional Learning and Development**
**Tucson Unified School District**
1010 East 10th St . | Tucson, AZ 85719
P: (520) 225-6211  C: (520) 440-0722
Julie.shivanonda@tusd1.org
Pronouns: she/her/hers

---

**From:** Counts, Beth <Bethanne.Counts@tusd1.org>
**Sent:** Wednesday, March 16, 2022 1:02 PM
**To:** Addis, Megan <Megan.Addis@tusd1.org>; Alm, Rachel <Rachel.Alm@tusd1.org>; Bednar, Ilsa <Ilsa.Bednar@tusd1.org>; Bonham, Lacey <Lacey.Bonham2@tusd1.org>; Brown, Todd <Todd.Brown@tusd1.org>; Campoy, Mayra <Mayra.Campoy@tusd1.org>; Carey, Jennifer <Jennifer.Carey@tusd1.org>; Coleman, Didi <Deirdre.Coleman@tusd1.org>; Coleman, Keisha <Keisha.Coleman@tusd1.org>; DePenna, Erica <Erica.DePenna@tusd1.org>; Edelman, Ilana <Ilana.Edelman2@tusd1.org>; Eman, Cindy <Cynthia.Eman@tusd1.org>; Encinas, Mayel <Mayel.Encinas@tusd1.org>; Esquivel, Vivian <Vivian.Esquivel@tusd1.org>; Garcia Gutierrez, Derian <Derian.GarciaGutierrez2@tusd1.org>; Ghusson, Emily <Emily.Ghusson@tusd1.org>; Gomez, Carlos <Carlos.Gomez@tusd1.org>; Gomez-Munoz, Bridgette <Bridgette.GomezMunoz@tusd1.org>; Hinrichsen, Alex <Alex.Hinrichsen@tusd1.org>; Hollis, Amyra <Amyra.Hollis@tusd1.org>; Huigens, Kristen <Kristen.Huigens@tusd1.org>; Hult, Ashley <Ashley.Hult@tusd1.org>; Kaufman, Maurice <Maurice.Kaufman@tusd1.org>; Kerr, Alexandra <Alexandra.Kerr@tusd1.org>; Marquez Granados, Lizette <Lizette.MarquezGranados@tusd1.org>; McGee, Julia <Julia.McGee@tusd1.org>; Milligan, Janet <Janet.Milligan@tusd1.org>; Minear, Savannah <Savannah.Minear@tusd1.org>; Miranda, Tabitha <Tabitha.Miranda@tusd1.org>; Moeykens, Michaela <Michaela.Moeykens@tusd1.org>; Morou, Latina <Latina.Morou@tusd1.org>; Mutz, Logan <Logan.Mutz@tusd1.org>; Oakley, Susan <Susan.Oakley@tusd1.org>; Pastorini-Bellows, Maria <Maria.PastoriniBellows@tusd1.org>; Russell, Lisa <Lisa.Russell@tusd1.org>; Scantlebury, Sawyer <Sawyer.Scantlebury@tusd1.org>; Snider Simon, Nastia <Stacey.SniderSimon@tusd1.org>; Swift, Annette <Annette.Swift@tusd1.org>; Tavares, Stephanie <Stephanie.Tavares@tusd1.org>; Walsh, Nicole <Nicole.Walsh@tusd1.org>; White, Christine <Christine.White@tusd1.org>; Bacal, Victoria <Victoria.Bacal@tusd1.org>; Bass, Emily <Emily.Bass@tusd1.org>; Boice, Megan <Megan.Boice@tusd1.org>; Buchanan, Wanda <Wanda.Buchanan@tusd1.org>; Chilgreen, Larry <Larry.Chilgreen@tusd1.org>; Conway, Ann <Ann.Conway@tusd1.org>; Crawford, Katelyn <Katelyn.Crawford@tusd1.org>; Donahue, Thomas <Thomas.Donahue@tusd1.org>; Echols, Tracey <Tracey.Echols@tusd1.org>; Elkins, Debbie <Debbie.Elkins@tusd1.org>; Ferguson, James <James.Ferguson@tusd1.org>; Flores, Marcos <Marcos.Flores@tusd1.org>; Freitag, Justin <Justin.Freitag@tusd1.org>; Frerking, Blake <Blake.Frerking@tusd1.org>; Green, Teresa <Teresa.Green@tusd1.org>; Hamilton, Sunday <April.Hamilton@tusd1.org>;

Hammer, Meghan <Meghan.Hammer@tusd1.org>; Hernandez, Marissa <Marissa.Hernandez@tusd1.org>; Ibarra, Renee <Renee.Ibarra@tusd1.org>; Kazen, Brenda <Brenda.Kazen@tusd1.org>; Kroh, Ana <Ana.Kroh@tusd1.org>; Lamadrid, Kimberly <Kimberly.Lamadrid@tusd1.org>; Luna, Miranda <Miranda.Luna@tusd1.org>; Mapp, Pati <Patricia.MoralesMapp@tusd1.org>; Mateos, Kristine <Kristine.Mateos@tusd1.org>; Montante, Crystal <Crystal.Montante@tusd1.org>; Morgan, Jill <Jill.Morgan@tusd1.org>; Mulvaney, Jean <Jean.Mulvaney@tusd1.org>; Owens, Marissa <Marissa.Owens@tusd1.org>; Perrini, Kirk <Lawrence.Perrini@tusd1.org>; Porter, Monicia <Monicia.Porter@tusd1.org>; Proctor, Jeffrey <Jeffrey.Proctor@tusd1.org>; Quintero, Doralee <Doralee.Quintero@tusd1.org>; Toro, Dr. Teresa <Teresa.Toro@tusd1.org>; Tsosie, Alexandra <Alexandra.Tsosie@tusd1.org>; Valdez, Ricardo <Ricardo.Valdez2@tusd1.org>; Valenzuela, Andrea <Andrea.Valenzuela@tusd1.org>; Villagio, Amy <Amy.Villagio2@tusd1.org>; Vinik, Zobella <Zobella.Vinik@tusd1.org>; Alday, Cece <Cecelia.Alday@tusd1.org>; Archuleta, Linda <Linda.Archuleta@tusd1.org>; Bopp, Rachel <Rachel.Bopp@tusd1.org>; Campbell, Alex <Alexis.Campbell@tusd1.org>; Carmody, Tara <Tara.Carmody@tusd1.org>; Curran, Justin <Justin.Curran@tusd1.org>; Griffith, Britney <Britney.Griffith@tusd1.org>; Grunloh, Deborah <Deborah.Grunloh@tusd1.org>; Hoy, Rebecca <Rebecca.Hoy@tusd1.org>; Janzen, Nicole <Nicole.Janzen@tusd1.org>; Logan, Sara <Sara.Logan@tusd1.org>; McDuffie, Emily <Emily.McDuffie@tusd1.org>; Meraz, Gabriela <Gabriela.Meraz2@tusd1.org>; Padia, Paul <Paul.Padia@tusd1.org>; Rodriguez-Loya, Kristina <Anna.RodriguezLoya@tusd1.org>; Sonido, Daniel <Daniel.Sonido@tusd1.org>; Walters, Rachael <Rachael.Walters@tusd1.org>; Barnabe, Noriko <Noriko.Barnabe@tusd1.org>; Barriga, Rene <Rene.Barriga@tusd1.org>; Bernhard, Claire <Claire.Bernhard@tusd1.org>; Corneveaux, Mary <Mary.Corneveaux@tusd1.org>; Davis, Brett <Brett.Davis@tusd1.org>; Dominguez, Cristina <Cristina.Dominguez@tusd1.org>; Franklin, Sherry <Sherry.Franklin@tusd1.org>; Gerhard, Trisha <Patricia.Gerhard@tusd1.org>; Haley, Tonya <Tonya.Haley@tusd1.org>; Kramer, Kelly <Kelly.Kramer@tusd1.org>; Kreger, Jessica <Jessica.Kreger2@tusd1.org>; Machado, Xiomara <Xiomara.MachadoMartir@tusd1.org>; McConaughy, Christa <Christa.McConaughy@tusd1.org>; Nguyen, Dai <Dai.Nguyen@tusd1.org>; Taferre, Sara <Sara.Taferre@tusd1.org>; Valerio, Deborah <Deborah.Valerio@tusd1.org>; VanHoesen, Jennifer <Jennifer.VanHoesen@tusd1.org>; Vasquez, Jennifer <Jennifer.Vasquez@tusd1.org>; Williams, Brianna <Brianna.Williams@tusd1.org>
**Cc:** Carrier, Rebecca <Rebecca.Carrier@tusd1.org>; Aguayo, Vanessa <Vanessa.Aguayo@tusd1.org>; Shivanonda, Julie <Julie.Shivanonda@tusd1.org>
**Subject:** ASCA Aspects: March 2022

---

**From:** American School Counselor Association <asca@schoolcounselor.org>
**Sent:** Tuesday, March 15, 2022 11:11 AM
**To:** Carrier, Rebecca <Rebecca.Carrier@tusd1.org>
**Subject:** ASCA Aspects: March 2022

View this email in your browser.

CONFIDENTIAL
SM_TUSD_00000521

Rebecca, thank you for being a valued ASCA member

**Quick Links**
ANNUAL CONFERENCE
ONLINE BOOKSTORE
JOIN ASCA
ASCA SCENE

# Government Spending Bill Supports Student Mental Health

Congress has passed a FY22 spending package with large investments for school-based mental health services. The FY22 federal omnibus appropriations legislation diverts a federal shutdown and funds the country for the remainder of the fiscal year. ASCA is pleased to see the Student Support and Academic Enrichment grant program (Title IV-A) funded at $1.28 billion, an increase of $60 million. Title IV-A grant provides funding to school districts to provide a safe and healthy school environment, provide a well-rounded education and innovations and technology in schools. Allowable uses include hiring school counselors and providing school counseling professional development among other uses.

Additionally, ASCA has worked closely with colleagues at the National Association of School Psychologists to successfully advocate for an increase of $90 million in two demonstration programs to address the need for more school-based mental health providers. The combined funding for the programs is now $111 million, housed within the School Safety National Activities program, to address shortages in school counseling, school psychology and school social work and hire more school-based mental health professionals. The funding will go toward continuation dollars for existing grant programs and a new grant competition cycle expected later this year. ASCA will notify members when the grant application becomes live.

Other funding levels of note are: $17.5 billion for Title I, $75 million for Full-Service Community Schools program and $30 million for School-Based Health Centers.

### Mark Your Calendar

- **ASCA Annual Conference, July 9-12,** Registration Now Open
- March 24, 3-4 p.m. EDT. ASCA Webinar: The Changing Landscape of College Admissions
- March 31, 1-2 p.m. EDT. ASCA Webinar: Support Transgender and Gender-Expansive Students
- April 6, 3:30-4:30 p.m. EDT. ASCA Webinar: Get Funding for Your School Counseling Program
- April 13, 1-2 p.m. EDT. Ethics and Best Practices in College Admission Counseling
- April 19, 1-2 p.m. EDT. Sponsored Webinar: No-Cost Resources to Support Student Wellness
- On-demand: Sponsored Webinar: Preventing Suicide in Your Schools

### Wanted: Conference Ambassadors

There's still time to **apply to be an ASCA Annual Conference ambassador** in Austin, Texas, in July. Each year, an outstanding group of school counselors and school counseling students help ensure an exceptional ASCA Annual Conference experience for attendees, while also getting an insider's view of the event. The ASCA Annual Conference Ambassador Program trains an enthusiastic group of volunteers to serve as room monitors, guides and helpers, bookstore attendants and much more. And, perhaps best of all, ASCA covers the cost of ambassadors' registration and hotel. Hurry: **You must apply** by Friday, March 18.

Are you a school counselor educator? Sign up to receive the monthly *ASCA Faculty Advisor* enewsletter **here**.

Free Virtual Leadership Opportunity for Teens with Hearing Loss. **Learn More**

**Share your comments about the ASCA Ethical Standards:** School counselors face ethical and legal challenges every day. From confidentiality issues to records maintenance, from duty of care to sexual harassment issues, a school counselor's legal and ethical questions can spring up from every corner. **Please share your comments** about the updated Ethical Standards for School Counselors by April 11.

**ASCA urges state legislators to halt discriminatory anti-LGBTQ+ legislation:** ASCA, along with 20 other national organizations devoted to attending to the medical, educational and developmental needs of children released an **open letter** calling on state legislatures around the country to halt the flood of discriminatory, anti-LGBTQ+ legislation being advanced. Additionally, ASCA is one of 42 organizations that signed on to a **letter** submitted by GLSEN to call for LGBTQ+ protections through mandatory U.S. Department of Education K-12 data collection to address discrimination in K-12 schools. ASCA offers a number of **resources and model policies** to support school counselors in their work with transgender students.

**New York school counseling leader named U.S. Department of Education Fellow:** Dr. Hennesey Lustica has been chosen as one of seven School Ambassador Fellows for the U.S. Department of Education. Lustica is clinical assistant professor at Medaille College in Rochester, as well as community schools mental health program director for the Sodus Central School District. As part of her fellowship, she will lead a capstone project to design and implement professional development for teachers and administrators on mental health, trauma, collaboration and relationship building at the graduate training level. The School Ambassador Fellowship program enables outstanding teachers, administrators and other school leaders, such as school counselors, psychologists and social workers, to bring their school and classroom expertise to the department and to expand their knowledge of the national dialogue about education.

**Include your school's voice in the High School and Beyond 2022 data set:** In the next few months, school district leadership and school principals will receive notification from the U.S. Department of Education and RTI International that they have been asked to participate in the 2022–2023 data collection. Schools and districts are urged to participate in this critical dataset that is used by education researchers to assess student outcomes. **Learn more here**.

**Take a minute to respond to these research queries:**

* Social Justice for All: A Phenomenological Study of School Counselor Social Justice Advocacy. Researcher Brianna Patterson, doctoral candidate, University of the Cumberlands
* School Counselors Addressing Student Mental Health During the COVID-19 Pandemic, After a Return to In-Person Instruction. Researcher Jacquelyn E. Schuster, doctoral candidate, Texas A&M, Corpus Christi
* The School Counseling Office Environment Evaluation: An Instrument Development Study. Researcher Joseph Anthony Elizondo, doctoral candidate, University of North Carolina at Charlotte

American School Counselor Association



CONFIDENTIAL

SM_TUSD_00000524

1101 King Street, Suite 310, Alexandria VA 22314

703-683-ASCA | www.schoolcounselor.org

Contact Us

Unsubscribe from ASCA emails

CONFIDENTIAL

SM_TUSD_00000525