# Exhibit 31

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (TUCSON) (SD MSJ NO. 2)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Declaration of Julie Shivanonda

1. My name is Julie Shivanonda and I make this declaration based on my personal knowledge.

2. I was the Director of Social Emotional Learning & Development at Tucson Unified School District ("TUSD") from September 2021 to July 2025 and, before that, worked within TUSD since 2012 with the exception of about fifteen months in 2020-2021. Before being the Director Social Emotional Learning & Development, I was also an MTSS facilitator and coordinator at TUSD.

3. As Director of Social Emotional Learning and Development, I oversaw the implementation and coordination of programs and support that promote students' mental health, emotional regulation, positive behavior, and overall well-being. A significant portion of my responsibilities included addressing the growing impact of social media use among students, such as managing school/classroom disruptions, developing interventions to address cyberbullying, and overseeing staff who provide mental health counseling and behavior support, and collaborating with site leaders to implement prevention and education initiatives targeting digital wellness.

4. If Defendants had provided adequate, evidence-informed warnings regarding the *potential risks* associated with their platforms — including information that excessive or maladaptive social media use has been linked in research to negative effects on some adolescents' mental health, emotional well-being, and academic functioning — I would have taken, in my various roles at TUSD, and I believe TUSD would have taken, immediate and specific steps to protect its students and the school community.

5. Such warnings would have alerted TUSD that problematic or compulsive patterns from the use of Defendants' deliberately addictive social media platforms can be associated with:

    a. Increased symptoms of anxiety, depression, and emotional distress;

    b. Lower self-esteem and body image concerns, particularly among adolescents;

    c. Sleep disruption and fatigue affecting attention and learning;

1

        d.      Classroom distraction and diminished engagement;

        e.      Peer conflict and online behavioral issues such as cyberbullying;

        f.      Exposure to age-inappropriate or misleading content;

        g.      Social comparison and contagion effects that may heighten risk-taking or distress; and

        h.      Strain on school resources due to these behavioral and emotional challenges.

6. Had such evidence-informed warnings been available, based on my experience I believe TUSD could and would have:

        a.      Developed parent, student, and staff education addressing healthy and balanced technology use;

        b.      Updated handbooks, digital citizenship curricula, and technology policies to reflect known risks and protective strategies;

        c.      Adapted counseling and wellness programs to monitor students exhibiting problematic use patterns;

        d.      Trained educators to identify early warning signs of social media overuse and distress; and,

        e.      Worked with our community partners to offer preventive and responsive interventions.

7. TUSD could and would have acted on warnings from Defendants that research had found significant associations between excessive or compulsive social media use and adverse mental, emotional, and academic outcomes in youth populations.

8. Such warnings would note that, while not every student may be affected, the risks were well-documented and warrant proactive school-based measures.

9. Had these warnings been communicated, TUSD would have implemented additional preventive programming and early intervention measures as described above.

10. In the absence of such warnings, TUSD has had to respond reactively — diverting staff, counseling, and administrative resources to address escalating problems associated with students' social media use, detracting from its core educational mission.

11. As a result, TUSD has experienced substantial institutional strain, including the diversion of personnel and financial resources away from instructional priorities toward managing the social, emotional, and behavioral consequences of problematic social media engagement.

12. School staff, including counselors, social workers, and teachers, now devote increasing portions of their time to addressing student behavioral and emotional support needs, including anxiety, depression, lack of engagement, isolation, body dysmorphia, among others, as well as classroom disruption, and parent concerns linked to social media.

13. These reactive demands have required TUSD to reprioritize budgets and staffing, expand wellness services, and adjust instructional supports to maintain a safe learning environment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2025.

*[signature]*