# Exhibit 223

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Reasons for Variability in Feeds


EXHIBIT #16 Birnbaum 8/15/25

## Unavoidable

1. Algorithms make imperfect predictions
2. Algorithms have computational limits
3. Algorithms are subject to the fundamental constraints of information retrieval
4. Algorithms can make different assessments than users
5. Algorithm is less accurate for new users

11. Multifeed?

## Intentional

6. Algorithm diversifies content sources
7. Algorithm diversifies content topics
8. Algorithm diversifies content types
9. Algorithm presents content of unknown or lesser-known relevance
   - "Trending" content
   - Smaller creator content
10. Algorithm uses "in-feed units" to promote different modalities of content