# Exhibit 554

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Mar 11, 2025, 1:32 PM    All Douyin users under 14 with real-name registration are in the youth mode

All Douyin users under 14 with real-name registration are in the youth mode
Douyin Sep 17, 2021, 10:40 PM

    To further strengthen the protection of youth, we announced, before Children's Day, that we will implement the most stringent youth protection measures in the history of the platform, i.e., all Douyin users under 14 with real-name registration will go directly into the youth mode and they cannot get out of it on their own.
    Recently, we have implemented this initiative, namely, all Douyin users under 14 with real-name registration are all in the youth mode, and all newly registered users in the future will also enter that mode directly.
    If you are a Douyin user under 14 with real-name registration, you will find that you are in youth mode when you open Douyin, in which you can only use it for 40 minutes a day and you cannot use it from 10 pm to 6 am the next day.





TikTok-Furlong

**72C**

4/12/2025 - MOP

https://mp.weixin.qq.com/s/zp43DhzwanDApoPCIgCvJQ    1/3

Mar 11, 2025, 1:32 PM                All Douyin users under 14 with real-name registration are in the youth mode

We have also prepared wonderful content for you in the youth mode, such as novel and interesting pop science knowledge experiments, exhibitions from museums and art galleries, beautiful scenery spots from all over the country, historical knowledge explanations, etc. It is our hope that these contents can inspire children's interest in a certain field, so that they can learn from and benefit from watching the videos.

At the same time, we are also constantly optimizing the functions in the youth mode. We have launched features such as the discovery channel, compilations, and subscriptions, which we hope will give our young friends a better user experience so that they will enjoy the Youth Mode.



For users under the age of 14 who do not yet have an account with real-name registration, we suggest that their parents help them complete their real-name registration to enter the youth mode or voluntarily activate the youth mode when a pop-up window appears.

Since 2018, Douyin has launched a myriad of measures to protect minors, including timed locking, youth mode, parent-child platforms, customer service hotline, parent manual, etc., and has continuously upgraded and optimized its products.

As the first platform in the short video industry to introduce stringent measures to protect young people, we are well aware that there is always room for improvement.

https://mp.weixin.qq.com/s/zp43DhzwanDApoPCIgCvJQ                                            2/3

Mar 11, 2025, 1:32 PM                All Douyin users under 14 with real-name registration are in the youth mode

Therefore, we have also launched the "DOU Come to Find Bugs" campaign. If you find loopholes in the entry process, cracking, etc., or have any issues with your product experience, we welcome you to drop your feedback and suggestions, for which we have prepared small gifts as a token of our appreciation.

- o    Event Time: September 18 - October 17
- o    Event Prizes: A book card worth 2,000 yuan, with no upper limit on the quantity
- o    The feedback channel: "Original Text Reading" questionnaire, or email feedback@douyin.com
- o    Event Rules: Submit a product vulnerability to be confirmed to be true; for similar issues, the first user who raises the issue will be the winner.

Yes, we have become stricter on its use among young people. At the same time, we will work even harder to provide high-quality content so that youth can acquire knowledge and see the world on Douyin.