**Exhibit 567**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



|  All | News | Products | Community | Safety | Company |

# Thanks a billion!

Share this post



TikTok-Furlong

**43**

4/11/2025 - MOP



At TikTok, our mission is to inspire creativity and bring joy. Today, we're celebrating that mission and our global TikTok community. More than 1 billion people around the world now come to TikTok every month to be entertained as they learn, laugh, or discover something new. We're honored to be a home for our immensely diverse community of families, small businesses, and creators who transform into our favorite stars.

TikTok has become a beloved part of life for people around the world because of the creativity and authenticity of our creators. Our global community is remarkable in its ability to reach millions of people, across generations. From music, food, beauty and fashion to art, causes, and everything in between, culture truly starts on TikTok.

Whether you're in Singapore, São Paolo, Stockholm, or Seattle, we celebrate YOU – the creators who inspire us, the artists who launch chart-breaking albums, the brands who help us discover and connect with products we love, the communities who lift us up, and all the people who keep us laughing and dancing.

3/5/25, 2:03 PM
Case 4:22-md-03047-YGR     Document 2379-17     Filed 11/07/25     Page 3 of 7
Thanks a billion | Newsroom | TikTok



| All | News | Products | Community | Safety | Company |
|---|---|---|---|---|---|



Watch now

@tiktok ✔

✨ 1 billion ✨ people on TikTok! Thank you to our global community 🎉

original sound - TikTok

Community     Sep 27, 2021



Watch now

All          News          Products          Community          Safety          Company

◄                                                                                      ►

## New Features Bring TikTok's Handheld Magic to Desktop

With over a billion people worldwide turning to TikTok for entertainment, discovery, and creative learning, we're always exploring new ways to meet the evolving needs o...

## #FilmTok celebrates a year of entertainment impact before the 97th Oscars®

Ahead of the 97th Oscars® hosted by Conan O'Brien (@teamcoco), TikTok's movie-loving community takes the opportunity to look back on the past year in cinema,...

 TikTok

1 billion — Newsroom | TikTok

▷ Watch now

All          News          Products          Community          Safety          Company

◂                                                                                         ▸

## TikTok & Tate McRae Launch Exclusive In-App Experience and Shoppable Global Livestream for So Close To What

Fans can watch Tate's album release event live on TikTok, buy exclusive merch, and unlock a themed profile frame—all within TikTok's latest in-app experience. TikTok is...

United States

Download now

QR CODE



▷ Watch now

All          News          Products          Community          Safety          Company

About TikTok

Newsroom

Contact

Careers

ByteDance

### Programs

TikTok for Good

TikTok for Developers

Effect House

Advertise on TikTok

TikTok Browse

TikTok Embeds

TikTok Rewards

Download TikTok

Scaled LIVE rewards

### Resources

Help Center

Safety Center

 TikTok

1 billion - Newsroom | TikTok

⊳Watch now

All          News          Products          Community          Safety          Company

Accessibility

**Legal**

Terms of Service

Privacy Policy

Intellectual Property Policy

TikTok Law Enforcement Guidelines

© 2025 TikTok