# Exhibit 569

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**TikTok-Wang**

**28**

5/21/25 - J. Dunn, RMR, CRR



https://newsroom.tiktok.com/en-us/1-billion-people-on-tiktok

7348697

Exhibit 28

This Powerpoint file is available on the 'My Veritext' Repository.