# Exhibit 623

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

This exhibit contains a power point which can be accessed with the below link and password:

Exhibit 036.pptx

Password: K0Ty2Go4z5tf

https://veritext.egnyte.com/dl/Wnwii0HjfV



TikTok-Furlong

36

4/11/2025 - MOP



https://www.tiktok.com/effect/Bold-Glamour-14519854



https://www.tiktok.com/discover/body-shrinking-filter



https://www.tiktok.com/effect/Teenage-Look-13556613