# Exhibit 669

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION PURSUANT TO FED. R. EVID. 901(a), 803(6), AND 1002** |

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 3.550)<br><br>**SOCIAL MEDIA CASES**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judicial Council Coordination Proceeding No. 5255<br><br>Judge: Carolyn B. Kuhl<br>Dept. 12 |

 Personal Injury and School District Plaintiffs and TikTok Ltd., TikTok LLC, TikTok Inc., ByteDance Ltd., and ByteDance Inc. ("TikTok Defendants") hereby Stipulate, with respect to the documents attached as Exhibit A and Exhibit B, as follows:

1. The TikTok Defendants do not object to the authenticity of the documents under Federal Rule of Evidence 901(a), notwithstanding that the individual custodians of such documents have not personally sponsored them through deposition testimony;

2. The TikTok Defendants do not object to the applicability of the business records exception to the hearsay rule under Federal Rule of Evidence 803(6);

3. The TikTok Defendants do not object to the admissibility of the documents under the best evidence rule, Federal Rule of Evidence 1002;

4. The TikTok Defendants reserve all other evidentiary objections they would have been entitled to make if the custodian had been deposed, including objections based on relevance, hearsay within hearsay, or other grounds;

5. The TikTok Defendants stipulate that the Account Deletion Screenshots in Exhibit B are an accurate depiction of the account deletion process prior to March 26, 2025; and,

6. The TikTok Defendants agree not to object to the use of these documents with expert witnesses or in opening or closing arguments at trial on the grounds that the document was not admitted through a fact witness, or that the custodian was not deposed or is not attending trial.

**IT IS SO STIPULATED by and between the Parties,**

**FOR THE TIKTOK DEFENDANTS:**

_____     Dated: August 27, 2025
Geoffrey M. Drake
King & Spalding LLP
Counsel for Defendants TikTok Ltd.,
TikTok LLC, TikTok Inc., ByteDance Ltd.,
and ByteDance Inc.

**FOR THE PI AND SD PLAINTIFFS:**

_/s/ Michael M. Weinkowitz_

_____
Michael M. Weinkowitz
MDL Plaintiff Leadership Committee
MDL Co-Chair of TikTok Discovery Team
Co-Chair of School District Committee

Dated: August 27, 2025

_/s/ Andre M. Mura_

_____
Andre M. Mura
MDL Plaintiff Leadership Committee
MDL Co-Chair of TikTok Discovery Committee

Dated: August 27, 2025

_/s/ Felicia Craick_

_____
Felicia Craick
MDL PSC Member
JCCP Chair of TikTok Discovery Committee

Dated: August 27, 2025

# Exhibit A

1. TIKTOK3047MDL-120-LARK-06109312
2. TIKTOK3047MDL-018-00373087
3. TIKTOK3047MDL-081-02889388
4. TIKTOK3047MDL-090-LARK-03389720
5. TIKTOK3047MDL-015-00331396
6. TIKTOK3047MDL-004-00217083
7. TIKTOK3047MDL-002-00077141
8. TIKTOK3047MDL-004-00142160
9. TIKTOK3047MDL-004-00141938
10. TIKTOK3047MDL-004-00141926
11. TIKTOK3047MDL-004-00142219
12. TIKTOK3047MDL-004-00141761
13. TIKTOK3047MDL-004-00141860
14. TIKTOK3047MDL-004-00141767
15. TIKTOK3047MDL-017-00361054
16. TIKTOK3047MDL-017-00361056
17. TIKTOK3047MDL-004-00141763
18. TIKTOK3047MDL-004-00141769
19. TIKTOK3047MDL-004-00141766
20. TIKTOK3047MDL-017-00361042
21. TIKTOK3047MDL-017-00361055
22. TIKTOK3047MDL-017-00361014
23. TIKTOK3047MDL-004-00141736
24. TIKTOK3047MDL-004-00141734
25. TIKTOK3047MDL-004-00141730
26. TIKTOK3047MDL-004-00141727
27. TIKTOK3047MDL-004-00141722
28. TIKTOK3047MDL-004-00141758
29. TIKTOK3047MDL-004-00141756
30. TIKTOK3047MDL-004-00141754
31. TIKTOK3047MDL-004-00141752
32. TIKTOK3047MDL-004-00141750
33. TIKTOK3047MDL-004-00141745
34. TIKTOK3047MDL-004-00141744
35. TIKTOK3047MDL-004-00141738
36. TIKTOK3047MDL-004-00142223
37. TIKTOK3047MDL-006-00326006
38. TIKTOK3047MDL-028-00829948
39. TIKTOK3047MDL-044-00846111
40. TIKTOK3047MDL-192-04799341
41. TIKTOK3047MDL-069-01200003
42. TIKTOK3047MDL-023-00680100

43. TIKTOK3047MDL-004-00141980
44. TIKTOK3047MDL-004-00142240
45. TIKTOK3047MDL-016-00354822
46. TIKTOK3047MDL-004-00141789
47. TIKTOK3047MDL-004-00141794
48. TIKTOK3047MDL-004-00141932
49. TIKTOK3047MDL-004-00142000
50. TIKTOK3047MDL-004-00141765

# Exhibit B



















