# Exhibit 694

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

This exhibit contains a power point which can be accessed with the below link and password:

Exhibit 028.pptx

Password: s37K6PE0CrhE

https://veritext.egnyte.com/dl/qeV1s7pOoa

