[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | Case No. 4:22-md-03047-YGR<br>MDL No. 3047 |
| This Document Relates to: | **TEMPORARY SEALING MOTION RE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ No. 3)** |
| *Charleston County School District v. Meta Platforms Inc., et al.* | |
| *Case No.: 4:23-cv-04659-YGR* | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), undersigned Plaintiff files this Temporary Sealing Motion regarding Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2373-1 | Plaintiff's Response in Opposition to Motion for Summary Judgment (Charleston) (SD MSJ No. 3) | Not redacted or sealed. |
| ECF No. 2373-2 | Declaration of Esther Berezofsky | Not redacted or sealed. |
| ECF No. 2373-3 | Ex. 1, Deposition of Anita W. Huggins (5/13/2025) | Not redacted or sealed. |
| ECF No. 2373-4 | Ex. 2, Affidavit of Lisa Allison | Not redacted or sealed. |
| ECF No. 2373-5 | Ex. 3, 30 (b)(6) Deposition of Daniel Prentice | Redacted – Temporarily filing under seal because document contains information the Plaintiff considers to be confidential |

| 1 | ECF No. 2373-6 | Ex. 4, Deposition of Sherry M. Eppelsheimer, Ed.D. | Not redacted or sealed. |
|---|---|---|---|
| 2 | ECF No. 2373-7 | Ex. 5, 30(b)(6) Deposition of Shavonna Coakley | Not redacted or sealed. |
| 3 | ECF No. 2373-8 | Ex. 6, Deposition of Lisa Katherine Allison (4/3/2025) | Not redacted or sealed. |
| 4 | ECF No. 2373-9 | Ex. 7, Deposition of Ellen Bevill Nitz | Not redacted or sealed. |
| 5 | ECF No. 2373-10 | Ex. 8, Deposition of Shavonna Coakley | Not redacted or sealed. |
| 6 | ECF No. 2373-11 | Ex. 9, 30(b)(6) Deposition of Kenneth Buckheister | Not redacted or sealed. |
| 7 | ECF No. 2373-12 | Ex. 10, MR_CCSD_573851 | Not redacted or sealed. |
| 8 | ECF No. 2373-13 | Ex. 11, Deposition of Lisa K. Allison (6/20/2025) | Not redacted or sealed. |
| 9 | ECF No. 2373-14 | Ex. 12, Daniel Prentice Affidavit | Not redacted or sealed. |
| 10 | ECF No. 2373-15 | Ex. 13, Expert Report of Jeffrey E. Meyers (5/19/2025) | Not redacted or sealed. |
| 11 | ECF No. 2373-16 | Ex. 14, Amended Expert Report of Dr. Sharon A. Hoover, PhD for Charleston County School District (6/20/2025) | Not redacted or sealed. |
| 12 | ECF No. 2373-17 | Ex. 15, Second Amended Report of Dr. Bryce Ward for Charleston County School District (9/2/2025) | Not redacted or sealed. |
| 13 | ECF No. 2373-18 | Ex. 16, Amended Expert Report of Douglas L. Leslie, Ph.D. for Charleston County School District (6/20/2025) | Not redacted or sealed. |
| 14 | ECF No. 2373-19 | Ex. 17, MR_CCSD_374377 | Not redacted or sealed. |
| 15 | ECF No. 2373-20 | Ex. 18, S.C. Act No. 273, Part 1B Sec 1.103 (partial) | Not redacted or sealed. |
| 16 | ECF No. 2373-21 | Ex. 19, EducationWeek article "Ex 19 - Most Students Now Face Cellphone Limits at School. What Happens Next" | Not redacted or sealed. |

**TEMPORARY SEALING MOTION RE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ NO. 3)**

| ECF No. 2373-22 | Ex. 20, 30(b)(6) Deposition of Anita W. Huggins | Not redacted or sealed. |
|---|---|---|
| ECF No. 2373-23 | Ex. 21, Deposition of Anita W. Huggins (5/19/2025) | Not redacted or sealed. |
| ECF No. 2373-24 | Ex. 22, Deposition of Lisa Katherine Allison (4/3/2025) | Redacted - Temporarily filing under seal because document contains information the Plaintiff considers to be confidential |
| ECF No. 2373-25 | Ex. 23, Anita Huggins Affidavit (11/7/2025) | Not redacted or sealed. |

Dated: November 7, 2025

Respectfully Submitted,

/s/ Previn Warren

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com
*Attorneys for Plaintiff, Co-Lead Counsel*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
*Co-Lead Counsel*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Co-chair School District Committee Plaintiffs' Steering Committee Leadership*

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Co-chair School District Committee Plaintiffs' Steering Committee Leadership*

**TEMPORARY SEALING MOTION RE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ NO. 3)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Defendants to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the U.S. that the foregoing is true and correct.

Executed on November 7, 2025.


/s/ Previn Warren
PREVIN WARREN

---

- 4 -

**TEMPORARY SEALING MOTION RE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ NO. 3)**