Esther Berezofsky, Esq.
**MOTLEY RICE LLC**
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002
(856) 382-4667
(856) 667-5133
Email: eberezofsky@motleyrice.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** | Case No. 4:22-md-03047-YGR<br>MDL No. 3047 |
| This Document Relates to:<br><br>*Charleston County School District v. Meta Platforms Inc., et al.*<br><br>*Case No.: 4:23-cv-04659-YGR* | **DECLARATION OF ESTHER BEREZOFSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ No. 3)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Esther Berezofsky, of full age and duly sworn according to law, declare:

I am an attorney-at-law admitted to the bars of the State of New Jersey and Commonwealth of Pennsylvania. I am also admitted to practice in the U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Western District of Michigan, the U.S. District Court for the Northern District of New York, the U.S. Court of Appeals for the 2nd and 3rd Circuits, and the United States Supreme Court. I am a member of the Motley Rice LLC law firm and represent plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would be able to testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Vol. I of the Deposition of Superintendent Anita W. Huggins taken on May 13, 2025.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Affidavit of Lisa Kathryn Allison dated May 15, 2025.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the 30(b)(6) Deposition of Daniel Prentice taken on May 2, 2025.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the Deposition of Associate Superintendent of High Schools, Sherry M. Eppelsheimer, Ed.D. taken on April 7, 2025.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the 30(b)(6) Deposition of Shavonna Coakley taken on April 1, 2025.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the 30(b)(6) Deposition of Lisa Katherine Allison taken on April 3, 2025.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of the Deposition of Ellen Bevill Nitz taken on April 4, 2025.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of the Deposition of Shavonna Coakley taken on April 1, 2025.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the 30(b)(6) Deposition of Executive Associate of Information Technology, Kenneth L. Buckheister taken on April 30, 2025.

10. Attached hereto as **Exhibit 10** is a true and correct copy of an email chain between Lacy Bryant – M.Ed., Thomas Nawrocki, RCDD/RTPM and Michelle Conner, Principal from March 1 to March 2, 2022 Bate stamped MR_CCSD_573851-857.

11. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of Vol. II of the Deposition of Lisa K. Allison taken on June 20, 2025.

12. Attached hereto as **Exhibit 12** is a true and correct copy of the Affidavit of Daniel Prentice dated May 14, 2025.

**DECLARATION OF ESTHER BEREZOFSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ NO. 3)**

13. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Report of Jeffrey E. Meyers dated May 19, 2025.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the Amended Expert Report of Dr. Sharon A. Hoover, Ph.D. dated June 20, 2025.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the Second Amended Expert Report of Dr. Bryce Ward dated September 2, 2025.

16. Attached hereto as **Exhibit 16** is a true and correct copy of the Amended Expert Report of Douglas L. Leslie, Ph.D. dated June 20, 2025.

17. Attached hereto as **Exhibit 17** is a true and correct copy of an email chain between Vanessa Denney, Shavonna Coakley, Anita Huggins, Jeffrey Borowy and Michael Reidenbach from November 21, 2023 Bate stamped MR_CCSD_374377-379.

18. Attached hereto as **Exhibit 18** are true and correct copies of the relevant and cited portions of S.C Act No. 273, Part IB, § 1.103.

19. Attached hereto as **Exhibit 19** is a true and correct copy of an article dated July 21, 2025 by Arianna Prothero & Lauraine Langreo from Education Week "Most Students Now Face Cellphone Limits at School. What Happens Next?", https://www.edweek.org/technology/most-students-now-face-cellphone-limits-at-school-what-happens-next/2025/07.

20. Attached hereto as **Exhibit 20** is a true and correct copy of the 30(b)(6) Deposition of Superintendent Anita w. Huggins taken on May 13, 2025.

21. Attached hereto as **Exhibit 21** is a true and correct copy of the transcript of Vol. II of the Deposition of Superintendent Anita W. Huggins taken on May 19, 2025.

22. Attached hereto as **Exhibit 22** is a true and correct copy of the transcript of Vol. I of the Deposition of Lisa Katherine Allison taken on April 3, 2025.

23. Attached hereto as **Exhibit 23** is a true and correct copy of the Affidavit of Anita Huggins dated November 7, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November 2025.

*/s/ Esther Berezofsky*
Esther Berezofsky

**DECLARATION OF ESTHER BEREZOFSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ NO. 3)**