*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> *Irvington Public Schools v. Meta Platforms Inc., et al.* <br><br> Case No. 4:23-cv-01467-YGR | MDL No. 304 <br><br> Case No. 4:22-md-03047-YGR (PHK) <br><br> **TEMPORARY SEALING MOTION REGARDING IRVINGTON PUBLIC SCHOOLS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SD MSJ No.4)** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs submit this Temporary Sealing Motion regarding Irvington Public Schools' Opposition to Defendants' Motion for Summary Judgment. (SD MSJ No. 4). The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion. .

| Docket No. | Document | Whether the document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2384-1 | Irvington Public Schools' Opposition to Defendants' Motions for Summary Judgment | Not redacted or sealed |
| ECF No. 2384-2 | Declaration of Michael A. Innes | Not redacted or sealed |
| ECF No. 2384-3 | Ex. 1, Plaintiff Irvington Public School's Supplemental Plaintiff Fact Sheet, certified May 31, 2024 | Not redacted or sealed |
| ECF No. 2384-4 | Ex. 2A, Transcript of 30(b)(1) Deposition of Dr. April Vauss, dated May 6, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-5 | Ex. 2B, Transcript of 30(b)(1) Deposition of Dr. April Vauss, dated May 9, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-6 | Ex. 3, Transcript of 30(b)(6) Deposition of Dr. April Vauss, dated May 16, 2025 | Not redacted or sealed |
| ECF No. 2384-7 | Ex. 4, Transcript of 30(b)(1) Deposition of Michael Bussacco, dated May 1, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-8 | Ex. 5, Transcript of 30(b)(1) Deposition of Dr. Kcyied Zahir, dated May 20, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-9 | Ex. 6, Transcript of 30(b)(1) Deposition of John Amberg, dated May 14, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-10 | Ex. 7, Transcript of 30(b)(1) Deposition of Darnel R. Mangan, dated May 21, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| | | |
|---|---|---|
| ECF No. 2384-11 | Ex. 8A, Transcript of 30(b)(6) Deposition of Dr. Shelley Pettiford, dated May 13, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-12 | Ex. 9, Transcript of 30(b)(1) Deposition of Dr. Shelley Pettiford, dated May 15, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-13 | Ex. 10, Affidavit of Sandra Lopez, served May 16, 2025 | Not redacted or sealed |
| ECF No. 2384-14 | Ex. 11, Declaration of Dr. April Vauss, submitted May 13, 2025 | Not redacted or sealed |
| ECF No. 2384-15 | Ex. 12, Amended Expert Report of Dr. Sharon Hoover, served June 20, 2025 | Not redacted or sealed |
| ECF No. 2384-16 | Ex. 13, Amended Rebuttal Report of Dr. Sharon Hoover, served August 7, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-17 | Ex. 15, Pew Research Center, Roughly a Quarter of Black and Hispanic Teens Report Using TikTok, YouTube Almost Constantly, (Dec. 12, 2024) | Not redacted or sealed |
| ECF No. 2384-18 | Ex. 17, Excerpt from spreadsheet, Bates No. TIKTOK3047MDL-297-04896790, served by Defendant TikTok as responsive to Plaintiff's Request for Production of Documents, Set A, Request No. 5 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-19 | Ex. 18, Excerpt from spreadsheet, Bates No. TIKTOK3047MDL-297-04896791, served by Defendant TikTok as responsive to Plaintiff's Request for Production of Documents, Set A, Request No. 5 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-20 | Ex. 19, Excerpt from spreadsheet titled A_C Priv - Request for Data for Bellwether School District RFP 5 (SMAC), Bates No. SNAP5288219, served by Defendant Snap as responsive to Plaintiff's Request for Production of Documents, Set A, Request No. 5 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| ECF No. 2384-21 | Ex. 22, New Jersey School Performance Report, Irvington Public School District, 2023-2024 | Not redacted or sealed |
|---|---|---|
| ECF No. 2384-22 | Ex. 26, Expert Report of Seth Noar, served May 16, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2384-23 | Ex. 27, New Jersey Department of Education 2020 New Jersey Student Learning Standards – Career Readiness, Life Literacies, and Key Skills Introduction (June 2020) | Not redacted or sealed |
| ECF No. 2384-24 | Ex. 28, Declaration of Dr. April Vauss, submitted November 3, 2025 | Not redacted or sealed |
| ECF No. 2384-25 | Ex. 29, Plaintiff's Third Amended Answers to Defendants' Interrogatories to Irvington Public Schools (Set 3), served May 14, 2025 | Not redacted or sealed |

Dated: November 7, 2025

**SEEGER WEISS, LLP**

*/s/ Jennifer Scullion*
Christopher Seeger
Jennifer Scullion
Carlos Rivera
Hillary Fidler
**SEEGER WEISS LLP**
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
JScullion@seegerweiss.com

/s/James E. Cecchi
James E. Cecchi
Michael A. Innes
David G. Gilfillan
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: 973.994.1700
JCecchi@carellabyrne.com

Zachary S. Bower

- 4 -

PLAINTIFFS' TEMPORARY SEALING MOTION

|   |   |
|---|---|
| 1 | **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** |
| 2 | 2222 Ponce De Leon Blvd. |
| 3 | Miami, Florida 33134 |
| 4 | *Co-Counsel for Irvington Public Schools* |

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19807
Telephone: 610-667-7706
myeates@ktmc.com

***Co-chairs School District Committee***
***Plaintiffs' Steering Committee Leadership***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on November 7, 2025, to Counsel for Defendants:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

mdl3047coleadfirms@listserv.motleyrice.com

pscservicemdl3047@motleyrice.com

　　　　　　　　　　　　　　　　　　*/s/ Jennifer Scullion*　　　　
　　　　　　　　　　　　　　　　　　Jennifer Scullion