**Exhibit 7**

# IRVINGTON PUBLIC SCHOOLS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (IRVINGTON) (SD MSJ NO.4)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-01467-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

```
                                          Page 1

 1        UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2

                   - - - - -
 3

 4    IN RE: SOCIAL MEDIA           CASE NO.

 5    ADOLESCENT ADDICTION/PERSONAL   4:22-md-03047-YGR

 6    INJURY PRODUCTS LIABILITY      MDL No. 3047

 7    LITIGATION

 8

 9    THIS DOCUMENT RELATES TO:

10     Irvington Public Schools

11            vs.

12    Meta Platforms Inc., et al.

13    Member Case No.: 4:23-cv-01467-YGR

14                 - - - - -

15            Wednesday, May 21, 2025

16       CONFIDENTIAL - ATTORNEYS' EYES ONLY

17            PURSUANT TO PROTECTIVE ORDER

18            Videotaped deposition of DARNEL R. MANGAN,

19    SR., held at Irvington High School, 1253 Clinton

20    Avenue, Irvington, New Jersey, commencing at 9:04

21    a.m. Eastern, on the above date, before Robin L.

22    Clark, Professional Reporter and Notary Public in

23    and for the State of New Jersey.

24

25
```

```
                                             Page 2
 1   APPEARANCES:
 2              SEEGER WEISS, LLP
                BY:  JENNIFER SCULLION, ESQ.
 3              CARLOS F. RIVERA, ESQ.
                55 Challenger Road, 6th Floor
 4              Ridgefield Park, New Jersey 07660
                973-639-9100
 5              jscullion@seegerweiss.com
                crivera@seegerweiss.com
 6                        For the Plaintiff and with the
                Witness
 7
 8              KIRKLAND & ELLIS LLP
                BY:  ANDREW KARP, ESQ.
 9              M. HOUSTON BROWN, ESQ.
                601 Lexington Avenue
10              New York, New York 10022
                212-341-7593
11              andrew.karp@kirkland.com
                houston.brown@kirkland.com
12                        For the Defendant, Snap,
                Inc.
13
14              SHOOK, HARDY & BACON, L.L.P.
                BY:  LAURIE HENRY, ESQ.
15              2555 Grand Boulevard
                Kansas City, Missouri 64108
16              816-474-6550
                lhenry@shb.com
17                        For the Defendants, Meta
                Platforms, Inc., f/k/a Facebook, Inc.;
18              Facebook Holdings, LLC;
                Facebook Operations, LLC; Facebook
19              Payments, Inc.; Facebook Technologies,
                LLC; Instagram, LLC; and Siculus, Inc.
20
21   ALSO PRESENT:
22              DANIEL ORTEGA, VIDEOGRAPHER
23              OLIVIA SATTAN, EXHIBIT TECH
24              EMMA DeGROFF
25
```

CONFIDENTIAL

```
                                              Page 3

 1   REMOTE APPEARANCES:
 2
              CARELLA, BYRNE, CECCHI, BRODY
 3            & AGNELLO, P.C.
              BY:  MICHAEL A. INNES, ESQ.
 4            ZACHARY BOWER, ESQ.
              DAVID G. GILFILLAN, ESQ.
 5            5 Becker Farm Road
              Roseland, New Jersey 07068
 6            973-994-1700
              minnes@carellabyrne.com
 7            zbower@carellabyrne.com
              dgilfillan@carellabyrne.com
 8                      For the Plaintiffs and the
              Witness
 9
10
              KING & SPALDING LLP
11            BY: ALESSANDRA M. GIVENS, ESQ.
              50 California Street, Suite 3300
12            San Francisco, California 94111
              415-318-1200
13            agivens@kslaw.com
                        For the Defendants,
14            TikTok, Ltd.; TikTok, LLC;
              TikTok, Inc.; ByteDance Ltd.; and
15            ByteDance Inc.
16
17            WILLIAMS & CONNOLLY, LLP
              BY:  LYDIA A. WEIANT, ESQ.
18            680 Maine Avenue SW
              Washington, D.C.  20024
19            202-434-5351
              lweiant@wc.com
20                      For the Defendants, Alphabet,
              Inc., Google, LLC, and YouTube, LLC
21
22            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
              BY:   DANIEL COBOURN, ESQ.
23            320 South Canal St.
              Chicago, Illinois 60606
24            312-407-0700
              daniel.cobourn@skadden.com
25                      For the Defendant, Snap, Inc.
```

CONFIDENTIAL

```
                                              Page  4

 1    REMOTE APPEARANCES, continued:

 2

              SHOOK, HARDY & BACON, L.L.P.
 3            BY:  KATELYN ROMEO, ESQ.
              Two Commerce Square
 4            2001 Market Street, Suite 3000
              Philadelphia, Pennsylvania 19103
 5            215-278-2555
              kromeo@shb.com
 6                     For the Defendants, Meta
              Platforms, Inc., f/k/a Facebook, Inc.;
 7            Facebook Holdings, LLC;
              Facebook Operations, LLC; Facebook
 8            Payments, Inc.; Facebook Technologies,
              LLC; Instagram, LLC; and Siculus, Inc.

 9
                       - - - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

Page 5

1                    I N D E X

2   WITNESS                                    PAGE

3   DARNEL R. MANGAN
       BY MR. KARP:                         8, 176

4      BY MS. SCULLION:                        155

5

6                  E X H I B I T S

7   NUMBER            DESCRIPTION            MARKED

8   Mangan

9   Exhibit 1         Curriculum Vitae            9

10  Exhibit 2         Irvington High School Cycle    26
                      1 ASP Review PowerPoint

11                    Bates BW__Irvington00507545

12  Exhibit 3         Irvington High School       42
                      2023-2024 School

13                    Performance Report

14  Exhibit 4         Annual School Planning      47
                      2023-2024 Bates

15                    BW__Irvington00334437 to
                      00334493

16

    Exhibit 5         Plaintiff's Fact Sheet -    85

17                    School Districts
                      (Supplemental)

18

    Exhibit 6         NJ.com News Article         89

19

    Exhibit 7         Email dated 9/11/23 Bates   104

20                    BW__Irvington00072950

21  Exhibit 8         Email dated 11/27/23 Bates  110
                      BW__Irvington00192406 to

22                    00192409

23

24

25

CONFIDENTIAL

Page 6

1         DEPOSITION SUPPORT INDEX

2

- - - - -

3

4  Direction to Witness Not to Answer

5  Page  Line

6  NONE

7  Request for Production of Documents

8  Page  Line

9  NONE

10  Question Marked

11  Page  Line

12  NONE

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 7

1           THE VIDEOGRAPHER:  We are now

2     on the record.  My name is Daniel

3     Ortega and I am the legal

4     videographer for Golkow Litigation

5     Services.

6           Today's date is May 21,

7     2025, and the time is 9:04 a.m.

8     This video deposition is being

9     held at 1253 Clinton Avenue,

10    Irvington, New Jersey, in the

11    matter of Social Media, CA MDL

12    3047, Irvington Public Schools

13    versus Meta Platforms, Inc., et

14    al.

15          The deponent today is Darnel

16    Mangan.  All counsel will be

17    noted on the stenographic record.

18    The court reporter today is Robin

19    Clark and will now swear in the

20    witness.

21              - - - - -

22          DARNEL R. MANGAN, SR.,

23    having been duly sworn, was

24    examined and testified as

25    follows:

CONFIDENTIAL

Page 8

```
 1                    - - - - -
 2   BY MR. KARP:
 3        Q.      Good morning, Mr. Mangan.
 4        A.      Good morning.
 5        Q.      My name is Andrew Karp.
 6   It's very nice to meet you.  I represent
 7   Snap in this lawsuit.  Can you please state
 8   your full name for the record?
 9        A.      Darnel Rashawn Mangan, Sr.
10        Q.      Is this your first time
11   being deposed?
12        A.      Yes.
13        Q.      You understand that you're
14   under oath today?
15        A.      Yes.
16        Q.      Is there any reason you
17   cannot provide truthful and accurate
18   testimony today?
19        A.      No.
20        Q.      If at any point you don't
21   understand one of the questions I've asked,
22   please let me know, and I'll do my best to
23   clarify.  Otherwise, I'll assume you
24   understand my question; is that fair?
25        A.      Yes.
```

CONFIDENTIAL

Page 9

1          Q.        Throughout today's
2    deposition, I may refer to Irvington Public
3    Schools as IPS.  If I use IPS, do you
4    understand that I mean Irvington Public
5    Schools?
6          A.        Yes.
7          Q.        I may also refer to
8    Irvington High School as IHS, do you
9    understand I'm referring to Irvington High
10   School when I use that acronym?
11         A.        Yes.
12         Q.        What is your home address?
13         A.        ██████████  ████████
     ██ ████████  █████████  ████  ████████  █████.
15         Q.        And what is your work
16   address?
17         A.        1253 Clinton Avenue,
18   Irvington, New Jersey 07111.
19         Q.        I'm handing you tab 23,
20   which we will mark as Exhibit 1.
21                   - - - - -
22                   (Curriculum Vitae marked
23              Mangan Exhibit 1 for
24              identification.)
25                   - - - - -

CONFIDENTIAL

Page 10

1   BY MR. KARP:

2          Q.      Mr. Mangan, do you recognize

3   this document?

4          A.      Yes.

5          Q.      What is this document?

6          A.      This is a copy of my résumé.

7          Q.      Did you put this together?

8          A.      Yes.

9          Q.      When did you prepare this?

10         A.      There has been many

11  additions, I can't really cite the

12  appropriate date of preparation.

13         Q.      When is the last time you

14  made an addition to this document?

15         A.      Maybe January sometime,

16  sometime this year.  I'm unaware of the

17  exact date.

18         Q.      You're currently the

19  principal of Irvington High School?

20         A.      Yes.

21         Q.      And you have been in that

22  role since June of 2023?

23         A.      Yes.

24         Q.      And that's when you joined

25  Irvington Public Schools?

CONFIDENTIAL

Page 11

1          A.        Yes.

2          Q.        Prior to that, you did not

3    work for the Irvington Public School

4    District?

5          A.        Yes, I did work for

6    Irvington Public Schools prior to that.

7          Q.        And when did you do that?

8          A.        I became an assistant

9    football coach I want to say in 2020.

10         Q.        And where were you coaching?

11         A.        Irvington High School.

12         Q.        And for how long were you

13   coaching for football at Irvington High

14   School?

15         A.        I coached football at

16   Irvington High School up until the 2023

17   season.

18         Q.        Other than coaching football

19   at Irvington High School, before 2023, did

20   you ever serve as an administrator at

21   Irvington Public Schools?

22         A.        No.

23         Q.        Did you serve as a teacher

24   at Irvington Public Schools before June of

25   2023?

CONFIDENTIAL

Page 12

1          A.        No.

2          Q.        Did you have any other

3   employment with Irvington Public Schools

4   prior to 2023?

5          A.        Yes.

6          Q.        Other than the coaching

7   position that we just discussed.

8          A.        No.

9          Q.        To your knowledge, is the

10  information contained in your résumé

11  correct and accurate?

12         A.        About 95 percent.

13         Q.        What is the 5 percent that

14  may not be accurate?

15         A.        My phone number changed

16  recently.

17         Q.        Are any aspects of your work

18  experience or education and certification

19  inaccurate?

20              MS. SCULLION:  Objection to

21          the form of the question.  You can

22          answer.

23              THE WITNESS:  The credentials

24          listed are accurate.

25

CONFIDENTIAL

Page 13

1   BY MR. KARP:

2           Q.        Okay.   Thank you.   You have

3   a bachelor's degree in history from Kean

4   University; is that correct?

5           A.        Yes.

6           Q.        The date for that -- excuse

7   me, strike that.

8                     And you received that degree

9   in 2007?

10          A.        Yes.

11          Q.        You also have your master's

12  in educational administration from Grand

13  Canyon University and you earned that

14  degree in 2022; is that right?

15          A.        Yes.

16          Q.        And you are currently

17  working on your doctorate; is that right?

18          A.        Yes.

19          Q.        And that's from Liberty

20  University in Lynchburg, Virginia, correct?

21          A.        Yes.

22          Q.        Do you have any education or

23  training in psychology?

24                    MS. SCULLION:  Objection to

25          the form of the question.  You can

CONFIDENTIAL

Page 14

```
 1              answer.
 2                      THE WITNESS:  I took some
 3              coursework.
 4  BY MR. KARP:
 5          Q.      And when did you do that?
 6          A.      During my college years.
 7          Q.      At Kean University?
 8          A.      Yes.
 9          Q.      So as part of your -- when
10  you were earning your bachelor's degree in
11  history, you took some coursework in
12  psychology?
13          A.      Yes, it was a general
14  requirement.
15                      THE VIDEOGRAPHER:  I'm sorry,
16              we're going to have to go off the
17              record.  Everything just turned
18              off.
19                      THE STENOGRAPHER:  Yeah.
20                      THE VIDEOGRAPHER:  The time
21              right now is 9:11 a.m.  We are off
22              the record.
23                      - - - - -
24      (A recess was taken at this time.)
25                      - - - - -
```

CONFIDENTIAL

Page 15

```
 1              THE VIDEOGRAPHER:  The time
 2         right now is 9:20 a.m.  We are back
 3         on the record.
 4  BY MR. KARP:
 5       Q.      Welcome back, Mr. Mangan.
 6  Just before the break, we were talking
 7  about some of your education and training,
 8  do you remember?
 9       A.      Yes.
10       Q.      You're not a medical doctor,
11  correct?
12       A.      No.
13       Q.      You're not a psychologist?
14       A.      No.
15       Q.      You're not a psychiatrist?
16       A.      No.
17       Q.      You're not a mental health
18  professional?
19       A.      No.
20       Q.      You do not have training to
21  diagnose students with medical illness; is
22  that right?
23       A.      That is correct.
24       Q.      You have never diagnosed an
25  individual with a particular mental
```

CONFIDENTIAL

Page 16

1    illness?

2          A.       No.

3          Q.       You have never diagnosed a

4    student with addiction; is that right?

5          A.       That is correct.

6          Q.       You have never diagnosed the

7    cause of an individual's mental illness; is

8    that right?

9          A.       Yes.

10          Q.       You do not have the training

11    to diagnose -- or strike that.

12                You do not have the training

13    to diagnose whether a student's mental

14    health issues were caused by social media

15    or something else; is that right?

16                MS. SCULLION:  Objection to

17          the form of the question.  You can

18          answer.

19                THE WITNESS:  No.

20    BY MR. KARP:

21          Q.       Are you the author of any

22    articles or studies relating to education?

23          A.       Published --

24                MS. SCULLION:  Objection to

25          the form -- I'm sorry, I apologize.

CONFIDENTIAL

Page 17

```
 1              Objection to the form of the
 2              question.  You can answer.
 3                   THE WITNESS:  Published or
 4              unpublished?
 5    BY MR. KARP:
 6         Q.        Both.
 7         A.        There's written works that
 8    is posted to the educational sites that is
 9    reviewed by my peers.
10         Q.        And what educational sites
11    are you referring to?
12         A.        Liberty University, Grand
13    Canyon University.
14         Q.        Places where you've gone to
15    school?
16         A.        Yes.
17         Q.        What do you mean by,
18    "written works"?
19         A.        Can you restate the original
20    question?
21         Q.        Sure.  I asked if you were
22    the author of any articles or studies
23    relating to education.
24         A.        In response to that
25    question, during my coursework, we needed
```

Page 18

1  to respond and complete research

2  surrounding education.

3          Q.        Did any of those written

4  works involve the potential impact of

5  social media on students?

6                    MS. SCULLION:  Objection to

7              the form of the question.  You can

8              answer.

9                    THE WITNESS:  Not that I

10             recall now.  The coursework history

11             is pretty extensive.

12  BY MR. KARP:

13         Q.        Did any of those, to the

14  best of your recollection, did any of those

15  written works relate to the potential

16  impact of technology on students?

17                   MS. SCULLION:  Objection to

18             the form of the question.  You

19             can -- unless I say otherwise, you

20             can answer the questions, if you

21             can.

22                   THE WITNESS:  Thank you.  Some

23             of the coursework involved

24             subtopics surrounding technology.

25

CONFIDENTIAL

Page 19

1   BY MR. KARP:

2          Q.      And is it your recollection

3   that some of the written works that would

4   be posted on the sites for Liberty

5   University and Grand Canyon University

6   involved the issue of the impact of

7   technology on students?

8                  MS. SCULLION:  Objection to

9          the form of the question.

10                 THE WITNESS:  Some of the

11         coursework had some subtopics that

12         surrounded technology.

13  BY MR. KARP:

14         Q.      And do you recall writing

15  about that subtopic?

16         A.      I can recall remembering the

17  technology question, but the response I

18  can't really recall as of yet.

19         Q.      Thank you.  Are you the

20  author of any articles or studies relating

21  to adolescent mental health or well-being?

22                 MS. SCULLION:  Objection to

23         the form of the question.

24                 THE WITNESS:  Adolescent

25         mental health, no, but adolescent

CONFIDENTIAL

Page 20

```
 1              responding to just the word,
 2              "adolescent," was a part of the
 3              coursework at those two
 4              institutions.
 5  BY MR. KARP:
 6         Q.       Can you tell me a little bit
 7  more about that?
 8                  MS. SCULLION:  Objection to
 9              the form of the question.
10                  THE WITNESS:  There were an
11              array of topics that surrounding
12              multiple levels of education from
13              pre-K through 8 through high school
14              which involved the adolescent age
15              group and the course history and
16              coursework surrounding adolescents,
17              I truly can't recall, but, yes,
18              there was some assignments
19              surrounding adolescents.
20  BY MR. KARP:
21         Q.       And when you say, "the
22  course history and coursework surrounding
23  adolescents," do you mean what adolescents
24  would be taught in the classroom?
25         A.       Can you restate the
```

CONFIDENTIAL

Page 21

1    question.

2            Q.       A minute ago, you referred

3    to, "course history and coursework

4    surrounding adolescents."  And my question

5    was if you were referring to the curriculum

6    or content of what would be taught to

7    students in the classroom?

8                    MS. SCULLION:  Objection to

9               the form of the question.

10                   THE WITNESS:  The coursework

11              is a brief recollection of every

12              assignment, but there is some

13              familiarity with adolescents in

14              different age groups.

15   BY MR. KARP:

16           Q.       Thank you.  Have you

17   conducted any research on adolescent mental

18   health or well-being?

19                   MS. SCULLION:  Objection to

20              the form of the question.

21                   THE WITNESS:  During the

22              coursework, yes, we had to review

23              many documents that may have

24              surrounded, but I can't pinpoint

25              the exact document.

CONFIDENTIAL

Page 22

1   BY MR. KARP:

2           Q.      What did that research

3   entail?

4           A.      Just an array of student

5   experiences, case studies, and responding

6   to peer discussions within the online

7   platform systems at both universities.

8           Q.      Did any of that research

9   involve social media?

10                  MS. SCULLION:  Objection to

11          the form of the question.

12                  THE WITNESS:  Not that I

13          recall, all responses, not that I

14          recall.

15  BY MR. KARP:

16          Q.      Are you the author of any

17  articles or studies relating to social

18  media specifically?

19                  MS. SCULLION:  Objection to

20          the form of the question.

21                  THE WITNESS:  Not that I

22          recall.

23  BY MR. KARP:

24          Q.      Have you conducted any

25  research on social media?

CONFIDENTIAL

Page 23

1            MS. SCULLION:  Objection to
2        the form of the question.  Vague.
3            THE WITNESS:  The form of
4        social media is a very broad topic,
5        but there may have been, again,
6        some responses in the discussion
7        board, because each student takes
8        their own course, but we had to
9        review many of the submissions, so
10       I don't recall all of my responses
11       during that coursework experience.
12   BY MR. KARP:
13       Q.      Sitting here today, you do
14   not recall specifically whether any of the
15   responses did involve social media, but
16   they could have; is that fair?
17       A.      Yes.
18       Q.      I just want to make sure I'm
19   understanding you correctly.  Thank you.
20               When did you first become
21   aware of this lawsuit?
22       A.      At some point during the
23   school year.
24       Q.      And you're referring to the
25   current school year, meaning the 2024-2025

CONFIDENTIAL

Page 24

1    school year?

2              A.       Yes.

3              Q.       Do you recall whether it was

4    2025?

5              A.       No, it was not 2025.

6              Q.       So it would have been the

7    fall or winter of 2024?

8              A.       The school year began in

9    July 1 of 2024, so anywhere between that

10   window of time.

11             Q.       Were you involved at all in

12   the decision to file this lawsuit?

13             A.       No.

14                   MS. SCULLION:  Objection to

15            the form of the question.

16                   THE WITNESS:  I apologize.

17                   MS. SCULLION:  No, no, I was a

18            little slow there.

19                   THE WITNESS:  No.

20   BY MR. KARP:

21             Q.       How did you first learn of

22   this lawsuit?

23                   MS. SCULLION:  So I'm just

24            going to caution the witness, to

25            the extent that you had any

CONFIDENTIAL

Page 25

```
 1              conversations or communications,
 2              written or oral, with any lawyers,
 3              you should not be disclosing that.
 4              If you are able to answer the
 5              question without disclosing any
 6              such communications, you can.
 7                   THE WITNESS:  I'm unable to
 8              answer the question.
 9    BY MR. KARP:
10         Q.      I'm handing you tab three.
11                   MS. SCULLION:  Emma, would you
12              mind -- Andrew, can we pause for a
13              minute, I want to make sure --
14                   MR. KARP:  Sure.  Can we go
15              off the record, please?
16                   THE VIDEOGRAPHER:  The time
17              right now is 9:31 p.m.  We are off
18              the record.
19                        - - - - -
20      (Discussion was held off the record.)
21                        - - - - -
22                   THE VIDEOGRAPHER:  The time
23              right now is 9:31 a.m.  We're back
24              on the record.
25
```

CONFIDENTIAL

Page 26

1    BY MR. KARP:

2         Q.      Mr. Mangan, I just handed

3    you tab three which we will mark as

4    Exhibit 2.  There is a cover sheet here

5    that says, "File Produced in Native

6    Format," that just means in the litigation

7    we got a copy of this in its original form

8    as a PowerPoint and that's what I printed

9    for you to review.

10                 Do you recognize this

11   document?

12        A.      Yes, the document looks

13   familiar.

14                     - - - - -

15                 (Irvington High School Cycle

16             1 ASP Review PowerPoint Bates

17             BW__Irvington00507545 marked

18             Mangan Exhibit 2 for

19             identification.)

20                     - - - - -

21   BY MR. KARP:

22        Q.      The cover page of this

23   document reads, "Irvington High School

24   Cycle 1 ASP Review."

25                 Do you see that?

CONFIDENTIAL

Page 27

1          A.        You're speaking of page
2    number two?
3          Q.        The cover page, yes.
4          A.        Yes.
5          Q.        ASP stands for annual school
6    planning; is that right?
7          A.        Annual school plan.
8          Q.        Annual school plan?
9          A.        Yes.
10          Q.        Did you create this
11    presentation?
12          A.        Parts of it, yes.
13          Q.        If we look at the next
14    slide, the presentation identifies the
15    Irvington High School ASP team.
16                    Do you see that?
17          A.        Yes.
18          Q.        And you are one of the
19    individuals identified here?
20          A.        That's me.
21          Q.        What does it mean to be part
22    of the Irvington High School ASP team?
23                    MS. SCULLION:  Objection to
24          the form of the question.
25                    THE WITNESS:  What does it

CONFIDENTIAL

Page 28

1              mean to be part of the annual

2              school plan team?

3    BY MR. KARP:

4         Q.       Yes.

5         A.       It means that you have an

6    opportunity to create a plan that will

7    benefit students during their journey

8    through high school support teachers,

9    community members, stakeholders, families,

10   as we partner in the journey of education.

11        Q.       So this is the team that

12   puts together the plan for the school for

13   the upcoming year?

14        A.       For the current year,

15   upcoming year, yes.

16        Q.       I apologize that the slides

17   do not all have page numbers, but if you

18   turn a few slides into the presentation,

19   there's a table called, "Student

20   Demographics IHS."

21        A.       Yes.

22        Q.       Is this one of the slides

23   that you put together?

24        A.       This is one of the slides

25   that a member of the team was responsible

CONFIDENTIAL

Page 29

1    for.

2         Q.        And this slide provides

3    information about the demographics of

4    Irvington High School?

5         A.        Yes, during the time period

6    of this production.

7         Q.        And this -- strike that.

8              Do you have an understanding

9    of when this annual school plan was

10   created?

11             MS. SCULLION:  Objection to

12        the form of the question.

13        Mischaracterizes the document.

14             MR. KARP:  You can answer.

15             THE WITNESS:  Yes.

16   BY MR. KARP:

17        Q.        Does this annual school plan

18   refer to the 2020 -- or correspond to the

19   2023-2024 school year?

20             MS. SCULLION:  Same

21        objections.

22             THE WITNESS:  Yes.

23   BY MR. KARP:

24        Q.        Looking again at the table

25   of student demographics, is it your

CONFIDENTIAL

Page 30

1    understanding that the data reflected in

2    this table is correct and accurate?

3              A.        Yes, during this period of

4    time.

5              Q.        For the 2023-2024 school

6    year?

7              A.        For the Cycle 1 period of

8    time.

9              Q.        And what is meant by Cycle

10   1?

11             A.        What is meant by Cycle 1 is

12   the school year is broken up into four

13   cycles.  This document represents the

14   period of time that occurred within Cycle

15   1.

16             Q.        And what months for, you

17   know, some of us who may not be as

18   familiar, what months does Cycle 1

19   correspond to?

20             A.        The months that Cycle 1

21   corresponds to are September through

22   November.

23             Q.        Thank you.

24             A.        The early part of November.

25             Q.        Let's turn the page to the

CONFIDENTIAL

Page 31

1   next slide.  This table is called,

2   "Vacancies Per Subject Area."

3             Do you see that?

4      A.     Yes.

5      Q.     Does this table reflect

6   information regarding teacher vacancies at

7   Irvington High School?

8      A.     Yes, during that time.

9      Q.     And thank you for clarifying

10  that and I'll just reask my question.

11           Does this table titled,

12  "Vacancies Per Subject Area," reflect

13  teacher vacancies at Irvington High School

14  for Cycle 1 of the 2023-2024 school year?

15     A.     Yes, this table reflects.

16     Q.     Let's look at an example

17  here.  For social studies, this table

18  indicates that there were seven vacancies.

19          Do you see that?

20     A.     Yes.

21     Q.     Does that -- what does that

22  mean?

23     A.     That means that some part

24  during the school year between September

25  and November, at one time or another, there

CONFIDENTIAL

Page 32

1    were seven vacancies within the social

2    studies department.

3           Q.      Meaning there were seven

4    unfilled or unoccupied teacher positions in

5    the social studies department?

6                  MS. SCULLION:  Objection to

7              the form of the question.

8              Mischaracterizes the testimony.

9                  THE WITNESS:  At that period

10             of time, there were potentially

11             seven unfilled vacancies with the

12             addition of new enrollment sections

13             due to the number of students that

14             we had at the time.

15   BY MR. KARP:

16          Q.      To the best of your

17   knowledge, is the information contained in

18   this table correct and accurate?

19          A.      Yes, during that period of

20   time from September to November.

21          Q.      Thank you.  Let's turn to

22   the next slide, which is "Vacancies Per

23   Student."

24                  Do you see that?

25          A.      Yes.

CONFIDENTIAL

Page 33

1          Q.        What information is
2     contained in this table?
3                    MS. SCULLION:  Objection to
4              the form of the question.
5                    THE WITNESS:  The amount of
6              vacancies each student may have had
7              during that period of time.
8     BY MR. KARP:
9          Q.        Let's look at another
10    example.  In the middle of the table or the
11    graph, there is a bar for two vacancy
12    courses.
13                   Do you see that?
14         A.        Yes.
15         Q.        And according to this slide,
16    there are 474 students who had two vacancy
17    courses during Cycle 1 of the 2023-2024
18    school year; is that right?
19         A.        Yes, during that time, they
20    may have had two.
21         Q.        What does it mean for a
22    student to have a vacancy course?
23                   MS. SCULLION:  Objection to
24              the form of the question.
25                   THE WITNESS:  What it means

CONFIDENTIAL

Page 34

```
 1            for a student to have a vacancy
 2            course is that there was not a
 3            certified teacher working in that
 4            content space.
 5   BY MR. KARP:
 6         Q.      So according to this chart,
 7   there were 233 students during Cycle 1 who
 8   had no vacancies, no teacher vacancies; is
 9   that right?
10            MS. SCULLION:  Objection to
11            the form of the question.
12            THE WITNESS:  No certified
13            teacher vacancies.  There were
14            teachers present in all of the
15            classes with highly qualified
16            certifications or substitute
17            certifications.
18   BY MR. KARP:
19         Q.      And just to clarify, I was
20   asking about the column all the way on the
21   left or the bar all the way on the left
22   where it says, "no vacancies," those
23   students had no teacher vacancies; is that
24   right?
25            MS. SCULLION:  Objection to
```

CONFIDENTIAL

Page 35

```
 1              the form of the question.
 2              Mischaracterizes the testimony and
 3              asked and answered.
 4                   THE WITNESS:  Those students
 5              had a highly qualified certified
 6              teacher.
 7    BY MR. KARP:
 8         Q.      Looking a little bit to the
 9    right, there were 155 students who have
10    four vacancy courses, correct, during Cycle
11    1?
12         A.      Yes.
13         Q.      What does Irvington High
14    School do in situations where they have
15    teacher vacancies?
16                   MS. SCULLION:  Objection to
17              the form of that question.  Broad.
18                   THE WITNESS:  We initiate an
19              opportunity to recruit new
20              teachers.  We offer students
21              qualified instruction through a
22              bevy of opportunities.
23    BY MR. KARP:
24         Q.      And how does Irvington High
25    School offer students a qualified -- excuse
```

CONFIDENTIAL

Page 36

1    me, strike that.

2                    How does Irvington High

3    School offer students qualified instruction

4    when there are teacher vacancies?

5                    MS. SCULLION:  Objection to

6               the form of the question.

7                    THE WITNESS:  At one

8               particular point, the content area

9               supervisor provided instructional

10              coursework and then during that

11              period of time in Cycle 1, we

12              transitioned to an online platform

13              called Imagine Learning with a

14              sub-platform called Ingenuity.

15   BY MR. KARP:

16        Q.      Would the content area

17   supervisor that you just mentioned be the

18   department head?

19        A.      Yes.

20        Q.      So for Cycle 1 of the

21   2023-2024 school year, Irvington High

22   School started using Imagine Learning and

23   Ingenuity to provide instruction when there

24   were teacher vacancies?

25                    MS. SCULLION:  Objection to

CONFIDENTIAL

Page 37

1                the form of the question and

2                mischaracterizes the testimony.

3                         THE WITNESS:  Yes.

4        BY MR. KARP:

5              Q.        Does Irvington High School

6        continue to use those virtual learning

7        platforms today?

8              A.        Currently today, we utilize

9        the Imagine Learning platform.

10             Q.        Do students access -- or

11       strike that.

12                       When a student is -- or

13       strike that too.

14                       To access the Imagine

15       Learning and Ingenuity platforms, do

16       Irvington High School students use their

17       Chromebooks?

18             A.        Yes.

19             Q.        You can put this document to

20       the side.

21                       Mr. Mangan, do teacher

22       vacancies put a strain on Irvington High

23       School?

24                       MS. SCULLION:  Objection to

25                the form of the question.

CONFIDENTIAL

Page 38

1                    THE WITNESS:  In some
2            capacities, yes.
3    BY MR. KARP:
4            Q.      In what way?
5            A.      It puts a strain on the
6    student experience.
7            Q.      In what ways does -- do
8    teacher vacancies put a strain on the
9    student experience?
10           A.      The need to interact with
11   live instructors that are certified within
12   their content area would put a strain on a
13   particular student or two.
14           Q.      And would that have a
15   negative impact on academic performance?
16                   MS. SCULLION:  Objection to
17           the form of the question.
18                   THE WITNESS:  Not in most
19           cases.
20   BY MR. KARP:
21           Q.      In some cases?
22                   MS. SCULLION:  Same
23           question -- same objection, sorry.
24                   THE WITNESS:  In some cases.
25

CONFIDENTIAL

Page 39

1  BY MR. KARP:

2          Q.      Do teacher vacancies require

3  Irvington High School to pull in other

4  staff members to supervise classrooms

5  during the day?

6                  MS. SCULLION:  Objection to

7              the form of the question.

8                  THE WITNESS:  Supervise in

9              what capacity?

10  BY MR. KARP:

11          Q.      To the extent that Irvington

12  High School wants a staff member present in

13  the classroom during the school day while

14  there are students present, are other staff

15  members who are not teachers asked to come

16  into these classrooms and supervise or

17  oversee the class while they're doing their

18  virtual learning assignments?

19                  MS. SCULLION:  Objection to

20              the form of the question.

21                  THE WITNESS:  Substitute

22              teachers staff the classrooms.

23              Other noninstructional staff

24              members are not required or asked

25              to supervise those students in any

Page 40

1          capacity or any structure.
2    BY MR. KARP:
3          Q.       Do teacher vacancies at
4    Irvington High School have an impact on how
5    other non-teacher staff members at
6    Irvington High School spend their time?
7                   MS. SCULLION:  Objection to
8              the form of the question,
9              overbroad, vague.
10                  THE WITNESS:  A very vague
11             question.
12   BY MR. KARP:
13         Q.       I will ask it again in a
14   slightly different way.  Do other staff
15   members at Irvington High School -- or
16   strike that.
17                  Are other staff members at
18   Irvington High School asked to step in to
19   fill the gap of these teacher vacancies?
20                  MS. SCULLION:  Objection to
21             the form of the question.
22                  THE WITNESS:  There are many
23             capacities at the high school, but
24             none are asked to step to the
25             capacity of a live teacher when

CONFIDENTIAL

Page 41

1              there's a substitute teacher
2              present.
3    BY MR. KARP:
4         Q.        Have teacher vacancies led
5    some staff members, for example, a guidance
6    counselor or an HSSC, to be pulled into
7    administrative duties that would otherwise
8    be handled by a teacher?
9                   MS. SCULLION:  Objection to
10             the form of the question.
11                  THE WITNESS:  No, again, you
12             utilize the word, "administrative
13             duties," those duties are
14             particularly for administrators.
15             School counselors and HSSCs rotate
16             into the classes as a form of their
17             responsibilities to check in with
18             students, not to deliver
19             instruction.
20   BY MR. KARP:
21        Q.        And that's not related to
22   the teacher vacancies?
23                  MS. SCULLION:  Objection to
24             the form of the question.
25                  THE WITNESS:  No.

CONFIDENTIAL

Page 42

1  BY MR. KARP:

2        Q.      I'm handing you tab six,

3  which we'll mark as Exhibit 3.

4        A.      This font is small.

5        Q.      I apologize -- I apologize

6  for the small font.  It should be enlarged

7  on your screen to the extent that I'm

8  referring to different sections of the

9  document.

10              MS. SCULLION:  And you're

11          welcome to use either.

12              THE WITNESS:  Okay.

13              MS. SCULLION:  Could we

14          enlarge the document?

15              THE EXHIBIT TECH:  Yes, just

16          what part?

17              MR. KARP:  The top of the

18          document.  Thanks, Olivia.

19              Mr. Mangan, do you recognize

20          this document?

21              THE WITNESS:  This document

22          looks familiar.

23              - - - - -

24              (Irvington High School

25          2023-2024 School Performance

CONFIDENTIAL

Page 43

1              Report marked Mangan Exhibit 3

2              for identification.)

3                   - - - - -

4    BY MR. KARP:

5         Q.      Is this a School Performance

6    Report for Irvington High School for the

7    2023-2024 school year?

8         A.      It appears to state

9    performance report on the document, yes.

10        Q.      And these School Performance

11   Reports are issued by the New Jersey

12   Department of Education, correct?

13        A.      Yes.

14        Q.      This is publicly available

15   information?

16        A.      To the best of my knowledge,

17   yes.

18        Q.      In your role as principal of

19   Irvington High School, do you review School

20   Performance Reports that are put out by the

21   New Jersey Department of Education?

22              MS. SCULLION:  Objection to

23         the form of the question.

24              THE WITNESS:  Yes, I review

25              Irvington High School's performance

CONFIDENTIAL

Page 44

1              reports.

2    BY MR. KARP:

3              Q.        Let's look at the section

4    called, "School Highlights Reported by the

5    District."   This is on the first page.

6                        Do you see that?

7              A.        Yes.

8              Q.        And the first bullet in that

9    section reads, "The 2023-2024 year saw

10   growth in ELA and Math, with progress among

11   Hispanic and SPED students.   Chronic

12   absenteeism fell 14 percent, and seniors

13   earned $13 million -- more than $13 million

14   in scholarships showcasing academic

15   success."

16                       Do you see that?

17             A.        Yes.

18             Q.        Are you familiar with these

19   particular highlights that were reported by

20   the district?

21             A.        Yes, I am familiar.

22             Q.        So during the 2023-2024

23   school year, chronic absenteeism at

24   Irvington High School fell; is that right?

25             A.        I can't recall exactly to

Page 45

1    speak to that language.
2         Q.       Does Irvington High School
3    supply the state with information to be
4    used in putting together this School
5    Performance Report?
6         A.       Yes.
7         Q.       And this section is titled,
8    "School Highlights Reported by the
9    District," correct?
10        A.       Yes.
11        Q.       So this would have been
12   information that the district reported to
13   the state, right?
14        A.       Yes.
15        Q.       Let's take a look at the
16   table just below this section called, "How
17   did students perform on assessments?"
18                 Do you see that?
19        A.       Yes.
20        Q.       According to this report,
21   "This section shows the percentage of
22   students who met or exceeded expectations
23   on statewide assessments (NJSLA and DLM).
24   This percentage reflects the federal
25   proficiency rate which makes adjustments to

Page 46

1    the proficiency rate if the participation

2    rate was below 95 percent to ensure

3    reporting on at least 95 percent of

4    students.  The chart indicates whether

5    performance was above the state average or

6    above 80 percent proficient."

7                 Do you see that?

8         A.     Yes.

9         Q.     And for mathematics,

10   Irvington High School -- my apologies, I

11   was looking at the bottom of the -- of the

12   table there.  Strike that.

13                For English and language

14   arts, English language arts, Irvington High

15   School was at 25.8 percent below the state.

16                Do you see that?

17        A.     I see that.

18        Q.     If we turn the page, we see

19   that for mathematics, the state reported

20   that less than 10 percent of students met

21   or exceeded expectations.

22                Do you see that?

23        A.     Yes.

24        Q.     Do you have any reason to

25   doubt the correctness or the accuracy of

CONFIDENTIAL

Page 47

1   the data that's reported by the New Jersey
2   Department of Education?
3                   MS. SCULLION:  Objection to
4           the form of the question.
5                   THE WITNESS:  Do I have any
6           reason to doubt the information?  I
7           have no reason to doubt the
8           information.
9   BY MR. KARP:
10          Q.      We can put this document to
11  the side.
12                  I'm handing you tab seven
13  which we'll mark as Exhibit 4.
14                      - - - - -
15                  (Annual School Planning
16          2023-2024 Bates
17          BW__Irvington00334437 to 00334493
18          marked Mangan Exhibit 4 for
19          identification.)
20                      - - - - -
21  BY MR. KARP:
22          Q.      This document is called,
23  "Annual School Planning 2023-2024."
24                  Do you see that on the first
25  page?

Page 48

1          A.        Yes.

2          Q.        Did you have a role in

3    putting together this document?

4                    MS. SCULLION:  Objection to

5              the form of the question.

6                    THE WITNESS:  No.

7    BY MR. KARP:

8          Q.        This predated your time as

9    principal at Irvington High School,

10   correct?

11         A.        Yes, partly.

12         Q.        Let's turn to the very last

13   page of this document, page 57.

14         A.        The very last page.

15         Q.        Do you see that there's a

16   certification by Celeste Banks?

17                   MS. SCULLION:  Objection to

18             the form of the question.

19                   THE WITNESS:  I see a document

20             certified by Celeste Banks, yes.

21   BY MR. KARP:

22         Q.        And date of that

23   certification is July 3, 2023, correct?

24                   MS. SCULLION:  Objection to

25             the form of the question,

CONFIDENTIAL

Page 49

1           foundation.
2                     THE WITNESS:  Yes.
3    BY MR. KARP:
4           Q.     At that point in time, you
5    would have been principal of Irvington High
6    School for roughly a month?
7           A.     No.
8           Q.     When did you become -- when
9    exactly did you become principal at
10   Irvington High School?
11          A.     If memory serves me,
12   July 15th, board approval, around that
13   window of time, start date -- I'm sorry,
14   June 15th, during that window of time,
15   start date June the 20-something eighth,
16   seventh, around that time.
17          Q.     So this document was signed
18   by Celeste -- strike that.
19                 Celeste Banks certified this
20   document right at the time that you were
21   joining Irvington High School as its
22   principal; is that right?
23                 MS. SCULLION:  Objection to
24          the form of the question.  Lacks
25          foundation.

                                              Page 50

1                    THE WITNESS:  As I stated
2              previously, partly, yes.
3    BY MR. KARP:
4         Q.      Putting aside whether you
5    created any part of this document, are you
6    familiar with the information that's
7    contained in this document?
8                    MS. SCULLION:  Objection to
9              the form of the question.
10                   THE WITNESS:  At the
11             origination of this document, I was
12             not the principal, because this
13             document is produced in the
14             previous school year.
15                   When I onboarded as
16             principal, this document was
17             submitted and then we had the
18             opportunity to update the
19             document while I was a principal.
20   BY MR. KARP:
21        Q.      So you received a copy of
22   this document when you became principal of
23   Irvington High School?
24        A.      I logged into the state
25   portal which housed the document and viewed

Page 51

1    the document there.

2          Q.       And then throughout the year

3    ahead, you were afforded opportunities to

4    update this annual school plan?

5          A.       Yes, we were allowed

6    opportunities to produce amendments.

7          Q.       Do you recall making any

8    amendments?

9          A.       Yes.

10         Q.       And what did those

11   amendments relate to?

12         A.       The amendments related to

13   updating the team members, the updated

14   staff members who were working at the high

15   school during my tenure.  And also the

16   implementation of strategies and action

17   steps that would support the plan that was

18   previously created prior to the arrival.

19         Q.       Let's turn to page 10.

20   There's a table on this page with

21   information regarding academic performance

22   in ELA and math; is that correct?

23                  MS. SCULLION:  Objection to

24           the form of the question, vague.

25                  THE WITNESS:  I see ELA data

CONFIDENTIAL

Page 52

1            and some math data, yes.
2    BY MR. KARP:
3            Q.        On the left-hand side, there
4    is a column called, "Data Source."
5                    Do you see that?
6            A.        Yes.
7            Q.        And under, in that column,
8    the table says, "Benchmark Assessment
9    Participation."
10                   Do you see that?
11           A.        Yes.
12           Q.        If we look all the way to
13   the right, there are observations and
14   trends for ELA and math.
15                   Do you see that?
16           A.        Yes.
17           Q.        At the end of the section on
18   ELA, this annual school plan states,
19   "Possible causes for the lack of mastery
20   was attributed to vacancies of teachers and
21   chronic absenteeism."
22                   Do you see that?
23           A.        Am I speaking to the math
24   highlight or the ELA highlight?
25           Q.        At the bottom of the ELA

CONFIDENTIAL

Page 53

1    section.

2                    MS. SCULLION:  Yeah, we had

3              different language highlighted on

4              the screen.

5    BY MR. KARP:

6         Q.        Oh, apologies.  I'll ask my

7    question again.  At the bottom of the ELA

8    section for English language arts, the

9    annual school plan states, "Possible causes

10   for the lack of mastery was attributed to

11   vacancies of teachers and chronic

12   absenteeism."

13                   Do you see that?

14        A.        Yes.

15        Q.        At this point in time,

16   Irvington High School attributed its

17   performance in ELA to teacher vacancies and

18   chronic absenteeism, correct?

19                   MS. SCULLION:  Objection to

20             the form of the question,

21             mischaracterizes the document, and

22             lacks foundation.

23                   THE WITNESS:  This document

24             speaks to an assessment window

25             prior to my tenure as principal.

CONFIDENTIAL

Page 54

1   BY MR. KARP:

2       Q.      Do teacher vacancies and

3   chronic absenteeism pose challenges to

4   Irvington High School today?

5               MS. SCULLION:  Objection to

6           the form of the question.

7               THE WITNESS:  Yes.

8   BY MR. KARP:

9       Q.      Do these two issues -- or

10  strike that.

11              Is this statement about ELA

12  performance and the effect of teacher

13  vacancies and chronic absenteeism true of

14  Irvington High School today?

15              MS. SCULLION:  Objection to

16          the form of the question.

17          Mischaracterizes the document.

18              MS. HENRY:  Jen, could you

19          keep your objections within the

20          bounds of 30(c)(2)?

21              MS. SCULLION:  I am.

22              MS. HENRY:  Non-suggestive --

23              MS. SCULLION:  I am.

24              MS. HENRY:  No, you're not.

25              MS. SCULLION:  I am.

Page 55

```
 1              MS. HENRY:  You're not.
 2         You're suggesting to the witness.
 3         Please keep it within bounds of
 4         Federal Rules of Civil Procedure.
 5              MS. SCULLION:  I would ask
 6         that the questions not
 7         mischaracterize the documents that
 8         are in front of the witness.
 9              MS. HENRY:  Objection to form
10         is what's appropriate, and you know
11         it.
12              MS. SCULLION:  And I'm making
13         a succinct objection that advises
14         counsel if he wishes to correct his
15         question.
16              MS. HENRY:  He can ask.
17    BY MR. KARP:
18         Q.      I'll reask my question.  Mr.
19    Mangan, is this statement that, "the
20    possible causes for the lack of mastery in
21    ELA was attributable to teacher vacancies
22    and chronic absenteeism" true of Irvington
23    High School today?
24         A.      That question speaks to the
25    tenure before my tenure at Irvington High
```

CONFIDENTIAL

Page 56

1    School.

2           Q.      Do teacher vacancies have an

3    effect on ELA performance at Irvington High

4    School today?

5                   MS. SCULLION:  Objection to

6              the form of the question.

7                   THE WITNESS:  At Irvington

8              High School today, we have zero

9              teacher vacancies in ELA.

10   BY MR. KARP:

11          Q.      In the 2023-2024 school year

12   when you were principal, did you have any

13   teacher vacancies in ELA?

14          A.      During the transition from

15   July through the period of Cycle 1, there

16   were some vacancies in ELA.

17          Q.      Did that have an effect on

18   student performance in ELA?

19                  MS. SCULLION:  Objection to

20             the form of the question.

21                  THE WITNESS:  I don't have the

22             data point to answer that question.

23   BY MR. KARP:

24          Q.      Is chronic absenteeism a

25   problem for Irvington High School?

CONFIDENTIAL

Page 57

```
 1                MS. SCULLION:  Objection to
 2          the form of the question.
 3                THE WITNESS:  Yes.
 4   BY MR. KARP:
 5        Q.      Is it a priority for
 6   Irvington High School to lower chronic
 7   absenteeism rates at the high school?
 8        A.      Yes, it's a goal --
 9        Q.      And I didn't mean to cut you
10   off, sorry.
11        A.      Yes, it's a goal at
12   Irvington High School to lower school
13   avoidance, yes.
14        Q.      Why is it a goal -- strike
15   that.
16                Why does Irvington High
17   School have the goal to lower rates of
18   chronic absenteeism or school avoidance?
19        A.      During the tenure here at
20   Irvington High School, there was a period
21   of time prior to my tenure where students
22   did not feel safe, which led to school
23   avoidance.
24        Q.      Students didn't feel safe
25   coming to school?
```

CONFIDENTIAL

Page 58

```
 1          A.        For some reason or other,
 2    yes.
 3          Q.        And were those safety
 4    concerns related to violence at Irvington
 5    High School?
 6                    MS. SCULLION:  Objection to
 7              the form of the question.
 8                    THE WITNESS:  Those safety
 9              concerns were -- contributed to
10              some physical altercation violence
11              at the high school, yes.
12    BY MR. KARP:
13          Q.        Fighting at the high school,
14    is that what you mean?
15          A.        Fighting, physical
16    aggression, yes.
17          Q.        Is gang violence an issue
18    for Irvington High School?
19                    MS. SCULLION:  Objection to
20              the form of the question.
21                    THE WITNESS:  Can you
22              categorize, what do you call a
23              gang?
24    BY MR. KARP:
25          Q.        Does Irvington High School
```

CONFIDENTIAL

```
                                      Page 59
 1   have an understanding of what a gang is?
 2              MS. SCULLION:  Objection to
 3         the form of the question.
 4   BY MR. KARP:
 5        Q.      Or strike that.
 6              What is Irvington High
 7   School's understanding of gangs?
 8              MS. SCULLION:  Objection to
 9         the form of the question,
10         foundation.
11              THE WITNESS:  What Irvington
12         High School's understanding of a
13         gang is what can be compounded as a
14         representation of a group.
15   BY MR. KARP:
16        Q.      Does Irvington High School
17   have -- or strike that.
18              What does Irvington High
19   School consider to be a gang?
20              MS. SCULLION:  Objection to
21         the form of the question,
22         foundation.
23              THE WITNESS:  What considers a
24         gang, a group.
25
```

CONFIDENTIAL

Page 60

1   BY MR. KARP:

2        Q.      And to the extent -- are

3   Irvington -- are Irvington High School

4   students members of these groups that the

5   high school considers gangs?

6                MS. SCULLION:  Objection to

7            the form of the question,

8            foundation.

9                THE WITNESS:  I'm unaware of

10           what you're categorizing a group or

11           gang and their memberships.  Do you

12           have a specific?

13  BY MR. KARP:

14       Q.      Does Irvington High School

15  offer gang awareness training?

16       A.      Irvington High School does

17  not offer any gang awareness training, but

18  the district does.

19       Q.      And the district's -- when

20  the district offers gang awareness

21  training, what groups or gangs is it

22  referring to?

23               MS. SCULLION:  Objection to

24           the form of the question,

25           foundation.

Page 61

1              THE WITNESS:  It speaks to

2          groups that are not present at

3          Irvington High School.

4    BY MR. KARP:

5          Q.      So no students at Irvington

6    High School are members of gangs?

7              MS. SCULLION:  Objection to

8          the form of the question,

9          foundation.

10             THE WITNESS:  No known

11         students.  I am unaware of any

12         students formally introducing me as

13         being aware that they are a part of

14         a particular gang.

15   BY MR. KARP:

16         Q.      Is gang violence an issue

17   for the Irvington community more generally?

18             MS. SCULLION:  Objection to

19         the form of the question.

20             THE WITNESS:  I can't speak to

21         violence in the community.  I work

22         here at Irvington High School.  If

23         we speak to Irvington High School,

24         during my tenure, I can speak to

25         the issues that we have faced over

CONFIDENTIAL

Page 62

```
 1          time.
 2   BY MR. KARP:
 3          Q.        And you've referred to your
 4   tenure a couple of times, I just want to
 5   make sure we're on the same page.  When you
 6   say, "during your tenure," what do you
 7   mean?
 8          A.        As principal of Irvington
 9   High School.
10          Q.        So when you say, "prior to
11   your tenure," you mean before that time,
12   before you became principal of Irvington
13   High School?
14          A.        Yes.
15          Q.        You're not including your
16   time coaching for Irvington High School?
17          A.        No, because at that point, I
18   wasn't able to speak to these instances
19   that occur during the school day.
20          Q.        You said you can't speak to
21   gang violence in the community, is that
22   what you just told me?
23          A.        I'm unaware of what is
24   categorized as gang violence in the
25   community.
```

CONFIDENTIAL

Page 63

1          Q.      Does Irvington High School

2    understand what its students are doing

3    outside of school?

4                  MS. SCULLION:  Objection to

5             the form of the question.

6             Foundation.  I just remind counsel,

7             he's not here as a 30(b)(6)

8             witness, so you're asking about

9             Irvington High School.

10                 MR. KARP:  Thank you.  Thank

11            you.

12                 MS. SCULLION:  Okay.

13   BY MR. KARP:

14         Q.      I will rephrase the

15   question.  Mr. Mangan, do you know what

16   students are doing when they're not in

17   school?

18         A.      That's a very vague

19   question.

20         Q.      Do you know what Irvington

21   High School students are doing when they're

22   not here at school receiving instruction?

23         A.      I cannot speak to all of the

24   students' interactions, behaviors, and

25   experiences outside of Irvington High

Page 64

1    School.

2          Q.      Do you know what students

3    are doing on their cell phones outside of

4    school?

5          A.      I can speak to the result of

6    utilizing their cell phones when they come

7    to school from an issue that occurred

8    outside of school, yes.

9          Q.      Do you know how many hours

10   an Irvington High School student spends on

11   his or her cell phone outside of school?

12         A.      I am unaware of the amount

13   of time that a student or hours the student

14   may spend on their cell phone outside of

15   school.

16         Q.      Does Irvington -- do you

17   track or monitor whether a student is

18   playing video games on his cell phone or

19   texting on his cell phone or using social

20   media on his cell phone?

21              MS. SCULLION:   Objection to

22         the form of the question.

23              THE WITNESS:   No, I cannot.

24   BY MR. KARP:

25         Q.      Do you have any data or --

CONFIDENTIAL

Page 65

1   do you have any data on how students are
2   using their cell phones outside of school?
3           A.      When we speak to data, can
4   you clarify -- yes, I can speak to data.
5           Q.      What data can you speak to?
6           A.      The amount of instances that
7   we have to investigate as a result of
8   social media interactions.
9           Q.      And do you know how many
10  social media -- how much time a student is
11  spending on social media outside of school?
12              MS. SCULLION:  Objection to
13          the form of the question.  Asked
14          and answered.
15              THE WITNESS:  No, I cannot
16          speak to the time amount.
17  BY MR. KARP:
18          Q.      Do you track what students
19  are doing outside of school?
20          A.      That's a very vague
21  question, because we have extracurricular
22  activities that occur outside of school.
23          Q.      When students are not at
24  Irvington High School for -- for
25  instruction or extracurricular activities

CONFIDENTIAL

Page 66

1    or some school-sponsored event, do you know

2    what they're doing with their time?

3             A.        Vaguely.

4             Q.        Do you know specifically

5    what social media -- strike that.

6                      Do you know what social

7    media accounts -- strike that.

8                      Do you know how many

9    Irvington High School students have a

10   Facebook account?

11            A.        I'm unaware of the amount of

12   students who have it.

13            Q.        Do you know how many

14   Irvington High School students have an

15   Instagram account?

16            A.        I'm unaware of how many

17   accounts each student would have in social

18   media.

19            Q.        Are you aware of -- or

20   strike that.

21                      Do you know how many

22   students at Irvington High School have a

23   SnapChat account?

24            A.        I'm unaware of how many

25   students have any amount of social media

CONFIDENTIAL

Page 67

1    accounts.

2         Q.      Are you aware of how many

3    Irvington High School students have a

4    YouTube account?

5         A.      I'm unaware of the amount of

6    students who have any social media

7    accounts.

8         Q.      Are you aware of or do you

9    know how many Irvington High School

10   students have TikTok accounts?

11        A.      I'm unaware of the amount of

12   students that have any social media

13   accounts.

14        Q.      Do you know if there are

15   Irvington High School students who don't

16   have social media at all?

17        A.      I'm unaware of any Irvington

18   High School students that have any or none

19   social media accounts.

20        Q.      Does every Irvington High

21   School student have a cell phone?

22        A.      I'm unaware of how many

23   students may be in possession of a cell

24   phone at any time.

25        Q.      Let's turn to pages 17 and

CONFIDENTIAL

Page 68

1   18 of this document.  Page 17 includes data

2   relating to the attendance rate at

3   Irvington High School, correct?

4           A.      Yes.

5           Q.       In the middle column called,

6   "Prepopulated Data," this annual school

7   plan reports that the overall year to date

8   student attendance average was

9   45.64 percent.

10                  Do you see that?

11          A.      Yes, I see that.

12          Q.      What does that mean?

13                  MS. SCULLION:  Objection to

14              the form of the question.

15                  THE WITNESS:  This

16              particularly speaks to the data

17              populated during that window of

18              time.

19   BY MR. KARP:

20          Q.      What is the -- what is a

21   student attendance average as that term is

22   used in the annual school plan?

23          A.       What is a student attendance

24   average?  I'm unsure how to answer that

25   question.

CONFIDENTIAL

Page 69

1          Q.          What is the significance of
2     45.64 percent?
3                       MS. SCULLION:  Objection to
4               the form of the question.
5                       THE WITNESS:  According to
6               this document, it represents the
7               overall year-to-date student
8               attendance average for students at
9               Irvington High School for some
10              period of time that I'm unaware of.
11    BY MR. KARP:
12         Q.          And I'll ask my question a
13    little bit differently and I'm not trying
14    to be obtuse here.  Does a 45.64 percent
15    overall year-to-date student attendance
16    average mean that on average, students
17    attended class 45.64 percent of the time?
18         A.          If that's the way that
19    you're interpreting the document.
20         Q.          And my question to you is,
21    what is your interpretation of this annual
22    school plan and what that number means?
23                      MS. SCULLION:  Objection to
24              the form of the question.
25                      THE WITNESS:  That's fair.  My

CONFIDENTIAL

Page 70

```
 1              interpretation is that 4.5 students
 2              out of ten miss school at some
 3              particular period of time during
 4              the school year before I was the
 5              principal here.
 6    BY MR. KARP:
 7         Q.        Thank you.  If we look over
 8    to the right under observations and trends,
 9    at the top of the second paragraph, this
10    annual school plan indicates that due to
11    the 2021 -- excuse me, let me start that
12    over.  Under observations and trends, the
13    annual school plan reports that, "Due to
14    the 2021-2022 school year ending with
15    60 percent chronic absenteeism, attendance
16    groups were created for the 2022-2023
17    school year."
18              Do you see that?
19         A.        Yes.
20         Q.        Is it your understanding
21    that there was a 60 percent chronic
22    absenteeism rate for the 2021-2022 school
23    year at Irvington High School?
24         A.        It is not my understanding,
25    because I'm unaware of this data point.  I
```

CONFIDENTIAL

Page 71

1    was not the principal here during that

2    time.

3              Q.        Do you have any reason to

4    doubt the accuracy of this data point?

5              A.        I don't have any reason to

6    speak to any of these data points without

7    prior knowledge and documents to review to

8    speak to that number.

9              Q.        Is this annual school plan

10   submitted to the New Jersey Department of

11   Education?

12             A.        This annual school plan was

13   submitted to the department of education.

14             Q.        And is it your expectation

15   that the information that Irvington High

16   School submits to the New Jersey Department

17   of Education is complete and accurate?

18                  MS. SCULLION:  Objection to

19             the form of the question.

20                  THE WITNESS:  Yes, under my

21             tenure, we will ensure that we do

22             our due diligence to ensure the

23             data is accurate, consistent.

24   BY MR. KARP:

25             Q.        This document refers to

CONFIDENTIAL

Page 72

1    attendance groups.

2                    Do you see that?

3        A.        This document speaks to the

4    creation of attendance groups.

5        Q.        Do you know what attendance

6    groups are?

7        A.        Yes.

8        Q.        What are attendance groups?

9        A.        Attendance groups can be

10   categorized in many forms.  Perfect

11   attendance groups, chronic absenteeism

12   attendance groups, and sporadic attendance

13   groups.

14       Q.        And what are those different

15   attendance groups -- or strike that.

16                 What is the purpose of an

17   attendance group?

18       A.        The purpose of an attendance

19   group can have many functions that would

20   support the student during their journey of

21   high school here at Irvington High.

22       Q.        And this is a group that

23   promotes higher attendance or better

24   attendance?

25                 MS. SCULLION:  Objection to

CONFIDENTIAL

Page 73

```
 1              the form of the question.
 2                   THE WITNESS:  In some cases,
 3              it promotes and celebrates students
 4              who contribute to high attendance.
 5    BY MR. KARP:
 6         Q.        Let's take a quick look at
 7    page 30.  This table is called, "Priority
 8    Performance Needs and Root Cause Analysis."
 9    Sorry, let me know when you get there.
10         A.        I would just like to see
11    something first.  Okay, yes.
12         Q.        The table on page 30 is
13    titled, "Priority Performance Needs and
14    Root Cause Analysis."
15                   Do you see that?
16         A.        Yes.
17         Q.        The second item here is
18    social and emotional learning.
19                   Do you see that?
20         A.        Yes, I see it.
21         Q.        And that falls under area of
22    focus for SMART Goals.
23                   Do you see that?
24         A.        Yes.
25         Q.        What is a SMART Goal?
```

CONFIDENTIAL

Page 74

1          A.          A SMART Goal is a goal that
2    categorizes an umbrella of the school's
3    function.
4          Q.          For social and emotional
5    learning, the priority performance need
6    column indicates, "Based on discipline
7    referral data, negative student behaviors
8    resulting in suspensions impact the
9    continuity of academic progress."
10                    Do you see that?
11         A.          Yes, I see that.
12         Q.          And that is the need that
13   Irvington High School articulated for this
14   SMART Goal of social and emotional
15   learning, correct?
16         A.          Yes.
17         Q.          If we look to the right, for
18   possible root causes, this plan reports
19   that, "Students exhibit an inability to
20   appropriately express emotions.  Students
21   exhibit poor problem solving skills and
22   conflict resolution, and low participation
23   in extracurricular and clubs."
24                    Do you see that?
25         A.          Yes, sir.

CONFIDENTIAL

Page 75

1          Q.          Cell phone list is not
2     listed as a possible root cause, correct?
3          A.          It's not listed here, no.
4          Q.          Social media use is not
5     listed as a possible root cause, correct?
6          A.          It's not listed here.
7          Q.          If we look to the right
8     under strategies to address challenge,
9     there are three strategies listed, correct?
10          A.          Yes.
11          Q.          The first is to "Implement
12     school-wide positive behavior and support,
13     (PBSIS) strategies," correct?
14          A.          Yes.
15          Q.          The second is to, "Increase
16     social competence through social-emotional
17     learning activities."
18                    Do you see that?
19          A.          Yes.
20          Q.          The third is to, "Provide
21     opportunities for extracurricular
22     activities in the form of sports and
23     clubs."
24                    Do you see that?
25          A.          Yes.

CONFIDENTIAL

Page 76

1           Q.       As a strategy to address
2    this challenge, the high school did not
3    list confiscating cell phones, correct?
4           A.       No, they did not list that
5    as a strategy.
6           Q.       The individuals who put
7    together this annual school plan did not
8    identify reducing social media use as a
9    strategy to address this challenge,
10   correct?
11          A.       I can't speak to the
12   analysis that was performed by that
13   leadership team.
14          Q.       Reducing social media use
15   among students is not listed as a strategy
16   in this document, correct?
17          A.       On this page, I do not see
18   that listed.
19          Q.       And I'll rephrase the
20   question.  As a strategy for addressing the
21   social media -- strike that.
22                   As a strategy for addressing
23   the social and emotional learning SMART
24   Goal that was set by the high school, this
25   annual school plan does not include

CONFIDENTIAL

Page 77

1   reducing social media use, correct?

2              MS. SCULLION:  Objection to

3         the form of the question.

4              THE WITNESS:  I would need

5         some time to look through the

6         totality of this version of the

7         document, but as it appears in

8         front of me, I don't see the media

9         aspect of social present.

10  BY MR. KARP:

11       Q.     We can put this to the

12  document and we also have been going for

13  about an hour.  This might be a good time

14  to take a break.

15              THE VIDEOGRAPHER:  The time

16         right now is 10:25 a.m.  We are off

17         the record.

18                - - - - -

19      (A recess was taken at this time.)

20                - - - - -

21              THE VIDEOGRAPHER:  The time

22         right now is 10:46 a.m.  We're back

23         on the record.

24  BY MR. KARP:

25       Q.     Welcome back, Mr. Mangan.

CONFIDENTIAL

Page 78

```
 1   Can I refer you back to Exhibit 4?  And
 2   specifically page 30.  Are you there?
 3           A.      Yes.
 4           Q.      We were talking a bit about
 5   the SMART Goal focus for social and
 6   emotional learning, do you recall?
 7           A.      Yes.
 8           Q.      In the priority performance
 9   need column, the annual school plan
10   states -- refers to discipline referral
11   data.
12                   Do you see that?
13           A.      Yes.
14           Q.      Do you know what discipline
15   referral data is -- is meant by that
16   statement?
17                   MS. SCULLION:  Objection to
18               the form of the question.
19                   THE WITNESS:  Can you restate
20               that?
21   BY MR. KARP:
22           Q.      Yeah, I apologize, that was
23   a bit awkward.
24                   Are you familiar with
25   discipline referral data?
```

CONFIDENTIAL

Page 79

1          A.      Yes.

2          Q.      What is discipline referral

3     data?

4          A.      Discipline referral data

5     under my interpretation is many forms of

6     opportunities to address an action or an

7     infraction that a student may exhibit.

8          Q.      Are discipline referral

9     forms created as a means of tracking these

10    disciplinary incidents?

11         A.      When you speak to discipline

12    forms, are you speaking to a specific

13    document or practice?

14         Q.      I'll rephrase.  Is this

15    discipline referral data documented

16    anywhere?

17              MS. SCULLION:  Objection to

18         the form of the question,

19         foundation.

20              THE WITNESS:  This specific

21         discipline referral data, I'm

22         unaware to speak to.

23    BY MR. KARP:

24         Q.      Are you aware of other

25    discipline referral data?

Page 80

1          A.        Yes.

2          Q.        And is that discipline

3    referral data documented?

4          A.        Yes.

5          Q.        In what form?

6          A.        There are many platforms.

7                    MS. SCULLION:  Excuse me, I

8              was just going to lock the door.

9              Give me one second.

10                   MR. KARP:  Can we go off the

11             record?

12                   THE VIDEOGRAPHER:  The time

13             right now is 10:49 a.m.  We are off

14             the record.

15                        - - - - -

16       (Discussion was held off the record.)

17                        - - - - -

18                   THE VIDEOGRAPHER:  The time

19             right now is 10:51 a.m.  We are

20             back on the record.

21    BY MR. KARP:

22          Q.        Mr. Mangan, just before our

23    break, I asked if certain discipline

24    referral data was documented, you said yes.

25    I said in what form, and you were start to

Page 81

1  go say that there are many platforms, do
2  you recall?
3          A.      Yes.
4          Q.      Were you done your answer?
5          A.      No.
6          Q.      Okay.  In what form is that
7  discipline referral data documented?
8          A.      One layer of discipline
9  form -- discipline data is documented in
10  PowerSchool.  There are many other forms,
11  but one other specific area is the Google
12  suite.
13          Q.      And when you say, "the
14  Google suite," are you referring to a
15  Google Drive?
16          A.      Google Drive, Google
17  spreadsheets, Google Forms.
18          Q.      So discipline referral data
19  would be maintained in PowerScore [sic] and
20  also in Google Forms, Google spreadsheets,
21  correct?
22                  MS. SCULLION:  Objection to
23          the form of the question.
24                  THE WITNESS:  Yes,
25          PowerSchool, not PowerScore.

CONFIDENTIAL

Page 82

1    BY MR. KARP:

2            Q.        Apologies, PowerSchool, I

3    misheard you.  So if I wanted to see this

4    discipline referral data, I would look in

5    PowerSchool or I would look at these Google

6    Forms and spreadsheets?

7                    MS. SCULLION:  Objection to

8            the form of the question.

9                    THE WITNESS:  Can you restate

10           the question?  I'm sorry, I wasn't

11           following.

12   BY MR. KARP:

13           Q.        That's all right.  If I

14   wanted to see this discipline referral

15   data, I would look in PowerSchool or I

16   would look at these Google Forms and

17   spreadsheets?

18                   MS. SCULLION:  Same objection.

19                   THE WITNESS:  Yes.

20   BY MR. KARP:

21           Q.        Are these Google Forms and

22   spreadsheets shared by administrators at

23   IPS?

24           A.        Shared in terms of what way?

25           Q.        In terms of who has access.

CONFIDENTIAL

Page 83

1             MS. SCULLION:  Andrew, you
2       said at IPS, did you mean IHS?
3             MR. KARP:  I didn't.
4             MS. SCULLION:  Okay.
5  BY MR. KARP:
6       Q.      But I will ask, I'll reask
7  the question.  Irvington High School
8  maintains its own discipline referral data?
9       A.      The compartment of the
10  Google suite, yes.  The PowerSchool portion
11  is district-wide.
12       Q.      For the Google Forms and
13  spreadsheets that would contain this
14  discipline referral data, who has access to
15  that?
16       A.      The administrators here at
17  the high school.
18       Q.      And that would be you and
19  your vice principals?
20       A.      Myself, the assistant
21  principals, the deans, the social workers,
22  the school counselors.
23       Q.      Thank you.  You can put this
24  document to the side.
25             Mr. Mangan, earlier, you

CONFIDENTIAL

Page 84

```
 1   mentioned that students sometimes avoid
 2   school or are chronically absent was they
 3   don't feel safe at school; is that correct?
 4          A.      Yes, there is some
 5   particular school avoidance here, yes.
 6          Q.      You testified earlier that
 7   you were aware of that happening at
 8   Irvington High School, correct?
 9          A.      Yes.
10          Q.      And was that during your
11   tenure?
12          A.      Both.
13          Q.      And when you say, "both," do
14   you mean both during your tenure and
15   before?
16          A.      Yes.
17          Q.      To the extent that that was
18   the case before you became principal of
19   Irvington High School, do you know for how
20   long that was the case?
21          A.      I'm unaware to know the
22   longevity of the issues that occurred here.
23          Q.      You're generally aware that
24   before you became principal of Irvington
25   High School, there was a time when students
```

CONFIDENTIAL

Page 85

1   were avoiding school because they did not

2   feel safe?

3          A.      I'm unable to speak to

4   outside of that time.

5          Q.      I'm handing you tab nine --

6                  MS. SCULLION:  Thank you.

7                  MR. KARP:  -- which we will

8          mark as Exhibit 5.  And I'm only

9          going to ask you about one section

10         of this document.  But please take

11         the time that you need to look it

12         over.

13                      - - - - -

14             (Plaintiff's Fact Sheet -

15         School Districts (Supplemental)

16         marked Mangan Exhibit 5 for

17         identification.)

18                      - - - - -

19  BY MR. KARP:

20         Q.      Mr. Mangan, if you look at

21  the front page of this document, the title

22  is, "Plaintiff Fact Sheet - School

23  Districts (Supplemental)."

24                  Do you see that?

25         A.      Yes.

Page 86

1          Q.          On the left-hand side, it's

2    a little bit cut off, but the case caption

3    refers to Irvington Public Schools.

4                    Do you see that?

5          A.          I see something that says

6    that.

7          Q.          Have you seen this document

8    before?

9          A.          I can't say that I have.

10         Q.          Do you have any

11   understanding of what this document is?

12         A.          No, I don't have any

13   understanding.

14         Q.          Let's take a look at

15   question 11.  Question 11 reads, "Identify

16   the number of and location of any other

17   violence perpetrated by an outsider, which

18   required a cessation of school activities

19   for the entire district or an entire school

20   campus, whether you attribute any such

21   incident to social media use, and if so,

22   which social media platforms."

23                    Do you see that?

24         A.          Yes.

25         Q.          And I read that correctly?

CONFIDENTIAL

Page 87

1          A.          Partly.

2          Q.          I left out some of the --

3     one of the parentheses?

4          A.          Yes.

5          Q.          And the response that was

6     given to question 11 is, "During the

7     2018-2019 school year, a high school

8     student was fatally gunned down just after

9     class let out only blocks from Irvington

10    High School.  The School District

11    attributes the shooting to social media

12    use, specifically Instagram.  The fatal

13    shooting resulted in a cessation of school

14    activities at Irvington High School."

15                     Do you see that?

16         A.          Yes, I see that.

17         Q.          And, obviously, this is an

18    extremely horrible incident.  I do have a

19    couple of questions about it.  Are you

20    familiar with this incident?

21         A.          Yes.

22         Q.          This incident took place

23    before you were principal of Irvington High

24    School, correct?

25         A.          Yes.

CONFIDENTIAL

Page 88

1          Q.          How did you become aware of
2     this incident?
3          A.          The decedent, the victim's
4     mom was transferred to the high school at
5     one point during the 2023-2024 school year.
6     It had a traumatic experience with coming
7     to high school, because she had to travel
8     past the area of which it occurred on her
9     way from home to school.
10          Q.          The decedent's mom was
11     transferred to Irvington High School in
12     what capacity, in what way?
13          A.          During that time of the
14     transfer, the mom was a security officer
15     within the district.
16          Q.          I understand.  Thank you.
17     What impact did this event have on the
18     mental and emotional well-being of students
19     in Irvington High School?
20          A.          During that time, 2018 to
21     '19, I was an employee of Irvington School
22     District.  But in my capacity at a previous
23     district, we did discuss this event.
24     Because of proximity of the two towns,
25     there was familiarity with a few of the

CONFIDENTIAL

Page 89

1    students who knew the decedent.

2          Q.      Was this particular incident

3    covered in the national news?

4          A.      I'm unaware of the coverage

5    on the national level, but it was brought

6    to our attention at our location campus via

7    a social media post.

8          Q.      I'm handing you tab ten,

9    which we will mark as Exhibit 6.

10                       - - - - -

11                  (NJ.com News Article marked

12             Mangan Exhibit 6 for

13             identification.)

14                       - - - - -

15   BY MR. KARP:

16         Q.      Have you seen this article

17   before?

18         A.      Yes, I may have viewed this

19   article.

20         Q.      And the title of this

21   article is, "Gang member who gunned down

22   rival near New Jersey high school pleads

23   guilty."

24                  Do you see that?

25         A.      Yes.

CONFIDENTIAL

Page 90

1          Q.          And this article was
2     published on April 15, 2024, so roughly
3     four or five years after this tragedy took
4     place, correct?
5          A.          Originally published, I
6     can't speak to that.  Yes, it says it
7     there, but yes.
8          Q.          The article indicates that
9     it was published on April 15, 2024, and
10    updated on April 17, 2024.
11                   Do you see that?
12         A.          Yes, this portion of the
13    story, yes, was published.
14         Q.          And I'm not suggesting that
15    this wasn't covered until four or five
16    years later, I'm just asking about this
17    particular article.  Does that make sense?
18         A.          Yes.
19         Q.          And what this article
20    reports is that, "A north Jersey-based gang
21    member accused of gunning down a rival near
22    Irvington High School in 2019 pleaded
23    guilty Monday, federal prosecutors said."
24                   Do you see that?
25         A.          Yes.

CONFIDENTIAL

Page 91

1      Q.       Do you have an understanding
2  of whether this, this shooting was gang
3  related?
4      A.       I would not be able to speak
5  to any facts or aspects of this incident.
6      Q.       The article goes on to say,
7  "Elijah Williams a/k/a Lil Smith, 24,
8  pleaded guilty in Newark federal court to
9  Racketeer Influenced and Corrupt
10  Organizations Conspiracy, the U.S.
11  Attorney's Office District of New Jersey
12  said in a release."
13               Do you see that?
14      A.       Yes.
15      Q.       So an individual who
16  committed this crime pleaded guilty as
17  reported in this article, correct?
18               MS. SCULLION:  Objection to
19          form, foundation.
20               THE WITNESS:  That's what the
21          article states.
22  BY MR. KARP:
23      Q.       As principal of Irvington
24  High School, do you know if students at
25  Irvington High School are members of gangs?

Page 92

1                    MS. SCULLION:  Objection.

2              Asked and answered.

3                    THE WITNESS:  I'm unaware to

4              speak to any particular student's

5              membership in an uncharacterized or

6              categorized, what the gangs are.

7              I'm unable to speak to that.

8    BY MR. KARP:

9         Q.        Irvington High School

10   doesn't define -- or strike that.

11                   Does Irvington High School

12   know what a gang is?

13                   MS. SCULLION:  Objection to

14              form and foundation.  And, again,

15              my concern is it's asking Irvington

16              High School.

17   BY MR. KARP:

18        Q.        I'll withdraw.

19                   Principal Mangan, as

20   principal of Irvington High School, do you

21   understand what a gang is?

22        A.        I have what I believe an

23   understanding of a gang is, yes.

24        Q.        And do you know whether any

25   of the students at Irvington High School

CONFIDENTIAL

Page 93

```
 1   are members of gangs?
 2                MS. SCULLION:  Objection.
 3           Asked and answered.
 4                THE WITNESS:  No particular
 5           student has been forthcoming to me
 6           to state whether or not they were a
 7           part of what may be categorized as
 8           a gang.
 9   BY MR. KARP:
10        Q.     And I'm asking about what
11   you categorize as a gang.
12        A.     Okay.  What I categorize as
13   a gang is two or more people, friends, a
14   group of students, a gang of students.
15        Q.     As principal of Irvington
16   High School, are you aware of whether any
17   students at Irvington High School have been
18   involved in gang activity?
19                MS. SCULLION:  Objection to
20           the form of the question.
21                THE WITNESS:  I am unable to
22           speak to any student's involvement
23           in gang activity that was not
24           presented to me at the school
25           level.
```

CONFIDENTIAL

Page 94

```
 1   BY MR. KARP:
 2          Q.      Let's turn the page to the
 3   second page of this article.  If you look
 4   down toward the bottom, the article states,
 5   "On March 20, 2019, in Irvington, Williams
 6   shot a member of the Jungle Boys gang near
 7   the high school, authorities said.  He was
 8   suspected of killing a member of Rollin'
 9   Sixties in 2017, an indictment said.  The
10   indictment did not identify the victim."
11                  Do you see that?
12          A.      Yes.
13          Q.      Is this gang activity that
14   you're familiar with in the Irvington
15   community?
16          A.      I'm unable to speak to any
17   of these incidents that you're categorizing
18   as gang activity in the community.
19          Q.      Are you aware of the
20   incident that is reported here as having
21   taken place on March 20, 2019?
22          A.      I am unaware.  I do not
23   recall this particular incident on
24   March 20, 2019.
25          Q.      Sitting here today, having
```

CONFIDENTIAL

Page 95

1    seen this article, is it still your belief
2    that gang activity is not an issue for the
3    Irvington community?
4              MS. SCULLION:  Objection to
5              the form of the question.
6              Mischaracterizes testimony.
7              THE WITNESS:  As the principal
8              of Irvington High School, this
9              school community, this incident is
10             not associated with anything that's
11             occurring, to my knowledge, at
12             Irvington High School.
13   BY MR. KARP:
14        Q.      Would gang activity that
15   takes place in Irvington have an effect on
16   the mental health of students who attend
17   Irvington High School?
18        A.      I'm unsure how to speak to
19   what you categorize as gang activity,
20   because, again, my interpretation of what
21   gang may be is deferred -- would differ
22   from what is categorized in this article of
23   the author's perspective.
24        Q.      If a gang in Irvington were
25   responsible for a shooting and a horrible

CONFIDENTIAL

Page 96

```
 1   tragedy like the one we were just
 2   discussing, would that have an impact on
 3   the mental health of Irvington High School
 4   students?
 5              MS. SCULLION:  Objection,
 6         incomplete hypothetical.  Objection
 7         to the form of the question.
 8              THE WITNESS:  I'm unsure of
 9         your question.  Can you restate it,
10         please?
11   BY MR. KARP:
12         Q.     Sure.  If a student at
13   Irvington High School knew someone who was
14   the victim of gang violence, would that be
15   scary to him?
16              MS. SCULLION:  Objection to
17         the form of the question.
18         Incomplete hypothetical,
19         foundation.
20              MR. KARP:  Form objections,
21         please.  Thank you.
22              THE WITNESS:  I would not know
23         the student's emotional state if
24         I'm not privy to speak with a said
25         student.
```

CONFIDENTIAL

Page 97

1    BY MR. KARP:

2        Q.        Is it your position that

3    knowing someone who was involved in

4    gang-related violence would not be scary?

5                MS. SCULLION:  Objection to

6                the form of the question.

7                Mischaracterizes testimony.

8                THE WITNESS:  Again, I'm not

9                an expert to speak to gang

10               activity, but in terms of the

11               educational response in this

12               setting, we would provide support

13               if a student experienced trauma at

14               that level whereas we would support

15               what that issue may be with the

16               stakeholders here at this high

17               school community.

18   BY MR. KARP:

19       Q.        It would be traumatic for an

20   Irvington High School student to know

21   someone who was the victim of gang

22   violence?

23               MS. SCULLION:  Same

24               objections.

25

Page 98

1    BY MR. KARP:

2          Q.      Correct?

3          A.      I'm unable to speak to that

4    unless I am in front of a particular

5    student, because many forms of emotional

6    responses differ between the population of

7    students here.

8          Q.      Is it your position that

9    you're unable to speak to the emotional or

10   mental health of a student unless that

11   student is in front of you?

12                 MS. SCULLION:  Objection to

13              the form of the question.

14                 THE WITNESS:  In response to

15              your question that associates gang

16              trauma, the emotional response of a

17              student is either viewed, observed,

18              or self-reported by the student.

19              So to speak to all students would

20              not be accurate on my behalf.

21   BY MR. KARP:

22          Q.      I want to shift gears a bit.

23   Are Irvington High School students

24   permitted to have their cell phones at

25   school?

CONFIDENTIAL

Page 99

```
 1              MS. SCULLION:  Objection to
 2         the form of the question.
 3              THE WITNESS:  Their parents
 4         may send them to school with a cell
 5         phone.
 6              THE STENOGRAPHER:  I'm sorry,
 7         what was that?
 8              THE WITNESS:  Their parents,
 9         they send them to school with a
10         cell phone.
11  BY MR. KARP:
12       Q.     And is that permitted under
13  Irvington High School policy?
14              MS. SCULLION:  Objection to
15         the form of the question.
16              THE WITNESS:  The policy
17         speaks to many devices that
18         students may have access to.
19  BY MR. KARP:
20       Q.     Cell phones would be one of
21  them?
22       A.     Yes, cell phones would be
23  one of them.
24       Q.     So an Irvington High School
25  is permitted to have his or her cell
```

CONFIDENTIAL

Page 100

1   phone -- or strike that.

2                   Irvington High School

3   students can have their cell phones with

4   them while they are at school, correct?

5        A.        To the best of my knowledge,

6   the policy states that if a student is in

7   possession of a cell phone, it should be

8   stored away and powered off.

9        Q.        Can Irvington High School

10  students have their cell phones out when

11  they are moving from one class to another

12  between periods?

13                  MS. SCULLION:  Objection to

14          the form of the question.

15                  THE WITNESS:  It's not

16          recommended that a student utilize

17          their cell phone during the school

18          day.

19  BY MR. KARP:

20       Q.        If an Irvington High School

21  student has a cell phone out while walking

22  the halls, moving to the next class, will

23  that cell phone be confiscated?

24                  MS. SCULLION:  Objection to

25          the form of the question.

CONFIDENTIAL

---

Page 101

```
 1                THE WITNESS:  There are many
 2           layers that would lead into that.
 3           The question speaks to if a student
 4           has a cell phone walking from class
 5           to class in their bag, then it
 6           would not be confiscated.
 7  BY MR. KARP:
 8        Q.      If the cell phone is visible
 9  when they are -- let me start that question
10  over.  Strike that.
11                If a student is walking from
12  one class to another and has her cell phone
13  out, would that cell phone be confiscated?
14                MS. SCULLION:  Objection to
15           the form of the question.
16                THE WITNESS:  Depending on the
17           use of the cell phone, yes.
18  BY MR. KARP:
19        Q.      So the policy is such that
20  the sighting of a cell phone does not
21  automatically lead to confiscation,
22  correct?
23                MS. SCULLION:  Objection --
24           sorry, objection to the form of the
25           question.
```

---

CONFIDENTIAL

```
                                    Page 102

 1                  THE WITNESS:  I would have to

 2            have what version of the policy

 3            you're speaking about to be able to

 4            answer that question appropriately.

 5   BY MR. KARP:

 6        Q.        And I'm asking about the

 7   policy that you enforce and adhere to as

 8   the principal of Irvington High School.  So

 9   under that policy, if a student were seen

10   using her cell phone while moving between

11   classes, would that cell phone be

12   confiscated?

13                  MS. SCULLION:  Objection to

14            the form of the question.

15                  THE WITNESS:  No, that cell

16            phone would not be confiscated.

17   BY MR. KARP:

18        Q.        Can Irvington High School

19   students use their cell phones during their

20   lunch period?

21        A.        It's not recommended that a

22   student utilize their cell phone at any

23   time during the school day.

24        Q.        If Irvington High School

25   have their cell phones out and are using
```

Page 103

1    them during lunch, would they be
2    confiscated?
3            A.       No.
4            Q.       Can Irvington High School
5    students use their cell phones after school
6    during extracurricular activities?
7                    MS. SCULLION:  Objection to
8            the form of the question.
9                    THE WITNESS:  I would hope
10           that they're not utilizing their
11           phone during practice.  That would
12           be my hope.
13   BY MR. KARP:
14           Q.       If they were caught using
15   their cell phones during football practice
16   or dance practice or something like that,
17   would their cell phones be confiscated?
18                    MS. SCULLION:  Objection to
19           the form of the question.
20                    THE WITNESS:  So that would be
21           a multilayered, because a student
22           not involved in the team can view
23           the practice in the bleachers and
24           they would be utilizing their cell
25           phone because that particular

CONFIDENTIAL

Page 104

1           student's school day has concluded.
2           The activity may be still ongoing,
3           and I would hope, again, that
4           during practice of any sort of
5           competition that no one is
6           utilizing the phone during that
7           time.
8    BY MR. KARP:
9           Q.      I'm going to hand you tab 17
10   which we will mark as --
11              MS. SCULLION:  Thank you.
12              MR. KARP:  I think I handed
13          you an extra copy.
14              MS. SCULLION:  You did.
15              MR. KARP:  Thanks.  We will
16          mark this as Exhibit 7.
17                  - - - - -
18              (Email dated 9/11/23 Bates
19          BW__Irvington00072950 marked
20          Mangan Exhibit 7 for
21          identification.)
22                  - - - - -
23   BY MR. KARP:
24           Q.      This is an email from Joseph
25   Romano to you dated September 11, 2023.

CONFIDENTIAL

Page 105

1                    Do you see that?
2        A.        Yes.
3        Q.        The subject line is cell
4    phones.
5                    Do you see that?
6        A.        Yes.
7        Q.        Okay.  Do you recall
8    receiving this email?
9        A.        I vaguely recall this email,
10   but ...
11       Q.        And what -- who is
12   Mr. Romano?
13       A.        Mr. Romano is a business
14   teacher here at Irvington High School.
15       Q.        Is he still a teacher here?
16       A.        Yes, he's a veteran teacher
17   here.
18       Q.        Mr. Romano wrote to you, "Hi
19   Mr. Mangan, Last Tuesday you told us not to
20   take cell phones and I will comply with
21   that but did you know that this is contrary
22   to the Irvington District Student Code of
23   Conduct."
24                    Do you see that?
25       A.        Yes.

CONFIDENTIAL

Page 106

```
 1          Q.        What's the answer to
 2   Mr. Romano's question?
 3                    MS. SCULLION:  Objection to
 4           the form of the question.
 5                    THE WITNESS:  The answer to
 6           your question is, yes, I remember
 7           it.
 8   BY MR. KARP:
 9          Q.        Were you aware of
10   Irvington's -- strike that.
11                    Mr. Romano referred to the
12   Irvington District Student Code of Conduct,
13   correct?
14          A.        Yes.
15          Q.        And were you aware of that
16   at the time that Mr. Romano sent you this
17   email?
18                    MS. SCULLION:  Objection to
19           the form of the question.
20                    THE WITNESS:  Was I aware of
21           the District Student Code of
22           Conduct at the time of this email?
23   BY MR. KARP:
24          Q.        Yes.
25          A.        Yes.
```

CONFIDENTIAL

1          Q.          And were you aware of the

2    district's policy on cell phones at the

3    time that Mr. Romano wrote you?

4          A.          Yes.

5          Q.          And Mr. Romano refers you to

6    the prohibited items section of the Student

7    Code of Conduct, which says, "We understand

8    that cell phones are prevalent in today's

9    society; if students bring cell phones to

10   school, they should be concealed and turned

11   off.  If any staff member sees or hears a

12   cell phone, the phone will immediately be

13   taken away and given to an administrator.

14   Parents may be required to pick it up."

15                     Do you see that?

16         A.          Yes.

17         Q.          That is the district's

18   policy?

19         A.          That is part of the policy.

20         Q.          As principal of Irvington

21   High School, you told teachers not to

22   confiscate cell phones?

23         A.          Yes.

24         Q.          Why?

25         A.          At my discretion, I advised

CONFIDENTIAL

Page 108

1    the teachers to limit the interactions of

2    students that may occur when trying to

3    confiscate a cell phone and initiated a

4    supportive response where they would reach

5    out if they had an infraction with a

6    student who did not comply.  So I didn't

7    want them to be, them the teachers to stop

8    instruction to engage with the student

9    to -- who is not compliant with putting the

10   cell phone away.

11          Q.       As principal of Irvington

12   High School, have you considered measures

13   to curb cell phone use at the high school?

14          A.       I've considered some ideas.

15          Q.       Have you considered lockers

16   or pouches that students could use to store

17   their cell phones during the day?

18                   MS. SCULLION:  Objection to

19          the form of the question.

20                   THE WITNESS:  We've provided

21          students with lockers, yes.

22   BY MR. KARP:

23          Q.       And those are lockers

24   specifically for their cell phones?

25          A.       Lockers specifically for the

Page 109

1   students' possessions.

2          Q.      Where students could keep

3   their cell phones?

4          A.      That --

5                  MS. SCULLION:  Objection to

6              form -- sorry, objection to the

7              form of the question.  Go ahead.

8                  THE WITNESS:  That would be an

9              area, one of the areas that would

10             conceal what is said to be the

11             electronic device.

12  BY MR. KARP:

13         Q.      Do all Irvington High School

14  students have lockers?

15         A.      Yes, all Irvington High

16  School students have access to their own

17  individual lockers.

18         Q.      Could Irvington High School

19  institute a policy where students are

20  required to keep their cell phones in their

21  lockers during the day?

22                 MS. SCULLION:  Objection to

23             the form of the question.

24                 THE WITNESS:  Could we, I'm

25             not sure if it's my purview to say

CONFIDENTIAL

```
                                        Page 110

 1              could we, but, yes, there could be
 2              a discussion around that.
 3    BY MR. KARP:
 4         Q.       As principal of Irvington
 5    High School, can you implement certain
 6    policies above and beyond what the district
 7    has required through its policies?
 8         A.       Yes.
 9         Q.       I'm handing you tab 18,
10    which we will mark as Exhibit 8.  This is
11    an email dated November 27, 2023.  Do you
12    see that, Mr. Mangan?
13         A.       Yes.
14                       - - - - -
15              (Email dated 11/27/23 Bates
16              BW__Irvington00192406 to 00192409
17              marked Mangan Exhibit 8 for
18              identification.)
19                       - - - - -
20    BY MR. KARP:
21         Q.       The subject of this email is
22    parent survey.
23              Do you see that?
24         A.       Yes.
25         Q.       This is from sdays@Irvington
```

CONFIDENTIAL

Page 111

1    and you are the recipient.

2                    Do you see that?

3         A.        Yes.

4         Q.        Who sent you this email?

5         A.        Ms. Days is an inclusion

6    teacher here at Irvington High School.

7         Q.        Do you know if this parent

8    survey was ever sent out to parents?

9         A.        I can't quite recall if this

10   was sent out.

11        Q.        During your time as

12   principal of Irvington High School, have

13   you sent out surveys to parents of

14   Irvington High School students?

15        A.        Yes.

16        Q.        How often do you survey the

17   parents of Irvington High School students?

18                  MS. SCULLION:  Objection to

19            the form of the question.

20                  THE WITNESS:  I attempt to

21            survey parents as many

22            opportunities that may occur.

23   BY MR. KARP:

24        Q.        For the 2023-2024 school

25   year, can you give me a rough estimate of

CONFIDENTIAL

Page 112

1    how many parent surveys you conducted?

2           A.        Every interaction with a

3    parent is a form of a survey.  So there may

4    be a large number of surveys that was

5    conducted formally and informally.

6           Q.        For the 2023-2024 school

7    year, approximately how many parent survey

8    forms were sent out to parents to complete?

9           A.        I'm unaware --

10                   MS. SCULLION:  Objection to

11             the form of the question.  Go

12             ahead, please.

13                   THE WITNESS:  I'm unaware to

14             answer the amount of forms that may

15             have been sent to parents in any

16             capacity.

17    BY MR. KARP:

18           Q.        If parents -- or strike

19    that.

20                   To the extent that you have

21    used parent survey forms, what have you

22    done with the forms that parents have

23    returned?

24           A.        That question is very vague,

25    so the form of surveys digitally or the

Page 113

1   form of surveys verbally?

2          Q.      Let me ask a better

3   question.  To the extent that parents have

4   completed and returned any survey forms

5   that you have sent out, where would those

6   survey forms be kept or maintained?

7          A.      Again, depending on the

8   capacity of the survey, teachers,

9   administrators, deans, social workers,

10  school counselors have the ability to

11  create a survey pertinent to the necessary

12  information, send it around, any particular

13  event.  So I'm unaware to speak to where

14  all of the parent surveys would be housed

15  and kept, outside of the ones that centered

16  around the needs of the administrative

17  team.

18         Q.      And for those that centered

19  around the needs of the administrative

20  team, where would those be kept?

21         A.      Primarily in the Google

22  suite.

23         Q.      Okay.  Those would be Google

24  Forms, Google spreadsheets, along the lines

25  of what we discussed earlier?

CONFIDENTIAL

Page 114

1            A.       Yes.

2            Q.       Let's turn to the second

3       page of this document.  The second question

4       listed is, "I'm very concerned about," and

5       then parents are asked to check all that

6       apply.

7                    Do you see that?

8            A.       Yes.

9            Q.       And parents were asked if

10      they were very concerned about their

11      child's safety at IHS.

12                    Do you see that?

13                    MS. SCULLION:  Objection to

14           the form of the question,

15           mischaracterizes testimony,

16           mischaracterizes the document,

17           foundation.

18      BY MR. KARP:

19           Q.       Do you need me to repeat the

20      question?

21           A.       Yes.

22           Q.       Parents were asked, I'm very

23      concerned about, and then they were given

24      several options.

25                    Do you see that?

Page 115

1          A.        Yes.

2          Q.        One of the options is my

3    child's safety at Irvington High School?

4          A.        Yes.

5          Q.        Do you recall whether

6    parents actually responded to this survey?

7          A.        No, no, I don't recall if

8    parents responded to this survey.

9          Q.        Why were parents at

10   Irvington High School students being asked

11   if they were very concerned about their

12   child's safety?

13                MS. SCULLION:  Objection to

14            the form of the question,

15            mischaracterizes the document.

16            Counsel, he has testified he

17            doesn't even know if this was sent

18            out.  Your question assumes that it

19            was.  That is the nature of the

20            objection.

21                MR. KARP:  I understand your

22            objection and please limit it to

23            form.  Thank you.

24                THE WITNESS:  I'm unaware of

25            the origination or the reasons why

Page 116

1              this form was created.  I don't
2              recall this form ever moving past
3              probably this origination.  I don't
4              recall.
5    BY MR. KARP:
6         Q.       Have you ever asked an
7    Irvington High School student -- strike
8    that.
9              Have you ever asked the
10   parent of an Irvington High School student
11   whether he or she has concerns about the
12   safety of his or her child while at
13   Irvington High School?
14        A.       Yes, I've asked a parent
15   that question before.
16        Q.       What prompted you to ask
17   that question?
18        A.       We're in a customer service
19   business here at Irvington High School and
20   providing a platform where parents can
21   express a bevy of whatever concerns they
22   may have had during their child's tenure.
23   So if a student is a senior, they have had
24   many experiences during that time.  So I
25   want to give an opportunity for the parent

CONFIDENTIAL

Page 117

1   to engage in their experience as a parent

2   and also what they learned from interacting

3   with their scholar.

4           Q.      Have parents of Irvington

5   High School students told you that their

6   children don't feel safe while coming to

7   school?

8           A.      Yes.

9           Q.      Let's shift gears a bit, Mr.

10  Mangan.  As principal of Irvington High

11  School, do you receive a salary?

12                  MS. SCULLION:  Andrew, may I

13              ask that this be taken down, since

14              we're not talking about it?

15                  MR. KARP:  Sure.  We can take

16              that document down and you can put

17              that to the side.

18                  THE WITNESS:  Okay.  Thank

19              you.

20                  MS. SCULLION:  I apologize.

21  BY MR. KARP:

22          Q.      A lot of papers.

23          A.      It's all right.

24          Q.      I'll reask my question.  Mr.

25  Mangan, as principal of Irvington High

CONFIDENTIAL

Page 118

1    School, do you receive a salary?

2          A.        Yes.

3          Q.        Do you also receive

4    benefits?

5          A.        I would hope so, yes.

6          Q.        Those benefits include

7    health insurance?

8          A.        Yes.

9          Q.        Do you know what other

10   benefits you are offered as principal?

11         A.        To be quite fair, no.

12         Q.        Without getting into the

13   specifics of what you're paid, how is your

14   salary determined?

15         A.        I'm unaware of how the

16   district came up with the salary.  But to

17   my experience in education, 19 years, 11 in

18   any form of leadership, I believe that may

19   have been taken into consideration.  But I

20   can't speak to the thought of it, but I can

21   definitely speak to the signature of

22   accepting it.

23         Q.        Once you became principal,

24   did you become a part of a step

25   compensation program in the subsequent

CONFIDENTIAL

Page 119

1  years that would reflect increases in pay

2  over time?

3                    MS. SCULLION:  Objection to

4          the form of the question.

5                    THE WITNESS:  Is there a

6          salary guide and did I follow a

7          particular step is what you're

8          asking me?

9  BY MR. KARP:

10         Q.        That is a better way to put

11  it, yes.

12         A.        I would believe so, yes.

13         Q.        As principal, do you get

14  paid more for doing a better job?

15                    MS. SCULLION:  Objection to

16          the form of the question.

17                    THE WITNESS:  There is no

18          merit-based incentives tied to this

19          employment that I'm aware of.

20  BY MR. KARP:

21         Q.        Does your salary depend at

22  all on whether there were two cheating

23  incidents that occurred in a school year or

24  15 cheating incidents that occurred in a

25  school year?

CONFIDENTIAL

```
                                        Page 120

 1                   MS. SCULLION:  Objection to

 2              the form of the question.

 3                   THE WITNESS:  I'm not sure of

 4              the connection between the salary

 5              and that, so I'm unaware of how to

 6              answer that.

 7    BY MR. KARP:

 8         Q.        Is your -- strike that.

 9                   How, if at all, do the tasks

10    you do every day as principal affect the

11    salary that you are paid at the end of the

12    year?

13                   MS. SCULLION:  Objection to

14              the form of the question.

15                   THE WITNESS:  I just want to

16              make sure the question is clear.

17              Are you asking does the salary

18              represent the body of work that's

19              done during a particular day?  I

20              just want to clarify that before I

21              answer.

22    BY MR. KARP:

23         Q.        That is what I'm asking.

24         A.        Yeah, I don't believe that

25    I'm paid enough for the work that I have to
```

CONFIDENTIAL

Page 121

1    do outside of leadership instruction,

2    coaching, and modeling academic achievement

3    and closing achievement gaps and providing

4    instructional support to staff and

5    encouraging parents and families to develop

6    instructional supports outside of school, I

7    think that fits, but the other things that

8    interfere with the day leads to work being

9    done well after the school day.  So does

10   the salary compensate for that, no, I think

11   the love does.

12          Q.     As principal of Irvington

13   High School, do you evaluate the

14   performance of teachers at Irvington High

15   School?

16          A.     Yes, we have an evaluation

17   model here in the district.

18          Q.     And how often do you

19   evaluate teacher performance at Irvington

20   High School?

21          A.     Evaluation is done at many

22   touch point opportunities, often.

23          Q.     In terms of a formal

24   evaluation, is that done annually?

25          A.     A formal evaluation for a

CONFIDENTIAL

Page 122

1    teacher is done at multiple times annually.

2            Q.      Approximately how many

3    formal evaluations does a teacher receive,

4    an Irvington High School teacher receive in

5    an academic year?

6            A.      If a teacher is nontenured,

7    which is less than four years and a day,

8    that teacher will receive a minimum of

9    three formal evaluations.  If a teacher is

10   tenured, plus four years and one day, they

11   would receive two minimum formal

12   evaluations.

13           Q.      So Irvington High

14   School's -- strike that.

15                   Irvington High School

16   teachers receive a minimum of two formal

17   evaluations each year; is that fair?

18           A.      If they're tenured teachers

19   or a veteran teacher, long-standing

20   employment within the district in the same

21   capacity.  If they're nontenured, they

22   would receive a minimum of three formal

23   evaluations.

24           Q.      How, if at all, do those

25   evaluations impact a teacher's

```
                                     Page 123
 1   compensation?
 2              MS. SCULLION:  Objection to
 3        the form of the question.
 4              THE WITNESS:  The evaluation,
 5        to my understanding, has no
 6        correlation to their salary which
 7        would lend a merit pay.  There is
 8        no merit pay-based salaries.
 9   BY MR. KARP:
10        Q.     Shifting gears a bit, Mr.
11   Mangan, do you use social media in your
12   personal life?
13        A.     Yes.
14        Q.     Do you have social media
15   accounts?
16        A.     Yes.
17        Q.     What social media accounts
18   do you have?
19        A.     In terms of platforms?
20        Q.     Yes.
21        A.     Facebook, and I'm only
22   responding to the ones that I remember that
23   I use frequently.  But Facebook, Instagram,
24   YouTube, TikTok, I have a SnapChat account.
25   I have a LinkedIn.  X, formerly Twitter.  I
```

CONFIDENTIAL

Page 124

1   said LinkedIn, right?

2          Q.        You did.

3          A.        All right.  I like that one

4   the most.  Those are the ones that jump out

5   right now that I have access.

6          Q.        You may have other social

7   media accounts that you're not recalling?

8          A.        No, names change so often,

9   so I just want to be able to speak to that.

10          Q.        When did you create your

11   Facebook account?

12          A.        I remember being in college.

13          Q.        If I may ask, roughly when

14   was that?

15          A.        I can't quite recall the

16   exact.

17          Q.        We could look at your

18   résumé.

19          A.        Yeah.

20          Q.        So when you were in college,

21   you created your Facebook account, correct?

22          A.        It was well after 2002, I

23   can say that.

24          Q.        You still use Facebook

25   today?

CONFIDENTIAL

Page 125

1          A.       Yes.

2          Q.       How often?

3          A.          I can't really put a time on

4    it, sporadically, depending on the function

5    of my time, if I'm down, I might go on

6    Facebook.

7          Q.       Do you use it every day?

8          A.          I look at it, minimum once a

9    day.

10         Q.       Do you post to Facebook?

11         A.       Yes.

12         Q.       Do you use -- strike that,

13   sorry.

14                  How would you describe your

15   general use of Facebook?

16                  MS. SCULLION:  Objection to

17            the form of the question.

18                  THE WITNESS:  Celebratory

19            interactions with people I've met

20            over time from as long as any type

21            of school history, from

22            adolescentship to adulthood

23            schooling, that would be the

24            general basis.

25

Page 126

1   BY MR. KARP:

2          Q.        You said you have an

3   Instagram account as well?

4          A.        Yes.

5          Q.        Do you recall when you

6   created that?

7          A.        No.

8          Q.        Do you recall if that was

9   ten years ago or in the last few years?

10         A.        It's -- I've had it for

11  quite some time.

12         Q.        How often do you use

13  Instagram?

14         A.        That's a little less than

15  Facebook, but -- and I can't put a number,

16  minimum, at least one time a day, minimum,

17  I guess.

18         Q.        Did you -- do you recall if

19  you had a Facebook account in 2023?

20         A.        Yes.

21         Q.        You would have created it

22  before 2023?

23         A.        Yes.

24         Q.        I apologize, I got a bit

25  turned around.  I meant to ask about

CONFIDENTIAL

Page 127

1   Instagram.  Did you have an Instagram in

2   2023?

3           A.      Yes.

4           Q.      And do you recall whether

5   you created that Instagram account before

6   2023?

7           A.      Before 2023, yes.

8           Q.      Why did you create an

9   Instagram account?

10          A.      I don't recall the reasons

11  why I created an Instagram.  I don't have a

12  specific, oh, I need to do this for this.

13  I don't recall.

14          Q.      You mentioned that you have

15  a YouTube account?

16          A.      Yes.

17          Q.      When did you create your

18  YouTube account.

19          A.      It was around the time I

20  have been coaching, so in between 2005 to

21  present.

22          Q.      Is when you created it?

23          A.      I want to utilize the time I

24  have been coaching, I don't remember the

25  exact annual date.

CONFIDENTIAL

Page 128

1          Q.          Sorry, I didn't mean to cut
2     you off.
3          A.          I don't remember the exact
4     annual date.
5          Q.          Do you post videos to your
6     YouTube account?
7          A.          What do you categorize as
8     posting videos?  Like, I have a channel
9     where I store videos, like, coaching videos
10    and things like that.  Needed to utilize
11    YouTube videos to upload something for grad
12    school.  So in terms of posting it, in
13    terms of, like, me putting on, like, a
14    stream, no.
15         Q.          So you store football
16    related videos -- or strike that.
17                     You store football coaching
18    videos on a particular YouTube channel; is
19    that correct?
20         A.          Coaching videos between
21    multiple sports.
22         Q.          Okay.  So not just football.
23    And you have also used your YouTube account
24    to post videos for academic purposes in
25    relation to grad school?

CONFIDENTIAL

Page 129

```
 1           A.        Utilized the platform to

 2    create a link, yes, to house a video to

 3    share with the professor or student group,

 4    yes.

 5           Q.        Do you still use YouTube

 6    today?

 7           A.        Sporadically.

 8           Q.        How do you use it today?

 9           A.        Viewing, music.

10           Q.        What else are you viewing on

11    YouTube, if anything?

12                     MS. SCULLION:  Objection to

13              the form.

14                     THE WITNESS:  I view just the

15              feeling of the interest.  I can't

16              really speak to that right now.

17    BY MR. KARP:

18           Q.        You mentioned that you have

19    a TikTok account?

20           A.        Yes.

21           Q.        When did you create that?

22           A.        When I created it, I don't

23    remember.

24           Q.        Could you estimate or

25    approximate?
```

Page 130

```
1        A.      No, I would have to look
2   like to see how far, how long I have been a
3   member.  I don't remember.  It was created
4   over time as well.
5        Q.      Do you know if it was
6   created within the last few years?
7        A.      A few is, like, it could be
8   three to five, probably longer than that.
9   I don't recall.  I don't -- it might have
10  been pandemic, I don't recall.  Whenever
11  the reels started to take off.
12        Q.      Do you still use TikTok
13  today?
14        A.      Sporadically.
15        Q.      Roughly how often?
16        A.      Minimum one time a day.
17        Q.      Do you post any content to
18  TikTok?
19            MS. SCULLION:  Objection to
20        form.
21            THE WITNESS:  I don't believe
22        I'm that frequent on TikTok.  I'm
23        more viewing.  I can't say that I
24        did not post on TikTok before.  I
25        can't quite -- I don't know if it
```

CONFIDENTIAL

                                                        Page 131

1                was tagged to another account,
2                linked to another account, I don't
3                know.
4     BY MR. KARP:
5           Q.        You said you have a SnapChat
6     account?
7           A.        That's a little yellow
8     thing, right?
9           Q.        Yes.
10          A.        I believe so, yes.
11          Q.        Do you recall when you
12    created that account?
13          A.        No.
14          Q.        Can you approximate or
15    estimate?
16          A.        No.
17          Q.        Do you know if that was
18    within the last three years?
19          A.        It may have been outside of
20    that, it may have been, I don't remember.
21          Q.        Do you use SnapChat today?
22          A.        No.  That could be one time,
23    I don't know, I don't want to misspeak.  I
24    might have clicked it by accident, here it
25    is, in the last couple of months, I don't

CONFIDENTIAL

Page 132

1    remember.

2          Q.       You said you have a

3    LinkedIn?

4          A.       Yes.

5          Q.       When did you create your

6    LinkedIn?

7          A.       I don't quite recall, but it

8    was centered around my professional work

9    environment, so, anywhere within that time.

10         Q.       When you say, "within that

11   time," what do you mean?

12         A.       Professional work

13   environment, from 2005 to the present.

14         Q.       So you might have created

15   your LinkedIn sometime between 2005 and the

16   present?

17         A.       And I'm only going that far

18   back, because that's when I started working

19   in education, yes.

20         Q.       How often do you use

21   LinkedIn?

22         A.       Often, it's like my number

23   two maybe.

24         Q.       Facebook is your number one?

25         A.       Like I say, Facebook and

CONFIDENTIAL

Page 133

1   Instagram is like a tie, but, it's like,

2   yeah.

3                    THE STENOGRAPHER:  It's like a

4         what?

5                    THE WITNESS:  Like a tie.

6   BY MR. KARP:

7         Q.        And you said, lastly, you

8   said you have an X account formerly known

9   as Twitter, correct?

10        A.        Yes.

11        Q.        You have an X account?

12        A.        Yes.

13        Q.        How often do you use X?

14        A.        Often.

15        Q.        When did you create your X

16  account?

17        A.        I don't recall.  It's in

18  that same platform of window of time.

19  Coaching, I don't recall.

20        Q.        Roughly how often do you use

21  X today?

22        A.        Minimum one time a day.

23        Q.        Do students at Irvington

24  High School have X accounts?

25                   MS. SCULLION:  Objection to

CONFIDENTIAL

Page 134

1           form and foundation.

2                 THE WITNESS:  I'm not sure of

3           how many students may have an

4           account, but they may have

5           accounts.

6    BY MR. KARP:

7         Q.      Sitting here today, do you

8    know what social media accounts or

9    platforms Irvington High School students

10   have?

11        A.      I know they have access to

12   all of the social media accounts in some

13   particular form or fashion that they choose

14   to.  I'm not sure how many or what the most

15   popular or underpopular social media

16   account.

17        Q.      If I identified a student to

18   you, would you have a record of what social

19   media accounts that student has?

20                MS. SCULLION:  Objection to

21           form.  Incomplete hypothetical.

22                THE WITNESS:  Potentially

23           maybe, maybe not, I'm not sure.

24   BY MR. KARP:

25        Q.      To your knowledge, does

CONFIDENTIAL

Page 135

1  Irvington High School track which students

2  at Irvington High School have which social

3  media accounts?

4          A.        To my knowledge, I could not

5  speak to answering that question.

6                  MR. KARP:  I'm at a good

7          stopping point.  I think I'm

8          probably done with my questioning.

9          I just need to confer with the

10         folks on my end.

11                 MS. SCULLION:  Okay.  Do we

12         need a break?

13                 MR. KARP:  Off the record.

14                 THE VIDEOGRAPHER:  The time

15         right now is 11:50 a.m.  We are off

16         the record.

17                      - - - - -

18      (A recess was taken at this time.)

19                      - - - - -

20                 THE VIDEOGRAPHER:  The time

21         right now is 12:08 p.m.  We're back

22         on the record.

23  BY MR. KARP:

24          Q.        Mr. Mangan, welcome back.

25          A.        Thank you.

CONFIDENTIAL

Page 136

1          Q.        Let's turn back to Exhibit
2    5.  Do you have a copy of that in front of
3    you?
4          A.        Yes.
5          Q.        And I'll direct you to
6    question 11.  And let's look at the second
7    paragraph of the response here.  That
8    reads, "During the 2023-2024 school year,
9    Irvington High School encountered three
10   significant security incidents involving
11   outsiders that required it to halt normal
12   school activities campus-wide."
13                   Do you see that?
14         A.        Yes.
15         Q.        I'm going to break this down
16   a little bit.  "The first incident occurred
17   on school grounds and prompted a shelter in
18   place to ensure the safety of all students
19   and staff.  Feuds between students on
20   Instagram led to a melee that was this
21   first incident.  This melee was captured on
22   Instagram Live and shared throughout
23   Instagram."
24                   Do you see that?
25         A.        Yes.

Page 137

1          Q.        Are you familiar with that
2    incident?
3          A.        Yes.
4          Q.        How did you become aware of
5    this incident?
6          A.        I had to respond to it.
7          Q.        You were principal at the
8    time?
9          A.        Yes.
10         Q.        And what is a shelter in
11   place?
12         A.        A shelter in place is a form
13   of a safety drill.
14         Q.        What's written here is that,
15   Feuds between students on Instagram led to
16   a melee that was this first incident."
17                   Do you see that?
18         A.        Yes.
19         Q.        Students at Irvington High
20   School were fighting and posting their
21   fights to Instagram; is that right?
22         A.        Partly, yes.
23         Q.        What is meant by, "Feuds
24   between students on Instagram led to a
25   melee that was this first incident"?

Page 138

1          A.          What is meant by that is

2     this.  There was a student involved in a

3     tragic car accident in which the student

4     lost his life.  There were four current

5     students in that said car which was a

6     stolen vehicle.  The vehicle collided with

7     a garbage truck at the early hours of the

8     morning as the vehicle traveled through an

9     intersection.

10               One of the students in car,

11    unfortunately, succumbed to his injuries

12    and passed away.  Students became informed

13    of this tragedy through a posting on social

14    media from the survivors in the car

15    accident.  Students then began to

16    communicate via the social media streams of

17    Instagram via posting, responding to

18    postes -- or posts or commenting -- I'm

19    sorry, excuse me, responding and commenting

20    on the posts their sorrow and grief of the

21    student who tragically lost his life, which

22    led to members or friends of the individual

23    speaking that if you did not know or speak

24    or interact with this student, you should

25    not be posting any form of support in this

CONFIDENTIAL

Page 139

1  student's memory.

2                  That led to students being

3  displeased on their nature of grief.  And

4  during that time, students began to feud

5  verbally via video and via a group message

6  and other features that exist on the

7  platforms where students weren't provided

8  the appropriate means of counseling and

9  support in person through, you know,

10  through school.

11                  And these students then

12  started to categorize themselves into

13  groups where you were the friend and you

14  weren't the friend and which led to two

15  students interacting in a stairwell in the

16  hallway where it poured -- outpoured into

17  the response via social media with students

18  were being informed that these interactions

19  were occurring via video, live stream

20  video.  And this video then prompted

21  students to get up out of the class,

22  because they received a notification that

23  this particular student went live, and

24  unbeknownst to the many instructions of the

25  adults to sit down, where are you going,

CONFIDENTIAL

Page 140

1   those students met in a stairwell and

2   instituted a large physical altercation

3   centered around who was friends or foes of

4   the student who tragically lost his life.

5         Q.      First of all, it is

6   absolutely terrible that that student lost

7   his life in that car accident and I'm sorry

8   that that happened and that the Irvington

9   High School community had to deal with

10  that.  I'm sorry for that individual's

11  family.

12              I have a couple of

13  follow-ups about what you just shared.  The

14  large altercation that you mentioned in

15  this stairwell, is that the melee that's

16  referred to in this statement?

17        A.      During that period of time,

18  yes.

19        Q.      So if I'm understanding you

20  correctly, this horrible and tragic car

21  accident takes place, various Irvington

22  High School students are posting about the

23  accident and grieving, they're commenting

24  on posts, that leads students to react and

25  say, you didn't know this student, you

CONFIDENTIAL

Page 141

1  weren't really his friend, and similar

2  comments.  I'll just pause there.  Is that

3  right so far?

4          A.      That is fairly consistent.

5          Q.      And what happened as a

6  result of that is students at Irvington

7  High School started arguing over Instagram,

8  sometimes over video, sometimes in group

9  chat sending messages to each other, about

10  whether people actually knew the victim of

11  this accident and should be making these

12  posts to social media; is that right?

13          A.      Yes.

14          Q.      And then that ultimately led

15  to a large in-person fight or altercation

16  at Irvington High School in the stairwell;

17  is that right?

18          A.      I just want you to restate

19  that so that I can be 100 percent sure how

20  to answer your question.

21          Q.      Sure.  What I was describing

22  about the posts and the comments and these

23  messages that were being sent in group

24  chats and these videos over which students

25  were fighting with each other led to an

CONFIDENTIAL

Page 142

1    in-person altercation at Irvington High
2    School in the stairwell; is that right?
3           A.       The opportunity to respond
4    to the posts intensified the response of
5    the students, which led to that opportunity
6    that occurred here.  And I must clarify
7    that this tragic accident occurred when we
8    were on a fall break, familiarity of this
9    event, it was I believe an election time,
10   November, that first Tuesday, whatever
11   Tuesday in November.  Students were home
12   and the young man and his friends were out
13   of school and they returned back to school,
14   if I had the date accurately correct,
15   November the 13th or 15th, around that
16   time.  The students were then already
17   feuding via social media and we became
18   informed of that through our interactions
19   with a large majority of the members
20   involved in the physical altercation.
21          Q.       To the extent that students
22   were posting and commenting on social
23   media, did you see any of those posts
24   firsthand?
25          A.       I was led to be privy to

CONFIDENTIAL

Page 143

1   some of the interactions of those comments

2   and the responses, which prompted the

3   inability to implement conflict measures in

4   person.  They were attempting to utilize

5   the platform to solve what the disagreement

6   was through the features, such as comments,

7   likes, shares, tags.  Those instances were

8   including students who had nothing to do

9   with said incident, prompted many responses

10  such as students having to transfer out and

11  move out of state because of what occurred

12  during that time.  And even the individuals

13  who were in the car accident, we had to

14  provide support for those students due to

15  the nature of attention that the incident,

16  you know, broadcast.

17       Q.       And my question was simply

18  whether you firsthand saw any of the posts

19  or messages or videos that you believe led

20  to this -- this incident?

21       A.       Yes.  And my response was

22  just broadened on, just the multiple layers

23  of what was viewed, observed, and

24  experienced during that time amongst a

25  stakeholdership of people, yes.

CONFIDENTIAL

Page 144

1          Q.       So you actually saw some of
2     these posts?
3               A.       I --
4                    MS. SCULLION:  Objection.
5               Asked and answered.
6                    THE WITNESS:  Yes, I've,
7               again, through the unfolding of
8               which led to the melee, yes, I've
9               saw some of the artifacts.
10    BY MR. KARP:
11         Q.       Instagram is identified in
12    this response.  Did you view these posts on
13    Instagram?
14         A.       I viewed these posts in one
15    of the platforms via, yes, Instagram.
16         Q.       There are another two
17    incidents that are listed here.  The
18    response goes on to say, "The other two
19    incidents originated in the community and
20    were linked to interactions on Instagram.
21    These social media exchanges among students
22    led to substantial safety concerns,
23    prompting the school to conduct a
24    comprehensive safety drill."
25                    Do you see that?

CONFIDENTIAL

Page 145

1          A.        Yes.

2          Q.        Are you familiar with these

3    other two incidents?

4          A.        Yes, vaguely, one stands out

5    more than the other.

6          Q.        Okay.  Let's take them one

7    by one.  You can start with whichever one

8    you choose, can you tell me about one of

9    the incidents that's referred to here?

10         A.        Yes.  A student in gym class

11   towards the end of the day, and I may have

12   to work backwards, was in a group chat with

13   students via the social media platform.

14   And in the messaging of the group chat,

15   there was an alleged vehicle occupied by

16   some students who weren't students here at

17   Irvington High School, masked, and was

18   going to attempt to shoot near or during

19   the after-school dismissal.  And the

20   students in the group chat was upset that

21   one member in the community of the

22   conversation reported, which prompted the

23   lockdown and the delayed and staggered

24   dismissal and the response from our

25   community partners, such as the Irvington

CONFIDENTIAL

Page 146

1　Police Department and neighboring

2　municipalities.  There was a car on the

3　premises and while it was approached in

4　some regard by those partners, the car did

5　speed away and traveled in a direction away

6　from the school, which led to be in direct

7　response of what was posted in the group

8　chat.  And we had to initiate a response

9　and notify the families that this did

10　occur.

11　　　　　　　　The second incident was

12　similar to that, an incident occurred in

13　Newark, which spilled into, because we

14　share borders in many parts of our

15　community with Newark.  They spilled into

16　the Irvington area, which led to a safety

17　drill being implemented in response to the

18　activity that was occurring in Newark.

19　　　　　　　　Students were interacting in

20　an attempt to broadcast this incident,

21　instead of initiating a response of

22　shelter, because the individual was in

23　possession of a weapon on school grounds

24　trying to evade a group of individuals

25　pursuing him.  He ended up gaining access

Page 147

```
 1   to our property via a brook, it was a body
 2   of water that flows between the two parking
 3   lots of the school.  He climbed up the
 4   structure of the brook, the fence at a
 5   residential street behind the school, then
 6   hopped the fence trying to avoid and evade
 7   the individuals who were trying to catch
 8   him.  He was in possession of a weapon on
 9   school grounds.  It was in the middle of
10   dismissal, which prompted a difficult,
11   difficult safety drill where one of the
12   members of the administrative team actually
13   confronted this individual with the said
14   weapon in possession shielding him between
15   himself and the students that were outside
16   until the authorities were able to arrive.
17              The individual was
18   attempting to look over his shoulder
19   multiple times for whomever was pursuing
20   him, the authorities arrived, and that was
21   a situation where students felt a need to
22   glorify its incidents on social media
23   instead of promoting a safe response of
24   going into shelter, students were going
25   live and recording the interactions between
```

CONFIDENTIAL

Page 148

1  the individual and the authorities.

2        Q.        Thank you for all of that

3  information.  As to the first incident that

4  you referred to involving students in gym

5  class who were on a group chat?

6        A.        Okay.

7        Q.        Am I understanding correctly

8  that those students became aware of a

9  potential threat, a car, and a number of

10 people in that car who might bring a weapon

11 into the school; is that correct?

12       A.        That was an event that

13 occurred somewhere else and students here

14 at the high school was on the feuding side,

15 the opposite side.  And the members in the

16 group chat were friends of that particular

17 individual who they were looking for and

18 they were in a group chat discussing how

19 they were going to respond to it.  And then

20 one member of the group chat, a light bulb

21 went on to say, hey, we need to notify

22 someone because this doesn't have anything

23 to truly do with me, and I don't want the

24 group to know that I exposed this

25 information, which was very key, because it

CONFIDENTIAL

Page 149

1    saved an opportunity of a negative

2    infraction.  And the altercation stemmed

3    from something that was going on outside of

4    our school, but the access to communicate

5    during school hours via being placed in the

6    group chat, being notified that this is

7    going to happen, and it actually almost

8    manifested through that opportunity.

9              Q.        I understand.  That group

10    chat could have happened over text message

11    too, correct?

12                      MS. SCULLION:  Objection to

13              form.  Calls for speculation.

14                      THE WITNESS:  So it's key that

15              you ask just that particular

16              question to me.  In my many

17              experiences with just speaking with

18              students in a manner of trying to

19              investigate the how to the

20              situation, a text message means

21              that I have access to your phone

22              number.  There's an interaction,

23              there's a common commodity of

24              people who we may know that will

25              share the phone number between each

CONFIDENTIAL

```
                                    Page 150

 1              other, but social media does not

 2              have that similar opportunity.  If

 3              I engage a person who knows a

 4              person, I can add that person

 5              voluntarily or involuntarily into a

 6              group, which would prompt a

 7              notification which gets them to

 8              respond.  And we can all be in the

 9              class and have no idea of what I'm

10              going to, me, the author of this

11              message chain group, put you all in

12              there to discuss whatever comes

13              about without your permission if I

14              know or they know you have access

15              to a social media account.

16   BY MR. KARP:

17        Q.    The individual who was on

18   this group chat reported that there could

19   potentially be a violent incident; is that

20   right?

21        A.    Yes.

22        Q.    Moving to the other incident

23   that you were telling me about, you said

24   that that took place in Newark or if it

25   originated in Newark?
```

CONFIDENTIAL

Page 151

1          A.          Can you just clarify the
2     three incidents that we spoke about?
3          Q.          So putting aside -- we're
4     not talking about -- or strike that.
5                    I'm only asking about the
6     other two incidents as that term is being
7     used here on the page in the two
8     examples -- or two incidents that you just
9     recounted for me?
10         A.          Yes, at the bottom.
11         Q.          Yes.  And the second one you
12    said originated in Newark and Irvington and
13    Newark share a border, correct?
14         A.          Yes.
15         Q.          And the authorities became
16    aware of this incident because people on
17    social media knew that it was happening and
18    reported it; is that right?
19         A.          The authorities became aware
20    of this incident because we called that
21    there was an intruder on our property.  The
22    social media connection was that students
23    felt it was more glaring and urgent to
24    capture the event than use the appropriate
25    sense of complying with the safety drill,

CONFIDENTIAL

Page 152

1   because they wanted to be the first

2   breaking news of the live video and

3   capturing the video live stream and that

4   part of the school building.

5          Q.      That allowed the

6   administration to become aware of the

7   incident and involve the authorities,

8   correct?

9          A.      The interaction that

10  included the social media was the students'

11  resistance to respond to the shelter in

12  place call that was put in place and now

13  administrators, who are responsible for the

14  lives and souls and safety of students,

15  staff, and stakeholders here at the high

16  school, had to go and inform those

17  students, put your cell phone in your

18  pocket away and let's transition to the

19  safe place instead of recording a live

20  video to capture what was occurring during

21  that ordeal.  That's where Instagram comes

22  from.

23         Q.      If we look at the next

24  question, question 12, there's a statement,

25  "During the 2023-2024 school year,

Page 153

1    Irvington High School experienced one
2    threat of violence that necessitated the
3    cessation of all school activities across
4    the entire campus.  This incident, which
5    was known to our student body and involved
6    a threat of school shooting, required the
7    cessation of all school activities for the
8    entire school campus.  Irvington attributes
9    the incident to social media, specifically
10   Instagram."
11                    Do you see that?
12        A.        Yes.
13        Q.        Are you familiar with this
14   incident?
15        A.        Yes.
16        Q.        Okay.  Is this an incident
17   where a student made a threat to bring a
18   weapon to school?
19        A.        In this particular incident,
20   as I may recall, spoke to the threat of the
21   student being informed that they were going
22   to be an intended target.
23        Q.        The one student posted on --
24   I'm sorry, strike that.
25                    Is it your understanding

CONFIDENTIAL

Page 154

1    that a student at Irvington High School

2    posted a threat on social media that he or

3    she was going to shoot another student or a

4    group of students at Irvington High School?

5              A.        Again, whatever the

6    infraction that led to the response, what

7    was captured via social media helped

8    understand the how.  A student was hit over

9    the head with a weapon that was taken from

10   him with the intent to utilize it on

11   another student, all being captured on

12   social media.  When the student body saw

13   that ordeal that did not originate at the

14   school, it originated somewhere in the

15   community, they prompted a commented

16   response, how did this person who had a

17   weapon get his weapon removed from him and

18   then hit over the head.

19              The student insisted on

20   responding back and forth, which led to

21   them stating that I am going to utilize

22   this said next weapon to address the

23   negative comments that was occurring in

24   this incident.

25              Q.        And then that got reported

CONFIDENTIAL

Page 155

1    to the administration and the

2    administration contacted law enforcement to

3    investigate and address the issue?

4            A.      Yes.

5                    MR. KARP:  No further

6            questions on my end.  Anyone on

7            Zoom have questions before I pass

8            the witness?  We are off the

9            record.

10                   THE VIDEOGRAPHER:  The time

11           right now is 12:33 p.m.  We are off

12           the record.

13                      - - - - -

14       (A recess was taken at this time.)

15                      - - - - -

16                   THE VIDEOGRAPHER:  The time

17           right now is 1:06 p.m.  We are back

18           on the record.

19   BY MS. SCULLION:

20           Q.      Good afternoon, Principal

21   Mangan.

22           A.      Good afternoon.

23           Q.      I would like to ask you a

24   few questions, please.  First, would you

25   remind the jury how long you've worked in

CONFIDENTIAL

Page 156

1    schools?

2          A.      I have been in the

3    educational capacity since September of

4    2005.

5          Q.      How many years have you

6    been -- did you work as a teacher?

7          A.      As a teacher for about, of

8    the 20-year career, give or take five to

9    six years of that time.

10         Q.      Did you also work as a

11   coach?

12         A.      Yes.

13         Q.      How long did you work as a

14   coach?

15               MR. KARP:  Object to form.

16               THE WITNESS:  I worked as a

17         coach beginning in 2005 to 2024.

18               MR. KARP:  Do we have an

19         agreement when I object to form

20         it's on behalf of all Defendants?

21               MS. SCULLION:  Yes.  Thank

22         you.

23               MR. KARP:  Thank you.

24   BY MS. SCULLION:

25         Q.      And how many years have you

CONFIDENTIAL

Page 157

1  worked as a leader in education?

2                    MR. KARP:  Object to form.

3                    THE WITNESS:  As a principal,

4            two years.  In leadership

5            administration since 2013.

6  BY MS. SCULLION:

7        Q.      Principal Mangan, why do you

8  stay in education after all these years?

9        A.      The return on the

10 investment, the relationships, the

11 opportunities, the partnerships, just the

12 ability to change the narrative.

13       Q.      When you say, "change the

14 narrative," what do you mean?

15                   MS. HENRY:  Excuse me, it's

16           muted on the line.

17                   MS. SCULLION:  Thank you.

18                   Can everyone on Zoom hear us

19           now?

20                   MS. ROMEO:  Yes, we can.

21 BY MS. SCULLION:

22       Q.      Thank you.  Let me repeat

23 the question.  What do you mean by, "change

24 the narrative"?

25                   A.      In inner city environments,

CONFIDENTIAL

Page 158

1  there's a category of just the residents in

2  these environments that don't possess the

3  ability to change their socioeconomic

4  structures without support.  I think the

5  true goal of any educator is allowing a

6  student to find purpose to create an

7  opportunity where the student at one

8  particular time or another can assist in

9  changing the dynamic of their family

10  structure through academics and

11  instruction.  Through the ability to

12  display their talents, whether it's through

13  rigor of instruction or through athletic

14  gifted traits.  There's an opportunity for

15  students of all capacities in this

16  community to have an opportunity to write

17  their narrative instead of it being written

18  for them.

19          Q.      And based on your years in

20  education, have you made any observations

21  about whether social media has an impact on

22  your ability to change the narrative?

23                  MR. KARP:  Object to form.

24                  THE WITNESS:  Yes.

25

CONFIDENTIAL

Page 159

1  BY MS. SCULLION:

2        Q.        And what have you observed?

3        A.        I've seen where students

4  would compromise graduation opportunities

5  to support an urge to be informed of what's

6  occurring on a bevy of social media

7  platforms.

8                  I've encouraged students to

9  make great choices with the use of

10  self-control and the ability to choose what

11  is right through integrity choices.  And

12  just in character development, I've seen

13  where these components of social media and

14  just the ability to just conflict with just

15  the opportunity to -- instruction is the

16  key in that moment.  So if we're talking

17  about a school day which, you know, begins

18  at 8:25 and concludes at 2:45, there's many

19  urges for a student to want to peek, pry,

20  comment, post with what's going on with

21  social media.  If there was a true

22  partnership in what it offers, it would be

23  how to minimize that just dopamine effect

24  of wanting to be a part of social media.

25        Q.        And you just testified about

Page 160

1    the peeking and prying and are you talking
2    about peeking and prying in terms of
3    checking social media?
4                    MR. KARP:  Object to form.
5                    THE WITNESS:  Yes, what I'm
6              speaking of is, if I may introduce
7              a recent interaction with a
8              student.  We're in the heart of
9              assessment season here in the state
10             of New Jersey and students are
11             asked to participate in student
12             learning assessments called the New
13             Jersey Student Learning Assessment,
14             the NJSLA, and the 11th grade
15             students are testing in the science
16             component.  And within that science
17             component, there are structures put
18             in place to create a secure testing
19             environment.  This particular
20             student decided to avoid what those
21             structures were, because there was
22             an urge to receive a notification
23             from a social media platform on the
24             release of a said product of that
25             platform where one of the users was

CONFIDENTIAL

Page 161

1          looking for a response.

2                The student was advised on

3          multiple fronts, written and

4          verbal, to if they were in

5          possession of a said electronic

6          device that they should turn it

7          in.  It is a part of the secure

8          testing manual instructions that

9          the administrators and proctors

10          read and the student decided to

11          conceal just that device in a

12          resource dictionary and was

13          waiting for a particular

14          notification to alert the

15          student.

16    BY MS. SCULLION:

17          Q.      I'm sorry, when did this

18    incident happen?

19          A.      Yesterday.

20          Q.      Okay.  And if I understand

21    correctly, the student was using, you said

22    an electronic device, what kind of

23    electronic device?

24                MR. KARP:  Object to form.

25                THE WITNESS:  The student was

CONFIDENTIAL

```
                                    Page 162
 1              utilizing a cell phone, was in
 2              possession of his personal cell
 3              phone.
 4   BY MS. SCULLION:
 5         Q.      Okay.  And you testified to
 6   the student having -- responding to --
 7   sorry, strike that.
 8                  You testified to the student
 9   waiting for, I think, you said a
10   notification from a social media platform;
11   is that correct?
12                  MR. KARP:  Object to form.
13                  THE WITNESS:  Yes, that is
14              correct.
15   BY MS. SCULLION:
16         Q.      Okay.  Do you know which
17   social media platform the student was
18   waiting for a notification from?
19         A.      The student informed me that
20   it was a YouTube notification.
21         Q.      That's what I was going to
22   ask.  So how do you know that the student
23   was waiting for a notification?
24                  MR. KARP:  Object to form.
25                  THE WITNESS:  So when the
```

Page 163

1              student pulled out the electronic
2              device, it was observed by the test
3              proctor and administrator, which
4              prompted a response to confiscate
5              the cell phone from the student.
6              And just in that ordeal or
7              interaction with that student --
8              and I must correct that, this
9              occurred on Monday.
10    BY MS. SCULLION:
11         Q.      Thank you.
12         A.      I must correct that, the
13    days are together for me.  On this
14    particular test date, because we're in day
15    three of testing here.  On the first day of
16    testing this occurred, the student was
17    asked to exit out of the testing
18    environment and the administrative team and
19    all of the test administrators had to go in
20    and do an investigation during the test.
21         Q.      Now, the example you just
22    gave, have you seen other similar incidents
23    in terms of the impact of social media on
24    students in a learning environment?
25                 MR. KARP:  Object to form.

CONFIDENTIAL

Page 164

1            THE WITNESS:  Yes.
2     BY MS. SCULLION:
3            Q.        And can you explain a little
4     bit more of what you've seen in terms of
5     the impact of social media on the students'
6     learning environment?
7                   MR. KARP:  Object to form.
8                   THE WITNESS:  The access of
9             social media, the ability to gain
10            access to the social media
11            platforms on multiple types of
12            devices.  We may be specifically
13            talking about a cell phone in one
14            instance, but then the Apple watch
15            or the smart watch, excuse me, not
16            to just say the Apple watch, but
17            the smart watch, the tablets, the
18            individual access to laptops,
19            student purchased laptops, just the
20            social media have many different
21            layers of opportunities for a
22            student to gain access.  And now
23            when you introduce just the type of
24            access and when the access is
25            occurring during the school hours,

CONFIDENTIAL

Page 165

1               any particular time, you can
2               observe a student's urge to get to
3               their -- get to that phone and if
4               you say, what are you trying to do?
5               I'm just looking at this reel or
6               I'm watching this video or I'm
7               looking at this game stream and
8               those are occurring on the social
9               media platforms.
10   BY MS. SCULLION:
11        Q.      Have you observed whether
12   social media has an impact on absenteeism
13   rates at Irvington High School?
14               MR. KARP:  Object to form.
15               THE WITNESS:  Yes, when we
16               have these critical needs
17               assessments of students and we
18               speak to families, and they speak
19               to just the fear of an event that
20               occurred that was posted on social
21               media or the inability to fall
22               asleep on time and oversleep or the
23               just other many caveats of access
24               to these platforms, it interrupts
25               just the normal, what I would

CONFIDENTIAL

```
                                        Page 166
 1              believe to be normal academic
 2              setting for a particular student.
 3     BY MS. SCULLION:
 4          Q.       Have you ever observed
 5     whether social media has an impact on
 6     school safety at Irvington High School?
 7                   MR. KARP:  Object to form.
 8                   THE WITNESS:  Yes, it poses a
 9              huge concern where students will
10              have access to people that is not a
11              part of the instructional learning
12              environment.
13                   It also exhibits a layer of
14              concern for me where students
15              would relinquish learning time
16              just to entice, engage, or
17              interact with a moment or
18              infraction that may have occurred
19              at some period of time.  And the
20              safety of it all is there is no
21              middle person to say stop, don't
22              do this, wow, they're active on
23              social media, whether it being a
24              limit restraint, a time
25              restraint, a restriction, you
```

Page 167

```
 1              know, of social media being
 2              accessed during these school
 3              times or just the students
 4              self-control to know, like, let
 5              me -- let me put this away and be
 6              grounded at what's actually
 7              occurring over there.
 8   BY MS. SCULLION:
 9         Q.        Do you recall that Mr. Karp
10   asked you some questions about your
11   personal social media use?
12         A.        Yes, I recall that question.
13         Q.        If I may, how old are you?
14         A.        Forty-one years old.
15         Q.        Okay.  As an educator, do
16   you have a view on whether there's a
17   difference between a 41-year-old adult
18   using social media versus a 15-year-old
19   child?
20                   MR. KARP:  Object to form.
21                   THE WITNESS:  Yes, I'm an
22              adult, right?  I'm a fully grown
23              adult who has a huge responsibility
24              to assist students in their journey
25              during high school.  If there was
```

CONFIDENTIAL

Page 168

1           any comparison amongst just my
2           social media involvement and the
3           students, I think that's an unfair
4           comparison in what I would believe.
5   BY MS. SCULLION:
6       Q.      From time to time, have you
7   yourself experienced any regret in terms of
8   your use of social media as an adult?
9               MR. KARP:  Object to form.
10              THE WITNESS:  Yes.
11  BY MS. SCULLION:
12      Q.      Can you tell me about that?
13      A.      I should be getting -- the
14  studies say seven to eight hours of sleep
15  and I just keep scrolling, there's just the
16  interest of social media.  And I don't know
17  whatever the algorithm is, but they find a
18  way to compound video after video or reel
19  after reel, I must say -- last
20  instructional bell.
21      Q.      Complete your answer,
22  please.
23      A.      Yes.  There are
24  opportunities or times that I should have
25  been asleep at a fairly reasonable time and

CONFIDENTIAL

Page 169

1  a game may have just ended or something may

2  have occurred that is happening in

3  proximity here or somewhere else, and just

4  the following of that said event or the

5  commenting of that said event or the reels

6  and the production of the short videos and

7  just the features that says, hey, you know,

8  it will say you watched 20 videos in a row,

9  and you can consciously say, you know what,

10 wow, I should be asleep right now, let me

11 put this down.

12        Q.      And as principal of

13 Irvington High School, do you have a core

14 mission?

15              MR. KARP:  Object to form.

16              THE WITNESS:  Yes.

17 BY MS. SCULLION:

18        Q.      What is that?

19        A.      Just to, how do I create an

20 opportunity where I can be the person I

21 wish I had when I was coming up in school.

22 How do I provide families with an

23 exceptional level of support, care for

24 their students while they're under their

25 time here at Irvington High School.  I say

CONFIDENTIAL

Page 170

1    all the time that your child becomes my

2    child to parents and families, because I

3    want them to really empathize or view the

4    empathy that I have for being a true

5    partner of this development for the student

6    and just that core mission of just giving

7    kids an opportunity to change the

8    narrative.  Giving kids an opportunity to

9    just explore many various parts of the

10   world in multiple capacities, whether it's

11   academic or athletic, and just building

12   products that can pour back into our

13   community with pride.

14          Q.      Does social media impact

15   your ability to carry out that core

16   mission?

17                  MR. KARP:  Object to form.

18                  THE WITNESS:  Yes.

19   BY MS. SCULLION:

20          Q.      How does -- what impact does

21   it have?

22          A.      Social media is a

23   distraction.  Social media takes away from

24   those meaningful consistencies that we wish

25   to see in the school.  Why, because social

CONFIDENTIAL

Page 171

1  media captures a moment and keeps it there.

2  It keeps it relevant.  It keeps it going.

3  It gives it momentum.  It gives the

4  students a choice negatively to not commit

5  to instruction, but commit to the confusion

6  and the chaos and how much time we have to

7  go into unraveling these urges and these

8  misunderstandings, because this was a

9  subliminal post or a post I think is about

10  me and I don't like that these ten, 12

11  students responded, so I have to stand up

12  for myself and respond to to all of these

13  students for a misunderstanding.  Does it

14  impact our ability?  Yes, I speak to

15  teachers all the time.

16          Most recently, during the

17  formal evaluation process, I look for those

18  moments during the eval where the teacher

19  instructs and reminds the students to

20  refrain from the access to those platforms.

21  So that during the evaluation, I become a

22  co-teacher and not hold the teacher into an

23  anxiety approach of trying to control

24  things they cannot.  The teacher is the

25  expert on instruction.  That will be the

CONFIDENTIAL

Page 172

1    last one.  (Bell rang).

2                  The teacher is the expert on

3    instruction.  I wish to see the teacher

4    develop and display that expertise.  I wish

5    to see the teacher in a comfortable

6    environment that gives the teacher

7    confidence that the students are

8    progressing and learning without said

9    distractions.

10                 I give the teacher more

11   credit when they initiate structures in

12   their classrooms that curb the ability and

13   those urges to stay grounded in what that

14   lesson plan was intended to produce.

15       Q.     Can you estimate for us how

16   many times a week are you personally having

17   to address a disciplinary incident that

18   involves social media?

19                 MR. KARP:  Object to form.

20                 THE WITNESS:  So we go on a

21           break today and there was a

22           student -- students normally come

23           in my office and sit in the blue

24           seats looking for support, and I

25           don't bypass those students,

CONFIDENTIAL

Page 173

1          because it's set up that way so
2          that there's a forced interaction,
3          hey, what's going on, how are you,
4          because the space is not too wide.
5          It's not a traditional hallway.
6                Today this student said to
7          me, they're posting videos about
8          me saying that I'm masturbating
9          in the bathroom.  There's a
10         response from that, how do they
11         know, like, why is it that even
12         on a day like today, I have to
13         initiate and put a stakeholder in
14         place to provide emotional
15         support for the student first and
16         then now investigate, well, how
17         do you know that they're posting
18         these videos?  How do you know
19         that this is occurring?  We spend
20         too much time, so if you ask me
21         to address how much time that I'm
22         spending on a daily basis, too
23         much time.  It's to the point
24         where this is a second
25         profession.  It's more of I'm not

CONFIDENTIAL

Page 174

1                an instructional leader, I'm more
2                of a response to those urges so
3                I'm responding to what they have
4                access to and what is more
5                important to them in that moment.
6    BY MS. SCULLION:
7         Q.       And are you dealing with
8    disciplinary issues that involve social
9    media daily?
10                    MR. KARP:  Object to form.
11                    THE WITNESS:  Every day.
12   BY MS. SCULLION:
13        Q.       How many times a day would
14   you estimate?
15        A.       More than I want to count,
16   right?  So if I had to estimate, too many,
17   but if I had to put a numerical number on
18   it, I could walk around this building, it
19   has seven floors across two buildings, and
20   go into 92 different classrooms and
21   85 percent of those interactions, I would
22   have probably to address a student and
23   their phone and I'll lead with, what are
24   you doing?  And they're on these platforms.
25   They're not utilizing the phone to Google

Page 175

1    an answer.  They're utilizing the phone to

2    be on these platforms 85 percent of the

3    time and that's a light number.  Because

4    holistically, it's probably 95 percent of

5    the time.

6            Q.       Do you have a view on

7    whether social media has made your job

8    harder?

9                     MR. KARP:  Object to form.

10                    THE WITNESS:  Yes, I have a

11            view on that.

12   BY MS. SCULLION:

13           Q.       And what's your view?

14           A.       My view is, if I sit back

15   and allow this to continue, we will be

16   discussing more of these infractions that

17   we were speaking of earlier today, the

18   community violence, the interactions with

19   individuals outside of our school

20   environment via these platforms.  And the

21   urge to continue this mindset that

22   unsupervised recess, what I call it, social

23   media, unsupervised recess is happening at

24   any opportunity that they may have.

25           Q.       And do you feel that as

CONFIDENTIAL

Page 176

1    principal at Irvington High School, you

2    have made efforts to limit the amount of

3    use of social media by your students?

4          A.      Yes, verbal and written.

5                  MS. SCULLION:  Okay.  I'm

6             going to stop there.  Thank you.

7             Your witness.

8                  MR. KARP:  Can we go off the

9             record?

10                 THE VIDEOGRAPHER:  The time

11            right now is 1:28 p.m.  We are off

12            the record.

13                     - - - - -

14       (A recess was taken at this time.)

15                     - - - - -

16                 THE VIDEOGRAPHER:  The time

17            right now is 1:40 p.m.  We're back

18            on the record.

19                 MS. SCULLION:  Just to double

20            check, is the Zoom sound on?

21                 THE VIDEOGRAPHER:  Yes.

22   BY MR. KARP:

23          Q.      Mr. Mangan, welcome back.  I

24   just have a few follow-up questions in

25   response to the questioning that you just

CONFIDENTIAL

Page 177

1    engaged in with your counsel.

2                    You provided some testimony

3    about students peeking and prying at their

4    cell phone during the school day.

5                    Do you remember that?

6         A.        Yes.

7         Q.        Could Irvington Public --

8    strike that.

9                    Could Irvington High School

10   peek or pry at their cell phones if they

11   were locked away in a pouch?

12                    MS. SCULLION:  Objection to

13              form.

14                    THE WITNESS:  I'm not aware of

15              how to answer that.  We haven't had

16              the ability to have that as a

17              conversation, so I'm unsure.

18   BY MR. KARP:

19         Q.        If an Irvington High School

20   student is in a classroom and his cell

21   phone is in a locker in some other part of

22   the building, can he access it?

23                    MS. SCULLION:  Objection to

24              form.

25                    THE WITNESS:  Potentially,

CONFIDENTIAL

Page 178

1              yes.
2     BY MR. KARP:
3          Q.      If a student at Irvington
4     High School is in a classroom and his cell
5     phone is locked away in his locker, can he
6     be accessing social media while in class?
7                   MS. SCULLION:  Objection to
8              form.
9                   THE WITNESS:  Yes.
10    BY MR. KARP:
11         Q.      How so?
12         A.      There are multiple
13    opportunities to access social media
14    outside specifically the use of a cell
15    phone.
16         Q.      Would it reduce student use
17    of cell phones at Irvington High School if
18    students had to -- or were required to lock
19    their cell phones in a pouch during the
20    school day?
21                   MS. SCULLION:  Objection to
22              form.  Incomplete hypothetical.
23                   THE WITNESS:  I'm unsure.
24    BY MR. KARP:
25         Q.      Have you ever tried it?

CONFIDENTIAL

Page 179

```
 1                MS. SCULLION:  Same
 2        objections.
 3                THE WITNESS:  Have I ever
 4        tried it at Irvington High School?
 5  BY MR. KARP:
 6        Q.      Have you ever tried that
 7  strategy anywhere?
 8                MS. SCULLION:  Same
 9        objections.
10                THE WITNESS:  It was a
11        strategy put in place at a previous
12        employment opportunity.
13  BY MR. KARP:
14        Q.      Did that reduce cell phone
15  usage by students at the time that those
16  cell phones were locked away?
17                MS. SCULLION:  Objection to
18        form.
19                THE WITNESS:  Yes.
20  BY MR. KARP:
21        Q.      You said that you encourage
22  teachers to utilize different strategies
23  productively in order to get students off
24  of their cell phones during class; is that
25  right?
```

CONFIDENTIAL

Page 180

```
 1          A.      Yes.
 2          Q.      And has that been working to
 3   get students to stop using their cell
 4   phones during class?
 5          A.      To the best of my knowledge,
 6   in some cases, yes.
 7          Q.      Not all cases though?
 8          A.      Unfortunately, I'm unable to
 9   speak to all cases in any capacity.
10          Q.      You talked about students --
11   or strike that.
12                  You've testified generally
13   about student use of cell phones at
14   Irvington High School, correct?
15          A.      Yes.
16          Q.      In response to some
17   questions with your counsel, you even
18   referenced different Apple devices, do you
19   recall?
20          A.      I may specifically have
21   mentioned that product, but it's not
22   limited to just the access of other
23   products.
24          Q.      To your knowledge, has
25   Irvington High School or the Irvington
```

Page 181

1    Public Schools filed a lawsuit against

2    Apple?

3                    MS. SCULLION:  Objection,

4              beyond the scope.  Objection to

5              form.  Objection, foundation.

6                    MR. KARP:  Your objection is

7              noted.  You can answer.

8                    THE WITNESS:  I'm unaware of

9              any lawsuits filed within the

10             Irvington Public School District in

11             regards to other products.

12   BY MR. KARP:

13        Q.    Can Irvington High School

14   students access social media if they're on

15   their cell phones if their cell phones have

16   been confiscated?

17                   MS. SCULLION:  Objection to

18             form.  Beyond the scope.  And

19             incomplete hypothetical.

20                   MR. KARP:  You can answer.

21                   THE WITNESS:  Again, social

22             media has multiple areas of access

23             outside specifically the use of a

24             cell phone.

25

CONFIDENTIAL

Page 182

1   BY MR. KARP:

2        Q.      If a student wanted to

3   access social media on his cell phone and

4   that cell phone was taken from him by a

5   teacher, could he still access social media

6   on that cell phone?

7              MS. SCULLION:  Objection.

8         Beyond the scope.  Objection to

9         form and incomplete hypothetical.

10             MR. KARP:  You can answer.

11             THE WITNESS:  On the cell

12        phone that is taken away from the

13        student by a teacher?

14             MR. KARP:  Correct.

15             THE WITNESS:  There's still

16        opportunities to communicate with

17        the cell phone while in the same

18        room through other devices.

19  BY MR. KARP:

20        Q.      You mentioned meeting with

21  teachers during formal evaluations and

22  looking for moments during those

23  evaluations where students are reminding --

24  where teachers are reminding students to

25  refrain from access to social media.

CONFIDENTIAL

Page 183

1              Do you recall that
2   testimony?
3          A.      I recall speaking to the use
4   of the cell phone and gaining access of
5   social media while in class.
6          Q.      You've referred to a number
7   of bullying incidents in your questioning
8   with counsel, do you recall?
9          A.      I don't recall referring a
10  number of bullying incidents, but I do
11  recall speaking to incidents.
12         Q.      Students were bullied in
13  school even before social media was
14  created, correct?
15                 MS. SCULLION:  Objection to
16             form.  Asked and answered.
17                 THE WITNESS:  I would state,
18             again, that these instances were
19             occurring in schools, I can't
20             originate the actual start date of
21             social media, but they were
22             originating in schools.
23                 MR. KARP:  And I think we're
24             out of time.
25                 MS. SCULLION:  Okay.  The

Page 184

1              deposition is concluded.
2                   THE WITNESS:  I'm done?
3                   MR. KARP:  Can I make --
4                   MS. SCULLION:  Wait until he
5              goes off the record.
6                   MR. KARP:  No more questions,
7              of course.  As, you know,
8              consistent with my statement
9              yesterday, there are still a number
10             of discovery disputes and Irvington
11             is continuing to produce documents
12             in this litigation.  To the extent
13             that new documents are produced
14             after this deposition that we did
15             not have available to us, we
16             reserve our right to seek
17             additional deposition time and to
18             that extent, we -- our position is
19             that this deposition will be held
20             open.
21                  We hope that we don't need
22             to come back, but it's possible
23             and we just want to reserve our
24             rights on that and that's our
25             position.

CONFIDENTIAL

Page 185

1           MS. SCULLION:  And we disagree
2       with that position, among other
3       things, the 35 hours allocated to
4       Defendants has now been exhausted.
5       And we, otherwise, disagree also
6       with an ability to keep the
7       deposition open for any reason.
8       We'll be happy to meet and confer
9       with you if it comes up.  Thank
10      you.
11          MR. KARP:  I believe we are
12      done.
13          THE VIDEOGRAPHER:  So
14      Mr. Andrew Karp has been on the
15      record for two hours 43 minutes.
16      Ms. Jennifer Scullion was on the
17      record for 21 minutes.  The time
18      right now is 1:48 p.m.  We are off
19      the record.
20               - - - - -
21          (Whereupon, the deposition
22      was concluded at 1:48 p.m.)
23               - - - - -
24
25

CONFIDENTIAL

Page 186

1           C E R T I F I C A T I O N

2

3

4           I HEREBY CERTIFY that the proceedings and

5     evidence are contained fully and accurately in the

6     stenographic notes taken by me upon the foregoing

7     matter on May 21, 2025, and that this is a correct

8     transcript of same.

9

10

11

12

13

14     _____

15           Robin L. Clark

      Registered Professional Reporter

16

17

18

19

20

21           (The foregoing certification of this

22     transcript does not apply to any reproduction of the

23     same by any means unless under the direct control

24     and/or supervision of the certifying reporter.)

25

CONFIDENTIAL

Page 187

1                INSTRUCTIONS TO WITNESS

2

3            Please read your deposition over carefully

4    and make any necessary corrections.

5    You should state the reason in the appropriate

6    space on the errata sheet for any corrections

7    that are made.

8            After doing so, please sign the errata

9    sheet and date it.

10            You are signing same subject to the

11   changes you have noted on the errata sheet,

12   which will be attached to your deposition.

13            It is imperative that you return the

14   original errata sheet to the deposing attorney

15   within thirty (30) days of receipt of the deposition

16   transcript by you.  If you fail to do so, the

17   deposition transcript may be deemed to be accurate

18   and may be used in court.

19

20

21

22

23

24

25

CONFIDENTIAL

Page 188

```
 1                    -  -  -  -  -
 2                  E  R  R  A  T  A
 3                    -  -  -  -  -
 4   PAGE      LINE        CHANGE
 5
 6   ____      ____        _____
 7   ____      ____        _____
 8   ____      ____        _____
 9   ____      ____        _____
10   ____      ____        _____
11   ____      ____        _____
12   ____      ____        _____
13   ____      ____        _____
14   ____      ____        _____
15   ____      ____        _____
16   ____      ____        _____
17   ____      ____        _____
18   ____      ____        _____
19   ____      ____        _____
20   ____      ____        _____
21   ____      ____        _____
22   ____      ____        _____
23   ____      ____        _____
24   ____      ____        _____
25
```

CONFIDENTIAL

Page 189

1      ACKNOWLEDGMENT OF DEPONENT

2          I, DARNEL R. MANGAN, SR., do hereby

3  certify that I have read the foregoing pages

4  and that the same is a correct

5  transcription of the answers given by me to

6  the questions therein propounded, except for

7  the corrections or changes in form or

8  substance, if any, noted in the attached

9  Errata Sheet.

10

11  DATE                    SIGNATURE

12

   Subscribed and sworn to before me this

13

       day of                    ,

14  2025.

15

16  My commission expires:

17

18

19

20  Notary Public

21

22

23

24

25