# Exhibit 15

# IRVINGTON PUBLIC SCHOOLS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (IRVINGTON) (SD MSJ NO.4)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-01467-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Roughly a quarter of Black and Hispanic teens report using TikTok, YouTube almost constantly

*% of U.S. teens ages 13 to 17 who say they visit or use each of the following apps or sites* ***almost constantly***




Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer or gave other responses are not shown.
Source: Survey of U.S. teens conducted Sept. 18-Oct. 10, 2024.
"Teens, Social Media and Technology 2024"

**PEW RESEARCH CENTER**