# Exhibit 27

# IRVINGTON PUBLIC SCHOOLS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (IRVINGTON) (SD MSJ NO.4)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-01467-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

STATE OF NEW JERSEY
DEPARTMENT OF EDUCATION

# 2020 New Jersey Student Learning Standards – Career Readiness, Life Literacies, and Key Skills

# Introduction

## Career Readiness, Life Literacies, and Key Skills

Rapid advancements in technology and subsequent changes in the economy have created opportunities for individuals to compete and connect on a global scale. In this increasingly diverse and complex world, the successful entrepreneur or employee must not only possess the requisite education for specific industry pathways but also employability skills necessary to collaborate with others and manage resources effectively in order to establish and maintain stability and independence. This document outlines concepts and skills necessary for New Jersey's students to thrive in an ever-changing world. Intended for integration throughout all K–12 academic and technical content areas, the New Jersey Student Learning Standards- Career Readiness, Life Literacies, and Key Skills (NJSLS-CLKS) provides the framework for students to learn the concepts, skills, and practices essential to the successful navigation of career exploration and preparation, personal finances and digital literacy.

## Mission

Career readiness, life literacies, and key skills education provides students with the necessary skills to make informed career and financial decisions, engage as responsible community members in a digital society, and to successfully meet the challenges and opportunities in an interconnected global economy.

## Vision

An education in career readiness, life literacies, and key skills fosters a population that:

- Continually self-reflects and seeks to improve the essential life and career practices that lead to success;
- Uses effective communication and collaboration skills and resources to interact with a global society;
- Possesses financial literacy and responsibility at home and in the broader community;
- Plans, executes, and alters career goals in response to changing societal and economic conditions; and
- Seeks to attain skill and content mastery to achieve success in a chosen career path.

## Intent and Spirit of the Career Readiness, Life Literacies, and Key Skills Standards

The NJSLS-CLKS provide a framework of concepts and skills to be integrated into the foundational, academic and technical content areas to prepare students to engage in the postsecondary options of their choice. Though the standard for 9.3 Career and Technical Education remains unchanged for now, 9.1 Personal Financial Literacy and 9.2 Career Awareness, Exploration, Preparation, and Training have been revised based on the feedback provided by New Jersey educators. The personal financial literacy standard promotes not only the exploration of money management but also the psychology of spending and saving that influences decisions related to finances. From discovering the concept and forms of money to exploring lines of credit and types of insurance, these standards ensure a robust and comprehensive education in financial literacy from early elementary grades through high school. A new standard, 9.4 Life Literacies and Key Skills, has been added to ensure our students are prepared with the necessary knowledge, skills and dispositions to thrive in an interconnected global economy. For example, as a member of any community, the ability to communicate while collaborating in a group is crucial to function effectively. In addition, whether in their personal lives or at work, individuals will need to be able to discern accurate and valid information – given the unprecedented amount of information that is posted on the Internet daily – as well as leverage creativity and critical thinking skills to solve local and global problems. In short, these standards provide students with a guide to interact in life and work regardless of the domain-specific environment.

The NJSLS-CLKS reflect national and state standards as well as other national and international documents such as the National Financial Educators Council Learner Framework & Standards for High School, College & Adults as well as those published by the Council for Economic Education, JumpStart Coalition for Personal Financial Literacy, Partnership for 21st Century Skills, and The Asia Society.

## Revised Standards

### Framework for NJ Designed Standards

The design of this version of the NJSLS-Career Readiness, Life Literacies, and Key Skills (NJSLS-CLKS) is intended to:

- promote the development of curricula and learning experiences that reflect the vision and mission of Career Readiness, Life Literacies, and Key Skills as stated at the beginning of this document;
- foster greater coherence and appropriate progressions across grade bands;
- establish meaningful connections among the major areas of study;
- prioritize the important ideas and core processes that are central and have lasting value beyond the classroom; and
- reflect the habits of mind central to Career Readiness, Life Literacies, and Key Skills that lead to post-secondary success.




In this diagram:

- The *Vision and Mission* serve as the foundation for each content areas' standards. They describe the important role of the discipline in the world and reflect the various statutes, regulations, and policy.
- The *Disciplinary Concepts and Core Ideas* are the joists and play an integral role in the framing by making connections among the performance expectations. Core ideas help to prioritize the important ideas and core processes that are central to a discipline and have lasting value beyond the classroom. They provide clear guidance as to what should be the focus of learning by the end of each grade band level (i.e., end of grades 2, 5, 8, and 12).
- The *Performance Expectations* are the studs and serve as the framework for what students should know and be able to do. They incorporate the knowledge and skills that most important for students to know to be prepared for post-secondary success.
- The *Practices* are the roof and represent two key ideas. Positioned as the top of the house, they represent the apex of learning. The goal is for students to internalize the practices (habits of mind) and be able to apply them to new situations outside the school environment. The practices span across all aspects of the standards and are integral part of K–12 students' learning of the disciplines.

## Disciplinary Concepts

### *Financial Health*

Financial wellbeing includes understanding how emotions, peer influencers, advertising, personal money habits, financial decision-making processes, lifestyle choices, and personal financial values influence choices that are made involving finances. In addition, it includes topics that relate to planning and aligning career opportunities and possible entrepreneurial objectives with financial goals.

Financial Psychology

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| • There's a relationship between an individual's values, emotions, and the ways he/she chooses to spend money.<br>• External factors can influence the items that an individual wants or needs. | • An individual's financial traits and habits affect his/her finances.<br>• Spending choices and their intended and unintended consequences impact financial outcomes and personal well-being.<br>• Not all financial information is accurate or truthful. | • An individual's values and emotions will influence the ability to modify financial behavior (when appropriate), which will impact one's financial wellbeing.<br>• Marketing techniques are designed to encourage individuals to purchase items they may not need or want. | • To be fiscally responsible, an individual's finances should align with their values and goals.<br>• Biological behavioral biases, psychology and unconscious beliefs affect financial decision making.<br>• The ability to assess external information is a necessary skill to make informed decisions aligned to one's goals. |

Civic Financial Responsibility

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| There are actions an individual can take to help make this world a better place. | An individual can give back in areas that matter. | • Philanthropic and charitable organizations play important roles in supporting the interests of individuals and local and global communities and the issues that affect them.<br>• Individuals can use their talents, resources and abilities to give back.<br>• The potential for building and using personal wealth includes responsibility to the broader community and an understanding of the legal rights and responsibilities of being a good citizen. | • Philanthropic, charitable, and entrepreneurial organizations play distinctly different but vitally important roles in supporting the interests of local and global communities.<br>• The potential for building and using personal wealth includes responsibility to the broader community and an understanding of the legal rights and responsibilities of being a good citizen. |

### *Financial Landscape*

Financial landscape incorporates building an awareness of the various forms of money, financial institutions, and the role of economic and government influences has on one's personal finances. Within the economic and government categories are topics such as consumer protection laws, taxes (e.g., impact on income and/or investments), a general understanding of inflation, and how government policies can affect one's personal finances.

#### Financial Institutions

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| Money comes in different values, forms and uses. | People can choose to save money in many places such as home in a piggy bank, bank or credit union. | There are a variety of factors that influence how well suited a financial institution and/or service will be in meeting an individual's financial needs. | • There are ways to manage your accounts that provide you maximum benefits and protection.<br>• There are factors you can use to select financial institutions and professionals that are best suited for your needs. |

#### Economic and Government Influence

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| | • Taxes are collected on a variety of goods and services at the local, state, and federal levels.<br>• There is a broader economic system that influences your financial goals.<br>• There are agencies, laws, and resources to protect individuals as consumers. | • Taxes affect one's personal finances.<br>• There are government agencies and policies that affect the financial industry and the broader economy.<br>• There are procedures required to take advantage of consumer protection laws and assistance programs. | • Tax rates vary based on your financial situation.<br>• There are different ways you can influence government policy to improve your financial situation.<br>• There are agencies, laws, and resources to protect you as a consumer. |

## *Money Management*

Money management includes examining various aspects of budgeting, building and maintaining a credit profile, loan and debt planning, identifying and managing potential risks and investments, and understanding various insurance options.

### Planning and Budgeting

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| • A budget is a plan that helps an individual obtain his/her financial goals.<br>• Saving money is a habit that can be developed. | • There are specific steps associated with creating a budget.<br>• Saving money can impact an individual's ability to address emergencies and accomplish their short-and long-term goals. | • A budget aligned with an individual's financial goals can help prepare for life events.<br>• Goals (e.g., higher education, autos, and homes, retirement), affect your finances.<br>• There are strategies to decrease and manage expenses. | • There are ways to align your investments with your personal financial goals.<br>• A budget may need to be modified as an individual's career, financial goals (e.g., education, home ownership, retirement) and/or other life situations change.<br>• Money management requires understanding of cash flow systems and business practices. |

### Risk Management and Insurance

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| There are ways to keep the things we value safely at home and other places. | Individuals can choose to accept inevitable risk or take steps to protect themselves by avoiding or reducing risk. | • Individuals can choose to accept some risk, to take steps to avoid or reduce risk, or to transfer risk to others through the purchase of insurance.<br>• Insurance can protect your personal finances. | • A person's tolerance for investment risk can change depending on factors such as life circumstances, financial goals and economic conditions.<br>• Different types of insurance have different costs and protections. |

### Credit and Debt Management

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| | | • There are strategies to increase your savings and limit debt.<br>• Credit management includes making informed choices about sources of credit and requires an understanding of the cost of credit. | • There are reasons and consequences to taking on debt.<br>• There are ways to evaluate loans and their impact on one's personal financial plan.<br>• Borrowers have rights and responsibilities. |

### Credit Profile

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| | There are benefits to having a positive credit history. | • There are strategies build and maintain a good credit history.<br>• Credit history affects personal finances. | • Negative information in credit reports can affect a person's credit score and financial options.<br>• Building and maintaining a good credit history is a process.<br>• Debt reduces net worth.<br>• There are ways to ensure that your credit is protected, and information is accurate. |

*Career Awareness and Planning*

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| • Different types of jobs require different knowledge and skills.<br>• Income is received from work in different ways including regular payments, tips, commissions, and benefits.<br>• There are benefits and drawbacks to being an entrepreneur. | • An individual's passions, aptitude and skills can affect his/her employment and earning potential.<br>• Income and benefits can vary depending on the employer and type of job/career.<br>• There are a variety of factors to consider before starting a business.<br>• Individuals can choose to accept inevitable risk or take steps to protect themselves by avoiding or reducing risk. | • An individual's strengths, lifestyle goals, choices, and interests affect employment and income.<br>• Developing and implementing an action plan is an essential step for achieving one's personal and professional goals.<br>• Early planning can provide more options to pay for post-secondary training and employment.<br>• Employee benefits can influence your employment choices.<br>• Communication skills and responsible behavior in addition to education, experience, certifications, and skills are all factors that affect employment and income.<br>• There are resources to help an individual create a business plan to start or expand a business. | • There are strategies an individual can use to increase his/her value and make him/herself more marketable in the job marketplace.<br>• Career planning requires purposeful planning based on research, self-knowledge, and informed choices.<br>• An individual's income and benefit needs and financial plan can change over time.<br>• Incomes involve an understanding of the costs and time in preparing for a career field, interview and negotiation skills, job searches, resume development, prior experience, and vesting and retirement plans.<br>• Understanding income involves an analysis of payroll taxes, deductions and earned benefits.<br>• There are ways to assess a business's feasibility and risk and to align it with an individual's financial goals. |

### *Creativity and Innovation*

Creativity includes the use of a wide range of idea-creation techniques (such as brainstorming) to generate new and worthwhile ideas (both incremental and radical concepts). Additionally, within creativity, flexibility is evident through the elaboration, refinement, analysis and evaluation of ideas in order to maximize creative efforts. Originality and inventiveness in work may also be evident while understanding the real-world limits to adopting new ideas. Failure is viewed as an opportunity to learn and adapt as well as understand that creativity and innovation is a long-term, cyclical process of small successes and frequent mistakes.

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| Brainstorming can create new, innovative ideas. | • Collaboration with individuals with diverse perspectives can result in new ways of thinking and/or innovative solutions.<br>• Curiosity and willingness to try new ideas (intellectual risk-taking) contributes to the development of creativity and innovation. | • Gathering and evaluating knowledge and information from a variety of sources, including global perspectives, fosters creativity and innovative thinking. | • With a growth mindset, failure is an important part of success.<br>• Innovative ideas or innovation can lead to career opportunities. |

### *Critical Thinking and Problem-solving*

Critical thinking involves the ability to use various types of reasoning as appropriate to the situation. Essential to critical thinking is systems thinking, which analyzes how parts of a whole interact together to produce outcomes. Critical thinking also includes making judgements and decisions by analyzing evidence, claims, points of view then communicating the interpretation of both the information and conclusions based on the best analysis. In tandem with critical thinking, problem solving involves the ability to generate and execute a solution to a problem. Problem solving occurs through one's use of initiative and flexibility to use trial and error to solve a problem until a successful solution is found.

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| Critical thinkers must first identify a problem then develop a plan to address it in order to effectively solve a problem. | The ability to solve problems effectively begins with gathering data, seeking resources, and applying critical thinking skills. | • Multiple solutions exist to solve a problem.<br>• An essential aspect of problem solving is being able to self-reflect on why possible solutions for solving problems were or were not successful. | • Collaboration with individuals with diverse experiences can aid in the problem-solving process, particularly for global issues where diverse solutions are needed. |

*Digital Citizenship*

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| • Digital artifacts can be owned by individuals or organizations.<br>• Individuals should practice safe behaviors when using the Internet.<br>• An individual's digital footprint reflects the various actions an individual makes online, both positive and negative.<br>• Digital communities allow for social interactions that can result in positive or negative outcomes.<br>• Young people can have a positive impact on the natural world in the fight against climate change. | • Intellectual property rights exist to protect the original works of individuals. It is allowable to use other people's ideas in one's own work provided that proper credit is given to the original source.<br>• Sending and receiving copies of media on the internet creates the opportunity for unauthorized use of data, such as personally owned video, photos, and music.<br>• Digital identities must be managed in order to create a positive digital footprint.<br>• Digital tools have positively and negatively changed the way people interact socially.<br>• Digital engagement can improve the planning and delivery of climate change actions. | • Detailed examples exist to illustrate crediting others when incorporating their digital artifacts in one's own work.<br>• There are tradeoffs between allowing information to be public and keeping information private and secure.<br>• Digital footprints are publicly accessible, even if only shared with a select group. Appropriate measures such as proper interactions can protect online reputations.<br>• Digital communities are used by Individuals to share information, organize, and engage around issues and topics of interest.<br>• Digital technology and data can be leveraged by communities to address effects of climate change. | • Laws govern the use of intellectual property and there are legal consequences to utilizing or sharing another's originals works without permission or appropriate credit.<br>• Laws govern many aspects of computing, such as privacy, data, property, information, and identity. These laws can have beneficial and harmful effects, such as expediting or delaying advancements in computing and protecting or infringing upon people's rights.<br>• Cultivating online reputations for employers and academia requires separating private and professional digital identities.<br>• Digital communities influence many aspects of society, especially the workforce. The increased connectivity between people in different cultures and different career fields have changed the nature, content, and responsibilities of many careers. |

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| | | | • Network connectivity and computing capability extended to objects, sensors and everyday items not normally considered computers allows these devices to generate, exchange and consume data with minimal human intervention. Leveraging Internet of Things (IoT) to combat climate change can address climate issues with greater efficacy.<br>• Technologies such as Artificial Intelligence (AI) and blockchain can help minimize the effect of climate change. |

### *Global and Cultural Awareness*

To possess a cultural and global awareness is to fully understand that individuals are composed of complex cultural backgrounds, which are influenced by a multitude of factors. Armed with this crucial understanding, individuals can then better learn and work collaboratively with people from diverse cultures, religions and lifestyles in a spirit of mutual respect and open dialogue, whether in a personal, work, or community-based context. Such an awareness also stresses the importance of recognizing and understanding the rich histories and multitude of languages of other nations and cultures.

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| Individuals from different cultures may have different points of view and experiences. | Culture and geography can shape an individual's experiences and perspectives. | Awareness of and appreciation for cultural differences is critical to avoid barriers to productive and positive interaction. | Solutions to the problems faced by a global society require the contribution of individuals with different points of view and experiences. |

### *Information and Media Literacy*

Information and Media Literacy empowers learners to access, retrieve and produce well managed resources. This access promotes and fosters inquiry learning as well as a deep understanding of target knowledge, skills or concepts. Information and Media Literacy is the vehicle for learners to pursue and create relevant information using the opportunities of high-quality materials. Information and media literacy also includes a basic understanding of ethical use of information.

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| • Digital tools and media resources provide access to vast stores of information that can be searched.<br>• Digital tools can be used to display data in various ways.<br>• A variety of diverse sources, contexts, disciplines and cultures provide valuable and necessary information that can be used for different purposes.<br>• Information is shared or conveyed in a variety of formats and sources. | • Digital tools and media resources provide access to vast stores of information, but the information can be biased or inaccurate.<br>• Digital tools can be used to modify and display data in various ways that can be organized to communicate ideas.<br>• Accurate and comprehensive information comes in a variety of platforms and formats and is the basis for effective decision-making.<br>• Specific situations require the use of relevant sources of information. | • Increases in the quantity of information available through electronic means have heightened the need to check sources for possible distortion, exaggeration, or misrepresentation.<br>• Digital tools make it possible to analyze and interpret data, including text, images, and sound. These tools allow for broad concepts and data to be more effectively communicated.<br>• The mode of information can convey a message to consumers or an audience.<br>• Sources of information are evaluated for accuracy and relevance when considering the use of information.<br>• There are ethical and unethical uses of information and media. | • Advanced search techniques can be used with digital and media resources to locate information and to check the credibility and the expertise of sources to answer questions, solve problems, and inform the decision-making.<br>• Digital tools such as artificial intelligence, image enhancement and analysis, and sophisticated computer modeling and simulation create new types of information that may have profound effects on society. These new types of information must be evaluated carefully.<br>• In order for members of our society to participate productively, information needs to be shared creatively and ethically.<br>• Accurate information may help in making valuable and ethical choices. |

*Technology Literacy*

| By the end of grade 2 | By the end of grade 5 | By the end of grade 8 | By the end of grade 12 |
|---|---|---|---|
| • Digital tools have a purpose.<br>• Collaboration can simplify the work an individual has to do and sometimes produce a better product. | • Different digital tools have different purposes.<br>• Collaborating digitally as a team can often develop a better artifact than an individual working alone. | • Some digital tools are appropriate for gathering, organizing, analyzing, and presenting information, while other types of digital tools are appropriate for creating text, visualizations, models, and communicating with others.<br>• Digital tools allow for remote collaboration and rapid sharing of ideas unrestricted by geographic location or time. | • Digital tools differ in features, capacities, and styles. Knowledge of different digital tools is helpful in selecting the best tool for a given task.<br>• Collaborative digital tools can be used to access, record and share different viewpoints and to collect and tabulate the views of groups of people. |

## Career Readiness, Life Literacies, and Key Skills Practices

Career Readiness, Life Literacies, and Key Skills Practices describe the habits of the mind that all educators in all content areas should seek to develop in their students. They are practices that have been linked to increase college, career, and life success. These practices should be taught and reinforced in all content areas with increasingly higher levels of complexity and expectation as a student advances through a program of study.

| Practice | Description |
| --- | --- |
| Act as a responsible and contributing community members and employee. | Students understand the obligations and responsibilities of being a member of a community, and they demonstrate this understanding every day through their interactions with others. They are conscientious of the impacts of their decisions on others and the environment around them. They think about the near-term and long-term consequences of their actions and seek to act in ways that contribute to the betterment of their teams, families, community and workplace. They are reliable and consistent in going beyond the minimum expectation and in participating in activities that serve the greater good. |
| Attend to financial well-being. | Students take regular action to contribute to their personal financial well-being, understanding that personal financial security provides the peace of mind required to contribute more fully to their own career success. |
| Consider the environmental, social and economic impacts of decisions. | Students understand the interrelated nature of their actions and regularly make decisions that positively impact and/or mitigate negative impact on other people, organization, and the environment. They are aware of and utilize new technologies, understandings, procedures, materials, and regulations affecting the nature of their work as it relates to the impact on the social condition, the environment and the profitability of the organization. |
| Demonstrate creativity and innovation. | Students regularly think of ideas that solve problems in new and different ways, and they contribute those ideas in a useful and productive manner to improve their organization. They can consider unconventional ideas and suggestions as solutions to issues, tasks or problems, and they discern which ideas and suggestions will add greatest value. They seek new methods, practices, and ideas from a variety of sources and seek to apply those ideas to their own workplace. They take action on their ideas and understand how to bring innovation to an organization. |
| Utilize critical thinking to make sense of problems and persevere in solving them. | Students readily recognize problems in the workplace, understand the nature of the problem, and devise effective plans to solve the problem. They are aware of problems when they occur and take action quickly to address the problem; they thoughtfully investigate the root cause of the problem prior to introducing solutions. They carefully consider the options to solve the problem. Once a solution is agreed upon, they follow through to ensure the problem is solved, whether through their own actions or the actions of others. |

| Practice | Description |
| --- | --- |
| Model integrity, ethical leadership and effective management. | Students consistently act in ways that align personal and community-held ideals and principles while employing strategies to positively influence others in the workplace. They have a clear understanding of integrity and act on this understanding in every decision. They use a variety of means to positively impact the directions and actions of a team or organization, and they apply insights into human behavior to change others' action, attitudes and/or beliefs. They recognize the near-term and long-term effects that management's actions and attitudes can have on productivity, morals and organizational culture. |
| Plan education and career paths aligned to personal goals. | Students take personal ownership of their own education and career goals, and they regularly act on a plan to attain these goals. They understand their own career interests, preferences, goals, and requirements. They have perspective regarding the pathways available to them and the time, effort, experience and other requirements to pursue each, including a path of entrepreneurship. They recognize the value of each step in the education and experiential process, and they recognize that nearly all career paths require ongoing education and experience. They seek counselors, mentors, and other experts to assist in the planning and execution of career and personal goals. |
| Use technology to enhance productivity increase collaboration and communicate effectively. | Students find and maximize the productive value of existing and new technology to accomplish workplace tasks and solve workplace problems. They are flexible and adaptive in acquiring new technology. They are proficient with ubiquitous technology applications. They understand the inherent risks-personal and organizational-of technology applications, and they take actions to prevent or mitigate these risks. |
| Work productively in teams while using cultural/global competence. | Students positively contribute to every team, whether formal or informal. They apply an awareness of cultural difference to avoid barriers to productive and positive interaction. They find ways to increase the engagement and contribution of all team members. They plan and facilitate effective team meetings. |

## Standards in Action: Climate Change

The NJSLS-CLKS includes the skills, knowledge and practices necessary for success in an increasingly complex world and changing natural environment. Climate change is included in these standards. Collaborating to solve a problem, approaching a solution with innovation, and determining the validity of a source of information are all essential skills required in the standards and necessary for students to possess to maintain awareness of and successfully address climate change.

Climate change can be integrated into the teaching of these standards in a few ways. For example, middle school students could develop a plan for implementing an environmentally focused project in the local community such as protecting a wetland or developing an urban greenway along a stream.

The plan would include goals, priorities and necessary resources. In a career and technical education program, as a part of a green building design integrated project, students could explore various sustainable and reclaimed products used for construction. After researching several sources, students would create a collage of information, share with their classmates and take notes on new products and ideas.

## Structure of the NJSLS-CLKS

The organization and content of the NJSLS-Career Readiness, Life Literacies, and Key Skills include the following areas:

- Standard 9.1 Personal Financial Literacy: This standard outlines the important fiscal knowledge, habits, and skills that must be mastered in order for students to make informed decisions about personal finance. Financial literacy is an integral component of a student's college and career readiness, enabling students to achieve fulfilling, financially-secure, and successful careers.
- Standard 9.2 Career Awareness, Exploration, Preparation and Training. This standard outlines the importance of being knowledgeable about one's interests and talents, and being well informed about postsecondary and career options, career planning, and career requirements.
- Standard 9.3: This standard outlines what students should know and be able to do upon completion of a CTE Program of Study.
- Standard 9.4 Life Literacies and Key Skills. This standard outline key literacies and technical skills such as critical thinking, global and cultural awareness, and technology literacy* that are critical for students to develop to live and work in an interconnected global economy.

The *core ideas* are derived from the disciplinary concepts and students' understandings increase in sophistication over time as they engage with these ideas in new and varied contexts. The core ideas are what is most essential for students to learn and represent the knowledge and skills that they should be able to apply to new situations outside of the school experience. Curriculum writers and educators can use these core ideas as the basis for formative, summative, and benchmark assessments.

The *performance expectations* describe what students should know and be able to do. It is expected that curriculum writers and educators will bundle these performance expectations together in meaningful ways as a basis for classroom instruction and to guide the creation of formative, summative, and benchmark assessments.

*Please note that the concepts and skills previously included in 8.1 Educational Technology of the 2014 NJSLS - Technology have been expanded and integrated across multiple disciplinary concepts in draft 2020 NJSLS-CLKS 9.4 Life Literacies and Key Skills. Given the ubiquity of technology, our students will continue to be required to demonstrate increasing levels of proficiency to access, manage, evaluate, and synthesize information in their personal, academic, and professional lives. Therefore, the standards that were housed in one discipline have been enhanced and restructured to reflect the need for student learning in technology literacy, digital citizenship, and information and media literacy.

## Interdisciplinary Connections

NJAC 6A:8-3.1(c) requires the inclusion of interdisciplinary connections throughout the curriculum as well the integration of 21st Century skills and themes. Since 9.4 Life Literacies and Key Skills outlines concepts and skills that can be addressed throughout the curriculum, some performance expectations are followed by citations to related standards in other content areas. An example of this feature is as follows:

> 9.4.8.CT.2: Develop multiple solutions to a problem and evaluate short- and long-term effects to determine the most plausible option (e.g., MS-ETS1-4, 6.1.8.CivicsDP.1).

The standard references that follow the 9.4 Life Literacies and Key Skills performance expectations are connections from other content areas that address the skills outlined in the 9.4 standards. Please note that the references do not represent an exhaustive list of content-specific standards connected to that expectation. That is, there are certainly more standards that address the draft performance expectation listed above. However, as school districts develop curricula that integrate 21st Century Skills and interdisciplinary connections, this feature will prove to be a solid foundation on which to build that work.

## Sourcing

Throughout draft 2020 NJSLS-CLKS 9.4 Life Literacies and Key Skills, the core ideas and performance expectations contain terms "sources," "evidence," and "resources." Indeed, as students develop necessary skills and strategies to evaluate sources and recognize bias, these references should invoke the engagement of a certified school library media specialist to not only select and curate appropriate sources but also to provide professional development to fellow educators in this area.

## Coding of Performance Expectations

For NJSLS-CLKS, abbreviated forms of the disciplinary concepts are included in the alphanumeric code. The disciplinary concepts were abbreviated as follows:

- Civic Financial Responsibility (CFR)
- Credit Profile (CP)
- Financial Psychology (FP)
- Financial Institutions (FI)
- Planning and Budgeting (PB)
- Risk Management and Insurance (RMI)
- Economic and Government Influences (EGI)
- Career Awareness and Planning (CAP)
- Creativity and Innovation (CI)
- Critical Thinking and Problem-Solving (CT)
- Digital Citizenship (DC)
- Global and Cultural Awareness (GCA)
- Information and Media Literacy (IML)
- Technology Literacy (TL)

For standards 9.1, 9.2, and 9.4, the performance expectation code should be interpreted as follows (e.g., 9.1.5.CT.1):

| **9.1** | **5** | **CT** | **1** |
|---|---|---|---|
| Standard number | By the end of grade | Strand Disciplinary Concept | Performance Expectation |

## New Jersey Legislative Statutes and Administrative Code

### Curriculum Development: Integration of 21st Century Skills and Themes and Interdisciplinary Connections

District boards of education shall be responsible for the review and continuous improvement of curriculum and instruction based upon changes in knowledge, technology, assessment results, and modifications to the NJSLS, according to N.J.A.C. 6A:8-2.

1. District boards of education shall include interdisciplinary connections throughout the K–12 curriculum.
2. District boards of education shall integrate into the curriculum 21st century themes and skills (N.J.A.C. 6A:8-3.1(c).

### Twenty-first century themes and skills integrated into all content standards areas (N.J.A.C. 6A:8-1.1(a)3).

"Twenty-first century themes and skills" means themes such as global awareness; financial, economic, business, and entrepreneurial literacy; civic literacy; health literacy; learning and innovation skills, including creativity and innovation, critical thinking and problem solving, and communication and collaboration; information, media, and technology skills; and life and career skills, including flexibility and adaptability, initiative and self-direction, social and cross-cultural skills, productivity and accountability, and leadership and responsibility.

**Amistad Law:** N.J.S.A. 18A 52:16A-88
Every board of education shall incorporate the information regarding the contributions of African-Americans to our country in an appropriate place in the curriculum of elementary and secondary school students.

**Holocaust Law:** N.J.S.A. 18A:35-28
Every board of education shall include instruction on the Holocaust and genocides in an appropriate place in the curriculum of all elementary and secondary school pupils. The instruction shall further emphasize the personal responsibility that each citizen bears to fight racism and hatred whenever and wherever it happens.

**LGBT and Disabilities Law:** N.J.S.A. 18A:35-4.35
A board of education shall include instruction on the political, economic, and social contributions of persons with disabilities and lesbian, gay, bisexual, and transgender people, in an appropriate place in the curriculum of middle school and high school students as part of the district's implementation of the New Jersey Student Learning Standards (N.J.S.A.18A:35-4.36) A board of education shall have policies and procedures in place pertaining to the selection of instructional materials to implement the requirements of N.J.S.A. 18A:35-4.35.

## References


Carolan, C. A. (2007). The ABCs of Credit Card Finance: Essential Facts for Students. Trenton, NJ: New Jersey Coalition for Financial Education.

Colvin, R. L., & Edwards, V. (2018). Teaching for Global Competence in a Rapidly Changing World. *OECD Publishing*.

Jump$tart Coalition for Personal Financial Literacy. (2007). National Standards in K–12 Personal Finance Education: With benchmarks, knowledge statements, and glossary (3rd ed.). Online: http://www.jumpstart.org/national-standards.html.

Kendall, J. S., & Marzano, R J. (2000). *Content Knowledge: A Compendium of Standards and Benchmarks for K–12 Education* (3rd ed.). Aurora, CO: Mid-Continental Research for Education and Learning, & Alexandria, VA: Association for Supervision and Curriculum Development.

Lai, E., DiCerbo, K., & Foltz, P. (2017). Skills for Today: What We Know about Teaching and Assessing Collaboration. *Pearson*.

Lankshear, C., & Knobel, M. (2011). *New literacies*. McGraw-Hill Education (UK).

Mansilla, V. B., Jackson, A., & Jacobs, I. H. (2013). Educating for global competence: Learning redefined for an interconnected world.

Mansilla, V. B., & Jackson, A. (2012). Preparing Our Youth to Engage the World. *Council Of Chief State School Officers. Edsteps Initiative And Asia Society Partnership For Global Learning (CCSSO) Www. Edsteps. org/ccsso/Educating for Global Competence. Retrieved*, *21*(3). National Career Development Guidelines.

National Education Association. (2012). Preparing 21st century students for a global society: An educator's guide to the "Four Cs". *Alexandria, VA: National Education Association*.

New Jersey State Department of Education. (1996). *New Jersey Core Curriculum Content Standards.* Trenton, NJ: Author.

New Jersey State Department of Education. (1999). *Career Education and Consumer, Family, and Life Skills Framework.* Trenton, NJ: Author.

New Jersey State Department of Education. (2004). *New Jersey Core Curriculum Content Standards. Standard 9: Career Education and Consumer, Family, and Life Skills.* Trenton, NJ: Author.

New Jersey State Department of Education. (2008). *Standards clarification project. Trenton*. NJ: Author. Online: http://www.nj.gov/education/aps/njscp

New Jersey State Department of Education. (2009). *New Jersey Core Curriculum Content Standards*. Trenton, NJ: Author.

New Jersey State Department of Education. (2014). *New Jersey Student Learning Standards*. Trenton, NJ: Author.

Wiggins, G., & McTighe, J. (2005). Understanding by Design (expanded 2nd ed.). Alexandria, VA: Association for Curriculum and Development.

Partnership for 21st Century Learning. (2009). Framework for 21st Century Learning. Online: http://www.21stcenturyskills.org.

Partnership for 21st Century Learning. (2017). Framework for 21st Century Learning for Early Childhood. Online: https://www.battelleforkids.org/networks/p21/frameworks-resources.

Ventura, M., Lai, E., & DiCerbo, K. (2017). Skills for today: What we know about teaching and assessing critical thinking. *Retrieved March*, *29*, 2020.

State of New Jersey
Department of Education

**2020 New Jersey Student Learning Standards – Career Readiness, Life Literacies, and Key Skills**

**9.4 Life Literacies and Key Skills by the End of Grade 2**

### Creativity and Innovation

| Core Ideas | Performance Expectations |
|---|---|
| Brainstorming can create new, innovative ideas. | • 9.4.2.CI.1: Demonstrate openness to new ideas and perspectives (e.g., 1.1.2.CR1a, 2.1.2.EH.1, 6.1.2.CivicsCM.2).<br>• 9.4.2.CI.2: Demonstrate originality and inventiveness in work (e.g., 1.3A.2CR1a). |

### Critical Thinking and Problem-solving

| Core Ideas | Performance Expectations |
|---|---|
| Critical thinkers must first identify a problem then develop a plan to address it to effectively solve the problem. | • 9.4.2.CT.1: Gather information about an issue, such as climate change, and collaboratively brainstorm ways to solve the problem (e.g., K-2-ETS1-1, 6.3.2.GeoGI.2).<br>• 9.4.2.CT.2: Identify possible approaches and resources to execute a plan (e.g., 1.2.2.CR1b, 8.2.2.ED.3).<br>• 9.4.2.CT.3: Use a variety of types of thinking to solve problems (e.g., inductive, deductive). |

### Digital Citizenship

| Core Ideas | Performance Expectations |
|---|---|
| Digital artifacts can be owned by individuals or organizations. | • 9.4.2.DC.1: Explain differences between ownership and sharing of information.<br>• 9.4.2.DC.2: Explain the importance of respecting digital content of others. |

| Core Ideas | Performance Expectations |
| --- | --- |
| Individuals should practice safe behaviors when using the Internet. | • 9.4.2.DC.3: Explain how to be safe online and follow safe practices when using the internet (e.g., 8.1.2.NI.3, 8.1.2.NI.4).<br>• 9.4.2.DC.4: Compare information that should be kept private to information that might be made public. |
| An individual's digital footprint reflects the various actions an individual makes online, both positive and negative. | 9.4.2.DC.5: Explain what a digital footprint is and how it is created. |
| Digital communities allow for social interactions that can result in positive or negative outcomes. | 9.4.2.DC.6: Identify respectful and responsible ways to communicate in digital environments. |
| Young people can have a positive impact on the natural world in the fight against climate change. | 9.4.2.DC.7: Describe actions peers can take to positively impact climate change (e.g., 6.3.2.CivicsPD.1). |

**Global and Cultural Awareness**

| Core Ideas | Performance Expectations |
| --- | --- |
| Individuals from different cultures may have different points of view and experiences. | 9.4.2.GCA:1: Articulate the role of culture in everyday life by describing one's own culture and comparing it to the cultures of other individuals (e.g., 1.5.2.C2a, 7.1.NL.IPERS.5, 7.1.NL.IPERS.6). |

**Information and Media Literacy**

| Core Ideas | Performance Expectations |
| --- | --- |
| Digital tools and media resources provide access to vast stores of information that can be searched. | 9.4.2.IML.1: Identify a simple search term to find information in a search engine or digital resource. |
| Digital tools can be used to display data in various ways. | 9.4.2.IML.2: Represent data in a visual format to tell a story about the data (e.g., 2.MD.D.10). |

| Core Ideas | Performance Expectations |
| --- | --- |
| A variety of diverse sources, contexts, disciplines, and cultures provide valuable and necessary information that can be used for different purposes. | 9.4.2.IML.3: Use a variety of sources including multimedia sources to find information about topics such as climate change, with guidance and support from adults (e.g., 6.3.2.GeoGI.2, 6.1.2.HistorySE.3, W.2.6, 1-LSI-2). |
| Information is shared or conveyed in a variety of formats and sources. | 9.4.2.IML.4: Compare and contrast the way information is shared in a variety of contexts (e.g., social, academic, athletic) (e.g., 2.2.2.MSC.5, RL.2.9). |

**Technology Literacy**

| Core Ideas | Performance Expectations |
| --- | --- |
| Digital tools have a purpose. | • 9.4.2.TL.1: Identify the basic features of a digital tool and explain the purpose of the tool (e.g., 8.2.2.ED.1).<br>• 9.4.2.TL.2: Create a document using a word processing application.<br>• 9.4.2.TL.3: Enter information into a spreadsheet and sort the information.<br>• 9.4.2.TL.4: Navigate a virtual space to build context and describe the visual content.<br>• 9.4.2.TL.5: Describe the difference between real and virtual experiences.<br>• 9.4.2.TL.6: Illustrate and communicate ideas and stories using multiple digital tools (e.g., SL.2.5.). |
| Collaboration can simplify the work an individual has to do and sometimes produce a better product. | 9.4.2.TL.7: Describe the benefits of collaborating with others to complete digital tasks or develop digital artifacts (e.g., W.2.6., 8.2.2.ED.2). |

STATE OF NEW JERSEY
DEPARTMENT OF EDUCATION

**2020 New Jersey Student Learning Standards – Career Readiness, Life Literacies, and Key Skills**

**9.4 Life Literacies and Key Skills by the End of Grade 5**

## Creativity and Innovation

| Core Ideas | Performance Expectations |
|---|---|
| Collaboration with individuals with diverse perspectives can result in new ways of thinking and/or innovative solutions. | • 9.4.5.CI.1: Use appropriate communication technologies to collaborate with individuals with diverse perspectives about a local and/or global climate change issue and deliberate about possible solutions (e.g., W.4.6, 3.MD.B.3,7.1.NM.IPERS.6).<br>• 9.4.5.CI.2: Investigate a persistent local or global issue, such as climate change, and collaborate with individuals with diverse perspectives to improve upon current actions designed to address the issue (e.g., 6.3.5.CivicsPD.3, W.5.7). |
| Curiosity and a willingness to try new ideas (intellectual risk-taking) contributes to the development of creativity and innovation skills. | • 9.4.5.CI.3: Participate in a brainstorming session with individuals with diverse perspectives to expand one's thinking about a topic of curiosity (e.g., 8.2.5.ED.2, 1.5.5.CR1a).<br>• 9.4.5.CI.4: Research the development process of a product and identify the role of failure as a part of the creative process (e.g., W.4.7, 8.2.5.ED.6). |

## Critical Thinking and Problem-solving

| Core Ideas | Performance Expectations |
|---|---|
| The ability to solve problems effectively begins with gathering data, seeking resources, and applying critical thinking skills. | • 9.4.5.CT.1: Identify and gather relevant data that will aid in the problem-solving process (e.g., 2.1.5.EH.4, 4-ESS3-1, 6.3.5.CivicsPD.2).<br>• 9.4.5.CT.2: Identify a problem and list the types of individuals and resources (e.g., school, community agencies, governmental, online) that can aid in solving the problem (e.g., 2.1.5.CHSS.1, 4-ESS3-1).<br>• 9.4.5.CT.3: Describe how digital tools and technology may be used to solve problems.<br>• 9.4.5.CT.4: Apply critical thinking and problem-solving strategies to different types of problems such as personal, academic, community and global (e.g., 6.1.5.CivicsCM.3). |

**Digital Citizenship**

| Core Ideas | Performance Expectations |
|---|---|
| Intellectual property rights exist to protect the original works of individuals. It is allowable to use other people's ideas in one's own work provided that proper credit is given to the original source. | • 9.4.5.DC.1: Explain the need for and use of copyrights.<br>• 9.4.5.DC.2: Provide attribution according to intellectual property rights guidelines using public domain or creative commons media.<br>• 9.4.5.DC.3: Distinguish between digital images that can be reused freely and those that have copyright restrictions. |
| Sending and receiving copies of media on the internet creates the opportunity for unauthorized use of data, such as personally owned video, photos, and music. | 9.4.5.DC.4: Model safe, legal, and ethical behavior when using online or offline technology (e.g., 8.1.5.NI.2). |
| Digital identities must be managed in order to create a positive digital footprint. | 9.4.5.DC.5: Identify the characteristics of a positive and negative online identity and the lasting implications of online activity. |
| Digital tools have positively and negatively changed the way people interact socially. | • 9.4.5.DC.6: Compare and contrast how digital tools have changed social interactions (e.g., 8.1.5.IC.1).<br>• 9.4.5.DC.7: Explain how posting and commenting in social spaces can have positive or negative consequences. |
| Digital engagement can improve the planning and delivery of climate change actions. | 9.4.5.DC.8: Propose ways local and global communities can engage digitally to participate in and promote climate action (e.g., 6.3.5.GeoHE.1). |

**Global and Cultural Awareness**

| Core Ideas | Performance Expectations |
|---|---|
| Culture and geography can shape an individual's experiences and perspectives. | 9.4.5.GCA.1: Analyze how culture shapes individual and community perspectives and points of view (e.g., 1.1.5.C2a, RL.5.9, 6.1.5.HistoryCC.8). |

**Information and Media Literacy**

| Core Ideas | Performance Expectations |
|---|---|
| Digital tools and media resources provide access to vast stores of information, but the information can be biased or inaccurate. | 9.4.5.IML.1: Evaluate digital sources for accuracy, perspective, credibility and relevance (e.g., *Social Studies Practice* - Gathering and Evaluating Sources). |
| Digital tools can be used to modify and display data in various ways that can be organized to communicate ideas. | • 9.4.5.IML.2: Create a visual representation to organize information about a problem or issue (e.g., 4.MD.B.4, 8.1.5.DA.3).<br>• 9.4.5.IML.3: Represent the same data in multiple visual formats in order to tell a story about the data. |
| Accurate and comprehensive information comes in a variety of platforms and formats and is the basis for effective decision-making. | • 9.4.5.IML.4: Determine the impact of implicit and explicit media messages on individuals, groups, and society as a whole.<br>• 9.4.5.IML.5: Distinguish how media are used by individuals, groups, and organizations for varying purposes. (e.g., 1.3A.5.R1a). |
| Specific situations require the use of relevant sources of information. | • 9.4.5.IML.6: Use appropriate sources of information from diverse sources, contexts, disciplines, and cultures to answer questions (e.g., RI.5.7, 6.1.5.HistoryCC.7, 7.1.NM. IPRET.5).<br>• 9.4.5.IML.7: Evaluate the degree to which information meets a need including social emotional learning, academic, and social (e.g., 2.2.5. PF.5). |

**Technology Literacy**

| Core Ideas | Performance Expectations |
|---|---|
| Different digital tools have different purposes. | • 9.4.5.TL.1: Compare the common uses of at least two different digital tools and identify the advantages and disadvantages of using each.<br>• 9.4.5.TL.2: Sort and filter data in a spreadsheet to analyze findings.<br>• 9.4.5.TL.3: Format a document using a word processing application to enhance text, change page formatting, and include appropriate images graphics, or symbols. |
| Collaborating digitally as a team can often develop a better artifact than an individual working alone. | • 9.4.5.TL.4: Compare and contrast artifacts produced individually to those developed collaboratively (e.g., 1.5.5.CR3a).<br>• 9.4.5.TL.5: Collaborate digitally to produce an artifact (e.g., 1.2.5CR1d). |

STATE OF NEW JERSEY
DEPARTMENT OF EDUCATION

**2020 New Jersey Student Learning Standards – Career Readiness, Life Literacies, and Key Skills**

**9.4 Life Literacies and Key Skills by the End of Grade 8**

### Creativity and Innovation

| Core Ideas | Performance Expectations |
|---|---|
| Gathering and evaluating knowledge and information from a variety of sources, including global perspectives, fosters creativity and innovative thinking. | • 9.4.8.CI.1: Assess data gathered on varying perspectives on causes of climate change (e.g., cross-cultural, gender-specific, generational), and determine how the data can best be used to design multiple potential solutions (e.g., RI.7.9, 6.SP.B.5, 7.1.NH.IPERS.6, 8.2.8.ETW.4).<br>• 9.4.8.CI.2: Repurpose an existing resource in an innovative way (e.g., 8.2.8.NT.3).<br>• 9.4.8.CI.3: Examine challenges that may exist in the adoption of new ideas (e.g., 2.1.8.SSH, 6.1.8.CivicsPD.2).<br>• 9.4.8.CI.4: Explore the role of creativity and innovation in career pathways and industries. |

### Critical Thinking and Problem-solving

| Core Ideas | Performance Expectations |
|---|---|
| Multiple solutions often exist to solve a problem. | • 9.4.8.CT.1: Evaluate diverse solutions proposed by a variety of individuals, organizations, and/or agencies to a local or global problem, such as climate change, and use critical thinking skills to predict which one(s) are likely to be effective (e.g., MS-ETS1-2).<br>• 9.4.8.CT.2: Develop multiple solutions to a problem and evaluate short- and long-term effects to determine the most plausible option (e.g., MS-ETS1-4, 6.1.8.CivicsDP.1). |
| An essential aspect of problem solving is being able to self-reflect on why possible solutions for solving problems were or were not successful. | 9.4.8.CT.3: Compare past problem-solving solutions to local, national, or global issues and analyze the factors that led to a positive or negative outcome. |

### Digital Citizenship

| Core Ideas | Performance Expectations |
|---|---|
| Detailed examples exist to illustrate crediting others when incorporating their digital artifacts in one's own work. | • 9.4.8.DC.1: Analyze the resource citations in online materials for proper use.<br>• 9.4.8.DC.2: Provide appropriate citation and attribution elements when creating media products (e.g., W.6.8). |
| There are tradeoffs between allowing information to be public and keeping information private and secure. | 9.4.8.DC.3: Describe tradeoffs between allowing information to be public (e.g., within online games) versus keeping information private and secure. |
| Digital footprints are publicly accessible, even if only shared with a select group. Appropriate measures such as proper interactions can protect online reputations. | • 9.4.8.DC.4: Explain how information shared digitally is public and can be searched, copied, and potentially seen by public audiences.<br>• 9.4.8.DC.5: Manage digital identity and practice positive online behavior to avoid inappropriate forms of self-disclosure.<br>• 9.4.8.DC.6: Analyze online information to distinguish whether it is helpful or harmful to reputation. |
| Digital communities are used by individuals to share information, organize, and engage around issues and topics of interest. | 9.4.8.DC.7: Collaborate within a digital community to create a digital artifact using strategies such as crowdsourcing or digital surveys. |
| Digital technology and data can be leveraged by communities to address effects of climate change. | 9.4.8.DC.8: Explain how communities use data and technology to develop measures to respond to effects of climate change (e.g., smart cities). |

### Global and Cultural Awareness

| Core Ideas | Performance Expectations |
|---|---|
| Awareness of and appreciation for cultural differences is critical to avoid barriers to productive and positive interaction. | • 9.4.8.GCA.1: Model how to navigate cultural differences with sensitivity and respect (e.g., 1.5.8.C1a).<br>• 9.4.8.GCA.2: Demonstrate openness to diverse ideas and perspectives through active discussions to achieve a group goal. |

**Information and Media Literacy**

| Core Ideas | Performance Expectations |
|---|---|
| Increases in the quantity of information available through electronic means have heightened the need to check sources for possible distortion, exaggeration, or misrepresentation. | • 9.4.8.IML.1: Critically curate multiple resources to assess the credibility of sources when searching for information.<br>• 9.4.8.IML.2: Identify specific examples of distortion, exaggeration, or misrepresentation of information. |
| Digital tools make it possible to analyze and interpret data, including text, images, and sound. These tools allow for broad concepts and data to be more effectively communicated. | • 9.4.8.IML.3: Create a digital visualization that effectively communicates a data set using formatting techniques such as form, position, size, color, movement, and spatial grouping (e.g., 6.SP.B.4, 7.SP.B.8b).<br>• 9.4.8.IML.4: Ask insightful questions to organize different types of data and create meaningful visualizations.<br>• 9.4.8.IML.5: Analyze and interpret local or public data sets to summarize and effectively communicate the data. |
| The mode of information can convey a message to consumers or an audience. | 9.4.8.IML.6: Identify subtle and overt messages based on the method of communication. |
| Sources of information are evaluated for accuracy and relevance when considering the use of information. | • 9.4.8.IML.7: Use information from a variety of sources, contexts, disciplines, and cultures for a specific purpose (e.g., 1.2.8.C2a, 1.4.8.CR2a, 2.1.8.CHSS/IV.8.AI.1, W.5.8, 6.1.8.GeoSV.3.a, 6.1.8.CivicsDP.4.b, 7.1.NH. IPRET.8).<br>• 9.4.8.IML.8: Apply deliberate and thoughtful search strategies to access high-quality information on climate change (e.g., 1.1.8.C1b). |
| There are ethical and unethical uses of information and media. | • 9.4.8.IML.9: Distinguish between ethical and unethical uses of information and media (e.g., 1.5.8.CR3b, 8.2.8.EC.2).<br>• 9.4.8.IML.10: Examine the consequences of the uses of media (e.g., RI.8.7).<br>• 9.4.8.IML.11: Predict the personal and community impact of online and social media activities. |

| Core Ideas | Performance Expectations |
|---|---|
| There is a need to produce and publish media that has information supported with quality evidence and is intended for authentic audiences. | • 9.4.8.IML.12: Use relevant tools to produce, publish, and deliver information supported with evidence for an authentic audience.<br>• 9.4.8.IML.13: Identify the impact of the creator on the content, production, and delivery of information (e.g., 8.2.8.ED.1).<br>• 9.4.8.IML.14: Analyze the role of media in delivering cultural, political, and other societal messages.<br>• 9.4.8.IML.15: Explain ways that individuals may experience the same media message differently. |

**Technology Literacy**

| Core Ideas | Performance Expectations |
|---|---|
| Some digital tools are appropriate for gathering, organizing, analyzing, and presenting information, while other types of digital tools are appropriate for creating text, visualizations, models, and communicating with others. | • 9.4.8.TL.1: Construct a spreadsheet in order to analyze multiple data sets, identify relationships, and facilitate data-based decision-making.<br>• 9.4.8.TL.2: Gather data and digitally represent information to communicate a real-world problem (e.g., MS-ESS3-4, 6.1.8.EconET.1, 6.1.8.CivicsPR.4).<br>• 9.4.8.TL.3: Select appropriate tools to organize and present information digitally.<br>• 9.4.8.TL.4: Synthesize and publish information about a local or global issue or event (e.g., MS-LS4-5, 6.1.8.CivicsPI.3). |
| Digital tools allow for remote collaboration and rapid sharing of ideas unrestricted by geographic location or time. | • 9.4.8.TL.5: Compare the process and effectiveness of synchronous collaboration and asynchronous collaboration.<br>• 9.4.8.TL.6: Collaborate to develop and publish work that provides perspectives on a real-world problem. |

STATE OF NEW JERSEY
DEPARTMENT OF EDUCATION

**2020 New Jersey Student Learning Standards – Career Readiness, Life Literacies, and Key Skills**

**9.4 Life Literacies and Key Skills by the End of Grade 12**

## Creativity and Innovation

| Core Ideas | Performance Expectations |
|---|---|
| With a growth mindset, failure is an important part of success. | 9.4.12.CI.1: Demonstrate the ability to reflect, analyze, and use creative skills and ideas (e.g., 1.1.12prof.CR3a). |
| Innovative ideas or innovation can lead to career opportunities. | • 9.4.12.CI.2: Identify career pathways that highlight personal talents, skills, and abilities (e.g., 1.4.12prof.CR2b, 2.2.12.LF.8).<br>• 9.4.12.CI.3: Investigate new challenges and opportunities for personal growth, advancement, and transition (e.g., 2.1.12.PGD.1). |

## Critical Thinking and Problem-solving

| Core Ideas | Performance Expectations |
|---|---|
| Collaboration with individuals with diverse experiences can aid in the problem-solving process, particularly for global issues where diverse solutions are needed. | • 9.4.12.CT.1: Identify problem-solving strategies used in the development of an innovative product or practice (e.g., 1.1.12acc.C1b, 2.2.12.PF.3).<br>• 9.4.12.CT.2: Explain the potential benefits of collaborating to enhance critical thinking and problem solving (e.g., 1.3E.12profCR3.a).<br>• 9.4.12.CT.3: Enlist input from a variety of stakeholders (e.g., community members, experts in the field) to design a service learning activity that addresses a local or global issue (e.g., environmental justice).<br>• 9.4.12.CT.4: Participate in online strategy and planning sessions for course-based, school-based, or other project and determine the strategies that contribute to effective outcomes. |

**Digital Citizenship**

| Core Ideas | Performance Expectations |
|---|---|
| Laws govern the use of intellectual property and there are legal consequences to utilizing or sharing another's original works without permission or appropriate credit. | • 9.4.12.DC.1: Explain the beneficial and harmful effects that intellectual property laws can have on the creation and sharing of content (e.g., 6.1.12.CivicsPR.16.a).<br>• 9.4.12.DC.2: Compare and contrast international differences in copyright laws and ethics. |
| Laws govern many aspects of computing, such as privacy, data, property, information, and identity. These laws can have beneficial and harmful effects, such as expediting or delaying advancements in computing and protecting or infringing upon people's rights. | • 9.4.12.DC.3: Evaluate the social and economic implications of privacy in the context of safety, law, or ethics (e.g., 6.3.12.HistoryCA.1).<br>• 9.4.12.DC.4: Explain the privacy concerns related to the collection of data (e.g., cookies) and generation of data through automated processes that may not be evident to users (e.g., 8.1.12.NI.3).<br>• 9.4.12.DC.5: Debate laws and regulations that impact the development and use of software. |
| Cultivating online reputations for employers and academia requires separating private and professional digital identities. | 9.4.12.DC.6: Select information to post online that positively impacts personal image and future college and career opportunities. |
| Digital communities influence many aspects of society, especially the workforce. The increased connectivity between people in different cultures and different career fields have changed the nature, content, and responsibilities of many careers. | 9.4.12.DC.7: Evaluate the influence of digital communities on the nature, content and responsibilities of careers, and other aspects of society (e.g., 6.1.12.CivicsPD.16.a). |
| Network connectivity and computing capability extended to objects, sensors and everyday items not normally considered computers allows these devices to generate, exchange, and consume data with minimal human intervention.<br><br>Technologies such as Artificial Intelligence (AI) and blockchain can help minimize the effect of climate change. | 9.4.12.DC.8: Explain how increased network connectivity and computing capabilities of everyday objects allow for innovative technological approaches to climate protection. |

## Global and Cultural Awareness

| Core Ideas | Performance Expectations |
|---|---|
| Solutions to the problems faced by a global society require the contribution of individuals with different points of view and experiences. | 9.4.12.GCA.1: Collaborate with individuals to analyze a variety of potential solutions to climate change effects and determine why some solutions (e.g., political. economic, cultural) may work better than others (e.g., SL.11-12.1., HS-ETS1-1, HS-ETS1-2, HS-ETS1-4, 6.3.12.GeoGI.1, 7.1.IH.IPERS.6, 7.1.IL.IPERS.7, 8.2.12.ETW.3). |

## Information and Media Literacy

| Core Ideas | Performance Expectations |
|---|---|
| Advanced search techniques can be used with digital and media resources to locate information and to check the credibility and the expertise of sources to answer questions, solve problems, and inform the decision-making. | • 9.4.12.IML.1: Compare search browsers and recognize features that allow for filtering of information.<br>• 9.4.12.IML.2: Evaluate digital sources for timeliness, accuracy, perspective, credibility of the source, and relevance of information, in media, data, or other resources (e.g., NJSLSA.W8, *Social Studies Practice*: Gathering and Evaluating Sources. |
| Digital tools such as artificial intelligence, image enhancement and analysis, and sophisticated computer modeling and simulation create new types of information that may have profound effects on society. These new types of information must be evaluated carefully. | • 9.4.12.IML.3: Analyze data using tools and models to make valid and reliable claims, or to determine optimal design solutions (e.g., S-ID.B.6a., 8.1.12.DA.5, 7.1.IH.IPRET.8)<br>• 9.4.12.IML.4: Assess and critique the appropriateness and impact of existing data visualizations for an intended audience (e.g., S-ID.B.6b, HS-LS2-4). |
| In order for members of our society to participate productively, information needs to be shared accurately and ethically. | • 9.4.12.IML.5: Evaluate, synthesize, and apply information on climate change from various sources appropriately (e.g., 2.1.12.CHSS.6, S.IC.B.4, S.IC.B.6, 8.1.12.DA.1, 6.1.12.GeoHE.14.a, 7.1.AL.PRSNT.2).<br>• 9.4.12.IML.6: Use various types of media to produce and store information on climate change for different purposes and audiences with sensitivity to cultural, gender, and age diversity (e.g., NJSLSA.SL5). |
| Accurate information may help in making valuable and ethical choices. | • 9.4.12.IML.7: Develop an argument to support a claim regarding a current workplace or societal/ethical issue such as climate change (e.g., NJSLSA.W1, 7.1.AL.PRSNT.4). |

| Core Ideas | Performance Expectations |
|---|---|
| Media have embedded values and points of view. | • 9.4.12.IML.8: Evaluate media sources for point of view, bias, and motivations (e.g., NJSLSA.R6, 7.1.AL.IPRET.6).<br>• 9.4.12.IML.9: Analyze the decisions creators make to reveal explicit and implicit messages within information and media (e.g., 1.5.12acc.C2a, 7.1.IL.IPRET.4). |

**Technology Literacy**

| Core Ideas | Performance Expectations |
|---|---|
| Digital tools differ in features, capacities, and styles. Knowledge of different digital tools is helpful in selecting the best tool for a given task. | • 9.4.12.TL.1: Assess digital tools based on features such as accessibility options, capacities, and utility for accomplishing a specified task (e.g., W.11-12.6.).<br>• 9.4.12.TL.2: Generate data using formula-based calculations in a spreadsheet and draw conclusions about the data. |
| Collaborative digital tools can be used to access, record and share different viewpoints and to collect and tabulate the views of groups of people. | • 9.4.12.TL.3: Analyze the effectiveness of the process and quality of collaborative environments.<br>• 9.4.12.TL.4: Collaborate in online learning communities or social networks or virtual worlds to analyze and propose a resolution to a real-world problem (e.g., 7.1.AL.IPERS.6). |