| | |
|---|---|
| 1 | LEXI J. HAZAM |
| 2 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 3 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 4 | Telephone: 415-956-1000 |
| | lhazam@lchb.com |
| 5 | |
| 6 | *Co-Lead Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-3047-YGR |
| This Document Relates to: | **TEMPORARY SEALING MOTION RE: PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS** |
| ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs submit this Temporary Sealing Motion requesting to file under seal portions of Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts and related exhibits. The reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-3 | Portions of Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-4 | Ex. 1 (JCCP Deposition of A. Lembke) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-5 | Ex. 2 (JCCP Deposition of E. Telzer) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-6 | Ex. 3 (MDL Deposition of M. Prinstein) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-7 | Ex. 4 (MDL Deposition of B. Zicherman) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-8 | Ex. 5 (JCCP Deposition of R. Mojtabai) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-9 | Ex. 6 (Expert Rebuttal Report of R. Mojtabai) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-10 | Ex. 7 (Expert Rebuttal Report of A. Lembke) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-11 | Ex. 8 (Expert Report of B. Zicherman) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-13 | Ex. 10 (Expert Report of A. Lembke) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-14 | Ex. 11 (Expert Rebuttal Report of D. Christakis) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-15 | Ex. 12 (Expert Report of M. Prinstein) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-16 | Ex. 13 (Expert Report of R. Mojtabai) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-17 | Ex. 14 (Expert Rebuttal Report of B. Zicherman) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-18 | Ex. 15 (Expert Report of D. Christakis) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-19 | Ex. 16 (JCCP Deposition of D. Cingel) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-20 | Ex. 17 (JCCP Deposition of J. Twenge) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-21 | Ex. 18 (MDL Deposition of A. Lembke) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-22 | Ex. 19 (MDL Deposition of L. Hale) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-23 | Ex. 20 (Expert Rebuttal Report of J. Twenge) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-27 | Ex. 24 (JCCP Deposition of D. Christakis) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-29 | Ex. 26 (Expert Rebuttal Report of M. Prinstein) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-30 | Ex. 27 (JCCP Deposition of I. Gotlib) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-31 | Ex. 28 (MDL Deposition of S. Buka) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-32 | Ex. 29 (MDL Deposition of R. Mojtabai) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-33 | Ex. 30 (JCCP Deposition of S. Murray) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-35 | Ex. 32 (Expert Report of S. Murray) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-39 | Ex. 36 (Expert Report of K. Becker) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-41 | Ex. 38 (Ex. 35 to the JCCP Deposition of D. Christakis) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-43 | Ex. 40 (Ex. 4 to the MDL Deposition of D. Christakis) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-44 | Ex. 41 (MDL Deposition of D. Christakis) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-53 | Ex. 50 (Expert Report of D. Cingel) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-54 | Ex. 51 (Expert Report of G. Goldfield) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-55 | Ex. 52 (MDL Deposition of G. Goldfield) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-56 | Ex. 53 (JCCP Deposition of G. Goldfield) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-59 | Ex. 56 (Expert Report of R. Auerbach) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-61 | Ex. 58 (MDL Deposition of S. Murray) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-62 | Ex. 59 (Expert Rebuttal Report of S. Murray) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-63 | Ex. 60 (Expert Report of T. Schwartz) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-64 | Ex. 61 (Ex. 5 to the MDL Deposition of S. Murray) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-65 | Ex. 62 (Expert Report of E. Telzer) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-66 | Ex. 63 (Expert Rebuttal Report of E. Telzer) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-70 | Ex. 67 (META3047MDL-020-00082810) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-71 | Ex. 68 (MDL Deposition of E. Telzer) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-78 | Ex. 75 (MDL Deposition of E. Telzer) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-79 | Ex. 76 (MDL Deposition of J. Twenge) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-81 | Ex. 78 (Expert Report of S. Hoover) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-82 | Ex. 79 (MDL Deposition of S. Hoover) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-83 | Ex. 80 (Expert Rebuttal Report of S. Hoover) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-90 | Ex. 87 (Rebuttal Trial Report of L. Hale) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-92 | Ex. 89 (META3047MDL-111-00371250) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-93 | Ex. 90 (MDL Deposition of A. Béjar) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-94 | Ex. 91 (Ex. 8 to the MDL Deposition of A. Béjar) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-95 | Ex. 92 (11/7/25 Non-Retained Expert Disclosures) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |
| ECF No. 2405-96 | Ex. 93 (JCCP Deposition of A. Béjar) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-97 | Ex. 94 (Ex. 12 to the MDL Deposition of A. Béjar) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |

| Docket No. | Document | Whether document contains a party's Confidential Information |
|---|---|---|
| ECF No. 2405-98 | Ex. 95 (Ex. 13 to the MDL Deposition of A. Béjar) | Temporarily filing under seal because document contains information that Meta Defendants may consider to be confidential |
| ECF No. 2405-100 | Ex. 97 (MDL Deposition of R. Auerbach) | Temporarily filing under seal because document contains information that Meta, TikTok, Snap, or Google Defendants may consider to be confidential |

DATED: November 7, 2025                    Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*