*[Submitting Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**TEMPORARY SEALING MOTION REGARDING SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: January 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs submit this Temporary Sealing Motion regarding School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2407-001 | School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts | Not redacted or sealed |
| ECF No. 2407-002 | Declaration of Melissa L. Yeates | Not redacted or sealed |
| ECF No. 2407-003 | Ex. 1, May 16, 2025 Expert Report of Dimitri Christakis, M.D., M.P.H. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-004 | Ex. 2, May 16, 2025 Expert Report of Gary Goldfield, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-005 | Ex. 3, May 16, 2025 Expert Report of Anna Lembke, M.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-006 | Ex. 4, May 16, 2025 Expert Report of Dr. Ramin Mojtabai, M.D., Ph.D., MPH. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-007 | Ex. 5, May 16, 2025 Expert Report of Eva Telzer, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-008 | Ex. 6, May 18, 2025 Expert Report of Robert Klein for Breathitt County School District. | Not redacted or sealed |

| ECF No. 2407-009 | Ex. 7, May 18, 2025 Expert Report of Robert Klein for Charleston County School District. | Not redacted or sealed |
|---|---|---|
| ECF No. 2407-010 | Ex. 8, May 18, 2025 Expert Report of Robert Klein for DeKalb County School District. | Not redacted or sealed |
| ECF No. 2407-011 | Ex. 9, May 18, 2025 Expert Report of Robert Klein for Board of Education of Harford County. | Not redacted or sealed |
| ECF No. 2407-012 | Ex. 10, May 18, 2025 Expert Report of Robert Klein for Irvington Public Schools. | Not redacted or sealed |
| ECF No. 2407-013 | Ex. 11, May 18, 2025 Expert Report of Robert Klein for Tucson Unified School District. | Not redacted or sealed |
| ECF No. 2407-014 | Ex. 12, August 1, 2025 Rebuttal Report of Robert Klein for Breathitt County School District. | Not redacted or sealed |
| ECF No. 2407-015 | Ex. 13, August 1, 2025 Rebuttal Report of Robert Klein for Charleston County School District. | Not redacted or sealed |
| ECF No. 2407-016 | Ex. 14, August 1, 2025 Rebuttal Report of Robert Klein for DeKalb County School District. | Not redacted or sealed |
| ECF No. 2407-017 | Ex. 15, August 1, 2025 Rebuttal Report of Robert Klein for Board of Education of Harford County. | Not redacted or sealed |
| ECF No. 2407-018 | Ex. 16, August 1, 2025 Rebuttal Report of Robert Klein for Irvington Public Schools. | Not redacted or sealed |
| ECF No. 2407-019 | Ex. 17, August 1, 2025 Rebuttal Report of Robert Klein for Tucson Unified School District. | Not redacted or sealed |
| ECF No. 2407-020 | Ex. 18, September 5, 2025 deposition transcript of Robert Klein. | Not redacted or sealed |
| ECF No. 2407-021 | Ex. 19, March 21, 2025 warming email for Breathitt County School District, Bates stamped Klein000006. | Not redacted or sealed |
| ECF No. 2407-022 | Ex. 20, April 3, 2025 warming email reminder for Breathitt County School District, Bates stamped Klein000007-Klein000008. | Not redacted or sealed |
| ECF No. 2407-023 | Ex. 21, April 22, 2025 warming email reminder for Breathitt County School District, Bates stamped Klein000009-Klein0000010. | Not redacted or sealed |
| ECF No. 2407-024 | Ex. 22, April 7, 2025, April 21, 2025, and April 24, 2025 warming email and warming | Temporarily filing under seal because document |

| | | |
|---|---|---|
| | email reminders for Charleston County School District, Bates stamped Klein0000011-Klein0000013. | contains information that the parties may consider to be confidential |
| ECF No. 2407-025 | Ex. 22, April 7, 2025, April 21, 2025, and April 24, 2025 warming email and warming email reminders for Charleston County School District, Bates stamped Klein0000011-Klein0000013. | Redacted |
| ECF No. 2407-026 | Ex. 23, April 3, 2025 warming email for DeKalb County School District, Bates stamped Klein000014. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-027 | Ex. 23, April 3, 2025 warming email for DeKalb County School District, Bates stamped Klein000014. | Redacted |
| ECF No. 2407-028 | Ex. 24, April 14, 2025 warming email reminder for DeKalb County School District, Bates stamped Klein000015- Klein000016. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-029 | Ex. 24, April 14, 2025 warming email reminder for DeKalb County School District, Bates stamped Klein000015- Klein000016. | Redacted |
| ECF No. 2407-030 | Ex. 25, April 23, 2025 warming email reminder for DeKalb County School District, Bates stamped Klein000017-Klein0000018. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-031 | Ex. 25, April 23, 2025 warming email reminder for DeKalb County School District, Bates stamped Klein000017-Klein0000018. | Redacted |
| ECF No. 2407-032 | Ex. 26, warming email for Board of Education of Harford County, Bates stamped Klein000019. | Not redacted or sealed |
| ECF No. 2407-033 | Ex. 27, March 27, 2025 warming email for Irvington Public Schools, Bates stamped Klein000020- Klein000021. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-034 | Ex. 27, March 27, 2025 warming email for Irvington Public Schools, Bates stamped Klein000020- Klein000021. | Redacted |
| ECF No. 2407-035 | Ex. 28, April 4, 2025 warming email reminder for Irvington Public Schools, Bates stamped Klein000022- Klein000024. | Temporarily filing under seal because document contains information that the |

3

| | | parties may consider to be confidential |
|---|---|---|
| ECF No. 2407-036 | Ex. 28, April 4, 2025 warming email reminder for Irvington Public Schools, Bates stamped Klein000022- Klein000024. | Redacted |
| ECF No. 2407-037 | Ex. 29, April 1, 2025 warming email for Tucson Unified School District, Bates stamped Klein000025. | Not redacted or sealed |
| ECF No. 2407-038 | Ex. 30, April 22, 2025 warming email reminder for Tucson Unified School District, Bates stamped Klein000026. | Not redacted or sealed |
| ECF No. 2407-039 | Ex. 31, article *Gender Differences in Careers, Education, and Games* (2008), authored by Claudia Goldin and Lawrence F. Katz. | Not redacted or sealed |
| ECF No. 2407-040 | Ex. 32, article *Virtual Rituals: Community, Emotion, and Ritual in Massive Multiplayer Online Role-playing Games—A Quantitative Test and Extension of Structural Ritualization Theory* (2018), authored by Joseph M. Simpson, J. D. Knottnerus, and Michael J. Stern. | Not redacted or sealed |
| ECF No. 2407-041 | Ex. 33, September 2, 2025 Second Amended Expert Report of Dr. Bryce Ward for Breathitt County Schools. | Not redacted or sealed |
| ECF No. 2407-042 | Ex. 34, September 2, 2025 Second Amended Expert Report of Dr. Bryce Ward for Charleston County School District. | Not redacted or sealed |
| ECF No. 2407-043 | Ex. 35, August 8, 2025 Amended Expert Report of Dr. Bryce Ward for DeKalb County School District. | Not redacted or sealed |
| ECF No. 2407-044 | Ex. 36, August 8, 2025 Amended Expert Report of Dr. Bryce Ward for Harford County Public Schools. | Not redacted or sealed |
| ECF No. 2407-045 | Ex. 37, May 31, 2025 Amended Expert Report of Dr. Bryce Ward for Irvington Public Schools. | Not redacted or sealed |
| ECF No. 2407-046 | Ex. 38, May 19, 2025 Expert Report of Dr. Bryce Ward for Tucson Unified School District. | Not redacted or sealed |
| ECF No. 2407-047 | Ex. 39, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Breathitt County Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

4

| ECF No. 2407-048 | Ex. 40, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Charleston County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 2407-049 | Ex. 41, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for DeKalb County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-050 | Ex. 42, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Harford County Public Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-051 | Ex. 43, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Irvington Public Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-052 | Ex. 44, July 31, 2025 Expert Reply Report of Dr. Bryce Ward for Tucson Unified School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-053 | Ex. 45, August 15, 2025 deposition transcript of Dr. Bryce Ward. | Not redacted or sealed |
| ECF No. 2407-054 | Ex. 46, May 13, 2025 Affidavit of Dr. April Vauss. | Not redacted or sealed |
| ECF No. 2407-055 | Ex. 47, May 16, 2025 Affidavit of Sandra Lopez. | Not redacted or sealed |
| ECF No. 2407-056 | Ex. 48, May 15, 2025 Affidavit of Will Noble. | Not redacted or sealed |
| ECF No. 2407-057 | Ex. 49, May 2, 2025 Affidavit of Daphne Noble. | Not redacted or sealed |
| ECF No. 2407-058 | Ex. 50, May 9, 2025 Affidavit of Jeremy Hall. | Not redacted or sealed |
| ECF No. 2407-059 | Ex. 51, May 5, 2025 Affidavit of Phillip Watts. | Not redacted or sealed |
| ECF No. 2407-060 | Ex. 52, May 9, 2025 Affidavit of Kera Howard. | Not redacted or sealed |
| ECF No. 2407-061 | Ex. 53, May 12, 2025 Affidavit of Brian Lambert. | Not redacted or sealed |
| ECF No. 2407-062 | Ex. 54, May 13, 2025 Affidavit of Julie Shivanonda. | Not redacted or sealed |

| ECF No. 2407-063 | Ex. 55, May 13, 2025 Affidavit of Holly Hammel. | Not redacted or sealed |
|---|---|---|
| ECF No. 2407-064 | Ex. 56, May 13, 2025 Affidavit of Dr. Sabrina Salmon. | Not redacted or sealed |
| ECF No. 2407-065 | Ex. 57, May 12, 2025 Affidavit of Anita Huggins. | Not redacted or sealed |
| ECF No. 2407-066 | Ex. 58, May 15, 2025 Affidavit of Lisa Kathryn Allison. | Not redacted or sealed |
| ECF No. 2407-067 | Ex. 59, May 14, 2025 Affidavit of Daniel Prentice. | Not redacted or sealed |
| ECF No. 2407-068 | Ex. 60, May 16, 2025 Affidavit of Monika Davis. | Not redacted or sealed |
| ECF No. 2407-069 | Ex. 61, May 7, 2025 30(b)(1) deposition transcript of Bernard Hennigan. | Not redacted or sealed |
| ECF No. 2407-070 | Ex. 62, May 8, 2025 30(b)(1) deposition transcript of Donoven Brooks. | Not redacted or sealed |
| ECF No. 2407-071 | Ex. 63, May 19, 2025 Expert Report of Jeffrey Meyers for Breathitt County Board of Education. | Not redacted or sealed |
| ECF No. 2407-072 | Ex. 64, May 19, 2025 Expert Report of Jeffrey Meyers for Charleston County School District. | Not redacted or sealed |
| ECF No. 2407-073 | Ex. 65, May 19, 2025 Expert Report of Jeffrey Meyers for DeKalb County School District. | Not redacted or sealed |
| ECF No. 2407-074 | Ex. 66, May 19, 2025 Expert Report of Jeffrey Meyers for Board of Education of Harford County. | Not redacted or sealed |
| ECF No. 2407-075 | Ex. 67, May 19, 2025 Expert Report of Jeffrey Meyers for Irvington Public Schools. | Not redacted or sealed |
| ECF No. 2407-076 | Ex. 68, May 19, 2025 Expert Report of Jeffrey Meyers for Tucson Unified School District. | Not redacted or sealed |
| ECF No. 2407-077 | Ex. 69, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Breathitt County Board of Education. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-078 | Ex. 70, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Charleston County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-079 | Ex. 71, July 25, 2025 Expert Reply Report of Jeffrey Meyers for DeKalb County School District. | Temporarily filing under seal because document contains information that the |

| | | parties may consider to be confidential |
|---|---|---|
| ECF No. 2407-080 | Ex. 72, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Board of Education of Harford County. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-081 | Ex. 73, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Irvington Public Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-082 | Ex. 74, July 25, 2025 Expert Reply Report of Jeffrey Meyers for Tucson Unified School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-083 | Ex. 75, August 22, 2025 deposition transcript of Jeffrey Meyers. | Not redacted or sealed |
| ECF No. 2407-084 | Ex. 76, Plaintiff Board of Education of Harford County's Amended Responses and Objections to Defendants' Interrogatories (Set 3), dated April 14, 2025. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-085 | Ex. 77, Plaintiff Irvington Public Schools' Third Amended Answers to Defendants' Interrogatories (Set 3), dated May 14, 2025. | Not redacted or sealed |
| ECF No. 2407-086 | Ex. 78, Plaintiff Tucson Unified School District's Second Amended Answers to Defendants' Interrogatories (Set 3), dated May 15, 2025. | Not redacted or sealed |
| ECF No. 2407-087 | Ex. 79, May 16, 2025 Expert Report of Dr. Sharon Hoover. | Not redacted or sealed |
| ECF No. 2407-088 | Ex. 80, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Breathitt County Board of Education. | Not redacted or sealed |
| ECF No. 2407-089 | Ex. 81, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Charleston County School District. | Not redacted or sealed |
| ECF No. 2407-090 | Ex. 82, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for DeKalb County Schools. | Not redacted or sealed |
| ECF No. 2407-091 | Ex. 83, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Board of Education Harford County. | Not redacted or sealed |

| ECF No. 2407-092 | Ex. 84, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Irvington Public Schools. | Not redacted or sealed |
|---|---|---|
| ECF No. 2407-093 | Ex. 85, June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Tucson Unified School District. | Not redacted or sealed |
| ECF No. 2407-094 | Ex. 86, July 30, 2025 Rebuttal Report of Dr. Sharon Hoover. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-095 | Ex. 87, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Breathitt County Board of Education. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-096 | Ex. 88, August 1, 2025 Rebuttal Report of Dr. Sharon Hoover for Charleston County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-097 | Ex. 89, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for DeKalb County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-098 | Ex. 90, August 1, 2025 Rebuttal Report of Dr. Sharon Hoover for Harford County Public Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-099 | Ex. 91, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Irvington Public Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-100 | Ex. 92, August 7, 2025 Amended Rebuttal Report of Dr. Sharon Hoover for Tucson Unified School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-101 | Ex. 93, August 12, 2025 deposition transcript volume 1 of Dr. Sharon Hoover. | Not redacted or sealed |
| ECF No. 2407-102 | Ex. 94, August 13, 2025 deposition transcript volume 2 of Dr. Sharon Hoover. | Not redacted or sealed |

8

| ECF No. 2407-103 | Ex. 95, April 8, 2025 30(b)(6) deposition transcript of Julie Shivanonda. | Not redacted or sealed |
|---|---|---|
| ECF No. 2407-104 | Ex. 96, September 4, 2025 Second Amended Expert Report of Dr. Douglas Leslie for Breathitt County Board of Education. | Not redacted or sealed |
| ECF No. 2407-105 | Ex. 97, September 4, 2025 Second Amended Expert Report of Dr. Douglas Leslie for Charleston County School District. | Not redacted or sealed |
| ECF No. 2407-106 | Ex. 98, September 4, 2025 Second Amended Expert Report of Dr. Douglas Leslie for DeKalb County School District. | Not redacted or sealed |
| ECF No. 2407-107 | Ex. 99, September 4, 2025 Second Amended Expert Report of Dr. Douglas Leslie for Board of Education of Harford County. | Not redacted or sealed |
| ECF No. 2407-108 | Ex. 100, September 4, 2025 Second Amended Expert Report of Dr. Douglas Leslie for Irvington Public Schools. | Not redacted or sealed |
| ECF No. 2407-109 | Ex. 101, September 4, 2025 Second Amended Expert Report of Dr. Douglas Leslie for Tucson Unified School District. | Not redacted or sealed |
| ECF No. 2407-110 | Ex. 102, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Breathitt County Board of Education | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-111 | Ex. 103, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Charleston County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-112 | Ex. 104, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for DeKalb County School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-113 | Ex. 105, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Board of Education of Harford County. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-114 | Ex. 106, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Irvington Public Schools. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

9

| ECF No. 2407-115 | Ex. 107, August 1, 2025 Rebuttal Report of Dr. Douglas Leslie for Tucson Unified School District. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 2407-116 | Ex. 108, September 11, 2025 Amended Expert Report of Brian Osborne. | Not redacted or sealed |
| ECF No. 2407-117 | Ex. 109, September 11, 2025 Amended Expert Rebuttal report of Brian Osborne. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-118 | Ex. 110, September 4, 2025 deposition transcript of Brian Osborne. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2407-119 | Ex. 110, September 4, 2025 deposition transcript of Brian Osborne. | Redacted |
| ECF No. 2407-120 | Ex. 111, Brian Osborne's curriculum vitae, marked as Exhibit 1 at the September 4, 2025 deposition of Brian Osborne. | Not redacted or sealed |
| ECF No. 2407-121 | Ex. 112, article *Social media use associated with depression among US young adults* (2016) authored by the University of Pittsburgh Schools of the Health Sciences, marked as Exhibit 19 at the September 4, 2025 deposition of Brian Osborne. | Not redacted or sealed |
| ECF No. 2407-122 | Ex. 113, article *How Money Matters for Schools* (2017) authored by Bruce D. Baker, marked as Exhibit 20 at the September 4, 2025 deposition of Brian Osborne. | Not redacted or sealed |
| ECF No. 2407-123 | Ex. 114, Plaintiff Charleston County School District's Supplemental Answers to Defendants' Interrogatories (Set 3), dated April 23, 2025. | Not redacted or sealed |
| ECF No. 2407-124 | Ex. 115, Plaintiff DeKalb County School District's Amended Objections and Responses to Defendants' Interrogatories (Set 3), dated March 24, 2025. | Not redacted or sealed |
| ECF No. 2407-125 | Ex. 116, Jeffrey Meyer deposition errata sheet, dated October 9, 2025. | Not redacted or sealed |

Dated: November 7, 2025

Respectfully submitted,

/s/ *Melissa L. Yeates*
MELISSA L. YEATES
**KESSLER TOPAZ**
**MELTZER CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

*Plaintiffs' Steering Committee Leadership*
*Co-Chair of Local Government Entity*
*Subcommittee*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN**
 **& BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE, LLC**
401 9th St, Suite 630
Washington, DC 20004
Phone: (202) 386-9610
Email: pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*
*Co-Chair of Local Government Entity*
*Subcommittee*

11

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing and its attachments was served via electronic mail on November 7, 2025, to Counsel for Defendants:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

mdl3047coleadfirms@listserv.motleyrice.com

pscservicemdl3047@motleyrice.com

/s/ *Melissa L. Yeates*
Melissa L. Yeates

TEMPORARY SEALING MOT. RE: SCHOOL DISTRICT/LOCAL GOV'T ENTITY PLS.' OPP'N TO DEFS.' MOT. TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS
4:22-MD-03047-YGR