**Exhibit 6**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**Social Media and Teacher Time Survey
Methodology and Results**

May 18, 2025

Applied Marketing Science, Inc.
78 Blanchard Road
Burlington, MA 01803

**Table of Contents**

Executive Summary of Opinions …………………………………………………2

Credentials and Qualifications …………………………………………………2

Background and Assignment …………………………………………………3

Survey Methodology …………………………………………………4

Population Universe and Sample Selection …………………………………………………5

Survey Instrument …………………………………………………6

Overview of Data Collection ………………………………………………..11

Data Tabulation ………………………………………………..11

Conclusion ………………………………………………..12

1

**Executive Summary of Opinions**

1. Based on the results of the survey I conducted, it is my opinion, to a reasonable degree of professional certainty, that from 2014 through the present, middle school and high school teachers in Plaintiff's school district have had an increasing amount of their scheduled classroom instruction time diverted due to the use of Defendants' social media platforms by their students.

2. Results show that about a decade ago (i.e., 2014), middle school teachers in Plaintiff's district spent an average of 1.4% of their scheduled classroom instruction time dealing with social media issues, and high school teachers in Plaintiff's district spent an average of 5.2% of their scheduled classroom instruction time on these issues. This increased to 6.1% and 8.2%, respectively, at the beginning of 2020. Once in-person teaching resumed, following the pause on in-person teaching due to the pandemic, the diverted time was 7.8% for middle school teachers and 5.9% for high school teachers. Last school year (i.e., 2023-2024), middle and high school teachers spent an average of 6.3% and 5.5%, respectively, of their scheduled classroom instruction time on this issue. Middle school teachers report that currently 5.2% of their classroom instruction time is diverted and high school teachers report 3.9%. Later in this report, I will present the detailed results for surveyed middle and high school teachers at various times from 2014 to the present.

3. My work is on-going. Should additional data or information become available, I may extend or revise this opinion. For an in-depth review of the data, please see the Data Analysis section of the report.

**Credentials of Robert L. Klein and Qualifications as an Expert**

4. I am Chairman Emeritus and Co-Founder of Applied Marketing Science, Inc. ("AMS"), a market research and consulting firm with offices in Burlington, Massachusetts.

5. I received a Bachelor of Science degree in Mechanical Engineering in 1966 from the Massachusetts Institute of Technology (MIT), in Cambridge, Massachusetts, and a Master of Science degree in 1968 from the MIT Sloan School of Management. I served as a commissioned officer in the US Public Health Service from 1968 to 1970 and was stationed at the National Institutes of Health in Bethesda, Maryland.

6. I returned to the Boston area in 1970 to join three former professors in starting Management Decision Systems, Inc. (MDS). At MDS, I was Senior Vice President responsible for the development of market research models and measurement tools to forecast new product success, to measure the impact of advertising and other promotions, and to help product managers increase the profitability of their brands. In 1985, MDS had 250 employees and offices in the U.S., Europe, and Asia.

7. In 1985, Information Resources, Inc. (IRI), then the fourth largest market research company in the world, acquired MDS. IRI specialized in the collection and analysis of data generated

2

by supermarket scanners. I became Executive Vice President of IRI with responsibility for custom consulting and market research projects.

8. In 1989, I left IRI to start AMS with an MIT professor and a former client as partners. For the past 36 years, we have conducted market research on a wide range of both consumer and business products and services. We currently have approximately 40 employees working out of our office in suburban Boston.

9. In my market research career, I have personally designed and conducted over one thousand market research surveys primarily for non-litigation clients. I am a member of the American Association for Public Opinion Research, the Product Development and Management Association, and the Institute for Operations Research and Management Science. I have represented AMS on the Council of American Survey Research Organizations (n/k/a Insights Association), a trade association representing U.S. survey research firms, and to the International Trademark Association (INTA), a global, non-profit organization dedicated to supporting and advancing trademarks and related intellectual property rights.

10. My curriculum vitae, including the cases in which I have testified as an expert in the past 4 years, is attached as Appendix A. AMS has billed my time in this matter at the rate of $835 per hour, and my compensation is not in any way dependent on the outcome of this case.

**Background and Assignment**

11. The Breathitt County Schools District is located in Breathitt County, Kentucky (hereafter "Plaintiff" or "the District").

12. Meta Platforms, Inc. and its subsidiaries, Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments Inc. Siculus, Inc., Instagram, LLC, Snap, Inc., TikTok Inc., ByteDance Inc. TikTok Pte. Ltd., ByteDance Ltd., Google LLC and its subsidiaries, and YouTube LLC (collectively "Defendants") operate various social media platforms used by students attending Plaintiff's schools, including Facebook, Instagram, Snapchat, TikTok, and YouTube.

13. I have reviewed Plaintiff's Master Complaint. Based on my review of the Master Complaint, it is my understanding that Plaintiff alleges that Defendants have designed, developed, produced, operated, promoted, distributed, and marketed their social media platforms in ways that are harmful to the youth who attend Plaintiff's schools. It is further my understanding that Plaintiff also alleges that Defendants have targeted schools and promoted use of their platforms by students, including during the school day and that teachers employed by Plaintiff have been forced to divert time from teaching towards addressing unauthorized student use of social media in the classroom as well as repercussions from student use of social media outside the classroom. As a result, teacher time is diverted from the time available for classroom instruction to deal with the effects of student use of Defendants' platforms.

3

14. I was asked by counsel for Plaintiff to design, execute, and analyze a market research survey to measure the time middle school and high school teachers employed by Plaintiff have been forced to divert from teaching due to student use of social media.

**Survey Methodology**

15. The survey was designed and conducted according to generally accepted principles of survey research, as set forth in the Federal Judicial Center's Manual for Complex Litigation[1] and Reference Manual on Scientific Evidence.[2] These include:

- whether the population was properly chosen and defined;
- whether the sample chosen was representative of that population;
- whether the data gathered were accurately reported;
- whether the data were analyzed in accordance with accepted statistical principles;
- whether the questions asked were clear and not leading;
- whether the survey was conducted by qualified persons following proper interview procedures; and
- whether the process was conducted so as to ensure objectivity (e.g., that respondents were unaware of the sponsor of the survey and how the results would be used).

16. Additionally, to ensure objectivity in survey responses, it is standard practice to conduct surveys in a "double-blind" manner (i.e., withhold information about the purpose and sponsor of the survey from both the interviewer and the respondent).[3] The survey I designed for this assignment satisfied this condition. The main questionnaire did not provide any information about the actual purpose of the survey. In addition, the screening questions in the survey included response options unrelated to the survey's purpose to disguise the "correct" answer for qualification. Furthermore, the survey was conducted via a programmed internet questionnaire, eliminating the need for a human interviewer. Internet-based surveys remove any "interviewer bias" that may result from the way a human interviewer may inadvertently bias a respondent's answer by their phrasing of the question or their reaction to the answer provided.

17. To ensure the meaningfulness of survey responses, it is standard survey practice to instruct respondents not to guess. The survey I designed satisfied this condition as well, in that the instructions at the beginning of the survey stated, "Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question, please indicate this in your response. It is very important that you do not guess." The survey also included the same instructions in the main

---

[1] Federal Judicial Center (2004). *Manual for Complex Litigation* (4th ed.), pp. 102-104.

[2] Diamond, S. S. (2011). Reference Guide on Survey Research. In *Reference Manual on Scientific Evidence* (3rd ed). Federal Judicial Center and The National Academies Press, pp. 359-423.

[3] *Id.,* pp. 410-411.

4

questionnaire. The use of these instructions substantially reduces the likelihood that respondents will attempt to guess the answer to a question if they don't know or have no opinion.[4,5]

18. To reach the relevant population, I developed an internet survey, as mentioned above. Internet surveys are a widely used and well-accepted form of market research.[6] Research has shown that data collected using internet surveys do not differ in quality from that collected using phone or mall-intercept methodologies.[7] Internet surveys are an increasingly common form of market research. As of 2024, 96% of U.S. adults use the internet.[8] The largest corporations use these surveys to support multi-million-dollar marketing decisions.[9] All teachers in the District use the internet and email for communications and so had the necessary resources to complete the survey.

### Population Universe and Sample Selection

19. The appropriate universe to be surveyed to determine the time diverted from available classroom instruction time consists of the middle school and high school teachers in the District impacted by their students' use of Defendants' social media platforms.

20. Plaintiff provided a list of all the middle and high school teachers currently employed full-time in the District. This list contained a total of 70 email addresses. Prior to sending survey invitations to each teacher on the list, the District was instructed to send a warming email to the teachers on the list informing them of an upcoming survey and asking for their cooperation in promptly completing the survey. The District was instructed to make sure not to reveal the purpose of the survey or make any mention of social media.

21. Each teacher on the list was sent an invitation to the survey that contained an embedded link that took them to the actual survey. A copy of the invitation can be seen in Appendix C. Copies of the actual screens seen by respondents are in Appendix D, along with a text version of the questionnaire with the programmer instructions.

---

[4] Jacoby, J. (2013). The Questionnaire. In J. Jacoby, *Trademark Surveys: Designing, Implementing, and Evaluating Surveys* (Vol 1, pp. 616-618), US: American Bar Association.

[5] Diamond, S. S. (2011). Reference Guide on Survey Research. In *Reference Manual on Scientific Evidence* (3rd ed.) Federal Judicial Center and The National Academies Press, pp. 390-391.

[6] Poret, H. (2010). A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys. *The Trademark Reporter, 100*(3), 756-807.

[7] *Ibid.*

[8] Pew Research Center. Internet, Broadband Fact Sheet. Nov. 13, 2024. https://www.pewresearch.org/internet/fact-sheet/internet- broadband/ (viewed 05/17/2025).

[9] *See, e.g.,* Diamond, supra note 10; Gabriel M. Gelb and Betsy D. Gelb (2007), Internet Surveys for Trademark Litigation: Ready or Not, Here They Come, *The Trademark Reporter*, 97.; *see also* Bruce Isaacson et al. (2008), *Why Online Consumer Surveys Can Be A Smart Choice In Intellectual Property Cases*, 26 IPL Newsletter (ABA Section of Intellectual Property Law) 1, 12-15.; Poret, supra note 13; Alex Simonson (2007), *Online Interviewing For Use in Lanham Act Litigation*, 14 No. 2 Intell. Prop. Strategist 3.

**Survey Instrument**

22. The survey began with a series of screening questions to ensure that the respondent was a teacher at a middle school or high school in the District and to collect when they started teaching at their current school. This section also included quality control checks to ensure that appropriate attention was being given to the questions.

23. Qualified respondents were first presented with an introduction that informed them they were going to be asked some questions about their teaching experience at their school for the current school year (i.e., 2024-2025), and to think about their common or typical experiences at their current school when answering the questions. They were also instructed not to guess:

> In the next section of the survey, you will be asked some questions about your teaching experience at your **school for the current school year (i.e., 2024-2025)**.
>
> **When answering the questions, please think about your <u>common</u> or <u>typical</u> experiences at your current school (i.e., <u>not</u> rare or uncommon experiences).**
>
> If you don't know an answer to a question, please indicate this in your response. <u>It is very important that you do not just guess</u>.

24. After this introduction, respondents were asked how many hours and/or minutes they are at school in a typical day for the current school year (Q1):

> Q1. In a <u>typical day</u> for the current school year (i.e., 2024-2025), how many hour(s) and/or minute(s) are you at school? (*Please enter the total number of <u>hour(s) and/or minute(s)</u> in the boxes below.*)

25. Respondents could enter the number of hours and/or minutes in separate boxes. They could also select a "Don't know" checkbox but could not do both.

26. Respondents who indicated they did not know how many hours and/or minutes they are at school in a typical day were skipped to the end and subsequently removed from the data prior to analysis.

6

27. Respondents were then asked to indicate how much of the time they spend at school in a typical day is scheduled instruction time (Q2):

> Q2. Of the **[PIPE HOURS FROM Q1] hour(s) [PIPE MINUTES FROM Q1] minute(s)** you are at school in a <u>typical day</u> for the current school year (i.e., 2024-2025), how much of that time is **scheduled instruction time** (i.e., total time in which you are scheduled to be teaching a class)? (*Please enter the total number of <u>hour(s) and/or minute(s)</u> in the boxes below.)*

28. Respondents could again enter the number of hours and/or minutes in separate boxes that best indicate the amount of their time at school in a typical day that is scheduled instruction time. They could also select a "Don't know" checkbox but could not do both.

29. Respondents who indicated they did not know how many hours and/or minutes of the time they are at school in a typical day are scheduled instruction time were skipped to the end and subsequently removed from the data prior to analysis.

30. Respondents were then asked to select from a list any factors that divert their time away from teaching during their scheduled instruction time in a typical day (Q3):

7

Q3. In a <u>typical day</u> for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during **scheduled instruction time**? (*Select all that apply*)

❑ Unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class

❑ Repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside of the classroom (e.g., students anxious or inattentive due to prolonged social media use, students suffering from sleep deprivation due to late night social media use, dealing with student conflicts stemming from social media use, etc.)

❑ Unauthorized student use of texting during class (e.g., texting, using iMessage, WhatsApp, etc.)

❑ Student tardiness to school or class (e.g., disrupting class when walking in late, buses running late, etc.) or early departures

❑ Classroom technology failures during class (e.g., Google Classroom, Canvas, software, virtual whiteboards, computers not working properly, etc.)

❑ Classroom environment issues (e.g., uncomfortable seating, poor lighting, temperature issues, etc.)

❑ Repercussions from students having an unstable environment outside of the classroom (e.g., dealing with student homelessness or hunger, lack of adequate caregiving or support, etc.)

❑ Providing individualized support for struggling students (e.g., spending more time during class helping students who may be struggling with classroom material or curriculum, etc.)

❑ Parent/guardian disruptions (e.g., picking up students from class unannounced, dropping in unannounced to visit students, etc.)

❑ Don't know

❑ None of the above

31. This list was randomized for each respondent to avoid any bias due to the order of presentation of the options, except for "Don't know" and "None of the above" which were always shown last.

32. Respondents who selected "Unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class" or "Repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside of the classroom" continued to question Q4. Respondents who did not select either of those options were auto-coded as indicating "0" minutes in Q4 and skipped to question Q5.

8

33. Respondents who continued to question Q4 were asked to indicate the amount of their scheduled instruction time in a typical day that is diverted from teaching due to unauthorized student use of social media during class (for those who only selected this option in Q3), repercussions from student use of social media outside the classroom (for those who only selected this option in Q3), or student use of social media (for those who selected both unauthorized use during class and repercussions from use outside the classroom). Respondents who selected both were also shown an additional instruction: "(*Please consider instruction time diverted away from teaching due to unauthorized student use of social media during class <u>and</u> repercussions from the use of social media outside of the classroom combined.*)" (Q4):

> Q4. Of the **[PIPE HOURS FROM Q2] hour(s) [PIPE MINUTES FROM Q2] minute(s)** of **scheduled instruction time** in a <u>typical day</u> for the current school year (i.e., 2024-2025), how much of that time is <u>diverted from teaching due to [unauthorized student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>during class</u> **OR** <u>repercussions from student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>outside the classroom</u> **OR** <u>student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)**]**? (*Please enter the total number of <u>minute(s)</u> in the box below. If the total time is equal to or exceeds one hour, you can enter a number equal to or over 60 minutes in the box below.*)

34. Respondents could enter the number of minutes that best indicates the amount of their scheduled instruction time in a typical day that is diverted due to student use of social media. They could also select a "Don't know" checkbox but could not do both.

35. Respondents who indicated they did not know how many minutes of their scheduled instruction time in a typical day are diverted due to student use of social media skipped to the end of the survey. All other respondents, with the exception of those who indicated in the screener that they started at their current school in 2025, continued to the next question.

36. Respondents were asked in question Q5 to think about their typical experiences at their current school over time, including past experiences. They were asked to indicate the amount of their scheduled instruction time in a typical day that was diverted away from teaching due to student use of social media during class and/or outside of the classroom at different points in time:

9

Q5. You stated that **[PIPE RESPONSE FROM Q4] minute(s)** of your total  scheduled instruction time in a <u>typical day</u> for the current school year (i.e., 2024-2025), are <u>diverted away from teaching due to **[**</u>unauthorized student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>during class</u> **OR** <u>repercussions from student use of social media </u>(e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>outside the classroom</u> **OR** <u>student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)**]**.

Now think about your typical experiences at your **current school over time**, including past experiences, compared to now.

Please enter the <u>total number of minute(s) in a typical day</u>, if any, that were <u>diverted away from teaching during scheduled instruction time due to student use of social media</u> during class and/or outside of the classroom at the following points in time.

*(Please enter a whole number in each column. If no time was diverted, please select the "No minutes were diverted" checkbox. In any column, if the total time is equal to or exceeds one hour, you can enter a number equal to or over 60 minutes in the boxes below.)*

| When you first started teaching at your current school: | A decade ago (i.e., since 2014): | Just <u>before</u> lockdown due to Covid-19: | Just <u>after</u> in-person classes resumed following Covid-19: | Last school year (i.e., 2023-2024): | Current school year (i.e., 2024-2025): |
|---|---|---|---|---|---|
| _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | **[PIPE IN Q4 RESPONSE]** minute(s) are diverted away in a <u>typical day</u> |
| **No** minutes were diverted away in a <u>typical day</u> | **No** minutes were diverted away in a <u>typical day</u> | **No** minutes were diverted away in a <u>typical day</u> | **No** minutes were diverted away in a <u>typical day</u> | **No** minutes were diverted away in a <u>typical day</u> | |
| Don't know | Don't know | Don't know | Don't know | Don't know | |

10

37. Respondents saw certain columns based on the year they started teaching at their current school, which respondents indicated in the screener. For example, if a respondent indicated in the screener that they started teaching at their current school in 2013, they would see the following columns: "A decade ago (i.e., since 2014)," "Just before lockdown due to Covid-19," "Just after in-person classes resumed following Covid-19," "Last school year (i.e., 2023-2024)," and "Current school year (i.e., 2024-2025)." If a respondent indicated in the screener that they started teaching at their current school in 2016, they would see the following columns: "When you first started teaching at your current school," "Just before lockdown due to Covid-19," "Just after in-person classes resumed following Covid-19," "Last school year (i.e., 2023-2024)," and "Current school year (i.e., 2024-2025)." Note that the number of minutes entered by each respondent in Q4 was automatically piped into the "Current school year (i.e., 2024-2025)" column, including those respondents who were auto-coded as indicating "0" minutes at Q4 (due do their response at Q3) and skipped to Q5.

38. Respondents at Q5 could enter the number of minutes that best indicates the amount of their scheduled instruction time that was diverted due to student use of social media at different points in time. They could also select the "No minutes were diverted away in a typical day" checkbox or the "Don't know" checkbox but could not do all three. Respondents at this point had completed the survey and were thanked for their time.

39. A pre-test of the survey was conducted by having teachers complete the survey while on the phone with one of my colleagues. I personally listened to many of these interviews and am confident that the teachers understood the questions and were able to provide accurate responses.

## Overview of Data Collection

40. Plaintiff provided a list of all the middle school and high school teachers currently employed full-time by Breathitt County Schools. Beginning on April 3, 2025, teachers on the list were sent an invitation to the survey that included a clickable link that took them to the survey. Data collection began on April 3, 2025, and continued through May 2, 2025. Detailed response statistics are shown in Appendix E. The final data set consisted of responses from 20 middle school and 27 high school teachers.

## Data Tabulation

41. A separate tabulation was prepared for middle school and high school teachers.

11

Middle School Teachers in Breathitt County Schools

| | Mean minutes of scheduled classroom time diverted | Mean % of scheduled classroom time diverted | # of teachers responding |
|---|---|---|---|
| A decade ago (i.e., 2014) | 5.0 | 1.4% | 3 |
| Just prior to lockdown | 23.6 | 6.1% | 7 |
| Just after in-person classes resumed | 32.0 | 7.8% | 10 |
| Last school year (i.e., 2023-2024) | 24.3 | 6.3% | 13 |
| Current school year (i.e., 2024-2025) | 18.4 | 5.2% | 19 |

High School Teachers in Breathitt County Schools

| | Mean minutes of scheduled classroom time diverted | Mean % of scheduled classroom time diverted | # of teachers responding |
|---|---|---|---|
| A decade ago (i.e., 2014) | 18.8 | 5.2% | 4 |
| Just prior to lockdown | 30.0 | 8.2% | 5 |
| Just after in-person classes resumed | 22.5 | 5.9% | 12 |
| Last school year (i.e., 2023-2024) | 20.8 | 5.5% | 13 |
| Current school year (i.e., 2024-2025) | 14.0 | 3.9% | 22 |

**Conclusion**

42. Based on the results of the survey I conducted, it is my opinion, to a reasonable degree of professional certainty, that over the past 10 years there has been a significant increase in the time diverted away from scheduled instruction time in both middle schools and high schools in the Breathitt County Schools due to student use of Defendants' social media platforms.

43. The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

12



Robert L. Klein


Appendices

 A. Curriculum vitae of Robert L. Klein including list of cases in the past four years and publications in the past ten years
 B. Documents Reviewed and Considered
 C. Survey Invitations
 D. Survey Screenshots and Questionnaire
 E. Breathitt County Schools Survey Response Statistics
 F. Breathitt County Schools Data Glossary
 G. Breathitt County Schools Data Listing

**Appendix A: Curriculum Vitae of Robert L. Klein**

| | |
|---|---|
| Business Address: | Applied Marketing Science, Inc.<br>78 Blanchard Road<br>Burlington, MA 01803<br>(781) 250-6301<br>fax: (781) 684-0075 |
| E-mail: | bklein@ams-inc.com |
| Education: | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, SLOAN SCHOOL OF MANAGEMENT, Master of Science in Management, June 1968. Teaching Assistantship 2nd year.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Bachelor of Science in Mechanical Engineering, June 1966, Dean's List 4 terms. |

Career Positions:

| | |
|---|---|
| 1989-present | APPLIED MARKETING SCIENCE, INC., Waltham, MA<br>Co-founder, President, and Chairman.  AMS is a marketing research and consulting organization with offices in Waltham, MA. AMS helps clients in a broad range of product and service industries identify and use the Voice of the Customer to develop new products and services and understand customer behavior.  Developed the VOCALYST® system of market research and analysis to efficiently collect and structure customer wants and needs.  Serves as an expert witness in cases related to trademark infringement, confusion, patent damages, class certification, trade secrets, sales forecasting, and other issues. |
| 1985-1988 | INFORMATION RESOURCES, INC., Waltham, MA<br>Executive Vice President. Founded and led the Custom Projects Group, a custom marketing science analysis and consulting organization emphasizing non-consumer packaged goods applications of management science models and measurement systems.  Participated in the early development and popularization of Quality Function Deployment (QFD) in the United States and promoted its use through articles and speeches. |
| 1970-1985 | MANAGEMENT DECISION SYSTEMS, INC., Waltham, MA<br>Senior Vice President.  Participated in the founding of this prestigious software and marketing science consulting firm.  Held a variety of positions during its growth to a $25M company including Chief Financial Officer, Head of Models Development Division, member of Executive and Compensation Committees, Head of various client service and consulting groups prior to its merger with Information Resources. Responsible for the development and commercialization of numerous marketing science models including ASSESSOR, BRANDAID II, CATALYST, Coupon Laboratory, and DEFENDER. |
| 1968-1970 | U.S. PUBLIC HEALTH SERVICE, National Institutes of Health, Division of Computer Research and Technology, Bethesda, MD, Commissioned Officer (rank equivalent to Army Capt.)  Original member of a |

A - 1

Robert L. Klein

management science consulting group founded to apply these principles to the operations of the National Institutes of Health.  Responsible for various projects in both the medical research area and the business and grants management area.

Publications:
(Past 10 years)

"Expert Witnesses:  When Are They Necessary and Does Daubert/Kumho Make a Difference?," (with Leslie J. Lott and Jose Rojas) *IP Litigator,* March/April 2007

"quality function deployment (QFD)," (with John R. Hauser, Abbie Griffin, Gerald M. Katz and Steven P. Gaskin), *Wiley International Encyclopedia of Marketing,* John Wiley & Sons Ltd. 2010

"Voice of the Customer," (with Steven P. Gaskin, Abbie Griffin, John R. Hauser and Gerald M. Katz), *Wiley International Encyclopedia of Marketing,* John Wiley & Sons Ltd. 2010

Expert Witness
(testimony in
past 4 years)

GREE, Inc. v Supercell Oy
Case No. 2:19-cv-00200, 237, 310, 311 ED of Texas, Marshall Division
Patent Damages (2020 Report and Deposition, 2021 Testimony)

GREE, Inc. v Supercell Oy
Case No. 2:19-cv-00413-JRG-RSP, ED of Texas, Marshall Division
Patent Damages (2021 Report, Deposition)

AirWair International Ltd. v Pull & Bear Espana SA et al.
Case 3:19-cv-07641, ND of California
Trademark Confusion (2021 Report, Deposition and Testimony)

C5Medical Werks, LLC v CeramTec GmbH
Cancellation No. 92058781, 92058796, TTAB
Functionality (2021 Report, Deposition and Testimony)

Burnett, et al. v. CNO, et al.
Case No. 1:18-cv-00200-JPH-DML, SD of Indiana
Consumer Behavior (2021 Report, Deposition)

Monster Energy Company v BeastUp LLC
Case No. 2:17-at-00784, ED of California
Trademark Confusion (2018 Report, 2021 Testimony)

Nichino America, Inc. v Valent U.S.A., LLC
Case 1:20-cv-00704, Delaware
Trademark Confusion (2022 Report, 2022 Deposition)

Wenger S.A. v. Galaxy Brands LLC et al
Case 1:20-cv-01107, SD of New York
Trademark Confusion (2022 Report and Deposition, 2023 Deposition)

A - 2

Robert L. Klein

F21 OpCo, LLC v AirWair International Ltd.
Case 2:22-cv-01684, CD of CA, Western Division
Trademark Confusion (2022 Report and Deposition)

Ludmila Gulkarov et al. v Plum PBC
Case 4:21-cv-00913-YGR, ND of CA, Oakland Division
Materiality (2022 Report and 2023 Deposition)

Nike, Inc. v StockX LLC
Civil Action No.: 1:22-cv-00983-VEC, SD of New York
Trademark Confusion (2023 Report and Deposition)

Frank Brunckhorst III et al. v Eric Bischoff et al
No. 21-CV-4362 (JPC), SD of New York
Consumer Behavior (2023 Report and Deposition)

Klein et al. v Meta Platforms, Inc.
Case No. 3:20-cv-08570-JD, ND of CA, San Francisco Division
Consumer Behavior (2023 Report and Deposition, 2024 Report and
Deposition)

Enterprise Holdings Inc. v Europcar International
TTAB Opposition 91238701.
Trademark Confusion (2023 Report and 2024 Deposition)

Cipla USA, Inc. v Ipsen Biopharmaceuticals. Inc.
Case No. 22-cv-00552, District of Delaware
False Advertising (2024 Report and Deposition)

Charlotte Willoughby et al. v Abbott Laboratories
Case No. 1:22-cv-01322, N District of Illinois, Eastern Division
Materiality (2024 Report and Deposition)

Brand et al. v Central Garden & Pet Company et al.
Case 3:21-cv-01631, ND of California
False Advertising (2024 Report and Deposition)

Newman et al. v Bayer Corporation and Bayer Healthcare, LLC
Case 7:22-cv-07087, SD of New York
False Advertising (2024 Report and Deposition, 2025 Deposition)

Sanchez et al. v Nuture, Inc.
Case 4:21-cv-01631, ND of California
Consumer Behavior (2024 Report and Deposition)

Tunick et al v Takara Sake USA Inc.
Case No. 3:23-CV-00572, ND of California
False Advertising (2024 Report and Deposition)

A - 3

Robert L. Klein

Professional:       Member INFORMS, INTA, AAPOR
                    Past member of INTA Proof of Confusion Subcommittee and INTA
                    Oppositions and Cancellations Subcommittee

Robert L. Klein

A - 4

**Appendix B: Documents Reviewed and Considered**

07. 2024-05-03 Breathitt County Supp. PFS.pdf

08. 2024-03-28 Breathitt County First Amended PFS.pdf

2025-05-12 Breathitt County Seconded Amended PFS.pdf

Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (Filed 02/05/24).

Defendants' Reply ISO Motion to Dismiss the School District and Local Government Entities' Master Complaint (Filed 03/25/24).

Diamond, S. S. (2011). Reference Guide on Survey Research. In *Reference Manual on Scientific Evidence* (3rd ed.). Federal Judicial Center and The National Academies Press.

Federal Judicial Center (2004). *Manual for Complex Litigation* (4th ed.).

Gelb, G. & Gelb, B. (2007). *Internet Surveys for Trademark Litigation: Ready or Not, Here They Come*, 97 The Trademark Reporter.

https://reportcard.kyschools.us/kysrc?organization=20232024:061:061000.

https://www.breathitt.k12.ky.us/.

Isaacson, B. et al. (2008). *Why Online Consumer Surveys Can Be a Smart Choice in Intellectual Property Cases*, 26 IPL Newsletter (ABA Section of Intellectual Property Law).

Jacoby, J. (2013). The Questionnaire. In J. Jacoby, *Trademark Surveys: Designing, Implementing, and Evaluating Surveys* (Vol 1), US: American Bar Association.

Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the School District and Local Government Entities' Claims of Public Nuisance (Filed 11/15/24).

Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (Filed 10/24/24).

Pew Research Center. Internet, Broadband Fact Sheet. Nov. 13, 2024. https://www.pewresearch.org/internet/fact-sheet/internet- broadband/ (viewed 05/17/2025).

B - 2

Plaintiffs' First Amended Master Complaint (Local Government and School District) (Filed 03/27/24).

Plaintiffs' Opposition to Defendants' Motion to Dismiss the School District and Local Government Entities' Master Complaint (Filed 03/04/24).

Poret, H. (2010). A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys. *The Trademark Reporter, 100*(3).

Simonson, A. (2007). *Online Interviewing for Use in Lanham Act Litigation*, 14 Intell. Prop. Strategist 3.

Stipulated Third Modified Protective Order (10/11/24).

B - 2

**Appendix C: Survey Invitations**

**First Invitation**



Hello [NAME_FIRST]

As you may have heard from your school district, Applied Marketing Science (a market research consulting firm) is conducting a survey about current trends in education. The goal of the survey is to understand the experiences and challenges faced by school personnel.

Please be assured that your responses will only be used in the aggregate and will not be used as an indicator of performance.

The survey should take no more than 10 minutes to complete and is available until **Monday, April 21st.**

This invitation is for you only. Please do not forward it to anyone else. You will only be able to access the survey once. To begin the survey, please click on the link below:

> **Begin Survey**

Your opinions are important to our survey. Thank you in advance for your participation.

For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy**. Your individual responses will be kept anonymous.
If you have questions, please email **help@surveysavvy.com**.

If you no longer wish to receive these emails, you may unsubscribe by clicking here.

Applied Marketing Science, Inc.
10 Mall Road, Suite 265
Burlington, MA 01803

---

This survey is hosted by Luth Research on behalf of Applied Marketing Science (a market research consulting firm.) If you have questions, please email **help@surveysavvy.com**.

Luth Research respects your privacy and abides by ethical email practices. For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy**. Your individual responses will be kept anonymous.
The intended recipient is [EMAIL_ADDRESS].

If you would like to unsubscribe from this study, click the link below:
**UNSUBSCRIBE**

Support Contact Info:
SurveySavvy
PO Box 12557
San Diego, CA 92112-3557 USA
Phone: +1-888-588-4258

C - 1

**Reminder Invitation 1**



Hello [NAME_FIRST]

This is a reminder to participate in a short survey about current trends in education that should take no more than 10 minutes to complete. The goal of the survey is to understand the experiences and challenges faced by school personnel.

The survey is available to you for a limited time only, closing on **Monday, April 21st.** You will only be able to access the survey once.

Please be assured that your responses will only be used in the aggregate and will not be used as an indicator of performance.

To begin the survey, please click on the link below:

Begin Survey

Your opinions are important to our survey. Thank you in advance for your participation.

Applied Marketing Science (a market research consulting firm) is conducting this survey. If you have questions, please email **help@surveysavvy.com.** For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy.**

If you no longer wish to receive these emails, you may unsubscribe by clicking here.

Applied Marketing Science, Inc.
10 Mall Road, Suite 265
Burlington, MA 01803

---

This survey is hosted by Luth Research on behalf of Applied Marketing Science (a market research consulting firm.) If you have questions, please email **help@surveysavvy.com.**

Luth Research respects your privacy and abides by ethical email practices. For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy.** Your individual responses will be kept anonymous.
The intended recipient is [EMAIL_ADDRESS].

If you would like to unsubscribe from this study, click the link below:
**UNSUBSCRIBE**

Support Contact Info:
SurveySavvy
PO Box 12557
San Diego, CA 92112-3557 USA
Phone: +1-888-588-4258

C - 2

**Reminder Invitation 2**



Hello [NAME_FIRST]

This is your last chance to share your opinions in a short survey about current trends in education that should take no more than 10 minutes to complete. The survey will close on **Monday, April 21st**. You will only be able to access the survey once.

The goal of the survey is to understand the experiences and challenges faced by school personnel.

Please be assured that your responses will only be used in the aggregate and will not be used as an indicator of performance.

To begin the survey, please click on the link below:

**Begin Survey**

Your opinions are important to our survey. Thank you in advance for your participation.

Applied Marketing Science (a market research consulting firm) is conducting this survey. If you have questions, please email **help@surveysavvy.com**. For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy**.

If you no longer wish to receive these emails, you may unsubscribe by clicking here.

Applied Marketing Science, Inc.
10 Mall Road, Suite 265
Burlington, MA 01803

This survey is hosted by Luth Research on behalf of Applied Marketing Science (a market research consulting firm.) If you have questions, please email **help@surveysavvy.com**.

Luth Research respects your privacy and abides by ethical email practices. For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy**. Your individual responses will be kept anonymous. The intended recipient is [EMAIL_ADDRESS].

If you would like to unsubscribe from this study, click the link below:
**UNSUBSCRIBE**

Support Contact Info:
SurveySavvy
PO Box 12557
San Diego, CA 92112-3557 USA
Phone: +1-888-588-4258

C - 3

**Final Reminder Invitation**



Hello [NAME_FIRST]

This is your last chance to share your opinions in a short survey about current trends in education that should take no more than 10 minutes to complete. The survey will now close on **Friday, April 25th**, please complete as soon as possible. You will only be able to access the survey once.

The goal of the survey is to understand the experiences and challenges faced by school personnel.

Please be assured that your responses will only be used in the aggregate and will not be used as an indicator of performance.

To begin the survey, please click on the link below:

> **Begin Survey**

Your opinions are important to our survey. Thank you in advance for your participation.

Applied Marketing Science (a market research consulting firm) is conducting this survey. If you have questions, please email **help@surveysavvy.com**. For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy**.

If you no longer wish to receive these emails, you may unsubscribe by clicking here.

Applied Marketing Science, Inc.
10 Mall Road, Suite 265
Burlington, MA 01803

---

This survey is hosted by Luth Research on behalf of Applied Marketing Science (a market research consulting firm.) If you have questions, please email **help@surveysavvy.com**.

Luth Research respects your privacy and abides by ethical email practices. For more information about how we handle your data and a summary of your rights, please review our **Privacy Policy**. Your individual responses will be kept anonymous.
The intended recipient is [EMAIL_ADDRESS].

If you would like to unsubscribe from this study, click the link below:
**UNSUBSCRIBE**

Support Contact Info:
SurveySavvy
PO Box 12557
San Diego, CA 92112-3557 USA
Phone: +1-888-588-4258

C - 4

**Appendix D: Survey Screenshots and Questionnaire**

Introduction and Screening



QS0



## QS1



## QS2



QS3



QS4

What grade level(s) of students do you currently teach?

(Select all that apply)

- ☐ Pre-K to Kindergarten
- ☐ Kindergarten
- ☐ Elementary (1st through 5th grade)
- ☐ Middle (6th through 8th grade)
- ☐ High (9th through 12th grade)
- ☐ Don't know
- ☐ None of the above

NEXT

Copyright © 2025, Applied Marketing Science, Inc.

QS5



QS6



D - 5

QS7

0%  ▬▬▬▬▬▬  100%

For quality control purposes, please select the "Other" option below and then type the word 'check' into the space provided.

*(Select one only)*

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree
○ Other. Please specify: [                    ]

NEXT

Copyright © 2025, Applied Marketing Science, Inc.

D - 6

QS8



0%  ▬▬▬▬▬▬  100%

You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- Please keep your browser maximized for the entire survey.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing an electronic screen, please wear them for the survey.

*(Select one only)*

○ I understand and agree to the above instructions
○ I do not understand or do not agree to the above instructions

NEXT

Copyright © 2025, Applied Marketing Science, Inc.

Main Questionnaire

INTRO 1



Q1



D - 8

Q2

0%  ▬▬▬▬▬▬▬▬▬▬  100%

Of the **8 hours 15 minutes** you are at school in a <u>typical day</u> for the current school year (i.e., 2024-2025), how much of that time is **scheduled instruction time** (i.e., total time in which you are scheduled to be teaching a class)?

*(Please enter the total number of <u>hour(s) and/or minute(s)</u> in the boxes below.)*

Hour(s)     Minute(s)

[        ]     [        ]     of instruction time in a typical day

☐ Don't know

NEXT

Copyright © 2025, Applied Marketing Science, Inc.

Q3

0% ▬▬▬▬▬▬▬▬▬▬ 100%

In a <u>typical day</u> for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during **scheduled instruction time**?

*(Select all that apply)*

- ☐ Parent/guardian disruptions (e.g., picking up students from class unannounced, dropping in unannounced to visit students, etc.)
- ☐ Student tardiness to school or class (e.g., disrupting class when walking in late, buses running late, etc.) or early departures
- ☐ Unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class
- ☐ Repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside of the classroom (e.g., students anxious or inattentive due to prolonged social media use, students suffering from sleep deprivation due to late night social media use, dealing with student conflicts stemming from social media use, etc.)
- ☐ Classroom technology failures during class (e.g., Google Classroom, Canvas, software, virtual whiteboards, computers not working properly, etc.)
- ☐ Providing individualized support for struggling students (e.g., spending more time during class helping students who may be struggling with classroom material or curriculum, etc.)
- ☐ Repercussions from students having an unstable environment outside of the classroom (e.g., dealing with student homelessness or hunger, lack of adequate caregiving or support, etc.)
- ☐ Classroom environment issues (e.g., uncomfortable seating, poor lighting, temperature issues, etc.)
- ☐ Unauthorized student use of texting during class (e.g., texting, using iMessage, WhatsApp, etc.)
- ☐ Don't know
- ☐ None of the above

NEXT

Copyright © 2025, Applied Marketing Science, Inc.

D - 9

Q4[1]

Of the **6 hours 30 minutes** of **scheduled instruction time** in a typical day for the current school year (i.e., 2024-2025), how much of that time is diverted from teaching due to student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)?

*(Please consider instruction time diverted away from teaching due to unauthorized student use of social media during class and repercussions from the use of social media outside of the classroom combined.)*

*(Please enter the total number of minute(s) in the box below. If the total time is equal to or exceeds one hour, you can enter a number equal to or over 60 minutes in the box below.)*

[          ]  minute(s) of total instruction time in a typical day

☐ Don't know

NEXT

Copyright © 2025, Applied Marketing Science, Inc.

---

[1] Q4 wording varied depending on the option(s) chosen in Q3. This screenshot reflects Q4 as seen by respondents who indicated in Q3 that both "Unauthorized student use of social media" and "Repercussions from student use of social media" divert time away from teaching.

D - 10

Q5[2]

| 0% ▬▬▬▬▬▬▬▬▬ 100% |
| --- |

You stated that **10 minute(s)** of your total scheduled instruction time in a <u>typical day</u> for the current school year (i.e., 2024-2025) are <u>diverted away from teaching due to student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.).

Now think about your typical experiences at your **current school over time**, including past experiences, compared to now.

Please enter the <u>total number of minute(s) in a typical day</u>, if any, that were <u>diverted away from teaching during scheduled instruction time due to student use of social media</u> during class and/or outside of the classroom at the following points in time.

*(Please consider instruction time diverted away from teaching due to unauthorized student use of social media during class <u>and</u> repercussions from the use of social media outside of the classroom combined.)*

*(Please enter a whole number in each column. If no time was diverted, please select the "No minutes were diverted" checkbox. In any column, if the total time is equal to or exceeds one hour, you can enter a number equal to or over 60 minutes in the boxes below.)*

| A decade ago (i.e., since 2014): | Just <u>before</u> lockdown due to Covid-19: | Just <u>after</u> in-person classes resumed following Covid-19: | Last school year (i.e., 2023-2024): | Current school year (i.e., 2024-2025): |
| --- | --- | --- | --- | --- |
| [____] minute(s) were diverted away in a <u>typical day</u> | [____] minute(s) were diverted away in a <u>typical day</u> | [____] minute(s) were diverted away in a <u>typical day</u> | [____] minute(s) were diverted away in a <u>typical day</u> | **10** minute(s) are diverted away in a <u>typical day</u> |
| ☐ **No minutes were** diverted away in a <u>typical day</u> | ☐ **No minutes were** diverted away in a <u>typical day</u> | ☐ **No minutes were** diverted away in a <u>typical day</u> | ☐ **No minutes were** diverted away in a <u>typical day</u> | |
| ☐ Don't know | ☐ Don't know | ☐ Don't know | ☐ Don't know | |

**NEXT**

Copyright © 2025, Applied Marketing Science, Inc.

---

[2] This is the way a respondent would see Q5 if they selected "Prior to 2010" as the year in which they started as a teacher at their current school in QS5. Respondents were asked about different time periods in Q5 based on their response to QS5 about when they started teaching at their current school.

D - 11

**Teacher Survey**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*
<span style="background:black;color:white">Overview</span>

**[TEXT FOR TERMINATES "Thank you for your interest in our study. We are no longer looking for people who match your characteristics. We appreciate your time."]**

<span style="background:black;color:white">Introduction and Screening</span>

**[INTRO]** Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question, please indicate this in your response. <u>It is very important that you do not just guess</u>.

Your answers will be kept anonymous.

When you are ready to get started, please select the "NEXT" button.

**["NEXT" BUTTON TAKES RESPONDENT TO QUESTION QS0]**

**[NEXT PAGE]**

QS0. Please enter the code exactly as it appears in the picture above, and then select "NEXT" to continue.

**[INSERT CAPTCHA]**

**[NEXT PAGE]**

<span style="background:black;color:white">Screening Questions</span>

QS1. What type of electronic device are you using to complete this survey? *(Select one only)* **[RANDOMIZE; ANCHOR "OTHER MOBILE OR ELECTRONIC DEVICE"]**
- ⊙ Desktop computer **[CONTINUE]**
- ⊙ Laptop computer **[CONTINUE]**
- ⊙ Tablet computer **[CONTINUE]**
- ⊙ Smartphone **[CONTINUE]**
- ⊙ Other mobile or electronic device **[ANCHOR; ON HOLD]**

**[ON HOLD MESSAGE: "**This survey is not formatted for viewing on this device. Please return to the survey, using the same link, from a desktop, laptop, tablet, or smartphone.**"]**

**[NEXT PAGE]**

D - 12

QS2. Are you a…? *(Select one only)*
**[RANDOMIZE; ANCHOR "OTHER"]**
- ◉ Teacher
- ◉ Administrator (e.g., Principal, Assistant Principal)
- ◉ Counselor (e.g., Guidance Counselor, Social Worker, Mental Health Specialist, Behavior Specialist)
- ◉ Other. Please specify: **[TEXT BOX; FORCE RESPONSE; ANCHOR]**

**[MUST SELECT "TEACHER" TO CONTINUE. OTHERWISE TERMINATE.]**

**[NEXT PAGE]**

QS3. Please select the district of the school in which you <u>currently</u> teach. *(Select one only)*
**[DROPDOWN LIST OF 20 SCHOOL DISTRICTS IN ALPHABETICAL ORDER INCLUDING 12 DISTRICTS AT ISSUE + 8 RANDOMLY SELECTED DISTRICTS; PIPE IN DISTRICT CODE IN THE LINK FOR EACH RESPONDENT AND COMPARE TO QS3 ANSWER; IF SCHOOL DISTRICT SELECTED DOES NOT MATCH LIST, TERMINATE.]**

**[NEXT PAGE]**

QS4. What grade level(s) of students do you <u>currently</u> teach? *(Select all that apply)*
**[ROTATE RESPONSE OPTIONS; ANCHOR "DON'T KNOW" AND "NONE OF THE ABOVE"]**
- ☐ Pre-K to Kindergarten
- ☐ Kindergarten
- ☐ Elementary (1st through 5th grade)
- ☐ Middle (6th through 8th grade)
- ☐ High (9th through 12th grade)
- ☐ Don't know **[ANCHOR; EXCLUSIVE]**
- ☐ None of the above **[ANCHOR; EXCLUSIVE]**

**[MUST SELECT "MIDDLE" AND/OR "HIGH" TO CONTINUE. OTHERWISE TERMINATE.]**

**[NEXT PAGE]**

QS5. In what year did you start as a teacher at your <u>current school</u>? *(Select one from the dropdown list)*
**[DROPDOWN LIST OF "PRIOR TO 2010" AND THEN INCLUDE EACH YEAR STARTING WITH 2010 TO 2025]**

**[NEXT PAGE]**

QS6. Into which of the following categories does your age fall? *(Select one only)*
- ⊙ Under 21 **[TERMINATE]**
- ⊙ 21 - 34
- ⊙ 35 - 54
- ⊙ 55+

**[NEXT PAGE]**

QS7. For quality control purposes, please select the "Other" option below and then type the word ['quality'] ['check'] ['survey'] ['question'] into the space provided. (*Select one only*) **[RANDOMIZE THE FOUR QUESTION VERSIONS]**
- ⊙ Strongly agree
- ⊙ Agree
- ⊙ Neither agree nor disagree
- ⊙ Disagree
- ⊙ Strongly disagree
- ⊙ Other. Please specify: **[TEXT BOX, DO NOT FORCE RESPONSE IF SELECTED]**

**[TERMINATE UNLESS CORRECT WORD FROM QUESTION IS TYPED IN "OTHER" BOX]**

**[NEXT PAGE]**

QS8. You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- Please keep your browser maximized for the entire survey.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing an electronic screen, please wear them for the survey.

*(Select one only)*
- ⊙ I understand and agree to the above instructions **[CONTINUE]**
- ⊙ I do not understand or do not agree to the above instructions **[TERMINATE]**

**[NEXT PAGE]**

D - 14

**MAIN QUESTIONNAIRE**

**[INTRO 1]** In the next section of the survey, you will be asked some questions about your teaching experience at your **school for the current school year (i.e., 2024-2025)**.

**When answering the questions, please think about your <u>common</u> or <u>typical</u> experiences at your current school (i.e., <u>not</u> rare or uncommon experiences).**

If you don't know an answer to a question, please indicate this in your response. <u>It is very important that you do not just guess</u>.

Please select the "NEXT" button when you are ready to continue.

**[NEXT PAGE]**

Q1. In a <u>typical day</u> for the current school year (i.e., 2024-2025), how many hour(s) and/or minute(s) are you at school? (*Please enter the total number of <u>hour(s) and/or minute(s)</u> in the boxes below.*)
**[TWO TEXT BOXES; ONE FOR HOUR(S) AND ONE FOR MINUTE(S); "IN A TYPICAL DAY" NEXT TO IT; ALLOW NUMBERS ONLY AND DON'T ALLOW MINUTES GREATER THAN OR EQUAL TO 60; CHECKBOX FOR "DON'T KNOW"; IF "DON'T KNOW" SELECTED, SKIP TO THE END; DO NOT ALLOW BLANK]**

**[NEXT PAGE]**

Q2. Of the **[PIPE HOURS FROM Q1] hour(s) [PIPE MINUTES FROM Q1] minute(s)** you are at school in a <u>typical day</u> for the current school year (i.e., 2024-2025), how much of that time is **scheduled instruction time** (i.e., total time in which you are scheduled to be teaching a class)? (*Please enter the total number of <u>hour(s) and/or minute(s)</u> in the boxes below.*)
**[TWO TEXT BOXES ONE FOR HOUR(S) AND ONE FOR MINUTE(S); "OF INSTRUCTION TIME IN A TYPICAL DAY" NEXT TO IT; ALLOW NUMBERS ONLY AND DON'T ALLOW MINUTES GREATER THAN OR EQUAL TO 60; CHECKBOX FOR "DON'T KNOW"; IF "DON'T KNOW" SELECTED, SKIP TO THE END; DO NOT ALLOW BLANK; DO NOT ALLOW A TOTAL ABOVE RESPONSE FROM Q1]**

**[NEXT PAGE]**

Q3. In a <u>typical day</u> for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during **scheduled instruction time**? (*Select all that apply*) **[RANDOMIZE; ANCHOR "DON'T KNOW" AND "NONE OF THE ABOVE"]**

- ❏ Unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class
- ❏ Repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside of the classroom (e.g., students anxious or inattentive due to prolonged social media use, students suffering from sleep deprivation due to late night social media use, dealing with student conflicts stemming from social media use, etc.)
- ❏ Unauthorized student use of texting during class (e.g., texting, using iMessage, WhatsApp, etc.)
- ❏ Student tardiness to school or class (e.g., disrupting class when walking in late, buses running late, etc.) or early departures
- ❏ Classroom technology failures during class (e.g., Google Classroom, Canvas, software, virtual whiteboards, computers not working properly, etc.)
- ❏ Classroom environment issues (e.g., uncomfortable seating, poor lighting, temperature issues, etc.)
- ❏ Repercussions from students having an unstable environment outside of the classroom (e.g., dealing with student homelessness or hunger, lack of adequate caregiving or support, etc.)
- ❏ Providing individualized support for struggling students (e.g., spending more time during class helping students who may be struggling with classroom material or curriculum, etc.)
- ❏ Parent/guardian disruptions (e.g., picking up students from class unannounced, dropping in unannounced to visit students, etc.)
- ❏ Don't know **[ANCHOR; EXCLUSIVE]**
- ❏ None of the above **[ANCHOR; EXCLUSIVE]**

**[IF "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" OR "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED, CONTINUE TO Q4; IF NOT SELECTED, SKIP TO Q5 AND AUTOFILL "0" IN Q5; IF NEITHER "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" OR "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED AND 2025 WAS SELECTED IN QS5, SKIP TO END]**

**[NEXT PAGE]**

Q4. Of the **[PIPE HOURS FROM Q2] hour(s) [PIPE MINUTES FROM Q2] minute(s)** of **scheduled instruction time** in a <u>typical day</u> for the current school year (i.e., 2024-2025), how much of that time is <u>diverted from teaching due to</u> **[IF ONLY "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** <u>unauthorized student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>during class</u>] **[IF ONLY "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** <u>repercussions from student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>outside the classroom</u>] **[IF BOTH "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" AND "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** <u>student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)]?
**[IF BOTH "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" AND "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:**
(*Please consider instruction time diverted away from teaching due to unauthorized student use of social media during class <u>and</u> repercussions from the use of social media outside of the classroom combined.*)]

(*Please enter the total number of <u>minute(s)</u> in the box below. If the total time is equal to or exceeds one hour, you can enter a number equal to or over 60 minutes in the box below.*)
**[ONE TEXT BOX AND "MINUTE(S) OF TOTAL INSTRUCTION TIME IN A TYPICAL DAY" NEXT TO IT; ALLOW NUMBERS ONLY; CHECKBOX FOR "DON'T KNOW"; IF "DON'T KNOW" SELECTED, SKIP TO THE END; DO NOT ALLOW BLANK; DO NOT ALLOW A TOTAL ABOVE RESPONSE FROM Q2; IF 2025 SELECTED IN QS5, SKIP TO END]**

**[NEXT PAGE]**

Q5. You stated that **[FILL RESPONSE FROM Q4] minute(s)** of your total scheduled instruction time in a <u>typical day</u> for the current school year (i.e., 2024-2025) are <u>diverted away from teaching due to</u> **[IF ONLY "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** <u>unauthorized student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>during class</u>] **[IF ONLY "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** <u>repercussions from student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) <u>outside the classroom</u>] **[IF BOTH "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" AND "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" OR NEITHER "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" AND "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** <u>student use of social media</u> (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)]**.

Now think about your typical experiences at your **current school over time**, including past experiences, compared to now.

D - 17

Please enter the <u>total number of minute(s) in a typical day</u>, if any, that were <u>diverted away from teaching during scheduled instruction time due to student use of social media</u> during class and/or outside of the classroom at the following points in time.

**[IF BOTH "UNAUTHORIZED STUDENT USE OF SOCIAL MEDIA" AND "REPERCUSSIONS FROM STUDENT USE OF SOCIAL MEDIA" SELECTED IN Q3:** (*Please consider instruction time diverted away from teaching due to unauthorized student use of social media during class <u>and</u> repercussions from the use of social media outside of the classroom combined.*)**]**

*(Please enter a whole number in each column. If no time was diverted, please select the "No minutes were diverted" checkbox. In any column, if the total time is equal to or exceeds one hour, you can enter a number equal to or over 60 minutes in the boxes below.)*

**[INCLUDE "DON'T KNOW" CHECKBOX AND "NO MINUTES" CHECKBOX; CANNOT SELECT CHECKBOXES AND TYPE IN MINUTES; CANNOT SELECT BOTH CHECKBOXES]**

D - 18

| [SHOW IF SELECTED "2015 OR "2016" OR "2017" OR "2018" OR "2019" OR "2020" OR "2021" OR "2022" OR "2023" OR "2024" AT QS5] | [SHOW IF SELECTED "PRIOR 2010" OR "2010" OR "2011" OR "2012" OR "2013" OR "2014" AT QS5] | [SHOW IF SELECTED "PRIOR 2010" OR "2010" OR "2011" OR "2012" OR "2013" OR "2014" OR "2015" OR "2016" OR "2017" OR "2018" OR "2019" AT QS5] | [SHOW IF SELECTED "PRIOR 2010" OR "2010" OR "2011" OR "2012" OR "2013" OR "2014" OR "2015" OR "2016" OR "2017" OR "2018" OR "2019" OR "2020" OR "2021" AT QS5] | [SHOW IF SELECTED "PRIOR 2010" OR "2010" OR "2011" OR "2012" OR "2013" OR "2014" OR "2015" OR "2016" OR "2017" OR "2018" OR "2019" OR "2020" OR "2021" OR "2022" AT QS5] | [SHOW FOR ALL; AUTOMATICALLY PIPE IN RESPONSE FROM Q4] |
|---|---|---|---|---|---|
| **Q5_1. When you first started teaching at your current school:** | **Q5_2. A decade ago (i.e., since 2014):** | **Q5_3. Just <u>before</u> lockdown due to Covid-19:** | **Q5_4. Just <u>after</u> in-person classes resumed following Covid-19:** | **Q5_5. Last school year (i.e., 2023-2024):** | **Current school year (i.e., 2024-2025):** |
| _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | _____ minute(s) were diverted away in a <u>typical day</u> | **[PIPE IN Q4 RESPONSE]** minute(s) are diverted away in a <u>typical day</u> |
| **No** minutes were diverted away in a <u>typical day</u> **[EXCLUSIVE; ANCHOR]** | **No** minutes were diverted away in a <u>typical day</u> **[EXCLUSIVE; ANCHOR]** | **No** minutes were diverted away in a <u>typical day</u> **[EXCLUSIVE; ANCHOR]** | **No** minutes were diverted away in a <u>typical day</u> **[EXCLUSIVE; ANCHOR]** | **No** minutes were diverted away in a <u>typical day</u> **[EXCLUSIVE; ANCHOR]** | |
| Don't know **[EXCLUSIVE; ANCHOR]** | Don't know **[EXCLUSIVE; ANCHOR]** | Don't know **[EXCLUSIVE; ANCHOR]** | Don't know **[EXCLUSIVE; ANCHOR]** | Don't know **[EXCLUSIVE; ANCHOR]** | |

D - 19

**[NEXT PAGE]**

Thank you for taking the time to complete this survey today.

**[END OF SURVEY]**

**Appendix E: Breathitt County Schools Survey Response Statistics**

| | |
|---|---|
| (A) Invitations sent | *70* |
| (B) Completed Surveys | *38* |
| (C) Disqualified | *9* |
| Terminates | *9* |
| Failed District validation | *0* |
| (D) Incomplete/Breakoffs | *0* |
| (E)Total Responding | *47* |
| *Qualification Rate = (E-C)/(E)* | *80.9%* |
| *Completion Rate = (B)/(B+D)* | *100.0%* |
| *Response Rate = (E)/(A)* | *67.1%* |

**Appendix F: Breathitt County Schools Data Glossary**

| Variable | Description | Code |
|---|---|---|
| ID | Respondent ID | |
| Qs1 | What type of electronic device are you using to complete this survey? | 1 = Desktop computer<br>2 = Laptop computer<br>3 = Tablet computer<br>4 = Smartphone<br>5 = Other mobile or electronic device |
| Qs2 | Are you a…? | 1 = Teacher<br>2 = Administrator (e.g., Principal, Assistant Principal)<br>3 = Counselor (e.g., Guidance Counselor, Social Worker, Mental Health Specialist, Behavior Specialist)<br>4 = Other. Please specify: |
| Qs2X | Response provided in text box in Qs2 | |
| Qs3 | Please select the district of the school in which you currently teach. | 4 = Breathitt County Schools |
| Qs4_1 | What grade level(s) of students do you currently teach? | 1 = Pre-K to Kindergarten |
| Qs4_2 | What grade level(s) of students do you currently teach? | 1 = Kindergarten |
| Qs4_3 | What grade level(s) of students do you currently teach? | 1 = Elementary (1st through 5th grade) |
| Qs4_4 | What grade level(s) of students do you currently teach? | 1 = Middle (6th through 8th grade) |
| Qs4_5 | What grade level(s) of students do you currently teach? | 1 = High (9th through 12th grade) |
| Qs4_6 | What grade level(s) of students do you currently teach? | 1 = Don't know |
| Qs4_7 | What grade level(s) of students do you currently teach? | 1 = None of the above |
| Qs5 | In what year did you start as a teacher at your current school? | |

F - 2

| Qs6 | Into which of the following categories does your age fall? | 1 = Under 21<br>2 = 21 - 34<br>3 = 35 - 54<br>4 = 55+ |
|---|---|---|
| Qs7 | For quality control purposes, please select the "Other" option below and then type the word ['quality'] ['check'] ['survey'] ['question'] into the space provided. | 1 = Strongly agree<br>2 = Agree<br>3 = Neither agree nor disagree<br>4 = Disagree<br>5 = Strongly disagree<br>6 = Other. Please specify: |
| Qs7X | Response provided in text box in Qs7 | |
| Qs7Word | The correct response for Qs7 | |
| Qs8 | You have qualified to take this survey. Before continuing, please carefully read these instructions… | 1 = I understand and agree to the above instructions<br>2 = I do not understand or do not agree to the above instructions |
| Q1Hour | In a typical day for the current school year (i.e., 2024-2025), how many hour(s) and/or minute(s) are you at school?<br><br>Number provided in hour(s) text box in Q1 | |
| Q1Minute | In a typical day for the current school year (i.e., 2024-2025), how many hour(s) and/or minute(s) are you at school?<br><br>Number provided in minute(s) text box in Q1 | |
| Q1DK | In a typical day for the current school year (i.e., 2024-2025), how many hour(s) and/or minute(s) are you at school?<br><br>Don't know | 1 = "Don't know" selected in Q1 |

F - 2

| Q2Hour | Of the [PIPE HOURS FROM Q1] hour(s) [PIPE MINUTES FROM Q1] minute(s) you are at school in a typical day for the current school year (i.e., 2024-2025), how much of that time is scheduled instruction time (i.e., total time in which you are scheduled to be teaching a class)?<br><br>Number provided in hour(s) text box in Q2 | |
|---|---|---|
| Q2Minute | Of the [PIPE HOURS FROM Q1] hour(s) [PIPE MINUTES FROM Q1] minute(s) you are at school in a typical day for the current school year (i.e., 2024-2025), how much of that time is scheduled instruction time (i.e., total time in which you are scheduled to be teaching a class)?<br><br>Number provided in minute(s) text box in Q2 | |
| Q2DK | Of the [PIPE HOURS FROM Q1] hour(s) [PIPE MINUTES FROM Q1] minute(s) you are at school in a typical day for the current school year (i.e., 2024-2025), how much of that time is scheduled instruction time (i.e., total time in which you are scheduled to be teaching a class)?<br><br>Don't know | 1 = "Don't know" selected in Q2 |
| Q3_1 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class |

F - 3

| Q3_2 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside of the classroom (e.g., students anxious or inattentive due to prolonged social media use, students suffering from sleep deprivation due to late night social media use, dealing with student conflicts stemming from social media use, etc.) |
|---|---|---|
| Q3_3 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Unauthorized student use of texting during class (e.g., texting, using iMessage, WhatsApp, etc.) |
| Q3_4 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Student tardiness to school or class (e.g., disrupting class when walking in late, buses running late, etc.) or early departures |
| Q3_5 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Classroom technology failures during class (e.g., Google Classroom, Canvas, software, virtual whiteboards, computers not working properly, etc.) |

F - 4

| Q3_6 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Classroom environment issues (e.g., uncomfortable seating, poor lighting, temperature issues, etc.) |
|---|---|---|
| Q3_7 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Repercussions from students having an unstable environment outside of the classroom (e.g., dealing with student homelessness or hunger, lack of adequate caregiving or support, etc.) |
| Q3_8 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Providing individualized support for struggling students (e.g., spending more time during class helping students who may be struggling with classroom material or curriculum, etc.) |
| Q3_9 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Parent/guardian disruptions (e.g., picking up students from class unannounced, dropping in unannounced to visit students, etc.) |
| Q3_10 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = Don't know |

| Q3_11 | In a typical day for the current school year (i.e., 2024-2025), which, if any, of the following are factors that divert your time away from teaching during scheduled instruction time? | 1 = None of the above |
|---|---|---|
| Q4 | Of the [PIPE HOURS FROM Q2] hour(s) [PIPE MINUTES FROM Q2] minute(s) of scheduled instruction time in a typical day for the current year (i.e., 2024-2025), how much of that time is diverted from teaching due to [IF ONLY "UNAUTHORIZED USE" SELECTED IN Q3: unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class] [IF ONLY "REPERCUSSIONS" SELECTED IN Q3: repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside the classroom] [IF BOTH "UNAUTHORIZED USE" AND "REPERCUSSIONS" SELECTED IN Q3: student use of social media (e.g. Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)]? | DK = Don't know |

| Q5_1 | You stated that [FILL RESPONSE FROM Q4] minute(s) of your total scheduled instruction time in a typical day for the current school year (i.e., 2024-2025) are diverted away from teaching due to… [IF ONLY "UNAUTHORIZED USE" SELECTED IN Q3: unauthorized student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) during class] [IF ONLY "REPERCUSSIONS" SELECTED IN Q3: repercussions from student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.) outside the classroom] [IF BOTH "UNAUTHORIZED USE" AND "REPERCUSSIONS" OR NEITHER "UNAUTHORIZED USE" AND "REPERCUSSIONS" SELECTED IN Q3: student use of social media (e.g., Facebook, Instagram, Snapchat, TikTok, YouTube, etc.)].<br><br>Now think about your typical experiences at your current school over time, including past experiences, compared to now.<br><br>Please enter the total number of minute(s) in a typical day, if any, that were diverted away from teaching during scheduled instruction time due to student use of social media during class and/or outside of the classroom at the following points in time.<br><br>When you first started teaching at your current school: | DK = Don't know |
|---|---|---|

| Q5_2 | You stated that [FILL RESPONSE FROM Q4] minute(s) of your total scheduled instruction time in a typical day for the current school year (i.e., 2024-2025) are diverted away from teaching due to…<br><br>Please enter the total number of minute(s) in a typical day, if any, that were diverted away from teaching during scheduled instruction time due to student use of social media during class and/or outside of the classroom at the following points in time.<br><br>A decade ago (i.e., since 2014): | DK = Don't know |
|---|---|---|
| Q5_3 | You stated that [FILL RESPONSE FROM Q4] minute(s) of your total scheduled instruction time in a typical day for the current school year (i.e., 2024-2025) are diverted away from teaching due to…<br><br>Please enter the total number of minute(s) in a typical day, if any, that were diverted away from teaching during scheduled instruction time due to student use of social media during class and/or outside of the classroom at the following points in time.<br><br>Just before lockdown due to Covid-19: | DK = Don't know |

| | | |
|---|---|---|
| Q5_4 | You stated that [FILL RESPONSE FROM Q4] minute(s) of your total scheduled instruction time in a typical day for the current school year (i.e., 2024-2025) are diverted away from teaching due to…<br><br>Please enter the total number of minute(s) in a typical day, if any, that were diverted away from teaching during scheduled instruction time due to student use of social media during class and/or outside of the classroom at the following points in time.<br><br>Just after in-person classes resumed following Covid-19: | DK = Don't know |
| Q5_5 | You stated that [FILL RESPONSE FROM Q4] minute(s) of your total scheduled instruction time in a typical day for the current school year (i.e., 2024-2025) are diverted away from teaching due to…<br><br>Please enter the total number of minute(s) in a typical day, if any, that were diverted away from teaching during scheduled instruction time due to student use of social media during class and/or outside of the classroom at the following points in time.<br><br>Last school year (i.e., 2023-2024): | DK = Don't know |
| StartTime | Date and time the respondent began survey | |
| EndTime | Date and time the respondent finished survey | |

F - 9

**Appendix G: Breathitt County Schools Data Listing**

| ID | Qs1 | Qs2 | Qs2X | Qs3 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs5 | Qs6 | Qs7 | Qs7X | Qs7Word | Qs8 | Q1Hour | Q1Minute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 4 | 1 | | 4 | | | | 1 | | | | 2022 | 2 | 6 | Quality | quality | 1 | 10 | |
| 263 | 4 | 1 | | 4 | | | | 1 | | | | 2017 | 3 | 6 | Quality | quality | 1 | 9 | |
| 285 | 2 | 1 | | 4 | | | | 1 | 1 | | | 2023 | 2 | 6 | check | check | 1 | 7 | 30 |
| 314 | 2 | 1 | | 4 | | | | 1 | | | | 2018 | 3 | 6 | survey | survey | 1 | 8 | |
| 318 | 1 | 1 | | 4 | | | | | 1 | | | 2023 | 3 | 6 | question | question | 1 | 8 | |
| 328 | 1 | 1 | | 4 | | | | | 1 | | | 2016 | 3 | 6 | survey | survey | 1 | 8 | |
| 332 | 2 | 1 | | 4 | | | | 1 | | | | 2019 | 3 | 6 | survey | survey | 1 | 7 | 30 |
| 340 | 2 | 1 | | 4 | | | | 1 | | | | 2023 | 2 | 6 | quality | quality | 1 | 8 | |
| 362 | 2 | 1 | | 4 | | | | | 1 | | | 2019 | 3 | 6 | question | question | 1 | 9 | |
| 368 | 2 | 1 | | 4 | | | | | 1 | | | 2017 | 3 | 6 | survey | survey | 1 | 8 | |
| 369 | 2 | 1 | | 4 | | | | 1 | 1 | | | 2023 | 2 | 6 | check | check | 1 | 9 | |
| 370 | 2 | 1 | | 4 | | | | 1 | | | | 2019 | 2 | 6 | quality | quality | 1 | 9 | 0 |
| 371 | 1 | 1 | | 4 | | | | | 1 | | | 2021 | 2 | 6 | quality | quality | 1 | 9 | |
| 372 | 3 | 1 | | 4 | | | | 1 | | | | Pre2010 | 3 | 6 | question | question | 1 | 8 | |
| 373 | 1 | 1 | | 4 | | | | 1 | 1 | | | 2022 | 2 | 6 | quality | quality | 1 | 10 | 0 |
| 374 | 2 | 1 | | 4 | | | | | 1 | | | 2015 | 3 | 6 | survey | survey | 1 | 8 | 0 |
| 377 | 2 | 1 | | 4 | | | | | 1 | | | Pre2010 | 3 | 6 | question | question | 1 | 7 | 30 |
| 378 | 2 | 1 | | 4 | | | | 1 | 1 | | | 2010 | 3 | 6 | quality | quality | 1 | 8 | 0 |
| 381 | 2 | 1 | | 4 | | | | | 1 | | | 2024 | 3 | 6 | check | check | 1 | 8 | 5 |
| 386 | 2 | 1 | | 4 | | | | | 1 | | | 2023 | 3 | 6 | question | question | 1 | 10 | |
| 389 | 2 | 1 | | 4 | | | | | 1 | | | 2021 | 2 | 6 | quality | quality | 1 | 8 | 0 |
| 392 | 1 | 1 | | 4 | | | | | 1 | | | 2019 | 3 | 6 | question | question | 1 | 10 | |
| 400 | 1 | 1 | | 4 | | | | | 1 | | | 2021 | 3 | 6 | quality | quality | 1 | 10 | |
| 404 | 1 | 1 | | 4 | | | | 1 | 1 | | | 2011 | 4 | 6 | check | check | 1 | 8 | |
| 405 | 1 | 1 | | 4 | | | | | 1 | | | 2012 | 4 | 6 | check | check | 1 | 8 | 15 |
| 415 | 1 | 1 | | 4 | | | | 1 | 1 | | | 2020 | 3 | 6 | question | question | 1 | 7 | 45 |
| 421 | 1 | 1 | | 4 | | | | | 1 | | | 2021 | 2 | 6 | question | question | 1 | 7 | |
| 467 | 4 | 1 | | 4 | | | | 1 | | | | 2021 | 4 | 6 | Survey | survey | 1 | 10 | 30 |
| 473 | 3 | 1 | | 4 | | | | | 1 | | | 2020 | 3 | 6 | question | question | 1 | 7 | 30 |
| 513 | 2 | 1 | | 4 | | | | | 1 | | | 2020 | 2 | 6 | question | question | 1 | 11 | |
| 565 | 2 | 1 | | 4 | | | | 1 | 1 | | | Pre2010 | 3 | 6 | survey | survey | 1 | 8 | 30 |
| 648 | 1 | 1 | | 4 | | | | 1 | 1 | | | 2021 | 2 | 6 | quality | quality | 1 | 9 | |
| 704 | 2 | 1 | | 4 | | | | 1 | 1 | | | 2024 | 2 | 6 | survey | survey | 1 | 8 | |

G - 1

**Appendix G: Breathitt County Schools Data Listing**

| ID | Q1DK | Q2Hour | Q2Minute | Q2DK | Q3_1 | Q3_2 | Q3_3 | Q3_4 | Q3_5 | Q3_6 | Q3_7 | Q3_8 | Q3_9 | Q3_10 | Q3_11 | Q4 | Q5_1 | Q5_2 | Q5_3 | Q5_4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130 | | 5 | | | | | | 1 | 1 | 1 | | 1 | | | | 0 | 30 | | | |
| 263 | | 5 | 30 | | | 1 | | | | | | 1 | | | | 45 | 0 | | 0 | 0 |
| 285 | | 5 | 6 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 90 | 180 | | | |
| 314 | | 7 | | | 1 | | 1 | | | | | 1 | | | | 10 | 20 | | DK | DK |
| 318 | | 5 | 10 | | | | | | | | | | | 1 | | 0 | 30 | | | |
| 328 | | 5 | 13 | | 1 | | | 1 | | | | | | | | DK | | | | |
| 332 | | 7 | 2 | | | | | 1 | | | | 1 | | | | 0 | 60 | | 60 | 60 |
| 340 | | 6 | | | 1 | 1 | 1 | 1 | | | 1 | 1 | | | | 30 | 10 | | | |
| 362 | | 7 | | | | 1 | | 1 | | | | 1 | | | | 20 | DK | | DK | 20 |
| 368 | | 7 | 30 | | | | | | | | | | | | 1 | 0 | 15 | | 10 | 20 |
| 369 | | 7 | | | 1 | 1 | 1 | 1 | | | 1 | | | | | 60 | 60 | | | |
| 370 | | 8 | 0 | | | | | 1 | 1 | 1 | | | | | | 0 | DK | | DK | DK |
| 371 | | 5 | | | 1 | | 1 | | | | | 1 | | | | 12 | DK | | | DK |
| 372 | | 6 | | | | | | 1 | 1 | 1 | 1 | 1 | | | | 0 | | DK | 15 | 30 |
| 373 | | 5 | 13 | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | | 15 | 60 | | | |
| 374 | | 5 | 6 | | 1 | 1 | 1 | 1 | 1 | | | 1 | | | | DK | | | | |
| 377 | | 6 | 0 | | | | | 1 | 1 | 1 | | 1 | | | | 0 | | 0 | 10 | 30 |
| 378 | | 6 | | | | | | 1 | | | 1 | 1 | | | | 0 | | 15 | 60 | 60 |
| 381 | | 6 | | | | | | | | | | 1 | | | | 0 | DK | | | |
| 386 | | 7 | | | | | | 1 | 1 | | 1 | | | | | 0 | 20 | | | |
| 389 | | 6 | 0 | | | | | | | | | | | 1 | | 0 | 0 | | | 0 |
| 392 | | 7 | | | | | | 1 | 1 | 1 | | | | | | 0 | DK | | DK | DK |
| 400 | | 7 | | | 1 | | 1 | 1 | | | 1 | | | | | DK | | | | |
| 404 | | 5 | 6 | | | | | | | | | | | 1 | | 0 | | DK | DK | 10 |
| 405 | | 6 | 0 | | | | | | 1 | 1 | 1 | 1 | | | | 0 | | 60 | 60 | 30 |
| 415 | | 7 | | | | | | | | | | | | 1 | | 0 | 90 | | | 60 |
| 421 | | 6 | 30 | | | 1 | 1 | 1 | | | | | | | | 30 | 30 | | | 30 |
| 467 | | 9 | 0 | | | | | | | | | | | 1 | | 0 | 30 | | | 60 |
| 473 | | 6 | 6 | | | | | | | | | | | 1 | | 0 | 0 | | | 0 |
| 513 | | 8 | | | 1 | | | | | | 1 | 1 | | | | 20 | 0 | | | 0 |
| 565 | | 6 | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | | | 40 | | 0 | 10 | 10 |
| 648 | | 6 | | | 1 | 1 | | 1 | | | 1 | | | | | DK | | | | |
| 704 | | 7 | | | | | | | | | | 1 | | | | 0 | DK | | | |

G - 2

**Appendix G: Breathitt County Schools Data Listing**

| ID | Q5_5 | StartTime | EndTime |
|---|---|---|---|
| 130 | 15 | 4/3/2025 9:21 | 4/3/2025 9:24 |
| 263 | 15 | 4/7/2025 7:15 | 4/7/2025 7:18 |
| 285 | | 4/7/2025 7:47 | 4/7/2025 7:52 |
| 314 | 15 | 4/7/2025 8:18 | 4/7/2025 8:23 |
| 318 | | 4/7/2025 8:22 | 4/7/2025 8:27 |
| 328 | | 4/7/2025 8:51 | 4/7/2025 8:57 |
| 332 | 40 | 4/7/2025 8:52 | 4/7/2025 8:59 |
| 340 | | 4/7/2025 9:09 | 4/7/2025 9:14 |
| 362 | 20 | 4/7/2025 10:04 | 4/7/2025 10:10 |
| 368 | DK | 4/7/2025 10:34 | 4/7/2025 10:56 |
| 369 | | 4/7/2025 10:34 | 4/7/2025 10:39 |
| 370 | DK | 4/7/2025 10:34 | 4/7/2025 10:38 |
| 371 | 5 | 4/7/2025 10:34 | 4/7/2025 10:43 |
| 372 | 10 | 4/7/2025 10:35 | 4/7/2025 10:40 |
| 373 | 30 | 4/7/2025 10:36 | 4/7/2025 10:45 |
| 374 | | 4/7/2025 10:38 | 4/7/2025 10:42 |
| 377 | 30 | 4/7/2025 10:39 | 4/7/2025 10:43 |
| 378 | 30 | 4/7/2025 10:40 | 4/7/2025 10:46 |
| 381 | | 4/7/2025 10:44 | 4/7/2025 11:02 |
| 386 | | 4/7/2025 11:03 | 4/7/2025 11:08 |
| 389 | 0 | 4/7/2025 11:24 | 4/7/2025 11:27 |
| 392 | DK | 4/7/2025 11:39 | 4/7/2025 11:54 |
| 400 | | 4/7/2025 12:36 | 4/7/2025 12:39 |
| 404 | 6 | 4/7/2025 12:52 | 4/7/2025 12:58 |
| 405 | 10 | 4/7/2025 12:54 | 4/7/2025 13:01 |
| 415 | 60 | 4/7/2025 13:21 | 4/7/2025 13:30 |
| 421 | 30 | 4/7/2025 13:51 | 4/7/2025 13:54 |
| 467 | 30 | 4/7/2025 18:57 | 4/7/2025 19:02 |
| 473 | 0 | 4/7/2025 20:01 | 4/7/2025 20:43 |
| 513 | 20 | 4/8/2025 8:29 | 4/8/2025 8:33 |
| 565 | 30 | 4/8/2025 10:06 | 4/8/2025 10:11 |
| 648 | | 4/8/2025 12:08 | 4/8/2025 12:11 |
| 704 | | 4/8/2025 13:44 | 4/8/2025 13:48 |

**Appendix G: Breathitt County Schools Data Listing**

| ID | Qs1 | Qs2 | Qs2X | Qs3 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs5 | Qs6 | Qs7 | Qs7X | Qs7Word | Qs8 | Q1Hour | Q1Minute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 761 | 1 | 1 | | 4 | | | | 1 | | | | 2018 | 3 | 6 | survey | survey | 1 | 9 | |
| 866 | 1 | 1 | | 4 | | | | 1 | 1 | | | 2024 | 2 | 6 | check | check | 1 | 8 | |
| 1957 | 1 | 1 | | 4 | | | | 1 | | | | Pre2010 | 3 | 6 | survey | survey | 1 | 8 | 0 |
| 1970 | 1 | 1 | | 4 | | | | | 1 | | | 2021 | 2 | 6 | quality | quality | 1 | 8 | 0 |

**Appendix G: Breathitt County Schools Data Listing**

| ID | Q1DK | Q2Hour | Q2Minute | Q2DK | Q3_1 | Q3_2 | Q3_3 | Q3_4 | Q3_5 | Q3_6 | Q3_7 | Q3_8 | Q3_9 | Q3_10 | Q3_11 | Q4 | Q5_1 | Q5_2 | Q5_3 | Q5_4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 761 |  | 6 | 50 |  |  | 1 |  | 1 | 1 | 1 | 1 | 1 | 1 |  |  | 10 | 0 |  | 5 | 0 |
| 866 |  | 7 | 2 |  |  | 1 |  |  |  |  |  | 1 |  |  |  | 20 | DK |  |  |  |
| 1957 |  | 7 |  |  | 1 |  | 1 |  | 1 |  | 1 | 1 |  |  |  | 30 |  | 0 | 15 | 30 |
| 1970 |  | 7 | 0 |  | 1 | 1 |  | 1 |  |  | 1 |  |  |  |  | DK |  |  |  |  |

**Appendix G: Breathitt County Schools Data Listing**

| ID | Q5_5 | StartTime | EndTime |
|---|---|---|---|
| 761 | 5 | 4/9/2025 8:16 | 4/9/2025 8:32 |
| 866 | | 4/10/2025 11:31 | 4/10/2025 11:35 |
| 1957 | 30 | 4/24/2025 8:04 | 4/24/2025 8:08 |
| 1970 | | 4/24/2025 8:32 | 4/24/2025 8:37 |