**Exhibit 24**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ████████████████████████████████████

**Sent:** Monday, April 14, 2025 11:56 AM

**Subject:** Reminder: DeKalb Survey – Please Complete by April 21

---------------------------------------

**INTEROFFICE MEMORANDUM**

---------------------------------------

*Dear all,*

*As you may have already been informed, our school district is currently conducting an important research survey to better understand the experiences and challenges faced by our school personnel. You may have received an invitation to participate in a survey, or if you haven't yet, you will likely receive one soon. The survey seeks to gather insights into:*

- *Professional needs from educators*
- *Perspectives on current trends in education*

***Please be assured of the following:***

- *Your responses to the survey will only be reported to the **district in the aggregate and will not be linked to you** in that report.*
- *Your supervisor and school district **will not** be able to connect your responses to you.*
- *Your participation in the survey **will not be considered in evaluating your performance** in any way.*
- *Your feedback is intended to help us better support educators and improve the overall learning environment, not to assess individual performance.*

*We kindly ask that you please take the time to complete this survey as it is important to our school district. We appreciate your time as we know it is valuable.*

*Applied Marketing Science (a market research consulting firm) will be working with a third-party, Luth Research, who will contact you via email with a link to the survey, which should take no more than 10 minutes to complete. Please be on the lookout for an email from [AppliedMarketingScience@surveysavvy.com](mailto:AppliedMarketingScience@surveysavvy.com).*

*Thank you!*

**Distributed By**
**The DeKalb County Postmaster**
**http://portal.dekalbschoolsga.org**

CONFIDENTIAL

Klein000015



2

CONFIDENTIAL

Klein000016