**Exhibit 29**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | Tucson Unified School District <Noreply@tusd1.org> |
| **Sent:** | Tuesday, April 1, 2025 5:28 PM |
| **To:** | Post, Adriana |
| **Subject:** | ATTN TUSD Teachers- Multi-District Research Survey |

Hello Tucson Unified Teachers,

Our school district is taking part in a multi-district research survey to understand the experiences and challenges faced by school personnel. The survey seeks to gather insights into professional needs and perspectives on current trends in education. You have been chosen to participate in this important survey.

Applied Marketing Science (a market research consulting firm) will be working with a third-party, Luth Research, who will contact you via email with a link to the survey, which should take no more than 10 minutes to complete. **Please be on the lookout for an email from** AppliedMarketingScience@surveysavvy.com.

**What's involved?**

You will receive an email in the next few weeks from AppliedMarketingScience@surveysavvy.com with a link to the survey to be completed **no later than Monday, April 21st.**

We ask that you please take the time to complete this survey as it is important to our school district.

We appreciate your time as we know it is valuable. Your responses to the survey will only be reported to the district in the aggregate and will not be linked to you in that report or considered in evaluating job performance.

Tucson Unified District Administration

---

You are receiving this email because of your relationship with TUCSON UNIFIED SCHOOL DISTRICT. If you wish to stop receiving email updates sent through the Finalsite service, please **unsubscribe**.
TUCSON UNIFIED SCHOOL DISTRICT | 1010 E. Tenth St., Tucson, AZ 85719 | 520-225-6005

1

CONFIDENTIAL

Klein000025