**Exhibit 59**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
T: 202.386.9610
*Attorney for Plaintiff Charleston County School District*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| THIS DOCUMENT RELATES TO: | MDL No. 3047 |
| Charleston County School District v. Meta Platforms Inc., et al. | **AFFIDAVIT OF DANIEL PRENTICE** |
| Member Case No.: 4:23-cv-4659 | |

My name is Daniel Prentice, and I make this declaration based on my personal knowledge.

1. I received a Bachelor of Science in Accounting in 2014 from the College of Charleston. I received a Master of Business Administration from Louisiana State University – Shreveport in 2021.

2. I have 10 years of experience working in positions of progressively greater responsibly for budget management and related operations for municipal governments and, most recently, South Carolina's second-largest public school district, Charleston County School District ("CCSD").

3. I have been the Chief Financial Officer at Charleston County School District ("CCSD") since 2024.

4. In my capacity as Chief Financial Officer, I have access to and am familiar with the financial records, accounting systems, and vendor payment processes of CCSD.

5. The excel Bates-stamped MR_CCSD_779236 was produced at my direction by Ramona Brown, the Director of Procurement Services. Procurement Services is an office of the Finance Department that is under my direction.

AFFIDAVIT OF DANIEL PRENTICE                    - 1 -                    CASE NO. 4:22-MD-03047-YGR

6. I hereby affirm that all expenditures reflected in the aforementioned MR_CCSD_779236 represent actual invoiced amounts that have been fully paid to the respective vendors in accordance with the terms and conditions of our vendor agreements.

7. The payments to vendors were processed through our standard accounts payable procedures, which include proper review, approval, and reconciliation processes in compliance with generally accepted accounting principles.

8. This affirmation is based on my personal knowledge and review of CCSD's financial records and is true and correct to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I hereby declare and certify, under penalty of perjury, that the foregoing is true and correct.

Executed on 05/14/2025     .

Daniel Prentice

AFFIDAVIT OF DANIEL PRENTICE                    - 2 -                    CASE NO. 4:22-MD-03047-YGR