**Exhibit 95**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.
IN RE:  SOCIAL MEDIA ADOLESCENT   4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

MDL No. 3047

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

This Document Relates To:

Tucson Unified School District
v. Meta Platforms Inc., et a
Case No. 4:24-cv-1382
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOTAPED 30(b)(6) DEPOSITION OF
TUCSON UNIFIED SCHOOL DISTRICT
BY AND THROUGH
JULIE A. SHIVANONDA

Held At:   JW Marriott Tucson
Starr Pass Resort & Spa
3800 W. Starr Pass Blvd
Tucson, Arizona

April 8th, 2025
2:02 p.m.

Reported By:

MAUREEN O. POLLARD, CA CSR #14449, RDR

Page 2

Videotaped 30(b)(6) Deposition of Tucson Unified School District, by and through JULIE A. SHIVANONDA, held at JW Marriott Tucson Starr Pass Resort & Spa, 3800 W. Starr Pass Blvd., Tucson, Arizona, commencing at 2:02 p.m., on the 8th of April, 2025, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, California CSR #14449.

ï¿½ ï¿½ ï¿½

Page 3

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:

    WAGSTAFF & CARTMELL
    4740 Grand Avenue, Suite 300
    Kansas City, Missouri 64112
    816-701-1145
    BY:  MICHAEL P. CUTLER, ESQ.
        mcutler@wcllp.com

ON BEHALF OF META PLATFORMS, INC. f/k/a
FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC;
INSTAGRAM, LLC; FACEBOOK PAYMENTS, INC.;
FACEBOOK OPERATIONS, LLC; FACEBOOK TECHNOLOGIES,
LLC; SICULUS, INC.; and MARK ELLIOT ZUCKERBERG:
    SHOOK, HARDY & BACON LLP
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    816-474-6550
    BY:  DANA STRUEBY, ESQ.
        dstrueby@shb.com
    BY:  COURTNEY C. BURRESS, ESQ. (Zoom)
        cburress@shb.com

ON BEHALF OF ALPHABET INC., GOOGLE LLC,
and YOUTUBE, LLC:
    WILLIAMS & CONNOLLY LLP
    630 Maine Avenue, S.W.
    Washington, DC 20024
    202-434-5380
    BY:  ARMANI MADISON, ESQ. (Zoom)
        amadison@wc.com

Page 4

APPEARANCES (Continued):

ON BEHALF OF SNAP, INC.:

          MUNGER, TOLLES & OLSON
          350 South Grand Avenue, 50th Floor
          Los Angeles, California 90071-3426
          213-683-9516
          BY:   VICTORIA A. DEGTYAREVA, ESQ.
                victoria.degtyareva@mto.com
          BY:   ROWLEY RICE, ESQ.
                rowley.rice@mto.com
          BY:   JULIA KONSTANTNINOVSKY, ESQ. (Zoom)
                julia.konstantninovsky@mto.com
          BY:   MOHAMED SAID, ESQ. (Zoom)
                mohamed.said@mto.com
          and
          MUNGER, TOLLES & OLSON
          601 Massachusetts Avenue NW
          Suite 500E
          Washington, DC 20001
          202-220-1126
          BY:   STEPHANY REAVES, ESQ.
                stephany.reaves@mto.com


     Also Present:

     Videographer and Trial Tech:   Dan Lawlor

Page 5

INDEX

EXAMINATION                                          PAGE

JULIE A. SHIVANONDA

   BY MS. DEGTYAREVA                                10


E X H I B I T S

NO.           DESCRIPTION                           PAGE

Tucson-30(b)(6)-    Defendants' Amended
Shivanonda-1       Supplemental Notice
                   of Oral and
                   Videotaped 30(b)(6)
                   Deposition of
                   Plaintiff Tucson
                   Unified School
                   District................    12

Tucson-30(b)(6)-   Minutes for Regular
Shivanonda-2       Board Meeting,
                   Tuesday, September
                   12, 2023................    38

Tucson-30(b)(6)-   Tucson Unified School
Shivanonda-3       District's Second
                   Supplemental Initial
                   Disclosure Statement
                   Pursuant to Federal
                   Rule of Civil
                   Procedure
                   26(A)(1)(A)(iii)........    52

Tucson-30(b)(6)-   Plaintiff's Amended
Shivanonda-4       Answers to
                   Defendants'
                   Interrogatories to
                   Tucson Unified School
                   District (Set 3)........    56

Tucson-30(b)(6)-   Plaintiff Fact Sheet
Shivanonda-5       - School Districts
                   (Supplemental).........   114

Page 6

Tucson-30(b)(6)-      Plaintiff Fact Sheet
Shivanonda-6          - School Districts...... 121
Tucson-30(b)(6)-      Excel spreadsheet,
Shivanonda-7          Bates
                      SM_TUSD_00184507........ 124
Tucson-30(b)(6)-      Plaintiff's Third
Shivanonda-8          Amended Answers to
                      Defendants'
                      Interrogatories to
                      Tucson Unified School
                      District (Set 1)........ 128

Tucson-30(b)(6)-      Policy Regulation,
Shivanonda-9          Use of Cell Phones
                      and Other electronic
                      Signaling Devices,
                      Bates
                      SM_TUSD_00159360 and
                      9361.................... 140

Tucson-30(b)(6)-      Printout from Yondr
Shivanonda-10         Website................ 145
Tucson-30(b)(6)-      E-mail chain, Bates
Shivanonda-11         SM_TUSD_00319608
                      through 9612............ 147
Tucson-30(b)(6)-      Cell Phone Feedback
Shivanonda-12         for Quarter 1 - 110
                      Teachers Total
                      Separated by
                      Department and YONDR
                      and non-YONDR, Bates
                      SM_TUSD_00363931
                      through 3938............ 153

Tucson-30(b)(6)-      Governing Board
Shivanonda-13         Policy, Student Use
                      of Cell Phones and
                      Other Electronic
                      Devices, Bates
                      SM_TUSD_00006965 and
                      6966.................... 161

Page 7

Tucson-30(b)(6)-        PowerPoint, Pueblo
Shivanonda-14          Gardens PK-8,
                       2021-2022, Bates
                       SM_TUSD_00165722
                       through 5746............  172

Tucson-30(b)(6)-        Printout from TUSD's
Shivanonda-15          website.................  180
Tucson-30(b)(6)-        Printout of TUSD's
Shivanonda-16          Facebook page...........  181

Tucson-30(b)(6)-        Printout of TUSD's
Shivanonda-17          Instagram page..........  183
Tucson-30(b)(6)-        Printout of TUSD's
Shivanonda-18          YouTube account.........  185

Tucson-30(b)(6)-        PowerPoint, Bates
Shivanonda-19          SM_TUSD_00464074........  186
Tucson-30(b)(6)-        Document, Get Ready
Shivanonda-20          for Tucson College
                       Night, Bates
                       SM_TUSD_00183309........  187

Page 8

- - -

DEPOSITION SUPPORT INDEX

- - -

Direction to Witness Not to Answer

PAGE          LINE

         20          18
         21           3
         25          24
         33          18

Request for Production of Documents

PAGE          LINE

None.

Stipulations

PAGE          LINE

None.

Questions Marked Highly Confidential

PAGE          LINE

None.

Page 9

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are now on the record.  My name is Dan Lawlor, I'm a videographer representing Golkow, a Veritext division.

Today's date is April 8, 2025, and the time is 2:02 p.m.

This video deposition is being held in Tucson, Arizona in the matter of Social Media CA, MDL 3047, Tucson Unified School District versus Meta Platforms, Inc., et al.

The deponent is Julie Shivanonda.

Counsel will be noted on the stenographic record.

The court reporter is Maureen Pollard, and will now swear in the witness.

*    *    *

Whereupon,

JULIE A. SHIVANONDA,

being first duly sworn to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

Page 10

EXAMINATION

BY MS. DEGTYAREVA:

Q.    Good afternoon, Ms. Shivanonda.
Can you please state your name for the record?

A.    Julie Ann Shivanonda.

Q.    And do you live here in Tucson?

A.    I do.

Q.    Do you understand that you're under oath today?

A.    I do.

Q.    Is there any reason that you can't give truthful and accurate testimony today?

A.    No.

Q.    And are you currently employed by Tucson Unified School District?

A.    Yes.

Q.    How long have you been employed by the school district?

A.    I began in 2012, and then I left the district from 2020 until September of 2021 and returned in September 2021.  So that's about total 13 years.

Q.    What is your current job position?

A.    Director of social emotional

Page 11

learning and school counseling.

Q. And what are your responsibilities in that role?

A. So I oversee the department, which includes our school counselors. I oversee two school counseling coordinators, a coordinator of social emotional learning, a program manager of substance abuse prevention, a program coordinator of substance abuse prevention, and five community health workers.

And so our job is tasked with supporting the social emotional well-being needs of our students and our communities within the Tucson Unified School District.

Q. And do you understand that you're testifying today as a corporate representative of the Tucson Unified School District?

A. I do.

Q. So throughout my questions today I'm going to at points say "TUSD" or "the district," and do you understand that when I say those things I'm referring to Tucson Unified School District?

A. Correct.

Q. I'm also going to talk about

Page 12

defendants' platforms, and do you understand that when I say "defendants' platforms" I'm referring to Facebook, Instagram, TikTok, Snapchat, and YouTube?

A.    Yes.

Q.    Now, do you understand that TUSD has designated you today to testify about a number of different topics?

A.    Yes.

MS. DEGTYAREVA:  Let's mark as Exhibit 1 tab 2.

(Tucson-30(b)(6)-Shivanonda-1 was marked for identification.)

MR. CUTLER:  I've got mine from this morning.  Is it the same one?

MS. DEGTYAREVA:  It should be, yeah. We're going to restart at 1, but it should be the same.

MR. CUTLER:  I don't need another copy.  Thank you.

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, can you please turn to page 7 of this exhibit?  And do you see on page 7 under Roman Numeral II it says Deposition Topics?

Page 13

A.    Yes.

Q.    I just want to go through these so that you can confirm which topics you're prepared to testify about as TUSD's representative.

Looking at the first title there, Use and Impact, Topics 1 through 7, which goes on to pages 8 and 9.  Are you prepared to testify about Topics 1 through 7?

A.    Yes.

Q.    Okay.  And then under Awareness, Prevention, and Response, it has Topics 8 through 23 on pages 9, 10 and 11.  Are you prepared to testify about Topics 8 through 23?

A.    Yes.

Q.    We're going to skip the next one and go to page 13, Student Mental Health and Related Services, and under that, Topics 32 through 48 which ends on page 16.  Are you prepared to testify about Topics 32 through 48?

A.    Yes.

Q.    Okay.  The next one on page 16 is Discipline and School Safety, Topics 49 and -- sorry, 49 through 55, ending on page 17.  Are you prepared to testify about Topics 49

Page 14

through 55?

A.    Yes.

Q.    Okay.  Then under School District Performance and Operations, which begins on page 17, are you prepared to testify about Topics 56 through 59?  So not Topic 60 in that section.

A.    Yes.

Q.    Okay.  Going on to page 18 where it says Relief, are you prepared to testify to Topics 61, 62, and 63?

A.    Yes.

Q.    And then, finally, under Other District-Specific Topics, are you prepared to testify to Topics 64 and then 66 through 69?

A.    It was my understanding that 66 would have been a previous defendant.

Q.    Excuse me.  I think I misspoke.  64 through 67 through 69.

A.    So 64, 65, 67, 68, and 69?

MR. CUTLER:  64, 67, 68, 69, I think is what she said.

THE WITNESS:  Yes.

BY MS. DEGTYAREVA:

Q.    Okay.  64, 67, 68, and 69, are you

prepared to testify about those topics?

A.    Yes, correct.  I apologize.

Q.    Thank you.

And do you understand that your testimony today is the testimony of Tucson Unified School District?

A.    Yes.

Q.    So because you are testifying on behalf of the school district, I sometimes might say "you" in my questions, and when I say that I'm referring to Tucson Unified School District.

Do you understand that?

A.    I do.

Q.    What did you do to prepare to testify for all of the topics that you've been designated on?

A.    So I met with our legal counsel, outside legal counsel as well as internal legal counsel.  I reviewed some of the documents within this case that were shared with me from legal counsel.  And then I met with other district-level stakeholders that might have more explicit information in preparation.

Q.    So apart from legal counsel, which other people did you meet with?

Page 16

A.    So I met with a handful of our school district counselors, the department -- the director of school safety, director of student relations, director of instructional technology, director of human resources, assistant superintendent of curriculum and instruction, counseling coordinator for middle school and high school.  And I believe that covers it.

Q.    Okay.  I want to walk through a couple of those.

You said you met with a handful of school district counselors.  Do you remember how many?

A.    Roughly ten.

Q.    And were those counselors from -- were they assigned to a specific school?

A.    Yes.  So each of our schools, they do have either one or multiple school counselors, and so the call was put out to any school counselors who were interested in discussing with me.  So there was about ten school counselors ranging from elementary, middle, and high school who were involved.

Q.    Of those approximately ten

Page 17

counselors, do you remember how many were assigned to middle schools versus high schools versus elementary schools?

A.    From my recollection, I don't remember exactly, there was at least two that were representing middle school, and then probably five or six were at the elementary school level, and the rest were at the high school level.

Q.    So you said -- so if there's about two at middle school, five or six at elementary, does that mean two or three were high school? Does that sound about right?

A.    Yes.

Q.    Do you remember -- do the counselors -- are they assigned to any particular type of topic area or subject area, or do all counselors just provide general counseling services?

A.    So in TUSD we following the ASCA model, the American School Counselor Association model, and so all of our school counselors are tasked with meeting the requirements of the ASCA model.  So they do focus on academic support and readiness, social emotional support and

Page 18

readiness, as well as college and career readiness.

Q.    So none of the counselors you talked to would have been specialized in any particular subject area?

A.    Correct.

Q.    And I think you mentioned the director of school safety, is that right?

A.    Yes.

Q.    Who is that?

A.    Mr. Joe Hallums.

Q.    And the director of student relations, right?

A.    Yes.  Anna Warmbrand.

Q.    And then the director of instructional technology, who is that?

A.    Tracey Rowley.

Q.    Okay.  The director of human resources, who is that?

A.    Jon Fernandez.

Q.    Okay.  And then the assistant superintendent of curriculum and instruction, who is that?

A.    Dr. Flori Huitt.

Q.    And then counseling coordinator for

Page 19

middle school and high school, who is that?

A.    Rebecca Carrier.

Q.    And for all of those positions, are all of those positions sort of there's just one person in each position, or are they kind of like the counselors where there other people in those positions that you didn't talk to?

A.    No, they are those of those positions, correct.

Q.    Okay.  So apart from those people we just talked about, anybody else other than counsel that you spoke to to prepare for the deposition?

A.    I don't know if that was part of preparation, but we did meet with an expert, Dr. Hoover.

Q.    What's his first name?

MR. CUTLER:  You can answer.

THE WITNESS:  I don't remember her first name.

BY MS. DEGTYAREVA:

Q.    Her first name.

And what type of expert is Dr. Hoover?

MR. CUTLER:  I'm going to object.

Page 20

Well, I guess if you know you can answer that question.  Go ahead.

THE WITNESS:  So Dr. Hoover is an expert in social emotional learning, mental health, and she is from -- I don't remember what college she's from, but she was retained as an expert in the case, is my understanding.

BY MS. DEGTYAREVA:

Q.    So what was the purpose of your meeting with Dr. Hoover?

MR. CUTLER:  I'm going to object to that to the extent it calls for privileged communications.

BY MS. DEGTYAREVA:

Q.    So, Ms. Shivanonda, unless your counsel instructs --

MR. CUTLER:  Yeah, I'll instruct you not to answer the question.

BY MS. DEGTYAREVA:

Q.    In terms of preparing for this -- to testify about the topics that you were designated for in this deposition, what did you discuss with Dr. Hoover?

MR. CUTLER:  Again I'm going to

Page 21

object that it's not part of deposition preparation.

And I'll instruct you not to answer.

BY MS. DEGTYAREVA:

Q.    So just to be clear, did you meet with Dr. Hoover to prepare for the deposition?

MR. CUTLER:  I think she answered that.

Go ahead.

THE WITNESS:  No.  In terms of these topics, in preparation was meeting with stakeholders within the district.  As part of the larger context there was a meeting that happened with Dr. Hoover.

MR. CUTLER:  Which is separate from this deposition, so I think the questions are about the deposition preparation.

BY MS. DEGTYAREVA:

Q.    Got it.

So in terms of preparation for the topics that you were designated on for this deposition, apart from the people we talked about, and your counsel, anybody else that you met with to prepare?

A.    No.

Page 22

Q.    I think you said that you also reviewed some documents.   What documents did you review?

A.    I reviewed this document to be in preparation of the topics, as well as Plaintiff Fact Sheet, as well as interrogatory documents.

Q.    Did you review any internal TUSD documents or documents from TUSD databases, e-mail, anything that wasn't prepared for purposes of the litigation specifically?

MR. CUTLER:   Anything not prepared specifically for the litigation.

THE WITNESS:   I don't believe it was not prepared for the litigation, no.   This was in preparation for the litigation.

BY MS. DEGTYAREVA:

Q.    I'm sorry, maybe that was a poorly worded question.

But apart from rog responses, the PFS, and then the deposition notice, any other documents you reviewed?

A.    Yes.   Internal documents.

Q.    What internal documents did you review?

A.    Documents around practices in the

Page 23

school district, reviewing public documents, so public information around -- there were some questions around the district academic performance and attendance data which is part of internal documents, which is also publicly populated; review of public documents of governing board meetings; review of discipline and school safety data which are part of internal, which I believe were provided as part of the deposition prep; internal created documents for -- based on -- oh, there was one other person that I forgot that I talked to.  Is that okay?

Q.    Sure.  Well, how about you finish your answer about documents and then we'll go back to that one other person.

A.    So if I've spoken to anyone, it was a review of particular data that would be able to answer some of these questions.

And so there was some data collected from our student information systems around discipline data, around other documentation around like our multi-tiered system of support data, data that our counselors collect in terms of as they monitor and adjust their practices

Page 24

within their work.

Q.    Okay.  Does that cover it?  Anything else you reviewed, any other documents?

A.    That's -- yeah, that's basically it.

Q.    I'm going to ask you a couple more questions about the documents, but you mentioned there was one other person you spoke with that you hadn't mentioned before.  Who was that?

A.    Yes.  Michael Blunt, he is a coordinator of our multi-tiered system of support process in the district.

Q.    Got it.

Okay.  So regarding the documents, for the public documents I think you mentioned board meeting minutes, is that right?

A.    Yes.

Q.    Do you remember which meeting minutes you reviewed?

A.    I do not.  I did an overall kind of general search for -- some of the questions referred to any discussion topics around social media, so a general search of potential discussions around social media, as well as governing board policy.

Q.    And when you say you did the search,

Page 25

do you mean just within the board documents, or you did some kind of broader search across multiple databases?

A.    Just within the governing board document system.

Q.    Do you remember what types of terms you used?

MR. CUTLER:  I'm going to object to the extent that this was all done kind of at the direction and/or with counsel.

If there are facts you learned or, I guess, just the fact of having done it, that's fine, but, you know, processes, strategies, stuff like that are going to be protected.

MS. DEGTYAREVA:  Are you instructing her not to answer that question?

MR. CUTLER:  Can you repeat the question?

MS. DEGTYAREVA:  I think I asked if she used any particular search terms on those documents to identify the ones that she reviewed.

MR. CUTLER:  Yeah, I'll instruct her not to answer.

MS. DEGTYAREVA:  Okay.

BY MS. DEGTYAREVA:

Q.    So for public documents, apart from these governing board meetings, any other public documents you reviewed?

A.    TUSD governing board policy documents as well as academic performance data.

Q.    Okay.  And the academic performance data, what types of documents is that in?

A.    School letter grades.

Q.    Are those public documents?

A.    Those are public documents, yeah, the school report cards essentially through the Arizona State Department of Education.

Q.    Got it.

Okay.  You also mentioned discipline and school safety data.  What does that refer to?

A.    So that would be data that is elicited from our student information system.  So as we -- as the district reports student-level discipline, it gets reported into the Synergy, Student Information System, and so through my discussions with the director of student relations we reviewed specific

Page 27

student-level discipline data in preparation for being prepared for some of these topics.

Q.    This is all data in Synergy?

A.    Yes.

Q.    Did you review just sort of aggregate numbers, or did you look up specific individual reports in Synergy?

A.    Aggregate numbers.

Q.    And so did you look at any details -- beyond just how many numbers of each violation, did you look at any details about what those particular violations -- who they were against, when they happened, what they were about?

A.    Not in detail, no.

Q.    You say "not in detail."  Can you explain what you mean by that?

A.    So through conversations as an overall analysis of the data, discussions around more specific information, but the actual reports that I looked at were just the aggregate numbers.

Q.    Got it.

So you looked at the aggregate numbers, but then you had conversations with

Page 28

others about details underlying those numbers?

A.   Correct.

Q.   And who did you have those conversations with?

A.   Anna Warmbrand from student relations, and Joe Hallums from school safety.

Q.   Okay.  You talked about data collected "from our student information systems."  What data is that?  Is that the Synergy data, or is that something else?

A.   That's the Synergy data.

Q.   And then other documentation around the multi-tiered system of support data, what does that refer to?

A.   That is also housed in Synergy, our student information system.  There is a section within Synergy called MTSS dashboard, and so looking at -- and that is our intervention dashboard, so looking at specific numbers of interventions based on certain categories to give a broader picture of being able to answer some of these topics.

Q.   So apart from the discipline data and then the MTSS data in Synergy, any other data in Synergy that you looked at?

A.    Well, part of the data that was part of discipline data is also the data that connects to school safety, and how school safety may or may not have responded in relation to the discipline data.

Q.    Can you explain what the school safety data is?

A.    So if there are disciplinary instances that happen on a school campus that may warrant school safety response, that would be collected within the investigation in a disciplinary instance.

So some of the questions asked about whether or not school safety was a component of -- in some of these topics, so looking at potential -- if the overall, kind of, numbers around how often school safety may or may not have responded to any disciplinary instances on school campuses.

Q.    And was that aggregate data, or was that specific data about specific incidents?

A.    Overall aggregate.

Q.    Got it.

When you talk about data that counselors collect, data that counselors

Page 30

collect, what type of data did you review that counselors collect?

A.    So counselors, they collect data around number of students who are either referred to them for support of any kind or whether or not students visit the counseling office for any sort of report or needs.

Also school counselors provide interventions based on what I said the previous data are on, MTSS, so they collect that data.

Counselors also in the past have done more needs assessment type data around their schools to drive their operating, whether they do specific groups on school campus, and so, but that -- over time due to legislation that has been hindered somewhat.

So just overall data around the use of time for counselors of how often they're meeting with students, how often they are providing classroom lessons, and then numbers of students visiting the counseling office.

Q.    Is all of that data stored in a database of some sort?

A.    It's internal.  So our coordinators of counseling, they collect that data.  That's

Page 31

generally through things like Microsoft Forms that are internal data.

Q.    Okay.  So do individual counselors fill out a form every time they meet with a student, or how do they -- how frequently would they fill out these forms?

MR. CUTLER:  Object to form.

You can answer.

THE WITNESS:  Okay.  It depends.  So counselors, they will -- their time of use, depending upon the level, so our coordinator that supports middle and high school, they do time of use, and she asks for them to submit that quarterly, whereas in elementary and K-8, that coordinator, she has -- she asks for that data on a monthly basis.

BY MS. DEGTYAREVA:

Q.    The time of use data, is that just here's how many hours I worked in a day, or is that split up in a different way?

A.    It is, again, based on, you know, number of small groups or classroom lessons or number of students that they interacted with in their office, or if they participated in an MTSS

Page 32

meeting, if they provided intervention supports based on an intervention plan.

Q. And the data that the counselors collect, would that also include data about individual students they met with?

A. They do. So we do have processes in the district for majority of our support staff, when they do meet with students for specifics, and so all of that is housed in the Synergy student information system.

Q. And the data that you reviewed, did that include data about individual students that the counselors met with?

A. No, it did not. I was looking at aggregate data.

Q. Okay. Any other categories of data that we haven't -- we talked about the data in Synergy, the public documents, the data that the counselors collect.

Any other categories of data or documents you reviewed?

A. No.

Q. Did you bring any documents with you today?

A. No.

Page 33

Q.    And as you were reviewing the documents or talking to the people, apart from counsel, did you make any notes?

A.    Not outside of being directed by counsel.

Q.    And did you bring any notes with you today?

A.    No, I did not.

Q.    Apart from what we've already talked about, anything else you did to prepare for the deposition today?

A.    No.

Q.    Are you familiar with the allegations in the case?

A.    From what I -- from talking with counsel and based on the documents that we've already discussed that we've reviewed --

MR. CUTLER:  If your understanding is from counsel, I would instruct you not to answer.  If you have a self-understanding, then respond with that.

THE WITNESS:  Okay.  My general understanding is from discussions with counsel.

Page 34

BY MS. DEGTYAREVA:

Q.    So at a high level, do you understand that TUSD has filed a lawsuit that alleges that it has been harmed by defendants' platforms?

A.    Yes.

Q.    So when did TUSD first begin to believe that defendants' platforms were causing harms in its schools?

A.    So, first, that's -- that's kind of a difficult question.  I think explicitly, the explicit intention or kind of investigation whether or not to move forward with a lawsuit, it's my understanding that those discussions began in spring of 2023 with the governing board, along with Dr. Trujillo, our superintendent, and legal counsel, creating, drafting the resolution to move forward in September of 2024.

Q.    So before spring of 2023, did TUSD have an understanding that defendants' platforms were causing harms in the schools?

A.    It is my understanding that there was a level of understanding that there was a causal link between some of the harm that we

Page 35

were noticing and direct causal link, or perceived causal link, to defendants' platforms, yes.

Q.    When did TUSD first start to think that there was a causal link?

A.    So from my understanding and in my work, when we really started to see a direct response was probably right around the -- anywhere from 2014 to 2016 when we started to see an increase of discipline data and social emotional needs in students based on the increase of use of cellphone and social media platforms within our schools.

Q.    You say an increase in discipline data and social emotional needs.

During that time period, 2014-2016, are you aware of any data that showed those increases were connected to cellphones or social media?

A.    So there's definitely anecdotal data.

And then in terms of the school district in collecting that data, it's difficult.  Not all of that data is necessarily able to be collected explicitly.

Page 36

Also, since 2014 we have had several iterations of data platforms, and so in previous data platforms it looks a little bit different than what our data platforms look like now. So being able to determine exact data and information, I'm not aware that -- if I could speak directly to that from that time period just because of the changes in data collection.

Q. What were the previous platforms that were used?

A. Previously to Synergy the district had an in-house-developed platform called Mojave, and so it was a student information system platform. It was also where a lot of our support staff documented their time, documented disciplinary actions, or any supports that they may have provided to students and/or conversations with families.

Q. So when did the district switch from Mojave to Synergy?

A. If I remember correctly, I believe that was around either 2017 or 2018.

Q. Was the data from Mojave transferred into Synergy?

A. As much as it was able to. So I'm

Page 37

not a technology expert, and so my understanding is somewhat limited on how that can transfer. So that may have been some archived data, and then some of the data that could have been transferred, I believe, was transferred into the Synergy platform.

Q.    Does the district still have any data that was not able to be transferred from Mojave into Synergy?

A.    I am not 100 percent aware.  I do know that, I believe it was two years ago, the district was involved in a technology breach, and so I know because of that a lot of previous data may not have been recovered.  I don't know from what departments, what data was able to be recovered and not prior to moving into more of a cloud-based system.

Q.    TUSD asked its board of directors to authorize bringing this lawsuit at a meeting on September 12, 2023, is that right?

A.    Can you repeat the question?

Q.    Sure.

TUSD asked its board of directors to authorize bringing this lawsuit, right?

A.    From my understanding, it was a

Page 38

discussion with superintendent, legal counsel, the governing board. A lot of that work also may have happened in executive session, which is not public knowledge.

MR. CUTLER: I think she's just asking about the process generally to start.

BY MS. DEGTYAREVA:

Q. Ms. Shivanonda, you can answer the question as you understand it. If you don't understand a question, I would be happy to rephrase it.

A. Okay. So from my understanding the process began looking in at spring of 2023.

Q. And was there a governing board meeting on September 12, 2023, when this issue was discussed?

A. I don't remember all the dates of meetings off the top of my head.

MS. DEGTYAREVA: Can we mark as Exhibit 2 tab 45?

(Tucson-30(b)(6)-Shivanonda-2 was marked for identification.)

BY MS. DEGTYAREVA:

Q. Ms. Shivanonda, do you recognize

Page 39

this document?

A.    So these -- this appears to be the meeting minutes from the TUSD governing board from September 12, 2023.

Q.    And if you turn to page 7 of the document, you'll see at the very bottom it says "Action:  6.3 Resolution in Support of Litigation Against Social Media Companies."

A.    Okay.

Q.    Do you see that?

A.    I do.

Q.    Okay.  And then underneath that, "Motion to approve the Tucson Unified School District Resolution in Support of Litigation Against Social Media Companies."

Do you see that?

A.    I do.

Q.    So before this meeting on September 12, 2023, had the topic of social media addiction ever come up in any TUSD governing board meetings?

A.    Throughout governing board meetings there are numerous topics that are brought to the table.  I can't speak to specific dates.  I have not have those memorized.

Page 40

But in terms of when we look at overall discipline data, reports from discipline data, there has been discussions around the use of social media and the connection of social media within our discipline and our discipline policies, as well as a yearly review of our code of conduct, and based on previous discussions, based on previous discipline data, adjustment to our code of conduct based on the need.

So over the past few years we've made different iterations of the code of conduct, including the most recent one where there was also discussion of use of technology and social media in our schools.

Q.   And understanding that you don't remember exact dates, do you remember approximately when these discussions concerning social media occurred?  Like a year?  A month?

A.   I would say, from my understanding, on a fairly regular basis, as we do discuss -- or as the board has discussed, or questions or concerns have come up with the board around discipline data, around school safety data, on a fairly regular basis there's a connection to social media that is discussed at governing

Page 41

board meetings.

Q.    So when was the first time that connection to social media was discussed at a governing board meeting?

MR. CUTLER:  Object to form.

THE WITNESS:  I -- again, I have not memorized the dates of all the governing board meetings.  There are at least two meetings a month for as many years as the governing board has been active, so I cannot give you that date.

BY MS. DEGTYAREVA:

Q.    Do you remember the year that discussions of social media first began in a governing board meeting?

MR. CUTLER:  Object to form.

THE WITNESS:  Again, going back to around 2015, 2016 when we started seeing a larger increase in the connection of discipline with social media, I imagine that could have been, but I'm not 100 percent sure exactly when that began.

BY MS. DEGTYAREVA:

Q.    And would any discussions around social media, if they happened at a board

Page 42

meeting, would they be reflected in the board meeting notes?

MR. CUTLER:  Object to form.

THE WITNESS:  It's my understanding, yes, all governing -- our school governing board follows open meeting laws, and so all of our governing board meetings are recorded.  They are -- the meetings and minutes are available online.  So all recordings of -- by video and meetings are available online.

BY MS. DEGTYAREVA:

Q.    Now, apart from -- or before this -- approving this motion to support the litigation against social media companies, were there any resolutions passed by the board that related to social media?

A.    I'm not sure about specific resolutions, but again, back to our code of conduct, a lot of discussion around social media and the levels of code of conduct and discipline has been a topic, and that code of conduct has been reviewed every year.  Created a new code of conduct a couple of years ago.  Previously it was the guidelines for rights, responsibilities

Page 43

of students, as well as board actions around the use of social media and technology.

Q.   When was the code of conduct -- the new code of conduct created?

A.   I don't remember the year.  GSRR, I think was through 2020.  There was a previous director.  I want to say either 2020 or 2021.

Q.   Has the code of conduct been updated since then?

A.   It has.  It is updated yearly.

Q.   So is it your testimony that the new code of conduct that was created in either 2020 or 2021, was that created because of social media?

MR. CUTLER:  Object to form.

THE WITNESS:  The code of conduct, the new -- it was just a new iteration of our previous guides and responsibilities. So we have always had expectations of our students.  And then that also connects with the due process as we look at disciplinary practices within the district.

And so as we continue to change with the times, as we identify disciplinary

Page 44

trends, we update our code of conduct to match based on the discipline that we have seen year to year and over time. And so the updates to the code of conduct always match what we are seeing within our schools.

BY MS. DEGTYAREVA:

Q. And so were there -- I guess going back to my question.

Was the code of conduct -- were any of the changes that were made in the new code of conduct, were any of those changes made as a result of social media use?

A. In part. So as we look at the code of conduct, there is a specific section around improper use of technology. And so that was also -- the verbiage was discussed and updated due to the increase of the use of social media within schools, yes.

Q. Apart from that section, was there anything else in the code of conduct that was changed because of social media?

A. Again, looking back at our previous data and discipline data and what's needed in the schools, very cognizant of that, and then

Page 45

adjusting our code of conduct due to that.

So through the analysis of the data, looking at the code of conduct, improper use of technology was one of them.

We do also look at, you know, substance abuse as well as aggression data, and all of that, also, I believe that there was some discussion around the use of social media in excess for some of those, and so updated some of the code of conduct language due to that.

Q.    Okay.  You mentioned substance abuse.

What changes were made to the code of conduct related to substance abuse that were made because of social media?

MR. CUTLER:  Object to form.

THE WITNESS:  So in the district we have been very responsive to looking at the needs of the community, and then monitoring the data around the use of substance use in our schools and in our community.

We've also looked -- we've also created different opportunities for interventions and resources and supports.

Page 46

And so we have in the past, as part of our code of conduct, if students are engaged with substances, then there was a stipulation in the code of conduct where students were able to engage in substance abuse workshop courses to reduce part of their discipline.

And then with our newer, updated department for substance abuse that we are working on this year, we are adjusting that, and that is no longer part of the code of conduct to where -- discipline.

One of the reasons for that was we were noticing that students were not necessarily engaging in those workshops and continuing to use and abuse substances. And so the adjustment of the code of conduct was falling back more on the progressive discipline and following through with that discipline versus lightening the discipline, so to speak.

BY MS. DEGTYAREVA:

Q. So, Ms. Shivanonda, which of these changes were made as a result of social media?

A. In response to what we've been

Page 47

seeing in our schools. So, again, as we look at discipline data, the through line through most of our discipline, we are finding that there are connections to social media.

So often we would find substance abuse or substance use on our school campuses and through investigative practices identify that a number of those instances were involved with substance -- were involved with social media. Students were receiving substances, buying and selling substances via social media platforms and practices. And so that also adjusted the -- with the improper use of technology on our campus, and then looking at any of the other disciplinary practices that may occur of that.

So if a student was engaging on social media or improper use of technology, and then if there was an aggression component, then we would look at the progressive discipline. And so all of that is wrapped in and connected to the ongoing data points and analysis of how we look at our discipline data to then adjust our code of conduct and our progressive discipline practices.

Page 48

Q.   When you talk about the discipline data, are you referring to the Synergy data?

A.   Yes.

Q.   So in the Synergy data, where would you look in the data to see if an incident was related to social media?

A.   So that can be somewhat tricky.  So as we -- the way that the district documents data, there's only so much information that can be housed within Synergy.  And so we look at the highest level of infraction, and then through the investigative process are able to then determine the trigger point, so to speak, of that discipline.

So in a lot of our discipline practices, we were -- or discipline data, we might see a higher level of on the -- the code of conduct.  That will be as kind of the main disposition.

And then in a lot of the notes that administrators might be adding to that discipline entry would be in the investigation as they're talking to the student that was involved and the other students, any other witnesses.  And so through those we are then

Page 49

able to identify the majority of our discipline practices are somehow connected to the use of social media.

But, again, in our discipline, that top infraction is because of the way that the code of conduct is written, and then how we then assign consequences based on that, and so we may or may not always see in all of the discipline records.

However, anecdotally, as we talk with administrators on a regular basis, school counselors, our administrators do work with their regional assistant superintendents, as well as student relations, as they look at the overarching code of conduct and the infractions to determine what a disciplinary consequence may be. And so through those conversations we can see that that kind of through line is generally connected with social media in some way.

Q.    So those notes you mentioned, would those be notes that are accessible in Synergy?

A.    They could potentially. It also depends on the way that investigations are -- not all of the notes from an investigation might always make it into Synergy, again, due to the

Page 50

platform itself and how we are able to document.

Q.    Where else would information about an investigation be found?

A.    It might be in personal notes that administrators and other school staff, they take as part of the investigation process.

Q.    Are those notes collected anywhere?

A.    Generally, they -- it depends on the notes and the infraction.  They may or may not, just because of FERPA violations that may or may not be housed within a student's cumulative file or not.

Q.    Are there any other places where notes from an investigation into discipline might be found?

MR. CUTLER:  Object to form.

THE WITNESS:  Outside of Synergy and if an administrator has their own notes, I don't believe so.

BY MS. DEGTYAREVA:

Q.    So if you wanted to find out if a particular incident related to social media, how would you go about doing that?

A.    Well, we would look at the overall discipline data within Synergy, and then have

Page 51

conversations with administrators.

The other component of that, if we were to look into that data, all of our schools do follow a practice of looking at their school-level data.

We have what's called behavior management team meetings that are required with every school twice per month where they look at their weekly and their monthly discipline data, and then they have conversations around the hotspots around the schools, are we seeing that we're seeing an increase of fights on the playground, are we seeing an increase of students eloping from classrooms, are we seeing evidence of reduced attendance.

And then they come up with intervention plans to address that, and then those reports are then turned into our student relations department.

Q.    Where are the school-level weekly and monthly discipline data?  Where is that kept?

A.    That -- the data comes from Synergy, so they are able to pull a report directly from Synergy, and then there is a meeting template

Page 52

that they're required to fill out that then gets turned into the student relations department.

Q. And so every school has this type of meeting twice per month?

A. That is the expectation, yes.

Q. Is there some -- is there a centralized place where all of the meeting templates that are filled out, where those are stored?

A. Yes. There's a SharePoint site that is facilitated by the student relations department.

Q. Okay.

MS. DEGTYAREVA: Can we please -- I think we're on Exhibit 3. Can we mark tab 46 as Exhibit 3?

(Tucson-30(b)(6)-Shivanonda-3 Was marked for identification.)

BY MS. DEGTYAREVA:

Q. Ms. Shivanonda, do you recognize this document?

A. Yes.

Q. Okay. This is titled Tucson Unified School District's Second Supplemental Initial Disclosure Statement Pursuant to Federal Rule of

Page 53

Civil Procedure 26(A)(1)(A)(iii).

And can you please turn to page 2? So this is page 3 of the exhibit, but on the bottom of the page it says number 2.

Do you see where it says Second Supplemental Initial Disclosures at the top of the page?

A.   Yes.

Q.   And then looking below, it says, "Tucson Unified School District responds that, at this time, it believes its estimated approximate past compensatory damages total at least $103,211,006."

Do you see that?

A.   I do.

Q.   Okay.  So these are -- the approximately 103 million, those are the monetary losses that TUSD attributes to defendants' platforms, is that correct?

A.   Yes.

Q.   Then looking at the chart that lists -- kind of gives some more detail on how those losses are broken down, are there any monetary losses that TUSD is claiming are attributed to defendants' platforms that are not listed on

Page 54

this chart?

A.    Can you repeat the question?

Q.    Sure.

Does this chart include all of the losses that TUSD is claiming are attributed to defendants' platforms?

MR. CUTLER:  Object to form.

You can answer.

THE WITNESS:  It is my understanding that as part of this litigation that this information, yes, came from our chief financial officer as he evaluated the suggested damages, yes.

BY MS. DEGTYAREVA:

Q.    So are there any monetary losses attributed to defendants' platforms that are not on this chart?

A.    I would imagine that it would be very difficult to put a specific dollar amount number on just given the amount of need we have in our district.  I would imagine that there may be additional that might not be recognized in here, but I was not part of the stakeholder group who did this analysis to identify these numbers.  I've reviewed this document, but I

Page 55

could not say for certain that this would encapsulate absolutely everything.

Q.    Are you aware of any monetary losses that are not listed here?

A.    Not specifically, no.

Q.    And who was part of the stakeholder group that was involved in the analysis of identifying these numbers?

MR. CUTLER:  Object to form.

THE WITNESS:  Do I answer?

MR. CUTLER:  Yes.  Unless I say -- instruct you not to, my objection is just for the record.

THE WITNESS:  Okay.

MR. CUTLER:  So with my objection noted, would you mind rereading the question so you can answer?

MS. DEGTYAREVA:  I can just restate it.

MR. CUTLER:  Okay.  Thank you.

BY MS. DEGTYAREVA:

Q.    So you mentioned there was a stakeholder group that was involved in the analysis of putting these numbers together.  Who was part of that stakeholder group?

Page 56

A.    So it's my understanding that TUSD legal counsel in conjunction with outside counsel and our chief financial officer.  I believe those were the main stakeholders that were looking at the overall monetary value.

Q.    So this is divided into three categories of damages, right?

A.    Yes.

Q.    And the first one is, "Past human and financial resources estimated to have been expended in connection with the harms alleged in Complaint."

Right?

A.    Yes.

Q.    All right.

MS. DEGTYAREVA:  Let's mark tab 47 as Exhibit Number 4.

(Tucson-30(b)(6)-Shivanonda-4 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, have you seen this document before?

A.    Yes.  I did review this with counsel.

Q.    SO this is titled Plaintiff's

Page 57

Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 3).

And if we go to -- starting at page 3, you'll see there's a lengthy response that goes on to page 4 that talks about on page 4 Category 1, Category 2, and Category 3 of damages.

Do you see that?

A.    I do.

Q.    So did you play any role in preparing this response?

A.    I believe I did.  I believe in the beginning of the litigation I did meet with outside counsel and inside counsel as we began to start to talk through who may have been involved.

So, for example, we talked about potentially --

MR. CUTLER:  I'm going to stop you there.  And to the extent you're talking about the discussions with counsel, that's privileged.  So I think there are ways to -- I think there are ways for you to respond that don't include conversations with counsel.

Page 58

THE WITNESS:  Okay.

BY MS. DEGTYAREVA:

Q.    So without going into the substance of any conversations you had with your counsel, were you involved in preparing this response about the three different categories of damages?

A.    I believe I may have been in initial conversations in preparation for this overall.

Q.    And then on page 4 of this document where it talks about Category 1 of damages, that's referring to the past human financial resources that we were just looking at in the other document, right?

A.    I believe so.

Q.    And so you see it lists a number of types of damages that fall into this category. Were you involved in identifying the types of damages that are included in Category 1?

A.    I believe in initial conversations with counsel I believe I did contribute, yes.

Q.    So do you remember which of these categories you identified?

THE WITNESS:  Would that be privileged?

MR. CUTLER:  Yeah, I mean, I think

Page 59

to the extent that you're having conversations with counsel where you're identifying things, that's privileged.

BY MS. DEGTYAREVA:

Q.   Ms. Shivanonda, let me ask you this.

Are you aware of any other types of damages that are not listed here that would fall within what's called Category 1?

(Witness reviewing document.)

A.   I amassed -- this is pretty robust. However, there's, you know, a multitude of ways that we've identified harm.  Off the top of my head I can't speak to specifics, but I imagine that there could potentially be additional. It's hard to quantify all of the ways and all of the things that we're seeing in the district.

Q.   So sitting here today are you aware of any other types of damages that are not included in this response?

(Witness reviewing document.)

A.   Off the top of my head at the moment, no.

Q.   Okay.  And then it says in the second paragraph on page 4 that, "In calculating damages associated with Category 1, Plaintiff

Page 60

identified costs associated with certain staff, including teachers, assistant principals, principals, and staff providing mental health and related student support services."

Do you see that?

A.    Mm-hmm.

Q.    What does "related student support services" refer to here?

A.    I was not the person who created this document, so I can't speak to what the intention was.  In general, providing mental health and related student support services, there's a lot that goes into the need of mental health.

We -- mental health could also trigger outwardly behavioral incidences, and so some potential support student services might be creating of intervention plans, might be coaching and training and supporting staff, in supporting students, might be also looking at overall classroom environment, overall school climate and culture, and overall support of student services.

So could be a multitude -- a multitude of things wrapped in that.

Page 61

Q.    And so then the staff positions that sort of fall into these categories are listed in Exhibit 1 of this document, right?  And if you can turn a couple of pages on, you'll see it says Exhibit 1, and there's a chart after it.

Do you see that chart on the first page of Exhibit 1 and another chart on the second page of Exhibit 1?

A.    Yes, I see that.

Q.    Are those all of the staff positions that fall within sort of these Category 1 damages?

A.    I do know that in the creation of this document a lot of discussion was around.  I don't know 100 percent certain that this would be an exhaustive list.

Again, it's very intricate in the way that our school districts are created and who may be collaborating to support.  This does look like a fairly comprehensive list, but it may or may not be completely exhaustive.

Q.    So looking at the first chart in Exhibit 1 of this document, who was responsible for selecting the positions to include in this chart?

Page 62

MR. CUTLER:  I'm going to object to the extent that this was covered in the prior deposition and answered.

But you can answer.

BY MS. DEGTYAREVA:

Q.    Who was responsible for selecting the positions included in this chart?

A.    It was my understanding that internal legal counsel, external legal counsel, collaboration with chief financial officer.  I'm not sure at what and how -- what capacity our superintendent may have been involved, but the majority of this was determined with counsel, again within preliminary discussions that I was part of with counsel, also different departments, we kind of identified who in our departments may be providing support, so I think that also influenced these lists.

Q.    Did you provide input into what positions should be included here?

A.    I did.  So based on any of the positions that may be connected to my particular department, yes.

Q.    And so what did TUSD do to determine that each of these positions was in some ways

Page 63

impacted by defendants' platforms?

MR. CUTLER: Object to form.

BY MS. DEGTYAREVA:

Q. You can answer.

A. As we look at our overall operating procedures in the district, we identify specific staff members that provide specific resources and supports to students in our school community.

The majority of the employees listed on these lists do in some capacity provide behavioral support, instructional support. The difficulty in kind of parsing that out is that within a school district system if a student, for example, goes to the health office for a stomachache, that could mean that they have a stomachache, it could mean that they're going to the health office every day in math because they have math anxiety.

And so then the health assistant would then potentially collaborate with other staff within the school system to then determine whether or not it was an academic issue, whether it was a physical issue, whether it was a mental health issue, or a behavioral issue.

Page 64

And so because of that, it can get somewhat cumbersome to identify, so the majority of the staff on our school campuses would be somehow connected in supporting the overarching whole child needs of all of our students.

Q.   So did you -- does this list include essentially every staff member that supports the overarching whole child needs of their students?

MR. CUTLER:   Object to form.

THE WITNESS:   Can you -- on the tablet, can you go to the second page and make it bigger for me?   This one is very hard to read.

BY MS. DEGTYAREVA:

Q.   The writing is very small.

A.   Okay.

(Witness reviewing document.)

A.   So all of these staff would absolutely support.   There's -- there actually are probably some staff on here that are not indicated that I think could be.

So when a student comes to a campus, there's a multitude of staff members that they're going to potentially engage in.   We're not sure, you know, if a student is going to

Page 65

connect with the office manager, for example. Or they're crossing the crosswalk so they might also make a connection with the crossing guard. They might also, you know, share something about their day or how they're feeling with a crossing guard.

So the reality is that students might make a connection with an adult on the school campus, and so there are probably other people represented on here that may also be involved in the support of the overarching needs of our children.

I think this is a pretty significant list, but I would imagine there's probably additional people that we also could lean into to say that some of their work would also be supporting student overall mental health.

Q. Okay. So it's your understanding, though, that this list includes the positions that are involved in supporting the overarching needs of the students?

A. Yes, this list does that, and then there might be others that are missing.

Q. Now, if you go back to -- actually, sorry, staying on these two charts, you'll see

Page 66

that both charts start with school year 16-17, 2016-2017?

A.    Mm-hmm.

Q.    What's the basis for starting these calculations at school year 2016-2017?

MR. CUTLER:    I will object.  This was asked and answered earlier as well.

But you can answer.

BY MS. DEGTYAREVA:

Q.    You can answer.

A.    Again, from my understanding, what we talked about before, we -- as we started to see an increase in the need, an increase in use of cellphones and social media started right around anywhere from 2014, 2015, 2016.  So I think 2016 is a pretty good basis in terms of when we really started to see a spike in needs of students.

Q.    And you say 2016 is when you "started to see a spike in needs of students." What data does TUSD have that shows that spike in the needs of students?

A.    So again multiple -- multitude of data points.  Again, some of the data we may not be able to explicitly access now due to shifts

Page 67

in data reporting.

I can just say from my personal experience when I was working in a school in 2016 -- I was at a middle school in 2016 -- I regularly would engage with students, behavioral and social emotionally, due to the use of social media. And so from my personal experience I can say that just from my work with students we did see a significant increase in around 2015, 2016.

Q.    What districtwide data -- so not specific to just one middle school, but what districtwide data does TUSD have that shows that there was a spike in the needs of students around 2016?

MR. CUTLER:  Object to form.

THE WITNESS:  We do have discipline data that spans, you know, the years, we do collect that data, so whether or not we could access the Mojave data prior to moving to into Synergy.

But, again, discipline data does show connections between the use of student devices and technology and increase in behavioral instances on our campuses.

Page 68

BY MS. DEGTYAREVA:

Q.    In preparing to testify for the deposition today, did you review any districtwide data that showed there was a spike in the needs of students starting around the 2016-2017 school year?

A.    Not from 2016, due to the shift in and because of the data breach, so I wasn't able to see that.

Q.    Now, going back -- so in this document, going back to page 4, in the second paragraph you'll see it says -- after it identifies the types of staff that were included, it says, "A percentage was then applied to each staff category or position for each respective year to reach an approximate total of this category of damages."

Do you see that?

A.    I do.

Q.    So then if we go back to Exhibit 1, to the two charts we were looking at, in both charts there's a column that says Weight, and then it has a percentage.

Do you see those columns?

A.    I do.

Page 69

Q.   How did TUSD calculate the percentage to put in the Weight columns?

MR. CUTLER:   Object to form.   Asked and answered.

You can answer.

THE WITNESS:   So as we look at again these particular positions, really looking at the purpose of the position and then potentially the amount of time spent, again, in preparation for the litigation with internal and outside legal counsel, different departments did provide input around which positions may be included, and how much of that work would be potentially connected to the litigation.

BY MS. DEGTYAREVA:

Q.   So you said looking at "the amount of time spent."   Does TUSD have any data showing the amount of time that each of these positions spends on issues related to social media?

A.   There may be some.   So not all of our positions are required to clock in and out, not a lot of our -- not all of our positions are required to collect data around minute by minute or hour by hour.

Page 70

Anecdotally as we have discussions and department leaders do know what their employees are working on, utilizing evaluation processes, strategic planning, action plans, different departments are able to ascertain the level of work that their individual employees are doing, and so that was a big part of it.

Q. Has TUSD conducted any analysis to show how much time each of these positions spends on issues related to defendants' platforms?

MR. CUTLER: Object to form.

THE WITNESS: I'm not aware of any explicit analysis.

BY MS. DEGTYAREVA:

Q. Has TUSD collected these sort of different data sources you mentioned, evaluation processes, strategic planning, has TUSD collected that information to try to analyze the amount of time spent?

MR. CUTLER: Object to form.

THE WITNESS: As the district as a whole, I know it's the expectations of each individual department to develop those and manage those. As the district

Page 71

as a whole, I'm not aware that there's been any sort of explicit collection protocol for collecting that and then doing any deep dive of analysis.

BY MS. DEGTYAREVA:

Q.   Does TUSD allege that any of the positions listed on these two charts were created specifically because of defendants' platforms?

MR. CUTLER:  Objection.  Asked and answered.

THE WITNESS:  So there's been -- social media platforms have definitely influenced.  So again looking at the overarching needs of the district, I can speak to my particular department, and my position was explicitly created to address the explicit social emotional mental health needs of our students, which I know was also heavily influenced based on the data.

And as we've seen with social media being kind of that through line between -- through a lot of our data, especially our discipline data, our school climate and

Page 72

culture data, that was definitely an influencing factor in the creation.

In the school counseling department, the decision to apply for the Arizona Department of Ed school safety grant to increase the number of school counselors and social workers, and those school counselors and social workers are indicated on this list, was influenced again by the overarching anecdotal data, disciplinary data.

Again, that connection to social media and what we were seeing in the increase of anxiety and depression and overall mental health supports needed in our school campuses was heavily influenced due to social media.

BY MS. DEGTYAREVA:

Q. You mentioned several times, you know, overall mental health support and social emotional mental health needs of students. Which positions on these charts does TUSD allege were created specifically because of defendants' platforms, not overarching mental health, but specifically because of defendants' platforms?

Page 73

MR. CUTLER: Objection. Asked and answered.

You can answer again.

THE WITNESS: Social media platforms highly influence the anxiety, the depression, body dysmorphia. We've seen an increase in disciplinary needs due to social media, due to students creating profiles and posting about fights which are then disrupting the classroom environment.

And so the influence of social media is an identified cause for needing the increase of social emotional mental support -- mental health supports on our campuses.

BY MS. DEGTYAREVA:

Q. So which specific positions were created because of defendants' platforms?

MR. CUTLER: Objection. Asked and answered.

THE WITNESS: On this list, without, again, influenced -- right, so social media and all of the other supports needed due to that influenced obviously my

Page 74

position as well as my SEL coordinator within PD.  Counselors, right, I talked about increased number of counselors due to that.

It's difficult to also say because these positions, also, they support in other ways, but we've also identified the need for maybe additional positions and supports because of that.

Restorative practice facilitators, I know that at least 70 percent of their work generally is in response to some sort of social media in terms of having to restore relationships between students on campus.  So I know a lot of that work, whether or not that was created specifically because of social media, I know it was highly influenced because, again, it's based on data.

So all of the practices that the district employs in identifying the employees and the positions that are needed are based on data sources and practices, and the majority of that is influenced by the social media increase.

Page 75

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, I'm not asking which positions spend some amount of time relating to social media, but are you aware of any position on these lists that was created specifically because of defendants' platforms?

MR. CUTLER:  Objection.  Asked and answered.

You can answer again.

THE WITNESS:  It's again -- it's highly influenced, right.  Social media is a high connection point to the increase in social emotional needs of our students.

So my position in my department was, again, highly influenced because of the need of the support for anxiety, depression, social emotional learning needs on our campuses which we have identified as an increased need due to the connection to social media.

So in a roundabout way I guess my department definitely would have been created, again, because of the influence of the social media platforms.

Again, the increase of potential, on

Page 76

the first list, increase in the need of these positions are, again, highly influenced because of the social media that is creating numerous problems on our school campuses.

BY MS. DEGTYAREVA:

Q.   So I just want to make sure I understand your testimony.

Is your testimony that your department, social emotional learning department, that was created specially because of defendants' platforms?

A.   It was highly influenced due to social media platforms, yes.

MS. DEGTYAREVA:  We've been going, I think, over an hour.  Maybe now is a good time for a break.

MR. CUTLER:  Sure.

THE VIDEOGRAPHER:  We are going off record.  The time is 3:24.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER:  We're going back on record.  The time is 3:39.

BY MS. DEGTYAREVA:

Q.   Okay.  Ms. Shivanonda, I'd like to

Page 77

move on to a slightly different topic.

Does TUSD have any data on how many of its students have cellphones?

A.    That is not the type of data that we generally would collect.

Q.    How about data on how many students have tablets?

A.    The district has data around district-provided devices, the number of devices, but we do not track the number of student personal devices, no.

Q.    Is it your understanding that for many TUSD students they would get cellphones or tablets or other electronic devices from their parents?

MR. CUTLER:  Object to form.

THE WITNESS:  That would be my understanding.

BY MS. DEGTYAREVA:

Q.    Does TUSD have any data on the amount of time that students spend on their cellphones or non-school-district-issued devices?

A.    So that can be tricky.  We don't have specific survey data.  We have anecdotal

Page 78

data.  We can also look at discipline data.

So, again, going back to the code of conduct, if any students have been disciplined for improper use of technology, we would have that data.

Q.    Just to be clear, I'm not asking about data on how many times or how much time students have been disciplined for using cellphones, but just data on how often they use their cellphone, at home, at school, in violation of policy, not in violation of policy.

A.    So for -- obviously the violation of policy would be indicated within our discipline policies.  I do know that the district may have some anecdotal data around asking, you know, teachers potentially on, you know, how often they may be asking students to put away a cellphone.

I do know, as part of preparation for the litigation, potentially asking of some students of how often they use cellphones, but explicit data, that's not something that the district is able to collect on a regular basis.

Q.    That anecdotal data, so starting with asking teachers, is that data tracked

anywhere anecdotally?  The anecdotal data, is that tracked anywhere?

A.    Not to my knowledge explicitly.  So, again, through potential conversation data around needs of support at schools, there's anecdotal data through conversations, but to my knowledge I don't believe it's explicitly tracked.

Q.    In preparing to testify today, did you review any documents that talked about what teachers say regarding how much time their students spend on cellphones?

A.    Explicit documented data, no.

Q.    And then you also mentioned that there might be some anecdotal data from students about how much they use their cellphones.

What anecdotal data are you referring to there?

A.    So in -- just in conversations, I know that when I, you know, talk with counselors and they talk with teachers, they talk with teachers about how often they're seeing students on their phones, if teachers talk to students about phones, that's really pervasive.  Phones are pervasive in our community.  And so kind of

Page 80

talking through that, but I don't have explicit, you know, written documentation around.

Q.    I think -- and if I misunderstood you earlier, please let me know, but I thought you said that TUSD asks some students how often they use cellphones, is that right?

A.    So in the past, as we have -- again, looking at data, part of the process to evaluate the code of conduct, I know that the student relations department did hold -- they hold -- held some conversation opportunities, the restorative practice facilitators at those sites held conversation opportunities with students around their perception of the code of conduct, and I know that there were some questions around the use of cellphones.  I do not know whether or not that data was explicitly tracked or stored anywhere.

Q.    So you don't know if that data was -- the answers from those conversations were recorded anywhere?

A.    I do not, correct.

Q.    When were those conversations held?

A.    So there was an update to the code of conduct beginning -- so there was a committee

Page 81

last spring, so spring of '25 -- '24, where the student relations department was eliciting -- was having conversations with students about the code of conduct. So it was through that spring that they were eliciting feedback on the code of conduct, which also included the improper use of technology.

Q. And how many students participated in those conversations?

A. The focus was primarily on middle and high school. I know that they were not able to speak to every student. So I do not know an exact number, but probably at least a couple of hundred.

Q. Were these in-person conversations, or were they responses to a written questionnaire?

A. These were in person. So the staff from the student relations department traveled to the school and met with groups of students that were, I believe, determined by the administrator on which students were able to participate.

Q. Were the conversations recorded, video or audio recorded?

Page 82

A.    Not to my knowledge, no.

Q.    And was there a summary written about the result of those conversations?

A.    I believe there was a summary that was produced to be able to influence the update of the code of conduct.

Q.    Who wrote that summary?

A.    I believe it most likely would have been Anna Warmbrand.

Q.    And is there a -- does a copy of that summary still exist?

A.    I'm not sure.

Q.    If it did, where would it be stored?

MR. CUTLER:  Object to form.

THE WITNESS:  Most likely within her department.

BY MS. DEGTYAREVA:

Q.    Do you know what specific questions those students were asked about social media?

A.    I do not know the explicit questions, no.

Q.    Do you know if they were asked anything specifically about any of defendants' platforms?

A.    I am not aware of the questions.

Page 83

Q.    So what were the result -- or what did the students -- I guess at a high level, what did the students say about their use of cellphones --

MR. CUTLER:  Object to form.

BY MS. DEGTYAREVA:

Q.    -- during those conversations?

MR. CUTLER:  Sorry.

THE WITNESS:  Answer?

MR. CUTLER:  Yeah.

THE WITNESS:  So it's my understanding through those conversations, and again secondhand information, but students did indicate that there's a high use of cellphones, and the majority of the use from the cellphones is engaging in social media platforms, and that there's a high drive for using that use.  And they, through some of the summaries, identified that -- they did identify that it was somewhat of a problem within schools and within instructional practices.

BY MS. DEGTYAREVA:

Q.    And do you have any data on what percentage of students said that or what grades

Page 84

they were in?

A.    Again, I do not have access to that explicit data.  Again, just through conversation, that overall general idea of the majority of the students did report that there's high level use of cellphones and social media.  And again, the targeted audience were middle schools' and high schools' students.

Q.    Now, does TUSD track what websites its students visit on their cellphones or other devices that are not issued by TUSD?

A.    No, the district does not track student device usage.

Q.    Does it track what applications students have installed on their devices?

A.    No, we do not track that data.

Q.    So TUSD doesn't know if students have apps that they would use to listen to music?

A.    Not explicitly, no.  We do not track any student-level devices unless they somehow got access to WIFI.  If they were on the district WIFI, then potentially technology could probably, but I don't know if they would be able to track specific apps.

Page 85

Q.    Is it your testimony that if the student was on the district WIFI, the school or TUSD would be able to track what apps they're using, or they would not be able to track?  I'm not sure I understood.

A.    I'm not sure I understood my answer either.

For the majority, our students are not able to access TUSD WIFI.  I do know that in the technology department, the technology department is able to track district-level devices and WIFI websites and things.

And so if a student would somehow be able to access TUSD WIFI, I imagine that that could have been traceable.  But I don't believe that we would be able to track or trace if students have specific apps.

Q.    So if a student was using a personal cellphone or other device, TUSD doesn't know what apps they have on the devices?

A.    Correct.

Q.    And TUSD doesn't know what apps they're using?  In other words, not just that they have them installed, but what apps they're actually using on the devices, doesn't have any

Page 86

data about that?

MR. CUTLER:  Objection to form.

THE WITNESS:  The data we do have is, again, within our discipline data.  So when discipline is reported, the majority of the discipline that is connected to social media does connect with platforms such as Facebook and Instagram, where we will see evidence of student postings or there will be pictures.  So in that case we do have data that can track disciplinary infractions that are connected to social media.

BY MS. DEGTYAREVA:

Q.    Does TUSD know what apps or have data showing what apps students are using while they're at home?

A.    No.

Q.    How about while they're on their lunch break?

A.    Again, unless there's a discipline incidence where we would have that data, no.

Q.    Does TUSD have data on how many text messages TUSD students send and receive?  And by that I mean SMS messages or iMessages.

Page 87

A.    No.

Q.    And does TUSD have data on what content might be in those SMS messages or iMessages?

A.    No.  Not on personal devices, no.

Q.    Does TUSD know how many of its students play video games?

A.    No.  That's not data we track.

Q.    Does TUSD know how much time students might spend playing video games?

A.    We don't have explicit data, but, again, through anecdotally through conversations, we have somewhat of an idea of the pervasiveness of the use of technology, yes.

Q.    I'm talking specifically about video games.

Does TUSD know how much time students spend playing video games?

A.    Again, through anecdotal data, potentially through conversations, can have an idea, but, no, we don't specifically track.

Q.    So what is that anecdotal data about how much time students spend playing video games?

A.    In classrooms, when students are

Page 88

talking about their video games, teachers have conversations about, you know, their video games, asking how often they're on.

Other data points that when we do engage with parents, attendance data, when we have students that are either tardy or absent, a lot of that anecdotal data, talking with parents about students being on their devices at all hours of night and not being able to get them off of their devices in order to then get up and get ready for school.

But, again, outside of explicit -- we don't explicitly track that, but there's other data sources that can provide some data that can inform at least, again, anecdotally the pervasiveness.

Q.   And just so you understand, just to bring you back to my question, I'm asking specifically about video games.

A.   Correct, both.

Q.   So not all devices, just video games.

What does the anecdotal data show about how much time students spend playing video games?

Page 89

MR. CUTLER:  Object to form.  Asked and answered.

Answer again.

THE WITNESS:  Same.  So similarly, so again, through anecdotal data, through conversations with students, through conversations with parents, have a pretty good idea of how often students are playing video games.

BY MS. DEGTYAREVA:

Q.    What does the anecdotal say about how often students are playing video games?

A.    So I don't know that data off the top of my head, but knowing that we have those conversations, and a lot of staff, school staff, have conversations with students, it's quite frequent, especially -- and it also depends on age level.  So we do see higher instances of younger elementary students engaging in video game usage versus at a high school level they're engaging in more social media-type activities.

Q.    I believe you testified that attendance data, attendance data might have some information on what students are doing on devices.

Page 90

Did I understand that correctly?

A.    Again, data anecdotally.  So when we -- when students are absent or when students are tardy, it is the expectation that parents will report the reasons for those absences.  And oftentimes we do have parents disclose to teachers, to admin, to counselors that their child is playing video games or on their devices and struggling to get them off of those, so then it is affecting sleep, and then they have a hard time getting them up in the morning and getting them to school on time.

Q.    Are those parental reports saved anywhere?

A.    They could potentially be, again, within the student information system.  When counselors or administrators talk with parents, we do have a place called Student Conference where those are housed, but, again, some of those conversations could be FERPA protected.

Q.    What is Student Conference?

A.    Student Conference is a section within Synergy.  So it is a place in our student information system where support staff or administrators may collect, again, anecdotal

Page 91

data or data from talking to a student or talking to a parent to be able to collect that data so they have evidence of what that conversation was about.

Q. And what types of conversations or anecdotal data might be recorded in Student Conference?

MR. CUTLER: Object to form.

THE WITNESS: So again, conference notes would be anything related to a student. So if a counselor had a conversation with a parent and a parent had concerns and they were asking for maybe more counseling services, that might be noted in the Student Conference.

If a restorative practice facilitator meets with a group of students to have a -- what's called a restorative circle to restore any climate and culture needs, they would capture that potentially in Student Conference. So it's any student-level connection data.

BY MS. DEGTYAREVA:

Q. So a lot of that anecdotal data that you've been talking about today, would that be

Page 92

found in Student Conference?

MR. CUTLER:  Object to form.

THE WITNESS:  It could potentially be, again, if it's student-level data, so a direct conversation with a student or a direct conversation with a parent about a student.

BY MS. DEGTYAREVA:

Q.    Are there any other databases where some of this anecdotal data might be found?

A.    The majority of our data would be found in our student information system.  So whether that be in Synergy with that Student Conference or within the MTSS platform where students -- or where teachers or staff may make observations about either behavior or academic needs of students, they would document that within the MTSS part of Synergy, but all of that data would be in our student information system.

Q.    The MTSS platform, is that all in Synergy, or is there a separate platform?

A.    It is all in Synergy, yes.

Q.    So is it your testimony that the Student Conference data and the MTSS portion of Synergy, all of those may contain information

Page 93

about students' use of social media?

A.    Correct.

Q.    Now, does TUSD track whether on their personal devices students have parental controls enabled?

A.    No.

Q.    And does TUSD track whether students have any screen time limits enabled on their personal devices?

A.    No.

Q.    Does TUSD track whether -- excuse me -- whether parents enforce any other types of restrictions on their children's use of devices?

A.    No.

Q.    Has TUSD ever attempted to study the prevalence of social media use by students at TUSD?

A.    Not explicitly that I'm aware of, no.

Q.    When you say "not explicitly," what do you mean by that?

A.    Again, as we look at our overall needs of our system, teachers may report the -- to administrators, so there's oftentimes opportunities for teachers to, you know, share

Page 94

concerns, right.  So if there's an issue of classroom management or if students are disruptive, there's again conversationally data.

So the difficulty in a school district is, a lot of the work that we do is immediate and so it's a lot of conversation and it's a lot of trying to kind of parse out what is the reason behind some of the behaviors, and so not a lot of that is tracked in any sort of platform or any sort of actual, like, explicit way.

I do know that, you know, when we are looking, again, at triggers and reasons for explaining maybe discipline, again, there's conversational data around, Oh, I'm noticing an increase of third graders that are bringing their phones to school and I'm struggling to get them to put them away in their backpack.  So then we might talk about what are the interventions for that, but that's more conversational at the different times within the school day.

So there's a lot of opportunities for teachers to collaborate amongst with teachers and hear what they're seeing and what

Page 95

their needs are, then that may come up to the level of the administrators. And then at the district level again we look at overarching data points such as discipline, so what are we seeing in our schools based on the discipline.

And again that could potentially be conversations with administrators, conversations with teachers that are not necessarily documented anywhere.

Q. So you talked about teachers reporting concerns to administrators. Are those ever documented somewhere?

MR. CUTLER: Objection to form.

THE WITNESS: Again, they could potentially. We don't necessarily have a specific process for teachers for concerns.

There is a platform within the district called Awareity where -- it's a digital resource where anyone in the community can either report anonymously or non-anonymously any concerns that they may have, and so those would then go to the regional assistant superintendents, and then they would work with the

Page 96

administrators to kind of analyze and investigate some of those concerns.

But, otherwise, no, like a lot of our work, it really does -- it's really anecdotal. It's through conversations of identifying, This is what I'm seeing, this is, you know, the support that I might need, and then coming together with teams, then potentially, you know, reaching out to district departments to provide maybe some professional development or some other supports and resources as needed.

BY MS. DEGTYAREVA:

Q. So the Awareity data that you just talked about, is that sort of an example of some of the anecdotal data that you might have?

A. Awareity could be more of the, like, explicit data in terms of the reporting of concerns. So parents and community members have access to that to report, teachers/administrators have access to that to report. But outside of that and our particular discipline data, a lot of, like I said, the anecdotal comes from conversation.

Q. So you've talked a lot about

Page 97

anecdotal data and conversations.  Does TUSD have data on a specific -- what specific percentage of its students use defendants' platforms?

MR. CUTLER:  Objection.  Asked and answered.

Go ahead, answer again.

THE WITNESS:  No, we do not.  We're not able to track.  So, again, we don't have any access to personal devices of students, so we're not able to track how -- what platforms they're using and how often.

BY MS. DEGTYAREVA:

Q.    And you've also talked today about social media.  Does TUSD have any data on how many students use social media applications that are not defendants' platforms?

A.    Again back to, again, our discipline data, right.  So when we look at disciplinary action, if there's a fight, if there's an aggressive act, if there's improper use of technology, that would be potentially indicated in that data, whatever platform that is being used.

Page 98

I don't know that we've done a deep dive into identifying all of the -- which of the platforms are used, we just know that the majority of the platforms that are available we are seeing in high levels of instances of discipline.

Q.    So you mentioned, sort of, "the majority of the platforms that are available." Are you referring to specific platforms there?

A.    Well, the reality is that there's new platforms that are popping up on a regular basis, so we are seeing instances of any of the available social media platforms that students may be accessing.  We have seen evidence of those being used within our disciplinary data.

Q.    So have you, for example, seen -- or have you seen evidence of students using Discord?

A.    Yes.

Q.    How about X, or formerly Twitter?

A.    Yes.

Q.    BeReal?

A.    Yes.

Q.    Reddit?

A.    I'm not aware of Reddit being used

Page 99

very often, but potentially.

Q.    Does TUSD have any data on the amount of time that its students spend on any specific social media site?

A.    Not that I'm aware.

Q.    And does TUSD have any data on how much time its students spend specifically on defendants' platforms as opposed to any other social media sites?

A.    Outside of, again, discipline reporting and conversations with students about, you know, what they're doing on social media, no, we are not explicitly tracking that outside of discipline.

Q.    So, again, outside of discipline, does TUSD have any data on what students do when they're on social media apps?

A.    Well, I mean, outside of discipline -- we may or may not have discipline instances, but we are seeing evidence of social media use when students are, you know, videoing a fight on campus and then posting it to a Facebook fight page, and then other students are congregating around and having ongoing conversations.

Again, anecdotally teachers are

Page 100

reporting, you know, students are interrupting class time and going into other classrooms that they're not supposed to be in because they've seen evidence of, Oh, hey, there's going to be a fight here, this was posted here, we saw this video.

So, again, outside of discipline data, we are also able to see the anecdotal data of around all the other students that can be involved based on the use of the social media platforms.

Q.    Does TUSD have any data showing how much time students spend on the different types of activities that they could be doing on defendants' apps -- or on defendants' platforms?

MR. CUTLER:  Object to form.

THE WITNESS:  No, not explicitly.

BY MS. DEGTYAREVA:

Q.    Does TUSD have data on which features of defendants' platforms its students use?

A.    Not for -- no.

Q.    So does TUSD, for example, know how much time its students spend messaging their friends and family?

Page 101

A.    No.

Q.    Or how much time students spend creating their own content?

A.    If it's, again, connected to discipline, if students are caught with their phones on a campus, then we might have that data, but overall the amount of time, no.

Q.    Does TUSD have any data on how much time its students spend watching educational content on defendants' platforms?

A.    No.

Q.    Has TUSD ever attempted to study the prevalence of harms that are allegedly associated with students' social media use in TUSD?

MR. CUTLER:   Object to form.

THE WITNESS:   Can you repeat the question?

BY MS. DEGTYAREVA:

Q.    Sure.

Has TUSD ever attempted to study the prevalence of harms that are allegedly associated with students' social media use in TUSD?

MR. CUTLER:   Same objection.

Page 102

THE WITNESS:  Again, I would say through analysis of needs in our school system.  An explicit survey or an explicit analysis, not necessarily, but through things like the conversations with students around adjusting the code of conduct.

And when we, you know, do talk to teachers about, like, what are the needs and the concerns within the school system in our behavior management team meetings and looking at that discipline-level data, some, you know, evidence of analysis can be connected and developed as we, as a whole, as a district, attempt to respond and identify the interventions that might need to be put in place.

But anything formal, I am not aware that we've conducted anything explicitly formal that we would be able to provide a report on.

BY MS. DEGTYAREVA:

Q.   So when you say that some analysis can be developed, what analysis are you talking about?

Page 103

A.    Again, review of data.  So, again, review of the discipline practices, review of talking with teachers of what are we seeing on campus, how often are, you know, students interrupting classrooms because of use of social media; when we look at school safety data, the number of times, you know, school safety officers were deployed to a school in relation to a social media complaint or disciplinary infraction.

Kind of that overall collective identify what is happening in our system, we pride ourselves in keeping our thumb on the pulse of what's happening in our system to then drive the operations and the policies in order to better support our schools and community.

Q.    So has TUSD ever conducted such an analysis of review of data?

A.    Like I said, we've not explicitly created any sort of report.  Again, through our operation, that's just kind of the way that the school district works, is we're not set up in a way to explicitly collect hard data on a regular basis, the majority of the school district operating as what we would consider, like, soft

Page 104

data when we're looking at from school to school.

So we have 88 schools plus a virtual school that all of them are going to have different needs, and so, again, looking at collective data points trying to get a better idea of what the school systems need to then better be able to ensure that we're meeting those needs to the best of our ability.

Q.    Has TUSD ever conducted this type of analysis of soft data?

A.    I mean, it's ongoing.  We do it all of the time.  So all of our schools, again, every school creates, you know, targeted plans for how they're going to address and support their school climate and culture.

One thing that we did recognize through, again, that soft data was the need for PBIS, positive behavior intervention supports, on all of our school campuses.  And so I do know that our student relations department was tasked with ensuring that every school received four hours of professional development, and that was in the '23-'24 school year, so deploying their staff to provide ongoing training on how to

Page 105

implement positive behavior intervention systems on school campuses, how to train and support teachers in how to respond to behaviors.

So those kind of soft data then turn into practices where we then identify supports needed.

Q. You mentioned that every school creates targeted plans. Are those plans documented somewhere?

A. So every administrator does go through an evaluation process with their supervisor, the regional assistant superintendent, and part of that evaluation is to create action plans based on school-level data.

Q. And so are those action plans documented somewhere?

A. I imagine they would be with the regional assistant superintendents.

Q. So each regional assistant superintendent would have the action plans for the school they're assigned to?

A. It's part of the evaluation process for the school administrator, so, yes, it would be part of that evaluation.

Page 106

Q.    And you also gave the example of how you recognize the need for PBIS using soft data. Was there an analysis conducted and documented that then led you to the conclusion that you need PBIS?

A.    No.  Again, through conversations and then identifying the overarching need, as we again look at overall school discipline data, recognizing -- and then, again, just through conversational data on the number of students needing to go see the school counselor, the number of students that are needing additional support, that kind of soft data drove us to the explicit practices to ensure we were providing things like professional development for our staff.

Q.    So is there any documentation of all of this review that you did of the various soft data?

A.    I don't know that that's explicitly, you know, at the district level where we're, again, creating hard data.  The data would be in the practice, so then the practice of implementing the PBIS would be probably the closest amount of hard data that we would be

Page 107

able to produce.

Q.    You mentioned -- you've been talking about things at the district level at times. Has there been any analysis done at the individual school level?

MR. CUTLER:  Object to form.

Go ahead.

THE WITNESS:  So the district does regularly review different data points.

So we've talked about in my preparation of looking at our publicly available school letter grades, so looking at, you know, based on school letter grades per school, what, you know, are the overall responsibility of the school and supports that are needed, similarly to, again, behavioral data.

And then also our district does employ a school quality survey, so we survey students, staff, and community members on a yearly basis, so that data would then drive supports needed at potential individual schools.

We do ask schools to review that data on a regular basis and then -- along

Page 108

with discipline data, to then identify what are the additional supports that are needed on the school campus.

BY MS. DEGTYAREVA:

Q.    Does the school quality survey, does that include questions about social media use?

A.    The school quality survey is about 60 questions long, and I'm not recalling the exact questions off the top of my head.

BY MS. DEGTYAREVA:

Q.    Where would copies of those survey responses be saved?

MR. CUTLER:  Object to form.

THE WITNESS:  That would be internal, internal data sources with our -- within the district.

BY MS. DEGTYAREVA:

Q.    Which data sources?

A.    Our assessment and evaluation department, they collect and house that data, and then it is shared with school-level personnel.

Q.    Is there a database they use to collect and house it?

A.    Yes.  So there's a TUSD database

that is utilized, yes.

Q.   And what is that called?

A.   Called TUSD Web Data.

Q.   What other types of data are in TUSD web data?

A.   School letter grades, attendance data.  I'm not sure if discipline data is there. Academic data, so the -- my brain is fried. It's now called AASA, it used to be called AZ Merit, the national testing that we do in the country that we're required to do.

So that's that yearly data, you know, ACT data, and then the district also has quarterly benchmarks, academic benchmarks, and so that data would also be housed in there to look at the overall academic.

Q.   And just so I'm clear, though, this is a different database than Synergy?

A.   Correct.

Q.   Does TUSD track how many of its students receive mental health treatment?

A.   As much as -- well, we track if we do any sort of referral for mental health treatment.  We do not track -- so that would be, you know, a HIPAA violation.  We don't require

Page 110

parents to inform us of any of that.  However, we do have a system in place where we refer to local behavioral health agencies for mental and behavioral health support.

Q.    So if a student sought out mental health treatment without being referred by TUSD, TUSD wouldn't have that data?

A.    We may or may not know.

Q.    You say you may or may not.  In what circumstances would you have data about a student who sought mental health treatment without being referred by TUSD?

A.    If a parent disclosed that information to the school district.

Q.    And for the data on TUSD referrals of mental health treatment, where is that data tracked?

A.    So that is through Arizona Complete Health.  We work with that agency, and they help us monitor that referral data.

So through the social emotional learning department we collaborate, we have memorandums of understanding with five local health -- behavioral health agencies, and every one of our schools is assigned to one particular

Page 111

behavioral health agency.  And then our school counselor is the main referrer to that agency with parental support, with parental permission.

Q.    So data on every student who is referred to one of those agencies is in Arizona Complete Health system, is that right?

A.    Correct.

Q.    And what type of data is recorded in that system about the referrals?

A.    So that is just the number of referrals.  So due to HIPAA, we then do not receive any sort of data back from the agencies on whether or not students are engaging in services or how often, so we just have our number of referrals of students referred to agencies.

Q.    Would you receive any data on whether a student is ultimately diagnosed with any mental health condition?

A.    Only in the case if there was a release of information.  If the parents approved a release of information from the agency to the school, that may be disclosed.  But that is not necessarily trackable data.  That may just be used internally at the school to identify any

Page 112

additional resources that the school may be able to support with.

Q.   So for those cases where the parents do disclose diagnosis data, that diagnosis data is not tracked anywhere?

A.   Only in terms of if it is then used. If it's used -- if there needs to be like a chronic health certification in the health office or if it's used for any intervention data within the MTSS system, it may be documented. If it's not being used by the school in any way, then, no, it would not be documented.

Q.   Does the referral data that's tracked in Arizona Complete Health system, does that include the reason for the referral?

A.   It does not.

Q.   Does that include any information about whatever interaction led to the student being referred?

A.   Not in that data.  Our school counselors, again, they facilitate the referral process, and so if a student needs to be referred, that information would be part of that referral process.  I believe that information would be FERPA and HIPAA protected.

Page 113

Q.    And where is the information about the referral process stored?

A.    That is within our -- in the social emotional learning department operating procedures in our SharePoint around what schools are referred where, and then we actually connect the schools with the agencies themselves, and then they work directly with the agencies to identify what that referral process is and whether or not they have a specific referral form.

Q.    So this social emotional learning department has a SharePoint that includes information about why students were referred to -- for mental health treatment?

A.    No.  Just the process of -- just the higher-level information of which schools are assigned to which organization and which agency.

But, no, we do not track any of that reason data around why a student may or may not have been referred.

Q.    Does anyone else in TUSD track that reason data?

MR. CUTLER:  Object to form.

THE WITNESS:  Again, the school

Page 114

counselor with parental permission would fill out the referral form that would just have high-level data, would just have demographic data, and it may have the reason of the referral, but then the majority of that information is then collected by the agency itself.

BY MS. DEGTYAREVA:

Q.    And where are the referral forms stored?

A.    We do not store them.  The counselors, they complete their referral, and then it is sent to the referring agency.

MS. DEGTYAREVA:  Let's mark -- what exhibit number are we on?

MS. REAVES:  5.

MS. DEGTYAREVA:  Let's mark tab 5 as Exhibit 5.

(Tucson-30(b)(6)-Shivanonda-5 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Do you recognize this document?

A.    Yes, I do.

Q.    And if you turn to page 6 of this document, you'll see question number 9.  It

Page 115

says, "Provide the number of students in your district referred for mental health services, if such referrals are tracked."

And then there's a chart with some numbers.

Do you see that?

A.    Yes.

Q.    So does this data come from that Arizona Complete Health system that we've been talking about?

A.    So this data would include that. This data also would include if students are referred for any mental health support services on school campuses, so the number of students who may have been referred to a school counselor or to maybe a restorative practices facilitator or a school social worker.

Q.    And so where is that data about -- if students are referred for mental health support services on school campuses, where is that data stored?

A.    So that would be dependent upon the department.  So, for example, school counselor referrals would be collected in the school counselor department; referrals for maybe our

Page 116

student equity services would be -- would be kept within that department. It would be department specific.

Q. So to put together this additive number of student referrals, what are the different databases that you would need to look at?

A. Most likely would need to be a conversation with the leader of that department to collect that data.

Q. And what are the -- what are all the departments that would have to be involved in those conversations?

A. I am not 100 percent sure which of the departments were involved in these numbers. I know for sure would be school counseling, potentially social work. Our social work department is kind of split, so I don't know if these would include any of our exceptional ed students.

Majority of our social workers only provide support to exceptional ed student. We do have some general ed social workers, so that may be tracked in here. And then that would probably be data within our assistant

Page 117

superintendents or regional assistant superintendents.

Q.    So each of the departments you mentioned, plus the assistant superintendents or regional assistant superintendents, would have data about these various referrals?

MR. CUTLER:  Object to form.  Asked and answered.

BY MS. DEGTYAREVA:

Q.    You may answer.

A.    Yes.

Q.    And for any of the referrals that are students being referred internally for mental health services within the school, does TUSD have any records of why the students were referred?

A.    Most likely, again, that would probably be through our multi-tiered system of support process.  So when students are referred for additional supports, it generally goes through that centralized process.

Q.    And that would, again, be the multi-tiered system support data in Synergy?

A.    Yes.

Q.    And then for the students who are

referred to the internal school mental health services, does TUSD have any data on any diagnosis that they may receive from a TUSD professional?

A.    TUSD, we do not diagnose students with any disorders.  We are not clinicians or medical staff.

Q.    Is TUSD aware of any student who has a diagnosis from a medical professional that the student is addicted to social media?

A.    I'm not sure that I can answer that question.  I don't know -- I don't know if that is currently a diagnosis in the DSM-5.

Q.    Are you aware of any such diagnosis of a TUSD student?

A.    I am not, but I don't know all of the diagnoses of all 40,000 students across the district.

Q.    Is TUSD aware of any student who has a diagnosis from a medical professional that the student was harmed by social media, that their mental health was harmed by social media?

A.    That's a difficult question.  Again, when we're working with diagnoses, we don't always know.  There's FERPA and HIPAA

Page 119

regulations in terms of being able to disclose some of that information, so that would be difficult for me to ascertain. We don't -- and unless they have an IEP for a specific category, we don't necessarily track that because that, again, is HIPAA.

Q. So, again, sitting here today are you aware of any student who has a diagnosis from a medical professional that the student's mental health was harmed by social media?

MR. CUTLER: Objection. Form, asked and answered.

You can answer again.

THE WITNESS: Again, I don't know student explicit numbers. I can tell you that we -- and through school counseling department, we know of students who may have engaged in intensive either inpatient or outpatient in regards to suicide ideation, and through that there may be -- we do often see or hear of connections of social media. Do I know of any explicit diagnosis? No, not off the top of my head.

///

Page 120

BY MS. DEGTYAREVA:

Q.    You said you often see or hear of connections of social media.

Are you referring to information that you see or hear from medical professionals?

A.    We do actually collaborate with community agencies and medical professionals and have had, again, anecdotal conversations around the use of social media and the harm.  I've also done quite a bit research around youth social media and youth mental health.

I'm sorry.  Can you repeat the question?

Q.    Sure.

You talked about students where there was -- you see or hear of some connection of social media.  I'm just wondering if it's your testimony that you are aware of a medical professional that has identified some student in TUSD whose mental health was harmed by social media, some specific student.

MR. CUTLER:  Object to form.

THE WITNESS:  No.  Again, HIPAA generally prevents us in knowing direct diagnoses.  We are unable to generally

Page 121

talk with medical professionals around diagnoses.

MS. DEGTYAREVA:  Okay.  Let's mark as -- what's this exhibit?

MS. REAVES:  6.

MS. DEGTYAREVA:  Let's mark as Exhibit 6 tab 4.

THE WITNESS:  I don't know if it matters, but my name is spelled incorrectly.

MR. CUTLER:  That's okay.

(Tucson-30(b)(6)-Shivanonda-6 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, are you familiar with the document that's been marked as Exhibit 6?

(Witness reviewing document.)

A.    Yes, I am.  I am aware of this.

Q.    One moment.

So this is labeled Plaintiff Fact Sheet - School Districts.  And can you please turn to page 27?

Do you see under question 38 it says, "Health Services collects data on

Page 122

medical-related conditions, signs, and symptoms. The current electronic health record (EHR) reports 'behavioral' codes and conditions only."

So this Health Services collects data and medical-related conditions. What data is that referring to?

A.    So, again, if the diagnosis is provided from parents, then -- and especially if it would be considered impairing the academic learning environment, this information might be part of their health record, their school health record.

Q.    So the Health Services data would be information that's self-reported by the parents, is that right?

A.    Yes.    Parents fill out medical cards or information, and then depending upon what they want to include, then it will be in that data.

Q.    Is this different than the referral data that we were just talking about?

A.    Yes.

Q.    Actually, going back to the -- just a quick question on the referral data that I forgot to ask you.

Page 123

In the chart we were just looking at in the prior exhibit, it has data going back to the school year of 2018 to 2019, and it says data not available for 2017 through 2018.

Is any referral data available before the 2018-2019 school year?

A.    I am not sure.  Again, we had a change of platforms, and then our referral to behavioral health agencies did not start until 2018.  And, again, with the change in the platforms, I cannot speak to whether or not that data would be available.

Q.    So before 2018, TUSD was not referring students to outside mental health services?

A.    Not as explicitly as we are now.  In 2018 we began the explicit MOU process.  First for -- so prior to that counselors may, you know, work with parents and may have shared, you know, here's resources available in the community and they would maybe direct parents, but in 2018 we began facilitating more of an explicit referral process through collaboration.

MS. DEGTYAREVA:  Let's mark as Exhibit 7 tab 42.

Page 124

(Tucson-30(b)(6)-Shivanonda-7 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    And tab 42, so this is an Excel sheet, a large Excel sheet that could not be printed.  So what I'm going to pass you is just a slipsheet, but the Excel itself we're going to pull up on a screen.

A.    Okay.

Q.    And can you please go -- scroll over to the tab labeled HLT 601, all the way to the right.  If you click on the three dots, it should come up.  So the three dots next to HS 9th grade.  Yeah, there you go.  HLT 601.  Okay.

So taking a look at this tab labeled HLT 601, it lists a number of conditions, codes, and years.

Is this -- well, what is this data?

A.    I am not familiar with this spreadsheet.

Q.    Okay.  You don't know if this is the same data that we were just talking about that was collected by Health Services?

A.    So I received the Plaintiff Fact Sheet, but I did not review this attached Excel

Page 125

spreadsheet.

Q. And just for the record, the Excel spreadsheet is not attached. This is just a different document.

So I'm just asking if you know whether this is the same data or not.

MR. CUTLER: That's the question. Do you know whether it is or not?

THE WITNESS: I do not.

BY MS. DEGTYAREVA:

Q. Okay. Do you have any idea where the information in this spreadsheet that we're looking at comes from?

MR. CUTLER: Do you need to review the spreadsheet or anything?

THE WITNESS: That would be great. Am I able to review the spreadsheet?

BY MS. DEGTYAREVA:

Q. Sure. If you want to -- is there a specific tab you want to review that would be helpful for you? If you can look down on the bottom, there are a number of tabs.

A. Can you go back to maybe the first tab?

MR. CUTLER: Can you tell her what

Page 126

this is?

MS. DEGTYAREVA:  I truly don't know, which is why we're asking.

MR. CUTLER:  Well, I don't think she has any foundation to answer questions about this.

MS. DEGTYAREVA:  Whether she was -- what's the topic?

MR. CUTLER:  I understand that there are topics, but if we don't even know what the spreadsheet is, I'm not sure how you expect her to answer questions on it.

MS. DEGTYAREVA:  That's the point of designating a 30(b)(6) witness, so that we can find out information.

MR. CUTLER:  You can put any spreadsheet in front of them and ask questions about it?

MS. DEGTYAREVA:  It's a spreadsheet by TUSD that appears to relate to a topic that she was designated on.  If she doesn't know, that's where we are, but we're entitled to ask her.

MR. CUTLER:  That's what she said.

///

Page 127

BY MS. DEGTYAREVA:

Q. Well, Ms. Shivanonda, if you look at the slipsheet that we gave to you, you'll see there's a metadata form, which includes a file name that says "2024-2025 WAM Workbook."

A. Okay.

Q. Does that title have any meaning to you?

A. It does not, but I do know that if it comes from Joseph Gau, director of Health Services, I imagine this would be information from the Health Services department.

Q. But, again, you're not aware of anything relating to that tab we're looking at?

A. I am not.

Q. And then just to confirm, can we go back to the spreadsheet and look at the tab labeled HLT 603?

Do you know anything about the information that's listed in this tab or where it comes from?

A. I do not. It looks as though this would be -- this looks as though -- so our health office assistant, this looks as though these would be the services that they had

provided to students, looks like that's their documentation.

Q.   And under the description, do you know who is responsible for inputting that description?

MR. CUTLER:  Object to form.  Lacks foundation.

THE WITNESS:  I don't.

MS. DEGTYAREVA:  Can we please mark for the record Exhibit 8, which is going to be tab 3.

(Tucson-30(b)(6)-Shivanonda-8 was marked for identification.)

BY MS. DEGTYAREVA:

Q.   Ms. Shivanonda, are you familiar with this document?

(Witness reviewing document.)

A.   Yes.

Q.   This is titled Plaintiff's Third Amended Answers to Defendants' Interrogatories to Tucson Unified School District (Set 1).

Then if you turn to page 8, under Interrogatory Number 3, do you see where it says, "Separately identify and describe (including the date, location, nature and

Page 129

extent, and cost of repair or replacement) every instance of vandalism, property damage, or criminal action you contend occurred as a result of Online Media and Communications Services."

          Do you see that?

     A.    I do see that.

     Q.    Going on to the next page, starting on 9, page 9, there's a chart that spans several pages and goes until page 14.

          Were you involved in preparing this chart?

     A.    I was not.

     Q.    Do you have personal knowledge of any of the incidents that are listed in this chart?

     A.    I have -- I have some overall knowledge, yes.  I don't have specific knowledge.

     Q.    Does TUSD attribute all of these instances to social media?

     A.    Yes.

     Q.    And what is TUSD's basis for attributing these incidents to social media?

     A.    Time frame, and then reporting documents.  So connection with any of the

Page 130

Facebook/TikTok challenges that were in that time frame, and then the reports from school personnel to report the reasons behind why they needed these -- fixes needed to be fixed.

Q.   How did TUSD identify the incidents that were -- that it attributed to social media?

A.   Again, part of the reporting process to request a facilities or maintenance request, there are specific components in the requests, so school staff will denote a reason behind why they need a particular facility's request to be completed.

Q.   And where is the data about those requests stored?

A.   That would be within our facilities and maintenance database.

Q.   Does that database have a name?

A.   It eludes me at the moment.

Q.   And so that database would include a narrative response that explains the reason for the incident?

A.   Correct, yes.  So whenever -- again, when there's a facilities request made, the school or the personnel will denote the date, what was vandalized, where, what needs to be

Page 131

fixed and why.

Q.    Did TUSD take any steps to verify that these instances of vandalism listed in the charts were, in fact, related to social media platforms?

A.    I can't speak to every one, but I do know that as part of the investigative process, especially at these higher level, there's generally an investigation around what has particularly happened.

And then, as you can see, kind of categories and time frames, they all correspond to specific social media challenges, so backwards mapping, and then having conversations with students and investigating some of the reasons.

Like I said, I can't speak to every single, but I do know that many of them were investigated.

Q.    And are the details or results of those investigations, is that recorded anywhere?

A.    If a perpetrator, so to speak, was identified, then it would be within the disciplinary database.  But if it could not identify a specific person who did the damage,

Page 132

it may or may not be indicated in any of those databases.

Q. Now, you mentioned that the time frames listed here correspond to some specific social media challenges.

Can you please provide more information about that?

MR. CUTLER: Object to form.

THE WITNESS: So, again, staying on the pulse of what's happening, so, for example, we know that there was a lot of social media challenges, TikTok challenges within a lot of these time frames where there were videos that were posted that were encouraging students to slap their teacher and take a video of it, of ripping off sinks, ripping off paper towel dispensers, soap dispensers.

So there was a lot of challenges that were being posted that many of our students felt the need to emulate and then basically get, you know, likes and accolades for. So a lot of these would correspond to some of those specific challenges that we knew of that were

occurring during that time frame.

BY MS. DEGTYAREVA:

Q. So can you explain which of these incidents correspond to which social media challenge?

MR. CUTLER: Object to form.

THE WITNESS: Again, there's so many dates here and so many. I couldn't speak to specifics without going through and evaluating all of the data that we may have.

BY MS. DEGTYAREVA:

Q. Just sitting here today looking at the chart, are there any that jump out at you as ones you can identify as being associated with a specific challenge?

A. A lot of the bathroom -- the bathroom specific ones were definitely. Some of the ceiling tiles and vandalizing, some of those were also, things like steal this, steal that. The sinks. A lot of the bathroom was a big component of those challenges. I know that for sure.

Q. So when identifying these incidents, did TUSD include -- so, for example, if there

Page 134

was a social media challenge related to bathrooms at a particular time, did TUSD include every instance of vandalism that happened in a bathroom at that time?

A.    That, I'm not sure of.  I imagine somewhere, if there wasn't a need for a fix, it may or may not have been.  It may have all been just looped in to, you know, Henry Elementary bathroom vandalism.

So I can't speak to all of the specifics, again, without being able to see all of the particular facility's requests.

Q.    Do you know if for each of these incidents there would be a record somewhere that specifically ties the incident to a social media challenge?

A.    Again, I believe I've answered that, but it, again -- it would determine if I were to look at the specific facility request.

Q.    I think my question is, do you know if, for each of these, the facility request, it specifically stated that it was a result of a social media challenge?

A.    I do not know if every single one of these would have a social media challenge

Page 135

specifically noted in the facility's request.  I have not reviewed every single facility's request.

Q.    Does TUSD have any basis to believe that defendants promoted or encouraged any of the challenges that you were referencing?

A.    Can you repeat the question?

Q.    Sure.

Does TUSD have any basis to believe that defendants promoted or encouraged any of the social media challenges that you were just referencing?

A.    Well, I would say that the inherent nature of the platforms and the creation of the likes and the reposts and whether or not you can go viral and the way that the algorithms work on certain platforms, on what gets viral, what's not, I would gauge to say that yes, that they would have some knowledge and promotion of that just in the way that inherent algorithms work within the platforms.

The component of the likes and the love and the repost and the reshares, that is, I would say, evidence in the way that it's created to continuously create an opportunity for

Page 136

students to want to engage and get the likes and get the clout, so to speak, from engaging in those instances on social media, yes.

Q.    And other than the incidents identified in this chart, are you aware of any other property damage that TUSD believes it suffered as a result of social media?

A.    That would be difficult because I've not memorized all of these.  I do know that -- for example, I do know that -- can you repeat the question?  I apologize.

Q.    Sure.

Apart from the incidents that are listed in this chart, are you aware of any other property damage that TUSD believes it suffered as a result of social media?

A.    So at a higher level, again, making kind of that causal link between social media and property damage, what we are seeing is that due to either students being left out on social media or if they're social media posts or -- and then also a lot of -- there's a lot of, like, fight pages where students are videoing other students on campus in a fight, and then what happens then is either the fight breaks out,

Page 137

something might get broken.  We do know of other people actually getting hurt on school campus and property.  We've had teachers that are getting pushed and hurt.

I don't know if any of our other information on here, such as we were having desks flipped and things were thrown in classrooms, and we are attributing that to, again, the disruption of the use of social media and the way that it's affecting students being able to regulate their emotions.

And so it may not be explicit on here, but we have seen, like I said, tables are being flipped.  We've got even elementary students that are flipping chairs, where we have to evacuate students when we've got tables broken, teachers' desks are broken, books are ripped up, things are thrown.

And so all of that has a direct causal link to what we're seeing as an increase of anxiety, depression, social isolation, students not being able to problem-solve and being able to regulate themselves as a response to what they're seeing and what they're engaging on on social media.

Page 138

So, yes, I would say that there's probably quite a bit that is not indicated on here, and, again, that would be kind of more of our soft data where we may or may not be explicitly collecting that data in any sort of database.

Q.   So you don't have any data that shows that there are any other -- there's any other property damage that is directly tied to social media?

MR. CUTLER:  Object to form.  Asked and answered.

THE WITNESS:  Again, causation data, right, discipline data, anecdotal data as we talk with teachers.

It's not always reported if teachers' personal property is damaged, which we know that it is on a regular basis in school classrooms.

We know that there's many instances where student personal devices are stolen on campus, and then the time that it takes for, you know, investigations.  I guess that's not property damage, so to speak.

But, yes, there's causation data

Page 139

that we could glean from some of our disciplinary data.

BY MS. DEGTYAREVA:

Q.   And, Ms. Shivanonda, again, I'm talking about property damage.

Are you aware of any data showing that there's any other property damage not mentioned here that is directly caused by social media?

MR. CUTLER:   Object to form.  Asked and answered.

Answer again.

THE WITNESS:   Correct.

Again, through disciplinary data, yes.  So it may not have been to the level of we're putting in a facilities request, but, again, because of fights on campus, because of the uproar that happens because of the use of social media, we are seeing potential other property damage that may or may not be included in here, yes.

BY MS. DEGTYAREVA:

Q.   And the disciplinary data that you've been talking about, is that the Synergy data?

A.    Correct.

Q.    So would that be sort of in the narrative section of Synergy that there would be a tie to social media?

A.    Correct.

MS. DEGTYAREVA:  I think we've been going for close to an hour and a half. Would now be a good time for a break?

MR. CUTLER:  Sounds good.

THE VIDEOGRAPHER:  We're going off record.  The time is 4:59.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER:  We're going back on record.  The time is 5:19.

MS. DEGTYAREVA:  Let's mark as Exhibit 9 tab 8.

(Tucson-30(b)(6)-Shivanonda-9 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, do you recognize this document?

A.    I do.

Q.    What is it?

A.    This is a TUSD policy.

Q.    And specifically is this the policy

Page 141

on cellphone usage?

A. It is.

Q. Now, TUSD's policy does not ban cellphone from campus, right?

A. Correct.

Q. It states that cellphones may be used on or off campus before or after school, correct?

A. Correct.

Q. And it states that cellphones may be used by high school students during lunch, right?

A. Correct.

When was this updated? Is there a date when it was updated? There may be an updated version.

Q. Do you remember when this policy was last updated?

A. I just reviewed the policy recently. So this one says, "Revision: August 25, 2006."

Q. Has the policy been updated since this time?

A. I believe it may have.

Q. And under the current policy, are cellphones allowed to be used on or off campus

Page 142

before or after school?

A.    Yes.

Q.    And under the current policy, are high school students allowed to use cellphones during lunch?

A.    Under the current policy, that provides authorization for additional -- or for administrators to determine any cellphone use guidelines on their school campus, so I believe the new one removes the "during lunch for high school students only."

Q.    Where would a copy of this policy, the current policy, be found?

A.    On the TUSD governing board website.

Q.    And under the current policy -- so in this version it says cellphones may be used by elementary and middle school students during lunch periods if an administrator approval had been obtained, is that right?

A.    So, yes.  So in the new updated policy, the guidelines are dependent upon administrator discretion.

Q.    And just for the record, this is the policy that was produced with the PFS in this case, but it's your testimony that this policy

Page 143

is not current?

MR. CUTLER:  I'm going to object to the form.

BY MS. DEGTYAREVA:

Q.  So it is your testimony that this policy that was produced with the PFS is not current?

MR. CUTLER:  This was produced with the PFS?

MS. DEGTYAREVA:  This was produced with the PFS.

MR. CUTLER:  It's marked 159360?

BY MS. DEGTYAREVA:

Q.  So it's your testimony that this policy is not current, is that right?

MR. CUTLER:  I'm going to object. Misstates the testimony.  I think she said it might not be current.

THE WITNESS:  From my understanding, I believe that there is an updated policy, especially if this revision says August 25th, 2006.

BY MS. DEGTYAREVA:

Q.  You know what, why don't we pull up the -- you said it was on the governing board

Page 144

website?

A.    Mm-hmm.

Q.    Okay.  Why don't we pull that up.

MS. DEGTYAREVA:  Can we take a minute break so we can find that?

MR. CUTLER:  Sure.

MS. DEGTYAREVA:  Let's go off the record.

THE VIDEOGRAPHER:  We're going off record.  The time is 5:23.

(Discussion off the record.)

THE VIDEOGRAPHER:  We're going back on record.  The time is 5:25.

BY MS. DEGTYAREVA:

Q.    Okay.  Ms. Shivanonda, we were just talking about this use of cellphones and other electronic signaling devices' policy regulation. And just for the record, we have confirmed that this is the version that is available currently on TUSD's website of the policy regulation.

So in this policy regulation that is currently on TUSD's website, it states that cellphones may be used on or off campus before or after school, correct?

A.    Correct.

Page 145

Q.   And, again, this policy regulation states that cellphones may be used during lunch for high school students only?

A.   That is what this says, yes.

Q.   This policy regulation states that cellphones may be used by elementary and middle school students during lunch periods if they have administrative approval, correct?

A.   Correct.

Q.   It also says that cellphones may be used on field trips or excursions at -- excuse me, if they are allowed.  Excuse me.  Strike that.

It says may be used for educational activities if a teacher approves, correct?

A.   Correct.

Q.   And it says that if a teacher or coach approves, it may be used during -- they may be used during extended trips and sporting events, correct?

A.   Correct.

MS. DEGTYAREVA:  Let's mark tab 11 as Exhibit 10.

(Tucson-30(b)(6)-Shivanonda-10 was marked for identification.)

Page 146

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, I'll represent to you that this is a printout from a website of a company called Yondr.

Do you know what Yondr is?

A.    I do.

Q.    What is it?

A.    It is a company that creates pouches that can be locked for students to put cellphones in so they don't have access to them.

Q.    And so if a student puts their phone into a Yondr pouch, the student then isn't able to use the phone, correct?

A.    Correct.

Q.    And the student can keep the locked pouch with them, they just can't access the phone, right?

A.    Correct.

Q.    Now, Yondr services are available to school districts, is that right?

A.    At a cost.

Q.    And TUSD has actually used Yondr services before, right?

A.    Yes.  It was used at one high school.

Q.   Which high school was that?

A.   Tucson High.

Q.   And it was used at Tucson High for just one school year, right?

A.   Correct.

Q.   That was the 2019 through 2020 school year?

A.   Correct.

Q.   And in that one school for the year it was used, TUSD only used the Yondr pouches for math and English language arts classes, right?

A.   Correct.

Q.   Now, have there been any other times TUSD has used Yondr on any of its campuses?

A.   Not that I'm aware of at the district level we supported Yondr.  Schools also have the autonomy for identifying maybe other resources, but I'm not aware of other schools explicitly using Yondr.

MS. DEGTYAREVA:  Let's go and mark Exhibit 11.  Let's mark tab 14 as Exhibit 11.

(Tucson-30(b)(6)-Shivanonda-11 was marked for identification.)

Page 148

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, do you see that this is an e-mail chain titled Yondr for Tucson High Magnet School?

Do you see that?

MR. CUTLER:  Take your time to review the whole document.

(Witness reviewing document.)

BY MS. DEGTYAREVA:

Q.    Let me know when you're ready.

(Witness reviewing document.)

A.    Okay.

Q.    This is an e-mail chain with a subject line Yondr for Tucson High Magnet School, right?

A.    Yes.

Q.    Tucson High Magnet School, is that the same Tucson High that we were just talking about?

A.    Yes.

Q.    And if you look on the e-mail that starts at the bottom of page 1 from Shawna Rodriguez, June 12, 2019.

Who is Shawna Rodriguez?

A.    At that time she was the current

Page 149

principal of Tucson High.

Q.    And going to the next page which ends in Bates numbers 609, you'll see it says, "Here is our plan:"

And then the first bullet is a "Needs Assessment:"

Do you see that?

A.    Mm-hmm.

Q.    So this "Needs Assessment" listed some of the reasons that Tucson High Magnet School wanted to try Yondr pouches, right?

A.    That's what it looks like, mm-hmm.

Q.    And some of the things listed here include, "Truancy or extensive time away from class due to cell phone use of meeting up with friends or ordering food through Uber Eats, Grub Hub etc."

Right?

A.    Mm-hmm.

Q.    Also this "Coordinate of fights, drug transactions, meeting up with girlfriend/boyfriends that can lead to inappropriate behavior."

Right?

A.    Mm-hmm.

Page 150

Q.    "Invitation to classes where there is a substitute teacher having students who are not on the roster to 'hangout' in the class since the sub is unfamiliar with the class; this has also led to in-class fights."

Do you see that?

A.    Mm-hmm.

Q.    So all of these are issues that could involve cellphones, right?

A.    Yes.

Q.    But some of these actually expressly call out other apps like Uber Eats and Grubhub that are not social media, right?

A.    Yes.

Q.    And other things listed here like meeting up with a girlfriend or boyfriend are things that can be done via social media, via text message, correct?

MR. CUTLER:  Object to form.

THE WITNESS:  Correct, I imagine.

BY MS. DEGTYAREVA:

Q.    Does TUSD have data showing what percentage of these types of communications were made via text message as opposed to social media apps?

Page 151

MR. CUTLER:  Object to form.

THE WITNESS:  So when we think about data -- we've talked about soft data, right?  So in our discipline data, we can see a trend of the majority of students are utilizing social media apps for their connection.

When we have had opportunities to talk with students, the majority of students do report that they don't generally use SMS text, they text via Instagram or via Facebook.

So it doesn't explicitly call that out here, but from our anecdotal data and then our discipline data, it does -- there is an evidence of social media use to -- that's generally the most used method for texting.

BY MS. DEGTYAREVA:

Q.    And again this discipline data that you're relying on for this is the Synergy data, the narrative sections of the Synergy data?

MR. CUTLER:  Object to form.

THE WITNESS:  Correct.  That's part of it, yes.

Page 152

BY MS. DEGTYAREVA:

Q. And the conversations with students, are those recorded in any data source?

A. Again, not necessarily. So it's difficult -- a lot of the work that we do again is in conversation and anecdotal data. I can't speak to what Shawna did in this time, but we often will just talk with students and identify, like, how are you using your cellphones to try to get a better handle on it.

So that could be considered data, yes.

Q. Now, this -- the Needs Assessment in this e-mail, in this Needs Assessment, Shawna Rodriguez never used the words "social media," right?

A. Correct.

Q. She never mentioned any of defendants' platforms by name in this Needs Assessment, right?

A. Correct.

Q. And she did mention some other apps by names here, correct?

A. Correct.

MS. DEGTYAREVA: Now let's mark as

Exhibit 12 tab 13.

(Tucson-30(b)(6)-Shivanonda-12 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, do you see at the top here it says Cell Phone Feedback for Quarter 1 - 110 Teachers Total Separated By Department and YONDR and Non-YONDR?

Do you see that?

A.    I do.

Can I take a second to review this document.

Q.    Sure.  Yeah.  Let me know when you're ready.

(Witness reviewing document.)

A.    Okay.

Q.    So these are survey results from the first quarter that Tucson High Magnet School was using Yondr, correct?

MR. CUTLER:  Objection.  Lacks foundation.

THE WITNESS:  It looks as though.

BY MS. DEGTYAREVA:

Q.    And 110 teachers were surveyed?

A.    That is what it says.

Page 154

Q.    Now, this survey appears to be broken down by teachers in different subjects, ELA (19), Math (22), Fine Arts (13), and so on, right?

A.    Yes.

Q.    And only the math and ELA classes are the ones that used Yondr, correct?

A.    That is my understanding, yes.

Q.    And just if you could quickly go back to the prior exhibit which was the e-mail from Shawna Rodriguez, at the bottom of page -- of the first page, Ms. Rodriguez says, "I am really eager to implement our cell phone policy this year."

Do you see that?

A.    Yes.

Q.    So taking you back to exhibit -- sorry, exhibit we were just looking at of the survey results --

MR. CUTLER:  12.

BY MS. DEGTYAREVA:

Q.    -- Exhibit 12.

So this survey includes teachers' responses to the new cellphone policy from classrooms that use Yondr and then from

Page 155

non-Yondr classrooms as well, correct?

MR. CUTLER:  Object to form. Foundation.

THE WITNESS:  That is what this looks like, yes.

BY MS. DEGTYAREVA:

Q.    And based on the results of this survey, a lot of the teachers found the new cellphone policy to be effective, right?

MR. CUTLER:  Foundation.

THE WITNESS:  Based on this, it appears the numbers are higher for effective than ineffective.

BY MS. DEGTYAREVA:

Q.    So teachers in the math and ELA classes who were using Yondr, there's some comments here showing that they found the policy to be effective at reducing cellphone use, correct?

MR. CUTLER:  Object to form. Foundation.

THE WITNESS:  Based on my review of these, yes, it does seem like there's positive responses.

///

Page 156

BY MS. DEGTYAREVA:

Q.    And just to look at a couple of these quotes on page -- the page ending in Bates 931, at the bottom of the page one of the teachers says, "Works for me!  It's easy if you enforce it and use it consistently."

Do you see that?

A.    I do see that, mm-hmm.

Q.    And go to the next page, 932.  This is from the math class.  One of the teachers says, "Strong consistent consequences are working."

Do you see that?

A.    I do.

Q.    Another one says, "Night and Day from last year; keep up Admin support."

Do you see that?

A.    I do.

Q.    Another one says, "Kids are more focused and do more work."

Do you see that?

A.    Yes.

Q.    And one says, "Last year it was every day; this year so far I've only had to talk with one student so far."

Page 157

Do you see that?

A.    I do.

Q.    And then the teachers in the other classrooms who were not using Yondr also found the new cellphone policy was -- or for the most part also found that the new cellphone policy was effective based on these survey results, right?

MR. CUTLER:  Objection.  Form, foundation.

THE WITNESS:  As the document, yes, it does appear to say that.

BY MS. DEGTYAREVA:

Q.    And in the teacher responses some of them talk about other methods, such as having a student leave their cellphone in a backpack against the wall as also being effective, right?

A.    Which page does that say that?

Q.    Sure.  So let's take a look at a couple of examples.

So on the page ending in 933, under Fine Arts, one of the teachers says, "Bags against wall problem solved."

Do you see that?

A.    Yes.

Page 158

Q.    And again in this non-Yondr classroom, another teacher says, "The consistency school-wide means less arguments in my room."

Do you see that?

MR. CUTLER:  Objection to form. Foundation.

THE WITNESS:  Yes, I do see that.

BY MS. DEGTYAREVA:

Q.    Another comment, "I have less cellphone use overall."

Do you see that?

A.    I do.

Q.    And the last one on this page, "I have had zero pushback because the school wide policy makes kids believe we are serious."

Do you see that?

A.    I see that, yes.

Q.    And going on to the next page ending in 934, in World Languages and ELD, a teacher says, "Phones in backpacks, backpacks stowed away.  Halleluia."

Do you see that?

A.    I see that.

Q.    Now, several of the teachers

Page 159

surveyed also noted they have always had a strict enforcement policy in their individual classrooms and didn't have a problem with phones even before Yondr.

Do you see that?

A. Yes. I've seen a few of those, yes.

Q. So looking at a couple of examples in the Bates ending in 935, at the very top one teacher said, "I've always maintained a strict enforcement of no cellphones in my classroom."

Do you see that?

A. I do.

Q. And at the bottom of that same page, at the very bottom a teacher said, "I have had a strict policy for years. I run my classroom without interference from cellphones."

Do you see that?

A. I do see that.

Q. Did TUSD consider implementing Yondr in other schools?

A. I am not aware. What I -- I am not aware, correct.

Q. Well, did TUSD ever estimate the cost of implementing Yondr in other schools?

A. I am not aware.

Page 160

Q.    But TUSD never implemented Yondr districtwide, correct?

A.    Correct.

Q.    And apart from, again, this one school in one year and just two class subjects, it never implemented Yondr in any other schools?

A.    That is my understanding, correct.

Q.    Has TUSD ever implemented a districtwide policy requiring what some of these teachers refer to as the backpack policy, so requiring students to put their phones in their backpacks during class?

A.    As part of the current TUSD cellphone policy, it does require at least the verbiage -- the one that I found online that I said is a little bit different than the one we looked at, it does say that cellphones are to be stored in backpacks or in lockers or out of sight and not being used.  So we do currently have that policy.  And then administrators at school campuses then can adjust their own policies based on their campus needs.

MS. DEGTYAREVA:  Can we mark as Exhibit 13 tab 9?

///

Page 161

(Tucson-30(b)(6)-Shivanonda-13 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, this is a document titled Governing Board Policy, Policy Title, Student Use of Cellphones and Other Electronic Devices.

Do you see that?

A.    Yes, correct.

Q.    Is this the document you were testifying about as the other cellphone policy?

A.    Yes, it is.

Q.    And this document says, near the middle of the page, "Cellphone and/or electronic devices are to be kept out of view in a student's locker, pocket, or carrying bag."

Do you see that?

A.    Correct, yes.

Q.    So under this policy students can keep their cellphones in their pockets?

A.    Correct.

Q.    TUSD has never implemented a districtwide policy that required students to put their phones in their backpacks, correct?

MR. CUTLER:    Object to form.

Page 162

THE WITNESS:  Correct.  However, also part of this policy, the principal shall establish additional guidelines appropriate to campus needs, and so many of our schools have integrated more stricter cellphone policies to where they either need to be turned in at the office or put away in their backpacks.

BY MS. DEGTYAREVA:

Q.   How many schools have implemented those stricter policies?

A.   I'm not aware of the number.  I do know it's up to the school administration to identify how they want to implement those policies outside of this one.

Q.   Can you name some of the schools that have a stricter cellphone policy?

A.   Yes.  So Sabino High School, actually they purchased cellphone lockers this past school year.  And so every one of their classrooms has a set of 40 lockers with keys, and they adjusted their cellphone policy where it is a requirement for all students to put cellphones in a cellphone locker in every class period.

Page 163

I do know that Steele Elementary, for the elementary students, if students do have a cellphone, they are asked to turn it in to the front office.

I know that Wakefield Middle School has also instituted stricter cellphone policies.

Morgan Maxwell instituted stricter cellphone policies as well as clear backpack policies to then also be able to see that cellphones were in backpacks versus on the person.

And those are just a few that I can think of off the top of my head.

Q.   And where are those school-specific policies, where are they recorded?

A.   In the school-specific handbook and guidelines for the operation of that school.

Q.   So each school has a handbook that contains a cellphone policy, or do not all schools have the specific cellphone policy?

A.   So every school should have a handbook that at least has the governing board's cellphone policy.  And if they have any additional requirements regarding cellphones, then that would be indicated in their cellphone

Page 164

policy.

Q. Some of the things you mentioned that have been adopted by a couple of the schools, cellphone lockers, is there any other school except Sabino High School that uses cellphone lockers?

A. Not currently, but I do know that they have been conversation for additional high schools to look at implementing in the new school year.

Q. And has the district ever implemented a districtwide policy that requires the use of cellphone lockers?

A. No.

Q. You also talked about an elementary school that requires students to turn in their cellphones to the front office.

Is there any other school that requires students to turn their cellphones in to the front office?

A. As part of -- I don't know explicitly off the top of my head, but I do know that it's part of the disciplinary process. Part of that would be if the student has their cellphone out or is violating the policy, it can

Page 165

be confiscated, and after a certain number of instances it will either be turned in to the office or kept until a parent can come pick it up.

There are, maybe, some specific individual students that have an intervention plan that requires them not to have a cellphone, but, again, that would be determinant upon school discipline data and in partnership with administration.

Q.    So apart from Steele Elementary School, is there any other school in Tucson Unified School District that requires every student just as a matter of course to turn their cellphone in to the front office?

MR. CUTLER:  Object to form.

THE WITNESS:  Not that I am aware of to that level.

BY MS. DEGTYAREVA:

Q.    You talked about Wakefield Middle School also having a stricter cellphone policy.

What did that policy require?

A.    So that is, again, having students -- requiring students to have cellphones in backpacks and more of the

Page 166

implementation of the expectations around the discipline.  So they have enacted stricter cellphone policies in terms of seeing it out and monitoring that students have it out during instructional practice times.

Q.    Apart from Wakefield Middle School, are you aware of any other school in the district that has a schoolwide policy requiring students to put their phones in backpacks?

A.    I'm not thinking of specific names on the top of my head, but I do know that the majority of our schools do look at the cellphone policy and do implement in ways appropriate to their campus.

Q.    So, again, just going back to my question, you are not aware of any other school except for Wakefield Middle School that requires students to put their cellphones in backpacks?

MR. CUTLER:  Object to form.

BY MS. DEGTYAREVA:

Q.    Is that right?

A.    Not off the top of my head, correct.

Q.    Then you said Morgan Maxwell has also instituted stricter cellphone policies as well as clear backpack policies?

Page 167

A.    Correct.

Q.    So apart from the clear backpack policy, is there anything else about Morgan Maxwell's cellphone policy that is different from the districtwide policy?

A.    Again, it requires the cellphone to be in the backpack.

Q.    Are you aware of any other school apart from Morgan Maxwell that has instituted a schoolwide clear backpack policy?

A.    I know that I had a discussion with the principal of Morgan Maxwell, and she did indicate.  I believe there were one or two other middle schools, but I am not recalling the name of the middle schools off the top of my head right now.

Q.    Okay.  So we've talked about Sabino High School, Steele Elementary School, Wakefield Middle School, Morgan Maxwell, and perhaps one or two other schools that have also instituted a clear backpack policy.

Any other schools you can think of sitting here today that have a stricter cellphone policy?

A.    Again, I know the majority of our

Page 168

schools, they do enhance their cellphone policy. I just am not recalling specifics off the top of my head right now.

Q.    Are you aware of the ways in which the other schools enhance the cellphone policy?

A.    I believe it's more in the implementation of the discipline.  One of the difficulties lies in there's a lot of barriers and pushback from community and from parents, which can make it very difficult for implementation of specific cellphone policies.

And so I know that majority of the schools do attempt to follow this policy and then establish additional guidelines.  I do not know at what extent every school -- we have almost 90 schools in the district, so I do not know to what extent all of the schools have added additional guidelines.

Q.    I want to ask a couple more questions about Sabino High School and their locker policy.

What was the cost of implementing cellphone lockers at Sabino High School?

A.    $14,000.

Q.    How big is that high school?

Page 169

A.    I want to say almost 800, 800 students.

Q.    Has TUSD ever analyzed how much it would cost to implement a cellphone locker policy at every school in the district?

A.    Not that I'm aware of with cost.

Q.    And at Sabino High School, are students still allowed to access their cellphones during conference periods, passing periods, and lunch?

A.    They are required to put their cellphone in every core and elective class.  So if they're not in a classroom, then they do have access to their cellphone.

Q.    Apart from the two policy documents that we looked at, the two districtwide policy documents, has TUSD implemented any other districtwide policies regarding cellphone use?

A.    So the governing board has had discussions around implementing more stringent cellphone policies.  There comes a lot of pushback and barriers within the community.  We do hear from a lot of parents that do not -- they have fear of their students not being able to access their cellphones in emergent

Page 170

situations.

Our governing board has requested more additional information. They're also not sure of how they're being used, as part of this policy also says that teachers can potentially have cellphones used for instructional purposes.

So they have had discussions around stricter cellphone policies, but have not enacted anything specific outside of the current policy as it stands.

Q. Okay. So the two policy documents we looked at are the only two districtwide policy documents on cellphones, correct?

MR. CUTLER: Object to form.

THE WITNESS: Correct.

BY MS. DEGTYAREVA:

Q. I believe you testified earlier that TUSD also has WIFI on its school campuses, is that right?

A. That is correct.

Q. Are students able to use their personal devices to access the WIFI on the school campuses?

MR. CUTLER: Objection. Asked and answered.

Page 171

THE WITNESS:  No, students are not. The policy is that students are not able to use district WIFI on their personal devices.

BY MS. DEGTYAREVA:

Q.    Are there any restrictions that prevent students from accessing the WIFI on their personal devices?

A.    The district does take precautions and it is not widely known, the knowledge of the WIFI password, and even for staff.  Majority of staff, we are not able to use our own personal devices and get connected to WIFI.  So all of the WIFI connections do run through our technology department.

Students can be savvy and sometimes they may be able to find ways, but for the majority of the practices, students should not be able to access district-level WIFI on their personal devices.

Q.    But TUSD does provide students with school-issued devices, right?

A.    Correct.

Q.    And are students able to use the school-issued devices to access the WIFI on

Page 172

TUSD's campuses?

A.      Yes.

MS. DEGTYAREVA:  Let's mark as Exhibit 14 tab 16.

(Tucson-30(b)(6)-Shivanonda-14 was marked for identification.)

BY MS. DEGTYAREVA:

Q.      Let me know when you're ready.

(Witness reviewing document.)

A.      Okay.

Q.      Looking at the first page, it says Pueblo Gardens PK through 8.

A.      Yes.

Q.      What does that refer to?

A.      That is one of our TUSD schools.

Q.      And this is a presentation welcoming back families to the school for the 2021-2022 school year?

A.      That is what is looks like.

Q.      Turning to the page ending Bates 723, do you see where it says at the top "Please join us on Facebook"?

A.      Yes.

Q.      So this school is inviting parents or inviting families to join -- or to follow

Page 173

them on Facebook, correct?

A.    That is what it looks like, yes.

Q.    And then if you go to page ending in 725 titled Verizon Innovative Learning Schools, do you see that?

A.    Mm-hmm.

Q.    What is an innovative learning school?

A.    TUSD has received some grant funding and has collaborated with Verizon to create innovative learning schools.  So we have -- I don't remember off the top of my head how many Verizon innovative learning schools.  I want to say maybe around ten.  But it is a partnership with Verizon to provide additional access to instructional tools.

Q.    This presentation says that iPads are issued for all students grades 6 through 8 with limited data plan but unlimited WIFI.

Are iPads issued to all students grades 6 through 8 across all of TUSD?

A.    No.

Q.    So which students get TUSD -- which students get iPads districtwide?

A.    iPads are used in a variety of ways

Page 174

at some of our elementary schools.  At our younger grades, kinder, first grade, they may have iPads to use for instructional purposes. And then our Verizon Innovative Learning Schools use the iPads in lieu of a district-issued Chromebook or laptop.

Q.    So this presentation for this particular school, it then says at the bottom of this page, "Grade K through 5 students will be loaned Chromebooks."

A.    Correct.

Q.    So do all students across TUSD get Chromebooks?

A.    We are a one-to-one school.  So yes, depending upon if there's iPad or laptop, students do -- are loaned a device.

Q.    Okay.  So just to make sure I understand, every student across the district gets some device, and it's either a Chromebook or an iPad?

A.    Correct.

Q.    And are all of those devices able to connect -- all those school-issued devices able to connect to the unlimited WIFI offered by TUSD?

Page 175

A.    Those devices are able to connect TUSD WIFI when they are on TUSD campus.

I don't know about the terminology of "unlimited WIFI."  For majority of our students the district does not provide WIFI in their home, especially not with the Chromebooks. So I can't necessarily speak to what that word "unlimited" necessarily means for the iPads.

Q.    So the WIFI is available on all of the devices while they are at school?

A.    Correct.

Q.    Does TUSD limit what apps can be downloaded on the iPads or the Chromebooks?

A.    Yes.

Q.    And what are the limitations?

A.    So for downloading of apps, they all come prestandard.  So students are not able to download any specific apps of their choosing. So the Chromebooks are -- the district has identified the appropriate learning apps that are able to be used, and then those are preloaded onto those Chromebooks.

Q.    Does TUSD place any limits on what websites can be accessed on the iPads or the Chromebooks that are issued by TUSD?

Page 176

A.    Yes.

Q.    And what are those limits?

A.    So the district does engage in filtering practices for all WIFI, for both staff and students.  And so all social media platforms are not allowed to be used by students on TUSD WIFI.

And then keyword, there are specific keywords within that filtering that would block specific content based on keywords that have been determined by our technology department.

Q.    You said all social media platforms are not allowed to be used by students on TUSD WIFI.

Which specific social media platforms are not permitted on the WIFI?

A.    Facebook, Instagram, TikTok, X.  The other platform names are escaping me.  Snapchat.  Facebook, Instagram, TikTok, Snapchat, X, Discord.  Those are the main ones that are coming to mind.

Q.    Are there any other websites that students can't access on the TUSD WIFI?

A.    Again, it's based on content, so content filtering.

Page 177

Q.    Just make sure I understand, for the social media platforms you just mentioned, are those based on content filtering, or are those just completely prohibited?

A.    Those are just prohibited.

Q.    So are there any other websites that are completely prohibited and not based on content filtering?

A.    Any websites that would have to do with pornography, any other websites that would be explicit content that would be not appropriate for students.

Q.    Any other specific websites you can think of?

A.    I'm trying to think, because there's been some websites that even -- oh, so things like Netflix, Hulu, streaming services are also blocked.  Students are able to access -- I'm sorry.  It's 6:11 on Tuesday.  So I'm having a hard time coming up with every website.

Q.    Is there a document somewhere that lists all of the websites that are not allowed on the TUSD WIFI?

MR. CUTLER:  Object to form.

THE WITNESS:  That would most likely

Page 178

be probably internal with our technology department as they are the ones who manage that. I can't think of maybe any public documents that would list every single website.

BY MS. DEGTYAREVA:

Q. And how long have the website limitations been in place?

A. The limitations have been in place pretty -- well, when we started really moving towards one-on-one was when we were coming back, 2020 -- well, in 2020 we did provide devices for students for at-home use.

Prior to that there were access to technology within classrooms. Some of our schools would have what we would call a COW, computer on wheels, with a whole cartful of computers to be able to use for instructional practices, and so content filtering was in place then.

So as long as I can really remember, as long as we've been providing access to technology for students on campuses, there has been some sort of filtering, but I can't speak to the exact specifics.

Page 179

Q.    And have defendants' platforms always been included on the list of websites that are not permitted?

A.    To my knowledge, I believe so.

Q.    Now, are students able to use their school-issued iPads or Chromebooks to access their home WIFI?

A.    Yes.  If they have WIFI at their home, it is enabled to be able to access WIFI.

Q.    And so if a student is using their school-issued devices on their home WIFI, are there any restrictions on what websites they can visit?

A.    TUSD, we are only able to filter on TUSD WIFI, so we do not have the ability to do any filtering on the home WIFI, so no.

Q.    Does TUSD give parents the ability to use parental controls on the school-issued devices?

A.    I believe so, but I am not 100 percent sure on all the details of that.

Q.    Do you know what parental controls are available on school-issued devices?

A.    I do not.

Q.    Does TUSD have data on how many

Page 180

parents use parental controls on school-issued devices?

A.    I do not believe that that is data that is collected, no.

Q.    Now, TUSD itself uses social media to communicate with its students and their families, correct?

A.    Correct.

MS. DEGTYAREVA:  Let's mark as Exhibit 15 tab 18.

(Tucson-30(b)(6)-Shivanonda-15 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, this is a printout of TUSD's website.  Does this look familiar to you?

A.    It does.

Q.    And if you go to the third page of this exhibit, at the very bottom do you see a row of icons?

A.    I do.

Q.    So the first icon there is a link to TUSD's Facebook page, right?

A.    Correct.

Q.    And then the third icon is a link to

Page 181

TUSD's Instagram page, correct?

A.    Correct.

Q.    Okay.  Actually, well, sorry, the second icon is a link to the X page, correct?

A.    Correct.

Q.    The fourth icon, is that Vimeo?

A.    I believe so.

Q.    The fifth icon, is that a link to TUSD's YouTube page?

A.    Correct.

Q.    The sixth icon, is that a link to TUSD's LinkedIn page?

A.    Yes.

Q.    And what is the last icon?

A.    That is the Awareity platform.  As I had mentioned before, Awareity is our platform for students and anyone, really, to report any concerns.

MS. DEGTYAREVA:  Okay.  Let's mark as Exhibit 16 tab 19.

(Tucson-30(b)(6)-Shivanonda-16 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Ms. Shivanonda, this is a printout from TUSD's Facebook page.

Page 182

Do you see that?

A.    I do.

Q.    How long has TUSD had a Facebook page?

A.    I am not sure of how long; however, I do know that over the last several years it has been used with more consistency.  I know that that's been, I guess, used with more consistency just over the last couple of years.

Q.    When you say "with more consistency," do you mean more often?

MR. CUTLER:  Object to form.

THE WITNESS:  Yes.

BY MS. DEGTYAREVA:

Q.    And on TUSD's Facebook page, is there anything warning students or families about TUSD's position that Facebook could be harmful to mental health?

A.    I have not done a deep dive of the TUSD Facebook page, so at face value on this document, I am not seeing anything.

Q.    And according to -- at least at the time this page was printed, it says that TUSD has 24,000 followers on Facebook, correct?

A.    That's what it looks like.

Page 183

Q. Now, individual schools within TUSD also have Facebook -- or at least some of the schools have Facebook pages, right?

A. Yes. I don't know if all do, but many do, yes.

Q. And TUSD at times posts photographs of its students on its Facebook page, right?

A. Only students that have -- the parents have signed waivers for digital media to be used.

Q. It allows people to like content on its Facebook page, right?

A. It appears so, yes.

Q. And TUSD allows people to post comments on its Facebook page, right?

A. I would say for the majority of them probably. There might be some where that may be restricted, but...

MS. DEGTYAREVA: Let's mark as Exhibit 17 tab 21.

(Tucson-30(b)(6)-Shivanonda-17 was marked for identification.)

BY MS. DEGTYAREVA:

Q. Ms. Shivanonda, this is a printout from TUSD's Instagram page. Do you recognize

Page 184

this?

A.    I do.

Q.    Are you aware of any warning that TUSD has posted on its Instagram page that Instagram could be harmful to students?

A.    I have, again, not done a deep dive of the TUSD Instagram page; however, I'm not seeing anything on this document.

Q.    And at the time that this printout was made, it said that TUSD had 3,335 followers on Instagram, right?

A.    That is correct.

Q.    TUSD posts content on its Instagram page, right?

A.    Yes.

Q.    TUSD posts pictures of its students on the Instagram page, right?

A.    Again, those that have submitted for media postings, yes.

Q.    TUSD allows people to like content on its Instagram page, right?

A.    Yes, appears so.

Q.    And people can leave comments on TUSD's content on the Instagram page, right?

A.    Yes.

Page 185

MS. DEGTYAREVA: Okay. Let's mark as Exhibit 18 tab 22.

(Tucson-30(b)(6)-Shivanonda-18 was marked for identification.)

BY MS. DEGTYAREVA:

Q. Ms. Shivanonda, this is a printout from TUSD's YouTube account.

Do you recognize this?

A. I do.

Q. How long has TUSD had a YouTube account?

A. The district has used YouTube for varying degrees for several years. Most of the TUSD media, at least at the beginning of the use of YouTube, was not public, it was used internally. We still also have many of our videos that are internal use, and then very specific of what may be public.

Q. There is some content that is public on TUSD's YouTube page?

A. There is some content that is public, yes.

Q. Are you aware of any content that TUSD has posted onto its YouTube page that warns students that YouTube could be harmful?

Page 186

A.    Directly on its YouTube page, I am not aware.

Q.    And at the time that this printout was made, it says that TUSD has 2.46 thousand subscribers on its YouTube page, correct?

A.    That's what this says, yes.

MS. DEGTYAREVA:  Now let's take a look at Exhibit 19.  We'll mark tab 40 as Exhibit 19.

(Tucson-30(b)(6)-Shivanonda-19 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    So if you turn to the page after the document -- or after the page that says Produced in Native Format, do you see that this is a presentation from Valencia Middle School, Welcome Vesey Elementary Parents?

A.    Vesey, yes.

Q.    Vesey.

Are those both schools in TUSD?

A.    They are.

Q.    And if you turn to the last page of this presentation, do you see where it says, "Parent notification:  website, Instagram, Facebook, and Twitter of daily happenings"?

Page 187

A.    Oh, okay.  Yes.

Q.    So TUSD schools encourage parents to use these websites to learn about daily happenings at the schools, is that right?

MR. CUTLER:  Object to form.

THE WITNESS:  The school district tries to keep up with the times.  And we know that the majority of our students and our parents, they utilize social media more so than maybe e-mail, so in order to be able to provide regular information, it does leverage the platforms that the community is using, yes.

MS. DEGTYAREVA:  Let's mark as Exhibit 20 tab 23.

(Tucson-30(b)(6)-Shivanonda-20 was marked for identification.)

BY MS. DEGTYAREVA:

Q.    Do you see at the bottom of this page it says Tucson Unified School District?

A.    I do.

Q.    And then the document appears to be titled Get Ready for Tucson College Night.

Do you see that?

A.    I do.

Page 188

Q.    Is this an event that Tucson Unified School District put on?

A.    This is an event that, yes, the Vesey school counseling department puts on annually.

Q.    And so this is a flyer that's inviting students to register for this college night, correct?

A.    Correct.

Q.    Now, do you see that there is a -- well, first, a barcode next to "Prior to Tucson College night" --

A.    Yes.

Q.    -- on the right of the page?

A.    Mm-hmm.

Q.    So students are able to use their cellphones to -- not barcode, QR code -- to scan the QR code?

(Room interruption.)

(Discussion off the record.)

BY MS. DEGTYAREVA:

Q.    So going back to the exhibit we were on, students are able to use their cellphones to scan this QR code in order to register for this college fair, correct?

Page 189

A.   Correct.

Q.   And then there's a code at the bottom for the Snapchat app, correct?

A.   Correct.

Q.   That was another way that students were able to either find information about or register for this college fair, correct?

A.   Correct.

MS. DEGTYAREVA:   Actually, I think now might be a good time to break.   Let's go off the record.

THE VIDEOGRAPHER:   We are going off record.   The time is 6:27.

(Whereupon, the deposition was adjourned.)

THE VIDEOGRAPHER:   The time on the record today for counsel for Snap is 2:46. And we're off the record.

Page 190

CERTIFICATE OF COURT REPORTER

I, MAUREEN O'CONNOR POLLARD, Registered Diplomate Reporter, CSR No. 14449 for the State of California, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Dated this 9th day of April, 2025.

_____

MAUREEN O'CONNOR POLLARD

CSR No. 14449

Page 191

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.  It will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 192

- - - - - -

E   R   R   A   T   A

- - - - - -

PAGE   LINE   CHANGE

____   ____   _____

   REASON: _____

___   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

   REASON: _____

____   ____   _____

ACKNOWLEDGMENT OF DEPONENT

I, _____, do Hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.


_____
WITNESS NAME                 DATE




Subscribed and sworn
To before me this
_____ day of _____, 20____.
My commission expires: _____


_____
Notary Public

Page 194

LAWYER'S NOTES

PAGE   LINE

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

____   ____   _____

**[& - 2023]**                                                    Page 1

| **&** | **11**  6:14 13:13 | **16-17**  66:1 | **2014-2016** |
|---|---|---|---|
| **&**  1:16 2:6 3:3 3:11,18 4:3,11 | 145:22 147:22 147:23,24 | **161**  6:23 | 35:16 |
| **0** | **110**  6:16 153:7 153:24 | **17**  7:8 13:24 14:5 183:20,21 | **2015**  41:18 66:15 67:9 |
| **00006965**  6:23 | **114**  5:25 | **172**  7:3 | **2016**  35:9 |
| **00159360**  6:11 | **12**  5:12,15 6:16 | **18**  7:9 8:5,7 | 41:18 66:15,16 |
| **00165722**  7:3 | 37:20 38:16 | 14:9 180:10 | 66:19 67:4,4,9 |
| **00183309**  7:13 | 39:4,19 148:23 | 185:2,3 | 67:14 68:7 |
| **00184507**  6:4 | 153:1,2 154:20 | **180**  7:5 | **2016-2017**  66:2 |
| **00319608**  6:14 | 154:22 | **181**  7:6 | 66:5 68:6 |
| **00363931**  6:19 | **121**  6:2 | **183**  7:8 | **2017**  36:22 |
| **00464074**  7:11 | **124**  6:4 | **185**  7:9 | 123:4 |
| **03047**  1:3 | **128**  6:7 | **186**  7:11 | **2018**  36:22 |
| **1** | **13**  6:21 10:23 | **187**  7:13 | 123:3,4,10,13 |
| **1**  5:9,19 6:7,16 | 13:17 153:1 | **19**  7:11 154:3 | 123:17,22 |
| 12:11,12,17 | 154:3 160:24 | 181:20 186:8,9 | **2018-2019** |
| 13:7,9 53:1 | 161:1 | 186:10 | 123:6 |
| 57:6 58:10,18 | **1382**  1:9 | **2** | **2019**  123:3 |
| 59:8,25 61:3,5 | **14**  7:2 129:9 | **2**  5:14 12:11 | 147:6 148:23 |
| 61:7,8,11,23 | 147:22 172:4,5 | 38:21,22 53:2 | **202-220-1126** |
| 68:20 128:21 | **14,000**  168:24 | 53:4 57:6 | 4:13 |
| 148:22 153:7 | **140**  6:11 | **2.46**  186:4 | **202-434-5380** |
| **10**  5:4 6:13 | **14449**  1:25 | **20**  7:12 8:5 | 3:19 |
| 13:13 145:23 | 2:11 190:4,20 | 187:15,16 | **2020**  10:21 |
| 145:24 | **145**  6:13 | 193:17 | 43:6,7,12 |
| **100**  37:10 | **147**  6:15 | **20001**  4:12 | 147:6 178:12 |
| 41:22 61:15 | **15**  7:5 180:10 | **20024**  3:19 | 178:12 |
| 116:14 179:21 | 180:11 | **2006**  141:20 | **2021**  10:21,22 |
| **103**  53:17 | **153**  6:19 | 143:22 | 43:7,13 |
| **103,211,006** | **159360**  143:12 | **2012**  10:20 | **2021-2022**  7:2 |
| 53:13 | **16**  7:6 13:19,22 | **2014**  35:9 36:1 | 172:17 |
| | 172:4 181:20 | 66:15 | **2023**  5:15 |
| | 181:21 | | 34:15,20 37:20 |
| | | | 38:14,16 39:4 |

**[2023 - 69]**                                                    Page 2

39:19
**2024**  34:19
**2024-2025**
  127:5
**2025**  1:19 2:8
  9:7 190:16
**21**  8:6 183:20
**213-683-9516**
  4:5
**21527**  190:17
**22**  154:3 185:2
**23**  13:13,14
  104:24 187:15
**24**  8:6 81:1
  104:24
**24,000**  182:24
**25**  8:6 81:1
  141:20
**2555**  3:11
**25th**  143:22
**26**  5:19 53:1
**27**  121:23
**2:02**  1:19 2:7
  9:8
**2:46**  189:17

5:24 6:1,3,5,8
6:12,14,16,20
7:1,4,6,7,9,10
7:12 12:12
38:22 52:17
56:18 114:19
121:12 124:1
126:14 128:12
140:17 145:24
147:24 153:2
161:1 172:5
180:11 181:21
183:21 185:3
186:10 187:16
191:13
**300**  3:4
**3047**  1:5 9:11
**32**  13:18,20
**33**  8:7
**350**  4:4
**38**  5:15 121:24
**3800**  1:16 2:6
**3938**  6:19
**3:24**  76:20
**3:39**  76:23

### 3

**3**  5:16,23 8:6
  52:15,16,17
  53:3 57:2,4,6
  128:11,23
**3,335**  184:10
**30**  1:12 2:3 5:9
  5:10,13,16,20

### 4

**4**  5:21 56:17,18
  57:5,6 58:9
  59:24 68:11
  121:7
**40**  162:21
  186:8

**40,000**  118:17
**42**  123:25
  124:4
**45**  38:21
**46**  52:16
**47**  56:16
**4740**  3:4
**48**  13:18,20
**49**  13:23,24,25
**4:22**  1:3
**4:24**  1:9
**4:59**  140:11

### 5

**5**  5:24 114:16
  114:17,18,19
  118:13 174:9
**500e**  4:12
**50th**  4:4
**52**  5:19
**55**  13:24 14:1
**56**  5:23 14:6
**5746**  7:3
**59**  14:6
**5:19**  140:14
**5:23**  144:10
**5:25**  144:13

### 6

**6**  1:12 2:3 5:9
  5:10,13,16,20
  5:24 6:1,2,3,5,8
  6:12,14,16,20
  7:1,4,6,7,9,10
  7:12 12:12

38:22 52:17
56:18 114:19
114:24 121:5,7
121:12,12,17
124:1 126:14
128:12 140:17
145:24 147:24
153:2 161:1
172:5 173:18
173:21 180:11
181:21 183:21
185:3 186:10
187:16
**6.3**  39:7
**60**  14:6 108:8
**601**  4:11
  124:11,14,16
**603**  127:18
**609**  149:3
**61**  14:11
**62**  14:11
**63**  14:11
**630**  3:18
**64**  14:15,18,20
  14:21,25
**64108**  3:12
**64112**  3:4
**65**  14:20
**66**  14:15,16
**67**  14:19,20,21
  14:25
**68**  14:20,21,25
**69**  14:15,19,20
  14:21,25

**[6966 - added]**

**6966** 6:23
**6:11** 177:19
**6:27** 189:13

**7**

**7** 6:3 12:23,24
13:7,9 39:5
123:25 124:1
**70** 74:11
**723** 172:21
**725** 173:4

**8**

**8** 6:5 7:2 9:7
13:8,12,14
31:15 128:10
128:12,22
140:16 172:12
173:18,21
**800** 169:1,1
**816-474-6550**
3:12
**816-701-1145**
3:5
**88** 104:3
**8th** 1:19 2:8

**9**

**9** 6:9 13:8,13
114:25 129:8,8
140:16,17
160:24
**90** 168:16
**90071-3426** 4:4

**931** 156:4
**932** 156:9
**933** 157:21
**934** 158:20
**935** 159:8
**9361** 6:11
**9612** 6:15
**9th** 124:14
190:15

**a**

**aasa** 109:9
**ability** 104:9
179:15,17
**able** 23:18
28:21 35:25
36:5,25 37:8
37:15 46:5
48:12 49:1
50:1 51:24
66:25 68:8
70:5 78:23
81:11,22 82:5
84:24 85:3,4,9
85:11,14,16
88:9 91:2 97:9
97:11 100:8
102:20 104:8
107:1 112:1
119:1 125:17
134:11 137:11
137:22,23
146:12 163:9
169:24 170:21

171:2,12,17,19
171:24 174:22
174:23 175:1
175:17,21
177:18 178:18
179:5,9,14
187:11 188:16
188:23 189:6
**absences** 90:5
**absent** 88:6
90:3
**absolutely** 55:2
64:19
**abuse** 11:8,9
45:6,12,14
46:6,9,16 47:6
**academic** 17:24
23:3 26:7,8
63:23 92:16
109:8,14,16
122:9
**access** 66:25
67:19 84:2,22
85:9,14 96:20
96:21 97:10
146:10,16
169:8,14,25
170:22 171:19
171:25 173:15
176:23 177:18
178:14,22
179:6,9
**accessed**
175:24

**accessible**
49:21
**accessing** 98:14
171:7
**accolades**
132:23
**account** 7:9
185:7,11
**accurate** 10:13
191:16
**acknowledg...**
193:2
**act** 97:22
109:13
**action** 39:7
70:4 97:21
105:14,16,21
129:3
**actions** 36:16
43:1
**active** 41:10
**activities** 89:21
100:14 145:15
**actual** 27:20
94:10
**actually** 64:19
65:24 85:25
113:6 120:6
122:23 137:2
146:22 150:11
162:19 181:3
189:9
**added** 168:18

**addicted** 118:10

**addiction** 1:4 39:20

**adding** 48:21

**additional** 54:22 59:14 65:15 74:8 106:12 108:2 112:1 117:20 142:7 162:3 163:24 164:8 168:14,18 170:3 173:15

**additive** 116:4

**address** 51:17 71:17 104:15

**adjourned** 189:15

**adjust** 23:25 47:23 160:21

**adjusted** 47:13 162:22

**adjusting** 45:1 46:10 102:6

**adjustment** 40:8 46:17

**admin** 90:7 156:16

**administration** 162:13 165:10

**administrative** 145:8

**administrator** 2:10 50:18 81:22 105:10 105:24 142:18 142:22

**administrators** 48:21 49:11,12 50:5 51:1 90:17,25 93:24 95:2,7,11 96:1 96:21 142:8 160:20

**adolescent** 1:3

**adopted** 164:3

**adult** 65:8

**affecting** 90:10 137:10

**afternoon** 10:3

**age** 89:18

**agencies** 110:3 110:24 111:5 111:12,16 113:7,8 120:7 123:9

**agency** 110:19 111:1,2,22 113:18 114:7 114:13

**aggregate** 27:6 27:8,21,24 29:20,22 32:15

**aggression** 45:6 47:19

**aggressive** 97:22

**ago** 37:11 42:24

**ahead** 20:2 21:9 97:7 107:7

**al** 9:13

**algorithms** 135:16,20

**allegations** 33:14

**allege** 71:6 72:22

**alleged** 56:11

**allegedly** 101:13,22

**alleges** 34:4

**allowed** 141:25 142:4 145:12 169:8 176:6,13 177:22

**allows** 183:11 183:14 184:20

**alphabet** 3:16

**amadison** 3:20

**amassed** 59:10

**amended** 5:9 5:20 6:5 57:1 128:20

**american** 17:21

**amount** 54:19 54:20 69:9,17 69:19 70:20

75:3 77:21 99:3 101:7 106:25

**analysis** 27:19 45:2 47:22 54:24 55:7,24 70:8,14 71:4 102:2,4,13,23 102:24 103:18 104:11 106:3 107:4

**analyze** 70:19 96:1

**analyzed** 169:3

**anecdotal** 35:20 72:10 77:25 78:15,24 79:1,6,15,17 87:19,22 88:7 88:23 89:5,11 90:25 91:6,24 92:10 96:5,16 96:24 97:1 100:8 120:8 138:14 151:14 152:6

**anecdotally** 49:10 70:1 79:1 87:12 88:15 90:2 99:25

**angeles** 4:4

**ann** 10:6

anna 18:14 28:5 82:9

annually 188:5

anonymously 95:21,22

answer 8:3 19:18 20:2,19 21:3 23:15,19 25:17,25 28:21 31:8 33:20 38:9 54:8 55:10,17 62:4 63:4 66:8,10 69:5 73:3 75:9 83:9 85:6 89:3 97:7 117:10 118:11 119:13 126:5,12 139:12

answered 21:7 62:3 66:7 69:4 71:11 73:2,21 75:8 89:2 97:6 117:8 119:12 134:17 138:12 139:11 170:25

answers 5:21 6:5 57:1 80:20 128:20 193:5

anxiety 63:19 72:14 73:5 75:16 137:21

anybody 19:11 21:23

apart 15:24 19:10 21:22 22:19 26:3 28:23 33:2,9 42:13 44:20 136:13 160:4 165:11 166:6 167:2,9 169:15

apologize 15:2 136:11

app 189:3

appear 157:12

appearances 3:1 4:1

appears 39:2 126:20 154:1 155:12 183:13 184:22 187:22

applications 84:14 97:17

applied 68:15

apply 72:4

appropriate 162:4 166:13 175:20 177:12 191:5

approval 142:18 145:8

approve 39:13

approved 111:21

approves 145:15,18

approving 42:14

approximate 53:12 68:16

approximately 16:25 40:17 53:17

apps 84:18,25 85:3,17,20,22 85:24 86:15,16 99:17 100:15 150:12,25 151:6 152:22 175:12,16,18 175:20

april 1:19 2:8 9:7 190:15

archived 37:3

area 17:17,17 18:5

arguments 158:3

arizona 1:17 2:7 9:10 26:14 72:4 110:18 111:5 112:14 115:9

armani 3:20

arts 147:11 154:3 157:22

asca 17:20,23

ascertain 70:5 119:3

asked 25:20 29:13 37:18,23 66:7 69:3 71:10 73:1,20 75:7 82:19,22 89:1 97:5 117:7 119:11 138:11 139:10 163:3 170:24

asking 38:6 75:2 78:6,15 78:17,20,25 88:3,18 91:13 125:5 126:3

asks 31:13,16 80:5

assessment 30:12 108:19 149:6,9 152:13 152:14,20

assign 49:7

assigned 16:17 17:2,16 105:22 110:25 113:18

assistant 16:6 18:21 49:13 60:2 63:20 95:24 105:12 105:19,20 116:25 117:1,4 117:5 127:24

associated 59:25 60:1 101:14,23

133:15
**association**
  17:21
**attached**
  124:25 125:3
  191:9 193:7
**attempt**  102:15
  168:13
**attempted**
  93:15 101:12
  101:21
**attendance**
  23:4 51:15
  88:5 89:23,23
  109:6
**attorney**
  191:13
**attribute**
  129:19
**attributed**
  53:24 54:5,16
  130:6
**attributes**
  53:18
**attributing**
  129:23 137:8
**audience**  84:7
**audio**  81:25
**august**  141:20
  143:22
**authorization**
  142:7
**authorize**
  37:19,24

**autonomy**
  147:18
**available**  42:9
  42:11 98:4,8
  98:13 107:12
  123:4,5,12,20
  144:19 146:19
  175:9 179:23
**avenue**  3:4,18
  4:4,11
**aware**  35:17
  36:6 37:10
  55:3 59:6,17
  70:13 71:1
  75:4 82:25
  93:18 98:25
  99:5 102:18
  118:8,14,19
  119:8 120:18
  121:19 127:13
  136:5,14 139:6
  147:16,19
  159:21,22,25
  162:12 165:17
  166:7,16 167:8
  168:4 169:6
  184:3 185:23
  186:2
**awareity**  95:19
  96:14,17
  181:15,16
**awareness**
  13:11

**az**  109:9

**b**

**b**  1:12 2:3 5:7,9
  5:10,13,16,20
  5:24 6:1,3,5,8
  6:12,14,16,20
  7:1,4,6,7,9,10
  7:12 12:12
  38:22 52:17
  56:18 114:19
  121:12 124:1
  126:14 128:12
  140:17 145:24
  147:24 153:2
  161:1 172:5
  180:11 181:21
  183:21 185:3
  186:10 187:16
**back**  23:16
  41:17 42:19
  44:9,23 46:18
  65:24 68:10,11
  68:20 76:22
  78:2 88:18
  97:19 111:12
  122:23 123:2
  125:23 127:17
  140:13 144:12
  154:10,17
  166:15 172:17
  178:11 188:22
**backpack**
  94:18 157:16

160:10 163:8
  166:25 167:2,7
  167:10,21
**backpacks**
  158:21,21
  160:12,18
  161:24 162:8
  163:10 165:25
  166:9,18
**backwards**
  131:14
**bacon**  3:11
**bag**  161:16
**bags**  157:22
**ban**  141:3
**barcode**  188:11
  188:17
**barriers**  168:8
  169:22
**based**  23:11
  28:20 30:9
  31:22 32:2
  33:16 35:11
  37:17 40:7,8,9
  44:2 49:7
  62:21 71:20
  74:19,23 95:5
  100:10 105:14
  107:13 155:7
  155:11,22
  157:7 160:22
  176:10,24
  177:3,7

**basically** 24:4
132:22
**basis** 31:17
40:20,24 49:11
66:4,16 78:23
98:12 103:24
107:21,25
129:22 135:4,9
138:19
**bates** 6:3,10,14
6:18,22 7:2,10
7:13 149:3
156:3 159:8
172:20
**bathroom**
133:17,18,21
134:4,9
**bathrooms**
134:2
**began** 10:20
34:15 38:14
41:14,22 57:14
123:17,22
**beginning**
57:13 80:25
185:14
**begins** 14:4
**behalf** 3:2,8,16
4:2 15:9
**behavior** 51:6
92:16 102:11
104:19 105:1
149:23

**behavioral**
60:16 63:12,25
67:5,24 107:17
110:3,4,24
111:1 122:3
123:9
**behaviors** 94:8
105:3
**believe** 16:8
22:13 23:9
34:8 36:21
37:5,11 45:7
50:19 56:4
57:12,12 58:7
58:14,19,20
79:7 81:21
82:4,8 85:15
89:22 112:24
134:17 135:4,9
141:23 142:9
143:20 158:16
167:13 168:6
170:17 179:4
179:20 180:3
181:7
**believes** 53:11
136:6,15
**benchmarks**
109:14,14
**bereal** 98:22
**best** 104:9
**better** 103:16
104:6,8 152:10

**beyond** 27:10
**big** 70:7 133:21
168:25
**bigger** 64:12
**bit** 36:3 120:10
138:2 160:16
**block** 176:9
**blocked** 177:18
**blunt** 24:9
**blvd** 1:16 2:7
**board** 5:14
6:20 23:7
24:15,24 25:1
25:4 26:4,6
34:16 37:18,23
38:2,15 39:3
39:21,22 40:21
40:22 41:1,4,8
41:10,15,25
42:1,6,7,16
43:1 142:14
143:25 161:5
169:19 170:2
**board's** 163:22
**body** 73:6
**books** 137:17
**bottom** 39:6
53:4 125:22
148:22 154:11
156:4 159:13
159:14 174:8
180:19 187:19
189:3

**boulevard** 3:11
**boyfriend**
150:16
**boyfriends**
149:22
**brain** 109:8
**breach** 37:12
68:8
**break** 76:17
86:20 140:8
144:5 189:10
**breaks** 136:25
**bring** 32:23
33:6 88:18
**bringing** 37:19
37:24 94:16
**broader** 25:2
28:21
**broken** 53:23
137:1,17,17
154:2
**brought** 39:23
**bullet** 149:5
**burress** 3:14
**buying** 47:11

c

**c** 3:14 9:1
**ca** 1:25 9:11
**calculate** 69:1
**calculating**
59:24
**calculations**
66:5

**california** 1:1 2:10 4:4 190:5
**call** 16:20 150:12 151:13 178:16
**called** 28:17 36:12 51:6 59:8 90:18 91:18 95:19 109:2,3,9,9 146:4
**calls** 20:13
**campus** 29:9 30:14 47:14 64:22 65:9 74:15 99:22 101:6 103:4 108:3 136:24 137:2 138:22 139:17 141:4,7 141:25 142:9 144:23 160:22 162:4 166:14 175:2
**campuses** 29:19 47:6 64:3 67:25 72:16 73:16 75:18 76:5 104:20 105:2 115:14,20 147:15 160:21 170:18,23 172:1 178:23

**capacity** 62:11 63:11
**capture** 91:20
**cards** 26:13 122:16
**career** 18:1
**carefully** 191:4
**carrier** 19:2
**carrying** 161:16
**cartful** 178:17
**cartmell** 3:3
**case** 1:3,9 15:20 20:7 33:14 86:10 111:20 142:25 190:13
**cases** 112:3
**categories** 28:20 32:16,20 56:7 58:6,22 61:2 131:12
**category** 57:6,6 57:6 58:10,16 58:18 59:8,25 61:11 68:15,17 119:4
**caught** 101:5
**causal** 34:25 35:1,2,5 136:18 137:20
**causation** 138:13,25

**cause** 73:13
**caused** 139:8
**causing** 34:8,22
**cburress** 3:14
**ceiling** 133:19
**cell** 6:9,16,21 149:15 153:6 154:13
**cellphone** 35:12 78:10,18 85:19 141:1,4 142:8 154:24 155:9,18 157:5 157:6,16 158:11 160:14 161:11,14 162:6,17,19,22 162:24 163:3,6 163:8,19,20,23 163:25 164:4,6 164:13,25 165:7,15,21 166:3,12,24 167:4,6,24 168:1,5,11,23 169:4,12,14,18 169:21 170:8
**cellphones** 35:18 66:14 77:3,13,22 78:9,21 79:12 79:16 80:6,16 83:4,15,16 84:6,10 141:6

141:10,25 142:4,16 144:16,23 145:2,6,10 146:10 150:9 152:9 159:10 159:16 160:17 161:6,20 162:24 163:10 163:24 164:17 164:19 165:25 166:18 169:9 169:25 170:6 170:13 188:17 188:23
**centralized** 52:7 117:21
**certain** 28:20 55:1 60:1 61:15 135:17 165:1
**certificate** 190:1
**certification** 112:8
**certify** 190:7 193:4
**chain** 6:14 148:3,13
**chairs** 137:15
**challenge** 133:5 133:16 134:1 134:16,23,25

**challenges**
130:1 131:13
132:5,12,12,19
132:25 133:22
135:6,11
**change** 43:24
123:8,10 192:3
**changed** 44:22
**changes** 36:8
44:11,12 45:13
46:24 193:6
**chart** 53:21
54:1,4,17 61:5
61:6,7,22,25
62:7 115:4
123:1 129:8,11
129:15 133:14
136:5,14
**charts** 65:25
66:1 68:21,22
71:7 72:22
131:4
**chief** 54:11
56:3 62:10
**child** 64:5,8
90:8
**children** 65:12
**children's**
93:13
**choosing**
175:18
**chromebook**
174:6,19

**chromebooks**
174:10,13
175:6,13,19,22
175:25 179:6
**chronic** 112:8
**circle** 91:19
**circumstances**
110:10
**city** 3:4,12
**civil** 5:18 53:1
**claiming** 53:24
54:5
**class** 100:2
149:15 150:3,4
150:5 156:10
160:5,12
162:24 169:12
**classes** 147:11
150:1 154:6
155:16
**classroom**
30:20 31:23
60:21 73:10
94:2 158:2
159:10,15
169:13
**classrooms**
51:14 87:25
100:2 103:5
137:8 138:19
154:25 155:1
157:4 159:3
162:21 178:15

**clear** 21:5 78:6
109:17 163:8
166:25 167:2
167:10,21
**click** 124:12
**climate** 60:22
71:25 91:19
104:16
**clinicians** 118:6
**clock** 69:22
**close** 140:7
**closest** 106:25
**cloud** 37:17
**clout** 136:2
**coach** 145:18
**coaching** 60:19
**code** 40:6,9,11
42:19,21,22,23
43:3,4,8,12,16
44:1,4,10,11,14
44:21 45:1,3
45:10,13 46:2
46:4,12,18
47:24 48:17
49:6,15 78:2
80:9,14,24
81:4,5 82:6
102:6 188:17
188:18,24
189:2
**codes** 122:3
124:16
**cognizant**
44:25

**collaborate**
63:21 94:24
110:22 120:6
**collaborated**
173:10
**collaborating**
61:19
**collaboration**
62:10 123:23
**collect** 23:24
29:25 30:1,2,3
30:10,25 32:4
32:19 67:18
69:24 77:5
78:23 90:25
91:2 103:23
108:20,24
116:10
**collected** 23:20
28:8 29:11
35:25 50:7
70:16,19 114:7
115:24 124:23
180:4
**collecting**
35:23 71:3
138:5
**collection** 36:8
71:2
**collective**
103:11 104:6
**collects** 121:25
122:4

**college** 7:12 18:1 20:6 187:23 188:7 188:12,25 189:7

**column** 68:22

**columns** 68:24 69:2

**come** 39:20 40:22 51:16 95:1 115:8 124:13 165:3 175:17

**comes** 51:23 64:22 96:24 125:13 127:10 127:21 169:21

**coming** 96:8 176:21 177:20 178:11

**commencing** 2:7

**comment** 158:10

**comments** 155:17 183:15 184:23

**commission** 193:18

**committee** 80:25

**communicate** 180:6

**communicati...** 20:14 129:4 150:23

**communities** 11:13

**community** 11:10 45:19,22 63:9 79:25 95:21 96:19 103:16 107:20 120:7 123:21 168:9 169:22 187:13

**companies** 39:8 39:15 42:15

**company** 146:4 146:8

**compensatory** 53:12

**complaint** 56:12 103:9

**complete** 110:18 111:6 112:14 114:12 115:9

**completed** 130:12

**completely** 61:21 177:4,7

**component** 29:14 47:19 51:2 133:22 135:22

**components** 130:9

**comprehensive** 61:20

**computer** 178:17

**computers** 178:18

**concerning** 40:17

**concerns** 40:22 91:13 94:1 95:11,17,22 96:2,19 102:10 181:18

**conclusion** 106:4

**condition** 111:19

**conditions** 122:1,3,5 124:16

**conduct** 40:7,9 40:12 42:20,21 42:22,24 43:3 43:4,8,12,16 44:1,4,10,12,15 44:21 45:1,3 45:10,14 46:2 46:4,12,18 47:24 48:18 49:6,15 78:3 80:9,14,25 81:4,6 82:6

102:7

**conducted** 70:8 102:19 103:17 104:10 106:3

**conference** 90:18,21,22 91:7,9,15,21 92:1,14,24 169:9

**confidential** 8:16

**confirm** 13:3 127:16

**confirmed** 144:18

**confiscated** 165:1

**congregating** 99:23

**conjunction** 56:2

**connect** 65:1 86:7 113:6 174:23,24 175:1

**connected** 35:18 47:21 49:2,19 62:22 64:4 69:15 86:6,13 101:4 102:14 171:13

**connection** 40:4,24 41:3 41:19 56:11

65:3,8 72:12
75:12,20 91:22
120:16 129:25
151:7
**connections**
47:4 67:22
119:21 120:3
171:14
**connects** 29:3
43:20
**connolly** 3:18
**consequence**
49:16
**consequences**
49:7 156:11
**consider**
103:25 159:19
**considered**
122:9 152:11
**consistency**
158:3 182:7,9
182:11
**consistent**
156:11
**consistently**
156:6
**contain** 92:25
**contains**
163:19
**contend** 129:3
**content** 87:3
101:3,10
176:10,24,25
177:3,8,11

178:19 183:11
184:13,20,24
185:19,21,23
**context** 21:13
**continue** 43:24
**continued** 4:1
**continuing**
46:16
**continuously**
135:25
**contribute**
58:20
**controls** 93:5
179:18,22
180:1
**conversation**
79:4 80:11,13
84:4 91:4,12
92:5,6 94:6
96:24 116:9
152:6 164:8
**conversational**
94:15,21
106:10
**conversation...**
94:3
**conversations**
27:18,25 28:4
36:18 49:17
51:1,10 57:24
58:4,8,19 59:2
79:6,19 80:20
80:23 81:3,9
81:15,24 82:3

83:7,12 87:13
87:20 88:2
89:6,7,15,16
90:20 91:5
95:7,7 96:5
97:1 99:11,24
102:5 106:6
116:13 120:8
131:14 152:2
**coordinate**
149:20
**coordinator**
11:6,9 16:7
18:25 24:10
31:12,15 74:1
**coordinators**
11:6 30:24
**copies** 108:11
**copy** 12:20
82:10 142:12
**core** 169:12
**corporate**
11:16
**correct** 11:24
15:2 18:6 19:9
28:2 53:19
80:22 85:21
88:20 93:2
109:19 111:7
130:22 139:13
140:1,5 141:5
141:8,9,13
144:24,25
145:8,9,15,16

145:20,21
146:13,14,18
147:5,8,13
150:18,20
151:24 152:17
152:21,23,24
153:19 154:7
155:1,19
159:22 160:2,3
160:7 161:9,18
161:21,24
162:1 166:22
167:1 170:13
170:15,20
171:23 173:1
174:11,21
175:11 180:7,8
180:24 181:1,2
181:4,5,10
182:24 184:12
186:5 188:8,9
188:25 189:1,3
189:4,7,8
190:8 193:5
**corrections**
191:4,6 193:6
**correctly** 36:21
90:1
**correspond**
131:12 132:4
132:24 133:4
**cost** 129:1
146:21 159:24
168:22 169:4,6

| | | | |
|---|---|---|---|
| **costs** 60:1 | 32:13,19 49:12 | **creating** 34:17 | 20:18,25 21:7 |
| **counsel** 9:15 | 72:6,8 74:2,3 | 60:18 73:8 | 21:15 22:11 |
| 15:17,18,19,21 | 79:20 90:7,17 | 76:4 101:3 | 25:8,18,24 |
| 15:24 19:12 | 112:21 114:12 | 106:22 | 31:7 33:18 |
| 20:17 21:23 | 123:18 | **creation** 61:13 | 38:5 41:5,16 |
| 25:10 33:3,5 | **country** 109:11 | 72:2 135:14 | 42:3 43:15 |
| 33:16,19,25 | **couple** 16:11 | **criminal** 129:3 | 45:16 50:16 |
| 34:17 38:1 | 24:5 42:24 | **crossing** 65:2,3 | 54:7 55:9,11 |
| 56:2,3,24 | 61:4 81:13 | 65:5 | 55:15,20 57:19 |
| 57:14,14,21,25 | 156:2 157:20 | **crosswalk** 65:2 | 58:25 62:1 |
| 58:4,20 59:2 | 159:7 164:3 | **csr** 1:25 2:10 | 63:2 64:9 66:6 |
| 62:9,9,13,15 | 168:19 182:9 | 190:4,20 | 67:15 69:3 |
| 69:11 189:17 | **course** 165:14 | **culture** 60:22 | 70:12,21 71:10 |
| 190:11 | **courses** 46:6 | 72:1 91:19 | 73:1,20 75:7 |
| **counseling** 11:1 | **court** 1:1 9:17 | 104:16 | 76:18 77:16 |
| 11:6 16:7 | 190:1 191:16 | **cumbersome** | 82:14 83:5,8 |
| 17:19 18:25 | **courtney** 3:14 | 64:2 | 83:10 86:2 |
| 30:6,21,25 | **cover** 24:2 | **cumulative** | 89:1 91:8 92:2 |
| 72:3 91:14 | **covered** 62:2 | 50:11 | 95:13 97:5 |
| 116:16 119:16 | **covers** 16:9 | **current** 10:24 | 100:16 101:16 |
| 188:4 | **cow** 178:16 | 122:2 141:24 | 101:25 107:6 |
| **counselor** | **create** 105:14 | 142:3,6,13,15 | 108:13 113:24 |
| 17:21 91:11 | 135:25 173:10 | 143:1,7,15,18 | 117:7 119:11 |
| 106:11 111:2 | **created** 23:10 | 148:25 160:13 | 120:22 121:11 |
| 114:1 115:15 | 42:23 43:4,12 | 170:9 | 125:7,14,25 |
| 115:23,25 | 43:13 45:24 | **currently** 10:15 | 126:4,9,16,24 |
| **counselors** 11:5 | 60:9 61:18 | 118:13 144:19 | 128:6 132:8 |
| 16:2,13,16,20 | 71:8,17 72:23 | 144:22 160:19 | 133:6 138:11 |
| 16:21,23 17:1 | 73:19 74:16 | 164:7 | 139:10 140:9 |
| 17:16,18,22 | 75:5,23 76:11 | **curriculum** | 143:2,8,12,16 |
| 18:3 19:6 | 103:20 135:24 | 16:6 18:22 | 144:6 148:6 |
| 23:24 29:25,25 | **creates** 104:14 | **cutler** 3:5 12:14 | 150:19 151:1 |
| 30:2,3,8,11,18 | 105:8 146:8 | 12:19 14:21 | 151:23 153:20 |
| 31:3,10 32:3 | | 19:18,25 20:12 | 154:20 155:2 |

155:10,20
157:9 158:6
161:25 165:16
166:19 170:14
170:24 177:24
182:12 187:5

**cv** 1:9

**d**

**d** 9:1

**daily** 186:25
187:3

**damage** 129:2
131:25 136:6
136:15,19
138:9,24 139:5
139:7,20

**damaged**
138:17

**damages** 53:12
54:13 56:7
57:7 58:6,10
58:16,18 59:7
59:18,25 61:12
68:17

**dan** 4:17 9:4

**dana** 3:13

**dashboard**
28:17,19

**data** 23:4,8,18
23:20,22,24,24
26:7,9,17,19
27:1,3,19 28:7
28:9,10,11,13

28:23,24,25
29:1,2,2,5,7,20
29:21,24,25
30:1,3,10,10,12
30:17,22,25
31:2,16,19
32:3,4,11,12,15
32:16,17,18,20
35:10,15,17,21
35:23,24 36:2
36:3,4,5,8,23
37:3,4,8,14,15
40:2,3,8,23,23
44:24,24 45:2
45:6,20 47:2
47:22,23 48:2
48:2,4,5,9,16
50:25 51:3,5,9
51:21,23 66:21
66:24,24 67:1
67:10,12,17,18
67:19,21 68:4
68:8 69:18,24
70:17 71:21,24
71:25 72:1,10
72:11 74:19,23
77:2,4,6,8,20
77:25 78:1,1,5
78:7,9,15,22,24
78:25 79:1,4,6
79:13,15,17
80:8,17,19
83:24 84:3,16
86:1,3,4,11,16

86:22,23 87:2
87:8,11,19,22
88:4,5,7,14,14
88:23 89:5,13
89:23,23 90:2
91:1,1,3,6,22
91:24 92:4,10
92:11,19,24
94:3,15 95:3
96:14,16,18,23
97:1,2,16,20,24
98:15 99:2,6
99:16 100:8,8
100:12,19
101:7,8 102:12
103:1,6,18,23
104:1,6,11,18
105:4,15 106:2
106:8,10,13,19
106:22,22,25
107:9,17,21,25
108:1,15,18,20
109:3,4,5,7,7,8
109:12,13,15
110:7,10,15,16
110:20 111:4,8
111:12,17,24
112:4,4,9,13,20
113:20,23
114:3,4 115:8
115:11,12,18
115:21 116:10
116:25 117:6
117:23 118:2

121:25 122:5,5
122:13,19,21
122:24 123:2,4
123:5,12
124:18,22
125:6 130:13
133:10 138:4,5
138:7,13,14,14
138:25 139:2,6
139:14,23,25
150:22 151:3,3
151:4,14,15,20
151:21,22
152:3,6,11
165:9 173:19
179:25 180:3

**database** 30:23
108:23,25
109:18 130:16
130:17,19
131:24 138:6

**databases** 22:8
25:3 92:9
116:6 132:2

**date** 9:7 41:11
128:25 130:24
141:15 191:9
193:9

**dated** 190:15

**dates** 38:18
39:24 40:16
41:7 133:8

**day** 31:20
63:18 65:5

94:22 156:15
156:24 190:15
193:17
**days** 191:13
**dc** 3:19 4:12
**decision** 72:4
**deemed** 191:16
**deep** 71:4 98:1
182:19 184:6
**defendant**
14:17
**defendants** 5:9
5:21 6:6 12:1,2
34:4,8,21 35:2
53:19,25 54:6
54:16 57:1
63:1 70:10
71:8 72:23,25
73:19 75:6
76:12 82:23
97:3,18 99:8
100:15,15,20
101:10 128:20
135:5,10
152:19 179:1
**definitely** 35:20
71:13 72:1
75:22 133:18
**degrees** 185:13
**degtyareva** 4:5
5:4 10:2 12:10
12:16,21 14:24
19:21 20:9,15
20:20 21:4,18

22:16 25:16,20
26:1,2 31:18
34:1 38:8,20
38:24 41:12,23
42:12 44:7
46:22 50:20
52:14,19 54:14
55:18,21 56:16
56:20 58:2
59:4 62:5 63:3
64:14 66:9
68:1 69:16
70:15 71:5
72:18 73:17
75:1 76:6,15
76:24 77:19
82:17 83:6,23
86:14 89:10
91:23 92:8
96:13 97:14
100:18 101:19
102:22 108:4
108:10,17
114:8,14,17,21
117:9 120:1
121:3,6,14
123:24 124:3
125:10,18
126:2,7,13,19
127:1 128:9,14
133:2,12 139:3
139:22 140:6
140:15,19
143:4,10,13,23

144:4,7,14
145:22 146:1
147:21 148:1,9
150:21 151:19
152:1,25 153:4
153:23 154:21
155:6,14 156:1
157:13 158:9
160:23 161:3
162:9 165:19
166:20 170:16
171:5 172:3,7
178:6 180:9,13
181:19,23
182:14 183:19
183:23 185:1,5
186:7,12
187:14,18
188:21 189:9
**demographic**
114:4
**denote** 130:10
130:24
**department**
6:18 11:4 16:2
26:14 46:9
51:19 52:2,12
62:23 70:2,24
71:16 72:3,5
75:14,22 76:10
76:11 80:10
81:2,19 82:16
85:10,11
104:21 108:20

110:22 113:4
113:13 115:23
115:25 116:2,3
116:9,18
119:17 127:12
153:7 171:15
176:11 178:2
188:4
**departments**
37:15 62:16,17
69:12 70:5
96:10 116:12
116:15 117:3
**dependent**
115:22 142:21
**depending**
31:11 122:17
174:15
**depends** 31:9
49:23 50:8
89:17
**deployed** 103:8
**deploying**
104:24
**deponent** 9:14
193:2
**deposing**
191:12
**deposition** 1:12
2:3 5:11 8:1
9:9 12:24
19:13 20:23
21:1,6,16,17,22
22:20 23:10

33:11 62:3 68:3 189:14 190:6 191:3,10 191:14,15

**depression** 72:14 73:6 75:17 137:21

**describe** 128:24

**description** 5:8 128:3,5

**designated** 12:7 15:16 20:23 21:21 126:21

**designating** 126:14

**desks** 137:7,17

**detail** 27:15,16 53:22

**details** 27:10 27:11 28:1 131:20 179:21

**determinant** 165:8

**determine** 36:5 48:13 49:16 62:24 63:22 134:18 142:8

**determined** 62:13 81:21 176:11

**develop** 70:24

**developed** 36:12 102:14 102:24

**development** 96:11 104:23 106:15

**device** 84:13 85:19 174:16 174:19

**devices** 6:10,22 67:23 77:9,10 77:11,14,23 84:11,15,21 85:12,20,25 87:5 88:8,10 88:21 89:25 90:8 93:4,9,13 97:10 138:21 144:17 161:7 161:15 170:22 171:4,8,13,20 171:22,25 174:22,23 175:1,10 178:12 179:11 179:19,23 180:2

**diagnose** 118:5

**diagnosed** 111:18

**diagnoses** 118:17,24 120:25 121:2

**diagnosis** 112:4 112:4 118:3,9 118:13,14,20 119:8,23 122:7

**different** 12:8 31:21 36:3 40:11 45:24 58:6 62:15 69:12 70:5,17 77:1 94:21 100:13 104:5 107:9 109:18 116:6 122:20 125:4 154:2 160:16 167:4

**difficult** 34:11 35:24 54:19 74:5 118:23 119:3 136:8 152:5 168:10

**difficulties** 168:8

**difficulty** 63:13 94:4

**digital** 95:20 183:9

**diplomate** 2:9 190:4

**direct** 35:1,7 92:5,6 120:24 123:21 137:19

**directed** 33:4

**direction** 8:3 25:10 190:11

**directly** 36:7 51:24 113:8 138:9 139:8 186:1

**director** 10:25 16:3,3,4,5 18:8 18:12,15,18 26:24 43:7 127:10

**directors** 37:18 37:23

**disciplinary** 29:8,12,18 36:16 43:22,25 47:15 49:16 72:11 73:7 86:12 97:20 98:15 103:9 131:24 139:2 139:14,23 164:23

**discipline** 13:23 23:7,22 26:16,22 27:1 28:23 29:2,5 35:10,14 40:2 40:2,5,5,8,23 41:20 42:21 44:2,24 46:7 46:12,19,20,21 47:2,3,20,23,25 48:1,14,15,16 48:22 49:1,4,8 50:14,25 51:9

51:21 67:16,21
71:25 78:1,13
86:4,5,6,21
94:14 95:4,5
96:23 97:19
98:6 99:10,14
99:15,18,19
100:7 101:5
102:12 103:2
106:8 108:1
109:7 138:14
151:4,15,20
165:9 166:2
168:7

**disciplined**
78:3,8

**disclose** 90:6
112:4 119:1

**disclosed**
110:13 111:23

**disclosure** 5:17
52:25

**disclosures**
53:6

**discord** 98:18
176:20

**discretion**
142:22

**discuss** 20:24
40:20

**discussed** 33:17
38:17 40:21,25
41:3 44:17

**discussing**
16:22

**discussion**
24:21 38:1
40:13 42:20
45:8 61:14
144:11 167:11
188:20

**discussions**
24:23 26:24
27:19 33:24
34:14 40:3,7
40:17 41:14,24
57:21 62:14
70:1 169:20
170:7

**disorders** 118:6

**dispensers**
132:18,18

**disposition**
48:19

**disrupting**
73:10

**disruption**
137:9

**disruptive** 94:3

**district** 1:1,1,7
1:12 2:4 5:12
5:23 6:7 9:12
10:16,19,21
11:14,17,20,23
14:3,14 15:6,9
15:11,22 16:2
16:13 21:12

23:1,3 24:11
26:21 32:7
35:23 36:11,19
37:7,12 39:14
43:23 45:17
48:8 53:10
54:21 57:2
59:16 63:6,14
70:22,25 71:15
74:21 77:8,9
77:22 78:14,23
84:12,23 85:2
85:11 94:5
95:3,19 96:10
102:15 103:22
103:24 106:21
107:3,8,18
108:16 109:13
110:14 115:2
118:18 128:21
147:17 164:11
165:13 166:8
168:16 169:5
171:3,9,19
174:5,18 175:5
175:19 176:3
185:12 187:6
187:20 188:2

**district's** 5:16
52:24

**districts** 5:24
6:2 61:18
121:22 146:20

**districtwide**
67:10,12 68:4
160:2,9 161:23
164:12 167:5
169:16,18
170:12 173:24

**dive** 71:4 98:2
182:19 184:6

**divided** 56:6

**division** 9:6

**document** 1:6
7:12 22:4 25:5
39:1,6 50:1
52:21 54:25
56:22 58:9,13
59:9,20 60:10
61:3,14,23
64:17 68:11
92:17 114:22
114:25 121:16
121:18 125:4
128:16,17
140:21 148:7,8
148:11 153:12
153:15 157:11
161:4,10,13
172:9 177:21
182:21 184:8
186:14 187:22

**documentation**
23:22 28:12
80:2 106:17
128:2

**documented**
36:15,15 79:13
95:9,12 105:9
105:17 106:3
112:10,12
**documents** 8:9
15:19 22:2,2,6
22:8,8,21,22,23
22:25 23:1,5,6
23:11,15 24:3
24:6,13,14
25:1,22 26:3,5
26:7,9,11,12
32:18,21,23
33:2,16 48:8
79:10 129:25
169:15,17
170:11,13
178:4
**doing** 50:23
70:7 71:4
89:24 99:12
100:14 191:8
**dollar** 54:19
**dots** 124:12,13
**download**
175:18
**downloaded**
175:13
**downloading**
175:16
**dr** 18:24 19:16
19:24 20:3,11
20:24 21:6,14

34:16
**drafting** 34:18
**drive** 30:13
83:18 103:15
107:22
**drove** 106:13
**drug** 149:21
**dsm** 118:13
**dstrueby** 3:13
**due** 30:15
43:21 44:18
45:1,10 49:25
66:25 67:6
68:7 72:17
73:7,8,25 74:3
75:19 76:13
111:11 136:20
149:15
**duly** 9:23
**dysmorphia**
73:6

**e**

**e** 5:7 6:14 9:1,1
22:9 148:3,13
148:21 152:14
154:10 187:10
192:1
**eager** 154:13
**earlier** 66:7
80:4 170:17
**easy** 156:5
**eats** 149:16
150:12

**ed** 72:5 116:19
116:22,23
**education**
26:14
**educational**
101:9 145:14
**effective** 155:9
155:13,18
157:7,17
**ehr** 122:2
**either** 16:19
30:4 36:22
43:7,12 85:7
88:6 92:16
95:21 119:18
136:20,25
162:7 165:2
174:19 189:6
**ela** 154:3,6
155:15
**eld** 158:20
**elective** 169:12
**electronic** 6:9
6:22 77:14
122:2 144:17
161:6,14
**elementary**
16:23 17:3,7
17:11 31:15
89:19 134:8
137:14 142:17
145:6 163:1,2
164:15 165:11
167:18 174:1

186:17
**elicited** 26:20
**eliciting** 81:2,5
**elliot** 3:10
**eloping** 51:14
**eludes** 130:18
**emergent**
169:25
**emotional**
10:25 11:7,12
17:25 20:4
35:11,15 71:18
72:21 73:14
75:13,17 76:10
110:21 113:4
113:12
**emotionally**
67:6
**emotions**
137:11
**employ** 107:19
**employed**
10:15,18
190:12
**employees**
63:10 70:3,6
74:22
**employs** 74:21
**emulate** 132:21
**enabled** 93:5,8
179:9
**enacted** 166:2
170:9

encapsulate 55:2
encourage 187:2
encouraged 135:5,10
encouraging 132:15
ends 13:19 149:3
enforce 93:12 156:6
enforcement 159:2,10
engage 46:5 64:24 67:5 88:5 136:1 176:3
engaged 46:3 119:18
engaging 46:15 47:17 83:16 89:19,21 111:13 136:2 137:24
english 147:11
enhance 168:1 168:5
ensure 104:8 106:14
ensuring 104:22
entitled 126:23

entry 48:22
environment 60:21 73:11 122:10
equity 116:1
errata 191:6,9 191:12 193:7
escaping 176:18
especially 71:24 89:17 122:8 131:8 143:21 175:6
esq 3:5,13,14 3:20 4:5,6,7,8 4:13
essentially 26:13 64:7
establish 162:3 168:14
estimate 159:23
estimated 53:11 56:10
et 1:8 9:12
evacuate 137:16
evaluate 80:8
evaluated 54:12
evaluating 133:10
evaluation 70:3 70:17 105:11

105:13,23,25 108:19
event 188:1,3
events 145:20
evidence 51:15 86:9 91:3 98:14,17 99:20 100:4 102:13 135:24 151:16
exact 36:5 40:16 81:13 108:9 178:25
exactly 17:5 41:22
examination 5:2 10:1
examined 9:25
example 57:17 63:15 65:1 96:15 98:16 100:23 106:1 115:23 132:11 133:25 136:10
examples 157:20 159:7
excel 6:3 124:4 124:5,7,25 125:2
except 164:5 166:17 193:6
exceptional 116:19,22
excess 45:9

excursions 145:11
excuse 14:18 93:11 145:11 145:12
executive 38:3
exhaustive 61:16,21
exhibit 12:11 12:23 38:21 52:15,16 53:3 56:17 61:3,5,7 61:8,23 68:20 114:15,18 121:4,7,17 123:2,25 128:10 140:16 145:23 147:22 147:23 153:1 154:10,17,18 154:22 160:24 172:4 180:10 180:19 181:20 183:20 185:2 186:8,9 187:15 188:22
exist 82:11
expect 126:12
expectation 52:5 90:4
expectations 43:19 70:23 166:1

**expended** 56:11

**experience** 67:3 67:7

**expert** 19:15,23 20:4,7 37:1

**expires** 193:18

**explain** 27:17 29:6 133:3

**explaining** 94:14

**explains** 130:20

**explicit** 15:23 34:12 70:14 71:2,18 78:22 79:13 80:1 82:20 84:3 87:11 88:12 94:10 96:18 102:3,3 106:14 119:15,22 123:17,23 137:12 177:11

**explicitly** 34:11 35:25 66:25 71:17 79:3,7 80:17 84:20 88:13 93:18,20 99:13 100:17 102:19 103:19 103:23 106:20 123:16 138:5 147:20 151:13 164:22

**expressly** 150:11

**extended** 145:19

**extensive** 149:14

**extent** 20:13 25:9 57:20 59:1 62:2 129:1 168:15 168:17

**external** 62:9

**f**

**f** 3:8

**face** 182:20

**facebook** 3:8,8 3:9,9,9 7:6 12:3 86:8 99:22 130:1 151:12 172:22 173:1 176:17 176:19 180:23 181:25 182:3 182:15,17,20 182:24 183:2,3 183:7,12,15 186:25

**facilitate** 112:21

**facilitated** 52:11

**facilitating** 123:22

**facilitator** 91:17 115:16

**facilitators** 74:10 80:12

**facilities** 130:8 130:15,23 139:16

**facility** 134:19 134:21

**facility's** 130:11 134:12 135:1,2

**fact** 5:24 6:1 22:6 25:12 121:21 124:24 131:4

**factor** 72:2

**facts** 25:11

**fail** 191:14

**fair** 188:25 189:7

**fairly** 40:20,24 61:20

**fall** 58:16 59:7 61:2,11

**falling** 46:18

**familiar** 33:13 121:15 124:19 128:15 180:15

**families** 36:18 172:17,25 180:7 182:16

**family** 100:25

**far** 156:24,25

**fear** 169:24

**features** 100:20

**federal** 5:18 52:25

**feedback** 6:16 81:5 153:6

**feeling** 65:5

**felt** 132:21

**fernandez** 18:20

**ferpa** 50:10 90:20 112:25 118:25

**field** 145:11

**fifth** 181:8

**fight** 97:21 99:21,22 100:5 136:23,24,25

**fights** 51:12 73:9 139:17 149:20 150:5

**file** 50:11 127:4

**filed** 34:3

**fill** 31:4,6 52:1 114:2 122:16

**filled** 52:8

**filter** 179:14

**filtering** 176:4 176:9,25 177:3 177:8 178:19 178:24 179:16

**finally** 14:13

**financial** 54:12 56:3,10 58:11 62:10 190:13
**find** 47:5 50:21 126:15 144:5 171:17 189:6
**finding** 47:3
**fine** 25:13 154:3 157:22
**finish** 23:14
**first** 9:23 13:6 19:17,20,22 34:7,10 35:4 41:2,14 56:9 61:6,22 76:1 123:17 125:23 149:5 153:18 154:12 172:11 174:2 180:22 188:11
**five** 11:10 17:7 17:11 110:23
**fix** 134:6
**fixed** 130:4 131:1
**fixes** 130:4
**flipped** 137:7 137:14
**flipping** 137:15
**floor** 4:4
**flori** 18:24
**flyer** 188:6
**focus** 17:24 81:10

**focused** 156:20
**follow** 51:4 168:13 172:25
**followers** 182:24 184:10
**following** 17:20 46:19
**follows** 9:25 42:6
**food** 149:16
**foregoing** 190:6,7 193:4
**forgot** 23:12 122:25
**form** 31:4,7 41:5,16 42:3 43:15 45:16 50:16 54:7 55:9 63:2 64:9 67:15 69:3 70:12,21 77:16 82:14 83:5 86:2 89:1 91:8 92:2 95:13 100:16 101:16 107:6 108:13 113:11,24 114:2 117:7 119:11 120:22 127:4 128:6 132:8 133:6 138:11 139:10 143:3 150:19 151:1,23 155:2

155:20 157:9 158:6 161:25 165:16 166:19 170:14 177:24 182:12 187:5 193:6
**formal** 102:18 102:20
**format** 186:15
**formerly** 98:20
**forms** 31:1,6 114:9
**forward** 34:13 34:18
**found** 50:3,15 92:1,10,12 142:13 155:8 155:17 157:4,6 160:15
**foundation** 126:5 128:7 153:21 155:3 155:10,21 157:10 158:7
**four** 104:22
**fourth** 181:6
**frame** 129:24 130:2 133:1
**frames** 131:12 132:4,13
**frequent** 89:17
**frequently** 31:5
**fried** 109:8

**friends** 100:25 149:16
**front** 126:17 163:4 164:17 164:20 165:15
**funding** 173:9

**g**

**g** 9:1
**game** 89:20
**games** 87:7,10 87:16,18,24 88:1,3,19,22,25 89:9,12 90:8
**gardens** 7:2 172:12
**gau** 127:10
**gauge** 135:18
**general** 17:18 24:20,22 33:23 60:11 84:4 116:23
**generally** 31:1 38:6 49:18 50:8 74:12 77:5 117:20 120:24,25 131:9 151:11 151:17
**getting** 90:11 90:11 137:2,4
**girlfriend** 149:22 150:16

**give** 10:13 28:21 41:11 179:17
**given** 54:20 190:8 193:5
**gives** 53:22
**glean** 139:1
**go** 13:2,17 20:2 21:9 23:15 50:23 57:3 64:11 65:24 68:20 95:23 97:7 105:10 106:11 107:7 124:10,14 125:23 127:16 135:16 144:7 147:21 154:9 156:9 173:3 180:18 189:11
**goes** 13:7 57:5 60:13 63:15 117:20 129:9
**going** 11:20,25 12:17 13:16 14:9 19:25 20:12,25 24:5 25:8,14 41:17 44:8 57:19 58:3 62:1 63:17 64:24,25 68:10,11 76:15 76:19,22 78:2 100:2,4 104:4

104:15 122:23 123:2 124:6,7 128:10 129:7 133:9 140:7,10 140:13 143:2 143:16 144:9 144:12 149:2 158:19 166:15 188:22 189:12
**golkow** 9:5
**good** 10:3 66:16 76:16 89:8 140:8,9 189:10
**google** 3:16
**governing** 6:20 23:7 24:24 25:4 26:4,6 34:15 38:2,15 39:3,21,22 40:25 41:4,7 41:10,15 42:5 42:5,7 142:14 143:25 161:5 163:22 169:19 170:2
**grade** 124:14 174:2,9
**graders** 94:16
**grades** 26:10 83:25 107:12 107:14 109:6 173:18,21 174:2

**grand** 3:4,11 4:4
**grant** 72:5 173:9
**great** 125:16
**group** 54:24 55:7,23,25 91:17
**groups** 30:14 31:23 81:20
**grub** 149:16
**grubhub** 150:12
**gsrr** 43:5
**guard** 65:3,6
**guess** 20:1 25:12 44:8 75:21 83:2 138:23 182:8
**guidelines** 42:25 142:9,21 162:3 163:17 168:14,18
**guides** 43:18

**h**

**h** 5:7
**half** 140:7
**halleluia** 158:22
**hallums** 18:11 28:6
**handbook** 163:16,18,22

**handful** 16:1 16:12
**handle** 152:10
**hangout** 150:3
**happen** 29:9
**happened** 21:14 27:13 38:3 41:25 131:10 134:3
**happening** 103:12,14 132:10
**happenings** 186:25 187:4
**happens** 136:25 139:18
**happy** 38:11
**hard** 59:15 64:13 90:10 103:23 106:22 106:25 177:20
**hardy** 3:11
**harm** 34:25 59:12 120:9
**harmed** 34:4 118:21,22 119:10 120:20
**harmful** 182:18 184:5 185:25
**harms** 34:9,22 56:11 101:13 101:22
**head** 38:19 59:13,21 89:14

108:9 119:24 163:13 164:22 166:11,22 167:15 168:3 173:12

**health** 11:10 13:17 20:5 60:3,12,14,15 63:15,18,20,25 65:17 71:19 72:15,20,21,24 73:15 109:21 109:23 110:3,4 110:6,11,16,19 110:24,24 111:1,6,19 112:8,8,14 113:15 115:2,9 115:13,19 117:14 118:1 118:22 119:10 120:11,20 121:25 122:2,4 122:11,11,13 123:9,14 124:23 127:10 127:12,24 182:18

**hear** 94:25 119:21 120:2,5 120:16 169:23

**heavily** 71:20 72:16

**held** 1:15 2:5 9:9 80:11,13 80:23

**help** 110:19

**helpful** 125:21

**henry** 134:8

**hey** 100:4

**high** 16:8,24 17:2,8,12 19:1 31:12 34:2 75:12 81:11 83:2,14,18 84:6,8 89:20 98:5 114:3 141:11 142:4 142:10 145:3 146:24 147:1,2 147:3 148:3,14 148:17,18 149:1,10 153:18 162:18 164:5,8 167:18 168:20,23,25 169:7

**higher** 48:17 89:18 113:17 131:8 136:17 155:12

**highest** 48:11

**highly** 8:16 73:5 74:18 75:11,15 76:2 76:13

**hindered** 30:16

**hipaa** 109:25 111:11 112:25 118:25 119:6 120:23

**hlt** 124:11,14 124:16 127:18

**hmm** 60:6 66:3 144:2 149:8,12 149:19,25 150:7 156:8 173:6 188:15

**hold** 80:10,10

**holdings** 3:8

**home** 78:10 86:17 175:6 178:13 179:7,9 179:11,16

**hoover** 19:16 19:24 20:3,11 20:24 21:6,14

**hotspots** 51:11

**hour** 69:25,25 76:16 140:7

**hours** 31:20 88:9 104:23

**house** 36:12 108:20,24

**housed** 28:15 32:9 48:10 50:11 90:19 109:15

**hs** 124:13

**hub** 149:17

**huitt** 18:24

**hulu** 177:17

**human** 16:5 18:18 56:9 58:11

**hundred** 81:14

**hurt** 137:2,4

**i**

**icon** 180:22,25 181:4,6,8,11,14

**icons** 180:20

**idea** 84:4 87:13 87:21 89:8 104:7 125:11

**ideation** 119:20

**identification** 12:13 38:23 52:18 56:19 114:20 121:13 124:2 128:13 140:18 145:25 147:25 153:3 161:2 172:6 180:12 181:22 183:22 185:4 186:11 187:17

**identified** 58:22 59:12 60:1 62:16 73:13 74:7 75:19 83:19 120:19 131:23

136:5 175:20
**identifies** 68:13
**identify** 25:22
43:25 47:7
49:1 54:24
63:6 64:2
83:20 102:16
103:12 105:5
108:1 111:25
113:9 128:24
130:5 131:25
133:15 152:8
162:14
**identifying**
55:8 58:17
59:3 74:21
96:6 98:2
106:7 133:24
147:18
**iep** 119:4
**ii** 12:24
**iii** 5:19 53:1
**imagine** 41:20
54:18,21 59:13
65:14 85:14
105:18 127:11
134:5 150:20
**imessages**
86:25 87:4
**immediate** 94:6
**impact** 13:7
**impacted** 63:1
**impairing**
122:9

**imperative**
191:11
**implement**
105:1 154:13
162:14 166:13
169:4
**implementati...**
166:1 168:7,11
**implemented**
160:1,6,8
161:22 162:10
164:12 169:17
**implementing**
106:24 159:19
159:24 164:9
168:22 169:20
**improper** 44:16
45:3 47:13,18
78:4 81:6
97:22
**inappropriate**
149:23
**incidence** 86:22
**incidences**
60:16
**incident** 48:5
50:22 130:21
134:15
**incidents** 29:21
129:14,23
130:5 133:4,24
134:14 136:4
136:13

**include** 32:4,12
54:4 57:24
61:24 64:6
108:6 112:15
112:17 115:11
115:12 116:19
122:18 130:19
133:25 134:2
149:14
**included** 58:18
59:19 62:7,20
68:14 69:13
81:6 139:21
179:2
**includes** 11:5
65:19 113:13
127:4 154:23
**including** 40:12
60:2 128:25
**incorrectly**
121:10
**increase** 35:10
35:12,14 41:19
44:18 51:12,13
66:13,13 67:9
67:24 72:6,14
73:7,14 74:25
75:12,25 76:1
94:16 137:20
**increased** 74:3
75:19
**increases** 35:18
**index** 5:1 8:1

**indicate** 83:14
167:13
**indicated** 64:21
72:9 78:13
97:23 132:1
138:2 163:25
**individual** 27:7
31:3 32:5,12
70:6,24 107:5
107:23 159:2
165:6 183:1
**ineffective**
155:13
**influence** 73:5
73:12 75:23
82:5
**influenced**
62:18 71:14,20
72:9,16 73:23
73:25 74:18,25
75:11,15 76:3
76:13
**influencing**
72:2
**inform** 88:15
110:1
**information**
15:23 23:2,21
26:20,23 27:20
28:8,16 32:10
36:6,13 48:9
50:2 54:11
70:19 83:13
89:24 90:16,24

92:12,19,25
110:14 111:21
111:22 112:17
112:23,24
113:1,14,17
114:6 119:2
120:4 122:10
122:14,17
125:12 126:15
127:11,20
132:7 137:6
170:3 187:11
189:6
**infraction**
48:11 49:5
50:9 103:10
**infractions**
49:15 86:12
**inherent**
135:13,20
**initial**  5:17
52:24 53:6
58:7,19
**injury**  1:4
**innovative**
173:4,7,11,13
174:4
**inpatient**
119:18
**input**  62:19
69:12
**inputting**  128:4
**inside**  57:14

**instagram**  3:9
7:8 12:3 86:8
151:12 176:17
176:19 181:1
183:25 184:4,5
184:7,11,13,17
184:21,24
186:24
**installed**  84:15
85:24
**instance**  29:12
129:2 134:3
**instances**  29:9
29:18 47:8
67:24 89:18
98:5,12 99:19
129:20 131:3
136:3 138:20
165:2
**instituted**
163:6,7 166:24
167:9,20
**instruct**  20:18
21:3 25:24
33:19 55:12
**instructing**
25:16
**instruction**
16:7 18:22
**instructional**
16:4 18:16
63:12 83:22
166:5 170:6
173:16 174:3

178:18
**instructions**
191:1
**instructs**  20:17
**integrated**
162:5
**intensive**
119:18
**intention**  34:12
60:11
**interacted**
31:24
**interaction**
112:18
**interest**  190:13
**interested**
16:21
**interference**
159:16
**internal**  15:18
22:7,22,23
23:5,9,10
30:24 31:2
62:9 69:11
108:15,15
118:1 178:1
185:17
**internally**
111:25 117:13
185:16
**interrogatories**
5:22 6:6 57:1
128:20

**interrogatory**
22:6 128:23
**interrupting**
100:1 103:5
**interruption**
188:19
**intervention**
28:18 32:1,2
51:17 60:18
104:19 105:1
112:9 165:6
**interventions**
28:20 30:9
45:25 94:20
102:16
**intricate**  61:17
**investigate**
96:2
**investigated**
131:19
**investigating**
131:15
**investigation**
29:11 34:12
48:22 49:24
50:3,6,14
131:9
**investigations**
49:23 131:21
138:23
**investigative**
47:7 48:12
131:7

**invitation** 150:1
**inviting** 172:24 172:25 188:7
**involve** 150:9
**involved** 16:24 37:12 47:8,9 48:24 55:7,23 57:16 58:5,17 62:12 65:11,20 100:10 116:12 116:15 129:10
**ipad** 174:15,20
**ipads** 173:17 173:20,24,25 174:3,5 175:8 175:13,24 179:6
**isolation** 137:21
**issue** 38:16 63:23,24,25,25 94:1
**issued** 77:22 84:11 171:22 171:25 173:18 173:20 174:5 174:23 175:25 179:6,11,18,23 180:1
**issues** 69:20 70:10 150:8
**iteration** 43:17

**iterations** 36:2 40:11

**j**

**job** 10:24 11:11
**joe** 18:11 28:6
**join** 172:22,25
**jon** 18:20
**joseph** 127:10
**julia** 4:7
**julia.konstant...** 4:8
**julie** 1:13 2:5 5:3 9:14,22 10:6
**jump** 133:14
**june** 148:23
**jw** 1:15 2:5

**k**

**k** 3:8 31:15 174:9
**kansas** 3:4,12
**keep** 146:15 156:16 161:20 187:7
**keeping** 103:13
**kept** 51:22 116:2 161:15 165:3
**keys** 162:21
**keyword** 176:8
**keywords** 176:9,10

**kids** 156:19 158:16
**kind** 19:5 24:19 25:2,9 29:16 30:5 34:10,12 48:18 49:18 53:22 62:16 63:13 71:23 79:25 94:7 96:1 103:11,21 105:4 106:13 116:18 131:11 136:18 138:3
**kinder** 174:2
**knew** 132:25
**know** 19:14 20:1 25:13 31:22 37:11,13 37:14 45:5 59:11 61:13,15 64:25 65:4 67:17 70:2,23 71:19 72:20 74:11,15,18 78:14,15,16,19 79:20,20 80:2 80:4,9,15,16,19 81:11,12 82:18 82:20,22 84:17 84:24 85:9,19 85:22 86:15 87:6,9,17 88:2 89:13 93:25 94:12,12 96:7

96:9 98:1,3 99:12,21 100:1 100:23 102:8 102:13 103:4,7 104:14,20 106:20,21 107:13,14 109:13,25 110:8 116:16 116:18 118:12 118:12,16,25 119:14,17,22 121:8 123:19 123:20 124:21 125:5,8 126:2 126:10,22 127:9,19 128:4 131:7,18 132:11,22 133:22 134:8 134:13,20,24 136:9,10 137:1 137:5 138:18 138:20,23 143:24 146:5 148:10 153:13 162:13 163:1,5 164:7,21,22 166:11 167:11 167:25 168:12 168:15,17 172:8 175:3 179:22 182:6,7 183:4 187:8

**knowing** 89:14 120:24

**knowledge** 38:4 79:3,7 82:1 129:13,17 129:18 135:19 171:10 179:4

**known** 171:10

**konstantnino...** 4:7

**l**

**labeled** 121:21 124:11,15 127:18

**lacks** 128:6 153:20

**language** 45:10 147:11

**languages** 158:20

**laptop** 174:6,15

**large** 124:5

**larger** 21:13 41:19

**lawlor** 4:17 9:4

**laws** 42:6

**lawsuit** 34:3,13 37:19,24

**lawyer's** 194:1

**lead** 149:22

**leader** 116:9

**leaders** 70:2

**lean** 65:15

**learn** 187:3

**learned** 25:11

**learning** 11:1,7 20:4 75:17 76:10 110:22 113:4,12 122:10 173:4,7 173:11,13 174:4 175:20

**leave** 157:16 184:23

**led** 106:4 112:18 150:5

**left** 10:20 136:20

**legal** 15:17,18 15:18,21,24 34:17 38:1 56:2 62:9,9 69:11

**legislation** 30:15

**lengthy** 57:4

**lessons** 30:20 31:23

**letter** 26:10 107:12,13 109:6

**level** 15:22 17:8 17:9 26:22 27:1 31:11 34:2,24 48:11 48:17 51:5,20

70:6 83:2 84:6 84:21 85:11 89:18,20 91:22 92:4 95:2,3 102:12 105:14 106:21 107:3,5 108:21 113:17 114:3 131:8 136:17 139:15 147:17 165:18 171:19

**levels** 42:21 98:5

**leverage** 187:12

**liability** 1:4

**lies** 168:8

**lieu** 174:5

**lightening** 46:21

**likely** 82:8,15 116:8 117:17 177:25

**likes** 132:22 135:15,22 136:1

**limit** 175:12

**limitations** 175:15 178:8,9

**limited** 37:2 173:19

**limits** 93:8 175:23 176:2

**line** 8:4,10,13 8:17 47:2 49:18 71:23 148:14 192:3 194:2

**link** 34:25 35:1 35:2,5 136:18 137:20 180:22 180:25 181:4,8 181:11

**linkedin** 181:12

**list** 61:16,20 64:6 65:14,19 65:22 72:9 73:22 76:1 178:4 179:2

**listed** 53:25 55:4 59:7 61:2 63:10 71:7 127:20 129:14 131:3 132:4 136:14 149:9 149:13 150:15

**listen** 84:18

**lists** 53:21 58:15 62:18 63:11 75:5 124:16 177:22

**litigation** 1:4 22:10,12,14,15 39:8,14 42:14 54:10 57:13 69:10,15 78:20

**little** 36:3
160:16
**live** 10:7
**llc** 3:8,9,9,10,16
3:17
**llp** 3:11,18
**loaned** 174:10
174:16
**local** 110:3,23
**location** 128:25
**locked** 146:9,15
**locker** 161:16
162:24 168:21
169:4
**lockers** 160:18
162:19,21
164:4,6,13
168:23
**long** 10:18
108:8 178:7,21
178:22 182:3,5
185:10
**longer** 46:11
**look** 27:6,9,11
36:4 40:1
43:21 44:14
45:5 47:1,20
47:23 48:5,10
49:14 50:24
51:3,8 61:20
63:5 69:6 78:1
93:22 95:3
97:20 103:6
106:8 109:16

116:6 124:15
125:21 127:2
127:17 134:19
148:21 156:2
157:19 164:9
166:12 180:15
186:8
**looked** 27:21
27:24 28:25
45:23 160:17
169:16 170:12
**looking** 13:6
28:18,19 29:15
32:14 38:14
44:23 45:3,18
47:14 51:4
53:9,21 56:5
58:12 60:20
61:22 68:21
69:7,17 71:14
80:8 94:13
102:12 104:1,5
107:11,12
123:1 125:13
127:14 133:13
154:18 159:7
172:11
**looks** 36:3
127:22,23,24
128:1 149:12
153:22 155:5
172:19 173:2
182:25

**looped** 134:8
**los** 4:4
**losses** 53:18,23
53:24 54:5,15
55:3
**lot** 36:14 37:13
38:2 42:20
48:15,20 60:13
61:14 69:23
71:24 74:15
88:7 89:15
91:24 94:5,6,7
94:9,23 96:3
96:23,25
132:11,13,19
132:23 133:17
133:21 136:22
136:22 152:5
155:8 168:8
169:21,23
**love** 135:23
**lunch** 86:20
141:11 142:5
142:10,18
145:2,7 169:10

**m**

**made** 40:11
44:11,12 45:13
45:15 46:24
130:23 150:24
184:10 186:4
191:7

**madison** 3:20
**magnet** 148:4
148:14,17
149:10 153:18
**mail** 6:14 22:9
148:3,13,21
152:14 154:10
187:10
**main** 48:18
56:4 111:2
176:20
**maine** 3:18
**maintained**
159:9
**maintenance**
130:8,16
**majority** 32:7
49:1 62:13
63:10 64:2
74:24 83:15
84:5 85:8 86:5
92:11 98:4,8
103:24 114:6
116:21 151:5,9
166:12 167:25
168:12 171:11
171:18 175:4
183:16 187:8
**make** 33:3
49:25 64:12
65:3,8 76:7
92:15 168:10
174:17 177:1
191:4

**makes** 158:16

**making** 136:17

**manage** 70:25
178:2

**management**
51:7 94:2
102:11

**manager** 11:7
65:1

**mapping**
131:14

**mark** 3:10
12:10 38:20
52:15 56:16
114:14,17
121:3,6 123:24
128:9 140:15
145:22 147:21
147:22 152:25
160:23 172:3
180:9 181:19
183:19 185:1
186:8 187:14

**marked** 8:16
12:13 38:23
52:18 56:19
114:20 121:13
121:16 124:2
128:13 140:18
143:12 145:25
147:25 153:3
161:2 172:6
180:12 181:22
183:22 185:4

186:11 187:17

**marriott** 1:15
2:5

**massachusetts**
4:11

**match** 44:2,5

**math** 63:18,19
147:11 154:3,6
155:15 156:10

**matter** 9:10
165:14

**matters** 121:9

**maureen** 1:25
2:8 9:17 190:3
190:19

**maxwell** 163:7
166:23 167:9
167:12,19

**maxwell's**
167:4

**mcutler** 3:6

**md** 1:3

**mdl** 1:5 9:11

**mean** 17:12
25:1 27:17
58:25 63:16,17
86:25 93:21
99:18 104:12
182:11

**meaning** 127:7

**means** 158:3
175:8

**media** 1:3 9:11
24:22,23 35:12

35:19 39:8,15
39:20 40:4,5
40:14,18,25
41:3,14,20,25
42:15,17,20
43:2,14 44:13
44:18,22 45:8
45:15 46:24
47:4,10,11,18
48:6 49:3,19
50:22 66:14
67:7 69:20
71:13,22 72:13
72:17 73:4,8
73:12,24 74:13
74:17,25 75:4
75:11,20,24
76:3,14 82:19
83:17 84:6
86:7,13 89:21
93:1,16 97:16
97:17 98:13
99:4,9,12,17,20
100:10 101:14
101:23 103:6,9
108:6 118:10
118:21,22
119:10,22
120:3,9,11,17
120:21 129:4
129:20,23
130:6 131:4,13
132:5,12 133:4
134:1,15,23,25

135:11 136:3,7
136:16,18,21
136:21 137:9
137:25 138:10
139:9,19 140:4
150:13,17,24
151:6,16
152:15 176:5
176:12,15
177:2 180:5
183:9 184:19
185:14 187:9

**medical** 118:7
118:9,20 119:9
120:5,7,18
121:1 122:1,5
122:16

**meet** 15:25
19:15 21:5
31:4 32:8
57:13

**meeting** 5:14
17:23 20:11
21:11,13 24:15
24:17 30:19
32:1 37:19
38:16 39:3,18
41:4,15 42:1,2
42:6 51:25
52:4,7 104:8
149:15,21
150:16

**meetings** 23:7
26:4 38:19

39:21,22 41:1
41:8,9 42:7,8
42:10 51:7
102:11
**meets** 91:17
**member** 64:7
**members** 63:7
64:23 96:19
107:21
**memorandums**
110:23
**memorized**
39:25 41:7
136:9
**mental** 13:17
20:5 60:3,11
60:13,15 63:24
65:17 71:18
72:15,20,21,24
73:14,15
109:21,23
110:3,5,11,16
111:19 113:15
115:2,13,19
117:14 118:1
118:22 119:10
120:11,20
123:14 182:18
**mention** 152:22
**mentioned** 18:7
24:6,8,14
26:16 45:11
49:20 55:22
70:17 72:19

79:14 98:7
105:7 107:2
117:4 132:3
139:8 152:18
164:2 177:2
181:16
**merit** 109:10
**message** 150:18
150:24
**messages** 86:24
86:25 87:3
**messaging**
100:24
**met** 15:17,21
16:1,12 21:24
32:5,13 81:20
**meta** 1:8 3:8
9:12
**metadata** 127:4
**method** 151:17
**methods**
157:15
**michael** 3:5
24:9
**microsoft** 31:1
**middle** 16:7,24
17:2,6,11 19:1
31:12 67:4,11
81:10 84:7
142:17 145:6
161:14 163:5
165:20 166:6
166:17 167:14
167:15,19

186:16
**million** 53:17
**mind** 55:16
176:21
**mine** 12:14
**minute** 69:24
69:24 144:5
**minutes** 5:13
24:15,18 39:3
42:9
**missing** 65:23
**missouri** 3:4,12
**misspoke** 14:18
**misstates**
143:17
**misunderstood**
80:3
**mm** 60:6 66:3
144:2 149:8,12
149:19,25
150:7 156:8
173:6 188:15
**model** 17:21,22
17:24
**mohamed** 4:8
**mohamed.said**
4:9
**mojave** 36:13
36:20,23 37:9
67:19
**moment** 59:22
121:20 130:18
**monetary**
53:18,23 54:15

55:3 56:5
**monitor** 23:25
110:20
**monitoring**
45:20 166:4
**month** 40:18
41:9 51:8 52:4
**monthly** 31:17
51:9,21
**morgan** 163:7
166:23 167:3,9
167:12,19
**morning** 12:15
90:11
**motion** 39:13
42:14
**mou** 123:17
**move** 34:13,18
77:1
**moving** 37:16
67:20 178:10
**mto.com** 4:6,7
4:8,9,14
**mtss** 28:17,24
30:10 31:25
92:14,18,20,24
112:10
**multi** 23:23
24:10 28:13
117:18,23
**multiple** 16:19
25:3 66:23
**multitude**
59:11 60:24,25

64:23 66:23
**munger** 4:3,11
**music** 84:19

**n**

**n** 9:1
**name** 9:4 10:4
19:17,20,22
121:9 127:5
130:17 152:19
162:16 167:14
193:9
**names** 152:23
166:10 176:18
**narrative**
130:20 140:3
151:22
**national** 109:10
**native** 186:15
**nature** 128:25
135:14
**near** 161:13
**necessarily**
35:24 46:15
95:8,15 102:4
111:24 119:5
152:4 175:7,8
**necessary**
191:4
**need** 12:19 40:9
54:20 60:13
66:13 74:8
75:16,19 76:1
96:8 102:17

104:7,18 106:2
106:5,7 116:6
116:8 125:14
130:11 132:21
134:6 162:7
**needed** 44:24
72:15 73:24
74:23 96:12
105:6 107:16
107:22 108:3
130:4,4
**needing** 73:13
106:11,12
**needs** 11:12
30:7,12 35:11
35:15 45:19
64:5,8 65:11
65:21 66:17,20
66:22 67:13
68:5 71:15,19
72:21 73:7
75:13,18 79:5
91:20 92:17
93:23 95:1
102:2,9 104:5
104:9 112:7,22
130:25 149:6,9
152:13,14,19
160:22 162:4
**neither** 190:11
**netflix** 177:17
**never** 152:15
152:18 160:1,6
161:22

**new** 42:23 43:4
43:11,17,17
44:11 98:11
142:10,20
154:24 155:8
157:5,6 164:9
**newer** 46:8
**night** 7:13 88:9
156:15 187:23
188:8,12
**non** 6:18 77:22
95:22 153:8
155:1 158:1
**northern** 1:1
**notary** 193:20
**noted** 9:15
55:16 91:15
135:1 159:1
193:7
**notes** 33:3,6
42:2 48:20
49:20,21,24
50:4,7,9,14,18
91:10 194:1
**notice** 5:9
22:20
**noticing** 35:1
46:14 94:15
**notification**
186:24
**number** 12:7
30:4 31:23,24
47:8 53:4
54:20 56:17

58:15 72:6
74:3 77:9,10
81:13 103:7
106:10,12
111:10,15
114:15,25
115:1,14 116:5
124:16 125:22
128:23 162:12
165:1
**numbers** 27:6,8
27:10,22,25
28:1,19 29:16
30:20 54:25
55:8,24 115:5
116:15 119:15
149:3 155:12
**numeral** 12:24
**numerous**
39:23 76:4
**nw** 4:11

**o**

**o** 1:25 9:1
**o'connor** 2:9
190:3,19
**oath** 10:10
**object** 19:25
20:12 21:1
25:8 31:7 41:5
41:16 42:3
43:15 45:16
50:16 54:7
55:9 62:1 63:2

**[object - overall]**

64:9 66:6
67:15 69:3
70:12,21 77:16
82:14 83:5
89:1 91:8 92:2
100:16 101:16
107:6 108:13
113:24 117:7
120:22 128:6
132:8 133:6
138:11 139:10
143:2,16
150:19 151:1
151:23 155:2
155:20 161:25
165:16 166:19
170:14 177:24
182:12 187:5
**objection**  55:12
55:15 71:10
73:1,20 75:7
86:2 95:13
97:5 101:25
119:11 153:20
157:9 158:6
170:24
**observations**
92:16
**obtained**
142:19
**obviously**
73:25 78:12
**occur**  47:16

**occurred**  40:18
129:3
**occurring**
133:1
**offered**  174:24
**office**  30:7,21
31:25 63:15,18
65:1 112:9
127:24 162:7
163:4 164:17
164:20 165:3
165:15
**officer**  54:12
56:3 62:10
190:5
**officers**  103:8
**oftentimes**  90:6
93:24
**oh**  23:11 94:15
100:4 177:16
187:1
**okay**  13:11,22
14:3,9,25
16:10 18:18,21
19:10 23:13
24:2,13 26:1,8
26:16 28:7
31:3,9 32:16
33:23 38:13
39:9,12 45:11
52:13,23 53:16
55:14,20 58:1
59:23 64:16
65:18 76:25

121:3,11 124:9
124:14,21
125:11 127:6
144:3,15
148:12 153:16
167:17 170:11
172:10 174:17
181:3,19 185:1
187:1
**olson**  4:3,11
**ones**  25:22
133:15,18
154:7 176:20
178:2
**ongoing**  47:22
99:24 104:12
104:25
**online**  42:9,11
129:4 160:15
**open**  42:6
**operating**
30:13 63:5
103:25 113:4
**operation**
103:21 163:17
**operations**  3:9
14:4 103:15
**opportunities**
45:24 80:11,13
93:25 94:23
151:8
**opportunity**
135:25

**opposed**  99:8
150:24
**oral**  5:10
**order**  88:10
103:15 187:10
188:24
**ordering**
149:16
**organization**
113:18
**original**  191:12
**outcome**
190:14
**outpatient**
119:19
**outside**  15:18
33:4 50:17
56:2 57:14
69:11 88:12
96:22 99:10,13
99:15,18 100:7
123:14 162:15
170:9
**outwardly**
60:16
**overall**  24:19
27:19 29:16,22
30:17 40:2
50:24 56:5
58:8 60:21,21
60:22 63:5
65:17 72:15,20
84:4 93:22
101:7 103:11

106:8 107:15 109:16 129:16 158:11

**overarching** 49:15 64:4,8 65:11,20 71:15 72:10,24 95:3 106:7

**oversee** 11:4,5

**own** 50:18 101:3 160:21 171:12

**p**

**p** 3:5 9:1

**p.m.** 1:19 2:7 9:8

**page** 5:2,8 7:6,8 8:4,10,13,17 12:23,24 13:17 13:19,22,24 14:5,9 39:5 53:2,3,4,7 57:4 57:5,6 58:9 59:24 61:7,8 64:11 68:11 99:23 114:24 121:23 128:22 129:7,8,9 148:22 149:2 154:11,12 156:3,3,4,9 157:18,21 158:14,19

159:13 161:14 172:11,20 173:3 174:9 180:18,23 181:1,4,9,12,25 182:4,15,20,23 183:7,12,15,25 184:4,7,14,17 184:21,24 185:20,24 186:1,5,13,14 186:22 187:20 188:14 192:3 194:2

**pages** 13:8,13 61:4 129:9 136:23 183:3 193:5

**paper** 132:17

**paragraph** 59:24 68:12

**parent** 91:2,12 91:12 92:6 110:13 165:3 186:24

**parental** 90:13 93:4 111:3,3 114:1 179:18 179:22 180:1

**parents** 77:15 88:5,7 89:7 90:4,6,17 93:12 96:19 110:1 111:21

112:3 122:8,14 122:16 123:19 123:21 168:9 169:23 172:24 179:17 180:1 183:9 186:17 187:2,9

**parse** 94:7

**parsing** 63:13

**part** 19:14 21:1 21:12 23:4,8,9 29:1,1 44:14 46:1,6,11 50:6 54:10,23 55:6 55:25 62:15 70:7 78:19 80:8 92:18 105:13,23,25 112:23 122:11 130:7 131:7 151:24 157:6 160:13 162:2 164:21,23,24 170:4

**participate** 81:23

**participated** 31:25 81:8

**particular** 17:17 18:4 23:18 25:21 27:12 50:22 62:22 69:7 71:16 96:22

110:25 130:11 134:2,12 174:8

**particularly** 131:10

**parties** 190:12

**partnership** 165:9 173:14

**pass** 1:16,16 2:6,6 124:6

**passed** 42:16

**passing** 169:9

**password** 171:11

**past** 30:11 40:10 46:1 53:12 56:9 58:11 80:7 162:20

**payments** 3:9

**pbis** 104:19 106:2,5,24

**pd** 74:2

**people** 15:25 19:6,10 21:22 33:2 65:10,15 137:2 183:11 183:14 184:20 184:23

**perceived** 35:2

**percent** 37:10 41:22 61:15 74:11 116:14 179:21

**percentage** 68:14,23 69:2 83:25 97:3 150:23
**perception** 80:14
**performance** 14:4 23:4 26:7 26:8
**period** 35:16 36:7 162:25
**periods** 142:18 145:7 169:9,10
**permission** 111:3 114:1
**permitted** 176:16 179:3
**perpetrator** 131:22
**person** 19:5 23:12,16 24:7 60:9 81:15,18 131:25 163:11
**personal** 1:4 50:4 67:2,7 77:11 85:18 87:5 93:4,9 97:10 129:13 138:17,21 170:22 171:3,8 171:12,20
**personnel** 108:22 130:3 130:24

**pervasive** 79:24,25
**pervasiveness** 87:14 88:16
**pfs** 22:20 142:24 143:6,9 143:11
**phone** 6:16 146:11,13,17 149:15 153:6 154:13
**phones** 6:9,21 79:23,24,24 94:17 101:6 158:21 159:3 160:11 161:24 166:9
**photographs** 183:6
**physical** 63:24
**pick** 165:3
**picture** 28:21
**pictures** 86:10 184:16
**pk** 7:2 172:12
**place** 52:7 90:18,23 102:17 110:2 175:23 178:8,9 178:19
**places** 50:13
**plaintiff** 5:11 5:24 6:1 22:5 59:25 121:21

124:24
**plaintiff's** 5:20 6:5 56:25 128:19
**plaintiffs** 3:2
**plan** 32:2 149:4 165:7 173:19
**planning** 70:4 70:18
**plans** 51:17 60:18 70:4 104:14 105:8,8 105:14,16,21
**platform** 36:12 36:14 37:6 50:1 92:14,20 92:21 94:10 95:18 97:24 176:18 181:15 181:16
**platforms** 1:8 3:8 9:12 12:1,2 34:5,8,21 35:2 35:13 36:2,3,4 36:9 47:12 53:19,25 54:6 54:16 63:1 70:11 71:9,13 72:24,25 73:4 73:19 75:6,24 76:12,14 82:24 83:17 86:7 97:4,12,18 98:3,4,8,9,11

98:13 99:8 100:11,15,20 101:10 123:8 123:11 131:5 135:14,17,21 152:19 176:5 176:12,16 177:2 179:1 187:12
**play** 57:10 87:7
**playground** 51:13
**playing** 87:10 87:18,23 88:24 89:9,12 90:8
**please** 10:4 12:22 52:14 53:2 80:4 121:22 124:10 128:9 132:6 172:21 191:3,8
**plus** 104:3 117:4
**pocket** 161:16
**pockets** 161:20
**point** 48:13 75:12 126:13
**points** 11:20 47:22 66:24 88:4 95:4 104:6 107:9
**policies** 40:6 78:14 103:15 160:22 162:6

162:11,15
163:6,8,9,15
166:3,24,25
168:11 169:18
169:21 170:8
**policy** 6:8,21
24:24 26:6
78:11,11,13
140:24,25
141:3,17,19,21
141:24 142:3,6
142:12,13,15
142:21,24,25
143:6,15,20
144:17,20,21
145:1,5 154:13
154:24 155:9
155:17 157:5,6
158:16 159:2
159:15 160:9
160:10,14,20
161:5,5,11,19
161:23 162:2
162:17,22
163:19,20,23
164:1,12,25
165:21,22
166:8,13 167:3
167:4,5,10,21
167:24 168:1,5
168:13,21
169:5,15,16
170:5,10,11,13
171:2

**pollard** 1:25
2:9 9:18 190:3
190:19
**poorly** 22:17
**popping** 98:11
**populated** 23:6
**pornography**
177:10
**portion** 92:24
**position** 10:24
19:5 68:15
69:8 71:17
74:1 75:4,14
182:17
**positions** 19:3
19:4,7,9 61:1
61:10,24 62:7
62:20,22,25
65:19 69:7,13
69:19,22,23
70:9 71:7
72:22 73:18
74:6,8,22 75:3
76:2
**positive** 104:19
105:1 155:24
**post** 183:14
**posted** 100:5
132:14,20
184:4 185:24
**posting** 73:9
99:22
**postings** 86:9
184:19

**posts** 136:21
183:6 184:13
184:16
**potential** 24:22
29:16 60:17
75:25 79:4
107:23 139:20
**potentially**
49:22 57:18
59:14 63:21
64:24 69:9,15
78:16,20 84:23
87:20 90:15
91:20 92:3
95:6,15 96:9
97:23 99:1
116:17 170:5
**pouch** 146:12
146:16
**pouches** 146:8
147:10 149:11
**powerpoint** 7:1
7:10
**practice** 51:4
74:10 80:12
91:16 106:23
106:23 166:5
**practices** 22:25
23:25 43:22
47:7,12,15,25
48:16 49:2
74:20,24 83:22
103:2 105:5
106:14 115:16

171:18 176:4
178:19
**precautions**
171:9
**preliminary**
62:14
**preloaded**
175:22
**prep** 23:10
**preparation**
15:23 19:15
21:2,11,17,20
22:5,15 27:1
58:8 69:10
78:19 107:11
**prepare** 15:14
19:12 21:6,24
33:10
**prepared** 13:4
13:8,14,19,25
14:5,10,14
15:1 22:9,11
22:14 27:2
**preparing**
20:21 57:11
58:5 68:2 79:9
129:10
**present** 4:16
**presentation**
172:16 173:17
174:7 186:16
186:23
**prestandard**
175:17

**[pretty - pulse]**

**pretty** 59:10 65:13 66:16 89:7 178:10
**prevalence** 93:16 101:13 101:22
**prevent** 171:7
**prevention** 11:8,9 13:12
**prevents** 120:24
**previous** 14:17 30:9 36:2,9 37:13 40:7,8 43:6,18 44:23
**previously** 36:11 42:24
**pride** 103:13
**primarily** 81:10
**principal** 149:1 162:2 167:12
**principals** 60:2 60:3
**printed** 124:6 182:23
**printout** 6:12 7:4,6,7,9 146:3 180:14 181:24 183:24 184:9 185:6 186:3
**prior** 37:16 62:3 67:19 123:2,18

154:10 178:14 188:11
**privileged** 20:13 57:22 58:24 59:3
**probably** 17:7 35:8 64:20 65:9,14 81:13 84:24 106:24 116:25 117:18 138:2 178:1 183:17
**problem** 83:21 137:22 157:23 159:3
**problems** 76:4
**procedure** 5:19 53:1
**procedures** 63:6 113:5
**process** 24:11 38:6,14 43:21 48:12 50:6 80:8 95:16 105:11,23 112:22,24 113:2,9,16 117:19,21 123:17,23 130:7 131:7 164:23
**processes** 25:13 32:6 70:4,18

**produce** 107:1
**produced** 82:5 142:24 143:6,8 143:10 186:14
**production** 8:9
**products** 1:4
**professional** 96:11 104:23 106:15 118:4,9 118:20 119:9 120:19
**professionals** 120:5,7 121:1
**profiles** 73:9
**program** 11:7,8
**progressive** 46:19 47:20,24
**prohibited** 177:4,5,7
**promoted** 135:5,10
**promotion** 135:19
**property** 129:2 136:6,15,19 137:3 138:9,17 138:24 139:5,7 139:20
**propounded** 193:6
**protected** 25:15 90:20 112:25

**protocol** 71:3
**provide** 17:18 30:8 62:19 63:7,11 69:12 88:14 96:10 102:20 104:25 115:1 116:22 132:6 171:21 173:15 175:5 178:12 187:11
**provided** 23:9 32:1 36:17 77:9 122:8 128:1
**provides** 142:7
**providing** 30:20 60:3,11 62:17 106:14 178:22
**public** 23:1,2,6 24:14 26:3,4 26:11,12 32:18 38:4 178:3 185:15,18,19 185:22 193:20
**publicly** 23:5 107:11
**pueblo** 7:1 172:12
**pull** 51:24 124:8 143:24 144:3
**pulse** 103:14 132:10

**purchased** 162:19

**purpose** 20:10 69:8

**purposes** 22:10 170:6 174:3

**pursuant** 5:18 52:25

**pushback** 158:15 168:9 169:22

**pushed** 137:4

**put** 16:20 54:19 69:2 78:17 94:18 102:17 116:4 126:16 146:9 160:11 161:24 162:8 162:23 166:9 166:18 169:11 188:2

**puts** 146:11 188:4

**putting** 55:24 139:16

**q**

**qr** 188:17,18,24

**quality** 107:19 108:5,7

**quantify** 59:15

**quarter** 6:16 153:6,18

**quarterly** 31:14 109:14

**question** 20:2 20:19 22:18 25:17,19 34:11 37:21 38:10,11 44:9 54:2 55:17 88:18 101:18 114:25 118:12,23 120:13 121:24 122:24 125:7 134:20 135:7 136:11 166:16

**questionnaire** 81:17

**questions** 8:16 11:19 15:10 21:16 23:3,19 24:6,20 29:13 40:21 80:15 82:18,21,25 108:6,8,9 126:5,12,18 168:20 193:6

**quick** 122:24

**quickly** 154:9

**quite** 89:16 120:10 138:2

**quotes** 156:3

**r**

**r** 9:1 192:1,1

**ranging** 16:23

**rdr** 1:25

**reach** 68:16

**reaching** 96:9

**read** 64:13 191:3 193:4

**readiness** 17:25 18:1,2

**ready** 7:12 88:11 148:10 153:14 172:8 187:23

**reality** 65:7 98:10

**really** 35:7 66:17 69:7 79:24 96:4,4 154:13 178:10 178:21 181:17

**realtime** 2:10

**reason** 10:12 94:8 112:15 113:20,23 114:5 130:10 130:20 191:5 192:5,7,9,11,13 192:15,17,19 192:21

**reasons** 46:13 90:5 94:13 130:3 131:16 149:10

**reaves** 4:13 114:16 121:5

**rebecca** 19:2

**recalling** 108:8 167:14 168:2

**receipt** 191:13

**receive** 86:24 109:21 111:12 111:17 118:3

**received** 104:22 124:24 173:9

**receiving** 47:10

**recent** 40:12

**recently** 141:19

**recess** 76:21 140:12

**recognize** 38:25 52:20 104:17 106:2 114:22 140:20 183:25 185:8

**recognized** 54:22

**recognizing** 106:9

**recollection** 17:4

**record** 9:4,16 10:5 55:13 76:20,23 122:2 122:11,12 125:2 128:10 134:14 140:11 140:14 142:23 144:8,10,11,13

144:18 188:20
189:11,13,17
189:18 190:8
**recorded** 42:8
80:21 81:24,25
91:6 111:8
131:21 152:3
163:15
**recordings**
42:10
**records** 49:9
117:15
**recovered**
37:14,16
**reddit** 98:24,25
**reduce** 46:6
**reduced** 51:15
190:10
**reducing**
155:18
**refer** 26:17
28:14 60:8
110:2 160:10
172:14
**referencing**
135:6,12
**referral** 109:23
110:20 112:13
112:15,21,24
113:2,9,10
114:2,5,9,12
122:20,24
123:5,8,23

**referrals**
110:15 111:9
111:11,15
115:3,24,25
116:5 117:6,12
**referred** 24:21
30:5 110:6,12
111:5,15
112:19,23
113:6,14,21
115:2,13,15,19
117:13,16,19
118:1
**referrer** 111:2
**referring** 11:22
12:3 15:11
48:2 58:11
79:18 98:9
114:13 120:4
122:6 123:14
**reflected** 42:1
**regarding**
24:13 79:11
163:24 169:18
**regards** 119:19
**regional** 49:13
95:24 105:12
105:19,20
117:1,5
**register** 188:7
188:24 189:7
**registered** 2:9
190:4

**regular** 5:13
40:20,24 49:11
78:23 98:11
103:23 107:25
138:18 187:11
**regularly** 67:5
107:9
**regulate** 137:11
137:23
**regulation** 6:8
144:17,20,21
145:1,5
**regulations**
119:1
**relate** 126:20
**related** 13:17
42:16 45:14
48:6 50:22
60:4,7,12
69:20 70:10
91:10 122:1,5
131:4 134:1
190:12
**relates** 1:6
**relating** 75:3
127:14
**relation** 29:4
103:8
**relations** 16:4
18:13 26:25
28:6 49:14
51:19 52:2,11
80:10 81:2,19
104:21

**relationships**
74:14
**release** 111:21
111:22
**relief** 14:10
**relying** 151:21
**remember**
16:13 17:1,5
17:15 19:19
20:6 24:17
25:6 36:21
38:18 40:16,16
41:13 43:5
58:21 141:17
173:12 178:21
**removes** 142:10
**repair** 129:1
**repeat** 25:18
37:21 54:2
101:17 120:12
135:7 136:10
**rephrase** 38:12
**replacement**
129:1
**report** 26:13
30:7 51:24
84:5 90:5
93:23 95:21
96:20,22
102:21 103:20
130:3 151:10
181:17
**reported** 1:24
26:22 86:5

122:14 138:16
**reporter** 2:9
9:17 190:1,4
**reporting** 67:1
95:11 96:18
99:11 100:1
129:24 130:7
**reports** 26:21
27:7,21 40:2
51:18 90:13
122:3 130:2
**repost** 135:23
**reposts** 135:15
**represent**
146:2
**representative**
11:16 13:5
**represented**
65:10
**representing**
9:5 17:6
**request** 8:9
130:8,8,11,23
134:19,21
135:1,3 139:16
**requested**
170:2
**requests** 130:9
130:14 134:12
**require** 109:25
160:14 165:22
**required** 51:7
52:1 69:22,24
109:11 161:23

169:11
**requirement**
162:23
**requirements**
17:23 163:24
**requires**
164:12,16,19
165:7,13
166:17 167:6
**requiring**
160:9,11
165:24 166:8
**rereading**
55:16
**research**
120:10
**reshares**
135:23
**resolution**
34:18 39:7,14
**resolutions**
42:16,19
**resort** 1:16 2:6
**resource** 95:20
**resources** 16:5
18:19 45:25
56:10 58:12
63:7 96:12
112:1 123:20
147:19
**respective**
68:16
**respond** 33:21
57:24 102:15

105:3
**responded** 29:4
29:18
**responds** 53:10
**response** 13:12
29:10 35:8
46:25 57:4,11
58:5 59:19
74:12 130:20
137:23
**responses**
22:19 81:16
108:12 154:24
155:24 157:14
**responsibilities**
11:2 42:25
43:18
**responsibility**
107:15
**responsible**
61:23 62:6
128:4
**responsive**
45:18
**rest** 17:8
**restart** 12:17
**restate** 55:18
**restorative**
74:10 80:12
91:16,18
115:16
**restore** 74:14
91:19

**restricted**
183:18
**restrictions**
93:13 171:6
179:12
**result** 44:13
46:24 82:3
83:1 129:3
134:22 136:7
136:16
**results** 131:20
153:17 154:19
155:7 157:7
**retained** 20:7
**return** 191:11
**returned** 10:22
**review** 22:3,7
22:24 23:6,7
23:18 27:5
30:1 40:6
56:23 68:3
79:10 103:1,2
103:2,18
106:18 107:9
107:24 124:25
125:14,17,20
148:7 153:11
155:22
**reviewed** 15:19
22:2,4,21 24:3
24:18 25:23
26:5,25 32:11
32:21 33:17
42:23 54:25

**[reviewed - school]**

135:2 141:19
**reviewing** 23:1
33:1 59:9,20
64:17 121:18
128:17 148:8
148:11 153:15
172:9
**revision** 141:20
143:21
**rice** 4:6
**right** 17:13
18:8,13 24:15
35:8 37:20,24
56:7,13,15
58:13 61:3
66:14 73:23
74:2 75:11
80:6 94:1
97:20 111:6
122:15 124:12
138:14 141:4
141:12 142:19
143:15 146:17
146:20,23
147:4,12
148:15 149:11
149:18,24
150:9,13 151:4
152:16,20
154:4 155:9
157:8,17
166:21 167:16
168:3 170:19
171:22 180:23

183:3,7,12,15
184:11,14,17
184:21,24
187:4 188:14
**rights** 42:25
**ripped** 137:18
**ripping** 132:16
132:17
**robust** 59:10
**rodriguez**
148:23,24
152:15 154:11
154:12
**rog** 22:19
**role** 11:3 57:10
**roman** 12:24
**room** 158:4
188:19
**roster** 150:3
**roughly** 16:15
**roundabout**
75:21
**row** 180:20
**rowley** 4:6
18:17
**rowley.rice** 4:7
**rule** 5:18 52:25
**run** 159:15
171:14

| s |
|---|

**s** 5:7 9:1
**s.w.** 3:18

**sabino** 162:18
164:5 167:17
168:20,23
169:7
**safety** 13:23
16:3 18:8 23:8
26:17 28:6
29:3,3,7,10,14
29:17 40:23
72:5 103:6,7
**saved** 90:13
108:12
**savvy** 171:16
**saw** 100:5
**says** 12:24
14:10 39:6
53:4,5,9 59:23
61:5 68:12,14
68:22 115:1
121:25 123:3
127:5 128:24
141:20 142:16
143:21 145:4
145:10,14,17
149:3 153:6,25
154:12 156:5
156:11,15,19
156:23 157:22
158:2,21
161:13 170:5
172:11,21
173:17 174:8
182:23 186:4,6
186:14,23

187:20
**scan** 188:17,24
**school** 1:7,12
2:4 5:12,16,22
5:24 6:2,7 9:11
10:16,19 11:1
11:5,6,14,17,22
13:23 14:3
15:6,9,11 16:2
16:3,8,8,13,17
16:19,21,23,24
17:6,8,9,11,12
17:21,22 18:8
19:1,1 23:1,8
26:10,13,17
28:6 29:3,3,6,9
29:10,14,17,19
30:8,14 31:13
35:22 39:13
40:23 42:5
47:6 49:11
50:5 51:5,8,20
52:3,24 53:10
57:2 60:21
61:18 63:8,14
63:22 64:3
65:9 66:1,5
67:3,4,11 68:6
71:25 72:3,5,6
72:7,16 76:5
77:22 78:10
81:11,20 85:2
88:11 89:15,20
90:12 94:4,17

94:22 102:2,10
103:6,7,8,22,24
104:1,2,4,7,14
104:16,20,22
104:24 105:2,7
105:14,22,24
106:8,11 107:5
107:12,13,14
107:15,19
108:3,5,7,21
109:6 110:14
111:1,23,25
112:1,11,20
113:25 115:14
115:15,17,20
115:23,24
116:16 117:14
118:1 119:16
121:22 122:11
123:3,6 128:21
130:2,10,24
137:2 138:19
141:7,11 142:1
142:4,9,11,17
144:24 145:3,7
146:20,25
147:1,4,7,9
148:4,15,17
149:11 153:18
158:3,15 160:5
160:21 162:13
162:18,20
163:5,14,16,17
163:18,21

164:5,5,10,16
164:18 165:9
165:12,12,13
165:21 166:6,7
166:16,17
167:8,18,18,19
168:15,20,23
168:25 169:5,7
170:18,23
171:22,25
172:17,18,24
173:8 174:8,14
174:23 175:10
179:6,11,18,23
180:1 186:16
187:6,20 188:2
188:4
**schools** 16:18
17:2,2,3 30:13
34:9,22 35:13
40:14 44:6,19
44:25 45:21
47:1 51:3,11
79:5 83:21
84:8,8 95:5
103:16 104:3
104:13 107:23
107:24 110:25
113:5,7,17
147:17,19
159:20,24
160:6 162:5,10
162:16 163:20
164:4,9 166:12

167:14,15,20
167:22 168:1,5
168:13,16,17
172:15 173:4
173:11,13
174:1,4 178:16
183:1,3 186:20
187:2,4
**schoolwide**
166:8 167:10
**screen** 93:8
124:8
**scroll** 124:10
**search** 24:20,22
24:25 25:2,21
**second** 5:16
52:24 53:5
59:24 61:8
64:11 68:11
153:11 181:4
**secondhand**
83:13
**section** 14:7
28:16 44:15,20
90:22 140:3
**sections** 151:22
**see** 12:23 35:7
35:10 39:6,10
39:16 48:5,17
49:8,18 53:5
53:14 57:4,8
58:15 60:5
61:4,6,9 65:25
66:13,17,20

67:9 68:9,12
68:18,24 86:9
89:18 100:8
106:11 114:25
115:6 119:21
120:2,5,16
121:24 127:3
128:23 129:5,6
131:11 134:11
148:2,5 149:3
149:7 150:6
151:5 153:5,9
154:15 156:7,8
156:13,17,21
157:1,24 158:5
158:8,12,17,18
158:23,24
159:5,11,17,18
161:8,17 163:9
172:21 173:5
180:19 182:1
186:15,23
187:19,24
188:10
**seeing** 41:18
44:5 47:1
51:11,12,13,14
59:16 72:13
79:22 94:25
95:4 96:6 98:5
98:12 99:20
103:3 136:19
137:20,24
139:19 166:3

**[seeing - slipsheet]** Page 41

182:21 184:8
**seem** 155:23
**seen** 44:3 56:21
71:22 73:6
98:14,16,17
100:4 137:13
159:6
**sel** 74:1
**selecting** 61:24
62:6
**self** 33:21
122:14
**selling** 47:11
**send** 86:24
**sent** 114:13
**separate** 21:15
92:21
**separated** 6:17
153:7
**separately**
128:24
**september** 5:14
10:21,22 34:19
37:20 38:16
39:4,19
**serious** 158:16
**services** 13:18
17:19 60:4,8
60:12,17,23
91:14 111:14
115:2,13,20
116:1 117:14
118:2 121:25
122:4,13

123:15 124:23
127:11,12,25
129:4 146:19
146:23 177:17
**session** 38:3
**set** 5:23 6:7
57:2 103:22
128:21 162:21
**several** 36:1
72:19 129:8
158:25 182:6
185:13
**share** 65:4
93:25
**shared** 15:20
108:21 123:19
**sharepoint**
52:10 113:5,13
**shawna** 148:22
148:24 152:7
152:14 154:11
**shb.com** 3:13
3:14
**sheet** 5:24 6:1
22:6 121:22
124:5,5,25
191:6,9,12
193:7
**shift** 68:7
**shifts** 66:25
**shivanonda**
1:13 2:5 5:3,9
5:14,16,21,24
6:2,3,5,9,13,14

6:16,21 7:2,5,6
7:8,9,11,12
9:14,22 10:3,6
12:12,22 20:16
38:9,22,25
46:23 52:17,20
56:18,21 59:5
75:2 76:25
114:19 121:12
121:15 124:1
127:2 128:12
128:15 139:4
140:17,20
144:15 145:24
146:2 147:24
148:2 153:2,5
161:1,4 172:5
180:11,14
181:21,24
183:21,24
185:3,6 186:10
187:16
**shook** 3:11
**show** 67:22
70:9 88:23
**showed** 35:17
68:4
**showing** 69:18
86:16 100:12
139:6 150:22
155:17
**shows** 66:21
67:12 138:8

**siculus** 3:10
**sight** 160:19
**sign** 191:8
**signaling** 6:10
144:17
**signature**
190:17
**signed** 183:9
**significant**
65:13 67:9
**signs** 122:1
**similarly** 89:4
107:16
**single** 131:18
134:24 135:2
178:4
**sinks** 132:17
133:21
**site** 52:10 99:4
**sites** 80:12 99:9
**sitting** 59:17
119:7 133:13
167:23
**situations**
170:1
**six** 17:7,11
**sixth** 181:11
**skip** 13:16
**slap** 132:15
**sleep** 90:10
**slightly** 77:1
**slipsheet** 124:7
127:3

**sm** 6:4,11,14,19
  6:23 7:3,11,13
**small** 31:23
  64:15
**sms** 86:25 87:3
  151:11
**snap** 4:2
  189:17
**snapchat** 12:4
  176:18,19
  189:3
**soap** 132:18
**social** 1:3 9:10
  10:25 11:7,12
  17:25 20:4
  24:21,23 35:10
  35:12,15,18
  39:8,15,19
  40:4,4,14,18,25
  41:3,14,20,25
  42:15,17,20
  43:2,13 44:13
  44:18,22 45:8
  45:15 46:24
  47:4,9,11,18
  48:6 49:3,19
  50:22 66:14
  67:6,6 69:20
  71:13,18,22
  72:7,8,12,17,20
  73:4,8,12,14,23
  74:13,17,25
  75:4,11,13,17
  75:20,24 76:3

76:10,14 82:19
  83:17 84:6
  86:7,13 89:21
  93:1,16 97:16
  97:17 98:13
  99:4,9,12,17,20
  100:10 101:14
  101:23 103:5,9
  108:6 110:21
  113:3,12
  115:17 116:17
  116:17,21,23
  118:10,21,22
  119:10,22
  120:3,9,10,17
  120:20 129:20
  129:23 130:6
  131:4,13 132:5
  132:12 133:4
  134:1,15,23,25
  135:11 136:3,7
  136:16,18,20
  136:21 137:9
  137:21,25
  138:10 139:8
  139:19 140:4
  150:13,17,24
  151:6,16
  152:15 176:5
  176:12,15
  177:2 180:5
  187:9
**soft** 103:25
  104:11,18

105:4 106:2,13
  106:18 138:4
  151:3
**solve** 137:22
**solved** 157:23
**somewhat**
  30:16 37:2
  48:7 64:2
  83:21 87:13
**sorry** 13:24
  22:17 65:25
  83:8 120:12
  154:18 177:19
  181:3
**sort** 19:4 27:5
  30:7,23 61:2
  61:11 70:16
  71:2 74:12
  94:9,10 96:15
  98:7 103:20
  109:23 111:12
  138:5 140:2
  178:24
**sought** 110:5
  110:11
**sound** 17:13
**sounds** 140:9
**source** 152:3
**sources** 70:17
  74:23 88:14
  108:15,18
**south** 4:4
**spa** 1:16 2:6

**space** 191:6
**spans** 67:17
  129:8
**speak** 36:7
  39:24 46:21
  48:13 59:13
  60:10 71:16
  81:12 123:11
  131:6,17,22
  133:8 134:10
  136:2 138:24
  152:7 175:7
  178:24
**specialized**
  18:4
**specially** 76:11
**specific** 14:14
  16:17 26:25
  27:6,20 28:19
  29:21,21 30:14
  39:24 42:18
  44:15 54:19
  63:6,7 67:11
  73:18 77:25
  82:18 84:25
  85:17 95:16
  97:2,2 98:9
  99:4 113:10
  116:3 119:4
  120:21 125:20
  129:17 130:9
  131:13,25
  132:4,24
  133:16,18

134:19 163:14
163:16,20
165:5 166:10
168:11 170:9
175:18 176:8
176:10,15
177:13 185:18
**specifically**
22:10,12 55:5
71:8 72:23,25
74:17 75:5
82:23 87:15,21
88:19 99:7
134:15,22
135:1 140:25
**specifics** 32:8
59:13 133:9
134:11 168:2
178:25
**spelled** 121:9
**spend** 75:3
77:21 79:12
87:10,18,23
88:24 99:3,7
100:13,24
101:2,9
**spends** 69:20
70:10
**spent** 69:9,18
70:20
**spike** 66:17,20
66:21 67:13
68:4

**split** 31:21
116:18
**spoke** 19:12
24:7
**spoken** 23:17
**sporting**
145:19
**spreadsheet**
6:3 124:20
125:1,3,12,15
125:17 126:11
126:17,19
127:17
**spring** 34:15,20
38:14 81:1,1,4
**staff** 32:7 36:15
50:5 60:1,3,19
61:1,10 63:7
63:22 64:3,7
64:18,20,23
68:13,15 81:18
89:15,15 90:24
92:15 104:25
106:16 107:20
118:7 130:10
171:11,12
176:4
**stakeholder**
54:23 55:6,23
55:25
**stakeholders**
15:22 21:12
56:4

**stands** 170:10
**starr** 1:16,16
2:6,6
**start** 35:4 38:7
57:15 66:1
123:9
**started** 35:7,9
41:18 66:12,14
66:17,20
178:10
**starting** 57:3
66:4 68:5
78:24 129:7
**starts** 148:22
**state** 10:4
26:14 190:5
191:5
**stated** 134:22
**statement** 5:17
52:25
**states** 1:1 141:6
141:10 144:22
145:2,5
**staying** 65:25
132:9
**steal** 133:20,20
**steele** 163:1
165:11 167:18
**stenographic**
9:16
**stenographic...**
190:9
**stephany** 4:13

**stephany.rea...**
4:14
**steps** 131:2
**stipulation**
46:4
**stipulations**
8:13
**stolen** 138:21
**stomachache**
63:16,17
**stop** 57:19
**store** 114:11
**stored** 30:22
52:9 80:17
82:13 113:2
114:10 115:21
130:14 160:18
**stowed** 158:21
**strategic** 70:4
70:18
**strategies**
25:14
**streaming**
177:17
**strict** 159:2,9
159:15
**stricter** 162:6
162:11,17
163:6,7 165:21
166:2,24
167:23 170:8
**strike** 145:12
**stringent**
169:20

**strong** 156:11
**strueby** 3:13
**struggling** 90:9
  94:17
**student** 6:21
  13:17 16:4
  18:12 23:21
  26:20,22,23,25
  27:1 28:5,8,16
  31:5 32:10
  36:13 47:17
  48:23 49:14
  51:18 52:2,11
  60:4,7,12,17,23
  63:14 64:22,25
  65:17 67:23
  77:11 80:9
  81:2,12,19
  84:13,21 85:2
  85:13,18 86:9
  90:16,18,21,22
  90:23 91:1,6
  91:11,15,21,22
  92:1,4,5,7,12
  92:13,19,24
  104:21 110:5
  110:11 111:4
  111:18 112:18
  112:22 113:20
  116:1,5,22
  118:8,10,15,19
  118:21 119:8
  119:15 120:19
  120:21 138:21

146:11,12,15
156:25 157:16
161:6 164:24
165:14 174:18
179:10
**student's** 50:11
  119:9 161:16
**students** 11:13
  30:4,6,19,21
  31:24 32:5,8
  32:12 35:11
  36:17 43:1,20
  46:2,5,14
  47:10 48:24
  51:14 60:20
  63:8 64:5,8
  65:7,21 66:18
  66:20,22 67:5
  67:8,13 68:5
  71:19 72:21
  73:8 74:14
  75:13 77:3,6
  77:13,21 78:3
  78:8,17,21
  79:12,15,22,23
  80:5,13 81:3,8
  81:20,22 82:19
  83:2,3,14,25
  84:5,8,10,15,17
  85:8,17 86:16
  86:24 87:7,10
  87:18,23,25
  88:6,8,24 89:6
  89:8,12,16,19

89:24 90:3,3
91:17 92:15,17
93:1,4,7,16
94:2 97:3,11
97:17 98:13,17
99:3,7,11,16,21
99:23 100:1,9
100:13,20,24
101:2,5,9,14,23
102:6 103:4
106:10,12
107:20 109:21
111:13,15
113:14 115:1
115:12,14,19
116:20 117:13
117:15,19,25
118:5,17
119:17 120:15
123:14 128:1
131:15 132:15
132:21 136:1
136:20,23,24
137:10,15,16
137:22 141:11
142:4,11,17
145:3,7 146:9
150:2 151:5,9
151:10 152:2,8
160:11 161:19
161:23 162:23
163:2,2 164:16
164:19 165:6
165:24,24

166:4,9,18
169:2,8,24
170:21 171:1,2
171:7,16,18,21
171:24 173:18
173:20,23,24
174:9,12,16
175:5,17 176:5
176:6,13,23
177:12,18
178:13,23
179:5 180:6
181:17 182:16
183:7,8 184:5
184:16 185:25
187:8 188:7,16
188:23 189:5
**study** 93:15
  101:12,21
**stuff** 25:14
**sub** 150:4
**subject** 17:17
  18:5 148:14
**subjects** 154:2
  160:5
**submit** 31:14
**submitted**
  184:18
**subscribed**
  193:16
**subscribers**
  186:5
**substance** 11:8
  11:9 45:6,11

**[substance - tab]**

45:14,21 46:5
46:9 47:5,6,9
58:3 193:6
**substances**
46:3,17 47:10
47:11
**substitute**
150:2
**suffered** 136:7
136:15
**suggested**
54:13
**suicide** 119:19
**suite** 3:4 4:12
**summaries**
83:19
**summary** 82:2
82:4,7,11
**superintendent**
16:6 18:22
34:17 38:1
62:12 105:13
105:21
**superintende...**
49:13 95:24
105:19 117:1,2
117:4,5
**supervisor**
105:12
**supplemental**
5:9,17,25
52:24 53:6
**support** 8:1
17:24,25 23:23

24:11 28:13
30:5 32:7
36:15 39:7,14
42:14 60:4,7
60:12,17,22
61:19 62:17
63:12,12 64:19
65:11 72:20
73:15 74:6
75:16 79:5
90:24 96:7
103:16 104:15
105:2 106:13
110:4 111:3
112:2 115:13
115:20 116:22
117:19,23
156:16
**supported**
147:17
**supporting**
11:12 60:19,20
64:4 65:17,20
**supports** 31:12
32:1 36:16
45:25 63:8
64:7 72:15
73:15,24 74:9
96:12 104:19
105:5 107:16
107:22 108:2
117:20
**supposed** 100:3

**sure** 23:14
37:22 41:22
42:18 54:3
62:11 64:25
76:7,18 82:12
85:5,6 101:20
109:7 116:14
116:16 118:11
120:14 123:7
125:19 126:11
133:23 134:5
135:8 136:12
144:6 153:13
157:19 170:4
174:17 177:1
179:21 182:5
**survey** 77:25
102:3 107:19
107:20 108:5,7
108:11 153:17
154:1,19,23
155:8 157:7
**surveyed**
153:24 159:1
**swear** 9:18
**switch** 36:19
**sworn** 9:23
193:16
**symptoms**
122:1
**synergy** 26:23
27:3,7 28:10
28:11,15,17,24
28:25 32:9,18

36:11,20,24
37:6,9 48:2,4
48:10 49:21,25
50:17,25 51:23
51:25 67:20
90:23 92:13,18
92:21,22,25
109:18 117:23
139:24 140:3
151:21,22
**system** 23:23
24:10 25:5
26:20,23 28:13
28:16 32:10
36:14 37:17
63:14,22 90:16
90:24 92:12,19
93:23 102:3,10
103:12,14
110:2 111:6,9
112:10,14
115:9 117:18
117:23
**systems** 2:10
23:21 28:9
104:7 105:1

**t**

**t** 5:7 192:1
**tab** 12:11 38:21
52:16 56:16
114:17 121:7
123:25 124:4
124:11,15

**[tab - text]**

125:20,24
127:14,17,20
128:11 140:16
145:22 147:22
153:1 160:24
172:4 180:10
181:20 183:20
185:2 186:8
187:15
**table** 39:24
**tables** 137:13
137:16
**tablet** 64:11
**tablets** 77:7,14
**tabs** 125:22
**take** 50:5 131:2
132:16 144:4
148:6 153:11
157:19 171:9
186:7
**taken** 76:21
140:12 190:6,9
**takes** 138:22
**talk** 11:25 19:7
29:24 48:1
49:10 57:15
79:20,21,21,23
90:17 94:19
102:8 121:1
138:15 151:9
152:8 156:25
157:15
**talked** 18:3
19:11 21:22

23:12 28:7
32:17 33:9
57:17 66:12
74:2 79:10
95:10 96:15,25
97:15 107:10
120:15 151:3
164:15 165:20
167:17
**talking** 33:2,15
48:23 57:20
80:1 87:15
88:1,7 91:1,2
91:25 102:24
103:3 107:2
115:10 122:21
124:22 139:5
139:24 144:16
148:18
**talks** 57:5
58:10
**tardy** 88:6 90:4
**targeted** 84:7
104:14 105:8
**tasked** 11:11
17:23 104:21
**teacher** 132:16
145:15,17
150:2 157:14
158:2,20 159:9
159:14
**teachers** 6:17
60:2 78:16,25
79:11,21,22,23

88:1 90:7
92:15 93:23,25
94:24,25 95:8
95:10,16 96:21
99:25 102:9
103:3 105:3
137:3,17
138:15,17
153:7,24 154:2
154:23 155:8
155:15 156:5
156:10 157:3
157:22 158:25
160:10 170:5
**team** 51:7
102:11
**teams** 96:8
**tech** 4:17
**technologies**
3:9
**technology**
16:5 18:16
37:1,12 40:13
43:2 44:16
45:4 47:14,18
67:23 78:4
81:7 84:23
85:10,10 87:14
97:23 171:15
176:11 178:1
178:15,23
**tell** 119:15
125:25

**template** 51:25
**templates** 52:8
**ten** 16:15,22,25
173:14
**terminology**
175:3
**terms** 20:21
21:10,20 23:24
25:6,21 35:22
40:1 66:16
74:13 96:18
112:6 119:1
166:3
**testified** 9:25
89:22 170:17
**testify** 9:23
12:7 13:4,9,14
13:20,25 14:5
14:10,15 15:1
15:15 20:22
68:2 79:9
**testifying** 11:16
15:8 161:11
**testimony**
10:13 15:5,5
43:11 76:8,9
85:1 92:23
120:18 142:25
143:5,14,17
190:8,9
**testing** 109:10
**text** 86:23
150:18,24
151:11,11

**texting** 151:18

**thank** 12:20
15:3 55:20

**thing** 104:17

**things** 11:22
31:1 59:3,16
60:25 85:12
102:5 106:15
107:3 133:20
137:7,18
149:13 150:15
150:17 164:2
177:16

**think** 14:18,21
18:7 21:7,16
22:1 24:14
25:20 34:11
35:4 38:5 43:6
52:15 57:22,23
58:25 62:17
64:21 65:13
66:16 76:16
80:3 126:4
134:20 140:6
143:17 151:2
163:13 167:22
177:14,15
178:3 189:9

**thinking**
166:10

**third** 6:5 94:16
128:19 180:18
180:25

**thirty** 191:13

**thought** 80:4

**thousand** 186:4

**three** 17:12
56:6 58:6
124:12,13

**thrown** 137:7
137:18

**thumb** 103:13

**tie** 140:4

**tied** 138:9

**tiered** 23:23
24:10 28:13
117:18,23

**ties** 134:15

**tiktok** 12:3
130:1 132:12
176:17,19

**tiles** 133:19

**time** 9:8 30:15
30:18 31:4,10
31:13,19 35:16
36:7,15 41:2
44:3 53:11
69:9,18,19
70:9,20 75:3
76:17,20,23
77:21 78:7
79:11 87:9,17
87:23 88:24
90:11,12 93:8
99:3,7 100:2
100:13,24
101:2,7,9

104:13 129:24
130:2 131:12
132:3,13 133:1
134:2,4 138:22
140:8,11,14
141:22 144:10
144:13 148:6
148:25 149:14
152:7 177:20
182:23 184:9
186:3 189:10
189:13,16

**times** 43:25
72:19 78:7
94:21 103:7
107:3 147:14
166:5 183:6
187:7

**title** 13:6 127:7
161:5

**titled** 52:23
56:25 128:19
148:3 161:5
173:4 187:23

**today** 10:10,13
11:16,19 12:7
15:5 32:24
33:7,11 59:17
68:3 79:9
91:25 97:15
119:7 133:13
167:23 189:17

**today's** 9:7

**together** 55:24
96:8 116:4

**tolles** 4:3,11

**tools** 173:16

**top** 38:19 49:5
53:6 59:12,21
89:14 108:9
119:23 153:6
159:8 163:13
164:22 166:11
166:22 167:15
168:2 172:21
173:12

**topic** 14:6
17:17 39:19
42:22 77:1
126:8,20

**topics** 12:8,25
13:3,7,9,12,14
13:18,20,23,25
14:6,11,14,15
15:1,15 20:22
21:11,21 22:5
24:21 27:2
28:22 29:15
39:23 126:10

**total** 6:17 10:23
53:12 68:17
153:7

**towards** 178:11

**towel** 132:17

**trace** 85:16

**traceable** 85:15

**tracey** 18:17
**track** 77:10
  84:9,12,14,16
  84:20,25 85:3
  85:4,11,16
  86:11 87:8,21
  88:13 93:3,7
  93:11 97:9,11
  109:20,22,24
  113:19,22
  119:5
**trackable**
  111:24
**tracked** 78:25
  79:2,8 80:17
  94:9 110:17
  112:5,14 115:3
  116:24
**tracking** 99:13
**train** 105:2
**training** 60:19
  104:25
**transactions**
  149:21
**transcript**
  190:7 191:14
  191:15
**transcription**
  193:5
**transfer** 37:2
**transferred**
  36:23 37:5,5,8
**traveled** 81:19

**treatment**
  109:21,24
  110:6,11,16
  113:15
**trend** 151:5
**trends** 44:1
**trial** 4:17
**tricky** 48:7
  77:24
**tries** 187:7
**trigger** 48:13
  60:16
**triggers** 94:13
**trips** 145:11,19
**truancy** 149:14
**true** 190:7
**trujillo** 34:16
**truly** 126:2
**truth** 9:23,24
  9:24
**truthful** 10:13
**try** 70:19
  149:11 152:9
**trying** 94:7
  104:6 177:15
**tucson** 1:7,12
  1:15,17 2:4,5,7
  5:9,11,13,16,16
  5:20,22,24 6:1
  6:3,5,7,8,12,14
  6:16,20 7:1,4,6
  7:7,9,10,12,12
  9:10,11 10:7
  10:16 11:14,17

11:22 12:12
15:5,11 38:22
39:13 52:17,23
53:10 56:18
57:2 114:19
121:12 124:1
128:12,21
140:17 145:24
147:2,3,24
148:3,14,17,18
149:1,10 153:2
153:18 161:1
165:12 172:5
180:11 181:21
183:21 185:3
186:10 187:16
187:20,23
188:1,11
**tuesday** 5:14
  177:19
**turn** 12:22 39:5
  53:2 61:4
  105:4 114:24
  121:23 128:22
  163:3 164:16
  164:19 165:14
  186:13,22
**turned** 51:18
  52:2 162:7
  165:2
**turning** 172:20
**tusd** 6:4,11,14
  6:19,23 7:3,11
  7:13 11:20

12:6 17:20
22:7,8 26:6
34:3,7,20 35:4
37:18,23 39:3
39:20 53:18,24
54:5 56:1
62:24 66:21
67:12 69:1,18
70:8,16,18
71:6 72:22
77:2,13,20
80:5 84:9,11
84:17 85:3,9
85:14,19,22
86:15,23,24
87:2,6,9,17
93:3,7,11,15,17
97:1,16 99:2,6
99:16 100:12
100:19,23
101:8,12,15,21
101:24 103:17
104:10 108:25
109:3,4,20
110:6,7,12,15
113:22 117:15
118:2,3,5,8,15
118:19 120:20
123:13 126:20
129:19 130:5
131:2 133:25
134:2 135:4,9
136:6,15
140:24 142:14

**[tusd - use]** Page 49

146:22 147:10
147:15 150:22
159:19,23
160:1,8,13
161:22 169:3
169:17 170:18
171:21 172:15
173:9,21,23
174:12,25
175:2,2,12,23
175:25 176:6
176:13,23
177:23 179:14
179:15,17,25
180:5 182:3,20
182:23 183:1,6
183:14 184:4,7
184:10,13,16
184:20 185:10
185:14,24
186:4,20 187:2
**tusd's**  7:4,6,7,9
13:4 129:22
141:3 144:20
144:22 172:1
180:15,23
181:1,9,12,25
182:15,17
183:25 184:24
185:7,20
**twice**  51:8 52:4
**twitter**  98:20
186:25

**two**  11:5 17:5
17:11,12 37:11
41:8 65:25
68:21 71:7
160:5 167:13
167:20 169:15
169:16 170:11
170:12
**type**  17:17
19:23 30:1,12
52:3 77:4
89:21 104:10
111:8
**types**  25:6 26:9
58:16,17 59:6
59:18 68:13
91:5 93:12
100:13 109:4
150:23
**typewriting**
190:10

**u**

**uber**  149:16
150:12
**ultimately**
111:18
**unable**  120:25
**under**  10:9
12:24 13:11,18
14:3,13 121:24
128:3,22
141:24 142:3,6
142:15 157:21

161:19 190:10
**underlying**
28:1
**underneath**
39:12
**understand**
10:9 11:15,21
12:1,6 15:4,12
34:3 38:10,11
76:8 88:17
90:1 126:9
174:18 177:1
**understanding**
14:16 20:8
33:18,21,24
34:14,21,23,24
35:6 37:1,25
38:13 40:15,19
42:4 54:9 56:1
62:8 65:18
66:11 77:12,18
83:12 110:23
143:19 154:8
160:7
**understood**
85:5,6
**unfamiliar**
150:4
**unified**  1:7,12
2:4 5:12,16,22
6:7 9:11 10:16
11:14,17,22
15:6,11 39:13
52:23 53:10

57:2 128:21
165:13 187:20
188:1
**united**  1:1
**unlimited**
173:19 174:24
175:4,8
**update**  44:1
80:24 82:5
**updated**  43:8
43:10 44:17
45:9 46:8
141:14,15,16
141:18,21
142:20 143:20
**updates**  44:4
**uproar**  139:18
**usage**  84:13
89:20 141:1
**use**  6:9,21 13:7
30:17 31:11,13
31:19 35:12
40:3,13 43:2
44:13,16,18
45:3,8,20,21
46:16 47:6,13
47:18 49:2
66:13 67:6,22
78:4,9,21
79:16 80:6,16
81:6 83:3,15
83:16,18 84:6
84:18 87:14
93:1,13,16

97:3,17,22
99:20 100:10
100:21 101:14
101:23 103:5
108:6,23 120:9
137:9 139:19
142:4,8 144:16
146:13 149:15
151:11,16
154:25 155:18
156:6 158:11
161:6 164:13
169:18 170:21
171:3,12,24
174:3,5 178:13
178:18 179:5
179:18 180:1
185:14,17
187:3 188:16
188:23
**used**   25:7,21
36:10 97:25
98:3,15,25
109:9 111:25
112:6,7,9,11
141:7,11,25
142:16 144:23
145:2,6,11,14
145:18,19
146:22,24
147:3,10,10,15
151:17 152:15
154:7 160:19
170:4,6 173:25

175:21 176:6
176:13 182:7,8
183:10 185:12
185:15 191:16
**uses**   164:5
180:5
**using**   78:8
83:18 85:4,18
85:23,25 86:16
97:12 98:17
106:2 147:20
152:9 153:19
155:16 157:4
179:10 187:13
**utilize**   187:9
**utilized**   109:1
**utilizing**   70:3
151:6

**v**

**v**   1:8
**valencia**   186:16
**value**   56:5
182:20
**vandalism**
129:2 131:3
134:3,9
**vandalized**
130:25
**vandalizing**
133:19
**variety**   173:25
**various**   106:18
117:6

**varying**   185:13
**verbiage**   44:17
160:15
**verify**   131:2
**veritext**   9:6
**verizon**   173:4
173:10,13,15
174:4
**version**   141:16
142:16 144:19
**versus**   9:12
17:2,3 46:20
89:20 163:10
**vesey**   186:17,18
186:19 188:4
**victoria**   4:5
**victoria.degt...**
4:6
**video**   9:9 42:10
81:25 87:7,10
87:15,18,23
88:1,2,19,21,24
89:9,12,19
90:8 100:6
132:16
**videographer**
4:17 9:3,5
76:19,22
140:10,13
144:9,12
189:12,16
**videoing**   99:21
136:23

**videos**   132:14
185:17
**videotaped**
1:12 2:3 5:10
**view**   161:15
**vimeo**   181:6
**violating**
164:25
**violation**   27:11
78:11,11,12
109:25
**violations**
27:12 50:10
**viral**   135:16,17
**virtual**   104:3
**visit**   30:6 84:10
179:13
**visiting**   30:21

**w**

**w**   1:16 2:6
**wagstaff**   3:3
**waivers**   183:9
**wakefield**
163:5 165:20
166:6,17
167:18
**walk**   16:10
**wall**   157:17,23
**wam**   127:5
**want**   13:2
16:10 43:7
76:7 122:18
125:19,20

**[want - worked]**

136:1 162:14
168:19 169:1
173:13
**wanted** 50:21
149:11
**warmbrand**
18:14 28:5
82:9
**warning**
182:16 184:3
**warns** 185:24
**warrant** 29:10
**washington**
3:19 4:12
**watching** 101:9
**way** 31:21 48:8
49:5,19,23
61:18 75:21
94:11 103:21
103:23 112:11
124:11 135:16
135:20,24
137:10 189:5
**ways** 57:22,23
59:11,15 62:25
74:7 166:13
168:4 171:17
173:25
**wc.com** 3:20
**wcllp.com** 3:6
**we've** 33:9,16
33:17 40:10
45:23,23 46:25
59:12 71:22

73:6 74:7
76:15 98:1
102:19 103:19
107:10 115:9
137:3,14,16
140:6 151:3
167:17 178:22
**web** 109:3,5
**website** 6:13
7:5 142:14
144:1,20,22
146:3 177:20
178:5,7 180:15
186:24
**websites** 84:9
85:12 175:24
176:22 177:6,9
177:10,13,16
177:22 179:2
179:12 187:3
**weekly** 51:9,20
**weight** 68:22
69:2
**welcome**
186:17
**welcoming**
172:16
**wheels** 178:17
**wide** 158:3,15
**widely** 171:10
**wifi** 84:22,23
85:2,9,12,14
170:18,22
171:3,7,11,13

171:14,19,25
173:19 174:24
175:2,4,5,9
176:4,7,14,16
176:23 177:23
179:7,8,9,11,15
179:16
**williams** 3:18
**witness** 8:3
9:19 14:23
19:19 20:3
21:10 22:13
31:9 33:23
41:6,17 42:4
43:16 45:17
50:17 54:9
55:10,14 58:1
58:23 59:9,20
64:10,17 67:16
69:6 70:13,22
71:12 73:4,22
75:10 77:17
82:15 83:9,11
86:3 89:4 91:9
92:3 95:14
97:8 100:17
101:17 102:1
107:8 108:14
113:25 119:14
120:23 121:8
121:18 125:9
125:16 126:14
128:8,17 132:9
133:7 138:13

139:13 143:19
148:8,11
150:20 151:2
151:24 153:15
153:22 155:4
155:11,22
157:11 158:8
162:1 165:17
170:15 171:1
172:9 177:25
182:13 187:6
191:1 193:9
**witnesses** 48:25
**wondering**
120:17
**word** 175:7
**worded** 22:18
**words** 85:23
152:15
**work** 24:1 35:7
38:2 49:12
65:16 67:8
69:14 70:6
74:12,15 94:5
95:25 96:4
110:19 113:8
116:17,17
123:19 135:16
135:20 152:5
156:20
**workbook**
127:5
**worked** 31:20

worker 115:17
workers 11:10
  72:7,8 116:21
  116:23
working 46:10
  67:3 70:3
  118:24 156:12
works 103:22
  156:5
workshop 46:6
workshops
  46:15
world 158:20
wrapped 47:21
  60:25
writing 64:15
written 49:6
  80:2 81:16
  82:2
wrote 82:7

**x**

x 5:7 98:20
  176:17,19
  181:4

**y**

yeah 12:16
  20:18 24:4
  25:24 26:12
  58:25 83:10
  124:14 153:13
year 40:18
  41:13 42:23
  43:5 44:3,3

46:10 66:1,5
68:6,16 104:24
123:3,6 147:4
147:7,9 154:14
156:16,23,24
160:5 162:20
164:10 172:18
yearly 40:6
  43:10 107:21
  109:12
years 10:23
  37:11 40:10
  41:9 42:24
  67:17 124:17
  159:15 182:6,9
  185:13
ygr 1:3
yondr 6:12,18
  6:18 146:4,5
  146:12,19,22
  147:10,15,17
  147:20 148:3
  148:14 149:11
  153:8,8,19
  154:7,25 155:1
  155:16 157:4
  158:1 159:4,19
  159:24 160:1,6
younger 89:19
  174:2
youth 120:10
  120:11
youtube 3:17
  7:9 12:4 181:9

185:7,10,12,15
185:20,24,25
186:1,5

**z**

zero 158:15
zoom 3:14,20
  4:7,8
zuckerberg
  3:10

**ï**

ï¿ 2:14,14,14