**Exhibit 112**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**Your source for the latest research news**

# Social media use associated with depression among US young adults

| | |
|---|---|
| *Date:* | March 22, 2016 |
| *Source:* | University of Pittsburgh Schools of the Health Sciences |
| *Summary:* | The more time young adults use social media, the more likely they are to be depressed, according to new research. The findings could guide clinical and public health interventions to tackle depression, forecast to become the leading cause of disability in high-income countries by 2030. |

**FULL STORY**

The more time young adults use social media, the more likely they are to be depressed, according to new research from the University of Pittsburgh School of Medicine.

The findings could guide clinical and public health interventions to tackle depression, forecast to become the leading cause of disability in high-income countries by 2030. The research, funded by the National Institutes of Health, is published online and scheduled for the April 1 issue of the journal *Depression and Anxiety*.

This was the first large, nationally representative study to examine associations between use of a broad range of social media outlets and depression. Previous studies on the subject have yielded mixed results, been limited by small or localized samples, and focused primarily on one specific social media platform, rather than the broad range often used by young adults.



**EXHIBIT**

Osborne

19

Social media use associated with depression among US young adults | ScienceDaily

"Because social media has become such an integrated component of human interaction, it is important for clinicians interacting with young adults to recognize the balance to be struck in encouraging potential positive use, while redirecting from problematic use," said senior author Brian A. Primack, M.D., Ph.D., director of Pitt's Center for Research on Media, Technology and Health.

In 2014, Dr. Primack and his colleagues sampled 1,787 U.S. adults ages 19 through 32, using questionnaires to determine social media use and an established depression assessment tool.

The questionnaires asked about the 11 most popular social media platforms at the time: Facebook, YouTube, Twitter, Google Plus, Instagram, Snapchat, Reddit, Tumblr, Pinterest, Vine and LinkedIn.

On average the participants used social media a total of 61 minutes per day and visited various social media accounts 30 times per week. More than a quarter of the participants were classified as having "high" indicators of depression.

There were significant and linear associations between social media use and depression whether social media use was measured in terms of total time spent or frequency of visits. For example, compared with those who checked least frequently, participants who reported most frequently checking social media throughout the week had 2.7 times the likelihood of depression. Similarly, compared to peers who spent less time on social media, participants who spent the most total time on social media throughout the day had 1.7 times the risk of depression. The researchers controlled for other factors that may contribute to depression, including age, sex, race, ethnicity, relationship status, living situation, household income and education level.

Lead author Lui yi Lin, B.A., who will be graduating from the University of Pittsburgh School of Medicine this spring, emphasized that, because this was a cross-sectional study, it does not disentangle cause and effect.

"It may be that people who already are depressed are turning to social media to fill a void," she said.

Conversely, Ms. Lin explains that exposure to social media also may cause depression, which could then in turn fuel more use of social media. For example:

- Exposure to highly idealized representations of peers on social media elicits feelings of envy and the distorted belief that others lead happier, more successful lives.

- Engaging in activities of little meaning on social media may give a feeling of "time wasted" that negatively influences mood.
- Social media use could be fueling "Internet addiction," a proposed psychiatric condition closely associated with depression.
- Spending more time on social media may increase the risk of exposure to cyber-bullying or other similar negative interactions, which can cause feelings of depression.

In addition to encouraging clinicians to ask about social media use among people who are depressed, the findings could be used as a basis for public health interventions leveraging social media. Some social media platforms already have made forays into such preventative measures. For example, when a person searches the blog site Tumblr for tags indicative of a mental health crisis--such as "depressed," "suicidal" or "hopeless"--they are redirected to a message that begins with "Everything OK?" and provided with links to resources. Similarly, a year ago Facebook tested a feature that allows friends to anonymously report worrisome posts. The posters would then receive pop-up messages voicing concern and encouraging them to speak with a friend or helpline.

"Our hope is that continued research will allow such efforts to be refined so that they better reach those in need," said Dr. Primack, who also is assistant vice chancellor for health and society in Pitt's Schools of the Health Sciences and professor of medicine. "All social media exposures are not the same. Future studies should examine whether there may be different risks for depression depending on whether the social media interactions people have tend to be more active vs. passive or whether they tend to be more confrontational vs. supportive. This would help us develop more fine-grained recommendations around social media use."

**Story Source:**

Materials provided by **University of Pittsburgh Schools of the Health Sciences**. *Note: Content may be edited for style and length.*

**Journal Reference**:

Case 4:22-md-03047-YGR    Document 2407-121    Filed 11/07/25    Page 5 of 6

1. Liu yi Lin, Jaime E. Sidani, Ariel Shensa, Ana Radovic, Elizabeth Miller, Jason B. Colditz, Beth L. Hoffman, Leila M. Giles, Brian A. Primack. **ASSOCIATION BETWEEN SOCIAL MEDIA USE AND DEPRESSION AMONG U.S. YOUNG ADULTS**. *Depression and Anxiety*, 2016; DOI: 10.1002/da.22466

**Cite This Page**:

MLA     APA     Chicago

University of Pittsburgh Schools of the Health Sciences. "Social media use associated with depression among US young adults." ScienceDaily. ScienceDaily, 22 March 2016. <www.sciencedaily.com/releases/2016/03/160322100401.htm>.

## Explore More

*from ScienceDaily*

**RELATED STORIES**

### The Art of Well-Being: Group Activities Shown to Ease Depression and Anxiety in Older Adults

Mar. 5, 2025 — Group arts interventions, such as painting, dance, or music, significantly reduce symptoms of depression and anxiety in older adults, offering a powerful alternative to traditional treatments. The ...

### Young People's Moods Directly Affected by Social Media 'Likes'

Oct. 24, 2024 — Young people today are growing up in a social media-saturated world where technology plays a central role in shaping most of their experiences. And the rapid rise of social media use has consequently ...

### More Than Just Social Media Use May Be Causing Depression in Young Adults, Study Shows

May 29, 2024 — Over the past few decades, there has been a significant increase in the prevalence of depression in adolescents and young adults -- and a simultaneous uptick in the inclusion of technology and social ...

### Social Media Algorithms Exploit How Humans Learn from Their Peers

Aug. 3, 2023 — In prehistoric societies, humans tended to learn from members of our ingroup or from more prestigious individuals, as this information was more likely to be reliable and result in group success. ...

### Risk Factors for Heart Disease and Stroke Largely Similar in Men and Women Globally

Sep. 9, 2022 — Women and men share most of the same risk factors for cardiovascular disease (CVD), a large international study has found -- the first such study to include people not only from high income ...

Case 4:22-md-03047-YGR Document 2407-121 Filed 11/07/25 Page 6 of 6

**Depressed Moms Who Breastfeed Boost Babies' Mood, Neuroprotection and Mutual Touch**

Feb. 10, 2021 — Feeding method and affectionate touch patterns in depressed and non-depressed mothers and babies as well as infant's EEG activity showed that mother-infant affectionate touch differed as a ...

**TRENDING AT SCITECHDAILY.com**

Cornell Scientists Unlock the Secret to Age-Defying Weight Control

"A Bad Day at Sea": Researchers Reveal How Rogue Waves Really Form

Scientists Develop 4-in-1 Drug for Weight Loss With Fewer Side Effects

Covid Could Be Quietly Aging Your Arteries by Five Years