**Exhibit 116**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

WITNESS: Jeffrey Meyers
DATE OF DEPOSITION: 08/22/25
CASE: *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*
CASE NO. 4:22-md-03047-YGR

**I HAVE READ MY DEPOSITION**

_____  **No changes need to be made to the transcript/  \_\_X\_\_  Changes listed below**

**Changes and Signature**

| Page, Line(s) | Change | Reason |
|---|---|---|
| 15:24 | "the expert that" -> "the expert report that" | Missing word. |
| 23:22 | "at the original reports." -> "in the original reports." | Typo. |
| 29:10 | "Ascher-Meyers" -> "Asher-Meyers" | Typo. |
| 29:19 | "interview" -> "interviewing" | Typo. |
| 49:6 | "in my excess" -> "in excess" | Typo. |
| 54:23 | "firm" -> "form" | Typo. |
| 66:6 | "high school student" -> "high school parent" | Typo. |
| 67:18 | "true on" -> "true in" | Typo. |
| 76:7 | "to what the actual" -> "to what they actually" | Typo. |
| 152:2 | "interactive projections" -> "interactive process" | Typo. |
| 201:3 | "played phones" -> "played phone games" | Typo. |
| 210:14 | "not recoverable" -> "is not recoverable" | Missing word. |
| 221:23 | "declaration or affidavit" -> "the declaration or affidavit" | Missing word. |
| 234:4 | "this is" -> "that is" | Typo. |
| 242:19 | "a school that's" -> "a school district that's" | Missing word. |
| 244:8 | "what the" -> "what" | Extra word. |
| 279:16 | "questions" -> "question" | Typo. |
| 287:9-288:5; 306:20-307:10 | As stated herein, my deposition testimony amends my Appendix C, Exhibit 1 as follows:<br>1) "Kids First" Allocation Percent from 50.00% to 20.00%, per Watts Affidavit;<br>2) "Remix Education" Allocation Percent from 25.00% to 20.00% per Watts Affidavit; and<br>3) "Millstone Labs, LLC" Allocation Percent from 50.00% to 75.00% per Watts Affidavit. | Correction/Clarification. |
| 316:1 | "both the" -> "both in the" | Missing word. |
| 322:11 | "says that the" -> "says the" | Extra word. |
| 339:9-339:20 | As stated herein, my deposition testimony amends my report as follows:<br>"As detailed on Appendix C, Exhibit 1, I have relied upon the Allocation Percent(s) detailed by Charleston in the Allison Affidavit[3] **and discovery responses (Charleston's Supplemental Answers to Defendants' Interrogatories (Set 3) dated April 23, 2025)** to determine the amount of Vendor Costs attributable to the alleged | Citation Clarification. |

| Page, Line(s) | Change | Reason |
|---|---|---|
| | improper actions of Defendants and incurred during the period FYE 2015-16 through FYE 2024-25.”<br>*(Reference: Charleston Meyers Report dated May 19, 2025, Page 5, Paragraph 22)* | |
| 362:1-362:20 | As stated herein, my deposition testimony amends my report as follows:<br>"As detailed on Appendix C, Exhibit 1, I have relied upon the Allocation Percent(s) detailed by DeKalb in the Davis Affidavit[3], **discovery responses (DeKalb's Amended Objections and Responses to Defendants' Interrogatories (Set 3) dated March 24, 2025), and Deposition of Byron Schueneman dated March 11, 2025** to determine the amount of Vendor Costs attributable to the alleged improper actions of Defendants and incurred during the period FYE 2017-18 through FYE 2024-25."<br>*(Reference: DeKalb Meyers Report dated May 19, 2025, Page 5, Paragraph 22)* | Citation Clarification. |

I, Jeffrey Meyers, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Signed by:

*Jeffrey E. Meyers*
3B07833592BA437...
_____
Signature

10/9/2025
_____
Date