*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,*<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>**TEMPORARY SEALING MOTION RE: PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS FOR FAILURE TO ACCOUNT FOR SECTION 230 AND THE FIRST AMENDMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs submit this Temporary Sealing Motion regarding Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions for Failure to Account for Section 230 and the First Amendment. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2409-1 | Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions for Failure to Account for Section 230 and the First Amendment (Sealed) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-2 | Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions for Failure to Account for Section 230 and the First Amendment (Redacted) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-3 | Declaration of Andre M. Mura | Not redacted or sealed |
| ECF No. 2409-4 | Ex. 1, May 16, 2025 Trial Report of Mitch Prinstein, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-5 | Ex. 2, June 13, 2025 Expert Report of Dr. Emilio Ferrara | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-6 | Ex. 3, June 13, 2025 Expert Report of Dr. Chris Mattmann | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-7 | Ex. 4, July 9, 2025 Expert Report of Sandeep Chatterjee, Ph.D. | Temporarily filing under seal because document contains information that the parties |

| | | may consider to be confidential |
|---|---|---|
| ECF No. 2409-8 | Ex. 5, July 9, 2025 Expert Report of Michael Baiocchi, Ph.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-9 | Ex. 6, April 18, 2025 Expert Report of Dr. Randy Auerbach | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2409-10 | Ex. 7, Exhibit 25 to the Deposition of Brian Boland | Not redacted or sealed |

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1    DATED: November 7, 2025

2                                             Respectfully submitted,

3                                             */s/ Lexi J. Hazan*

4                                             LEXI J. HAZAM
                                              **LIEFF CABRASER HEIMANN &**
5                                             **BERNSTEIN, LLP**
                                              275 BATTERY STREET, 29TH FLOOR
6                                             SAN FRANCISCO, CA 94111-3339
                                              Telephone: 415-956-1000
7                                             lhazam@lchb.com

8
                                              PREVIN WARREN
9                                             **MOTLEY RICE LLC**
                                              401 9th Street NW Suite 630
10                                            Washington DC 20004
                                              T: 202-386-9610
11                                            pwarren@motleyrice.com

12
                                              Co-Lead Counsel
13

14                                            ANDRE M. MURA
                                              **GIBBS MURA LLP**
15                                            1111 Broadway, Suite 2100
                                              Oakland, CA 94607
16                                            Telephone: (510) 350-9700
                                              Facsimile: (510) 350-9701
17                                            amm@classlawgroup.com

18
                                              Plaintiffs Steering Committee Leadership
19

20                                            *Attorneys for PI/SD Plaintiffs*

21

22

23

24

25

26

27

28

TEMPORARY SEALING MOTION RE: OPPOSITION TO
                                              MOTION TO EXCLUDE BASED ON SECTION 230 AND
                                              FIRST AMENDMENT

1    KRIS MAYES
     Attorney General
2    State of Arizona

3    */s/ Reagan Healey*
4    Reagan Healey (AZ No. 038733), *pro hac vice*
     Assistant Attorney General
5    Arizona Attorney General's Office
6    2005 North Central Avenue
     Phoenix, AZ 85004
7    Phone: (602) 542-3725
     Fax: (602) 542-4377
8    Reagan.Healey@azag.gov

9
     *Attorney for Plaintiff State of Arizona*
10

11   **ROB BONTA**
     Attorney General
12   State of California

13   */s/ Megan O'Neill*
14   Nicklas A. Akers (CA SBN 211222)
     Senior Assistant Attorney General
15   Bernard Eskandari (SBN 244395)
     Emily Kalanithi (SBN 256972)
16   Supervising Deputy Attorneys General
17   Nayha Arora (CA SBN 350467)
     David Beglin (CA SBN 356401)
18   Megan O'Neill (CA SBN 343535)
     Joshua Olszewski-Jubelirer (CA SBN 336428)
19   Marissa Roy (CA SBN 318773)
20   Brendan Ruddy (CA SBN 297896)
     Deputy Attorneys General
21   California Department of Justice
     Office of the Attorney General
22   455 Golden Gate Ave., Suite 11000
23   San Francisco, CA 94102-7004
     Phone: (415) 510-4400
24   Fax: (415) 703-5480
     Megan.ONeill@doj.ca.gov
25

26   *Attorneys for Plaintiff the People of the State of*
     *California*
27

28   **PHILIP J. WEISER**

TEMPORARY SEALING MOTIOIN RE: OPPOSITION TO
     MOTION TO EXCLUDE BASED ON SECTION 230 AND
     FIRST AMENDMENT

Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, (CO Reg.45066), *pro hac vice*
Deputy Solicitor General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*
Solicitor General
Elizabeth Orem (CO Reg. 58309), *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Rebecca Borné*
Rebecca Borné
(CT Juris No. 446982), pro hac vice
Tess E. Schneider
(CT Juris No. 444175), *pro hac vice*
Krislyn M. Launer
(CT Juris No. 440789), *pro hac vice*
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306
Fax: 860-808-5593
Rebecca.Borne@ct.gov
Tess.Schneider@ct.gov
Krislyn.Launer@ct.gov

*Attorneys for Plaintiff State of Connecticut*

TEMPORARY SEALING MOTIN RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1

2      **KATHLEEN JENNINGS**
        Attorney General
3      State of Delaware

4

5      */s/ Ryan Costa*
        Marion Quirk (DE Bar 4136), *pro hac vice*
6      Director of Consumer Protection
        Ryan Costa (DE Bar 5325), *pro hac vice*
7      Deputy Director of Consumer Protection
        Delaware Department of Justice
8      820 N. French Street, 5th Floor
        Wilmington, DE 19801
9      Phone: (302) 683-8811
        Marion.Quirk@delaware.gov
10     Ryan.Costa@delaware.gov

11

12     *Attorneys for Plaintiff State of Delaware*

13     **ANNE E. LOPEZ**
        Attorney General
14     State of Hawai'i

15

16     */s/ Douglas S. Chin*
        Christopher J.I. Leong (HI JD No. 9662), *pro hac*
17     *vice*
        Supervising Deputy Attorney General
18     Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*
        Deputy Attorney General
19     Department of the Attorney General
        Commerce and Economic Development Division
20     425 Queen Street
        Honolulu, Hawai'i 96813
21     Phone: (808) 586-1180
        Christopher.ji.leong@hawaii.gov
22     Kelcie.k.nagata@hawaii.gov
23     Douglas S. Chin (HI JD No. 6465), *pro hac vice*
        John W. Kelly (HI JD No. 9907), *pro hac vice*
24     Special Deputy Attorney General
        Starn O'Toole Marcus & Fisher
25     733 Bishop Street, Suite 1900
        Honolulu, Hawai'i 96813
26     Phone: (808) 537-6100
27     dchin@starnlaw.com

28

                                    - 6 -              TEMPORARY SEALING MOTION RE: OPPOSITION TO
                                                       MOTION TO EXCLUDE BASED ON SECTION 230 AND
                                                       FIRST AMENDMENT

1  jkelly@starnlaw.com

2  *Attorneys for Plaintiff State of Hawai'i*

3  **RAÚL R. LABRADOR**

4  Attorney General

5  State of Idaho

6

By:*/s/ James Simeri*

7  James Simeri (ID Bar No. 12332)

Deputy Attorney General

8  Attorney General's Office

9  P.O. Box 83720

Boise, ID 83720-0010

10  (208) 334-4114

11  james.simeri@ag.idaho.gov

12  *Attorneys for Plaintiff State of Idaho*

13  **KWAME RAOUL**

14  Attorney General

State of Illinois

15

*/s/ Matthew Davies*

16  Susan Ellis, Chief, Consumer Protection Division

17  (IL Bar No. 6256460)

Greg Grzeskiewicz, Chief, Consumer Fraud

18  Bureau (IL Bar No. 6272322)

Jacob Gilbert, Deputy Chief, Consumer Fraud

19  Bureau (IL Bar No. 6306019)

20  Matthew Davies, Assistant Attorney General,

Consumer Fraud Bureau (IL Bar No. 6299608),

21  *pro hac vice*

22  Daniel B. Roth, Assistant Attorney General,

Consumer Fraud Bureau (IL Bar No. 6290613)

23  Meera Khan, Assistant Attorney General,

Consumer Fraud Bureau (IL Bar No. 6345895)

24  Office of the Illinois Attorney General

25  115 S. LaSalle Street

Chicago, Illinois 60603

26  312-814-2218

27  Susan.Ellis@ilag.gov

Greg.Grzeskiewicz@ilag.gov

28  Jacob.Gilbert@ilag.gov

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1   Matthew.Davies@ilag.gov
    Daniel.Roth@ilag.gov
2   Meera.Khan@ilag.gov

3
    *Attorneys for Plaintiff the People of the State of*
4   *Illinois*

5   **THEODORE E. ROKITA**
6   Attorney General
    State of Indiana
7

8   */s/ Scott L. Barnhart*
9   Scott L. Barnhart (IN Atty No. 25474-82)
    *pro hac vice*
10  Chief Counsel and Director of Consumer
    Protection Corinne Gilchrist (IN Atty No. 27115-
11  53)
    *pro hac vice*
12  Section Chief, Consumer Litigation
    Mark M. Snodgrass (IN Atty No. 29495-49)
13  *pro hac vice*
    Deputy Attorney General
14  Office of the Indiana Attorney General
    Indiana Government Center South
15  302 West Washington St., 5th Floor
    Indianapolis, IN 46203
16  Telephone: (317) 232-6309
    Scott.Barnhart@atg.in.gov
17  Corinne.Gilchrist@atg.in.gov
    Mark.Snodgrass@atg.in.gov
18

19  *Attorneys for Plaintiff State of Indiana*
20

21  **KRIS W. KOBACH**
    Attorney General
22  State of Kansas
    */s/ Sarah Dietz*
23  Sarah Dietz, Assistant Attorney General
    (KS Bar No. 27457), *pro hac vice*
24  Office of the Kansas Attorney General
    120 SW 10th Avenue, 2nd Floor
25  Topeka, Kansas 66612
    Telephone: (785) 296-3751
26  sarah.dietz@ag.ks.gov
27

28

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1

2      *Attorney for Plaintiff State of Kansas*

3      **RUSSELL COLEMAN**
       Attorney General
4      Commonwealth of Kentucky

5      */s/ J. Christian Lewis*
6      J. Christian Lewis (KY Bar No. 87109),
       *pro hac vice*
7      Philip Heleringer (KY Bar No. 96748),
       *pro hac vice*
8      Zachary Richards (KY Bar No. 99209),
9      *pro hac vice*
       Daniel I. Keiser (KY Bar No. 100264),
10     *pro hac vice*
       Matthew Cocanougher (KY Bar No. 94292), *pro*
11     *hac vice*
       Assistant Attorneys General
12     1024 Capital Center Drive, Ste. 200
13     Frankfort, KY 40601
       Christian.Lewis@ky.gov
14     Philip.Heleringer@ky.gov
       Zach.Richards@ky.gov
15     Daniel.Keiser@ky.gov
16     Matthew.Cocanougher@ky.gov
       Phone: (502) 696-5300
17     Fax: (502) 564-2698

18
       *Attorneys for Plaintiff the Commonwealth of*
19     *Kentucky*

20
       **LIZ MURRILL**
21     Attorney General
       State of Louisiana
22

23     */s/ Asyl Nachabe*
       Asyl Nachabe (LA Bar No. 38846)
24     *pro hac vice*
       Assistant Attorney General
25     Louisiana Department of Justice
       Office of the Attorney General
26     Public Protection Division
       Complex Litigation Section
27     1885 N 3rd Street, 4th Floor
28

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

Baton Rouge, LA 70802
Tel: (225) 326-6435
NachabeA@ag.louisiana.gov
*Attorney for State of Louisiana*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Michael Devine*
Michael Devine (Maine Bar No. 5048),
*pro hac vice*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8829
michael.devine@maine.gov
*Attorney for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No.
9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No.
1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney
General of Maryland*

**KEITH ELLISON**
Attorney General

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

State of Minnesota

*/s/ Caitlin Micko*
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its*
*Attorney General, Keith Ellison*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

*/s/ Anna M. Anderson*
Anna M. Anderson (NE #28080)
Assistant Attorney General
*pro hac vice*
Benjamin J. Swanson (NE #27675)
Assistant Attorney General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney
General

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1                 Verna J. Pradaxay (NJ Bar No. 335822021),
                *Pro hac vice*

2                 Mandy K. Wang (NJ Bar No. 373452021),
                *Pro hac vice*

3                 Deputy Attorneys General

4                 New Jersey Office of the Attorney General,
                Division of Law

5                 124 Halsey Street, 5th Floor

6                 Newark, NJ 07101
                Tel: (973) 648-2052

7                 Kashif.Chand@law.njoag.gov

8                 Thomas.Huynh@law.njoag.gov
                Verna.Pradaxay@law.njoag.gov

9                 Mandy.Wang@law.njoag.gov

10                *Attorneys for Plaintiffs Matthew J. Platkin,*

11                *Attorney General for the State of New Jersey, and*
               *Elizabeth Harris, Acting Director of the New*

12                *Jersey Division of Consumer Affairs*

13                **LETITIA JAMES**

14                Attorney General
               State of New York

15

16

17                */s/ Nathaniel Kosslyn*
               Nathaniel Kosslyn, Assistant Attorney General

18                (NY Bar No. 5773676), *pro hac vice*
               nathaniel.kosslyn@ag.ny.gov

19                Alex Finkelstein, Assistant Attorney General
               (NY Bar No. 5609623), *pro hac vice*

20                alex.finkelstein@ag.ny.gov

21                New York Office of the Attorney General
               28 Liberty Street

22                New York, NY 10005
               (212) 416-8000

23

24                **JEFF JACKSON**
               Attorney General

25                State of North Carolina

26                */s/ Charles White*

27                Charles G. White (N.C. State Bar No. 57735), *pro hac vice*

28                Assistant Attorney General

     TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1    Kunal Choksi
     Senior Deputy Attorney General
2    Josh Abram
     Special Deputy Attorney General
3    N.C. Department of Justice
4    Post Office Box 629
     Raleigh, North Carolina 27602
5    Telephone: (919) 716-6006
6    Facsimile: (919) 716-6050
     E-mail: cwhite@ncdoj.gov
7    *Attorneys for Plaintiff State of North Carolina*

8    **DAVE YOST**
9    OHIO ATTORNEY GENERAL

10   */s/ Kevin R. Walsh*
11   Melissa G. Wright (0077843)
     Section Chief, Consumer Protection Section
12   Melissa.Wright@ohioago.gov
     Melissa S. Smith (0083551)
13   Asst. Section Chief, Consumer Protection Section
14   Melissa.S.Smith@ohioago.gov
     Michael S. Ziegler (0042206)
15   Principal Assistant Attorney General
16   Michael.Ziegler@ohioago.gov
     Kevin R. Walsh (0073999)
17   Senior Assistant Attorney General
     Kevin.Walsh@ohioago.gov
18   30 East Broad Street, 14th Floor
19   Columbus, Ohio 43215
     614-466-1031

20
21   **DAN RAYFIELD**
     Attorney General
22   State of Oregon

23   */s/ John Dunbar*
24   John J. Dunbar (Oregon Bar No. 842100)
     Assistant Attorney General
25   Oregon Department of Justice
     100 SW Market Street
26   Portland, Oregon 97201
27   Telephone: (971) 673-1880
     Facsimile:  (971) 673-1884
28   E-mail: john.dunbar@doj.oregon.gov

- 13 -

1

2 *Attorneys for State of Oregon ex rel.*
*Dan Rayfield, Attorney General*

3

4 **DAVID W. SUNDAY, JR.**
Attorney General

5 Commonwealth of Pennsylvania

6 */s/ Jonathan R. Burns*
Jonathan R. Burns

7 Senior Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*

8 Pennsylvania Office of Attorney General

9 Strawberry Square, 14th Floor
Harrisburg, PA 17120

10 717.787.3391

11 jburns@attorneygeneral.gov

12 *Attorneys for Plaintiff the Commonwealth of*
*Pennsylvania*

13

14 **PETER F. NERONHA**
Attorney General

15 State of Rhode Island

16

17 */s/ Stephen N. Provazza*
Stephen N. Provazza (R.I. Bar No. 10435),

18 *pro hac vice*
Assistant Attorney General

19 Rhode Island Office of the Attorney General
150 South Main St.

20 Providence, RI 02903

21 Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

22

23 *Attorneys for Plaintiff State of Rhode Island*

24 **ALAN WILSON**
Attorney General

25 State of South Carolina

26 */s/ Anna C. Smith*

27 C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General

28 Jared Q. Libet (S.C. Bar No. 74975),

- 14 -

1   *pro hac vice*

2   Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749),

3   *pro hac vice*
Assistant Attorney General

4   Office of the South Carolina Attorney General
Post Office Box 11549

5   Columbia, South Carolina 29211

6   jlibet@scag.gov
annasmith@scag.gov

7   803-734-0536

8

9   *Attorneys for Plaintiff the State of South Carolina,
ex rel. Alan M. Wilson, in His Official Capacity as
Attorney General of the State of South Carolina*

10

11   **MARTY J. JACKLEY**
Attorney General

12   State of South Dakota

13

   */s/  Amanda Miiller*

14   By: Amanda Miiller (SD Bar No. 4271)
Deputy Attorney General

15   1302 East SD Hwy 1889, Suite 1
Pierre, SD 57501-8501

16   Telephone: (605) 773-3215

17   Amanda.Miiller@state.sd.us

18   *Attorneys for Plaintiff State of South Dakota*

19

20   **JASON S. MIYARES**
Attorney General

21   Commonwealth Of Virginia

22   */s/ Joelle E. Gotwals*
Steven G. Popps

23   Chief Deputy Attorney General
Thomas J. Sanford

24   Deputy Attorney General
Richard S. Schweiker, Jr.

25   Senior Assistant Attorney General and Section

26   Chief
Joelle E. Gotwals (VSB No. 76779),

27   Senior Assistant Attorney General

28   *pro hac vice*

TEMPORARY SEALING MOTION RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1   Chandler P. Crenshaw (VSB No. 93452)
    Assistant Attorney General
2   *pro hac vice*
3   Office of the Attorney General of Virginia
    Consumer Protection Section
4   202 N. 9th Street
    Richmond, Virginia 23219
5   Telephone:     (804) 786-8789
6   Facsimile:     (804) 786-0122
    E-mail: jgotwals@oag.state.va.us
7
8   *Attorneys for the Plaintiff Commonwealth of*
    *Virginia*
9   *ex rel. Jason S. Miyares, Attorney General*
10  **NICHOLAS W. BROWN**
11  Attorney General State of Washington
12  */s/ Claire McNamara*
13  Claire McNamara (WA Bar No. 50097)
    Gardner Reed (WA Bar No. 55630)
14  Assistant Attorneys General
    Washington State Office of the Attorney General
15  800 Fifth Avenue, Suite 2000
16  Seattle, WA 98104
    (206) 340-6783
17  claire.mcnamara@atg.wa.gov
    gardner.reed@atg.wa.gov
18
19  *Attorneys for Plaintiff State of Washington*
20  **JOHN B. MCCUSKEY**
21  Attorney General
    State of West Virginia
22
23  */s/ Laurel K. Lackey*
24  Laurel K. Lackey (WVSB No. 10267)
    Abby G. Cunningham (WVSB No. 13388)
25  Assistant Attorneys General
    Office of the Attorney General
26  Consumer Protection & Antitrust Division
    Eastern Panhandle Office
27  269 Aikens Center
28  Martinsburg, West Virginia 25404

TEMPORARY SEALING MOTIN RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT

1

2

Telephone: (304) 267-0239
Email: laurel.k.lackey@wvago.gov
abby.g.cunningham@wvago.gov

3

4

*Attorneys for Plaintiff State of West Virginia, ex
rel. John B. McCuskey, Attorney General*

5

6

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

7

8

*/s/ Brittany Copper*
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

9

10

11

12

13

14

*Attorneys for Plaintiff State of Wisconsin*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTESTATION

I, Andre M. Mura, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** November 7, 2025

*/s/ Andre M. Mura*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com

1

## **CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that a copy of the foregoing and its attachments was

3  served via electronic mail on November 7, 2025, to Counsel for Defendants using the email

4  addresses designated by counsel for that purpose:

5              MetaNoticeofService@cov.com

6              SnapNoticeofService@mto.com

7              TikTokNoticeofService@faegredrinker.com

8              SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

9               mdl3047coleadfirms@listserv.motleyrice.com

10             pscservicemdl3047@motleyrice.com

11     I declare under penalty of perjury of the laws of the United States that the foregoing is true

12  and correct.

13                                            */s/ Honeyleen Bohol*

14                                            Honeyleen Bohol

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TEMPORARY SEALING MOTOIN RE: OPPOSITION TO
MOTION TO EXCLUDE BASED ON SECTION 230 AND
FIRST AMENDMENT