[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,*<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>**DECLARATION OF ANDRE M. MURA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS FOR FAILURE TO ACCOUNT FOR SECTION 230 AND THE FIRST AMENDMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Andre M. Mura, declare as follows:

I am a partner with the law firm Gibbs Mura LLP. I am duly admitted to practice before the courts of the State of California and in the Northern District of California. I am a Court-appointed member of the Plaintiffs' Steering Committee Leadership in *In re Social Media Adolescent Addiction/Personal Injury Products Litigation*, Case No. 4:22-MD-03047. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the May 16, 2025 Trial Report of Mitch Prinstein, Ph.D.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the June 13, 2025 Expert Report of Dr. Emilio Ferrara.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the June 13, 2025 Expert Report of Dr. Chris Mattmann.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the July 9, 2025 Expert Report of Sandeep Chatterjee, Ph.D.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the July 9, 2025 Expert Report of Michael Baiocchi, Ph.D.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the April 18, 2025 Expert Report of Dr. Randy Auerbach.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 25 to the Deposition of Brian Boland.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: November 7, 2025          By: */s/ Andre M. Mura*

1