[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>*Irvington Public Schools v. Meta Platforms, Inc., et al.*<br><br>*Dekalb County School District v. Meta Platforms, Inc., et al.*<br><br>*Board of Education of Harford County v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: January 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

1   The School District Plaintiffs and the YouTube Defendants hereby agree that ECF No. 2398-17 should be temporarily sealed. ECF No. 2398-17 is Exhibit 1117 to the School District Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment. Pursuant to the School District Plaintiffs' Temporary Sealing Motion, this document should have been filed temporarily under seal, as it contains information that one of the Defendants (in this case YouTube) may consider to be confidential. However, due to clerical error, this document was inadvertently filed on the public docket.

The YouTube Defendants alerted the School District Plaintiffs to this error over the weekend and the School District Plaintiffs took prompt action to remedy the error, including through the steps outlined on the Northern District of California's "CM/ECF Support and Troubleshooting" website. The document has been temporarily locked by the Court's ECF Clerk pending the Court's entry of this proposed order.

In light of the error, the parties respectfully ask that the document at ECF No. 2398-17 be temporarily sealed pending any agreement by the parties to unseal it, in whole or in part, or pending the outcome of the parties' forthcoming omnibus sealing motion pursuant to the Court's Sealing Procedures, set forth at ECF No. 341.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____          _____
                                   HON. YVONNE GONZALEZ ROGERS
                                   UNITED STATES DISTRICT JUDGE


                                   Respectfully submitted,

Date: November 10, 2025            By: */s/ Previn Warren*
                                      PREVIN WARREN
                                      **MOTLEY RICE LLC**
                                      401 9th Street NW Suite 630
                                      Washington DC 20004
                                      Telephone: 202-386-9610
                                      pwarren@motleyrice.com

                                      LEXI J. HAZAM
                                      **LIEFF CABRASER HEIMANN &**
                                      **BERNSTEIN, LLP**

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

*/s/ Ashley W. Hardin*
**WILLIAMS & CONNOLLY LLP**
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

### FILER'S ATTESTATION

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 10, 2025

By: */s/ Previn Warren*