[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>*Irvington Public Schools v. Meta Platforms, Inc., et al.*<br><br>*Dekalb County School District v. Meta Platforms, Inc., et al.*<br><br>*Board of Education of Harford County v. Meta Platforms, Inc., et al.* | **TEMPORARY SEALING MOTION RE PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

1    Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the School
2 District Plaintiffs submit this Temporary Sealing Motion regarding Plaintiffs' Corrected Omnibus
3 Opposition to Defendants' Motion For Summary Judgment. Pursuant to that Order, the reasons for
4 sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

   The table identifying the Docket Numbers of each attachment to this motion is filed as an attachment hereto.

DATED: November 10, 2025         By: */s/ Previn Warren*
                                     PREVIN WARREN
                                     **MOTLEY RICE LLC**
                                     401 9th Street NW Suite 630
                                     Washington DC 20004
                                     Telephone: 202-386-9610
                                     pwarren@motleyrice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on November 10, 2025.

                                                /s/ *Previn Warren* _____
                                                Previn Warren

TEMPORARY SEALING MOTION RE PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT