[*Submitting Counsel on Signature Page*]

[*Additional parties and counsel listed on signature page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>---<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>**SUPPLEMENTAL MATERIALS TO STATE ATTORNEYS GENERAL JURY INSTRUCTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1   Pursuant to the Court's directive at the October 24, 2025 Case Management Conference, the
2   State Attorneys General submit the attached summary materials to assist the Court in structuring the
3   State Attorneys General's upcoming jury trial. These materials are based on the amended complaint and
4   the proposed jury instructions filed on October 11, 2025, and focus exclusively on the state consumer
5   protection claims alleging unfair and deceptive trade practices. As directed, the materials do not address
6   affirmative defenses or penalties.
7   Regarding process, the State Attorneys General explored using AI tools, including ChatGPT and
8   Copilot, but found the results insufficient for the Court's needs. As a result, the attached exhibits were
9   prepared directly by the attorneys in this case without the use of AI.
10  The State Attorneys General have attached two documents containing charts that outline the
11  consolidated elements for 'Unfairness' and 'Deception' claims under state consumer protection laws.
12  These charts categorize the claims to highlight areas of clear overlap. To further aid in visualizing this
13  information, the State AGs have also included corresponding maps that reflect the chart data.
14  Importantly, all states will rely on the same body of evidence to support their individual consumer
15  protection claims—no state will present separate or distinct evidence.
16  The Court also requested information on prior cases in which a multistate coalition of AGs
17  advanced to trial on consumer protection claims in a single proceeding. The State AGs regularly pursue
18  litigation wherein multiple states' consumer protection or unfair and deceptive acts and practices
19  ("UDAP") claims are litigated, including alongside state and federal antitrust claims. Typically, those
20  cases have resulted in settlements that obviated the need for trial. *See*, *e.g.*, *Utah et al v. Google LLC*,
21  No. 3:21-cv-05227 (N.D. Cal. Juny 7, 2021) (Donato, J.); *Wisconsin et al v. Indivior*, No. 16-5073,
22  MDL No. 2445 (E.D. Pa. Sept. 22, 2016). In the private consumer class action case, *In re Pharm. Indus.*
23  *Average Wholesale Price Litig.*, 252 F.R.D. 83 (D. Mass 2008), now-Senior Judge Patty Saris of the
24  United States District Court for the District of Massachusetts engaged in a grouping analysis for
25  purposes of determining if a trial would be manageable in light of different states' UDAP laws for
26  purposes of Rule 23 class certification. That opinion is attached for reference.
27  This case has been litigated as a unified action from the outset, and it should be tried as such. All
28  state consumer protection claims will be proven at trial through the same body of evidence, with no

claim requiring unique or state-specific proof. Trying claims separately would result in duplicative presentation of the same evidence—an approach that is inefficient, impractical, and unnecessary. At this late stage, any request for bifurcation should carry a heavy burden, and it is the Defendants' obligation to demonstrate that such a departure from the unified trial structure is warranted.

| | |
|---|---|
| DATED: 10/10/2025 | Respectfully submitted, |
| **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado | **ROB BONTA**<br>Attorney General<br>State of California |
| /s/ Krista Batchelder | /s/ Megan O'Neill |

Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

4

| | |
|---|---|
| Assistant Attorneys General<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov<br>Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Matthew.Cocanougher@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky* | *Pro hac vice*<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br>Thomas.Huynh@law.njoag.gov<br>Verna.Pradaxay@law.njoag.gov<br>Mandy.Wang@law.njoag.gov<br><br>*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs* |

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 10/10/2025

/s/ Krista Batchelder
Krista Batchelder

*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*