# EXHIBIT #3





EX. 3 - 2

# Unfairness: Connection to Commerce



EX. 3 - 3

# States with Deception Claims



EX. 3 - 4



# Deception: Claims Based on Omissions



EX. 3 - 6

6