[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**AGENDA AND JOINT STATEMENT FOR NOVEMBER 19, 2025, CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order ("CMO") Nos. 1 and 18, the Parties submit this agenda and joint statement in advance of the November 19, 2025 Case Management Conference ("CMC").

## I.  Proposed Agenda for Case Management Conference

- Argument on Haugen and Bejar/Jayakumar Appeals
- Defendants' Anticipated Motion to Strike Exhibits Filed with Plaintiffs' Omnibus Opposition to Defendants' MSJs
- Meta v. State AGs
  - Submission re overlap in elements of State AGs' claims
  - State AGs' trial sequencing
  - Clarification re order of dismissal of certain Meta Defendants

## II.  Joint JCCP Update

**Revised Pretrial Scheduling Order.** On October 21, Judge Kuhl entered revised pretrial scheduling orders for plaintiffs in Trial Pools 1, 2, and 3. **Ex. 1**.

**MSJ Rulings.** On October 28, Judge Kuhl heard argument on defendants' motions for summary judgment ("MSJs") regarding K.G.M., R.K.C., and Moore. The Court later mostly denied defendants' MSJs, holding there are issues of material fact regarding design features. However, the Court granted YouTube's request for summary adjudication as to R.K.C.'s failure-to-warn claim. **Ex. 2-4**. The Court separately denied plaintiffs' MSJs as to defendants' affirmative defenses in their entirety. **Ex. 5-7**.

**Sealing-Related Rulings.** On October 30, Judge Kuhl granted defendants' request to seal (1) the names of defendants' non-executive employees who have not been deposed in the MDL or JCCP and (2) identifying information of defendants' employees, to the extent those names and information appear in the parties' general causation *Sargon* filings, but otherwise denied defendants' requests to seal as to those filings. **Ex. 8**.

**Ruling on Motions to Quash.** On October 20, Judge Kuhl heard argument on Meta's and Snap's motions to quash trial notices for Mark Zuckerberg and Adam Mosseri (Meta) and Evan Spiegel (Snap). Judge Kuhl denied the motions as to the first bellwether trial, without prejudice to Meta's and Snap's rights to move to quash notices for later bellwether trials. **Ex. 9**.

**Hearing on Remaining *Sargon* Motions.** On November 10, Judge Kuhl heard argument on defendants' *Sargon* motions directed to plaintiffs' specific causation experts in K.G.M. and R.K.C. (Bagot and Murray), and a TikTok-specific argument in defendants' *Sargon* motion directed to plaintiffs' data expert (McCarron); *Sargon* motions as to design, warnings, and data experts were submitted on the papers. No rulings on these motions have been issued.

**Witness Lists and Deposition Designations.** The parties will submit revised witness lists in K.G.M. and R.K.C. on November 13, limiting the number of hours of direct and cross examination of "will call" witnesses to 40 hours per side. On November 10, the parties exchanged a sample set of affirmative deposition designations for five witnesses per side across the K.G.M. and R.K.C. cases.

**Verdict Form and Jury Instructions Proposals.** On November 20, the parties will file proposed verdict forms and jury instructions for the Trial Pool 1 cases. Judge Kuhl will hear argument on December 12.

### III.    Discovery Update

#### A.    Joint Discovery Update

A copy of the following discovery-related submissions and orders, which were (or will by November 19 have been) filed or issued since the last CMC Statement was filed, will be sent by email to Judge Gonzalez Rogers after this CMC Statement is filed (numbers refer to ECF docket numbers):

- Order re: Plaintiffs' Motion to Compel Discovery from TikTok re: Third Party Eugnia Cooney (ECF No. 2326; *see* ECF No. 2179)

- Order re: Plaintiffs' Motion to Compel TikTok and YouTube to Produce Custodial Files of TikTok Witness Samantha Kersul and YouTube Witness Tom Saffell (ECF No. 2327; *see* ECF No. 2314)

- Plaintiffs' and Meta's Statements of Recent Decision re: Joint Letter Brief ("JLB") re: Disputes Over the Addition of Sarah Wynn-Williams and Jason Sattizahn to Plaintiffs' Witness Lists (ECF Nos. 2332, 2345; *see* ECF No. 2315)

- Order re: the Addition of Sarah Wynn-Williams and Jason Sattizahn to Plaintiffs' Preliminary Witness Lists (ECF No. 2348; *see* ECF No. 2315)

- Joint Status Report ("JSR") re: Production of Custodial File of YouTube Witness Tom Saffell (ECF No. 2350)

- JSR re: TikTok Defendants' 30(b)(6) Witness Samantha Kersul Search Terms (ECF No. 2351)

### B.     Update on Meta's Re-Review of Documents Withheld as Privileged During Fact Discovery Period

Meta wishes to provide the Court with an update on the privilege re-review that Meta has been undertaking. Meta has been working diligently on this re-review, and, as reflected in its prior statements that Plaintiffs invoke, Meta has attempted to keep Plaintiffs updated on its best estimates with respect to timing and volume. Meta now anticipates completing its downgrade productions toward the end of November/beginning of December. Meta will continue to make rolling productions (beyond the ~23,000 downgrade productions already made) in the interim.

Plaintiffs continue to reserve their rights to seek appropriate relief from Meta and/or this Court given Meta's anticipated production of over 60,000 documents seven months after the close of fact discovery in this case. To date, Meta has not produced any of the 60,000 de-designated documents it represented on October 8 it would produce in early November.

## IV.     Joint Update Regarding Ninth Circuit Appeal

Briefing on the collateral order appeal and the cross-appeals in the Ninth Circuit was completed as of October 14, 2025. On October 26, 2025, the Ninth Circuit notified the Parties that the case has been scheduled for oral argument on January 6, 2026.

## V.     Joint Update Regarding School District and AG Jury Instruction Exchanges

School District Plaintiffs and Defendants exchanged initial proposed jury instructions on October 27. The Parties are currently meeting and conferring, and will submit final proposed (or disputed) jury instructions on December 15, 2025, pursuant to CMO 27 (ECF 2274).

Pursuant to the Court's direction at the August and September 2025 CMCs, on October 10, 2025, the State AGs and Meta jointly submitted draft jury instructions and verdict forms to support trial-planning discussions. Each party also provided a brief statement regarding the proposed materials. Additionally, at the October 24, 2025 CMC and in CMO 28, the Court directed the State AGs to submit a "mapping" of the instructions to aid in discussions around trial structure. That mapping, along with a one-page cover summary and accompanying exhibits, was filed on November 12. The State AGs will be prepared to discuss both this submission and the previously filed instructions with the Court. Meta notes that it has not yet had an opportunity to review the just-filed submission.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VI.    School District MSJs

### A.    Joint Update Regarding School District MSJs

The School District Plaintiffs filed their oppositions to Defendants' Rule 702 and summary judgment motions on November 7, 2025. The School District Plaintiffs filed their oppositions to Defendants' Rule 702 and summary judgment motions on November 7, 2025. The docket entries related to these motions are as follows. Plaintiffs have agreed, subject to Court approval, that Defendants may allocate some of their overall reply pages to a seventh omnibus reply brief, i.e., the same as applied to Plaintiffs' opposition filings.

### Summary Judgment Filings

#### 1. Motion for Summary Judgment #1 (Breathitt)
Defendants' MSJ: Dkt. 2288
Defendants' Administrative Sealing Motion: *Filed on constituent case docket*
Plaintiffs' Opposition to MSJ: Dkt. 2360 & Pls.' Omnibus Opp. (*see supra*)
Plaintiffs' Administrative Sealing Motion & Exhibits: Dkt. 2368

#### 2. Motion for Summary Judgment #2 (Tucson)
Defendants' MSJ: Dkt. 2290
Defendants' Administrative Sealing Motion: *Filed on constituent case docket*
Plaintiffs' Opposition to MSJ: Dkt. 2369 and Pls.' Omnibus Opp. (*see supra*)
Plaintiffs' Administrative Sealing Motion: N/A (no materials filed under seal)

#### 3. Motion for Summary Judgment #3 (Charleston)
Defendants' MSJ: Dkt. 2293
Defendants' Administrative Sealing Motion: *Filed on constituent case docket*
Plaintiffs' Opposition to MSJ: Dkt. 2373 and Pls.' Omnibus Opp. (*see supra*)
Plaintiffs' Administrative Sealing Motion & Exhibits: Dkt. 2385

#### 4. Motion for Summary Judgment #4 (Irvington)
Defendants' MSJ: Dkt. 2294
Defendants' Administrative Sealing Motion: *Filed on constituent case docket*
Plaintiffs' Opposition to MSJ: Dkt. 2384 and Pls.' Omnibus Opp. (*see supra*)
Plaintiffs' Administrative Sealing Motion: Dkt. 2392

#### 5. Motion for Summary Judgment #5 (DeKalb)
Defendants' MSJ: Dkt. 2289
Defendants' Administrative Sealing Motion: *Filed on constituent case docket*
Plaintiffs' Opposition to MSJ: Dkt. 2389 and Pls.' Omnibus Opp. (*see supra*)
Plaintiffs' Administrative Sealing Motion: N/A (no materials filed under seal)

#### 6. Motion for Summary Judgment #6 (Harford)

Defendants' MSJ: Dkt. 2296
Defendants' Administrative Sealing Motion: *Filed on constituent case docket*
Plaintiffs' Opposition to MSJ: Dkt. 2395 and Pls.' Omnibus Opp. (*see supra*)
Plaintiffs' Administrative Sealing Motion: Dkt. 2400

**7. Plaintiffs' Corrected Omnibus Opposition ("Pls.' Omnibus Opp.")**
Plaintiffs' Opposition to MSJ:
Dkt. 2414-1 [unredacted], Dkt. 2413 [redacted]
Plaintiffs' Administrative Sealing Motion & Chart of Designations:
Dkt. 2414 (motion), 2414-3 (chart)
Plaintiffs' Declaration Attaching Supporting Exhibits: Dkt. 2414-2
Plaintiffs' Supporting Exhibits: Dkt. 2358 (Exs. 1-20), Dkt. 2414-4 (Corrected Ex. 6), Dkt. 2361 (Exs. 21-40), Dkt. 2362 (Exs. 41-60), Dkt. 2363 (Exs. 61-80), Dkt. 2364 (Exs. 81-100), Dkt. 2365 (Exs. 101-130), Dkt. 2367 (Exs. 131-170), Dkt. 2370 (Exs. 171-200), Dkt. 2371 (Exs. 201-250), Dkt. 2372 (Exs. 251-300), Dkt. 2374 (Exs. 301-350), Dkt. 2375 (Dkt. 351-400), Dkt. 2376 (Exs. 401-450), Dkt. 2377 (Exs. 451-500), Dkt. 2378 (Exs. 501-550), Dkt. 2379 (Exs. 551-600), Dkt. 2414-5 (Corrected Ex. 567), Dkt. 2380 (Exs. 601-650), Dkt. 2381 (Exs. 651-700), Dkt. 2383 (Exs. 701-750), Dkt. 2386 (Exs. 751-775), Dkt. 2387 (Exs. 776-800), Dkt. 2388 (Exs. 801-825), Dkt. 2390 (Exs. 826-850), Dkt. 2391 (Exs. 851-900), Dkt. 2393 (Exs. 901-950), Dkt. 2394 (Exs. 951-1000), Dkt. 2396 (Exs. 1001-1050), Dkt. 2397 (Exs. 1051-1100), Dkt. 2398 (Exs. 1101-1143), Dkt. 2414-6 (Corrected Ex. 1117), Dkt. 2399 (Exs. 1144-1185), Dkt. 2414-7 (Corrected Ex. 1180), Dkt. 2414-8 (Ex. 1186) and Dkt. 2414-9 (Ex. 1187).

## Rule 702 Filings

**1. Motion to Exclude General Causation Experts**
Defendants' Motion: Dkt. 2295
Plaintiffs' Opposition: Dkt. 2404
Plaintiffs' Administrative Sealing Motion: Dkt. 2405

**2. Motion to Exclude General Causation Experts Based on Section 230**
Defendants' Motion: Dkt. 2292
Plaintiffs' Opposition: Dkt. 2408
Plaintiffs' Administrative Sealing Motion: Dkt. 2409

**3. Motion to Exclude School District Experts**
Defendants' Motion: Dkt. 2291
Plaintiffs' Opposition: Dkt. 2406
Plaintiffs' Administrative Sealing Motion: Dkt. 2407

In support of their oppositions, four School District Plaintiffs submitted new declarations from previously deposed witnesses, one each in the following cases: Tucson, Charleston, Irvington, and DeKalb. Defendants are still evaluating these new declarations and reserve all rights to seek appropriate

relief and/or the further depositions of these individuals. In addition, by agreement of the Parties, Defendants will depose on November 20 another Irvington witness who submitted a declaration relied upon by Irvington's experts. Finally, the Parties will work to schedule in December and/or January the depositions of witnesses disclosed on Plaintiffs' witness lists who were not previously deposed.

### B.     Defendants' Anticipated Motion to Strike Exhibits Filed with Plaintiffs' Omnibus Opposition to Defendants' MSJs

Plaintiffs' Omnibus Opposition to Defendants' SD MSJs attached 1,187 exhibits. Defendants intend to file a motion to strike those exhibits, which Plaintiffs intend to oppose. The parties have conferred and agreed to brief Defendants' motion to strike on an accelerated timeline so that it can be heard at the November 19, 2025 CMC. Specifically, Defendants will file their motion by November 14, Plaintiffs will file their opposition by November 17, and Defendants' optional reply will be filed by November 18.

## VII.     Meta v. State AGs

### A.     State AGs' Trial Sequencing

The State AGs renew their request for the Court to set their trial after the first school district bellwether trial. *See* ECF 2191, at 9-10. Meta continues to object to that request. *See* ECF 2191, at 10-11. The Parties are prepared to discuss this issue with the Court.

### B.     Clarification that Stipulation and Order of Dismissal of Certain Meta Defendants was Incorrectly Applied to the State AG's Docket

Meta and the Bellwether School Districts filed a Stipulation and Proposed Order Dismissing Certain Meta Defendants on November 7 (ECF 2359). The Court entered that Order the same day (ECF 2401). The Order was also entered on the docket of the State AGs' litigation despite the Stipulation only explicitly applying to the Bellwether School Districts. *See* 4:23-cv-05448-YGR (ECF 230). The State AGs seek to clarify that the Order of Dismissal does not apply to their action.

### C.     Timing of Meta's Expert Witness Disclosures

The State AGs have already disclosed their expert witness list. The parties also exchanged preliminary lists of Meta company fact witnesses on September 24, 2025, and the parties have agreed to exchange preliminary lists of state-specific fact witnesses on November 17, 2025. The parties never agreed to exchange expert witness lists by a particular deadline, and Meta believes it is premature to

provide an expert witness list when expert discovery is still ongoing and Rule 702 motions have not yet been briefed. The State AGs also already have the names of all the defense expert witnesses whose reports have been served to date, and any additional defense experts will be disclosed to the AGs in accordance with the schedule set by the Court. Meta will provide a list of expert witnesses on a schedule to be determined by the Court in advance of any AG trial.

The State AGs have proposed that the deadline for the disclosure of Meta's expert witness list should be December 19, 2025, on the deadline to otherwise disclose experts. Meta believes it is premature to set a deadline for the reasons noted above.

Respectfully submitted,

DATED: November 12, 2025          By:  */s/ Lexi J. Hazam*
                                        LEXI J. HAZAM
                                        **LIEFF CABRASER HEIMANN &**
                                        **BERNSTEIN, LLP**
                                        275 BATTERY STREET, 29TH FLOOR
                                        SAN FRANCISCO, CA 94111-3339
                                        Telephone: 415-956-1000
                                        lhazam@lchb.com

                                        PREVIN WARREN
                                        **MOTLEY RICE LLC**
                                        401 9th Street NW Suite 630
                                        Washington DC 20004
                                        Telephone: 202-386-9610
                                        pwarren@motleyrice.com

                                        Co-Lead Counsel

                                        CHRISTOPHER A. SEEGER
                                        **SEEGER WEISS, LLP**
                                        55 CHALLENGER ROAD, 6TH FLOOR
                                        RIDGEFIELD PARK, NJ 07660
                                        Telephone: 973-639-9100
                                        cseeger@seegerweiss.com

                                        Counsel to Co-Lead Counsel and Settlement Counsel

                                        JENNIE LEE ANDERSON
                                        **ANDRUS ANDERSON, LLP**
                                        155 MONTGOMERY STREET, SUITE 900
                                        SAN FRANCISCO, CA 94104
                                        Telephone: 415-986-1400
                                        jennie@andrusanderson.com

                                        Liaison Counsel and Ombudsperson

                                        MATTHEW BERGMAN
                                        **SOCIAL MEDIA VICTIMS LAW CENTER**
                                        821 SECOND AVENUE, SUITE 2100
                                        SEATTLE, WA 98104
                                        Telephone: 206-741-4862
                                        matt@socialmediavictims.org

                                        JAMES J. BILSBORROW
                                        **WEITZ & LUXENBERG, PC**

700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545

9

AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209

10

Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
1133 WESTCHESTER AVE, SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES

11

**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PHILIP J. WEISER**
Attorney General
State of Colorado

 _/s/ Krista Batchelder_
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

 _/s/ Megan O'Neill_
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

13

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

14

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General
and the New Jersey Division of Consumer Affairs
Matthew J. Platkin, Attorney General for the State of
New Jersey, and Elizabeth Harris, Acting Director of
the New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

DAVIS POLK & WARDWELL LLP

By:  */s/ James P. Rouhandeh*
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

KING & SPALDING LLP

By: /s/ Geoffrey M. Drake
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
             tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP
By: /s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100

17

Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: November 12, 2025

By: */s/ Ashley M. Simonsen*