# Exhibit 1

COVINGTON & BURLING LLP
Ashley M. Simonsen (Bar No. 275203)
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Email: asimonsen@cov.com
Facsimile: (424) 332-4749

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

*[Additional parties and counsel listed on signature pages]*

**FILED**
Superior Court of California
County of Los Angeles
10/21/2025
David W. Slayton, Executive Officer / Clerk of Court
By: _____L. M'Greené_____ Deputy

Electronically Received 10/17/2025 09:15 PM

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]<br><br>*SOCIAL MEDIA CASES*<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES*<br><br>(*Christina Arlington Smith, et al. v. TikTok Inc., et al.*, Case No. 22STCV21355) | **JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255**<br><br>For Filing Purposes: 22STCV21355<br><br>**[PROPOSED] PRETRIAL SCHEDULING ORDERS FOR TRIAL POOLS 1, 2, AND 3**<br><br>Judge: Hon. Carolyn B. Kuhl<br>Department: SSC-12 |

The Parties attach hereto [Proposed] Pretrial Scheduling Orders for Trial Pools 1, 2, and 3 (including a separate/standalone Pretrial Scheduling Order for *I.P.*). These [Proposed] Pretrial Scheduling Orders memorialize the Court's rulings as to Trial Pool 1 pretrial deadlines at the October 6, 2025 CMC (as set forth in in the Court's Order re New Trial Pool 1 Witness and Exhibit List, *Sargon*, and Motion in Limine Deadlines and Moore Summary Judgment Deadlines, entered October 6, 2025, and the Court's Minute Order entered October 8, 2025); adjust the deadlines to exchange revised witness lists for K.G.M. and R.K.C., consistent with the Court's comments at the October 6, 2025 CMC; set forth the Parties' agreed-upon or, where they could not agree, competing proposed deadlines for the remaining Trial Pool 1 pretrial deadlines (e.g., Moore supplemental briefing); memorialize the Parties' proposed revised briefing schedule for motions for summary judgment or adjudication ("MSJs/MSAdjs") in *I.P.* (as set forth in the Parties' Case Anywhere post of October 7, 2025) and make further adjustments to the pretrial deadlines for *I.P.*; and adjust the Trial Pool 2 and 3 pretrial deadlines to account for the new dates set for the first trials in Trial Pools 2 and 3 at the October 6, 2025 CMC.

The Parties respectfully request that the Court enter the attached Pretrial Scheduling Orders for Trial Pools 1, 2, and 3 (including a separate/standalone Pretrial Scheduling Order for *I.P.*), selecting between the Parties' proposed dates for events where the Parties could not agree on a proposed deadline.

In addition, pursuant to the Court's request at the October 6, 2025 CMC, the Parties set forth below a list of the *Sargon* motions set for hearing on November 10, 2025:

| Expert | Document Title | Date Filed | Case No. (Filed Under) |
|---|---|---|---|
| Arturo Bejar | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE NONCAUSATION OPINIONS OF ARTURO BÉJAR | August 29, 2025 | Case No. 22STCV21355 |
| Minette Drumwright | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. MINETTE DRUMWRIGHT | August 29, 2025 | Case No. 22STCV21355 |
| Seth Noar | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. SETH NOAR | August 29, 2025 | Case No. 22STCV21355 |
| Meredith McCarron | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MEREDITH MCCARRON | September 12, 2025 | Case No. 22STCV21355 |

| Expert | Document Title | Date Filed | Case No. (Filed Under) |
|---|---|---|---|
| Kara Bagot (KGM) | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. KARA BAGOT | September 5, 2025 | Case No. 22STCV21355 [Applicable only to *P.F., et al. v. Meta Platforms, Inc., et al.*, Case No. 23SMCV03371] |
| Kara Bagot (RKC) | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. KARA BAGOT | September 5, 2025 | Case No. 23STCV31485 [Applicable only to *R.K.C. v. Meta Platforms, Inc., et al.*, Case No. 23STCV31485] |
| John Chandler | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. JOHN CHANDLER | September 5, 2025 | Case No. 22STCV21355 |
| Sarah Roberts | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. SARAH T. ROBERTS | September 5, 2025 | Case No. 22STCV21355 |
| Robert Johnson | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF ROBERT W. JOHNSON | September 5, 2025 | Case No. 22STCV21355 |
| Brooke Istook | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF BROOKE ISTOOK | September 5, 2025 | Case No. 22STCV21355 |
| Stuart Murray (RKC) | DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. STUART MURRAY; MEMORANDUM OF POINTS AND AUTHORITIES | September 5, 2025 | Case No. 22STCV21355 [Applicable only to *R.K.C. v. Meta Platforms, Inc., et al.*, Case No. 23STCV31485] |
| Dzmitry Asinski | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINIONS OF DR. DZMITRY ASINSKI | September 5, 2025 | Case No. 22STCV21355 |
| Julian Ackert | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINIONS OF JULIAN ACKERT | September 5, 2025 | Case No. 22STCV21355 |

# [PROPOSED] PRETRIAL SCHEDULING ORDER

## Trial Pool 1 Schedule (Remaining Deadlines Only)

| Event | Deadline |
|---|---|
| Moore: Plaintiff to identify all witnesses with knowledge of new allegations and provide updated medical record authorizations, supplemental interrogatory responses, and updated PFS | October 8, 2025 |
| Moore Exhibit Lists: Exchange | October 13, 2025 |
| Oppositions to Motions in Limine (non-*Sargon*) | October 14, 2025 |
| Plaintiffs' Oppositions to *Sargon* Motions Directed to Bagot (KGM, RKC), Chandler, Roberts, Johnson, Istook, and Murray (RKC) | October 14, 2025 |
| Replies ISO *Sargon* Motions Directed to Plaintiffs' Expert McCarron and Defense Experts Asinski and Ackert | October 15, 2025 |
| Moore Exhibit Lists: Submit | October 16, 2025 |
| Moore: Defendants to serve supplemental document requests and interrogatories related to new Moore allegations | October 16, 2025 |
| Moore: Supplemental Expert Reports of Drs. Bagot and Murray | October 20, 2025 |
| Hearing on Discovery Motions:<br>(1) Plaintiffs Motion to Compel and for Sanctions against Meta for Spoliation of Evidence<br>(2) Plaintiffs' Motion to Compel Meta and Snap to Conduct Enhanced User Account Identification<br>(3) Defendants' Motion to Compel re Plaintiff R.K.C. to Produce Content Deleted from Defendants' Platforms During Pendency of His Lawsuit<br>(4) Meta's Motion to Quash Notice to Appear at Trial for Mr. Zuckerberg<br>(5) Meta's Motion to Quash Notice to Appear at Trial for Mr. Mosseri<br>(6) Snap's Motion to Quash Demand for Mr. Spiegel for Appear at Trial | October 20, 2025 at 9:00 AM |
| Defendants' Replies ISO Moore MSJs or MSAs | October 21, 2025 |
| Replies ISO Motions in Limine (non-*Sargon*) | October 24, 2025 |
| Defendants' Replies ISO *Sargon* Motions Directed to Bagot (KGM, RKC), Chandler, Roberts, Johnson, Istook, and Murray (RKC) | October 24, 2025 |
| Moore: Plaintiff to respond to supplemental document requests and interrogatories | October 28, 2025 |

| Event | Deadline |
|---|---|
| Hearing on MSJs or MSAs for Trial Pool 1 Plaintiffs (4 Motions re KGM, 4 Motions re RKC, 3 Motions re Moore) | October 28, 2025 at 9:00 AM |
| Hearing on Omnibus Motions to Seal as to General Causation *Sargon* Motions | October 28, 2025 at 9:00 AM |
| K.G.M. & RKC: Plaintiffs' Revised Witness Lists[1] | October 30, 2025 |
| K.G.M. & RKC: Defendants' Revised Witness Lists[1] | November 6, 2025 |
| Exchange proposed jury instructions for Trial 1 | November 6, 2025 |
| Moore: Supplemental Heaven Moore DME | November 10, 2025 |
| Hearing on All Remaining *Sargon* Motions (Directed to Plaintiffs' Experts Bejar, Drumright, Noar, McCarron, Bagot (KGM, RKC), Chandler, Roberts, Johnson, Istook, and Murray (RKC) and Defense Experts Asinski and Ackert) | November 10, 2025 at 1:45 PM |
| Exchange proposed verdict form for Trial 1 | November 11, 2025 |
| K.G.M. & RKC: Mutual Exchange of To-Be-Filed Witness Lists[1] | November 12, 2025 |
| K.G.M. & RKC: Submit To-Be-Filed Witness Lists[1] | November 13, 2025 |
| Meet and confer regarding jury instructions and verdict form for Trial 1 | By November 13, 2025 |
| Moore: Supplemental Depositions of Heaven Moore And Any Other Relevant Fact Witnesses | Week of November 17, 2025 |
| File Trial 1 verdict form proposal(s) and proposed jury instructions separated into three groups (1) agreed-upon instructions, (2) Plaintiff's additional instructions, and (3) Defendant's additional instructions | November 20, 2025 |
| Hearing on Priority Motions in Limine (non-*Sargon*) [4 for each side] | [TBD early December] Dec. 16, 2025 1:45 pm |
| Moore: Supplemental Deposition of Drs. Bagot and Murray | December 1, 2025 |
| Moore: Defendant Supplemental Expert Reports | December 8, 2025 |
| Hearing on proposed jury instructions [Hearing on OSC re dismissal of some PLs] | December 12, 2025 at 1:45 PM |
| Moore: Supplemental Deposition of Defense Expert(s) | December 17-22, 2025 |
| Moore: Defendants' Supplemental *Sargon* Motions (to Specific Causation experts only), Parties' Supplemental MILs (relating to new allegations or supplemental discovery evidence), and Defendants' Brief on Representativeness | Plaintiffs: December 15, 2025<br>Defendants: January 12, 2026<br>Court: _____ |

---

[1] With "will call" and "may call" designations; estimates for direct and cross of each witness for each side; for "will call" designations, total time estimates for each side for that side's direct and cross not to exceed 40 hours, subject to further argument, if necessary.

| Event | Deadline |
|---|---|
| Moore: Exchange witness and supplemental exhibit lists | ~~Plaintiffs: December 22, 2025~~<br>~~Defendants: January 13, 2026~~<br>Court: _____ |
| Moore: Plaintiffs' Oppositions to Supplemental *Sargon* Motions, Parties' Oppositions to MILs, and Plaintiffs' Response Brief on Representativeness | ~~Plaintiffs: January 5, 2026~~<br>~~Defendants: January 26, 2026~~<br>Court: _____ |
| Moore: Exchange representative set of deposition designations | ~~Plaintiffs: January 9, 2026~~<br>~~Defendants: January 27, 2026~~<br>Court: _____ |
| Final Status Conference for Trial Pool 1 Plaintiffs | TBD |
| First Trial in Pool 1 | January 27, 2026 at 10:00 AM |
| Moore: Submit witness and supplemental exhibit lists | ~~Plaintiffs: January 7, 2026~~<br>~~Defendants: February 3, 2026~~<br>Court: _____ |
| Moore: Exchange objections and counter-designations for the representative set of deposition designations | ~~Plaintiffs: January 16, 2026~~<br>~~Defendants: February 3, 2026~~<br>Court: _____ |
| Moore: Present any remaining disputes regarding representative set of deposition designations to Court | ~~Plaintiffs: January 23, 2026~~<br>~~Defendants: February 6, 2026~~<br>Court: _____ |
| Moore: Defendants' Replies ISO *Sargon* Motions and Parties' Replies ISO MILs | ~~Plaintiffs: January 12, 2026~~<br>~~Defendants: February 9, 2026~~<br>Court: _____ |
| Moore: Hearing on supplemental *Sargon* motions and MILs (Week of) | ~~Plaintiffs: January 19, 2026~~<br>~~Defendants: February 23, 2026~~<br>Court: Jan. 20, 2026 at 9:00 am |

**Trial Pool 2 Schedule**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of fact discovery | 8/14/2025 | 8/14/2025 |
| Simultaneous designation of All Remaining Experts for bellwether Plaintiffs P.M.Y. and K.D.B. and Mutual Exchange of Expert Reports | 9/30/2025 | 9/30/2025 |
| Simultaneous designation of All Remaining Experts for bellwether Plaintiff S.J. and Mutual Exchange of Expert Reports | 10/13/2025 | 10/13/2025 |
| Simultaneous designation of Rebuttal/Supplemental Experts for bellwether Plaintiffs and Mutual Exchange of Expert Reports | 10/28/2025 | 11/11/2025 |
| Close of Expert Discovery | 11/21/2025 | 12/12/2025 |
| Opening Briefs on MSJs or MSAdjs for bellwether Plaintiffs | 11/25/2025 | 12/19/2025 |
| Opening briefs on Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 12/11/2025 | 1/15/2026 |
| Opposition briefs on MSJs or MSAdjs for bellwether Plaintiffs | 12/23/2025 | 1/30/2026 |
| Reply briefs on MSJs or MSAdjs for bellwether Plaintiffs | 1/12/2026 | 2/20/2026 |
| Oppositions to Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 1/8/2026 | 2/11/2026 |
| Reply briefs on Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 1/20/2026 | 2/24/2026 |
| Hearing on MSJs or MSAdjs for bellwether Plaintiffs | 2/3/2026 | 3/16/2026 |
| Final Status Conference, including argument on all remaining Motions in Limine | 2/3/2026 | 3/16/2026 |
| Bellwether Trial | 3/9/2026 | 4/13/2026 |

**Trial Pool 3 Schedule (Excluding *I.P.*)**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of fact discovery | 10/16/2025 | 11/20/2025 |
| Simultaneous designation of All Remaining Experts for Trial bellwether Plaintiffs and Mutual Exchange of Expert Reports | 11/19/2025 | 12/19/2025 |
| Simultaneous designation of Rebuttal/Supplemental Experts for bellwether Plaintiffs and Mutual Exchange of Expert Reports | 12/19/2025 | 1/21/2026 |
| Close of Expert Discovery | 1/20/2026 | 3/3/2026 |
| Opening Briefs on MSJs or MSAdjs for bellwether Plaintiffs | 1/27/2026 | 3/12/2026 |
| Opening briefs on Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 2/13/2026 | 3/19/2026 |
| Opposition briefs on MSJs or MSAdjs for bellwether Plaintiffs | 2/24/2026 | 4/9/2026 |
| Oppositions to Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 3/12/2026 | 4/16/2026 |
| Reply briefs on MSJs or MSAdjs for bellwether Plaintiffs | 3/16/2026 | 4/23/2026 |
| Reply briefs on Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 3/24/2026 | 4/29/2026 |
| Hearing on MSJs or MSAdjs for bellwether Plaintiffs | 4/7/2026 | 5/6/2026 |
| Final Status Conference, including argument on all remaining Motions in Limine | 4/7/2026 | 5/13/2026 |
| Bellwether Trial | 5/11/2026 | 6/8/2026 |

### *I.P.* (Trial Pool 3) Schedule

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of fact discovery | 10/16/2025 | 1/16/2026 |
| Plaintiff's Opposition to Defendants' MSJs or MSAdjs | 11/7/2025 | 11/7/2025 |
| Defendants' Replies ISO MSJs or MSAdjs | 11/24/2025 | 11/24/2025 |
| Hearing on Defendants' MSJs or MSADjs for bellwether Plaintiff I.P. | 12/9/2025 or at Court's convenience | ~~12/9/2025 or at Court's convenience~~ 12/12/25 at 1:45 pm |
| Simultaneous designation of All Remaining Experts for Trial bellwether Plaintiffs and Mutual Exchange of Expert Reports | 11/19/2025 | 2/6/2026 |
| Simultaneous designation of Rebuttal/Supplemental Experts for bellwether Plaintiffs and Mutual Exchange of Expert Reports | 12/19/2025 | 2/27/2026 |
| Close of Expert Discovery | 1/20/2026 | 3/20/2026 |
| Opening briefs on Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 2/13/2026 | 3/27/2026 |
| Oppositions to Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 3/12/2026 | 4/17/2026 |
| Reply briefs on Motions in Limine for bellwether Plaintiffs (other than General Causation *Sargon* motions) | 3/24/2026 | 4/28/2026 |
| Final Status Conference, including argument on all remaining Motions in Limine | 4/7/2026 | 5/13/2026 |
| Bellwether Trial | 5/11/2026 | 6/8/2026 |

**IT IS SO ORDERED.**

DATED: 10/21/2025



Carolyn B. Kuhl, Judge

Honorable Carolyn B. Kuhl
Judge of the Superior Court

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067.

On October 17, 2025, I served true copies of the following document(s) described as:

**[PROPOSED] PRETRIAL SCHEDULING ORDERS FOR TRIAL POOLS 1, 2, AND 4**

on the interested parties in this action pursuant to the most recent Master Service List as follows:

**BY ELECTRONIC SERVICE VIA CASE ANYWHERE:** In accordance with the Court's Order Authorizing Electronic Service requiring all documents to be served upon interested parties via the Case Anywhere System.

Executed on October 17, 2025, at Palm Desert, California.



Mark S. Shuttlesworth