Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments, Inc. f/k/a Facebook Payments, Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* No. 23-cv-01804<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.* No. 23-cv-04659<br><br>*DeKalb County School District v. Meta Platforms, Inc., et al.* No. 25-cv-02310<br><br>*Board of Education of Harford County v. Meta Platforms Inc., et al.,* No. 23-cv-03065<br><br>*Irvington Public Schools v. Meta Platforms, Inc., et al.* No. 23-cv-01467<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.,* No. 24-cv-01382 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: November 19, 2025<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc. I have personal knowledge of the following facts and events, and, if called as a witness, I could and would testify competently thereto.

2. Consistent with the Court's instruction during the October 24, 2025, Case Management Conference—that no party may "file a motion . . . without meeting and conferring and lead counsel attesting that . . . it must be done," 10/24/25 CMC Tr.—lead counsel for both Plaintiffs and Defendants in the above-captioned litigations met-and-conferred by telephone, videoconference, and email regarding Defendants' Motion to Strike the exhibits appended to Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment (ECF 2414-1), including holding teleconferences that included lead trial counsel for Parties on November 7, 11, and 12. Plaintiffs conceded that striking 51 of the exhibits (that were not cited anywhere in their Omnibus Opposition) was appropriate,[1] but otherwise Plaintiffs indicated that they will oppose the relief sought in Defendants' Motion to Strike. As explained in the Motion to Strike, Defendants must file this Motion because, without relief, they (and the Court) will be required to undertake a burdensome sealing review process given the volume of exhibits needlessly appended to Plaintiffs' Omnibus Opposition.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Declaration of Sarah R. London, *In re Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, ECF No. 3448 (N.D. Cal. Sept. 12, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] The Parties are working on a filing that would effectuate the striking or withdrawal of these exhibits.

DATED: November 14, 2025

By: /s/ *Ashley M. Simonsen*
Ashley M. Simonsen