1  [Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>*Irvington Public Schools v. Meta Platforms, Inc., et al.*<br><br>*Dekalb County School District v. Meta Platforms, Inc., et al.*<br><br>*Board of Education of Harford County v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SEALING ORDER WITH RESPECT TO MOTIONS SET FOR HEARING ON JANUARY 26, 2026**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

WHEREAS, the School District Plaintiffs ("Plaintiffs") and the Defendants ("Parties") have conferred about the materials filed by Plaintiffs on November 7, 2025, opposing the motions filed by Defendants that are set for hearing on January 26, 2026, i.e., Defendants' Motions for Summary Judgment and Rule 702 Motions (the "1/26/26 Motions");

WHEREAS, given the volume of materials filed, the Parties have negotiated the following extensions and modifications of the conferral and briefing deadlines set forth in the Court's Joint Stipulation Modifying Temporary Sealing Procedure Deadline at Dkt. 341 ("Sealing Protocol") with respect to the filings associated with the 1/26/26 Motions:

- November 18, 2025: Meta and YouTube transmit to Plaintiffs their proposed redactions to Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment (the "Omnibus Opposition Brief") (ECF 2414-1 (corrected version)) by close of business;
- November 19, 2025: Meta and YouTube confer with Plaintiffs on their proposed redactions to Plaintiffs' Omnibus Opposition Brief;
- November 20, 2025: Snap and TikTok transmit to Plaintiffs their proposed redactions to Plaintiffs' Omnibus Opposition Brief, by close of business;
- November 21, 2025: Snap and TikTok confer with Plaintiffs on their proposed redactions to Plaintiffs' Omnibus Opposition Brief;
- November 21, 2025: Plaintiffs lodge on public docket the less-redacted version of Plaintiffs' Omnibus Opposition Brief emerging from the parties' conferrals;
- December 1, 2025: Parties confer on redactions to all other materials filed by Plaintiffs on November 7, 2025, *other than* the exhibits to Plaintiffs' Omnibus Opposition Brief ("Non-Exhibit Materials");
- December 10, 2025: Defendants file omnibus motions to seal pursuant to the Sealing Protocol concerning Plaintiffs' Omnibus Opposition Brief and Non-Exhibit Materials;
- December 17, 2025: Plaintiffs file omnibus oppositions to Defendants' omnibus motions to seal; and
- December 23, 2025: Defendants file replies in support of their omnibus motions to seal.

WHEREAS, Defendants filed a Motion to Strike the exhibits attached to Plaintiffs' Omnibus Opposition Brief (Dkt. 2449), Plaintiffs intend to oppose that motion today, and the Parties intend to argue the motion at the forthcoming Case Management Conference on November 19, 2025;

WHEREAS, the Parties have negotiated the following deadlines that will apply to sealing conferrals and briefing related to the aforementioned exhibits:

- If the Defendants' Motion to Strike is denied by the Court, the Parties agree that the Defendants will confer with Plaintiffs on redactions to those exhibits within 30 days after such order, and if the Defendants' Motion to Strike is granted by the Court, there will be no need to confer on redactions to those exhibits; and

- If the Defendants' Motion to Strike is granted in part by the Court by requiring Plaintiffs to re-file excerpted exhibits as requested in the alternative by Defendants, the Parties agree that the Defendants will confer with Plaintiffs on redactions to those re-filed exhibits within 14 days after they are re-filed on the docket; and

- The Parties will separately negotiate, discuss, and propose to the Court deadlines pertaining to the briefing of disputes regarding (i) the sealing of the exhibits to Plaintiffs' Omnibus Opposition Brief; and (ii) the sealing of materials related to Defendants' opening and reply motions, anticipating that such disputes would be briefed in January 2026;

WHEREAS, the Personal Injury Plaintiffs and State AGs also agree to the above deadlines to the extent the filings at issue involve them (e.g., Non-Exhibit Materials directed to Defendants' Rule 702 Motions as to plaintiffs' general causation experts).

THEREFORE, the foregoing negotiated deadlines shall apply in lieu of those otherwise set in place by the Sealing Protocol.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____                    _____
                                            HON. YVONNE GONZALEZ ROGERS
                                            UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Date: November 17, 2025

By: */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel for School District Plaintiffs*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

3

|   |   |
|---|---|
| 1 | |
| 2 | **PHILIP J. WEISER** |
|   | Attorney General |
| 3 | State of Colorado |
| 4 | */s/ Krista Batchelder* |
|   | Krista Batchelder, (CO Reg.45066), *pro hac vice* |
| 5 | Deputy Solicitor General |
|   | Shannon Stevenson (CO Reg. 35542), *pro hac vice* |
| 6 | Solicitor General |
| 7 | Elizabeth Orem (CO Reg. 58309), *pro hac vice* |
|   | Assistant Attorney General |
| 8 | Colorado Department of Law |
|   | Ralph L. Carr Judicial Center |
| 9 | Consumer Protection Section |
| 10 | 1300 Broadway, 7th Floor |
|   | Denver, CO 80203 |
| 11 | Phone: (720) 508-6384 |
|   | krista.batchelder@coag.gov |
| 12 | Shannon.stevenson@coag.gov |
|   | Elizabeth.orem@coag.gov |
| 13 | |
| 14 | *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |
| 15 | |
|   | **RUSSELL COLEMAN** |
| 16 | Attorney General |
|   | Commonwealth of Kentucky |
| 17 | |
| 18 | /s/ *J. Christian Lewis* |
|   | J. Christian Lewis (KY Bar No. 87109), |
| 19 | *pro hac vice* |
|   | Philip Heleringer (KY Bar No. 96748), |
| 20 | *pro hac vice* |
| 21 | Zachary Richards (KY Bar No. 99209), |
|   | *pro hac vice* |
| 22 | Daniel I. Keiser (KY Bar No. 100264), |
|   | *pro hac vice* |
| 23 | Matthew Cocanougher (KY Bar No. 94292), *pro hac vice* |
| 24 | Assistant Attorneys General |
|   | 1024 Capital Center Drive, Ste. 200 |
| 25 | Frankfort, KY 40601 |
| 26 | Christian.Lewis@ky.gov |
|   | Philip.Heleringer@ky.gov |
| 27 | Zach.Richards@ky.gov |
|   | Daniel.Keiser@ky.gov |
| 28 | |

4

Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

By: /s/ *Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (424) 332-4800

Phyllis A. Jones, *pro hac vice*

5

Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, pro hac vice
Corey M. Meyer, pro hac vice
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

*Attorneys for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*


By: /s/ *Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
**KING & SPALDING, LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta. GA 30309-3521
Tel: (404) 572-4600

David P. Mattern, *pro hac vice*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Tel: (202) 737) 0500

Bailey J. Langner (SBN 307753)
**KING & SPALDING LLP**
50 California Street, Suite 330
San Francisco, CA 9411
Tel: (415) 318-1200

*Attorneys for Defendants TikTok Inc. ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*


By: /s/ *Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
**MUNGER, TOLLES, & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Tel: (415) 512-4077

6

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor Los Angeles, CA 90071-3426
Tel: (213) 683-9100

Lauren A. Bell (pro hac vice forthcoming)
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, DC 20001-5369
Tel: (202) 220-1100

*Attorneys for Defendant Snap, Inc.*


By: /s/ *Brian M. Willen*
Brian M. Willen (pro hac vice)
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza, Spear Tower, Suite 3300 San Francisco, CA 94105
Tel: (415) 947-2000

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
**WILSON SONSINI GOODRICH & ROSATI**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

Joseph G. Petrosinelli (pro hac vice)
Ashley W. Hardin (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5000


*Attorneys for Defendants YouTube, LLC and Google LLC*

**FILER'S ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 17, 2025

By: */s/ Previn Warren*

8

STIPULATION AND [PROPOSED] ORDER TO MODIFY SEALING ORDER WITH RESPECT TO MOTIONS SET FOR HEARING ON 1/26/26
4:22-md-03047-YGR