[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br>4:23-cv-05448-YGR |
| THIS DOCUMENT RELATES TO:<br><br>People of the State of California, et al.<br>v.<br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC | **NOTICE OF WITHDRAWAL OF KRISTA BATCHELDER AS COUNSEL FOR ALL ENTITIES OTHER THAN STATE OF COLORADO**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Krista Batchelder is counsel of record for the State of Colorado in the above-entitled matter. She has been incorrectly and erroneously listed on PACER as counsel for several other parties in this case. No entries of appearance were ever made by Krista Batchelder on behalf of these other entities. Krista Batchelder should be removed as a listed representative for all of the following entities in this case:

**Commonwealth of Kentucky** *(Plaintiff)*

**Instagram, LLC** *(Defendant)*

| | |
|---|---|
| 1 | **Meta Payments Incorporated** *TERMINATED: 11/07/2025 (Defendant)* |
| 2 | **Meta Platforms Incorporated** *TERMINATED: 11/07/2025 (Defendant)* |
| 3 | **Meta Platforms Technologies, LLC** *TERMINATED: 11/07/2025 (Defendant)* |
| 4 | **Meta Platforms, Inc.** *(Defendant)* |
| 5 | **People of the State of California** *(Plaintiff)* |
| 6 | **State of New Jersey** *(Plaintiff)* |

Please maintain Krista Batchelder as counsel and representative of the State of Colorado.

Dated:  November, 17 2025

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista F. Batchelder*
Krista Batchelder, CO Reg. No. 45066, pro hac vice
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, pro hac vice
Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Danny Rheiner, CO Reg. No. 48821
Assistant Attorney Generals
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*