Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT REGARDING SUPPLEMENTAL RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY** |

Pursuant to this Court's October 20, 2025 Order resolving Plaintiffs' Motion to Compel Discovery from the TikTok Defendants regarding third party Eugenia Cooney (ECF No. 2326), the Parties respectfully submit this Joint Status Report.

On November 10, 2025, the TikTok Defendants served supplemental responses to Plaintiffs' Document Request Nos. 175, 176, 178, 185, and 187. Specifically, the TikTok Defendants stated that, based on their investigations to date, they have identified non-privileged documents responsive to Request Nos. 175, 185, and 187. Beginning this week, the TikTok

Defendants will produce these documents on a rolling basis until the productions are complete. The TikTok Defendants are endeavoring to complete all productions by December 4, but may require additional time given the intervening Thanksgiving holiday and need for privilege review. If so, the TikTok Defendants will confer with Plaintiffs in advance of that date and apprise the Court of any updates in a subsequent joint status report.

With respect to Request Nos. 176 and 178, the TikTok Defendants advised in their supplemental responses that they have not identified any non-privileged, responsive documents based on their investigation to date. However, the TikTok Defendants' searches remain ongoing, and should responsive documents be identified at a later date, the TikTok Defendants will promptly supplement these responses and produce the corresponding documents in accordance with this Court's prior directives.

The Parties will plan to file the next Joint Status Report on November 24, 2025.

Dated: November 17, 2025                    Respectfully submitted,

                                             **KING & SPALDING LLP**

                                             By: */s/ Geoffrey M. Drake*
                                                 Geoffrey M. Drake, *pro hac vice*
                                                 TaCara D. Harris, *pro hac vice*
                                                 King & Spalding LLP
                                                 1180 Peachtree Street, NE, Suite 1600
                                                 Atlanta, GA 30309-3521
                                                 Telephone: (40) 572-4600
                                                 Facsimile: (404) 572-5100
                                                 Email: gdrake@kslaw.com
                                                        tharris@kslaw.com

King & Spalding LLP
Attorneys at Law
Atlanta

- 2 -   Case No. 4:22-md-03047-YGR
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*


By: */s/ Felicia J. Craick*
 FELICIA J. CRAICK
 KELLER ROHRBACK L.L.P
 1201 Third Avenue, Suite 3400
 Seattle, WA 98101
 fcraick@kellerrohrback.com

LEXI J. HAZAM
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

MICHAEL M. WEINKOWITZ
LEVIN SEDRAN & BERMAN, LLP
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

- 3 -   CASE NO. 4:22-MD-03047-YGR
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDRE MURA
GIBBS LAW GROUP, LLP
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

*Attorneys for Plaintiffs*

King & Spalding LLP
Attorneys at Law
Atlanta

- 4 -   Case No. 4:22-md-03047-YGR
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 17, 2025                 /s/ Geoffrey M. Drake
                                          Geoffrey M. Drake

- 5 -    CASE NO. 4:22-MD-03047-YGR
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA