[Parties and Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3084<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE CONFIDENTIAL EXHIBITS ATTACHED TO SCHOOL DISTRICT PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al. No. 23-cv-01804*<br><br>*Charleston County School District v. Meta Platforms, Inc., et al. No. 23-cv-04659*<br><br>*DeKalb County School District v. Meta Platforms, Inc., et al. No. 25-cv-02310*<br><br>*Board of Education of Harford County v. Meta Platforms Inc., et al., No. 23-cv-03065*<br><br>*Irvington Public Schools v. Meta Platforms, Inc., et al. No. 23-cv-01467*<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al., No. 24-cv-01382* | |

1    I, Previn Warren, declare as follows:

2    1.    I am a partner of the law firm of Motley Rice, LLC and serve as co-lead counsel for the School District Plaintiffs in the above-referenced case. I am admitted to practice before this court *pro hac vice*. I have personal knowledge of the following facts and, if called as a witness in the above-referenced action could competently testify to the matters stated herein.

3    2.    I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike Confidential Exhibits Attached to School District Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment.

4    3.    Attached hereto as Exhibit A is a true and accurate copy of the November 10, 2025 hearing transcript in *Social Media Cases*, JCCP No. 5255.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 17th day of November, 2025, at Washington, D.C.

DATED: November 17, 2025

By: */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, D.C. 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

- 2 -

DECL. OF P. WARREN
CASE NO. 4:22-MD-03047-YGR