[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br><br>*Charleston County School District v. Meta Platforms, Inc., et al.*<br><br>*Irvington Public Schools v. Meta Platforms, Inc., et al.*<br><br>*Dekalb County School District v. Meta Platforms, Inc., et al.*<br><br>*Board of Education of Harford County v. Meta Platforms, Inc., et al.* | **STIPULATION AND [PROPOSED] ORDER TO STRIKE CERTAIN SEALED EXHIBITS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

WHEREAS, the School District Plaintiffs and the Defendants have conferred about the Exhibits Plaintiffs filed with their Omnibus Opposition to Defendants' Motions for Summary Judgment ("Omnibus Opposition"), and Defendants have identified 51 exhibits that were not cited by number within that brief;

THEREFORE, the Parties have agreed that the following exhibits, which are not cited within the Omnibus Opposition by number, should be, and with the Court's approval are, stricken from the record:

| Exhibit | Docket Number |
|---------|---------------|
| 72 | 2363-12 |
| 167 | 2367-37 |
| 237 | 2371-37 |
| 331 | 2374-31 |
| 358 | 2375-8 |
| 369 | 2375-19 |
| 370 | 2375-20 |
| 527 | 2378-27 |
| 550 | 2378-50 |
| 551 | 2379-1 |
| 559 | 2379-9 |
| 560 | 2379-10 |
| 561 | 2379-11 |
| 562 | 2379-12 |
| 563 | 2379-13 |
| 564 | 2379-14 |
| 607 | 2380-7 |
| 658 | 2381-8 |

| Exhibit | Docket Number |
|---------|---------------|
| 660 | 2381-10 |
| 748 | 2383-48 |
| 756 | 2386-6 |
| 759 | 2386-9 |
| 763 | 2386-13 |
| 754 | 2386-4 |
| 795 | 2387-20 |
| 797 | 2387-22 |
| 832 | 2390-7 |
| 850 | 2390-25 |
| 862 | 2391-12 |
| 887 | 2391-37 |
| 892 | 2391-42 |
| 895 | 2391-45 |
| 918 | 2393-18 |
| 919 | 2393-19 |
| 959 | 2394-9 |
| 1009 | 2396-9 |

| Exhibit | Docket Number |
|---------|---------------|
| 1027 | 2396-27 |
| 1030 | 2396-30 |
| 1035 | 2396-35 |
| 1039 | 2396-39 |
| 1046 | 2396-46 |
| 1054 | 2397-4 |
| 1056 | 2397-6 |
| 1060 | 2397-10 |
| 1117 | 2398-17; 2414-6 (Corrected) |
| 1124 | 2398-24 |
| 1134 | 2398-34 |
| 1138 | 2398-38 |
| 1140 | 2398-40 |
| 1163 | 2399-20 |
| 1185 | 2399-42 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Date: November 19, 2025

By:  */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

*/s/ Victoria A. Degtyareva*
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

VICTORIA A. DEGTYAREVA (State Bar No.
284199)
Victoria.Degtyareva@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702

ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000 Philadelphia, PA
19103 Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com

2

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc*

*/s/ Ashley W. Hardin*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and
Google LLC*

*/s/ Ashley M. Simonsen*
ASHLEY M. SIMONSEN (State Bar No. 275203)
asimonsen@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

PHYLLIS A. JONES (*pro hac vice*)
pajones@cov.com
PAUL W. SCHMIDT (*pro hac vice*)
pschmidt@cov.com
CHRISTIAN J. PISTILLI (*pro hac vice*)
cpistilli@cov.com
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings,*

3

1

2
　　　　　　　　　　　　/s/ *Bailey J. Langner*_____

3
　　　　　　　　　　　　GEOFFREY M. DRAKE, *pro hac vice*
　　　　　　　　　　　　gdrake@kslaw.com

4
　　　　　　　　　　　　TACARA D. HARRIS, pro hac vice
　　　　　　　　　　　　tharris@kslaw.com

5
　　　　　　　　　　　　**KING & SPALDING LLP**

6
　　　　　　　　　　　　1180 Peachtree Street, NE, Suite 1600
　　　　　　　　　　　　Atlanta, GA 30309

7
　　　　　　　　　　　　Telephone: (404) 572-4600
　　　　　　　　　　　　Facsimile: (404) 572-5100

8

9
　　　　　　　　　　　　DAVID P. MATTERN, *pro hac vice*
　　　　　　　　　　　　dmattern@kslaw.com

10
　　　　　　　　　　　　**KING & SPALDING LLP**

11
　　　　　　　　　　　　1700 Pennsylvania Avenue, NW
　　　　　　　　　　　　Suite 900

12
　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　Telephone: (202) 737-0500

13
　　　　　　　　　　　　Facsimile: (202) 626-3737

14
　　　　　　　　　　　　BAILEY J. LANGNER (SBN 307753)
　　　　　　　　　　　　blangner@kslaw.com

15
　　　　　　　　　　　　**KING & SPALDING LLP**

16
　　　　　　　　　　　　50 California Street, Suite 3300
　　　　　　　　　　　　San Francisco, CA 94111

17
　　　　　　　　　　　　Telephone: (415) 318-1200
　　　　　　　　　　　　Facsimile: (415) 318-1300

18
　　　　　　　　　　　　*Attorneys for Defendants TikTok Inc., ByteDance*

19
　　　　　　　　　　　　*Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 19, 2025

By: */s/ Previn Warren*

STIPULATION AND [PROPOSED] ORDER TO STRIKE CERTAIN SEALED EXHIBITS
4:22-md-03047-YGR