[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: <br><br> 4:23-cv-05448 | **STATE ATTORNEYS GENERAL'S AFFIRMATIVE LETTER BRIEF EXPLAINING GROUNDS FOR ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

Pursuant to CMO 27 (ECF 2274) and the pre-filing schedules approved in CMO 27 (ECF 2271), the State Attorneys General Plaintiffs ("State AGs") file this letter brief setting forth the bases of their anticipated motions for partial summary judgment and *Dabuert*.

I.  **Motions For Partial Summary Judgment**

The State AGs propose filing two motions for partial summary judgment regarding Meta's noncompliance with various requirements of the Children's Online Privacy Protection Act ("COPPA").

1. **Anticipated Motion #1: Meta has violated COPPA by continuing to use the "personal information" of children** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

1   COPPA aims to "safeguard the confidentiality, security, and integrity of ... children's personal online information" by requiring "companies that operate websites and online services marketed toward children ... [to] provide certain disclosures about their data collection activities." *Jones v. Google LLC*, 73 F.4th 636, 641 (9th Cir. 2023). Under COPPA it is unlawful for a website or online service that is "directed to children" or has "actual knowledge" of child users (those under the age of 13) to collect, use, or disclose personal information from those children unless the platform complies with relevant FTC regulations. 15 U.S.C. § 6502(a)(1); 16 C.F.R. § 312.3. ECF 1214 at p. 16.

The State AGs anticipate filing a motion for partial summary judgment establishing that Meta violated COPPA by using children's personal information ████████████████████ ████████████████████████████████████████████ Discovery has shown that Meta ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████eta therefore has "actual knowledge" for COPPA purposes that the users that Meta ████████ are children.

Despite "actual knowledge" that these users are children, Meta has admitted in Rule 30(b)(6) testimony that it ████████████████████████████████████████████████ ████████████████████████████ violating COPPA's requirements.

2.  **Anticipated Motion #2**: **Meta fails to provide COPPA's required protections to any child users of Facebook and Instagram.**

The State AGs anticipate filing a second motion for partial summary judgment to establish the following elements of COPPA, all of which supported by Meta's responses to Requests for Admission or otherwise essentially uncontested. Courts routinely grant this type of partial summary judgment on elements or parts of a claim, even short of establishing liability. *See, e.g., State Farm Fire & Cas. Co. v. Geary*, 699 F. Supp. 756, 759 (N.D. Cal. 1987); *Freeman v. Ethicon, Inc.*, 619 F. Supp. 3d 998, 1008 (C.D. Cal. 2022); *Fed. Trade Comm'n v. Surescripts, LLC*, 665 F. Supp. 3d 14, 37–38 (D.D.C. 2023). Granting summary judgment as to these elements will narrow the issues, streamlining the trial and focusing the jury's attention with respect to Meta's COPPA liability on the two elements that are actually in dispute: whether Facebook or Instagram (or portions thereof) are "directed to children," and whether Meta had actual knowledge that its users were children under age 13, separate and apart from those users discussed above with respect to Anticipated Motion #1.

   a. **Meta is an "operator" of Instagram and Facebook, which are both websites or "online services."**

COPPA requires an operator of a website or online service to obtain parental consent before it collects or uses the personal information of a child who is under 13. *See* 15 U.S.C. §§ 6501(1), 6502(a), 6502(b)(1)(A)(ii); 16 C.F.R. § 312.5(a)(1).

Meta's discovery responses establish that ████████████████████████████████████ ████████████████████ Both platforms are indisputably websites or online services.

b. **Meta collects "personal information" from users of Facebook and Instagram, including those who visit Facebook and Instagram without logging into an account.**

"Personal information" is defined by statute and regulation to mean "individually identifiable information about an individual collected online," including the child's name, address, email address, personal identifiers, geolocation information, and photographs or videos of the child, among other categories of information. 15 U.S.C. § 6501(8); 16 C.F.R § 312.2.

Discovery responses, ████████████████████████ establish ████

c. **Meta has not provided COPPA's protections for any children on Facebook or Instagram.**

COPPA requires operators of websites or online services directed to children or those who have actual knowledge they are collecting or maintaining personal information from children to provide various protections with respect to children's personal information.

Meta has admitted ████████████████████████████



While Meta presumably disputes that it was required to provide COPPA's protections to

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

children on Facebook and Instagram, there is no dispute as to the material fact that Meta provided none of the ██ protections ██ to any children or their parents. Summary judgment should be granted to establish these elements of the State AGs' COPPA claim.

### II.     *Daubert* Motion

The State AGs do not anticipate filing Daubert motions related to Meta's responsive experts Emilio Ferrera, Jeremy Birnholtz, Sriraman Venkataraman, Kevin Keller, and Bruce Isaacson to MDL State AGs experts Ravi Iyer and Adam Alter. However, the State AG's reserve all rights to seek to exclude opinions from these experts through Motions before trial. As flagged in a prior letter brief identifying potential motions this Court may see from the State AGs (ECF 2172), the State AGs anticipate filing Motions to exclude expert opinions that provide opinions on topics not at issue or no longer at issue in this case, such as opinions that primarily relate to content moderation or opinions responding to issues that have not been raised within the MDL State AG case.

| | | |
|---|---|---|
| 1 | **Dated: November 19, 2025** | |
| 2 | Respectfully submitted, | |
| 3 | | **ROB BONTA** |
| | | Attorney General |
| 4 | **KRIS MAYES** | State of California |
| | Attorney General | |
| 5 | State of Arizona | |
| | | */s/ Megan O'Neill* |
| 6 | */s/ Reagan Healey* | Nicklas A. Akers (CA SBN 211222) |
| | Reagan Healey (AZ No. 038733), pro hac vice | Senior Assistant Attorney General |
| 7 | Assistant Attorney General | Bernard Eskandari (CA SBN 244395) |
| 8 | Arizona Attorney General's Office | Emily Kalanithi (CA SBN 256972) |
| | 2005 North Central Avenue | Supervising Deputy Attorneys General |
| 9 | Phoenix, AZ 85004 | Megan O'Neill (CA SBN 343535) |
| | Phone: (602) 542-3725 | Nayha Arora (CA SBN 350467) |
| 10 | Fax:   (602) 542-4377 | Joshua Olszewski-Jubelirer |
| 11 | Reagan.Healey@azag.gov | (CA SBN 336428) |
| | *Attorneys for Plaintiff State of Arizona, ex rel.* | Marissa Roy (CA SBN 318773) |
| 12 | *Kris Mayes, Attorney General* | Brendan Ruddy (CA SBN 297896) |
| | | Deputy Attorneys General |
| 13 | | California Department of Justice |
| | **PHILIP J. WEISER** | Office of the Attorney General |
| 14 | Attorney General | 455 Golden Gate Ave., Suite 11000 |
| | State of Colorado | San Francisco, CA 94102-7004 |
| 15 | | Phone: (415) 510-4400 |
| 16 | */s/ Lauren M. Dickey* | Fax: (415) 703-5480 |
| | Lauren M. Dickey (CO Reg. No. 45773) | megan.oneill@doj.ca.gov |
| 17 | First Assistant Attorney General | |
| | Megan Paris Rundlet (CO Reg. No. 27474) | *Attorneys for Plaintiff the People of the State* |
| 18 | Senior Assistant Solicitor General | *of California* |
| 19 | Elizabeth Orem (CO Reg. No. 58309) | |
| | Assistant Attorney General | |
| 20 | Colorado Department of Law | **RAÚL R. LABRADOR** |
| | Ralph L. Carr Judicial Center | Attorney General |
| 21 | Consumer Protection Section | State of Idaho |
| 22 | 1300 Broadway, 7th Floor | |
| | Denver, CO 80203 | */s/ James J. Simeri* |
| 23 | Phone: (720) 508-6651 | James J. Simeri (ID Bar No. 12332) |
| | lauren.dickey@coag.gov | pro hac vice |
| 24 | | Deputy Attorney General |
| | *Attorneys for Plaintiff State of Colorado, ex rel.* | Attorney General's Office |
| 25 | *Philip J. Weiser, Attorney General* | P.O. Box 83720 |
| 26 | | Boise, ID 83720-0010 |
| | | (208) 334-2424 |
| 27 | | james.simeri@ag.idaho.gov |
| 28 | | *Attorneys for Plaintiff State of Idaho* |

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

| | |
|---|---|
| **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>*/s/ Rebecca Borné*<br>Rebecca Borné<br>(CT Juris No. 446982), *pro hac vice*<br>Tess E. Schneider<br>(CT Juris No. 444175), *pro hac vice*<br>Krislyn M. Launer<br>(CT Juris No. 440789), *pro hac vice*<br>Assistant Attorneys General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5400<br>Fax: 860-808-5593<br>Rebecca.Borne@ct.gov<br>Tess.Schneider@ct.gov<br>Krislyn.Launer@ct.gov<br><br>**KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>*/s/ Ryan Costa*<br>Marion M. Quirk (DE Bar 4136), *pro hac vice*<br>Director of Consumer Protection<br>Ryan T. Costa (DE Bar 5325), *pro hac vice*<br>Deputy Director of Consumer Protection<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Marion.Quirk@delaware.gov<br>Ryan.Costa@delaware.gov<br><br>*Attorneys for State of Delaware, ex rel. Kathleen Jennings, Attorney General for the State of Delaware* | **THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br><br>*/s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82),<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection<br>Corinne Gilchrist (IN Atty No. 27115-53),<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49),<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov<br>Corinne.Gilchrist@atg.in.gov<br>Mark.Snodgrass@atg.in.gov<br><br>*Attorneys for Plaintiff State of Indiana*<br><br>**KRIS W. KOBACH**<br>Attorney General<br>State of Kansas<br><br>*/s/ Sarah M. Dietz*<br>Sarah M. Dietz, Assistant Attorney General<br>(KS Bar No. 27457), *pro hac vice*<br>Kaley Schrader, Assistant Attorney General<br>(KS Bar No. 27700), *pro hac vice*<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>Fax: (785) 296-3131<br>Email: sarah.dietz@ag.ks.gov<br><br>*Attorneys for Plaintiff State of Kansas* |

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

| | |
|---|---|
| **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>*/s/ Douglas S. Chin*<br>Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*<br>Supervising Deputy Attorney General<br>Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*<br>Deputy Attorney General<br>Department of the Attorney General<br>Commerce and Economic Development Division<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 586-1180<br>Christopher.ji.leong@hawaii.gov<br>Kelcie.k.nagata@hawaii.gov<br>Douglas S. Chin (HI JD No. 6465), *pro hac vice*<br>John W. Kelly (HI JD No. 9907), *pro hac vice*<br>Special Deputy Attorney General<br>Starn O'Toole Marcus & Fisher<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 537-6100<br>dchin@starnlaw.com<br>jkelly@starnlaw.com<br><br><br><br>**KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Matthew Davies*<br>Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460), *pro hac vice*<br>Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322), *pro hac vice*<br>Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019), *pro hac vice*<br>Matthew Davies, Supervising Attorney, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*<br>Adam Sokol, Senior Assistant Attorney | **LIZ MURRILL**<br>Attorney General<br>State of Louisiana<br><br>*/s/ Asyl Nachabe*<br>Asyl Nachabe (LA Bar No. 38846)<br>*Pro hac vice*<br>Assistant Attorney General<br>Louisiana Department of Justice<br>Public Protection Division<br>Consumer Protection Section<br>1885 N 3rd Street, 4th Floor<br>Baton Rouge, LA 70802<br>Tel: (225) 326-6438<br>NachabeA@ag.louisiana.gov<br><br>*Attorney for State of Louisiana*<br><br><br>**AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>*/s/ Michael Devine*<br>Michael Devine, Maine Bar No. 5048, *pro hac vice*<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>michael.devine@maine.gov<br><br>*Attorney for Plaintiff State of Maine*<br><br><br>**KEITH ELLISON**<br>Attorney General<br>State of Minnesota<br><br>*/s/ Caitlin Micko*<br>Caitlin Micko (MN Bar No. 0395388), *pro hac vice*<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2130<br>Tel: (651) 724-9180 |

| | | |
|---|---|---|
| 1 | General, Consumer Fraud Bureau (IL Bar No. 6216883), *pro hac vice* | caitlin.micko@ag.state.mn.us |
| 2 | Emily María Migliore, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392), *pro hac vice* | *Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| 3 | | |
| 4 | Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613), *pro hac vice* | **MATTHEW J. PLATKIN** |
| 5 | | Attorney General |
| 6 | Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895), *pro hac vice* | State of New Jersey |
| 7 | Office of the Illinois Attorney General | By: */s/ Thomas Huynh* |
| | | Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice* |
| 8 | 115 S. LaSalle Street | Assistant Attorney General |
| | Chicago, Illinois 60603 | Thomas Huynh (NJ Bar No. 200942017), |
| 9 | 312-814-8554 | *Pro hac vice* |
| 10 | Susan.Ellis@ilag.gov | Assistant Section Chief, Deputy Attorney General |
| | Greg.Grzeskiewicz@ilag.gov | |
| 11 | Jacob.Gilbert@ilag.gov | Verna J. Pradaxay (NJ Bar No. 335822021), |
| | Matthew.Davies@ilag.gov | *Pro hac vice* |
| 12 | Adam.Sokol@ilag.gov | Mandy K. Wang (NJ Bar No. 373452021), |
| 13 | Emily.Migliore@ilag.gov | *Pro hac vice* |
| | Daniel.Roth@ilag.gov | Deputy Attorneys General |
| 14 | Meera.Khan@ilag.gov | New Jersey Office of the Attorney General, |
| 15 | *Attorneys for Plaintiff the People of the State of Illinois* | Division of Law |
| | | 124 Halsey Street, 5th Floor |
| 16 | | Newark, NJ 07101 |
| 17 | | Tel: (973) 648-2052 |
| | | Kashif.Chand@law.njoag.gov |
| 18 | | Thomas.Huynh@law.njoag.gov |
| 19 | **RUSSELL COLEMAN** | *Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs* |
| | Attorney General | |
| 20 | Commonwealth of Kentucky | |
| 21 | /s/ *Philip R. Heleringer* | |
| | J. Christian Lewis (KY Bar No. 87109), | |
| 22 | *pro hac vice* | |
| 23 | Philip Heleringer (KY Bar No. 96748), *pro hac vice* | |
| 24 | Zachary Richards (KY Bar No. 99209), *pro hac vice app. forthcoming* | |
| 25 | Daniel I. Keiser (KY Bar No. 100264), *pro hac vice* | |
| 26 | Assistant Attorneys General | |
| 27 | 1024 Capital Center Drive, Ste. 200 Frankfort, KY 40601 | |
| 28 | Christian.Lewis@ky.gov Philip.Heleringer@ky.gov | |

| | |
|---|---|
| Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky*<br><br>**ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland<br><br>/s/ Elizabeth J. Stern<br>Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*<br>Deputy Chief, Consumer Protection Division<br>Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417 (Mr. Ziperman)<br>Phone: (410) 576-7226 (Ms. Stern)<br>Fax: (410) 576-6566<br>pziperman@oag.state.md.us<br>estern@oag.state.md.us<br><br>*Attorneys for Plaintiff Office of the Attorney General of Maryland*<br><br>**MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>/s/ Benjamin Swanson<br>Benjamin Swanson (NE #27675)<br>Assistant Attorney General<br>Consumer Protection Bureau<br>Phone: (402) 417-7759<br>Email: benjamin.swanson@nebraska.gov<br><br>Anna Anderson (NE #28080)<br>Assistant Attorney General<br>Consumer Protection Bureau<br>Phone: (402) 471-2682 | **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>/s/ Christopher D'Angelo<br>Christopher D'Angelo, Chief Deputy Attorney General, Economic Justice Division<br>(NY Bar No. 4348744), *pro hac vice*<br>Christopher.D'Angelo@ag.ny.gov<br>Clark Russell, Deputy Chief, Bureau of Internet and Technology<br>(NY Bar No. 2848323), *pro hac vice*<br>Clark.Russell@ag.ny.gov<br>Nathaniel Kosslyn, Assistant Attorney General<br>(NY Bar No. 5773676), *pro hac vice*<br>Nathaniel.Kosslyn@ag.ny.gov<br>New York Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8262<br><br>*Attorneys for Plaintiff the People of the State of New York*<br><br>**DAVE YOST**<br>Attorney General<br>State of Ohio<br><br>/s/ Kevin R. Walsh<br>Melissa G. Wright (Ohio Bar No. 0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (Ohio Bar No. 0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (Ohio Bar No. 0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (Ohio Bar No. 0073999), *pro hac vice*<br>Kevin.Walsh@ohioago.gov<br>Senior Assistant Attorney General<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>Tel: 614-466-1031 |

Email: anna.anderson@nebraska.gov

Office of the Nebraska Attorney General
2115 State Capitol Building
Lincoln, NE 68508

*Attorney for Plaintiff State of Nebraska*

**JEFF JACKSON**
Attorney General
State of North Carolina

*/s/ Charles White*
CHARLES G. WHITE (N.C. SBN 57735), *pro hac vice*
Assistant Attorney General
KUNAL CHOKSI
Senior Deputy Attorney General
JOSH ABRAM
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6889
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**DAVE SUNDAY**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Email: jburns@attorneygeneral.gov
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Tel: 717.787.4530

*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost*

**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ John Dunbar*
John Dunbar (Oregon Bar No. 842100), *pro hac vice*
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Section
100 SW Market Street
Portland, Oregon 97201
Telephone:    (971) 673-1880
Facsimile:    (971) 673-1884
E-mail: john.dunbar@doj.state.or.us

*Attorneys for State of Oregon, ex rel. Dan Rayfield, Attorney General for the State of Oregon*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749), *pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as Attorney General of the State of South Carolina*

| | |
|---|---|
| **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>/s/ Stephen N. Provazza<br>Stephen N. Provazza (R.I. Bar No. 10435),<br>*pro hac vice*<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorney for Plaintiff State of Rhode Island* | **MARTY J. JACKLEY**<br>Attorney General<br>State of South Dakota<br><br>/s/ Amanda Miiller<br>Amanda Miiller (SD Bar No. 4271)<br>Deputy Attorney General<br>*pro hac vice*<br>1302 SD Hwy 1889, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>amanda.miiller@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota* |
| **JASON S. MIYARES**<br>Attorney General<br>Commonwealth of Virginia<br><br>/s/ Joelle E. Gotwals<br>Steven G. Popps<br>Chief Deputy Attorney General<br>Thomas J. Sanford<br>Deputy Attorney General<br>Richard S. Schweiker, Jr. (VSB No. 34258),<br>*pro hac vice*<br>Senior Assistant Attorney General and Section Chief<br>Joelle E. Gotwals (VSB No. 76779),<br>*pro hac vice*<br>Senior Assistant Attorney General<br>Chandler P. Crenshaw (VSB No. 93452),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the Attorney General of Virginia<br>Consumer Protection Section<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Telephone: (804) 786-8789<br>Facsimile:(804) 786-0122<br>E-mail: jgotwals@oag.state.va.us<br><br>*Attorneys for the Plaintiff Commonwealth of Virginia ex rel. Jason S. Miyares, Attorney General* | **JOHN B. MCCUSKLEY**<br>Attorney General<br>State of West Virginia<br><br>/s/ Laurel K. Lackey<br>Laurel K. Lackey (WVSB No. 10267),<br>*pro hac vice*<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>(304) 267-0239<br>laurel.k.lackey@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia, ex rel. Patrick Morrisey, Attorney General* |

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General State of Washington<br><br>/s/ Claire McNamara<br>Claire McNamara (WA Bar No. 50097)<br>Gardner Reed (WA Bar No. 55630)<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 340-6783<br>claire.mcnamara@atg.wa.gov<br>gardner.reed@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **JOSHUA L. KAUL**<br>Attorney General<br>State of Wisconsin<br><br>By: /s/ Brittany A. Copper<br>Brittany A. Copper<br>Assistant Attorney General<br>WI State Bar # 1142446, *pro hac vice*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>Phone: (608) 261-9224<br>Email: Brittany.copper@widsoj.gov<br><br>*Attorneys for Plaintiff State of Wisconsin* |

### **ATTESTATION**

I, Verna Pradaxay, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 19, 2025

/s/ Verna Pradaxay
Deputy Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Verna.Pradaxay@law.njoag.gov