Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.
f/k/a Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Meta Payments Inc.
f/k/a Facebook Payments Inc.; Meta Platforms
Technologies, LLC f/k/a Facebook Technologies,
LLC; Instagram, LLC; and Siculus LLC f/k/a
Siculus, Inc.*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No.: 4:23-cv-05448-YGR<br><br>**META DEFENDANTS' TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING WHETHER CERTAIN META DOCUMENTS ARE PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Meta Defendants file this Temporary Sealing Motion regarding the Parties' Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected by Attorney-Client Privilege.  Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2475-1 | Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected by Attorney-Client Privilege | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2475-2 | Exhibit A, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00504889 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2475-3 | Exhibit B, Transcript of February 6, 2025 Deposition of Meta witness | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2475-4 | Exhibit C, State of California Investigative Subpoena | Not redacted or sealed |
| ECF No. 2475-5 | Exhibit D, State of Kentucky Subpoena and Civil Investigative Demand | Not redacted or sealed |
| ECF No. 2475-6 | Exhibit E, State of Nebraska Civil Investigative Demand and Subpoena | Not redacted or sealed |
| ECF No. 2475-7 | Exhibit F, State of New Jersey Administrative Action Subpoena Duces Tecum | Not redacted or sealed |
| ECF No. 2475-8 | Exhibit G, Plaintiffs' Motion to Compel Production of Unredacted Documents, filed in *Social Media Cases*, No. JCCP 5255 (Cal. Super. Ct.) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2475-9 | Exhibit H, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00015029 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| ECF No. 2475-10 | Exhibit H, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-004-00015029 | Redacted filing because document contains information that the parties may consider to be confidential |
|---|---|---|
| ECF No. 2475-11 | Exhibit I, Transcript of November 19, 2025 Deposition of Meta witness | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2475-12 | Exhibit I, Transcript of November 19, 2025 Deposition of Meta witness | Redacted filing because document contains information that the parties may consider to be confidential |
| ECF No. 2475-13 | Exhibit J, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00242456 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2475-14 | Exhibit J, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00242456 | Redacted filing because document contains information that the parties may consider to be confidential |
| ECF No. 2475-15 | Exhibit K, Declaration of Elaine Dai, filed in *State of New Mexico v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct.) | Not redacted or sealed |
| ECF No. 2475-16 | Exhibit L, Declaration of Kristin Zobel, filed in *State of New Mexico v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct.) | Not redacted or sealed |
| ECF No. 2475-17 | Exhibit M, Plaintiff's Motion to Compel Depositions of Kristin Zobel and Elaine Dai, filed in *State of New Mexico v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct.). | Redacted publicly-available filing |
| ECF No. 2475-18 | Exhibit N, Meta's Opposition to Plaintiff's Motion to Compel Depositions of Kristin Zobel and Elaine Dai, filed in *State of New Mexico v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct.). | Not redacted or sealed |
| ECF No. 2475-19 | Exhibit O, Plaintiff's Reply in Support of Motion to Compel Depositions of Kristin Zobel and Elaine Dai, filed in *State of New* | Redacted publicly-available filing |

META DEFENDANTS' TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING WHETHER CERTAIN META DOCUMENTS ARE PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)
4:22-md-03047-YGR

| | *Mexico v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (N.M. Dist. Ct.). | |

DATED:  November 20, 2025                              Respectfully submitted,


By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

META DEFENDANTS' TEMPORARY SEALING MOTION (JOINT LETTER BRIEF REGARDING WHETHER CERTAIN META DOCUMENTS ARE PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)
4:22-md-03047-YGR