# EXHIBIT F



**COMMONWEALTH OF KENTUCKY**
**OFFICE OF THE ATTORNEY GENERAL**

DANIEL CAMERON
ATTORNEY GENERAL

1024 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT, KY 40601

## SUBPOENA AND CIVIL INVESTIGATIVE DEMAND
## IN RE INVESTIGATION OF:

**Effects on Users of Meta's Social Media Platforms**

**TO:    Meta Platforms Inc. f/k/a Facebook, Inc.**
1601 Willow Road
Menlo Park, California 94025

**SERVE:       Corporation Service Company**
**421 West Main Street**
**Frankfort, KY 40601**

**Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

Pursuant to the authority granted in KRS 367.240 and 367.250, the Attorney General of Kentucky, having reason to believe that a person has engaged in, is engaging in, or is about to engage in any act or practice declared to be unlawful by KRS 367.110 to 367.300 and that it is in the public interest that an investigation should be made, hereby executes this Subpoena and Civil Investigative Demand, as follows:

_____    That Meta Platforms Inc., furnish, under oath or affirmation, a report in writing setting forth the relevant facts and circumstances of which Meta Platforms Inc., has knowledge.

_____    That Meta Platforms Inc., personally appear and testify at the following location on the following date and time: _____

**X**    That, under oath or affirmation, Meta Platforms Inc., answer the following requests and produce the following documents at the time and place above or, if blank, then by emailing them together with a completed sworn statement of authenticity and completeness of documents, by no later than twenty-one (21) days following service of this Subpoena and Civil Investigative Demand to: zach.richards@ky.gov or

**Office of the Attorney General of Kentucky**
**ATTN: Zachary Richards**
**1024 Capital Center Drive**

An Equal Opportunity Employer M/F/D

**Suite 200**
**Frankfort, KY 40601**

**Failure to comply with this Subpoena and Civil Investigative Demand may result in legal action pursuant to KRS 367.290.  Intentional concealment, falsification or destruction of documents may be punishable as a class A misdemeanor under KRS 367.990(3).  It is a class D felony to intentionally destroy, mutilate, conceal, remove, alter, or fabricate physical evidence believing that an official proceeding may be pending or instituted, pursuant to KRS 524.100.**

Date Issued: November 18, 2021

DANIEL CAMERON
ATTORNEY GENERAL


By: */s/ Zachary J Richards*
     Zachary J Richards
     Kentucky Office of the Attorney General
     1024 Capital Center Drive
     Frankfort, KY 40601
     502-696-5578
     Email: zach.richards@ky.gov

**PROOF OF SERVICE OF SUBPOENA AND CIVIL INVESTIGATIVE DEMAND**
**(to be completed by server)**

Served via:    ____x____    1. Certified mail, return receipt requested.
               _____    2. Personal delivery
               _____    3. Fax

Date of service:    _____

**PERSON SERVED**

Name:    _____

Title:    _____

Description:    _____

_____

_____

_____

_____

**SERVED BY:**

Name:    _____

Title:    _____

Signature:    _____

## DEFINITIONS AND INSTRUCTIONS

### DEFINITIONS

As used herein:

All definitions shall be construed to all forms, tenses, capitalizations, and conjugations of the defined word.

The use of the singular form of any word includes the plural and vice versa.

The terms "**and**" and "**or**" are terms of inclusion and not of exclusion and shall be construed either disjunctively or conjunctively as necessary to obtain the broadest meaning possible and bring within the scope of this CID any document or information that might otherwise be construed to be outside its scope.

The term "**any**" shall be construed as "**any and all**."

"**Communication**" means any oral or written communication of any kind, including but not limited to face-to-face communications, telephone communications (including voice mail, text messages, or any other means of communication utilizing a telephone), letters, memoranda; emails, instant messages, internet relay chat logs, enterprise communication tools (such as, but not limited to, Workplace), dashboards, or other transmittal of documents or data through the use of a computer, and includes any document that digests, memorializes, or records a communication.

"**Document**" includes, without limitation, any written, printed or graphic matter of any kind, including writings, drawings, graphs, charts, calendars, photographs, sound recordings, images; and any electronic data transmission or compilation, including documents stored in personal computers, portable computers, tablets, smartphones, workstations, minicomputers, mainframes, servers, cloud computing servers, backup disks and tapes, archive disks and tapes, and other forms of offline storage, whether on or off Your premises. "**Document**" includes copies if the copy bears any other marking or notation of any kind, and each such document shall include all attachments, enclosures, appendices, exhibits, and drafts of each such document, that are in Your actual or constructive possession, custody, or control.

"**Identify**" **(with respect to Persons)** means to state, to the extent known, the full name, job title, affiliation, last known mailing address, telephone numbers and email address.

"**Identify**" **(with respect to third party entities)** means to state, to the extent known, the name and any D/B/As, the mailing and physical addresses of the entity's headquarters or primary

location, web address, an individual point of contact, and the telephone numbers and email address of that individual.

"**Minor**" means a Person that You know or have reason to know is under the age of 18 years of age.

"**Person**" means a natural person and includes Minors.

"**Product**" means the online or mobile features, platforms, or services referred to as Instagram and Instagram for Kids and includes all related features or functions.

"**Relating To**" means in whole or in part constituting, containing, concerning, discussing, commenting upon, describing, analyzing, identifying, stating, regarding, pertaining to, referring to, or forming the basis of.

"**Relevant Period**" refers to January 1, 2015 to November 18, 2021, except where otherwise indicated.

"**User**" means a Person that has one or more account(s) with Your Product.

"**You**" "**Your**," or "**Meta**" refers to Meta and any D/B/As, affiliated entities, predecessor entities, successor entities, entities owned or controlled directly or indirectly by You, including but without limitation Instagram. "**You**" and "**Your**" also encompasses agents and all other business entities acting, or purporting to act, on Your behalf.

"**Young User**" refers to Users that are either Minors or Young Adults.

"**Young Adult**" means a Person that You know or have reason to know is 18 years of age or older but under the age of 24.

## INSTRUCTIONS

a.    Answer each request separately and fully in writing and under oath.

b.    As a convenience, defined terms may be capitalized and/or in bold font, but the presence or absence of capitalization or bold font does not alter or reduce the meaning of such terms.

c.    In answering the requests, furnish all information or documents known by You, or available to You, or in Your, possession, direction, custody or control, regardless of how the information was obtained or whether such information is hearsay or otherwise admissible evidence.

d.    Exercise due diligence in answering each request and securing all information with which to answer each request. If You cannot answer a request fully and completely after exercising due diligence, then answer the request to the extent possible, specifying the basis for Your inability to answer the remainder and detailing Your attempts to secure the unknown information.

e. A request that seeks information contained in whole or in part within a document, or that seeks the identification of any document, may be answered by furnishing a copy of such document, identifying the document and specifying the portion(s) of the document containing the requested information.

f. All answers should include attachments of as many pages as are necessary to fully and completely respond and should be identified by the number corresponding to each request as set forth below.

## <u>REQUESTS</u>

1. Any Documents that show, for each month of the Relevant Period, the number and state of residence for: (1) all Users, (2) Minor Users, and (3) Young Adult Users, and the number of Minor Users and Young Adult Users that engage with Your Product at least once a month and at least once a day.

2. Any Documents constituting or sufficient to identify all processes, policies, methods, procedures, training, technologies, and parameters for identifying the ages of Users of the Product, including whether a User or prospective User is under the age of 13, under the age of 18, or under the age of 24.

3. Any Documents constituting or Relating To investigations, reports, analyses, or presentations Relating To the number of Users under the age of 13.

4. Any Documents showing Your efforts to grow or retain the number of Young Users.

5. Any Documents showing Your efforts to increase engagement or interaction with, or use of, Your Product by Young Users.

6. Any Documents showing on a periodic basis over the Relevant Period aggregate metrics for engagements with Your Product by Young Users, such as, for example and without

limitation, likes, comments, shares, views, time spent online, content created, or advertisement click-through-rates.

7.     Any Documents showing Your projections of the market for use of Your Products by Young Users.

8.     Any Documents that Identify all Persons, teams, groups, or divisions responsible for maintaining or increasing the number or activity of Young Users on Your Product during the Relevant Time Period, including but not limited to Your "Marketing Insights," "Product Marketing," and "Core Data Science" teams, groups, or divisions.

9.     Any Communication between, by, or with the teams, groups, or divisions (or any members thereof) identified in Request No. 8 Relating To efforts to maintain or increase the number and activity of Young Users on Your Product.

10.    Any Documents constituting or reflecting employee payment or salary schedules or structures, bonus or other incentive payments, or promotions Relating To an employee's efforts to maintain or increase the number and activity of Young Users on Your Product.

11.    Any Documents Relating To Your development and testing of techniques, strategies, or features designed to increase the use of Your Products by Young Users, including, but not limited to, the age-up strategy identified in the document titled "Teens & Young Adults on IG & FB."  This Request includes but is not limited to Documents reflecting the design, methodology, running of, and results of all testing (including without limitation, diary studies, A/B or multivariate testing, or experiments) of Your Products and any Product features concerning Young Users, and expenditures for such testing.

12.     Any Documents that Identify all Persons, teams, groups, or divisions that during the Relevant Period were involved in designing, running, or interpreting tests of the Product or Product features Relating To Young Users.

13.     Any Communication sent or received by the Persons and members of the teams, groups, or divisions identified in Request No. 12 Relating To the evaluation of current or future use of Your Products by Young Users.

14.     Any Documents Relating To studies, testing, research, risk analyses, or investigations (including without limitation "Proactive Risk Investigations") into mental or physical health impacts or effects Relating To the use of Your Products by Young Users, including all draft, annotated, and final reports, research papers, analyses, white papers, slide decks, presentations, synopses, blog posts, talking points, or memoranda reflecting the results of such testing, studies, risk analyses, or investigations.  Such studies include, but are not limited to:

    a.  "Problematic Facebook use: When people feel like Facebook negatively affects their life";

    b.  "Beyond the Individual User: Understanding our Products through the Household Ecosystem";

    c.  "Expanding Messenger Kids to More Countries and Adding New Features";

    d.  "Eating Disorders PRI Analysis Document";

    e.  "Teen Mental Health Deep Dive";

    f.  "Hard Life Moments-Mental Health Deep Dive";

    g.  "Prioritization – Which issues come on top and what should we care about?";

    h.  "The Role of the Teen in Shaping a Household's Experience of Instagram";

    i.  "Sizing Negative Social Comparison on IG: Baseline Data from Daisy Controls Wave 1";

    j.  "Appearance-based social comparison on Instagram";

    k.  "How the topics people see are linked to appearance comparison on IG";

l.  "Teen Girls Body Image and Social Comparison on Instagram – An Exploratory Study in the US";

m.  "Social comparison on Instagram – Results from a 100k person survey + behavioral data";

n.  "The Power of Identities: Why Teens and Young Adults Choose Instagram";

o.  "What We Know About Body Image (Literature Review)";

p.  "Mental Health Findings – Deep Dive into the Reach, Intensity, IG Impact, Expectation, Self Reported Usage and Support of mental health issues. Overall analyses and analysis split by age when relevant";

q.  "Expression and Authenticity – Marketing Insights, Instagram Public Policy";

r.  "Teen Communication – Jobs To Be Done – 13 Year Old Analysis";

s.  "Defining Body Image Issues";

t.  "Hard Life Moments - Subjective Well-being on Instagram";

u.  "Likes and social comparison on Instagram";

v.  "Social Comparison, like counts, and Project Daisy";

w.   "Selfies, filters, and social comparison on Instagram";

x.  "Social comparison on Facebook, Feedback, positivity, and opportunities for comparison";

y.  "Country differences in social comparison on social media";

z.  Household Ecosystem project.

15.    Any Documents and Communications Relating To "soft interventions," "soft options," interventions, or Product changes discussed or implemented in response to indicators or concerns of harm that may result from Young Users' use of Your Product, including the issues identified in the Documents responsive to Request No. 14.  This request includes, but is not limited to, Documents and Communications Relating To "Project Daisy."

16.     Any Documents identifying, and Communications to or from, all Persons that designed, conducted, researched, studied, advised, analyzed, received, commented on, or authored the tests, studies, research, risk analyses, or investigations identified in Request No. 14.

17.     Any Documents showing Your overall expenditures during the Relevant Period for researching or studying mental or physical health impacts or effects Relating To the use of Your Products by Young Users.

18.     Any Documents sufficient to show all Persons, teams, divisions, or groups that, during the Relevant Period, studied, researched, or responded to mental or physical health impacts or effects Relating To the use of Your Products by Young Users.

19.     Any Documents and Communications Relating To the Research fund announced in December 2017 at https://about.fb.com/news/2017/12/hard-questions-kids-online/ (last visited Nov. 12, 2021), including documents and communications Relating To the scope and purposes of the fund.

20.     Any Communications with Persons acting on behalf of the below entities, and groups:

    a. AAKOMA Project (including but not limited to Dr. Alfiee M. Breland-Noble);

    b. Blue Star Families;

    c. Center for Digital Media Innovation and Diversity (including but not limited to Dr. Kevin Clark);

    d. Center on Media and Child Health (including but not limited to Dr. Michael Rich and Kristelle Lavallee);

    e. Child Mind Institute (including but not limited to Dr. Dave Anderson);

    f. Connect Safely (including but not limited to Larry Magid);

    g. Cyberbullying Research Center (including but not limited to Dr. Sameer Hinduja);

h.  Digital Wellness Lab;

i.  Duke Center for Eating Disorders (including but not limited to Nancy Zucker);

j.  Family Online Safety Institute (including but not limited to Stephen Balkam and Jennifer Hanley);

k.  Future of Privacy Forum (including but not limited to Amelia Vance);

l.  Fred Rogers Center (including but not limited to Rick Fernandes);

m.  Jed Foundation;

n.  Lewis J. Bernstein and Associates LLC;

o.  MediaSmarts (including but not limited to Cathy Wing Jane Tallim);

p.  National Eating Disorders Association

q.  National PTA;

r.  New Mexico State University Learning Games Lab;

s.  Project Rockit (including but not limited to Lucy Thomas);

t.  Rachel Rodgers (Northeastern University);

u.  Sesame Workshop (including but not limited to Dr. Lewis Bernstein);

v.  Janis Whitlock (Cornell University);

w.  Yale Center for Emotional Intelligence (including but not limited to Dr. Robin Stern).

21.  Any Documents Relating To Your provision of funding, data, or any goods or services to any of the individuals, groups, or entities identified in Request No. 20.

22.  Any Documents constituting agreements or contracts with any of the individuals, groups, or entities identified in Request No. 20.

23.  Any Documents including meeting minutes, preparatory materials, agendas, presentations, or otherwise, and Communications Relating To the "Youth Advisors" group described in https://www.facebook.com/fbsafety/posts/1446426198728547 (last visited Nov. 12,

2021) and https://about.fb.com/news/2021/07/age-verification/ (last visited Nov. 12, 2021),
including but not limited to Documents that Identify the members of such group, and all meeting
minutes, notes, preparatory materials, agendas, reports, presentations, or otherwise.

24.     Any Documents and Communications with members of Your "Safety Advisory
Board," as referenced at https://www.facebook.com/help/222332597793306 (last visited Nov.
12, 2021), Relating To the use of Your Product by Young Users, including but not limited to
Documents that Identify the members of such board and all meeting minutes, notes, preparatory
materials, reports, agendas, presentations, or otherwise.

25.     Any Documents sufficient to show all representations to users, potential Users or
the public, Relating To the safety or benefits of Your Product to Users or Young Users, including
without limitation, representations made in Your privacy policy, terms and conditions,
advertising, marketing, videos, blog posts, press releases, email, pop-up screens, government
testimony, public speaking, and Product menus or controls.

26.     Any Documents sufficient to show all representations to investors, potential
investors, advertisers, academics, researchers or the government Relating To the safety or
benefits of Your Product to Users or Young Users.

27.     Any Communications with Persons affiliated with any media entity Relating To
the safety or benefits of Your Product to Young Users.

28.     Any Communications by and between senior executives Relating To the use of
Your Products by Young Users.

29.     Any Document comprising all meeting preparatory materials, agendas, and
minutes of Your Board of Directors Relating To the use of Your Products by Young Users.

**There is a continuing obligation to disclose pursuant to this CID.**

STATE OF _____    )
COUNTY OF _____    )


     I, _____ declare under oath, subject to the penalty of perjury, that the foregoing statements are true, to my knowledge or belief.


     Signature:_____


     Subscribed, sworn to and acknowledged before me by _____ (name), _____(title), on behalf of _____, on _____, ____.

     My Commission expires: _____.


     Signature:_____
     Print Name:_____
     Title:    _____
     Notary ID:  _____