# EXHIBIT I

CONFIDENTIAL

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE: SOCIAL MEDIA ADOLESCENT      )  MDL Number:
     ADDICTION/PERSONAL INJURY PRODUCTS  )  4:22-MD-C047-YGR
 4   LIABILITY LITIGATION                )
                                         )
 5   _____)
          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 6             FOR THE COUNTY OF LOS ANGELES
                 SPRING STREET COURTHOUSE
 7
     COORDINATION PROCEEDING             )
 8   SPECIAL TITLE [RULE 3.400]          )
     SOCIAL MEDIA CASES                  )  Lead Case No. for
 9                                       )  Filing Purposes
     _____)  22STCV21355
10                                       )
     This Document Relates to:           )
11                                       )
     STATE OF TENNESSEE,                 )
12   ex rel. JONATHAN SKRMETTI,          )
     ATTORNEY GENERAL and REPORTER,      )
13   v.                                  )
     META PLATFORMS, INC., and           )
14   INSTAGRAM, LLC,                     )
     Case No. 23-1364-IV                 )
15   _____)
16
17      Confidential - Pursuant to Protective Order
18      VIDEOTAPED DEPOSITION of ████████████, PhD
19               Palo Alto, California
20                November 19, 2024
21
22   Job No.  6933449
23   Pages 1 - 418
24   Stenographically reported by:
     JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
25   CSR No. 3969
```

1  you?
2      A.   I do, yes.
3      Q.   Okay. And backing up just a bit, I think
4  we established that ▮ had asked you a question
5  about whether the BEEF survey had a question on harm
6  felt from bullying.
7         Do you remember that?
8      A.   Yes.
9      Q.   Okay. And you respond in this chat asking
10 if she means the intensity question; right?
11     A.   Yes. We didn't have a question that was --
12 specifically said "harm," but I offered up the
13 intensity question as similar.
14     Q.   And by that, you meant was there a question
15 on the BEEF survey about how bad did this make you
16 feel, right, to a user?
17     A.   Yes.
18     Q.   Okay. And do you see the sentence that
19 starts:
20        "BEEF asked a question about
21        emotional impact, but I was told I need
22        to delete that data. We can't analyze
23        it."
24     A.   Yes.
25     Q.   And you communicated that to ▮?

1    A.    I did.
2    Q.    Okay. And ▮▮▮▮'s response is:
3              "Perhaps I can give it a try?"
4    A.    Yes.
5    Q.    And what is your response there?
6    A.    I said:
7              "No. For policy/legal reasons, I
8          was told we need to delete the data and
9          not analyze."
10   Q.    And can you read the next line as well,
11  please?
12   A.    Yes. I then say:
13             "We're not allowed to ask about
14         emotions in surveys anymore."
15   Q.    Okay. Who told you you had to delete data
16  about emotional impact?
17         MR. HALPERIN: I'll just caution the
18  witness to the extent that information came from a
19  lawyer, not to disclose any privileged
20  communications you may have had.
21         THE WITNESS: I don't remember anyway.
22  BY MS. BAIG:
23   Q.    You don't remember who told you?
24   A.    No.
25   Q.    Do you remember whether you deleted the

CONFIDENTIAL

Page 367

1  information?
2      A.   I should have.  I don't remember what I did
3  with the dataset.
4      Q.   Okay.  So do you know -- so it says here
5  you were told you needed to delete the data and not
6  analyze; correct?
7      A.   Yes.
8      Q.   Okay.  And you don't recall whether you
9  did, in fact, delete it?
10          MR. HALPERIN:  Asked and answered.
11          THE WITNESS:  I don't remember, but I
12  assume I did if I -- if I say that I was told to do
13  it.
14  BY MS. BAIG:
15      Q.   Okay.  And do you know -- did you keep a
16  copy of it?
17      A.   No.  I would have had the -- in our survey
18  system, because it's an online -- we're on a
19  platform survey.  I would have downloaded the data
20  from, you know, the system onto, you know, like a
21  spreadsheet and then analyzed the data there.  And
22  so I would have deleted it on kind of my copy.
23      Q.   Okay.  And so it would have remained on the
24  system; is that right?
25      A.   I know there's, like, a retention -- so