# EXHIBIT L

**STATE OF NEW MEXICO**
**COUNTY OF SANTA FE**
**FIRST JUDICIAL DISTRICT**

**STATE OF NEW MEXICO, EX REL.,**
**RAÚL TORREZ, ATTORNEY GENERAL,**

**Plaintiff,**
**v.**                                                                  **NO. D-101-CV-2023-02838**

**META PLATFORMS, INC.; INSTAGRAM, LLC;**
**META PAYMENTS, INC.; and META PLATFORMS**
**TECHNOLOGIES, LLC,**

**Defendants.**

### DECLARATION OF KRISTIN ZOBEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL

I, Kristin Zobel, declare and state as follows:

1.      I submit this declaration in support of Meta Platforms, Inc.'s ("Meta") Opposition to the State of New Mexico's ("State") Motion to Compel Depositions of Kristin Zobel and Elaine Dai filed in the above-captioned action.  I base this declaration on my personal knowledge, including knowledge gained from my responsibilities at Meta, and could and would testify as to the following facts if called to do so.

2.      I graduated from DePaul University College of Law in 2009.  I have been a member of the Illinois Bar since 2010.

3.      I have been employed by Meta since May 16, 2022.  I was hired as a lawyer to work in Meta's Reality Labs business unit, and my current title is Associate General Counsel, Reality Labs.  The statements in this declaration apply to both my past and current work with Reality Labs.

4.      My role is to provide legal advice on various issues related to the Reality Labs business, which includes legal advice on research, privacy issues, integrity and accessibility.  In my work for Reality Labs, my role is solely to provide legal advice on matters related to that

Docusign Envelope ID: 08FD3A9B-AF31-4F0C-B0GD-F1C64DF468DA

business unit.  I do not provide business advice; my role is solely to provide legal guidance and legal advice on issues related to the business.

5.    In my work with the Reality Labs business unit, I provide legal advice to researchers meant to ensure that their research studies and methods of collecting data are compliant with all laws.  For example, I provide legal advice on how to modify research questions to ensure the company does not collect data in a way that violates state, federal, or foreign law.

6.    I also provide legal advice to researchers about the legal risks and advisability of conducting certain studies or phrasing of research questions.  I do not, however, block research studies.  Researchers and their managers have final say over what language they use in their research questions.

7.    I also provide legal advice to researchers on how to help ensure that summaries of research reduced regulatory and litigation risk for the company.  For example, I periodically advise researchers not to use certain terms that would imply a legal conclusion, and I suggest modifications to language to ensure that research methods and findings are being accurately characterized.  The purpose of this advice is to address and reduce legal risks, including regulatory and litigation risks.  When I offer legal advice, researchers and their managers within the research organization have final say over what language they use to summarize their research.

8.    I do not advise researchers to use a vendor based on the sensitivity of the research, but based on whether the research is unbranded (i.e. not identified with Meta) and based on how much personal information is intended to be gathered.

9.    I do not direct that research findings or data should be deleted or changed.  The only time I have advised that data should be removed from Meta's files is when it was necessary to ensure compliance with privacy laws and/or in accordance with any applicable Meta privacy

policy precluding the retention of data, and only if that same data was not subject to a legal preservation obligation.

10.    I do not tell researchers what research to conduct.  Researchers, often in conjunction with the product development teams, decide what studies to run and how to conduct those studies.

11.    I do not instruct researchers to alter the design of a study.  Researchers, often in conjunction with product development teams, design studies.

12.    Neither I nor anyone else on the Legal team that I am aware of can unilaterally alter or prevent research for any reason.

13.    When advising researchers, I only provide legal advice.  I do not provide advice for any business or other purposes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 30 day of October, 2025 in Tucson, Arizona.

Dated:  October 30, 2025

By:    Signed by:
Kristin Zobel
BC306E47ED5D437...

Kristin Zobel

3