# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| Date: November 19, 2025 | Time: 1 hour 55 Minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jennie Lee Anderson (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Marla Knox; via Zoom


### PROCEEDINGS

Further Case Management Conference – Held
Motion to Strike - Held

The Court heard argument on the Haugen and Bejar/Jayakumar Appeals, Meta v. State Attorneys General cases, and Motion to Strike. Joint JCCP and discovery updates were also taken into submission.

The Court ruled that the Order of Dismissal does not apply to 4:23-cv-05448-YGR. Parties are ordered to meet and confer and file a stipulation on experts.

Written order to issue.