Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
     tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **JOINT STATUS REPORT REGARDING SUPPLEMENTAL RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY** |
| ALL ACTIONS | |

Pursuant to this Court's October 20, 2025 Order resolving Plaintiffs' Motion to Compel Discovery from the TikTok Defendants regarding third party Eugenia Cooney (ECF No. 2326), the Parties respectfully submit this Joint Status Report.

Last week, the TikTok Defendants produced an export of user feedback and complaint data responsive to Plaintiffs' requests for production, consistent with the Court's Order. The TikTok Defendants currently anticipate making another production of documents this week and completing

- 1 -

their productions of responsive materials by the Court's December 4 deadline. The TikTok Defendants will confer with Plaintiffs in advance of that date should an extension be required and will apprise the Court of the same in a subsequent joint status report.

      The Parties will plan to file the next Joint Status Report on December 1, 2025.

Dated: November 24, 2025                      Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
    Geoffrey M. Drake, *pro hac vice*
    TaCara D. Harris, *pro hac vice*
    King & Spalding LLP
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309-3521
    Telephone: (404) 572-4600
    Facsimile: (404) 572-5100
    Email: gdrake@kslaw.com
           tharris@kslaw.com

    David P. Mattern, *pro hac vice*
    King & Spalding LLP
    1700 Pennsylvania Avenue, NW, Suite 900
    Washington, DC 20006-4707
    Telephone: (202) 737-0500
    Facsimile: (202) 626-3737
    Email: dmattern@kslaw.com

    Bailey J. Langner (SBN 307753)
    King & Spalding LLP
    50 California Street, Suite 3300
    San Francisco, CA 94111
    Telephone: (415) 318-1200
    Facsimile: (415) 318-1300
    Email: blangner@kslaw.com

*Attorneys for Defendants
TikTok Inc., ByteDance Inc., TikTok Ltd.,
ByteDance Ltd., and TikTok LLC*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 2 -
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY
CASE NO. 4:22-MD-03047-YGR

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

MICHAEL M. WEINKOWITZ
LEVIN SEDRAN & BERMAN, LLP
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ANDRE MURA
GIBBS LAW GROUP, LLP
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

FELICIA J. CRAICK
KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3400
Seattle, WA 98101
fcraick@kellerrohrback.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY
CASE NO. 4:22-MD-03047-YGR

## **ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 24, 2025        */s/ Geoffrey M. Drake*
                                Geoffrey M. Drake

- 4 -
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY
CASE NO. 4:22-MD-03047-YGR

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA