|   |   |
|---|---|
| 1 | **WHITNEY, THOMPSON & JEFFCOACH, LLP** |
|   | Julie R. Campos (SBN 314063) |
| 2 | 970 W. Alluvial Avenue |
|   | Fresno, California 93711 |
| 3 | Telephone: 559-214-0817 |
|   | Facsimile: 559-753-2560 |
| 4 | jcampos@wtjlaw.com |
| 5 | *Counsel for Petitioners* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION*<br><br>Case to be considered related:<br>*In re: Subpoena to Meta Platforms, Inc.*, No. 3:25-mc-80352 | Case No. 4:22-md-03047-YGR<br><br>**NOTICE OF WITHDRAWAL OF PETITIONERS' JAMES UTHMEIER, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF FLORIDA, AND JONI ALEXIS POITIER, JOHN MARTIN HAYES, KYMBERLEE CURRY SMITH, PATRICK KILBANE, JOSEPH VAN DE BOGART, MARVA PRESTON, AND RICK JOYCE, IN THEIR OFFICIAL CAPACITIES AS COMMISSIONERS OF THE FLORIDA ELECTIONS COMMISSION, ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Civil Rule 7-7, Petitioners James Uthmeier, in his official capacity as Attorney General of the State of Florida, and Joni Alexis Poitier, John Martin Hayes, Kymberlee Curry Smith, Patrick Kilbane, Joseph Van de Bogart, Marva Preston, and Rick Joyce, in their official capacities as Commissioners of the Florida Elections Commission (collectively, "Petitioners"), hereby give notice that they are withdrawing their Administrative Motion To Consider Whether Cases Should Be Related, previously filed at Doc. 2447.

After consultation with counsel for Respondent Meta Platforms, Inc. ("Meta"), Petitioners are filing today a Joint Stipulation indicating that both Petitioners and Respondent consent to transfer of *In re: Subpoena to Meta Platforms, Inc.*, No. 3:25-mc-80352, to the U.S. District Court for the Northern District of Florida, Tallahassee Division, for inclusion in the matter of *NetChoice, LLC v. Uthmeier*, No. 4:21-cv-220 (N.D. Fla.). The subpoena that Petitioners moved to compel Meta to comply with was issued by the U.S. District Court for the Northern District of Florida and served in *NetChoice, LLC v. Uthmeier*, No. 4:21-cv-220 (N.D. Fla.).

Dated: November 25, 2025                    Respectfully submitted,

/s/ Julie R. Campos
JULIE R. CAMPOS (SBN 314063)
WHITNEY, THOMPSON & JEFFCOACH, LLP
970 W. Alluvial Avenue
Fresno, California 93711
Telephone: 559-214-0817
Facsimile: 559-753-2560
jcampos@wtjlaw.com

CLARK L. HILDABRAND*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: 202-220-9643
childabrand@cooperkirk.com

KEVIN A. GOLEMBIEWSKI*
*Senior Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, Florida 32399
Telephone: 850-414-3300
kevin.golembiewski@myfloridalegal.com

*Pro hac vice applications pending

*Counsel for Petitioners*