1   GEOFFREY M. DRAKE, *pro hac vice*
    gdrake@kslaw.com
2   KING & SPALDING LLP
    1180 Peachtree Street, NE, Suite 1600
3   Atlanta, Georgia 30309
    Telephone: (404) 572-4600
4   Facsimile: (404) 572-5100

5   DAVID P. MATTERN, *pro hac vice*
    dmattern@kslaw.com
6   KING & SPALDING LLP
    1700 Pennsylvania, NW, Suite 900
7   Washington, DC 20006
    Telephone: (202) 737-0500
8   Facsimile: (202) 626-3737

9   *Attorneys for Defendants*
    *TikTok Inc., ByteDance Inc., TikTok Ltd.,*
10  *ByteDance Ltd., and TikTok LLC*

11  [*Additional parties and counsel listed on signature pages*]

12                     UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
    ADDICTION/PERSONAL INJURY PRODUCTS
16  LIABILITY LITIGATION                    Case No. 4:22-md-03047-YGR (PHK)

17  This Document Relates To:               **SCHOOL DISTRICT PLAINTIFFS' AND**
                                            **DEFENDANTS' STIPULATION AND**
18  ALL ACTIONS                             **[PROPOSED] ORDER EXTENDING**
                                            **DEADLINE FOR FILING OF JURY**
19                                          **INSTRUCTIONS AND SURVEY**
                                            **QUESTIONS**
20

21                                          Judge: Hon. Yvonne Gonzalez Rogers

22                                          Magistrate Judge: Hon. Peter H. Kang

23

24

25

26

27

28

---

Pursuant to Local Rule 7-12, School District Plaintiffs and Defendants (collectively referred to in this submission with Plaintiffs as the "Parties") through their undersigned counsel hereby stipulate as follows:

1.      In its September 23, 2025 Case Management Order No. 27, the Court ordered that the parties first exchange preliminary proposed jury instructions for the six school district bellwether trials on Monday, October 20, 2025, and then file their proposed/disputed jury instructions and additional questions for juror's survey monkey questionnaire on December 8, 2025. ECF 2274 at 3.

2.      The parties subsequently stipulated to a brief continuance of these deadlines: until Monday, October 27, 2025 for the first exchange of preliminary instructions, and until Friday, December 15, 2025 to file their proposed/disputed jury instructions and additional questions for juror's survey monkey questionnaire.  ECF 2323.

3.      The Court orally granted that request during the October 24, 2025 case management conference. October 24, 2025 CMC Transcript at 36:21-23.

4.      The Parties exchanged their preliminary proposed jury instructions on October 27, 2025 and began the conferral process.

5.      The Parties met and conferred and agree, subject to Court approval, to file their proposed/disputed jury instructions and additional survey questions on February 10, 2026.

6.      All other deadlines in Case Management Order No. 27 would remain unchanged.

**IT IS SO STIPULATED AND AGREED.**

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED: November 26, 2025          By:  */s/ Lexi J. Hazam*
                                       LEXI J. HAZAM
                                       **LIEFF CABRASER HEIMANN &**
                                       **BERNSTEIN, LLP**
                                       275 BATTERY STREET, 29TH FLOOR
                                       SAN FRANCISCO, CA 94111-3339
                                       Telephone: 415-956-1000
                                       lhazam@lchb.com

                                       PREVIN WARREN
                                       **MOTLEY RICE LLC**
                                       401 9th Street NW Suite 630
                                       Washington DC 20004
                                       Telephone: 202-386-9610
                                       pwarren@motleyrice.com

                                       Co-Lead Counsel

                                       CHRISTOPHER A. SEEGER
                                       **SEEGER WEISS, LLP**
                                       55 CHALLENGER ROAD, 6TH FLOOR
                                       RIDGEFIELD PARK, NJ 07660
                                       Telephone: 973-639-9100
                                       cseeger@seegerweiss.com

                                       Counsel to Co-Lead Counsel and Settlement Counsel

                                       JENNIE LEE ANDERSON
                                       **ANDRUS ANDERSON, LLP**
                                       155 MONTGOMERY STREET, SUITE 900
                                       SAN FRANCISCO, CA 94104
                                       Telephone: 415-986-1400
                                       jennie@andrusanderson.com

                                       Liaison Counsel and Ombudsperson

                                       MATTHEW BERGMAN
                                       **SOCIAL MEDIA VICTIMS LAW CENTER**
                                       821 SECOND AVENUE, SUITE 2100
                                       SEATTLE, WA 98104
                                       Telephone: 206-741-4862
                                       matt@socialmediavictims.org

                                       JAMES J. BILSBORROW
                                       **WEITZ & LUXENBERG, PC**

2

700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR

Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220

4

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR

BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
1133 WESTCHESTER AVE, SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

5

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR

DATED: November 26, 2025

By: /s/ Bailey J. Langner

GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

By: /s/ Ashley M. Simonsen

ASHLEY M. SIMONSEN (SBN 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
asimonsen@cov.com

Phyllis A. Jones (pro hac vice)
Paul W. Schmidt (pro hac vice)
Christian J. Pistilli (pro hac vice)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW

7

1

2      Washington, DC 20001
       Telephone: (202) 662-6000
3      pajones@cov.com
       pschmidt@cov.com
4      cpistilli@cov.com

5      *Attorneys for Defendants*
       *Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook*
6      *Holdings, LLC; Facebook Operations, LLC; Meta*
       *Payments Inc. f/k/a Facebook Payments Inc.; Meta*
7      *Platforms Technologies, LLC; f/k/a Facebook*
       *Technologies, LLC; Instagram, LLC; and*
8      *Siculus LLC f/k/a Siculus, Inc.*

9

10     By: */s/ Jonathan H. Blavin*
       ALISON BROWN pro hac vice
11     alli.brown@kirkland.com
       KIRKLAND & ELLIS LLP
12     2005 Market Street, Suite 1000
       Philadelphia, PA 19103
13     Tel.: (215) 268-5000

14     JESSICA DAVIDSON, pro hac vice
       jessica.davidson@kirkland.com
15     JOHN J. NOLAN, pro hac vice
       jack.nolan@kirkland.com
16     601 Lexington Avenue
       New York, NY 10022
17     Tel.: (212) 446-4800

18     JONATHAN H. BLAVIN (SBN 230269)
19     jonathan.blavin@mto.com
       MUNGER, TOLLES & OLSON LLP
20     560 Mission Street, 27th Floor
       San Francisco, CA 94105
21     Tel.: (415) 512-4000

22     VICTORIA A. DEGTYAREVA
23     (SBN 284199)
       victoria.degtyareva@mto.com
24     MUNGER, TOLLES & OLSON LLP
       350 South Grand Avenue, 50th Floor
25     Los Angeles, CA 90071
       Tel.: (213) 683-9100
26

27     *Attorneys for Defendant Snap Inc.*

28

---

8

1

2   By: */s/ Joseph G. Petrosinelli*
    JOSEPH G. PETROSINELLI,
    pro hac vice
3   jpetrosinelli@wc.com
    ASHLEY W. HARDIN, pro hac vice
4   ahardin@wc.com
    J. ANDREW KEYES, pro hac vice
5   akeyes@wc.com
    NEELUM J. WADHWANI (SBN 247948)
6   nwadhwani@wc.com
    WILLIAMS & CONNOLLY LLP
7   680 Maine Avenue, SW
    Washington, DC 20024
8   Tel.: (202) 434-5000

9
    *Attorneys for Defendants YouTube, LLC*
10  *and Google LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR

## **ATTESTATION**

I, Bailey J. Langner, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: November 26, 2025

By: */s/ Bailey J. Langner*

SCHOOL DISTRICT PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR FILING OF JURY INSTRUCTIONS AND SURVEY QUESTIONS
4:22-md-03047-YGR