Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*


*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| This Document Relates To: | Case No. 4:22-md-03047-YGR (PHK) |
| ALL ACTIONS | **JOINT STATUS REPORT REGARDING SUPPLEMENTAL RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY** |

Pursuant to this Court's October 20, 2025 Order resolving Plaintiffs' Motion to Compel Discovery from the TikTok Defendants regarding third party Eugenia Cooney (ECF No. 2326), the Parties respectfully submit this final Joint Status Report.

The TikTok Defendants produced additional documents today and currently anticipate completing their productions of responsive materials by the Court's December 4 deadline.

Plaintiffs are reviewing the documents and the Parties will promptly meet and confer regarding any outstanding issues and attempt to reach resolution on any disputes.

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

1

2   Dated: December 1, 2025                    Respectfully submitted,

3                                              **KING & SPALDING LLP**

4
                                              By: */s/ Geoffrey M. Drake*
5                                                  Geoffrey M. Drake, *pro hac vice*
                                                   TaCara D. Harris, *pro hac vice*
6                                                  King & Spalding LLP
                                                   1180 Peachtree Street, NE, Suite 1600
7                                                  Atlanta, GA 30309-3521
                                                   Telephone: (404) 572-4600
8                                                  Facsimile: (404) 572-5100
                                                   Email: gdrake@kslaw.com
9                                                      tharris@kslaw.com

10                                                 David P. Mattern, *pro hac vice*
                                                   King & Spalding LLP
11                                                 1700 Pennsylvania Avenue, NW, Suite 900
                                                   Washington, DC 20006-4707
12                                                 Telephone: (202) 737-0500
                                                   Facsimile: (202) 626-3737
13                                                 Email: dmattern@kslaw.com

14                                                 Bailey J. Langner (SBN 307753)
                                                   King & Spalding LLP
15                                                 50 California Street, Suite 3300
                                                   San Francisco, CA 94111
16                                                 Telephone: (415) 318-1200
                                                   Facsimile: (415) 318-1300
17                                                 Email: blangner@kslaw.com

18                                                 *Attorneys for Defendants*
                                                   *TikTok Inc., ByteDance Inc., TikTok Ltd.,*
19                                                 *ByteDance Ltd., and TikTok LLC*

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

1

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

2

275 BATTERY STREET, 29TH FLOOR

3

SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000

4

lhazam@lchb.com

5

PREVIN WARREN

6

MOTLEY RICE LLC
401 9th Street NW Suite 630

7

Washington DC 20004
Telephone: 202-386-9610

8

pwarren@motleyrice.com

9

MICHAEL M. WEINKOWITZ
LEVIN SEDRAN & BERMAN, LLP

10

510 WALNUT STREET
SUITE 500

11

PHILADELPHIA, PA 19106
Telephone: 215-592-1500

12

mweinkowitz@lfsbalw.com

13

ANDRE MURA
GIBBS LAW GROUP, LLP

14

1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607

15

Telephone: 510-350-9717
amm@classlawgroup.com

16

FELICIA J. CRAICK

17

KELLER ROHRBACK L.L.P
1201 Third Avenue, Suite 3400

18

Seattle, WA 98101
fcraick@kellerrohrback.com

19

*Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

- 3 -                                     CASE NO. 4:22-MD-03047-YGR
JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: December 1, 2025                          */s/ Geoffrey M. Drake*
                                                 Geoffrey M. Drake

CASE NO. 4:22-MD-03047-YGR

JOINT STATUS REPORT REGARDING SUPPLEMENTAL
RESPONSES AND DOCUMENT PRODUCTION RE: EUGENIA COONEY

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA