[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | **STATE ATTORNEYS GENERAL'S AFFIRMATIVE LETTER BRIEF EXPLAINING GROUNDS FOR ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** |
| 4:23-cv-05448 | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to CMO 27 (ECF 2274) and the pre-filing schedules approved in CMO 27 (ECF 2271), the State Attorneys General Plaintiffs ("State AGs") file this letter brief setting forth the bases of their anticipated motions for partial summary judgment and *Dabuert*.

**I.     Motions For Partial Summary Judgment**

The State AGs propose filing two motions for partial summary judgment regarding Meta's noncompliance with various requirements of the Children's Online Privacy Protection Act ("COPPA").

1. **Anticipated Motion #1: Meta has violated COPPA by continuing to use the "personal information" of children to train its machine learning and generative AI models even after Meta checkpointed and "disabled" their accounts because they belong to children under 13.**

COPPA aims to "safeguard the confidentiality, security, and integrity of ... children's personal online information" by requiring "companies that operate websites and online services marketed toward children ... [to] provide certain disclosures about their data collection activities." *Jones v. Google LLC*, 73 F.4th 636, 641 (9th Cir. 2023). Under COPPA it is unlawful for a website or online service that is "directed to children" or has "actual knowledge" of child users (those under the age of 13) to collect, use, or disclose personal information from those children unless the platform complies with relevant FTC regulations. 15 U.S.C. § 6502(a)(1); 16 C.F.R. § 312.3. ECF 1214 at p. 16.

The State AGs anticipate filing a motion for partial summary judgment establishing that Meta violated COPPA by using children's personal information to train its machine learning and generative AI models without providing COPPA's required protections. Discovery has shown that Meta checkpoints (i.e., suspends) the accounts of users it determines are likely children (such as after a user changes their birthdate to be under 13, or Meta's human reviewers review a reported account and determine the owner is likely a child), and disables those accounts after 30 days if the user does not successfully appeal by presenting an ID demonstrating they are 13 or older. Meta therefore has "actual knowledge" for COPPA purposes that the users that Meta has checkpointed and disabled are children.

Despite "actual knowledge" that these users are children, Meta has admitted in Rule 30(b)(6) testimony that it continues to use the personal information of such users to train its machine learning and generative AI models, violating COPPA's requirements.

2. **Anticipated Motion #2**: **Meta fails to provide COPPA's required protections to any child users of Facebook and Instagram.**

The State AGs anticipate filing a second motion for partial summary judgment to establish the following elements of COPPA, all of which supported by Meta's responses to Requests for Admission or otherwise essentially uncontested. Courts routinely grant this type of partial summary judgment on elements or parts of a claim, even short of establishing liability. *See, e.g., State Farm Fire & Cas. Co. v. Geary*, 699 F. Supp. 756, 759 (N.D. Cal. 1987); *Freeman v. Ethicon, Inc.*, 619 F. Supp. 3d 998, 1008 (C.D. Cal. 2022); *Fed. Trade Comm'n v. Surescripts, LLC*, 665 F. Supp. 3d 14, 37–38 (D.D.C. 2023). Granting summary judgment as to these elements will narrow the issues, streamlining the trial and focusing the jury's attention with respect to Meta's COPPA liability on the two elements that are actually in dispute: whether Facebook or Instagram (or portions thereof) are "directed to children," and whether Meta had actual knowledge that its users were children under age 13, separate and apart from those users discussed above with respect to Anticipated Motion #1.

   a. *Meta is an "operator" of Instagram and Facebook, which are both websites or "online services."*

COPPA requires an operator of a website or online service to obtain parental consent before it collects or uses the personal information of a child who is under 13. *See* 15 U.S.C. §§ 6501(1), 6502(a), 6502(b)(1)(A)(ii); 16 C.F.R. § 312.5(a)(1).

Meta's discovery responses establish that it is an "operator" of Instagram and Facebook for COPPA purposes. Both platforms are indisputably websites or online services.

### b. Meta collects "personal information" from users of Facebook and Instagram, including those who visit Facebook and Instagram without logging into an account.

"Personal information" is defined by statute and regulation to mean "individually identifiable information about an individual collected online," including the child's name, address, email address, personal identifiers, geolocation information, and photographs or videos of the child, among other categories of information. 15 U.S.C. § 6501(8); 16 C.F.R § 312.2.

Discovery responses, including citation to Meta's privacy policy, establish Meta collects personal information as defined by COPPA from users of Facebook and Instagram, including those who visit without logging into an account.

### c. Meta has not provided COPPA's protections for any children on Facebook or Instagram.

COPPA requires operators of websites or online services directed to children or those who have actual knowledge they are collecting or maintaining personal information from children to provide various protections with respect to children's personal information.

Meta has admitted in responses to Requests for Admission that it does not provide the following four protections:

   i. Meta has not sought or obtained "**verifiable parental consent**" before any collection, use, or disclosure of personal information from children on Facebook or Instagram, 16 C.F.R. § 312.5(a)(1). *See* Responses to Requests for Admissions 6 and 19.

   ii. Meta has not provided parents with "**direct notice of [its] practices** with regard to the collection, use, or disclosure of personal information from children," 16 C.F.R. § 312.4(b), nor has Meta **posted a notice of its practices** with respect to children's personal information, 16 C.F.R. § 312.4(d). *See* Response to Requests for Admission 18.

   iii. Meta has not provided parents with "a **means of reviewing** any personal information collected from the[ir] child" on Facebook or Instagram. 16 C.F.R. § 312.6(a)(3). *See* Responses to Requests for Admissions 7 and 20.

   iv. Meta has not provided parents with "[t]he opportunity at any time to **refuse to permit [Meta's] further use** or future online collection of personal information from that child, and to direct [Meta] to **delete** the child's personal information." 16 C.F.R. § 312.6(a)(2). *See* Response to Requests for Admission 21.

While Meta presumably disputes that it was required to provide COPPA's protections to

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS
4:22-md-03047-YGR; 4:23-cv-05448-YGR

children on Facebook and Instagram, there is no dispute as to the material fact that Meta provided none of the four protections above to any children or their parents. Summary judgment should be granted to establish these elements of the State AGs' COPPA claim.

## II. *Daubert* Motion

The State AGs do not anticipate filing Daubert motions related to Meta's responsive experts Emilio Ferrera, Jeremy Birnholtz, Sriraman Venkataraman, Kevin Keller, and Bruce Isaacson to MDL State AGs experts Ravi Iyer and Adam Alter. However, the State AG's reserve all rights to seek to exclude opinions from these experts through Motions before trial. As flagged in a prior letter brief identifying potential motions this Court may see from the State AGs (ECF 2172), the State AGs anticipate filing Motions to exclude expert opinions that provide opinions on topics not at issue or no longer at issue in this case, such as opinions that primarily relate to content moderation or opinions responding to issues that have not been raised within the MDL State AG case.

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

1  **Dated: November 19, 2025**

2   Respectfully submitted,

3
                                                         **ROB BONTA**
4   **KRIS MAYES**                                       Attorney General
    Attorney General                                     State of California
5   State of Arizona

6   */s/ Reagan Healey*                                  */s/ Megan O'Neill*
                                                         Nicklas A. Akers (CA SBN 211222)
7   Reagan Healey (AZ No. 038733), pro hac vice          Senior Assistant Attorney General
    Assistant Attorney General                           Bernard Eskandari (CA SBN 244395)
8   Arizona Attorney General's Office                    Emily Kalanithi (CA SBN 256972)
    2005 North Central Avenue                            Supervising Deputy Attorneys General
9   Phoenix, AZ 85004                                    Megan O'Neill (CA SBN 343535)
    Phone: (602) 542-3725                                Nayha Arora (CA SBN 350467)
10  Fax:   (602) 542-4377                                Joshua Olszewski-Jubelirer
                                                         (CA SBN 336428)
11  Reagan.Healey@azag.gov                               Marissa Roy (CA SBN 318773)
    *Attorneys for Plaintiff State of Arizona, ex rel.*  Brendan Ruddy (CA SBN 297896)
12  *Kris Mayes, Attorney General*                       Deputy Attorneys General
                                                         California Department of Justice
13                                                       Office of the Attorney General
    **PHILIP J. WEISER**                                 455 Golden Gate Ave., Suite 11000
14  Attorney General                                     San Francisco, CA 94102-7004
    State of Colorado                                    Phone: (415) 510-4400
15                                                       Fax: (415) 703-5480
    */s/ Lauren M. Dickey*                               megan.oneill@doj.ca.gov
16  Lauren M. Dickey (CO Reg. No. 45773)
17  First Assistant Attorney General                     *Attorneys for Plaintiff the People of the State*
    Megan Paris Rundlet (CO Reg. No. 27474)              *of California*
18  Senior Assistant Solicitor General
    Elizabeth Orem (CO Reg. No. 58309)
19  Assistant Attorney General
    Colorado Department of Law                           **RAÚL R. LABRADOR**
20  Ralph L. Carr Judicial Center                        Attorney General
    Consumer Protection Section                          State of Idaho
21  1300 Broadway, 7th Floor
22  Denver, CO 80203                                     */s/ James J. Simeri*
    Phone: (720) 508-6651                                James J. Simeri (ID Bar No. 12332)
23  lauren.dickey@coag.gov                               pro hac vice
                                                         Deputy Attorney General
24                                                       Attorney General's Office
    *Attorneys for Plaintiff State of Colorado, ex rel.* P.O. Box 83720
25  *Philip J. Weiser, Attorney General*                 Boise, ID 83720-0010
                                                         (208) 334-2424
26                                                       james.simeri@ag.idaho.gov

27
                                                         *Attorneys for Plaintiff State of Idaho*
28

| | |
|---|---|
| **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>*/s/ Rebecca Borné*<br>Rebecca Borné<br>(CT Juris No. 446982), *pro hac vice*<br>Tess E. Schneider<br>(CT Juris No. 444175), *pro hac vice*<br>Krislyn M. Launer<br>(CT Juris No. 440789), *pro hac vice*<br>Assistant Attorneys General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5400<br>Fax: 860-808-5593<br>Rebecca.Borne@ct.gov<br>Tess.Schneider@ct.gov<br>Krislyn.Launer@ct.gov<br><br>**KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>*/s/ Ryan Costa*<br>Marion M. Quirk (DE Bar 4136), *pro hac vice*<br>Director of Consumer Protection<br>Ryan T. Costa (DE Bar 5325), *pro hac vice*<br>Deputy Director of Consumer Protection<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Marion.Quirk@delaware.gov<br>Ryan.Costa@delaware.gov<br><br>*Attorneys for State of Delaware, ex rel. Kathleen Jennings, Attorney General for the State of Delaware* | **THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br><br>*/s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82), *pro hac vice*<br>Chief Counsel and Director of Consumer Protection<br>Corinne Gilchrist (IN Atty No. 27115-53), *pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49), *pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov<br>Corinne.Gilchrist@atg.in.gov<br>Mark.Snodgrass@atg.in.gov<br><br>*Attorneys for Plaintiff State of Indiana*<br><br>**KRIS W. KOBACH**<br>Attorney General<br>State of Kansas<br><br>*/s/ Sarah M. Dietz*<br>Sarah M. Dietz, Assistant Attorney General (KS Bar No. 27457), *pro hac vice*<br>Kaley Schrader, Assistant Attorney General (KS Bar No. 27700), *pro hac vice*<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>Fax: (785) 296-3131<br>Email: sarah.dietz@ag.ks.gov<br><br>*Attorneys for Plaintiff State of Kansas* |

| | | |
|---|---|---|
| 1 | | **LIZ MURRILL** |
| 2 | **ANNE E. LOPEZ** | Attorney General |
| | Attorney General | State of Louisiana |
| 3 | State of Hawaiʻi | |
| | | /s/ *Asyl Nachabe* |
| 4 | /s/ *Douglas S. Chin* | Asyl Nachabe (LA Bar No. 38846) |
| | Christopher J.I. Leong (HI JD No. 9662), *pro hac* | *Pro hac vice* |
| 5 | *vice* | Assistant Attorney General |
| 6 | Supervising Deputy Attorney General | Louisiana Department of Justice |
| | Kelcie K. Nagata (HI JD No. 10649), *pro hac vice* | Public Protection Division |
| 7 | Deputy Attorney General | Consumer Protection Section |
| | Department of the Attorney General | 1885 N 3rd Street, 4th Floor |
| 8 | Commerce and Economic Development Division | Baton Rouge, LA 70802 |
| | 425 Queen Street | Tel: (225) 326-6438 |
| 9 | Honolulu, Hawaiʻi 96813 | NachabeA@ag.louisiana.gov |
| 10 | Phone: (808) 586-1180 | |
| | Christopher.ji.leong@hawaii.gov | *Attorney for State of Louisiana* |
| 11 | Kelcie.k.nagata@hawaii.gov | |
| | Douglas S. Chin (HI JD No. 6465), *pro hac vice* | |
| 12 | John W. Kelly (HI JD No. 9907), *pro hac vice* | **AARON M. FREY** |
| | Special Deputy Attorney General | Attorney General |
| 13 | Starn O'Toole Marcus & Fisher | State of Maine |
| 14 | 733 Bishop Street, Suite 1900 | |
| | Honolulu, Hawaiʻi 96813 | /s/ *Michael Devine* |
| 15 | Phone: (808) 537-6100 | Michael Devine, Maine Bar No. 5048, |
| | dchin@starnlaw.com | *pro hac vice* |
| 16 | jkelly@starnlaw.com | Assistant Attorney General |
| | | Office of the Maine Attorney General |
| 17 | | 6 State House Station |
| | | Augusta, ME 04333 |
| 18 | | (207) 626-8800 |
| 19 | | michael.devine@maine.gov |
| 20 | **KWAME RAOUL** | *Attorney for Plaintiff State of Maine* |
| | Attorney General | |
| 21 | State of Illinois | |
| 22 | | **KEITH ELLISON** |
| | /s/ *Matthew Davies* | Attorney General |
| 23 | Susan Ellis, Chief, Consumer Protection | State of Minnesota |
| | Division (IL Bar No. 6256460), *pro hac vice* | |
| 24 | Greg Grzeskiewicz, Chief, Consumer | /s/ *Caitlin Micko* |
| | Fraud Bureau (IL Bar No. 6272322), *pro hac vice* | Caitlin Micko (MN Bar No. 0395388), |
| 25 | Jacob Gilbert, Deputy Chief, Consumer Fraud | *pro hac vice* |
| 26 | Bureau (IL Bar No. 6306019), *pro hac vice* | Assistant Attorney General |
| | Matthew Davies, Supervising Attorney, | Office of the Minnesota Attorney General |
| 27 | Consumer Fraud Bureau (IL Bar No. 6299608), | 445 Minnesota Street, Suite 1200 |
| | *pro hac vice* | St. Paul, MN 55101-2130 |
| 28 | Adam Sokol, Senior Assistant Attorney | Tel: (651) 724-9180 |

General, Consumer Fraud Bureau (IL Bar No. 6216883), *pro hac vice*
Emily María Migliore, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6336392), *pro hac vice*
Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613), *pro hac vice*
Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895), *pro hac vice*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-8554
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Adam.Sokol@ilag.gov
Emily.Migliore@ilag.gov
Daniel.Roth@ilag.gov
Meera.Khan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ *Philip R. Heleringer*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov

caitlin.micko@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: /s/ *Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


**ANTHONY G. BROWN**
Attorney General
State of Maryland

/s/ Elizabeth J. Stern
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ Benjamin Swanson
Benjamin Swanson (NE #27675)
Assistant Attorney General
Consumer Protection Bureau
Phone: (402) 417-7759
Email: benjamin.swanson@nebraska.gov

Anna Anderson (NE #28080)
Assistant Attorney General
Consumer Protection Bureau
Phone: (402) 471-2682

**LETITIA JAMES**
Attorney General
State of New York

/s/ Christopher D'Angelo
Christopher D'Angelo, Chief Deputy Attorney General, Economic Justice Division
(NY Bar No. 4348744), *pro hac vice*
Christopher.D'Angelo@ag.ny.gov
Clark Russell, Deputy Chief, Bureau of Internet and Technology
(NY Bar No. 2848323), *pro hac vice*
Clark.Russell@ag.ny.gov
Nathaniel Kosslyn, Assistant Attorney General
(NY Bar No. 5773676), *pro hac vice*
Nathaniel.Kosslyn@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8262

*Attorneys for Plaintiff the People of the State of New York*


**DAVE YOST**
Attorney General
State of Ohio

 /s/ Kevin R. Walsh
Melissa G. Wright (Ohio Bar No. 0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (Ohio Bar No. 0083551)
Asst. Section Chief, Consumer Protection Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (Ohio Bar No. 0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (Ohio Bar No. 0073999), *pro hac vice*
Kevin.Walsh@ohioago.gov
Senior Assistant Attorney General
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Tel: 614-466-1031

Email: anna.anderson@nebraska.gov

Office of the Nebraska Attorney General
2115 State Capitol Building
Lincoln, NE 68508

*Attorney for Plaintiff State of Nebraska*

**JEFF JACKSON**
Attorney General
State of North Carolina

*/s/ Charles White*
CHARLES G. WHITE (N.C. SBN 57735), *pro hac vice*
Assistant Attorney General
KUNAL CHOKSI
Senior Deputy Attorney General
JOSH ABRAM
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6889
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**DAVE SUNDAY**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Email: jburns@attorneygeneral.gov
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
Tel: 717.787.4530

*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

*Attorneys for State of Ohio, ex rel. Attorney General Dave Yost*

**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ John Dunbar*
John Dunbar (Oregon Bar No. 842100), *pro hac vice*
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Section
100 SW Market Street
Portland, Oregon 97201
Telephone:    (971) 673-1880
Facsimile:    (971) 673-1884
E-mail: john.dunbar@doj.state.or.us

*Attorneys for State of Oregon, ex rel. Dan Rayfield, Attorney General for the State of Oregon*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749), *pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina, ex rel. Alan M. Wilson, in His Official Capacity as Attorney General of the State of South Carolina*

| | | |
|---|---|---|
| 1 | | |
| 2 | **PETER F. NERONHA** <br> Attorney General | **MARTY J. JACKLEY** <br> Attorney General |
| 3 | State of Rhode Island | State of South Dakota |
| 4 | */s/ Stephen N. Provazza* <br> Stephen N. Provazza (R.I. Bar No. 10435), | */s/ Amanda Miiller* <br> Amanda Miiller (SD Bar No. 4271) |
| 5 | *pro hac vice* <br> Assistant Attorney General | Deputy Attorney General <br> *pro hac vice* |
| 6 | Rhode Island Office of the Attorney General <br> 150 South Main St. | 1302 SD Hwy 1889, Suite 1 <br> Pierre, SD 57501-8501 |
| 7 | Providence, RI 02903 <br> Phone: 401-274-4400 | Telephone: (605) 773-3215 <br> amanda.miiller@state.sd.us |
| 8 | Email: SProvazza@riag.ri.gov | |
| 9 | *Attorney for Plaintiff State of Rhode Island* | *Attorneys for Plaintiff State of South Dakota* |
| 10 | | |
| 11 | **JASON S. MIYARES** <br> Attorney General | **JOHN B. MCCUSKLEY** <br> Attorney General |
| 12 | Commonwealth of Virginia | State of West Virginia |
| 13 | */s/ Joelle E. Gotwals* | */s/ Laurel K. Lackey* |
| 14 | Steven G. Popps <br> Chief Deputy Attorney General | Laurel K. Lackey (WVSB No. 10267), <br> *pro hac vice* |
| 15 | Thomas J. Sanford <br> Deputy Attorney General | Abby G. Cunningham (WVSB No. 13388) <br> Assistant Attorneys General |
| 16 | Richard S. Schweiker, Jr. (VSB No. 34258), <br> *pro hac vice* | Office of the Attorney General <br> Consumer Protection & Antitrust Division |
| 17 | Senior Assistant Attorney General and Section Chief | Eastern Panhandle Office <br> 269 Aikens Center |
| 18 | Joelle E. Gotwals (VSB No. 76779), | Martinsburg, West Virginia 25404 |
| 19 | *pro hac vice* <br> Senior Assistant Attorney General | (304) 267-0239 <br> laurel.k.lackey@wvago.gov |
| 20 | Chandler P. Crenshaw (VSB No. 93452), <br> *pro hac vice* | *Attorneys for Plaintiff State of West Virginia,* |
| 21 | Assistant Attorney General | *ex rel. Patrick Morrisey, Attorney General* |
| 22 | Office of the Attorney General of Virginia <br> Consumer Protection Section | |
| 23 | 202 N. 9th Street <br> Richmond, Virginia 23219 | |
| 24 | Telephone: (804) 786-8789 | |
| 25 | Facsimile:(804) 786-0122 <br> E-mail: jgotwals@oag.state.va.us | |
| 26 | | |
| 27 | *Attorneys for the Plaintiff Commonwealth of Virginia ex rel. Jason S. Miyares, Attorney* | |
| 28 | *General* | |

STATE ATTORNEYS GENERAL'S LETTER BRIEF RE ANTICIPATED GROUNDS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

4:22-md-03047-YGR; 4:23-cv-05448-YGR

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General State of Washington<br><br>/s/ Claire McNamara<br>Claire McNamara (WA Bar No. 50097)<br>Gardner Reed (WA Bar No. 55630)<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 340-6783<br>claire.mcnamara@atg.wa.gov<br>gardner.reed@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **JOSHUA L. KAUL**<br>Attorney General<br>State of Wisconsin<br><br>By: /s/ Brittany A. Copper<br>Brittany A. Copper<br>Assistant Attorney General<br>WI State Bar # 1142446, *pro hac vice*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>Phone: (608) 261-9224<br>Email: Brittany.copper@widsoj.gov<br><br>*Attorneys for Plaintiff State of Wisconsin* |

## **ATTESTATION**

I, Verna Pradaxay, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 19, 2025

/s/ Verna Pradaxay
Deputy Attorney General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Verna.Pradaxay@law.njoag.gov