# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | MDL No. 3047<br><br>Case Nos.:  4:22-md-03047-YGR-PHK<br><br>**[PROPOSED] ORDER RESOLVING JOINT LETTER BRIEF REGARDING DISPUTES OVER PRIVILEGE ISSUES IN CONNECTION WITH THE DEPOSITION OF JASON SATTIZAHN (ECF 2454)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

On November 17, 2025, Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc. (collectively, "Meta"); MDL Personal Injury and School District ("PI/SD") Plaintiffs, MDL State AGs, and JCCP Personal Injury Plaintiffs (collectively, "Plaintiffs"); and third-party Jason Sattizahn (together with Meta and Plaintiffs, the "Parties") filed a joint letter brief regarding disputes over Meta's motion for a protective order on privilege issues in connection with the deposition of Jason Sattizahn. ECF 2454.  The Court heard argument on the Parties' dispute on December 1, 2025.  Having considered the Parties' arguments, the Court hereby ORDERS as follows:

## BACKGROUND

Meta previously moved to strike Sattizahn from Plaintiffs' preliminary witness lists.  ECF 2315. The Court denied Meta's motion but granted leave for Meta to take Sattizahn's deposition, by no later than December 11, 2025.  ECF 2348.  Meta subsequently noticed the deposition, which is now scheduled to take place on December 8, 2025.  The Parties previously agreed that the deposition will be an eight-hour deposition, and that all plaintiffs in attendance (including Plaintiffs here as well as the New Mexico Attorney General ("AG") and other State AGs suing Meta in state courts around the country) will collectively have four hours, with Meta having the remaining four hours.

On November 21, 2025, the court presiding over the New Mexico action against Meta ruled that New Mexico would be permitted to question Sattizahn at the December 8 deposition regarding Sattizahn's previous testimony before the Senate, in which he made allegations regarding the role of Meta personnel and attorneys in the conduct of research.  The New Mexico court further ordered that Meta's participation in the deposition and its questioning of Sattizahn would not constitute a waiver of any privilege, and that Meta's objections on the basis of privilege would be reserved until after the deposition, with the transcript to remain sealed until after the New Mexico court rules on those objections.  Finally, the New Mexico court ordered that only counsel for Meta and New Mexico could attend the New Mexico portion of the Sattizahn deposition, unless other courts in related litigation (including this MDL) issued orders imposing the same or similar conditions.  In ruling that New Mexico could question Sattizahn on the substance of his communications with Meta's in-house counsel, the New Mexico court stated its expectation that any

1

1  privilege disputes following the deposition would be promptly raised in the New Mexico court.  Attached
2  hereto as Exhibit 1 is a true and correct copy of a rough transcript of the New Mexico hearing where these
3  orders were made, which was supplied to this Court by counsel for the Parties.

**ORDER**

5          In light of the New Mexico court's order, Meta's motion for a protective order is DENIED.
6  Instead, the Court rules that MDL and JCCP Plaintiffs may attend the New Mexico portion of Sattizahn's
7  deposition on December 8, 2025, on the terms ordered by the New Mexico court, subject to the following
8  conditions: (1) they will not ask any questions during the New Mexico portion of the deposition; (2) they
9  will not ask any questions relating to alleged spoliation or communications with Meta's counsel, which
10  will be handled exclusively by attorneys for New Mexico; (3) they will not take the position that Meta
11  waived privilege by virtue of allowing them to attend the New Mexico portion of the deposition; and (4)
12  they agree that the attorney-client privilege is Meta's—not Sattizahn's—to waive.  Counsel for MDL
13  Plaintiffs, JCCP Plaintiffs, and Sattizahn confirmed on the record at the December 1, 2025 hearing that
14  they would abide by these conditions, and they are hereby ORDERED to do so.[1]  As a matter of judicial
15  efficiency, any privilege disputes following the deposition should be raised promptly with the New
16  Mexico court; while the New Mexico court's rulings on those disputes will not be binding in the MDL or
17  JCCP (and the Parties reserve the right to challenge Meta's privilege objections at a later time in this
18  Court), having the New Mexico court rule in the first instance may narrow the range of disputes that may
19  otherwise need to be resolved by this Court.  The Parties are hereby ORDERED to coordinate with New
20  Mexico to prepare and submit a Stipulation and Proposed Order to the New Mexico court allowing MDL
21  and JCCP Plaintiffs to attend the New Mexico portion of Sattizahn's deposition on December 8, 2025, on
22  the terms outlined above.
23          This Order does not address the admissibility of the transcript of Sattizahn's deposition in any
24  proceeding; the Parties reserve the right to seek (or object to) the admissibility of the transcript at any trial,

---

[1] Meta maintains that Sattizahn's testimony before Congress did not waive Meta's privilege, and Plaintiffs maintain that Meta's failure to take remedial steps constituted a waiver.

2

1   and any arguments as to admissibility shall be raised at the appropriate time with the Court presiding over

2   the trial at issue (i.e., Judge Gonzalez Rogers for the MDL and Judge Kuhl for the JCCP).

3       In connection with the Joint Letter Brief filed at ECF 2474, on which the Court also heard argument

4   on December 1, 2025, the Parties are ORDERED to file a notice on the docket attaching a copy of the

5   D.C. court's order on Meta's motion for reconsideration as soon as that order issues, and to also email a

6   courtesy copy to phkpo@cand.uscourts.gov.

7

8       **IT IS SO ORDERED.**

9

10

11  Dated: December __, 2025

12                                    _____
                                      HONORABLE PETER H. KANG
13                                    United States District Court Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 4, 2025

Respectfully submitted,

**COVINGTON & BURLING LLP**

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1262
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

By:  */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ

[PROPOSED] ORDER RESOLVING JOINT LETTER BRIEF REGARDING DISPUTES OVER PRIVILEGE ISSUES IN CONNECTION WITH THE DEPOSITION OF JASON SATTIZAHN (ECF 2454)

**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

[PROPOSED] ORDER RESOLVING JOINT LETTER BRIEF REGARDING DISPUTES OVER PRIVILEGE ISSUES IN CONNECTION WITH THE
DEPOSITION OF JASON SATTIZAHN (ECF 2454)

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT   MANDALAS   FEDERICO,
LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170

Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

8

1

2

Plaintiffs' Steering Committee Membership

3

JOSEPH VANZANDT
**BEASLEY ALLEN**

4

234 COMMERCE STREET
MONTGOMERY, LA 36103

5

Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

6

7

Federal/State Liaison

8

*Attorneys for Individual Plaintiffs*

9

**ROB BONTA**
Attorney General

10

State of California

11

By:  */s/ Megan O'Neill*

12

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General

13

Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)

14

Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)

15

David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)

16

Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)

17

Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General

18

California Department of Justice

19

Office of the Attorney General
455 Golden Gate Ave., Suite 11000

20

San Francisco, CA 94102-7004
Phone: (415) 510-4400

21

Fax: (415) 703-5480

22

Megan.ONeill@doj.ca.gov

23

*Attorneys for Plaintiff the People of the State of*
*California*

24

25

**PHILIP J. WEISER**
Attorney General

26

State of Colorado

27

By:  */s/ Krista Batchelder*

28

Krista Batchelder, (CO Reg.45066), *pro hac vice*

9

Deputy Solicitor General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*
Solicitor General
Elizabeth Orem (CO Reg. 58309), *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

By: */s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

MATTHEW J. PLATKIN
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney
General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin,*
*Attorney General for the State of New Jersey, and*
*Elizabeth Harris, Acting Director of the New*
*Jersey Division of Consumer Affairs*

**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**

By: /s/ *Joseph G. VanZandt*
Joseph G. VanZandt
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Joseph.VanZandt@BeasleyAllen.com

KIESEL LAW LLP
Paul R. Kiesel
Mariana A. McConnell
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444

kiesel@kiesel.law
mcconnell@kiesel.law

PANISH | SHEA | RAVIPUDI LLP
Brian J. Panish
Rahul Ravipudi
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 477-1700
Fax: (310) 477-1699
panish@panish.law
ravipudi@panish.law
jcreed@panish.law

Rachel Lanier
THE LANIER LAW FIRM, P.C.
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

*Co-Lead, Co-Liaison, and Leadership Counsel for JCCP Plaintiffs*

By: /s/ Michael W. Ward
Michael W. Ward
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Tel.: 650-739-7538
Michael.ward@bakerbotts.com

*Attorney for Dr. Jason Sattizahn*

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: December 4, 2025

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen