# EXHIBIT A

|        |                                                                                                                     |
|--------|---------------------------------------------------------------------------------------------------------------------|
| From:  | ███████ [O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KYLEANDREWSCF0]          |
| Sent:  | Mon 12/6/2021 8:53:09 PM (UTC)                                                                                      |
| To:    | ███████@fb.com]; ███████@fb.com]                                                                                    |
| Subject: | Message summary [{"otherUserFbId":100030345073520,"threadFbId":null}]                                             |
| Attachment: | 263655143_1907140402827409_200285670040441906_n.png                                                            |

███████ (12/06/2021 09:43:19 PST):
>Hi ███, have another question related to this
>- do we have question on harm from bullying? like TRIPS is still asking about being bullied, but not if the target feel harm from it. Is there any difference in BEEF?

███████ (12/06/2021 10:35:35 PST):
>Morning! Do you mean the intensity question? ("How bad did this make you feel?"). I pretty sure TRIPS asked that for every issue.

███████ (12/06/2021 10:36:09 PST):
>BEEF asked a question about emotional impact, but I was told I need to delete that data/ we can't analyze it

███████ (12/06/2021 10:40:00 PST):
>perhaps I can give it a try?

███████ (12/06/2021 10:41:46 PST):
>No--for policy/legal reasons, I was told we need to delete the data and not analyze

███████ (12/06/2021 10:42:01 PST):
>we're not allowed to ask about emotions in surveys anymore

███████ (12/06/2021 10:46:43 PST):
shared: 263655143_1907140402827409_200285670040441906_n.png

███████ (12/06/2021 10:47:37 PST):
>I also asked about the actions people took--maybe you could analyze those people who were bullied and decided to take one or more of these actions? That would be a decent proxy for how much the bullying bothered them, I'd think

███████ (12/06/2021 11:47:13 PST):
>Thanks. I'm recommending our survey to focus more on harm rather than prevalence. Looking into both TRIPS and BEEF to find the difference in these two measurement, and how harm is actually changing user engagement/production.

███████ (12/06/2021 11:47:37 PST):
>TRIPS is too small in sample, but perhaps BEEF with similar questions can actually help.

███████ (12/06/2021 11:49:38 PST):
>re: engagement and production, I had 'closed the IG app' as a response option in that action question, and there was a separate question about whether the experience stopped people from posting. would be interesting if you analyzed the log data of those people, to see if that's actually true

███████ (12/06/2021 11:49:40 PST):
>like specifically,
>- people respond to 'being bullied', and 'severity of being bullied'
>- track their engagement/production to see severity matters more than just reported 'being bullied'
>- that way we should anchor our impact on moving 'severity' not just prevalence of reporting 'being bullied'

███████ (12/06/2021 11:50:48 PST):
>agree, we need to get more nuanced than prevelance

███████ (12/06/2021 11:51:44 PST):
>I can do that. what would be an efficient way for me to get the questions pertaining to this issue? prevalence/severity/actions

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                          META3047MDL-034-00504889

▇▇▇▇▇ (12/06/2021 11:55:03 PST):
>https://docs.google.com/spreadsheets/d/1tIgVSUIh0R_NcdfON0zMFeV1lux-zmN3ChJpjn0EFcI/edit?usp=sharing

▇▇▇▇▇ (12/06/2021 11:55:29 PST):
>first tab in this spreadsheet organizes the variables in the beef hive table by issue. so you can see which of the questions pertain to bullying

▇▇▇▇▇ (12/06/2021 12:53:09 PST):
>thanks. I'll keep you posted.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                            META3047MDL-034-00504890