# EXHIBIT I

```
                                                        Page 1

 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE: SOCIAL MEDIA ADOLESCENT      )  MDL Number:
     ADDICTION/PERSONAL INJURY PRODUCTS  )  4:22-MD-C047-YGR
 4   LIABILITY LITIGATION                )
     _____ )
 5
           SUPERIOR COURT OF THE STATE OF CALIFORNIA
 6              FOR THE COUNTY OF LOS ANGELES
                  SPRING STREET COURTHOUSE
 7
     COORDINATION PROCEEDING             )
 8   SPECIAL TITLE [RULE 3.400]          )
     SOCIAL MEDIA CASES                  )  Lead Case No. for
 9                                       )  Filing Purposes
     _____ )  22STCV21355
10                                       )
     This Document Relates to:           )
11                                       )
     STATE OF TENNESSEE,                 )
12   ex rel. JONATHAN SKRMETTI,          )
     ATTORNEY GENERAL and REPORTER,      )
13   v.                                  )
     META PLATFORMS, INC., and           )
14   INSTAGRAM, LLC,                     )
     Case No. 23-1364-IV                 )
15   _____ )
16
17        Confidential - Pursuant to Protective Order
18        VIDEOTAPED DEPOSITION of ████████████  PhD
19                  Palo Alto, California
20                   November 19, 2024
21
22   Job No.  6933449
23   Pages 1 - 418
24   Stenographically reported by:
     JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
25   CSR No. 3969
```

```
 1   you?
 2        A.   I do, yes.
 3        Q.   Okay.  And backing up just a bit, I think
 4   we established that ███ had asked you a question
 5   about whether the BEEF survey had a question on harm
 6   felt from bullying.
 7             Do you remember that?
 8        A.   Yes.
 9        Q.   Okay.  And you respond in this chat asking
10   if she means the intensity question; right?
11        A.   Yes.  We didn't have a question that was --
12   specifically said "harm," but I offered up the
13   intensity question as similar.
14        Q.   And by that, you meant was there a question
15   on the BEEF survey about how bad did this make you
16   feel, right, to a user?
17        A.   Yes.
18        Q.   Okay.  And do you see the sentence that
19   starts:
20             "BEEF asked a question about
21             emotional impact, but I was told I need
22             to delete that data.  We can't analyze
23             it."
24        A.   Yes.
25        Q.   And you communicated that to ███?
```

CONFIDENTIAL

Page 366

1    A.   I did.
2    Q.   Okay.  And ▮▮▮▮'s response is:
3              "Perhaps I can give it a try?"
4    A.   Yes.
5    Q.   And what is your response there?
6    A.   I said:
7              "No.  For policy/legal reasons, I
8         was told we need to delete the data and
9         not analyze."
10   Q.   And can you read the next line as well,
11 please?
12   A.   Yes.  I then say:
13             "We're not allowed to ask about
14        emotions in surveys anymore."
15   Q.   Okay.  Who told you you had to delete data
16 about emotional impact?
17        MR. HALPERIN:  I'll just caution the
18 witness to the extent that information came from a
19 lawyer, not to disclose any privileged
20 communications you may have had.
21        THE WITNESS:  I don't remember anyway.
22 BY MS. BAIG:
23   Q.   You don't remember who told you?
24   A.   No.
25   Q.   Do you remember whether you deleted the

CONFIDENTIAL

Page 367

1   information?
2       A.   I should have.  I don't remember what I did
3   with the dataset.
4       Q.   Okay.  So do you know -- so it says here
5   you were told you needed to delete the data and not
6   analyze; correct?
7       A.   Yes.
8       Q.   Okay.  And you don't recall whether you
9   did, in fact, delete it?
10           MR. HALPERIN:  Asked and answered.
11           THE WITNESS:  I don't remember, but I
12  assume I did if I -- if I say that I was told to do
13  it.
14  BY MS. BAIG:
15      Q.   Okay.  And do you know -- did you keep a
16  copy of it?
17      A.   No.  I would have had the -- in our survey
18  system, because it's an online -- we're on a
19  platform survey.  I would have downloaded the data
20  from, you know, the system onto, you know, like a
21  spreadsheet and then analyzed the data there.  And
22  so I would have deleted it on kind of my copy.
23      Q.   Okay.  And so it would have remained on the
24  system; is that right?
25      A.   I know there's, like, a retention -- so