# EXHIBIT J

| | |
|---|---|
| **From:** | [redacted] /O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KYLEANDREWSCF0] |
| **Sent:** | Wed 12/8/2021 9:38:40 PM (UTC) |
| **To:** | [redacted]84@fb.com]; [redacted]@fb.com] |
| **Subject:** | Message summary [{"otherUserFbId":100012506229121,"threadFbId":null}] |

[redacted] (12/08/2021 13:36:47 PST):
>Hey! Quick heads up--I mentioned this to [redacted] the other day and she asked if I'd let you know. I've been talking with [redacted] who's in charge of asking about emotion in research. She shared with me draft guidelines and a list of emotions we're encouraged not to ask about. There were as many positive/supportive adjectives as negative ones on the list, and it did make me think that it might hinder our ability to measure progress there. Anyway, hopefully it's nothing but wanted to flag in case you wanted to dig into it sooner than later.

[redacted] (12/08/2021 13:37:07 PST):
>https://docs.google.com/document/d/1xBGWBMxmumud5svtwL3itAsEOSMh6NFK8WhQlhfoyRI/edit#heading=h.cfds633glv18

[redacted] (12/08/2021 13:38:21 PST):
>(In the last version of BEEF, I had a question about emotions experienced and how intense it was, and had to delete the data associated with both because this team said I shouldn't have asked those questions)

[redacted] (12/08/2021 13:38:31 PST):
>Thanks for flagging! I saw this awhile ago and was awaiting for them to make more progress on this.

[redacted] (12/08/2021 13:38:40 PST):
>I heard about that.

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-031-00242456
METATNAG-009-00253852