| | |
|---|---|
| 1 | **WHITNEY, THOMPSON & JEFFCOACH, LLP** |
| | JULIE R. CAMPOS (SBN 314063) |
| 2 | 970 W. Alluvial Avenue |
| | Fresno, California 93711 |
| 3 | Telephone: 559-214-0817 |
| | Facsimile: 559-753-2560 |
| 4 | jcampos@wtjlaw.com |
| 5 | *Counsel for Petitioners* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION* | Case No. 4:22-md-03047-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PETITIONERS' JAMES UTHMEIER, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF FLORIDA, AND JONI ALEXIS POITIER, JOHN MARTIN HAYES, KYMBERLEE CURRY SMITH, PATRICK KILBANE, JOSEPH VAN DE BOGART, MARVA PRESTON, AND RICK JOYCE, IN THEIR OFFICIAL CAPACITIES AS COMMISSIONERS OF THE FLORIDA ELECTIONS COMMISSION** |

  Petitioners James Uthmeier, in his official capacity as Attorney General of the State of Florida, and Joni Alexis Poitier, John Martin Hayes, Kymberlee Curry Smith, Patrick Kilbane, Joseph Van de Bogart, Marva Preston, and Rick Joyce, in their official capacities as Commissioners of the Florida Elections Commission (collectively, "Petitioners"), hereby give notice that their counsel—Julie R. Campos, Kevin A. Golembiewski, and Clark L. Hildabrand—are withdrawing from this case. *See* Civil L.R. 11-5. Counsel for Petitioners appeared to file an administrative motion to consider whether *In re: Subpoena to Meta Platforms, Inc.*, No. 3:25-mc-80352, should be related to this case. That administrative motion has been withdrawn, Doc. 2489, and *In re: Subpoena to Meta Platforms, Inc.*, No. 3:25-mc-80352, has been transferred to the U.S. District Court for the Northern District of Florida. Petitioners have no further involvement in this case.

| | | |
|---|---|---|
| 1 | Dated: December 5, 2025 | Respectfully submitted, |
| 2 | | /s/ Julie R. Campos |
| | | JULIE R. CAMPOS (SBN 314063) |
| 3 | | WHITNEY, THOMPSON & JEFFCOACH, LLP |
| 4 | | 970 W. Alluvial Avenue |
| | | Fresno, California 93711 |
| 5 | | Telephone: 559-214-0817 |
| | | Facsimile: 559-753-2560 |
| 6 | | jcampos@wtjlaw.com |

| | | |
|---|---|---|
| 8 | CLARK L. HILDABRAND (pro hac vice) | KEVIN A. GOLEMBIEWSKI (pro hac vice) |
| | COOPER & KIRK, PLLC | *Senior Deputy Solicitor General* |
| 9 | 1523 New Hampshire Ave., N.W. | OFFICE OF THE ATTORNEY GENERAL |
| | Washington, DC 20036 | The Capitol, PL-01 |
| 10 | Telephone: 202-220-9643 | Tallahassee, Florida 32399 |
| | childabrand@cooperkirk.com | Telephone: 850-414-3300 |
| 11 | | kevin.golembiewski@myfloridalegal.com |

*Counsel for Petitioners*