Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorney for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:23-cv-04659-YGR |
| This Document Relates To: | **DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (CHARLESTON) (SD MSJ No. 3)** |
| *Charleston County School District v. Meta Platforms, Inc.*, et al. | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF ASHLEY W. HARDIN**

I, Ashley W. Hardin, declare as follows:

1. I am a partner with the law firm of Williams & Connolly LLP, counsel of record for Defendants YouTube, LLC and Google LLC. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. The video found at https://www.youtube.com/watch?v=QYiqnb4XlHU is a video posted by the Charleston County School District to its YouTube channel on April 21, 2025, last accessed on December 5, 2025.

3. The video found at https://www.youtube.com/watch?v=Q_3k7Cgao6o is a video posted by the Charleston County School District to its YouTube channel on April 22, 2025, last accessed on December 5, 2025.

/s/ Ashley W. Hardin
Ashley W. Hardin

1