UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms Inc., et al* | MDL No. 3047<br><br>Case No. 4:23-cv-01804-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (BREATHITT) (SD MSJ No. 1)**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date:  January 26, 2026<br>Time:  8:00 am<br><br>Place:  Courtroom 1, 4th Floor |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc. I have personal knowledge of the following facts and events, and, if called as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment (BREATHITT) (SD MSJ No. 1), filed concurrently with this Declaration.

3. Attached as **Reply Exhibit 1** is a true and correct copy of excerpts of the Kera Howard 30(b)(6) Deposition transcript, dated March 10, 2025.

4. Attached as **Reply Exhibit 2** is a true and correct copy of excerpts of the Phillip Watts Deposition transcript, dated July 28, 2025.

5. Attached as **Reply Exhibit 3** is a true and correct copy of excerpts of the Phillip Watts 30(b)(6) deposition transcript, dated April 22, 2025.

6. Attached as **Reply Exhibit 4** is a true and correct copy of excerpts of the Daphne Noble Deposition transcript, dated July 29, 2025.

7. Attached as **Reply Exhibit 5** is a true and correct copy of excerpts of the Jeremy Hall Deposition transcript, dated July 28, 2025.

8. Attached as **Reply Exhibit 6** is a true and correct copy of excerpts of the Kera Howard Deposition transcript, dated March 10, 2025.

9. Attached as **Reply Exhibit 7** is a true and correct copy of excerpts of the Kera Howard Declaration, dated November 7, 2025.

10. Attached as **Reply Exhibit 8** is a true and correct copy of excerpts of the Jeremy Hall Deposition transcript, dated April 23, 2025.

11. Attached as **Reply Exhibit 9** is a true and correct copy of excerpts of the Jeremy Hall 30(b)(6) Deposition transcript, dated April 23, 2025.

12. Attached as **Reply Exhibit 10** is a true and correct copy of excerpts of the Daphne Noble 30(b)(6) Deposition transcript, dated March 11, 2025.

13. Attached as **Reply Exhibit 11** is a true and correct copy of excerpts of the William Noble Deposition transcript, dated July 28, 2025.

14. Attached as **Reply Exhibit 12** is a true and correct copy of excerpts of the Stacy McKnight 30(b)(6) Deposition transcript, dated April 21, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 5, 2025                              By: *Ashley M. Simonsen*
                                                         Ashley M. Simonsen