# Exhibit 2

CONFIDENTIAL

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3   * * * * * * * * * * * * * * *
4   IN RE:  SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY
5   LITIGATION
6   THIS DOCUMENT RELATES TO:  Breathitt County
    School District, By and Through The Breathitt
7   Board of Education v. Meta Platforms, Inc.,
    et al.
8
    Member Case No.:  4:23-cv-01804
9
        * * * * * * * * * * * * * * *
10
11
12   REMOTE VIDEOTAPED DEPOSITION OF PHILLIP WATTS
13
            July 28, 2025
14        10:01 a.m. to 11:39 a.m.
15      REPORTED BY ANITA KORNBURGER
        REGISTERED PROFESSIONAL REPORTER
16
17
18
        * * * * * * * * * * * * * * *
19
20
21
22
23
24
25

Page 29

1    Q.   Let's talk about Eduspire Solutions.
2    What is the E-Hallpass referenced here?
3    A.   The E-Hallpass is something the high
4    school is going to know a lot more about than me.
5    It's a conservative number.
6         Kids -- we've had to implement that in
7    there their seven-twelve high school, which is
8    middle school and high school, because the amount
9    of students that's trying to leave the class to
10   meet up to do things.  They message, text each
11   other, use social media platforms.  So there may be
12   a new trend out with something going on.
13        So the high school has been trying to
14   cut back on hallway traffic and increase the
15   instructional minutes.  So we used the 25 percent
16   number as a conservative number of -- on that.
17   Q.   So it's something where students request
18   permission to leave the classroom; is that right?
19   A.   Yes.  And it's a way for us to document
20   who's gone at what time.  But it is another thing a
21   teacher has to keep up with that makes their job
22   even more challenging.
23   Q.   It's used to address truancy issues;
24   right?
25   A.   It's used to address who's in the

Page 30

1    bathroom when they're tearing it up or doing things
2    they shouldn't be doing.  But yes, I don't know
3    about truancy as far as a bathroom break.
4         Q.   And how did you determine that 25 percent
5    of the E-Hallpass is attributable to social media?
6         A.   That's just a conservative number.  One
7    out of four students is probably trying to -- and
8    no data to back it up.  Just a conservative number
9    of social media and knowing what the teachers are
10   dealing with day in and day out.
11        Q.   Did you consult with teachers in coming
12   up with that 25 percent figure?
13        A.   No.
14        Q.   Did you review any data in coming up with
15   the 25 percent figure?
16        A.   No.
17        Q.   Did you do anything other than talk with
18   the lawyers in coming up with the 25 percent
19   figure?
20        A.   No.
21        Q.   All right.  Let's talk about Millstone
22   Labs.  Is that Mike Lemon's company?
23        A.   Yes.
24        Q.   And Mike Lemon's programs are not all
25   about social media; right?

1  is a contract that I signed more recently and I did
2  review at a board meeting last year.
3  BY MR. PISTILLI:
4       Q.   Did you review any data in coming up with
5  the 75 to 80 percent figure?
6       A.   No.  But as I sat through, I think, three
7  or four sessions last year, my memory recalls 70 to
8  80 percent of it was around social media.  75 to
9  80 percent.
10      Q.   Let's talk about Securly, Inc.  What's
11 that?
12      A.   E-Hallpass.
13      Q.   How, if at all, does it differ from the
14 Eduspire product?
15      A.   I don't know.
16      Q.   What did you do to come up with the
17 25 percent estimate for Securly?
18      A.   I think I've answered all the questions
19 around E-Hallpass.
20      Q.   So your prior testimony about the other
21 E-Hallpass applies equally to Securly?
22      A.   Yes.
23      Q.   And you don't, sitting here today, know
24 the difference between those two products?
25      A.   No.

Page 42

1   to bed until the police have been notified and we
2   have a plan for the next day when school starts.
3            So the examples -- examples could be a
4   great teacher could have a parent post something
5   bad about them and they don't feel like coming to
6   work the next day, so we have to cover a classroom.
7   The examples can go on and on.
8       Q.   And those are all things that you would
9   include in the 80 percent figure you report for
10  yourself?
11      A.   Yes.
12      Q.   Including, you know, one of your examples
13  was responding to media inquiries?
14      A.   Yes.
15      Q.   And that could be a media inquiry about
16  anything?
17      A.   Correct.
18      Q.   So responding to a media inquiry about
19  the budget?
20      A.   It would -- it would make me think about
21  my approach, what I was going to say, how much of
22  this was going to be shared on social media.  So
23  social media dictates a lot of our decision-making.
24      Q.   And if that -- if a teacher was accused
25  of misconduct and that was going to be reported in

```
                                               Page 43
 1   the news, you would include that in your 80 percent
 2   figure?
 3        A.   Yes, because social media would get
 4   shared.  In a small community, it can
 5   really -- really hurt your overall objective of
 6   educating kids.
 7        Q.   And if you were being interviewed
 8   about -- by the media about a board meeting, you
 9   would include that in your figure?
10        A.   Yes.
11        Q.   And if you were just thinking about a
12   press release you were going to put out about a new
13   facilities project, you would include that in your
14   figure?
15        A.   Yes.
16        Q.   Do you track your time?
17        A.   With a time sheet.
18        Q.   So you keep a time sheet?
19        A.   Yes.  But it's not -- I don't have a log
20   of everything I did.  I don't document everything I
21   do in a day's time, 'cause I would never go home.
22        Q.   But what do you document on your time
23   sheet?
24        A.   Start and end times mostly.
25        Q.   Start and end times, meaning when your
```

```
                                                    Page 44
 1   workday begins and ends?
 2        A.   Yes.  And lot of times in the evening
 3   when you're at home and talking to the police, that
 4   never gets documented.
 5        Q.   What are some instances of talking to the
 6   police that you've had to deal with?
 7        A.   Safety issues.
 8             MS. EMERY:  Objection.
 9             THE WITNESS:  I mean, we're deviating
10   from the document.  But go ahead, Sarah.
11             MS. EMERY:  I think we're beyond the
12   scope at this point.  Chris, you've asked for
13   examples.  He's given you examples.  We are going
14   beyond the scope of where this is.  You've talked
15   to him about incidents that have happened in the
16   high school in the prior two depositions.  If you
17   have something tied to this, great.
18             MR. PISTILLI:  Well, I'm trying to
19   understand what he is and isn't including in --
20             MS. EMERY:  You've asked him that.  He's
21   answered yes and no to multiple questions you've
22   asked him already.  And you keep circling back to
23   the same instances.  If you have something specific
24   that you want to ask him if he included or not
25   included that you haven't already asked him about,
```

Page 45

1  great.
2  BY MR. PISTILLI:
3      Q.   Are there any instances of talking to the
4  police that you haven't included in the social
5  media-related concerns category?
6      A.   Maybe re-ask the question.  I'm confused,
7  I guess.
8      Q.   Well, when you estimate that you
9  currently spend 75 to 80 percent of your work time
10 addressing social media issues, does that include
11 every instance where you've had to spend time
12 talking to the police?
13     A.   Yes.
14     Q.   Irrespective of what you were talking to
15 the police about?
16     A.   I think, from what you're asking, the
17 answer's yes, but I'm still not clear.
18     Q.   So going back to tracking your time.  Do
19 you record anything beyond your work start time and
20 stop time?
21     A.   No.
22     Q.   So you don't record what you actually did
23 on a given day?
24          MS. EMERY:  Objection, form.  Asked and
25 answered.

Page 60

1  level with these problems, do you have an
2  understanding about what the primary problem with
3  cell phones is, what students tends to be on?
4     A.   Social media.  They bring a lot of things
5  back to school and expect our counselors and
6  principals to help solve all the problems about a
7  lot of things that take place out of school,
8  whether it's relationships with their friends or
9  parents, or just bad behavior, bad decisions.
10 Really creates a much larger caseload for
11 administrators and teachers to follow up on.
12    Q.   Now, you were asked whether you had
13 conducted any analyses or looked at any hard data
14 in reaching the percentage that you assigned.  Do
15 you recall that?
16    A.   Yes.
17    Q.   Okay.  When you were looking at and
18 assigning these percentages, did you consider your
19 experience and your past conversations with
20 teachers, with principals, with guidance counselors
21 about these issues?
22    A.   Yes.  And I always thought I went with
23 the conservative number.
24    Q.   You said that multiple times, and defense
25 counsel didn't ask you what you meant by that.

```
                                                         Page 61
```

1   Would you mind explaining for the jury what you
2   mean when you say you assigned a conservative
3   number?
4        A.   You know, 20 percent, that's very low.
5   Probably makes much more impact.  You know,
6   the -- the work with Mike Lemon on the cyber
7   safety, that was pretty much all centered around
8   social media.  We were conservative on those
9   numbers.
10              The E-Hallpass disruptions at the
11  school level, just my current conversations with
12  administrators and teachers, it's all -- a lot of
13  the classroom disruptions stem from something that
14  may have happened on social media the night before,
15  a new trend or something that's going on at school.
16  They really like to communicate through social
17  media apps.
18              So just trying to be really
19  conservative, especially with the educational
20  programs on how much of the content was actually
21  centered around social media.
22              MS. EMERY:  Okay.  Thank you for
23  explaining that.  I have no further questions.
24              MR. PISTILLI:  Nothing from me.  Thank
25  you, Mr. Watts.