# Exhibit 3

CONFIDENTIAL

```
                                                         Page 1
 1           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2
             Case No. 4:22-md-03047-YGR
 3                  MDL No. 3047
 4
 5   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
 6   PRODUCTS LIABILITY LITIGATION,
 7   THIS DOCUMENT RELATES TO:
 8   Breathitt County School District,
     By and Through The Breathitt
 9   Board of Education
     v. Meta Platforms, Inc., et al.
10
     Member Case No.:  4:23-cv-01804
11   _____
12       DEPOSITION OF:  PHILLIP WATTS 30(b)(6)
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13   _____
14   The video deposition of Phillip Watts was taken
15   before Janine N. Leroux, Stenographic Court Reporter
16   and Notary Public in and for the State of Kentucky,
17   at the Breathitt County Schools Central Office
18   located at 420 Court Street, Jackson, Kentucky
19   commencing on April 22nd, 2025, at the approximate
20   hour of 9:00 a.m.  This deposition was taken in
21   accordance with Federal Rules of Civil Procedure 26
22   and 30.
23
24
25
```

CONFIDENTIAL

Page 68

```
1        Q.    Okay.  There's been no discussion of a
2   social media policy of any kind, right?
3            MS. EMERY:  Objection, form.
4        A.    I don't recall.
5        Q.    Meaning you don't know if there has
6   been or if there has been, you don't remember it
7   happening?
8        A.    No.  Restate the question.
9        Q.    As far as you know, there's been no
10  discussion of any kind of a policy limiting social
11  media at the schools in Breathitt County.
12       A.    In the schools?
13       Q.    There's been no dis -- sorry.  As far
14  as you know, there's been no discussion by the
15  Board of limiting social media in the school
16  District of Breathitt County, right?
17       A.    No.  There's been several board members
18  that has encouraged the school level to address
19  the problem.
20       Q.    Okay. Well, earlier I asked you if
21  there were discussion at the Board, that would be
22  included in the minutes, right?
23       A.    I don't think we've ever done it in the
24  public meetings, but a lot of the conversations --
25  we're a small district, being around principals,
```

Page 69

```
 1    we all hear about the complaints.  We deal with
 2    this, and we have had conversations where the
 3    board members have encouraged, not in minutes, not
 4    in reflection, but have encouraged the councils
 5    and principals to address their social media
 6    policies.
 7         Q.    Okay.
 8         A.    And then they have been to meetings and
 9    training at Frankfort and other places where we
10    try to watch what's going on at the state level
11    where they have changed some of the regulations
12    down there too to encourage school systems with
13    social media issues.
14         Q.    Okay.  So at some point in the future
15    you might turn your attention to preparing a
16    policy on social media, right?
17         A.    Right.  And at the current time the
18    school levels are addressing the policies.
19         Q.    Okay.  Do any of the schools in the
20    District have a social media policy?
21         A.    I thought they all worked on it.  I
22    don't know what it -- what it details, but I --
23    you've talked about the boxes.  I know they
24    brought the boxes in.  And they've asked the
25    students, I know at the high school, middle school
```