# Exhibit 4

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   --------------------------------x
     IN RE: SOCIAL MEDIA                )
 5   ADOLESCENT ADDITION/PERSONAL       )
     INJURY PRODUCTS LIABILITY          ) Case No. 4:22:MD-
 6   LITIGATION                         ) 03047-YGR
                                        ) MDL No. 3047
 7   -------------------------------
                                        )
 8   THIS DOCUMENT RELATES TO:          )
                                        )
 9   Breathitt County School            )
     District, By and Through the       )
10   Breathitt Board of Education       )
     v. Meta Platforms, Inc. et al.,    )
11                                      )
     Case No.: 4:23-cv-01804            )
12                                      )
     --------------------------------x
13
14
15
16       REMOTE VIDEOTAPED DEPOSITION OF DAPHNE NOBLE
17              TUESDAY, JULY 29, 2025
18           1:00 P.M. EASTERN DAYLIGHT TIME
19
20
21
22
23   Job No.: 7505866
24   Pages: 1 - 85
25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

```
                                                    Page 8
 1   declaration that you signed under oath?
 2        A.    Yes.
 3        Q.    And you understood that this
 4   was your sworn testimony under penalty of
 5   perjury?
 6        A.    Yes.
 7        Q.    Did you prepare this
 8   declaration yourself?
 9        A.    It was part of a collaboration.
10        Q.    Who was involved in that
11   collaboration?
12        A.    We spoke with the counsel.  I
13   also spoke with my assistant principals;
14   Mr. Hall, a principal at Sebastian.
15        Q.    Is there anyone else that you
16   spoke with?
17        A.    That's all I recall.
18        Q.    Did you review any documents or
19   data in the course of preparing your
20   affidavit?
21        A.    As far as, you know, just thought
22   back on conversations, debriefed with assistant
23   principals, things of that nature.
24        Q.    So you didn't review any
25   documents or data?
```

```
                                                    Page 9
 1         A.    No.
 2         Q.    Let's please take a look at
 3    paragraph 9 of your declaration.  Here you
 4    write, "Breathitt High School uses a database
 5    to track disciplinary infractions.  However,
 6    infractions that are handled in the classroom
 7    are not entered into this database.  The
 8    majority of the time, infractions involving
 9    social media use during instructional time
10    are handled in this manner, and thus are not
11    reflected in our database."
12               Do you see that?
13         A.    Yes.
14         Q.    Are infractions that are
15    handled in the classroom tracked in any other
16    way?
17         A.    The teachers would track those.
18    But as far as the teachers do not enter those
19    into Infinite Campus.
20         Q.    How do the teachers track
21    infractions handled --
22         A.    They have the autonomy to do that
23    however they choose.
24         Q.    Are they expected to track it
25    in some fashion, though?
```

CONFIDENTIAL

Page 17

```
1         Q.    Let's take a look at
2    paragraph 8 of your affidavit.  You say, "For
3    the 2024-2025 school year, we developed a new
4    cell phone policy to attempt to decrease
5    student use of social media during
6    instructional hours.  My staff of
7    approximately 12 staff members and I each
8    spent approximately four to six hours
9    considering, developing, and finalizing this
10   policy."
11              Do you see that?
12         A.    Yes.
13         Q.    And is that the same staff that
14   you referred to in paragraph 7?
15         A.    Yes, it would be the same groups
16   of people.  Assistant principals, counselors,
17   teachers, and site-based decision making
18   councils.
19         Q.    Okay.  And did you ask those 12
20   people how much time they spent working on
21   the 2024-2025 policy?
22         A.    I did not individually ask each
23   member.
24         Q.    Did you consult any data
25   regarding the amount of time they spent
```

```
                                                      Page 18
 1   developing the 2024-2025 policy?
 2         A.    I just reflected on our
 3   conversations with assistant principals, and
 4   thought about our site-based meetings.
 5         Q.    Did yourself or your staff
 6   track the amount of time that you were
 7   working on the policies while you were doing
 8   that work?
 9         A.    No, I did not track.
10         Q.    And, ultimately, the 2024-2025
11   policy that you settled on didn't ban cell
12   phones, right?
13         A.    It did not ban them.
14         Q.    Students were still permitted
15   to use their phones during transition times,
16   in the cafeteria during lunch, before school,
17   and after school?
18         A.    Correct.  It --
19         Q.    Did you have more to say?
20         A.    I was just going to say that it
21   also -- in the '24-'25 policy, we switched from
22   over-the-door caddies to, like, a phone home, a
23   wooden locker box, and it included that in the
24   written policy.
25         Q.    And like the prior policy, it
```

```
 1   13, you reference social media concerns and
 2   social media issues in that paragraph, right?
 3        A.    Yes.
 4        Q.    Are those two synonyms, in your
 5   mind?
 6        A.    I'm sorry, could you repeat that?
 7        Q.    Did you mean something
 8   different by "social media issues" than
 9   "social media concerns," or did you mean the
10   same thing?
11        A.    Well, I was referring to, it may
12   be a concern or it may be an issue.
13        Q.    Sure.  So let's start with the
14   first paragraph.  You say, "When I first
15   started as an assistant principal in July
16   2019, I spent approximately 10 percent of my
17   time on social media related concerns."
18              Do you see that?
19        A.    Yes.
20        Q.    What were the social media
21   concerns that you were referencing in that
22   paragraph?
23        A.    That was back from -- when I was
24   thinking back to July of 2019, of that time
25   period, I was just thinking, based on
```

Page 38

1  conversations with students, students
2  complaining about so-and-so posting something
3  on social media about them, you know, teachers
4  coming to us saying that students had cell
5  phones out, things like that.
6         Q.    Is there anything else that you
7  were referring to as social media concerns
8  during that time period?
9         A.    Not that I can recall.
10        Q.    And so let's talk about the two
11 items you mentioned.  You talked -- students
12 having cell phones out.  That's what we were
13 just talking about, was in-class distraction
14 from cell phone use; is that correct?
15        A.    Yes, we referenced that earlier.
16        Q.    And then you also mentioned
17 students having concerns about posts made by
18 other students; is that right?
19        A.    Yes.
20        Q.    So, essentially, someone would
21 say something mean or derogatory about
22 another student, and the student would be
23 upset by it?
24        A.    Yes.
25        Q.    Looking at the next paragraph,

```
 1        Q.     Okay.  Any other issues that
 2   you were addressing in 2020?
 3        A.     That's all I can recall at this
 4   moment.
 5        Q.     And you say, "Now, in 2025, I
 6   spend anywhere from 30 to 35 percent of my
 7   work time addressing social media issues."
 8               What were the social media
 9   issues you were addressing in 2025?
10        A.     So as stated earlier, sometimes
11   students will say hurtful things on a social
12   media platform about other students.  Students
13   will come down and they will be struggling with
14   self-esteem issues.  We stop that.  And, you
15   know, I can refer them on to the counselor.
16   Students might put, like, something on there
17   that's, like, a vague threat or something about
18   that they are going to fight with someone, or
19   things like that.
20        Q.     Any other issues in 2025
21   besides the hurtful statements that cause
22   self-esteem issues and the threats?
23        A.     And then the fighting.  You know,
24   they may be talking about each other and it
25   leads to fighting.  And then, you know, the
```

Page 58

```
1        Q.    And did you do any work to make
2   an independent determination as to the amount
3   of time that your assistant principals spend
4   on social media related issues?
5        A.    Conversations with them, debriefs
6   with them.
7        Q.    Did you do anything besides
8   asking them?
9        A.    No.
10       Q.    Do you review any documents or
11  data relating to the way that they spend
12  their time?
13       A.    No.
14             MR. PISTILLI:  I'm going to give
15  my co-counsel the opportunity to ask questions
16  or let me know that they'd like a brief
17  sidebar, and unless they speak up, I'll pass
18  the witness.
19             MR. WHITELEY:  Nothing from
20       YouTube.
21             We don't need a break at this
22       point, but if others need one, I'm
23       happy to take one.
24             MS. EMERY:  Thank you, Daniel.
25             MR. MURPHY:  Nothing from --
```