# Exhibit 5

CONFIDENTIAL

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3   * * * * * * * * * * * * * * *
4   IN RE:  SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY
5   LITIGATION
6   THIS DOCUMENT RELATES TO:  Breathitt County
    School District, By and Through The Breathitt
7   Board of Education v. Meta Platforms, Inc.,
    et al.
8
    Member Case No.:  4:23-cv-01804
9
    * * * * * * * * * * * * * * * *
10
11
12    REMOTE VIDEOTAPED DEPOSITION OF JEREMY HALL
13
            July 28, 2025
14        12:32 p.m. to 2:28 p.m.
15      REPORTED BY ANITA KORNBURGER
       REGISTERED PROFESSIONAL REPORTER
16
17
18
    * * * * * * * * * * * * * * * *
19
20
21
22
23
24
25

```
 1   the third time on this same question.
 2              THE WITNESS:  I wouldn't have a number
 3   for you, but I can tell you there's incidents where
 4   we've had to report issues on these platforms with
 5   these students.
 6   BY MR. PISTILLI:
 7       Q.   On how many occasions have you reported
 8   underage use specifically?
 9              MS. EMERY:  Objection, form.  Asked and
10   answered for the fourth time.
11   BY MR. PISTILLI:
12       Q.   Mr. Hall?
13       A.   Can you repeat the question, please?
14              MR. PISTILLI:  I'll ask the court
15   reporter to please read the question back.
16              COURT REPORTER:  One moment, please.  "On
17   how many occasions have you reported underage use
18   specifically?"
19              THE WITNESS:  I don't know that number.
20   BY MR. PISTILLI:
21       Q.   Turning back to your affidavit.  You say,
22   "Nearly every fifth and sixth grade student who
23   walks into our school is dealing with an issue
24   related to social media."  Can you help me
25   understand what you mean by "an issue related to
```

```
 1   social media" in your affidavit?
 2        A.   What that's referring to is the impact on
 3   students.  So it could be a direct impact or an
 4   indirect impact.
 5        Q.   Would you tell me what you mean by a
 6   direct impact?
 7        A.   Well, first of all, it's interrupting
 8   instructional time if something comes up.  So
 9   that's one way of impacting.  It could be friends
10   who are being bullied on these platforms that would
11   impact those students.  So when we say nearly every
12   fifth and sixth grade student has been impacted,
13   those would be ways, not necessarily that they're
14   directly on that in that specific social media
15   platform.
16        Q.   So any direct impacts beyond interruption
17   of instructional time and bullying?
18        A.   Inappropriate comments, inappropriate
19   images, those types of things being transmitted.
20        Q.   Anything else?
21        A.   Not that I can think of at this moment.
22        Q.   Then you also referred to indirect
23   impacts.  What are they?
24        A.   That's the instructional side that we
25   were talking about.  And it could be the
```

```
 1   social/emotional side of how these kids are feeling
 2   about these things.
 3        Q.   When you say how they're feeling about
 4   things, you mean how they're feeling about, you
 5   know, being bullied or having inappropriate images
 6   of themselves posted?
 7             MS. EMERY:  Objection, form.  You can
 8   answer.
 9             THE WITNESS:  Just when I say feelings,
10   I'm talking about how they feel about a friend
11   being bullied or them being attacked, those types
12   of things.
13   BY MR. PISTILLI:
14        Q.   Any other indirect impacts?
15        A.   Just being able to focus, I think, on
16   what needs to be done during the course of the day.
17        Q.   Because they're distracted by the
18   bullying or the comments?
19             MS. EMERY:  Objection, form.  You can
20   answer.
21             THE WITNESS:  Yes.  And also, you know,
22   kids have anxiety about what may happen in the
23   future as well with these platforms.
24   BY MR. PISTILLI:
25        Q.   Right.  They're worried that they or
```

```
 1   their friends may be bullied or have inappropriate
 2   content?
 3       A.   Or targeted.  'Cause let's face it, our
 4   kids, they don't text anymore.  They use these
 5   social media platforms to communicate.
 6       Q.   Right.  And the anxiety flows from the
 7   concerns about what might be communicated about
 8   them by their peers; right?
 9       A.   Yes.
10            MS. EMERY:  Objection to form.
11            MR. PISTILLI:  Could we take down the
12   zoom, please?  Not the exhibit, just the call-out.
13   BY MR. PISTILLI:
14       Q.   Let's take a look at paragraph 13.  You
15   say, "When I started as a principal in August 2018,
16   I spent approximately ten percent of my time on
17   social media-related concerns.  By 2020, that
18   number had risen to around 15 percent.  Now, in
19   2025, I spend anywhere from 20 to 25 percent of my
20   work time addressing social media issues."
21            And are the social media-related
22   concerns and social media-related issues that you
23   reference in paragraph 13 the same things that we
24   were talking about a moment ago?
25       A.   Yeah, including, like, investigations of
```

```
 1   15 percent.  And that now in 2025, he spends
 2   anywhere between 20 to 25 percent of his work time
 3   addressing social media issues."  Do you see that?
 4         A.   Yes.
 5         Q.   And if you know, are the -- when you
 6   refer here to social media-related concerns and
 7   social media issues, are those the same concerns
 8   and issues that you described to me earlier?
 9         A.   Yeah, a great deal of time we work
10   together as a team on these things.
11         Q.   So the answer is yes, it's the same set
12   of issues we discussed?
13         A.   Yes.
14         Q.   Sorry.  My realtime's not working.  I
15   just couldn't tell if there was an audible answer.
16              MS. EMERY:  There was.  You've got it
17   twice now.
18              THE WITNESS:  Oh.  I said yes.
19   BY MR. PISTILLI:
20         Q.   Oh.  Thank you.
21              And now what, if anything, did you do
22   to determine the amount of time that the assistant
23   principal for Sebastian Elementary spends on social
24   media-related concerns?
25         A.   Conversation with him and talking
```

Page 59

1  about -- recollecting on what's happened in the
2  past and what's happened over the years.
3     Q.  So did you do anything to independently
4  determine the amount of time that the Sebastian
5  Elementary assistant principal has spent working on
6  social media-related concerns?
7     A.  Conversations with him, again.
8     Q.  Anything besides asking him how much time
9  he spent?
10    A.  No.
11    Q.  Then you see the next sentence says, "The
12 principal for Highland Turner Elementary School has
13 only been there for the past few years.  He
14 reported to me that in 2025, he spends ten percent
15 of his work time addressing social media-related
16 issues."  What, if anything, did you do to
17 determine the amount of time?
18    A.  I had a conversation with that principal
19 and discussed things that they deal with at their
20 school to get that number.
21    Q.  Did you do anything besides ask him what
22 the number was?
23    A.  We did discuss incidents that he had
24 dealt with, things that happened.  Of course that's
25 a different elementary school, with less students

Page 60

1  and different issues.  You can see that it's less
2  than ours.
3      Q.  Well, I'm trying to understand it.  Do
4  you have any basis for your statement about the
5  Highland Turner Elementary School principal besides
6  what that principal told you?
7      A.  No.
8          MR. PISTILLI:  I think I am ready to pass
9  the witness.  But let me give my co-counsel an
10 opportunity to object before I do that.  All right.
11 Well, hearing no objection, pass the witness.
12              E X A M I N A T I O N
13 BY MS. EMERY:
14     Q.  Good afternoon, Mr. Hall.  How are you
15 today?
16     A.  I'm doing well.  It's raining here, and
17 storming.
18     Q.  That is not fun.  Hopefully the internet
19 connection stays good.
20         My name is Sarah Emery.  We've met
21 before.  And I represent the school district in
22 this litigation.
23         You were asked some questions by
24 counsel earlier about report -- about reporting
25 students who are under 13 for violating social