# Exhibit 6

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                      Page 1

 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
                  Case No. 4:22-md-03047-YGR
 3                    MDL No. 3047
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
      Breathitt County School District,
 7    By and Through The Breathitt
      Board of Education
 8    v. Meta Platforms, Inc., et al.
 9    Member Case No.:  4:23-cv-01804
10    _____
11            DEPOSITION OF:  KERA HOWARD
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12    _____
13    The video deposition of Kera Howard was taken before
14    Janine N. Leroux, Stenographic Court Reporter and
15    Notary Public in and for the State of Kentucky, at
16    the Breathitt County Schools Central Office located
17    at 420 Court Street, Jackson, Kentucky commencing
18    on March 10th, 2025, at the approximate hour of
19    12:45 p.m. This deposition was taken in accordance
20    with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25    Job No. MDLG7222610-2
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 43

```
 1   to you is hurtful content that was posted about
 2   them by another person on social media.
 3        A.    Yes.  That has now been shown to a
 4   thousand people instead of ten.
 5        Q.    Okay.  But I just want to be clear.
 6   Any issues around social media other than harmful
 7   content posted by third parties about the student.
 8        A.    Harmful content, doing things for
 9   trends that then of course get them into trouble,
10   yes.
11        Q.    Students come to you about doing things
12   for trends?
13        A.    Oh, because they know who it is.
14   They'll say this is who is damaging property or
15   things like that.
16        Q.    So it's another student reporting?
17        A.    Yes.
18        Q.    Right.  And, again, when people do
19   these trends, what's happening is they're
20   emulating content posted by a third party on
21   social media.
22        A.    Yes.
23        Q.    Yes.  And then as between the thing
24   about the trends and then just harmful content
25   posted by another student, what's the breakdown
```