# Exhibit 8

Page 1

1      UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2
            Case No. 4:22-md-03047-YGR
3                MDL No. 3047
4
5   IN RE:  SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY
6   PRODUCTS LIABILITY LITIGATION,
7   THIS DOCUMENT RELATES TO:
8   Breathitt County School District,
    By and Through The Breathitt
9   Board of Education
    v. Meta Platforms, Inc., et al.
10
    Member Case No.:  4:23-cv-01804
11  _____
12          DEPOSITION OF:  JEREMY HALL
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13  _____
14  The video deposition of Jeremy Hall was taken before
15  Janine N. Leroux, Stenographic Court Reporter and
16  Notary Public in and for the State of Kentucky, at
17  the Breathitt County Schools Central Office located
18  at 420 Court Street, Jackson, Kentucky commencing
19  on April 23rd, 2025 at the approximate hour of
20  9:27 a.m.  This deposition was taken in accordance
21  with Federal Rules of Civil Procedure 26 and 30.
22
23
24
25

Page 43

1  Q. But in 2024, going to the fourth
2  paragraph, you're still encouraging students and
3  parents to engage with Sebastian Elementary over
4  Facebook.
5  A. With our Facebook page specifically,
6  yes.
7  Q. And we talked about on the following
8  page the goals for the 2024-2025 school year.
9  And, again, promoting parental on community
10  involvement is a goal for -- for the 2024-2025
11  school year.
12  A. Yes.
13  (Exhibit 7 was marked.)
14  BY MR. DePAZ:
15  Q. I'm handing you what I've marked as
16  Exhibit No. 7. Mr. Hall, take a minute to
17  familiarize yourself with the document and just
18  let me know when you're ready.
19  A. I'm ready.
20  Q. All right. So what is Exhibit No. 7?
21  A. So this is a presentation that I
22  created.
23  Q. And why did you create that
24  presentation?
25  A. This was a presentation that was