# Exhibit 9

CONFIDENTIAL

Page 1

1      UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
2
        Case No. 4:22-md-03047-YGR
3             MDL No. 3047
4
5   IN RE:  SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY
6   PRODUCTS LIABILITY LITIGATION,
7   THIS DOCUMENT RELATES TO:
8   Breathitt County School District,
    By and Through The Breathitt
9   Board of Education
    v. Meta Platforms, Inc., et al.
10
    Member Case No.:  4:23-cv-01804
11  _____
12       DEPOSITION OF:  JEREMY HALL 30(b)(6)
         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13  _____
14  The video deposition of Jeremy Hall was taken before
15  Janine N. Leroux, Stenographic Court Reporter and
16  Notary Public in and for the State of Kentucky, at
17  the Breathitt County Schools Central Office located
18  at 420 Court Street, Jackson, Kentucky commencing
19  on April 23rd, 2025 at the approximate hour of
20  9:11 a.m.  This deposition was taken in accordance
21  with Federal Rules of Civil Procedure 26 and 30.
22
23
24
25

Page 9

1    reviewed that portion of the exhibit, please?
2         A.    I have reviewed it.
3         Q.    Thank you.  And can you please confirm
4    with me that you are prepared to testify as
5    Breathitt County School District's corporate
6    representative on that topic?
7         A.    I am prepared.
8         Q.    Thank you.
9               Did you do anything to prepare to
10   testify on the topics you were assigned?
11        A.    Yes, I did do some preparation.
12        Q.    What was that preparation?
13        A.    I talked to our technology director in
14   our district.  I also talked to some of our
15   employees in the technology department with some
16   questions.
17        Q.    Wonderful.  Thank you.
18              Now, I will be asking you some
19   questions about Topic 7 specifically.  Mr. Hall,
20   what is Breathitt's current practice regarding
21   students' access to YouTube on school-issued
22   devices?
23        A.    So our students do use YouTube in our
24   building.  We have Grades 3 through 6.  Now, there
25   is limited access to YouTube channels, so the use

Page 10

1   of YouTube is designed to help enhance our
2   instruction in the building, and so there are
3   filters on there to -- that we do not allow
4   channels that would be considered above the age of
5   13 for those students to have access to those.
6            THE VIDEOGRAPHER:  Excuse me.  For one
7       moment can you just -- your microphone keeps
8       rubbing underneath.  Maybe you can put it on
9       the outside of your lapel.
10            THE WITNESS:  Oops, I dropped it.
11            THE VIDEOGRAPHER:  Yeah.  Maybe just
12      clip it like right in here.
13            THE WITNESS:  Would this be better?
14            THE VIDEOGRAPHER:  That will be fine,
15      yeah.
16            MS. EMERY:  Yeah.
17            THE VIDEOGRAPHER:  All right.  Thank
18      you.
19            THE WITNESS:  I apologize.
20            THE VIDEOGRAPHER:  Okay.  You may
21      continue.
22            MS. BAYLY:  No worries.
23   BY MS. BAYLY:
24      Q.    And what
25      A.    Can you ask that question again,

1    please.
2        Q.    Yes, of course.
3              So are students allowed to access
4    YouTube on school-issued devices currently?
5        A.    Yes.  They are allowed to access
6    YouTube with restrictions.  Our teachers can
7    approve sites that they feel are appropriate for
8    the educational purposes in those classrooms.
9        Q.    We will touch more on that in a second,
10   but what is Breathitt's current practice regarding
11   students' access to YouTube on the Wi-Fi network?
12   Meaning can they access it on the Wi-Fi network on
13   their own devices?
14       A.    There are restrictions on, again, the
15   age limits on those channels, but they can't
16   access those resources.
17       Q.    Wonderful.  Are you familiar with
18   Google Workspace for Education?
19       A.    If you're referring to what we use in
20   our -- like for Google Drive, Google Classroom,
21   all those types of things, yes, I am familiar.
22       Q.    Did Breathitt ever use a
23   freely-available version of Google Workspace for
24   Education, called Google Workspace for Education
25   Fundamentals?

Page 12

1   A.   I'm not familiar with that term.
2   Q.   Did Breathitt ever purchase Google
3   Workspace for Education?
4   A.   Yes.  Through a third-party vendor
5   that's approved by the State.
6   Q.   When did Breathitt first purchase
7   Google Workspace for Education?
8   A.   I have been in the District since 2017,
9   and so we have had it ever since I have been in
10  the District.
11  Q.   What -- does Breathitt enable YouTube
12  as part of Google Workspace for Education?
13  A.   Yes.
14  Q.   What restrictions does Breathitt choose
15  for its students?
16  A.   Again, as I've stated before, there are
17  filters on those channels that those are
18  restricted for students.  They're only supposed to
19  use those YouTube channels for educational
20  purposes.  Now, there are times when students can
21  bypass those restrictions and get into things that
22  they should not get into.
23  Q.   And what about staff?  What are the
24  restrictions for staff's access to YouTube?
25  A.   The staff does have access to be able

Page 13

```
 1    to approve or disapprove the use of YouTube
 2    channels on their particular classrooms when they
 3    use those classrooms, they can do that.  But there
 4    are also restrictions just like there would be for
 5    the kids for those teachers as well.
 6         Q.    Great.  And have the restrictions
 7    varied over time or have they remained the
 8    same?
 9         A.    I believe they remained the same.
10         Q.    And do the restrictions vary for
11    students at the grade level or -- or is the
12    restriction the same for all students across the
13    District?
14         A.    Well, I know -- I don't teach in an
15    elementary school with K-2, but I do know there
16    are complete restrictions for YouTube for those
17    grade levels.
18               My wife is a teacher in ele -- in the
19    lower -- the the primary school, and so I do know
20    that.  And my school it's just the 13 age
21    restrictions for those channels.  That also
22    applies to the high school as well and also the
23    other elementary school that is a K through 6
24    school in our district.
25         Q.    And in your capacity as a corporate
```

Page 14

1    representative for the Breathitt School District,
2    you would agree with me that there are
3    restrictions for students in the District, but
4    that they can access YouTube as part of Google
5    Workspace for Education or -- or Google Classroom,
6    correct?
7         A.    I would agree with that statement.
8         Q.    Great.  From 2015 to present, has
9    Breathitt ever blocked access to YouTube on its
10   network?
11        A.    Yes.  There is a process for blocking a
12   channel that's inappropriate.  I guess they call
13   that -- is it whitewashing I guess is the term
14   that they can block that out for the -- when it's
15   in a -- deemed inappropriate that may not be
16   showing up on the filters.
17        Q.    But what about YouTube as a domain
18   entirely?  Has the District ever blocked access to
19   YouTube as a domain on the like network level, on
20   the router level?
21        A.    Just for Grades K through 2.
22        Q.    And how does it implement that block?
23        A.    Well, through -- I'm not really sure.
24        Q.    But perhaps through some technology or
25   software?

```
                                                     Page 15
 1          A.    Yes, a filtering technology.
 2          Q.    And do you happen to know the name of
 3    the filtering technology?
 4          A.    I do not.
 5          Q.    Has there ever been a change to that
 6    block?
 7          A.    Again, when -- when a channel
 8    might be reported as a problem, that can be
 9    blocked.
10          Q.    Great.  You would agree with me
11    that from 2015 to present, though, Breathitt
12    has allowed students and staff to access YouTube
13    on school-issued devices and on the network,
14    right?
15          A.    That's correct.
16                MS. EMERY:  Objection, form.
17          Q.    Breathitt allows access to
18    YouTube on their school-issued devices because
19    teachers use YouTube as part of their curriculum,
20    correct?
21          A.    That's correct.
22          Q.    And Breathitt teachers are allowed to
23    direct students to watch YouTube videos as part of
24    classroom work?
25          A.    That is correct.
```

Page 16

1  Q. And Breathitt teachers are allowed to
2  assign YouTube videos as part of homework?
3  A. Yes.
4  Q. And teachers do assign it as part of
5  homework?
6  A. They have.
7  Q. And did Breathitt obtain permission
8  from parents, guardians or caretakers for their
9  students to access YouTube?
10  A. At the beginning of the school year,
11  there is an agreement that has to be signed for --
12  a user agreement, and the parents have to
13  participate in that as well.
14  Q. Great. So do parents have to sign --
15  sign the agreement? Did they receive like a
16  printed copy of -- of the agreement?
17  A. That's correct.
18  MS. BAYLY: Thank you, Mr. Hall. I
19  have no further questions, and with that I'll
20  pass the witness.
21  MR. DePAZ: No further questions.
22  MS. EMERY: No further questions.
23  THE VIDEOGRAPHER: All right. Anybody
24  else on Zoom?
25  Then this concludes the deposition