# Exhibit 10

CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
            Case No. 4:22-md-03047-YGR
3
4   IN RE:  SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY
5   PRODUCTS LIABILITY LITIGATION,
6   THIS DOCUMENT RELATES TO:
7   Breathitt County School District,
    By and Through The Breathitt
8   Board of Education
    v. Meta Platforms, Inc., et al.
9
    Member Case No.:  4:23-cv-01804
10  _____
11        DEPOSITION OF:  DAPHNE NOBLE 30(b)(6)
          CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12  _____
13  The video deposition of Daphne Noble was taken
14  before Janine N. Leroux, Stenographic Court Reporter
15  and Notary Public in and for the State of Kentucky,
16  at the Breathitt County Schools' Central Office
17  located at 420 Court Street, Jackson, Kentucky
18  commencing on March 11th, 2025, at the approximate
19  hour of 8:58 a.m.  This deposition was taken in
20  accordance with Federal Rules of Civil Procedure 26
21  and 30.
22
23
24
25

Page 23

1    most recent data, Breathitt County is currently
2    performing in the orange for high school, right?
3         A.    Correct.
4         Q.    In the red for the middle school.
5         A.    Correct.
6         Q.    And in the yellow for the elementary
7    school.
8         A.    Correct.
9         Q.    All right.  And that -- okay.  You can
10   put that down.
11              The -- I want to talk about Topics 11
12   and 13 as it relates to District-wide policies.
13   Okay?
14        A.    Okay.
15        Q.    The District has had an electronic
16   policy that governs access to electronic media for
17   many years, right?
18        A.    Yes.
19        Q.    At no point has the District banned
20   cellphones in the school, right?
21        A.    Right.
22        Q.    As we sit here today, it is still
23   permissible for students to bring their cellphones
24   to school?
25        A.    That's their choice.

```
                                                   Page 24
 1        Q.    Okay.  And of course at no point has
 2   the District had a policy that bans the use of
 3   social media, right?
 4        A.    Correct.
 5        Q.    So today, students at Breathitt High
 6   School or Middle School would be allowed to use
 7   their cellphones during lunch, right?
 8        A.    That is correct.
 9        Q.    Or during transition times between
10   classes?
11        A.    That is correct.
12        Q.    Or before and after school?
13        A.    Correct.
14        Q.    Okay.  If you look at Tab 7, it says:
15   Breathitt High School Safe -- 2024, 2025, Safe
16   Prepared Proud Student Handbook.
17              Have you seen this before?
18        A.    Yes.
19        Q.    All right.
20              MR. STANNER:  We'll mark this as
21        Exhibit 4.
22                   (Exhibit 4 was marked)
23   BY MR. STANNER:
24        Q.    This is the student handbook for
25   Breathitt High School, right?
```