# Exhibit 11

```
                                                          Page 1

 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 4   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY
 5   LITIGATION
 6   THIS DOCUMENT RELATES TO:  Breathitt County
     School District, By and Through The Breathitt
 7   Board of Education v. Meta Platforms, Inc.,
     et al.
 8
     Member Case No.:  4:23-cv-01804
 9
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
10
11
12    REMOTE VIDEOTAPED DEPOSITION OF WILLIAM NOBLE
13
                     July 28, 2025
14                2:46 p.m. to 3:42 p.m.
15           REPORTED BY ANITA KORNBURGER
             REGISTERED PROFESSIONAL REPORTER
16
17
18
       *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
19
20
21
22
23
24
25
```

CONFIDENTIAL

Page 13

1    A.    Yes.
2    Q.    Do you know approximately how many VPN
3  sites your staff has been involved in blocking?
4    A.    I wouldn't be able to tell you a number.
5    Q.    And with Go Guardian in place now, who
6  determines which sites are blocked?
7    A.    Tech staff.  But we would -- I
8  believe -- and I believe most of our rules that you
9  write were transferred the same as what it would
10 have been on the Lightspeed filter.
11   Q.    Do you use something called Hapara?
12   A.    We do.
13   Q.    And is that used in part for restricting
14 access to certain content?
15   A.    Not a hundred percent -- I don't use
16 Hapara as in the classroom as per se a teacher
17 would.  I believe -- my understanding is that it
18 would be a monitoring system for teachers to
19 observe students while they're on their Chromebooks
20 or devices.
21   Q.    So your understanding is that the
22 Breathitt school district uses Hapara to monitor
23 what a given student is accessing in class or on a
24 school-issued device?
25   A.    During the day, yes.  If -- if the