# Exhibit 12

CONFIDENTIAL

Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 3
                  Case No. 4:22-md-03047-YGR
 4                     MDL No. 3047
 5
 6    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 7    PRODUCTS LIABILITY LITIGATION,
 8    THIS DOCUMENT RELATES TO:
 9    Breathitt County School District,
      By and Through The Breathitt
10    Board of Education
      v. Meta Platforms, Inc., et al.
11
      Member Case No.:  4:23-cv-01804
12   _____
13        DEPOSITION OF:  STACY McNIGHT 30(b)(6)
        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
14   _____
15    The video deposition of Stacy McKnight was taken
16    before Janine N. Leroux, Stenographic Court Reporter
17    and Notary Public in and for the State of Kentucky,
18    at the Breathitt County Schools Central Office
19    located at 420 Court Street, Jackson, Kentucky
20    commencing on April 21st, 2025, at the approximate
21    hour of 9:02 a.m.  This deposition was taken in
22    accordance with Federal Rules of Civil Procedure 26
23    and 30.
24
25
```

```
                                                    Page 148
1         A.    Yes.
2         Q.    All right.  So tell me what -- let's go
3    through them.
4               First of all, big picture, do you know
5    how much this --
6         A.    No, I don't.
7         Q.    Let me -- let me ask it first.
8               Do you know how much money the School
9    District has spent on any of these programs?
10        A.    Not off the top of my head, I don't.
11        Q.    And for every one of these programs on
12   here if I said to you, how much of it is about
13   social media, percentage-wise, versus other
14   things, would you know?
15        A.    No.
16        Q.    All right.  Let's go through them.
17   What's Hapara?
18        A.    Hapara is a software that teachers use
19   to keep kids from going to websites like Facebook
20   or other social media websites during class, to
21   keep them on task.
22        Q.    All right.  And when you say teachers
23   use it, is it like a class-by-class situation?
24        A.    It's in every class, yes.  Every
25   classroom has Hapara.
```

```
 1        Q.    All right.  Do they have an option
 2   whether or not to use it?
 3        A.    I'm not sure.
 4        Q.    Okay.  It doesn't just limit access to
 5   social media, right?  It's other sites as well?
 6        A.    I think so, but I'm not real versed on
 7   exactly what it does.
 8        Q.    Well, video games, for example.
 9        A.    Probably, yes.
10        Q.    Yeah.  Or like FanDuel, DraftKings,
11   like gambling websites.
12        A.    Yes, probably.
13        Q.    Pornography, presumably?
14        A.    Yes.
15        Q.    All right.  So it's software that
16   limits student access to a variety of websites.
17        A.    Yes.
18        Q.    Some of which are social media.
19        A.    Yes.
20        Q.    All right.  Do you work with it
21   yourself?
22        A.    No.
23        Q.    Okay.  Again, same thing.  Did you make
24   any effort to figure out, okay, well, of the money
25   that we spend on Hapara, how much of our Hapara
```

Case 4:22-md-03047-YGR   Document 2512-13   Filed 12/05/25   Page 5 of 5

CONFIDENTIAL

Page 150

```
 1   usage is specific to social media?
 2        A.   No, I did not.
 3        Q.   If social media didn't exist, would the
 4   District still have some software to limit their
 5   access -- kids' access to video games and
 6   pornography and other websites?
 7        A.   Possibly.
 8        Q.   Okay.  And I promise I won't ask this
 9   for every one, but you don't know, as you see
10   right now, how much money gets spent on this item?
11        A.   No, I don't.
12        Q.   Or if that money comes from grants or
13   something else, do you know that?
14        A.   No, I don't.
15        Q.   Okay.
16        A.   It's probably a mixture for all of
17   those.
18        Q.   Tell me about that.
19        A.   You know, different funds.  We have
20   federal funds, state funds, local funds so it's
21   probably a mixture.
22        Q.   Okay.  Mike Lemon, cyber safety.
23        A.   That is a -- we have him come every
24   year to talk about social media, being safe on
25   social media.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com