Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: jpetrosinelli@wc.com
Email: ahardin@wc.com

*Attorney for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:23-cv-04659-YGR<br><br>**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF ASHLEY W. HARDIN**

I, Ashley W. Hardin, declare as follows:

1. I am a partner with the law firm of Williams & Connolly LLP, counsel of record for Defendants YouTube, LLC and Google LLC. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto. I offer this declaration without waiving or intent to waive attorney-client privilege.

2. Attached as **Exhibit 1** is a true copy of Petrus te Braak, et. al., *Teachers' Working Time From Time-use Data* (2022).

3. Attached as **Exhibit 2** is a true copy of excerpts of Paul Green, et. al., *Research for Marketing Decisions* (1988).

4. Attached as **Exhibit 3** is a true copy of Linda Darling-Hammond et. al., *Effective Teacher Professional Development.*

5. Attached as **Exhibit 4** is a true copy of Joseph Durlak & Emily DuPre, *Implementation Matters: A Review of Research on the Influence of Implementation on Program Outcomes and the Factors Affecting Implementation* (2008).

6. Attached as **Exhibit 5** is a true copy of Dean Fixsen et. al., *Implementation Research: A Synthesis of the Literature* (2005).

*/s/ Ashley W. Hardin*
Ashley W. Hardin

1

DECLARATION OF ASHLEY W. HARDIN
(REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS)
Case No. 4:22-MD-03047-YGR