# EXHIBIT 1

Teaching and Teacher Education 109 (2022) 103536



Contents lists available at ScienceDirect

## Teaching and Teacher Education

journal homepage: www.elsevier.com/locate/tate



Research paper

# Teachers' working time from time-use data: Consequences of the invalidity of survey questions for teachers, researchers, and policy



Petrus te Braak[*], Filip Van Droogenbroeck, Joeri Minnen, Theun Pieter van Tienoven, Ignace Glorieux

*Research Group TOR, Sociology Department, Vrije Universiteit Brussel, Pleinlaan 2, 1050 Brussels, Belgium*

---

## HIGHLIGHTS

- 7486 teachers kept a time-diary for seven days resulting in 1,250,000 h of registered activities.
- A literature review reveals measurement errors on survey questions about teachers' working time.
- Large differences in estimation accuracy of working time exist in sub-activities and teachers' job characteristics.
- Core activities are severely overestimated in survey estimates, while peripheral activities are underestimated.
- Time-diary methods reveal that part-time teachers spend a disproportionate amount of hours on peripheral activities.

---

## ARTICLE INFO

*Article history:*
Received 6 November 2020
Received in revised form
26 August 2021
Accepted 28 September 2021
Available online 9 October 2021

*Keywords:*
Teachers' working time
Measurement error
Time-diary
Time use
Teachers' workload
Time allocation

## ABSTRACT

How teachers spend their working time is crucial for the quality of teaching and teachers' well-being. For this reason, teacher surveys generally measure the number of hours worked. By comparing estimates from survey questions and time-diaries, we argue that commonly used survey methods are prone to bias. We use results of a unique, large-scale study where 7,486 teachers kept a diary for seven days resulting in 1,250,000 hours of registered activities. Large differences in the accuracy of estimating working time exist in sub-activities (e.g., school organisation) and job characteristics (e.g., part-time versus full-time). Implications for research and policy are discussed.

© 2021 Elsevier Ltd. All rights reserved.

---

## 1. Introduction

Measuring the working time of teachers has become standard practice in teacher questionnaires and teachers' working time has become an important policy issue for three key reasons (OECD, 2019a, 2019b; Vannest & Hagan-Burke, 2010). First, teachers' workload, which is a direct consequence of how teachers spend their working time, is an important factor in both early retirement (van Droogenbroeck & Spruyt, 2014) and the attrition of novice teachers (Goddard & Goddard, 2006). In addition, it is also related to mental health problems (Innstrand et al., 2011; Jerrim & Sims, 2021; Skaalvik & Skaalvik, 2018) and work-life imbalances

(Caudroit et al., 2011). Second, how teachers use their working time is crucial for the quality of the teaching delivered in classrooms and is intimately related to student learning (Hattie, 2012; OECD, 2019a). Third, widespread demographic changes in the teaching workforce (OECD, 2020), such as increased feminisation and part-time contracts, mass retirement of the baby boom generation and an influx of young teachers, raises the question if variation exists in how teachers spend their time.

As a consequence, it is not surprising that policy makers and researchers are increasingly interested in accurately estimating the working time of teachers. For example, in England, the Department for Education has now committed to collecting data on teachers' working hours at least every two years (Allen et al., 2020). In Flanders, Belgium, the Department of Education and Training organised a large time-diary study in 2018 — data that is used in

* Corresponding author.
  *E-mail address:* ptebraak@vub.be (P. te Braak).

https://doi.org/10.1016/j.tate.2021.103536
0742-051X/© 2021 Elsevier Ltd. All rights reserved.

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.

*Teaching and Teacher Education 109 (2022) 103536*

this study — to accurately estimate the working time of teachers to be able to implement policies on teacher workload.

Collecting data on the working time of teachers on a regular basis is challenging as the teaching profession consists of a number of complex tasks that take place in different contexts (with/without students, at school/at home, directly/indirectly related to teaching). Indeed, working as a teacher requires flexibility and irregular working time, as teachers typically work in cycles of six to eight weeks in which they perform many hours, followed by one or more paid holiday weeks (European Commission, EACEA & Eurydice, 2018). When work becomes more flexible and irregular, research indicates that survey questions that aim to measure working hours are prone to a number of biases that affect the validity of the answers (Otterbach & Sousa-Poza, 2010). This implies that questions on working time are much more difficult to answer for teachers than for employees with a regular work schedule, where work time is mainly spent at work and less at home or at other locations (Chenu, 2002). These concerns have led researchers to question the estimates received from questionnaires on teachers' working time and led to suggestions that research on teachers' working time should be supplemented with time-diary research to increase accuracy (Allen et al., 2020; Jerrim & Sims, 2021).

There is no doubt as to the need to measure the workload of teachers, however, there is not yet a consensus as to the way in which it should be done. More valid methods exist and, in this study, we will compare one of those more valid methods (time-diaries) against the current standard. In particular, we examine the extent that teachers' working time differs between time-diary and standard questionnaire methodologies. To this end, we use a sample of 7,486 teachers in kindergarten, primary, and secondary education in Flanders, Belgium. In the questionnaire, teachers were asked to estimate both their total hours worked (items were similar to those in the Teaching And Learning International Survey (TALIS; OECD, 2019b)) and the hours per sub-activity (such as teaching, lesson preparation, pupil counselling, professional counselling, supervision, class administration, school organisation, and additional training). In their time-diaries, teachers were asked to keep a diary of activities for seven days, resulting in more than 1,250,000 hours of registered activities of teachers. To our knowledge, this is the largest time-use survey with a diary methodology among teachers currently available.

By using the more accurate time-diary method as a benchmark, our study allows us to assess how accurate teachers are in estimating their working time in commonly used questionnaire methods and for which type of work activities we find the largest differences.

## 2. Background

### 2.1. Teachers' working time estimates

In recent decades, the teaching profession has seen profound changes (OECD, 2018). Today, the work of teachers is composed of a multitude of competing tasks and responsibilities, the completion of which is limited only by the finite nature of teachers' time (Vannest & Hagan-Burke, 2010). From the 1980's onwards, educational policy makers have adopted a market-driven production philosophy, in which education is seen as a product that should be produced as efficiently as possible (Apple, 1986). From this process, educational quality became a synonym for the effective and efficient achievement of objectively measurable standards (Ball, 2016; Ballet & Kelchtermans, 2009). The focus on teacher effectiveness increased accountability demands and standardisation, reduced teacher autonomy and narrowed the sphere of work (e.g., pre-specified competencies) (Valli & Buese, 2007). This process of

"intensification" (Apple, 1986) has led to greater administrator control over teachers' work through rationalisation, dividing teachers' work into small, specific activities (Ball, 2016; Hargreaves, 1989). Although the negative impact of intensification is often emphasised, various researchers stress that it can also lead to positive changes. Some teachers use professional development and co-teaching as coping strategies, which may result in re-skilling and re-professionalisation (e.g., teacher-as-researcher movements) (Ballet & Kelchtermans, 2009). However, such tendencies have clearly influenced and changed the nature of teaching in profound ways.

The focus on assessing teacher quality has prompted governments, stakeholders, and scholars to measure *how teachers spend their time at work,* due to its direct relation to student achievement (Metzker, 2003). Interestingly, both proponents and opponents of the rationalisation of the teaching profession use working time estimates in supporting their arguments. Proponents argue that measuring working hours spent on different work-related activities allows for observation of whether teachers are spending their time usefully. Whereas, opponents reason that measuring working hours enables the negative consequences of standardisation in education to be addressed, both in terms of the quality of education, such as limited time spent on instructional activities (Vannest & Hagan-Burke, 2010), as well as in teachers well-being, such as job satisfaction, job performance, and maintaining a work-life balance (Drago et al., 1999). Thus, it is apparent that valid estimates of teachers' working hours are a key statistic for both sides.

Teachers' working time estimates are traditionally measured by interviews or questionnaires (OECD, 2019a; 2019b). Yet compared to other occupational sectors, it is particularly difficult for teachers to assess working time through such methods (Chenu, 2002). Firstly, the teaching profession is subject to different temporal daily cycles, which makes it difficult to estimate working hours. Daily cycles vary due to the relatively short episodes in working time which can occur at home, late at night and on weekends and are often interrupted by, among other things, family commitments, non-profit activities, and commuting (Chenu, 2002; Elchardus et al., 2009). In addition, the yearly cycle varies due to alternating working weeks, holiday weeks, exam weeks and weeks with extra-curricular activities (Guillaume, 2000). Secondly, the lack of clarity surrounding what exactly teacher's tasks include, as well as the informal nature of many tasks, is said to lead to an underestimation of working time (Guillaume, 2000). Thirdly, teaching is often described as an open-ended activity (Hargreaves, 1992), where one can spend much more time on activities than is contractually and/or absolutely necessary, which, again, makes estimating working hours difficult.

### 2.2. Survey questions and measurement error

The difficulties that teachers face when estimating their working hours in questionnaires can result in systematic error related to the validity of the measuring instrument. This is a type of construct validity, which is the degree to which the concept that is to be measured (i.e., working hours), is indeed measured by the instrument (i.e., survey questions). The importance of this form of construct validity is often underestimated, as it is often assumed that the related error is random and would therefore have no effect on the results (Niemi, 1993).

In general, the seemingly simple question of working time is in reality far more complex than it first appears (Robinson et al., 2002). At least three measurement errors compromise the construct validity of classic survey questions (Lavrakas, 2008). A first measurement error relates to understanding the concept that is being questioned. The definition of concepts may differ between

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.                    *Teaching and Teacher Education 109 (2022) 103536*

respondents and the researcher. In the case of teachers, the concept of working hours might give rise to questions such as whether or not to regard lunchtime and commuting time as working hours, or whether or not to include time spent on other work-related activities such as lesson preparation. Surveys often address this issue by giving a very specific definition of what exactly is meant by work, but it is questionable whether this is sufficient in addressing this error due to a misunderstanding of the concept.

A second measurement error relates to the ability to answer the question. A respondent must have the correct information, manage to recall it at the time of the survey and be able to provide it in the correct way, according to the survey format. A common form of error of this type is recall bias. In the case of teachers, the question arises as to whether or not teachers correctly recall their working hours over a given period of time that takes into account the irregularity of their daily cycles, the number of different aspects of their job, and the open-ended nature of their work.

A third measurement error relates to the assumption that the respondent is sincere in their responses. Some teachers will want to pretend to be hardworking or to confirm the general notion that teachers' have a high workload, while other respondents may want to portray themselves as caring parents with a good work-life balance (Drago et al., 1999; Robinson & Bostrom, 1994). These respondent-related errors are known as the social desirability bias and confirmation bias.

Recent research has focused on the validity of questionnaires on teachers' working time in the light of these measurement errors. Two studies show that working time as surveyed in the TALIS survey - the largest international study on teachers' work - should be interpreted with caution (Allen et al., 2020; Jerrim & Sims, 2021). Two consecutive questions in this survey, one about working time in general and one about working time on specific work-related tasks, resulted in large differences in total reported working time (12 hours on average). Based on these findings, Jerrim and Sims (2021) and Allen et al. (2020) concluded that future data collections should investigate the measurement error of questionnaire-style surveys on teachers' working time, preferably using time-diaries, as little is currently known about whether teachers with certain characteristics are over or underreporting their working time.

## 2.3. Time-diaries as an alternative

The time-diary methodology is often perceived as an alternative to estimating working hours. This methodology seeks to map how individuals spend their time by keeping a diary during a specific period. Through self-registration, respondents report all of their activities (including non-working time) chronologically, by recording the start and end times of each activity, as well as additional contextual information, such as where the activity took place and who was present. The time-diary methodology is argued to considerably reduce measurement errors and therefore serves as a more valid instrument to capture, for example, working hours compared to survey questionnaires (Bonke, 2005; Juster, 1985; Otterbach & Sousa-Poza, 2010; Robinson, 1985; Sonnenberg et al., 2012).

Firstly, respondents register *what* they do using a detailed list of activities recorded through a tree structure or keywords. Contrary to survey questions, concepts, such as working time, are defined retrospectively by including the activities that the researcher considers to be a part of the concept to be measured (e.g., whether or not to include a lunch break at work as working time). The time spent is derived from the *start* and *end time* of each of the recorded activities.

Secondly, respondents register their activities as close to real time as possible. This strongly reduces recall bias (Allen et al., 2020). While survey questions often ask respondents to recall what they have been doing for the past week or month, time-diaries using a web application enable activities to be logged immediately, which has been shown to be as frequent as up to 12 times a day (Minnen et al., 2014). Recall bias is especially problematic when recalling activities that are fragmented, often interrupted and scattered over a certain time period. Research in Germany has demonstrated that working time estimates of people with flexible working patterns result in larger differences between survey questionnaires and time-diaries, compared to people with more regular working patterns (Otterbach & Sousa-Poza, 2010). Similarly, in Denmark, Bonke (2005) found that time spent on domestic work is strongly underestimated in questionnaires compared to time-diaries due to the fact that it often consists of numerous interrupted, short-term activities.

Thirdly, respondents register all of their daily activities for the requested period (e.g., one day, multiple days or a week). This has several advantages that strongly reduce the social desirability and confirmation biases. Time-diaries do not focus on specific behaviours, but place a general emphasis on the time spent, which makes respondents less inclined to falsely record their behaviour (Niemi, 1993). Kan (2008), for example, reported that British men's time spent on housework is substantially lower in questionnaires compared to time-diaries. She argues that the social discrepancy between the femininity of housework and the masculine identity accounts for this difference. In other words, men concerned with traditional gender roles claimed to have spent less hours on housework in surveys than they actually did.

Moreover, time-diaries make it difficult to give a more socially acceptable image of one's time use through under- or overreporting as the continuous reporting of activities means that activity starting and ending times must match, with all activities fitting within the 24-hour time frame. A study in the US by Robinson and Bostrom (1994) showed that time spent on paid work is much better estimated in time-use studies in which respondents also recorded their non-work activities. The authors argued that the registration of *all* daily activities prevents intentional overestimation.

Based on the above, time-diaries are considered to be an example of a "micro-behavioural" approach to surveys that recognises the limited capacity of respondents in reporting their behaviour (Robinson & Bostrom, 1994). Indeed, comparative research between survey and time-diary estimates shows that time-diaries produce more valid estimates of time-use than survey questions (Bonke, 2005; Kan, 2008; Niemi, 1993; Otterbach & Sousa-Poza, 2010; Robinson & Godbey, 1997). Given the complexity and flexible nature of teachers' working patterns, time-diaries can be considered crucial for accurately measuring teachers' working time.

## 2.4. Time-diaries and teachers' working hours

Time-diary research into how teachers spend their (working) time is scarce. A small-scale Flemish study of 102 teachers using questionnaires and time-diary data found that teachers often report the number of teaching hours spent in class in questionnaires, while neglecting to report other activities (Elchardus et al., 2009). Additionally, results vary by work experience. Early career teachers only tend to report the number of teaching hours, whereas second career teachers (i.e., teachers that had a career outside of education before entering the teaching profession) tend to report the total number of hours worked including activities outside the classroom. In Belgium, as in other countries (e.g., Ireland,

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.

*Teaching and Teacher Education 109 (2022) 103536*

Liechtenstein, and Luxembourg), this may be due to the policy where the contracted hours for teachers are defined in terms of teaching hours alone (European Commission et al., 2005). Additional tasks, such as class preparation, pupil counselling and professional consultation, are not contractually defined but are expected in practice.

Another small-scale study (Drago et al., 1999) investigated differences in duration between a variety of definitions of working time (total work time, at work, at home) and methods (diaries, telephone interviews and questionnaires). These were analysed according to the social background of 324 teachers in the US. The authors concluded that reported working hours differed substantially according to the method and definition used, and that the definition can either be detrimental or beneficial to the reporting of the actual hours worked across different groups of teachers. Results varied by social background, in that women reported substantially more working time than men when looking specifically at activities carried out at home and that reported working time differed by family type depending on the definition used.

This review of the previous literature shows that there is strong policy and research interest in measuring how teachers spend their working time. Recent research, however, raises questions as to the reliability of questionnaires on teachers' working time and suggests that such questionnaires should ideally be complemented by time-diaries (Allen et al., 2020; Jerrim & Sims, 2021). In the remainder of this article, we will examine whether survey and time-diary methodologies lead to different working time estimates and if so, what differences can be observed on the basis of core teacher characterics as well as on the type of work activity that constitutes the teaching profession.

### 2.5. Expectations

We will examine the differences in teachers' working time estimates between time-diaries and survey questionnaires in the same, large-scale study sample of 7,486 teachers spread over the entire educational field and with different professional and social backgrounds. We expect to find substantial differences in reported working time *within* teachers between both methodologies as a result of measurement error. However, our main focus is comparative. We expect these differences *within* teachers to depend on their different characteristics (e.g., employment status, experience) and on the various types of work activities (e.g., pupil counselling, class preparation). More specifically, we expect differences in working time estimates to be more pronounced in early career teachers, part-time teachers and teachers that teach in more than one school. We also expect differences to vary by the type of education and across different non-teaching activities that are less frequent (e.g., pupil counselling, parent contact and surveillance), more fragmented over the week (e.g., professional consultation) and more likely to be done outside standard working hours and the standard working environment (e.g., preparation of lessons in the evening at home).

### 2.6. Context of the study

This paper focuses on teachers in the Flemish context in Belgium. In Belgium, the language communities (Flemish, French-speaking, and German-speaking communities) are responsible for the organisation of education and educational policymaking. The Flemish community, consisting of approximately 60% of the Belgian population, is the largest of the three language communities.

There is a broad distinction between education organised by the Flemish government (municipal, provincial authorities and the Flemish community), which is called official education, and government-aided private education, which primarily consists of catholic schools and method-based schools such as Freinet, Montessori or Steiner, known as free education. The centrality of government-aided funding implies that truly elitist private schools hardly exist in Flanders (de Ro, 2008). Education is free of charge during compulsory education (ages 6−18).

School governing boards have a broad autonomy and can decide on teaching methods, curricula, timetables, staff appointments, and the general work organisation of teachers (e.g., induction, in-service training, etc.). School boards can also join so-called umbrella organisations that belong to one of the educational networks. These represent the schools in government consultations and offer services such as curricula, timetables, and school organisation support. See Eurydice (2021) for a detailed overview of the Flemish education system.

## 3. Methods

### 3.1. Data

We used survey and time-diary data collected in 2018 from teachers with teaching assignments in kindergarten, primary and secondary education in Flanders, Belgium. This study was commissioned by the Flemish Ministry of Education and Training and carried out by the Research Group TOR of the Vrije Universiteit Brussel between 22 January and 15 May 2018. Teachers were free to participate in the study. To this end, a communication campaign was launched in which teachers were recruited through various channels, including teachers' unions, school management, magazines for teachers, through the information channels of the education network GO! and via social media. The study took place online through the platform Modular Online Time Use Surveys (MOTUS)[1] (Minnen et al., 2020) developed by the Research Group TOR to conduct time-use surveys. Participants had the option to interchangeably use the web, tablet, and smartphone applications to record their time-diaries. The aim was to limit recall bias as much as possible.

The study consisted of three phases. First, teachers that wanted to participate in the survey were asked to register and complete a short pre-questionnaire with the survey questions on working time estimates, sociodemographic questions and to provide their personal teacher number as a selection mechanism to exclude non-teachers and to prevent multiple participation.

The second phase was the time-diary phase. Participants were divided over different starting dates in order to achieve an equal spread over the weeks (and thus also over lesson, exam, and holiday weeks) and were then asked to keep a 7-day (168 h) diary. It has been proven that long observation periods lead to more reliable estimates because they provide more representative information about a person's time expenditure (Kan, 2008) and account for activities that follow a weekly cycle, such as weekend work (Minnen & Glorieux, 2011). In the time-diaries, participants recorded all of their activities using a predefined activity list. The activity list was presented to participants as a tree structure that contained fifteen main categories, of which nine were teaching-related categories and six were non-teaching-related. The nine categories contained 49 detailed teacher-related activities. This list of activities was developed in consultation with an advisory committee consisting of representatives from teachers' unions, the various educational networks (i.e., the governing body of Flemish education) and the Flemish Ministry of Education and Training. The other

---

[1] More information on the MOTUS platform can be found at https://www.motusresearch.io.

*P. te Braak, F. Van Droogenbroeck, J. Minnen et al.*

*Teaching and Teacher Education 109 (2022) 103536*

six main categories consisted of 24 detailed non-teacher-related activities (see Appendix A for the full activity list).

All activities were recorded in open intervals, which means that teachers provided the exact start and end time of each activity and were able to record activities as short as one minute in duration. As such, the time-diary registration accounted for the holistic work experience of the teaching profession. Furthermore, respondents also recorded for each activity where it took place, who was present, and if they enjoyed it. The end time of the previous entry is suggested as the start time of a new entry such that teachers' time-diary recordings cover 24 hours of the day.

In the third phase, participants completed a questionnaire about job characteristics immediately after finishing the time-diary phase.

### 3.2. Sample

The total sample consists of 8,069 teachers that recorded time-diaries for seven days. We omitted teachers in special education (i.e., education for students with learning or behavioural problems, or with a physical, sensory, or mental disability), as the job content of teachers in special education schools is very heterogeneous and differs from that of teachers in regular education (Vannest & Hagan-Burke, 2010). An additional 57 teachers were omitted due to item nonresponse in the questionnaire on working time. The final sample consists of 7,486 teachers.

Table 1 depicts the distribution of the recruited teachers by job and sociodemographic statistics. The relatively large sample size in

**Table 1**
Sample characteristics.

| | n | % |
|---|---|---|
| *Job characteristics* | | |
| **Percentage of employment** | | |
| Full-time | 5,128 | 68.5 |
| 71−90% | 940 | 12.6 |
| ≤70% | 1,418 | 18.9 |
| **Number of schools employed** | | |
| 1 school | 7,110 | 95.0 |
| 2 or more schools | 376 | 5.0 |
| **Work experience (in years)** | | |
| 0-5 | 776 | 10.4 |
| 6-15 | 2,418 | 32.3 |
| 16+ | 4,292 | 57.3 |
| **Type of education** | | |
| Kindergarten | 1,148 | 15.3 |
| Primary | 2,282 | 30.5 |
| Secondary | 3,904 | 52.1 |
| Combination | 152 | 2.0 |
| *Sociodemographic characteristics* | | |
| **Gender** | | |
| Male | 1,529 | 20.4 |
| Female | 5,957 | 79.6 |
| **Age** | | |
| 20-29 | 613 | 8.2 |
| 30-39 | 2,493 | 33.3 |
| 40-49 | 2,094 | 28.0 |
| 50+ | 2,286 | 30.6 |
| **Family status** | | |
| Living with parents | 221 | 3.0 |
| Living alone | 546 | 7.3 |
| Single parent − no child ≤11 years old | 274 | 3.7 |
| Single parent − at least 1 child ≤11 years old | 126 | 1.7 |
| Partner & child (ren) − no child ≤11 years old | 2,345 | 31.3 |
| Partner & child (ren) − at least 1 child ≤11 years old | 2,595 | 34.7 |
| With partner, no children | 1,263 | 16.9 |
| Other | 110 | 1.5 |
| **Total** | 7,486 | 100.0% |

the teachers' time-use survey were weighed using administrative data from the Flemish Ministry of Education and Training for gender, age, percentage of employment and type of week (holiday versus work week) to generate a representative reflection of the teaching staff and a full school year.

The sample consists of 79.6% women and 20.4% men. 68.5% work full-time, while 12.6% are contracted between 71 and 90% and 18.9% are contracted 70% or less. The sample is also composed of 15.3% kindergarten teachers, 30.5% primary school teachers and 52.1% secondary school teachers. 2% are active in a combination of types of education. 57.3% of the sample have more than sixteen years work experience, while 10.4% have five years or less work experience. 32.3% are in between and have six and fifteen years of work experience.

### 3.3. Dependent variable

Our dependent variable is the difference between the estimated working hours in the *time-diary* and the *questionnaire*.

#### 3.3.1. Questionnaire

In the questionnaire, the item about general working hours was equivalent to the question in TALIS 2018 (OECD, 2019b):

"During your most recent complete calendar week, approximately how many 60-min hours did you spend in total on tasks related to your job? Include time spent on teaching, planning lessons, marking, collaborating with other teachers, participating in staff meetings, participating in professional development and other work tasks. Also include tasks that took place during evenings, weekends or other out of class hours. A 'complete' calendar week is one that was not shortened by breaks, public holidays, sick leave, etc. Round to the nearest whole hour."

The questionnaire also included the following question concerning sub-activities of teachers' work was asked:

"How much time do you spend during a normal calendar week in the school year on the following activities for your teaching assignment in kindergarten, primary and secondary education?"

The survey question distinguishes eight work-related sub-activities (see Table 2). Whereas the answer to the question of general working hours had to be rounded to the nearest whole hour, answers concerning the sub-activities could be answered to the minute.

#### 3.3.2. Time-diary

In the time-diaries, participants recorded all of their teaching-related activities in nine categories (eight were similar to the survey questionnaire and an extra ninth category was added with 'other' activities). These categories were further divided into 49 sub-activities (see Appendix A for the activity list). The answers in the 'other' category were recoded into the eight main categories. The time spent on each of these sub-activities was calculated by summing durations of the underlying detailed activities as recorded in the time-diaries. Durations are derived from the difference between the start and end time of each activity recorded. Total working time is the sum of the durations of these sub-activities, which is equal to the sum of the durations of the 49 detailed activities.

#### 3.3.3. Difference

The difference ($\Delta$) between the working time in the time-diary (D) and questionnaire (Q) is calculated by

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.                                                                                    Teaching and Teacher Education 109 (2022) 103536

**Table 2**
Sub-activities and related tasks.

| Sub-activities | Related tasks |
| --- | --- |
| **Teaching and teaching replacement activities** | Teaching, monitoring students during swimming and sports classes, examinations, accompanying classroom activities inside or outside school |
| **Lesson preparation and correction** | Preparation of lessons, tasks, tests, internships, follow-up of tasks and exercises, correction work, marking, analysing tests |
| **Pupil counselling and parent contact** | Pupil guidance, parent conversations, posting information on school websites, social media, and individual pupil counselling |
| **Internal and external professional consultation** | Staff meetings, student council, parent council, meetings about traineeships, extra-curricular activities and the preparations of such meetings, emailing and informal contact |
| **Supervision and surveillance** | Supervision during breaks, school gate surveillance and supervising multi-day school trips |
| **Class administration and management of materials and classrooms** | Preparation of material, cleaning up of classrooms, completion of attendance lists, writing students' reports, and administration |
| **School organisation and policy support** | Planning school timetables, activities in support of school activities (school newspaper, ICT) and financial administration, travel for (or during) work |
| **Additional training** | Reading professional literature, self-study, participating in a workshop and attending a class by a colleague |

$$\Delta I_i = DI_i - QI_i$$

where $DI_i$ is the time spent on a work-related activity I by individual $i$ in the time-diary and $QI_i$ is the time spent on work activity I by individual $i$ in the questionnaire. If $\Delta I_i$ is positive, the working time recorded for work-related activity I in the time-diary is higher than the working time reported for that same work-related activity in the survey questionnaire.

The relative difference between the working time in the time-diary and questionnaire is calculated by

$$\%\Delta I_i = \frac{DI_i - QI_i}{QI_i}$$

where $\%\Delta I_i$ is the relative change in the time spent on work-related activity I individual $i$ in the time-diary (DI) and the questionnaire (QI). If $\%\Delta I_i$ is positive, the working time recorded in the time-diary is higher than working time recorded in the survey questionnaire for a particular work-related activity.

### 3.4. Control variables

In the analyses, we control for the following job characteristics: work experience ($0-5/6-15/\geq 16$ years of experience), percentage of employment (full-time/$71-90\%/\leq 70\%$), type of education (kindergarten/primary/secondary/combination), and number of schools in which a teacher is employed ($1$ school/$\geq 2$ schools). Next, we control for the following sociodemographic characteristics: gender (male/female), age ($20-29/30-39/40-49/\geq 50$ years old), family status (living with parents/living alone/single parent without child(ren) aged 11 years or less/single parent with child(ren) aged 11 years or less/with partner and child(ren), no child 11 years or younger/with partner and child(ren), at least 1 child 11 years or younger/with partner, no children/other). The distribution of the sample across these variables is shown in Table 1.

### 3.5. Analytical strategy

We apply the formula to both the total working time and the working time for the eight different activities. Firstly, we compare *the mean difference in reported total working time between the questionnaire and time-diary*. Using paired sample t-tests, we assess whether there are significant bivariate differences in recorded working time for all categories of the control variables. It allows for the testing of whether the difference between two measurements (e.g., estimated working time in the survey questionnaire and recorded working time in the time-diary) *within* one person (e.g., a

single teacher) is zero or not. A paired sample *t*-test eliminates random inter-respondent variation. If this is not zero, there is a significant difference between estimates in both registration methods. Secondly, we use a *multivariate linear regression analysis with the difference in the number of total hours worked between diary and questionnaire* as the dependent variable and assess which job and sociodemographic characteristics of teachers contribute most to the over- or underestimation of working time. Multivariate regression analyses attempt to model the relationship between a dependent variable and an independent variable net of the effects of all other independent variables included. In other words, it allows us to determine if certain characteristics of teachers are associated with differences in working time estimates between methods, whilst taking into account a number of other teacher characteristics. Thirdly, we focus on the different activities. We assess whether the *mean differences in working hours per activity* significantly vary for all categories of the control variables using paired sample t-tests. The threshold for significance in all analyses is $\alpha = 0.05$ (Craparo, 2007).

## 4. Results

### 4.1. Total working hours in survey questions and time-diary

In step 1, we assess the average total working time difference between the questionnaire and time-diary in hours and minutes per week (Table 3). The average recorded working time in the questionnaire is 39h 33m per week and in the time-diary it is 39h 57m per week. This results in a 24m per week (or almost 21h or half a working week per year) difference between both methods.

All job characteristics vary in the differences between the questionnaire and time-diary estimates (see Table 3). When these differences were significant, the time-diary always recorded longer working hours than the questionnaire. Primary school teachers are an exception as they recorded 1h 56m less working time in the time-diary compared to the survey question, similar to full-time teachers who reported 45 m less working time in the diary.

The largest differences were found in the percentage of employment. Teachers who are employed full-time recorded less working time in the diary compared to the questionnaire estimates. Part-time teachers, however, reported more working time in the time-diary. Teachers on $71-90\%$ employment contracts reported 2h 30m more hours worked in the time-diary than in the questionnaire, while teachers contracted at 70% or less reported 3h 14m more in the time-diary. The number of schools in which teachers work also has an impact. Teachers that are active in two or more schools recorded 2h 08m more working hours in the time-diary

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.    *Teaching and Teacher Education 109 (2022) 103536*

**Table 3**
Average difference in working time estimates between the questionnaire and time-diary by job characteristics, and sociodemographic characteristics (in hh:mm).

| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Difference (ΔI) | Sig. |
|---|---|---|---|---|
| **Total** | 39:33 | 39:57 | 0:24 | * |
| | | | | |
| *Job characteristics* | | | | |
| **Percentage of employment** | | | | |
| Full-time | 42:48 | 42:03 | −0:45 | ** |
| 71−90% | 38:48 | 41:18 | 2:30 | *** |
| ≤70% | 28:15 | 31:30 | 3:14 | *** |
| **Number of schools employed** | | | | |
| 1 school | 39:31 | 39:50 | 0:19 | n.s. |
| 2 or more schools | 40:07 | 42:10 | 2:03 | ** |
| **Work experience (in years)** | | | | |
| 0-5 | 40:56 | 39:46 | −1:10 | n.s. |
| 6-15 | 39:05 | 38:54 | −0:10 | n.s. |
| 16+ | 39:33 | 40:35 | 1:01 | *** |
| **Type of education** | | | | |
| Kindergarten | 38:05 | 39:15 | 1:09 | * |
| Primary | 41:41 | 39:45 | −1:56 | *** |
| Secondary | 38:44 | 40:15 | 1:33 | *** |
| Combination | 39:23 | 39:46 | 0:22 | n.s. |
| *Sociodemographic characteristics* | | | | |
| **Gender** | | | | |
| Male | 41:52 | 42:50 | 0:57 | * |
| Female | 38:57 | 39:13 | 0:16 | n.s. |
| **Age** | | | | |
| 20-29 | 39:33 | 39:18 | −0:14 | n.s. |
| 30-39 | 38:55 | 38:20 | −0:35 | n.s. |
| 40-49 | 40:13 | 40:41 | 0:28 | n.s. |
| 50+ | 39:36 | 41:14 | 1:37 | *** |
| **Family status** | | | | |
| Living with parents | 43:42 | 43:16 | −0:25 | n.s. |
| Living alone | 41:22 | 40:26 | −0:55 | n.s. |
| Single parent − no child ≤11 years old | 43:28 | 42:43 | −0:45 | n.s. |
| Single parent − at least 1 child ≤11 years old | 40:45 | 39:11 | 1:34 | n.s. |
| Partner & child (ren) − no child ≤11 years old | 40:16 | 40:58 | −0:42 | n.s. |
| Partner & child (ren) − at least 1 child ≤11 years old | 38:11 | 38:02 | 0:08 | n.s. |
| Partner, no children | 38:16 | 40:31 | 2:15 | *** |
| Other | 41:45 | 41:44 | 0:00 | n.s. |

*Notes.* Difference = difference between questionnaire estimate and time-diary estimate, Sig. = significance of paired sample *t*-test between questionnaire and time-diary. Levels of significance: \*\*\**p* ≤ 0.001, \*\**p* ≤ 0.01, \**p* ≤ 0.05, n.s. not significant.

than in the questionnaire, compared to no difference in working hours for teachers who are only active in one school. Contrary to our expectations, early career teachers with between zero and five years and teachers with six to 15 years of experience recorded no difference between working time estimates in both methods, whereas colleagues with more work experience do. Teachers with more than 16 years of work experience recorded 1h 01m more working time in the time-diary. Substantial differences were also found on the basis of the type of education. Whereas primary school teachers recorded less working time in the time-diary compared to the questionnaire (-1h 56m), teachers in kindergarten or secondary education recorded more working time in the time-diary (1h 09m and 1h 33m, respectively). No significant differences were found between diary and questionnaire estimates for teachers working in different types of education at the same time (combined).

Table 3 indicates that the sociodemographic characteristics also led to variations in reported working times in the questionnaire and time-diary. Male teachers reported a higher working time in the time-diary (57m difference in working hours), while women reported similar working hours in both methods. Teachers in older age groups recorded more working time in the time-diary. Teachers who were 50 and older registered 1h 37m more, whereas younger teachers did not demonstrate a significant difference in their reported working hours between the two methods. With regards to

family status, the working hours of people with a partner and no children were significantly higher in the time-diary than in the survey question (2h 15m). For all other family statuses, no difference in recorded working hours in the time-diary and survey question was found.

### 4.2. Explaining the difference between questionnaire and time-diary

In step 2, we performed a multivariate linear regression analysis to test for differences between working hours estimates between the questionnaire and the time-diary in hours and minutes per week (see Table 4). When controlling for all other variables, there is no difference between working hours reported with both methods. The percentage of employment has the strongest effect on the difference between the time-diary and questionnaire estimates of total working hours. If the predicted differences are positive, working time estimates are higher in the time-diary compared to the questionnaire. For teachers with a contract equal to or less than 70%, the predicted difference is +3h 55m higher in the time-diary compared to teachers with a full-time contract. For teachers with an appointment between 71 and 90%, the difference is +2h 30m.

If the predicted differences are negative, working time estimates were higher in the questionnaire compared to the time-diary. This holds for teachers with the least work experience compared to

*P. te Braak, F. Van Droogenbroeck, J. Minnen et al.*                                                                 *Teaching and Teacher Education 109 (2022) 103536*

**Table 4**
Linear regression of differences in working time estimates between survey question and time-diary (in hh:mm) (n = 7,478).

| | B[1] | Sig. | β | [CI 95%] | |
|---|---|---|---|---|---|
| | | | | Lower | Upper |
| **Constant** | −00:42 | n.s. | | −01:41 | −00:16 |
| *Job characteristics* | | | | | |
| **Percentage of employment** *(ref.: full-time)* | | | | | |
| 71−90% | 02:30 | *** | .049 | 01:12 | 03:48 |
| ≤70% | 03:55 | *** | .090 | 02:51 | 04:59 |
| **Number of schools employed** *(ref.: one school)* | | | | | |
| Two or more schools | 01:37 | n.s. | .021 | −00:12 | 03:27 |
| **Work experience** *(ref.: 6−15 years)* | | | | | |
| 0−5 years | −02:27 | ** | -.044 | −04:20 | −00:34 |
| 16+ years | 00:26 | n.s. | .013 | −00:52 | 01:44 |
| **Type of education** *(ref.: secondary)* | | | | | |
| Kindergarten | 00:15 | n.s. | .006 | −00:56 | 01:28 |
| Primary | −02:56 | *** | -.079 | −03:52 | −02:00 |
| Combination | −01:31 | n.s. | -.013 | −04:22 | 01:19 |
| *Sociodemographic characteristics* | | | | | |
| **Gender** *(ref.: female)* | | | | | |
| Male | 00:44 | n.s. | .017 | −00:18 | 01:46 |
| **Age** *(ref.:30−39 years)* | | | | | |
| 20−29 years | 01:08 | n.s. | .018 | −01:03 | 03:20 |
| 40−49 years | 00:58 | n.s. | .026 | −00:30 | 02:27 |
| 50+ years | 00:59 | n.s. | .027 | −00:40 | 02:39 |
| **Family status** *(ref.: with partner and child(ren) − at least 1 child ≤11 years old)* | | | | | |
| Living with parents | 00:45 | n.s. | .008 | −01:56 | 03:27 |
| Living alone | −00:47 | n.s. | -.012 | −02:27 | 00:52 |
| Single parent − no child ≤11 years old | −01:10 | n.s. | -.013 | −03:32 | 01:12 |
| Single parent − at least 1 child ≤11 years old | −01:31 | n.s. | -.012 | −04:41 | 01:37 |
| Partner & child (ren) − no child ≤11 years old | −00:19 | n.s. | -.009 | −01:37 | 00:57 |
| Partner, no children | 01:35 | * | .035 | −00:13 | 02:58 |
| Other | −00:03 | n.s. | .000 | −03:27 | 03:20 |
| Adjusted R² | .020 | | | | |

*Notes.* B = unstandardised regression coefficient, Sig. = significance, β = standardised regression coefficient, CI = confidence interval. Levels of significance: ***$p \leq 0.001$, **$p \leq 0.01$, *$p \leq 0.05$, n.s. not significant.
[1]If positive, working estimates in the time-diary are higher than in the questionnaire. If negative, working estimates in the questionnaire are higher than in the time-diary.

teachers with at least some work experience (-2h 27m). Similarly, for primary school teachers, the predicted difference is also negative (-2h 56m), indicating that primary school teachers recorded a higher number of working hours in the questionnaire than in the time-diary. A lot of work experience and other types of education did not correlate with differences in working time estimates when using either method.

No predicted differences were observed according to gender, age and the number of schools in which teachers are employed. For teachers with a partner but without children, the predicted difference is +1h 35m higher in the time-diary compared to teachers with a partner and children. Other family statuses do not correlate with differences in working time estimates between the questionnaire and time-diary.

### 4.3. Working hours per sub-activity

In step 3, we examined differences in the average working time per sub-activity recorded in the questionnaire and in the time-diary in hours and minutes per week. We found that differences vary according to the type of sub-activity.

The average recorded working time is higher in the questionnaire than in the time-diary for teaching and teaching replacement activities (-5h 40m), pupil counselling and parent contact (−46m) and supervision and surveillance (−10m) per week. On the contrary, the average recorded working time was higher in the time-diary for lesson preparation and correction (+1h 29m), internal and external professional consultation (+1h 37m), school

organisation and policy support (+2h 39m) and additional training (+24m). The average time spent on class administration and management of materials and classrooms does not vary between both methods.

There are two findings that warrant further consideration. First, it is striking that the core task of teachers (i.e., teaching) yields the largest absolute difference between both methods. Teachers recorded their teaching hours to be 13h 17m per week in their time-diary, which is 5h 40m less than the estimated 18h 57m per week from the questionnaire. For the second largest sub-activity, that is, lesson preparation and correction, the opposite holds. The 12h 25m in the time-diary is 1h 29m more than the 10h 55m recorded in the questionnaire.

Second, although small in absolute terms, some administrative sub-activities yielded the largest relative differences between both methods. Time spent on school organisation and policy support is 3h 56m per week in the time-diary. This is 206.5% more than the 1h 17m recorded in the questionnaire. Similarly, the 3h 29m per week spent on internal and external professional consultation registered in the time-diary is 87.4% more than the 1h 51m in the questionnaire. The same holds for additional training: 1h 10m in the time-diary demonstrates an increase of 53.3% than the 45m reported in the questionnaire.

Table 6 shows how the differences in working time devoted to the eight sub-activities vary by teachers' job characteristics and sociodemographic characteristics. For all job characteristics, the differences in working time estimates for the sub-activities follow the same pattern as the average overall differences for the sub-

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.

*Teaching and Teacher Education 109 (2022) 103536*

**Table 5**
Average and relative difference in working time estimates between the survey question and time-diary by sub-activities (in hh:mm).

| | Survey question estimate (QI) | Time-diary estimate (DI) | Difference (ΔI)[1] | Sig. | Relative difference (% ΔI) |
|---|---|---|---|---|---|
| **Total** | 39:33 | 39:57 | 0:24 | * | 1.0 |
| *Sub-activities* | | | | | |
| Teaching and teaching replacement activities | 18:57 | 13:17 | −5:40 | *** | −29.9 |
| Lesson preparation and correction | 10:55 | 12:25 | 1:29 | *** | 13.6 |
| Pupil counselling and parent contact | 1:48 | 1:01 | −0:46 | *** | −42.6 |
| Internal and external professional consultation | 1:51 | 3:29 | 1:37 | *** | 87.4 |
| Supervision and surveillance | 1:30 | 1:19 | −0:10 | *** | −11.1 |
| Class administration and management of materials and classrooms | 3:17 | 3:17 | 0:00 | n.s. | 0.0 |
| School organisation and policy support | 1:17 | 3:56 | 2:39 | *** | 206.5 |
| Additional training | 0:45 | 1:10 | 0:24 | *** | 53.3 |

*Notes.* Difference = difference between questionnaire estimate and time-diary estimate, Sig. = significance of paired sample *t*-test between questionnaire and time-diary. Levels of significance: ***$p \leq 0.001$, *$p \leq 0.05$, n.s. not significant.
[1]If positive, working estimates in time-diary are higher than in questionnaire. If negative, working estimates in questionnaire are higher than in time-diary.

activities as presented in Table 5. Lesson preparation and correction, and class administration and management of materials and classrooms are exceptions to this pattern. Primary school teachers are the only category that recorded more time for lesson preparation and correction in the questionnaire compared to the time-diary (difference of -1h 07m). The average overall difference of time spent on class administration and management of materials and classrooms did not vary between both methods, but did vary by the type of education. Kindergarten and primary school teachers recorded more time in the time-diary compared to the questionnaire (+1h 08m and +1h 05m, respectively), whereas the opposite holds for secondary teachers and teachers appointed in a combination of education types (−55m and -1h 25m, respectively).

The largest absolute differences in the estimated time spent on teaching (Table 6) are found by full-time employed teachers (-6h 33m less in the time-diary), teachers employed in only one school (-5h 42m), teachers with zero to five years of experience (-6h 45m less in the time-diary) and kindergarten teachers (-7h 05m). Differences in time spent on lesson preparation and correction were the largest for teachers that are employed on contracts of 70% or less (2h 06m more in the time-diary), teachers that teach in more than one school (2h 59m), teachers with 0−5 years of experience (2h 20m) and secondary school teachers (3h 33m).

For the other sub-activities presented in Table 6, a discernible pattern emerges, albeit with some variation, in which certain job characteristics tend to lead to larger differences between both methods. Part-time employed teachers reported larger differences than full-time teachers for the sub-activities of internal and external professional consultation, and school organisation and policy support. This is also true for teachers employed in more than one school. Teachers with the least experience also tended to report larger differences compared to teachers with more experience for the sub-activities of pupil counselling and parent contact and additional training. This difference also applies to teachers that teach a combination of education types. These teachers also reported the largest difference for school organisation and policy support.

No discernible patterns emerged for gender. A lack of significant differences was also found for age. There does seem to be a pattern for family status where, with some exceptions, the largest differences are recorded by teachers that live alone or are a single parent without children younger than 11 years old. All of these differences follow the same pattern as the average overall differences for sub-activities, as presented in Table 5.

## 5. Discussion

Teaching in the 21st century has become more dynamic, challenging, and demanding than ever before (OECD, 2018). Teachers' roles have changed, and teachers are expected to continuously innovate, adapt, and develop their practices to help all students attain the necessary skills and knowledge for their future careers. Policymakers and scholars are increasingly interested in obtaining an accurate picture of teachers' workload and how they spend their time at work due to its close relation to student achievement (Hattie, 2012; OECD, 2019a) and teacher burnout and attrition (Goddard & Goddard, 2006).

However, given the complexity of teachers' work, classic questionnaire methodologies are prone to a number of measurement errors when estimating teachers' working time (Allen et al., 2020; Jerrim & Sims, 2021). Research indicates that time-diaries are a more accurate alternative (Bonke, 2005; Juster, 1985; Kan, 2008; Niemi, 1993; Otterbach & Sousa-Poza, 2010; Robinson, 1985; Robinson & Godbey, 1997; Sonnenberg et al., 2012). Against that background, we utilised a unique, large-scale study surveying 7,468 teachers' working time using time-diaries (resulting in more than 1,250,000 hours of registered activities of teachers) and a traditional questionnaire. In the traditional questionnaire, teachers estimated their working time using questions comparable to the ones in traditional surveys, such as the Teaching And Learning International Survey (TALIS) of the OECD.

Based on previous research demonstrating that time-diaries, when compared to traditional questionnaires, are more accurate in estimating working time, we start from the assumption that time-diaries *are indeed more accurate* in estimating teachers' working time and used it as a benchmark for the estimates teachers provided in the questionnaire. This study assessed differences in estimated teachers' working time between a traditional questionnaire and the more accurate time-diary method and how these differences are related to job and sociodemographic characteristics, and to different tasks.

Initially, it appeared that our findings showed that there was only a small, though significant, difference of 24 minutes per week (or almost 21 hours or more than half a working week per year) in working time estimates between both methods. However, subsequent results showed rather substantial differences in working time estimates between the questionnaire and the time-diary when considering different tasks and characteristics related to the teaching profession. The reported differences were not uniformly higher in one method compared with the other. In a way, the

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.    *Teaching and Teacher Education 109 (2022) 103536*

**Table 6**

Average difference in working time estimates for sub-activities between the questionnaire and time-diary by job characteristics, and sociodemographic characteristics (in hh:mm).

| | Teaching and teaching replacement | | | | Lesson preparation and correction | | | |
|---|---|---|---|---|---|---|---|---|
| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. |
| **Total** | 18:57 | 13:17 | −05:40 | *** | 10:55 | 12:25 | 1:29 | *** |
| *Job characteristics* | | | | | | | | |
| **Percentage of employment** | | | | | | | | |
| Full-time | 21:17 | 14:44 | −6:33 | *** | 11:13 | 12:26 | 1:13 | *** |
| 71−90% | 16:58 | 12:41 | −4:17 | *** | 11:46 | 13:48 | 2:01 | *** |
| ≤70% | 11:48 | 8:27 | −3:20 | *** | 9:18 | 11:24 | 2:06 | *** |
| **Number of schools employed** | | | | | | | | |
| 1 school | 18:58 | 13:15 | −5:42 | *** | 10:55 | 12:19 | 1:24 | *** |
| 2 or more schools | 18:37 | 13:49 | −4:48 | *** | 11:06 | 14:06 | 2:59 | *** |
| **Work experience (in years)** | | | | | | | | |
| 0-5 | 19:14 | 12:28 | −6:45 | *** | 12:14 | 14:34 | 2:20 | *** |
| 6-15 | 19:13 | 13:24 | −5:49 | *** | 10:45 | 12:11 | 1:25 | *** |
| 16+ | 18:45 | 13:22 | −5:22 | *** | 10:47 | 12:09 | 1:22 | *** |
| **Type of education** | | | | | | | | |
| Kindergarten | 22:33 | 15:28 | −7:05 | *** | 6:45 | 6:38 | −0:06 | n.s. |
| Primary | 21:17 | 14:18 | −6:58 | *** | 11:29 | 10:21 | −1:07 | *** |
| Secondary | 16:41 | 12:12 | −4:29 | *** | 12:01 | 15:35 | 3:33 | *** |
| Combination | 14:44 | 9:19 | −5:25 | *** | 6:01 | 5:26 | −0:34 | n.s. |
| *Sociodemographic characteristics* | | | | | | | | |
| **Gender** | | | | | | | | |
| Male | 18:56 | 14:04 | −4:52 | *** | 11:21 | 14:11 | 2:50 | *** |
| Female | 18:57 | 13:05 | −5:52 | *** | 10:49 | 11:57 | 1:08 | *** |
| **Age** | | | | | | | | |
| 20-29 | 19:07 | 13:07 | −6:00 | *** | 11:14 | 13:23 | 2:08 | *** |
| 30-39 | 19:27 | 13:15 | −6:12 | *** | 10:27 | 11:45 | 1:17 | *** |
| 40-49 | 19:13 | 13:37 | −5:36 | *** | 11:01 | 12:28 | 1:26 | *** |
| 50+ | 18:06 | 13:04 | −5:02 | *** | 11:16 | 12:50 | 1:33 | *** |
| **Family status** | | | | | | | | |
| Living with parents | 19:31 | 13:18 | −6:12 | *** | 13:16 | 14:50 | 1:34 | * |
| Living alone | 19:30 | 12:48 | −6:41 | *** | 11:39 | 12:55 | 1:15 | *** |
| Single parent, no child ≤11 years old | 19:55 | 13:23 | −6:31 | *** | 10:51 | 12:15 | 1:24 | *** |
| Single parent − at least 1 child ≤11 years old | 20:52 | 14:08 | −6:44 | *** | 1:45 | 1:17 | −0:28 | n.s. |
| Partner & child (ren) − no child ≤11 years old | 18:46 | 13:21 | −5:24 | *** | 11:05 | 12:29 | 1:23 | *** |
| Partner & child (ren) − at least 1 child ≤11 years old | 18:52 | 13:04 | −5:48 | *** | 10:29 | 12:00 | 1:30 | *** |
| With partner, no children | 18:34 | 13:32 | −5:01 | *** | 10:46 | 12:36 | 1:49 | *** |
| Other | 20:53 | 15:03 | −5:49 | *** | 12:06 | 11:38 | −0:28 | n.s. |

| | Pupil counselling and parent contact | | | | Internal and external professional consultation | | | |
|---|---|---|---|---|---|---|---|---|
| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. |
| **Total** | 1:48 | 1:01 | −0:46 | *** | 1:51 | 3:29 | 1:37 | *** |
| *Job characteristics* | | | | | | | | |
| **Percentage of employment** | | | | | | | | |
| Full-time | 1:55 | 1:03 | −0:51 | *** | 1:56 | 3:29 | 1:32 | *** |
| 71−90% | 1:48 | 1:08 | −0:39 | *** | 1:54 | 3:45 | 1:51 | *** |
| ≤70% | 1:21 | 0:49 | −0:32 | *** | 1:32 | 3:18 | 1:46 | *** |
| **Number of schools employed** | | | | | | | | |
| 1 school | 1:49 | 1:02 | −0:46 | *** | 1:52 | 3:29 | 1:37 | *** |
| 2 or more schools | 1:21 | 0:41 | −0:40 | *** | 1:45 | 3:34 | 1:48 | *** |
| **Work experience (in years)** | | | | | | | | |
| 0-5 | 1:43 | 0:39 | −1:03 | *** | 1:48 | 2:56 | 1:07 | *** |
| 6-15 | 1:46 | 0:59 | −0:46 | *** | 1:47 | 3:21 | 1:34 | *** |
| 16+ | 1:49 | 1:06 | −0:43 | *** | 1:54 | 3:40 | 1:45 | *** |
| **Type of education** | | | | | | | | |
| Kindergarten | 2:13 | 1:07 | −1:05 | *** | 1:52 | 2:54 | 1:01 | *** |
| Primary | 2:05 | 1:04 | −1:01 | *** | 1:57 | 3:04 | 1:07 | *** |
| Secondary | 1:24 | 0:55 | −0:29 | *** | 1:42 | 3:47 | 2:05 | *** |
| Combination | 4:11 | 1:56 | −2:15 | *** | 4:24 | 6:21 | 1:56 | *** |
| *Sociodemographic characteristics* | | | | | | | | |
| **Gender** | | | | | | | | |
| Male | 1:35 | 0:59 | −0:36 | *** | 1:49 | 3:47 | 1:58 | *** |
| Female | 1:51 | 1:01 | −0:49 | *** | 1:52 | 3:25 | 1:32 | *** |
| **Age** | | | | | | | | |
| 20-29 | 1:41 | 0:43 | −0:57 | *** | 1:48 | 2:52 | 1:03 | *** |
| 30-39 | 1:52 | 0:58 | −0:53 | *** | 1:47 | 3:15 | 1:28 | *** |

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.

*Teaching and Teacher Education 109 (2022) 103536*

**Table 6** (continued )

| | Pupil counselling and parent contact | | | | Internal and external professional consultation | | | |
|---|---|---|---|---|---|---|---|---|
| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. |
| 40-49 | 1:47 | 1:06 | −0:40 | *** | 1:54 | 3:40 | 1:45 | *** |
| 50+ | 1:45 | 1:04 | −0:41 | *** | 1:55 | 3:44 | 1:49 | *** |
| **Family status** | | | | | | | | |
| Living with parents | 1:42 | 0:47 | −0:54 | *** | 1:44 | 3:14 | 1:29 | *** |
| Living alone | 1:58 | 0:59 | −0:59 | *** | 1:55 | 3:23 | 1:28 | *** |
| Single parent − no child ≤11 years old | 2:11 | 0:54 | −1:17 | *** | 2:16 | 4:17 | 2:00 | *** |
| Single parent − at least 1 child ≤11 years old | 1:45 | 1:17 | −0:28 | n.s. | 1:58 | 3:26 | 1:28 | *** |
| Partner & child (ren) − no child ≤11 years old | 1:47 | 1:09 | −0:37 | *** | 1:55 | 3:39 | 1:44 | *** |
| Partner & child (ren) − at least 1 child ≤11 years old | 1:45 | 0:57 | −0:48 | *** | 1:48 | 3:14 | 1:25 | *** |
| With partner, no children | 1:43 | 0:54 | −0:48 | *** | 1:46 | 3:37 | 1:51 | *** |
| Other | 2:05 | 1:34 | −0:30 | n.s. | 1:51 | 3:16 | 1:24 | *** |

| | Supervision and surveillance | | | | Class administration and management of materials and classrooms | | | |
|---|---|---|---|---|---|---|---|---|
| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. |
| **Total** | 1:30 | 1:19 | −0:10 | *** | 3:17 | 3:17 | 0:00 | n.s. |
| *Job characteristics* | | | | | | | | |
| **Percentage of employment** | | | | | | | | |
| Full-time | 1:40 | 1:28 | −0:12 | *** | 3:28 | 3:30 | 0:02 | n.s. |
| 71−90% | 1:22 | 1:15 | −0:06 | n.s. | 3:27 | 3:27 | 0:00 | n.s. |
| ≤70% | 0:56 | 0:49 | −0:07 | * | 2:29 | 2:21 | −0:08 | n.s. |
| **Number of schools employed** | | | | | | | | |
| 1 school | 1:30 | 1:19 | −0:11 | *** | 3:17 | 3:18 | 0:00 | n.s. |
| 2 or more schools | 1:23 | 1:24 | 0:00 | n.s. | 3:10 | 3:03 | −0:06 | n.s. |
| **Work experience (in years)** | | | | | | | | |
| 0-5 | 1:31 | 1:20 | −0:10 | * | 3:21 | 3:29 | 0:07 | n.s. |
| 6-15 | 1:28 | 1:20 | −0:08 | ** | 3:00 | 2:53 | −0:06 | n.s. |
| 16+ | 1:30 | 1:18 | −0:11 | *** | 3:26 | 3:28 | 0:02 | n.s. |
| **Type of education** | | | | | | | | |
| Kindergarten | 2:21 | 2:10 | −0:10 | * | 4:33 | 5:42 | 1:08 | *** |
| Primary | 1:57 | 1:48 | −0:08 | ** | 3:22 | 4:27 | 1:05 | *** |
| Secondary | 0:58 | 0:46 | −0:12 | *** | 2:47 | 1:52 | −0:55 | *** |
| Combination | 1:36 | 1:42 | 0:06 | n.s. | 5:27 | 4:02 | −1:25 | * |
| *Sociodemographic characteristics* | | | | | | | | |
| **Gender** | | | | | | | | |
| Male | 1:18 | 1:08 | −0:09 | ** | 3:06 | 2:25 | −0:41 | *** |
| Female | 1:33 | 1:22 | −0:10 | *** | 3:20 | 3:30 | 0:10 | *** |
| **Age** | | | | | | | | |
| 20-29 | 1:34 | 1:30 | −0:03 | n.s. | 3:18 | 3:20 | 0:02 | n.s. |
| 30-39 | 1:31 | 1:19 | −0:12 | *** | 3:01 | 3:04 | 0:02 | n.s. |
| 40-49 | 1:31 | 1:17 | −0:13 | *** | 3:20 | 3:19 | −0:01 | n.s. |
| 50+ | 1:25 | 1:17 | −0:07 | ** | 3:31 | 3:28 | −0:02 | n.s. |
| **Family status** | | | | | | | | |
| Living with parents | 1:28 | 1:29 | 0:00 | n.s. | 3:35 | 4:01 | 0:25 | n.s. |
| Living alone | 1:36 | 1:20 | −0:16 | * | 3:49 | 3:00 | −0:48 | *** |
| Single parent − no child ≤11 years old | 1:44 | 1:33 | −0:10 | n.s. | 3:53 | 3:35 | −0:17 | n.s. |
| Single parent − at least 1 child ≤11 years old | 2:00 | 1:29 | −0:30 | n.s. | 3:24 | 2:45 | −0:39 | * |
| Partner & child (ren) − no child ≤11 years old | 1:28 | 1:16 | −0:11 | *** | 3:20 | 3:36 | −0:16 | ** |
| Partner & child (ren) − at least 1 child ≤11 years old | 1:25 | 1:13 | −0:11 | *** | 2:55 | 2:55 | 0:00 | n.s. |
| With partner, no children | 1:31 | 1:29 | −0:02 | n.s. | 3:28 | 3:17 | −0:10 | n.s. |
| Other | 1:39 | 1:34 | −0:05 | n.s. | 3:47 | 4:26 | 0:38 | n.s. |

| | School organisation and policy support | | | | Additional training | | | |
|---|---|---|---|---|---|---|---|---|
| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. |
| **Total** | 1:17 | 3:56 | 2:39 | *** | 0:45 | 1:10 | 0:24 | *** |
| *Job characteristics* | | | | | | | | |
| **Percentage of employment** | | | | | | | | |
| Full-time | 1:25 | 4:08 | 2:43 | *** | 0:45 | 1:11 | 0:25 | *** |
| 71−90% | 1:09 | 4:00 | 2:51 | *** | 0:48 | 1:09 | 0:20 | *** |
| ≤70% | 0:56 | 3:12 | 2:16 | *** | 0:44 | 1:07 | 0:22 | *** |
| **Number of schools employed** | | | | | | | | |
| 1 school | 1:17 | 3:55 | 2:38 | *** | 0:45 | 1:10 | 0:24 | *** |
| 2 or more schools | 1:25 | 4:20 | 2:55 | *** | 0:49 | 1:11 | 0:21 | * |

(continued on next page)

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.

*Teaching and Teacher Education 109 (2022) 103536*

**Table 6** (*continued*)

| | School organisation and policy support | | | | Additional training | | | |
|---|---|---|---|---|---|---|---|---|
| | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. | Questionnaire estimate (QI) | Time-diary estimate (DI) | Diff. (ΔI) | Sig. |
| **Work experience (in years)** | | | | | | | | |
| 0-5 | 0:54 | 2:56 | 2:01 | *** | 0:48 | 1:20 | 0:32 | *** |
| 6-15 | 1:11 | 3:40 | 2:28 | *** | 0:39 | 1:03 | 0:23 | *** |
| 16+ | 1:25 | 4:17 | 2:52 | *** | 0:48 | 1:12 | 0:23 | *** |
| **Type of education** | | | | | | | | |
| Kindergarten | 1:14 | 4:12 | 2:57 | *** | 0:53 | 1:00 | 0:06 | n.s. |
| Primary | 1:03 | 3:36 | 2:32 | *** | 0:37 | 1:02 | 0:25 | *** |
| Secondary | 1:18 | 3:51 | 2:33 | *** | 0:48 | 1:16 | 0:28 | *** |
| Combination | 4:59 | 9:24 | 4:25 | *** | 1:03 | 1:32 | 0:28 | * |
| *Sociodemographic characteristics* | | | | | | | | |
| **Gender** | | | | | | | | |
| Male | 1:41 | 4:47 | 3:06 | *** | 0:50 | 1:24 | 0:34 | *** |
| Female | 1:11 | 3:43 | 2:32 | *** | 0:44 | 1:06 | 0:21 | *** |
| **Age** | | | | | | | | |
| 20-29 | 1:03 | 3:07 | 2:04 | *** | 0:41 | 1:13 | 0:31 | *** |
| 30-39 | 1:10 | 3:39 | 2:28 | *** | 0:38 | 1:01 | 0:22 | *** |
| 40-49 | 1:23 | 3:57 | 2:34 | *** | 0:46 | 1:14 | 0:27 | *** |
| 50+ | 1:24 | 4:28 | 3:04 | *** | 0:53 | 1:15 | 0:21 | *** |
| **Family status** | | | | | | | | |
| Living with parents | 1:02 | 4:03 | 3:01 | *** | 0:44 | 1:32 | 0:47 | ** |
| Living alone | 1:17 | 4:30 | 3:13 | *** | 0:55 | 1:27 | 0:31 | *** |
| Single parent − no child ≤11 years old | 1:54 | 4:35 | 2:40 | *** | 0:59 | 2:08 | 1:09 | *** |
| Single parent − at least 1 child ≤11 years old | 1:08 | 3:11 | 2:02 | *** | 0:36 | 0:43 | 0:07 | n.s. |
| Partner & child (ren) − no child ≤11 years old | 1:22 | 4:16 | 2:53 | *** | 0:48 | 1:07 | 0:19 | *** |
| Partner & child (ren) − at least 1 child ≤11 years old | 1:09 | 3:31 | 2:21 | *** | 0:38 | 1:04 | 0:25 | *** |
| With partner, no children | 1:21 | 3:58 | 2:37 | *** | 0:49 | 1:05 | 0:16 | *** |
| Other | 1:05 | 3:08 | 2:03 | *** | 0:58 | 1:02 | 0:04 | n.s. |

Notes. Difference = difference between the questionnaire estimate and time-diary estimate, Sig. = significance of paired sample *t*-test between questionnaire and time-diary. Levels of significance: ***p ≤ 0.001, **p ≤ 0.01, *p ≤ 0.05, n.s. not significant.

small difference in overall working time hides large and meaningful differences when other factors are taken into account. This becomes apparent from two key findings.

Firstly, results show that estimates of time spent on teaching in questionnaires are on average 5h 40m higher per week than that reported in time-diaries. Hours spent on other core activities, that is, activities that require direct contact with students (pupil counselling, supervision, and surveillance) are also estimated to be higher in the questionnaire. On the contrary, hours spent on "peripheral" activities, such as lesson preparation and correction, internal and external professional consultation, school organisation and policy support, and additional training, are estimated to be lower in the questionnaire than in the diary.

There are at least two possible, complementary, explanations. The heart of the teaching profession consists of classroom work and student interaction. All other activities are often considered peripheral (Hargreaves, 1989). When asked about their working time in a questionnaire, teachers might mainly think of these types of core activities. This was also observed by Chenu (2002), who found that teachers primarily think about work in the presence of pupils when estimating their working hours, rather than marking work or lesson preparation. Additionally, peripheral activities are less strictly defined compared to teaching hours. Teaching time has a strict start and end time, while peripheral activities are open-ended, and, as such, are activities in which teachers can invest a great deal of time without them ever being "finished". Also, these activities often take place outside of the school. With no defined ending time and in the absence of the school context, these activities are much more difficult to correctly account for when asked in a questionnaire. These arguments, combined with our findings, suggest that questionnaires are not a valid instrument to estimate teachers' time spent on sub-activities.

Secondly, teachers' job characteristics relate to both the differences in total working time as well as the estimates of time spent on different tasks. A discernible pattern emerged. The results showed that a questionnare is a relatively valid instrument for assessing the working time of the "typical" teacher, that is, a full-time teacher with some experience and who is active in a single school. These teachers reported the smallest difference in working time estimates between questionnaire and time-diary, on average. However, teachers who deviate from this profile reported substantial differences between both methods. Part-time teachers systematically estimated their working time up to almost 4 hours less in the questionnaire. This is in line with results found in the general working population where part-time workers also systematically underestimated their actual working time (Bonke, 2005; Minnen & Glorieux, 2011). In the case of teachers, part-time employment consists of a proportional amount of teaching hours, but the time-diary estimates revealed that they spent a disproportionate amount of hours on peripheral activities.

These deviations in working time estimates between questionnaires and time-diaries suggests that, although part-time teachers have an adjusted number of teaching hours, other activities, such as lesson preparation, school organisation and professional consultation, are not limited by part-time appointment. Such effects can remain hidden in studies using a questionnaire methodology, while they deserve policy consideration.

Similar patterns were found for teachers with little experience, for teachers who teach in two or more schools and for teachers in secondary education. In the latter group, we observed a greater disparity, especially for peripheral tasks, as they were more likely to have an interrupted schedule of classes compared to kindergarten

*P. te Braak, F. Van Droogenbroeck, J. Minnen et al.*    *Teaching and Teacher Education 109 (2022) 103536*

and primary education teachers. Again, the deviations in working time estimates between both methodologies are directly related to the complexity of the organisation of their work. Similar to part-time teachers, their teaching hours are distributed over multiple schools, but peripheral activities, such as lesson preparation or professional consultation, are not. Moreover, their teaching activities are interrupted by travel between schools. Research shows that working time which is made up of sequences of shorter periods interrupted by other activities is more difficult to estimate correctly than a continuous period of working time (Chenu, 2002).

The complexity of the teaching profession in terms of core and peripheral tasks, tasks done at home or at school, and tasks done in the presence or absence of pupils, combined with the irregularity of their daily and weekly schedules is precisely what makes the correct measurement of teachers' working time and the context in which it takes place so important (Allen et al., 2020). Yet, at the same time, this complexity makes it prone to measurement errors that impair the validity of the questionnaire methodology when investigating teachers' working time. This finding has direct consequences for existing studies on teachers' workloads that utilise a questionnaire methodology. Recent TALIS reports (OECD, 2019a, 2020) determine how many hours and what percentage of the time worked is actually spent on teaching and lesson preparation based on survey questions. Our results indicate that these findings might be severely biased. Adding a time-diary component to these studies is strongly recommended.

One of the limitations of this study in light of recent developments is that the fieldwork took place before the COVID-19 crisis. Among other things, the health crisis profoundly changed the teaching profession, with tasks taking place outside the workplace even more often than before and the rise of more flexible work arrangements. This development made teachers' work of teachers more irregular, while work activities have been interrupted by other activities to a greater extent, which substantially complicates the registration of working hours. Within this new working context for teachers, it is plausible that differences between the two methods of registration will be higher.

Another limitation of the study is that there is currently no insight into the context in which an activity takes place, such as who was present and whether respondents enjoyed an activity, as this may have consequences for the perceived workload of an activity. Furthermore, we have not investigated how differences between both methods are related to outcomes such as teacher attrition and burnout.

## 6. Conclusion

Recent research has raised concerns about the accuracy of teachers' working time through traditional questionnaires. Our study demonstrates that these concerns are indeed justified. Questionnaires gauging teachers' working hours are prone to a number of measurement errors when stratifying by teachers' profiles or the various work-related activities. In studies using working time estimates from questionnaires, the workload of teachers with an atypical profile (i.e., part-time employed teachers and teachers with appointments in more than one school) is systematically lower than the reported workload in time-diaries. Furthermore, core activities that involve direct teacher-to-student interaction are substantially inflated in questionnaires, while time spent on peripheral activities, such as lesson preparation, school organisation and professional consultation, are captured less accurately in questionnaires than in time-diaries. Consequently, these differences in estimates might significantly affect conclusions on potential correlates, such as the well-known negative consequences of workload on work-life balance, teacher burnout, early retirement

and teacher attrition.

This is even more worrisome because, currently, the teaching profession is characterised by increasingly complex job characteristics and a policy-driven focus away from core tasks to more peripheral tasks. There is also an international tendency of increased part-time work among teachers due to increased feminisation and, in some regions, a lack of available full-time positions (OECD, 2019a) and a continued erosion of stable jobs, especially for early career teachers (Elchardus et al., 2009). An inaccurate estimation of working time by atypical teachers, who are increasingly becoming the standard, might lead to a potential underestimation of harmful work-related outcomes. Moreover, the inaccurate estimates of time spent on teaching and peripheral activities related to school organisation in questionnaires might lead to an underestimation of the potential negative consequences for the quality of education due to the intensification and rationalisation of teaching. If policy makers wish to avoid teacher burnout and attrition, it becomes crucial to map their workload correctly and in sufficient detail so that atypical teachers do not become disproportionally burdened and adaptive policies can be implemented. The very characteristics of the teaching profession that make it so important to measure working time among teachers (e.g., irregularity and part-time employment) are exactly those characteristics that cause traditional questionnaire methods to fall short. A shift towards the estimation of teachers' working times using time-diary methods is highly recommended as is a revision of the conclusions on potential outcomes.

## Funding

This research was supported by the Vlaamse Overheid / Regering (Flemish Government) under grant "Time-use of teachers in primary and secundary education.

## Declaration of competing interest

The authors declare that they have no conflict of interest.

## Appendix A. The activity list used for the time-diary

1. Lesson preparation and correction work
    11. Preparation of lessons, tasks, exercises, tests, final papers, integrated tests
    12. Preparation of internships, excursions, dual learning, workplace learning,
    13. Completing a pupil's diary or homework notebook
    14. Monitoring/checking/correcting tasks, exercises, worksheets, tests, final papers, integrated tests (also online)
    15. Analysing tests (e.g., analysing errors)
2. Teaching and teaching replacement activities
    21. Teaching: lecturing, demonstrating, explaining, holding group discussions, guiding group work, contract work
    22. Supervising gymnastics lessons, swimming lessons, sports activities
    23. Examinations, mock exams, integrated testing
    24. Supervising activity inside or outside the school (school trip, theatre trip, excursion, philosophical activity) (intra- and extra-curricular)
3. Pupil counselling and parent contact
    31. (Individual) pupil guidance
    32. Parent conversations (also by telephone)
    33. Posting information on school websites, social media, blog

P. te Braak, F. Van Droogenbroeck, J. Minnen et al.                    Teaching and Teacher Education 109 (2022) 103536

34. Other activities related to contact with parents (preparation, follow-up, visits)

4. Internal and external professional consultation

41. Participating in staff meetings, grade meetings, annual meetings, class councils, multidisciplinary consultations, course meetings
42. Participating in school council, educational council, pupil council, parent council, teacher council, management council
43. Participating in official representative bodies (works council, labour unions)
44. Consultation regarding traineeships, intra/extra-curricular activities (also by telephone)
45. Other consultation or information exchange about pupils, lessons, or school activities (also by telephone)
46. Preparing, processing, and following up meetings and consultations (researching, reading documents, making reports)

5. Supervision and surveillance

51. Supervision during school hours; breaks, at the beginning and end of school hours, school gate surveillance
52. Supervising pupils outside school hours: mornings, evenings, Wednesday afternoons, during lunch-time, escorting pupils to and from school
53. Substitution of an absent colleague during normal school hours
54. Supervising a multiple-day school trip
55. Permanence during holidays or compulsory assignments

6. Class administration and management of materials and classrooms

61. Preparing/maintaining materials, cleaning up of classrooms
62. Preparing white/blackboards, digital boards
63. Annual, monthly, and weekly planning
64. Completing attendance lists
65. Entering evaluations, filling in the pupil monitoring system, writing reports
66. Developing attainment targets, learning objectives, progress plans, individual guidance plans
67. Class administration: keeping payment lists, arranging internships

7. School organisation and policy support

71. Coordinating care, kindergarten, ICT, courses, equal educational opportunities
72. Planning school timetables, supervision schedules, rotation schemes
73. Activities in support of school activities (school work plan, school rules, learning and development plans)
74. Administration in the context of organisation and policy support (financial transactions, insurance)
75. Other tasks related to policy support (e.g., tasks in a work group)

8. Additional training

81. Reading of professional literature (books, journals, manuals)
82. Participation in studies, training, workshops (including talks in relation with training)
83. Self-study concerning digital curriculum tools, agenda systems, learning platforms, pupil monitoring systems, digital board

84. Attending a lesson from a colleague, consultation, peer support

9. Other work activities

91. Emailing (as a work activity)
92. Talking, informal contact at work
93. Taking a break or waiting at work
94. Providing medical or personal care to pupils
95. Supporting and supervising the school newspaper, school choir
96. Supervising helping, coaching (new) colleagues/trainees
97. Preparing and helping with fundraisers, school parties, information days
98. Staff parties, team building activities
99. Other work activities (e.g., doing chores, shopping)

10. Paid work outside education

11. Travel

111. Travel to/from work
112. Travel between two schools or branches
113. Travel during work
114. Non-work-related travel (household, children, leisure)
115. Waiting

12. Personal care, sleeping, eating, and drinking

121. Eating, lunch, drinking (also at work)
122. Personal care, washing, getting up
123. Sleeping, resting
124. Sick in bed
125. Seeing a care provider (doctor, dentist)

13. Household tasks, childcare (private, non-work)

131. Administration, finances, organising, visiting services (private, non-work)
132. Household tasks, cooking, shopping (private, non-work)
133. Gardening, chores (private, non-work)
134. Childcare and activities with children (private, non-work)

14. Culture, leisure, social participation, media (private, non-work)

141. Hobbies, sports and games, culture, trips (private, non-work)
142. Talking, calling, email, text messages, chatting (private, non-work)
143. Community life, voluntary work, unpaid help to family/acquaintances (private, non-work)
144. Internet: searching for information, surfing, social media (private, non-work)
145. Music, radio, reading book/newspaper, magazine (private, non-work)
146. TV, DVD, Netflix (private, non-work)

15. Other time use (private, non-work)

151. Other activities outside work (private, non-work)
152. Relaxing, doing nothing, meditating (private, non-work)
153. Time management, recording diary (private, non-work)

## References

Allen, R., Benhenda, A., Jerrim, J., & Sims, S. (2020). New evidence on teachers' working hours in England. An empirical analysis of four datasets. *Research Papers in Education*, 1–25. https://doi.org/10.1080/02671522.2020.1736616

Apple, M. W. (1986). *Teachers and texts: A political economy of class and gender relations in education*. Routledge.

Ball, S. J. (2016). Neoliberal education? Confronting the slouching beast. *Policy*

*P. te Braak, F. Van Droogenbroeck, J. Minnen et al.*                                                                                                   *Teaching and Teacher Education 109 (2022) 103536*

*Futures in Education, 14*(8), 1046–1059. https://doi.org/10.1177/1478210316664259

Ballet, K., & Kelchtermans, G. (2009). Struggling with workload: Primary teachers' experience of intensification. *Teaching and Teacher Education, 25*(8), 1150–1157. https://doi.org/10.1016/j.tate.2009.02.012

Bonke, J. (2005). Paid work and unpaid work: Diary information versus questionnaire information. *Social Indicators Research, 70*(3), 349–368. https://doi.org/10.1007/s11205-004-1547-6

Caudroit, J., Boiché, J., Stephan, Y., le Scanff, C., & Trouilloud, D. (2011). Predictors of work/family interference and leisure-time physical activity among teachers: The role of passion towards work. *European Journal of Work & Organizational Psychology, 20*(3), 326–344. https://doi.org/10.1080/13594320903507124

Chenu, A. (2002). Les horaires et l'organisation du temps de travail. *Économie et Statistique, 352*(1), 151–167. https://doi.org/10.3406/estat.2002.7397

Craparo, R. M. (2007). Significance level. In N. J. Salkind (Ed.), *Encyclopedia of measurement and statistics* (Vol. 3, pp. 889–891). SAGE. https://doi.org/10.1111/j.1365-2982.2011.01731.x.

Drago, R., Caplan, R., Costanza, D., Brubaker, T., Cloud, D., Harris, N., & Kashian, R. (1999). New estimates of working time for elementary school teachers. April *Monthly Labor Review*, 31–40.

van Droogenbroeck, F., & Spruyt, B. (2014). To stop or not to stop: An empirical assessment of the determinants of early retirement among active and retired senior teachers. *Research on Aging, 36*(6), 753–777. https://doi.org/10.1177/0164027513519449

Elchardus, M., Huyge, E., Kavadias, D., Siongers, J., & Vangoidsenhoven, G. (2009). *Leraars. Profiel van een beroepsgroep* (Lannoo).

European Commission, EACEA & Eurydice. (2018). *The Organisation of school Time in Europe. Primary and general secondary education - 2018/19 (Eurydice-)*. Publications Office of the European Union. https://publications.europa.eu/en/publication-detail/-/publication/9d2adfd6-99c1-11e7-b92d-01aa75ed71a1. (Accessed August 2021).

Eurydice. (2021). *Key features of the education system in Belgium*. European Commision. https://eacea.ec.europa.eu/national-policies/eurydice/content/belgium-flemish-community_en. (Accessed May 2021) Accessed.

European Commission, Eurydice, & Eurostat. (2005). *Key data on education in Europe*.

Goddard, R., & Goddard, M. (2006). Beginning teacher burnout in Queensland schools: Associations with serious intentions to leave. *Australian Educational Researcher, 33*(2), 61–75. https://doi.org/10.1007/BF03216834

Guillaume, F.-R. (2000). Conditions de vie et de travail des enseignants. *Education et formations, 56*, 77–85.

Hargreaves, A. (1989). *Teachers's work and the politics of time and space*. https://files.eric.ed.gov/fulltext/ED307250.pdf. (Accessed August 2021) Accessed.

Hargreaves, A. (1992). Time and teachers' work: An analysis of the intensification thesis. *Teachers College Record, 94*(1), 87–108.

Hattie, J. (2012). Visible learning for teachers. *Maximizing impact on learning*. Routledge.

Innstrand, S. T., Langballe, E. M., Falkum, E., & Aasland, O. G. (2011). Exploring within - and between-gender differences in burnout: 8 different occupational groups. *International Archives of Occupational and Environmental Health, 84*(7), 813–824. https://doi.org/10.1007/s00420-011-0667-y

Jerrim, J., & Sims, S. (2021). When is high workload bad for teacher wellbeing? Accounting for the non-linear contribution of specific teaching tasks. *Teaching and Teacher Education, 105*, 103395. https://doi.org/10.1016/j.tate.2021.103395

Juster, F. T. (1985). Conceptual and methodological issues involved in the measurement of time use. In F. T. Juster, & F. P. Stafford (Eds.), *Time, goods, and well-being* (pp. 19–31). Institute for Social Research, University of Michigan.

Kan, M. Y. (2008). Measuring housework participation: The gap between "stylised" questionnaire estimates and diary-based estimates. *Social Indicators Research, 86*(3), 381–400. https://doi.org/10.1007/s11205-007-9184-5

Lavrakas, P. J. (2008). *Encyclopedia of survey research methods*. Sage. https://doi.org/10.4135/9781412963947

Metzker, B. (2003). *Time and learning*. https://doi.org/10.1177/008124630003000402

Minnen, J., & Glorieux, I. (2011). Two days a week ? A comparison of the quality of time-use data from two day diaries, seven day diaries and a weekly work grid. In J. A. Carrasco, J.-D. Sergio, & M. Munizaga (Eds.), *Time Use Observatory (Issue MARCH 2011)* (pp. 106–118). Grafica LOM.

Minnen, J., & Glorieux, I. (2011). Two days a Week ? A comparison of the quality of time-use data from two day diaries, seven day diaries and a weekly work grid. In J. A. Carrasco, J.-D. Sergio, & M. Munizaga (Eds.), *Time use observatory (issue MARCH 2011* (pp. 106–118). Grafica LOM.

Minnen, J., Glorieux, I., Tienoven, T. P. van, Weenas, D., Deyaert, J., Bogaert, S. van den, & Rymenants, S. (2014). Modular online time use survey (MOTUS) — translating an existing method in the 21 st century. *Electronic International Journal of Time Use Research, 11*(1), 73–93. https://doi.org/10.13085/eIJTUR.11.1.73-93

Minnen, J., Nagel, E., & Sabbe, K. (2020). *Source TM: Software outreach and redefinition to collect E-data through MOTUS. Towards a modular online time use survey*. https://ec.europa.eu/eurostat/documents/9986036/10970806/847218_BE_final+report_Main+document.pdf. (Accessed August 2021) Accessed.

Niemi, I. (1993). Systematic error in behavioural measurement: Comparing results from interview and time budget studies. *Social Indicators Research, 30*(2–3), 229–244. https://doi.org/10.1007/BF01078729

OECD. (2018). *Teaching for the future. Effective classroom practices to transform education*. https://doi.org/10.1787/9789264293243-en

OECD. (2019a). TALIS 2018 results (volume I). In *Teachers and school leaders as lifelong learners*. TALIS, OECD Publishing. https://doi.org/10.1787/1d0bc92a-en.

OECD. (2019b). TALIS 2018 technical report. In *OECD publishing*. https://doi.org/10.1021/op8002129

OECD. (2020). *TALIS 2018 results (volume II): Teachers and school leaders as valued professionals*. TALIS, OECD Publishing. https://doi.org/10.1787/19cf08df-en

Otterbach, S., & Sousa-Poza, A. (2010). How accurate are German work-time data? A comparison of time-diary reports and stylized estimates. *Social Indicators Research, 97*(3), 325–339. https://doi.org/10.1007/s11205-009-9504-z

de Ro, J. (2008). *Education in Flanders. The Flemish educational landscape in a nutshell*.

Robinson, J. P. (1985). The validity and reliability of diaries versus alternative time use measures. In F. T. Juster, & F. P. Stafford (Eds.), *Time, goods, and well-being* (pp. 33–62). Survey Research Center, Institute for Social Research, University of Michigan.

Robinson, J. S. P., & Bostrom, A. (1994). The overestimated workweek? What time diary measures suggest. *Monthly Labor Review, 117*(8), 11–23.

Robinson, J. P., Chenu, A., & Alvarez, A. S. (2002). Measuring the complexity of hours at work: The weekly work grid. *Monthly Labor Review, 125*(4), 44–54.

Robinson, J. P., & Godbey, G. (1997). *Time for life: The surprising ways Americans use their time*. Pennsylvania State University.

Skaalvik, E. M., & Skaalvik, S. (2018). Job demands and job resources as predictors of teacher motivation and well-being. *Social Psychology of Education, 21*(5), 1251–1275. https://doi.org/10.1007/s11218-018-9464-8

Sonnenberg, B., Riediger, M., Wrzus, C., & Wagner, G. G. (2012). Measuring time use in surveys - concordance of survey and experience sampling measures. *Social Science Research, 41*(5), 1037–1052. https://doi.org/10.1016/j.ssresearch.2012.03.013

Valli, L., & Buese, D. (2007). The changing roles of teachers in an era of high-stakes accountability. *American Educational Research Journal, 44*(Issue 3). https://doi.org/10.3102/0002831207306859

Vannest, K. J., & Hagan-Burke, S. (2010). Teacher time use in special education. *Remedial and Special Education, 31*(2), 126–142. https://doi.org/10.1177/0741932508327459