# EXHIBIT 2

FIFTH EDITION



C    11-98
COLLOQUIUM-USED
NO REFUND IF REMOVED
$46.00

# RESEARCH FOR MARKETING DECISIONS

## PAUL E. GREEN · DONALD S. TULL
## GERALD ALBAUM

*Fifth Edition*

# Research for Marketing Decisions

## Paul E. Green
University of Pennsylvania

## Donald S. Tull
University of Oregon

## Gerald Albaum
University of Oregon



PRENTICE HALL, Englewood Cliffs, New Jersey 07632

**Library of Congress Cataloging-in-Publication Data**

Green, Paul E.
    Research for marketing decisions.

    Includes index.
    1. Marketing research.   I.  Tull, Donald S.
II  Albaum, Gerald   III.  Title.
HF5415.2.G68  1988        658.8'3        88-5800
ISBN 0-13-774175-8

Editorial/production supervision and
    interior design: Rob DeGeorge
Cover design: Lundgren Graphics, Ltd.
Manufacturing buyer: Margaret Rizzi

 © 1988 by Prentice-Hall, Inc
A Division of Simon & Schuster
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

ISBN 0-13-774175-8

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall of Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

# Contents

**PREFACE**                                            *x*

## PART I    *PROBLEM FORMULATION*

## 1    MARKETING RESEARCH—CONTENT AND STRATEGY                          *1*

Introduction,  *1*    The Content of Marketing Research,  *2*    The Characteristics of Marketing Management,  *7*    Probability Theory and Decisions,  *15* Marketing Research and Marketing Information Systems,  *18* Manager-Researcher Dialogue,  *20*

Summary,  *23*    Appendix 1-1,  *23* Assignment Material,  *26*

## 2    THE TACTICS OF MARKETING RESEARCH—PLANNING THE RESEARCH PROJECT                  *28*

Introduction,  *28*    Problem Formulation,  *30*    Method of Inquiry,  *40*    Research Method,  *43*    Research Design,  *44* Data and Collection Techniques,  *44* Sample Design,  *44*    Data Collection,  *45*    Analysis and Interpretation,  *46*    Research Report,  *46*    Additional

**vi**   *Contents*

Considerations,   *47*   Components of
the Research Plan,   *50*   Scheduling
Research Activities,   *52*
Summary,   *53*   Appendix 2-1,   *53*
Assignment Material,   *56*

# 3   MARKETING RESEARCH—THE VALUE AND COST OF DECISION-MAKING INFORMATION   57

Introduction,   *57*   The Essentials of
Bayesian Decision Theory,   *59*
The Cost and Value of Research
Information,   *66*   Measuring
Conditional Payoffs,   *75*   Costs of
Conducting a Research Project,   *81*
Evaluation of the Bayesian
Approach,   *82*   Summary,   *91*
Appendix 3-1,   *91*   Assignment
Material,   *93*

# 4   THE TACTICS OF MARKETING RESEARCH—RESEARCH DESIGN   96

Research Design,   *96*   The Sources
of Marketing Information,   *110*
Types of Errors Affecting Research
Designs,   *122*   Methods for
Dealing with Potential Errors,   *127*
Choosing a Research Design,   *129*
Summary,   *132*   Appendix
4-1,   *132*   Assignment
Material,   *137*
Cases for Part I,   *142*

# PART II   TECHNIQUES OF OBTAINING DATA

# 5   INFORMATION FROM RESPONDENTS   149

Introduction,   *149*   Types of
Information That Can Be Obtained
from Respondents,   *150*
Communication,   *157*   Interviewing
Media,   *171*   The Use of
Panels,   *186*   Observation,   *188*
Direct Versus Indirect Research
Techniques—An Assessment,   *192*
Summary,   *195*   Assignment
Material,   *196*

# 6   EXPERIMENTATION   198

Introduction,   *198*   The Nature of
Experimentation,   *199*   Ingredients
of a Marketing Experiment,   *202*
Sources of Invalidity,   *207*   Models
of Experimental Design,   *214*
Panels and Experimental
Design,   *233*   Field
Experimentation in Marketing,   *235*
Summary,   *237*   Assignment
Material,   *237*

# 7   MEASUREMENT IN MARKETING RESEARCH—GENERAL CONCEPTS AND INSTRUMENT DESIGN   240

Introduction,   *240*   Definitions in
Research,   *241*   Measurement
Concepts,   *242*   Sources of
Variation in Measurement,   *246*

Validity and Reliability of Measurement, *249* Asking Questions, *256* Some Concluding Comments, *272* Summary, *275* Assignment Material, *275*

# 8 MEASUREMENT AND SCALING IN MARKETING RESEARCH *280*

Introduction, *280* Data Collection Methods, *281* Techniques for Scaling Stimuli, *292* Techniques for Scaling Respondents, *305* Scaling Both Stimuli and Respondents, *310* Limitations of Scaling Procedures, *312* Summary, *313* Assignment Material, *313*

# 9 SAMPLING PROCEDURES IN MARKETING RESEARCH *316*

Introduction, *316* The Decision Concerning What Type of Sample To Take, *317* Nonprobability Sampling Procedures, *325* Probability Sampling Designs, *329* The Decision Concerning What Size Sample to Take, *334* Estimating Sample Size by Traditional Methods, *338* The Bayesian Approach to Sample-Size Determination, *348* Evaluation of the Traditional and Bayesian Approaches, *351* Summary, *361* Appendix 9-1, *352* Assignment Material, *355* Cases for Part II, *357*

# PART III ANALYZING ASSOCIATIVE DATA

# 10 THE ANALYSIS PROCESS—BASIC CONCEPTS AND ANALYZING ASSOCIATIVE DATA *379*

Introduction, *379* Major Steps in the Analysis Process, *380* General Comments on Data Tabulation, *383* Basic Concepts of Analyzing Associative Data, *388* More on Cross Tabulation, *388* Chi-Square Tests, *399* Indexes of Agreement, *404* An Overview of Multivariate Procedures, *410* Summary, *417* Appendix 10-1, *418* Assignment Material, *422*

# 11 MULTIPLE AND PARTIAL REGRESSION *425*

Introduction, *425* Some Basic Concepts, *427* Multiple and Partial Regression, *438* Computerized Regression, *443* Multicollinearity and Related Problems, *455* Rank Correlation, *460* Summary, *462* Assignment Material, *463*

# 12 ANALYSIS OF VARIANCE AND COVARIANCE *465*

Introduction, *465* Experimental Design and the Analysis of Variance, *466* Multiple Classifications, *476* Analysis of Covariance, *481* Computer

Routines for the Analysis of Variance and Covariance, *484*   Interpreting Experimental Results, *486*   Basic Concepts of Multivariate Analysis of Variance and Covariance, *490* Summary, *491*   Assignment Material, *491* Cases for Part III, *493*


**PART IV   *ADVANCED TECHNIQUES IN ANALYZING ASSOCIATIVE DATA***

**13   OTHER TECHNIQUES FOR ANALYZING CRITERION–PREDICTOR ASSOCIATION            507**

Introduction, *507*   Two-Group Discriminant Analysis, *508* Multiple Discriminant Analysis, *526* Computerized Analysis, *528* Automatic Interaction Detection, *529* Other Techniques for Criterion-Predictor Association, *537* Summary, *544*   Assignment Material, *545*


**14   FACTOR ANALYSIS AND CLUSTERING METHODS            553**

Introduction, *553*   Basic Concepts of Factor Analysis, *554*   Principal-Components Analysis, *565* Computerized Factor Analysis, *569* Other Topics in Factor Analysis, *573*   Basic Concepts of Cluster Analysis, *577*

Applications of Cluster Analysis, *587*   Summary, *595* Assignment Material, *596*


**15   MULTIDIMENSIONAL SCALING AND CONJOINT ANALYSIS            599**

Introduction, *599*   MDS Fundamentals, *600*   Classifying MDS Techniques, *603*   Marketing Applications of MDS, *610*   Newer Applications, *613*   Fundamentals of Conjoint Analysis, *616*   An Example of Metric Conjoint Analysis, *619*   Other Aspects of Conjoint Analysis, *624* Applications of Conjoint Analysis, *628*   Summary, *632* Assignment Material, *632* Cases for Part IV, *633*


**PART V   *SELECTED ACTIVITIES IN MARKETING RESEARCH***

**16   FORECASTING PROCEDURES IN MARKETING RESEARCH            643**

Introduction, *643*   The Nature of Forecasting, *643*   Approaches to Forecasting Sales, *647*   Forecasting Techniques, *649*   Forecasting Market Share, *663*   Probability

Forecasting and Cost Versus Value of Information,  *663*  Summary,  *668* Assignment Material,  *669*

## 17   BRAND POSITIONING AND MARKET SEGMENTATION                672

Introduction,  *672*   Market Strategy Formulation,  *675*   Brand and Service Positioning,  *678*   Market Segmentation,  *687*   Positioning and Segmentation Combinations— A Beer Company Example,  *693* Summary,  *707*   Assignment .Material,  *708*

## 18   EVALUATING NEW MARKETING STRATEGIES                709

Introduction,  *709*   New-Product Development and Testing,  *710* Testing Components of the Marketing Mix,  *730*   Large-Scale Market Simulators,  *739*   Summary,  *745* Assignment Material,  *745* Cases for Part V,  *746*

## APPENDIX A— STATISTICAL TABLES       757
## INDEX                771

Exhibit 5-1    Add Protocols to the Qualitative Research Tool Kit

A *protocol* is a record of a respondent's verbalized thought processes while performing a decision task or while problem solving. This record is obtained by asking the respondent to "think out loud" or talk about anything going through his or her head while performing the task at hand. Protocols can be collected either in a laboratory situation while the respondent is making a simulated purchase or in the field while an actual purchase decision is being made. This approach is the *concurrent protocol*. Another version is the *retrospective protocol* in which the verbalizing out loud is done just after the task has been finished.

In contrast to traditional survey methods, protocol methodology allows a person to respond freely in his or her own terms in relation to the actual choice task or decision situation. The form and particular stimuli to which the research subject should respond is not defined or specified by the researcher.

Consumer protocols have been collected on actual shopping trips or in simulated shopping environments. Protocols can be useful in studying brand choice, product categorization, product usage patterns and attitudes, and the impact of shopping environment and situational variables on behavior.

Since data are collected in an unstructured way there is the problem of interpretation. By its very nature protocol-based data are subjective. Thus, some form of content analysis will be needed. This could lead to incomplete information being provided. Although protocols can provide great detail and breadth of coverage, they are best suited for use with other techniques.

**Source:** Adapted from Susan P. Douglas and C. Samuel Craig, *International Marketing Research* (Englewood Cliffs, N.J.: Prentice-Hall, 1983), pp. 162–68. A more complete exposition is in K. Anders Ericsson and Herbert A. Simon, *Protocol Analysis: Verbal Reports As Data* (Cambridge, Mass.: MIT Press, 1984).

market layout and design.[22] A sample of 50 housewives was asked to "draw a supermarket" in conjunction with an interview. Some of the findings, of which the reader may make his or her own interpretations, were: (1) the meat department was omitted in about 1 out of 10 drawings, produce in 1 out of 5, and dry groceries in 1 out of 4; (2) the produce department was drawn first in about 2 out of 5 drawings, meats in 1 out of 5, dairy in 1 out of 6, and dry groceries in 1 out of 6; (3) the meat department was, on the average, drawn about 50% *larger* than the dry groceries department. Actually it is only about one-third as large as the dry groceries department in a store of the dimensions involved. Produce was drawn 80% as large as dry groceries, though it too occupies only about one-third of the space actually allotted to dry groceries.

## INTERVIEWING MEDIA

Several alternative media are available for obtaining information from respondents through communication. Respondents may be interviewed in person or interviewed by telephone, or they may be mailed a questionnaire to which they are asked to respond.

[22]H. E. Krugman, "The 'Draw a Supermarket' Technique," *Public Opinion Quarterly*, 24 (Spring 1960), 148–49.

### *Response and Nonresponse Bias*

A major concern of the research planner in choosing which medium to use is the potential systematic error (i.e., bias) that might arise. In Chapter 4 we discussed total error and looked at its major components. At this point it is useful to explore error further but in a slightly different context. Controlling errors related to the sampling process is discussed in Chapter 9. Our concern here is with nonsampling-based potential error. In communication, error may be due to the nature of response given and/or to the fact that the sample member has not responded.

### Response Bias

Response as a source of error, or response bias, may arise because of carelessness in reporting and recording, measurement error, or lying.[23] For instance, questions that ask respondents to reconstruct past experiences also run a high risk of response bias. More specific is the possibility of a respondent *telescoping*, remembering when an event occurred during a short recent time period. One suggestion for reducing telescoping is to use *bounded recall* procedures, which involves asking questions about the events of concern in previous time periods, as well as the time period of research interest.[24]

A complex source of inaccuracy in response stems from the respondents' appraisal of the investigator and the opinions and expectations that are imputed to him or her. Although much remains to be learned about the nature of the cues from which respondents draw inference about investigators' opinions, there is sufficient evidence to conclude both that such inferences are drawn and that they influence responses.

The investigator's appearance and manner will often influence responses. A "classic" example is a cosmetics study that showed an unexpectedly high reported usage of luxury cosmetics among women from low-income families. In this case, one woman interviewer had conducted all the interviews in the low-income area. She was an exceptionally well dressed and carefully groomed person who was known to be a very competent interviewer. The director of the study hypothesized that the responding women had reported using more expensive cosmetics than they actually used because they thought that these were the kinds of cosmetics the interviewer used. To test this hypothesis, a matronly woman, dressed similarly to the women to be interviewed, was asked to call on the same respondents and use the same questionnaire on the following day. The reported brands of cosmetics used were much less expensive, on the average, in this series of interviews.[25]

The level of rapport established between the investigator and the respondent is an important factor in reducing response bias. There have been instances in which the

---

[23]See I. A. Lewis and W. Schneider, "Is the Public Lying to The Pollsters?" *Public Opinion*, 5 (April/May 1982), 42–47.

[24]S. Sudman, A. Finn, and L. Lannam, "The Use of Bounded Recall Procedures in Single Interviews," *Public Opinion Quarterly*, 48 (Summer 1984), 520–24. For a related discussion of how to deal with telescoping, see William A. Cook, "Telescoping and Memory's Other Tricks: Short-Term and Long-Term Strategies for Survey Methods Development," paper presented at the Fourth Annual Advertising Research Foundation Research Quality Workshop, September 15–16, 1986.

[25]E. G. Morgan, "The Right Interviewer for the Job," *Journal of Marketing*, 16 (October 1951), 201–2.

respondents reported later that they thought they were being interviewed for such purposes as establishing a credit rating, investigating past income tax returns, or determining whether their house met the requirements of the local building code. It is understandable that, under these conditions, the respondent might not be willing to give candid and informative answers to all the questions asked.

So far we have considered only the unwillingness of the respondent to provide accurate information. The investigator's side of the coin should also be considered. The investigator may be unwilling to obtain accurate information, even if the respondent is willing to provide it.

The most common form of this problem is interviewer cheating. The ways in which the interviewer may obtain inaccurate information deliberately and his or her motives for doing so are limited only by ingenuity and personality. It may be, for example, that an interviewer finds that a particular question is embarrassing to ask. As a result, the interviewer may decide to supply his or her own answer or to make an estimate or inference of what the respondent's answer would be if the question were asked. (It is probable that this happens relatively frequently with respect to the age and income of respondents.) At the other extreme, reports of "interviews" are occasionally submitted without the "interviewer" having taken the trouble to contact any respondents. A compromise between these extremes is the interviewing of friends but listing the names of the people that were supposed to be interviewed.

Like embezzling, interviewer cheating can be kept to a low level of incidence but not eliminated completely. Careful selection, training, and supervision of interviewers will eliminate much of the problem. In addition, control procedures can and should be established that will reduce it even more.

The simplest control procedure is the "call-back." If the interviewers are aware that a subsample of respondents will be queried after the interviewing reports have been turned in, the fear of being caught will discourage cheating. If the information on an initial interview is found to disagree significantly with that on the call-back interview, additional call-backs may be made on respondents originally interviewed by the same person.

Other control procedures include the analysis of responses obtained by each investigator and the use of "cheater" questions. In studies where the volume of information obtained makes it worthwhile to use machines for tabulation and analysis, analyses of the patterns of responses obtained by each interviewer can be made at very little additional cost. Significant variations from expected norms can then be investigated. In many telephone surveys, for example, this type of analysis is possible. Similarly, mall-intercept and other personal interview approaches involving respondents interacting with a personal computer can use these control procedures. Software packages such as CAPPA[26] and the Ci2 System are used to conduct interviews as well as to generate questionnaires.

The use of "cheater" questions in the questionnaire is a less widely used and publicized control device. Questions can be devised that will disclose fabricated answers with a reasonably high probability of success. Understandably, the research directors using this technique have not been interested in publicizing either the fact that they use

[26]P. E. Green, P. Kedia, and R. Nikhil, *Electronic Questionnaire Design and Analysis with CAPPA* (Palo Alto, Calif.: Scientific Press, 1985).

it or the type of questions they use. Response bias (in the context of inaccuracy related to the asking of questions) is also discussed in Chapter 7.

## Nonresponse Error

A *nonresponse error* occurs when an individual is included in the sample to be taken but, for any of many possible reasons, is not reached. In most consumer surveys this is a source of a potentially sizable error.

Families who, after several attempts, cannot be reached generally have different characteristics than those who can be reached to provide information. For example, families in which all members are usually away from home during the day differ from those families in which at least one member can usually be found at home with respect to age, number of small children, and the proportion of time in which the wife is employed.

The seriousness of nonresponse error is magnified by the fact that the direction of the error is often unknown, and while the maximum error due to the nonresponse can be determined (by assuming that the nonrespondents would each have responded in a given way), it is difficult to estimate the actual magnitude of the error.

A method of estimating both the direction and the magnitude of the nonresponse error is that devised by Politz and Simmons.[27] In addition to the regular questions on the questionnaire, each respondent is asked on how many of $k$ similar periods (evenings if the respondent is being interviewed in the evening) he or she would have been home.

For example, one typically sets up seven respondent groups, where the estimated proportion of the time persons in each group are at home is 1/7, 2/7, . . . ,7/7 of the time. Having done this, one estimates a total-sample mean by weighting the separate results of each group by the *reciprocal* of the estimated proportion of the time that the members of that group are at home. In this way respondents who are not often at home receive more weight (than those who are usually at home) in the calculation of the weighted mean.

So called not-at-homes are, of course, only one source of nonresponse bias. The other major source is refusals, which were discussed in Chapter 4.

## The Personal Interview

As the name implies, the *personal interview* consists of an interviewer asking questions of one or more respondents in a face-to-face situation. The interviewer's role is to get in touch with the respondent(s), ask the desired questions, and record the answers obtained. The recording of the information obtained may be done either during or after the interview. In either case, it is a part of the interviewer's responsibility to ensure that the content of the answers is clear and unambiguous and that it has been recorded correctly.

While it is substantially more expensive on a per-completed-interview basis, the personal interview as a collection medium has several advantages relative to telephone interviews and mail questionnaires. It provides the opportunity to *obtain a better sample*,

[27]Alfred Politz and Willard Simmons, "An Attempt to Get the 'Not at Homes' into the Sample without Callbacks," *Journal of the American Statistical Association*, 44 (March 1949), 9–31.

since virtually all the sample units can be reached and, with proper controls and well-trained interviewers, nonresponse can be held to a minimum. It also gives the *opportunity to obtain more information*, as a personal interviewer can be of substantially greater length than either a telephone interview or a mail questionnaire. Finally, it permits *greater flexibility*. More freedom is provided for adapting and interpreting questions as the situation requires, especially in the case of unstructured personal interviews.

The limitations of the personal interview are the cost and the response bias that may be induced by poorly trained or improperly selected interviewers. The reader will recall the discussion of interviewer-induced response bias in the previous section. In a sense, the problems of the personal interview arise from its very nature in that it is bound up with social interaction and the communication of meaning in language.[28] A personal interview, after all, is an interaction between *strangers* often (but not always) on the respondent's territory, initiated by the interviewer.

For consumer research, major places of interviews for many studies are shopping malls, where the so-called mall-intercept method is used. This method involves having interviewers stationed at selected places in a mall and having them request interviews from people who pass by. Presumably the people are chosen on the basis of a predetermined sampling plan. At times, monetary incentives may have positive effects.[29]

To illustrate, Soft Care Apparel, a manufacturer of infant apparel, uses mall intercepts to test-market its new goods.[30] The company's new designs are compared with current designs and competitive designs in a type of simulated marketplace situation. The company feels that mall intercepts are effective because responses are obtained from all different types of people for assessing differences in regions.

The mall intercept method is perhaps the fastest-growing method of data collection in marketing research, whereas telephone interviewing is still the most widely used method. The two have many things in common but are also substitutable for each other. Bush and Hair compared the two methods in a study limited to one geographic area.[31] They found that the overall quality of data (completeness, depth) was about equal for each method. Yet the mall intercept yielded less distortion in data than the telephone approach. The telephone method seems to elicit more socially acceptable responses. A significantly lower participation refusal rate was obtained from the mall intercept. The following interesting conclusions were reached based on the methodological comparisons made:

- Mall intercept interviewing would be useful in obtaining personal information such as income, name, and telephone number in a face-to-face manner.

[28]The research interview as a form of complex social interaction is discussed in M. Brenner, "Interviewing: The Social Phenomenology of a Research Instrument," in *The Social Contexts of Method*, ed. M. Brenner, P. Marsh, and M. Brenner (New York: St. Martin's Press, 1978), pp. 122–39.

[29]F. Wiseman, M. Schafer, and R. Schafer, "An Experimental Test of the Effects of a Monetary Incentive on Cooperation Rates and Data Collection Costs in Central-Location Interviewing," *Journal of Marketing Research*, 20 (November 1983), 439–42.

[30]"Research Basic to Baby-Wear Business," *Marketing News*, 21 (February 13, 1987), 26, 28.

[31]A. J. Bush and J. F. Hair, Jr., "An Assessment of the Mall Intercept as a Data Collection Method," *Journal of Marketing Research*, 22 (May 1985), 158–67.

- More accurate and less distorted responses appear to be obtained in the mall intercept approach.
- The mall intercept would be a useful method for studies seeking information on forms of desirable and/or undesirable behaviors.
- Since mall intercept respondents are more frequent users of shopping centers, they may be better able to provide more brand and store-oriented information than the telephone respondent.

Although the mall intercept does not appear to be as well suited to probability sampling as other face-to-face interviewing methods, with control for frequency of shopping visit and use of quota sampling the mall intercept method can be a powerful approach for data collection.[32]

Closely related to the mall intercept for consumer research is data collection at the place of purchase. Such *in-store interviewing* asks questions about a just-made specific purchase decision and is conducted at the point of purchase. Obvious advantages of this method are (1) the respondent is usually in a proper state of mind, (2) the recall task is easier, (3) it is easier to contact actual purchasers of a target product category, (4) there are high response rates, and (5) the technique seems to be robust in its application. Applications include the study of competition, urgent marketing issues, and observation of consumer behavior.[33]

### The Telephone Interview

*Telephone interviews* are often used in lieu of personal interviews, especially when the information must be collected quickly and inexpensively and the amount of information required is relatively limited.

The telephone interview is well suited to such research problems as determining "coincidental" viewing of television or listening to radio programs. In this type of study, calls are placed to a sample of telephone subscribers during the time the program is on the air. The person receiving the call is simply asked "Are you now watching television?" and, if so, "What program are you watching?" Other questions such as "How often do you watch this program?" "Who sponsors this program?" and the like may also be asked. The result is a rapid and inexpensive measurement of audience level. D'Lites of America, a restaurant chain, uses telephone tracking studies to gauge advertising awareness, product trial and retrial, and rejection of individual products or restaurants and to determine how D'Lites compares with its competitors with regard to service and quality.[34] Telephone interviews are also useful for early projections of the success of a new product. This type

[32]The issue of sampling is covered by S. Sudman, "Improving the Quality of Shopping Center Sampling," *Journal of Marketing Research*, 17 (November 1980), 923–31.

[33]See G. Meyers, "Consumers Offer 'Fresh' Purchase Data When Questioned in the Store," *Marketing News*, 21 (January 2, 1987), 28–29; and "PIT Stop Discovers Reason Behind Purchasing Habits," *Marketing News*, 20 (September 12, 1986), 1ff.

[34]"Restaurant Chain Credits Marketing for Growth," *Marketing News*, 19 (February 1, 1985), 21.

Exhibit 5-2    Almost All Types of Surveys Can be Conducted in Malls

Most marketing researchers realize that shopping-mall research facilities are useful for advertising and product tests. However, many such researchers do not seem to use malls for other kinds of marketing research, especially surveys. Person-to-person, mail, and telephone surveys are still the "favorites" of quite a number of researchers.

Shopping malls have become the new "main streets" of North America, visited by a broad cross-section of mobile consumers. If, indeed, a cross-section of consumers go to malls, it makes sense to use them for almost every type of marketing and social science survey. At the very least, it makes sense to include them among the viable alternatives being considered.

A research firm located in Winnipeg, Canada has done just this.* This firm opened its "permanent" facility in a mall in Winnipeg in 1970. At the time they interviewed 3,000 shoppers and asked a variety of demographic questions. Upon determining that the shoppers came from all over the area, the wisdom of doing personal interviews in the home, as opposed to the mall, was questioned. The company still uses other forms of data collection, when deemed appropriate.

The company's experience has been that with a *quota sample* by age, sex, and geographic location within a city or other area, and control questions to avoid interviewing the same people twice, the results have been excellent. Doing mall-situated research is faster and less costly than the telephone. Quality, too, is usually better. Often, many people seem to be more candid in malls than they are in other research environments. It may be that the mall is more anonymous and less threatening to them.

The Winnipeg research firm conducted a telephone survey of about 1,000 people throughout the province and found that 95% of the adults had visited one or more shopping centers during the year preceding data collection. At the time there were 30 malls in the province. In Winnipeg, where one-half of the province's population lives, 50% of the people had visited more than five malls during the year, and 70% had been to the one where the company had its facility. Since the company knows where nonusers of "its mall" are located, it can go to their malls when geographic reliability is needed.

*See P.M. Reid, "'Purists' May Disagree, But Almost All Types of Surveys Can Be Conducted in Malls," *Marketing News*, 18 (January 6, 1984), Section 1-p.5.

of interview was used for this purpose and to forecast market growth for the audio compact disc player.[35]

Either a *structured* or an *unstructured* interview may be held. Since the amount of information sought is usually well defined, nonconfidential in nature, and limited in amount, virtually all telephone interviews are structured in nature. This medium does not lend itself well to *indirect* interviews and has not been used much for this purpose.

The telephone interview has advantages in addition to speed and economy. It is frequently easier to get the cooperation of people over the telephone than in a personal interview. This is particularly true in industrial surveys, where an executive may be busy with appointments and unable to see an interviewer when he or she makes a personal call (if a prior appointment has not been made) but can be reached readily by telephone. Interviews by telephone may also successfully be conducted during evening hours, a time

[35]Shaprio and Schwartz, "Research."

TABLE 5-4.  Telephone vs. Personal Interviewing

| | METHOD ATTRACTIVENESS | | | |
| | Telephone | | On-Site | |
| CRITERIA | Quality | Cost | Quality | Cost |
|---|---|---|---|---|
| * Tuning-in to issues (getting a "feel" for the market) | 2.5 | 3.0 | 3.0 | 1.5 |
| * Open-ended questioning; probing (after the tuning-in process) | 3.0 | 3.0 | 3.0 | 2.0 |
| * Mode of analysis | | | | |
| • Qualitative | 3.0 | 3.0 | 3.0 | 2.0 |
| • Statistical | 3.0 | 3.0 | 2.5 | 1.5 |
| * Sample size | | | | |
| • Large | 3.0 | 3.0 | 2.0 | 1.0 |
| • Small | 3.0 | 3.0 | 3.0 | 2.0 |
| * Observation and/or demonstration | -0- | N/A | "10" | N/A |
| * Constituency-building (client relationship with key parties is reinforced) | 2.5 | 3.0 | 3.0 | 2.0 |
| * Quality control/administrative complexity | 3.0 | 3.0 | 2.5 | 1.0 |
| * Time pressure | 3.0 | 3.0 | 2.5 | 1.5 |
| * Cost/budget constraint | N/A | 3.0 | N/A | 1.0 |
| * Privacy/"anonymity" | 3.0 | N/A | 2.5 | N/A |
| * Minimal interruptions | 3.0 | N/A | 2.5 | N/A |
| * Response rate | 3.0 | N/A | 2.5 | N/A |

Note: 3 = most attractive; 2 = acceptable; 1 = least attractive; "10" = absolute requirement; -0- = not appropriate; N/A = not applicable.

**Source:** J. J. Brock, "Phone Interviews Equal In-Person Methodology," *Marketing News,* 20 (January 3, 1986), 72.

when many people are reluctant to be interviewed personally. A recent study of national marketing research companies showed that for industrial marketing research (as well as general marketing research), telephone interviewing is usually as effective as personal interviewing for scope and depth of information that can be obtained (see Table 5-4).

The basic limitations of telephone interviews are the relatively limited amounts of information that can be obtained (at least compared with some alternative methods) and the bias that exists in any sample of subscribers. Subscribers have different characteristics than nonsubscribers, particularly with respect to income and location. The inability to include nonsubscribers in the sample may seriously affect the findings. Perhaps even more sample bias is introduced in the typical telephone survey by the high proportion of subscribers who are not listed in the directory, either because of having an unlisted number or as a result of moving. A technique for including unlisted telephone numbers in the sample frame is called random-digit dialing. This together with other telephone sampling approaches is discussed in Chapter 9.

### Figure 5-4    Telephone Survey Response Decision Process



*NR = Nonrespondent
R = Respondent

Additional problems associated with telephone interviewing are those of sample control and interviewer performance. Often this is manifested by inadequate efforts to complete interviews with some of the "harder-to-reach" respondents. Adding another sample is no substitute for dealing properly with the original sample. Usual control efforts require large clerical staffs to monitor results. Computerized control techniques that can more easily handle the factors involved are now available.[36] As computer-assisted telephone interviewing (CATI) becomes more prevalent, computerized control techniques become more essential.

An emerging aspect of telephone interviewing is the use of CATI.[37] By having the questionnaire on the computer the interviewer can proceed through it easily, which results in less interviewer-induced error. Software that allows this to be handled on personal computers is now available.

Telephone interviewing is an important methodology for marketing research. It is widely used but is sometimes "abused" by use of questionable techniques, particularly for consumer research. As shown in Figure 5-4, which is a schematic diagram of the

---

[36]M. A. Michetti and G. Kennedy, "On-Line Sample Control: Cost-Efficient Way to Raise Response Rates in Phone Surveys," *Marketing News*, 19 (January 4, 1985), 34; and E. Burg. "Computers Measure Interviewers' Job Performance," *Marketing News*, 20 (March 14, 1986), 36.

[37]The entire issue of *Sociological Methods & Research*, 12 (November 1983), is devoted to this topic.

telephone survey research response decision, only *one* of six possible outcomes results in a response. The researcher should strive to maximize the proportion of the original sample that does complete the interview.

### The Mail Interview

*Mail interviews* have been widely used for a variety of purposes. Some indication of the extent of use, both by product or service and by geographic area, is provided by the fact that for several years the Soviet film industry has sponsored mail surveys to evaluate films.

Mail questions provide great versatility at relatively low cost. A questionnaire may be prepared and mailed to people in any location at the same cost per person: the cost of preparing the questionnaire, addressing the letter or card sent, and the postage involved. Unless the name is requested, the respondent remains anonymous and therefore may give confidential information that otherwise would be withheld. The respondent may also answer the questionnaire at his or her leisure, rather than being forced to reply at the time a personal or telephone call is made.

Serious problems are involved in the use of mail questionnaires, however. Perhaps the most serious is the problem of nonresponse. Typically, those people who are indifferent to the topic being researched will not respond. It is usually found necessary to send additional mailings to increase response. Even with added mailings, response to mail questionnaires is generally a small percentage of those sent; the modal response rate is often only 20 to 40%. Experiments involving preliminary contact by letter or telephone call, cover letters, and monetary inducements have increased response rates dramatically in some cases.

Other aspects of mail surveys that are of concern to research designers include follow-up, questionnaire format and length, survey sponsorship, type of postage, personalization, anonymity and confidentiality, deadline date premiums and rewards, and perceived time for task. Reported results of experiments involving these techniques vary, and there appears to be no strong empirical evidence that any one is universally better than the others except for the follow-up and use of monetary incentives.[38] There is no disagreement that use of a monetary incentive increases response rates significantly. Indeed, nonmonetary incentives also appear to have such a positive impact. A major concern, however, is how much the incentive should be. Typically, amounts range from twenty-five cents to one or two dollars. The key issue is whether a larger incentive is cost-effective. That is, Does it generate a sufficiently greater response to justify the added cost? For some studies, the use of a follow-up mailing may be an alternative to monetary

[38]Rather than try to summarize the findings of all the experiments we refer the reader to the following review papers, which are illustrative of those that have been prepared: T. A. Heberlein and R. Baumgartner, "Factors Affecting Response Rates to Mailed Questionnaires: A Quantitative Analysis of the Published Literature," *American Sociological Review*, 43 (August 1978), 447–62; R. A. Peterson and R. Kerin, "The Quality of Self-Report Data: Review and Synthesis," in *Annual Review of Marketing*, ed. B. Enis and K. Roering (Chicago: American Marketing Association, 1981), pp. 5–20; J. Yu and H. Cooper, "A Quantitative Review of Research Design Effects on Response Rates to Questionnaires," *Journal of Marketing Research*, 20 (February 1983), 36–44; and D. Jobber, "Improving Response Rates in Industrial Mail Surveys," *Industrial Marketing Management*, 15 (August 1986), 183–95.

Exhibit 5-3   Theories of Mail Survey Response

Why do people participate as respondents in a survey? The question is often asked by marketing researchers, perhaps all too often implicitly, and seldom is an answer provided other than in terms of specific techniques (including inducements) that have been used to increase participation. The following theories are among those proposed (and studied to varying degrees) as answers to the question raised at the start.

### Exchange

The process of using mail survey techniques to obtain information from potential respondents can be viewed as a special case of "social exchange."* Very simply, social exchange theory asserts that the actions of individuals are motivated by the return (or rewards) these actions are expected to, or usually do, bring from others. Whether a given behavior occurs is a function of the perceived costs of engaging in that activity and the rewards (not necessarily monetary) one expects the other participant to provide at a later date. In order that survey response be maximized, then, three conditions must be present: (1) the costs for responding must be minimized, (2) the rewards must be maximized, and (3) there must be a belief by potential respondents that such rewards will, in fact, be provided.

### Cognitive Dissonance

Cognitive dissonance theory appears to provide a mechanism for integrating, within a single model, much of the empirical research that has been done on inducement techniques for survey response.† As used for explaining survey response, the theory postulates that reducing dissonance is an important component of the "respond/not respond" decision of potential survey respondents.

The process is triggered by receipt of a questionnaire and cover letter asking for participation. Assuming that failure to respond might be inconsistent with a person's self-perception of being a helpful person, or perhaps at least one who honors reasonable requests, failure to respond will produce a state of dissonance which the potential respondent seeks to reduce by becoming a survey respondent. Since the decision process involves a series of decisions for some people, delaying the ultimate decision may be a way to avoid completing the questionnaire without having to reject the request outright and, thus, experience dissonance. Delaying a decision, therefore, may in itself be a dissonance-reducing response.

### Self-Perception

Self-perception theory asserts that persons infer attitudes and knowledge of themselves through interpretations made about the causes of their behavior. Interpretations are made on

the basis of self-observation. To the extent that a person's behavior is attributed to internal causes and is not perceived as due to circumstantial pressures, a positive attitude toward the behavior develops. These attitudes (i.e., self-perception) then affect subsequent behavior.

The self-perception paradigm has been extended to the broad issue of mail survey response.‡ To increase the precision of the paradigm the concepts of *salience* (behaviors one has attended to), *favorability* (the affect or feeling generated by a given behavioral experience), and *availability* (information in memory) are utilized. In addition, to enhance the effects of these on response, labels should be created. Labeling involves classifying people on the basis of their behavior such that they will later act in a manner consistent with the characterization. Self-perception would predict that labeling one's behavior would cause that person to view himself or herself as the kind of person who engages in such behavior; therefore, the likelihood of later label-consistent behavior is increased.

### Commitment and Involvement

Of concern here are the ranges of allegiance an individual may be said to have for any system of which he or she is a member. Consistent behavior is a central theme, with the following characteristics: (1) persists over some period of time, (2) leads to pursuit of at least one common goal, and (3) rejects other acts of behavior.§ Consequently, the major elements of commitment are viewed as including the following:

1. The individual is in a position in which his or her decision regarding a particular behavior has consequences for other interests and activities not necessarily related to it.
2. The person is in that position by his or her own prior behavior.
3. The committed person must recognize the interest created by one's prior action, and realize it as being necessary.

A person who is highly committed to some activity is less likely to terminate the activity than one who is uncommitted.

The theory of commitment (or involvement) can be extended to explain survey response behavior. To do this requires recognition that commitment can be attached to many different aspects of a survey, such as the source or the sponsor, the researcher, the topic and issues being studied, and/or the research process itself. To a large extent, commitment is manifested by interest in what is being asked of the potential respondent. The following hypotheses (untested) can be proposed:

1. The less favorable the attitude toward a survey's sponsor, topic, etc., the less involvement with, and thus the commitment to, anything related to that study.
2. The less the extent of involvement, the more behavior productive of disorder (e.g., nonresponse, deliberate reporting of false information, etc.) is perceived as legitimate.

> 3. The more behavior productive of disorder is perceived as legitimate, the less favorable the attitude toward the survey.

*D. A. Dillman, *Mail and Telephone Surveys: The Total Design Method* (New York: Wiley-Interscience, 1978).

†D. Furse and D. Stewart, "Manipulating Dissonance to Improve Mail Survey Response," *Psychology and Marketing*, 1 (Summer 1984), 79–94.

‡C. Allen, "Perspectives on Mail Survey Response Rates: The Self-Perception Paradigm and Beyond," paper presented at the American Marketing Association Conference on Marketing Theory, 1982.

§H. S. Becker, "Notes on the Concept of Commitment," *American Journal of Sociology*, 66 (July 1960), 32–40.

**Source:**  Adapted from G. Albaum and M. Venkatesan, "Explaining Survey Response Behavior," *Contemporary Research in Marketing*, Vol. 1, ed. K. Möller and M. Paltschik, Proceedings of the Annual Conference of the European Marketing Academy, June 1986.

incentives. That is, an initial mailing and follow-ups without an incentive may be more cost-effective and generate a greater response than one mailing with an incentive. One potential problem with using any incentive, monetary or nonmonetary, is that it may result in responses from people who otherwise might not respond, and the quality of such responses may be suspect.

When designing a mail survey, concern should be for the *total package* of survey procedures rather than any single technique.[39] Unfortunately, the literature rarely reports in this way. Instead, concern in the factorial experiments is for the significance of main and interaction effects. To illustrate how this can be misleading, consider a $2^4$ factorial experiment. Traditional ANOVA analysis indicated no main or interaction effects. Yet the response rates for each of the "packages" ranged from 24% to 66%, giving rise to survey strategy differences.

Since the people responding to a mail questionnaire tend to do so because they have stronger feelings about the subject than the nonrespondents, biased results are to be expected. To measure this bias, it is necessary to contact a sample of the nonrespondents by other means, usually by telephone interviews. The low level of response, when combined with the additional mailings and telephone (or personal) interviews of nonrespondents, results in substantial increases in the per-interview cost. The initial low cost per mailing may therefore be illusory. On the other hand, *nonresponse validation* may indicate that population subgroups have not been omitted and that results may not be biased.

Additional limitations are the length of time required to complete the study and the inability to ensure that questions are fully understood and answers are properly recorded. Proper administration can hold this to a minimum.

[39]See D. A. Dillman, *Mail and Telephone Surveys: The Total Design Method* (New York: Wiley-Interscience, 1978).

By way of conclusion, we propose the following sequence of activities for an "optimal" mail survey:

1. Preliminary notification (letter, post card, telephone call)
2. First mailing
3. Reminder notice (post card, letter, telephone)
4. Follow-up mailing (one or more)
5. Nonresponse validation (based on a subsample of nonrespondents contacted by telephone)

Unpublished research has shown that the number of contacts positively affects response rates. Response varied from 10% using only stage 2 above to 24% using stages 1, 2, 3, and two follow-ups (stage 4). Thus, each additional contact seemed to generate an additional 3–4 percentage point increase in response rate.

### Variations

A variation of the mail interview that is frequently used is the *warranty card*. Most consumer durables have a warranty card included in the package or crate. The buyer is instructed to fill out the card and send it to the manufacturer if he or she wishes to take advantage of the warranty. Information is usually requested on where the item was purchased, what kind of store or outlet sold it, and when it was purchased. If the item is of the type that may be used as a gift (an electric shaver, for example), information on the purpose of the purchase is also sought  Although warranty cards do not provide an extensive amount of information, response rates are substantially higher than for the usual mail questionnaire.

Another variation of the mail questionnaire is the use of *telegrams*. Although this method of requesting information is used infrequently, it has the advantage of rapidity and a relatively high rate of response. Apparently, people who receive telegrams requesting information are impressed and somewhat flattered by the trouble taken to solicit information from them. Offsetting these advantages, however, is the limitation on the amount of information that can be obtained and the obvious higher cost of the medium.

A third variation of the mail questionnaire is the questionnaire that is delivered personally and is either returned via a representative of the research organization or by mail. Dealer surveys are often conducted in this manner, the salespeople calling upon them being used to deliver the questionnaire.

A fourth variation is the questionnaire that is either printed or inserted in a newspaper or magazine. Potential respondents are requested to mail this back to a designated address. Among the many problems with this approach is the lack of any formalized control over the sample. Yet, despite this major limitation, the approach does have a possibility of better hitting the target population, depending on the match between the readership and the population of interest.

A similar method has been used for surveying audiences to classical entertainment.

Surveys are inserted into the program and the respondent is asked to complete the survey and leave it in a designated place. This approach can lower administration and return costs but can lead to greater costs in terms of technical quality. This can be minimized by sound control over the research procedure.[40]

Yet another variation that combines the monetary incentive and the questionnaire is the *answer check*. That is, the questions to be answered are printed on the back of a commercial bank check. The major benefit of this approach is reduced cost. This lower cost is obtained, however, at the expense of the amount of information obtainable and the low response to open-ended questions.

Potential survey respondents are being exposed directly to high technology and the electronic age in surveys. Automated polling machines, which are portable, are being used to conduct surveys in retail stores, hotels, casinos, shopping malls, and other places.[41] These are interactive machines whose reliability has proved to be very good.

### Pretesting

A distinction should be made between a *pretest* and a *pilot survey*. Pretesting is an activity related to the development of the questionnaire or measurement instrument to be used in a survey or experiment. In contrast, a pilot survey is a small-scale test of what the survey is to be, including all activities that will go into the final survey.

Pretesting a questionnaire answers two broad questions: (1) whether or not we are asking "good" questions and (2) whether or not the questionnaire flows smoothly and the question sequence is logical. Pretesting does not, however, ensure that the questionnaire (or even the survey) will be valid, particularly content valid. It has been suggested that for most surveys, a pretest of 30–100 interviews is adequate, provided all subgroups in the main survey population are covered.[42] Ideally, the sample for the pretest should mirror in composition that of the main survey. We discuss questionnaire design per se in Chapter 7.

The pilot study is designed to ascertain whether all the elements in the survey fit together. Thus, questionnaire pretesting may be part of the pilot study but normally should not be. One aspect of the pilot survey is that it can help in deciding upon the size of the original sample for the main survey. Response to the pilot can be used together with the desired obtained sample size to arrive at what size the original sample should be.

Both pretesting and pilot surveys can provide information helpful in managing some of the sources of potential research error. Moreover, in the long run they can both cause a survey to be more efficient and effective.

---

[40]P. Acito and M. Clouthier, "Research in Performing Arts: 8 Tips," *Marketing News*, 19 (January 4, 1985), 4.

[41]See "Stores, Campuses Use Poles for Polls," *Marketing News*, 19 (May 24, 1985), 25ff; and P. Suneson and E. Cadotte, "Research Suggests Automated Polling Machines Yield Reliable and Valid Data," *Marketing News*, 18 (January 6, 1984), Sec. 1 pp. 8, 9.

[42]M. Dale, "Survey Pretesting Can Save Time, Money in the Long Run," *Marketing News*, 19 (March 19, 1985), 6.

## THE USE OF PANELS

Panels are widely used in marketing research. In the preceding chapter we discussed the *continuous panel* as used by syndicated services such as Market Research Corporation of America. In this chapter we present some general characteristics of panels.

Although the panel concept has been used in industrial marketing research, by far its major application has been in studying consumer purchase and consumption patterns, as well as other aspects of consumer behavior. For example, effective use has been made of panels in developing early forecasts of long-run sales for new products. There are major commercial consumer panel organizations, and a number of consumer product companies maintain their own panels or create short-term "ad hoc" panels as the need arises to test new products. In addition, several universities now maintain consumer panels to obtain research data and to generate revenues by providing data to others. Moreover, the application of electronic and communications technology has encouraged new types of panels using advertising delivery via split-cable television and in-store scanner-recording of purchases.

The distinguishing feature of a panel is repeated data collection from a sample of respondents on the same topic.[43] The repeated collection of data from panels creates both opportunities and problems. Panel studies appear to offer at least three advantages over one-time surveys: (1) deeper analysis of the data is possible so that the researcher can, for example, determine whether an overall change is attributable primarily to a undirectional shift for the whole sample or reflects overlapping changes for subgroups; (2) additional measurement precision is gained from matching responses from one interview/data collection point to another; and (3) panel studies offer flexibility that allows later inquiries to explain earlier findings. Because responses are obtained at two or more times, the researcher assumes that "something" happens or can happen (i.e., changes may occur) during the time interval that is of interest. In fact, it is just such changes, analyzed in the form of a *turnover table,* that provide the heart of panel analyses.[44] Assume that we have changed the package in one market for a brand of tissue called Wipe and that we rank a survey of 200 people purchasing the product two weeks before the change $(T_1)$ and a similar measure for the week after change $(T_2)$. The results are shown in Table 5-5. Both (A) and (B) tell us that the gross increase in sales of Wipe over X (this represents all other brands) is 20 units (or 10%). However, only the turnover table from the panel in (B) can tell us that 20 former buyers of Wipe switched to X and that 40 former buyers of X switched to Wipe. In those instances where there is experimental manipulation (e.g., introduction of a new product or the use of split-cable advertising), the manipulation is presumed to cause changes between Time X and Time X + 1. We discuss panels and experimental design in Chapter 6.

Panel studies are a special case of longitudinal research, where respondents are typically conscious of their ongoing part in responding to the same or similar questions

[43] See S. Sudman and R. Ferber, *Consumer Panels* (Chicago: American Marketing Association, 1979).
[44] See B. Levenson, "Panel Studies," in *International Encyclopedia of the Social Sciences*, Vol. II, ed. D. Sills (New York: Macmillan and Free Press, 1968), pp. 371–79; and F. Nicosia, "Panel Designs and Analyses in Marketing," in *Market and Economic Development*, ed. P. Bennett (Chicago: American Marketing Association, 1965), pp. 222–43.

**TABLE 5-5.  Change in Sales of Wipe Between $T_1$ and $T_2$ (hypothetical data)**

### (A) Cross-Sectional

|                     | $T_1$ | $T_2$ |
|---------------------|-------|-------|
| Bought Wipe         | 100   | 120   |
| Bought X            | 100   | 80    |
| Number of Purchasers | 200  | 200   |

### (B) Panel

|                |              | $T_1$ |            |            |
|----------------|--------------|-------------|------------|------------|
|                |              | BOUGHT WIPE | BOUGHT X   |            |
| at $T_2$       | Bought Wipe  | 80          | 40         | 120        |
|                | Bought X     | 20          | 60         | 80         |
|                |              | 100         | 100        | $N = 200$  |

over a period of time. This consciousness of continuing participation can lead to *panel conditioning*, which may bias responses relative to what would be obtained through a cross-sectional study. As in any effort at scientific measurement, the researcher should be concerned with threats to internal validity, since internal validity is a precondition for establishing with some degree of confidence the causal relationship between variables. Another issue of concern is *panel attrition*, the extent of nonresponse that occurs in later waves of study interviewing. Some persons who were interviewed at the first time may be unwilling or unable to be interviewed later on.

Distinguishing characteristics of panel types are many. We have already mentioned different types of sponsoring organizations (e.g., commercial), permanence (continuous or ad hoc), and research design (nonexperiment). Panels can also be characterized by geographic coverage (ranging from national to local), whether a diary is used, data collection method (all types are used), sampling method employed for a given study (probability or not), and type of respondent.

A unique type of panel is the *scanning diary panel*. This panel involves recruiting shoppers in the target market area to participate in the panel, and each person typically is compensated for participation. An identification card (similar to a credit card) is given to each member of the panel household. At the end of a normal shopping trip in a cooperating store, the card is presented at the start of the checkout process. This identifies the respondent for input of purchases into the computer data bank. The types of information available from this type of panel are similar to those discussed in the preceding chapter for scanner-based syndicated services. An added advantage here, of course, is that there is a carefully designed sample providing purchase data.

One last comment about panels is that they are often used for a cross-sectional study. When used this way and only one measurement is made, the panel is merely the source of a sample (i.e., the sample frame).

# FIFTH EDITION

# RESEARCH FOR MARKETING DECISIONS

## PAUL E. GREEN · DONALD S. TULL
## GERALD ALBAUM

Now in its fifth edition, **Research for Marketing Decisions** is a thorough, advanced-level discussion of all aspects of conducting a research project in marketing. While this innovative volume emphasizes methodology, it offers considerable discussion of applications as well (including applications for statistical techniques).

**This edition's outstanding features include:**

- a decisional research orientation,
- a strong treatment of analysis,
- extensive coverage of measurement and scaling issues.

Finally, **Research for Marketing Decisions** contains a variety of cases (shorter than Harvard-type cases), and provides many chapter-end questions that require readers to develop a project of their own, or to go to the literature to locate and analyze certain aspects of research methods.

An **Instructor's Manual** and **Computer Data Sets** are available.

PRENTICE HALL, Englewood Cliffs, N.J. 07632

T2-CNW-499

ISBN 0-13-774175-8