Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: January 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley Simonsen, declare as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Combined Order on Defendants' *Sargon* Challenges to Plaintiff's Experts Jeremy Johnson and Kevin Shapiro, M.D., and Defendants' Combined Motion for Summary Judgment, *Landon R. v. Hain Celestial Group, Inc.,* et al., (Cal. Super Ct. Dec. 3, 2025).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Maartje Boer et al., *Cross-national validation of the social media disorder scale: findings from adolescents from 44 countries*, 117 Addiction 784 (2022).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Danish Competition and Consumer Authority, *Young Consumers and Social Media* (2025).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Jacqueline Nesi et al., *Objectively Measured Smartphone Pickups Among Adolescents: Associations With Daily Positive and Negative Affect and Mindfulness*, Psych. of Popular Media (2025).

6. Attached hereto as **Exhibit 5** is a true and correct copy of Jolien Trekels et al., *Diverse social media experiences and adolescents' depressive symptoms: the moderating role of neurobiological responsivity to rejected peers*, 19 Soc. Cognitive and Affective Neuroscience 1 (2024).

7. Attached hereto as **Exhibit 6** is a true and correct copy of Ruling Document on Defendants' Motion to Exclude Non-Causation Opinions of Arturo Béjar, *Social Media Cases*, JCCP 5255 (Cal. Super Ct. Nov. 10, 2025).

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.  Executed on December 5, 2025, in Los Angeles, California.

DATED:  December 5, 2025                                   By:     /s/ Ashley M. Simonsen