# Exhibit 4

# Psychology of Popular Media

## Objectively Measured Smartphone Pickups Among Adolescents: Associations With Daily Positive and Negative Affect and Mindfulness

Jacqueline Nesi, Kaitlyn Burnell, Kara A. Fox, Emma Armstrong-Carter, Nathan H. Field, Maria T. Maza, Shedrick L. Garrett, Zelal Kilic, Elizabeth A. Nick, Margaret Nail, Yael Turk, Mitchell J. Prinstein, and Eva H. Telzer

Online First Publication, June 26, 2025. https://dx.doi.org/10.1037/ppm0000601

CITATION

Nesi, J., Burnell, K., Fox, K. A., Armstrong-Carter, E., Field, N. H., Maza, M. T., Garrett, S. L., Kilic, Z., Nick, E. A., Nail, M., Turk, Y., Prinstein, M. J., & Telzer, E. H. (2025). Objectively measured smartphone pickups among adolescents: Associations with daily positive and negative affect and mindfulness. *Psychology of Popular Media*. Advance online publication. https://dx.doi.org/10.1037/ppm0000601



Psychology of Popular Media

© 2025 American Psychological Association
ISSN: 2689-6567

https://doi.org/10.1037/ppm0000601

# Objectively Measured Smartphone Pickups Among Adolescents: Associations With Daily Positive and Negative Affect and Mindfulness

Jacqueline Nesi[1, 2], Kaitlyn Burnell[3, 4], Kara A. Fox[3, 4], Emma Armstrong-Carter[5], Nathan H. Field[6], Maria T. Maza[3, 4], Shedrick L. Garrett[3, 4], Zelal Kilic[7], Elizabeth A. Nick[3], Margaret Nail[8], Yael Turk[1, 2], Mitchell J. Prinstein[3, 4], and Eva H. Telzer[3, 4]

[1] Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University
[2] Bradley Hasbro Research Center, Rhode Island Hospital
[3] Department of Psychology and Neuroscience, University of North Carolina at Chapel Hill
[4] The Winston Center on Technology and Brain Development, University of North Carolina at Chapel Hill
[5] Eliot-Pearson Department of Child Study and Human Development, Tufts University
[6] Department of Psychology, University of Virginia
[7] Department of Psychology, University of Pittsburgh
[8] School of Social Work, University of North Carolina at Chapel Hill

Smartphone checking is common and frequent among adolescents, yet methodological shortcomings of prior work have limited understanding of how this behavior affects youths' emotional well-being. Very little is known about the dynamics and consequences of smartphone checking or "pickups," likely in part due to challenges with accurate assessment of this behavior. This exploratory study examines within- and between-person associations between adolescents' daily objectively measured smartphone "pickups" and patterns of positive and negative affect, and investigates whether adolescent mindfulness moderates these associations. Adolescents ($N = 135$, $M_{age} = 15.46$, 62% female, 34% Hispanic, 33% White, 24% Black) completed a baseline assessment and 14-day ecological momentary assessment protocol and provided daily screenshots of smartphone "pickups" via the iOS screen time app. Youth who more frequently checked their phones throughout the day, on average, showed greater variability in negative affect. At the within-person level, lower positive affect on a given day was associated with greater pickups the following day for youth lower in trait-level mindfulness. However, the opposite direction of effects (pickups preceding affect) did not emerge, nor did concurrent associations between pickups and affect. Results highlight the complexity of day-to-day relationships among adolescents' smartphone use, affect, and mindfulness, and point to the need for more research examining specific smartphone behaviors.

***Public Policy Relevance Statement***
Many adolescents check their smartphones frequently throughout the day. Using objective measures from the iOS screen time app, this study suggests that youth experiencing fewer positive emotions may check their smartphones more frequently, particularly if they have lower mindfulness skills. In addition, youth who check their phones more frequently throughout the day may experience more variability in negative emotions.

*Keywords:* adolescents, smartphone use, social media, affect

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Karen E. Shackleford served as action editor.
Jacqueline Nesi https://orcid.org/0000-0001-5869-6360
Emma Armstrong-Carter https://orcid.org/0000-0002-5847-9486
Jacqueline Nesi and Kaitlyn Burnell contributed equally to this work. Jacqueline Nesi is supported in part by Grant 5K23MH122669 from the National Institute of Mental Health. This research was supported by the National Institutes of Health (NIH) Grant R01DA039923 (awarded to Eva H. Telzer) and generous funds from the Winston Family Foundation. Emma Armstrong-Carter was supported by a postdoctoral fellowship from the National Science Foundation. Emma Armstrong-Carter was also supported by the NIH/National Center for Advancing Translational Sciences Clinical and Translational Science Institute Mentored Career Development (1K12TR004384), awarded via Tufts University. Jacqueline Nesi writes Techno Sapiens, a psychology newsletter for which she receives subscription and sponsor payments. She is co-owner of Tech Without Stress, which provides free and paid resources for parents raising children in the digital age. Eva H. Telzer has been retained as an expert witness in U.S. social media litigation. Kaitlyn Burnell has served as a paid consultant for ongoing social media litigation. The additional online materials are available at https://osf.io/swkc9/?view_only=5c1dc960353a4d63bc5586b39534c5c7.

Jacqueline Nesi and Kaitlyn Burnell served as lead for writing–original draft preparation and methodology. Kaitlyn Burnell also served as lead for formal analysis. Kara A. Fox and Emma Armstrong-Carter served in supporting role for methodology. Emma Armstrong-Carter and Nathan H. Field served in supporting role for formal analysis. Mitchell J. Prinstein and Eva H. Telzer served as lead in investigation. Kara A. Fox, Maria T. Maza, Shedrick L. Garrett, Zelal Kilic, Elizabeth A. Nick, and Mitchell J. Prinstein served in supporting role in investigation. Kara A. Fox, Nathan H. Field, Maria T. Maza, Shedrick L. Garrett, and Zelal Kilic served in supporting roles in writing–original draft preparation. All authors contributed equally to writing–review and editing.

Correspondence concerning this article should be addressed to Jacqueline Nesi, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, 1 Hoppin Street, Providence, RI 02903, United States. Email: jacqueline_nesi@brown.edu

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Smartphones are omnipresent in adolescents' daily lives, as 95% of youth ages 13–17 have access to a smartphone (Vogels et al., 2022) and 88% of youth possess their own (Rideout et al., 2022). Many adolescents check their phones frequently throughout the day, creating near-constant opportunities for both positive and negative digital media engagement. Adolescence is also a development period marked by changes in emotional dynamics, including greater frequency, intensity, and variability in positive and negative affect compared to adults (Bailen et al., 2019), which has implications for the rising incidence of mental disorders during this period (Bailen et al., 2019; Reitsema et al., 2022). Though frequent smartphone use is common in adolescence, the ways in which adolescents' emotional experiences intersect with phone checking behaviors are poorly understood. Thus, the current study offers an exploratory investigation of adolescents' objectively measured smartphone checking behavior (i.e., phone "pickups") in relation to daily emotional experiences (i.e., positive and negative affect).

## Adolescent Smartphone "Pickups" and Well-Being

Much prior research suggests the relevance of smartphone use for youths' well-being, mood, and self-esteem (Beyens et al., 2020; Keles et al., 2020, Orben, 2020; Weinstein, 2018); however, findings have been mixed in regard to the direction and valence of these effects. This is likely due in part to considerable variability in how youth use and respond to their smartphones. The differential susceptibility to media effects model (Valkenburg & Peter, 2013) highlights the conditional nature of media effects, whereby youth differ in the ways they use and respond to media. When it comes to checking one's smartphone, these differential effects are further complicated by the fact that this behavior can be both intentional (i.e., serving a particular purpose or need) and habitual (i.e., performed out of habit, without intentional choice).

Checking one's smartphone, or smartphone "pickups," may be an especially relevant behavior to examine in relation to adolescent mood, yet to date, this behavior has been remarkably understudied. Smartphone use is often noncontinuous and fragmented in nature, consisting of multiple instances of use throughout the day, with phone pickups occurring every 5 min on average (Heitmayer & Lahlou, 2021; Marciano et al., 2022). Each time an adolescent checks their smartphone, they open themselves up to a wide range of activities and content that may spark emotional reactions—from supportive texts from friends, to funny or distressing TikTok videos, to experiences of fear of missing out or cyberbullying. The dynamic content and activities available on teens' devices are frequently unpredictable and emotionally laden. As a result, teens' phones provide a considerable source of both positive and negative emotions (Anderson & Jiang, 2018; Weinstein, 2018), sometimes varying within the same interaction or instance of use.

At the same time, adolescents' smartphone checking may occur in response to positive or negative emotions—either as an intentional regulation strategy, or as a mindless, habitual response to strong emotion. Indeed, a growing body of literature highlights the frequent use "digital emotion regulation" strategies (Wadley et al., 2020), whereby individuals strategically employ digital technology as a tool for influencing affective states. Furthermore, prior work aligning with the conditional nature of media effects highlights the use of media for mood management (i.e., mood management theory; Carpentier et al., 2008; Zillmann, 1988, 2003), which suggests

that individuals select certain content to optimize or maintain their moods. Adolescents may pick up their phones as a means of stabilizing their moods, particularly if they are prone to high degrees of emotional variability or intensity.

Notably, prior work on adolescent smartphone use has often relied on self-reported estimates. While this work has revealed important associations between smartphone use and affect at the daily level (Beyens et al., 2020; Hamilton et al., 2021; Minich & Moreno, 2024), self-report measures may be systematically biased by psychosocial factors that affect individuals' ability to accurately estimate use (Parry et al., 2021; Sewall et al., 2020). In recent years, objective screen time data, including the number of times a person picks up or checks their phone, has become readily available to users via smartphone-generated reports, allowing for a consideration of more nuanced smartphone behaviors that may be difficult for users to estimate.

Few studies have integrated these objective reports of smartphone "pickups" alongside repeated momentary assessment of adolescents' well-being, and among those that have, results are mixed. One study using ecological momentary assessment (EMA) and trace data collection with a large sample of adolescents found that periods of greater well-being led to increases in smartphone use duration, and greater smartphone use duration was associated with next-day reports of greater well-being (Marciano et al., 2022). However, other studies using objective smartphone use measures, with smaller samples of adolescents, revealed no same- or next-day associations between frequency of social media checking and negative mood (Dreier et al., 2024), and associations between phone pickups and positive, but not negative, mood (Rodman et al., 2024). Among studies of adults, results have been similarly equivocal. One study revealed associations between average daily pickups and decreased loneliness (MacDonald & Schermer, 2021), while others find no associations between pickups and well-being (Sewall et al., 2022), especially at the within-person level (Bradley & Howard, 2023).

Examining the role of smartphone pickups in affective well-being among adolescents, specifically, is essential, as this is a critical period for socioemotional development (Crone & Dahl, 2012), which may be uniquely impacted by digital media contexts (Crone & Konijn, 2018). Limited work has examined the role of objectively measured smartphone behavior in multiple facets of adolescents' emotional dynamics. Specifically, prior EMA work suggests that both the intensity and variability of positive and negative emotions are associated with youth mental health difficulties (Reitsema et al., 2022). Given the centrality of emotion dynamics to developmental psychopathology (McKone & Silk, 2022), understanding how smartphone pickups influence these dynamics, and vice versa, is essential.

In the current study, we assess associations between smartphone pickups and affect variability by examining associations between daily pickups and fluctuations in positive and negative affect over the course of the 14-day EMA period. Variability or lability in emotions has rarely been examined in relation to teens' phone use. However, this aspect of emotion dynamics represents an essential component of adolescent well-being (McKone & Silk, 2022; Silk et al., 2003), with youth showing greater variability in both positive and negative affect tending toward greater emotion regulation difficulties and higher emotional reactivity (Houben et al., 2015). Indeed, higher levels of emotional variability in youth are strongly associated with internalizing and externalizing concerns (McKone & Silk, 2022; Stringaris &

Goodman, 2009), and these emotion dynamics may intersect with smartphone use in important ways.

We also examine short-term associations between smartphone pickups and reported intensity of positive and negative affect, testing same-day and next-day associations to offer insight into the temporal dynamics of these processes. Notably, because adolescents may encounter a range of both beneficial and harmful experiences on their phones, and because different emotional states may drive unique phone use behaviors, the current study explores negative and positive affect separately, extending past work that has focused on overall well-being (Marciano et al., 2022).

## The Role of Mindfulness

Adolescents may pick up their phones frequently throughout the day, both mindlessly out of habit, and intentionally, to serve a given practical or emotional purpose. Phone pickups may act as both precursors to, and results of, positive and negative affective states. However, in line with the differential susceptibility to media effects model, the associations between phone pickups and emotion variability and intensity may be directly influenced by adolescents' underlying psychological traits. One such potentially relevant trait is mindfulness. Mindfulness refers to the ability to pay attention to the present moment and one's internal state without judgment (Bishop et al., 2004; Kabat-Zinn, 1990, 2009). It is a central component of psychological treatments for emotion and behavior dysregulation (e.g., dialectical behavior therapy; Linehan, 1993) and can function to reduce distress and increase pleasure in daily experiences (Brown et al., 2007). Whether adolescents are picking up their phones mindlessly out of habit, or with a purpose (e.g., responding to a notification and seeking to ease a negative emotion), the behavior of checking one's phone can interrupt attention to the present moment and, at times, draws adolescents' focus to emotionally laden stimuli on their devices.

Prior work suggests that mindfulness may help to reduce absent-minded use of smartphones (Terzimehić et al., 2019) and alleviate negative effects of online interactions (Poon & Jiang, 2020), but very little research has explored the role of mindfulness in relation to adolescents' smartphone pickup behaviors. Youth who are more mindful may practice more adaptive emotion regulation and coping strategies (Dunning et al., 2019; Pepping et al., 2016), potentially mitigating negative affective responses. Thus, mindfulness may act as a moderator of associations between phone pickups and emotion variability and intensity. For example, more mindful adolescents may be better positioned to regulate emotions that arise from phone pickups, resulting in less emotional variability and lower intensity following increased phone pickups. Considering the opposite direction of effects, adolescents who are more mindful may turn to a variety of regulation strategies, outside of picking up their phones, when experiencing strong emotions.

## The Current Study

The current study offers a novel, exploratory investigation of adolescents' smartphone behavior and emotional experiences. Very little research has combined the use of objective measures of smartphone pickups with EMA methodology to examine these associations at the daily level, and studies that have produced mixed results. Thus, our study uniquely contributes to the literature by expanding on prior work in at least four ways: (a) By utilizing an intensive 14-day EMA approach and daily objective measures of phone pickups, we investigate the role of pickups in youths' daily and average levels (i.e., intensity) of positive and negative affect, as well as variability in affect, disentangling between- and within-person effects; (b) We explore the temporal, bidirectional nature of these associations by examining both same-day and next-day effects of smartphone pickups on affect intensity, and vice versa; (c) We separately examine positive and negative affect, given the different precipitants and underlying physiology of these affective states; and (d) We examine whether associations between affect and smartphone pickups are moderated by preexisting levels of mindfulness. Note that data were collected in May through September 2020, during the COVID-19 pandemic, offering an opportunity to explore adolescents' smartphone use and emotional experiences during a time when they may have been relying on smartphones for socialization and entertainment to a greater degree than is typical.

## Method

### Participants and Procedure

The primary analytic sample of participants included 135 adolescents recruited from three public middle schools in rural North Carolina as part of a longitudinal school-based study, who completed an EMA protocol in May through September 2020, during the COVID-19 pandemic. Participants were 62% female, an average of 15.46 years old ($SD = 0.68$, range $= 14$–17), 34% Hispanic, 33% White, 24% Black/African American, and 7% multiracial/other. On average, participants came from families with low to medium socioeconomic status households (median census-based household income $= \$42,069.89$, $SD = \$14,440.12$, range $= \$15,714$–$\$77,313$). As part of this school-based study, self-report questionnaires were administered annually for 4 years between December 2016 and December 2019. At Wave 1, $N = 922$ students consented, $N = 873$ provided data, and $N = 687$ provided data at the fourth wave. For the current study, demographic information was collected at Wave 1, and mindfulness was assessed at Wave 4. All study procedures were approved by the University's Institutional Review Board. All relevant Mplus code is available in the additional online materials on the Open Science Framework page at https://osf.io/swkc9/?view_only=5c1dc960353a4d63bc5586b39534c5c7. The analyses presented here do not overlap with analyses reported elsewhere (Armstrong-Carter et al., 2023; Garrett et al., 2023; Haag et al., 2025).

### EMA and Daily Diary Surveys

Among a subset of participants, EMA and daily diary surveys were completed over the course of 2 weeks in May through September 2020 (following completion of Wave 4) via the ExpiWell application (https://app.expiwell.com). EMAs were randomly delivered to participants at three time blocks throughout the day (9 a.m.–1 p.m., 1 p.m.–5 p.m., and 5 p.m.–10 p.m.). After receiving a notification when a survey was available to complete, participants had 2 hr to complete the survey. An additional, fourth daily survey (i.e., "daily diary") was completed between 8 p.m. and 12 a.m. every day. Participants were compensated $50 for completing a minimum of 70% of the surveys, $35 for completing 50%–70% of the surveys, and $25 for completing fewer than 50% of the surveys.

A total of 338 participants, who had provided contact information and permission to be notified of future studies, were contacted to participate in this EMA protocol. A total of 217 participated in

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

NESI ET AL.

this 2-week EMA and daily diary study, with caregivers and adolescents providing consent online. These participants also completed behavioral and functional magnetic resonance imaging tasks at a single session following EMA completion, but these data were not used in the current study.

As we were most interested in participants' pickups behavior, the current research focuses on iPhone users ($n = 178$, 82% of the sample), as the iOS Screen Time app readily provides information on daily pickups. Of these 178 participants, 152 correctly uploaded at least one screenshot depicting their pickups. As a limited number of pickup screenshots may inaccurately reflect participants' typical pickup behavior and hinder opportunities to examine variability in pickups across days, the primary analytic sample was restricted to 135 participants who uploaded three or more days of pickup data; however, sensitivity analyses were run with the full 152 participants (see Results). The primary analytic sample ($n = 135$) differed from those in the full EMA sample ($n = 82$), with those in the analytic sample more likely to be female, $\chi^2(1) = 8.26$, $p = .004$, and report higher average intensity of positive affect ($M = 3.58$ vs. $M = 3.26$), $t(211) = -2.55$, $p = .012$. There were no differences in race, age, negative affect intensity, positive affect variability, negative affect variability, or mindfulness ($ps \geq .127$).

## Measures

### Momentary Assessments

**Positive and Negative Affect.** During EMA assessments (i.e., 3 times per day), participants completed a modified Positive and Negative Affect Schedule questionnaire (Watson et al., 1988). Participants were asked to report the extent to which they were feeling a certain emotion "right now" on a 5-point scale ($1 = very\ little\ or\ not\ at\ all$, $2 = a\ little$, $3 = some$, $4 = quite\ a\ bit$, $5 = very\ strongly$). Positive affect items included "happy" and "calm" ($\alpha = .76$) and negative affect items included "anxious," "fearful," "embarrassed," "stressed," "irritated," "mad," "sad," and "lonely" ($\alpha = .83$). Scores were aggregated over the course of the day for a daily average of each positive and negative affect, and variability was calculated as the aggregated standard deviation in each of these variables over the EMA period, such that higher values indicated greater variability in affect (see McKone & Silk, 2022).

### Daily Assessments

**Phone Pickups.** Once per day during the 14-day period, participants were asked to upload screenshots of the previous day's smartphone use. Adolescents were instructed to navigate to the Screen Time app on their phone, select the "see all activity" tab, scroll down to the "pickups" section, and then take a screenshot of the total number of pickups for the day before and submit it to the researchers. These screenshots also contained information about the most common app used after a pickup, which we report for descriptive purposes. For the primary analytic sample of 135 adolescents, participants correctly uploaded an average of 10.77 ($SD = 3.17$) days of pickups data, with 61% correctly uploading 10 or more days.

### Survey Assessments

**Mindfulness.** At Wave 4 of the larger longitudinal study, participants completed the 10-item Child and Adolescent Mindfulness Measure to assess trait levels of mindfulness (e.g., "I keep myself busy so I don't notice my thoughts or feelings"; Greco et al., 2011). Participants were asked to rate how often each time is true for them using a 5-point scale ($1 = never\ true$, $2 = rarely\ true$, $3 = sometimes\ true$, $4 = often\ true$, $5 = always\ true$). Items were reverse-scored so that higher scores correspond to higher levels of mindfulness ($\alpha = .91$).

**Demographics.** All participants reported their age, gender, and race/ethnicity at Wave 1.

## Analytic Plan

All models were estimated in Mplus Version 8.7 (Muthén & Muthén, 1998). For all models, sensitivity analyses were conducted in which: (a) observations included participants with 1 or 2 days of data ($N = 152$) and (b) covariates (proportion of completed study days that were weekdays, gender, age, race/ethnicity, and income) were included. To increase the confidence in the conclusions drawn from the results, we interpret only significant results that were consistent across sensitivity analyses.

### Associations Between Pickups and Variability in Affect

Multiple regression was used to examine if number of pickups (averaged across the EMA period) was associated with variability in positive and negative affect variables, with separate models run for each. The first set of models included average daily pickups and mindfulness, and the second set added interaction terms between averaged daily pickups and mindfulness.

### Associations Between Daily Pickups and Daily Reports of Affect

Multilevel regression analyses examined if daily pickups were associated with daily positive and negative affect. Maximum likelihood with robust standard errors was used due to nonnormality. Full information maximum likelihood was used to adjust for missingness. A within-person pickups variable was created by subtracting each participant's person-level pickups (daily pickups averaged within person over the EMA period) from each day's pickups (Curran & Bauer, 2011). The between-person pickups variable was each participant's person-level pickups, grand-mean centered. Each affect variable was averaged within each day for each participant. Mindfulness (grand-mean centered) was also included as a between-person predictor. Two sets of models were estimated for each affect variable. The first set of models included daily pickups as a within-person predictor, and person-level pickups and mindfulness as between-person predictors. The second set of models added a cross-level interaction between mindfulness, as well as between-person interactions between person-level pickups and mindfulness. These models were run 3 times: first, to test concurrent associations between same-day pickups and same-day affect; second, to test lagged associations in which pickups predicted next-day affect; and third, to test lagged associations in which affect predicted next-day pickups. Because the between-person associations are generally redundant across these three types of analyses (due to the predictor being aggregated across the 14 days), we report between-person associations for the concurrent models but focus our reporting on the within-person associations for the lagged models.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

## Results

### Descriptive Statistics

Descriptive statistics and correlations are shown in Table 1. Participants picked up their phones, on average, 112.63 times per day ($SD = 68.66$). Greater pickups were associated with greater negative affect at the day level, although this association was quite small. At the person level, pickups (averaged across the EMA period) were associated with greater variability in positive and negative affect over the EMA period. Higher levels of mindfulness were associated with greater positive affect and lower negative affect, averaged across the EMA, as well as lower variability in both positive and negative affect. There was no direct association between mindfulness and smartphone pickups.

Participants' Screen Time data were also examined to determine which apps were most commonly used after pickups. The most common app used after first pickup was Snapchat (identified in 49% of cases), followed by Instagram (13%), Messages (12%), TikTok (7%), Safari (4%), and YouTube (3%). The remaining apps were used in 1% of cases or less. Exploratory analyses examining linkages between first app (limited to Snapchat, Instagram, Messages, or TikTok) used after pickup and affect can be found as the additional online materials on the Open Science Framework page at https://osf.io/swkc9/?view_only=5c1dc960353a4d63bc5586b39534c5c7. No significant associations between type of app used and affect were observed.

### Associations Between Pickups and Variability in Affect

The results are in Table 2. Greater pickups were associated with greater variability in negative affect. Associations with positive affect were not consistent across sensitivity analyses (see Table 2). Mindfulness did not moderate associations between pickups and variability for either positive or negative affect.

### Concurrent Associations Between Daily Pickups and Daily Reports of Affect

The results are in Table 3. Pickups were not associated with positive or negative affect at the within-person or between-person level.

**Table 1**
*Correlations and Descriptive Statistics for Key Study Variables*

| Variable | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Day level | | | | | | |
| 1. Pickups | — | .07 | .13 | **.18** | **.22** | .06 |
| 2. PA | .05 | — | **.41** | **.49** | **.36** | **.41** |
| 3. NA | **.06** | **.40** | — | **.38** | **.71** | **.46** |
| Person level | | | | | | |
| 4. PA Var | | | | — | **.55** | **.32** |
| 5. NA Var | | | | | — | **.36** |
| 6. Mindful | | | | | | — |
| *M* | 112.63 | 3.58 | 1.26 | 0.62 | 0.24 | 3.69 |
| *SD* | 68.66 | 1.03 | 0.42 | 0.31 | 0.19 | 0.88 |

*Note.* Day-level correlations are below the diagonal. Person-level correlations are above the diagonal. Bolded associations are significant at $p < .05$. Day-level means and standard deviations are presented for pickups, positive affect, and negative affect. Person-level means and standard deviations are presented for positive affect variability, negative affect variability, and mindfulness. Pickups, positive affect, and negative affect are aggregated across the EMA period for person-level correlations. PA = positive affect; NA = negative affect; Var = variability; EMA = ecological momentary assessment.

There was some evidence that mindfulness moderated associations with both positive and negative affect at the between-person level; however, these interactions were not robust across analyses and were not probed further (see Table 3).

### Lagged Associations Between Daily Pickups and Daily Reports of Affect

The results are in Tables 4 and 5. Pickups did not predict next-day positive or negative affect, and mindfulness did not moderate either association. In contrast, when adolescents reported lower positive affect than their own average, they engaged in greater pickups the following day. This association was moderated by mindfulness. For adolescents lower in mindfulness, on days in which they reported lower positive affect than their own average, they engaged in greater pickups the following day ($b = -13.28$, $SE = 3.74$, 95% confidence interval [CI] [$-20.60$, $-5.96$], $p < .001$, $\beta = -.16$). For adolescents higher in mindfulness, positive affect was not associated with next-day pickups ($b = 3.22$, $SE = 3.79$, 95% CI [$-4.22$, 10.65], $p = .397$, $\beta = .04$). There were no significant associations with negative affect.

## Discussion

Smartphones play a central role in adolescents' lives and may impact their emotional health. The current study offers a unique opportunity to explore how objectively measured daily smartphone "pickups" may be associated with teens' emotional well-being and whether mindfulness may play a role in these effects. Results suggest that teens who pick up their phones more throughout the day, on average, also show greater day-to-day variability in negative affect. This preliminarily suggests that phone pickups may play a role in dynamic emotion reactivity and regulation processes, though it is not known whether greater emotional variability is a precursor to or result of more smartphone pickups. At the within-person level, a more complex pattern of findings emerged. Daily pickups were not associated with daily affect concurrently, nor were daily pickups associated with affect the following day. Instead, adolescents who reported lower positive affect than their own average on a given day engaged in greater pickups the following day, and this was only true of adolescents lower in mindfulness. Overall, findings point to the unique interplay of objectively measured smartphone pickups and adolescents' emotional health, particularly during a time period (the COVID-19 pandemic) when adolescents may have been particularly reliant on smartphones for socialization, entertainment, and other needs. However, effects were small, and future work should identify specific smartphone behaviors (i.e., how adolescents interact with apps on their smartphones after picking them up) that may influence these effects.

### Smartphone Pickups and Affect Variability

Findings suggest that adolescents who picked up their phones more frequently, on average, showed greater variability in negative affect throughout the 14-day EMA period. These effects held regardless of adolescents' levels of mindfulness. Prior work on smartphone use and affect (e.g., Beyens et al., 2020; Hamilton et al., 2021) has often highlighted shifts in the overall valence of teens' positive and negative emotions, rather than examining emotional variability or lability, in relation to teens' phone use. Affective variability, particularly in the context of adolescents' everyday life, is increasingly recognized as an important component of adolescents' overall emotional health

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

6                                                                                            NESI ET AL.

**Table 2**

*Multiple Regressions Predicting Variability in Positive and Negative Affect*

| | Model 1 | | | | Model 2 | | | |
|---|---|---|---|---|---|---|---|---|
| Variable | *b* [95% CI] | *SE* | *p* | β | *b* [95% CI] | *SE* | *p* | β |
| Positive affect | | | | | | | | |
| Pickups | **0.001 [0.00, 0.002]**[a] | **0.00** | **.044** | **.17** | **0.001 [0.00, 0.002]** | **0.00** | **.036** | **.17** |
| Mindful | **0.11 [ 0.16, 0.05]** | **0.03** | **<.001** | **.30** | **0.11 [ 0.16, 0.05]** | **0.03** | **<.001** | **.30** |
| Interaction | | | | | 0.00 [ 0.001, 0.001] | 0.001 | .503 | .06 |
| Negative affect | | | | | | | | |
| Pickups | **0.001 [0.00, 0.001]** | **0.001** | **.011** | **.20** | **0.001 [0.00, 0.001]** | **0.00** | **.012** | **.20** |
| Mindful | **0.07 [ 0.11, 0.04]** | **0.02** | **<.001** | **.34** | **0.07 [ 0.11, 0.04]** | **0.02** | **<.001** | **.34** |
| Interaction | | | | | 0.00 [ 0.001, 0.001] | 0.00 | .985 | .00 |

*Note.* Bolded associations are significant at $p < .05$. $N = 135$. CI = confidence interval.
[a] This association is no longer significant with covariates included ($p = .079$).

(McKone & Silk, 2022; Silk et al., 2003). Although relatively little is known about predictors of emotional lability among adolescents, prior work has suggested that emotional lability is strongly associated with a wide range of internalizing and externalizing problems (McKone & Silk, 2022; Stringaris & Goodman, 2009). Emotional lability is thought to reflect larger processes of context-responsive emotional reactivity, with greater variability in both positive and negative affect indicative of failures in the emotion regulation system (Houben et al., 2015). Adolescents who show greater affective variability may be more emotionally reactive and have difficulty reining in strong affective responses (McKone & Silk, 2022), and these qualities may intersect with smartphone use in important ways.

Several possible explanations may account for the association between more frequent phone pickups and variability in negative affect. When adolescents pick up their smartphones, they are immediately subject to the content and experiences they encounter on their devices, whether that content is good, bad, or neutral. Prior research highlights the myriad positive and negative experiences teens may have on their devices, particularly when using social media, and the emotional implications of those experiences (Nesi et al., 2021; Weinstein & James, 2022). For example, teens may experience

cyberbullying or online harassment (Bottino et al., 2015), fear of missing out (Stead & Bibby, 2017), social comparison (McLean et al., 2019), or simply be distracted from enriching offline activities, all of which may have momentary negative impacts on affective well-being. Conversely, adolescents may encounter content which fulfills needs for relational connection, self-expression, interest exploration, and curiosity, which likely has positive impacts on affective well-being (Rideout & Robb, 2018; Weinstein, 2018).

Adolescents who pick up their smartphones more frequently may experience more affective "interruptions" in their daily lives, resulting in greater variability in negative emotions. Notably, findings suggest different effects for positive versus negative emotions, in that this association was only robust for negative affect. Though preliminary, this finding may indicate that frequent smartphone pickups influence an adolescent's sense of irritability, sadness, or stress throughout the day—perhaps interrupting in-the-moment connection with one's immediate surroundings and interfering with downregulating negative emotional experiences.

Another potential explanation for associations between smartphone pickups and variability in affect is that more emotionally reactive adolescents may turn to smartphones more frequently as a self-regulatory

**Table 3**

*Multilevel Regressions for Concurrent Associations Between Daily Phone Pickups and Affect*

| | Model 1 | | | | Model 2 | | | |
|---|---|---|---|---|---|---|---|---|
| Variable | *b* [95% CI] | *SE* | *p* | β | *b* [95% CI] | *SE* | *p* | β |
| Positive affect | | | | | | | | |
| Within | | | | | | | | |
| Pickups | 0.001 [ 0.002, 0.00] | 0.001 | .137 | .06 | 0.001 [ 0.002, 0.00] | 0.00 | .218 | .04 |
| Interaction | | | | | 0.001 [0.00, 0.002] | 0.001 | .11 | .06 |
| Between | | | | | | | | |
| Pickups | 0.001 [ 0.003, 0.002] | 0.001 | .646 | .04 | 0.00 [ 0.002, 0.003] | 0.001 | .961 | .004 |
| Mindful | **0.40 [0.24, 0.57]** | **0.08** | **<.001** | **.40** | **0.40 [0.24, 0.55]** | **0.08** | **<.001** | **.39** |
| Interaction | | | | | **0.003 [ 0.001, 0.01]**[a] | **0.001** | **.049** | **.18** |
| Negative affect | | | | | | | | |
| Within | | | | | | | | |
| Pickups | 0.00 [ 0.001, 0.00] | 0.00 | .489 | .03 | 0.00 [ 0.001, 0.00] | 0.00 | .417 | .03 |
| Interaction | | | | | 0.00 [ 0.001, 0.00] | 0.00 | .540 | .03 |
| Between | | | | | | | | |
| Pickups | 0.001 [0.00, 0.001] | 0.00 | .185 | .11 | 0.00 [0.00, 0.001] | 0.00 | .310 | .07 |
| Mindful | **0.18 [ 0.25, 0.11]** | **0.03** | **<.001** | **.46** | **0.18 [ 0.24, 0.11]** | **0.03** | **<.001** | **.46** |
| Interaction | | | | | 0.001 [ 0.002, 0.00][b] | 0.00 | .063 | .13 |

*Note.* Models included 1,746 observations across 134 participants. Bolded associations are significant at $p < .05$. CI = confidence interval.
[a] This association was not significant with the full sample ($p = .054$).   [b] This association was significant with the full sample ($p = .046$) and with covariates ($p = .029$).

**Table 4**

*Multilevel Regressions for Lagged Associations in Which Daily Pickups Predicts Next-Day Affect*

| Variable | Model 1 | | | | Model 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | b [95% CI] | SE | p | β | b [95% CI] | SE | p | β |
| Positive affect | | | | | | | | |
| Within | | | | | | | | |
| Pickups | 0.00 [ 0.001, 0.00] | 0.00 | .346 | .03 | 0.001 [ 0.001, 0.00] | 0.00 | .261 | .04 |
| Interaction | | | | | 0.00 [ 0.001, 0.00] | 0.00 | .344 | .03 |
| Negative affect | | | | | | | | |
| Within | | | | | | | | |
| Pickups | 0.00 [0.00, 0.001] | 0.00 | .203 | .04 | 0.00 [0.00, 0.001] | 0.00 | .153 | .04 |
| Interaction | | | | | 0.00 [0.00, 0.001] | 0.00 | .667 | .01 |

*Note.* Models included 1,746 observations across 134 participants. All models controlled for the current day affect variable of interest (person-centered) at the within-person level. CI = confidence interval.

strategy (Bettis et al., 2022). Prior work suggests that screen use represents a common method of coping with stress (Wolfers & Utz, 2022), and research increasingly supports the presence of "digital emotion regulation" strategies (Wadley et al., 2020). The use of digital activities to cope may be effective in moderate amounts (Modecki et al., 2022); similarly, texting friends may offer an important means of managing stressful situations (Yau et al., 2021). Indeed, mood management theories highlight the potential utility of media use for maintaining emotional "homeostasis" (Carpentier et al., 2008; Zillmann, 1988, 2003). At the same time, greater smartphone use during periods of stressful life events may confer risk for internalizing psychopathology (Rodman et al., 2021), and youth who engage in more online coping may show poorer recovery from negative emotions (Duvenage et al., 2020). Thus, if adolescents are using their smartphones as a means of downregulating negative affect, the efficacy and long-term implications of this strategy are not yet known.

## Associations Between Daily Smartphone Pickups and Daily Affect

Daily pickups were not associated with same-day positive or negative affect, nor did mindfulness moderate these associations. However, when examining the temporality of these associations, a notable finding emerged. Specifically, for adolescents lower in mindfulness, reporting lower positive affect than one's own average in a given day was associated with greater pickups the following day. This association was not significant for adolescents higher in mindfulness. Importantly, the reverse was not observed: daily pickups

were not associated with next-day affect. Although causality cannot be concluded, this suggests that smartphone pickups may not be predictive of lower levels of positive affect, but rather, when adolescents who are less mindful experience lower levels of positive emotions, they are more likely to pick up their phones the following day.

Studies examining cross-sectional associations typically find that individuals who pick up their phones more frequently report lower levels of psychopathology (Elhai et al., 2021; Macdonald & Schermer, 2021; Steele et al., 2023). Intensive longitudinal research is more inconsistent (Bradley & Howard, 2023; Rozgonjuk et al., 2018); it may simply be that negative mood is not associated with smartphone use at the short-term, within-person level. In terms of positive mood, some studies have found associations between greater positive mood and fewer social media app pickups (Rodman et al., 2024), consistent with our results. However, others have not revealed any associations between well-being and next-day pickups (Marciano et al., 2022).

One possible source for these discrepant findings is the consideration of individual differences, in line with the differential susceptibility to media effects model (Valkenburg & Peter, 2013). Indeed, we found that the association between daily positive affect and next-day pickups only emerged for adolescents lower in mindfulness. Those lower in mindfulness endorse engaging in ineffective coping behaviors such as pushing away negative thoughts (Greco et al., 2011), and when these adolescents are experiencing lower-than-usual positive affect, they may turn to their phones as a source of emotion regulation and distraction. This is in line with past research finding that the frequency of digital communication (e.g., phone calls) increases in the midst of stressful life

**Table 5**

*Multilevel Regressions for Lagged Associations in Which Daily Affect Predicts Next-Day Pickups*

| Variable | Model 1 | | | | Model 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | b [95% CI] | SE | p | β | b [95% CI] | SE | p | β |
| Pickups | | | | | | | | |
| Within | | | | | | | | |
| Positive affect | **7.25 [ 12.18, 2.32]** | **2.52** | **.004** | **.09** | **5.03 [ 9.46, 0.61]** | **2.26** | **.026** | **.06** |
| Interaction | | | | | **9.38 [2.66, 16.10]** | **3.43** | **.006** | **.10** |
| Pickups | | | | | | | | |
| Within | | | | | | | | |
| Negative affect | 0.62 [ 15.52, 14.28] | 7.60 | .935 | .00 | 4.79 [ 16.23, 6.65] | 5.84 | .412 | .03 |
| Interaction | | | | | 13.22 [ 31.38, 4.94] | 9.26 | .154 | .07 |

*Note.* Models included 1,347 observations across 135 participants. All models controlled for the current day affect variable of interest (person-centered) at the within-person level. Bolded associations are significant at p < .05. CI = confidence interval.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

8                                                                    NESI ET AL.

events (Rodman et al., 2021). It is not known, however, whether smartphone pickups serve as an effective or ineffective strategy for regulation. Adolescents commonly use their phones for social connection (van der Wal et al., 2022); it is possible that higher pickups are being driven by increased phone checking for social exchanges and information, such as through high messaging frequency with friends, as a means of accessing support. It may also be, however, there phone checking serves as an avoidant behavior, taking the place of other, more active coping strategies. Importantly, the results do not suggest a negative cyclical pattern, in which greater pickups were subsequently associated with poorer positive (or negative) mood. This is in contrast with popular narratives suggesting that smartphones are harming adolescents, and instead support some longitudinal research suggesting that poorer well-being may precede greater digital technology use (Heffer et al., 2019).

## Limitations and Future Directions

The current study adds to a growing literature on adolescent smartphone use and emotional health by employing a novel measure of objective smartphone pickups, assessed daily across a 2-week EMA period, with a diverse sample of adolescents. However, several limitations should be considered. First, daily-level measures of smartphone pickups and affect, including same- and next-day effects, may not be the most accurate timescale on which to assess associations between these variables. It is possible that pickups may influence emotions at the exact moment when they occur, and vice versa, thus future work will be needed to explore these associations on a more precise timescale. Second, the current study allowed only for a general examination of adolescents' smartphone activities. More information on precisely when and how adolescents were using their phones after a given smartphone pickup will be needed. In particular, the current study is unable to disentangle whether phone pickups were initiated in response to a notification, "mindlessly" to browse a certain app, or for other reasons. In addition, data for this study were collected in May–September 2020, during the COVID-19 pandemic. This represents a unique time period for adolescents when many were engaging in social distancing and may have been using smartphones to a greater degree or for different reasons than usual (Hamilton et al., 2022). It is possible that patterns of emotional experiences and smartphone pickups were unique to this time period and may not generalize. Fourth, affect items were imbalanced in that there were more negative affect items than positive affect items. This was due to alternative aims of the study (e.g., examining everyday representations of mental health concerns). Because positive affect was only represented by two items, daily positive affect may not have been fully captured, and future research with additional items tapping into positive affect should replicate the observed findings. Finally, the overall sample size was fairly small and affected by attrition, with some adolescents excluded due to difficulties in complying with study instructions to upload correct screenshots of pickups. Moreover, the sample was limited to only iPhone users as at the time of data collection, as Android devices did not provide objective data parallel to the iOS Screen Time app. Because of this, analyses examining moderation, between-person associations, and variability in negative and positive affect should be replicated in future work.

## Conclusion

Smartphones are a central presence in adolescents' lives, with critical implications for their emotional well-being. The current study examines a novel component of youths' smartphone use, objectively measured smartphone pickups, in relation to daily positive and negative affect. Findings suggest that youth who more frequently pick up their phones may be subject to greater variability in negative emotions and that lower levels of positive affect may precede greater smartphone pickups for less mindfulness adolescents. However, results highlight the complexity of day-to-day relationships among adolescents' smartphone use, affect, and mindfulness, and point to the need for more research in this area.

## References

Anderson, M., & Jiang, J. (2018). *Teens, social media, & technology*. Pew Research Center: Internet, Science, & Tech. https://www.pewresearch.org/internet/2018/05/31/teens-social-media-technology-2018/

Armstrong-Carter, E., Garrett, S. L., Nick, E. A., Prinstein, M. J., & Telzer, E. H. (2023). Momentary links between adolescents' social media use and social experiences and motivations: Individual differences by peer susceptibility. *Developmental Psychology*, *59*(4), 707–719. https://doi.org/10.1037/dev0001503

Bailen, N. H., Green, L. M., & Thompson, R. J. (2019). Understanding emotion in adolescents: A review of emotional frequency, intensity, instability, and clarity. *Emotion Review*, *11*(1), 63–73. https://doi.org/10.1177/1754073918768878

Bettis, A. H., Burke, T. A., Nesi, J., & Liu, R. T. (2022). Digital technologies for emotion-regulation assessment and intervention: A conceptual review. *Clinical Psychological Science*, *10*(1), 3–26. https://doi.org/10.1177/21677026211011982

Beyens, I., Pouwels, J. L., van Driel, I. I., Keijsers, L., & Valkenburg, P. M. (2020). The effect of social media on well-being differs from adolescent to adolescent. *Scientific Reports*, *10*(1), Article 10763. https://doi.org/10.1038/s41598-020-67727-7

Bishop, S. R., Lau, M., Shapiro, S., Carlson, L., Anderson, N. D., Carmody, J., Segal, Z. V., Abbey, S., Speca, M., Velting, D., & Devins, G. (2004). Mindfulness: A proposed operational definition. *Clinical Psychology: Science and Practice*, *11*(3), 230–241. https://doi.org/10.1093/clipsy.bph077

Bottino, S. M., Bottino, C. M., Regina, C. G., Correia, A. V., & Ribeiro, W. S. (2015). Cyberbullying and adolescent mental health: Systematic review. *Cadernos de Saúde Pública*, *31*(3), 463–475. https://doi.org/10.1590/0102-311x00036114

Bradley, A. H., & Howard, A. L. (2023). Stress and mood associations with smartphone use in university students: A 12-week longitudinal study. *Clinical Psychological Science*, *11*(5), 921–941. https://doi.org/10.1177/21677026221116889

Brown, K. W., Ryan, R. M., & Creswell, J. D. (2007). Addressing fundamental questions about mindfulness. *Psychological Inquiry*, *18*(4), 272–281. https://doi.org/10.1080/10478400701703344

Carpentier, F. R. D., Brown, J. D., Bertocci, M., Silk, J. S., Forbes, E. E., & Dahl, R. E. (2008). Sad kids, sad media? Applying mood management theory to depressed adolescents' use of media. *Media Psychology*, *11*(1), 143–166. https://doi.org/10.1080/15213260701834484

Crone, E. A., & Dahl, R. E. (2012). Understanding adolescence as a period of social-affective engagement and goal flexibility. *Nature Reviews Neuroscience*, *13*(9), 636–650. https://doi.org/10.1038/nrn3313

Crone, E. A., & Konijn, E. A. (2018). Media use and brain development during adolescence. *Nature Communications*, *9*(1), Article 588. https://doi.org/10.1038/s41467-018-03126-x

Curran, P. J., & Bauer, D. J. (2011). The disaggregation of within-person and between-person effects in longitudinal models of change. *Annual Review of Psychology*, *62*(1), 583–619. https://doi.org/10.1146/annurev.psych.093008.100356

Dreier, M. J., Boyd, S. I., Jorgensen, S. L., Merai, R., Fedor, J., Durica, K. C., Low, C. A., & Hamilton, J. L. (2024). Adolescents' daily social media use and mood during the COVID-19 lockdown period. *Current Research in*

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

*Ecological and Social Psychology*, 7, Article 100196. https://doi.org/10.1016/j.cresp.2024.100196

Dunning, D. L., Griffiths, K., Kuyken, W., Crane, C., Foulkes, L., Parker, J., & Dalgleish, T. (2019). Research review: The effects of mindfulness-based interventions on cognition and mental health in children and adolescents—A meta-analysis of randomized controlled trials. *Journal of Child Psychology and Psychiatry*, 60(3), 244–258. https://doi.org/10.1111/jcpp.12980

Duvenage, M., Correia, H., Uink, B., Barber, B. L., Donovan, C. L., & Modecki, K. L. (2020). Technology can sting when reality bites: Adolescents' frequent online coping is ineffective with momentary stress. *Computers in Human Behavior*, 102, 248–259. https://doi.org/10.1016/j.chb.2019.08.024

Elhai, J. D., Sapci, O., Yang, H., Amialchuk, A., Rozgonjuk, D., & Montag, C. (2021). Objectively-measured and self-reported smartphone use in relation to surface learning, procrastination, academic productivity, and psychopathology symptoms in college students. *Human Behavior and Emerging Technologies*, 3(5), 912–921. https://doi.org/10.1002/hbe2.254

Garrett, S. L., Burnell, K., Armstrong-Carter, E. L., Prinstein, M. J., & Telzer, E. H. (2023). Linking video chatting, phone calling, text messaging, and social media with peers to adolescent connectedness. *Journal of Research on Adolescence*, 33(4), 1222–1234. https://doi.org/10.1111/jora.12871

Greco, L. A., Baer, R. A., & Smith, G. T. (2011). Assessing mindfulness in children and adolescents: Development and validation of the Child and Adolescent Mindfulness Measure (CAMM). *Psychological Assessment*, 23(3), 606–614. https://doi.org/10.1037/a0022819

Haag, A.-C., Nick, E. A., Chen, M. S., Telzer, E. H., Prinstein, M. J., & Bonnano, G. A. (2025). Investigating risk profiles of smartphone activities and psychosocial factors in adolescents during the COVID-19 pandemic. *Journal of Research on Adolescence*, 35(1), 1–17. https://doi.org/10.1111/jora.13045

Hamilton, J. L., Do, Q. B., Choukas-Bradley, S., Ladouceur, C. S., & Silk, J. S. (2021). Where it hurts the most: Peer interactions on social media and in person are differentially associated with emotional reactivity and sustained affect among adolescent girls. *Research on Child and Adolescent Psychopathology*, 49(2), 155–167. https://doi.org/10.1007/s10802-020-00725-5

Hamilton, J. L., Nesi, J., & Choukas-Bradley, S. (2022). Reexamining social media and socioemotional well-being among adolescents through the lens of the COVID-19 pandemic: A theoretical review and directions for future research. *Perspectives on Psychological Science*, 17(3), 662–679. https://doi.org/10.1177/17456916211014189

Heffer, T., Good, M., Daly, O., MacDonell, E., & Willoughby, T. (2019). The longitudinal association between social-media use and depressive symptoms among adolescents and young adults: An empirical reply to Twenge et al. (2018). *Clinical Psychological Science*, 7(3), 462–470. https://doi.org/10.1177/2167702618812727

Heitmayer, M., & Lahlou, S. (2021). Why are smartphones disruptive? An empirical study of smartphone use in real-life contexts. *Computers in Human Behavior*, 116, Article 106637. https://doi.org/10.1016/j.chb.2020.106637

Houben, M., Van Den Noortgate, W., & Kuppens, P. (2015). The relation between short-term emotion dynamics and psychological well-being: A meta-analysis. *Psychological Bulletin*, 141(4), 901–930. https://doi.org/10.1037/a0038822

Kabat-Zinn, J. (1990). *Full catastrophe living. Using the wisdom of your body and mind to face stress, pain, and illness*. Delacorte.

Kabat-Zinn, J. (2009). *Wherever you go, there you are: Mindfulness meditation in everyday life*. Hachette Books.

Keles, B., McCrae, N., & Grealish, A. (2020). A systematic review: The influence of social media on depression, anxiety and psychological distress in adolescents. *International Journal of Adolescence and Youth*, 25(1), 79–93. https://doi.org/10.1080/02673843.2019.1590851

Linehan, M. M. (1993). *Cognitive-behavioral treatment of borderline personality disorder*. Guilford Publications.

MacDonald, K. B., & Schermer, J. A. (2021). Loneliness unlocked: Associations with smartphone use and personality. *Acta Psychologica*, 221(1), Article 103454. https://doi.org/10.1016/j.actpsy.2021.103454

Marciano, L., Driver, C. C., Schulz, P. J., & Camerini, A. L. (2022). Dynamics of adolescents' smartphone use and well-being are positive but ephemeral. *Scientific Reports*, 12(1), Article 1316. https://doi.org/10.1038/s41598-022-05291-y

McKone, K. M. P., & Silk, J. S. (2022). The emotion dynamics conundrum in developmental psychopathology: Similarities, distinctions, and adaptiveness of affective variability and socioaffective flexibility. *Clinical Child and Family Psychology Review*, 25(1), 44–74. https://doi.org/10.1007/s10567-022-00382-8

McLean, S. A., Jarman, H., & Rodgers, R. F. (2019). How do 'selfies' impact adolescents' well-being and body confidence? A narrative review. *Psychology Research and Behavior Management*, 12, 513–521. https://doi.org/10.2147/PRBM.S177834

Minich, M., & Moreno, M. (2024). Real-world adolescent smartphone use is associated with improvements in mood: An ecological momentary assessment study. *PLOS ONE*, 19(5), Article e0298422. https://doi.org/10.1371/journal.pone.0298422

Modecki, K. L., Duvenage, M., Uink, B., Barber, B. L., & Donovan, C. L. (2022). Adolescents' online coping: When less is more but none is worse. *Clinical Psychological Science*, 10(3), 467–481. https://doi.org/10.1177/21677026211028983

Muthén, L. K., & Muthén, B. O. (1998). *Mplus user's guide* (8th ed.).

Nesi, J., Burke, T. A., Bettis, A. H., Kudinova, A. Y., Thompson, E. C., MacPherson, H. A., Fox, K., Lawrence, H., Thomas, S., Wolff, J., Altemus, M., Soriano, S., & Liu, R. T. (2021). Social media use and self-injurious thoughts and behaviors: A systematic review and meta-analysis. *Clinical Psychology Review*, 87, Article 102038. https://doi.org/10.1016/j.cpr.2021.102038

Orben, A. (2020). Teenagers, screens and social media: A narrative review of reviews and key studies. *Social Psychiatry and Psychiatric Epidemiology*, 55(4), 407–414. https://doi.org/10.1007/s00127-019-01825-4

Parry, D. A., Davidson, B. I., Sewall, C. J., Fisher, J. T., Mieczkowski, H., & Quintana, D. S. (2021). A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. *Nature Human Behaviour*, 5(11), 1535–1547. https://doi.org/10.1038/s41562-021-01117-5

Pepping, C. A., Walters, B., Davis, P. J., & O'Donovan, A. (2016). Why do people practice mindfulness? An investigation into reasons for practicing mindfulness meditation. *Mindfulness*, 7(2), 542–547. https://doi.org/10.1007/s12671-016-0490-3

Poon, K. T., & Jiang, Y. (2020). Getting less likes on social media: Mindfulness ameliorates the detrimental effects of feeling left out online. *Mindfulness*, 11(4), 1038–1048. https://doi.org/10.1007/s12671-020-01313-w

Reitsema, A. M., Jeronimus, B. F., van Dijk, M., & de Jonge, P. (2022). Emotion dynamics in children and adolescents: A meta-analytic and descriptive review. *Emotion*, 22(2), 374–396. https://doi.org/10.1037/emo0000970

Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022). *Common Sense census: Media use by tweens and teens, 2021*. Common Sense. https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf

Rideout, V., & Robb, M. B. (2018). *Social media, social life: Teens reveal their experiences*. Common Sense Media. https://www.commonsensemedia.org/research/social-media-social-life-teens-reveal-their-experiences-2018

Rodman, A. M., Burns, J. A., Cotter, G. K., Ohashi, Y. G. B., Rich, R. K., & McLaughlin, K. A. (2024). Within-person fluctuations in objective smartphone use and emotional processes during adolescence: An intensive longitudinal study. *Affective Science*, 5(4), 332–345. https://doi.org/10.1007/s42761-024-00247-z

Rodman, A. M., Vidal Bustamante, C. M., Dennison, M. J., Flournoy, J. C., Coppersmith, D. D. L., Nook, E. C., Worthington, S., Mair, P., &

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

McLaughlin, K. A. (2021). A year in the social life of a teenager: Within-persons fluctuations in stress, phone communication, and anxiety and depression. *Clinical Psychological Science*, *9*(5), 791–809. https://doi.org/10.1177/2167702621991804

Rozgonjuk, D., Levine, J. C., Hall, B. J., & Elhai, J. D. (2018). The association between problematic smartphone use, depression and anxiety symptom severity, and objectively measured smartphone use over one week. *Computers in Human Behavior*, *87*, 10–17. https://doi.org/10.1016/j.chb.2018.05.019

Sewall, C. J., Bear, T. M., Merranko, J., & Rosen, D. (2020). How psychosocial well-being and usage amount predict inaccuracies in retrospective estimates of digital technology use. *Mobile Media & Communication*, *8*(3), 379–399. https://doi.org/10.1177/2050157920902830

Sewall, C. J., Goldstein, T. R., Wright, A. G. C., & Rosen, D. (2022). Does objectively measured social-media or smartphone use predict depression, anxiety, or social isolation among young adults? *Clinical Psychological Science*, *10*(5), 997–1014. https://doi.org/10.1177/21677026221078309

Silk, J. S., Steinberg, L., & Morris, A. S. (2003). Adolescents' emotion regulation in daily life: Links to depressive symptoms and problem behavior. *Child Development*, *74*(6), 1869–1880. https://doi.org/10.1046/j.1467-8624.2003.00643.x

Stead, H., & Bibby, P. A. (2017). Personality, fear of missing out and problematic internet use and their relationship to subjective well-being. *Computers in Human Behavior*, *76*, 534–540. https://doi.org/10.1016/j.chb.2017.08.016

Steele, R. G., Khetawat, D., Christofferson, J. L., & Hall, J. A. (2023). Concurrent validity of self-reported social media use in adolescents and young adults: Associations with objective data and psychosocial functioning. *Journal of Psychopathology and Behavioral Assessment*, *45*(1), 97–108. https://doi.org/10.1007/s10862-022-10013-9

Stringaris, A., & Goodman, R. (2009). Mood lability and psychopathology in youth. *Psychological Medicine*, *39*(8), 1237–1245. https://doi.org/10.1017/S0033291708004662

Terzimehić, N., Häuslschmid, R., Hussmann, H., & Schraefel, M. C. (2019). *A review & analysis of mindfulness research in HCI: Framing current lines of research and future opportunities*. Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems (pp. 457:1–457:13). Association for Computing Machinery. https://doi.org/10.1145/3290605.3300687

Valkenburg, P. M., & Peter, J. (2013). The differential susceptibility to media effects model. *Journal of Communication*, *63*(2), 221–243. https://doi.org/10.1111/jcom.12024

van der Wal, A., Valkenburg, P. M., & van Driel, I. I. (2022). In their own words: How adolescents differ in their social media use and how it affects them. *Social Media+Society*, *10*(2), 1–11. https://doi.org/10.31234/osf.io/mvrpn

Vogels, E., Gelles-Watnick, R., & Massarat, N. (2022). *Teens, social media and technology 2022*. Pew Research Center: Internet, Science & Tech. https://policycommons.net/artifacts/2644169/teens-social-media-and-technology-2022/3667002/

Wadley, G., Smith, W., Koval, P., & Gross, J. J. (2020). Digital emotion regulation. *Current Directions in Psychological Science*, *29*(4), 412–418. https://doi.org/10.1177/0963721420920592

Watson, D., Clark, L. A., & Tellegen, A. (1988). Development and validation of brief measures of positive and negative affect: The PANAS scales. *Journal of Personality and Social Psychology*, *54*(6), 1063–1070. https://doi.org/10.1037/0022-3514.54.6.1063

Weinstein, E. (2018). The social media see-saw: Positive and negative influences on adolescents' affective well-being. *New Media & Society*, *20*(10), 3597–3623. https://doi.org/10.1177/1461444818755634

Weinstein, E., & James, C. (2022). *Behind their screens: What teens are facing (and adults are missing)*. The MIT Press. https://doi.org/10.7551/mitpress/14088.001.0001

Wolfers, L. N., & Utz, S. (2022). Social media use, stress, and coping. *Current Opinion in Psychology*, *45*, Article 101305. https://doi.org/10.1016/j.copsyc.2022.101305

Yau, J. C., Reich, S. M., & Lee, T. Y. (2021). Coping with stress through texting: An experimental study. *Journal of Adolescent Health*, *68*(3), 565–571. https://doi.org/10.1016/j.jadohealth.2020.07.004

Zillmann, D. (1988). Mood management through communication choices. *American Behavioral Scientist*, *31*(3), 327–340. https://doi.org/10.1177/000276488031003005

Zillmann, D. (2003). Theory of affective dynamics. In J. Bryant, D. Roskos-Ewoldsen, & J. Cantor (Eds.), *Communication and emotion: Essays in honor of Dolf Zillmann* (pp. 533–567). Lawrence Erlbaum Associates Publishers.

Received May 6, 2024
Revision received March 10, 2025
Accepted March 13, 2025 ■