UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>[PROPOSED] **ORDER ON OMNIBUS STIPULATION REGARDING SEALING JOINT LETTER BRIEF REGARDING WHETHER CERTAIN META DOCUMENTS ARE PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (Dkt. 341), the Court rules as follows on the Omnibus Stipulation to Seal in connection with the Parties' Joint Letter Brief Regarding Whether Certain Meta Documents are Protected by Attorney-Client Privilege (Dkt. 2474) and Meta's administrative motion to file under seal (Dkt. 247):

| Filing | Portion to be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected by Attorney-Client Privilege (ECF No. 2475-1) | Employee Name | Redact specified portion | GRANTED |
| Exhibit A, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-034-00504889 (ECF No. 2475-2) | Employee Name and Identifying Information | Redact specified portion | GRANTED |
| Exhibit B, Transcript of February 6, 2025 Deposition of Meta witness (ECF No. 2475-3) | Employee Name | Redact specified portion | GRANTED |
| Exhibit G, Plaintiffs' Motion to Compel Production of Unredacted Documents, filed in *Social Media Cases*, No. JCCP 5255 (Cal. Super. Ct.) (ECF No. 2475-8) | Employee Name | Redact specified portion | GRANTED |
| Exhibit H, a document produced in this litigation by the Meta Defendants beginning with the | Employee Name and Identifying Information | Redact specified portion | GRANTED |

| | | | |
|---|---|---|---|
| Bates number META3047MDL-004-00015029 (ECF No. 2475-9) | | | |
| Exhibit I, Transcript of November 19, 2025 Deposition of Meta witness (ECF No. 2475-11) | Employee Name | Redact specified portion | **GRANTED** |
| Exhibit J, a document produced in this litigation by the Meta Defendants beginning with the Bates number META3047MDL-031-00242456 (ECF No. 2475-13) | Employee Name and Identifying Information | Redact specified portion | **GRANTED** |

**SO ORDERED.**

DATED:   December 8, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge