OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** December 1, 2025     **Time:** 1:40-2:57 (1 H, 17 M)   **Judge:** PETER H. KANG

**Case No.:** 22-md-03047-YGR    **Case Name:** In Re: Social Media Adolescent Addition Personal Injury Products Liability Litigation

**Attorneys for Plaintiffs (PI/SD. States. JCCP):** Lexi Hazam, Megan O'Neill, Joseph VanZandt

**Attorney for Defendant Meta:** Timothy Hester, Ashley Simonsen

**Attorney for Third-Party Dr. Sattizahn:** Michael Ward

**Deputy Clerk:** Jenny Galang                **Reported by:** Ana Dub

**PROCEEDINGS**

Discovery hearing - held.

The Court heard oral argument on Meta's Motion for a protective order with regard to the deposition of Dr. Sattizahn.  [Dkt. 2454].

The Court ordered that the three plaintiff groups present at the hearing, may attend the New Mexico portion of the deposition and those Plaintiffs confirmed they will not be asking questions of Dr. Sattizahn on alleged spoliation issues (although they may depose him on other topics during the non-sequestered portion of his deposition).  If and when any disputes as to privilege objections are presented by the Parties to this Court, the Court will review the decision of the New Mexico judge on their decision regarding any disputes as to Meta's objections and assertions of privilege during that deposition, as stated on the record.  The Parties are Ordered to submit (by December 4, 2025) a Proposed Order reflecting the Court's verbal rulings on Meta's motion for a protective order with regard to the Sattizahn deposition [Dkt. 2454], as well as confirming the Parties' various verbal representations regarding that deposition.  For the reasons stated on the record and incorporated herein, Meta's motion [Dkt. 2454] is denied without prejudice.

The Court also heard oral argument on the Motion regarding privilege/crime-fraud issues with regard to four Meta documents.  [Dkt. 2474].

With regard to the DC court's ruling on the motion for reconsideration/appeal of that court's decision on those same documents, the Parties are Ordered to jointly file a Notice attaching a copy of the reconsideration ruling on December 12th or as soon as it is issued.  A courtesy copy is to be emailed to PHKPO@cand.uscourts.gov.

The motion [Dkt. 2474] was submitted at the close of oral argument.  The Court was informed of the December 18, 2025 schedule for the JCCP hearing on these same documents and is taking that schedule into account in the timing of resolution of this motion.  Should the JCCP hearing be rescheduled, the Parties are directed to inform the Court immediately by joint email sent to PHKpo@cand.uscourts.gov.   The Court acknowledges receipt of the four documents at issue for in camera review.

**Order to be prepared by:**

( )    Plaintiff            ( )    Defendant            (X)    Court