Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorney for Defendants YouTube, LLC
and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:23-cv-04659-YGR |
| This Document Relates To: | **DECLARATION OF IAN MCMEANS IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.* | |
| *Charleston County School District v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| *Irvington Public Schools v. Meta Platforms, Inc., et al.* | Magistrate Judge: Hon. Peter H. Kang |
| *Dekalb County School District v. Meta Platforms, Inc., et al.* | |
| *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | |

## DECLARATION OF IAN MCMEANS

I, Ian McMeans, declare as follows:

1. I have served as a Software Engineer at Google since 2017. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

### Engagement Metrics

2. YouTube maintains various engagement metrics as trade secret information:

   a. *Watch Time*: YouTube maintains both current and historical Watch Time figures as confidential trade secret information because those figures reveal insights into YouTube's competitive priorities and strategic decision-making, the effectiveness thereof, and YouTube's internal analyses of the same. Access to such information would allow competitors to evaluate the success of particular features, including the impact of historical launches and other strategic decisions on YouTube's engagement, thereby facilitating replication of YouTube's strategic decisions with the benefit of that confidential information without incurring the same development costs or risks and otherwise exploiting these confidential insights in ways that undermine YouTube's competitive position. This trade secret information consists of specific Watch Time figures, e.g., in connection with describing the impact of a given feature on Watch Time.

   b. *Feature-Specific Engagement Metrics*: YouTube maintains both current and historical user counts specific to the use of particular features as confidential trade secret information because those figures reveal insights into YouTube's competitive priorities and strategic decision-making, the effectiveness thereof, and YouTube's internal analyses of the same. Access to such information would allow

1

competitors to evaluate the success of particular features, including the impact of historical launches and other strategic decisions on YouTube's engagement, thereby facilitating replication of YouTube's strategic decisions already proven successful without incurring the same development costs or risks and otherwise exploiting these confidential insights in ways that undermine YouTube's competitive position. This disclosure of this information has market-moving impacts, and disclosure of such data outside of the context of proper disclosure vehicles (such as SEC filings) could cause confusion, adversely impact investor confidence, and cause unwarranted market reactions. This trade secret information consists of specific metrics associated with a given feature, e.g., in connection with describing trends in the total number of users of a given feature before and after changes to that feature.

### **Financial Planning and Budgeting Information**

3.     YouTube maintains information regarding current/ongoing financial planning and budgeting as confidential trade secret information because that information reveals insights into YouTube's non-public product and feature launches in development, competitive priorities, and strategic decision-making, and could be used to replicate YouTube's proprietary methods, features, and projects or preempt planned features, giving competitors an unfair advantage if that information were revealed.

4.     This disclosure of this information has market-moving impacts, and disclosure of such data outside of the context of proper disclosure vehicles (such as SEC filings) could cause confusion, adversely impact investor confidence, and cause unwarranted market reactions. This

category of trade secret information includes, for example, non-public budget figures and spend-to-date details for particular projects intended to achieve specific strategic goals.

## Age Detection Systems

5.      YouTube maintains information about the operation of its age detection systems as confidential trade secret information because, if made public, it would permit bad actors (as well as the users these systems are intended to protect) to circumvent them.  YouTube also keeps this information confidential because it could be used to facilitate replication of YouTube's proprietary methods by competitors without incurring the corresponding development costs or risks, depriving YouTube of the economic value and competitive advantage that flows from its investment and innovation and giving those competitors an unfair advantage.  This trade secret information includes, for example, specific details regarding how YouTube's age detection systems function and the criteria used by YouTube's systems for age detection.  This information is highly valuable to competitors developing their own age detection systems, and the value of this information to YouTube relies on its continued secrecy.

## Product and Project Operations

6.      YouTube maintains information regarding ongoing product and project operations as confidential trade secret information because that information reveals insights into YouTube's non-public product and feature launches, competitive priorities, and strategic decision-making and could be used to replicate YouTube's proprietary methods, features, and projects or preempt planned features without incurring the corresponding development costs or risks, depriving YouTube of the economic value that flows from its investment and innovation and giving competitors an unfair advantage if that information were revealed.

7.      YouTube maintains information regarding launched product and project operations

3

as confidential trade secret information because that information reveals insights into YouTube's competitive priorities and strategic decision-making and could be used to replicate YouTube's proprietary methods, features, and projects or preempt planned features without incurring the corresponding development costs or risks, depriving YouTube of the economic value that flows from its investment and innovation and giving competitors an unfair advantage if that information were revealed.

8. This category of trade secret information includes, for example, details of YouTube's internal strategy for the development and launch of new features, including the name of the experimentation platform that YouTube uses.

9. This declaration supports the sealing of the following information:

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| Engagement Metrics | All redacted material listed in Appendix A. | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of metrics regarding Watch Time and Feature-Specific Engagement that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 2 above. |
| Financial Planning and Budgeting Information | All redacted material listed in Appendix B. | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information consisting of ongoing/current financial/budget information revealing non-public budget figures and/or spend-to-date details that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraphs 3–4 above. |

4

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| Age Detection Systems | All redacted material listed in Appendix C. | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to the design and operation of age detection systems that, if filed in the public record, would be likely to harm YouTube for the reasons described in paragraph 5 above, including enabling potential circumvention and causing competitive harm. |
| Product and Project Operations | All redacted material listed in Appendix D. | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to ongoing product and project operations revealing strategy for the development and launch of new features and/or the technical functioning of those features that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraph 6–8 above. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 10, 2025, in Los Angeles, California.

/s/ _Ian McMeans_
Ian McMeans

5

**APPENDIX A:**
**Engagement Metrics**

Pls.' Corrected Omnibus Opp'n highlighting at page 168, lines 22 and 23.

6

**APPENDIX B:**
**Financial Planning and Budgeting Information**

| |
|---|
| Pls.' Corrected Omnibus Opp'n highlighting at page 159, lines 19 and 20. |
| Pls.' Corrected Omnibus Opp'n highlighting at page 160, lines 24 and 25. |
| Pls.' Corrected Omnibus Opp'n highlighting at page 176, lines 20 and 21. |

7

**APPENDIX C:**
**Age Detection Systems**

| |
|---|
| Pls.' Corrected Omnibus Opp'n highlighting at page 166, line 18. |
| Pls.' Corrected Omnibus Opp'n highlighting at page 173, lines 17 through 24, 26, and 28. |
| Pls.' Corrected Omnibus Opp'n highlighting at page 174, lines 1, and 7 through 13. |

8

**APPENDIX D:**
**Product and Project Operations**

Pls.' Corrected Omnibus Opp'n highlighting at page 168, lines 22 and 23.

9