Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorney for Defendants YouTube, LLC
and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No.: 4:23-cv-04659-YGR |
| This Document Relates To: | |
| | **DECLARATION OF CHRISTOPHER CHIOU IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' HARFORD SUMMARY JUDGMENT MOTION AND PLAINTIFFS' RULE 702 OPPOSITION BRIEFS** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.* | |
| *Charleston County School District v. Meta Platforms, Inc., et al.* | |
| *Irvington Public Schools v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| *Dekalb County School District v. Meta Platforms, Inc., et al.* | |
| *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | |

## DECLARATION OF CHRISTOPHER CHIOU

I, Christopher Chiou, declare as follows:

1.      I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati and attorney of record for Defendants YouTube, LLC and Google LLC (collectively ("YouTube") in this matter.  I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of Defendants' motion to seal information contained in the exhibits attached to (1) Plaintiff Harford County Board of Education Opposition to Defendants' Motion for Summary Judgment; (2) Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts; and (3) School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2.      I have reviewed the information that YouTube seeks to seal pursuant to the Court's Sealing Procedures.  Based on my review of the documents and in consultation with YouTube, I understand there is good cause to seal information which identifies lower-level YouTube employees.

3.      There are compelling reasons to seal certain limited portions of the following materials, which identify YouTube employees who are non-parties to this case and are not executives.  I understand that Google/YouTube employees could be exposed to unwanted attention, solicitation or harassment, including by individuals who conflate the allegations against the company in this litigation with allegations against specific individuals and that Google/YouTube employees have previously been harassed, receiving unsolicited contact with threatening messages, because of the public release of their names and titles.  If the proposed and designated employees' personal identifying information was shared on the public docket in this case, it could similarly subject them to unwarranted or potentially threatening contact.  The documents YouTube seeks to seal include names, including in certain cases full names, in the

context of work on specific teams and workstreams.  This information could be used to search for these employees online and pose the possibility of subjecting them to unwarranted threats and harassment.  Further, YouTube is not seeking to redact the names of employees who are higher level executives or who have already been deposed in this case.

4.    This declaration supports the sealing of the following information:

| Exhibit Containing Information to Be Sealed | Plaintiffs' Oppositions (Exhibit & ECF Nos.) | Location of Employee Name(s) |
|---|---|---|
| Dr. Dimitri Christakis expert report | Exhibit 16 (ECF 2400-18) to Plaintiffs' Opposition to Defendants' Harford Motion for Summary Judgment<br><br>Exhibit 15 (ECF 2405-18) to Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts<br><br>Exhibit 1 (ECF 2407-03) to Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts | Paragraph 111<br>Paragraph 233<br>Paragraph 522 |
| Dr. Anna Lembke expert report | Exhibit 10 (ECF 2405-13) to Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts<br><br>Exhibit 10 (ECF 2407-05) to Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts | Page 57 |
| Dr. Anna Lembke deposition transcript | Exhibit 18 (ECF 2405-21) to Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts | Page 318, line 21<br>Page 320, line 5<br>Page 320, line 8 |
| Dr. Stuart Murray expert report | Exhibit 32 (ECF 2405-35) to Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts | Paragraph 355<br>Paragraph 356<br>Paragraph 361<br>Paragraph 362<br>Paragraph 362 |

DECLARATION OF CHRISTOPHER CHIOU IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' HARFORD SUMMARY JUDGMENT MOTION AND PLAINTIFFS' RULE 702 OPPOSITION BRIEFS
Case No. 4:22-MD-03047-YGR

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  December 10, 2025                    */s/ Christopher Chiou*
                                                              Christopher Chiou

3