# Exhibit 2

| | |
|---|---|
| **From:** | Warren, Previn |
| **To:** | Simonsen, Ashley M |
| **Cc:** | Cholera, Kuntal; Melnyk, Yurij D; Carpenter, Ansel |
| **Subject:** | RE: MDL 3047 - YouTube"s Position re Sealing |
| **Date:** | Tuesday, December 2, 2025 3:40:04 PM |
| **Attachments:** | image001.png |

<mark>**[EXTERNAL]**</mark>

Thanks. I didn't read your email closely enough and didn't realize this was a video. We'll take a look at it. Obviously Plaintiffs have an abiding interest in protecting the safety of minors!



**Previn Warren** (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Tuesday, December 2, 2025 6:38 PM
**To:** Warren, Previn <pwarren@motleyrice.com>
**Cc:** Cholera, Kuntal <KCholera@cov.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>
**Subject:** RE: MDL 3047 - YouTube's Position re Sealing

CAUTION:EXTERNAL

+ a couple colleagues

Previn,

We'll get back to you on Christakis and Goldfield – we're taking a closer look at the excerpts at issue to confirm we really think we need to seal them.  In the meantime, for the video compilation, are you proposing that, rather than seal the entire video, Plaintiffs would go through and redact PII?  If so, shouldn't the girls' usernames and thumbnail photos be redacted, too (in addition to their faces)?  Ultimately this is Plaintiffs' exhibit in Plaintiffs' control—we don't have the ability to apply redactions to it—but would strongly suggest you simply move to seal the entirety of the exhibit.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Tuesday, December 2, 2025 4:11 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** Re: MDL 3047 - YouTube's Position re Sealing

[EXTERNAL]

Please tell me which image in the Christakis report.

Fine to black out faces but not bodies of the girls.

Need more information re Goldfield



**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

On Dec 1, 2025, at 11:27 PM, Simonsen, Ashley M <asimonsen@cov.com> wrote:

CAUTION:EXTERNAL

Previn,

Consistent with our standard practice, there are a number of exhibits containing the names of lower-level Meta employees which we will likely want to seal on PII grounds.  We will also likely want to seal, on non-PII grounds, certain limited information in three exhibits:

1. The Christakis expert report, which contains an image reflecting competitively sensitive information.
2. The amended and supplemental Goldfield report, which contains certain competitively sensitive data.
3. Exhibit 13 to the 702 GC Opposition, which seems to provide a link to a video compilation consisting of clips with underaged girls.  We recognize that this compilation consists of clips that were accessed independently (*i.e.*, they were not produced by Meta in discovery), but we would strongly suggest sealing it to protect the privacy of the girls in those video clips.

As discussed earlier, these are just our preliminary sealing determinations.  We can provide more detail—include the precise content from each document we'd want to seal—when we provide our final response on Friday.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Monday, December 1, 2025 6:39 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Subject:** Re: MDL 3047 - YouTube's Position re Sealing

Sure, but we did not have the conferral today, and you had an out of office message, so I was expecting some kind of indication as to where you all are. Is your position going to be in line with YouTube's, ie a name or email address here or there?

**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

On Dec 1, 2025, at 9:19 PM, Simonsen, Ashley M <asimonsen@cov.com> wrote:

CAUTION:EXTERNAL

For Meta, Plaintiffs agreed to extend our deadline for this to December 5 – see attached.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Monday, December 1, 2025 5:48 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Geoffrey *Drake <GDrake@kslaw.com>
**Subject:** Fwd: MDL 3047 - YouTube's Position re Sealing

[EXTERNAL]

Need an email like this from each of your clients and assuming one is forthcoming. Have also received from Snap.

Begin forwarded message:

**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

**From:** "Sandoval-Bushur, Joseph" <jsandoval-bushur@wc.com>