# Exhibit 3

| | |
|---|---|
| **From:** | Jennie Anderson |
| **To:** | Warren, Previn |
| **Cc:** | Cholera, Kuntal; Simonsen, Ashley M; Joseph Sandoval-Bushur; Carpenter, Ansel; Laura Lopez; Victoria Degtyareva; Bailey Langner; Yelena Kotlarsky; Ashley Hardin; Klausner, Peter; Will Harris II; Hazam, Lexi J.; Burman, Abigail; Ariel Vento; Melnyk, Yurij D; Barnhart, Lindsey; Xenakis, Nicholas; Imbroscio, Michael; mdl3047pltfprivilege@andrusanderson.com |
| **Subject:** | Re: MDL 3047 - Plaintiffs" Position on Omnibus Opposition Brief Sealing |
| **Date:** | Tuesday, December 9, 2025 7:29:16 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | MDL 3047 - Plaintiffs" Position on Meta Omnibus Opposition Brief Sealing_FINAL 12.9.2025.pdf |
| | MDL 3047 - Plaintiffs" Position on Snap Omnibus Opposition Brief Sealing_FINAL 12.9.2025.pdf |
| | Plaintiffs" Response to YT Chart re 2025.12.10 Sealing Motion_FINAL 12.9.2025.pdf |
| | Social Media - Plaintiffs" Response to TikTok Sealing Proposal_FINAL 12.9.2025.pdf |

**[EXTERNAL]**

Please see attached PISD Plaintiffs' responses to Defendants, proposed redactions.  Thank you.

On Tue, Dec 9, 2025 at 9:30 AM Warren, Previn <pwarren@motleyrice.com> wrote:

> You should assume we are opposing unless we tell you otherwise.
>
>
>
> **Previn Warren**  (he / him)
> **Attorney at Law**
>
> 401 9th St. NW, Suite 630, Washington, DC 20004
> **o.** 202.386.9610  **c.** 202.578.6281
> pwarren@motleyrice.com
>
> ---
>
> **From:** Cholera, Kuntal <KCholera@cov.com>
> **Sent:** Tuesday, December 9, 2025 12:25 PM
> **To:** Warren, Previn <pwarren@motleyrice.com>; Simonsen, Ashley M <asimonsen@cov.com>
> **Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Barnhart, Lindsey <LBarnhart@cov.com>; Xenakis, Nicholas

<NXenakis@cov.com>; Imbroscio, Michael <mimbroscio@cov.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

CAUTION:EXTERNAL

Thanks for the prompt reply, Previn.  Given that the deadline is tomorrow, could you let us know whether you think Plaintiffs will ultimately oppose our redaction requests, or whether they'll take the position they've taken recently (not oppose for now)?  As a reminder, Meta is largely just redacting employee names.  We've also proposed redacting that video compilation consisting of clips of U13 users.

**Kuntal Cholera**
Special Counsel

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5723 | kcholera@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Tuesday, December 9, 2025 12:03 PM
**To:** Cholera, Kuntal <KCholera@cov.com>; Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Barnhart, Lindsey <LBarnhart@cov.com>; Xenakis, Nicholas <NXenakis@cov.com>; Imbroscio, Michael <mimbroscio@cov.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

[EXTERNAL]

Thanks. We were waiting to get everyone's chart. I think YouTube still has not sent. You should assume we are opposing unless we tell you otherwise.



**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

**From:** Cholera, Kuntal <KCholera@cov.com>
**Sent:** Tuesday, December 9, 2025 11:58 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Warren, Previn <pwarren@motleyrice.com>
**Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Barnhart, Lindsey <LBarnhart@cov.com>; Xenakis, Nicholas <NXenakis@cov.com>; Imbroscio, Michael <mimbroscio@cov.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

CAUTION:EXTERNAL

Hi Previn—just wanted to check in on Plaintiffs' position on our redactions. If Plaintiffs don't oppose (at least for now), we can prepare a sealing stipulation similar to what we

have already filed in the MDL (*e.g.*, ECF 2506).

**Kuntal Cholera**
Special Counsel

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5723 | kcholera@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Friday, December 5, 2025 10:24 PM
**To:** Warren, Previn <pwarren@motleyrice.com>
**Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Cholera, Kuntal <KCholera@cov.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Barnhart, Lindsey <LBarnhart@cov.com>; Xenakis, Nicholas <NXenakis@cov.com>; Imbroscio, Michael <mimbroscio@cov.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

That should work for Meta; I'll circle back once I've confirmed that timing works for the rest of the Defendants.  (We've had a lot of filings today that have been consuming most of our attention…).

In the meantime, here is the final list of Meta's proposed redactions to the filings at issue.

Thanks, and have a nice weekend.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Friday, December 5, 2025 3:09 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Cholera, Kuntal <KCholera@cov.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Barnhart, Lindsey <LBarnhart@cov.com>; Xenakis, Nicholas <NXenakis@cov.com>; Imbroscio, Michael <mimbroscio@cov.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

[EXTERNAL]

Thanks. I think there are likely to be a lot of overlapping issues in your motions – for instance, do employee names need to be sealed and under what circumstances? I'm confident you all will be able to find efficiencies in the briefing such that the Court doesn't have to read those arguments four times over. But, obviously, this is ultimately a decision for the JDG to make. As for the filing mechanics, how about you all plan to send me the lesser-redacted versions of the "Non-Exhibit Materials" on Monday, at which point Plaintiffs will re-file them as promptly as possible. To the extent you don't have any redactions to any of those materials, just identify that so we know there is no dispute and the entirety of those items can be lodged publicly. Let me know if this works please.



**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Friday, December 5, 2025 5:53 PM
**To:** Warren, Previn <pwarren@motleyrice.com>
**Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Cholera, Kuntal <KCholera@cov.com>; Melnyk, Yurij D <YMelnyk@cov.com>; Barnhart, Lindsey <LBarnhart@cov.com>; Xenakis, Nicholas <NXenakis@cov.com>; Imbroscio, Michael <mimbroscio@cov.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

CAUTION:EXTERNAL

Thanks, Previn—that's helpful.  I'm glad to take back to my client your suggestion that Defendants work together to prepare lesser-redacted versions of the filings.  If we did that, would we send those to you (presumably early next week) and then you'd re-file everything at the same time after that?  I'm just trying to understand how and when you're proposing that the re-filing take place for all the materials that were the subject of the 12/1 conferral deadline (extended to 12/5 for Meta).

You may recall that we discussed the "omnibus" motion issue when you and I were negotiating the stipulation re sealing deadlines for the MSJ and Rule 702 filings.  "Omnibus" in this context refers to the fact that the sealing motion applies to the entirety of the briefing that was submitted in connection with a particular motion—as opposed to the usual case where a motion to seal is filed for each separate motion, opposition, and reply filing.  The sealing protocol allows each "party" to file an omnibus motion and limits us to 5 pages per motion.  In light of that, and given the volume of material we're dealing with, I expect each Defendant will need to file its own motion.  That said, depending on what each Defendant is seeking to seal, we are happy to consider filing a combined/joint motion if that makes sense.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Friday, December 5, 2025 2:21 PM

**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** Joseph Sandoval-Bushur <jsandoval-bushur@wc.com>; Carpenter, Ansel <ACarpenter@cov.com>; Laura Lopez <Laura.Lopez@mto.com>; Victoria Degtyareva <Victoria.Degtyareva@mto.com>; Bailey Langner <blangner@kslaw.com>; Yelena Kotlarsky <YKotlarsky@kslaw.com>; Ashley Hardin <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>; Cholera, Kuntal <KCholera@cov.com>; Melnyk, Yurij D <YMelnyk@cov.com>
**Subject:** Re: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

[EXTERNAL]

Isn't the point of an omnibus motion that it's omnibus? I'm surprised to hear that each defendant is filing its own motion and think the Court will not appreciate the extra paper. I'd urge you to reconsider that approach.

The reason I am asking you for this material is so that plaintiffs can provide you with our positions on your redactions which is something you (Joseph) asked us to do. That's what we "intend to do" with the information - satisfy your request.

In terms of preparing lesser-redacted versions of the Non-Exhibit Materials, the parties are under an obligation to lodge those on the docket "immediately" upon agreement per order of the Court. It would skip several steps and save everyone time if Defendants could just work together to prepare those lesser redacted versions, rather than continuing to send us piecemeal redactions.



**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

On Dec 5, 2025, at 3:11 PM, Simonsen, Ashley M <asimonsen@cov.com>

wrote:

CAUTION:EXTERNAL

Previn,

We're finalizing Meta's list of proposed redactions to the "Non Exhibit materials," which we plan to share in chart form once it's done.  It's not going to be consolidated with the other defendants' charts; among other reasons, each defendant will be filing its own omnibus motion to seal.

Can you please confirm what you plan to do after you have all defendants' proposed redactions to the "Non-Exhibit materials"?  To the extent you are planning to apply each defendant's requested redactions to the filings, we will need the opportunity to review those redactions and confirm they've been correctly applied before anything is filed on the public docket.  Please confirm you will share copies of your proposed lesser-redacted filings with defendants before any filing is made.  Thank you.

---

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Friday, December 5, 2025 11:02 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Sandoval-Bushur, Joseph <JSandoval-Bushur@wc.com>
**Cc:** Carpenter, Ansel <ACarpenter@cov.com>; Lopez, Laura <Laura.Lopez@mto.com>; Degtyareva, Victoria <Victoria.Degtyareva@mto.com>; Bailey Langner <BLangner@KSLAW.COM>; Yelena Kotlarsky <YKotlarsky@KSLAW.com>; Hardin, Ashley <AHardin@wc.com>; jennie.anderson <jennie.anderson@andrusanderson.com>; Klausner, Peter <pklausner@baronbudd.com>; Will Harris II <will.harris@andrusanderson.com>; Hazam, Lexi J. <lhazam@lchb.com>; Burman, Abigail <aburman@motleyrice.com>; Ariel Vento <ariel.vento@andrusanderson.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

**[EXTERNAL]**

All,

I am adding some others from PISD to this distribution list. Please keep them on copy.

We are awaiting the following from defendants:

1. YouTube's position on the sealing of the name of a specific individual
2. Meta's position on redactions as to all of the "Non-Exhibit materials"
3. A consolidated chart from all defendants that itemizes each proposed redaction that will be subject to the Dec 10 / 17 round of briefing

Once we receive this information we will review and provide you with Plaintiffs' positions as to each proposed redaction. We will not be able to provide you with our positions in advance of receiving this information.

Thanks,

Previn

**Previn Warren**  (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610 **c.** 202.578.6281
pwarren@motleyrice.com

**From:** Simonsen, Ashley M <asimonsen@cov.com>
**Sent:** Wednesday, December 3, 2025 4:08 PM
**To:** Warren, Previn <pwarren@motleyrice.com>; Sandoval-Bushur, Joseph

<JSandoval-Bushur@wc.com>
**Cc:** Carpenter, Ansel <ACarpenter@cov.com>; Lopez, Laura
<Laura.Lopez@mto.com>; Degtyareva, Victoria <Victoria.Degtyareva@mto.com>;
Bailey Langner <BLangner@KSLAW.COM>; Yelena Kotlarsky
<YKotlarsky@KSLAW.Com>; Hardin, Ashley <AHardin@wc.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

CAUTION:EXTERNAL

Previn,

I already provided you with our legal basis and authority for Meta's requested redactions.  See attached email, the second paragraph of which I've pasted immediately below.

\*          \*          \*

In terms of our basis for sealing names, sealing employee names preserves employee privacy and safety, without affecting the public's access to the substance of the issues.  There is substantial caselaw, including from Judge Gonzalez Rogers, that non-party employee privacy interests warrant sealing.  And we have previously submitted a declaration to Judge Gonzalez Rogers, at ECF 1850-1, from Meta's head of security discussing that employees whose names are disclosed in connection with hot-button social issues like these have faced threats to their safety, and we are concerned that will happen here with these hot-button allegations.  The propriety of sealing employee names holds even in the context of summary-judgment motions.  Indeed, Judge Gonzalez Rogers in other cases has granted motions to seal employee names and identifying information in motions for summary judgment.  *See Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at \*1 (N.D. Cal. Apr. 27, 2012).  Other courts in N.D. Cal. have sealed employee names in summary-judgment briefing.  *See, e.g., Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at \*2 (N.D. Cal. Sept. 14, 2015).  And courts have moved to seal-non parties' names at summary judgment more generally.  *See, e.g., Zeiger v. WellPet LLC*, 526 F. Supp. 3d 652, 699 (N.D. Cal. 2021); *Opperman v. Path, Inc.*, 2017 WL 1036652, at \*4 (N.D. Cal. Mar. 17, 2017).

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Wednesday, December 3, 2025 12:01 PM
**To:** Sandoval-Bushur, Joseph <JSandoval-Bushur@wc.com>
**Cc:** Simonsen, Ashley M <asimonsen@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Lopez, Laura <Laura.Lopez@mto.com>; Degtyareva, Victoria <Victoria.Degtyareva@mto.com>; Bailey Langner <BLangner@KSLAW.COM>; Yelena Kotlarsky <YKotlarsky@KSLAW.com>; Hardin, Ashley <AHardin@wc.com>
**Subject:** RE: MDL 3047 - Plaintiffs' Position on Omnibus Opposition Brief Sealing

[EXTERNAL]

Hi Joseph,

We are unable to provide you with our positions until we understand the legal bases for the redactions you are proposing. With that in mind, please fill out and return to us the below chart (combined across defendants). To the extent the legal basis is the same for multiple redactions (i.e. redactions concerning employee names), feel free to just provide that once and then refer back to the initial explanation.

Once we've received your justifications we can and will consider whether we agree to each redaction.

Thanks,

Previn and Lexi

| Docket number | Name of filing | Party Proposing Redaction | Where Redactions Appears | Redaction(s) | Legal Basis |
|---|---|---|---|---|---|
| *Dkt. 2222* | *Plaintiffs' GC Daubert Opposition Brief* | *YouTube* | *Page 22, line 2* | *Mr. Sandoval-Bushur; Joseph* | *Warren v. Simonsen, 222 F.3d 222 ("names of attorneys at Williams & Connolly will always be redacted")* |
| | | | | | |
| | | | | | |