# Exhibit 4

E-FILED
5/24/2024 3:57 PM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

## IN THE CHANCERY COURT OF DAVIDSON COUNTY, TENNESSEE
## FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE, ex rel. JONATHAN SKRMETTI, ATTORNEY GENERAL and REPORTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 23-1364-IV |
| META PLATFORMS, Inc. and INSTAGRAM, LLC, | ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER ON MOTION FOR PROTECTIVE ORDER, MOTION TO COMPEL, AND MOTION TO SEAL

**THIS CAUSE** came to be heard on May 17, 2024, in the Chancery Court of Davidson County, Tennessee, before the Honorable Russell T. Perkins, upon (1) Defendants' Motion for a Protective Order to Set Reasonable Limits on Depositions, (2) Defendants' Motion to Compel the State's Responses to Discovery Requests Directed to State Agencies, and (3) Defendants' Motion to Seal Employees' Names from the Record.[1] Based upon the statements of counsel, their respective briefing, and the record as a whole, the Court rules as follows:

1.      Defendants' Motion for a Protective Order is **GRANTED** in part and **DENIED** in part. The Court hereby orders that the parties are subject to a presumptive limit of forty depositions each. Permission must be obtained from the Court prior to noticing depositions beyond this limit. This number shall include both fact depositions and depositions noticed pursuant to Tennessee Rule of Civil Procedure 30.02(6) but not expert depositions. Counsel are expected to behave

---

[1] On May 17, 2024, the Court also heard argument regarding Defendants' Motion to Certify. The Court's decision on that Motion is addressed in a separate order.

reasonably with regard to the amount of time allotted for each deposition, and so the Court shall not impose time limitations for depositions at this time. Nothing in this Order shall prevent parties from seeking relief pursuant to Tennessee Rule of Civil Procedure 30.04 if necessary, and the parties may contact the Court's chambers if a discovery dispute requires expedited attention.

2.     Defendants' Motion to Compel the State's Responses to Discovery Requests Directed to State Agencies is **GRANTED** in part and **DENIED** in part. Taking a practical approach, the Court rules that the State must produce documents in the custody and control of certain state agencies pursuant to Tennessee Rule of Civil Procedure 34. In connection with discovery requests, Defendants shall provide the State with a list of agencies from which they wish to obtain documents pursuant to Rule 34 within five (5) business days of entry of this Order.[2] Defendants must issue Rule 45 subpoenas to obtain documents from either the General Assembly or the Governor's Office; discovery of agencies identified on Defendants' list shall otherwise be via Rule 34.

3.     Defendants' Motion to Seal Employees' Names from the Record is **GRANTED**. The Court is concerned about these names being in the public arena at this stage in the litigation, given how dangerous these kinds of matters can be. The Court finds that the potential danger posed to these individuals if their names are unsealed outweighs the public's interest in these individuals' names at this juncture.

**IT IS SO ORDERED.**

CHANCELLOR RUSSELL T. PERKINS

---

[2] Defendants may seek to supplement this list at a later date for good cause (*e.g.*, if the relevance of additional agencies becomes apparent through discovery produced by the State). The parties shall meet and confer in good faith on any such supplementation and, if the parties are unable to reach agreement, they may present their dispute to the Court for resolution.

2

**APPROVED FOR ENTRY:**

**META PLATFORMS, Inc. and
INSTAGRAM, LLC**

*/s/ Jessalyn H. Zeigler*
Robert E. Cooper, Jr. (#010934)
Jessalyn H. Zeigler (#016139)
Courtney A. Hunter (#038014)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: 615-742-6200
Email: bob.cooper@bassberry.com
         jzeigler@bassberry.com
         courtney.hunter@bassberry.com


Mark W. Mosier (Admitted *Pro Hac Vice*)
Michael X. Imbroscio (Admitted *Pro Hac Vice)*
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
Email: mmosier@cov.com
         mimbroscio@cov.com

Gregory L. Halperin (Admitted *Pro Hac Vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
Email: ghalperin@cov.com

*Counsel for Defendants*

**JONATHAN SKRMETTI**
**Attorney General and Reporter**


*/s/ Matthew Janssen with permission by JHZ*
Matthew Janssen, BPR #035451
Sr. Assistant Attorney General/Managing Attorney
Brian Phelps, BPR #040705
Sr. Assistant Attorney General/Managing Attorney
Christopher Dunbar, BPR #037829
Assistant Attorney General
Keaton Murphy, BPR #037903
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
UBS Building, 20th Floor
315 Deaderick Street
Nashville, Tennessee 37243
615.741.1671, phone
615.532.2910, fax
matthew.janssen@ag.tn.gov
brian.phelps@ag.tn.gov
chris.dunbar@ag.tn.gov
keaton.murphy@ag.tn.gov

***Attorneys for Plaintiff, State of Tennessee***

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, a copy of the foregoing was served via U.S.

Mail, pre-paid postage and electronic mail to the following:

Matthew D. Janssen, BPR #035451
Sr. Assistant Attorney General/Managing Attorney
Brian T. Phelps, BPR #040705
Sr. Assistant Attorney General/Managing Attorney
Christopher A. Dunbar, BPR #037829
Assistant Attorney General
Keaton Murphy, BPR #037903
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
UBS Building, 20th Floor
315 Deaderick Street
Nashville, Tennessee 37243
615.741.1671, phone
615.532.2910, fax
matthew.janssen@ag.tn.gov
brian.phelps@ag.tn.gov
chris.dunbar@ag.tn.gov
keaton.murphy@ag.tn.gov

***Attorneys for Plaintiff, State of Tennessee***

*/s/ Jessalyn H. Zeigler*

5