1  GEOFFREY M. DRAKE, *pro hac vice*
   gdrake@kslaw.com
2  KING & SPALDING LLP
   1180 Peachtree Street, NE, Suite 1600
3  Atlanta, Georgia 30309
   Telephone: (404) 572-4600
4  Facsimile: (404) 572-5100

5  DAVID P. MATTERN, *pro hac vice*
   dmattern@kslaw.com
6  KING & SPALDING LLP
   1700 Pennsylvania, NW, Suite 900
7  Washington, DC 20006
   Telephone: (202) 737-0500
8  Facsimile: (202) 626-3737

9  *Attorneys for Defendants*
   *TikTok Inc., ByteDance Inc., TikTok Ltd.,*
10 *ByteDance Ltd., and TikTok LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**[PROPOSED] ORDER ON TIKTOK'S OMNIBUS SEALING MOTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| This Document Relates to:<br><br>ALL ACTIONS | |

[PROPOSED] ORDER ON TIKTOK'S OMNIBUS SEALING MOTION

Upon consideration of the TikTok Defendants' Omnibus Sealing Motion Regarding Plaintiffs' Rule 702 and Summary Judgment Oppositions ("TikTok's Omnibus Sealing Motion"), the briefs and exhibits submitted in support thereof and in opposition, and arguments of counsel presented in this Court regarding the Motion, it is HEREBY ORDERED that the following portions of the documents identified below shall be filed under seal by the Clerk of the Court.

| Document | Portions to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Ruling |
|---|---|---|---|---|
| Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment [Dkt. 2414-1] | Employee identifying information<br><br>p. 12, lines 13-15<br>p. 78, lines 3-4<br>p. 78, lines 7, 9, 12-13<br>p. 79, lines 21-22<br>p. 80, lines 5, 7, 9-12<br>p. 81, lines 4-5<br>p. 81, lines 17-21<br>p. 82, lines 1-2<br>p. 86, lines 15-17<br>p. 87, lines 24-25<br>p. 88, lines 3-4, 10, 15<br>p. 89, lines 24, 26<br>p. 90, lines 6, 8<br>p. 91, lines 24-25<br>p. 94, lines 16-19, 24-26<br>p. 95, lines 17-18<br>p. 96, lines 18, 19, 21, 24, 25, 27<br>p. 97 lines 27-28<br>p. 98, lines 11-16<br>p. 100, lines 13, 16, 20-22<br>p. 106, lines 4-9, 24-25<br>p. 107, line 13<br>p. 111, lines 7, 9-14, 20-28<br>p. 112, lines 1, 2, 16-18<br>p. 113, lines 4, 6 | *See* TikTok's Omnibus Sealing Motion at III.D (Sealing the Names of Employees' Identifying Information Is Warranted).<br><br>Declaration of Noreen Yeh ¶¶ 13–14. | To TikTok's knowledge, no party has previously sought to seal this information | |

| Document | Portions to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Ruling |
|---|---|---|---|---|
| Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment [Dkt. 2414-1] | User data / operational metrics<br><br>p. 78, lines 17, 19-20<br>p. 79, line 5<br>p. 80, line 24<br>p. 81, lines 7-13, 16-17<br>p. 81, line 23<br>p. 82, line 3, 7, 9, 11-14<br>p. 91, line 23<br>p. 92, line 24<br>p. 93, lines 1, 7<br>p. 94, line 4<br>p. 98, line 19<br>p. 100, lines 21-23<br>p. 101, line 2<br>p. 101, lines 22-23<br>p. 102, lines 3, 7<br>p. 107, line 5<br>p. 107, lines 15, 17<br>p. 109, line 6<br>p. 114, lines 3, 8-9, 11 | *See* TikTok's Omnibus Sealing Motion at III.A (User Data / Operational Metrics).<br><br>Declaration of Noreen Yeh ¶ 5. | To TikTok's knowledge, no party has previously sought to seal this information | |
| Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment [Dkt. 2414-1] | Description of internal proprietary processes<br><br>p. 90, lines 16-19<br>p. 106 lines 15-17, 22<br>p. 108, lines 19-20<br>p. 114, line 24 | *See* TikTok's Omnibus Sealing Motion at III.A (Internal Proprietary Processes).<br><br>Declaration of Noreen Yeh ¶¶ 8–10. | To TikTok's knowledge, no party has previously sought to seal this information | |
| Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment [Dkt. 2414-1] | Proprietary Information Related To Third Parties<br><br>p. 83, lines 15-18<br>p. 84, lines 26-27<br>p. 85, lines 1, 9-10 | *See* TikTok's Omnibus Sealing Motion at III.A (Third Party Information).<br><br>Declaration of Noreen Yeh ¶¶ 11–12. | To TikTok's knowledge, no party has previously sought to seal this information | |

| Document | Portions to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Ruling |
|---|---|---|---|---|
| Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment [Dkt. 2414-1] | Third party identifying information<br><br>p. 82, lines 8, 11<br>p. 87, line 13<br>p. 92, line 13 | *See* TikTok's Omnibus Sealing Motion at III.C (Sealing Information to Protect Non-Parties' Privacy Is Warranted).<br><br>Declaration of Noreen Yeh ¶¶ 11–12. | To TikTok's knowledge, no party has previously sought to seal this information | |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions for Failure to Account for Section 230 and the First Amendment, Dkt. 2408 – Ex. 3, July 9, 2025 expert report of Dr. Chris Mattmann [Dkt. 2409-6] | Description of internal proprietary processes<br><br>Sealed in its entirety | *See* TikTok's Omnibus Sealing Motion at III.A (Internal Proprietary Processes).<br><br>Declaration of Noreen Yeh ¶¶ 4–5. | To TikTok's knowledge, no party has previously sought to seal this information | |

**IT IS SO ORDERED.**

Dated: _____     _____
Hon. Yvonne Gonzalez Rogers
United States District Judge