JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ROSE L. EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
Laura.Lopez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for SNAP INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF LAURA M. LOPEZ IN SUPPORT OF SNAP INC.'S OMNIBUS MOTION TO SEAL (PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)** |

I, Laura M. Lopez, declare and state as follows:

      1.     I am an attorney with the law firm Munger, Tolles & Olson LLP and represent

Snap Inc. ("Snap") in the above-captioned case. I provide this declaration in support of Snap's

Omnibus Motion to Seal (Plaintiffs' Omnibus Opposition Brief and Non-Exhibit Materials). This

DECLARATION OF LAURA M. LOPEZ IN SUPPORT OF SNAP INC.'S OMNIBUS MOTION TO SEAL
(PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)

1   declaration is based on my personal knowledge.  If called upon to do so, I could and would

2   competently testify as follows.

3       2.    I have reviewed the exhibits listed below, each of which is a copy of the May 16,

4   2025 Expert Report of Dimitri Christakis.  Based on my review and in consultation with Snap, I

5   understand there is good cause to redact the personal identifying information ("PII") of non-parties

6   to this Litigation not employed by Snap, including names and user names of non-parties that

7   appear in the exhibits and which are detailed below.  The PII of these non-parties is irrelevant to

8   the issues before the Court and redacting them is necessary to protect these individuals' privacy.

9

| Exhibits | Dkt. No. | Reason for Sealing |
|---|---|---|
| Exhibit 15 to the Declaration of Lexi J. Hazam in Support of Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts | 2405-18 | Non-employee names and user names reflecting first and last names at page 97; Non-employee name at page 147 |
| Exhibit 1 to the Declaration of Melissa Yeates in Support of School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts | 2407-3 | Non-employee names and user names reflecting first and last names at page 97; Non-employee name at page 147 |
| Exhibit 16 to the Declaration of Lexi J. Hazam in Support of Plaintiff Harford County Board of Education Opposition to Defendants' Motion for Summary Judgment | 2400-18 | Non-employee names and user names reflecting first and last names at page 97; Non-employee name at page 147 |

22      I declare under penalty of perjury under the laws of the State of California that the

23   foregoing is true and correct.

24      Executed on this 10th day of December, 2025, at Los Angeles, California.

25

26                                    _____
                                          /s/ Laura M. Lopez
27                                          Laura M. Lopez

28

DECLARATION OF LAURA M. LOPEZ IN SUPPORT OF SNAP INC.'S OMNIBUS MOTION TO SEAL
(PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)