# Exhibit 3

# PLAINTIFF HARFORD COUNTY BOARD OF EDUCATION OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (HARFORD) (SD MSJ NO. 6)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-03065-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# BOARD OF EDUCATION OF HARFORD COUNTY
## STRATEGIC PLAN

Exhibit
Jack Smith
9/12/25
Smith 10

## MISSION

Each student will attain academic and personal success in a safe and caring environment that honors the diversity of our students and staff.

## CORE VALUES

- We empower each student to achieve academic excellence.
- We create reciprocal relationships with families and members of the community.
- We attract and retain highly skilled personnel.
- We assure an efficient and effective organization.
- We provide a safe and secure environment.



**HARFORD COUNTY PUBLIC SCHOOLS**
BOARD OF EDUCATION

## VISION

We will **inspire** and **prepare** each student to **achieve** success in college and career.

## LONG TERM GOALS



**GOAL 1** — Prepare every student for success in postsecondary education and career.



**GOAL 2** — Engage families and the community to be partners in the education of our students.



**GOAL 3** — Hire and support highly effective staff who are committed to building their own professional capacity in order to increase student achievement.



**GOAL 4** — Provide safe, secure, and healthy learning environments that are conducive to effective teaching and learning, creativity and innovation.

*We believe the strategic plan guides our practice and is the foundation for continuous systemic growth and achievement. Our core values are constant, non-negotiable, and reflect our systemic beliefs. The plan will be reviewed annually by the Board of Education of Harford County. The components of the plan will be reflected in the Harford County Master Plan, the Board of Education Budget, and the respective School Performance and Achievement Plans.*

*Approved June 26, 2017.*