# Exhibit 11

# PLAINTIFF HARFORD COUNTY BOARD OF EDUCATION OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (HARFORD) (SD MSJ NO. 6)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-03065-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | Ridgway, Katie [Katie.Ridgway@hcps.org] |
| **Sent:** | 4/27/2023 9:12:00 AM |
| **To:** | Bulson, Sean [Sean.Bulson@hcps.org]; O'Brien,Mike [Mike.OBrien@hcps.org]; Hahn, Melissa [Melissa.Hahn@hcps.org]; Hennigan, Bernard [Bernard.Hennigan@hcps.org]; Carr, Colin [Colin.Carr@hcps.org]; Spence, Brad [Brad.Spence@hcps.org] |
| **CC:** | Bowley, Ashley [Ashley.Bowley@hcps.org] |
| **Subject:** | Cell Phone Policy Focus Groups - Resource Menu |
| **Attachments:** | ResourceMenu.StrategicFocusGroupSeries3.CellPhones.pdf |

Good morning, as you know we are finalizing our dates for this initiative. When we send out invitations, we will include the attached resource menu. If you see anything that needs to be added or changed, please let me know.

*Katie Ridgway*
**Director of Strategic Initiatives**
Harford County Public Schools
Cell: 410-877-5809
Desk: 410-809-6327

**BLUEPRINT**
*for our students' future*

*Click here to take a brief customer satisfaction survey.*

CONFIDENTIAL
CONFIDENTIAL

HCPS_00249296