# Exhibit 13

# PLAINTIFF HARFORD COUNTY BOARD OF EDUCATION OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (HARFORD) (SD MSJ NO. 6)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-03065-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT

BULSON 13

5-15-25

# Sean W. Bulson, Ed.D.

102 S. Hickory Ave., Bel Air, MD 21014 ~ 443.619.1689 ~ sean.bulson@hcps.org

## EDUCATION

**DOCTOR OF EDUCATION**
*Educational Leadership*
George Washington University
Washington, DC – 2015

**MASTER OF EDUCATION**
*English as a Second Language*
Marymount University
Arlington, VA – 1995

**BACHELOR OF ARTS**
*Double Major in International Relations and Spanish/Latin America Area Study*
The American University
Washington, DC – 1991

## LICENSURE

**MARYLAND ADVANCED PROFESSIONAL CERTIFICATE**
- Superintendent
- Administrator II
- Administrator I
- ESOL PreK-12

## BOARD SERVICE

- American Association of School Administrators Executive Committee
- Maryland Professional Standards Teacher Education Board
- Harford County Economic Development Advisory Board
- Harford County Education Foundation
- Susquehanna Workforce Development Network
- Healthy Harford
- Harford Business Roundtable for Education

## VISION

As a seasoned educational leader with a diverse and impactful career spanning nearly three decades, I am driven by a daily commitment to fostering educational excellence and equitable opportunities for all students. My vision is to continue shaping the future of education through innovative strategies, collaboration, and a relentless focus on student success. I lead believing in the good intentions of others, the availability of common ground, that every student matters, that my job is to empower staff and students alike, and that advancing the diversity and sustainability of the teaching profession is crucial for future generations to access high quality education.

## EXPERIENCE

### HARFORD COUNTY PUBLIC SCHOOLS (HCPS)
*Superintendent,* 2018–present
- Supervise 55 schools serving 38,000 students and 5,500 employees
- 2024 Maryland Superintendent of the Year
- Public School Superintendent Association of Maryland (PSSAM) – Past President (2023-24), President (2022-23) Legislative Chair (2020-22)
- Work collaboratively with the Board of Education to set goals, adjust policies, hire staff, and advocate for all children
- Redesigned curriculum to ensure research-based high-quality practices while also focusing on equity and transparency
- Created Office of Organizational Development to align and strengthen professional growth for all employees with a particular focus on improving instructional practice
- Advanced student and employee support for mental health with a wide array of innovative and personalized programs and practices
- Lead visioning, advocacy, and support for implementation of the significant education reform legislation known as the Blueprint for Maryland's Future
- Led design of data-rich public dashboard to improve accountability and transparency
- Implemented a comprehensive array of measures to improve internal and external customer service
- Initiated Talend Pathways Project to ensure a robust pipeline of future educators through grow-your-own strategies focused on current students, advancing internal staff members, and facilitating career changers
- Launched Harford County's North Star Initiative to improve graduate outcomes while focusing on specific learner attributes and enhanced options for career preparation

## EXPERIENCE (continued)

**UNIVERSITY OF NORTH CAROLINA GENERAL ADMINISTRATION (UNCGA renamed to "System Office")**

*Interim Vice President for the Division of University and P-12 Partnerships, 2017–2018*
- Led the division responsible for supporting all P-12 educator preparation programs across University of North Carolina system and supervised the NC Teaching Fellows Program, the Burroughs Wellcome Fund FastTrack Scholars Program, the NC New Teacher Support Program, the NC Principal Fellows Program, the NC Educator Quality Dashboard, the Future Teachers of NC program, and the Laboratory Schools initiative

*Senior Advisor to the President for Laboratory Schools, 2016–2017*
- Coordinated the initiative to establish nine laboratory (teacher preparation) schools on university campuses by developing relationships between university staff and local school systems, collaborating with legislators to refine the law, and identifying model practices to improve teacher education preparation in the state

**WILSON COUNTY SCHOOLS, NORTH CAROLINA (WCS)**

*Superintendent, 2011–2016*
- Led and supported twenty-six schools, including fourteen elementary schools, six middle schools, three comprehensive high schools, two early college high schools, and one alternative school
- Collaborated with community leaders to develop a Youth Master Plan to support youth from birth to 21 years old with goals driven by impact teams in the areas of Safety, Education and Workforce, Health and Wellness, K-12 Academic Achievement, and Out-of-school Time
- Developed the Wilson Academy of Applied Technology in collaboration with business and community leaders to address local workforce needs and to provide a rigorous technology-driven opportunity for WCS students
- Convened a crisis planning team to collaborate with local agencies to bolster internal and external safety planning and preparation
- Served on the North Carolina House Education Innovation Committee to identify educational innovations in teacher support and emerging school models to advise the work of the state legislature

**MONTGOMERY COUNTY PUBLIC SCHOOLS, MARYLAND (MCPS)**

*Community Superintendent, Office of School Performance, 2009–2011*
- Supervised and supported 36 schools, including 24 elementary schools, 6 middle schools, 4 high schools, 1 special needs school, and 1 technical high school
- Co-chaired the MCPS Honors/Advanced Placement/International Baccalaureate/College Courses M-Stat team

*Director of School Performance, 2008–2009*
- Co-supervised and supported 28 schools including 4 high schools, 6 middle schools, and 18 elementary schools

*Principal, Bethesda–Chevy Chase High School, 2004–2008*

*Assistant Principal, Bethesda–Chevy Chase High School, 2003–2004*

*Student Support Specialist, Bethesda–Chevy Chase High School, 2000–2002*

*ESOL Department Chair, Bethesda–Chevy Chase High School, 1999–2000*

*ESOL Teacher, Albert Einstein High School, 1995–1999*

## PRESENTATIONS

- ***Advancing a Culture of Gratitude: Strategies to Improve Engagement and Customer Service,*** NSBA Annual Conference and Exposition, 2024
- ***Healthy Outcomes from Positive Experiences (HOPE),*** AASA National Conference on Education, *2024*
- ***Making Mental Health a Priority,*** AASA Learning 2025 National Summit, *2023*
- ***Developing a Youth Master Plan,*** Ready by 21 National Conference, *2014 & 2015*; and NC Summer Leadership, *2014*
- ***Creating a Welcoming School District Environment***, NCSBA *2014*, NCASA *2015*, and ASCD National Conference, *2015*