**Exhibit 28**

**PLAINTIFF HARFORD COUNTY BOARD OF EDUCATION OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (HARFORD) (SD MSJ NO. 6)**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
Member Case No.: 4:23-cv-03065-YGR
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

1          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

2

3    _____
                                :
4    IN RE: SOCIAL MEDIA        : Case No.
     ADOLESCENT ADDICTION/      : 4:22-MD-03047-YGR
5    PERSONAL INJURY PRODUCTS   :
     LIABILITY LITIGATION,      : MDL No. 3047
6    _____:
                                :
7    This Document Relates to:  :
     Board of Education of      :
8    Harford County v. Meta     :
     Platforms Inc., et al.     :
9                               :
     Case No. 4:23-cv-03065     :
10   _____:

11

12              Friday, March 14, 2025

13

14          30(b)(6) video deposition of ANDREW
15   MOORE, taken at the Offices of the Harford County
16   Public Schools Central Administration Building,
17   located at 102 South Hickory Avenue, Bel Air,
18   Maryland, beginning at 9:00 a.m., EST, before
19   Ryan K. Black, Registered Professional Reporter,
20   Certified Livenote Reporter and Notary Public
21   in and for the State of Maryland.

22

23

24

25

```
                                                         Page 2
 1    A P P E A R A N C E S:
 2
      BROCKSTEDT MANDALAS FEDERICO LLC
 3    BY:   MATTHEW P. LEGG, ESQ.
            A. WRAY FITCH, ESQ.
 4    2850 Quarry Lake Drive - Suite 220
      Baltimore, Maryland 21209
 5    410.421.7777
      mlegg@lawbmf.com
 6    wfitch@lawbmf.com
 7    Representing - Harford County Public Schools and
                     Andrew Moore
 8
      WILLIAMS & CONNOLLY LLP
 9    BY:   J. ANDREW KEYES, ESQ.
            ARMANI MADISON, ESQ.
10    680 Maine Ave SW
      Washington, DC 2002
11    202.434.5000
      akeyes@wc.com
12    amadison@wc.com
13    Representing - Google and YouTube defendants
14
      SHOOK HARDY & BACON LLP
15    BY:   SCOTT JAMES, ESQ. - Via Zoom
      JPMorgan Chase Tower
16    600 Travis Street - Suite 3400
      Houston, Texas 77002
17    713.227.8008
      sjames@shb.com
18
      Representing - Meta defendants
19
20    KIRKLAND & ELLIS LLP
      BY:   ANDREW KARP, ESQ. - Via Zoom
21    601 Lexington Avenue
      New York, New York 10022
22    212.341.7593
      andrew.karp@kirkland.com
23
      Representing - Snap Inc., defendants
24
      ALSO PRESENT:
25     Brad Loy - Legal Videographer
```

Page 3

```
 1                          I N D E X
 2   TESTIMONY OF:  ANDREW MOORE                    PAGE
 3   By Mr. Keyes.....................................5
 4
 5                       E X H I B I T S
 6   EXHIBIT              DESCRIPTION                PAGE
 7   Moore 30(b)(6) 1  a document titled Defendant's
                       Second Amended Notice of Oral
 8                     and Videotaped Deposition of
                       Drew Moore Request for
 9                     Production of Documents.......6
10   Moore 30(b)(6) 2  a Notice titled Defendant's
                       Amended Supplemental Notice of
11                     Oral and Videotaped 30(b)(6)
                       Deposition of Plaintiff Board
12                     of Education of Harford
                       County.......................7
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1              THE VIDEOGRAPHER:  We are now on the
2    record.  My name is Bradley Loy.  I'm the
3    videographer for Golkow Litigation Services.
4    Today's date is March 14th, 2025.  The time is
5    9:00.
6              This video deposition is being held in
7    Bel Air, Maryland, in the matter of Social Media
8    Adolescent Addiction/Personal Injury Products
9    Liability Litigation for the United States
10   District Court Northern District of California.
11   The deponent is Drew Moore.
12             Will counsel please identify themselves?
13             MR. KEYES:  Andrew Keyes and Armani
14   Madison, for Google and YouTube defendants.
15             MR. LEGG:  Matt Legg and Wray Fitch on
16   behalf of the plaintiff.
17             MR. JAMES:  Scott James, counsel for the
18   Meta defendants.
19             THE VIDEOGRAPHER:  And those online?
20             (Whereupon, no appearances were heard by
21   participants in the deposition room from remote
22   attendees.)
23             THE VIDEOGRAPHER:  All right.
24             And, sir, Court Reporter, can I get your
25   name again?

Page 5

1            THE REPORTER:  Ryan Black.

2            THE VIDEOGRAPHER:  Ryan what?

3            THE REPORTER:  Black.

4            THE VIDEOGRAPHER:  The court reporter is

5   Ryan Black and will now swear in the witness.

6                    *    *    *

7   Whereupon --

8                    ANDREW MOORE,

9   called to testify, having been first duly sworn

10  affirmed, was examined and testified as follows:

11                   *    *    *

12              30(b)(6) EXAMINATION

13  BY MR. KEYES:

14      Q.   Good morning, Mr. Moore.  My name is

15  Andrew Keyes.  I'm from the law firm of Williams

16  & Connolly, and we represent the Google and

17  YouTube defendants.

18      A.   Good morning.

19      Q.   Would you please state your name and

20  introduce yourself to the jury.

21      A.   Andrew Moore, Director of Technology,

22  Harford County Public Schools.

23      Q.   Do you understand that you are under

24  oath today?

25      A.   Yes, sir.

```
                                            Page 6
 1        Q.    And do you understand that you are here
 2   as a corporate representative of Harford County
 3   Public Schools to address a particular topic?
 4        A.    I do.
 5        Q.    You are a current employee of Harford
 6   County Public Schools?
 7        A.    I am.
 8        Q.    What is your current title?
 9        A.    Director of Technology.
10        Q.    And how long have you been the Director
11   of Technology?
12        A.    Since February of 2020 -- I'm sorry.
13   2000.  February of 2000, so 25 years.
14              (Moore 30(B)(6) Exhibit No. 1, a
15   document titled Defendant's Second Amended Notice
16   of Oral and Videotaped Deposition of Drew Moore
17   Request for Production of Documents, was
18   introduced.)
19   BY MR. KEYES:
20        Q.    Okay.  I'm showing you what has been
21   marked as Moore Exhibit 1.
22              This is a document titled Defendant's
23   Second Amended Notice of Oral and Videotaped
24   Deposition of Drew Moore Request for Production
25   of Documents.
```

Page 7

1          And if you look at the first paragraph,
2    it says that you will appear as a corporate
3    representative on Topic 7.
4          Is that your understanding?
5      A.    Would -- what is the clarification of
6    Topic 7?
7      Q.    Sure.  I'll hand you what has been
8    marked as Moore Exhibit 2.
9          (Moore 30(B)(6) Exhibit No. 2, a Notice
10   titled Defendant's Amended Supplemental Notice
11   of Oral and Videotaped 30(b)(6) Deposition of
12   Plaintiff Board of Education of Harford County,
13   was introduced.)
14   BY MR. KEYES:
15     Q.    This document is titled Defendant's
16   Amended Supplemental Notice of Oral and
17   Videotaped 30(b)(6) Deposition of Plaintiff Board
18   of Education of Harford County.  It's a notice.
19   And then you'll see there are a number of topics
20   attached.  And if you turn to Page 8 of this
21   document, you'll see that Topic 7 starts at the
22   bottom of Page 8 and continues to the top of
23   Page 9.
24          Tell me when you've reviewed Exhibit 2.
25     A.    (Reviews document.)

Page 8

1          I've reviewed.

2      Q.    Okay.  Have you reviewed Topic 7 in

3   Exhibit 2?

4      A.    Yes.

5      Q.    Okay.  And are you prepared to testify

6   as Harford County Public Schools' corporate

7   representative on Topic 7?

8      A.    Yes, sir.

9      Q.    Okay.  Topic 7 says, "District-wide and

10  school-wide, to the extent they differ, policies,

11  procedures or practices regarding the use of

12  Google Chromebook, Google Workspace, Google

13  Workspace for Education, Google for Education,

14  Google Apps for Education and/or Google Suite

15  Enterprise for Education by you, your schools, or

16  your staff, one, in the classroom, as part of the

17  curriculum or other ways to educate students;

18  two, to advertise or promote you or your schools

19  policies or events; or, three, to communicate

20  with students or their parents or caretakers and

21  any training and education provided to student or

22  staff regarding such use."

23          Do you see that?

24      A.    Yes, sir.

25      Q.    Okay.  Are -- did you do anything to

Page 9

1    prepare to testify on that topic?

2        A.    Other than my knowledge?

3        Q.    Yes.

4        A.    In my position?

5        Q.    Well, I -- I assume you have knowledge

6    from your time as -- as Director of Information

7    Technology.  Did you do anything to prepare for

8    today's deposition?

9        A.    I have met with my legal counsel --

10       Q.    Okay.

11       A.    -- to -- to --

12       Q.    Did you do anything else?

13       A.    No, sir.

14       Q.    When did you meet with your counsel?

15       A.    I have met with them twice.

16       Q.    When was the first time?

17       A.    I don't recall the exact date.

18       Q.    Can you give me a rough estimate?

19       A.    Two weeks ago.

20       Q.    Okay.  When was the second time?

21       A.    Yesterday, March 13th.

22       Q.    And when you met with counsel the first

23   time, who were you referring to specifically?

24       A.    Mr. Legg.  Kelly.  I do not know her

25   last name.

Page 10

1        Q.   Okay.  Anyone else?

2        A.   No, sir.

3        Q.   Did any non-attorneys participate in

4    that meeting?

5        A.   No.

6        Q.   And how long was that meeting?

7        A.   Roughly 60 minutes.

8        Q.   And when you met with counsel yesterday,

9    with whom did you meet specifically?

10       A.   Mr. Legg and Mr. Fitch.

11       Q.   And you understand Mr. Legg, Mr. Fitch

12   and Kelly to be counsel for Harford County Public

13   Schools; is that correct?

14       A.   I understand that they are representing

15   the plaintiff in this suit.

16       Q.   And do you understand the plaintiff to

17   be Harford County?

18       A.   Yes, sir.

19       Q.   Okay.  When you met with Mr. Legg and

20   Mr. Fitch yesterday, how long did you meet with

21   them?

22       A.   Approximately 120 minutes.

23       Q.   And in your two meetings roughly two

24   weeks ago and then yesterday, did you review any

25   documents?

```
                                           Page 11
 1        A.    Yes.
 2        Q.    What documents did you review to
 3   prepare?
 4        A.    The first document that you provided
 5   this morning.
 6        Q.    Exhibit 1?
 7        A.    It was Exhibit 1 or Exhibit 2.  It might
 8   have been --
 9        Q.    Is it the one that lists the topics?
10        A.    It was this one here with the Exhibit
11   A --
12        Q.    Okay.
13        A.    -- so --
14        Q.    Okay.
15        A.    I don't have the --
16        Q.    Oh, so you don't have the version with
17   the sticker number?
18              For the record, can you give us the
19   exhibit number of the document?
20        A.    Yes, sir.  Exhibit 1.
21        Q.    Okay.  Did you review any other
22   documents besides Exhibit 1?
23        A.    No, sir.
24        Q.    Okay.  Have you ever given testimony
25   under oath before?
```

Page 12

1      A.    No, sir.

2      Q.    Is there any reason you cannot give

3  accurate and complete testimony on questions

4  about Topic 7?

5      A.    No, sir.

6      Q.    Does Harford County Public Schools Use

7  any Google products?

8      A.    Yes.

9      Q.    What Google products does Harford County

10  Public Schools use?

11      A.    YouTube.  We use -- we do not use Google

12  Chromebooks, but we use Chromebooks that use the

13  Google environment -- operating system, I should

14  say.

15      Q.    What kind of Chromebooks do you use?

16      A.    Dell.

17      Q.    Okay.  So you use Dell Chromebooks with

18  the Google operating system?

19      A.    Yes.

20      Q.    Okay.  Do you use any other

21  Google products besides YouTube and then Dell

22  Chromebooks with the Google operating system?

23      A.    No, sir.

24      Q.    Has Harford County Public Schools in

25  the past used any other Google products besides

```
                                        Page 13
```

 1   YouTube or Dell Chrome -- Chromebooks with the

 2   Google operating system?

 3        A.   No, sir.

 4        Q.   When did Harford County Public Schools

 5   first start using YouTube?

 6        A.   Staff, approximately 2013.  Students,

 7   2020.

 8        Q.   Why did Harford County Public Schools'

 9   staff start using YouTube in approximately 2013?

10        A.   I have no knowledge of why.

11        Q.   Who made the decision that staff would

12   have access to YouTube?

13        A.   I have no knowledge of that.

14        Q.   Who made the decision?

15        A.   Who made --

16        Q.   Who made the decision?  Do you know who

17   made the decision?

18        A.   I do -- I do not.

19        Q.   Okay.  And how -- how did staff use

20   YouTube starting in approximately 2013?

21        A.   I have no insight as to how that is

22   used.

23        Q.   Okay.  You don't know particular

24   instances when a staff member may use it, but if

25   they wanted to use it, was this enabled somehow?

Page 14

1           MR. LEGG:  Objection to form.

2           You can answer.

3           THE WITNESS:  It was available from 2013

4    forward.

5    BY MR. KEYES:

6        Q.    And how did Harford County Public

7    Schools make it available to staff?

8        A.    It is not blocked by our content filter.

9        Q.    Anything else?

10        A.    No, sir.

11        Q.    Okay.  Some school systems can access

12    YouTube by enabling that as a feature or a

13    service on Google Workspace for Education.

14    Has Harford County Public Schools used Google

15    Workspace for Education?

16        A.    No, sir.

17        Q.    Okay.  And so when you say that staff

18    started using YouTube in approximately 2013, is

19    that when a decision was made to allow YouTube

20    to be accessed and not be blocked by the school

21    system's internet content filter?

22        A.    Yes.

23        Q.    Okay.  What internet content filter does

24    Harford County Public Schools use now?

25        A.    For staff, Palo Alto.

Page 15

1      Q.   Okay.  And for students?

2      A.   Cisco Securely.

3      Q.   And how long has Harford County Public

4  Schools used Palo Alto as the internet content

5  filter for staff?

6      A.   Less than 10 years.

7      Q.   What did Harford County Public Schools

8  use as the internet content filter for staff

9  before using Palo Alto?

10      A.   Check Point.

11      Q.   And for how long did it use that service

12  or product as the internet content filter for

13  staff?

14      A.   I don't recall.

15      Q.   Okay.  And for how long has Harford

16  County Public Schools been using Cisco Securely

17  as the internet content filter for students?

18      A.   Since 2023.

19      Q.   And what internet content filter did

20  Harford County Public Schools use before Cisco

21  Securely?

22      A.   For students?

23      Q.   For students.

24      A.   A product called Umbrella.

25      Q.   And for what period of time did

Page 16

1    Harford County Public Schools use Umbrella
2    as the internet content filter for students?
3        A.    From 2020 to 2023.
4        Q.    And what internet content filter did
5    Harford County Public Schools use for students
6    prior to Umbrella?
7        A.    It was -- it was collapsed to use the
8    same Palo Alto.
9        Q.    Okay.  So prior to 2020, Palo Alto was
10   the internet content filter for both staff and
11   students?
12       A.    Correct.
13       Q.    Okay.  So when staff were first allowed
14   access to YouTube, were there any restrictions
15   set on that access?
16       A.    I do not recall.
17       Q.    Okay.  Since approximately 2013 when
18   staff have been permitted access to YouTube, have
19   any restrictions been imposed?
20       A.    I don't recall the current settings.
21       Q.    Okay.  If you wanted to determine what
22   settings were in place regarding staff access to
23   YouTube, where would you go?
24       A.    I'd have to refer back to my
25   environment.

Golkow Technologies,
A Veritext Division

Page 17

```
 1      Q.    Okay.  And where in the environment
 2   would you look?
 3      A.    Well, it would be my YouTube setting,
 4   because that -- we would force it across to
 5   everyone.
 6      Q.    Okay.  So if you looked at your own
 7   access, you could tell what access staff have to
 8   YouTube?
 9      A.    Yes.  Correct.
10      Q.    Okay.  Do you believe there's any
11   restriction at all on YouTube --
12      A.    Yes.
13      Q.    -- when it comes to staff?
14      A.    Yes.
15      Q.    Okay.  So there's some kind of restrict
16   -- restricted setting?  You just don't know what
17   it is sitting here today?
18      A.    I -- I believe it's SafeSearch --
19      Q.    Okay.
20      A.    -- that's been activated.
21      Q.    And is it your belief that SafeSearch
22   has been activated since 2013?
23      A.    I do not recall that.
24      Q.    Okay.  Do you recall, at any point since
25   2013 through the present, adjusting what the
```

Page 18

1  setting was for staff access to YouTube?

2       A.    I do not recall that.

3       Q.    Okay.  We've talked about an internet

4  content filter for staff and for students.  Am

5  I correct in understanding that the internet

6  content filter that you used, whether it be Palo

7  Alto, Check Point, Cisco Securely, Umbrella or

8  Palo Alto, applied to staff or students accessing

9  the internet on any Harford County Public

10 Schools' issued devices?

11          MR. LEGG:  Objection to form.

12          You can answer.

13          THE WITNESS:  Yes.

14 BY MR. KEYES:

15      Q.    Okay.  And am I also correct in

16 understanding that those internet content filters

17 would also apply to staff or students or other

18 guests who accessed the internet through Harford

19 County Public Schools' network?

20      A.    Yes.

21      Q.    Okay.  So whether we're talking about

22 staff or students, and whether we're talking

23 about one product or another, throughout this

24 time period the internet content filter applies

25 to people's access to the internet whether

```
                                          Page 19
 1    they're using a Harford County Public
 2    Schools-issued device or they're otherwise
 3    accessing the internet through the Harford
 4    County Public Schools network.
 5            MR. LEGG:  Objection to form.
 6    BY MR. KEYES:
 7        Q.    Is that correct?
 8        A.    Yes.
 9        Q.    Okay.  Why were students first given
10    access to YouTube in 2020?
11        A.    Did you say why?
12        Q.    I did.  Yeah.
13        A.    I believe the curriculum area asked us.
14        Q.    And when you refer to the curriculum
15    area, what are you referring to?
16        A.    The Office of Curriculum Instruction.
17        Q.    And is there someone who leads that
18    Office of Curriculum Instruction?
19        A.    Yes.
20        Q.    What position within Harford County
21    Public Schools leads the Office of Curriculum
22    Instruction?
23        A.    Executive Director.
24        Q.    And who held that position in 2020 when
25    a decision was made to give students access to
```

Page 20

1   YouTube?

2        A.    Dr. Susan Brown.

3        Q.    Is it your belief that Dr. Susan Brown

4   made the decision to give students access to

5   YouTube?

6        A.    It is my belief, --

7        Q.    Okay.  And then --

8        A.    -- acting in her capacity.

9        Q.    Okay.  Once the decision was made,

10  was it your or your staff's responsibility to

11  implement it then?

12       A.    Yes, sir.

13       Q.    And did you implement it then by

14  adjusting the settings on the internet content

15  filter then being used for students?

16       A.    Yes, sir.

17       Q.    Okay.  What -- what settings were used

18  to restrict or not restrict students' access to

19  YouTube either on the Harford County Public

20  Schools' devices or the Harford County Public

21  Schools' network?

22            MR. LEGG:  Objection to form.

23            You can answer.

24            THE WITNESS:  It's not really a setting.

25  It's a matter of identifying an -- to unblock the

```
 1   URL.
 2   BY MR. KEYES:
 3        Q.    Okay.  And so whereas prior to this
 4   decision in 2020 students could not access any
 5   YouTube content on either Harford County Public
 6   Schools' devices or its network.
 7             MR. LEGG:  Objection to form.
 8   BY MR. KEYES:
 9        Q.    Is that correct?
10        A.    Correct.
11        Q.    And after the decision was made, YouTube
12   would then unblock; it was a permitted website.
13   Is that correct?
14        A.    Correct.
15        Q.    In making YouTube available as
16   an unblocked website, were there any other
17   restrictions that were imposed by Harford County
18   Public Schools?
19        A.    Yes.
20        Q.    What were those restrictions?
21        A.    Grades 3 to 5 have Strict Restriction
22   Mode applied.  Grades 6 through 12 have I believe
23   it's called Strict Restriction -- Modified
24   Restriction.  Sorry.
25        Q.    I want to make sure I understand you
```

Page 22

1  correctly.  You believe it was Strict Restriction
2  Mode for grades 3 through 5?
3      A.   Strict Restriction, 3 to 5 grades.
4      Q.   Okay.  And --
5      A.   And Modified Restriction, grades 6 to
6  12.
7      Q.   And were those restrictions imposed in
8  2020 when students were first given access to
9  YouTube?
10     A.   To my knowledge.
11     Q.   Have those restrictions been modified at
12  any point in time since 2020?
13     A.   No, sir.
14     Q.   So for the last five years, students can
15 access YouTube through the Harford County Public
16 Schools' internet content filter, correct?
17     A.   Yes.
18     Q.   But if you're in grades 3 through 5, you
19 can only access YouTube in the Strict Restriction
20 mode; is that correct?
21     A.   I believe that's the -- the Google
22 setting.
23     Q.   Okay.  And since 2020, Harford County
24 Public Schools students can access YouTube
25 through its internet content filter at the

Page 23

```
 1   Modified Restriction; --
 2           MR. LEGG:  Objection to form.
 3   BY MR. KEYES:
 4       Q.   -- is that correct?
 5       A.   Please restate.
 6       Q.   Sure.
 7           Since 2020, students in grades 6 through
 8   12 have been permitted to access YouTube through
 9   the Harford County Public Schools' internet
10   content filter using the Modified Restriction
11   mode?
12       A.   Correct.
13       Q.   Are you able to tell me the differences
14   between the Strict Restriction mode and the
15   Modified Restriction mode?
16       A.   I cannot.
17       Q.   Is it your understanding that the Strict
18   Restriction mode is more restrictive of content
19   that can be accessed on YouTube --
20           MR. LEGG:  Object to form.
21   BY MR. KEYES:
22       Q.   -- than the modified restriction mode;
23   that is, grades 3 through 5 can see less than
24   grades 6 through 12?
25       A.   It is my understanding that the Strict
```

Page 24

1   Restriction does provide a higher level -- I
2   don't know if it's actual content or if it's what
3   has been posted, but I do believe that there is a
4   difference between Strict and Modified.
5           Modified is less.  I'm not YouTube --
6       Q.   Modified is less restrictive than
7   strict?
8       A.   Correct.
9       Q.   Okay.  Have students in grades K through
10  second grade been given access to YouTube on
11  Harford County Public Schools' internet content
12  filter?
13      A.   No, sir.
14      Q.   Okay.  At any point in time?
15      A.   No, sir.
16      Q.   Okay.  And is there any decision, to
17  your knowledge, to change students' access to
18  YouTube on the Harford County Public Schools'
19  internet content filter going forward?
20      A.   Not to my knowledge.
21      Q.   Okay.  Have -- have you received any
22  requests from principals or teachers to make
23  YouTube more available to students than it has
24  been?
25      A.   No.

```
                                              Page 25
 1          MR. LEGG:  Objection to form.
 2   BY MR. KEYES:
 3      Q.   Excuse me?
 4      A.   No.
 5      Q.   No?  Okay.
 6           Okay.  You also testified that Harford
 7   County Public Schools uses Dell Chromebooks using
 8   the Google operating system.
 9           When you say, "uses those Chromebooks,"
10   are those Chromebooks that are distributed to
11   students for their use for an entire academic
12   year?
13      A.   Yes, sir.
14      Q.   And is Harford County Public Schools
15   currently a one-to-one school system?
16      A.   Yes, sir.
17      Q.   Which means one device is assigned to
18   each student, such that every student has a
19   device?
20      A.   Yes, sir.
21      Q.   For how long has Harford County Public
22   Schools been a one-to-one system?
23      A.   October of 2020.
24      Q.   And was the decision to become a
25   one-to-one system made in conjunction with the
```

Page 26

1    pandemic?

2         A.   Yes, sir.

3         Q.   And in conjunction with the shutdown of

4    in-person learning?

5         A.   Yes, sir.

6         Q.   And so did Harford County Public Schools

7    reach the point in October of 2020 where it was a

8    one-to-one system and every student had their own

9    assigned device?

10             MR. LEGG:  Objection to form.

11             THE WITNESS:  Yes.

12   BY MR. KEYES:

13        Q.   And were all -- and was that K through

14   12?

15        A.   K through 12, one to one, correct.

16        Q.   Okay.  And -- and did staff also get

17   their own assigned device?

18        A.   Yes.

19        Q.   Also at least as of October of 2020?

20        A.   I don't recall the exact date that staff

21   went one to one.

22        Q.   Okay.  Was it before or after students?

23        A.   Relative the same time -- relatively the

24   same time.

25        Q.   And the Chromebooks, do they have

Page 27

```
 1    software that prohibits students from installing
 2    their own software on the Chromebooks?
 3        A.   I'm -- I'm pausing to -- to answer this
 4    in a non-technical way.
 5        Q.   Thank you.
 6        A.   There are preventive measures from
 7    loading products onto Chromebooks.
 8        Q.   Okay.  And we've talked about an
 9    internet content filter.  Am I correct in
10    understanding that the internet content filter
11    applies to anyone who accesses the Harford County
12    Public Schools network?
13        A.   Yes.
14        Q.   And am I also correct in understanding
15    that the internet content filter operates on all
16    Harford County Public Schools-issued Chromebooks
17    regardless of where the Chromebook is being used?
18        A.   Yes.
19        Q.   So if a student is using their
20    Chromebook at school, the internet content filter
21    applies.  But it also applies if they're using
22    the Chromebook at home or if they're using the
23    Chromebook somewhere else.
24        A.   Yes.
25        Q.   And are there any differences at all
```

Page 28

1  between how the internet -- what content is
2  blocked by the internet content filter depending
3  on location?
4      A.   No.
5      Q.   Any differences between how content is
6  blocked between using a Harford County Public
7  Schools-issued Chromebook versus accessing the
8  Harford County Public Schools network?
9      A.   No different.
10         MR. KEYES:  Can we take a five-minute
11 break?
12         THE VIDEOGRAPHER:  Stand by.
13         We are off the record at 9:28.
14         (Recess taken.)
15         THE VIDEOGRAPHER:  We are on the record
16 at 9:35.
17 BY MR. KEYES:
18     Q.   Mr. Moore, to your knowledge, have any
19 students or parents requested that students be
20 given more access to YouTube?
21     A.   Not to my knowledge.
22     Q.   So you identified earlier two Google
23 products that Harford County Public Schools
24 system has used.  The first one was YouTube.
25 Has -- to your knowledge, has Harford County

Page 29

1    Public Schools entered any contractual
2    arrangement with Google or YouTube?
3        A.    No, sir.
4        Q.    You also mentioned that Harford County
5    Public Schools uses Dell Chromebooks that use
6    the Google operating system.  Are -- to your
7    knowledge, has Harford County Public Schools
8    entered any contractual arrangement with Google
9    or YouTube regarding those Chromebooks?
10       A.    Please state again.
11       Q.    Sure.  To your knowledge, has Harford
12   County Public Schools entered any contractual
13   arrangement with either Google or YouTube
14   regarding those Dell Chromebooks that use
15   the Google operating system?
16       A.    We have not.
17       Q.    Okay.  Are you aware of any other
18   contractual arrangement between Harford County
19   Public Schools and either Google or YouTube?
20       A.    I am not.
21            MR. KEYES:  Okay.  Thank you for your
22   testimony as Harford County Public Schools'
23   corporate representative.
24            THE VIDEOGRAPHER:  Stand by.
25            We are off the record at 9:36.

Page 30

1          (Deposition concluded -- 9:36 a.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 31

1                 C E R T I F I C A T E

2

3          I do hereby certify that I am a Notary

4   Public in good standing, that the aforesaid

5   testimony was taken before me, pursuant to

6   notice, at the time and place indicated; that

7   said deponent was by me duly sworn to tell the

8   truth, the whole truth, and nothing but the

9   truth; that the testimony of said deponent was

10  correctly recorded in machine shorthand by me and

11  thereafter transcribed under my supervision with

12  computer-aided transcription; that the deposition

13  is a true and correct record of the testimony

14  given by the witness; and that I am neither of

15  counsel nor kin to any party in said action, nor

16  interested in the outcome thereof.

17          WITNESS my hand and official seal this

18  _____ day of _____, 2025

19

20

21          _____

22                  Notary Public

23

24

25

Page 32

1                    INSTRUCTIONS TO WITNESS

2

3         Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the appropriate

6    space on the errata sheet for any corrections

7    that are made.

8         After doing so, please sign the errata sheet

9    and date it.

10        You are signing same subject to the changes

11   you have noted on the errata sheet, which will be

12   attached to your deposition.

13        It is imperative that you return the

14   original errata sheet to the deposing attorney

15   within thirty (30) days of receipt of the

16   deposition transcript by you.  If you

17   fail to do so, the deposition transcript may be

18   deemed to be accurate and may be used in court.

19

20

21

22

23

24

25

Page 33

```
1                           _ _ _ _ _
2                        E  R  R  A  T  A
3                           _ _ _ _ _
4    PAGE        LINE        CHANGE
5    _ _ _      _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _
6    Reason for
7    Change:_____
8    PAGE        LINE        CHANGE
9    _ _ _      _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _
10   Reason for
11   Change:_____
12   PAGE        LINE        CHANGE
13   _ _ _      _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _
14   Reason for
15   Change:_____
16   PAGE        LINE        CHANGE
17   _ _ _      _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _
18   Reason for
19   Change:_____
20   PAGE        LINE        CHANGE
21   _ _ _      _ _ _       _ _ _ _ _ _ _ _ _ _ _ _ _
22   Reason for
23   Change:_____
24
25
```

Page 34

1    PAGE        LINE        CHANGE

2    _ _ _     _ _ _     _ _ _ _ _ _ _ _ _ _ _ _ _ _

3    Reason for

4    Change:_____

5    PAGE        LINE        CHANGE

6    _ _ _     _ _ _     _ _ _ _ _ _ _ _ _ _ _ _ _ _

7    Reason for

8    Change:_____

9    PAGE        LINE        CHANGE

10   _ _ _     _ _ _     _ _ _ _ _ _ _ _ _ _ _ _ _ _

11   Reason for

12   Change:_____

13   PAGE        LINE        CHANGE

14   _ _ _     _ _ _     _ _ _ _ _ _ _ _ _ _ _ _ _ _

15   Reason for

16   Change:_____

17   PAGE        LINE        CHANGE

18   _ _ _     _ _ _     _ _ _ _ _ _ _ _ _ _ _ _ _ _

19   Reason for

20   Change:_____

21   PAGE        LINE        CHANGE

22   _ _ _     _ _ _     _ _ _ _ _ _ _ _ _ _ _ _ _ _

23   Reason for

24   Change:_____

25

Page 35

1          ACKNOWLEDGMENT OF DEPONENT

2              I, _____, do

3    hereby certify that I have read the foregoing

4    pages __ to ____ and that the same is a

5    correct transcription of the answers given by

6    me to the questions therein propounded,

7    except for the corrections or changes in form

8    or substance, if any, noted in the attached

9    Errata Sheet.

10

11   _____        _____

12   DATE                 SIGNATURE

13

14              Subscribed and sworn to before

15   me this _____ day of _____, 2025.

16

17              My commission expires:

18              _____

19

20              _____

21              Notary Public

22

23

24

25

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.