**Exhibit 6**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**EXPERT REBUTTAL REPORT OF**

**Dr. Ramin Mojtabai, M.D., Ph.D., MPH**

**July 30, 2025**

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____

Dr.  Ramin Mojtabai, M.D., Ph.D., MPH

**TABLE OF CONTENTS**

Page

I.  Executive Summary of Rebuttal Opinions ................................................... 1

   A.  The totality of evidence supports the conclusion that excessive and problematic use of social media is a significant contributing cause to depressive symptoms, body image dissatisfaction and other adverse mental health problems in youth. This is true even though, as is commonly the case, the literature has limitations and a minority of studies do not find a link. ....................................... 1

   B.  Defense experts' criticisms do not undermine my conclusion that the Bradford Hill criteria support causation. ............................................................. 1

II. The totality of evidence supports the conclusion that excessive and problematic use of social media is a significant contributing cause to depressive symptoms, body image dissatisfaction and other adverse mental health problems in youth. This is true even though, as is commonly the case, the literature has limitations and a minority of studies do not find a link. ....................................... 1

   A.  Defense experts wrongly criticize the literature on the association of social media use with mental health outcomes on the basis that much of this literature, but not all, is based on self-reported measures of social media use.................................. 1

   B.  Defense experts' wrongly criticize the research on the association of social media use with mental health outcomes for relying on questionnaires and ratings scales for measurement of mental health outcomes, which they claim only measure symptoms and not clinically relevant, diagnostic outcomes................................ 2

   C.  The defendant experts' criticism of the concept of "problematic use of social media simply because it is not included in the DSM-5", is not justified.............. 4

   D.  Defendant experts' criticisms that the research does not support a causal link because of the "small effect size" is misleading.................................................... 4

   E.  The Defense experts use of $R^2$ as a measure of the magnitude of effect is misguided. ............................................................................................... 7

   F.  Defense experts wrongly discredit or altogether ignore the importance of observational studies in the field of public health for assessing causality............ 8

   G.  Defense experts' criticisms that the literature does not separate out each platform ignores the similarities of design features across platforms. .............................. 10

   H.  Defense experts mischaracterize what is appropriate adjustment for confounding variables. ................................................................................................. 11

   I.  Defense experts' evaluation of the available randomized control trials is erroneous..................................................................................................... 12

   J.  Potential reciprocal relationships do not eliminate the causal role of excessive social media use in negative mental health outcomes. ....................................... 14

   K.  Defense experts misinterpret the trends in the prevalence of depression in adolescents, which was stable until 2011. .......................................................... 14

L.    Defense experts mischaracterize my position regarding the harms and benefits of social media use. ............................................................................................................ 15

M.    Defense experts incorrectly claim that the literature suggests that only harmful content, and not the design of the platforms, is causing negative mental health in youth. ....................................................................................................................... 16

N.    Defendants' experts were biased in their review of the literature. ..................... 16

III.    Defense experts' criticisms do not alter my conclusion that the Bradford Hill criteria support causation. ................................................................................................. 17

IV.    Conclusion ................................................................................................................ 21

## I.    Executive Summary of Rebuttal Opinions

I submit this report in response to Defendants' experts' reports. After careful review of Defendants' experts' reports, they do not change my opinions stated in my May 16, 2025 report.

My summary of my rebuttal opinions is as follows:

A.    The totality of evidence supports the conclusion that excessive and problematic use of social media is a significant contributing cause to depressive symptoms, body image dissatisfaction and other adverse mental health problems in youth. This is true even though, as is commonly the case, the literature has limitations and a minority of studies do not find a link.

B.    Defense experts' criticisms do not undermine my conclusion that the Bradford Hill criteria support causation.

My opinions, and the bases for them, are discussed in greater detail below. I reserve the right to revise, amend or supplement these opinions if additional relevant information becomes available. An updated Materials Considered list is attached to this report as Exhibit A.

## II.    The totality of evidence supports the conclusion that excessive and problematic use of social media is a significant contributing cause to depressive symptoms, body image dissatisfaction and other adverse mental health problems in youth. This is true even though, as is commonly the case, the literature has limitations and a minority of studies do not find a link.

### A.    Defense experts wrongly criticize the literature on the association of social media use with mental health outcomes on the basis that much of this literature, but not all, is based on self-reported measures of social media use.

1.    Several of the defendant's experts criticize research on the association of social media use with mental health outcomes because this research is mostly based on self-report measures of social media use (e.g., Platt, pp. 10, 17, 33, 41-42; Allen, pp. 79-80; Galvan, p. 10; Patten, p. 140).

2.    I disagree with Defense experts' blanket statements that self-report data on social media use are "inherently unreliable" (p.79 of Dr. Allen's report). While some research finds a discrepancy between self-report estimates and objectively measured use of social media, other research shows a strong correlation. One study that specifically focused on children and adolescents (mean age=12) found strong correlations between self-reported and objectively assessed use of specific social media platforms (Instagram: r = 0.95, TikTok: r = 0.93; YouTube: r = .77) (Irmer and Schmiedek, 2023). Furthermore, another study by Johannes and colleagues that did find a discrepancy between subjective and objective measures of social media use, also found that this discrepancy is not related to the person's emotional state (Johannes et al., 2021). These authors concluded that:

"…our results suggest that the way we measure social media use does not affect its relation to well-being … Type of measurement and accuracy also do not seem

to matter when looking at the relation between social media use and well-being. Our results suggest that researchers cannot blindly dismiss the results of studies that rely on self-reported media use when studying well-being. We might still learn from them." (pp. 10-11).

3.      A number of studies that objectively measure social media use have also found associations between these measures of use and mental health outcomes (Cheng et al., 2019; Hunt et al., 2018). For instance, the 2020 Sewall and colleagues' study, to which Dr. Platt refers, found differences in the relationship of self-reported and objectively measured social media use with depressive symptoms, but also reported a significant correlation of r=0.14 between objectively measured social media use and depressive symptoms (Sewall et al., 2020)—well within the range of the correlations obtained in a majority of the studies examining the association of social media use with depressive symptoms. As such, it is unlikely that the observed associations are artefacts of the use of self-report measures of social media use.

**B.      Defense experts' wrongly criticize the research on the association of social media use with mental health outcomes for relying on questionnaires and ratings scales for measurement of mental health outcomes, which they claim only measure symptoms and not clinically relevant, diagnostic outcomes.**

1.      Several of the defense experts criticize research on the association of social media with mental health outcomes, claiming they only measure symptoms and not clinically relevant, diagnostic outcomes (e.g., Platt report, p. 10-11, 15; Gotlib report, pp. 18, 49; Patten report, pp. 7, 12-13, 130-131; Gibbons report, pp. 1-2, 108-109; Pfeifer report, p. 12).

2.      I disagree with this criticism of the research. The use of these measures in research, including research conducted by Defense experts (Bass et al., 2022; Cero et al., 2023; Gibbons et al., 2013; Graham et al., 2019; Hulvershorn et al., 2022; Mustanski et al., 2021; Wenzel et al., 2021), is a common and accepted practice in epidemiological research. There is also a strong correlation between the mean level of symptoms and the number of cases that reach diagnostic level. For example, Dr. Gotlib has used the Child Depression Inventory (CDI) as well as other self-report measures for measuring depressive, anxiety and internalizing symptoms in adolescents in the context of COVID-19 pandemic (Gotlib et al., 2020; Gotlib et al., 2022). He so describes the merits of CDI: "This widely used reliable measure (17) has been shown to have convergent validity with clinician ratings of depression symptoms and diagnosis (18)." (p. 913, Gotlib et al., 2022).

3.      The majority of the studies examining the association of social media use with mental health harms used validated outcomes measures. As an example, in the Appendix of this report, I reproduce a supplemental table from the meta-analysis by Cunningham and colleagues on the association of social media use with depressive symptoms that shows the outcome measures used in close to 60 studies (Cunningham et al., 2021). The large majority of the measures used are validated measures of depressive symptoms. Similarly, with respect to the Bergen Social Media Addiction Scale, a recent meta-analysis of 28 such studies by Bottaro and colleagues (Bottaro et al., 2025) provides convincing support for the validity of BSMAS.

2

4.    Defense expert, Dr. Patten writes: "…through application of a cut-point, scales can be used to divide a population into groups with higher or lower risk of having a diagnosable depressive episode, as described above. Alternatively, elevated levels of depressive symptoms can be regarded as indicating a syndrome of depression or a significantly elevated level of depression, but without the full confirmation of significance that is provided by a diagnosis." (Patten report, p. 14).

5.    However, opposite to this view, in a recent paper comparing dimensional (i.e., using validated scales) and categorical (i.e., defined by diagnostic categories) approaches to depression, Dr. Patten has advocated for a dimensional approach both in research and clinical practice. He writes, "Depressive disorders are diagnosed using categorical definitions provided by DSM-5 and ICD-11. However, categorization for diagnostic purposes fails to account for the inherently dimensional nature of depression. Artificial categorization may impede research and obstruct the achievement of optimal treatment outcomes." (Patten, 2025).

6.    I agree with Dr. Patten's advocacy of a dimensional approach. Applied to the research on the association of social media use with adverse mental health outcomes, rather than being a limitation of this body of research, use of dimensional measures is a strength and not a limitation.

7.    Related to the above point, in several remarks throughout the report, Dr. Patten criticizes the published studies because the means of the experimental and control groups are below the cut-off for significant psychopathology. For example, when discussing the Dondzilo and colleagues' 2024 paper, he writes: "The post-intervention mean score was 10.31 in the control group and 6.77 in the intervention group, scores that are difficult to interpret since the cut-point for the EDE-12 screening scale for further assessment of an eating disorder is 15." (Patten report, p. 102). Similarly, when discussing van den Eijnden and colleagues' 2021 paper, Dr. Patten writes: "The mean sleep quality ratings, which had mean values of about 3.3, were far below the cut-point of 6 used in another study (Jafarian, Gorouhi et al. 2008), and would have been difficult to relate to meaningful sleep disturbances even if the results had been positive." (Patten report, p. 115).

8.    These statements, however, do not take account of the fact that the mean score of sample or population on a scale are very closely related to the prevalence of extreme values and cut-offs, a point made decades ago by the prominent epidemiologist Geoffrey Rose. The lower the mean score in a population, the lower the number of people who are beyond the cut-off and the higher the mean, the higher the number of people beyond the cut-off.  In a 1990 paper titled "The population mean predicts the number of deviant individuals." Dr. Rose and Day (Rose and Day, 1990) identified very strong correlations between a number of categorical health outcomes (such as hypertension) and the distribution of the underlying continuous health outcomes (such as high blood pressure), writing:

"If we want to discover the causes of hypertension, obesity, alcoholism, depression, violence, and so on we need to study the determinants of average blood pressure and weight, average alcohol intake, average population "mood," intellectual performance, aggression, etc." (p. 1034).

9.     As succinctly put in Dr. Rose's classic book, Rose's Strategy of Preventive Medicine (Rose et al., 2008),  "Disease and its risk factors are quantitative not categorical phenomena." (p. 42). Dr. Rose also taught us that "a large number of people exposed to a small risk may generate many more cases than a small number exposed to a high risk" (p.59). For example, based on Brosnan and colleagues' 2024 study, spending 2-3 hours on social media before bedtime would translate into an average of 12-18 minutes less total sleep. When this is multiplied by the millions of adolescents who may engage in this daily pattern of social media use, it amounts to hundreds of thousands or millions of hours of sleep lost.

C.     **The defendant experts' criticism of the concept of "problematic use of social media simply because it is not included in the DSM-5", is not justified.**

1.     Several of the Defense experts criticize any discussion of the problematic or addictive use of social media because this condition is not included in the DSM (e.g., Patten report, p. 66; Gotlib report, p. 80; Galvan report, p. 15).

2.     These experts' assumption that a disorder is not valid if it is not in the DSM is not justified. The DSM is an evolving document and the number of disorders between the fourth and the fifth edition of the DSM increased by more than 150. Does that mean these 150 disorders were not disorders before 2013 and all of a sudden became disorders on May 2013? Furthermore, mental health symptoms that do not reach a diagnostic level may still be distressing. The DSM-5-TR makes this point explicit when it states that "…it is well recognized that this set of categorical diagnoses does not fully describe the full range of mental disorders that individuals experience and present to clinicians on a daily basis throughout the world." (American Psychiatric Association, 2022, p. 22); p. .

3.     There is considerable consistency between the criteria proposed for problematic use of social media and the internet gaming disorder that was recently added to the ICD-11 and is included as a condition for further study in DSM-5 (American Psychiatric Association, 2022).

D.     **Defendant experts' criticisms that the research does not support a causal link because of the "small effect size" is misleading.**

1.     Several of the Defense experts express the opinion that a causal link cannot be supported by research on the association of social media use with mental health outcomes because the effect sizes obtained in this research are not large (e.g., Gibbons report, p. 21, pp. 111-112; Platt report, pp. 15-16; Galvan report, p. 21).

2.     Defense experts' opine that small effect sizes are to be considered as suspect and untrustworthy. Dr. Gibbons, for example, comments:

"In general effect sizes that are shown as standardized mean differences expressed in standard deviation units that are less than 0.2 are rarely meaningful and often signs of bias and/or confounding. Similarly, an odds ratio or relative risk between 1.0 and 2.0 is viewed as a weak association and is suspect of being the result of bias or confounding." (Gibbons report, p. 21).

3.      However, small effect sizes are common in epidemiology and public health and cannot be dismissed automatically. Replication of studies and examining consistency across studies is a much more reliable way of weeding out effects that may be confounded. Numerous studies have consistently found an association between excessive and problematic social media use and negative mental health outcomes with effect sizes in the r=0.11-0.13 range, which translates into an OR~1.5, meaning that the odds of the outcome is 50% higher in the exposed than the non-exposed. This effect size is in line with the effect size for the association smoking with cancer and childhood lead exposure with low IQ. Given that hundreds of millions of children worldwide are exposed to social media, an effect size in this magnitude would translate into hundreds of thousands additional children with adverse mental health outcomes.

4.      A small effect size is not an indicator of lack of causal association and Defense experts do not use this artificial standard in their own research. Indeed, Dr. Gibbons who calls effects sizes of this magnitude "rarely meaningful" repeatedly reports small effect sizes in his research and does not automatically attribute these to bias or confounding (examples: IRR=1.39 (Lagerberg et al., 2022); HR=0.95 (Gibbons et al., 2022), IRR = 1.14 (Saulsberry et al., 2025)).

5.      For example, in one study examining the association between suicidal ideations and future suicide attempts, Dr. Gibbons and colleagues reported a hazard ratio (HR) of 1.34:

"The CAT-SS predicted suicide attempts in the overall sample (hazard ratio [HR]=1.34, p<0.05; see Table 3). For the CAT-SS, this represents a 34% increase in risk for a suicide attempt for each 10-point change." (Berona et al., 2021).

6.      An HR=1.34 represents a small effect size (approximate Pearson r~0.1). Dr. Gibbons and colleagues then go on to say:

"Thus, the CAT-SS reliably predicted suicide attempts when examined alone or in combination with other risk and protective factors." (Berona et al., 2021).

7.      I agree with this statement. In fact, numerous exposures in public health are associated with small effect sizes (e.g., air pollution and health outcomes; smoking and all cancers). Bradford Hill also mentions this in his description of causal guidelines:

"We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so. Relatively few persons harbouring the meningococcus fall sick of meningococcal meningitis. Relatively few persons occupationally exposed to rat's urine contract Weil's disease [the bacterial infection leptospirosis]" (Hill, 1965, p. 296)

8.      Additionally, tallying individual studies based on whether or not they produced a statistically significant result, as many of Defense experts do (e.g., Patten report), is not an optimal approach to reviewing a body of research because this approach depends on counting statistically non-significant results from often under-powered studies. Decades ago, meta-analysis was invented to address this problem of statistically non-significant results from underpowered individual studies in psychology. An appropriate approach to a body of research is

by combining effect sizes from individual studies, not counting significant and non-significant results.

9.    However, Defense experts overlook available meta-analytic review results. Dr. Gibbons writes: "…the only meta-analyses that I can find are based either entirely or mostly on cross-sectional studies, which do not consider temporality and are therefore uninformative." (Gibbons report, p. 17). The body of literature, however, includes a number of meta-analyses that were either focused on RCTs (McComb et al., 2023; Ramadhan et al., 2024), or reported results from longitudinal studies separately (de Valle et al., 2021).

10.   One of only two meta-analyses that Dr. Gibbons discusses is the 2024 meta-analysis by Ferguson (Ferguson, 2024) which Dr. Gibbons finds supports his conclusions (Dr. Gibbons report, pp. 38-29). That meta-analysis has been criticized on technical grounds, including mixing mental health outcomes with vaguely described well-being outcomes (Stein, 2024; Rausch, et al, 2024). In addition, as discussed in my opening report, Thrul and colleagues criticized Ferguson's 2024 meta-analysis for combing long and short term trials and not investigating the potential moderating effects of length of social media reduction or abstinence interventions (Thrul et al., 2025).

11.   Dr. Platt reports replicating Ferguson's 2024 meta-analysis of randomized controlled trials (Ferguson, 2024) by adding several more recent studies that met Ferguson's inclusion criteria. His meta-analysis with 56 studies (instead of Ferguson's original 27) found an effect size of d=0.170, 95% CI: 0.095 to 0.245 (Platt report, pp. 37-38). It is notable that Dr. Platt's effect size is twice as large as Dr. Ferguson's original non-significant effect size (Cohen's d=0.088) and Dr. Platt's estimate is statistically significant (i.e., the confidence interval does not include 0). Nevertheless, Dr. Platt describes this effect size as "similar" to the Ferguson's original meta-analysis (Platt report, p. 37).

12.   An effect size of d=0.170 approximately corresponds to an r=0.09 and an odds ratio=1.36. A statistically significant OR of 1.36 (or its equivalent r or Cohen's d) does not indicate that the findings are "likely not clinically significant" (Platt report, p. 20). For example, when Dr. Platt and colleagues in their own research examined syringe sharing among injection drug users in Montreal, they found that sharing of drug preparation equipment was positively associated with discordant HCV status (OR =1.18) (De et al., 2009). Additionally, sharing of injection equipment was more common among those with higher proportion of injections together with a partner (OR=1.24). Both odds ratios were statistically significant although very small. Dr. Platt and colleagues did not automatically dismiss these odds ratios because of their very small sizes (approximate equivalent Cohen's d=0.09-0.12). In another study, Dr. Platt and colleagues attributed the side effect of cardiac arrythmia to the use of beta agonists based on a risk ratio of 1.27  (Wilchesky et al., 2012). The interpretation of small effects in his own research is in contrast to Dr. Platt's statement in his report on social media:

"An effect size of 0.1 would generally be considered very small, and more likely to fall within the range of what could arise from bias, confounding, or measurement error." (Platt report, p. 15)

6

13.     Of note, the meta-analysis by Ramadhan and colleagues, which was not discussed by Dr. Platt, also reviewed experimental studies of social media restriction (what they called "social media detox") (Ramadhan et al., 2024). These authors identified 10 studies (3 of them overlapping with studies reviewed by Ferguson) that examined the effect of experimental studies of social media restriction (what they called "social media detox"). They found a significant reduction in depressive symptoms as a result of social media restrictions (d= -0.29, 95% CI= -0.51, -0.07; equivalent r=0.14), whereas the effect on "mental well-being" was negligible and non-significant (d=0.04, 95% CI= -0.54, 0.62, p=0.90). As such, aggregating measures of depressive symptoms with measures of general well-being, which is what Ferguson did and I assume Dr. Platt replicated, would significantly bias the results of the experimental studies.

### E.     The Defense experts use of $R^2$ as a measure of the magnitude of effect is misguided.

1.     Some of the defendant's experts point to $R^2$ –sometimes referred to as percent variance explained—and computed by squaring the correlation coefficient—as indicative of the "small" size of the association between social media use and mental health outcomes (Gibbons report, p. 113; Gotlib report, pp. 15, 55). For example, Dr. Gotlib and Dr. Gibbons write:

> "As an example, a correlation coefficient of 0.1 indicates a very weak correlation that accounts for only 1% of the variance in the relationship between the two variables, indicating that 99% of the variance is due to some other factor or factors. Similarly, a correlation of 0.15 accounts for only 2.25% of the variance in the relationship between the two variables, indicating that 97.75% of the variance is due to other factors." (Gotlib report, p. 55).

> "The correct interpretation of the importance of a correlation is in terms of $r^2$ the variance accounted for in the outcome by the predictor. For a correlation of r=0.12, $r^2$=0.0144 or the explanation of 1.4% of shared variation between depressive severity and SMU." (Gibbons report, p. 113).

2.     However, Dr. Gotlib's and other defense experts' interpretation of $R^2$ as a measure for the relationship of two variables is incorrect. As Harvard professor Gary King wrote in 1986:

> "$R^2$ is often called the "coefficient of determination." The result (or cause) of this unfortunate terminology is that the $R^2$ statistic is sometimes interpreted as a measure of the influence of X on Y. Others consider it to be a measure of the fit between the statistical model and the true model. A high $R^2$ is considered to be proof that the correct model has been specified or that the theory being tested is correct. A higher $R^2$ in one model is taken to mean that that model is better. All these interpretations are wrong. $R^2$ is a measure of the spread of points around a regression line, and it is a poor measure of even that (Achen, 1982)." (King, 1986, p. 675).

3.      This point was also noted by Dr. Twenge in a 2020 paper (Twenge, 2020) where she writes:

> "However, researchers including Funder and Ozer [29•] and Rosnow and Rosenthal [30] have shown that percent variance explained is not a valid measure of practical importance. For example, aspirin explains only 0.0011% of the variance in heart attacks, but those who did not take aspirin were twice as likely to have a heart attack compared to those who took aspirin [30]; this comparison ('twice as likely') is a measure of relative risk, an effect size often used in medicine and clinical contexts." (Twenge, 2020, p. 92).

**F.      Defense experts wrongly discredit or altogether ignore the importance of observational studies in the field of public health for assessing causality.**

1.      Defense experts fail to provide a balanced review and interpretation of the available research on the impact of excessive or problematic social media use on mental health outcomes (e.g., Gibbons report, pp. 14-15; Gotlib report, pp. 47-51; Allen report, pp. 2, 4; Patten report, pp. 131-132) and thus their conclusions are not supported by evidence. Dr. Gibbons' report, for example, is limited to randomized trials and longitudinal studies. He makes the argument that:

> "For observational studies, cross-sectional data and related analyses cannot provide evidence of causation. Such studies can produce biased and misleading results due to confounding of between-subject characteristics that are related to both the exposure and the outcome, similar to the antidepressants and suicide example previously mentioned in relation to confounding by indication. Such studies also cannot establish the necessary requirement of temporality (Hill, 1965), namely that the exposure occurs before the outcome. As a result, cross-sectional studies cannot determine whether the outcome causes the exposure or the other way around. They cannot also establish a true association between an exposure and an outcome." (Gibbons report, pp. 14-15).

2.      Dr. Gibbons uses the example of pipe smoking vs. cigarette smoking:

"A classic example is the comparison of mortality between pipe smokers and cigarette smokers, as described by Cochran (1968).[9] Early epidemiologic study of these relationships revealed that pipe smoking was associated with a higher incidence of mortality than cigarette smoking. However, a more careful analysis revealed that on average, pipe smokers were older than cigarette smokers and as a consequence had higher overall mortality rates. Indeed, when the data were *stratified* by age (i.e., analyzed within individual age cohorts), the mortality risk associated with cigarette smoking was significantly higher than the risk associated with pipe smoking within every age cohort. Had this been an RCT and subjects were randomly assigned to be pipe or cigarette smokers, the randomization would have balanced the age distributions between the two groups, and the bias would have therefore been eliminated. For this reason, inferences based on well-

designed RCTs are often granted causal status whereas epidemiologic inferences are described as associations." (Gibbons report, p. 10).

3.       As this example highlights, when properly adjusted for potential confounding factors (age, in the case of cigarette and pipe smokers), observational studies can provide useful data similar to randomized controlled trials. Note that the randomized controlled trial that Dr. Gibbons envisions for cigarette vs. pipe smoking is infeasible and in fact never happened (we cannot randomize people to smoke pipe vs. cigarettes). All that we know about the causal role of smoking of pipes and cigarettes on mortality is based on observational studies. Similarly, it is infeasible to randomize a group of children and adolescents to either use social media >3 hours or >6 hours a day vs. no use of social media for months or years and then examine the outcome of such pattern of use. Similarly, it is not possible to randomize adolescents to problematic use of social media and non-problematic use. We must be inclusive and evaluate evidence from observational studies and randomized controlled trials of social media use "breaks." A causal role of excessive social media use on mental health outcomes has to be based on the entirety of the evidence.

4.       Of note, over the years, Dr. Gibbons has authored or coauthored many observational studies (e.g., (Daniel et al., 1991; Gibbons et al., 2006; Gibbons et al., 2008; Quinn et al., 2017; Shuhaiber et al., 2009). In a series of cross-sectional ecological studies, Dr. Gibbons and colleagues have examined the association of antidepressant medication prescriptions with suicide deaths (Gibbons et al., 2005, 2006; Nakagawa et al., 2007). They found a lower risk of suicide in localities with higher prevalence of antidepressant use and noted that these findings (based on their cross-sectional ecological studies) are contrary to the results of numerous RCTs:

"…our results and those of Olfson et al. (48) undermine the view that SSRIs cause suicide, which was the concern that arose from the higher frequency of suicide attempt-related adverse events reported with antidepressants relative to placebo among children and adolescents in randomized controlled trials (24, 59) …Our results are in agreement with pharmaco-epidemiologic studies reporting a decline in suicide attempts and suicide in adults and adolescents prescribed antidepressants (37 – 39) and with adult national population studies in other countries reporting that a decrease in suicide rate correlated with increased antidepressant use over a period of time (60 – 65)." (Gibbons et al., 2006).

5.       However, Dr. Gibbons does not use the same standard for choosing studies and relying on the preponderance of evidence in his report on the link of social media use with adverse mental health outcomes.

6.       Many of the "cross-sectional" studies linking social media use with adverse mental health outcomes qualify as "retrospective" studies in Bradford Hill terminology, as they measure the usual amount or pattern of social media use over a specified period with current mental health outcomes. A recent example is the study by Thiagarajan and colleagues (Thiagarajan et al., 2025) that examined the association of the age of acquiring a smartphone (the main venue for use of social media) with current mental health symptoms, including suicidal ideations, in a sample of over 100,000 young adults ages 18-24. The study also found a dose-

response relationship between age of acquisition and mental health outcomes. Age of access to social media accounts was the largest contributing factor to this association. Excluding retrospective studies such as this study seriously limits analysis of the mental health consequences of social media use.

7.    A more balanced view on adjustment for confounding and consistency of results was offered by defense expert Dr. Patten:

"It is acknowledged that no observational study is perfect, especially with respect to the handling of confounding. Indeed, this is not necessary. The causal criterion of consistency means that consistent results arising from high quality studies would support causality, even if each study did not adjust for every plausible confounding variable…" (Patten report, p. 36)

**G.    Defense experts' criticisms that the literature does not separate out each platform ignores the similarities of design features across platforms.**

1.    Defense experts criticize the literature on the harms of social media because it does not separate different platforms (e.g., Gibbons report, p. 111; Allen report, pp. 58-61; Galvan report, p. 11; Buka report pp. 5, 12). For example, Dr. Gibbons writes:

"…plaintiffs' experts did not identify any study that found an association or a causal relationship between specific SM apps and mental health disorders. Instead, the studies on which plaintiffs' experts rely lump together SM apps, or in some cases, analyze screen time in general." (Gibbons report, p. 111).

2.    These experts are correct that there is limited research on the specific apps and most research on the potential harms of social media apps considers the use of social media generally. But there are good reasons for this approach. First, there are important commonalities across social media platforms. All can contribute to social comparison, contain beautification filters, allow "likes" or comments on one's posts, and include algorithms to keep youth on the platform for as long as possible. Second, most youth use multiple social media platforms and as a result, most research examines time on social media overall. According to Pew Research Center's most recent survey of adolescents' use of social media apps (Faverio, et al., 2024), an average US adolescent uses more than 3 apps. As such, separating the harmful effects of different apps that adolescents use would be infeasible.

3.    Additionally, there is evidence that depressive and anxiety feelings are related to the number of apps that the person uses (Primack et al., 2017). This finding suggests that the different apps have an additive effect and the negative effects are not limited to a specific app.

4.    Nonetheless, in my opening report I refer to several studies that specifically examine harms associated with specific platform use (e.g., (De Bérail et al., 2019; De Groote and Van Ouytsel, 2022; Hristova and Lieberoth, 2021; Klobas et al., 2018; Mink and Szymanski, 2022; Seekis and Kennedy, 2023; Sepas et al., 2024; Utz et al., 2015; van Essen and Van Ouytsel, 2023; Vanherle et al., 2023). This research highlights that the negative effects of excessive and problematic use of these apps are generalizable across individual apps, and

supports extrapolation from research on the potential mental health harms of social media in general to specific apps.

### H. Defense experts mischaracterize what is appropriate adjustment for confounding variables.

1. Several of the defense experts criticize literature on the causal link of social media use with mental health outcomes for inadequate adjustment for confounders (e.g., Buka report, pp. 44-45, 57-58; Patten report, p. 8). For example, in reviewing the study by Chu, Ganson et al. 2024, Dr. Patten writes:

> "The models adjusted for a set of potential confounding factors: age, sex, race/ethnicity, household income, highest parent education, participants' body mass index at baseline, and impulsivity (measured using a related but different construct, reward responsiveness, according to the Behavioral Inhibition and Approach Systems Scales (Carver and White 1994)). Adjustments were also made for anxiety using a scale from the Child Behavior Checklist (Achenbach and Ruffle 2000). While each of these variables is a plausible confounder, many other potential confounders were not measured, such as genetic factors, childhood adversities, perfectionism and neuroticism, among other eating disorder risk factors (Barakat, McLean et al. 2023)." (Patten report, p. 92).

2. However, this criticism fails to take into account that the confounder has to be the cause of both the exposure and the outcomes, not only one of them. Including variables that are not related to both the exposure and outcome, or are themselves caused by the exposure or outcome, could lead to erroneous findings. Including risk factors of eating disorder which may themselves be caused by social media use (e.g., anxiety) is not appropriate. Furthermore, simply stating that the study should have adjusted for genetic factors (which genetic factors?) without specifying what genes, is not a valid criticism, particularly given that there are currently no known genetic risk factors of excessive social media use.

3. Commenting on Schemer and colleagues' 2021 study, Dr. Patten notes:

> "A small effect was observed in a preliminary analysis, but it disappeared with adjustment for a small set of additional variables: gender, age, self-esteem, and satisfaction with friends. This suggests that the effect observed in the preliminary analysis was artifactual due to confounding by one or more of these variables." (Patten report, p. 60).

4. A more appropriate interpretation of this study finding is that by over-adjusting for the outcomes of social media use that are also closely tied with depression (self-esteem, satisfaction with friends), this study diluted the impact of social media on the mental health outcome of interest. Adjusting for these variables is a highly questionable practice and distorts the study finding—a phenomenon called "overadjustment bias" (Schisterman et al., 2009).

5. Another example of overadjustment bias is the defense experts' criticism of the paper by Riehm and colleagues (Riehm et al., 2019) on which I was a co-author (Gotlib report, pp. 57-58; Patten report, pp. 135-136). For example, Dr. Gotlib cites Keyes and Kreski (2020),

which was in response to Riehm et al. (2019), in arguing that "Riehm et al. may not have adequately accounted for confounding factors that may be correlated with the problems they were measuring, such as substance use." (Gotlib report, pp. 57-58). As discussed in my opening report and in Feder et al. (2020), Keyes and Kreski's criticism is based on "untestable assumptions" that internalizing symptoms at wave 2 are the cause of social media use at that wave. (Feder et al, 2020) Keyes and Kreski's suggestion for adjusting for mental health problems at wave 2 would bias the results of the analysis towards the null, meaning that their analysis will artificially find negative results. Importantly, their analyses adjusting for internalizing symptoms at wave 2 also found a significant association between 6 hours and more use of social media daily with internalizing symptoms at wave 3. This validates our findings. Furthermore, future research with additional waves of these data where social media use at wave 3 was adjusted for internalizing symptoms at wave 3, and the association of social media use with outcomes at wave 4 was assessed, further supporting our findings (Zhang et al., 2023). Dr. Patten nonetheless still criticizes this study, stating that "it cannot be interpreted causally due to the limited covariate adjustment" (Patten report, p. 136), but he does not state what variables should have been adjusted for.

6.      Defense experts also take issue with my definition of confounding. For example, Dr. Buka writes:

> "Finally, Dr. Mojtabai gives an overly narrow definition of confounders as "variables that are causally related to both the putative cause and outcomes."[79] This is inexact because a researcher assessing potential confounders likely cannot say definitively that such variables are "causally" related to the outcome—if that were known, the task would be easier. A more typical and appropriate definition would be that confounders are "are variables that are risk factors for both the putative cause and outcomes."[80] The relative inattention to potential risks for mental disorders that could be confounding many of the results described in Dr. Mojtabai's report severely limits the final causal analysis and conclusions." (Buka report, pp. 57-58).

7.      This statement is confusing. As page 45 of Dr. Buka's report clearly indicates, two correlated variables A and B in a population can be related in one of these four ways: A causes B, B causes A, there is reciprocal causation between A and B, or a third factor C causes both of them (C being a confounder in this case). Thus "risk factor" is another name for causal factor. If C increases the risk of A and B, it is a component cause of A and B. To imply that a "risk factor" is something different from a causal factor is misleading.

## I.      Defense experts' evaluation of the available randomized control trials is erroneous.

1.      Several of the Defense experts criticize the randomized controlled trials of social media use restrictions because these studies did not 'blind" the participants to the arm to which they were assigned (e.g., Patten report, p. 8; Allen report, pp. 24-25; Buka report, p. 46; Gibbons report, p. 18).

2.      Dr. Patten, for example, states that:

"These studies lack controls for what are known as placebo or demand effects. Specifically, the studies failed to account for how those who stopped or reduced social media use reported "improvement" because they believed the change would improve their current mental status. As a result, "improved" symptoms after withdrawal or reduction of social media use cannot be interpreted as evidence of "harm" due to social media." (Patten report, p. 8)

3.      Randomized controlled studies of medication are able to eliminate the demand or placebo effect by "blinding" participants to the nature of the medication they are taking (i.e., whether active medication or placebo). This is done by giving participants pills that look exactly like the active medication. However, it is not feasible to use blinding in randomized controlled trials of social media because participants in the active arm are asked to change their social media use pattern.

4.      In the absence of such blinding, examining specificity of the effect—whether the positive effect of intervention is observed in all or most trials or limited to specific types of trials—can help to clarify the possible effect of lack of blinding. If the observed effect of an intervention is the result of lack of blinding, all or most studies without blinding should show this effect. Finding that the positive effect of trials is limited to a specific type of trials, argues against a substantial impact from lack of blinding.

5.      This was tested in a recent study by Thrul and colleagues which replicated Ferguson's meta-analysis of randomized controlled trials of social media restrictions (Thrul et al., 2025). Thrul and colleagues divided studies based on length of social media reduction or abstinence interventions. It is plausible that the benefits of such restrictions would be more pronounced or limited to longer term studies because shorter trials likely capture withdrawal effects of stopping social media use—a phenomenon observed in other behavioral addictions as well (Wray and Dickerson, 1981). When Thrul and colleagues repeated the analyses in these two groups of trials, they found that interventions of less than 1 week resulted in significantly worse mental health outcomes (Cohen's d= -0.168, SE=0.058, p=0.004), while interventions of 1 week or longer resulted in significant improvements (d=0.169, SE=0.065, p=0.01). If the beneficial effect of these interventions was due to lack of blinding, the positive effect of the intervention should be apparent in both longer and shorter term studies. But, this is not the case. This finding points to the specificity of the effect of longer interventions and suggests that the placebo or demand effect of non-blinded design is minimal in these studies, and that beneficial effects of social media restrictions cannot be solely attributed to this effect.

6.      Additionally, Dr. Gibbons mixes different RCTs without considering the context and type of engagement. For example, the study by Alfasi (2019) compared "15 minutes of Facebook news feed or 15 minutes on the local National Geographic Facebook page,"(Gibbons report, p. 35) and the study by Gu (2021) examined the effect of "browsing TikTok for 20 minutes preoperatively on patient's preoperative anxiety" (Gibbons report, p. 32). These contexts are not relevant to children and adolescents' spending hours on social media engaging in negative social comparison with peers about their own life circumstances and body image.

13

**J.**      **Potential reciprocal relationships do not eliminate the causal role of excessive social media use in negative mental health outcomes.**

1.      Defense experts criticize research on the causal link of social media use with mental health outcomes on the basis of reciprocal relationships (e.g., Gibbons report, p. 62).

2.      Dr. Gibbons' report in several places notes the finding of a reciprocal causal association as evidence against a causal role for social media. As an example, when describing Frison (2019), he writes:

> "Instagram browsing at wave 1 was related to depressed mood in adolescents at wave 2 (ES=0.16), but no association was found for Instagram posting. By contrast, the reverse pathway was significant for depressed mood at wave 1 and Instagram posting at wave 2 (ES=0.08). No associations were found for Instagram liking. These results describe a complex pattern of associations which include reverse causality and therefore do not support plaintiffs' claim of an adverse effect of SMU on depression." (Gibbons report, p. 62).

He further writes:

> "These studies suffer from numerous methodological limitations including…the possibility of reverse causality which has been demonstrated in the cross-lagged analyses reviewed in the previous section." (Gibbons report, p. 64).

3.      However, reciprocal causation is common in health and health behaviors. For example, sedentary lifestyle is associated with obesity, which in turn increases sedentary lifestyle (Wang et al., 2023). This reciprocal relationship does not negate the causal role of obesity on sedentary lifestyle or the effect of lifestyle on body weight. Similarly, there is evidence that children and youth with body image dissatisfaction are more likely to go to social media posts related to dieting or body shape, which in turn increases their dissatisfaction with their own body shape through social comparison.

**K.**      **Defense experts misinterpret the trends in the prevalence of depression in adolescents, which was stable until 2011.**

1.      Several of defense experts raise doubts about increasing temporal trends in depressive symptoms in adolescents and the role of increased use of social media as a potential causal factor for these trends (e.g., Allen report, p. 7; Gibbons report, p. 110; Gotlib report, pp. 17-30; Platt report, pp. 22-23).

2.      Although a number of factors have been implicated in the trends in the prevalence of depression in adolescents, the growing evidence, including my own research (Mojtabai, 2024; Mojtabai et al., 2016), support the role of social media as a driving factor that led to increased prevalence of major depressive episodes in the years after 2011 (e.g., Askari et al., 2023).

3.      Dr. Platt criticizes the literature on temporal trends in adolescent depression, arguing that the evolving guidelines for screening for depression in adolescents, along with

increased mental health awareness and reduced stigma, likely contribute to rising diagnosis rates (Platt report, pp. 22-23). He also states:

> "These increasing trends in depressive and other symptoms over time, correlated with a variety of other factors in addition to social media, suggest that the recent increases in these outcomes, while correlated with increasing social media use, are likely due to other factors." (Platt report, p. 23)

4.      But Dr. Platt fails to identify what those "other factors" could be. No other factors have so drastically changed in the lives of youth since early 2010s as much as the remarkable spread of social media and its dominance in the lives of young people. Studies by my colleagues and I have identified increases in adolescent depression since early 2010s based on structured interviews (Mojtabai et al., 2016), self-reports of internalizing symptoms(Mojtabai, 2024), as well as based on self-reporting of help seeking for depressive symptoms and suicidal ideations (Mojtabai and Olfson, 2020). These trends cannot be explained by changes in diagnostic system or changes in screening guidelines (as Dr. Platt suggests on pp. 22-23 of his report). The changes in diagnostic systems were not implemented in structured interviews (Mojtabai et al., 2016), and there is no evidence that reduction in stigma or screening guidelines had any impact on reporting of mental health problems in the early 2010s.

5.      In his May 16, 2025, rebuttal report, the Defense expert, Dr. Gotlib writes: "Mojtabai, Olfson, and Han (2016) documented increases in depression in adolescents from 2005, before the advent of social media (Mojtabai report, p. 15)." (GotlibJCCP rebuttal, p. 9). However, our 2016 report clearly identifies stable trends between 2005-2011 and increasing trends after that. In this paper we write:

> "In adolescents, the prevalence of 12-month MDE was stable over the 2005 to 2011 period; however, it gradually increased in later years (Fig 1), growing from 8.7% (2005) to 11.3% (2014) corresponding to a 37% increase in odds (odds ratio [OR] 1.37, 95% confidence interval [CI] 1.27–1.48, P < .001)." (Mojtabai et al., 2016, p. 4)

**L.      Defense experts mischaracterize my position regarding the harms and benefits of social media use.**

1.      Several defense experts point to the benefits of social media for users of these media as a counter-argument that some vulnerable adolescents are harmed (e.g., Allen report pp. 38, 40; Galvan report, pp. 25-27; Gotlib report, pp. 89-102).

2.      For example, Dr. Allen writes:

> "This literature also often shows some benefits associated with social media use, which at minimum shows there is not a scientific consensus that social media use causes harm…" (Allen report, p. 38).

3.      As another example, Dr. Gotlib criticizes my report for not including the following partial sentence from Riehm et al. (2019) suggesting that research on negative effects: '…must be balanced with the potential benefits of social media use, which include exposure to

current events, communication over geographic barriers, and social inclusion for those who may be otherwise excluded in their day-to-day lives (e.g., lesbian, bisexual, transgender, queer, and questioning youth)' (p. 1272)." (Gotlib report, p. 57).

4.    I agree with the above sentence from Riehm et al. (2019). Policies regulating social media should balance harms and benefits, aiming to reduce harms, especially for vulnerable groups.

**M.    Defense experts incorrectly claim that the literature suggests that only harmful content, and not the design of the platforms, is causing negative mental health in youth.**

1.    Several of the defense experts argue that the research on the harms of social media does not distinguish between what is viewed on the social media apps (content) and the features of these apps (e.g., Gibbons report, pp. 2, 18, 23; Gotlib report, pp. 13, 16, 73-74; Platt report, pp. 20-21; Patten report, p. 9).

2.    For example, Dr. Gibbons writes:

"None of the studies had designs that allowed them to disentangle the impact of content, as opposed to only a feature of SMU, on the outcomes measured in study participants. Instead, the studies generally focused on the content of SMU or total screen-time use." (Gibbons report, p. 18).

3.    This criticism of the literature is inaccurate. The majority of the studies that examined potential harmful effects of social media examined time on these apps—irrespective of what content was viewed—as the exposure of interest. Some of this research was pooled in a meta-analysis by Cunningham and colleagues (Cunningham et al., 2021). These authors specifically examined whether excessive time on social media, intensity of use or problematic use, were associated with depressive symptoms (Cunningham et al., 2021). Indeed, the main exposure measure in most studies examining harms of social media has been time on these apps. This is a highly relevant  exposure measure given that in the Pew Center Research's most recent survey, more than half of youth report being on social media apps "almost constantly" (Faverio, et al, 2024, p. 3).

4.    As I presented in my opening report, there is growing and concerning research evidence regarding the prevalence and mental health consequences of problematic/addictive use of social media. There is also research on the impact of social media features such as feedback/comments (Nesi and Prinstein, 2015), beautification filters (Kleemans et al., 2018), and content personalization through algorithms (Rach and Peter, 2021; Roberts and David, 2023). These measures (problematic use, feedback/comments, beautification filters, content personalization) are agnostic to specific content and based on the apps' designs and algorithmic nature aimed at keeping adolescents engaged with the app for as long as possible.

**N.    Defendants' experts were biased in their review of the literature.**

1.    Some defense experts provide biased summaries of the available research. For example, Dr. Buka states of the study by Frison and colleagues (Frison and Eggermont, 2016),

"They found no association between negative Facebook experiences at time 1 and number of depression symptoms at time 2." (Buka report, p. 73). However, the first hypothesis tested in this study was that "Passive Facebook use will positively predict adolescents' depressed mood." (Frison et al., 2016, p. 155). In this context, "positively" means that more passive Facebook use was associated with more depressed mood. The authors found support for this hypothesis:

> "First, in line with Hypothesis 1, the results showed that passive Facebook use positively predicted adolescents' depressed mood, beta= .12, $B$= .05, $SE$ = .02, p < .05." (Frison et al., 2016, p. 161)

2.      They additionally found that contrary to their hypothesis that active use of Facebook protects against depression, it also increased depressive symptoms:

> "…rather unexpectedly, active public Facebook use positively predicted adolescents' depressed mood, beta=.13, $B$=.06, $SE$=.02, p < .05." (Frison et al., 2016, p. 161)

3.      The discrepancy between the Frison and colleagues's study findings and Dr. Buka's report is puzzling.

4.      Similarly, in reviewing the results of the study by Brunborg and colleagues that found a longitudinal relationship between change in social media use and depressive symptoms over a 6-month follow-up, Dr. Buka notes that "The study's short follow-up period limits causal inference from its findings." (Buka report, p. 75). Whereas in reviewing the study by Tibbs and colleagues which had a 1-month follow-up and found statistically non-significant results, Dr. Buka apparently did not consider the much shorter follow-up period (which could hide changes over a longer time period) a limitation. (Buka report, p. 78). This indicates a bias in reviewing the limitations of studies reviewed.

5.      Lastly, Dr. Buka does not include some of the highly cited longitudinal studies that do show a significant association between social media use and later depressive symptoms, including the study by Riehm and colleagues (Riehm et al., 2019).

## III.    Defense experts' criticisms do not alter my conclusion that the Bradford Hill criteria support causation.

1.      To various degrees, Defense experts' engage in examining the Bradford Hill criteria as regards the causal link between social media use and adverse mental health outcomes (Berman report, pp. 67-71; Buka report, pp. 56-58, 79-82; Patten report, pp.76-77 (depressive symptoms), pp. 88-89 (anxiety), p. 104-105 (eating disorders), pp. 106-107 (body dysmorphic disorder), pp. 112-113 (suicidality), pp. 122-123 (sleep disorders); Platt report, pp. 65-69; Gibbons report, pp. 94-99; Auerbach report, pp. 60-62).

2.      However, these experts differ somewhat in their evaluations. For example, they are inconsistent among themselves in judging the Bradford Hill consistency criterion as applied to research evidence linking social media with mental health outcomes. While Dr. Gibbons concludes that "the results are consistent" in showing "no evidence" of an association between social media use and depression/anxiety (Gibbons report, p. 96) or risk of suicide

(Gibbons report, p. 106), others find this evidence inconsistent (e.g., Buka report, p. 93; Patten report, pp. 77, 88, 104, 106, 122; Auerbach report, p. 60).

3.  **Strength of association**: Defendants' experts argue the effect size is small, which in turn means the strength of association is weak (e.g., Berman report, p. 68; Buka report, p. 79; Auerbach report, p. 60; Gibbons report, p. 95). As discussed above, this argument is misleading and not consistent with what Bradford Hill himself wrote.

4.  Dr. Platt mischaracterizes the statement in my report, stating that: "Dr. Mojtabai suggests that statistical significance may be useful as an indicator of strength of association (Mojtabai Report ¶ 342)." (Platt report, p.67) This is not what I stated in my report. My statement is reproduced below:

> "With the advent of big data and sophisticated analytic methods it is now possible to assess smaller effects that are statistically meaningful. One of the tools commonly used by statisticians to assess whether the findings are beyond what would find by chance is statistical significance testing (Fedak et al. 2015)… Limitations in relying on statistical testing as the sole measure of an association should be noted because p values are dependent on the sample size (i.e., a small effect in a large study may be significant whereas a large effect in a small study would be statistically non-significant). Nevertheless, if interpreted appropriately and in conjunction with the effect size, statistical significance testing can provide guidance" (Mojtabai report, p. 85)

5.  As it is very clear in my statement, I consider p value as an indicator that the association "is meaningful". I also use the term "guidance". Nowhere do I state that p values are an "indicator of strength of association". In my report I also refer to the Dr. Fedek's 2015 paper with the title "Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology" that specifically examined application of Bradford Hill's criteria in modern science.

6.  **Consistency**: Defense experts also take issue with my analysis of Hill's consistency criterion. For example, Dr. Buka writes:

> "At the outset of his report, Dr. Mojtabai notes that Sir Bradford Hill "would put more weight on similar results reached by different methods (e.g., cross sectional and longitudinal studies)."[75] This is not a correct summary of Hill's writing or reasoning for two reasons. First, Hill makes no mention of the value or weight that should be accorded to cross-sectional studies; instead, he explicitly mentions prospective and retrospective studies, which do not include cross-sectional studies.[76] Second, Hill states that he would "put a good deal of weight upon similar results reached in quite different ways."[77] He does not state that he would put "more" weight on a mix of retrospective and prospective studies and he offers no opinions about the relative merit of the mix that we find on social media and mental health, which involve a large number of cross-sectional and a modest number of longitudinal studies." (Buka report, p. 56).

7. There are several misrepresentations of Bradford Hill's criteria in this statement. First, Bradford Hill here contrasts two types of evidence: (1) supporting evidence from the same type of studies; and (2) supporting evidence from different studies. He is stating that he puts more weight on the supporting evidence from different studies than the evidence from the same types of studies:

"…the same results from precisely the same form of inquiry will not invariably greatly strengthen the original evidence. I would myself put a good deal of weight upon similar results reached in quite different ways, e.g. prospectively and retrospectively." (Hill, 1965, p. 297).

8. Second, Dr. Buka comments that Bradford Hill makes no mention of "cross-sectional studies". (Buka report, p. 56). This is correct. In fact, I could not find any place were the term "cross-sectional" is mentioned in Bradford Hill's writings or in other publications in PubMed in 1965. The term "cross-sectional" does not appear in these texts. But this is because it is only in more recent years that the term was introduced and used in epidemiological literature. What we now call cross-sectional studies were categorized as observational studies and retrospective studies in older texts.

9. Third, Dr. Buka correctly notes that Bradford Hill "offers no opinions about the relative merit of the mix that we find on social media and mental health". (Buka report, p. 56). He could not, of course, because he pre-existed social media. Bradford Hill did not require any specific mix, but he did note that the Advisory Committee to the Surgeon-General of the United States Public Health Service found the association of smoking with cancer of the lung in 29 retrospective and 7 prospective studies and that this mix of evidence supports the causal association. (Hill, 1965, p. 296). As such, he found retrospective studies of considerable import in reaching this conclusion.

10. The defense experts repeatedly rely on sheer counts of studies with and without statistically significant results for their opinion that the consistency criterion is not met here (e.g., Buka report, p. 93; Patten report, pp. 77, 88, 104, 106, 122).

11. This approach to examining consistency of evidence by relying on statistical significance of individual studies when the sample sizes of some of the studies are small risks Type II error—i.e., not finding an association when one exists. As I note above in my comment on p. values, while statistical testing is a reliable method for identifying meaningful associations, it fails to identify such associations in small samples. An appropriate approach to judging consistency would be to extract data from individual studies and examine and summarize them in meta-analyses.

12. **Specificity**: Defendants' experts claim this criterion is not met because there are many potential factors that can cause many different mental health outcomes. (Berman report, pp. 68-69, Buka report, p. 82). Dr. Buka acknowledges: "This criterion is not highly relevant for the current topic, where the hypothesis is that social media causes a host of mental health problems for adolescents." As I noted in the opening report:

19

"Moreover, as Hill recognized "diseases may have more than one cause" and "[o]ne-to-one relationships are not frequent." (Hill 1965). As I've discussed in this report, due to the multicausal nature of mental health problems, the presence of more than a single cause of these effects does not negate the causal influence of excessive or problematic use of social media as a substantial component cause."

13.    **Dose-response**: Dr. Buka's interpretation of dose-response relationship ("biological gradient") is incorrect.  Dr. Buka writes:

"From the results from the longitudinal studies reviewed, it is difficult to determine whether there is or is not evidence of a dose-response association between social networking and depression from longitudinal studies." (Buka report, p. 81).

14.    A similar criticism of my interpretation of Bradford Hill dose-response relationship was voiced by Dr. Berman:

"In addition, Dr. Mojtabai relies on Liu et al. (2022) to support his dose-response opinions, without recognition that the studies included in this analysis are all cross-sectional in design (p. 33)." (Berman report, p. 69)

15.    These criticisms do not pay attention to the fact that Bradford Hill never stated that the biological gradient should be established in longitudinal studies. He simply refers to existence of such relationship between the putative cause and effect. Furthermore, the Riehm et al. (Riehm et al., 2019) longitudinal study (that is not referred to in these criticisms by Defense experts) did find a dose-response relationship.

16.    I disagree with Dr. Auerbach's statement that the "time spent" research "shows weak or null associations." (Auerbach report, p. 61). As discussed in my opening report, research has found that the more time spent on social media the worse the mental health outcome. This research has been summarized in the meta-analysis by Liu (Liu et al. 2022).

17.    **Temporality**: Dr. Berman states "correlational studies do not speak to the issue of bi-directionality". (Berman report, p. 69; e.g., Buka report, pp. 80-81). As explained in my opening report, I agree that this is a limitation of cross-sectional research, but the majority of longitudinal studies support a temporal association.

18.    **Plausibility and coherence**: Dr. Buka states "As there is no clear-cut association in this instance, it is outside of the scope of this report to comment with certainty on the plausibility of a causal link between social media use and risk of depression." (Buka report, p. 81). As discussed in my opening report and above, I disagree that there is not a "clear-cut association" between excessive or problematic social media use and adverse mental health outcomes. Indeed, it is more than a "clear-cut association"; the totality of the research supports a causal relationship. Dr. Buka states the coherence criteria is not fulfilled because "There are many potential alternative explanations for the findings presented." (Buka report, p. 82) As explained above. although a number of factors have been implicated in the trends in the prevalence of depression in adolescents, the growing evidence, including my own research (Mojtabai, 2024; Mojtabai et al., 2016), support the role of social media as a key factor that led

20

to increased prevalence of major depressive episodes in the years after 2011 (e.g., Askari et al., 2023).

19.      Defense expert, Dr. Berman criticizes my argument that research on trends in depressive symptoms in community samples support plausibility and coherence of the association between social media use and mental health outcomes, calling this argument "tautological". (Berman report, p. 69). This criticism is puzzling. If we want to investigate the causal link between A and B, observing that the occurrence of A and B both increased in the population at about the same time suggests that such a causal link is "plausible". A decline in externalizing behaviors in adolescents in recent decades has been noted by a number of experts, including in my own research (e.g., Mojtabai et al., 2019). These findings do not make a casual link between social media and depressive findings less plausible.

20.      **Experimental evidence**: Defendants' experts take issue with the available experimental evidence because the individual studies have limitations, specifically that these studies did not "blind" the participants to the arm to which they were assigned (e.g., Patten report, p. 8; Allen report, p. 24; Buka report, p. 46; Gibbons report, p. 20; Auerbach report, p. 61). All studies have limitations, and as discussed above the potential limitation that these studies "lacked blinding" does not have a substantial impact on the findings.

21.      **Analogy**: In the case of "analogy", Dr. Buka limits the case to genetics and family history, two biological causal factors for depression. (Buka report, p. 83) He fails to consider social-environmental factors and, most glaringly, the closest analogy: the ICD-11 internet gaming disorder that has been shown to be associated with depressive symptoms (Ostinelli et al., 2021). Dr. Berman similarly dismisses analogy involving other behavioral and substance addictions, arguing that these disorders have not been shown to be causally related to suicide:

> "Both heavy alcohol abuse and substance abuse (addictive disorders) and problematic gambling (an impulse control disorder) are recognized risk factors associated with elevated lifetime risk of suicide. At that, none of these psychiatric conditions have been similarly argued to be a cause of suicide." (Berman report, p. 70).

22.      This statement is puzzling. As I discuss above, a risk factor is by definition a causal factor. The distinction Dr. Berman makes between risk factor and causal factor is factually incorrect (see my comments regarding confounding above).

**IV.      Conclusion**

Following a thorough review of Defense experts' reports, my opinion that problematic use of social media can cause or meaningfully contribute to depressive symptoms, body image disturbance and other adverse mental health outcomes in adolescents and young people has not changed.

## References:

American Psychiatric Association, 2022. Diagnostic and statistical manual of mental disorders : DSM-5-TR, Fifth edition, text revision. ed. American Psychiatric Association Publishing, Washington, DC.

Askari, M.S., Belsky, D.W., Olfson, M., Breslau, J., Mojtabai, R., Kajeepeta, S., Bruzelius, E., Keyes, K.M., 2023. An integrative literature review of birth cohort and time period trends in adolescent depression in the United States. Soc Psychiatry Psychiatr Epidemiol.

Bass, V., Brown, F., Beiser, D.G., Peterson, T., Gibbons, R.D., Nagele, P., 2022. Preoperative Assessment of Anxiety and Depression Using Computerized Adaptive Screening Tools: A Pilot Prospective Cohort Study. Anesth Analg 134(4), 853-857.

Berona, J., Whitton, S., Newcomb, M.E., Mustanski, B., Gibbons, R., 2021. Predicting the Transition From Suicidal Ideation to Suicide Attempt Among Sexual and Gender Minority Youths. Psychiatr Serv 72(11), 1261-1267.

Bottaro, R., Griffiths, M.D., Faraci, P., 2025. Meta-analysis of reliability and validity of the Bergen Social Media Addiction Scale (BSMAS). International Journal of Mental Health and Addiction, 1-28.

Cero, I., Wyman, P.A., Chattopadhyay, I., Gibbons, R.D., 2023. Predictive Equity in Suicide Risk Screening. J Acad Consult Liaison Psychiatry 64(4), 336-339.

Cheng, J., Burke, M., Davis, E.G., 2019. Understanding perceptions of problematic Facebook use: When people experience negative life impact and a lack of control, Proceedings of the 2019 CHI conference on human factors in computing systems. pp. 1-13.

Cunningham, S., Hudson, C.C., Harkness, K., 2021. Social Media and Depression Symptoms: a Meta-Analysis. Res Child Adolesc Psychopathol 49(2), 241-253.

Daniel, D.G., Goldberg, T.E., Gibbons, R.D., Weinberger, D.R., 1991. Lack of a bimodal distribution of ventricular size in schizophrenia: a Gaussian mixture analysis of 1056 cases and controls. Biol Psychiatry 30(9), 887-903.

De Bérail, P., Guillon, M., Bungener, C., 2019. The relations between YouTube addiction, social anxiety and parasocial relationships with YouTubers: A moderated-mediation model based on a cognitive-behavioral framework. Computers in Human Behavior 99, 190-204.

De Groote, D., Van Ouytsel, J., 2022. Digital stress within early adolescents' friendships–A focus group study from Belgium. Telematics and Informatics 73, 101877.

De, P., Cox, J., Boivin, J.-F., Platt, R.W., Jolly, A.M., Alexander, P.E., 2009. HIV and HCV discordant injecting partners and their association to drug equipment sharing. Scandinavian journal of infectious diseases 41(3), 206-214.

de Valle, M.K., Gallego-Garcia, M., Williamson, P., Wade, T.D., 2021. Social media, body image, and the question of causation: Meta-analyses of experimental and longitudinal evidence. Body Image 39, 276-292.

Ferguson, C.J., 2024. Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media 14, 201-206.

Frison, E., Eggermont, S., 2016. Exploring the relationships between different types of Facebook use, perceived online social support, and adolescents' depressed mood. Social Science Computer Review 34(2), 153-171.

Gibbons, R.D., Hooker, G., Finkelman, M.D., Weiss, D.J., Pilkonis, P.A., Frank, E., Moore, T., Kupfer, D.J., 2013. The computerized adaptive diagnostic test for major depressive disorder (CAD-MDD): a screening tool for depression. J Clin Psychiatry 74(7), 669-674.

Gibbons, R.D., Hur, K., Bhaumik, D.K., Mann, J.J., 2005. The relationship between antidepressant medication use and rate of suicide. Arch Gen Psychiatry 62(2), 165-172.

Gibbons, R.D., Hur, K., Bhaumik, D.K., Mann, J.J., 2006. The relationship between antidepressant prescription rates and rate of early adolescent suicide. Am J Psychiatry 163(11), 1898-1904.

Gibbons, R.D., Hur, K., Lavigne, J.E., Mann, J.J., 2022. Association Between Folic Acid Prescription Fills and Suicide Attempts and Intentional Self-harm Among Privately Insured US Adults. JAMA Psychiatry 79(11), 1118-1123.

Gibbons, R.D., Segawa, E., Karabatsos, G., Amatya, A.K., Bhaumik, D.K., Brown, C.H., Kapur, K., Marcus, S.M., Hur, K., Mann, J.J., 2008. Mixed-effects Poisson regression analysis of adverse event reports: the relationship between antidepressants and suicide. Stat Med 27(11), 1814-1833.

Gotlib, I.H., Borchers, L.R., Chahal, R., Gifuni, A.J., Teresi, G.I., Ho, T.C., 2020. Early Life Stress Predicts Depressive Symptoms in Adolescents During the COVID-19 Pandemic: The Mediating Role of Perceived Stress. Front Psychol 11, 603748.

Gotlib, I.H., Miller, J.G., Borchers, L.R., Coury, S.M., Costello, L.A., Garcia, J.M., Ho, T.C., 2022. Effects of the COVID-19 Pandemic on Mental Health and Brain Maturation in Adolescents: Implications for Analyzing Longitudinal Data. Biol Psychiatry Glob Open Sci 3(4), 912-918.

Graham, A.K., Minc, A., Staab, E., Beiser, D.G., Gibbons, R.D., Laiteerapong, N., 2019. Validation of the Computerized Adaptive Test for Mental Health in Primary Care. Ann Fam Med 17(1), 23-30.

Hristova, D., Lieberoth, A., 2021. How socially sustainable is social media gamification? A look into Snapchat, Facebook, Twitter and Instagram, Transforming Society and Organizations through Gamification: From the Sustainable Development Goals to Inclusive Workplaces. Springer, pp. 225-245.

Hulvershorn, L.A., Adams, Z.W., Smoker, M.P., Aalsma, M.C., Gibbons, R.D., 2022. Development of a computerized adaptive substance use disorder scale for screening, measurement and diagnosis - The CAT-SUD-E. Drug Alcohol Depend Rep 3, 100047.

Hunt, M.G., Marx, R., Lipson, C., Young, J., 2018. No more FOMO: Limiting social media decreases loneliness and depression. Journal of Social and Clinical Psychology 37(10), 751-768.

Irmer, A., Schmiedek, F., 2023. How accurately do children indicate their smartphone social media use? A comparison of subjective and objective reports in children's everyday lives. Zeitschrift für Psychologie 231(4), 243.

Johannes, N., Nguyen, T.-v., Weinstein, N., Przybylski, A.K., 2021. Objective, subjective, and accurate reporting of social media use: No evidence that daily social media use correlates with personality traits, motivational states, or well-being.

Kleemans, M., Daalmans, S., Carbaat, I., Anschütz, D., 2018. Picture perfect: The direct effect of manipulated Instagram photos on body image in adolescent girls. Media Psychology 21(1), 93-110.

Klobas, J.E., McGill, T.J., Moghavvemi, S., Paramanathan, T., 2018. Compulsive YouTube usage: A comparison of use motivation and personality effects. Computers in human behavior 87, 129-139.

Lagerberg, T., Sjolander, A., Gibbons, R.D., Quinn, P.D., D'Onofrio, B.M., Hellner, C., Lichtenstein, P., Fazel, S., Chang, Z., 2022. Use of central nervous system drugs in combination with selective serotonin reuptake inhibitor treatment: A Bayesian screening study for risk of suicidal behavior. Front Psychiatry 13, 1012650.

McComb, C.A., Vanman, E.J., Tobin, S.J., 2023. A meta-analysis of the effects of social media exposure to upward comparison targets on self-evaluations and emotions. Media Psychology 26(5), 612-635.

Mink, D.B., Szymanski, D.M., 2022. TikTok use and body dissatisfaction: Examining direct, indirect, and moderated relations. Body Image 43, 205-216.

Mojtabai, R., 2024. Problematic social media use and psychological symptoms in adolescents. Soc Psychiatry Psychiatr Epidemiol.

Mojtabai, R., Olfson, M., 2020. National Trends in Mental Health Care for US Adolescents. JAMA Psychiatry 77(7), 703-714.

Mojtabai, R., Olfson, M., Han, B., 2016. National Trends in the Prevalence and Treatment of Depression in Adolescents and Young Adults. Pediatrics 138(6).

Mustanski, B., Whitton, S.W., Newcomb, M.E., Clifford, A., Ryan, D.T., Gibbons, R.D., 2021. Predicting suicidality using a computer adaptive test: Two longitudinal studies of sexual and gender minority youth. J Consult Clin Psychol 89(3), 166-175.

Nakagawa, A., Grunebaum, M.F., Ellis, S.P., Oquendo, M.A., Kashima, H., Gibbons, R.D., Mann, J.J., 2007. Association of suicide and antidepressant prescription rates in Japan, 1999-2003. J Clin Psychiatry 68(6), 908-916.

Nesi, J., Prinstein, M.J., 2015. Using Social Media for Social Comparison and Feedback-Seeking: Gender and Popularity Moderate Associations with Depressive Symptoms. J Abnorm Child Psychol 43(8), 1427-1438.

Ostinelli, E.G., Zangani, C., Giordano, B., Maestri, D., Gambini, O., D'Agostino, A., Furukawa, T.A., Purgato, M., 2021. Depressive symptoms and depression in individuals with internet gaming disorder: A systematic review and meta-analysis. J Affect Disord 284, 136-142.

Patten, S.B., 2025. A Dimensional Diagnostic Strategy for Depressive Disorders. J Clin Med 14(3).

Primack, B.A., Shensa, A., Escobar-Viera, C.G., Barrett, E.L., Sidani, J.E., Colditz, J.B., James, A.E., 2017. Use of multiple social media platforms and symptoms of depression and anxiety: A nationally-representative study among US young adults. Computers in human behavior 69, 1-9.

Quinn, P.D., Hur, K., Chang, Z., Krebs, E.E., Bair, M.J., Scott, E.L., Rickert, M.E., Gibbons, R.D., Kroenke, K., D'Onofrio, B.M., 2017. Incident and long-term opioid therapy among patients with

psychiatric conditions and medications: a national study of commercial health care claims. Pain 158(1), 140-148.

Rach, M., Peter, M.K., 2021. How TikTok's algorithm beats facebook & co. for attention under the theory of escapism: a network sample analysis of Austrian, German and Swiss users, Digital Marketing & eCommerce Conference. Springer, pp. 137-143.

Ramadhan, R.N., Rampengan, D.D., Yumnanisha, D.A., Setiono, S.B., Tjandra, K.C., Ariyanto, M.V., Idrisov, B., Empitu, M.A., 2024. Impacts of digital social media detox for mental health: A systematic review and meta-analysis. Narra J 4(2), e786.

Riehm, K.E., Feder, K.A., Tormohlen, K.N., Crum, R.M., Young, A.S., Green, K.M., Pacek, L.R., La Flair, L.N., Mojtabai, R., 2019. Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. JAMA Psychiatry 76(12), 1266-1273.

Roberts, J.A., David, M.E., 2023. Instagram and TikTok Flow States and Their Association with Psychological Well-Being. Cyberpsychology, Behavior, and Social Networking 26(2), 80-89.

Rose, G., Day, S., 1990. The population mean predicts the number of deviant individuals. BMJ 301(6759), 1031-1034.

Rose, G.A., Khaw, K.-T., Marmot, M.G., 2008. Rose's strategy of preventive medicine : the complete original text, New ed. Oxford University Press, Oxford ; New York.

Saulsbery, L., Jameson, J.C., Gibbons, R.D., Dolan, M.E., Olopade, O.I., O'Donnell, P.H., 2025. A National Study Among Diverse US Populations of Exposure to Prescription Medications with Evidence-Based Pharmacogenomic Information. Clin Pharmacol Ther.

Schisterman, E.F., Cole, S.R., Platt, R.W., 2009. Overadjustment bias and unnecessary adjustment in epidemiologic studies. Epidemiology 20(4), 488-495.

Seekis, V., Kennedy, R., 2023. The impact of #beauty and #self-compassion tiktok videos on young women's appearance shame and anxiety, self-compassion, mood, and comparison processes. Body Image 45, 117-125.

Sepas, A., Bangash, A.H., Nielsen, R.E., Yang, W., El-Hussuna, A., 2024. The association between problematic instagram use, psychological distress, and well-being: a systematic review and meta-analysis. Cyberpsychology, Behavior, and Social Networking 27(9), 641-650.

Sewall, C.J., Bear, T.M., Merranko, J., Rosen, D., 2020. How psychosocial well-being and usage amount predict inaccuracies in retrospective estimates of digital technology use. Mobile Media & Communication 8(3), 379-399.

Shuhaiber, J.H., Kim, J.B., Hur, K., Gibbons, R.D., 2009. Survival of primary and repeat lung transplantation in the United States. Ann Thorac Surg 87(1), 261-266.

Thiagarajan, T.C., Newson, J.J., Swaminathan, S., 2025. Protecting the Developing Mind in a Digital Age: A Global Policy Imperative. Journal of Human Development and Capabilities, 1-12.

Thrul, J., Devkota, J., AlJuboori, D., Regan, T., Alomairah, S., Vidal, C., 2025. Social media reduction or abstinence interventions are providing mental health benefits–reanalysis of a published meta-analysis.

Twenge, J.M., 2020. Why increases in adolescent depression may be linked to the technological environment. Curr Opin Psychol 32, 89-94.

Utz, S., Muscanell, N., Khalid, C., 2015. Snapchat elicits more jealousy than Facebook: A comparison of Snapchat and Facebook use. Cyberpsychology, Behavior, and Social Networking 18(3), 141-146.

van Essen, C.M., Van Ouytsel, J., 2023. Snapchat streaks—How are these forms of gamified interactions associated with problematic smartphone use and fear of missing out among early adolescents? Telematics and Informatics Reports 11, 100087.

Vanherle, R., Trekels, J., Hermans, S., Vranken, P., Beullens, K., 2023. How it feels to be "left on read": Social surveillance on Snapchat and young individuals' mental health. Cyberpsychology: Journal of Psychosocial Research on Cyberspace 17(5).

Wang, Z., Davey Smith, G., Loos, R.J.F., den Hoed, M., 2023. Distilling causality between physical activity traits and obesity via Mendelian randomization. Commun Med (Lond) 3(1), 173.

Wenzel, E.S., Gibbons, R.D., O'Hara, M.W., Duffecy, J., Maki, P.M., 2021. Depression and anxiety symptoms across pregnancy and the postpartum in low-income Black and Latina women. Arch Womens Ment Health 24(6), 979-986.

Wilchesky, M., Ernst, P., Brophy, J.M., Platt, R.W., Suissa, S., 2012. Bronchodilator use and the risk of arrhythmia in COPD: part 2: reassessment in the larger Quebec cohort. Chest 142(2), 305-311.

Wray, I., Dickerson, M.G., 1981. Cessation of high frequency gambling and "withdrawal' symptoms. Br J Addict 76(4), 401-405.

Zhang, L., Ao, S.H., Zhao, X., 2023. Longitudinal relationship between social media and e-cigarette use among adolescents: the roles of internalizing problems and academic performance. BMC Public Health 23(1), 2133.

**Appendix taken from Cunningham and colleagues meta-analysis (Cunningham et al., 2021)**

| Study | N | Depression Symptoms |
|---|---|---|
| Andreassen et al. (2016) | 23533 | HADS |
| Avery (2018) | 203 | DASS-21 |
| Baker et al. (2016) | 386 | CES-D |
| Barry et al. (2017) | 113 | 82-item DSM checklist |
| Błachnio et al. (2015) | 672 | CES-D |
| Brailovskaia & Margraf (2018) | 633 | DASS-21 |
| Brailovskaia & Margraf (2017) | 179 | DASS-21 |
| Brooks & Longstreet (2015) | 251 | MDI |
| Brunborg et al. (2017) | 851 | PHQ-9 |
| Ceglarek et al. (2016)[1] | 570 | BSI-D |
| Chae et al. (2016) | 253 | CES-D |
| Chop et al. (2014) | 143 | BDI-II |
| Choukas-Bradley et al. (2018) | 339 | SMFQ |
| Chow et al. (2017) | 282 | DASS-21 |
| Coyne et al. (2017) | 704 | CES-D |
| Daniels (2014) | 169 | PHQ-9 |
| Davila et al. (2012) (Study 1) | 384 | BDI-II |
| Davila et al. (2012) (Study 2) | 334 | CES-D |
| Fardouly et al. (2018) | 284 | SMFQ-C |
| Flynn et al. (2018) | 717 | DASS |
| Frison et al. (2016) | 1621 | CES-D |
| Holmgren & Coyne (2017) | 442 | CES-DC |
| Jasso-Medrano et al. (2018)[1] | 374 | CES-D |
| Király et al. (2014) | 4875 | CES-D |
| Kircaburun et al. (2018a) | 460 | SDHS |
| Kircaburun et al. (2018b) (Study 1) | 1143 | SDHS |
| Kircaburun et al. (2018b) (Study 2) | 760 | SDHS |
| Koc & Gulyagci (2013) | 405 | GHQ-28 |
| Kolcz (2018) | 100 | Single item |
| Labrague (2014)[1] | 76 | DASS |
| Lee et al. (2017) | 4920 | Un-validated scale |
| Locatelli et al. (2012) | 257 | CES-D |
| Lup et al. (2015) | 117 | CES-D |
| McDaniel et al. (2012) | 157 | CES-D |
| McDougall et al. (2016) | 293 | BDI-II |
| Moorman (2012) | 431 | CES-D |
| Morgan (2011) | 79 | CES-D |
| Morin-Major et al. (2016) | 94 | CDI |
| Neira & Barbar (2014) | 1819 | Un-validated scale[2] |
| Niu et al. (2018) | 764 | CES-D |

27

| | | |
|---|---|---|
| Oberst et al. (2017) | 1468 | HADS |
| Padoa et al. (2018) | 201 | DASS-21 |
| Pantic et al. (2012) | 160 | BDI-II |
| Parent et al. (2018) | 402 | PHQ-9 |
| Quinn (2018) | 144 | PROMIS |
| Rogers (2017) | 30 | DST |
| Scherr & Brunet (2017) | 510 | PHQ-9 |
| Sherlock et al. (2018) | 129 | CES-D |
| Simoncic et al. (2014) | 237 | CES-D |
| Steers et al. (2014) | 180 | CES-D |
| Tran (2012) | 60 | CES-D |
| Twenge et al. (2018) | 388275 | 6 BMPFI items |
| Van Rooij et al. (2017) | 3945 | DML |
| Veiga et al. (2018) | 404 | BSI |
| Vernon et al. (2017) | 874 | Un-validated scale[2] |
| Walker et al. (2015) | 128 | BDI-II |
| Wang et al. (2018) | 365 | CES-D |
| Wegmann et al. (2015) | 334 | BSI-D |
| Wood et al. (2016) | 209 | DASS |
| Worsley et al. (2018) | 1029 | PHQ-9 |
| Wright et al. (2013) | 361 | CES-D |
| Yam et al. (2018) | 307 | HADS |
| Yoo & Jeong (2017) | 918 | CES-D |
| (2017) | 573 | PHQ-9 |

*Note.* A = Adult only sample; A/C = Adult and Child/Adolescent sample; BDI-II = Beck Depression Inventory II; BMPFI = Bentler Medical Psychological Functioning Inventory; BSI = Brief Symptom Inventory, Depression Subscale; C = Child/Adolescent sample; CDI = Children's Depression Inventory; CES-D = Centre for Epidemiological Studies, Depression Scale; CES-D = Centre for Epidemiological Studies, Depression Scale, Child Version; DASS = Depression, Anxiety, and Stress Scale, original 42-item version;  DASS-21 = Depression, Anxiety, and Stress Scale, 21-item version; DML = Depressive Mood List; DST = ; GHQ-28 = General Health Questionnaire, 28-item version; HADS = Hospital Anxiety and Depression Scale; MDI = Major Depression Inventory; NA = Information not available in study; PHQ-9 = Patient Health Questionnaire, 9-item version; PROMIS = Patient-Reported Outcomes Measurement Information System; SDHS = Short Depression Happiness Scale; SMFQ = Short Mood and Feelings Questionnaire; SMFQ-C = Short Mood and Feelings Questionnaire, Child Version; SNS-T = Time spent using SNS; SNS-I = SNS use intensity; SNS-P = problematic SNS use.

# EXHIBIT A

<u>Billing Rate and History of Testimony for Dr. Ramin Mojtabai</u>

Hourly rate for Ramin Mojtabai:  $500 per hour for all services, with the exception of deposition and trial testimony, which is billed at $1000 per hour.

Deposition and Trial Testimony in the last four (4) years:  *Smith, et al., v. TikTok, Inc., et al.*, Los Angeles Superior Court, JCCP No. 5255, Social Media Cases

# EXHIBIT B

July 2025

## CURRICULUM VITA
Ramin Mojtabai
Part I

**CONTACT INFORMATION**

E-mail: rmojtabai@tulane.edu

Work address: 1440 Canal St., Suite 1000, New Orleans, LA 70112

Work phone: (504) 988-5246

Home address: 115 Kellywood CT, Belle Chasse, LA 70037

Cell phone: (917) 596-5164

**EDUCATION, TRAINING and CERTIFICATION**

*1988*: M.D., Tehran University of Medical Sciences, Iran

*1994*: M.A. in Clinical Psychology, University of Tulsa, OK

*1996:* Ph.D., in Clinical Psychology, University of Tulsa, OK

*1996-1999*: NIMH Postdoctoral Fellow in Schizophrenia Research at the Department of Psychiatry, College of Physicians and Surgeons, Columbia University, New York

*2000:* Licensure in Psychology, New York State Education Dept., Office of Professions (inactive)

*2002*: M.P.H., Mailman School of Public Health, Columbia University, NY

*2003*: Educational Commission for Foreign Medical Graduates (ECFMG) certification

*2007:* Licensure in Medicine and Surgery, New York State Education Dept., Office of Professions (inactive)

*2008:* Licensure in Medicine and Surgery, Maryland Board of Physicians (active)

*2009:* Board Certification in Psychiatry, American Board of Psychiatry and Neurology (active)

*2024:* Licensure in Medicine, Louisiana State Board of Medical Examiners (active)

**PROFESSIONAL EXPERIENCE**

*2024-Present:* Professor (tenured) and Vice Chair of Research; Venancio Antonio Wander Garcia IV, MD Chair in Psychiatry, Department of Psychiatry and Behavioral Sciences, Tulane Medical School, New Orleans, LA.

*2014-2024:* Professor (tenured), Department of Mental Health, Bloomberg School of Public Health with joint appointment in the Department of Psychiatry and Behavioral Sciences, School of Medicine, Johns Hopkins University, Baltimore, MD.

***2013-present:*** Director of the Certificate Program in Mental Health Policy, Economics and Services, Bloomberg School of Public Health

***2008-present:*** Attending Physician, Community Psychiatry Program, Department of Psychiatry, Johns Hopkins Hospital, Baltimore, MD.

***2008-2014:*** Associate Professor, Department of Mental Health, Bloomberg School of Public Health with joint appointment in the Department of Psychiatry and Behavioral Sciences, School of Medicine, Johns Hopkins University, Baltimore, MD.

***2007-2008:*** Senior Resident in Research, Department of Psychiatry, Beth Israel Medical Center/Albert Einstein College of Medicine, New York, NY.

***2004-2007:*** Resident in Psychiatry, Department of Psychiatry, Beth Israel Medical Center/Albert Einstein College of Medicine, New York, NY.

***1999-2004****:* Assistant Professor of Clinical Psychiatry, Department of Psychiatry, College of Physicians and Surgeons, Columbia University and Research Scientist, New York State Psychiatric Institute, New York, NY.

***1995-1996****:* Intern in Clinical Psychology at the Department of Psychiatry, George Washington University Medical Center, Washington, DC.

***1993-1995****:* Psychology Extern at the Counseling Center of the University of Tulsa, Family and Children Services, and Developmental Pediatrics and Center for Family Psychology, Tulsa, OK.

***1992-1995****:* Teaching and Research Assistant, Department of Psychology, University of Tulsa, Tulsa, OK.

***1988-1991****:* Resident in Psychiatry, Roozbeh Hospital, Tehran University of Medical Sciences, Tehran, Iran.

***1987-1988****:* General Medical Intern at the University Hospitals of the Tehran University of Medical Sciences, Tehran, Iran.


**PROFESSIONAL ACTIVITIES**

**Society Memberships**

Fellow, American Psychiatric Association

Member, Louisiana Psychiatric Medical Association


**Consultantship**

2023: Consultant on the general anxiety survey report; MindMed, Inc.

2022: Consultant on the survey of behavior health help-seeking; SURGO Ventures, Inc.

2022: Consultant on the UAE's Mental Health Strategy, Price Waterhouse Coopers (Dubai Branch)

2021: Consultant on the Social Justice Platform Health and Social Equity Project, MITRE Inc.

2017: Member, Technical Advisory Group on SAMHSA Block Grant Formulas, Rand Corporation

2015-2023: Affiliate faculty member, Iranian National Center for Addiction Studies. Tehran University of Medical Sciences

1996-2002: Staff member for the National Collaborative Study of Early Psychosis and Suicide (PI: Dr. Richard J. Wyatt).

1996-2008: Consultant on the Suffolk County Mental Health Project (PI: Dr. Evelyn Bromet), SUNY at Stony Brook, NY.


**Conference Organizer**

2012: "The Future of Behavioral Health in America: Opportunities and Challenges." A symposium sponsored by the Center for Mental Health Initiatives, Department of Mental Health, JHSPH. Organized in collaboration with Eaton, W.W., Leaf, P., Baltimore, MD, September 18, 2012.

2009: Department of Mental Research Seminar Series (first quarter)

2006: "Acute Brief Psychoses: Nosology and Boundaries"; symposium co-chaired with Susser, E. at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Canada, May 2006


**EDITORIAL ACTIVITIES**

**Writing Group Membership**

2017-present: Core member of the writing group for the APA Practice Guidelines, American Psychiatric Association


**Editorial Board Membership**

2011-present: *Clinical Medicine Insights: Case Reports* (Sage)

2014-2023*: Psychiatric Services* (American Psychiatric Association)

2006-present: *Iranian Journal of Psychiatry and Behavioral Sciences* (Mazandaran University of Medical Sciences; Sari, Iran)


**Grant Review**

2020-2024: Standing member, Community Influences on Health Behavior Study Section (CIHB), Center for Scientific Review, NIH

2023: Ad ho reviewer: Special Emphasis Panel/Scientific Review Group 2023/05 ZRG1 SCIL E (90)

2022: Peer reviewer for the Frontier Research Proposals of the European Research Council (ERC), European Commission

2020-present: Standing member, Community Influences on Health Behavior Study Section (CIHB), Center for Scientific Review, NIH

2019: Ad hoc reviewer, HEAL Initiative: Effectiveness Trials to Optimize, Implement, Scale, and Sustain the Collaborative Care Model for Individuals with Opioid Use Disorders and Mental Health Conditions (U01); RFA-MH-19-525, NIH

2019: Ad hoc reviewer, Community Influences on Health Behavior Study Section (CIHB; Special Emphasis Panel/Scientific Review Group 2019/05), Healthcare Delivery and Methodologies IRG, Center for Scientific Review, NIH

2018: Ad hoc reviewer, Community Influences on Health Behavior Study Section (CIHB; Special Emphasis Panel/Scientific Review Group 2018/10), Healthcare Delivery and Methodologies IRG, Center for Scientific Review, NIH

2013: Ad hoc reviewer, Special Emphasis Panel/Scientific Review Group 2013/10 ZMH1 ERB-K (03)

2012: Ad hoc reviewer, Special Emphasis Panel/Scientific Review Group 2013/05 ZMH1 ERB-D (03)

2012: Ad hoc reviewer, Special Emphasis Panel/Scientific Review Group 2013/01 ZRG1 PSE-B

2009: Ad hoc reviewer, NIMH RFA-MH-09-140 review committee, "Collaborative Study of Suicidality and Mental Health in the U.S. Army"

2013: Reviewer, Dutch Organisation for Health Research and Development (ZonMw), September

2002-2010: Reviewer, Irish Health Research Board

2003-2006: Reviewer, Columbia University's "Improving Mental Health for Minority Populations" annual grant


**Journal Peer Review Activities**

Peer review for *New England Journal of Medicine; JAMA; Lancet; Annals of Internal Medicine; Health Affairs; American Journal of Epidemiology; PLoS ONE; Medical Care; Canadian Medical Association Journal (CMAJ); Annals of Epidemiology; International Journal of Epidemiology;*

*Journal of American Geriatric Society; American Journal of Managed Care;
Pharmacoepidemiology and Drug Safety; Journal of Health Care for the Poor and Underserved;
Journal of Gerontology: Medical Sciences, Archives of General Psychiatry; JAMA-Psychiatry;
American Journal of Psychiatry; British Journal of Psychiatry, Biological Psychiatry; Psychiatric
Services; Acta Psychiatrica Scandinavica, Bipolar Disorders; Psychological Medicine;
Schizophrenia Bulletin; Lancet-Psychiatry; Schizophrenia Research; Journal of Affective
Disorders; Harvard Review of Psychiatry; Drug and Alcohol Dependence; Addiction; Journal of
Addiction Medicine; Psychotherapy and Psychosomatics; Journal of Nervous and Mental
Disease; Mental Health Services Research; Research, Administration and Policy in Mental
Health and Mental Health Services Research; Psychological Bulletin; Social Psychiatry and
Psychiatric Epidemiology; Journal of Psychosomatic Research; Child and Adolescent Mental
Health; European Psychiatry; Journal of Women's Health; Depression & Anxiety; Suicide and
Life-Threatening Behavior; Journal of Child Psychology and Psychiatry; Health Economics*

**Other Peer Review Activities**

2011-2018: Peer reviewer for the American Public Health Association annual meeting
submissions,

2015: Peer reviewer for *UpToDate*[®] psychiatry articles

**HONORS AND AWARDS**

Klerman Award, National Alliance for Research on Schizophrenia and Depression (NARSAD),
2003.

The International Medical Graduate Fellowship Award, American Association of Directors of
Psychiatric Residency Training (AADPRT), 2007.

Laughlin Fellowship Award, American College of Psychiatrists (ACP), 2008.

Advising, Mentoring & Teaching Recognition Award (AMTRA), Johns Hopkins Bloomberg
School of Public Health, 2019-2020

Listed in the Stanford top 2% world scientists list for 2020-2023
(https://doi.org/10.1371/journal.pbio.3000918)

Listed among the top scientists by Research.com in the fields of Psychology and Medicine
(https://research.com/)

**PUBLICATIONS**

**Peer-Reviewed Journal Articles**

1. **Mojtabai, R.** (1994). Fregoli syndrome. *Australian and New Zealand Journal of Psychiatry*, 28:458-462

2. **Mojtabai, R.**, Nicholson, R.A. (1995). Interrater reliability of ratings of delusion and bizarre delusion. *American Journal of Psychiatry*, 152:1804-1806

3. **Mojtabai, R.** (1996). Misidentification phenomena in German psychiatry: A historical review and comparison with French/English tradition. *History of Psychiatry*, 7:137-159

4. **Mojtabai, R.**, Nicholson, R.A., Neesmith, D.H. (1997). Factors affecting relapse in patients discharged from a public hospital: Results from survival analysis. *Psychiatric Quarterly*, 68:117-129

5. **Mojtabai, R.**, Nicholson, R.A., Carpenter, B.N. (1998). Role of psychosocial treatments in management of schizophrenia: A meta-analytic review of controlled outcome studies. *Schizophrenia Bulletin*, 24:569-587

6. **Mojtabai, R.** (1998). Identifying misidentifications: A phenomenological study. *Psychopathology*, 31: 90-95

7. Susser, E., Varma, V.K., Mattoo, S.K., Finnerty, M., **Mojtabai, R.**, Tripathi, B.M., Misra, A.K., Wig, N.N. (1998). Long-term course and nosology of acute brief psychosis: Results from a developing country setting. *British Journal of Psychiatry*, 173: 231-236

8. **Mojtabai, R.**, Rieder, R.O. (1998). Limitations of symptom-oriented approach in psychiatric research. *British Journal of Psychiatry*, 173:198-203

9. **Mojtabai, R.** (1999). Duration of illness and structure of symptoms in schizophrenia. *Psychological Medicine*, 29:915-924

10. Collins, P.Y., Varma, V.K., Wig, N.N., **Mojtabai, R.**, Day, R., Susser, E. (1999). Fever and acute brief psychosis in two developing country sites. *British Journal of Psychiatry*, 174:520-524

11. **Mojtabai, R.,** Bromet, E., Harvey, P.D., Carlson, G., Craig, T., Fennig, S. (2000). Neuropsychological differences between first-admission schizophrenia and psychotic affective disorders. *American Journal of Psychiatry, 157:1453-1460*

12. **Mojtabai, R.**, Varma, V.K., Susser E. (2000). Duration of remitting psychoses with acute onset: Implications for ICD-10. *British Journal of Psychiatry, 176:576-580*

13. **Mojtabai, R.** (2000). Delusion as error: The history of a metaphor. *History of Psychiatry, 11:3-14*

14. Susser, E., Finnerty, M., **Mojtabai, R.**, Yale, S., Conover, S., Goetz, R., Amador, X. (2000). Reliability of the Life Chart Schedule for assessment of the long-term course of schizophrenia. *Schizophrenia Research, 42:67-77*

15. **Mojtabai, R.** (2000). Heterogeneity of cycloid psychosis: A latent class analysis. *Psychological Medicine, 30:721-726*

16. **Mojtabai, R.** (2001). Residual symptoms and impairment in major depression in the community. *American Journal of Psychiatry, 158:1645-1651*

17. **Mojtabai, R.** (2001). Impairment in major depression: Implications for diagnosis. *Comprehensive Psychiatry, 42:206-212*

18. **Mojtabai, R.**, Varma, V.K., Malhotra, S., Mattoo, S.K., Misra, A.K., Wig, N.N., Susser, E. (2001). Mortality and long-term course in schizophrenia with a poor 2-year course: A study in a developing country. *British Journal of Psychiatry, 178:71-75*

19. **Mojtabai, R.,** Olfson, M., Mechanic, D. (2002). Perceived need and help-seeking in adults with mood, anxiety, or substance use disorders. *Archives of General Psychiatry* 59:77-84

20. **Mojtabai, R.** (2002). Diagnosing depression and prescribing antidepressants by primary care physicians: The impact of practice style variations. *Mental Health Services Research,* 4:109-118

21. **Mojtabai, R.,** Lavelle, J., Gibson, P.J., Sohler, N.L., Craig, T.J., Carlson, G.A., Bromet, E.J. (2002). Early gaps in antipsychotic medication use in first-admission schizophrenia: 1989-1996. *Psychiatric Services* 53:337-339

22. Carlson, G.A., Bromet, E.J., Driessens, C., **Mojtabai, R.**, Schwartz, J.E. (2002). Age of onset, childhood psychopathology, and 2-year outcome in psychotic bipolar disorder. *American Journal of Psychiatry* 159:307-309

23. Ghassemzadeh, H., **Mojtabai, R.**, Khamseh, A., Ebrahimkhani, N., Issazadegan, A., Saif-Nobakht, Z. (2002). Symptoms of obsessive-compulsive disorder in a sample of Iranian patients. *International Journal of Social Psychiatry* 48:20-28

24. **Mojtabai, R.,** Susser, E.S., Bromet, E.J. (2003). Clinical characteristics, four-year course and DSM-IV diagnosis of non-affective acute remitting psychosis. *American Journal of Psychiatry* 160:2108-2115

25. **Mojtabai, R.**, Lavelle, J., Gibson, P.J., Bromet, E. (2003). Atypical antipsychotics in first-admission schizophrenia: medication continuation and outcomes. *Schizophrenia Bulletin* 29:519-530

26. **Mojtabai, R.**, Olfson, M. (2003). Medication costs, adherence, and health outcomes among Medicare Beneficiaries. *Health Affairs* 22:220-229

27. **Mojtabai, R.**, Zivin, J. (2003). Effectiveness and cost-effectiveness of four treatment modalities for substance disorders: A propensity score analysis. *Health Services Research* 38 (part I):233-259

28. **Mojtabai, R.**, Rosenheck, R.A., Wyatt, R.J., Susser, E.S. (2003). Use of VA aftercare following military discharge among patients with serious mental disorders. *Psychiatric Services* 54:383-388

29. **Mojtabai, R.**, Malaspina, D., Susser, E.S. (2003). The concept of primary prevention: Application to schizophrenia. *Schizophrenia Bulletin* 29:791-801

30. Wyatt, R.J., Henter, I.D., **Mojtabai, R.**, Bartko, J.J. (2003). Height, weight, and Body Mass Index (BMI) in psychiatrically ill U.S. Armed Forces personnel. *Psychological Medicine* 33:363-368

31. Naz, B., Bromet, E.J., **Mojtabai, R.** (2003). Distinguishing between first-admission schizophreniform disorder and schizophrenia. *Schizophrenia Research* 62:51-58

32. **Mojtabai, R.** (2004). Which substance abuse treatment facilities offer dual diagnosis programs? *American Journal of Drug and Alcohol Abuse* 30:525–536

33. **Mojtabai,R.**, Olfson, M. (2004). Cognitive deficits and the course of major depression in a cohort of middle-aged and older adults in the community. *Journal of the American Geriatric Society* 52:1060-1069

34. Craig, T.J., Grossman, S., **Mojtabai, R.**, Gibson, P.J., Lavelle, J., Carlson, G.A., Bromet, E.J. (2004). Medication Use Patterns and 2-Year Outcome in First-Admission Bipolar Disorder with Psychotic Features. *Bipolar Disorder* 6:406-415

35. Sohler, N.L., Bromet, E.J., Lavelle, J., Craig, T.J., Fochtman, L., **Mojtabai, R.** (2004). Are there racial differences in the way patients with psychotic disorders are treated at their first hospitalization? *Psychological Medicine* 34:705-718

36. **Mojtabai, R.**, Olfson, M. (2004). Major Depression in community-dwelling middle-aged and older adults: Prevalence and 2- and 4-year follow-up symptoms. *Psychological Medicine* 34: 623-634

37. **Mojtabai, R.** (2004). Body mass index and serum folate in childbearing age women. *European Journal of Epidemiology* 19:1029-1036

38. **Mojtabai, R.**, Herman, D., Susser, E.S., Sohler, N., Craig, T.J., Lavelle, J., Bromet, E.J. (2005). Service use and outcomes of first-admission patients with psychotic disorders in the Suffolk County Mental Health Project. *American Journal of Psychiatry,* 162:1291-1298

39. **Mojtabai, R.** (2005). Trends in help-seeking from mental health professionals and cost barriers to mental health care among adults with significant psychological distress in the US: 1997-2002. *American Journal of Public Health,* 95:2009-2014

40. **Mojtabai, R.** (2005). Compliance with mental health and other specialty care referrals among Medicare/Medicaid dual enrollees. *Community Mental Health Journal,* 41:339-344

41. **Mojtabai, R.** (2005). Use of specialty substance abuse and mental health services in adults with substance use disorders in the community. *Drug and Alcohol Dependence,* 78:345-354

42. **Mojtabai, R.** (2005). Parental psychopathology and childhood atopic disorders in the community. *Psychosomatic Medicine,* 67:448-453

43. **Mojtabai, R.** (2005). Perceived reasons for loss of housing and continued homelessness among homeless mentally ill individuals. *Psychiatric Services,* 56:172-178

44. Bromet, E.J., Finch, S.J., Carlson, G.A., Fochtmann, L., **Mojtabai, R.**, Craig, T. J., Kang, S., Ye, Q. (2005). Time to remission and relapse after the first hospital admission in severe bipolar disorder. *Social Psychiatry and Psychiatric Epidemiology,* 40:106–113

45. Ghassemzadeh, H., **Mojtabai, R.**, Karamghadiri, N., Ebrahimkhani, N. (2005). Psychometric properties of a Persian language version of the Beck Depression Inventory-Second Edition: BDI-II-Persian, *Depression & Anxiety,* 21:185-192

46. Herrell, R., Henter, I. D., **Mojtabai, R.**, Bartko, J. J., Venable, D., Susser, E., Merikangas, K. R., Wyatt, R. J. (2006). First psychiatric hospitalization in the U.S. military: The National Collaborative Study of Early Psychosis and Suicide (NCSEPS). *Psychological Medicine,* 36:1405-1415

47. **Mojtabai, R** (2006). Serious emotional and behavioral problems and mental health contacts in American and British children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry,* 45:1215-1223

48. **Mojtabai, R.**, Olfson, M. (2006). Treatment seeking for depression in Canada and the United States. *Psychiatric Services,* 57: 631-639

49. Ghassemzadeh, H., **Mojtabai, R.**, Karamghadiri, N., Ebrahimkhani, N. (2006). Psychometric properties of a Persian language version of the Automatic Thoughts Questionnaire: ATQ-Persian. *International Journal of Social Psychiatry,* 52:129-139

50. **Mojtabai, R.** (2006). Psychotic-like experiences and interpersonal violence in the general population. *Social Psychiatry and Psychiatric Epidemiology,* 41:183-190

51. Cohen, L. J., Frenda, S., **Mojtabai, R.**, Katasavdakis, K., Galynker, I. I. (2007). Comparison of sexual offenders against children to sexual offenders against adolescents and adults. *Journal of Psychiatric Practice,* 13:373-384

52. **Mojtabai, R.**, Singh, P. (2007). Implications of co-occurring alcohol abuse for role impairment, health problems, treatment seeking, and early course of alcohol dependence. *American Journal on Addictions,* 16:300-309

53. **Mojtabai, R.** (2007). Americans' attitudes towards mental health treatment seeking: 1990-2003. *Psychiatric Services,* 58:642-651

54. Sharifi, V., **Mojtabai, R.,** Ghassemzadeh, H., Karamghadiri, N., Ebrahimkhani, N. (2008). Use of the Persian language version of the Automatic Thoughts Questionnaire (ATQ) in depressed Iranian women. *Depression & Anxiety*, 25:e35-38

55. **Mojtabai, R.**, Olson, M (2008). Parental detection of self-harm behavior. *Suicide and Life Threatening Behavior,* 38: 60-73

56. **Mojtabai, R.** (2008). Increase in antidepressant medication use in the US adult population between 1990 and 2003. *Psychotherapy and Psychosomatics,* 77: 83-92

57. **Mojtabai, R.**, Olson, M. (2008). National patterns in antidepressant treatment by psychiatrists and general medical providers, *Journal of Clinical Psychiatry,* 69: 1064-1074

58. **Mojtabai, R.**, Olson, M. (2008). National trends in psychotherapy by office-based psychiatrists. *Archives of General Psychiatry*, 65:962-970

59. **Mojtabai, R.** (2008). Social comparison of distress and mental health help-seeking in the US general population. *Social Science and Medicine,*  67:1944-1950

60. Reichenberg, A., Harvey, P.D., Bowie, C.R., **Mojtabai, R.**, Rabinowitz, J., Heaton, R.K., Bromet, E. (2009). Neuropsychological function and dysfunction in schizophrenia and psychotic affective disorders. *Schizophrenia Bulletin*, 35:1022-1029, 2009

61. **Mojtabai, R.** (2009). Unmet need of treatment of major depression in the United States. *Psychiatric Services*, 60:297-305

62. **Mojtabai, R.** (2009). American's attitudes toward psychiatric medications: 1998-2006. *Psychiatric Services*, 60:1015-1023

63. Olfson, M., **Mojtabai, R.**, Sampson, N.A., Hwang, I., Druss, B., Wang, P.S., Wells, K.B., Pincus, H.A., Kessler, R.C. (2009). Dropout from outpatient mental health care in the United States. *Psychiatric Services*, 60:898-907

64. **Mojtabai, R.**, Fochtmann, L., Chang, S.W., Kotov, R., Craig, T.J., Bromet, E. (2009). Unmet need for mental health care in schizophrenia: An overview of literature and new data from a first-admission study. *Schizophrenia Bulletin*, 35:679-695

65. **Mojtabai, R.** (2010). Mental illness stigma and willingness to seek mental health care in the European Union. *Social Psychiatry and Psychiatric Epidemiology*, 45:705-712.

66. **Mojtabai, R.**, Olson, M. (2010). National trends in psychotropic medication polypharmacy in office-based psychiatry. *Archives of General Psychiatry,* 67:26-36

67. Goldbloom, D. L. **Mojtabai, R.**, Serby, M. J. (2010). Weekend prescribing practices and subsequent seclusion and restraint in a psychiatric inpatient setting. *Psychiatric Services, Psychiatr Services*, 61:193-195

68. Comer, J., Olson, M., **Mojtabai, R.** (2010). National trends in child and adolescent

psychotropic polypharmacy, 1996-2007. *Journal of the American Academy of Child and Adolescent Psychiatry*, 49:1001-1010

69. Dahl, M. S., Nielsen, J., **Mojtabai, R.** (2010). The effects of entering entrepreneurship on the use of psychotropics among entrepreneurs and their spouses. *Scandinavian Journal of Public Health,* 38:857-863

70. Kotov, R., Chang, S. W., Fochtmann, L. J., **Mojtabai , R.**, Carlson , G. A., Sedler, M. J., Bromet, E. J. (2011) Schizophrenia in the internalizing-externalizing framework: A third dimension? *Schizophrenia Bulletin*, 37:1168-1178

71. **Mojtabai, R.** (2011). Does depression screening have an effect on the diagnosis and treatment of mood disorders in general medical settings? An instrumental variable analysis of the National Ambulatory Medical Care Survey. *Medical Care Research and Review,* 68:462-489

72. *Zafar, W., **Mojtabai, R.** (2011). Chronic disease management for depression in US medical practices. *Medical Care,* 49:634-640

73. *Pagura, J., Katz, L. Y., **Mojtabai, R.**, Druss, B., Cox, B., Sareen, J. (2011). Antidepressant use in the absence of common mental disorders in the general population. *Journal of Clinical Psychiatry*, 72:494-501

74. **Mojtabai, R.**, Olfson, M., Sampson, N.A., Jin, R., Druss, B., Wang, P.S., Wells, K.B., Pincus, H.A., Kessler, R.C. (2011). Barriers to mental health treatment: Results from the National Comorbidity Survey Replication. *Psychological Medicine*, 41:1751-1761

75. **Mojtabai, R.**, Olfson, M. (2011). Proportion of antidepressants prescribed without a psychiatric diagnosis is growing. *Health Affairs*, 30:1434-1442

76. Katz, C., Yaseen, Z., **Mojtabai, R.**, Samuel, J., Cohen, L., Galynker, I. (2011). Panic as an independent risk factor for suicide attempt in depressive illness: Findings from the National Epidemiological Survey on Alcohol and Related Conditions. *Journal of Clinical Psychiatry,* 72:1628-1635

77. Comer, J., **Mojtabai, R.**, Olfson, M. (2011). National trends in the antipsychotic treatment of psychiatric outpatients with anxiety disorders. *American Journal of Psychiatry,*168:1057-1065

78. **Mojtabai, R.** (2011). The public health impact of antidepressants: An instrumental variable analysis. *Journal of Affective Disorders,*134:188-197

79. **Mojtabai, R.** (2011). Bereavement-related depressive episodes: Characteristics, 3-year course and implications for the DSM-5. *Archives of General Psychiatry*, 68:920-928

80. **Mojtabai, R.** (2011). National trends in mental health disability, 1997-2009. *American*

*Journal of Public Health,* 101:2156-2163

81. *Kaufmann, C., Spira, A., Rae, D.S., West, J.C., **Mojtabai, R.** (2011). Sleep problems, psychiatric hospitalization, and emergency department use among psychiatric patients with Medicaid. *Psychiatric Services*, 62:1101-1105

82. *Evans-Lacko, S., Brohan, E., **Mojtabai, R.**, Thornicroft, G. (2012). Association between public views of mental illness and self-stigma among individuals with mental illness in 14 European countries. *Psychological Medicine,* 42:1741-1752 [Drs. Thornicroft and Mojtabai contributed equally to this work]

83. West, J.C., Rae, D.S., **Mojtabai, R.**, Rubio-Stipec, M., Kreyenbuhl, J.A., Alter, C.L., Crystal, S. (2012). Clinically unintended medication switches and inability to prescribe preferred medications under Medicare Part D. *Journal of Psychopharmacology,* 26:784-93

84. Ghassemzadeh, H., **Mojtabai, R.**, Karamghadiri, N., Noroozian, M., Sharifi, V., Ebrahimkhani, N. (2012). Neuropsychological and neurological deficits in obsessive-compulsive disorder: The role of comorbid depression. *International Journal of Clinical Medicine*, 3:200-210

85. Rutkow, L., Vernick, J.S., **Mojtabai, R.,** Rodman, S.O., Kaufmann, C.N. (2012). Law and Psychiatry Column: Legal challenges for substance abuse treatment during disasters. *Psychiatric Services,* 63:7-9

86. *Nakimuli-Mpungu, E., **Mojtabai, R.**, Alexandre, P., Katabira, E., Musisi, S., Nachega, J.B., Bass, J.K. (2012). Cross-cultural adaptation and validation of the self-reporting questionnaire among HIV+ individuals in a rural ART program in southern Uganda. *HIV/AIDS-Research and Palliative Care*, 4:51-60

87. Lazareck, S., Robinson, J., Crum, R.M., **Mojtabai, R.**, Sareen, J., Bolton, J.M. (2012). A longitudinal investigation of the role of self-medication in the development of comorbid mood and drug use disorders. *Journal of Clinical Psychiatry*, 73:e588-e593.

88. **Mojtabai, R.**, Corey-Lisle, P., Ip, E.H., Kopeykina, I., Haeri, S., Cohen, L.J., Shumaker, S. (2012). The Patient Assessment Questionnaire: Initial validation of a measure of treatment effectiveness for patients with schizophrenia and schizoaffective disorder. *Psychiatry Research,* 200:857-866

89. **Mojtabai, R.**, Crum, R.M. (2013). Perceived unmet need for alcohol and drug use treatments and future use of services: Results from a longitudinal study. *Drug and Alcohol Dependence,* 127:59-64

90. *Nakimuli-Mpungu, E., **Mojtabai, R.**, Alexandre, P.K., Musisi, S., Katabira, E., Nachega, J.B., Treisman, G., Bass, J.K. (2013). Lifetime depressive disorders and adherence to anti-

retroviral therapy in HIV-infected Ugandan adults: A case-control study. *Journal of Affective Disorders*, 145:221-226

91. **Mojtabai, R.** (2013). Clinician-identified depression in community settings: Concordance with structured-interview diagnoses. *Psychotherapy and Psychosomatics,* 82:161–169

92. Crum, R.M., La Flair, L., Storr, C.L., Green, K.M., Stuart, E.A., Alvanzo, A.A.H., Lazareck, S., Bolton, J.M., Robinson, J., Sareen, J., **Mojtabai, R.** (2013). Reports of drinking to self-medicate anxiety symptoms: Longitudinal assessment for subgroups of individuals with alcohol dependence. *Depression and Anxiety,* 30:174-183

93. **Mojtabai, R.** (2013). Antidepressant use and glycemic control. *Psychopharmacology,* 227:467-477

94. Crum, R.M., **Mojtabai, R.,** Lazareck, S., Bolton, J.M., Robinson, J., Sareen, J., Green, K.M., Stuart, E.A., La Flair, L., Alvanzo, A.A.H., Storr, C.L. (2013). A prospective assessment of reports of drinking to self-medicate mood symptoms with the incidence and persistence of alcohol dependence. *JAMA Psychiatry*, 70:718-726

95. *Evans-Lacko, S., Knapp, M., McCrone, P., Thornicroft,G., **Mojtabai, R.** (2013). The mental health consequences of the recession: Economic hardship and employment of people with mental health problems in 27 European countries. *PLoS ONE,* 8:e69792

96. La Flair, L.N., Reboussin, B.A., Storr, C.L., Letourneau, E., Green, K., **Mojtabai, R.**, Pacek, L.R., Alvanzo, A.A.H., Cullen, B., Crum, R.M. (2013). Childhood abuse and neglect and transitions in stages of alcohol involvement among women: A latent transition analysis approach. *Drug and Alcohol Dependence,*132:491-498

97. *Kaufmann, C., Canham, S.L., **Mojtabai, R.**, Gum, A.M., Dautovich, N.D., Kohn, R., Spira, A.P. (2013). Insomnia and health services utilization in middle-aged and older adults: Results from the Health and Retirement Study. *Journal of Gerontology: Medical Sciences,* 68:1512-1517

98. **Mojtabai, R.**, Crum, R.M. (2013). Cigarette smoking and onset of mood and anxiety disorders. *American Journal of Public Health,* 103:1656-1665

99. Cullen, B.A., La Flair, L.N., Storr, C.L., Green, K.M., Alvanzo, A.A., **Mojtabai, R.**, Pacek, L.R., Crum, R.M. (2013). Association of comorbid generalized anxiety disorder and alcohol use disorder symptoms with health-related quality of life: Results from the National Epidemiological Survey on Alcohol and Related Conditions. *Journal of Addiction Medicine*, 7:394-400

100. Yaseen, Z.S., Chartrand, H., **Mojtabai, R.**, Bolton, J., Galynker, I.I. (2013). Fear of dying in panic attacks predicts suicide attempt in comorbid depressive illness: Prospective

evidence from the National Epidemiological Survey on Alcohol and Related Conditions. *Depression and Anxiety,* 30:930-939

101. *Chen, L.Y., Strain, E.C., Crum, R.M., **Mojtabai, R.** (2013). Gender differences in substance abuse treatment and barriers to care among persons with substance use disorders with and without comorbid major depression. *Journal of Addiction Medicine,* 7:325-334

102. Pacek, L.R., Storr, C., **Mojtabai, R.**, Green K.M., La Flair, L.N., Alvanzo, A.H.A., Cullen, B.A., & Crum, R.M. (2013). Comorbid alcohol dependence and anxiety disorders: A national survey. *Journal of Dual Diagnosis,* 9:271-280

103. *Chen, L.Y., Crum, R.M., Martins, S.S., Kaufmann, C.N., Strain, E.C., **Mojtabai, R.** (2013). Service use and barriers to mental health care in major depression and comorbid substance use disorders. *Psychiatric Services,* 64:863-870

104. Ramsey, C.M., Spira, A., **Mojtabai, R.**, Eaton, W.W., Roth, K., Lee, H.B. (2013). Lifetime manic spectrum episodes and all-cause mortality: 26-year follow-up of the NIMH Epidemiologic Catchment Area Study. *Journal of Affective Disorders,* 151:337-342

105. *Zur, J.B., **Mojtabai, R.** (2013). Medicaid expansion initiative in Massachusetts: enrollment among substance-abusing homeless adults. *American Journal of Public Health,* 103:2007-2013

106. Kotov, R., Leong, S.H., **Mojtabai, R.**, Erlanger, A.C.E., Fochtmann, L.J., Constantino, E., Carlson, G.A., Bromet, E.J. (2013). Boundaries of schizoaffective disorder: Revisiting Kraepelin. *JAMA Psychiatry*, 70:1276-1286

107. *Kaufmann, C., Rutkow, L., Spira, A., **Mojtabai, R.** (2013). Mental health of protective services workers: results from the National Epidemiologic Survey on Alcohol and Related Conditions. *Disaster Medicine and Public Health Preparedness,* 7:36-45

108. *Paksarian, D., **Mojtabai, R.**, Kotov, R., Cullen, B.A., Nugent, K.L., Bromet, E.J. (2014). Perceived trauma during hospitalization and treatment participation among individuals with psychotic disorders. *Psychiatric Services,* 65:266–269

109. **Mojtabai, R.** Chen, L.Y., Kaufmann, C.N., Crum, R. (2014). Comparing barriers to mental health treatment and substance use disorder treatment among individuals with comorbid major depression and substance use disorders. *Journal of Substance Abuse Treatment,* 46:268-273

110. *Carras, M.C., **Mojtabai, R.**, Holden, D., Cullen, B.A. (2014). Use of mobile phones, computers and internet among clients of an inner-city community psychiatric clinic: Cross-sectional survey and comparison to a representative population sample. *Journal of*

*Psychiatric Practice*, 20:94-103

111. *Chen, L.Y., Strain, E., Alexandre, P.K., Alexander, G.C., **Mojtabai, R.**, Martins, S.S. (2014). Correlates of nonmedical use of stimulants and methamphetamine use in a national sample. *Addictive Behaviors.* 39:829-836

112. Schomerus, G., Evans-Lacko, S., Rüsch, N., **Mojtabai, R.**, Angermeyer, M.C., Thornicroft, G. (2014). Collective levels of stigma and national suicide rates in 25 European countries, *Epidemiology and Psychiatric Sciences,* 24:166-171

113. **Mojtabai, R.** (2014). Diagnosing depression in older adults in primary care. *New England Journal of Medicine,* 370:1180-1182

114. **Mojtabai, R.**, Olfson, M. (2014). National trends in long-term use of antidepressant medications: Results from the US National Health and Nutrition Survey. *Journal of Clinical Psychiatry,* 75:169-177

115. Nakimuli-Mpungu, E., Wamala, K., Okello, J., Alderman, S., Odokonyero, R., Musisi, S., **Mojtabai, R.** (2014). Developing a culturally sensitive group support intervention for depression among HIV infected and non-infected Ugandan adults: A qualitative study. *Journal of Affective Disorders*, 163:10–17

116. *Takayanagi, Y., Spira, A., Gallo, J.J., Roth, K.B., Eaton, W.W., **Mojtabai, R.** (2014). Accuracy of reports of lifetime mental and physical disorders: Results from the Baltimore Epidemiological Catchment Area study. *JAMA Psychiatry,* 71:273-280

117. *Zur, J.B., **Mojtabai, R.**, Li, S. (2014). The cost-savings of expanding Medicaid eligibility to include currently uninsured homeless adults with substance use disorders. *Journal of Behavioral Health Services Research,* 41:110-124

118. Romanelli, R., **Mojtabai, R.**, Segal, J. (2014). Behavioral therapy and serotonin reuptake inhibitor pharmacotherapy in the treatment of obsessive-compulsive disorder: A systematic review and meta-analysis of head-to-head randomized controlled trials. *Depression and Anxiety,* 31:641-652

119. Nakimuli-Mpungu, E., Wamala, K., Okello, J., Alderman, S., Odokonyero, R., Musisi, S., **Mojtabai, R.**, Mills, E. J. (2014). Outcomes, feasibility and acceptability of a group support psychotherapeutic intervention for depressed HIV affected Ugandan adults: A pilot study. *Journal of Affective Disorders*, 166:144-150

120. *Lee-Winn, A.E., Mendelson, T., **Mojtabai, R.** (2014). Racial/ethnic disparities in binge eating: Disorder prevalence, symptom presentation, and help-seeking among Asian Americans and non-Latino whites. *American Journal of Public Health,* 104:1263-1265

121. **Mojtabai, R.**, Cullen, B., Everett, A., Nugent, K., Sawa, A., Sharifi, V., Takayanagi, Y.,

Toroney, J., Eaton, W.W. (2014). Reasons for not seeking general medical care among individuals with serious mental illness. *Psychiatric Services,* 65:818-821

122. Alvanzo, A.H.A., Storr, C.L., **Mojtabai, R.**, Green, K., Pacek, L.R., La Flair, L.N., Cullen, B.A., Crum, R.M. (2014). Gender and race/ethnicity differences for initiation of alcohol-related service use among persons with alcohol dependence. *Drug and Alcohol Dependence,* 140:48-55

123. *Parhami, I., **Mojtabai, R.**, Rosenthal, R., Afifi, T., Fong, T.W., (2014). Gambling and onset or recurrence of comorbid mental disorders: A longitudinal study evaluating severity and specific symptoms. *Journal of Psychiatric Practice,* 20:207-219

124. *Chen, L.Y., Crum, R., Martins, S.S., Kaufmann, C.N., Strain, E.C., **Mojtabai, R.** (2014). Patterns of concurrent substance use among nonmedical ADHD stimulant users: Results from the National Survey on Drug Use and Health. *Drug and Alcohol Dependence,* 142:86-90

125. Chen-Edinboro, L.P., Kaufmann, C.N., Augustinavicius, J.L., **Mojtabai, R.**, Parisi, J.M., Wennberg, A.M.V., Smith, M.T., & Spira, A.P. (2014). Neighborhood physical disorder, social cohesion and insomnia: Results from participants over age 50 in the Health and Retirement Study. *International Psychogeriatrics,* 27:289-296

126. *Ostrow, L., Manderscheid, R., **Mojtabai, R.** (2014). Stigma and difficulty accessing medical care in a sample of adults with serious mental illness. *Journal of Healthcare for the Poor and Underserved,* 25:1956-1965

127. *Kaufmann, C.N., Chen, L.Y., Crum, R.M., **Mojtabai, R.** (2014). Treatment seeking and barriers to treatment for alcohol use in persons with alcohol use disorders and comorbid mood or anxiety disorders. *Social Psychiatry and Psychiatric Epidemiology,* 49:1489-1499

128. *Chen, L. Y., Strain, E. C., Crum, R. M., Storr, C. L., **Mojtabai, R.** (2014). Sources of nonmedically used prescription stimulants: Differences in onset, recency and severity of misuse in a population-based study. *Drug and Alcohol Dependence,* 145:106-112

129. *Canham, S.L., Kaufmann, C.N., Mauro, P.M., **Mojtabai, R.**, Spira, A. (2015). Binge drinking and insomnia in middle-aged and older adults: The Health and Retirement Study. *International Journal of Geriatric Psychiatry,* 30:284-291

130. **Mojtabai, R.**, Jorm, A. F. (2015). Trends in psychological distress, depressive episodes and mental health treatment-seeking in the United States: 2001-2012. *Journal of Affective Disorders,* 174:556-561

131. *Takayanagi, Y., Spira, A., Bienvenu, O.J., Hock, R.S., Carras, M.C., Eaton, W.W., **Mojtabai, R.** (2015). Antidepressant use and lifetime history of mental disorders in a

community sample: Results from the Baltimore Epidemiologic Catchment Area study. *Journal of Clinical Psychiatry,* 76:40-44

132. *Samples, H., **Mojtabai, R.** (2015). Antidepressant self-discontinuation: Results from the Collaborative Psychiatric Epidemiology Surveys. *Psychiatric Services,* 66:455-462.

133. Lewer, D., O'Reilly, C., **Mojtabai, R.**, Evans-Lacko, S. (2015). Antidepressant use in 27 European countries: associations with socio-demographic, cultural and economic factors. *British Journal of Psychiatry,* 207:221-226 [Drs. Evans-Lacko and Mojtabai contributed equally to this work]

134. *Sharifi, V., Eaton, W.W., Wu, L.T., Roth, K.B., Burchett, B.M., **Mojtabai, R.** (2015). Psychotic experiences and risk of death in the general population: A 24-27 year follow-up of the Epidemiologic Catchment Area study. *British Journal of Psychiatry,* 207:30-36

135. *Pfoh, E.R., **Mojtabai, R.**, Bailey, J., Weiner, J.P., Dy, S.M. (2015). Conformance with process measures in Medicare Part B beneficiaries in primary care settings. *Journal of American Geriatric Society,* 63:1338-1345

136. Schuler, M.S., Puttaiah, S., **Mojtabai, R.**, Crum, R.M. (2015). Perceived barriers to treatment for alcohol problems: A latent class analysis. *Psychiatric Services,* 66:1221-1228

137. *Pfoh, E.R., **Mojtabai, R.**, Bailey, J., Weiner, J.P., Dy, S.M. (2015). Impact of Medicare Annual Wellness Visits on depression screening. *Psychiatric Services,* 66:1207-1212

138. *Chen, L.Y., Crum, R. M., Strain, E.C., Martins, S.S., **Mojtabai, R.** (2015). Patterns of concurrent substance use among adolescent nonmedical ADHD stimulant users. *Addictive Behaviors,* 49:1-6

139. **Mojtabai, R.**, Stuart, E.A., Hwang, I., Eaton, W.W., Sampson, N., Kessler, R.C. (2015). Long-term effects of mental disorders on educational attainment in the National Comorbidity Survey ten-year follow-up. *Social Psychiatry and Psychiatric Epidemiology,* 50:1577-1591

140. **Mojtabai, R.**, Stuart, E.A., Hwang, I., Susukida, R., Eaton, W.W., Sampson, N., Kessler, R.C. (2015).  Long-term effects of mental disorders on employment in the National Comorbidity Survey ten-year follow-up. *Social Psychiatry and Psychiatric Epidemiology,* 50:1657-1668

141. Kuramoto, S. J., Han, B., Jacobus-Kantor, L., **Mojtabai, R.** (2015). Differences in patients' perceived helpfulness of depression treatment provided by general medical providers and specialty mental health providers. *General Hospital Psychiatry,* 37:340-346

142. Nugent, K., Spahr, E., Toroney, J., **Mojtabai, R.**, Nettles, C., Turner, L.W., Fenton, A., Spivak, A., Cullen, B.A., Everett, A., Eaton, W.E. (2015). Interrater reliability of the modified Monitoring of Side Effects Scale for assessment of psychiatric medication side effects in

clinical and research settings. *Journal of Clinical Psychopharmacology,* 35:324-328

143. Nakimuli-Mpungu, E., Wamala, K., Okello, J., Alderman, S., Odokonyero, R., **Mojtabai, R.**, Mills, E.J., Kanters, S., Nachega, J.B., Musisi, S. (2015). Group support psychotherapy for depression treatment in people with HIV/AIDS in northern Uganda: A single-centre randomized controlled trial. *Lancet HIV,* 2:e190-e199

144. *Susukida, R., **Mojtabai, R.**, Mendelson, T. (2015). Sex differences in help seeking for mood and anxiety disorders in the National Comorbidity Survey-Replication. *Depression & Anxiety,* 32:853-860

145. West, J., Rae, D.S., **Mojtabai, R.,** Duffy, F.F., Kuramoto, J., Moscicki, E., Narrow, W. (2015). Planning patient-centered health homes for Medicaid psychiatric patients at greatest risk for intensive service use. *Community Mental Health Journal,* 51:513-522

146. *Kaufmann, C.N., **Mojtabai, R.**, Hock, R.S., Thorpe, R.J., Canham, S.L., Chen, L.Y., Wennberg, A.M., Chen-Edinboro, L.P., Spira, A.P. (2016). Racial/ethnic differences in insomnia trajectories among US older adults. *American Journal of Geriatric Psychiatry*, 24:575-584

147. *Susukida, R., Crum, R., Stuart, E., Ebnesajjad, C., **Mojtabai, R.** (2016). Assessing sample representativeness in randomized control trials: Application to the National Institute of Drug Abuse Clinical Trials Network. *Addiction,* 111:1226-1234

148. Sareen, J., Wang, Y., Mota, N., Henriksen, C.A., Bolton, J.M., Lix, L.M., **Mojtabai, R.**, Bienvenu, O.J., Crum, R., Afifi, T.O. (2016).  Baseline insurance status and risk for persistence and incidence of common mental disorders: A propensity based analysis of a longitudinal US representative sample. *Psychiatric Services*, 67:62-70.

149. *Chen, L.Y., Crum, R.M., Strain, E.C., Alexander, G.C., Kaufmann, C. **Mojtabai, R.** (2016). Prescriptions, nonmedical use, and emergency department visits involving prescription stimulants. *Journal of Clinical Psychiatry,* 77:e297-e304

150. *** Mauro, P., Furr-Holden, D., Strain, E., Crum, R., **Mojtabai, R.** (2016). Classifying substance use disorder treatment facilities with co-located mental health services: A latent class analysis approach. *Drug and Alcohol Dependence*, 163:108-115

151. *Lee-Winn, A., Reinblatt, S.P., **Mojtabai, R.**, Mendelson, T. (2016). Gender and racial/ethnic differences in binge eating symptoms in a nationally representative sample of adolescents in the United States. *Eating Behaviors,* 22:27-33

152. **Mojtabai, R.**, Evans-Lacko, S., Schomerus, G., Thornicroft, G. (2016). Attitudes toward mental health help-seeking as predictors of future help-seeking behavior and use of mental health treatments. *Psychiatric Services,* 67:650-657

153. Kuramoto, S.J., Han, B., Jacobus-Kantor, L., **Mojtabai, R.** (2016). Receipt of depression treatment from general medical providers and specialty mental health providers. *Psychiatric Services,* 67:758-765

154. *Kaufmann, C.K., Spira, A. P., Alexander, C., Rutkow, L., **Mojtabai, R.** (2016). Trends in prescribing of sedative-hypnotic medications in the United States: 1993-2010. *Pharmacoepidemiology and Drug Safety,* 25:637-645

155. *Sung, Y.K., La Flair, L., **Mojtabai, R.**, Lee, L.C., Spivak, S., Crum, R.M. (2016). The association of alcohol use disorders with suicidal ideation and suicide attempts in a population-based sample with mood symptoms. *Archives of Suicide Research,* 20:219-232

156. *Susukida, R., **Mojtabai, R.**, Murcia, G., Mendelson, T. (2016). Residential mobility and risk of major depressive episode among adolescents in the National Survey on Drug Use and Health. *Journal of Public Health,* 38:432-440

157. **Mojtabai, R.** (2016). Depressed mood in middle-aged and older adults in Europe and the United States: A comparative study using anchoring vignettes. *Aging and Health,* 28:95-117

158. Merritt, M.W., Katz, J., **Mojtabai, R.**, West, K.P. (2016). Referral of research participants for ancillary care in community-based public health intervention research: A guiding framework. *Public Health Ethics,* 9:104-120

159. West, J.C., Clarke, D.E., Duffy, F.F., Barber, K., **Mojtabai, R.**, Mościcki, E.K., Ptakowski, K.K., Levin, S. (2016). Are psychiatrists ready for health care reform? Findings from the Study of Psychiatric Practice under Health Care Reform. *Psychiatric Services,* 67:1292-1299

160. West, J.C., Clarke, D.E., Duffy, F.F., Barber, K., **Mojtabai, R.**, Moscicki, E.K., Ptakowski, K.K., Levin, S. (2016). Availability of mental health services prior to health care reform insurance expansions. *Psychiatric Services,* 67:983-989

161. Pawar, D., **Mojtabai, R.**, Goldman, A., Batkis, D., Malloy, K., Cullen, B. (2016). Assessment of response to providing health related information in a community psychiatry outpatient setting. *Journal of Psychiatric Practice,* 22:344-347

162. Han, B., Compton, W.M., **Mojtabai, R.**, Colpe, L., Hughes, A. (2016). Trends in receipt of mental health treatments among adults in the United States, 2008–2013. *Journal of Clinical Psychiatry,* 77:1365-1371

163.*Flynn A., Johnson, R.M., Bolton, S., **Mojtabai, R.** (2016). Victimization of lesbian, gay, and bisexual people in childhood: Associations with attempted suicide. *Suicide and Life Threatening Behavior,* 46:457-570

164. **Mojtabai, R.** Olson, M., Han, B. (2016). National trends in the prevalence and treatment

of depression in adolescents and young adults. *Pediatrics,* 138(6). pii:e20161878

165. Amin-Esmaeili, M., Rahimi-Movaghar, A., Sharifi, V., Radgoodarzi, R., **Mojtabai, R.**, Hefazi, M., Motevalian, A. (2016). Epidemiology of illicit drug use disorders in Iran: Prevalence, correlates, comorbidity and service utilization. *Addiction*, 111:1836-1847

166. *Kaufmann, C.N., Spira, A.P., Depp, C., **Mojtabai, R.** (2016). Continuing vs. new prescriptions for sedative-hypnotic medications: United States, 2005-2012. *American Journal of Public Health,* 106:2019-2025

167. Sharifi, V., **Mojtabai, R.** Shahrivar, Z., Alaghband-rad, J., Zarafshan, H., Wissow, L. (2016). Child and adolescent mental health care in Iran: Current status and future directions. *Archives of Iranian Medicine,* 19:797-804

168. Jorm, A. F., Patten, S. B., Brugha, T. S., **Mojtabai, R.** (2017)**.** Has increased provision of treatment reduced the prevalence of common mental disorders? Review of the evidence from four countries. *World Psychiatry,* 16:90-99

169.*Pfoh, E.R., Berger, Z., **Mojtabai, R.**, Bailey, J., Dy, S.M. (2017). Use of newly covered versus established preventive care screening: Comparison of depression and smoking screening. *Journal of Healthcare Quality,* 39:e91-e101

170. Mosher, W., Bloom, T., Hughes, R., Horton, L., **Mojtabai, R.**, Alhusen, J.L. (2017). Disparities in receipt of family planning services by disability status: New estimates from the National Survey of Family Growth. *Disability & Health Journal,* 10:394-399

171. Olfson, M., **Mojtabai, R.**, Merikangas, K.R., Compton, W.M., Wang, S., Grant, B.F., Blanco, C. (2017). Reexamining associations between mania, depression, anxiety, and substance use disorders: Results from a prospective national cohort. *Molecular Psychiatry,* 22:235-241

172. Han, B., Olfson, M., **Mojtabai, R.** (2017). Depression care among adults with co-occurring major depressive episodes and substance use disorders in the United States. *Journal of Psychiatric Research,* 91:47-56

173. *Susukida, R., Crum, R., Stuart, E., Ebnesajjad, C., **Mojtabai, R.** (2017). Generalizability of Findings from Randomized Controlled Trials: Application to the National Institute of Drug Abuse Clinical Trials Network. *Addiction,* 112:1210-1219

174. Han, B., Olfson, M., **Mojtabai, R.** (2017). Depression care among depressed adults with and without comorbid substance use disorders in the United States. *Depression & Anxiety,* 34:291-300

175. *Krawczyk, N., Feder, K.A., Saloner, B., Crum R.M., Kealhofer, M., **Mojtabai, R.** (2017). The association of psychiatric comorbidity with treatment completion among clients admitted

to substance use treatment programs in a U.S. national sample. *Drug and Alcohol Dependence,* 175:157-163

176. Andrews, C., Baker, K., Howell, C., Cuerdo, A., Roberts, J., Zerrlaut, E., Chaudhary, A., Lechich, S., Nucifora, L.G., Vaidya, D., **Mojtabai, R.**, Margolis, R.L., Sawa, A., Nucifora, F.C. (2017). Risk of hospitalization due to medication nonadherence identified through electronic medical records in patients with psychosis. *Psychiatric Services,* 68:847-850

177. Amin-Esmaeili, M., Rahimi-Movaghar, A., Sharifi, V., Hajebi, A., **Mojtabai, R.**, Goodarzi, R., Hefazi, M., Motevalian, S.A. (2017). Alcohol use disorders in Iran: Prevalence, symptoms, correlates, and comorbidity. *Drug and Alcohol Dependence,* 176:48-54

178. Dong, L., Agnew, J., **Mojtabai, R.**, Surkan, P. J., Spira, A. P. (2017). Insomnia as a predictor of job exit among middle-aged and older adults: Results from the Health and Retirement Study. *Journal of Epidemiology and Community Health,* 71:750-757

179. Nakimuli-Mpungu, E., Wamala, K., Okello, J., Ndyanabangi, S., Kanters, S. **Mojtabai, R.**, Nachega, J.B., Mills, E.J., Musisi, S. (2017). Process evaluation of a randomized controlled trial of group support psychotherapy for depression treatment among people with HIV/AIDS in northern Uganda. *Community Mental Health Journal,* 53:991-1004

180. **Mojtabai, R.**, Stuart, E.A., Hwang, I., Eaton, W.W., Sampson, N., Kessler, R.C. (2017). Long-term effects of mental disorders on marital outcomes in the National Comorbidity Survey ten-year follow-up. *Social Psychiatry and Psychiatric Epidemiology,* 52:1217-1226

181. Cullen, B.A., **Mojtabai, R.**, Bordbar, E., Everett, A., Nugent, K.L., Eaton, W.W. (2017). Social network, recovery attitudes and internal stigma among those with serious mental illness. *International Journal of Social Psychiatry,* 63:448-458

182. Amin-Esmaeili, M., Rahimi-Movaghar, A., Sharifi, V., Hajebi, A., **Mojtabai, R.**, Radgoodarzi, R., Hefazi, M. and Motevalian, A. (2017). Alcohol use disorders in Iran: Prevalence, symptoms, correlates, and comorbidity. *Drug and Alcohol Dependence*, 176:48-54

183. Han, B., Olfson, M., Huang, L., **Mojtabai, R.** (2017). National trends in specialty outpatient mental health care among adults. *Health Affairs,* 36:2062-2068

184. *Kaufmann, C.N., Spira, A.P., Alexander, G.C., Rutkow, L., **Mojtabai, R.** (2017). Emergency department visits involving benzodiazepines and non-benzodiazepine receptor agonists. *The American Journal of Emergency Medicine,* 35:1414-1419

185. Sawa, A., Nucifora, L., Tanaka, T., Hayes, L., Kim, M., Lee, B., Matsuda, T., Nucifora, F., Sedlak, T., **Mojtabai, R.**, Eaton, W.W. (2017). Reduction of plasma glutathione in psychosis associated with schizophrenia and bipolar disorder. *Translational Psychiatry,* 7(8):e1215

186. Green, C., **Mojtabai, R.**, Cullen, B., Spivak, A., Mitchel, M., Spivak, S. (2017). Exposure to pharmaceutical sponsored direct to consumer advertising and medication non-adherence among individuals with serious mental illness. *Psychiatric Services,* 68:1299-1302

187. Nakimuli-Mpungu, E., Musisi, S., Wamala, K., Okello, J., Ndyanabangi, S., **Mojtabai, R.**, Nachega, J., Harari, O., Mills, E. (2017). The effect of group support psychotherapy delivered by trained lay health workers for depression treatment among people with HIV in Uganda: Protocol of a pragmatic, cluster randomized trial. *JMIR Research Protocols,* 6: e250

188. Feder, K., **Mojtabai, R.**, Krawczyk, N., Young, A.S., Kealhofer, M., Tromohlen, K.N., Crum, R.C. (2017). Trends in insurance coverage and treatment among persons with opioid use disorders following the Affordable Care Act. *Drug and Alcohol Dependence,* 179:271-274

189. *Nestadt, P.S., Triplett, P., Fowler, D.R., **Mojtabai, R.** (2017). Urban-rural differences in suicide in the state of Maryland: The role of firearms. *American Journal of Public Health,* 107:1548-1553

190. **Mojtabai, R.** (2017). Non-remission and time to remission among remitters in depression treatment: Revisiting STAR*D. *Depression & Anxiety,* 34:1123-1133

191. **Mojtabai, R.,** Feder, K.A., Kealhofer, M., Krawczyk, N., Storr, C.L., Tormohlen, K., Young, A.S., Olfson, M., Crum, R. (2018). State variations in Medicaid enrollment and utilization of substance use services: Results from a national longitudinal study. *Journal of Substance Abuse Treatment.* 89:75-86

192. *Kaufmann, C.N., Spira, A.P., Depp, C.A., **Mojtabai, R.** (2018). Long-term use of benzodiazepines and non-benzodiazepine hypnotics from 1999 to 2014: Results from the National Health and Nutrition Examination Survey. *Psychiatric Services,* 69:235-238

193. Carras, M.C., **Mojtabai, R.,** Cullen, B.A. (2018). Beyond social media: A cross-sectional survey of other Internet and mobile phone applications in a community psychiatry population. *Journal of Psychiatric Practice,* 24:127-135

194. Huang CY, Yang SY, **Mojtabai R** Lin SK, He YL, Chong MY, Ungvari G, Tan CH, Xiang YT, Sartorius N, Shinfuku N, Chen LY (2018). Trends of polypharmacy and prescription patterns of antidepressants in Asia. *Journal of Clinical Psychopharmacology.* 38:598-603

195. **Mojtabai, R.**, Olfson, M. (2018). Management of common medical conditions by office-based psychiatrists. *Psychiatric Services,* 69:410-423

196. *Susukida, R., Crum, R., Hong, H., Stuart, E., **Mojtabai, R.** (2018). Comparing pharmacological treatments for cocaine dependence: Incorporation of methods for

enhancing generalizability in meta-analytic studies. *International Journal of Methods in Psychiatric Research.* 27:e1609

197. Crum, R. M., Green, K.M., Stuart, E.A., La Fair, L.N., Feder, K.A., Kealhofer, M., Young, A.S., Krawczyk, N., Tormohlen, K., Storr, C.L., Alvanzo, A.H., **Mojtabai, R.**, Pacek, L.R., Cullen, B.A., Reboussin, B.A. (2018). Transitions through stages of alcohol involvement: The potential role of mood. *Drug and Alcohol Dependence,* 189: 116-124

198. *Susukida, R., Crum, R. Stuard, E., **Mojtabai, R.** (2018). Generalizability of the findings from a randomized controlled trial of a web-based substance use disorder intervention: Generalizability of RCT findings of a SUD intervention. *American Journal on Addictions,* 27:231-237

199. Spivak, S., Cullen, B.A., Eaton, W., Nugent, K., Rodriguez, K., **Mojtabai, R.** (2018). Delays in obtaining general medical services and measurable abnormalities among individuals with serious mental illness. *Psychiatric Services,* 69:479-482

200. Chen, L.Y., Martins, S.S., Strain, E.C., **Mojtabai, R.**, Storr, C.L. (2018). Sex and age differences in risk factors of marijuana involvement during adolescence. *Addictive Disorders & their Treatment,* 17:29-39

201. Mosher, W., Hughes, R., Bloom, T., Horton, L., **Mojtabai, R.**, Alhusen, J.L. (2018). Contraceptive use by disability status: New national estimates from the National Survey of Family Growth. *Contraception,* 97:552-558

202. **Mojtabai, R.** (2018). National trends in long-term use of prescription opioids. *Pharmacoepidemiology and Drug Safety,* 27:526-534

203. Spivak, S., Cullen, B., Eaton, W., Nugent, K., Spivak, A., Fenton, A., Rodriguez, K., **Mojtabai, R.** (2018). Prescription opioid use among individuals with serious mental illness. *Psychiatry Research,* 267: 85-87

204. Jiao, S., Murimi, I.B., Stafford, R.S., **Mojtabai, R.**, Alexander, C. (2018). Quality of prescribing by physicians, nurse practitioners and physician assistants in the United States. *Pharmacotherapy.* 38 (4), 417-427

205. Khalili, M., Rahimi-Movaghar, A., Shadloo, B., **Mojtabai, R.**, Mann, K., Amin-Esmaeili, M. (2018). Global scientific production on illicit drug addiction: A two-decade analysis. *European Addiction Research,* 24:60-70

206. *Dong, L., Eaton, W.W., Spira, A., Agnew, J., Surkan, P.J., **Mojtabai, R.** (2018). Job strain and cognitive change: the Baltimore Epidemiologic Catchment Area Follow-up Study. *Occupational and Environmental Medicine,* 75 (12), 856-862

207. Olfson, M., Wall, M., Barry, C.L., Mauro, C., **Mojtabai, R.** (2018). Impact of Medicaid

expansion on coverage and treatment of low-income adults with substance use disorders. *Health Affairs,* 37 (8), 1208-1215.

208. Hajebi, A., Motevalian, A., Amin-Esmaeili, M., Rahimi-Movaghar, A., Sharifi, V., Hoseini, L., Shadloo, B., **Mojtabai, R.** (2018). Adaptation and validation of short scales for assessment of psychological distress in Iran: The Persian K10 and K6. *International Journal of Methods in Psychiatric Research.* 27:e1726

209. Amin-Esmaeili, M., Motevalian, A., Rahimi-Movaghar, A., Hajebi, A., Sharifi, V., **Mojtabai, R.**, Gudarzi, S. S. (2018). Bipolar features in major depressive disorder: Results from the Iranian mental health survey (IranMHS). *Journal of Affective Disorders.* 241:319-324.

210. Olfson, M., Wall, M., Barry, C.L., Mauro, C., **Mojtabai, R.** (2018). Effects of the Affordable Care Act on private insurance coverage and treatment of behavioral health conditions in young adults. *American Journal of Public Health*, 108 (10), 1352-1354

211. Nishi, D., Susukida, R., Usuda, K., **Mojtabai, R.**, Yamanouchi, Y. (2018). Trends in the prevalence of psychological distress and the use of mental health services from 2007 to 2016 in Japan. *Journal of Affective Disorder.* 239:208-213

212.*Feder, K.A., **Mojtabai, R.**, Musci, R.J., & Letourneau, E.J. (2018). U.S. adults with opioid use disorder living with children: Treatment use and barriers to care. *Journal of Substance Abuse Treatment,* 93: 31-37.

213.Breslau, J., Stein, B.D., Burns, R. M., Collins, R.L., Han, Bing, Hao, Y., **Mojtabai, R.** (2018). Examining contradictory evidence on racial/ethnic differences in perceived need for behavioral health treatment. *International Journal of Methods in Psychiatric Research.* 27:e1743

214. *Feder, K.A., Krawczyk, N., **Mojtabai, R.**, Crum, R. M., Kirk, G., Mehta, S. H. (2019). Health insurance coverage is associated with access to substance use treatment among individuals with injection drug use: Evidence from a 12-year prospective study. *Journal of Substance Abuse Treatment,* 96, 75-81

215. Nakimuli-Mpungu, E., Musisi, S., Wamala, K., Okello, J., Ndyanabangi, S., Birungi, J., Nanfuka, M., Etukoit, M., **Mojtabai, R.**, Nachega, J. and Harari, O. (2019). Recruitment and baseline characteristics of participants in the Social, Emotional, and Economic Empowerment Through Knowledge of Group Support Psychotherapy study (SEEK-GSP): Cluster randomized controlled trial. *JMIR Research Protocols. 8*: e11560-e11560.

216.*Ackerman, B., Schmid, I., Rudolph, K.E., Seamans, M.J., Susukida, R., **Mojtabai, R.**, Stuart, E. A. (2019). Implementing statistical methods for generalizing randomized trial findings to a target population. *Addictive Behaviors.* 94:124-132

217. **Mojtabai, R.**, Mauro, C., Wall, M., Barry, C., Olfson, M. (2019). Medication treatment for opioid use disorders in substance use disorder treatment facilities. *Health Affairs.* 38:14-23

218. **Mojtabai, R.**, Amin-Esmaeili, M., Nejat, E., Olfson, M. (2019). Misuse of prescribed opioids in the United States. *Pharmacoepidemiology and Drug Safety.* 28:345-353

219. *Spivak, S., **Mojtabai, R.**, Green, C., Firth, T., Sater, H., Cullen, B. A. (2019). Distribution and correlates of Assertive Community Treatment (ACT) and ACT-like programs: Results from the 2015 N-MHSS. *Psychiatric Services.* 70:271-278

220. *Spivak, S., Cullen, B. A., Green, C., Firth, T., Sater, H., **Mojtabai, R.** (2019). Availability of Assertive Community Treatment in the United States: 2010 to 2016. *Psychiatric Services.* 70:948-951

221. Feder, K.A., Heatherington, L., **Mojtabai, R.**, Eaton, W.W. (2019) Perceived marital support and incident mental illness: Evidence from a two-wave national survey of the United States. *Journal of Marital and Family Therapy.* 45:668-683

222. **Mojtabai, R.**, Mauro, C., Wall, M., Barry, C., Olfson, M. (2019). Affordable Care Act and opioid agonist therapy for opioid use disorder. *Psychiatric Services.* 70:617-620

223. Pacek, L.R., Rebousssin, B.A., Green, K.M., LaFlair, L.N., Storr, C.L., Alvanzo, A.A.H., **Mojtabai, R.**, Cullen, B., Young, A.S., Tormohlen, K., Riehm, K., Crum, R.M. (2019). Current tobacco use, nicotine dependence, and transitions across stages of alcohol involvement: A latent transition analysis approach. *International Journal of Methods in Psychiatric Research.* 28:e1789

224. Green, K.M., Reboussin, B.A., Pacek, L.R., Storr, C.L., **Mojtabai, R.**, Cullen, B.A., Crum, R.M. (2019). The effects of marijuana use on transitions through stages of alcohol involvement for men and women in the NESARC I and II. *Substance Use & Misuse.* 54:2167-2176

225. *Riehm, K.E., Young, A.S., Feder, K.A., Krawczyk, N., Tormohlen, K.N., Pacek, L.R., **Mojtabai, R.**, Crum, R.M. (2019). Mental health problems and initiation of e-cigarette and combustible cigarette use. *Pediatrics.* 144: e20182935.

226. Spivak, S., Cullen, B., Eaton, W.W., Rodriguez, K., **Mojtabai, R.** (2019). Financial hardship among individuals with serious mental illness. *Psychiatry Research,* 282: 112632

227. *Riehm, K.E., Rojo-Wissar, D.M., Feder, K.A., **Mojtabai, R.**, Spira, A.P., Thrul, J., Crum, R.M. (2019). E-cigarette use and sleep-related complaints among youth. *Journal of Adolescence.* 76:48-54

228. **Mojtabai, R.**, Riehm, K.E., Cohen, J.E., Alexander, G.C., Rutkow, L. (2019). Clean indoor air laws, cigarette excise taxes, and smoking: results from the Current Population Survey-

Tobacco Use Supplement, 2003-2011. *Preventive Medicine,* 126: 105744

229. **Mojtabai, R.** (2019). Insurance loss in the era of Affordable Care Act: Association with access to health services. *Medical Care.* 57:567-573

230. Sharifi, V., Shahrivar, Z., Zarafshan, H., Ashkezary, S.B., Stuart, E.A., **Mojtabai, R.**, Wissow, L. (2019). Collaborative care for child and youth mental health problems in a middle-income country: Study protocol for a randomized controlled trial training general practitioners. *Trials* 20:405-

231. Ybarra, M.L., Rodriguez, K.R., Madison, H., **Mojtabai, R.**, Cullen, B.A. (2019). Developing Texting for Relapse Prevention: A salient mHealth program for people with schizophrenia and schizoaffective disorder. *Journal of Nervous and Mental Disorder.* 207:854-862

232. Rafiemanesh, H., Yazdani, K., Nedjat, S., Noroozi, A., Saunders, J., **Mojtabai R.**, Rahimi-Movaghar, A. (2020). Alcohol Use Disorders Identification Test (AUDIT): Validation of the Persian version in an Iranian population. *Alcohol.* 83:127-133

233.*Feder, K., **Mojtabai, R.**, Stuart, E.A., Musci, R., Letourneau, E. (2020). Florida's opioid crackdown and drug, motor vehicle crash, and suicide mortality: A Bayesian interrupted time-series analysis. *American Journal of Epidemiology.* 189:885-893

234. Keepers, G.A., Fochtmann, L.J., Anzia, J.M., Benjamin, S., Lyness, J.M., **Mojtabai, R.**, Servis, M., Walaszek, A., Buckley, P., Lenzenweger, M.F., Young, A.S., Degenhardt, A., Hong, S.H. (2020). The American Psychiatric Association practice guideline for the treatment of patients with schizophrenia. *American Journal of Psychiatry.* 177:868-872.

235. Samples, H., Stuart, E.A., Saloner, B., Barry, C.L., **Mojtabai, R.** (2020). The role of screening in depression diagnosis and treatment in a representative sample of U.S. primary care visits. *Journal of General Internal Medicine.* 35:12-20

236.*Riehm, K.E., Feder, K.A., Tormohlen, K.N., Crum, R.M., Young, A.S., Green, K.M., Pacek, L.R., La Flair, L.N., **Mojtabai, R.** (2020). Associations between time spent using social media and internalizing and externalizing problems among U.S. youth. *JAMA Psychiatry.* 76:1266-1273

237. Spivak, S. Spivak, A., Cullen, B.A., Meuchel, J., Johnston, D., Chernow, R., Green, C., **Mojtabai, R.** (2020). Telepsychiatry use in the United States mental health facilities 2010-2017. *Psychiatric Services.* 71:121-127

238.*Krawczyk, N., **Mojtabai, R.**, Stuart, E.A., Fingerhood, M., Agus, D., Lyons, B.C., Weiner, J.P., Saloner, B. (2020). Opioid agonist treatment and fatal overdose risk in a statewide U.S. population receiving opioid use disorder services. *Addiction.* 115:1683-1694

239. Susukida, R., **Mojtabai, R.**, Amin-Esmaeili, M. (2020). Validation of Addiction Severity

Index (ASI) for assessment of psychiatric comorbidity in multi-site randomized controlled trials. *Dual Diagnosis.*16:312-321

240. Rostam-Abadi, Y., Gholami, J., Amin-Esmaeili, M., Safarcherati, A., **Mojtabai, R.**, Ghadirzadeh, M.R., Rahimi, H., Rahimi-Movaghar, A. (2020). Tramadol use and public health consequences in Iran: A systematic review and meta-analysis. *Addiction.* 115:2213-2242

241. **Mojtabai, R.**, Olfson, M. (2020). National trends in mental health care of adolescents. *JAMA Psychiatry.* 77:703-714

242. Nakimuli-Mpungu, E., Musisi, S., Wamala, K., Okello, J., Ndyanabangi, S., Birungi, J., Nanfuka, M., Etukoit, M., Mayora, C., Ssengooba, F., **Mojtabai, R.**, Nachega, J. and Harari, O., Mills, E.J. (2020). Effectiveness and cost-effectiveness of group support psychotherapy delivered by trained lay health workers for depression treatment among people with HIV in Uganda: a cluster-randomised trial. *Lancet Global Health.* 8:e387-e398

243. Olfson, M., Wall, M.M., Barry, C.L., Mauro, C., Feng, T., **Mojtabai, R.** (2020). A national survey of trends in health insurance coverage of low-income adults following Medicaid expansion. *Journal of General Internal Medicine.* 35:1911-1913

244. Spivak, S., Strain, E., Spivak, A., Cullen, B., Ruble, A.E., Parekh, V., Green, C., **Mojtabai, R.** (2020). Integrated dual diagnosis treatment among United States mental health treatment facilities: 2010 to 2018. *Drug and Alcohol Dependence,* 213, 108074

245. *Tormohlen, K.N., Krawczyk, N., Feder, K.A., Riehm, K., Crum, R.M., **Mojtabai, R.** (2020). The role of Section 1115 waivers on Medicaid coverage and utilization of opioid agonist therapy among persons entering substance use treatment in the US. *Health Services Research.* 55:232-238.

246. **Mojtabai, R.**, Mauro, C., Wall, M.M., Barry, C.L., Olfson, M. (2020). Private health insurance coverage of drug use disorder treatment: 2005-2018. *PLoS ONE.* https://doi.org/10.1371/journal.pone.0240298

247. *Krawczyk, N., Schneider, K.E., Eisenberg, M.D., Richards, T.M., Ferris, L., **Mojtabai, R.**, Stuart, E.A., Lyons, C.B., Jackson, K., Weiner, J.P., Saloner, B. (2020). Opioid overdose death following criminal justice involvement: Linking statewide corrections and hospital databases to detect individuals at highest risk. *Drug and Alcohol Dependence,* 213: 107997

248. Alvanzo, A.H., Storr, C.L., Reboussin, B., Green, K.M., **Mojtabai, R.**, La Flair, L.N., Cullenc, B.A., Susukida, R., Seaman, M., Crum, R.M. (2020). Adverse childhood experiences (ACEs) and transitions in stages of alcohol involvement among US adults: Progression and regression. *Child Abuse & Neglect,* 107: 104624

249. **Mojtabai, R.**, Riehm, K., Cohen, J., Alexander, C., Thrul, J. (2020). Cigarette excise taxes, clean indoor air laws, and use of smoking cessation treatments: A mediation analysis. *Preventive Medicine,* 136: 106098

250. Cullen, B., Rodriguez, K., Eaton, W.W., **Mojtabai, R.**, Von Mach, T., Ybarra, M. (2020). Clinical outcomes from the Texting for Relapse Prevention (T4RP) in Schizophrenia and Schizoaffective Disorder Study. *Psychiatry Research,* 292: 113346

251. *Lin, Y., **Mojtabai, R.**, Goes, F.S., Zandi, P.P. (2020). Trends in prescriptions of lithium and other medications for patients with bipolar disorder in office-based practices in the United States: 1996-2015. *Journal of Affective Disorders.* 276:883-889

252. Susukida, R., Aminesmaeili, M., Mayo-Wilson, E., & **Mojtabai, R.** (2021). Data management in substance use disorder treatment research: Implications from data harmonization of National Institute on Drug Abuse-funded randomized controlled trials. *Clinical Trials,*18:215-225

253. Mansour, O., Tajanlangit, M., Heyward, J., **Mojtabai, R.**, Alexander, G.C. (2021). Telemedicine and office-based care for behavioral and psychiatric conditions during the COVID-19 pandemic in the United States. *Annals of Internal Medicine,* 174:428-430

254. Amin-Esmaeili, M., Baheshmat, S., Tarrahi, M.J., Motevalian, S.A., Sharifi, V., Hajebi, A., **Mojtabai, R.** Rahimi-Movaghar, A. (2021). Assessing risk behaviours in the Iranian general population: results from the Iranian Mental Health Survey. *Eastern Mediterranean Health Journal*, *27*: 953-961

255. Rostam-Abadi, Y., Gholami, J., Amin-Esmaeili, M., Baheshmat, S., Hamzehzadeh, M., Rafiemanesh, H., Nasserbakht, M., Ghalichi, L., Safarcherati, A., Taremian, F. **Mojtabai, R.**, Rahimi-Movaghar, A. (2021). Evidence for an increase in cannabis use in Iran–A systematic review and trend analysis. *PLoS ONE*, *16*(8), p.e0256563

256. Spivak, S., Strain, E., Cullen, B., Ruble, A.E., Antoine, D., **Mojtabai, R.** (2021). Electronic Health Record adoption among US substance use disorder and other mental health treatment facilities. *Drug and Alcohol Dependence,* 220, 108515

257. Daneshvari NO, **Mojtabai R**, Eaton WW, Cullen BA, Rodriguez KM, Spivak S. (2021). Symptom severity and care delay among patients with serious mental illness. *Journal of Health Care for the Poor and Underserved*. 2021;32(3):1312-1319

258. Olfson, M., Zhang, V., King, M., **Mojtabai, R.** (2021). Changes in buprenorphine treatment after Medicaid expansion. *Psychiatric Services*, 72:633-640

259.Rodriguez, K. M., Von Mach, T., Spivak, S., **Mojtabai, R.**, Cullen, B. A. (2021). Assessing self-reported recovery in a community psychiatry setting. *Journal of Psychiatric*

*Practice*; 27(6), 466-471

260. Storr, C. L., Reboussin, B. A., Green, K. M., **Mojtabai, R.**, Susukida, R., Young, A. S., Cullen, B.A., Alvanzo, A.A. and Crum, R.M. (2021). Stressful life events and transitions in problematic alcohol use involvement among US adults. *Substance Use & Misuse,* 56(14):2171-2180

261. Spivak, A., **Mojtabai, R.**, Strain, E., Cullen, B., Eaton, W.W., Spivak, S. (2021). Symptom severity and medication-assisted treatment for individuals with serious mental illness and a history of heroin use. *Psychiatry Research,* 296: 113671

262. Tormohlen, K. N., **Mojtabai, R.**, Seiwell, A., McGinty, E. E., Stuart, E. A., Tobin, K. E., Troiani, V. (2021). Co-occurring opioid use and depressive disorders: Patient characteristics and co-occurring health conditions. *Journal of Dual Diagnosis,* 17(4):296-303

263. Olfson, M., Wall, M., Barry, C.L., Mauro, C., Feng, T. **Mojtabai, R.** (2021). Medicaid expansion and low-income adults with substance use disorders. *The Journal of Behavioral Health Services & Research,* 48:477-486

264. **Mojtabai, R.**, Amin-Esmaeili, M., Spivak, S., Olfson, M. (2021). Remission and treatment augmentation of depression in the United States. *Journal of Clinical Psychiatry,* 82:37793

265. **Mojtabai, R.** (2021). US healthcare reform and enduring barriers to mental health care among low-income adults with psychological distress. *Psychiatric Services,* 72:338-342

266. Thrul, J., Riehm, K.E., Cohen, J.E., Alexander, G.C., Vernick, J.S., **Mojtabai, R.** (2021). Tobacco control policies and smoking cessation treatment utilization: a moderated mediation analysis. *PLoS ONE,* 16(8):e0241512

267. *Riehm, K.E., Thrul, J., Barrington-Trimis, J.L., Kelleghan, A., **Mojtabai, R.**, Leventhal, A.M. (2021). Prospective association of digital media use with alcohol use initiation and progression among adolescents. *Alcoholism: Clinical and Experimental Research,* 45: 877-885

268. *Krawczyk, N., **Mojtabai, R.**, Stuart, E.A., Fingerhood, M.I., Agus, D.B., Lyons, C., Weiner, J.P., Saloner, B. (2021). Opioid agonist treatment is highly protective against overdose death among a US statewide population of justice-involved adults. *The American Journal of Drug and Alcohol Abuse.* 47: 117-126

269. Ansari, M., Rostam-Abadi, Y., Baheshmat, S., Hamzehzadeh, M., Gholami, J., **Mojtabai, R.**, Rahimi-Movaghar, A. (2021). Buprenorphine abuse and health risks in Iran: A systematic review. *Drug and Alcohol Dependence,* 226: 108871

270. Amin-Esmaeili, M., Susukida, R., Johnson, R.M., Farokhnia, M., Crum, R.M., Thrul, J., **Mojtabai, R.** (2021) Patterns of reduced use and abstinence in multi-site randomized

controlled trials of pharmacotherapies for cocaine and methamphetamine use disorders. *Drug and Alcohol Dependence,* 226: 108904

271. Hoffmann, M., McDaid, D., Giovanni, S., Silva Ribeiro, W., Ziebold, C., King, D., Gadelha, A., Miguel, E. Mari, J. Rohde, L., Pan, P., Bressan, R. **Mojtabai, R.,** Evans-Lacko, S. (2021). The impact of child psychiatric conditions on future educational outcomes among a community cohort in Brazil. *Epidemiology and Psychiatric Sciences*, 30:e69

272. *Riehm, K.E., **Mojtabai, R.,** Adams, L.B., Krueger, E.A., Mattingly, D.T., Nestadt, P.S., Leventhal, A.M. (2021) Adolescents' concerns about school violence or shootings and association with depressive, anxiety, and panic symptoms. *JAMA Network Open*. 4: e2132131

273. Olfson, M., Wall, M.M., Barry, C.L., Mauro, C., Choi, C.J., **Mojtabai, R** (2021). Effects of the ACA on health care coverage for adults with substance use disorders. *Psychiatric Services,* 72:905–911

274. Zarafshan, H., Wissow, L.S., Shahrivar, Z., **Mojtabai, R.,** Khademi, M., JafariNia, M., Hajebi, A., Abolhassani, F. and Sharifi, V. (2021). Children and adolescents' mental health in Iran's primary care: Perspectives of general practitioners, school staff, and help seekers. *Global Social Welfare,* 8:1-10

275. *Riehm KE, **Mojtabai R.** (2022). Trends in parent-rated emotional symptoms, conduct problems, and hyperactivity/inattention among U.S. children and adolescents, 2004-2019. *Journal of Affective Disorders,* 299: 294–297

276. **Mojtabai, R.** (2022). COVID-19 vaccination and mental health distress. *Journal of General Internal Medicine,* 37:1020-1021

277. *Von Mach, T., Rodriguez, K., **Mojtabai, R.,** Spivak, S., Eaton, W.W.,Cullen,B.A. (2022). The relationship between social and environmental factors and symptom severity in the seriously mentally ill population. *International Journal of Social Psychiatry,* 68:171-176

278. Ybarra, M.L., Rodriguez, K.M., Fehmie, D.A., **Mojtabai, R.** and Cullen, B. (2022). Acceptability of Texting 4 Relapse prevention, text messaging-based relapse prevention program for people with schizophrenia and schizoaffective disorder. *The Journal of Nervous and Mental Disease*, 210: 123-128

279. Green, K.M., Reboussin, B.A., Storr, C.L., **Mojtabai, R.,** Susukida, R., Young, A.S., Cullen, B.A., Luken, A., Amin-Esmaeili, M., Crum, R.M. (2022). Impact of early, weekly drinking on latent classes of alcohol involvement progression and recovery: Evidence from the NESARC Waves 1 and 2. *Addictive Behaviors Reports*, *15*, p.100410

280.*Riehm, K.E., Brignone, E., Stuart, E.A., Gallo, J.J., **Mojtabai, R.** (2022). Diagnoses and

treatment after depression screening in primary care among youth. *American Journal of Preventive Medicine,* 62:511-518

281. Spivak, S., Spivak, A., Decker, M.R., Cullen, B., Yao, M., **Mojtabai, R.** (2022). Availability of trauma-specific services in US substance use disorder and other mental health treatment facilities: 2015-2019. *Psychiatric Quarterly,* 93: 703-715

282. **Mojtabai, R.**, Amin-Esmaeili, M. (2022). Validity of self-reports of medication treatment of depression in general population surveys. *Pharmacoepidemiology and Drug Safety,* 31:461-466

283. *Riehm, K., Brignone, E., Gallo, J.J., Stuart, E., **Mojtabai, R.** (2022). Emergency health services use and medically-treated suicidal behaviors following depression screening among adolescents: a longitudinal cohort study. *Preventive Medicine,* 161: 107148

284. Bulage, L., Akimana, B., Namuli, J.D., Musisi, S., Birungi, J., Etukoit, M., **Mojtabai, R.**, Nachega, J.B., Mills, E.J., Nakimuli-Mpungu, E. (2022). Risk factors for viral non-suppression among people living with HIV and major depressive disorder in Uganda. *World Journal of AIDS*, 12:43-54

285. Riehm, K.E., Brignone, E., Stuart, E.A., Gallo, J.J., **Mojtabai, R.** (2022). Diagnoses and treatment after depression screening in primary care among youth. *American Journal of Preventive Medicine*, 62:511-518

286. Kaufmann, C.N., Spira, A.P., Wickwire, E.M., **Mojtabai, R.,** Ancoli-Israel, S., Fung, C.H., Malhotra, A. (2022). Declining trend in use of medications for sleep disturbance in the United States from 2013 to 2018. *Journal of Clinical Sleep Medicine,* 18: 2459-2465

287. Crum, R.M., Green, K.M., Amin-Esmaeili, M., Susukida, R., **Mojtabai, R.**, Storr, C.L., Riehm, K.E., Young, A.S., Reboussin, B.A. (2022). The role of mood disorders in the progression of and recovery from alcohol and drug use problems: A latent transition analysis. *Drug and Alcohol Dependence,* 238: 109566

288. Tomko, C., Olfson, M., **Mojtabai, R.** (2022). Gaps and barriers in drug and alcohol treatment following implementation of the Affordable Care Act. *Drug and Alcohol Dependence Reports,* 5: 100115

289. Olfson, M., Mauro, C., Wall, M.M., Choi, C.J., Barry, C.L., **Mojtabai, R.** (2022). Healthcare coverage and service access for low-income adults with substance use disorders. *Journal of Substance Abuse Treatment,* 137: 108710

290. Nakimuli-Mpungu, E., Smith, C.M., Wamala, K., Okello, J., Birungi, J., Etukoit, M., **Mojtabai, R.**, Nachega, J.B., Harari, O., Seggane, M., Mills, E.J. (2022). Long-term effect of Group Support Psychotherapy on depression and HIV treatment outcomes: Secondary

analysis of a cluster randomized trial in Uganda. *Psychosomatic Medicine,* 84: 914–923

291. **Mojtabai, R.** (2022). Estimating the prevalence of substance use disorders in the US using the benchmark multiplier method. *JAMA Psychiatry,* 79: 1074-1080

292. Park, J.N., Schneider, K.E., Fowler, D., Sherman, S.G., **Mojtabai, R.**, Nestadt, P.S. (2022). Polysubstance overdose deaths in the fentanyl era: A latent class analysis. *Journal of Addiction Medicine,* 16: 49-55

293. Gholami, J., Baheshmat, S., Rostam-Abadi, Y., Mamzehzadeh, M., **Mojtabai, R.**, Rahimi-Movaghar, A., Amin-Esmaeili, M. (2022). Mortality and negative outcomes of opioid use and opioid use disorder: a six-year follow-up study. *Addiction,* 117: 2059-2066

294. Rostam-Abadi, Y., Gholami, J., Noroozi, A., Ansari, M., Baheshmat, S., Hamzehzadeh, M., Ghadirzadeh, M.R., Vahdani, B., Ekhtiari, H., **Mojtabai, R.**, Rahimi-Movaghar, A. (2022). Public health risks associated with methadone in Iran: A systematic review and meta-analysis. *International Journal of Drug Policy,* 100: 103529

295. Hong, H., Liu, L., **Mojtabai, R.**, Stuart, E.A. (2023). Calibrated meta-analysis to estimate the efficacy of mental health treatments in target populations: an application to paliperidone trials for treatment of schizophrenia. *BMC Medical Research Methodology*, 23: 1-10.

296. Olfson, M., Mauro, C., Wall, M.M., Barry, C.L., Choi, C.J., **Mojtabai, R.** (2023). Medicaid Expansion and racial-ethnic health care coverage disparities among low-income adults with substance use disorders. *Psychiatric Services,* 74: 604-613

297. Presskreischer, R., Barry, C.L., Lawrence, A.K., McCourt, A., **Mojtabai, R.**, McGinty, E.E. (2023). Enforcement of the Mental Health Parity and Addiction Equity Act: State Insurance Commissioners' statutory capacity. *Psychiatric Services,* 74: 652-655

298. Sosnowski, D.W., Feder, K.A., Astemborski, J., Genberg, B.L., Letourneau, E.J., Musci, R.J., **Mojtabai, R.**, McCall L., Hollander, E., Loving, L., Maher, B.S., Kirk, G.D., Mehta, S.H., Sun, J. (2023). Adverse childhood experiences and comorbidity in a cohort of people who have injected drugs. *BMC Public Health,* 22: 1-8

299. Presskreischer, R., Barry, C.L., Lawrence, A.K., McCourt, A., **Mojtabai, R.**, McGinty, E.E. (2023). Factors affecting state-level enforcement of the Federal Mental Health Parity and Addiction Equity Act: A cross-case analysis of four states. *Journal of Health Politics, Policy and Law*, 48: 1-34

300. Sharifi, V., Shahrivar, Z., Zarafshan, H., Ashezary, S.B., Arabgol, F., Khademi, M., Jafarinia, M., Hajebi, A., Abolhassani, F., Emami, S., Ashkezari, A.B., Stuart, E.A., **Mojtabai, R.**, Wissow, L. (2023). Effect of general practitioner training in a collaborative child mental health care program on children's mental health outcomes in a low-resource

setting: A cluster randomized trial. *JAMA Psychiatry*, 80: 22-30

301. Wang, B., Susukida, R., **Mojtabai, R.**, Amin-Esmaeili, M., Rosenblum, M. (2023) Model-robust inference for clinical trials that improve precision by stratified randomization and adjustment. *Journal of the American Statistical Association,* 118*:* 1152-1163

302. Amin-Esmaeili, M., Farokhnia, M., Susukida, R., Leggio, L., Johnson, R.M., Crum, R.M., **Mojtabai, R.** (2024). Reduction in drug use as an alternative valid outcome in individuals with stimulant use disorders: Findings from 13 multisite randomized clinical trials. *Addiction,* 119(5): 833-843

303. Young, A.S., Reboussin, B.A., Riehm, K., **Mojtabai, R.**, Green, K.M., O'Gorman, E.T., Susukida, R., Amin-Esmaeili, M. and Crum, R.M. (2024). Associations between mental health & substance use treatment and alcohol use progression and recovery among US women drinkers. *PloS One*, *19*(7):e0306820.

304. Aluri, J., Eisenberg, D., Hoban, M. T., Wilcox, H. C., & **Mojtabai, R.** (2024). Discrepancies in prevalence estimates of suicidal ideation and attempts in 18-to 22-year-old US college students: a comparison of three surveys. *Social Psychiatry and Psychiatric Epidemiology*: *59*(11), 1919-1929.

305. Askari, M.S., Belsky, D.W., Olfson, M., Breslau, J., **Mojtabai, R.**, Kajeepeta, S., Bruzelius, E. and Keyes, K.M. (2024). An integrative literature review of birth cohort and time period trends in adolescent depression in the United States. *Social Psychiatry and Psychiatric Epidemiology*, *59*(6): 899-915.

306. **Mojtabai, R.**, Susukida, R., Farokhnia, M., Nguyen, T.Q., Dunn, K.E. and Amin-Esmaeili, M. (2024). Trajectories of craving in the course of pharmacotherapy trials for methamphetamine use disorder. *Addiction*, *119*(10):1803-1812.

307. Moon, K. J., Linton, S. L., & **Mojtabai, R.** (2024). Medical Debt and the mental health treatment gap among US adults. *JAMA Psychiatry*, *81*(10):985-992.

308. Ettman, C.K., Lupton Brantner, C., Albert, M., Goes, F., **Mojtabai, R.**, Spivak, S., Stuart, E.A., Zandi, P.P. (2024). Trends in telehealth and in-person psychiatric care from 2017-2022 among patients with depression in a large US academic medical system. *Psychiatric Services.* 75(2):178-181

309. **Mojtabai, R.**, Susukida, R., Nejat, K., Amin-Esmaeili, M. (2024). Association of cigarette excise taxes and clean indoor air laws with change in smoking behavior in the United States: A Markov modeling analysis. *Journal of Public Health Policy,* 45(1):100-113

310. Aluri, J., Terzian, A., **Mojtabai, R.**, & Arria, A. (2025). ADHD assessment and treatment services in a sample of US colleges and universities. *Psychiatric Services*, *76*(2):177-184.

311. Nasirpour, N., **Mojtabai, R.**, Savari, E., Hajebi, A., Rahimi-Movaghar, A., & Motevalian, A. (2025). Objective socioeconomic status, subjective social status, and mental disorders in Iranian mental health survey (IranMHS): A mediation analysis. *Journal of Affective Disorders*: 372, 279-286.

312. Ettman, C.K., Ringlein, G.V., Dohlman. P., Straub, J., Brantner, C.L., Chin, E.T., Sthapit, S., Badillo Goicoechea, E., **Mojtabai, R.**, Albert, M., Spivak, S., Iwashyna, T.J., Goes, F.S., Stuart, E.A., Zandi, P.P. (2025). Trends in mental health care and telehealth use across area deprivation: An analysis of electronic health records from 2016 to 2024. *PNAS Nexus*, 4(2): pgaf016. doi:10.1093/pnasnexus/pgaf016.

313. Susukida, R., Amin-Esmaeili, M., Badillo-Goicoechea, E., Nguyen, T.Q., Stuart, E.A., Rosenblum, M., Dunn, K.E. & **Mojtabai, R.** (2025). Application of Causal Forest Model to Examine Treatment Effect Heterogeneity in Substance Use Disorder Psychosocial Treatments. *International Journal of Methods in Psychiatric Research*, *34*(1):e70011.

314. Ettman, C.K., Brantner, C.L., Goicoechea, E.B., Dohlman, P., Ringlein, G.V., Straub, J., Sthapit, S., **Mojtabai, R.**, Spivak, S., Albert, M. and Goes, F.S. (2025). Gaps in psychiatric care before and after the COVID-19 pandemic among patients with depression using electronic health records. *Psychiatry Research*, *344*:116354.

315. **Mojtabai, R.** and Olfson, M. (In Press). Trends in Mental Disorders in Children and Adolescents Receiving Treatment in the State Mental Health System. *Journal of the American Academy of Child & Adolescent Psychiatry*.

316. Aghaei, A.M., Wissow, L., **Mojtabai, R.**, Zarafshan, H., Shahrivar, Z., Nikzad, A.H. and Sharifi, V. (In Press). Parental objective, subjective, and contextual socioeconomic status and children's mental health in Iran: The mediating effect of the subjective measure. *Progress in Psychiatry and Behavioral Sciences*

317. Presskreischer, R., **Mojtabai, R.**, Mauro, C., Zhang, Z., Wall, M., & Olfson, M. (In Press). Medicaid expansion and medications to treat opioid use disorder in outpatient specialty care from 2010 to 2020. *Journal of Substance Use and Addiction Treatment*, *168*, 209568.

318. Otsuka, Y., Kaneita, Y., Spira, A.P., **Mojtabai, R.**, Itani, O., Jike, M., Higuchi, S., Kanda, H., Kuwabara, Y., Kinjo, A., Osaki, Y. (In Press). Trends in sleep problems and patterns among Japanese adolescents: 2004 to 2017. *Lancet Regional Health-Western Pacific*

319. Lee, B.J., Cotes, R.O., **Mojtabai, R.**, Margolis, R.L., Nucifora, F.C., Nestadt, P.S. (In Press). The protective effect of clozapine on suicide: a population mortality study of statewide autopsy records in Maryland. *Journal of Clinical Psychiatry*

320. *Aluri, J., Goodman, D., Antshel, K., **Mojtabai, R.** (In Press). Variation in ADHD treatment

by mental health care setting among US college students from 2019 to 2022. *Journal of Attention Disorders*

321. *Young, A.S., Findling, R.L., Riehm, K.E., Seegan, P., Crum, R.M., **Mojtabai, R.**, Chiappini, E.A., Youngstrom, E.A., Fristad, M.A., Arnold, L.E., Birmaher, B. (In Press). Adequacy of children's psychopharmacology services: Variations by race and clinical characteristics. *Psychiatric Services*

322. Weiss, A., Chaudhry, S., Atiya, W., Long, S., Roy, R., & **Mojtabai, R.** (In Press). Reducing duration of untreated psychosis: Strengthening the case for early detection campaigns. *Psychiatric Services*

323. Rostam-Abadi, Y., Gholami, J., Jobehdar, M.M., Ardeshir, M., Aghaei, A.M., Olamazadeh, S., Taj, M., Saeed, K., **Mojtabai, R.** and Rahimi-Movaghar, A. (In Press). Drug use, drug use disorders, and treatment services in the Eastern Mediterranean region: A systematic review. *Lancet Psychiatry*.

324. **Mojtabai, R.** (In Press). Problematic social media use and psychological symptoms in adolescents. *Social Psychiatry and Psychiatric Epidemiology*

325. Askari, M. S., Belsky, D. W., Olfson, M., **Mojtabai, R.**, Breslau, J., & Keyes, K. M. (In Press). Poverty and birth cohort effects of experiencing the 2007–2009 Great Recession during adolescence on major depressive episodes and mental health treatment of young adults in the United States. *Social Psychiatry and Psychiatric Epidemiology*

326. *Aluri, J., **Mojtabai, R.**, & Strain, E. C. (In Press). Examining NSDUH's Assessment of Fentanyl Use: A Comparison of Trends in Fentanyl Use and Fentanyl Overdose Deaths from 2015-2020. *Journal of Studies on Alcohol and Drugs*

327. Aluri, J., Terzian, A., **Mojtabai, R.**, & Arria, A. (2025). Prevalence of On-Campus Student Mental Health Services at US Colleges and Universities: A Web-Based Analysis. *Psychiatric Services*

328. Witmer, A.M., Deng, Y., **Mojtabai, R.**, Wilcox, H.C. and Aluri, J. (2025). The Association Between College Enrollment and Suicide Attempts by Race and Ethnicity. *Prevention Science*

*\* Advisee/mentee paper.*

**Datapoints:**

1. **Mojtabai, R.** (1999). Datapoint: Prescription patterns for mood and anxiety disorders in a community sample. *Psychiatric Services,* 50:1557

2. **Mojtabai, R.** (2003). Datapoint: Perceived benefits of substance abuse treatments.

*Psychiatric Services* 54:780

3. **Mojtabai, R.** (2007). Datapoint: Use of information technology by psychiatrists and other medical providers. *Psychiatric Services* 58:1261

4. *Samples, H., **Mojtabai, R.** (2013). Datapoint: Antidepressant use in European Union: Perceived targets and patterns. *Psychiatric Services,* 64:208

*\* Advisee/mentee paper.*


**Peer-Reviewed Case Reports, Research Letters, Letters to the Editor, Invited Commentaries and Review Articles:**

1. Sanati, M., **Mojtabai, R.** (1992). Capgras syndrome and the Mignon delusion [case report]. *American Journal of Psychiatry*, 149:709-10

2. Sanati, M., **Mojtabai, R.** (1993). Fregoli syndrome with a jealous theme [case report]. *Journal of Clinical Psychiatry*, 54:490-91

3. **Mojtabai, R.** (2007). Commentary on "Emotional, developmental, and behavioral health of American children and their families: A report the 2003 National Survey of Children's Health" by Blanchard, L. T., et al. *Evidence Based Mental Health,* 10:29

4. **Mojtabai, R.** (2007). The public health impact of antidepressant medications. *Iranian Journal of Psychiatry and Behavioral Sciences* 1:2-6

5. **Mojtabai, R.**, Fochtmann, L., Chang, S.W., Kotov, R., Craig, T.J., Bromet, E. (2010). Patterns of mental health service use and unmet needs for care in individuals with schizophrenia in the US. *US Psychiatry*, 3:53–58

6. *Nugent, K.L., Paksarian, D., **Mojtabai, R.** (2011). Nonaffective acute psychoses: Uncertainties on the way to DSM-V and ICD-11. *Current Psychiatry Reports*, 13:203-210

7. **Mojtabai, R.**, Fochtmann, L., Kotov, R., Chang, S.W., Craig, T.J. and Bromet, E. (2011). Mental health service use and unmet needs for care in individuals with schizophrenia in the US. *European Psychiatric Review*, 4:112-116

8. *Paksarian, D., **Mojtabai, R.** (2013). Distinguishing bereavement from depression in DSM-5: Evidence from longitudinal epidemiologic surveys. *Psychiatric Annals,* 43:276–282

9. Schomerus, G., Matschinger, H., Baumeister, S.E., **Mojtabai, R.**, Angermeyer, M.C. (2014). Public attitudes towards psychiatric medication: a comparison between United States and Germany. *World Psychiatry,* 13:320-321

10. Jorm, A.F., Patten, S.B., Brugha, T.S., **Mojtabai, R.** (2016) Scaling-up of treatment of depression and anxiety. *Lancet Psychiatry,* 3:603

11. **Mojtabai, R.** (2017). Universal depression screening to improve depression outcomes in

primary care: Sounds good, but where is the evidence? *Psychiatric Services,* 68:724-726

12. Susukida, R., Nishi, D., Kawashima, Y., Koido, Y., **Mojtabai, R.**, Matsuoka, Y.J. (2018). Generalizability of findings from a randomized controlled trial of fish oil supplementation for attenuating posttraumatic stress symptoms among rescue workers in Japan. *Psychotherapy and Psychosomatic,* 87:114-115

13. Chen, L.Y., Kaufmann, C.N., **Mojtabai, R.** (2018). Major depression and sedative-hypnotic use disorder: A review. *Current Addiction Reports,* 5:330–335

14. Nestadt, P., Triplett, P., **Mojtabai, R.**, Berman, A. L. (2020) Universal screening may not prevent suicide. *Journal of General Hospital Psychiatry,* 63: 14-15

15. **Mojtabai, R.** (2020). Taking Issue: Caring for depression—progress and lingering questions. *Psychiatric Services,* 71: 535-535

16. **Mojtabai, R.** (2021). Estimating the prevalence of schizophrenia in the United States using the multiplier method. *Schizophrenia Research,* 230, 48-49

17. Wang, B., Susukida, R., **Mojtabai, R.**, Amin-Esmaeili, M., and Rosenblum, M. (2021) Comment: Inference after covariate-adaptive randomisation: aspects of methodology and theory. *Statistical Theory and Related Fields*, 5, 190-191.

   *** Advisee/mentee paper.**

**Book Reviews:**

1. **Mojtabai, R.** (1990). Review of *Self-Destruction in the Promised Land: A Psychocultural Biology of American Suicide*. By H.I. Kushner. Rutgers University Press, Piscataway, NJ. 1989. *Nashr-e-Danesh*, 5:45-53 (in Farsi).

2. **Mojtabai, R.** (2006). Review of *Measuring the Mind: Conceptual Issues in Contemporary Psychometrics*. By D. Borsboom. Cambridge University Press: Cambridge, UK. 2005. *Psychological Medicine*, 36:131-133

**Book Chapters:**

1. Susser, E., **Mojtabai, R.** (1999). Epidemiology in schizophrenia research: The untapped potential. In Gattaz, W.F., Hafner, H. (Eds.). *Search for the Causes of Schizophrenia, Vol IV*. Darmstadt: Steinkopf Verlag.

2. Bromet, E.J., **Mojtabai, R.**, Fennig, S. (2002). Epidemiology of first-episode schizophrenia: The Suffolk County Mental Health Project. In Zipursky, R.B., Schulz, S.C. (Eds). *The Early Stages of Schizophrenia*.  Washington DC: APA Press.

3. **Mojtabai, R.** (2005). Acute and transient psychotic disorders and brief psychotic disorder. In Sadock, B.J., Sadock, V. (Eds) *Comprehensive Textbook of Psychiatry*, 8th Edition. New York: William & Wilkins.

4. **Mojtabai, R.** (2005). Culture-bound syndromes with psychotic features. In Sadock, B.J., Sadock, V. (Eds). *Comprehensive Textbook of Psychiatry*, 8th Edition. New York: William & Wilkins.

5. Fochtmann, L.J., **Mojtabai, R.**, Bromet E.J. (2009). Other psychotic disorders. In Sadock, B.J., Sadock, V., Ruiz, P. (Eds). *Comprehensive Textbook of Psychiatry*, 9th Edition. New York: William & Wilkins.

6. **Mojtabai, R.**, Eaton, W.W., Maulik, P.K. (2012). Pathways to care: Need, attitudes, barriers. In Eaton, W.W. (Ed.) *Public Mental Health*. New York, Oxford University Press.

7. Eaton, W.W., **Mojtabai, R.**, Stuart, E.A., Leoutsakos, J-M S., Kuramoto, S.J. (2012). Assessment of distress, disorder, impairment and need in the population. In Eaton, W.W. (Ed.) *Public Mental Health*. New York, Oxford University Press.

8. **Mojtabai, R.** (2016). Common themes and divergent views on heterogeneity in long-term course and outcome of adult mental and substance disorders. In Bromet, E.J. (Ed.) *Long-Term Outcomes in Psychopathology Research*. Oxford University Press.

9. **Mojtabai, R.**, Fochtmann, L.J., Bromet E.J. (2017). Other psychotic disorders. In Sadock, B.J., Sadock, V., Ruiz, P. (Eds). *Comprehensive Textbook of Psychiatry*, 10th Edition. New York: William & Wilkins.

10. **Mojtabai, R.**, Murray, S., Eaton, W.W. (2019). Pathways to care: Need, attitudes, barriers. In Eaton, W.W., Fallin, M.D. (Ed.) *Public Mental Health, 2nd Edition*. New York, Oxford University Press.

11. Eaton, W.W., **Mojtabai, R.**, Stuart, E.A., Leoutsakos, J.S., Myllyluouma, J. (2019). Assessment of distress, disorder, impairment and need in the population. In Eaton, W.W., Fallin, M.D. (Ed.) *Public Mental Health, 2nd Edition*. New York, Oxford University Press.

12. **Mojtabai, R.**, Fochtmann, L.J., Bromet E.J. (2024). Other psychotic disorders. In Boland, R., Verduin, M.L. (Eds) *Kaplan and Sadock's Comprehensive Textbook of Psychiatry*, 11th Edition. New York: William & Wilkins.

**Practice Guidelines:**

1. Keepers, G.A., Fochtmann, L.J., Anzia, J.M., Benjamin, S., Lyness, J.M., **Mojtabai, R.**, Servis, M., Walaszek, A., Buckley, P., Lenzenweger, M.F., Young, A.S., Degenhardt, A. (2020). *American Psychiatric Association Practice Guideline for the Treatment of Patients*

*with Schizophrenia*. American Psychiatric Association, Washington, DC.
https://psychiatryonline.org/doi/pdf/10.1176/appi.books.9780890424841

2.  Keepers, G.A., Fochtmann, L.J., Anzia, J.M., Benjamin, S., Lyness, J.M., **Mojtabai, R.**, Servis, M., Walaszek, A., Buckley, P., Lenzenweger, M.F. and Young, A.S., Degenhardt, A. (2020). The American Psychiatric Association Practice Guideline for the Treatment of Patients with Schizophrenia. *American Journal of Psychiatry*; *177*: 868-872 (reprinted in: *Focus*, 2020;18:493-497).

3.  Keepers, G.A., Fochtmann, L.J., Anzia, J.M., Benjamin, S., Lyness, J.M., **Mojtabai, R.**, Servis, M., Choi-Kain, L., Nelson, K.J., Oldham, J.M., Sharp, C., Degenhardt, A., Fochtmann, L.J., Oldham, J.M., Hong, S.H., Medicus, J. (2024). The American Psychiatric Association Practice Guideline for the Treatment of Patients with Borderline Personality Disorder. *American Journal of Psychiatry*. 181:1024-1028

4.  Keepers, G.A., Fochtmann, L.J., Anzia, J.M., Benjamin, S., Lyness, J.M., Mojtabai, R., Servis, M., Choi-Kain, L., Nelson, K.J., Oldham, J.M., Sharp, C., Degenhardt, A., Fochtmann, L.J., Oldham, J.M., Hong, S.H., Medicus, J. (2025). *The American Psychiatric Association Practice Guideline for the Treatment of Patients with Borderline Personality Disorder, Second Edition*. American Psychiatric Association, Washington, DC.

**Web-Based Medical References:**

1.  **Mojtabai, R.** (2014-). Brief psychotic disorder. In *UpToDate*® Wolters Kluwer Health.
http://www.uptodate.com/contents/brief-psychotic-disorder

2.  **Mojtabai, R.,** Paul Nestadt, MD (2016-). Brief psychotic disorder. In *Johns Hopkins POC-IT Guides-Psychiatry*, Unbound Medicine Inc.
http://www.hopkinsguides.com/hopkins/view/Johns_Hopkins_Psychiatry_Guide/787041/all/Brief%20Psychotic%20Disorder

Pubmed link: https://www.ncbi.nlm.nih.gov/pubmed/?term=Mojtabai+R

Google Scholar link: https://scholar.google.com/citations?user=m7zj048AAAAJ&hl=en&oi=ao

**CURICULUM VITA**

Ramin Mojtabai

Part II

**TEACHING**

**Advisees**

Erin Masterson, iMPH student, 2010-2011

Rachel Hingst, MPH student, 2010-2011

Katie Bonebrake (Nugent), PhD student, Department of Mental Health, JHSPH, 2009-2011

Ruben Miozzo, MD, PhD student, Department of Mental Health, JHSPH, 2010-2011

Chris Kaufmann, PhD student, Department of Mental Health, JHSPH, 2010-2015

Lian-Yu Chen, MD, PhD student, Department of Mental Health, JHSPH, 2011-2014

Tshering Dolkar, MA, Hubert Humphrey Fellow, JHSPH, 2011-2012

Julia Zur, PhD student, Department of Mental Health, JHSPH, 2010-2012 (graduated 2012)

Dawn Corbett, MPH student, 2012-2014 (graduated 2014)

Vandad Sharifi, MD, Post-doctoral fellow, Department of Mental Health, JHSPH 2013-2014

Pia Mauro, PhD student, Department of Mental Health, JHSPH, 2013-2015

Nadiya Sunderji, MD, iMPH student, 2012-2016

Fatima Mohiuddin, iMPH student, 2015-208

Liming Dong, MD, MHS, PhD student, 2014-2016 (graduated 2016)

Arnob Chakraborti, MD, MPH student, 2016-2019

Noa Krawczyk, PhD student, 2015-2019

Paul Nestadt, MD, Post-doctoral fellow at the Psychiatric Epidemiology Training Program,
     2016-2018

Kayla Tromohlen, PhD student, 2016-2020

Kira Rhiem, PhD student, 2017-

Ahmed Hassib, MD, MPH, 2016-2017

Brittany L. Parmentier, PharmD., BCPS, MPH candidate, 2017-2019

Brady Garret, PhD, MPH student, 2017-2021

Billina Shaw, MD, MPH student, 2018-2021

Catherine Tomko, PhD, Post-doctoral fellow at the Drug Dependence Epidemiology Training
     Program, 2020-

Amanda Luken, PhD student, 2020-2024


**Master's Capstone advising**

Chris Kaufmann, MHS candidate, Department of Mental Health, JHSPH, 2010

Jessy Warner-Cohen, MPH candidate, JHSPH, 2010

Rachel Hingst, MPH candidate, JHSPH, 2011

Hillary Samples, MHS candidate, Department of Mental Health, 2013

Jennay Ghorwal, MHS candidate, Department of Mental Health, 2013

Emily Metzger, MHS candidate, Department of Mental Health, 2015

Michael Sullivan Phillips, MHS candidate, Department of Mental Health, 2020

Brady Garrett, PhD, MPH candidate, Bloomberg American Health Initiative, 2021

**Preliminary Doctoral Thesis Oral Examination**

Lareina La Flair, Department of Mental Health, JHSPH, 2009

Janet Kuramoto, Department of Mental Health, JHSPH, 2009

Katie Bonebrake (Nugent), Department of Mental Health, JHSPH, 2010

Namrita Singh, Department of International Health, JHSPH, 2010

Etheldreda Nakimuli-Mpungu, Department of Mental Health, JHSPH, 2010

Itziar Familiar, Department of Mental Health, JHSPH, 2011

Mary (Beth) McGinty, Department of Health Policy and Management, 2011 (chair)

Diana Paksarian, Department of Mental Health, 2012 (chair)

Megan Schuler, Department of Mental Health, 2012

Lauren Ropelewski, Department of Mental Health, 2012 (chair)

Lian-Yu Chen, MD, PhD candidate, Department of Mental Health, JHSPH, 2012

Laysha Ostrow, PhD candidate, Department of Mental Health, JHSPH, 2013

Elizabeth Pfoh, PhD candidate, Department of Health Policy and Management, JHSPH, 2013 (chair)

Angela Lee-Winn, PhD candidate, Department of Mental Health, JHSPH, 2014

Pia Mauro, PhD candidate, Department of Mental Health, JHSPH, 2015 (advisor)

Liming Dong, MD, MHS, PhD candidate, Department of Mental Health, 2015 (advisor)

Lamar Hunt, PhD candidate, Department of Epidemiology, JHSPH, 2018 (chair)

Benjamine Ackerman, PhD candidate, Department of Biostatistics, JHSPH, 2018

Kenneth Feder, PhD candidate, Department of Mental Health, 2018

Noa Krawczyk, PhD candidate, Department of Mental Health, 2018 (advisor)

Kayla Tormohlen, PhD candidate, Department of Mental Health, 2019 (advisor)

Sherri-Chanelle Brighthaupt, Department of Mental Health, JHSPH, 2019

Trang Quynh Nguyen, PhD, PhD candidate, Department of Biostatistics, 2020

Rachel Presskreischer, PhD candidate, Department of Health Policy and Management, 2020 (chair)

Kayla Tormohlen, Department of Mental Health, JHSPH, 2020 (advisor)

Kira Riehm, PhD candidate, Department of Mental Health, JHSPH, 2020 (advisor)

Ben Hamlin, DrPH candidate, Department of Health Policy and Management, JHSPH, 2020

(chair)

Luke Aldrich, PhD candidate, Department of Mental Health, JHSPH, 2020

Courtney Nordeck, PhD candidate, Department of Mental Health, JHSPH, 2021

Amanda Luken, PhD candidate, Department of Mental Health, 2023

Nicole McConico, PhD candidate, Department of Mental Health, 2023


**Final Doctoral Thesis Oral Examination**

Rufina JiYoung Lee, School of Social Work, Columbia University, 2006

Katie Bonebrake (Nugent), Department of Mental Health, JHSPH, 2011 (advisor)

Janet Kuramoto, Department of Mental Health, JHSPH, 2011

Etheldreda Nakimuli-Mpungu, Department of Mental Health, JHSPH, 2011

Waleed Zafar, Department of Health, Behavior and Society, JHSPH, 2012 (chair)

Julia Zur, Department of Mental Health, JHSPH, 2012 (advisor)

Rachana Sikka, Department of Health, Behavior and Society, JHSPH, 2012 (chair)

Mary (Beth) McGinty, Department of Health Policy and Management, JHSPH, 2013

Edward Hammond, Department of Epidemiology, JHSPH, 2013

Diana Paksarian, Department of Mental Health, JHSPH, 2013

Elizabeth Pfoh, Department of Health Policy and Management, JHSPH, 2014 (chair)

Lian-Yu Chen, Department of Mental Health, JHSPH, 2014 (advisor)

Pia Mauro, Department of Mental Health, JHSPH, 2015 (advisor)

Liming Dong, Department of Mental Health, JHSPH, 2016 (advisor)

Remington Nevin, Department of Mental Health, JHSPH, 2016

Hillary Samples, Department of Health Policy and Management, JHSPH, 2017 (chair)

Ryoko Susukida, Department of Mental Health, JHSPH, 2017

Roza Vazin, Department of Health Policy and Management, JHSPH, 2018 (chair)

Keneth Feder, Department of Mental Health, JHSPH, 2019

Aravind Pillai, Department of Epidemiology, School of Public Health, Columbia University, 2019

Noa Crawczyk, Department of Mental Health, JHSPH, 2019 (advisor)

Kayla Tormohlen, Department of Mental Health, JHSPH, 2020 (advisor)

Sherri-Chanelle Brighthaupt, Department of Mental Health, JHSPH, 2020

Bingkai Wang, Department of Biostatistics, JHSPH, 2021 (chair)

Rachel Presskreischer, Department of Health Policy and Management, JHSPH, 2021 (chair)

Kira Riehm, Department of Mental Health, JHSPH (advisor)

Trang Quynh Nguyen, Department of Biostatistics, JHSPH, 2021 (chair)

Ben Hamlin (DrPH), Department of Health Policy and Management. JHSPH, 2021

Melanie Askari, Department of Epidemiology, Columbia University, 2022

Amenda Luken, Department of Mental Health, Johns Hopkins Bloomberg School of Public Health, JHSPH, 2024

**Master's thesis evaluation**

Renee Goodwin, MPH candidate, Department of Epidemiology, School of Public Health, Columbia University, New York, NY, 2001

Ashley R. Jaramillo, MHS candidate, Department of Mental Health, JHSPH, 2010

Adam Hoffberg, MHS candidate, Department of Mental Health, JHSPH, 2011

Fabiola Ramos, MHS candidate, Department of Mental Health, JHSPH, 2011

Haley Deutch, MHS candidate, Department of Mental Health, JHSPH, 2012

Yoon-Kyu Sung, MHS candidate, Department of Epidemiology, JHSPH, 2013

Shiyin Jiao, MHS candidate, Department of Epidemiology, JHSPH, 2016

Mark Kealhofer, ScM candidate, Department of Epidemiology, JHSPH, 2017

Michael Sullivan Phillips, MHS candidate, Department of Mental Health, JHSPH, 2020

Brady Garrett, PhD, Bloomberg American Health MPH candidate, JHSPH, 2021

**Classroom/Online Instruction**

**2025-Present:** Quality improvement (lecture series and project supervision for Triple-Board and Child Psychiatry Fellowship Program, Department of Psychiatry and Behavioral Sciences, Tulane University School of Medicine)

**2024-Present:** "Landmark Studies" (Guided reading for PGY1 class co-led with PGY 3's, Department of Psychiatry and Behavioral Sciences, Tulane University School of Medicine)

**2009-2024:** "Introduction to Mental Health Services" Johns Hopkins Bloomberg School of Public Health

**2013-present**: Coursera free online course: "Major Depression in the Population: A Public Health Approach" in collaboration with W.W. Eaton and W.A. Tol (Link: https://www.coursera.org/course/pmhdepression)

**2022** Educational Medscape presentation: "*Inertia In Major Depressive Disorder: A Journey Of A Thousand Miles Begins With A Single Step*" in collaboration with E. Vieta and B. Pennix  (Link: https://www.medscape.org/viewarticle/968888)

**2011 and 2012:** "Introduction to Mental Health Services" Fall Institute, Department of Health

Policy and Management, Johns Hopkins Bloomberg School of Public Health, Barcelona, Spain

**2010-2012:** Online course: "A Brief Introduction to Public Health for Mental Health Clinicians" Johns Hopkins School of Public Health

**2009:** Lectures in the school-wide "Public Health Perspectives" course

**2007-2008:** Psychiatry for medical students, Department of Psychiatry, Beth Israel Medical Center/Albert Einstein College of Medicine, New York, NY (course thought in collaboration with faculty and fellows for medical student from St Georges Medical School rotating in psychiatry)

**1992-1995**: As Teaching Assistant to Mary Ellen O'Conner, Ph.D., at the Department of Psychology, University of Tulsa (Tulsa, OK), assisted her in teaching undergraduate and graduate courses in biological psychology and psychopharmacology.

**RESEARCH GRANT PARTICIPATION**

**Active**

"Short-term Outcome of Stimulant Use Disorder Treatment Trials"; R01DA054700; Sponsor: NIDA 2022-2026; Total cost: $ 1,228,125 (Role: PI); 3 calendar months

"Substance Use Treatment Outcomes: Effect of Psychiatric Comorbidity"; 1R01DA058008-01 , NIDA 2023-2026; Total cost: $ 1,215,000 (Role: MPI with Rosa Crum); 2.4 calendar months

"Treatment Effect Heterogeneity in Psychosocial Treatments for Substance Use Disorders"; R01DA053202; NIDA 2022-2025; Total cost: $1,215,000 (Role: Co-I; PI: Ryoko Susukida); 0.6 calendar months, in kind

**Inactive**

"Health Care Policy and Substance Abuse Treatment Access"; R01DA039137; Sponsor: NIDA 2017-2023; Total cost: $2,641,240 (Role: MPI with Mark Olfson, MD, MPH); 3.24 calendar months

"Clean Indoor Air Laws, Cigarette Taxes, and Use of Smoking Cessation Treatments"; R01DA042738; NIDA 2017-2022; Total funds requested: $1,620,000 (Role: PI); 3.0 calendar months

"Prenatal SSRI Exposure, Maternal & Child Genotype, and Autism Spectrum Disorders"; 1R01HD087915; NICHD 2016-2021; Total direct cost (for subcontract to Hopkins): $360,000 (Role: Co-I; PI: Lisa Croen, PhD), 0.36 calendar months

"Harmonizing Data from Drug Abuse Treatment Clinical Trials at National Institute of Drug Abuse"; Sponsor: Arnold Ventures, 2018-2020; Total cost: $500,000 (Role: PI): 1 calendar month

"The Impact of State Healthcare Reforms on Treatment of Substance Use Disorders"; R01 DA039863; Sponsor: NIDA, 2016-2020; Total direct cost: $450,000 (Role: MPI with Rosa Crum, MD, MHS): 2.4 calendar months

"Risks and Protective Factors for Unintended Pregnancy in Women with Disabilities"; R21 HD086471; Sponsor: NINR, 2016-2018; Total direct cost: $275,000 (Role: Co-I; PI: Jean Alhusen, PhD), 0.6 calendar months

"Generalizing RCT Efficacy Evidence: Application to NIDA Clinical Trials Network"; R01 DA036520; Sponsor: NIDA, 2014-2017; Total direct cost: $490,000 (Role: PI): 2.4 calendar months

"Hybrid Trial of Collaborative Child Mental Health Care in Iran"; R34MH106645; Sponsor: NIMH, 2016-2020; Total direct cost: $ 450,000 (Role: PI), 1.8 calendar months

"Texting for Relapse Prevention: Improving outcomes for people with schizophrenia"; 1R34MH108781-01A1; Sponsor: NIMH, 2016-2018; Total direct cost: $330,000 (Role: Co-I; MPI: Bernadette Goggins, MD/Michelle Ybarra, PhD), 0.12 calendar months

"Social Consequences of Mental Disorders: A Ten-Year Follow-up Study"; R01 MH096826-01A1; Sponsor: NIMH, 2013-2015; Total cost: $566,000 (Role: PI); 2.4 calendar months

"Treatment Patterns and Barriers in Comorbid Mental and Substance Disorders"; R01 DA030460; Sponsor: NIDA, 2010-2014; Total direct cost: $490,000; (Role: PI); 3.0 calendar months

"Impact of Employment Interventions for Persons with Serious Mental Illnesses on Non-employment Patient-Centered Outcomes"; HSA290201000009I, Sponsor: AHRQ, 2011-2013; Total direct cost $966,134 (Role: Co-investigator, PI: Donald Steinwachs, PhD); 0.48 calendar months

"The Mental Health, Mental Health Care Needs and Mental Health Help Seeking in First Responders"; Sponsor: Johns Hopkins Preparedness and Emergency Response Research Center; 2010-2011. Total direct cost: $30,000; (Role: PI); 1.2 calendar months

"Real World Assessment of Higher Functioning in Individuals with Schizophrenia and Schizoaffective Disorder Living in Community Settings"; sponsor: Bristol-Myers Squibb, 2006-2008, Total direct cost: $343,116; (Role: PI); 3 calendar months

"Continuity of Care and Outcomes in First-Admission Severe Mental Disorders". Mentored Research Scientist Career Award (K01), NIMH, 1999-2004. Direct support $ 693,353 (Role: PI).

"Continuity of Care and Outcome in First-Admission Schizophrenia". Young Investigator Award, National Alliance for Research on Schizophrenia and Depression (NARSAD), 1999-2001. Direct support $ 60,000 (Role: PI).

**Past Training Grant Participation**
"Mental Health Services and Systems Training Program"; T32MH109436; Sponsor: NIMH, 2021-2028 (Role: MPI with Stuart, E.S.)

"Drug Dependence Epidemiology Training Program"; T32DA007292; Sponsor: NIDA; 1005-2023 (MPI: Johnson R./Maher, B., Role: Core Director).

"Psychiatric Epidemiology Training (PET) Program"; T32MH014592; Sponsor: NIMH; 1976-2023 (MPI: Zandi, P./Volk, H., Role: Core Faculty, Mental Health Services concentration; Member, Advisory Committee).

**Mentoring on individual training grants and K-Awards**
"Harmonizing multiple data sources and psychological autopsy to characterize suicides among opioid-related deaths." 1K23DA055693-01; PI: P. Nestadt: 2022-2027, Total direct cost:

$990,000 (Role: Mentor 2022-2024).

"Sedative-hypnotic use in US older adults: Recent trends and associated outcomes."
F31AG044052; PI: C. Kaufmann; 2013-2016; Total direct cost: $82,000 (Role: Mentor).

"Assessing the relationship between opioid agonist therapy and risk of overdose and criminal
justice involvement in Maryland: A population-based approach" F31DA047021; PI: N. Krawczyk;
2018; Total direct cost: $44,000 (Role: Mentor).

"The Effects of Children's Use of Mental Health Services on Later Adolescent Substance Use."
NARSAD Young Investigator Award; PI: A. Young; 2018-2020; Total direct cost: $70,000 (Role:
Mentor).

"Estimating population effects in mental health research using meta-analysis" K99MH111807; PI:
Hong, H; 2017-2019; Total direct cost: $220,000 (Role: Mentor).

"Preventive Effects of Treatment for Childhood Mental Illness on Adolescent Substance Use."
K23 DA 44288; PI: Young, A.; 2018-2023; Total direct cost: $750,000 (Role: Co-Mentor).

"Real-world complexities in opioid use disorder treatment: understanding family comorbidity, high-
risk medication use, and costs related to treatment adherence and health outcomes." K01 DA
054359; PI: Seamanns, M.J.; 2022-2026; Total direct cost: $750,000 (Role: Co-Mentor).

**ACADEMIC SERVICE**
**School-wide**
Member, Human Protection Committee-Full Committee (IRB-FC), JHSPH, Oct. 2009-Present
Member, Committee on Equity, Diversity and Civility, JHSPH, Sept. 2011- Dec. 2015
Co-Chair, Committee on Equity, Diversity and Civility, JHSPH, Dec. 2015-2018

**Departmental**
Coordinator of Mental Health Services course series, 2009-Present
Curriculum Committee, 2013-Present
MHS Steering Committee, 2019-Present

**Participation in Research Centers**

Faculty member, Center for Mental Health Initiatives, Department of Mental Health, 2008-present

Core faculty member, Center for Drug Safety and Effectiveness, Departments of Epidemiology and Medicine, 2010-present

Deputy Director, Center for Mental Health and Addiction Policy Research, Departments of Mental Health and Health Policy and Management, 2016-2019


**SELECTED ORAL PRESENTATIONS**

**Invited Talks**

2025: "Craving in Psychostimulant Use Disorders" Grand Rounds, Department of Psychiatry and Behavioral Sciences, Tulane University School of Medicine, April 2025

2021: "The Impact of Affordable Care Act on Substance Use Treatments" presented at the Substance Use Epidemiology Training Program seminar series, Department of Epidemiology, Columbia University, May 2021.

2018: "Management of common medical conditions by office-based psychiatrists" presented in the workshop: Psych Services Says and You Can Do! at National Council for Behavioral Health annual meeting, Washington, DC, April 2018.

2015: "Dean's Lecture: Has increased provision of mental health treatments reduced the prevalence of common mental disorders?" Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, Sept. 2015.

2015: "To screen or not to screen? Debate on depression screening in primary care". Welch Center, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, Oct. 2015.

2015: "Population trends in the use of mental health treatments and mental health outcomes". Department of Pharmaceutical Health Service Research, School of Pharmacy, University of Maryland, Baltimore, MD, Nov. 2015.

2013: Chair and Discussant: "Session I: Long-term outcomes of adult clinical disorders" 103rd Annual Meeting of the American Psychopathological Association, New York, NY, Mar. 2013.

2012: "Bereavement-Related Depressive Episodes in DSM-5." Grand Rounds at the Department of Psychiatry, Beth Israel Medical Center, New York, NY, Feb. 2012.

2012: "Characteristics and three-year course of bereavement-related depressive episodes: A longitudinal community-based study in the US." The 165th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2012.

2012: "Antidepressants and diabetes: Is there a link?" Grand Rounds at the Department of Psychiatry and Behavioral Sciences, State University of New York, Stony Brook, NY, Oct. 2012.

2011: "Association of perceived treatment need and barriers with future treatment seeking for substance disorders: Results from the National Epidemiologic Survey on Alcohol and Related Conditions." The 139th Annual Meeting of the American Public Health Association, Washington, DC, Oct. 2011.

2010: "Trends in Polypharmacy in Outpatient Psychiatry". Institute of Health, Health Care Policy and Aging Research (IHHCPAR), Rutgers University, New Brunswick, NJ. April 2010.

2007: "Trends in antidepressant medication use in the community".  Grand Rounds, Department of Psychiatry, Maimonides Medical Center, Brooklyn, NY, Oct. 2007.

2005: "Effectiveness of treatments in schizophrenia: The challenge of non-adherence". The 13th World Congress of Psychiatry, Cairo, Egypt, Sept. 2005.

2004: "Care and outcomes of first-admission psychotic disorders in the 1990s." Institute of Health, Health Care Policy and Aging Research (IHHCPAR), Rutgers University, New Brunswick, NJ. April 2004.

2004: "Treatment careers of patients with first-admission psychotic disorders in 1990s". Grand Rounds at Creedmore Psychiatric Hospital, NY. May 2004.

2004: "Refining the definition of acute and transient psychotic disorders (ATPD)". The 12th Annual meeting of the Association of European Psychiatrists (AEP), Geneva, Switzerland, April 2004. Abstracted in *European Psychiatry*, 19 Supplement 1:108s, 2004)

2001: "Challenges in defining 'true' psychiatric disorders in community studies: The case of major depression". Institute of Health, Health Care Policy and Aging Research (IHHCPAR), Rutgers University, New Brunswick, NJ. Nov. 2001.

# Exhibit C

## MATERIALS CONSIDERED

## LITERATURE

1.    5Rights Foundation. (2021). Pathways: How Digital Design Puts Children At Risk. https://5rightsfoundation.com/wp-content/uploads/2021/09/Pathways-how-digital-design-puts-children-at-risk.pdf

2.    ABC Action News. (2024, February 3). *Timeline: Looking back at 20 years of Facebook and CEO Mark Zuckerberg. CNNWire.* https://6abc.com/post/facebook-20-year-anniversary-mark-zuckerberg-meta/14383883/#:~:text=September%202005%20%2D%20Facebook%20expands%20into,settle%20their%20lawsuit%20against%20Zuckerberg.

3.    Abi-Jaoude, E., Naylor, K. T., & Pignatiello, A. (2020). Smartphones, social media use and youth mental health. *CMAJ: Canadian Medical Association journal = journal de l'Association medicale canadienne*, 192(6), E136–E141.

4.    Aboraya, A., Rankin, E., France, C., El-Missiry, A., & John, C. (2006). The Reliability of Psychiatric Diagnosis Revisited: The Clinician's Guide to Improve the Reliability of Psychiatric Diagnosis. Psychiatry (Edgmont (Pa. : Township)), 3(1), 41–50.

5.    Abrams, Z. (2022, February 3). Why young brains are especially vulnerable to social media. The science behind why apps like TikTok, Instagram, and Snapchat impact your child's brain in a different way than your adult brain. *APA Article.* https://www.apa.org/news/apa/2022/social-media-children-teens

6.    Abrams, Z. (2022, February 3). Why young brains are especially vulnerable to social media. The science behind why apps like TikTok, Instagram, and Snapchat impact your child's brain in a different way than your adult brain. *APA Article.* https://www.apa.org/news/apa/2022/social-media-children-teens

7.    Academy for Eating Disorders. (2021, November 2). Urgent Responsibility to Reduce Harms Posed by Social Media on risk for Eating Disorders: An Open Letter to Facebook, Instagram, TikTok, and Other Global Social Media Corporations. *Newswise.* https://www.newswise.com/articles/urgent-responsibility-to-reduce-harms-posed-by-social-media-on-risk-for-eating-disorders

8.    Achenbach, T. M., & Ruffle, T. M. (2000). The Child Behavior Checklist and related forms for assessing behavioral/emotional problems and competencies. *Pediatrics in Review*, 21(8), 265–271. https://doi.org/10.1542/pir.21-8-265

9.    Achenbach, T.M. (1978). The Child Behavior Profile: An Empirically Based System for Assessing Children's Behavioral Problems and Competencies. *International Journal of Mental Health,* 7, 24-42.

10.   Achieve your business goals with TikTok for Business. *TikTok for Business.* https://web.archive.org/web/20230606040533/www.tiktok.com/business/en-US/blog/tiktok-drives-greater-audience-engagement

11.   Ackerman, B., Schmid, I., Rudolph, K. E., Seamans, M. J., Susukida, R., Mojtabai, R., & Stuart, E. A. (2019). Implementing statistical methods for generalizing randomized trial findings to a target population. *Addictive Behaviors,* 94, 124–132. https://doi.org/10.1016/j.addbeh.2018.10.033

12.   Adeyanju, G. C., Solfa, R. P., Tran, T. L., Wohlfarth, S., Buttner, J., Osobajo, O. A. & Otitoju, A. (2021). Behavioural symptoms of mental health disorder such as depression

among young people using Instagram: a systematic review. *Translational Medicine Communications*, 6:15.

13. Adinoff, B. (2004). Neurobiologic processes in drug reward and addiction. *Harvard Review of Psychiatry,* 12(6), 305–320. https://doi.org/10.1080/10673220490910844

14. Agha, Z., Badillo-Urquiola, K., Wisniewski, P. J., (2023). "Strike at the Root": Co-designing Real-Time Social Media Interventions for Adolescent Online Risk Prevention. *PACM Human-Computer Interaction,* 7, Article 149. https://doi.org/10.1145/3579625

15. Akbari, M., Seydavi, M., Jamshidi, S., Marino, C., & Spada, M. M. (2023). The Big-five personality traits and their link to problematic and compensatory Facebook use: A systematic review and meta-analysis. *Addictive Behaviors*, 139, 107603.

16. Albert, D., Chein, J., & Steinberg, L. (2013). The Teenage Brain: Peer Influences on Adolescent Decision Making. *Current Directions in Psychological Science,* 22(2), 114-120. https://doi.org/10.1177/0963721412471347

17. Alfasi, Y. (2019). The grass is always greener on my friends' profiles: The effect of Facebook social comparison on state self-esteem and depression. *Personality and Individual Differences,* 147, 111-117.

18. Alimoradi, Z., Lin, C. Y., Broström, A., Bülow, P. H., Bajalan, Z., Griffiths, M. D., Ohayon, M. M., & Pakpour, A. H. (2019). Internet addiction and sleep problems: A systematic review and meta-analysis. *Sleep Medicine Reviews*, 47, 51–61. https://doi.org/10.1016/j.smrv.2019.06.004

19. Allcott, H., & Gentzkow, M. (2025, April 21). *Could a social media detox improve our well-being?* The Washington Post. https://www.washingtonpost.com/opinions/2025/04/21/social-media-election-politics-wellbeing/

20. Allcott, H., Braghieri, L., Eichmeyer, S., & Gentzkow, M. (2020). The welfare effects of social media. *American Economic Review,* 110(3), 629-676.

21. Allcott, H., Gentzkow, M., Wittenbrink, B., Cisneros, J. C., Crespo-Tenorio, A., Dimmery, D., Freelon, D., Gonzalez-Bailon, S., et al. (April 2025). The Effect of Deactivating Facebook and Instagram on Users' Emotional State. *Working Paper 33697. JEL No. I1, L82. National Bureau of Economic Research.* https://www.nber.org/papers/w33697

22. Allcott, H., Luca B., Eichmeyer, S., & Gentzkow, M. (2019). "The Welfare Effects of Social Media." [Abstract]. *American Economic Association.* https://www.aeaweb.org/articles?id=10.1257/aer.20190658

23. Allen, N. (2022, May 23). Expanding research on digital wellbeing. *Google.* https://blog.google/technology/health/expanding-research-on-digital-wellbeing/

24. Alonzo, R., Hussain, J., Stranges, S., & Anderson, K. K. (2021). Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Medicine Reviews, 56*, Article 101414. https://doi.org/10.1016/j.smrv.2020.101414

25. Aluja, A., Balada, F., Blanco, E., Fibla, J., & Blanch, A. (2019). Twenty candidate genes predicting neuroticism and sensation seeking personality traits: A multivariate analysis association approach. *Personality and Individual Differences*, 140, 90–102. https://doi.org/10.1016/j.paid.2018.03.041

26. Alzhrani, A. M., Aboalshamat, K. T., Badawoud, A. M., Abdouh, I. M., Badri, H. M., Quronfulah, B. S., Mahmoud, M. A., & Raheh, M. T. (2023). The association between

smartphone use and sleep quality, psychological distress, and loneliness among health care students and workers in Saudi Arabia. *PLoS One,* 18(1), e0280681.

27.  Al-Zuabi, I.M., Jafar, A. & Aljoumaa, K. (2019). Predicting customer's gender and age depending on mobile phone data. *Journal of Big Data,* 6, 18. https://doi.org/10.1186/s40537-019-0180-9

28.  American Academy of Child & Adolescent Psychiatry. (2018, March). *Social Media and Teens*.   https://www.aacap.org/AACAP/Families_and_Youth/Facts_for_Families/FFF-Guide/Social-Media-and-Teens-100.aspx

29.  American Academy of Pediatrics. (2023, August 16). Call for Strategies to Improve Care for Children, Adolescents Seeking Urgent Help for Mental, Behavioral Health Concerns

30.  American Psychiatric Association: (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Association Publishing.

31.  Amin-Esmaeili, M., Susukida, R., Johnson, R. M., Farokhnia, M., Crum, R. M., Thrul, J., & Mojtabai, R. (2021). Patterns of reduced use and abstinence in multi-site randomized controlled trials of pharmacotherapies for cocaine and methamphetamine use disorders. *Drug and alcohol dependence,* 226, 108904. https://doi.org/10.1016/j.drugalcdep.2021.108904

32.  Anderson, M., & Jiang, J. (2018, May 31). Teens, Social Media and Technology 2018. YouTube, Instagram and Snapchat are the most popular online platforms among teens. Fully 95% of teens have access to a smartphone, and 45% say they are online 'almost constantly.' *Pew Research Center*. https://pewrsr.ch/2kCW352

33.  Anderson, M., & Jiang, J. (2018, November 28). Teens' Social Media Habits and Experiences: Teens credit social media for helping to build stronger friendships and exposing them to a more diverse world, but they express concern that these sites lead to drama and social pressure. *Pew Research Center*. https://www.pewresearch.org/internet/2018/11/28/teens-social-media-habits-and-experiences/

34.  Anderson, M., & Jiang, J. (2023). Teens, Social Media and Technology 2023. YouTube, TikTok, Snapchat and Instagram remain the most widely used online platforms among U.S. teens. *Pew Research Center*. https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/

35.  Andreassen, C. S., Pallesen, S., & Griffiths, M. D. (2017). The relationship between addictive use of social media, narcissism, and self-esteem: Findings from a large national survey. *Addictive Behaviors*, 64, 287–293.

36.  Andreassen, C. S., Torsheim, T., Brunborg, G. S., & Pallesen, S. (2012). Development of a Facebook Addiction Scale. *Psychological Reports*, 110(2), 501–517.

37.  Andrews, G., Anstey, K., Brodaty, H., Issakidis, C., & Luscombe, G. (1999). Recall of depressive episode 25 years previously. *Psychological Medicine,* 29(4), 787–791. https://doi.org/10.1017/s0033291799008648

38.  Anixiadis, F., Wertheim, E. H., Rodgers, R., & Caruana, B. (2019). Effects of thin-ideal instagram images: The roles of appearance comparisons, internalization of the thin ideal and critical media processing. *Body Image*, 31, 181–190. https://doi.org/10.1016/j.bodyim.2019.10.005

39. Antons, S., Brand, M., & Potenza, M. N. (2020). Neurobiology of cue-reactivity, craving, and inhibitory control in non-substance addictive behaviors. Journal of the Neurological Sciences, 415, 116952.

40. Appel, M., Marker, C., & Gnambs, T. (2020). Are Social Media Ruining Our Lives? A Review of Meta-Analytic Evidence. Review of *General Psychology, 24(*1), 60-74. https://doi.org/10.1177/1089268019880891

41. Armstrong-Carter, E., & Telzer, E. H. (2021). Advancing measurement and research on youths' prosocial behavior in the digital age. *Child Development Perspectives,* 15(1), 31–36. https://doi.org/10.1111/cdep.12396

42. Asaoka, Y., Won, M., Morita, T., Ishikawa, E., Lee, Y. A., & Goto, Y. (2020). Monoamine and genome-wide DNA methylation investigation in behavioral addiction. *Scientific Reports,* 10(1), 11760. https://doi.org/10.1038/s41598-020-68741-5

43. Askari, M. S., Belsky, D. W., Olfson, M., Breslau, J., Mojtabai, R., Kajeepeta, S., Bruzelius, E., & Keyes, K. M. (2024). An integrative literature review of birth cohort and time period trends in adolescent depression in the United States. *Social Psychiatry and Psychiatric Epidemiology*, 59(6), 899–915.

44. Askari, M. S., Olfson, M., Belsky, D. W., Breslau, J., & Keyes, K. M. (2024). The Influence of the Great Recession on Adolescent Major Depressive Episodes and Treatment in the United States: An Interrupted Time Series Analysis. *The Journal of Adolescent Health*, 74(1), 51–59. https://doi.org/10.1016/j.jadohealth.2023.08.023

45. Ateq, K., Alhajji, M., & Alhusseini, N. (2024). The association between use of social media and the development of body dysmorphic disorder and attitudes toward cosmetic surgeries: a national survey. *Frontiers in Public Health*, 12, 1324092. https://doi.org/10.3389/fpubh.2024.1324092

46. Bair, C. E., Kelly, N. R., Serdar, K. L., & Mazzeo, S. E. (2012). Does the Internet function like magazines? An exploration of image-focused media, eating pathology, and body dissatisfaction. *Eating Behaviors*, 13(4), 398–401.

47. Baker, D. A., & Algorta, G. P. (2016). The relationship between online social networking and depression: A systematic review of quantitative studies. *Cyberpsychology, Behavior, and Social Networking,*19(11): 638-648.

48. Balcombe, L., & De Leo, D. (2023). The Impact of YouTube on Loneliness and Mental Health. *Informatics*, 10(2), 39. https://doi.org/10.3390/informatics10020039

49. Banyai, F., Zsila, A., Kiraly, O., Maraz, A., Elekes, Z., Griffiths, D., Andreassen, C. S., & Demetrovics, Z. (2017). Problematic social media use: Results from a large-scale nationally representative adolescent sample. *PLoS One, 12,* e0169839.

50. Barakat, S., McLean, S. A., Bryant, E., Le, A., Marks, P., National Eating Disorder Research Consortium, Touyz, S., & Maguire, S. (2023). Risk factors for eating disorders: findings from a rapid review. *Journal of Eating Disorders*, 11(1), 8. https://doi.org/10.1186/s40337-022-00717-4

51. Bardone-Cone, A. M., & Cass, K. M. (2007). What does viewing a pro-anorexia website do? An experimental examination of website exposure and moderating effects. *The International Journal of Eating Disorders*, 40(6), 537–548.

52. Barone, M., De Bernardis, R., & Persichetti, P. (2023). Could Social Network Influence the Body Perception and Develop Dysmorphophobia? *Aesthetic Plastic Surgery,* 10.1007/s00266-023-03678-4. Advance online publication. https://doi.org/10.1007/s00266-023-03678-4

53. Barry, E., & Kang, C. (2024, June 17). Surgeon General Calls for warning labels on social media platforms. *The New York Times*. https://www.nytimes.com/2024/06/17/health/surgeon-general-social-media-warning-label.html?smid=nytcore-ios-share&referringSource=articleShare&sgrp=c-cb

54. Bartels, C., Wagner, M., Wolfsgruber, S., Ehrenreich, H., Schneider, A., & Alzheimer's Disease Neuroimaging Initiative (2018). Impact of SSRI Therapy on Risk of Conversion From Mild Cognitive Impairment to Alzheimer's Dementia in Individuals With Previous Depression. *The American Journal of Psychiatry*, 175(3), 232–241.

55. Bass, V., Brown, F., Beiser, D. G., Peterson, T., Gibbons, R. D., & Nagele, P. (2022). Preoperative Assessment of Anxiety and Depression Using Computerized Adaptive Screening Tools: A Pilot Prospective Cohort Study. *Anesthesia and Analgesia*, 134(4), 853–857. https://doi.org/10.1213/ANE.0000000000005844

56. Bayer, J. B., Triệu, P., & Ellison, N. B. (2020). Social media elements, ecologies, and effects. *Annual Review of Psychology, 71,* 471–497. https://doi.org/10.1146/annurev-psych-010419-050944

57. BECK, A. T., WARD, C. H., MENDELSON, M., MOCK, J., & ERBAUGH, J. (1961). An inventory for measuring depression. Archives of general psychiatry, 4, 561–571. https://doi.org/10.1001/archpsyc.1961.01710120031004

58. Beeres, D. T., Andersson, F., Vossen, H. G. M., & Galanti, M. R. (2021). Social Media and Mental Health Among Early Adolescents in Sweden: A Longitudinal Study With 2-Year Follow-Up (KUPOL Study). *Journal of Adolescent Health*, 68(5), 953-960.

59. Beesdo, K., Bittner, A., Pine, D. S., Stein, M. B., Höfler, M., Lieb, R., & Wittchen, H. U. (2007). Incidence of social anxiety disorder and the consistent risk for secondary depression in the first three decades of life. *Archives of General Psychiatry*, 64(8), 903–912. https://doi.org/10.1001/archpsyc.64.8.903

60. Begara Iglesias, O., Gómez Sánchez, L. E., & Alcedo Rodríguez, M. A. (2019). Do young people with Asperger syndrome or intellectual disability use social media and are they cyberbullied or cyberbullies in the same way as their peers?. *Psicothema*, 31(1), 30–37. https://doi.org/10.7334/psicothema2018.243

61. Behrens, S. C., Tesch, J., Sun, P. J. B., Starke, S., Black, M. J., Schneider, H., Pruccoli, J., Zipfel, S., & Giel, K. E. (2023). Virtual Reality Exposure to a Healthy Weight Body Is a Promising Adjunct Treatment for Anorexia Nervosa. *Psychotherapy and Psychosomatics,* 92(3), 170–179. https://doi.org/10.1159/000530932

62. Bélair, M. A., Kohen, D. E., Kingsbury, M., & Colman, I. (2018). Relationship between leisure time physical activity, sedentary behaviour and symptoms of depression and anxiety: evidence from a population-based sample of Canadian adolescents. *BMJ Open,* 8(10), e021119. https://doi.org/10.1136/bmjopen-2017-021119

63. Beos, N., Kemps, E. & Prichard, I. (2021). Photo manipulation as a predictor of facial dissatisfaction and cosmetic procedure attitudes. *Body Image*, 39, 194-201.

64. Berger, M. N., Taba, M., Marino, J. L., Lim, M. S. C., & Skinner, S. R. (2022). Social Media Use and Health and Well-being of Lesbian, Gay, Bisexual, Transgender, and Queer Youth: Systematic Review. *Journal of Medical Internet Research, 24(9)*, e38449. https://doi.org/10.2196/38449

65. Bernaras, E., Jaureguizar, J., & Garaigordobil, M. (2019). Child and Adolescent Depression: A Review of Theories, Evaluation Instruments, Prevention Programs, and Treatments. *Frontiers in Psychology*, 10, 543. https://doi.org/10.3389/fpsyg.2019.00543

66.     Berona, J., Whitton, S., Newcomb, M. E., Mustanski, B., & Gibbons, R. (2021). Predicting the Transition From Suicidal Ideation to Suicide Attempt Among Sexual and Gender Minority Youths. *Psychiatric Services* (Washington, D.C.), 72(11), 1261–1267. https://doi.org/10.1176/appi.ps.202000497

67.     Berryman, C., Ferguson, C. J., & Negy, C. (2018). Social Media Use and Mental Health among Young Adults. *The Psychiatric Quarterly, 89*(2), 307–314. https://doi.org/10.1007/s11126-017-9535-6

68.     Beutel, M. E., Klein, E. M., Brähler, E., Reiner, I., Jünger, C., Michal, M., Wiltink, J., Wild, P. S., Münzel, T., Lackner, K. J., & Tibubos, A. N. (2017). Loneliness in the general population: prevalence, determinants and relations to mental health. *BMC psychiatry*, 17(1), 97. https://doi.org/10.1186/s12888-017-1262-x

69.     Beyens, I., Pouwels, J. L., van Driel, I. I., Keijsers, L., & Valkenburg, P. M. (2020). The effect of social media on well-being differs from adolescent to adolescent. *Scientific Reports*, 10, 10763. https://doi.org/10.1038/s41598-020-67727-7

70.     Bickham D. S. (2021). Current Research and Viewpoints on Internet Addiction in Adolescents. *Current Pediatrics Reports, 9(1)*, 1–10. https://doi.org/10.1007/s40124-020-00236-3

71.     Bissonette Mink, D., & Szymanski, D. M. (2022). TikTok use and body dissatisfaction: Examining direct, indirect, and moderated relations. *Body Image*, 43, 205–216. https://doi.org/10.1016/j.bodyim.2022.09.006

72.     Black, L., Panayiotou, M., & Humphrey, N. (2022). Measuring general mental health in early-mid adolescence: A systematic meta-review of content and psychometrics. *JCPP Advances, 3*(1), e12125. https://doi.org/10.1002/jcv2.12125

73.     Blanchard, L., Conway-Moore, K., Aguiar, A., Önal, F., Rutter, H., Helleve, A., Nwosu, E., Falcone, J., Savona, N., Boyland, E., & Knai, C. (2023). Associations between social media, adolescent mental health, and diet: A systematic review. *Obesity reviews: an official journal of the International Association for the Study of Obesity*, 24 Suppl 2, e13631.

74.     Blum, K., Han, D., Bowirrat, A., Downs, B. W., Bagchi, D., Thanos, P. K., Baron, D., Braverman, E. R., Dennen, C. A., Gupta, A., Elman, I., Badgaiyan, R. D., Llanos-Gomez, L., Khalsa, J., Barh, D., McLaughlin, T., & Gold, M. S. (2022). Genetic Addiction Risk and Psychological Profiling Analyses for "Preaddiction" Severity Index. *Journal of Personalized Medicine,* 12(11), 1772. https://doi.org/10.3390/jpm12111772

75.     Blum, K., Hauser, M., Fratantonio, J., & Badgaiyan, R. D. (2015). Molecular Genetic Testing in Pain and Addiction: Facts, Fiction and Clinical Utility. *Addiction Genetics,* 2(1), 1–5. https://doi.org/10.1515/addge-2015-0001

76.     Boer, M., Cosma, A., Twenge, J. M., Inchley, J., Jeriček Klanšček, H., & Stevens, G. W. J. M. (2023). National-Level Schoolwork Pressure, Family Structure, Internet Use, and Obesity as Drivers of Time Trends in Adolescent Psychological Complaints Between 2002 and 2018. *Journal of Youth and Adolescence*, 52(10), 2061–2077. https://doi.org/10.1007/s10964-023-01800-y

77.     Boer, M., Stevens, G. W.J.M., Finkenauer, C., Koning, I. M., & van den Eijnden, R.J.J.M. (2022). Validation of the Social Media Disorder Scale in Adolescents: Findings from a Large-Scale Nationally Representative Sample. *Assessment*, 29(8), 1658-75.

78.     Boer, M., van den Eijnden, R. J. J. M, Boniel-Nissim, M., Wong, S., Inchley, J. C., Badura, P., Craig, W. M., Gobina, I., Kleszczewska, D., Klanscek, H. J., & Stevens, G.

W.J.M. (2020). Adolescents' Intense and Problematic Social Media Use and Their Well-Being in 29 Countries. *Journal of Adolescent Health*, 66, S89-S99.

79.   Boers, E., Afzali, M. H., Newton, N., & Conrod, P. (2019). Association of Screen Time and Depression in Adolescence. *JAMA Pediatrics*, 173(9), 853-859.

80.   Bolton, R., Parasuraman, A., Hoefnagels, A., Migchels, N., Kabadayi, S., Gruber, T., Loureiro, Y. K., & Solnet, D. (2013). Understanding Generation Y and their use of social media: A review and research agenda. *Journal of Service Management, 2*4(3), 245-267.

81.   Bonassi, A., Cataldo, I., Gabrieli, G., Foo, J. N., Lepri, B., & Esposito, G. (2020). Oxytocin Receptor Gene Polymorphisms and Early Parental Bonding Interact in Shaping Instagram Social Behavior. *International Journal of Environmental Research and Public Health*, 17(19), 7232. https://doi.org/10.3390/ijerph17197232

82.   Bonassi, A., Cataldo, I., Gabrieli, G., Tandiono, M., Foo, J. N., Lepri, B., & Esposito, G. (2022). The Interaction between Serotonin Transporter Allelic Variation and Maternal Care Modulates Instagram Sociability in a Sample of Singaporean Users. *International Journal of Environmental Research and Public Health*, 19(9), 5348. https://doi.org/10.3390/ijerph19095348

83.   Boniel-Nissim, M., van den Eijnden, R. J. J. M., Furstova, J., Marino, C., Lahti, H., Inchley, J., Šmigelskas, K., Vieno, A., & Badura, P. (2022). International perspectives on social media use among adolescents: Implications for mental and social well-being and substance use. *Computers in Human Behavior,* 129, Article 107144. https://doi.org/10.1016/j.chb.2021.107144

84.   Booker, C. L., Kelly, Y. J., & Sacker, A. (2018). Gender differences in the associations between age trends of social media interaction and well-being among 10-15 year olds in the UK. *BMC Public Health,* 18, 321.

85.   Borenstein, M., Hedges, L., Higgins, J. P. T., & Rothstein, H. R. (2009). *I*ntroduction to meta-analysis. J*ohn Wiley & Sons.*

86.   Born Connected. The Rise of the AI Generation. Annual Data Report 2023. *Qustodio*. https://static.qustodio.com/public-site/uploads/2024/01/19122535/ADR_2023-24_EN.pdf

87.   Bottaro, R., & Faraci, P. (2022). The Use of Social Networking Sites and Its Impact on Adolescents' Emotional Well-Being: a Scoping Review. *Current Addiction Reports*, 9(4), 518–539. https://doi.org/10.1007/s40429-022-00445-4

88.   Bottaro, R., Griffiths, M.D. & Faraci, P. (2025). Meta-analysis of Reliability and Validity of the Bergen Social Media Addiction Scale (BSMAS). *International Journal of Mental Health and Addiction.* https://doi.org/10.1007/s11469-025-01461-x

89.   Bottger, H. & Koltzch, D. (2020). The fear factor: Xenoglossophobia or how to overcome the anxiety of speaking foreign languages. *Training, Language and Culture,* 4, 43-55.

90.   Bour, C., Ahne, A., Schmitz, S., Perchoux, C., Dessenne, C., & Fagherazzi, G. (2021). The Use of Social Media for Health Research Purposes: Scoping Review. *Journal of Medical Internet Research, 23*(5), e25736. https://doi.org/10.2196/25736

91.   Boyle, S. C., Baez, S., Trager, B. M., & LaBrie, J. W. (2022). Systematic bias in self-reported social media use in the age of platform swinging: Implications for studying social media use in relation to adolescent health behavior. *International Journal of Environmental Research and Public Health*, 19(16), 9847.

92.   Bozzola, E., Spina, G., Agostiniani, R., Barni, S., Russo, R., Scarpato, E., Di Mauro, A., Di Stefano, A. V., Caruso, C., Corsello, G., & Staiano, A. (2022). The Use of Social Media in Children and Adolescents: Scoping Review on the Potential Risks.

*International Journal of Environmental Research and Public Health, 19(16)*, 9960. https://doi.org/10.3390/ijerph19169960

93.   Braghieri, L., Levy, R., & Makarin, A. (2022). Social media and mental health. *American Economic Review*, 112, 3660-3693.

94.   Brailovskaia, J., Teismann, T., & Margraf, J. (2020). Positive Mental Health Mediates the Relationship Between Facebook Addiction Disorder and Suicide-Related Outcomes: A Longitudinal Approach. *Cyberpsychology, Behavior, and Social Networking*, 23(5), 346-350.

95.   Brannigan, R., Gil-Hernandez, C., McEvoy, O., Cronin, F., Stanistreet, D. & Layte, R. (2022). Digital engagement and its association with adverse psychiatric symptoms: A longitudinal cohort study utilizing latent class analysis. *Computers in Human Behavior*, 133, 107290.

96.   Brautsch, L. A., Lund, L., Andersen, M. M., Jennum, P. J., Folker, A. P., & Andersen, S. (2023). Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Medicine Reviews, 68*, 101742. https://doi.org/10.1016/j.smrv.2022.101742

97.   Brooks, David. (2023, August 14). How America got Mean. In a culture devoid of moral education, generations are growing up in a morally inarticulate, self-referential world. *The Atlantic*. https://www.theatlantic.com/magazine/archive/2023/09/us-culture-moral-education-formation/674765/

98.   Brown, L., & Kuss, D. J. (2020). Fear of Missing Out, Mental Wellbeing, and Social Connectedness: A Seven-Day Social Media Abstinence Trial. *International Journal of Environmental Research and Public Health*, 17(12), 4566. https://doi.org/10.3390/ijerph17124566

99.   Brown, Z., & Tiggemann, M. (2016). Attractive celebrity and peer images on Instagram: Effect on women's mood and body image. *Body Image*, 19, 37–43.

100.  Brown, Z., & Tiggemann, M. (2022). Celebrity influence on body image and eating disorders: A review. *Journal of Health Psychology, 27(5)*, 1233–1251. https://doi.org/10.1177/1359105320988312

101.  Buda, T. S., Khwaja, M., Garriga, R., & Matic, A. (2023). Two edges of the screen: Unpacking positive and negative associations between phone use in everyday contexts and subjective well-being. *PLOS One*, 18(4), e0284104. https://doi.org/10.1371/journal.pone.0284104

102.  Buli, B. G., Larm, P., Nilsson, K. W., Hellström-Olsson, C., & Giannotta, F. (2024). Trends in mental health problems among Swedish adolescents: Do school-related factors play a role?. *PloS one, 19*(3), e0300294.

103.  Burhan, R., & Moradzadeh, J. (2020). Neurotransmitter Dopamine (DA) and its Role in the Development of Social Media Addiction. *Journal of Neurology and Neurophysiology*, 11, 1-2.

104.  Burleigh, T. L., Griffiths, M. D., Sumich, A., Wang, G. Y., & Kuss, D. J. (2020). Gaming disorder and internet addiction: A systematic review of resting-state EEG studies. *Addictive Behaviors*, 107, 106429.

105.  Burns, P. B., Rohrich, R. J., & Chung, K. C. (2011). The levels of evidence and their role in evidence-based medicine. *Plastic and Reconstructive Surgery*, 128(1), 305–310. https://doi.org/10.1097/PRS.0b013e318219c171

106.   C.S. Mott Children's Hospital University of Michigan Health (2021, October 18). Mott Poll Report-Sharing Too Soon? Children and Social Media Apps. *National Poll on Children's Health*, 39(4).

107.   C.S. Mott Children's Hospital University of Michigan Health (2023, August 21). Mott Poll Report-Overuse of Devices and Social Media Top Parent Concerns. *National Poll on Children's Health*, 43(6). https://mottpoll.org/reports/overuse-devices-and-social-media-top-parent-concerns

108.   Canadian Centre for Child Protection (2020). Reviewing Child Sexual Abuse Material Reporting Functions on Popular Platforms. A Review. https://protectchildren.ca/en/resources-research/csam-reporting-platforms/

109.   Capraro, V., Globig, L. K., Rausch, Z., Rathje, S., Wormley, A. S., Olson, J. A., Ross, R. M., Asci, S., Bouguettaya, A., Burnell, K., Choukas-Bradley, S., Fardouly, J., Kowert, R., Lopez, R. B., Maheux, A. J., Dan-Mircea, M., Ozimek, P., Selterman, D. F., Thiagarajan, T., Vandenbosch, L., Wals, S., Abi-Jaoude, E., ...Van Bavel, J. J. (2025). *A consensus statement on potential negative impacts of smartphone and social media use on adolescent mental health.* PrePrint. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=5256747

110.   Caron, M. È., Maltais, N., Corriveau, S., & Rassy, J. (2024). The use of information and communication technologies by adolescents living with a mental illness in the past 5 years: Scoping review. *International Journal of Mental Health Nursing,* 33(5), 1349–1359. https://doi.org/10.1111/inm.13329

111.   Carter, B., Rees, P., Hale, L., Bhattacharjee, D., & Paradkar, M. S. (2016). Association Between Portable Screen-Based Media Device Access or Use and Sleep Outcomes: A Systematic Review and Meta-analysis. *JAMA Pediatrics,* 170(12), 1202–1208. https://doi.org/10.1001/jamapediatrics.2016.2341

112.   Carver, C. S., & White, T. L. (1994). Behavioral inhibition, behavioral activation, and affective responses to impending reward and punishment: The BIS/BAS Scales. *Journal of Personality and Social Psychology,* 67(2), 319–333. https://doi.org/10.1037/0022-3514.67.2.319

113.   Casale, S., Akbari, M., Seydavi, M., Bocci Benucci, S., & Fioravanti, G. (2023). Has the prevalence of problematic social media use increased over the past seven years and since the start of the COVID-19 pandemic? A meta-analysis of the studies published since the development of the Bergen social media addiction scale. *Addictive behaviors*, *147*, 107838.

114.   Casale, S., Gemelli, G., Calosi, C., Giangrasso, B., & Fioravanti, G. (2021). Multiple exposure to appearance-focused real accounts on instagram: Effects on body image among both genders. *Current Psychology: A Journal for Diverse Perspectives on Diverse Psychological Issues*, 40(6), 2877–2886. https://doi.org/10.1007/s12144-019-00229-6

115.   Cataldo, I., Lepri, B., Neoh, M. J. Y., & Esposito, G. (2021). Social Media Usage and Development of Psychiatric Disorders in Childhood and Adolescence: A Review. *Frontiers in Psychiatry, 11*, 508595. https://doi.org/10.3389/fpsyt.2020.508595

116.   Center for Countering Digital Hate (2022). Deadly by Design. TikTok pushes harmful content promoting eating disorders and self-harm into users' feeds. https://counterhate.com/research/deadly-by-design/

117.   Centers for Disease Control and Prevention. (2024). 2013-2023 Youth Risk Behavior Survey Data Summary & Trends Report. https://www.cdc.gov/yrbs/dstr/index.html

118.  Ceres, P. (2023, August 23). How to talk to your kids about social media and mental health. *WIRED*. https://www.wired.com/story/how-to-talk-to-kids-social-media-mental-health/1/17

119.  Cerniglia, L., Cimino, S., Marzilli, E., Pascale, E., & Tambelli, R. (2020). Associations Among Internet Addiction, Genetic Polymorphisms, Family Functioning, and Psychopathological Risk: Cross-Sectional Exploratory Study. *JMIR Mental Health*, 7(12), e17341. https://doi.org/10.2196/17341

120.  Cero, I., Wyman, P. A., Chattopadhyay, I., & Gibbons, R. D. (2023). Predictive Equity in Suicide Risk Screening. *Journal of the Academy of Consultation-Liaison Psychiatry*, 64(4), 336–339. https://doi.org/10.1016/j.jaclp.2023.03.005

121.  Chang, A. M., Aeschbach, D., Duffy, J. F., & Czeisler, C. A. (2015). Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness. *Proceedings of the National Academy of Sciences of the United States of America*, 112(4), 1232–1237. https://doi.org/10.1073/pnas.1418490112

122.  Chang, C. W., Huang, R. Y., Strong, C., Lin, Y. C., Tsai, M. C., Chen, I. H., Lin, C. Y., Pakpour, A. H., & Griffiths, M. D. (2022). Reciprocal Relationships Between Problematic Social Media Use, Problematic Gaming, and Psychological Distress Among University Students: A 9-Month Longitudinal Study. Frontiers in public health, 10, 858482.

123.  Chang, K. C., Chang, Y. H., Yen, C. F., Chen, J. S., Chen, P. J., Lin, C. Y., Griffiths, M. D., Potenza, M. N., & Pakpour, A. H. (2022). A longitudinal study of the effects of problematic smartphone use on social functioning among people with schizophrenia: Mediating roles for sleep quality and self-stigma. *Journal of Behavioral Addictions*, 11(2), 567–576. Advance online publication. https://doi.org/10.1556/2006.2022.00012

124.  Chansiri, K., & Wongphothiphan, T. (2023). The indirect effects of Instagram images on women's self-esteem: The moderating roles of BMI and perceived weight. *New Media & Society*, 25(10), 2572-2594. https://doi.org/10.1177/14614448211029975

125.  Chao, M., Lei, J., He, R., Jiang, Y., & Yang, H. (2023). TikTok use and psychosocial factors among adolescents: Comparisons of non-users, moderate users, and addictive users. *Psychiatry research*, *325*, 115247.

126.  Chen, J., Ishii, M., Bater, K. L., Darrach, H., Liao, D., Huynh, P. P., Reh, I. P., Nellis, J. C., Kumar, A. R., & Ishii, L. E. (2019). Association Between the Use of Social Media and Photograph Editing Applications, Self-esteem, and Cosmetic Surgery Acceptance. *JAMA Facial Plastic Surgery*, 21(5), 361–367. https://doi.org/10.1001/jamafacial.2019.0328

127.  Chen, M. L. (2023, September 13). Too much screen time on smartphones is causing sleep deprivation in teens, tweens. Parents should learn the signs of sleep deprivation, and how to keep kids from over-using smart devices and social media that contribute to the problem, a pediatrician writes. *Chicago Sun Times.* https://chicago.suntimes.com/2023/9/12/23860145/screen-time-social-media-sleep-deprivation-teens-adolescents-maida-lynn-chen-the-conversation

128.  Chen, Y., Zhang, X., & Akaishi, R. (2024). Exploring digital use, happiness, and loneliness in Japan with the experience sampling method. *Npj Mental Health Research*. https://doi.org/10.1038/s44184-024-00108-4

129.  Chen, Y., Zhang, X., & Akaishi, R. Digital Use and Mental Health: Understanding the Role of Offline and Online Communication in Japan. Preprint

130. Cheng, C., Lau, Y. C., Chan, L., & Luk, J. W. (2021). Prevalence of social media addiction across 32 nations: Meta-analysis with subgroup analysis of classification schemes and cultural values. *Addictive Behaviors*, 117, 106845.

131. Cheng, J., Burke, M., Goetz-Davis, E. (2019). Understanding perceptions of problematic Facebook use: When people experience negative life impact and a lack of control. *In CHI Conference on Human Factors in Computing Systems Proceedings* (CHI 2019), May 4–9, 2019, Glasgow, Scotland UK. ACM, New York, NY, USA, 13 pages. https://doi.org/10.1145/3290605.3300429

132. Choi, S. W., Kim, H. S., Kim, G. Y., Jeon, Y., Park, S. M., Lee, J. Y., Jung, H. Y., Sohn, B. K., Choi, J. S., & Kim, D. J. (2014). Similarities and differences among Internet gaming disorder, gambling disorder and alcohol use disorder: a focus on impulsivity and compulsivity. *Journal of behavioral addictions*, 3(4), 246–253. https://doi.org/10.1556/JBA.3.2014.4.6

133. Chou, C., Condron, L. & Belland, J.C. (2005). A Review of the Research on Internet Addiction. *Educational Psychology Review, 17,* 363–388. https://doi.org/10.1007/s10648-005-8138-1

134. Chou, H., & Edge, N. (2012). "They are happier and having better lives than I am": the impact of using Facebook on perceptions of others' lives. *Cyberpsychology, Behavior, and Social Networking*, 15, 117-121.

135. Choukas-Bradley, S., Roberts, S. R., Maheux, A. J., & Nesi, J. (2022). The Perfect Storm: A Developmental-Sociocultural Framework for the Role of Social Media in Adolescent Girls' Body Image Concerns and Mental Health. *Clinical Child and Family Psychology Review,* 25(4), 681–701. https://doi.org/10.1007/s10567-022-00404-5

136. Christakis, D. A., Garrison, M. M., Herrenkohl, T., Haggerty, K., Rivara, F. P., Zhou, C., & Liekweg, K. (2013). Modifying media content for preschool children: a randomized controlled trial. *Pediatrics, 131*(3), 431–438. https://doi.org/10.1542/peds.2012-1493

137. Chu, J., Ganson, K. T., Baker, F. C., Testa, A., Jackson, D. B., Murray, S. B., & Nagata, J. M. (2023). Screen time and suicidal behaviors among U.S. children 9-11 years old: A prospective cohort study. *Preventive Medicine*, 169, 107452.

138. Chu, J., Ganson, K. T., Testa, A., Al-Shoaibi, A. A. A., Jackson, D. B., Rodgers, R. F., He, J., Baker, F. C., & Nagata, J. M. (2024). Screen time, problematic screen use, and eating disorder symptoms among early adolescents: findings from the Adolescent Brain Cognitive Development (ABCD) Study. *Eating and Weight Disorders*: EWD, 29(1), 57. https://doi.org/10.1007/s40519-024-01685-1

139. Chu, V., Begaj, A., & Patel, L. (2018). Burns challenges - A social media dictated phenomena in the younger generation. *Burns Open 2,* 94-97. https://doi.org/10.1016/j.burnso.2017.12.002

140. Chu, Y., Oh, Y., Gwon, M., Hwang, S., Jeong, H., Hyun-Woo, K., Kim, K., & Kim, Y. H. (2023). Dose-response analysis of smartphone usage and self-reported sleep quality: a systematic review and meta-analysis of observational studies. *Journal of Clinical Sleep Medicine*, 19(3), 621-630.

141. Cingel, D. P., Carter, M. C., & Krause, H. V. (2022). Social media and self-esteem. *Current Opinion in Psychology, 45,* 101304. https://doi.org/10.1016/j.copsyc.2022.101304

142. Clayton, D. & Hills, M. (2013). *Statistical Models in Epidemiology.* Oxford University Press: Oxford.

143. Cochran W. G. (1968). The effectiveness of adjustment by subclassification in removing bias in observational studies. Biometrics, 24(2), 295–313.

144. Cohen, R., & Blaszczynski, A. (2015). Comparative effects of Facebook and conventional media on body image dissatisfaction. *Journal of Eating Disorders*, 3, 23.

145. Cohen, R., Fardouly, J., Newton-John, T., & Slater, A. (2019). #BoPo on Instagram: An experimental investigation of the effects of viewing body positive content on young women's mood and body image. *New Media & Society, 21*(7), 1546–1564. https://doi.org/10.1177/1461444819826530

146. Cohen, R., Newton-John, T., & Slater, A. (2021). The case for body positivity on social media: Perspectives on current advances and future directions. *Journal of Health Psychology, 26*(13), 2365–2373. https://doi.org/10.1177/1359105320912450

147. Common Sense Media. (2022, March 9). The common sense census: Media use by tweens and teens, 2021. https://www.commonsensemedia.org/research/the-common-sense-census-media-use-by-tweens-and-teens-2021

148. Common Sense Media. (2024, January 29). The State of Kids and Families in America 2024. https://www.commonsensemedia.org/research/the-state-of-kids-and-families-in-america-2024

149. Cook, E. E., Nickerson, A. B., Werth, J. M., & Allen, K. P. (2017). Service providers' perceptions of and responses to bullying of individuals with disabilities. *Journal of Intellectual Disabilities*, 21(4), 277–296. https://doi.org/10.1177/1744629516650127

150. Cooper, M., Reilly, E. E., Siegel, J. A., Coniglio, K., Sadeh-Sharvit, S., Pisetsky, E. M., & Anderson, L. M. (2022). Eating disorders during the COVID-19 pandemic and quarantine: an overview of risks and recommendations for treatment and early intervention. *Eating Disorders, 30(1)*, 54–76. https://doi.org/10.1080/10640266.2020.1790271

151. Corredor-Waldron, A., & Currie, J. (2023). To what extent are trends in teen mental health driven by changes in reporting? The example of suicide-related hospital visits. *Working Paper 31493. National Bureau of Economic Research.* http://www.nber.org/papers/w31493

152. Corredor-Waldron, A., & Currie, J. (2023). To what extent are trends in teen mental health driven by changes in reporting? The example of suicide-related hospital visits. *Working Paper 31493. National Bureau of Economic Research.* http://www.nber.org/papers/w31493

153. Costa-Ramón, A., Daysal, N. M., & Rodriguez-Gonzalez, A. (2023, July). The Oral Contraceptive Pill and Adolescents' Mental Health. IZA Discussion Paper No. 16288, Available at SSRN: https://ssrn.com/abstract=4503044 or http://dx.doi.org/10.2139/ssrn.4503044

154. Coulthard, N., & Ogden, J. (2018). The impact of posting selfies and gaining feedback ('likes') on the psychological wellbeing of 16-25 year olds: an experimental study. *Cyberpsychology: Journal of Psychosocial Research on Cyberspace, 12(2)*, Article 4. https://doi.org/10.5817/CP2018-2-4

155. Council On Communications and Media. (2016). Media Use in School-Aged Children and Adolescents. [Abstract]. *Pediatrics*, 138(5), e20162592. https://doi.org/10.1542/peds.2016-2592

156.   Course-Choi, J., & Hammond, L. (2021). Social Media Use and Adolescent Well-Being: A Narrative Review of Longitudinal Studies. *Cyberpsychology, Behavior and Social Networking*, *24*(4), 223–236. https://doi.org/10.1089/cyber.2020.0020

157.   Cowen, T. (2023, September 25). Trends for 12th graders. *Current Affairs. Marginal Revolution.* https://marginalrevolution.com/marginalrevolution/2023/09/trends-for-12th-graders.html

158.   Coyne, S. M., Weinstein, E., Sheppard, J. A., James, S., Gale, M., Van Alfen, M., Ririe, N., Monson, C., Ashby, S., Weston, A., & Banks, K. (2023). Analysis of Social Media Use, Mental Health, and Gender Identity Among Us Youths. *JAMA Network Open*, 6(7), e2324389.

159.   Coyne, S., Rogers, A. A., Zurcher, J. D., Stockdale, L., & Booth, M. (2020). Does time spent using social media impact mental health?: An eight year longitudinal study. *Computers in Human Behavior*, 104, 106160.

160.   Crews, F., He, J., & Hodge, C. (2007). Adolescent cortical development: a critical period of vulnerability for addiction. *Pharmacology, Biochemistry, and Behavior*, 86(2), 189–199. https://doi.org/10.1016/j.pbb.2006.12.001

161.   Csikszentmihalyi, M. (1990). *Flow: the psychology of optimal experience.* New York, Harper & Row.

162.   Cuckle, H. S., & Kinlen, L. J. (1981). Coffee and cancer of the pancreas. *British Journal of Cancer,* 44(5), 760–761.

163.   Cunningham, S., Hudson, C. C., & Harkness, K. (2021). Social Media and Depression Symptoms: A Meta-Analysis. *Research on Child and Adolescent Psychopathology*, 49(2), 241-253.

164.   Dafsari, F. S., & Jessen, F. (2020). Depression-an underrecognized target for prevention of dementia in Alzheimer's disease. *Translational Psychiatry*, *10*(1), 160.

165.   Daly, M. (2022). Prevalence of Depression Among Adolescents in the U.S. From 2009 to 2019: Analysis of Trends by Sex, Race/Ethnicity, and Income. *Journal of Adolescent Health,* 70, 496-499.

166.   Damodar, S., Gurusamy, V., Parrill, A., Lokemoen, C., Bishev, D., Takhi, M., DeViney, M., Person, U., Ijendu, K., Branch, R. (2021). 1.1 #Trending: Social Media's Influence on Adolescent Anxiety and Depression. *Journal of the American Academy of Child & Adolescent Psychiatry,* Volume 60, Issue 10, S139.

167.   Dane, A., & Bhatia, K. (2023). The social media diet: A scoping review to investigate the association between social media, body image and eating disorders amongst young people. *PLOS Global Public Health*, 3(3), e0001091. https://doi.org/10.1371/journal.pgph.0001091

168.   Daniel, D. G., Goldberg, T. E., Gibbons, R. D., & Weinberger, D. R. (1991). Lack of a bimodal distribution of ventricular size in schizophrenia: a Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry,* 30(9), 887–903. https://doi.org/10.1016/0006-3223(91)90003-5

169.   Danneel, S., Nelemans, S., Spithoven, A., Bastin, M., Bijttebier, P., Colpin, H., Van Den Noortgate, W., Van Leeuwen, K., Verschueren, K., & Goossens, L. (2019). Internalizing Problems in Adolescence: Linking Loneliness, Social Anxiety Symptoms, and Depressive Symptoms Over Time. *Journal of Abnormal Child Psychology*, 47(10), 1691–1705. https://doi.org/10.1007/s10802-019-00539-0

170.    Das, R. (2023). Parents' understandings of social media algorithms in children's lives in England: Misunderstandings, parked understandings, transactional understandings and proactive understandings amidst datafication. *Journal of Children and Media, 17*(4), 506–522. https://doi.org/10.1080/17482798.2023.2240899

171.    Davies, T. & Crantson, P. (2008). Youth Work and Social Networking Final Research Report. How can Youth Work best support young people to navigate the risks and make the most of the opportunities of online social networking? *The National Youth Agency*

172.    Davison, J., Bunting, B., Connolly, P., Lloyd, K., Dunne, L., & Stewart-Knox, B. (2022). Less Screen Time, More Frequent Fruit and Vegetable Intake and Physical Activity are Associated with Greater Mental Wellbeing in Adolescents. *Child Indicators Research*, 15, 1339-1361.

173.    De Bérail, P.D., Guillon, M., & Bungener, C. (2019). The relations between YouTube addiction, social anxiety and parasocial relationships with YouTubers: A moderated-mediation model based on a cognitive-behavioral framework. *Computers in Human Behavior, 99*, 190-204.

174.    de Diego Díaz Plaza, M., Novalbos Ruiz, J. P., Rodríguez Martín, A., Santi Cano, M. J., & Belmonte Cortés, S. (2022). Social media and cyberbullying in eating disorders. *Nutricion Hospitalaria*, 39(Spec No2), 62–67. https://doi.org/10.20960/nh.04180

175.    De Groote, D. & Van Ouytsel, J. (2022). Digital stress within early adolescents' friendships–A focus group study from Belgium. *Telematics and Informatics*, 73, 101877.

176.    de Oliveira Santini, F., Ladeira, W.J., Pinto, D., Herter, M. M., Sampaio, C. H., & Babin, B. J. (2020). Customer engagement in social media: a framework and meta-analysis. *Journal of the Academy of Marketing Science, 48*, 1211–1228. https://doi.org/10.1007/s11747-020-00731-5

177.    de Valle, M. K., Gallego-Garcia, M., Williamson, P., & Wade, T. D. (2021). Social media, body image, and the question of causation: Meta-analyses of experimental and longitudinal evidence. *Body Image*, 39, 276-292.

178.    de Valle, M.K., & Wade, T.D. (2022). Targeting the link between social media and eating disorder risk: A randomized controlled pilot study. *The International Journal of Eating Disorders*, 1-13.  https://doi.org/10.1002/eat.23756

179.    de Vries, D. A., Moller, A. M., Wieringa, M.D., Eigenraam, A. W., & Hamelink, K. (2018). Social comparison as the thief of joy: Emotional consequences of viewing strangers' Instagram posts. *Media Psychology*, 21, 222-245.

180.    De, P., Cox, J., Boivin, J. F., Platt, R. W., Jolly, A. M., & Alexander, P. E. (2009). HIV and HCV discordant injecting partners and their association to drug equipment sharing. *Scandinavian Journal of Infectious Diseases*, 41(3), 206–214. https://doi.org/10.1080/00365540902721376

181.    DeAngelis, T. (2024, April 1). Teens are spending nearly 5 hours daily on social media. Here are the mental health outcomes. Forty-one percent of teens with the highest social media use rate their overall mental health as poor or very poor. *American Psychological Association*, 55: 80

182.    Dekkers, T. J., & van Hoorn, J. (2022). Understanding Problematic Social Media Use in Adolescents with Attention-Deficit/Hyperactivity Disorder (ADHD): A Narrative Review and Clinical Recommendations. *Brain Sciences, 12(12)*, 1625. https://doi.org/10.3390/brainsci12121625

183.    Deng, J., Zhou, F., Hou, W., Heybati, K., Lohit, S., Abbas, U., Silver, Z., Wong, C. Y., Chang, O., Huang, E., Zuo, Q. K., Moskalyk, M., Ramaraju, H. B., & Heybati, S. (2023). Prevalence of mental health symptoms in children and adolescents during the COVID-19 pandemic: A meta-analysis. *Annals of the New York Academy of Sciences*, *1520*(1), 53–73.

184.    Department of Health and Human Services. (2023, October 31). *Bidirectional Influences Between Adolescent Social Media Use and Mental Health* (R01 Clinical Trial Optional) https://grants.nih.gov/grants/guide/rfa-files/RFA-MH-24-180.html

185.    Department of Health and Human Services. Bidirectional Influences Between Adolescent Social Media Use and Mental Health (R01 Clinical Trial Optional. https://grants.nih.gov/grants/guide/rfa-files/RFA-MH-24-180.html

186.    Depow, G. J., Oldemburgo de Mello, V., & Inzlicht, M. (2025). A positive empathy intervention to improve well-being on Instagram. *Emotion* (Washington, D.C.), 10.1037/emo0001489. Advance online publication. https://doi.org/10.1037/emo0001489

187.    Desha, L.N., Nicholson, J.M. & Ziviani, J.M. (2011). Adolescent Depression and Time Spent with Parents and Siblings. *Social Indicators Research,* 101(2), 233−238. doi:10.1007/s11205−010−9658−8

188.    Dhadly, P. K., Kinnear, A., & Bodell, L. P. (2023). #BoPo: Does viewing body positive TikTok content improve body satisfaction and mood? *Eating Behaviors*, *50*, 101747.

189.    Di Sano, S., & Paola, D. E. (2023). Exploring the impact of social media use on mental health in adolescents benefits, risks,, and the role of schools and school psychologists. PODPORA A ROZVOJ DUŠEVNÉHO ZDRAVIA V ŠKOLÁCH, 8.

190.    Dienlin, T., & Johannes, N. (2020). The impact of digital technology use on adolescent well-being. *Dialogues in Clinical Neuroscience,* 22(2), 135–142. https://doi.org/10.31887/DCNS.2020.22.2/tdienlin

191.    Digby, P.G.N. (1983). Approximating the Tetrachoric Correlation Coefficient. *Biometrics*, 39(3), 753-757.

192.    Doan, N., Romano, I., Butler, A., Laxer, R. E., Patte, K. A., & Leatherdale, S. T. (2021). Weight control intentions and mental health among Canadian adolescents: a gender-based analysis of students in the COMPASS study. *Health Promotion and Chronic Disease Prevention in Canada: Research, Policy and Practice*, 41(4), 119–130. https://doi.org/10.24095/hpcdp.41.4.01

193.    Donaldson, C., Ouergi, S., Angel, L, Anthony, R., Boffey, M., Edwards, A., Hawkins, J., Lennon, J., MacKay, K., Murphy, S., Morgan, K., & Moore, G. (2023). The School Health Research Network (SHRN) Student Health and Wellbeing in Wales: Key findings from the 2022/23 school health research network primary school student health and wellbeing survey.  https://www.shrn.org.uk/wp-content/uploads/2023/10/PrSHRN-2022-23-national-report-English

194.    Dondzilo, L., Mahalingham, T., & Clarke, P. J. F. (2024). A preliminary investigation of the causal role of social media use in eating disorder symptoms. *Journal of Behavior Therapy and Experimental Psychiatry,* 82, 101923. https://doi.org/10.1016/j.jbtep.2023.101923

195.    DongBack, S., & Ray, S. (2019). Habit and addiction in the use of social networking sites: Their nature, antecedents, and consequences. *Computers in Human Behavior*, 99, 109-125.

196.    Donnelly, E. (2023, August 21). *Parents say screen time, social media and internet safety are their top concerns for kids. Here's what to know.* Yahoo!life.
https://www.yahoo.com/lifestyle/parents-name-social-media-screen-time-as-top-concerns-
200250249.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbvS
8&guce_referrer_sig=AQAAADORstPNp9HTne-QE-G-v4Z2Bkl3WQwH5-
JxR2TlfgpChhgf4BO4KZcd4IPjxmO1yhDIE09uMIeiay3NAGujMM2V3Y9rl9ZXpWxH
vxwGXJkKoqrHKXzIdy23z9s9wh4RqyMqFFsZrrsDwRJ3oUO0q3Oe8UCOaMx5QL6t2
ol3q232

197.    Draženović, M., Vukušić Rukavina, T., & Machala Poplašen, L. (2023). Impact of Social Media Use on Mental Health within Adolescent and Student Populations during COVID-19 Pandemic: Review. *International Journal of Environmental Research and Public Health*, *20*(4), 3392.

198.    Dubas J.S., & Gerris, J. R. M. (2002). Longitudinal changes in the time parents spend in activities with their adolescent children as a function of child age, pubertal status and gender. *Journal of Family Psychology, 6*(4), 415−427. doi:10.1037/0893−3200.16.4.415

199.    Ducci, F., & Goldman, D. (2012). The genetic basis of addictive disorders. *The Psychiatric Clinics of North America, 35*(2), 495–519. https://doi.org/10.1016/j.psc.2012.03.010

200.    Dumas, A. A., & Desroches, S. (2019). Women's Use of Social Media: What Is the Evidence About Their Impact on Weight Management and Body Image?. *Current Obesity Reports, 8*(1), 18–32. https://doi.org/10.1007/s13679-019-0324-4

201.    Dunn, T. R., & Langlais, M. R. (2020). "'Oh, Snap!": A Mixed-Methods Approach to Analyzing the Dark Side of Snapchat. *The Journal of Social Media in Society*, 9, 69-104.

202.    Dunne, J. H., Black, L., Anderton, M., Nanda, P., Banwell, E., Butters, L. C., Demkowicz, O., Davidson, B., Qualter, P., Humphrey, N., Jay, C., & Panayiotou, M. (2023). Identifying relevant experiences to the measurement of social media experience via focus groups with young people. *Adolescent Social Media Experience*. PREPRINT. 10.31234/osf.io/erjvz .

203.    Duradoni, M., Innocenti, F., & Guazzini, A. (2020). Well-Being and Social Media: A Systematic Review of Bergen Addiction Scales. *Future Internet*, 12(2), 24.

204.    Effect Size Converter. https://www.escal.site/

205.    Eirich, R., McArthur, B. A., Anhorn, C., McGuinness, C., Christakis, D. A., & Madigan, S. (2022). Association of Screen Time With Internalizing and Externalizing Behavior Problems in Children 12 Years or Younger: A Systematic Review and Meta-analysis. *JAMA Psychiatry, 79*(5), 393–405. https://doi.org/10.1001/jamapsychiatry.2022.0155

206.    Eko (2023 March). Suicide, Incels, and Drugs: How TikTok's deadly algorithm harms kids. https://s3.amazonaws.com/s3.sumofus.org/images/eko_Tiktok-Report_FINAL.pdf

207.    Engeln, R., Loach, R., Imundo, M. N., & Zola, A. (2020). Compared to Facebook, Instagram use causes more appearance comparison and lower body satisfaction in college women. *Body Image*, 34, 38-45.

208.    Ensmann, S., & Whiteside, A. (2022). "It Helped to Know I Wasn't Alone": Exploring Student Satisfaction in an Online Community with a Gamified, Social Media-Like Instructional Approach. *Online Learning. 26*. 10.24059/olj.v26i3.3340.

209.  Erevik, E. K., Pallesen, S., Vedaa, O., Andreassen, C. S., Dhir, A., & Torsheim, T. (2021). General and alcohol-related social media use and mental health:  A large-sample longitudinal study. *International Journal of Mental Health and Addiction*, 19, 1991-2002.

210.  Erzen E., & Çikrikci, Ö. (2018). The effect of loneliness on depression: A meta−analysis. *International Journal of Social Psychiatry,* 64(5), 427−435. doi:10.1177/0020764018776349

211.  Escobar-Viera, C. G., Whitfield, D. L., Wessel, C. B., Shensa, A., Sidani, J. E., Brown, A. L., Chandler, C. J., Hoffman, B. L., Marshal, M. P., & Primack, B. A. (2018). For Better or for Worse? A Systematic Review of the Evidence on Social Media Use and Depression Among Lesbian, Gay, and Bisexual Minorities. *JMIR Mental Health,* 5(3), e10496. https://doi.org/10.2196/10496

212.  European Parliament. Harmful internet use - Part 1: Internet addiction and problematic us. *Panel for the Future of Science and Technology (STOA).* https://www.europarl.europa.eu/stoa/en/document/EPRS_STU(2019)624249

213.  Faelens, L., Hoorelbeke, K., Cambier, R., van Put, J., Van de putte, E., De Raedt, R., & Koster, E. (2021). The relationship between Instagram use and indicators of mental health: A systematic review. *Computers in Human Behavior Reports*, 4, 100121.

214.  Faelens, L., Hoorelbeke, K., Soenens, B., Van Gaeveren, K., De Marez, L., De Raedt, R., & Koster, E.H.W. (2021). Social media use and well-being: A prospective experience-sampling study. *Computers in Human Behavior*, 114, 106510.

215.  Fanous, A. H., Neale, M. C., Aggen, S. H., & Kendler, K. S. (2007). A longitudinal study of personality and major depression in a population-based sample of male twins. *Psychological Medicine,* 37(8), 1163-72.

216.  Fardouly, J., & Holland, E. (2018). Social media is not real life: The effect of attaching disclaimer-type labels to idealized social media images on women's body image and mood. *New Media & Society, 20*(11), 4311-4328. https://doi.org/10.1177/1461444818771083

217.  Fardouly, J., & Rapee, R. M. (2019). The impact of no-makeup selfies on young women's body image. *Body Image*, 28, 128–134. https://doi.org/10.1016/j.bodyim.2019.01.006

218.  Fardouly, J., & Vartanian, L. R. (2016). Social media and body image concerns: current research and future directions. *Current Opinion in Psychology,* 9, 1-5. http://dx.doi.org/10.1016/j.copsyc.2015.09.005

219.  Fardouly, J., Crosby, R.D. & Sukunesan, S. (2022). Potential benefits and limitations of machine learning in the field of eating disorders: current research and future directions. *Journal of Eating Disorders, 10*, 66. https://doi.org/10.1186/s40337-022-00581-2

220.  Fardouly, J., Diedrichs, P. C., Vartanian, L. R., & Halliwell, E. (2015). Social comparisons on social media: the impact of Facebook on young women's body image concerns and mood. *Body Image, 13*, 38–45. https://doi.org/10.1016/j.bodyim.2014.12.002

221.  Fardouly, J., Pinkus, R. T., & Vartanian, L. R. (2017). The impact of appearance comparisons made through social media, traditional media, and in person in women's everyday lives. *Body Image*, 20, 31–39. https://doi.org/10.1016/j.bodyim.2016.11.002

222.  Fareri, D. S., Martin, L. N., & Delgado, M. R. (2008). Reward-related processing in the human brain: developmental considerations. *Development and Psychopathology, 2*0(4), 1191–1211. https://doi.org/10.1017/S0954579408000576

223.  Farid, H. (2018). Reining in Online Abuses. *Technology and Innovation,* 19, 593-599.

224. Farid, H. (2021). An overview of perceptual hashing. *Journal of Online Trust and Safety, 1-22.*

225. Fassi, L., Thomas, K., Parry, D. A., Leyland-Craggs, A., Ford, T. J., & Orben, A. (2024). Social Media Use and Internalizing Symptoms in Clinical and Community Adolescent Samples: A Systematic Review and Meta-Analysis. *JAMA Pediatrics*, 178(8), 814–822. https://doi.org/10.1001/jamapediatrics.2024.2078

226. Faulhaber, M. E., Lee, J. E., & Gentile, D. A. (2023). The effect of self-monitoring limited social media use on psychological well-being. *Technology, Mind, and Behavior, 4(*2). https://doi.org/10.1037/tmb0000111

227. Faverio, M. & Sidoti, O. (2024). Teens, Social Media and Technology 2024. YouTube, TikTok, Instagram and Snapchat remain widely used among U.S. teens; some say they're on these sites almost constantly. *Pew Research Center. https://www.pewresearch.org/internet/2024/12/12/teens-social-media-and-technology-2024/*

228. Faverio, M., Anderson, M., & Park, E. (2025, April 25). Teens, Social Media and Mental Health. Most teens credit social media with feeling more connected to friends. Still, roughly 1 in 5 say social media sites hurt their mental health, and growing shares think they harm people their age. *Pew Research Center.* https://www.pewresearch.org/internet/2025/04/22/teens-social-media-and-mental-health/

229. Fedak, K. M., Bernal, A., Capshaw, Z. A., & Gross, S. (2015). Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. *Emerging Themes in Epidemiology*, 12, 14.

230. Feder, K. A., Riehm, K. E., & Mojtabai, R. (2020). Is There an Association Between Social Media Use and Mental Health? The Timing of Confounding Measurement Matters-Reply. *JAMA psychiatry,* 77(4), 438. https://doi.org/10.1001/jamapsychiatry.2019.4503

231. Fehr, E. & Gachter, S. (2000). Fairness and Retaliation: The Economics of Reciprocity. *Journal of Economic Perspectives,* 14(3)*, 159-181.*

232. Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. *Psychology of Popular Media*. Advance online publication. https://dx.doi.org/10.1037/ppm0000541

233. Ferguson, C. J., Kaye, L. K., Branley-Bell, D., Markey, P., Ivory, J. D., Klisanin, D., Elson, M., Smyth, M., Hogg, J. L., McDonnell, D., Nichols, D., Siddiqui, S., Gregerson, M., & Wilson, J. (2022). Like this meta-analysis: Screen media and mental health. *Professional Psychology: Research and Practice*, 53(2), 205–214. https://doi.org/10.1037/pro0000426

234. Fioravanti, G., Bocci-Benucci, S., Ceragioli, G., & Casale, S. (2022). How the Exposure to Beauty Ideals on Social Networking Sites Influences Body Image: A Systematic Review of Experimental Studies. *Adolescent Research Review, 7*, 419–458. https://doi.org/10.1007/s40894-022-00179-4

235. First, M. B., Yousif, L. H., Clarke, D. E., Wang, P. S., Gogtay, N., & Appelbaum, P. S. (2022). DSM-5-TR: overview of what's new and what's changed. *World Psychiatry*, 21(2), 218–219. https://doi.org/10.1002/wps.20989

236. Flayelle, M., Brevers, D., King, D.L., Maurage, P., Perales, J. C., & Billieux, J. (2023)*.* A taxonomy of technology design features that promote potentially addictive online

behaviours. *Nature Reviews Psychology*, 136–150 (2023). https://doi.org/10.1038/s44159-023-00153-4

237. Foster, J. D., & Jackson, M. H. (2019). Measurement confounds in study on social media usage and adolescent life satisfaction. *Proceedings of the National Academy of Sciences*, 116(31), 15333.

238. Fournier L., Schimmenti A., Musetti A., Boursier, V., Flayelle, M., Cataldo, I., Starcevic, V., & Billieux, J. (2023). Deconstructing the components model of addiction: an illustration through "addictive" use of social media. *Addictive Behaviors,* 143,107694. doi:10.1016/j.addbeh.2023.107694

239. Freeman, Michael. 2016. Forensic epidemiology: principles and practice (Elsevier: Boston, MA).

240. Frei, E., Filiz, T. T., Frei, O., Loughnan, L., Jaholkowski, P., Bakken, N. R., Birkenæs, V., Shadrin, A. A., Ask, H., & Andreassen, O. A. (2025). 'Genome-wide analysis of screen behaviors among adolescents identifies novel loci and overlap with educational attainment and mental disorders'. [PREPRINT].  medRxiv. doi: https://doi.org/10.1101/2025.01.07.25320110

241. Fridh, M., Köhler, M., Modén, B., Lindström, M., & Rosvall, M. (2018). Subjective health complaints and exposure to peer victimization among disabled and non-disabled adolescents: A population-based study in Sweden. *Scandinavian Journal of Public Health*, 46(2), 262–271. https://doi.org/10.1177/1403494817705558

242. Frison, E., & Eggermont, S. (2017). Browsing, Posting, and Liking on Instagram: The Reciprocal Relationships Between Different Types of Instagram Use and Adolescents' Depressed Mood. *Cyberpsychology, Behavior, and Social Networking*, 20, 603-609.

243. Frison, E., Bastin, M., Bijttebier, P., & Eggermont, S. (2018). Helpful or Harmful? The Different Relationships Between Private Facebook Interactions and Adolescents' Depressive Symptoms. *Media Psychology*, 22(2), 244–272.

244. Frith, E. (2017). Social Media and Children's Mental Health—A Review of the Evidence. *Education Policy Institute*, London. https://epi.org.uk/wp-content/uploads/2018/01/Social-Media_Mental-Health_EPI-Report.pdf

245. Frost, R. L., & Rickwood, D. J. (2017). A systematic review of the mental health outcomes associated with Facebook use. *Computers in Human Behavior,* 76, 576–600. https://doi.org/10.1016/j.chb.2017.08.001

246. Fulkerson, J. A., Story, M., Mellin, A., Leffert, N., Neumark-Sztainer, D., & French, S. A. (2006). Family dinner meal frequency and adolescent development: relationships with developmental assets and high-risk behaviors. *The Journal of Adolescent Health*, 39(3), 337–345. https://doi.org/10.1016/j.jadohealth.2005.12.026

247. Fumagalli, E., Dolmatzian, M. B., & Shrum, L. J. (2021). Centennials, FOMO, and Loneliness: An Investigation of the Impact of Social Networking and Messaging/VoIP Apps Usage During the Initial Stage of the Coronavirus Pandemic. *Frontiers in Psychology*, 12, 620739.

248. Fumagalli, E., Shrum, L. J., & Lowrey, T. M. (2024). The effects of social media consumption on adolescent psychological well-being. *Journal of the Association for Consumer Research,* 9, 119-130.

249. Gallup. (2023). The global state of social connections [Press release]. https://www.gallup.com/analytics/509675/state-of-social-connections.aspx

250.    Garrison, M. M., & Christakis, D. A. (2012). The impact of a healthy media use intervention on sleep in preschool children. *Pediatrics,* 130(3), 492–499. https://doi.org/10.1542/peds.2011-3153

251.    Gaspar, T., Carvalho, M., Noronha, C., Guedes, F. B., Cerqueira, A., & de Matos, M. G. (2023). Healthy Social Network Use and Well-Being during Adolescence: A Biopsychosocial Approach. *Children* (Basel, Switzerland), 10(10), 1649. https://doi.org/10.3390/children10101649

252.    Gentzler, A. L., Hughes, J. L., Johnston, M., & Alderson, J. E. (2023). Which social media platforms matter and for whom? Examining moderators of links between adolescents' social media use and depressive symptoms. *Journal of Adolescence,* 95(8), 1725–1748. https://doi.org/10.1002/jad.12243

253.    Gerritsen, L., Sigurdsson, S., Jonsson, P. V., Gudnason, V., Launer, L. J., & Geerlings, M. I. (2022). Depressive symptom profiles predict dementia onset and brain pathology in older persons. The AGES-Reykjavik study. *Neurobiology of Aging*, 111, 14–23.

254.    Ghali, S., Afifi, S., Suryadevara, V., Habab, Y., Hutcheson, A., Panjiyar, B. K., Davydov, G. G., Nashat, H., & Nath, T. S. (2023). A Systematic Review of the Association of Internet Gaming Disorder and Excessive Social Media Use With Psychiatric Comorbidities in Children and Adolescents: Is It a Curse or a Blessing?. *Cureus, 15(*8), e43835. https://doi.org/10.7759/cureus.43835

255.    Gibbons, R. D., Hooker, G., Finkelman, M. D., Weiss, D. J., Pilkonis, P. A., Frank, E., Moore, T., & Kupfer, D. J. (2013). The computerized adaptive diagnostic test for major depressive disorder (CAD-MDD): a screening tool for depression. *The Journal of Clinical Psychiatry*, 74(7), 669–674. https://doi.org/10.4088/JCP.12m08338

256.    Gibbons, R. D., Hur, K., Bhaumik, D. K., & Mann, J. J. (2005). The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry*, 62(2), 165–172. https://doi.org/10.1001/archpsyc.62.2.165

257.    Gibbons, R. D., Hur, K., Bhaumik, D. K., & Mann, J. J. (2006). The relationship between antidepressant prescription rates and rate of early adolescent suicide. *The American Journal of Psychiatry,* 163(11), 1898–1904. https://doi.org/10.1176/ajp.2006.163.11.1898

258.    Gibbons, R. D., Hur, K., Lavigne, J. E., & Mann, J. J. (2022). Association Between Folic Acid Prescription Fills and Suicide Attempts and Intentional Self-harm Among Privately Insured US Adults. JAMA Psychiatry, 79(11), 1118–1123. https://doi.org/10.1001/jamapsychiatry.2022.2990

259.    Gibbons, R. D., Segawa, E., Karabatsos, G., Amatya, A. K., Bhaumik, D. K., Brown, C. H., Kapur, K., Marcus, S. M., Hur, K., & Mann, J. J. (2008). Mixed-effects Poisson regression analysis of adverse event reports: the relationship between antidepressants and suicide. *Statistics in Medicine*, 27(11), 1814–1833. https://doi.org/10.1002/sim.3241

260.    Gignac, G. E., & Szodorai, E. T. (2016). Effect size guidelines for individual differences researchers. *Personality and Individual Differences*, 102, 74-78.

261.    Gillespie-Smith, K., Hendry, G., Anduuru, N., Laird, T., & Ballantyne, C. (2021). Using social media to be 'social': Perceptions of social media benefits and risk by autistic young people, and parents. *Research in Developmental Disabilities*, 118, 104081. https://doi.org/10.1016/j.ridd.2021.104081

262.    Gioia, F., Fioravanti, G., Casale, S., & Boursier, V. (2021). The Effects of the Fear of Missing Out on People's Social Networking Sites Use During the COVID-19 Pandemic:

The Mediating Role of Online Relational Closeness and Individuals' Online Communication Attitude. *Frontiers in Psychiatry*, *12*, 620442.

263. Gkiouleka, M., Stavraki, C., Sergentanis, T. N., & Vassilakou, T. (2022). Orthorexia Nervosa in Adolescents and Young Adults: A Literature Review. *Children* (Basel, Switzerland), 9(3), 365. https://doi.org/10.3390/children9030365

264. Glover, J., Ariefdjohan, M., & Fritsch, S. L. (2022). #KidsAnxiety and the Digital World. *Child and Adolescent Psychiatric Clinics of North America, 31*(1), 71–90. https://doi.org/10.1016/j.chc.2021.06.004

265. Golden, S. H., & Bass, E. B. (2013). Validity of meta-analysis in diabetes: meta-analysis is an indispensable tool in evidence synthesis. *Diabetes Care, 36*(10), 3368–3373. https://doi.org/10.2337/dc13-1196

266. Goodwin, R. D., Dierker, L. C., Wu, M., Galea, S., Hoven, C. W., & Weinberger, A. H. (2022) Trends in U.S. Depression Prevalence from 2015 to 2020: The Widening Treatment Gap. *American Journal of Preventive Medicine*, 63, 726-733.

267. Gori G. B. (2002). Considerations on guidelines of epidemiologic practice. *Annals of epidemiology, 12*(2), 73–78. https://doi.org/10.1016/s1047-2797(01)00257-5

268. Gotlib, I. H., Borchers, L. R., Chahal, R., Gifuni, A. J., Teresi, G. I., & Ho, T. C. (2021). Early Life Stress Predicts Depressive Symptoms in Adolescents During the COVID-19 Pandemic: The Mediating Role of Perceived Stress. *Frontiers in Psychology*, 11, 603748. https://doi.org/10.3389/fpsyg.2020.603748

269. Gotlib, I. H., Miller, J. G., Borchers, L. R., Coury, S. M., Costello, L. A., Garcia, J. M., & Ho, T. C. (2022). Effects of the COVID-19 Pandemic on Mental Health and Brain Maturation in Adolescents: Implications for Analyzing Longitudinal Data. *Biological Psychiatry Global Open Science*, 3(4), 912–918. *Advance Online Publication*. https://doi.org/10.1016/j.bpsgos.2022.11.002

270. Grabe, S., Ward, L. M., & Hyde, J. S. (2008). The role of the media in body image concerns among women: a meta-analysis of experimental and correlational studies. *Psychological bulletin*, 134(3), 460-476.

271. Graham, A. K., Minc, A., Staab, E., Beiser, D. G., Gibbons, R. D., & Laiteerapong, N. (2019). Validation of the Computerized Adaptive Test for Mental Health in Primary Care. *Annals of Family Medicine*, 17(1), 23–30. https://doi.org/10.1370/afm.2316

272. Gray, P., Lancy, D. F., & Bjorklund, D. F. (2023). Decline in Independent Activity as a Cause of Decline in Children's Mental Well-being: Summary of the Evidence. *The Journal of Pediatrics*, 260, 113352. https://doi.org/10.1016/j.jpeds.2023.02.004

273. Greenland, S., Senn, S. J., Rothman, K. J., Carlin, J. B., Poole, C., Goodman, S. N., & Altman, D. G. (2016). Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations. *European Journal of Epidemiology*, 31(4), 337–350. https://doi.org/10.1007/s10654-016-0149-3

274. Griffiths, M. (2005). A 'components' model of addiction within a biopsychosocial framework. *Journal of Substance Use, 10(4):* 191-197.

275. Griffiths, S. (2023, March 28). Brown Bag Talk by Dr. Scott Griffiths on "TikTok and Eating Disorders_ A Big Data Investigation." National University of Singapore, ABSTRACT AS4-02-08. https://fass.nus.edu.sg/psy/events/brown-bag-talk-by-dr-scott-griffiths-on-tiktok-and-eating-disorders-a-big-data-investigation/

276. Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does TikTok contribute to eating disorders? A comparison of the

21

TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image*, 51, 101807. https://doi.org/10.1016/j.bodyim.2024.101807

277. Griffiths, S., Murray, S. B., Krug, I., & McLean, S. A. (2018). The Contribution of Social Media to Body Dissatisfaction, Eating Disorder Symptoms, and Anabolic Steroid Use Among Sexual Minority Men. *Cyberpsychology, Behavior and Social Networking*, 21(3), 149–156. https://doi.org/10.1089/cyber.2017.0375

278. Griffiths, S., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., Dennis, S., & Harris, E. A. (2025). Corrigendum to "Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls" [Body Image 51 (2024) 101807]. *Body Image*, 52, 101834. https://doi.org/10.1016/j.bodyim.2024.101834

279. Grucza, R. A., Krueger, R. F., Agrawal, A., Plunk, A. D., Krauss, M. J., Bongu, J., Cavazos-Rehg, P. A., & Bierut, L. J. (2018). Declines in prevalence of adolescent substance use disorders and delinquent behaviors in the United States: a unitary trend? *Psychological Medicine*, 48(9), 1494-1503.

280. Gu, S., Ping, J., Xu, M., & Zhou, Y. (2021). TikTok browsing for anxiety relief in the preoperative period: A randomized clinical trial. *Complementary Therapies in Medicine*, 60, 102749. https://doi.org/10.1016/j.ctim.2021.102749

281. Gudka, M., Gardiner, K. L. K., & Lomas, T. (2021). Towards a framework for flourishing through social media: a systematic review of 118 research studies. *The Journal of Positive Psychology,* 18(1), 86–105. https://doi.org/10.1080/17439760.2021.1991447

282. Gugushvili, N., Täht, K., Ruiter, R. A. C., & Verduyn, P. (2022). Facebook use intensity and depressive symptoms: a moderated mediation model of problematic Facebook use, age, neuroticism, and extraversion. *BMC Psychology,* 10(1), 279. https://doi.org/10.1186/s40359-022-00990-7

283. Günlü, A., Oral, T., Yoo, S., & Chung, S. (2023). Reliability and validity of the problematic TikTok Use Scale among the general population. *Frontiers in Psychiatry*, *14*, 1068431.

284. Guyatt, G. H., Sackett, D. L., Sinclair, J. C., Hayward, R., Cook, D. J., & Cook, R. J. (1995). Users' guides to the medical literature. IX. A method for grading health care recommendations. Evidence-Based Medicine Working Group. *JAMA*, 274(22), 1800–1804. https://doi.org/10.1001/jama.274.22.1800

285. Haidt, J. (2023, February 22). Social Media is a Major Cause of the Mental Illness Epidemic in Teen Girls. Here's the Evidence. Journalists should stop saying that the evidence is just correlational. *After Babel.* https://www.afterbabel.com/p/social-media-mental-illness-epidemic

286. Hale, L., & Guan, S. (2015). Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Medicine Reviews*, 21, 50–58. https://doi.org/10.1016/j.smrv.2014.07.007

287. Hamaker, E. L., Kuiper, R. M., & Grasman, R. P. (2015). A critique of the cross-lagged panel model. *Psychological Methods*, 20(1), 102–116. https://doi.org/10.1037/a0038889

288. Hamilton, J. L., Dalack, M., Boyd, S. I., Jorgensen, S., Dreier, M. J., Sarna, J., & Brent, D. A. (2024). Positive and negative social media experiences and proximal risk for suicidal ideation in adolescents. *Journal of Child Psychology and Psychiatry, and Allied Disciplines*, 65(12), 1580–1589. https://doi.org/10.1111/jcpp.13996

289. Hamilton, J. L., Dreier, M. J., & Boyd, S. I. (2023). Social media as a bridge and a window: The changing relationship of adolescents with social media and digital platforms. *Current Opinion in Psychology, 52,* 101633. https://doi.org/10.1016/j.copsyc.2023.101633

290. Hamilton, M. (1960). A rating scale for depression. *Journal of Neurology, Neurosurgery, and Psychiatry*, 23(1), 56–62.

291. Hamra, G. B., Guha, N., Cohen, A., Laden, F., Raaschou-Nielsen, O., Samet, J. M., Vineis, P., Forastiere, F., Saldiva, P., Yorifuji, T., & Loomis, D. (2014). Outdoor particulate matter exposure and lung cancer: A systematic review and meta-analysis. *Environmental Health Perspectives*, 122(9), 906-911.

292. Han, X., Zhou, E., & Liu, D. (2024). Electronic Media Use and Sleep Quality: Updated Systematic Review and Meta-Analysis. *Journal of medical Internet research*, 26, e48356. https://doi.org/10.2196/48356

293. Hancock, J., Liu, S. X., Luo, M., & Mieczkowski, H. (2022). Psychological Well-Being and Social Media Use: A Meta-Analysis of Associations between Social Media Use and Depression, Anxiety, Loneliness, Eudaimonic, Hedonic and Social Well-Being. *Department of Communication Stanford University,* SSRN: https://ssrn.com/abstract=4053961

294. Hansen, B., Sabia, J. J., & Schaller, J. (2023). In-Person schooling and youth suicide: evidence from school calendars and pandemic school closures. *Working Paper 30795. National Bureau of Economic Research.* http://www.nber.org/papers/w30795

295. Harriger, J. A., Evans, J. A., Thompson, J. K., & Tylka, T. L. (2022). The dangers of the rabbit hole: Reflections on social media as a portal into a distorted world of edited bodies and eating disorder risk and the role of algorithms. *Body Image, 41,* 292–297. https://doi.org/10.1016/j.bodyim.2022.03.007

296. Hartley, C. A., & Somerville, L. H. (2015). The neuroscience of adolescent decision-making. *Current Opinion in Behavioral Sciences*, 5, 108–115. https://doi.org/10.1016/j.cobeha.2015.09.004

297. He, Q., Turel, O., & Bechara, A. (2017). Brain anatomy alterations associated with Social Networking Site (SNS) addiction. *Scientific Reports*, 7, 45064. https://doi.org/10.1038/srep45064

298. headspace (2018). National Youth Mental Health Survey 2018. Mental health and wellbeing over time. https://headspace.org.au/our-impact/evaluation-research-reports/youth-mental-health-statistics/

299. Heffer, T., Good, M., Daly, O., MacDonell, E., & Willoughby, T. (2019). The Longitudinal Association Between Social-Media Use and Depressive Symptoms Among Adolescents and Young Adults: An Empirical Reply to Twenge et al. (2018). *Clinical Psychological Science*, 7(3).

300. Hermann, V., Durbeej, N., Karlsson, A.-C., & Sarkadi, A. (2022). Feeling mentally unwell is the "New normal". A qualitative study on adolescents' views of mental health problems and related stigma. *Children and Youth Services Review*, 143, 106660. https://doi.org/10.1016/j.childyouth.2022.106660

301. Heron, M. (2021). Deaths: Leading Causes for 2018. National vital statistics reports: from the Centers for Disease Control and Prevention. *National Center for Health Statistics, National Vital Statistics System*. 70, 1-115. 10.15620/cdc:104186.

302.   Hill, A.B. (1965). The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine: Section of Occupational Medicine*, 58, 295-300.

303.   Hinduja, S. (2023). Social Media, Youth, and New Legislation: The Most Critical Components. *Cyberbullying Research Center.* https://cyberbullying.org/social-media-legislation-youth-well-being-components

304.   Hisler, G., Twenge, J. M., & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: evidence from a cohort study. *Sleep Medicine*, 66, 92–102. https://doi.org/10.1016/j.sleep.2019.08.007

305.   Hjetland, G. J., Finserås, T. R., Sivertsen, B., Colman, I., Hella, R. T., & Skogen, J. C. (2022). Focus on Self-Presentation on Social Media across Sociodemographic Variables, Lifestyles, and Personalities: A Cross-Sectional Study. *International Journal of Environmental Research and Public Health*, 19(17), 11133. https://doi.org/10.3390/ijerph191711133

306.   Hobbs, T, Barry, R., & Koh, Y. (2021, December 17). 'The Corpse Bride Diet': how TikTok inundates teens with eating-disorder videos', The Wall Street Journal. https://www.wsj.com/articles/how-tiktok-inundates-teens-with-eating-disorder-videos-11639754848

307.   Holfeld, B., Stoesz, B., & Montgomery, J. (2019). Traditional and cyber bullying and victimization among youth with autism spectrum disorder: An investigation of the frequency, characteristics, and psychosocial correlates. *Journal on Developmental Disabilities*, 24, 61-76.

308.   Holland, G., & Tiggemann, M. (2016). A systematic review of the impact of the use of social networking sites on Body Image and disordered eating outcomes. *Body Image*, 17, 100–110. https://doi.org/10.1016/j.bodyim.2016.02.008

309.   Horwitz, J. (2023, November 2). His job was to make Instagram safe for teens. His 14-year-old showed him what the app was really like. *Wall Street Journal.* https://www.wsj.com/tech/instagram-facebook-teens-harassment-safety-5d991be1

310.   Hristova, D., Jovicic, S., Göbl, B., de Freitas, S., & Slunecko, T. (2022). "Why did we lose our snapchat streak?". Social media gamification and metacommunication. *Computers in Human Behavior Reports,* 5,100172.

311.   Hristova, D., Lieberoth, A. (2021). How Socially Sustainable Is Social Media Gamification? A Look into Snapchat, Facebook, Twitter and Instagram. *Transforming Society and Organizations through Gamification From the Sustainable Development Goals to Inclusive Workplaces* (Springer).https://doi.org/10.1007/978-3-030-68207-1_12

312.   Hu, Y., Zou, Y., Zhang, M., Yan, J., Zheng, Y., & Chen, Y. (2024). The relationship between major depressive disorder and dementia: A bidirectional two-sample Mendelian randomization study. Journal of affective disorders, 355, 167–174. https://doi.org/10.1016/j.jad.2024.03.149

313.   Huang, C. (2017). Time Spent on Social Network Sites and Psychological Well-Being: A Meta-Analysis. *Cyberpsychology, Behavior, and Social Networking*, 20(6), 346-354.

314.   Huang, C. (2022). A meta-analysis of the problematic social media use and mental health. *International Journal of Social Psychiatry*, 68(1), 12-33.

315.   Huang, Q., Peng, W., & Ahn, S. (2021). When media become the mirror: a meta-analysis on media and body image. *Media Psychology*, 24(4), 437-489.

316.   Hulvershorn, L. A., Adams, Z. W., Smoker, M. P., Aalsma, M. C., & Gibbons, R. D. (2022). Development of a computerized adaptive substance use disorder scale for

screening, measurement and diagnosis - The CAT-SUD-E. *Drug and Alcohol Dependence Reports*, 3, 100047. https://doi.org/10.1016/j.dadr.2022.100047

317.  Hunt, M. G., Marx, R., Lipson, C. & Young, J. (2018). No More FOMO: Limiting Social Media Decreases Loneliness and Depression. *Journal of Social and Clinical Psychology*, 37(10), 751-768.

318.  Hunt, M. G., Xu, E., Fogelson, A. & Rubens, J. (2023). Follow Friends One Hour a Day: Limiting Time on Social Media and Muting Strangers Improves Well-Being. *Journal of Social and Clinical Psychology*, 42, 187-213.

319.  Hunt, M., All, K., Burns, B., & Li, K. (2021). Too much of a good thing: Who we follow, what we do, and how much time we spend on social media affects well-being. *Journal of Social and Clinical Psychology*, 40, 46-68.

320.  Hunter, J. F., Walsh, L. C., Chan, C. K., & Schueller, S. M. (2023). Editorial: The good side of technology: how we can harness the positive potential of digital technology to maximize well-being. *Frontiers in Psychology*, 14, 1304592. https://doi.org/10.3389/fpsyg.2023.1304592

321.  Hur Y. M. (2024). Gene-environment interaction between gaming addiction and perceived stress in late adolescents and young adults: A twin study. *Journal of Behavioral Addictions,* 13(2), 587–595. https://doi.org/10.1556/2006.2024.00029

322.  Inoue, M., Hanaoka, T., Sasazuki, S., Sobue, T., Tsugane, S., & JPHC Study Group (2004). Impact of tobacco smoking on subsequent cancer risk among middle-aged Japanese men and women: data from a large-scale population-based cohort study in Japan--the JPHC study. *Preventive Medicine*, 38(5), 516-522. https://doi.org/10.1016/j.ypmed.2003.11.026

323.  Instagram Research Deck – Hard Life Moments – Mental Health Deep Dive https://about.fb.com/wp-content/uploads/2021/09/Instagram-Teen-Annotated-Research-Deck-1.pdf

324.  Instagram Research Deck – Teen Mental Health Deep Dive https://about.fb.com/wp-content/uploads/2021/09/Instagram-Teen-Annotated-Research-Deck-2.pdf

325.  Irmer, A., & Schmiedek, F. (2023). Associations between youth's daily social media use and well-being are mediated by upward comparisons. *Communications Psychology,* 1(1), 12. https://doi.org/10.1038/s44271-023-00013-0

326.  Irmer, A., & Schmiedek, F. (2023). How accurately do children indicate their smartphone social media use? A comparison of subjective and objective reports in children's everyday lives. *Zeitschrift für Psychologie*, 231(4), 243–251. https://doi.org/10.1027/2151-2604/a000535

327.  Ivie, E. J., Pettitt, A., Moses, L. J., & Allen, N. B. (2020). A meta-analysis of the association between adolescent social media use and depressive symptoms. *Journal of Affective Disorders*, 275, 165-174.

328.  İzci, F., Usta Saglam, N. G., & Ergelen, M. (2022). Neurobiology and Genetics of Behavioral Addictions: A Brief Review. *Bağımlılık Dergisi*. 23(2), 233-241. https://doi.org/10.51982/bagimli.991533

329.  Jackson, T., Cai, L, & Chen, H. (2020). Asian versus Western appearance media influences and changes in body image concerns of young Chinese women: A 12-month prospective study. *Body Image*, 33, 214-221.

330.   Jafarian, S., Gorouhi, F., Taghva, A., & Lotfi, J. (2008). High-altitude sleep disturbance: results of the Groningen Sleep Quality Questionnaire survey. *Sleep Medicine*, 9(4), 446–449. https://doi.org/10.1016/j.sleep.2007.06.017

331.   Jafarian, S., Gorouhi, F., Taghva, A., & Lotfi, J. (2008). High-altitude sleep disturbance: results of the Groningen Sleep Quality Questionnaire survey. *Sleep Medicine,* 9(4), 446–449. https://doi.org/10.1016/j.sleep.2007.06.017

332.   Jane Costello, E., Erkanli, A., & Angold, A. (2006). Is there an epidemic of child or adolescent depression? Journal of Child Psychology and Psychiatry, and Allied Disciplines, 47(12), 1263-1271. https://doi.org/10.1111/j.1469-7610.2006.01682.x

333.   Janssen, L. H., Valkenburg, P. M., Keijsers, L., Beyens, I. (2025). A harsher reality for adolescents with depression on social media. *Scientific reports, 15,* 10947. https://doi.org/10.1038/s41598-025-89762-y

334.   Jargon, J. (2023, August 26). Screens, lack of sun are causing an epidemic of myopia. Nearsightedness is on the rise worldwide, but there are ways to help children preserve their vision. *Wall Street Journal.* https://www.wsj.com/tech/personal-tech/our-eyes-really-are-getting-worse-heres-how-to-save-your-kids-vision-de16d592

335.   Jarvis, B. (2023, October 25). Climate change is keeping therapists up at night. How anxiety about the planet's furture is transforming the practice of psychotherapy. *The New York Times.* https://www.nytimes.com/2023/10/21/magazine/climate-anxiety-therapy.html

336.   Javornik, A., Marder, B., Pizzetti, M., & Warlop L. (2021, December 22). Research: How AR filters impact people's self-image. *Harvard Business Review.* https://hbr.org/2021/12/research-how-ar-filters-impact-peoples-self-image

337.   Jed Foundation (2023). Can the Metaverse be Good for Youth Mental Health? https://jedfoundation.org/metaverse-and-youth-mental-health/

338.   Jensen, M., George, M., Russell, M., & Odgers, C. (2019). Young Adolescents' Digital Technology Use and Mental Health Symptoms: Little Evidence of Longitudinal or Daily Linkages. *Clinical Psychological Science*, 7(6), 1416–1433. https://doi.org/10.1177/2167702619859336

339.   Johannes, N., Nguyen, T., Weinstein, N., & Przybylski, A. K. (2021). Objective, Subjective, and Accurate Reporting of Social Media Use: No Evidence That Daily Social Media Use Correlates With Personality Traits, Motivational States, or Well-Being. *Technology, Mind, and Behavior,* 2(2). https://doi.org/10.1037/tmb0000035

340.   John Hopkins University Bloomberg School of Public Health (2019, September 11). Social media use by teens linked to internalizing behaviors. Study compared social media use and behavioral symptoms reported by adolescents over one year; setting boundaries, focusing on media literacy may help. *Science Daily. https://publichealth.jhu.edu/2019/social-media-use-by-adolescents-linked-to-internalizing-behaviors 1/2*

341.   John, A., Glendenning, A. C., Marchant, A., Montgomery, P., Stewart, A., Wood, S., Lloyd, K., & Hawton, K. (2018). Self-Harm, Suicidal Behaviours, and Cyberbullying in Children and Young People: Systematic Review. *Journal of Medical Internet research, 20(*4), e129. https://doi.org/10.2196/jmir.9044

342.   Johnson, B. B., Mayorga, M., & Dieckmann, N. F. (2023). How people decide who is correct when groups of scientists disagree. *Society for Risk Analysis, 44*(4), 918–938. https://doi.org/10.1111/risa.14204

343.    Kalivas, P. W., & Volkow, N. D. (2005). The neural basis of addiction: a pathology of motivation and choice. The American journal of psychiatry, 162(8), 1403-1413. https://doi.org/10.1176/appi.ajp.162.8.1403

344.    Kamenetz, A. (2023, September 21). I Asked 65 Teens How They Feel About Being Online "Social media is a necessity. You take it away from us? It's like, Oh, wow, we have nothing left. *Parenting, The Cut.* https://www.thecut.com/article/how-teens-feel-about-instagram-tiktok-social-media.html

345.    Kanchan, S., & Gaidhane, A. (2023). Social Media Role and Its Impact on Public Health: A Narrative Review. *Cureus, 15*(1), e33737. https://doi.org/10.7759/cureus.33737

346.    Kann, L., McManus, T., Harris, W. A., Shanklin, S. L., Flint, K. H., Queen, B., Lowry, R., Chyen, D., Whittle, L., Thornton, J., Lim, C., Bradford, D., Yamakawa, Y., Leon, M., Brener, N., & Ethier, K. A. (2018). Youth Risk Behavior Surveillance - United States, 2017. Morbidity and mortality weekly report. *Surveillance Summaries* (Washington, D.C.: 2002), 67(8), 1–114. https://doi.org/10.15585/mmwr.ss6708a1

347.    Karakose, T., Yıldırım, B., Tülübaş, T., & Kardas, A. (2023). A comprehensive review on emerging trends in the dynamic evolution of digital addiction and depression. *Frontiers in Psychology, 14*, 1126815. https://doi.org/10.3389/fpsyg.2023.1126815

348.    Kardefelt-Winther, D., Heeren, A., Schimmenti, A., van Rooij, A., Maurage, P., Carras, M., Edman, J., Blaszczynski, A., Khazaal, Y., & Billieux, J. (2017). How can we conceptualize behavioural addiction without pathologizing common behaviours?. *Addiction*, 112(10), 1709–1715. https://doi.org/10.1111/add.13763

349.    Kardefelt-Winther, Daniel. (2017). How does the time children spend using digital technology impact their mental well-being, social relationships and physical activity? An evidence-focused literature review. Innocenti Discussion Paper 2017-02. *UNICEF.* https://www.unicef.org/innocenti/media/8181/file/UNICEF-Innocenti-Time-Using-Digital-Tech-Impact-on-Wellbeing-2017.pdf

350.    Karim, F., Oyewande, A. A., Abdalla, L. F., Chaudhry Ehsanullah, R., & Khan, S. (2020). Social Media Use and Its Connection to Mental Health: A Systematic Review. *Cureus*, 12(6), e8627. https://doi.org/10.7759/cureus.8627

351.    Katherine M. Keyes, PhD, MPH Biography https://www.publichealth.columbia.edu/profile/katherine-m-keyes-phd

352.    Keles, B., McCrae, N., & Grealish, A. (2020). A systematic review: The influence of social media on depression, anxiety and psychological distress in adolescents. *International Journal of Adolescence and Youth*, 25(1), 79-93.

353.    Kendler, K. S., Gatz, M., Gardner, C. O., & Pedersen, N. L. (2006). Personality and major depression: a Swedish longitudinal, population-based twin study. *Archives of General Psychiatry, 63*(10), 1113–1120. https://doi.org/10.1001/archpsyc.63.10.1113

354.    Kendler, K. S., Neale, M. C., Kessler, R. C., Heath, A. C., & Eaves, L. J. (1993). A longitudinal twin study of personality and major depression in women. *Archives of General Psychiatry*, 50(11), 853–862. https://doi.org/10.1001/archpsyc.1993.01820230023002

355.    Kessler, R. C., Andrews, G., Colpe, L. J., Hiripi, E., Mroczek, D. K., Normand, S. L., Walters, E. E., & Zaslavsky, A. M. (2002). Short screening scales to monitor population prevalences and trends in non-specific psychological distress. *Psychological medicine*, 32(6), 959–976. https://doi.org/10.1017/s0033291702006074

356.  Keyes, K. M., & Kreski, N. (2020). Is There an Association Between Social Media Use and Mental Health? The Timing of Confounding Measurement Matters. *JAMA Psychiatry*, 77(4), 437.

357.  Keyes, K. M., & Platt, J. M. (2023). Annual Research Review: Sex, gender, and internalizing conditions among adolescents in the 21st century - trends, causes, consequences. *Journal of Child Psychology and Psychiatry, and Allied Disciplines,* 65(4), 384–407. https://doi.org/10.1111/jcpp.13864

358.  Keyes, K. M., Gary, D., O'Malley, P. M., Hamilton, A., & Schulenberg, J. (2019). Recent increases in depressive symptoms among US adolescents: trends from 1991 to 2018. *Social Psychiatry and Psychiatric Epidemiology*, 54(8), 987–996. https://doi.org/10.1007/s00127-019-01697-8

359.  Khalaf, A. M., Alubied, A. A., Khalaf, A. M., & Rifaey, A. A. (2023). The Impact of Social Media on the Mental Health of Adolescents and Young Adults: A Systematic Review. *Cureus, 15*(8), e42990. https://doi.org/10.7759/cureus.42990

360.  Khalil, S.A., Kamal, H., & Elkholy, H. (2022). The prevalence of problematic internet use among a sample of Egyptian adolescents and its psychiatric comorbidities. *International Journal of Social Psychiatry,* 68(2), 294-300.

361.  Kheirinejad, S., Visuri, A., Ferreira, D., & Hosio, S. (2022). "Leave your smartphone out of bed": quantitative analysis of smartphone use effect on sleep quality. *Personal and Ubiquitous Computing*. 27, 447-466.

362.  Kim, B. R., & Mackert, M. (2022). Social media use and binge eating: An integrative review. *Public Health Nursing (Boston, Mass.)*, *39*(5), 1134–1141. https://doi.org/10.1111/phn.13069

363.  Kim, Y., Krause, T. M., & Lane, S. D. (2023). Trends and Seasonality of Emergency Department Visits and Hospitalizations for Suicidality Among Children and Adolescents in the US from 2016 to 2021. *JAMA Network Open*, 6(7), e2324183. https://doi.org/10.1001/jamanetworkopen.2023.24183

364.  Kimball, H. G., Fernandez, F., Moskowitz, K. A., Kang, M., Alexander, L. M., Conway, K. P., Merikangas, K. R., Salum, G. A., & Milham, M. P. (2023). Parent-Perceived Benefits and Harms Associated With Internet Use by Adolescent Offspring. *JAMA Network Open,* 6(10), e2339851. https://doi.org/10.1001/jamanetworkopen.2023.39851

365.  King, G. (1986). How Not to Lie with Statistics: Avoiding Common Mistakes in Quantitative Political Science. *American Journal of Political Science,* 30(3), 666–687. https://doi.org/10.2307/2111095

366.  Kingsbury M., Reme B.-A, Skogen J. C., Sivertsen, B., Øverland S., Cantor, N., Hysing M., Petrie K., & Colman I. (2021). Differential associations between types of social media use and university students' non-suicidal self-injury and suicidal behavior. C*omputers in Human Behavior,* 115, 106614

367.  Kircaburun, K., & Griffiths, M. D. (2018). Instagram addiction and the Big Five of personality: The mediating role of self-liking. *Journal of Behavioral Addictions*. 7(1), 158-170.

368.  Kiviruusu, O., Haravuori, H., Lindgren, M., Therman, S., Marttunen, M., Suvisaari, J., & Aalto-Setälä, T. (2023). Generalized anxiety among Finnish youth from 2013 to 2021- Trend and the impact of COVID-19. *Journal of Affective Disorders,* 330, 267–274. https://doi.org/10.1016/j.jad.2023.03.010

369. Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2016). Picture Perfect: The Direct Effect of Manipulated Instagram Photos on Body Image in Adolescent Girls. *Media Psychology*, 21(1), 93–110. https://doi.org/10.1080/15213269.2016.1257392

370. Klobas, J. E., McGill, T. J., Moghavvemi, S., & Paramanathan, T. (2018). Compulsive YouTube usage: A comparison of use motivation and personality effects. *Computers in Human Behavior*, 87, 129-139.

371. Knowles, M. L., Haycock, N., & Shaikh, I. (2015). Does Facebook magnify or mitigate threats to belonging? *Social Psychology*, 46(6), 313-324.

372. Kofoed, J., & Larsen, M.C. (2016). A snap of intimacy: Photo-sharing practices among young people on social media. *First Monday*, 21.

373. Konig, L. M., Altenmuller, M. S., Fick, J., Crusius, J., Genschow, O., & Sauerland, M. (2023). How to communicate science to the public? Recommendations for effective written communication derived from a systematic review. *Zeitschrift für Psychologie*, 233(1), 40–51. https://doi.org/10.1027/2151-2604/a000572

374. Koob, G. F., & Volkow, N. D. (2016). Neurobiology of addiction: a neurocircuitry analysis. *Lancet Psychiatry*, 3(8), 760–773.

375. Kostyrka-Allchorne, K., Stoilova, M., Bourgaize, J., Rahali, M., Livingstone, S., & Sonuga-Barke, E. (2023). Review: Digital experiences and their impact on the lives of adolescents with pre-existing anxiety, depression, eating and nonsuicidal self-injury conditions - a systematic review. *Child and Adolescent Mental Health,* 28(1), 22–32. https://doi.org/10.1111/camh.12619

376. Krach, S., Paulus, F. M., Bodden, M., & Kircher, T. (2010). The rewarding nature of social interactions. *Frontiers in Behavioral Neuroscience, 4*, 22. https://doi.org/10.3389/fnbeh.2010.00022

377. Kramer, A. D., Guillory, J. E., & Hancock, J. T. (2014). Experimental evidence of massive-scale emotional contagion through social networks. *Proceedings of the National Academy of Sciences of the United States of America, 111(*24), 8788–8790. https://doi.org/10.1073/pnas.1320040111

378. Kramer, M. S., Fombonne, E., Matush, L., Bogdanovich, N., Dahhou, M., & Platt, R. W. (2011). Long-term behavioural consequences of infant feeding: the limits of observational studies. *Paediatric and Perinatal Epidemiology*, 25(6), 500–506. https://doi.org/10.1111/j.1365-3016.2011.01211.x

379. Kraut, R., & Burke, M. (2015). The connection between online communication and psychological well-being depends on whom you are communicating with. Internet use and psychological well-being: Effects of activity and audience. *Communications of the ACM, 58*(12).

380. Kreski, N., Platt, J., Rutherford, C., Olfson, M., Odgers, C., Schulenberg, J., & Keyes, K. M. (2021). Social Media Use and Depressive Symptoms Among United States Adolescents. *The Journal of Adolescent Health*, 68(3), 572–579. https://doi.org/10.1016/j.jadohealth.2020.07.006

381. Krieger N. (1994). Epidemiology and the web of causation: has anyone seen the spider?. Social science & medicine (1982), 39(7), 887–903. https://doi.org/10.1016/0277-9536(94)90202-x

382. Kroenke, K., Spitzer, R. L., & Williams, J. B. (2001). The PHQ-9: validity of a brief depression severity measure. *Journal of general internal medicine*, 16(9), 606–613. https://doi.org/10.1046/j.1525-1497.2001.016009606

383.    Krokstad, S., Weiss, D. A., Krokstad, M. A., Rangul, V., Kvaloy, K., Ingul, J. M., Bjerkeset, O., Twenge, J., & Sund, E. R. (2022). Divergent decennial trends in mental health according to age reveal poorer mental health for young people: repeated cross-sectional population-based surveys from the HUNT Study, Norway. *BMJ Open*, 12(5), e057654.

384.    Kross, E., Verduyn, P., Sheppes, G., Costello, C. K., Jonides, J., & Ybarra, O. (2021). Social Media and Well-Being: Pitfalls, Progress, and Next Steps. *Trends in Cognitive Sciences, 25(1)*, 55–66. https://doi.org/10.1016/j.tics.2020.10.005

385.    Kruzan, K. P., Williams, K. D. A., Meyerhoff, J., Yoo, D. W., O'Dwyer, L. C., De Choudhury, M., & Mohr, D. C. (2022). Social media-based interventions for adolescent and young adult mental health: A scoping review. *Internet interventions*, 30, 100578. https://doi.org/10.1016/j.invent.2022.100578

386.    Kunz, P., & Woolcott, M. (1976). Season's Greetings: From My Status to Yours. *Social Science Research 5*, 269-278.

387.    Kuss, D. J., & Griffiths, M. D. (2012). Internet and gaming addiction: a systematic literature review of neuroimaging studies. *Brain Sciences*, 2, 347-374.

388.    Kuss, D. J., & Griffiths, M. D. (2011). Online social networking and addiction--a review of the psychological literature. *International Journal of Environmental Research and Public Health*, 8(9), 3528–3552.

389.    Kuss, D. J., & Griffiths, M. D. (2017). Social Networking Sites and Addiction: Ten Lessons Learned. *International Journal of Environmental Research and Public Health*, 14(3), 311.

390.    Kuss, D. J., Kristensen, A. M., Lopez-Fernandez, O. (2021). Internet addictions outside of Europe: A systematic literature review. *Computers in Human Behavior,* 115. https://doi.org/10.1016/j.chb.2020.106621

391.    Lagerberg, T., Sjölander, A., Gibbons, R. D., Quinn, P. D., D'Onofrio, B. M., Hellner, C., Lichtenstein, P., Fazel, S., & Chang, Z. (2022). Use of central nervous system drugs in combination with selective serotonin reuptake inhibitor treatment: A Bayesian screening study for risk of suicidal behavior. *Frontiers in Psychiatry,* 13, 1012650. https://doi.org/10.3389/fpsyt.2022.1012650

392.    Lahey B. B. (2009). Public health significance of neuroticism. *The American psychologist*, 64(4), 241–256. https://doi.org/10.1037/a0015309

393.    Lambert, J., Barnstable, G., Minter, E., Cooper, J., & McEwan, D. (2022). Taking a One-Week Break From Social Media Improves Well-Being, Depression, and Anxiety: A Randomized Controlled Trial. *Cyberpsychology, Behavior, and Social Networking*, 25(5), 287-293.

394.    Lane, R., & Radesky, J. (2019). Digital Media and Autism Spectrum Disorders: Review of Evidence, Theoretical Concerns, and Opportunities for Intervention. *Journal of Developmental and Behavioral Pediatrics,* 40(5), 364–368. https://doi.org/10.1097/DBP.0000000000000664

395.    Lanzillo, E. C., Zhang, I., Jobes, D. A., & Brausch, A. M. (2023). The Influence of Cyberbullying on Nonsuicidal Self-Injury and Suicidal Thoughts and Behavior in a Psychiatric Adolescent Sample. *Archives of Suicide Research*, 27(1), 156–163. https://doi.org/10.1080/13811118.2021.1973630

396. Layte, R., Brannigan, R., & Stanistreet, D. (2023). Digital engagement and adolescent depression: a longitudinal mediation analysis adjusting for selection. *Computers in Human Behavior Reports*, 10, 100293.

397. Lee, A. Y., Ellison, N. B., Hancock, J. (2023). To use or be used? The role of agency in social media use and well-being. *Frontiers in Computer Science. https://doi.org/10.3389/fcomp.2023.1123323*

398. Lee, J.K. (2020). The effects of social comparison orientation on psychological well-being in social networking sites: Serial mediation of perceived social support and self-esteem. *Current Psychology,* 41, 6247–6259.

399. Lee, Y., Jeon, Y. J., Kang, S., Shin, J. I., Jung, Y., & Jung, S. J. (2022). Social media use and mental health during the COVID-19 pandemic in young adults: a meta-analysis of 14 cross-sectional studies. *BMC Public Health*, 22, 995.

400. Leeman, R. F., & Potenza, M. N. (2013). A targeted review of the neurobiology and genetics of behavioural addictions: an emerging area of research. *Canadian Journal of Psychiatry*. Revue canadienne de psychiatrie, 58(5), 260–273. https://doi.org/10.1177/070674371305800503

401. Leonhardt, D. (2023, September 5). The morning. Where are our students? *The New York Times. The Morning.* https://www.nytimes.com/2023/09/05/briefing/covid-school-absence.html

402. Levenson, J. C., Shensa, A., Sidani, J. E., Colditz, J. B., & Primack, B. A. (2016). The association between social media use and sleep disturbance among young adults. *Preventive Medicine*, 85, 36–41. https://doi.org/10.1016/j.ypmed.2016.01.001

403. Levine B. (2007). What does the population attributable fraction mean?. *Preventing Chronic Disease, 4*(1), A14.

404. Levinson, C. A., & Rodebaugh, T. L. (2012). Social anxiety and eating disorder comorbidity: the role of negative social evaluation fears. *Eating behaviors, 13*(1), 27–35. https://doi.org/10.1016/j.eatbeh.2011.11.006

405. Levinson, C. A., & Rodebaugh, T. L. (2016). Clarifying the prospective relationships between social anxiety and eating disorder symptoms and underlying vulnerabilities. *Appetite,* 107, 38–46. https://doi.org/10.1016/j.appet.2016.07.024

406. Li, C., Wang, P., Martin-Moratinos, M., Bella-Fernández, M., & Blasco-Fontecilla, H. (2024). Traditional bullying and cyberbullying in the digital age and its associated mental health problems in children and adolescents: a meta-analysis. *European Child & Adolescent Psychiatry*, 33(9), 2895–2909. https://doi.org/10.1007/s00787-022-02128-x

407. Li, J.-B., Lau, T. F. L., Feng, L.-F., Zhang, X., Li, J.-H., Mai, J.-C., Chen, Y.-X., & Phoenix, K.H.M. (2022). Associations of intensity and emotional connection related to online social networking use on the risk of incident depression among Chinese adolescents: A prospective cohort study. *Journal of Affective Disorders*, 308, 116-122.

408. Lin, L. Y., Sidani, J. E., Shensa, A., Radovic, A., Miller, E., Colditz, J. B., Hoffman, B. L., Giles, L. M., & Primack, B. A. (2016). ASSOCIATION BETWEEN SOCIAL MEDIA USE AND DEPRESSION AMONG U.S. YOUNG ADULTS. Depression and anxiety, 33(4), 323–331. https://doi.org/10.1002/da.22466

409. Lindström, B., Bellander, M., Schultner, D. T., Chang, A., Tobler, P. N., & Amodio, D. M. (2021). A computational reward learning account of social media engagement. *Nature Communications*, 12(1), 1311. https://doi.org/10.1038/s41467-020-19607-x

410.   Liu, C-C., Lin, C. Y., Liu, C. H., Chang, K. C., Wang, S. K., & Wang, J. Y. (2023). Bidirectional association between major depressive disorder and dementia: Two population-based cohort studies in Taiwan. Comprehensive psychiatry, 127, 152411. https://doi.org/10.1016/j.comppsych.2023.152411

411.   Liu, D., Ainsworth, S. E., & Baumeister, R. F. (2016). A meta-analysis of social networking online and social capital. *Review of General Psychology, 20*(4), 369–391. https://doi.org/10.1037/gpr0000091

412.   Liu, D., Baumeister, R. F., & Yang, C.-C. (2024). A meta-analysis on the relationship between the use of electronic media and psychological well-being. *Emerging Trends in Drugs, Addictions, and Health,* 4 (100162). https://doi.org/10.1016/j.etdah.2024.100162

413.   Liu, J., Zhou, Z., Cheng, X., & Vangeepuram, N. (2023). Geographic and Sociodemographic Variations in Prevalence of Mental Health Symptoms Among US Youths, 2022. *American Journal of Public Health,* 113(10), 1116–1119. https://doi.org/10.2105/AJPH.2023.307355

414.   Liu, M., Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). Time Spent on Social Media and Risk of Depression in Adolescents: A Dose-Response Meta-Analysis. *International Journal of Environmental Research and Public Health*, 19(9), 5164.

415.   Liu, X., & Buysse, D. J. (2006). Sleep and youth suicidal behavior: a neglected field. *Current Opinion in Psychiatry, 19*(3), 288–293. https://doi.org/10.1097/01.yco.0000218600.40593.18

416.   Liu, Y., Zhang, N., Bao, G., Huang, Y., Ji, B., Wu, Y., Liu, C., & Li, G. (2019). Predictors of depressive symptoms in college students: A systematic review and meta-analysis of cohort studies. *Journal of affective disorders, 244*, 196-208.

417.   Livingstone, S. (2018). iGen: why today's super-connected kids are growing up less rebellious, more tolerant, less happy – and completely unprepared for adulthood. *Journal of Children and Media, 12*(1), 118–123. https://doi.org/10.1080/17482798.2017.1417091

418.   Livingstone, S., & Smith, P. K. (2014). Annual research review: Harms experienced by child users of online and mobile technologies: the nature, prevalence and management of sexual and aggressive risks in the digital age. *Journal of Child Psychology and Psychiatry, and Allied Disciplines, 55(6)*, 635–654. https://doi.org/10.1111/jcpp.12197

419.   Lo, C. B., Bridge, J. A., Shi, J., Ludwig, L., & Stanley, R. M. (2020). Children's Mental Health Emergency Department Visits: 2007-2016. *Pediatrics*, 145(6), e20191536. https://doi.org/10.1542/peds.2019-1536

420.   Logrieco, G., Marchili, M. R., Roversi, M., & Villani, A. (2021). The Paradox of Tik Tok Anti-Pro-Anorexia Videos: How Social Media Can Promote Non-Suicidal Self-Injury and Anorexia. *International Journal of Environmental Research and Public Health*, 18(3), 1041. https://doi.org/10.3390/ijerph18031041

421.   Lonergan, A. R., Bussey, K., Fardouly, J., Griffiths, S., Murray, S. B., Hay, P., Mond, J., Trompeter, N., & Mitchison, D. (2020). Protect me from my selfie: Examining the association between photo-based social media behaviors and self-reported eating disorders in adolescence. *The International Journal of Eating Disorders*, 53(5), 485–496. https://doi.org/10.1002/eat.23256

422.   Lopez, E., Flecha-Ortiz, J. A., Santos-Corrada, M., & Dones, V. (2024). The Gratifications of Ephemeral Marketing Content, the Use of Snapchat by the Millennial

Generation and Their Impact on Purchase Motivation. *Global Business Review, 25*(6), 1440-1451. https://doi.org/10.1177/09721509211005676

423.  Lozano-Blasco, R., Latorre-Martínez, M., & Cortés-Pascual, A. (2022). Screen addicts: A meta-analysis of internet addiction in adolescence. *Children and Youth Services Review*, *135*, Article 106373. https://doi.org/10.1016/j.childyouth.2022.106373

424.  Lu, J., & Ruan, Y. (2023). Exploring the Reciprocal Relationship between Depressive Symptoms and Cognitive Function among Chinese Older Adults. *Healthcare* (Basel, Switzerland), 11(21), 2880. https://doi.org/10.3390/healthcare11212880

425.  Lupinacci, L. (2021). 'Absentmindedly scrolling through nothing': liveness and compulsory continuous connectedness in social media. *Media, Culture & Society*, 43(2), 273-290. https://doi.org/10.1177/0163443720939454

426.  Luu, M. N., Han, M., Bui, T. T., Tran, P. T. T., Lim, M. K., & Oh, J. K. (2022). Smoking trajectory and cancer risk: A population-based cohort study. *Tobacco Induced Diseases*, 20, 71. https://doi.org/10.18332/tid/152137

427.  Luxton, D. D., June, J. D., & Fairall, J. M. (2012). Social media and suicide: a public health perspective. *American Journal of Public Health, 102* Suppl 2(Suppl 2), S195–S200. https://doi.org/10.2105/AJPH.2011.300608

428.  MacKenzie, M. D., Scott, H., Reid, K., & Gardani, M. (2022). Adolescent perspectives of bedtime social media use: A qualitative systematic review and thematic synthesis. *Sleep Medicine Reviews, 63*, 101626. https://doi.org/10.1016/j.smrv.2022.101626

429.  Macmillan, K., Berg, T., Just, M., & Stewart, M. (2020). Are autistic children more vulnerable online? Relating autism to online safety, child wellbeing and parental risk management. *In Proceedings of the 11th Nordic Conference on Human-Computer Interaction: Shaping Experiences, Shaping Society*, 1-11.

430.  Macrynikola, N., Auad, E., Menjivar, J. & Miranda, R. (2021). Does social media use confer suicide risk? A systematic review of the evidence. *Computers in Human Behavior Reports*, 3, 100094.

431.  Mahon, N. E., Yarcheski, A., Yarcheski, T. J., Cannella, B. L., & Hanks, M. M. (2006). A meta-analytic study of predictors for loneliness during adolescence. *Nursing research*, 55(5), 308-315. https://doi.org/10.1097/00006199-200609000-00003

432.  Mai, P., & Gruzd, A. (2022). The State of Social Media in Canada 2022 (Version 4). figshare. https://doi.org/10.6084/m9.figshare.21002848.v4

433.  Mamun, M. A. A., & Griffiths, M. D. (2019). The association between Facebook addiction and depression: A pilot survey study among Bangladeshi students. *Psychiatry Research*, 271, 628-633.

*434.*  Marciano, L., Ostroumova, M., Schulz, P. J., & Camerini, A. L. (2022). Digital Media Use and Adolescents' Mental Health During the Covid-19 Pandemic: A Systematic Review and Meta-Analysis. *Frontiers in Public Health, 9, 793868.* https://doi.org/10.3389/fpubh.2021.793868

435.  Marengo, D., Angelo Fabris, M., Longobardi, C., & Settanni, M. (2022). Smartphone and social media use contributed to individual tendencies towards social media addiction in Italian adolescents during the COVID-19 pandemic. *Addictive Behaviors*, 126, 107204. https://doi.org/10.1016/j.addbeh.2021.107204

436.  Marino, C., Gini, G., Vieno, A., & Spada, M. M. (2018). A comprehensive meta-analysis on Problematic Facebook Use. *Computers in Human Behavior, 83*, 262–277. https://doi.org/10.1016/j.chb.2018.02.009

437.   Marino, C., Gini, G., Vieno, A., & Spada, M. M. (2018). The associations between problematic Facebook use, psychological distress and well-being among adolescents and young adults: A systematic review and meta-analysis. *Journal of Affective Disorders*, 226, 274-281.

438.   Markon, K. E., Chmielewski, M., & Miller, C. J. (2011). The reliability and validity of discrete and continuous measures of psychopathology: a quantitative review. *Psychological Bulletin*, 137(5), 856–879. https://doi.org/10.1037/a0023678

439.   Marks, R.J., Foe, A.D., & Collett, J. (2020). The pursuit of wellness: Social media, body image and eating disorders. *Children and Youth Services Review*, 119, 105659.

440.   Matthews, R., Chalmers, I., & Rothwell, P. (2018, June 12). Douglas G. Altman: statistician, researcher, and driving force behind global initiatives to improve the reliability of health research. *thebmj*, 361k8:k2588. doi:10.1136/bmj.k2588

441.   Maurya, C., Muhammad, T., Maurya, P., & Dhillon, P. (2022). The association of smartphone screen time with sleep problems among adolescents and young adults: cross-sectional findings from India. *BMC Public Health*, 22, 1686.

442.   Maza, M. T., Fox, K. A., Kwon, S. J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of Habitual Checking Behaviors on Social Media With Longitudinal Functional Brain Development. *JAMA Pediatrics*, 177(2), 160–167.

443.   McComb, C.A., Vanman, E.J., & Tobin, S.J. (2023). A Meta-Analysis of the Effects of Social Media Exposure to Upward Comparison Targets on Self-Evaluations and Emotions. *Media Psychology, 26*, 612 - 635.

444.   Mccrae, N., Gettings, S., & Purssell, E. (2017). Social media and depressive symptoms in childhood and adolescence: A systematic review. *Adolescent Research Review*, 2, 315-330.

445.   McCrory, A., Best, P., & Maddock, A. (2020). The relationship between highly visual social media and young people's mental health: A scoping review. *Children and Youth Services Review, 115*, Article 105053. https://doi.org/10.1016/j.childyouth.2020.105053

446.   McCusker, J., Cole, M. G., Yaffe, M., Strumpf, E., Sewitch, M., Sussman, T., Ciampi, A., Lavoie, K., Platt, R. W., & Belzile, E. (2015). A randomized trial of a depression self-care toolkit with or without lay telephone coaching for primary care patients with chronic physical conditions. *General Hospital Psychiatry*, 37(3), 257–265. https://doi.org/10.1016/j.genhosppsych.2015.03.007

447.   Mcfarlane, A. H., Bellissimo, A., & Norman, G. R. (1995). The role of family and peers in social self-efficacy: links to depression in adolescence. *American Journal of Orthopsychiatry*, 65(3), 402-410.

448.   McLean, S. A., Paxton, S. J., Wertheim, E. H., & Masters, J. (2015). Photoshopping the selfie: Self photo editing and photo investment are associated with body dissatisfaction in adolescent girls. *The International Journal of Eating Disorders, 48*(8), 1132–1140. https://doi.org/10.1002/eat.22449

449.   Meier, A., & Reinecke, L. (2021). Computer-mediated communication, social media, and mental health: A conceptual and empirical meta-review. *Communication Research, 48(8)*, 1182–1209. https://doi.org/10.1177/0093650220958224

450.   Memon, A. M., Sharma, S. G., Mohite, S. S., & Jain, S. (2018). The role of online social networking on deliberate self-harm and suicidality in adolescents: A systematized review of literature. *Indian Journal of Psychiatry, 60*(4), 384–392. https://doi.org/10.4103/psychiatry.IndianJPsychiatry_414_17

451. Mento, C., Silvestri, M. C., Muscatello, M. R. A., Rizzo, A., Celebre, L., Praticò, M., Zoccali, R. A., & Bruno, A. (2021). Psychological Impact of Pro-Anorexia and Pro-Eating Disorder Websites on Adolescent Females: A Systematic Review. *International Journal of Environmental Research and Public Health, 18*(4), 2186. https://doi.org/10.3390/ijerph18042186

452. Merelli, A. (2024, June 17). What's the evidence for the surgeon general's proposed social media warning? *STAT.* https://www.statnews.com/2024/06/17/surgeon-general-social-media-warning-praise-pushback/

453. Meyerhoefer, C., Xue, B., & Poznanska, A. (2023). Implications of the decline in LGBT rights for population mental health: evidence from Polish "LGBT-free zones". *Working Paper 31702. National Bureau of Economic Research.* *https://www.nber.org/papers/w31702*

454. Michigan Association of Health Plan, (2019, September 16). More Evidence ties social media to mental health problems. https://www.mahp.org/2019/09/16/more-evidence-ties-social-media-to-mental-health-problems/

455. Mingoia, J., Hutchinson, A. D., Wilson, C., Gleaves, D. H. (2017). The Relationship between Social Networking Site Use and the Internalization of a Thin Ideal in Females: A Meta-Analytic Review. *Frontiers in Psychology*, 8, 1351.

456. Moffitt, T. E., Caspi, A., Taylor, A., Kokaua, J., Milne, B. J., Polanczyk, G., & Poulton, R. (2010). How common are common mental disorders? Evidence that lifetime prevalence rates are doubled by prospective versus retrospective ascertainment. *Psychological medicine*, 40(6), 899–909. https://doi.org/10.1017/S0033291709991036

457. Moher, D., Liberati, A., Tetzlaff, J., Altman, D. G., & PRISMA Group (2009). Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *PLoS medicine,* 6(7), e1000097. https://doi.org/10.1371/journal.pmed.1000097

458. Mojtabai R. (2011). Does depression screening have an effect on the diagnosis and treatment of mood disorders in general medical settings?: an instrumental variable analysis of the national ambulatory medical care survey. Medical care research and review : *MCRR,* 68(4), 462–489. https://doi.org/10.1177/1077558710388290

459. Mojtabai R. (2011). The public health impact of antidepressants: an instrumental variable analysis. Journal of affective disorders, 134(1-3), 188–197. https://doi.org/10.1016/j.jad.2011.05.037

460. Mojtabai R. (2024). Problematic social media use and psychological symptoms in adolescents. *Social Psychiatry and Psychiatric Epidemiolog*y, 59(12), 2271–2278. https://doi.org/10.1007/s00127-024-02657-7

461. Mojtabai, R. (2007). Americans' Attitudes Toward Mental Health Treatment Seeking: 1990–2003. *Psychiatric Services*, 58(5), 642–651. https://doi.org/10.1176/ps.2007.58.5.642

462. Mojtabai, R., & Olfson, M. (2020). National Trends in Mental Health Care for US Adolescents., *JAMA Psychiatry*, 77(7), 703-714.

463. Mojtabai, R., & Olfson, M. (2024). Trends in Mental Disorders in Children and Adolescents Receiving Treatment in the State Mental Health System. *Journal of the American Academy of Child and Adolescent Psychiatry*, S0890-8567(24)01357-1. Advance online publication. https://doi.org/10.1016/j.jaac.2024.08.008

464.    Mojtabai, R., Olfson, M., & Han, B. (2016). National Trends in the Prevalence and Treatment of Depression in Adolescents and Young Adults. Pediatrics, 138(6), e20161878. https://doi.org/10.1542/peds.2016-1878

465.    Mojtabai, R., Susukida, R., Farokhnia, M., Nguyen, T. Q., Dunn, K. E., & Amin-Esmaeili, M. (2024). Trajectories of craving in the course of pharmacotherapy trials for methamphetamine use disorder. Addiction (Abingdon, England), 119(10), 1803–1812. https://doi.org/10.1111/add.16610

466.    Montag, C., Demetrovics, Z., Elhai, J. D., Grant, D., Koning, I., Rumpf, H. J., M Spada, M., Throuvala, M., & van den Eijnden, R. (2024). Problematic social media use in childhood and adolescence. *Addictive Behaviors, 153,* 107980. https://doi.org/10.1016/j.addbeh.2024.107980

467.    Montag, C., Lachmann, B., Herrlich, M., & Zweig, K. (2019). Addictive Features of Social Media/Messenger Platforms and Freemium Games against the Background of Psychological and Economic Theories. *International Journal of Environmental Research and Public Health*, 16(14), 2612. https://doi.org/10.3390/ijerph16142612

468.    Montag, C., Yang,  H., & Elhai, J. D. (2021). On the psychology of TikTok use: a first glimpse from empirical findings. *Frontiers in Public Health, 9,* Article 6471673. https://doi.org/10.3389/fpubh.2021.641673

469.    Mora Ringle, V., Sung, J., Roulston, C., & Schleider, J. L. (in press). Mixed-methods examination of adolescent-reported barriers to accessing mental health services. The *Journal of Adolescent Health*.

470.    Moreno, M. A., & Radesky, J. (2023). Putting Forward a New Narrative for Adolescent Media: The American Academy of Pediatrics Center of Excellence on Social Media and Youth Mental Health. *The Journal of Adolescent Health*, 73(2), 227–229. https://doi.org/10.1016/j.jadohealth.2023.04.027

471.    Moreno, M. A., Jelenchick, L., Cox, E., Young, H., & Christakis, D. A. (2011). Problematic internet use among US youth: a systematic review. *Archives of Pediatrics & Adolescent Medicine, 165*(9), 797–805. https://doi.org/10.1001/archpediatrics.2011.58

472.    Moreno, M. A., Klein, J. D., Kaseeska, K., Gorzkowski, J., Harris, D., Davis, J., Gotlieb, E., & Wasserman, R. (2023). A Cluster Randomized Controlled Trial of a Primary Care Provider-Delivered Social Media Counseling Intervention. *The Journal of Adolescent Health*, 73(5), 924–930. https://doi.org/10.1016/j.jadohealth.2023.06.007

473.    Moreno, M. A., Ton, A., Selkie, E., & Evans, Y. (2016). Secret Society 123: Understanding the Language of Self-Harm on Instagram. *The Journal of Adolescent Health, 58*(1), 78–84.

474.    Mosquera, R., Odunowo, M., McNamara, T., Guo, X., & Petrie, R. (2020). The economic effects of Facebook. *Experimental Economics*, 23, 575- 602.

475.    Mougharbel, F., Chaput, J. P., Sampasa-Kanyinga, H., Colman, I., Leatherdale, S. T., Patte, K. A., & Goldfield, G. S. (2023). Longitudinal associations between different types of screen use and depression and anxiety symptoms in adolescents. *Frontiers in public health, 11*, 1101594. https://doi.org/10.3389/fpubh.2023.1101594

476.    Mougharbel, F., Chaput, J. P., Sampasa-Kanyinga, H., Colman, I., Leatherdale, S. T., Patte, K. A., & Goldfield, G. S. (2023). Problem technology use, suicidal ideation and suicide attempts among adolescents: The moderating role of sex. *International Journal of Child and Adolescent Health, 16(3)*, 195-207.

477.    Mougharbel, F., Chaput, J. P., Sampasa-Kanyinga, H., Hamilton, H. A., Colman, I., Leatherdale, S. T., & Goldfield, G. S. (2023). Heavy social media use and psychological

distress among adolescents: the moderating role of sex, age, and parental support. *Frontiers in Public Health*, 11, 1190390. https://doi.org/10.3389/fpubh.2023.1190390

478. Mullen, G., Dowling, C., & O'Reilly, G. (2018). Internet use among young people with and without mental health difficulties. *Irish Journal of Psychological Medicine*, 35(1), 11–21. https://doi.org/10.1017/ipm.2016.37

479. Mundy, L. K., Canterford, L., Moreno-Betancur, M., Hoq, M., Sawyer, S. M., Allen, N. B., & Patton, G. C. (2021). Social networking and symptoms of depression and anxiety in early adolescence. Depression and anxiety, 38(5), 563–570. https://doi.org/10.1002/da.23117

480. Murad, M. H., Asi, N., Alsawas, M., & Alahdab, F. (2016). New evidence pyramid. *BMJ Evidence-Based Medicine*, 21(4), 125–127. https://doi.org/10.1136/ebmed-2016-110401

481. Murberg, T. A. (2009). Shyness Predicts Depressive Symptoms Among Adolescents: A Prospective Study. *School Psychology International, 30*(5), 507-519. https://doi.org/10.1177/0143034309107065

482. Mustanski, B., Whitton, S. W., Newcomb, M. E., Clifford, A., Ryan, D. T., & Gibbons, R. D. (2021). Predicting suicidality using a computer adaptive test: Two longitudinal studies of sexual and gender minority youth. *Journal of Consulting and Clinical Psychology*, 89(3), 166–175. https://doi.org/10.1037/ccp0000531

483. Nagata, J. M., Otmar, C. D., Shim, J., Balasubramanian, P., Cheng, C. M., Li, E. J., Al-Shoaibi, A. A. A., Shao, I. Y., Ganson, K. T., Testa, A., Kiss, O., He, J., & Baker, F. C. (2025). Social Media Use and Depressive Symptoms During Early Adolescence. *JAMA Network Open*, 8(5), e2511704. https://doi.org/10.1001/jamanetworkopen.2025.11704

484. Nagata, J. M., Zamora, G., Al-Shoaibi, A. A. A., Lavender, J. M., Ganson, K. T., Testa, A., He, J., & Baker, F. C. (2025). Screen time and manic symptoms in early adolescents: prospective findings from the Adolescent Brain Cognitive Development Study. *Social Psychiatry and Psychiatric Epidemiology,* 10.1007/s00127-025-02814-6. Advance online publication. https://doi.org/10.1007/s00127-025-02814-6

485. Nakagawa, A., Grunebaum, M. F., Ellis, S. P., Oquendo, M. A., Kashima, H., Gibbons, R. D., & Mann, J. J. (2007). Association of suicide and antidepressant prescription rates in Japan, 1999-2003. *The Journal of Clinical Psychiatry*, 68(6), 908–916. https://doi.org/10.4088/jcp.v68n0613

486. Nakimuli-Mpungu, E., Musisi, S., Wamala, K., Okello, J., Ndyanabangi, S., Birungi, J., Nanfuka, M., Etukoit, M., Mojtabai, R., Nachega, J., Harari, O., & Mills, E. (2019). Recruitment and Baseline Characteristics of Participants in the Social, Emotional, and Economic Empowerment Through Knowledge of Group Support Psychotherapy Study (SEEK-GSP): Cluster Randomized Controlled Trial. JMIR research protocols, 8(1), e11560. https://doi.org/10.2196/11560

487. Nangle, D. W., Erdley, C. A., Newman, J. E., Mason, C. A., & Carpenter, E. M. (2003). Popularity, friendship quantity, and friendship quality: interactive influences on children's loneliness and depression. *Journal of Clinical Child and Adolescent Psychology,* 32(4), 546–555. https://doi.org/10.1207/S15374424JCCP3204_7

488. National Academies of Sciences, Engineering, and Medicine. 2024. Social Media and Adolescent Health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

489.  National Institute of Health, National Institute of Mental Health, United States Department of Health and Human Services, (2011). The Teen Brain: Still Under Construction. https://foster-ed.org/the-teen-brain-still-under-construction/

490.  National Institute of Health, National Institute of Mental Health, United States Department of Health and Human Services, (2016). The Teen Brain: 6 Things to Know. https://www.nimh.nih.gov/health/publications/the-teen-brain-7-things-to-know

491.  Nesi, J. (2023, November 20). Why your state is (probably) suing Meta. 41 states have sued Meta. Let's discuss. *Techno Sapiens.* https://technosapiens.substack.com/p/why-your-state-is-probably-suing

492.  Nesi, J. (2024, January 22). What your child really needs on social media. Please help us, American Psychological Association. *Techno Sapiens.* https://technosapiens.substack.com/p/why-your-state-is-probably-suing

493.  Nesi, J., & Prinstein, M. J. (2015). Using Social Media for Social Comparison and Feedback-Seeking: Gender and Popularity Moderate Associations with Depressive Symptoms. *Journal of Abnormal Child Psychology, 43,* 1427-1438.

494.  Nesi, J., Burke, T. A., Bettis, A. H., Kudinova, A. Y., Thompson, E. C., MacPherson, H. A., Fox, K. A., Lawrence, H. R., Thomas, S. A., Wolff, J. C., Altemus, M. K., Soriano, S., & Liu, R. T. (2021). Social Media Use and Self-Injurious Thoughts and Behaviors: A Systematic Review and Meta-Analysis. *Clinical Psychology Review,* 87, 102038.

495.  Nesi, J., Choukas-Bradley, S., & Prinstein, M. J. (2018). Transformation of adolescent peer relations in the social media context: part 1-A theoretical framework and application to dyadic peer relationships. *Clinical child and family psychology review, 21(*3), 267-294. https://doi.org/10.1007/s10567-018-0261-x

496.  Nesi, J., Choukas-Bradley, S., & Prinstein, M. J. (2018). Transformation of Adolescent Peer Relations in the Social Media Context: Part 2-Application to Peer Group Processes and Future Directions for Research. *Clinical Child and Family Psychology Review, 21(*3), 295–319. https://doi.org/10.1007/s10567-018-0262-9

497.  Nesi, J., Wolff, J. C., & Hunt, J. (2019). Patterns of Social Media Use Among Adolescents Who Are Psychiatrically Hospitalized. Journal of the American Academy of Child and Adolescent Psychiatry, 58(6), 635–639.e1. https://doi.org/10.1016/j.jaac.2019.03.009

498.  Newcomb, A. F., & Bagwell, C. L. (1995). Children's friendship relations: A meta-analytic review. *Psychological Bulletin, 117(2*), 306–347. https://doi.org/10.1037/0033-2909.117.2.306

499.  Nievergelt, C. M., Maihofer, A. X., Klengel, T., Atkinson, E. G., Chen, C. Y., Choi, K. W., Coleman, J. R. I., Dalvie, S., Duncan, L. E., Gelernter, J., Levey, D. F., Logue, M. W., Polimanti, R., Provost, A. C., Ratanatharathorn, A., Stein, M. B., Torres, K., Aiello, A. E., Almli, L. M., Amstadter, A. B., … Koenen, K. C. (2019). International meta-analysis of PTSD genome-wide association studies identifies sex- and ancestry-specific genetic risk loci. *Nature Communications*, 10(1), 4558. https://doi.org/10.1038/s41467-019-12576-w

500.  NIH Report (2022). A longitudinal study investigating TDM and adolescent health and development: Brain, Behavior and well-Being. Project number 5P01HD109850-02. https://reporter.nih.gov/search/eTg0t6BWBE-Fdv5Tngm2wQ/project-details/10703458

501. NIH Report. (2020). Causal effects of exposure to social media on adolescent mental health. Project number 5R01MH135467-02. https://reporter.nih.gov/search/9StzemsRVEa3oIo8xeFr6g/project-details/10916563

502. NIH Report. (2020). The impact of social media use on precursors of adolescent suicide risk: A prospective study. Project number 5K01MH121584-06. https://reporter.nih.gov/project-details/10892988

503. NIH Report. (2023). Investigating relationships between problematic social media use and binge-eating disorder to inform precision guidance for adolescents. Project number 1R01MH135492-01. https://reporter.nih.gov/project-details/10815182

504. NIH Report. (2023). Passive social media use, coping, and momentary stress in geospatial context: longitudinal effects on mental health and intermediate biological pathways in a racially diverse sample of adolescents. Project number 1R01MH135501-01. https://reporter.nih.gov/search/6CDq2r341EKPASCfM4f81Q/project-details/10815348

505. NIH Report. (2023).Investigation of Digital Media Use, Anxiety, and Biobehavioral Emotion Regulation in Adolescents. Project number 5R01MH135477-02. https://reporter.nih.gov/project-details/10920446

506. NIH Report. Interpersonal Stress, Social Media, and Risk for Adolescent Suicidal Thoughts and Behaviors. Grant number 5R01MH135488-02 and 1R01MH135488-01. https://reporter.nih.gov/search/9StzemsRVEa3oIo8xeFr6g/project-details/10929531

507. Nikkelen, S. W., Valkenburg, P. M., Huizinga, M., & Bushman, B. J. (2014). Media use and ADHD-related behaviors in children and adolescents: A meta-analysis. *Developmental Psychology*, 50(9), 2228–2241. https://doi.org/10.1037/a0037318

508. O'Day, E.B., & Heimberg, R.G. (2021). Social media use, social anxiety, and loneliness: A systematic review. *Computers in Human Behavior Reports, 3, 100070.* https://doi.org/10.1016/j.chbr.2021.100070

509. Odgers C.L. (2018). Smartphones are bad for some teens, not all. *Nature, 554*(7693), 432–434. https://doi.org/10.1038/d41586-018-02109-8

510. Odgers, C. L., & Jensen, M. R. (2020). Adolescent mental health in the digital age: facts, fears, and future directions. Journal of Child Psychology and Psychiatry, 61(3), 336–348. https://doi.org/10.1111/jcpp.13190

511. Oelker, A., Rumpf, H. J., Brand, M., & Müller, S. M. (2024). Validation of the ACSID-11 for consistent screening of specific Internet-use disorders based on ICD-11 criteria for gaming disorder: A multitrait-multimethod approach. Comprehensive psychiatry, 132, 152470. https://doi.org/10.1016/j.comppsych.2024.152470

512. Office of the Surgeon General (OSG). (2021). Protecting Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services. https://www.hhs.gov/sites/default/files/surgeon-general-youth-mental-health-advisory

513. Office of the Surgeon General (OSG). (2023). Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services.

514. Ophir, Y., Lipshits-Braziler, Y., & Rosenberg, H. (2020). New-Media Screen Time is Not (Necessarily) Linked to Depression: Comments on Twenge, Joiner, Rogers, and Martin (2018). *Clinical Psychological Science*. 8, 374-378.

515. Orben A. (2020). Teenagers, screens and social media: a narrative review of reviews and key studies. *Social Psychiatry and Psychiatric Epidemiology, 55*(4), 407–414. https://doi.org/10.1007/s00127-019-01825-4

516.  Orben, A., & Przybylski, A. K. (2019). The association between adolescent well-being and digital technology use. *Nature Human Behaviour, 3(*2), 173–182. https://doi.org/10.1038/s41562-018-0506-1

517.  Orben, A., Dienlin, T., & Przybylski, A. K. (2019). Social media's enduring effect on adolescent life satisfaction. *Proceedings of the National Academy of Sciences*, 116(21), 10226-10228.

518.  Orben, A., Meier, A., Dalgleish, T., & Blakemore, S.-J. (2024). Mechanisms linking social media use to adolescent mental health vulnerability. *Nature Reviews Psychology,* 3(6), 407–423. https://doi.org/10.1038/s44159-024-00307-y

519.  Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit, R. A. (2022). Windows of developmental sensitivity to social media. *Nature Communications*, 13(1), 1649.

520.  Orr, E. S., Sisic, M., Ross, C., Simmering, M. G., Arseneault, J. M., & Orr, R. R. (2009). The influence of shyness on the use of Facebook in an undergraduate sample. *Cyberpsychology & Behavior : The Impact of the Internet, Multimedia and Virtual Reality on Behavior and Society*, 12(3), 337–340. https://doi.org/10.1089/cpb.2008.0214

521.  Ortiz-Ospina, E. (2019, September 18). The rise of social media. Social media sites are used by more than two-thirds of Internet users. How has social media grown over time? Our World in Data, Accessed February 7, 2024 from https://ourworldindata.org/rise-of-social-media

522.  Oster, E. (2023, August 23). Can you really make your baby smarter by eating a mediterranean diet? *Parent Data. https://parentdata.org/baby-smarter-mediterranean-diet/*

523.  Ostinelli, E. G., Zangani, C., Giordano, B., Maestri, D., Gambini, O., D'Agostino, A., Furukawa, T.A., & Purgato, M. (2021). Depressive symptoms and depression in individuals with internet gaming disorder: A systematic review and meta-analysis. *Journal of Affective Disorders*, 284, 136-142.

524.  Osypuk, T. L., Caldwell, C. H., Platt, R. W., & Misra, D. P. (2012). The consequences of foreclosure for depressive symptomatology. *Annals of Epidemiology*, 22(6), 379–387. https://doi.org/10.1016/j.annepidem.2012.04.012

525.  Othman, S., Lyons, T., Cohn, J. E., Shokri, T., & Bloom, J. D. (2021). The Influence of Photo Editing Applications on Patients Seeking Facial Plastic Surgery Services. *Aesthetic Surgery Journal*, 41(3), NP101–NP110. https://doi.org/10.1093/asj/sjaa065

526.  Ozimek, P., & Bierhoff, H.-W. (2020). All my online-friends are better than me-three studies about ability-based comparative social media use, self-esteem, and depressive tendencies. *Behaviour & Information Technology*, 39(10), 1110-1123.

527.  Padín, P. F., González-Rodríguez, R., Verde-Diego, C., & Vázquez-Pérez, R. (2021). Social media and eating disorder psychopathology: A systematic review. *Cyberpsychology: Journal of Psychosocial Research on Cyberspace*, 15(3), Article 6. https://doi.org/10.5817/CP2021-3-6

528.  Page, X., Capener, A., Cullen, S., Wang, T., Garfield, M., & Wisniewski, P. J. (2022). Perceiving affordances differently: the unintended consequences when young autistic adults engage with social media. In *Proceedings of the 2022 CHI Conference on Human Factors in Computing Systems*, 1-21.

529.  Panayiotou, M., Black, L., Carmichael-Murphy, P., Humphrey, N. (2023). Time spent on social media among the least influential factors in adolescent mental health: preliminary

results from a panel network analysis. *Nature Mental Health,* 1, 316–326. https://doi.org/10.1038/s44220-023-00063-7

530.    Panea-Pizarro, I., Lopez-Espuela, F., Martos-Sanchez, A., Dominguez-Martin, A. T., Beato-Fernandez, L., & Moran-Garcia, J. M. (2020). Internet addiction and Facebook addiction in Spanish women with eating disorders. *Archives of Psychiatric Nursing*, 34, 442-448.

531.    Paquin, V., Philippe, F. L., Shannon, H., Guimond, S., Ouellet-Morin, I., & Geoffroy, M. C. (2023). Associations between digital media use and psychotic experiences in young adults of Quebec, Canada: a longitudinal study. In press. *CrimRxiv.*

532.    Park, J., Sung, J. Y., Kim, D. K., Kong, I. D., Hughes, T. L., & Kim, N. (2018). Genetic association of human Corticotropin-Releasing Hormone Receptor 1 (CRHR1) with Internet gaming addiction in Korean male adolescents. *BMC Psychiatry*, 18(1), 396. https://doi.org/10.1186/s12888-018-1974-6

533.    Parry, D. A., Davidson, B. I., Sewall, C. J. R., Fisher, J. T., Mieczkowski, H., & Quintana, D. S. (2021). A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. *Nature Human Behaviour*, 5(11), 1535–1547. https://doi.org/10.1038/s41562-021-01117-5

534.    Paruthi, S., Brooks, L. J., D'Ambrosio, C., Hall, W. A., Kotagal, S., Lloyd, R. M., Malow, B. A., Maski, K., Nichols, C., Quan, S. F., Rosen, C. L., Troester, M. M., & Wise, M. S. (2016). Recommended Amount of Sleep for Pediatric Populations: A Consensus Statement of the American Academy of Sleep Medicine. *Journal of Clinical Sleep Medicine*, 12(6), 785–786. https://doi.org/10.5664/jcsm.5866

535.    Patten S. B. (2025). A Dimensional Diagnostic Strategy for Depressive Disorders. *Journal of Clinical Medicine*, 14(3), 844. https://doi.org/10.3390/jcm14030844

536.    Paul, K. (2023, August 16). Teens much more likely to believe online conspiracy claims than adults - US study. Study shows that 60% of teens between ages 13-17 agreed with four or more conspiracy statements compared with 49% of adults. *The Guardian. US news.* https://www.theguardian.com/us-news/2023/aug/16/teens-online-conspiracies-study

537.    Paulich, K. N., Ross, J. M., Lessem, J. M., & Hewitt, J. K. (2021). Screen time and early adolescent mental health, academic, and social outcomes in 9- and 10-year old children: Utilizing the Adolescent Brain Cognitive Development (ABCD) Study. PLoS ONE, 16(9), Article e0256591. https://doi.org/10.1371/journal.pone.0256591

538.    Paulus, F. W., Ohmann, S., van Gontard, A., & Popow, C. (2018). Internet gaming disorder in children and adolescents: a systematic review. *Developmental Medicine & Child Neurology,* 60(7), 645-659.

539.    Pedalino, F., & Camerini, A. L. (2022). Instagram Use and Body Dissatisfaction: The Mediating Role of Upward Social Comparison with Peers and Influencers among Young Females. *International Journal of Environmental Research and Public Health, 19*(3), 1543. https://doi.org/10.3390/ijerph19031543

540.    Pellegrino, A., Stasi, A., & Bhatiasevi, V. (2022). Research trends in social media addiction and problematic social media use: A bibliometric analysis. *Frontiers in Psychiatry*, 13, 1017506.

541.    Peltzman, S. (2023). The Socio Political Demography of Happiness. Abstract. *SSRN Electronic Journal*. https://ssrn.com/abstract=4508123

542.    Petrillo, S. (2021, December 13). What Makes TikTok so Addictive? An Analysis of the Mechanisms Underlying the World's Latest Social Media Craze. *Brown Undergraduate Journal of Public Health.* https://sites.brown.edu/publichealthjournal/2021/12/13/tiktok/

543.    Petrillo, S. (2021, December 13). What makes TikTok so addictive?: An analysis of the mechanisms underlying the world's latest social media craze. *Brown Undergraduate Journal of Public Health.* https://sites.brown.edu/publichealthjournal/2021/12/13/tiktok/

544.    Petry, N. M., Zajac, K., & Ginley, M. K. (2018). Behavioral Addictions as Mental Disorders: To Be or Not To Be?. *Annual Review of Clinical Psychology, 14,* 399–423. https://doi.org/10.1146/annurev-clinpsy-032816-045120

545.    Pettorruso, M., Zoratto, F., Miuli, A., De Risio, L., Santorelli, M., Pierotti, A., Martinotti, G., Adriani, W., & di Giannantonio, M. (2020). Exploring dopaminergic transmission in gambling addiction: A systematic translational review. *Neuroscience and Biobehavioral Reviews,* 119, 481–511. https://doi.org/10.1016/j.neubiorev.2020.09.034

546.    Phillips, S. P., & Yu, J. (2021). Is anxiety/depression increasing among 5-25 year-olds? A cross-sectional prevalence study in Ontario, Canada, 1997-2017. *Journal of Affective Disorders,* 282, 141-146.

547.    Pinault, L., Thomson, E. M., Christidis, T., Colman, I., Tjepkema, M., van Donkelaar, A., Martin, R. V., Hystad, P., Shin, H., Crouse, D. L., & Burnett, R. T. (2020). The association between ambient air pollution concentrations and psychological distress. *Health Reports,* 31(7), 3-11.

548.    Piper Sandler (2021). Taking Stock With Teens. 21 years of researching U.S. teens GenZ Insights. *Piper Sandler.* https://www.pipersandler.com/teens

549.    Piteo, E. M., & Ward, K. (2020). Review: Social networking sites and associations with depressive and anxiety symptoms in children and adolescents - a systematic review. *Child and Adolescent Mental Health,* 25(4), 201–216.

550.    Plackett, R., Blyth, A., & Schartau, P. (2023). The Impact of Social Media Use Interventions on Mental Well-Being: Systematic Review. *Journal of Medical Internet Research,* 25, e44922. https://doi.org/10.2196/44922

551.    Plushcare Content Team. (2025, January 8). How accurate is mental health advice on TikTok?*PlushCare.* https://plushcare.com/blog/tiktok-mental-health/

552.    Popat, A., & Tarrant, C. (2023). Exploring adolescents' perspectives on social media and mental health and well-being - A qualitative literature review. *Clinical Child Psychology and Psychiatry, 28*(1), 323–337. https://doi.org/10.1177/13591045221092884

553.    Popescu, A., Marian, M., Drăgoi, A. M., & Costea, R. V. (2021). Understanding the genetics and neurobiological pathways behind addiction (Review). *Experimental and Therapeutic Medicine,* 21(5), 544. https://doi.org/10.3892/etm.2021.9976

554.    Posner, K., Brent, D., Lucas, C., Stanley, B., Brown, G., Fisher, P., Zelazny, J., Burke, A., Oquendo, M., & Mann, J. (2008). Columbia-Suicide Severity Rating Scale (C-SSRS) *Pediatric - Since Last Contact – Communities and Healthcare.* New York State Psychiatric Institute.

555.    Primack, B. A., Shensa, A., Escobar-Viera, C. G., Barrett, E. L., Sidani, J. E., Colditz, J. B., & James, A. E. (2017). Use of multiple social media platforms and symptoms of depression and anxiety: A nationally-representative study among U.S. Young adults. *Computers in Human Behavior,* 69, 1–9. https://doi.org/10.1016/j.chb.2016.11.013

556. Primack, B. A., Shensa, A., Sidani, J. E., Escobar-Viera, C. G., & Fine, M. J. (2021). Temporal Associations Between Social Media Use and Depression. *American Journal of Preventative Medicine*, 60(2), 179-188.

557. Proctor, A., Barth, A., & Holt-Lunstad, J. (2023). Preprint. A healthy lifestyle is a social lifestyle: The vital link between social connection and health outcomes. *Lifestyle Medicine*. https://osf.io/preprints/psyarxiv/9xn5t_v1

558. Pruccoli, J., De Rosa, M., Chiasso, L., Perrone, A., & Parmeggiani, A. (2022). The use of TikTok among children and adolescents with Eating Disorders: experience in a third-level public Italian center during the SARS-CoV-2 pandemic. *Italian Journal of Pediatrics*, 48(1), 138. https://doi.org/10.1186/s13052-022-01308-4

559. Pryde, S., & Prichard, I. (2022). TikTok on the clock but the #fitspo don't stop: The impact of TikTok fitspiration videos on women's body image concerns. Body Image, 43, 244–252. https://doi.org/10.1016/j.bodyim.2022.09.004

560. Przybylski, A. K., Orben, A., & Weinstein, N. (2020). How Much Is Too Much? Examining the Relationship Between Digital Screen Engagement and Psychosocial Functioning in a Confirmatory Cohort Study. *Journal of the American Academy of Child and Adolescent Psychiatry, 59*(9), 1080–1088. https://doi.org/10.1016/j.jaac.2019.06.017

561. Purba, A. K., Thomson, R. M., Henery, P. M., Pearce, A., Henderson, M., & Katikireddi, S. V. (2023). Social media use and health risk behaviours in young people: systematic review and meta-analysis. *BMJ* (Clinical research ed.), 383, e073552. https://doi.org/10.1136/bmj-2022-073552

562. Purington Drake, A., Masur, P. K., Bazarova, N. N., Zou, W., & Whitlock, J. (2023). The youth social media literacy inventory: Development and validation using item response theory in the US. *Journal of Children and Media,* 17(4), 467–487. https://doi.org/10.1080/17482798.2023.2230493

563. Puukko, K., Hietajarvi, L., Maksniemi, E., Alho, K., & Salmela-Aro, K. (2020). Social Media Use and Depressive Symptoms-A Longitudinal Study from Early to Late Adolescence. *International Journal of Environmental Research and Public Health*, 17, 5921.

564. Qin, H., Zeng, J., Chen, H., Deng, L., & Su, L. (2018). Can Your DNA Influence Your Bet-Placing? The Impact of Cannabinoid Receptor 1 Gene on Gambling Tasks. *Frontiers in Human Neuroscience*, 12, 458. https://doi.org/10.3389/fnhum.2018.00458

565. Qin, Y., Musetti, A., & Omar, B. (2023). Flow Experience Is a Key Factor in the Likelihood of Adolescents' Problematic TikTok Use: The Moderating Role of Active Parental Mediation. *International Journal of Environmental Research and Public Health, 20*(3), 2089. https://doi.org/10.3390/ijerph20032089

566. Quaglieri, A., Biondi, S., Roma, P., Varchetta, M., Fraschetti, A., Burrai, J., Lausi, G., Marti-Vilar, M., Gonzalez-Sala, F., Domenico, A.D., Giannini, A. M., & Mari, E. (2021). From Emotional (Dys)Regulation to Internet Addiction: A Mediation Model of Problematic Social Media Use among Italian Young Adults. *Journal of Clinical Medicine,* 11, 188.

567. Quinn, P. D., Hur, K., Chang, Z., Krebs, E. E., Bair, M. J., Scott, E. L., Rickert, M. E., Gibbons, R. D., Kroenke, K., & D'Onofrio, B. M. (2017). Incident and long-term opioid therapy among patients with psychiatric conditions and medications: a national study of commercial health care claims. *Pain*, 158(1), 140–148. https://doi.org/10.1097/j.pain.0000000000000730

43

568.  Rabak-Wagener, J., Eickhoff-Shemek, J., & Kelly-Vance, L. (1998). The effect of media
      analysis on attitudes and behaviors regarding body image among college students.
      *Journal of American College Health*, 47(1), 29-35.

569.  Rach, M., Peter, M.K. (2021). How TikTok's Algorithm Beats Facebook & Co. for
      Attention Under the Theory of Escapism: A Network Sample Analysis of Austrian,
      German and Swiss Users. *Advances in Digital Marketing & eCommerce Conference*,
      137-143. https://doi.org/10.1007/978-3-030-76520-0_15

570.  Rachubinska, K., Cybulska, A. M., & Grochans, E. (2021). The relationship between
      loneliness, depression, internet and social media addiction among young Polish women.
      *European Review for Medical and Pharmacological Sciences*, 25, 1982-1989.

571.  Radesky, J., Weeks, H.M., Schaller, A ., Robb, M., Mann, S., and Lenhart, A . (2023).
      Constant Companion:  A Week in the Life of a Young Person's Smartphone Use. *San
      Francisco, CA: Common Sense.* https://www.commonsensemedia.org/research/constant-
      companion-a-week-in-the-life-of-a-young-persons-smartphone-use

572.  Radtke, T., Apel, T., Schenkel, K., Keller, J., & von Lindern, E. (2022). Digital detox: An
      effective solution in the smartphone era? A systematic literature review. *Mobile Media &
      Communication*, 10(2), 190-215. https://doi.org/10.1177/20501579211028647

573.  Ragland D. R. (1992). Dichotomizing continuous outcome variables: dependence of the
      magnitude of association and statistical power on the cutpoint. Epidemiology
      (Cambridge, Mass.), 3(5), 434–440. https://doi.org/10.1097/00001648-199209000-00009

574.  Rajesh, T., & Rangaiah, B. (2022). Relationship between personality traits and facebook
      addiction: A meta-analysis. *Heliyon*, 8(8), e10315.

575.  Ramadhan, R. N., Rampengan, D. D., Yumnanisha, D. A., Setiono, S. B., Tjandra, K. C.,
      Ariyanto, M. V., Idrisov, B., & Empitu, M. A. (2024). Impacts of digital social media
      detox for mental health: A systematic review and meta-analysis. *Narra J, 4(2)*, e786.
      https://doi.org/10.52225/narra.v4i2.786

576.  Ramphul, K., & Mejias, S. G. (2018). Is "Snapchat Dysmorphia" a Real
      Issue?. Cureus, 10(3), e2263. https://doi.org/10.7759/cureus.2263

577.  Rapee, R. M., Oar, E. L., Johnco, C. J., Forbes, M. K., Fardouly, J., Magson, N. R., &
      Richardson, C. E. (2019). Adolescent development and risk for the onset of social-
      emotional disorders: A review and conceptual model. *Behaviour research and therapy,*
      123, 103501. https://doi.org/10.1016/j.brat.2019.103501

578.  Raudsepp, L., & Kais, K. (2019). Longitudinal associations between problematic social
      media use and depressive symptoms in adolescent girls. *Preventive Medicine Reports*, 15,
      100925.

579.  Rausch, Z. & Haidt, J. (2023, October 30). Suicide rates are up for Gen Z across the
      anglosphere, especially for girls. It's not just anxiety, depression, and self-harm. (Part 3 of
      youth mental health crisis is international). *After Babel.*
      https://www.afterbabel.com/p/anglo-teen-suicide

580.  Rausch, Z., & Haidt, J. (2024, September 10).The Fundamental Flaws of The Only Meta-
      Analysis of Social Media Reduction Experiments (And Why It Matters), Part 2. *After
      Babel.* https://www.afterbabel.com/p/fundamental-flaws-part-2

581.  Raychoudhury, R. (2021, September 26). What Our Research Really Says About Teen
      Well-Being and Instagram. *Meta.* https://about.fb.com/news/2021/09/research-teen-well-
      being-and-instagram/

582.    Reed, P., Fowkes, T. & Khela, M. (2023). Reduction in Social Media Usage Produces Improvements in Physical Health and Wellbeing: An RCT. Journal of Technology in Behavioral Science, 8, 140–147. https://doi.org/10.1007/s41347-023-00304-7

583.    Reilly, M. J., Parsa, K. M., & Biel, M. (2019). Is There a Selfie Epidemic? JAMA facial plastic surgery, 21(5), 367–368. https://doi.org/10.1001/jamafacial.2019.0419

584.    Rice, S., Goodall J., Hetrick, S., Parker, A., Gilbertson, T., Amminger, G., Davey, C., McGorry, P., Gleeson, J., & Alvarez-Jimenez, M. (2014). Online and Social Networking Interventions for the Treatment of Depression in Young People: A Systematic Review. *Journal of Medical Internet Research,* 16(9):e206. https://www.jmir.org/2014/9/e206

585.    Richards, J., Niitsu, K., & Kenworthy, N. (2025). Mental health v. social media: how US pretrial filings against social media platforms frame and leverage evidence for claims of youth mental health harms. *SSM-Mental Health, 7*: 100378. https://doi.org/10.1016/j.ssmmh.2024.100378

586.    Rideout, V. & Fox, S. (2018). Digital Health Practices, Social Media Use, and Mental Well-Being Among Teens and Young Adults in the U.S. *A National Survey Sponsored by Hopelab and Well Being and Trust*. https://hopelab.org/reports/pdf/a-national-survey-by-hopelab-and-well-being-trust-2018

587.    Rideout, V., Peebles, A., Mann, S., & Robb, M. (2021). The common sense census: Media use by tweens and teens. *common sense.* https://www.commonsensemedia.org/sites/default/files/research/report/8-18-census-integrated-report-final-web_0.pdf

588.    Ridout, B., & Campbell, A. (2018). The Use of Social Networking Sites in Mental Health Interventions for Young People: Systematic Review. *Journal of Medical Internet Research*, 20(12), e12244. https://doi.org/10.2196/12244

589.    Riehm, K. E., & Mojtabai, R. (2022). Trends in parent-rated emotional symptoms, conduct problems, and hyperactivity/inattention among U.S. children and adolescents, 2004-2019. *Journal of Affective Disorders, 299,* 294–297. https://doi.org/10.1016/j.jad.2021.12.024

590.    Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., Pacek, L. R., La Flair, L. N., & Mojtabai, R. (2019). Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. *JAMA Psychiatry*, 76(12), 1266-1273.

591.    Riehm, K. E., Young, A. S., Feder, K. A., Krawczyk, N., Tormohlen, K. N., Pacek, L. R., Mojtabai, R., & Crum, R. M. (2019). Mental Health Problems and Initiation of E-cigarette and Combustible Cigarette Use. *Pediatrics,* 144(1).

592.    Roberts, J. A., & David, M. E. (2023). Instagram and TikTok Flow States and Their Association with Psychological Well-Being. *Cyberpsychology, Behavior and Social Networking,* 26(2), 80–89. https://doi.org/10.1089/cyber.2022.0117

593.    Roberts, R. E., & Duong, H. T. (2014). The prospective association between sleep deprivation and depression among adolescents. *Sleep, 37*(2), 239–244. https://doi.org/10.5665/sleep.3388

594.    Roberts, R. E., Fisher, P. W., Turner, J. B., & Tang, M. (2015). Estimating the burden of psychiatric disorders in adolescence: the impact of subthreshold disorders. *Social Psychiatry and Psychiatric Epidemiology*, 50(3), 397–406. https://doi.org/10.1007/s00127-014-0972-3

595.   Roberts, S., Malcolm, C., McCarty, K., & Pollet, T. (2023). No relationships between self-reported Instagram use or type of use and mental well-being: A study using a nationally representative online sample of UK adults. [In Press]. *Cyberpsychology: Journal of Psychosocial Research on Cyberspace*

596.   Robinson, J., Cox, G., Bailey, E., Hetrick, S., Rodrigues, M., Fisher, S., & Herrman, H. (2016). Social media and suicide prevention: a systematic review. *Early Intervention in Psychiatry, 10(*2), 103–121. https://doi.org/10.1111/eip.12229

597.   Rodman, A. M., Burns, J. A., Cotter, G. K., Ohashi, Y. B., Rich, R. K., & McLaughlin, K. A. (2024). Within-Person Fluctuations in Objective Smartphone Use and Emotional Processes During Adolescence: An Intensive Longitudinal Study. *Affective Science*, 5(4), 332–345. https://doi.org/10.1007/s42761-024-00247-z

598.   Romer D. (2010). Adolescent risk taking, impulsivity, and brain development: implications for prevention. *Developmental Psychobiology, 52*(3), 263–276. https://doi.org/10.1002/dev.20442

599.   Rose, G. A., Khaw, K.-T., & Marmot, M. G. (2008). Rose's strategy of preventive medicine : the complete original text (New ed.). Oxford University Press.

600.   Rose, G., & Day, S. (1990). The population mean predicts the number of deviant individuals. BMJ (Clinical research ed.), 301(6759), 1031–1034. https://doi.org/10.1136/bmj.301.6759.1031

601.   Rosič, J., Janicke-Bowles, S. H., Carbone, L., Lobe, B., & Vandenbosch, L. (2022). Positive digital communication among youth: The development and validation of the digital flourishing scale for adolescents. *Frontiers in Digital Health*, 4, 975557. https://doi.org/10.3389/fdgth.2022.975557

602.   Rosnow, R. L., Rosenthal, R. (2003). Effect sizes for experimenting psychologists. *Canadian Journal of Experimental Psychology,* 57(3), 221- 237.

603.   Rothman, K. J., & Greenland, S. (1998). Modern epidemiology (Lippincott-Raven: Philadelphia, PA).

604.   Rothman, K. J., & Greenland, S. (2005). Causation and causal inference in epidemiology. *American Journal of Public Health*, 95(Suppl 1), S144-S150.

605.   Rothman, K.J., Greenland S., & Lash T (2008). Modern Epidemiology. 3rd edition. (Lippincott Williams & Wilkins).

606.   Rothwell, J. (2023, October 11). How parenting and self-control mediate the link between social media use and youth mental health. *Institute for Family Studies.* https://ifstudies.org/blog/how-parenting-and-self-control-mediate-the-link-between-social-media-use-and-youth-mental-health

607.   Rothwell, J. (2023, October 13). Teens spend average of 4.8 hours on social media per day. *Gallup.* https://news.gallup.com/poll/512576/teens-spend-average-hours-social-media-per-day.aspx

608.   Rothwell, J. (2023, October 27). Parenting mitigates social media-linked mental health issues. *Gallup.* https://news.gallup.com/poll/513248/parenting-mitigates-social-media-linked-mental-health-issues.aspx

609.   Rousseau, A., Eggermont, S., & Frison, E. (2017). The reciprocal and indirect relationships between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. *Computers in Human Behavior*, 73, 336–344. https://doi.org/10.1016/j.chb.2017.03.056

610.  Royal Society for Public Health (2017). #StatusofMind Social media and young people's mental health and wellbeing. *https://www.rsph.org.uk/our-work/campaigns/status-of-mind.html*

611.  Rozgonjuk, D., Sindermann, C., Elhai, J. D., & Montag, C. (2021). Comparing Smartphone, WhatsApp, Facebook, Instagram, and Snapchat: Which Platform Elicits the Greatest Use Disorder Symptoms?. *Cyberpsychology, Behavior and Social Networking*, 24(2), 129–134.

612.  Rubin, B., Gluck, M. E., Knoll, C. M., Lorence, M., & Geliebter, A. (2008). Comparison of eating disorders and body image disturbances between Eastern and Western countries. *Eating Weight Disorder,* 13(2), 73-80.

613.  Rył, A., Tomska, N., Jakubowska, A., Ogrodniczak, A., Palma, J., & Rotter, I. (2024). Genetic Aspects of Problematic and Risky Internet Use in Young Men-Analysis of ANKK1, DRD2 and NTRK3 *Gene Polymorphism*. Genes, 15(2), 169. https://doi.org/10.3390/genes15020169

614.  Safer D. J. (2018). Is ADHD Really Increasing in Youth?. Journal of attention disorders, 22(2), 107–115. https://doi.org/10.1177/1087054715586571

615.  Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. *Computers in Human Behavior*, 101, 259-275.

616.  Salomon, I., & Brown, C. S. (2019). The Selfie Generation: Examining the Relationship Between Social Media Use and Early Adolescent Body Image. *The Journal of Early Adolescence, 39*(4), 539-560. https://doi.org/10.1177/0272431618770809

617.  Sampasa-Kanyinga, H., Colman, I., Goldfield, G. S., Hamilton, H. A., & Chaput, J. P. (2020). Sex differences in the relationship between social media use, short sleep duration, and body mass index among adolescents. *Sleep Health,* 6(5), 601–608. https://doi.org/10.1016/j.sleh.2020.01.017

618.  Sampasa-Kanyinga, H., Colman, I., Goldfield, G. S., Janssen, I., Wang, J., Podinic, I., Tremblay, M. S., Saunders, T. J., Sampson, M., & Chaput, J. P. (2020). Combinations of physical activity, sedentary time, and sleep duration and their associations with depressive symptoms and other mental health problems in children and adolescents: a systematic review. *The International Journal of Behavioral Nutrition and Physical Activity,* 17(1), 72. https://doi.org/10.1186/s12966-020-00976-x

619.  Sampasa-Kanyinga, H., Colman, I., Hamilton, H. A., & Chaput, J. P. (2019). Outdoor physical activity, compliance with the physical activity, screen time, and sleep duration recommendations, and excess weight among adolescents. *Obesity science & practice, 6(2)*, 196–206. https://doi.org/10.1002/osp4.389

620.  Sampasa-Kanyinga, H., Goldfield, G. S., Kingsbury, M., Clayborne, Z., & Colman, I. (2020). Social media use and parent-child relationship: A cross-sectional study of adolescents. *Journal of Community Psycholog*y, 48(3), 793–803. https://doi.org/10.1002/jcop.22293

621.  Sampasa-Kanyinga, H., Hamilton, H. A., & Chaput, J. P. (2018). Use of social media is associated with short sleep duration in a dose-response manner in students aged 11 to 20 years. Acta paediatrica (Oslo, Norway : 1992), 107(4), 694–700. https://doi.org/10.1111/apa.14210

622.  Sampson, A., Jeremiah, H. G., Andiappan, M., & Newton, J. T. (2020). The effect of viewing idealised smile images versus nature images via social media on immediate

facial satisfaction in young adults: A randomised controlled trial. *Journal of Orthodontics*, 47(1), 55–64. https://doi.org/10.1177/1465312519899664

623.  Sanders, T., Lonsdale, C., Noetel, M., & Parker, P. D. (2023, November 14). What 70 years of research says about kids and screens. *The Conversation.* https://theconversation.com/us/topics/children-and-screen-time-123747

624.  Sanders, T., Noetel, M., Parker, P., Del Pozo Cruz, B., Biddle, S., Ronto, R., Hulteen, R., Parker, R., Thomas, G., De Cocker, K., Salmon, J., Hesketh, K., Weeks, N., Arnott, H., Devine, E., Vasconcellos, R., Pagano, R., Sherson, J., Conigrave, J., & Lonsdale, C. (2024). An umbrella review of the benefits and risks associated with youths' interactions with electronic screens. *Nature Human Behaviour*, 8(1), 82–99. https://doi.org/10.1038/s41562-023-01712-8

625.  Sanzari, C. M., Gorrell, S., Anderson, L. M., Reilly, E. E., Niemiec, M. A., Orloff, N. C., Anderson, D. A., & Hormes, J. M. (2023). The impact of social media use on body image and disordered eating behaviors: Content matters more than duration of exposure. Eating behaviors, 49, 101722. https://doi.org/10.1016/j.eatbeh.2023.101722

626.  Sapuram, V. R., Vrshek-Schallhorn, S., Hilt, L. M., & Stroud, C. B. (2021). Dopaminergic Genetic Variation in Young Adolescents: Associations with Sensation-Seeking. *Research on Child and Adolescent Psychopathology*, 49(10), 1259–1274. https://doi.org/10.1007/s10802-021-00823-y

627.  Satchell, L. P., Fido, D., Harper, C. A., Shaw, H., Davidson, B., Ellis, D. A., Hart, C. M., Jalil, R., Bartoli, A. J., Kaye, L. K., Lancaster, G. L. J., & Pavetich, M. (2021). Development of an Offline-Friend Addiction Questionnaire (O-FAQ): Are most people really social addicts?. *Behavior Research Methods, 53*(3), 1097–1106. https://doi.org/10.3758/s13428-020-01462-9

628.  Saul, J., Rodgers, R. F., & Saul, M. (2022). Adolescent Eating Disorder Risk and the Social Online World: An Update. *Child and Adolescent Psychiatric Clinics of North America, 31*(1), 167–177. https://doi.org/10.1016/j.chc.2021.09.004

629.  Saulsberry, L., Jameson, J. C., Gibbons, R. D., Dolan, M. E., Olopade, O. I., & O'Donnell, P. H. (2025). A National Study Among Diverse US Populations of Exposure to Prescription Medications with Evidence-Based Pharmacogenomic Information. *Clinical Pharmacology and Therapeutics,* 117(6), 1793–1802. https://doi.org/10.1002/cpt.3617

630.  Sax, L. (2022, March 29). Is TikTok dangerous for teens? *Institute for Family Studies.* https://ifstudies.org/blog/is-tiktok-dangerous-for-teens-

631.  Schaeffer, K. (2021, October 7). 7 facts about Americans and Instagram. *Pew Research Center.* https://www.pewresearch.org/short-reads/2021/10/07/7-facts-about-americans-and-instagram/

632.  Schemer, C., Masur, P. K., GeiB, S., Muller, P., & Schafer, S. (2020). The impact of internet and social media use on well-being: A longitudinal analysis of adolescents across nine years. *Journal of Computer-Mediated Communication, 26(1),* 1-21. https://doi.org/10.1093/jcmc/zmaa014

633.  Schisterman, E. F., Cole, S. R., & Platt, R. W. (2009). Overadjustment bias and unnecessary adjustment in epidemiologic studies. *Epidemiology*, 20(4), 488-495.

634.  Schmidt-Persson, J., Rasmussen, M. G. B., Sørensen, S. O., Mortensen, S. R., Olesen, L. G., Brage, S., Kristensen, P. L., Bilenberg, N., & Grøntved, A. (2024). Screen Media Use and Mental Health of Children and Adolescents: A Secondary Analysis of a Randomized

Clinical Trial. *JAMA Network Open, 7(7)*, e2419881.
https://doi.org/10.1001/jamanetworkopen.2024.19881

635.  Seabrook, E. M., Kern, M. L., & Rickard, N. S. (2016). Social Networking Sites, Depression, and Anxiety: A Systematic Review. *JMIR Mental Health*, 3(4), e50. https://doi.org/10.2196/mental.5842

636.  Sedgwick, R., S., Epstein, S., Dutta, R., & Ougrin, D. (2019). Social media, internet use and suicide attempts in adolescents. *Current Opinion in Psychiatry,* 32(6), 534-541.

637.  Seekis, V., & Kennedy, R. (2023). The impact of #beauty and #self-compassion tiktok videos on young women's appearance shame and anxiety, self-compassion, mood, and comparison processes. Body Image, 45, 117–125. https://doi.org/10.1016/j.bodyim.2023.02.006

638.  Sellers, R., Maughan, B., Pickles, A., Thapar, A., & Collishaw, S. (2015). Trends in parent- and teacher-rated emotional, conduct and ADHD problems and their impact in prepubertal children in Great Britain: 1999-2008. *Journal of Child Psychology and Psychiatry, and Allied Disciplines*, 56(1), 49–57. https://doi.org/10.1111/jcpp.12273

639.  Seo, D. & Ray, S. (2019). Habit and addiction in the use of social networking sites: Their nature, antecedents, and consequences. *Computers in Human Behavior*, 99, 109-125.

640.  Sepas, A., Bangash, A. H., Nielsen, R. E., Yang, W., & El-Hussuna, A. (2024). The Association between Problematic Instagram Use, Psychological Distress, and Well-Being: A Systematic Review and Meta-Analysis. Cyberpsychology, behavior and social networking, 27(9), 641–650. https://doi.org/10.1089/cyber.2023.0222

641.  Sewall, C. J. R., Bear, T. M., Merranko, J., & Rosen, D. (2020). How psychosocial well-being and usage amount predict inaccuracies in retrospective estimates of digital technology use. *Mobile Media & Communication*, 8(3), 379-399. https://doi.org/10.1177/2050157920902830

642.  Sha, P., & Dong, X. (2021). Research on Adolescents Regarding the Indirect Effect of Depression, Anxiety, and Stress between TikTok Use Disorder and Memory Loss. International Journal of Environmental Research and Public Health, 18(16), 8820. https://doi.org/10.3390/ijerph18168820

643.  Shakya, H. B., & Christakis, N. A. (2017). Association of Facebook Use With Compromised Well-Being: A Longitudinal Study. *American Journal of Epidemiology*, 185(3), 203-211.

644.  Shannon, H., Bush, K., Villeneuve, P. J., Hellemans, K. G. C., & Guimond, S. (2022) Problematic Social Media Use in Adolescents and Young Adults: Systematic Review and Meta-Analysis. *JMIR Mental Health*, 9(4), e33450.

645.  Sharifi, V., Mojtabai, R., Shahrivar, Z., Alaghband-Rad, J., Zarafshan, H., & Wissow, L. (2016). Child and Adolescent Mental Health Care in Iran: Current Status and Future Directions. *Archives of Iranian Medicine,* 19(11), 797-804.

646.  Sharifi, V., Shahrivar, Z., Zarafshan, H., Ashkezary, S. B., Stuart, E., Mojtabai, R., & Wissow, L. (2019). Collaborative care for child and youth mental health problems in a middle-income country: study protocol for a randomized controlled trial training general practitioners. Trials, 20(1), 405. https://doi.org/10.1186/s13063-019-3467-4

647.  Sharma, A., & Vidal, C. (2023). A scoping literature review of the associations between highly visual social media use and eating disorders and disordered eating: a changing landscape. *Journal of Eating Disorders,* 11, 170. https://doi.org/10.1186/s40337-023-00898-6

648. Sherlock, M., & Wagstaff, D. L., (2019). Exploring the Relationship Between Frequency of Instagram Use, Exposure to Idealized Images, and Psychological Well-Being in Women. *Psychology of Popular Media Culture*, 8(4), 482-490.

649. Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media. *Psychological Science*, 27(7), 1027–1035.

650. Shin, M., Juventin, M., Chu, J. T. W., Manor, Y., & Kemps, E. (2022). Online media consumption and depression in young people: A systematic review and meta-analysis. *Computers in Human Behavior*, 128, 107129.

651. Sholeh, A. & Rusdi, A. (2019) New Measurement of Instagram Addiction: Psychometric Properties of The Instagram Addiction Scale (TIAS). *Conference of Indonesian Students Association in South Korea (CISAK)*, 91−97.

652. Shuhaiber, J. H., Kim, J. B., Hur, K., & Gibbons, R. D. (2009). Survival of primary and repeat lung transplantation in the United States. *The Annals of Thoracic Surgery*, 87(1), 261–266. https://doi.org/10.1016/j.athoracsur.2008.10.031

653. Siebers, T., Beyens, I., Baumgartner, S. E., & Valkenburg, P. M. (2024). Adolescents' Digital Nightlife: The Comparative Effects of Day- and Nighttime Smartphone Use on Sleep Quality. *Communication Research,* 0(0), 1-27. https://doi.org/10.1177/00936502241276793

654. Silverman, J., Etkin, J., & Srna, S. (2023). Can Time Limits Increase Time Spent? [In review].

655. Sina, E., Boakye, D., Christianson, L., Ahrens, W., & Hebestreit, A. (2022). Social Media and Children's and Adolescents' Diets: A Systematic Review of the Underlying Social and Physiological Mechanisms. *Advances in Nutrition*, 13(3), 913–937. https://doi.org/10.1093/advances/nmac018

656. Sireli, O., Dayi, A., & Colak, M. (2023). The mediating role of cognitive distortions in the relationship between problematic social media use and self-esteem in youth. *Cognitive Processing, 24*(4), 575–584. https://doi.org/10.1007/s10339-023-01155-z

657. Slaughter-Acey, J. C., Sealy-Jefferson, S., Helmkamp, L., Caldwell, C. H., Osypuk, T. L., Platt, R. W., Straughen, J. K., Dailey-Okezie, R. K., Abeysekara, P., & Misra, D. P. (2016). Racism in the form of micro aggressions and the risk of preterm birth among black women. *Annals of Epidemiology*, 26(1), 7–13.e1. https://doi.org/10.1016/j.annepidem.2015.10.005

658. Slee, A., Nazareth, I., Freemantle, N., & Horsfall, L. (2021). Trends in generalised anxiety disorders and symptoms in primary care: UK population-based cohort study. *The British Journal of Psychiatry,* 218(3), 158-164.

659. Smith, O. E., Mills, J. S., & Samson, L. (2024). Out of the loop: Taking a one-week break from social media leads to better self-esteem and body image among young women. *Body Image, 49*, 101715. https://doi.org/10.1016/j.bodyim.2024.101715

660. Smith, T., & Short, A. (2022). Needs affordance as a key factor in likelihood of problematic social media use: Validation, latent Profile analysis and comparison of TikTok and Facebook problematic use measures. Addictive behaviors, 129, 107259. https://doi.org/10.1016/j.addbeh.2022.107259

661. Sohn, S. Y., Rees, P., Wildridge, B., Kalk, N. J., & Carter, B. (2019). Prevalence of problematic smartphone usage and associated mental health outcomes amongst children

and young people: a systematic review, meta-analysis and GRADE of the evidence. BMC Psychiatry, 19(1), 356. https://doi.org/10.1186/s12888-019-2350-x

662.  Somerville, L. H., & Casey, B. J. (2010). Developmental neurobiology of cognitive control and motivational systems. *Current Opinion in Neurobiology,* 20(2), 236–241. https://doi.org/10.1016/j.conb.2010.01.006

663.  Song, H., Zmyslinski-Seelig, A., Kim, J., Drent, A., Victor, A., Omori, K., & Allen, M. (2014). Does Facebook make you lonely?: A meta analysis. *Computers in Human Behavior,* 36, 446–452. https://doi.org/10.1016/j.chb.2014.04.011

664.  Soroceanu, R. P., Soroceanu, A., Timofte, D. V., Timofeiov, S., Tanase, A. E., Iordache, A., Ambrosie, L., Miler, A. A., & Azoicai, D. (2023). From Pleasure to Pathology: Understanding the Neural Basis of Food Addiction in the Context of Obesity. Chirurgia (Bucharest, Romania: 1990), 118(4), 348–357. https://doi.org/10.21614/chirurgia.2023.v.118.i.4.p.348

665.  Speranza, L., di Porzio, U., Viggiano, D., de Donato, A., & Volpicelli, F. (2021). Dopamine: The Neuromodulator of Long-Term Synaptic Plasticity, Reward and Movement Control. *Cells,* 10(4), 735. https://doi.org/10.3390/cells10040735

666.  Spillman, D. M., & Everington, C. (1989). Somatotypes revisited: have the media changed our perception of the female body image? *Psychological Reports,* 64, 887-890.

667.  Spitzer, R. L., Kroenke, K., Williams, J. B., & Löwe, B. (2006). A brief measure for assessing generalized anxiety disorder: the GAD-7. *Archives of Internal Medicine*, 166(10), 1092–1097.

668.  Steare, T., Gutiérrez Muñoz, C., Sullivan, A., & Lewis, G. (2023). The association between academic pressure and adolescent mental health problems: A systematic review. *Journal of Affective Disorders*, 339, 302–317. https://www.medrxiv.org/content/10.1101/2023.01.24.23284938v1

669.  Steers, M.-L., Wickham, R. E., & Acitelli, L. K. (2014). Seeing everyone else's highlight reels: How Facebook usage is linked to depressive symptoms. *Journal of Social and Clinical Psychology*, 33(8), 701-731.

670.  Stein M. B. (2006). An epidemiologic perspective on social anxiety disorder. The Journal of clinical psychiatry, 67 Suppl 12, 3–8.

671.  Stein, D. (2024). Fundamental flaws in meta-analytical review of social media experiments. *Shores of Academia Substack.* https://shoresofacademia.substack.com/p/fatally-flawed-social-media-experiments

672.  Stein, M. B., Fuetsch, M., Müller, N., Höfler, M., Lieb, R., & Wittchen, H. U. (2001). Social anxiety disorder and the risk of depression: a prospective community study of adolescents and young adults. *Archives of general psychiatry, 58*(3), 251–256. https://doi.org/10.1001/archpsyc.58.3.251

673.  Steinsbekk, S., Nesi, J., & Wichstrøm, L. (2023). Social media behaviors and symptoms of anxiety and depression. A four-wave cohort study from age 10–16 years. *Computers in Human Behavior*, 147, 1–12. https://doi.org/10.1016/j.chb.2023.107859

674.  Stevens, M. W., Dorstyn, D., Delfabbro, P. H., & King, D. L. (2021). Global prevalence of gaming disorder: A systematic review and meta-analysis. *The Australian and New Zealand Journal of Psychiatry, 55(6)*, 553–568. https://doi.org/10.1177/0004867420962851

675.  Stiglic, N., & Viner, R. M. (2019). Effects of screentime on the health and well-being of children and adolescents: a systematic review of reviews. *BMJ Open,* 9:e023191. doi:10.1136/bmjopen-2018-023191

676.  Stiller, A., Mößle, T. Media Use Among Children and Adolescents with Autism Spectrum Disorder: a Systematic Review. *Review Journal of Autism and Developmental Disorders*, 227–246 (2018). https://doi.org/10.1007/s40489-018-0135-7

677.  Stockdale, L. A., & Coyne, S. M. (2020). Bored and online: Reasons for using social media, problematic social networking site use, and behavioral outcomes across the transition from adolescence to emerging adulthood. *Journal of Adolescence*, 79, 173-183.

678.  Stumbles, T. (2028, February 1). *Facebook history timeline. The Facebook history timeline illustrates important events in the narrative of the social networking platform.* Office timeline. https://www.officetimeline.com/blog/facebook-history-timeline

679.  StyleSeat. 79% of Americans Say Beauty Filters Have Changed Beauty Standards - StyleSeat ProBeauty Blog: Reader View https://www.styleseat.com/blog/how-tech-is-changing-beauty-standards/

680.  Su, C., Zhou, H., Gong, L., Teng, B., Geng, F., & Hu, Y. (2021). Viewing personalized video clips recommended by TikTok activates default mode network and ventral tegmental area. *NeuroImage, 237*, 118136. https://doi.org/10.1016/j.neuroimage.2021.118136

681.  Summerfield, P. (2021, August 13). TikTok is the most popular social app with Canada's youth. https://mediaincanada.com/2021/08/13/tiktok-is-the-most-popular-social-app-with-canadas-youth/

682.  Susi, K., Glover-Ford, F., Stewart, A., Knowles Bevis, R., & Hawton, K. (2023). Research Review: Viewing self-harm images on the internet and social media platforms: systematic review of the impact and associated psychological mechanisms. *Journal of Child Psychology and Psychiatry, and Allied Disciplines, 64*(8), 1115–1139. https://doi.org/10.1111/jcpp.13754

683.  Susukida, R., Amin-Esmaeili, M., Mayo-Wilson, E., & Mojtabai, R. (2021). Data management in substance use disorder treatment research: Implications from data harmonization of National Institute on Drug Abuse-funded randomized controlled trials. Clinical trials (London, England), 18(2), 215–225. https://doi.org/10.1177/1740774520972687

684.  Susukida, R., Crum, R. M., Stuart, E. A., & Mojtabai, R. (2018). Generalizability of the findings from a randomized controlled trial of a web-based substance use disorder intervention. *The American Journal on Addictions, 27(3*), 231–237. https://doi.org/10.1111/ajad.12714

685.  Sutcliffe, K., Ball, J, Clark, T. C., Archer, D., Peiris-John, R., Crengle, S., & Fleming, T. (2023). Rapid and unequal decline in adolescent mental health and well-being 2012–2019: Findings from New Zealand cross-sectional surveys. *Australian & New Zealand Journal of Psychiatry*. 57(2):264-282. doi:10.1177/00048674221138503

686.  Swanson, S. A., Crow, S. J., Le Grange, D., Swendsen, J., & Merikangas, K. R. (2011). Prevalence and correlates of eating disorders in adolescents. Results from the national comorbidity survey replication adolescent supplement. *Archives of General Psychiatry*, 68(7), 714–723. https://doi.org/10.1001/archgenpsychiatry.2011.22

687.  Takahashi, I., Obara, T., Ishikuro, M., Murakami, K., Ueno, F., Noda, A., Onuma, T., Shinoda, G., Nishimura, T., Tsuchiya, K. J., & Kuriyama, S. (2023). Screen Time at Age

1 Year and Communication and Problem-Solving Developmental Delay at 2 and 4 Years. *JAMA Pediatrics*, 177(10), 1039–1046. https://doi.org/10.1001/jamapediatrics.2023.3057

688. Takayanagi, Y., Spira, A. P., Roth, K. B., Gallo, J. J., Eaton, W. W., & Mojtabai, R. (2014). Accuracy of reports of lifetime mental and physical disorders: results from the Baltimore Epidemiological Catchment Area study. *JAMA psychiatry*, *71*(3), 273–280. https://doi.org/10.1001/jamapsychiatry.2013.3579

689. Tamirisa, K., & Maringanti, H. B. (2024). A Narrative Review of the Factors Affecting the Mental Health of Adolescents and Young People During the COVID-19 Pandemic. Cureus, 16(8), e66781. https://doi.org/10.7759/cureus.66781

690. Tandon, A., Dhir, A., Almugren, I., AlNemer, G. N., & Mäntymäki, M. (2021). Fear of missing out (FoMO) among social media users: a systematic literature review, synthesis and framework for future research. *Internet Research*, 31, 782-821.

691. Tang, S., Werner-Seidler, A., Torok, M., Mackinnon, A. J., & Christensen, H. (2021). The relationship between screen time and mental health in young people: A systematic review of longitudinal studies. *Clinical Psychology Review, 86,* 102021. https://doi.org/10.1016/j.cpr.2021.102021

692. Teufel, M., Hofer, E., Junne, F., Sauer, H., Zipfel, S., & Giel, K. E. (2013). A comparative analysis of anorexia nervosa groups on Facebook. *Eating and weight disorders*: EWD, 18(4), 413–420. https://doi.org/10.1007/s40519-013-0050-y

693. Texas Community Health News. (2023, September 18). New program links millions of Texas students with free mental health care at school. *abcNews.* *https://abc7amarillo.com/news/local/new-program-links-millions-of-texas-students-with-free-mental-health-care-at-school-09-18-2023*

694. Thai, H., Davis, C. D., Mahboob, W., Perry, S., Adams, A. & Goldfield, G. (2024) Reducing social media use improves appearance and weight esteem in youth with emotional distress. *Psychology of Popular Media*, 13, 162.

695. The Associated Press. (2014, February 4). *Timeline: Key dates in Facebook's 10-year history.* PhysOrg. https://phys.org/news/2014-02-timeline-key-dates-facebook-year.html

696. Thiagarajan, T. C., Newson, J. J., & Swaminathan, S. (2025). Protecting the Developing Mind in a Digital Age: A Global Policy Imperative. *Journal of Human Development and Capabilities*, 26(3), 493–504. https://doi.org/10.1080/19452829.2025.2518313

697. Thompson, J. K., Heinberg, L. J., Altabe, M., & Tantelff-Dunn, S. (1999). *Exacting beauty: theory, assessment, and treatment of body image disturbance* (1st ed). American Psychological Association.

698. Thorisdottir, I. E., Asgeirsdottir, B. B., Sigurvinsdottir, R., Allegrante, J. P., & Sigfusdottir, I. D. (2017). The increase in symptoms of anxiety and depressed mood among Icelandic adolescents: time trend between 2006 and 2016. *European Journal of Public Health*, 27(5), 856-861.

699. Thrul, J., Devkota, J., Aljuboori, D. Regan, T., Alomairah, S., & Vidal, C. (2024). Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. IN PRESS *Psychology of Popular Media.* 10.31234/osf.io/degba.

700. Thrul, J., Devkota, J., AlJuboori, D., Regan, T., Alomairah, S., & Vidal, C. (2025). Social media reduction or abstinence interventions are providing mental health benefits— Reanalysis of a published meta-analysis. *Psychology of Popular Media*, 14(2), 207–209. https://doi.org/10.1037/ppm0000574

701.   Tibbs, M., Deschênes, S., van der Velden, P., & Fitzgerald, A. (2025). An Investigation of the Longitudinal Bidirectional Associations Between Interactive Versus Passive Social Media Behaviors and Youth Internalizing Difficulties. A Within-Person Approach. *Journal of Youth and Adolescence,* 54(4), 849–862. https://doi.org/10.1007/s10964-024-02093-5

702.   Tiggemann, M., & Slater, A. (2014). NetTweens: The Internet and Body Image Concerns in Preteenage Girls. *The Journal of Early Adolescence, 34*(5), 606-620. https://doi.org/10.1177/0272431613501083

703.   Tiggemann, M., & Zaccardo, M. (2015). "Exercise to be fit, not skinny": The effect of fitspiration imagery on women's body image. *Body Image*, 15, 61–67. https://doi.org/10.1016/j.bodyim.2015.06.003

704.   Tiggemann, M., Anderberg, I., & Brown, Z. (2020). Uploading your best self: Selfie editing and body dissatisfaction. *Body Image*, 33, 175–182. https://doi.org/10.1016/j.bodyim.2020.03.002

705.   Tiggemann, M., Hayden, S., Brown, Z., & Veldhuis, J. (2018). The effect of Instagram "likes" on women's social comparison and body dissatisfaction. *Body Image*, 26, 90–97.

706.   Tørmoen, A. J., Myhre, M. Ø., Kildahl, A. T., Walby, F. A., & Rossow, I. (2023). A nationwide study on time spent on social media and self-harm among adolescents. Scientific reports, 13(1), 19111. https://doi.org/10.1038/s41598-023-46370-y

707.   Tripp, G., & Wickens, J. R. (2008). Research review: dopamine transfer deficit: a neurobiological theory of altered reinforcement mechanisms in ADHD. *Journal of Child Psychology and Psychiatry,* 49(7), 691–704. https://doi.org/10.1111/j.1469-7610.2007.01851.x

708.   Tromholt, M. (2016). The Facebook experiment: Quitting Facebook leads to higher levels of well-being. *Cyberpsychology, Behavior, & Social Networking,* 19(11), 661-666.

709.   Tsitsika, A. K., Tzavela, E. C., Janikian, M., Ólafsson, K., Iordache, A., Schoenmakers, T. M., Tzavara, C., & Richardson, C. (2014). Online social networking in adolescence: patterns of use in six European countries and links with psychosocial functioning. The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 55(1), 141–147. https://doi.org/10.1016/j.jadohealth.2013.11.010

710.   Turati, F., Galeone, C., Edefonti, V., Ferraroni, M., Lagiou, P., La Vecchia, C., & Tavani, A. (2012). A meta-analysis of coffee consumption and pancreatic cancer. *Annals of Oncology,* 23(2), 311–318. https://doi.org/10.1093/annonc/mdr331

711.   Turel, O., Brevers, D., & Bechara, A. (2018). Time distortion when users at-risk for social media addiction engage in non-social media tasks. *Journal of Psychiatric Research,* 97, 84-88.

712.   Twenge J. M. (2020). Increases in Depression, Self-Harm, and Suicide Among U.S. Adolescents After 2012 and Links to Technology Use: Possible Mechanisms. *Psychiatric Research and Clinical Practice, 2*(1), 19–25. https://doi.org/10.1176/appi.prcp.20190015

713.   Twenge J. M. (2020). Why increases in adolescent depression may be linked to the technological environment. *Current Opinion in Psychology, 32*, 89–94. https://doi.org/10.1016/j.copsyc.2019.06.036

714.   Twenge, J. (2023, October 24). Here are 13 other explanations for the adolescent mental health crisis. None of them work. Only smartphones plus social media can explain the international collapse in the early 2010s. *After Babel.* https://www.afterbabel.com/p/13-explanations-mental-health-crisis

715.  Twenge, J. M., Haidt, J., Joiner, T. E., & Campbell, W. K. (2020). Underestimating digital media harm. *Nature human behaviour,* 4(4), 346–348. https://doi.org/10.1038/s41562-020-0839-4

716.  Twenge, J. M., Haidt, J., Lozano, J., Cummins, K. M. (2022). Specification curve analysis shows that social media use is linked to poor mental health, especially among girls. *Acta Psychologica, 224*, 103512. https://doi.org/10.1016/j.actpsy.2022.103512

717.  Twenge, J. M., Hisler, G. C., & Krizan, Z. (2019). Associations between screen time and sleep duration are primarily driven by portable electronic devices: evidence from a population-based study of U.S. children ages 0-17. Sleep medicine, 56, 211–218. https://doi.org/10.1016/j.sleep.2018.11.009

718.  Twenge, J. M., Krizan, Z., & Hisler, G. (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and association with new media screen time. Sleep medicine, 39, 47–53. https://doi.org/10.1016/j.sleep.2017.08.013

719.  Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. *Emotion*, 18(6), 765-780.

720.  Twenge, J. M., Rogers, M. L., & Martin, G. N. (2018). Corrigendum: Increases in Depressive Symptoms, Suicide-Related Outcomes, and Suicide Rates Among U.S. Adolescents After 2010 and Links to Increased New Media Screen Time. *Clinical Psychological Science, 7(*2), 397-397. https://doi.org/10.1177/2167702618824060

721.  Uram, P., & Skalski, S. (2022). Still Logged in? The Link Between Facebook Addiction, FoMO, Self-Esteem, Life Satisfaction and Loneliness in Social Media Users. *Psychological Reports*, 125(l), 218-231.

722.  Utz, S., Muscanell, N., & Khalid, C. (2015). Snapchat elicits more jealousy than Facebook: a comparison of Snapchat and Facebook use. Cyberpsychology, behavior and social networking, 18(3), 141–146. https://doi.org/10.1089/cyber.2014.0479

723.  Vahedi, Z., & Zannella, L. (2021). The association between self-reported depressive symptoms and the use of social networking sites (SNS): A meta-analysis. *Current Psychology*, 40, 2174-2189.

724.  Valkenburg, P. M. (2022). Social media use and well-being: What we know and what we need to know. *Current Opinion in Psychology*, 45, 101294.

725.  Valkenburg, P. M., & Peter, J. (2007). Preadolescents' and adolescents' online communication and their closeness to friends. *Developmental psychology,* 43(2), 267–277. https://doi.org/10.1037/0012-1649.43.2.267

726.  Valkenburg, P. M., Beyens, I., Meier, A., & Vanden Abeele, M. M. P. (2022). Advancing our understanding of the associations between social media use and well-being. *Current Opinion in Psychology*, 47, 101357. https://doi.org/10.1016/j.copsyc.2022.101357

727.  Valkenburg, P. M., Meier, A., & Beyens, I. (2022). Social media use and its impact on adolescent mental health: An umbrella review of the evidence. *Current Opinion in Psychology, 44,* 58–68. https://doi.org/10.1016/j.copsyc.2021.08.017

728.  Valkenburg, P. M., van Driel, I. I., & Beyens, I. (2022). The associations of active and passive social media use with well-being: A critical scoping review. New Media & Society, 24(2), 530-549. https://doi.org/10.1177/14614448211065425

729.  Vall-Roqué, H., Andrés, A., & Saldaña, C. (2021). The impact of COVID-19 lockdown on social network sites use, body image disturbances and self-esteem among adolescent

and young women. Progress in neuro-psychopharmacology & biological psychiatry, 110, 110293. https://doi.org/10.1016/j.pnpbp.2021.110293

730.    van Asselt-Goverts, A. E., Embregts, P. J., Hendriks, A. H., Wegman, K. M., & Teunisse, J. P. (2015). Do social networks differ? Comparison of the social networks of people with intellectual disabilities, people with autism spectrum disorders and other people living in the community. Journal of autism and developmental disorders, 45(5), 1191–1203. https://doi.org/10.1007/s10803-014-2279-3

731.    van den Eijnden, R. J. J. M., Geurts, S. M., Ter Bogt, T. F. M., van der Rijst, V. G., & Koning, I. M. (2021). Social Media Use and Adolescents' Sleep: A Longitudinal Study on the Protective Role of Parental Rules Regarding Internet Use before Sleep. *International Journal of Environmental Research and Public Health*, 18(3), 1346. https://doi.org/10.3390/ijerph18031346

732.    van den Eijnden, R., Koning, I., Doornwaard, S., van Gurp, F., & Ter Bogt, T. (2018). The impact of heavy and disordered use of games and social media on adolescents' psychological, social, and school functioning. *Journal of Behavioral Addictions, 7(*3), 697–706.

733.    van der Wal, A., Valkenburg, P. M., & van Driel, I. I. (2024). In their own words: How adolescents use social media and how It affects them. *Social Media + Society,* 10(2). https://doi.org/10.1177/20563051241248591

734.    van Essen, C. M., & Van Ouytsel, J. (2023). Snapchat streaks—How are these forms of gamified interactions associated with problematic smartphone use and fear of missing out among early adolescents?, *Telematics and Informatics Reports*, 11, 100087.

735.    van Hoeken, D., & Hoek, H. W. (2020). Review of the burden of eating disorders: mortality, disability, costs, quality of life, and family burden. *Current Opinion in Psychiatry, 33*(6), 521–527. https://doi.org/10.1097/YCO.0000000000000641

736.    Vandenbosch, L., Fardouly, J., & Tiggemann, M. (2022). Social media and body image: Recent trends and future directions. *Current Opinion in Psychology*, 45, 101289. https://doi.org/10.1016/j.copsyc.2021.12.002

737.    Vanherle, R., Trekels, J., Hermans, S., Vranken, P., & Beullens, K. (2023). How it feels to be "left on read": Social surveillance on Snapchat and young individuals' mental health. Cyberpsychology: Journal of Psychosocial Research on Cyberspace, 17(5), Article 3. https://doi.org/10.5817/CP2023-5-3

738.    Vanman, E. J., Baker, R., & Tobin, S. J. (2018). The burden of online friends: the effects of giving up Facebook on stress and well-being. *The Journal of Social Psychology,* 158(4), 496-508.

739.    Vannucci, A. & Ohannessian, C. M. (2019). Social Media Use Subgroups Differentially Predict Psychosocial Well-Being During Early Adolescence. *Journal of Youth and Adolescence*, 48, 1469-1493.

740.    Vasani, S. (2023, November 2). To protect teens, YouTube's limiting some video recommendations/YouTube's new product updates come a week after Meta was sued for contributing to a youth mental health crisis. *The Verge.* https://www.theverge.com/2023/11/2/23942277/youtube-teenager-mental-health-body-image-bullying-meta

741.    Vaterlaus, J. M., Barnett, K., Roche, C., & Young, J. (2016). "Snapchat is more personal": An exploratory study on Snapchat behaviors and young adult interpersonal

relationships. *Computers in Human Behavior, 62*, 594-601. https://doi.org/10.1016/j.chb.2016.04.029

742.  Verbeij, T., Beyens, I., Keijsers, L., & Valkenburg, P. M. (2023). Social Media Use & Well-Being: Investigating Effect Consistency and Symmetry Across Three Time Intervals. [Abstract]. *PsyArXiv.* https://osf.io/preprints/psyarxiv/a9ksb_v1

743.  Verduyn, P., Ybarra, O., Résibois, M., Jonides, J., & Kross, E. (2017). Do social network sites enhance or undermine subjective well-being? A critical review. *Social Issues and Policy Review,* 11(1), 274–302. https://doi.org/10.1111/sipr.12033

744.  Vereczkei, A., Barta, C., Magi, A., Farkas, J., Eisinger, A., Király, O., Belik, A., Griffiths, M. D., Szekely, A., Sasvári-Székely, M., Urbán, R., Potenza, M. N., Badgaiyan, R. D., Blum, K., Demetrovics, Z., & Kotyuk, E. (2022). FOXN3 and GDNF Polymorphisms as Common Genetic Factors of Substance Use and Addictive Behaviors. *Journal of Personalized Medicine*, 12(5), 690. https://doi.org/10.3390/jpm12050690

745.  Verharen, J. P. H., Zhu, Y., & Lammel, S. (2020). Aversion hot spots in the dopamine system. *Current Opinion in Neurobiology*, 64, 46–52. https://doi.org/10.1016/j.conb.2020.02.002

746.  Vidal, C., Lhaksampa, T., Miller, L., & Platt, R. (2020). Social media use and depression in adolescents: a scoping review. *International Review of Psychiatry*, 32(3), 235–253. https://doi.org/10.1080/09540261.2020.1720623

747.  Viner, R. M., Gireesh, A., Stiglic, N., Hudson, L., Goddings, A.-L., Ward, J. L., & Nicholls, D. E. (2019). Roles of cyberbullying, sleep, and physical activity in mediating the effects of social media use on mental health and wellbeing among young people in England: a secondary analysis of longitudinal data. *Lancet Child Adolescent Health*, 3, 685-696.

748.  Vink, J. M., van Beijsterveldt, T. C., Huppertz, C., Bartels, M., & Boomsma, D. I. (2016). Heritability of compulsive Internet use in adolescents. *Addiction Biology,* 21(2), 460–468. https://doi.org/10.1111/adb.12218

749.  Vogel, E. A., Rose, J. P., Roberts, L. R. & Eckles, K. (2014). Social comparison, social media, and self-esteem. *Psychology of Popular Media Culture*, 3, 206.

750.  Vogels, E. A., R. Gelles-Watnick, and N. Massarat. (2022, August 10). "Teens, Social Media and Technology 2022." *Pew Research Center*. https://www.pewresearch.org/internet/2022/08/10/teens-social-media-and-technology-2022/

751.  Vuorre, M., & Przybylski, A. K. (2023). Estimating the association between Facebook adoption and well-being in 72 countries. *Royal Society Open Science,* 10(8), 221451. https://doi.org/10.1098/rsos.221451

752.  Vuorre, M., & Przybylski, A. K. (2024). Global Well-Being and Mental Health in the Internet Age. *Clinical Psychological Science*, 12(5), 917-935. https://doi.org/10.1177/21677026231207791

753.  Walker, A. (2022). Regulation 28 Report to Prevent Future Deaths from North London Coroner's Service (2022). https://www.judiciary.uk/wp-content/uploads/2022/10/Molly-Russell-Prevention-of-future-deaths-report-2022-0315_Published

754.  Wallace, J., Boers, E., Ouellet, J., Afzali, M. H., & Conrod, P. (2023). Screen time, impulsivity, neuropsychological functions and their relationship to growth in adolescent attention-deficit/hyperactivity disorder symptoms. *Scientific Reports*, 13(1), 18108. https://doi.org/10.1038/s41598-023-44105-7

755. Walrave, R., Beerten, S., Mamouris, P., Coteur, K., Van Nuland, M., Van Pottelbergh, G., Casas, L., & Vaes, B. (2022). Trends in the epidemiology of depression and comorbidities from 2000 to 2019 in Belgium. *BMC Primary Care*, 23, 163.

756. Walsh, L. C., Regan, A., Okabe-Miyamoto, K., & Lyubomirsky, S. (2024). Does putting down your smartphone make you happier? the effects of restricting digital media on well-being. *PLOS One*, 19(10), e0306910. https://doi.org/10.1371/journal.pone.0306910

757. Wang, J. L., Wang, H. Z., Gaskin, J., & Hawk, S. (2017). The Mediating Roles of Upward Social Comparison and Self-esteem and the Moderating Role of Social Comparison Orientation in the Association between Social Networking Site Usage and Subjective Well-Being. *Frontiers in Psychology, 8,* 771. https://doi.org/10.3389/fpsyg.2017.00771

758. Wang, K., & Scherr, S. (2022). Dance the Night Away: How Automatic TikTok Use Creates Pre-Sleep Cognitive Arousal and Daytime Fatigue. Mobile Media & Communication, 10(2), 316-336. https://doi.org/10.1177/20501579211056116

759. Wang, M. L., & Togher, K. (2024). Health Misinformation on Social Media and Adolescent Health. *JAMA Pediatrics,* 178(2), 109–110. https://doi.org/10.1001/jamapediatrics.2023.5282

760. Wang, Z., Davey Smith, G., Loos, R. J. F., & den Hoed, M. (2023). Distilling causality between physical activity traits and obesity via Mendelian randomization. *Communications Medicine,* 3(1), 173. https://doi.org/10.1038/s43856-023-00407-5

761. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: a cohort study. *The Lancet. Child & Adolescent Health*, 9(2), 112–120. https://doi.org/10.1016/S2352-4642(24)00333-X

762. Warrier, V., Chamberlain, S. R., Thomas, S. A., & Bowden-Jones, H. (2024). Genetics of gambling disorder and related phenotypes: The potential uses of polygenic and multifactorial risk models to enable early detection and improve clinical outcomes. *Journal of Behavioral Addictions*, 13(1), 16–20. https://doi.org/10.1556/2006.2023.00075

763. Wasserstein, R. L., & Lazar, N. A. (2016). The ASA statement on P-values: Context, process, and purpose. *The American Statistician*, 1537-2731. https://www.stat.berkeley.edu/~aldous/Real_World/ASA_statement.pdf

764. Weber, M. F., Sarich, P. E. A., Vaneckova, P., Wade, S., Egger, S., Ngo, P., Joshy, G., Goldsbury, D. E., Yap, S., Feletto, E., Vassallo, A., Laaksonen, M. A., Grogan, P., O'Connell, D. L., Banks, E., & Canfell, K. (2021). Cancer incidence and cancer death in relation to tobacco smoking in a population-based Australian cohort study. International journal of cancer, 149(5), 1076–1088. https://doi.org/10.1002/ijc.33685

765. Weeks, M. (1997). The Multinomial Probit Model Revisited: A Discussion of Parameter Estimability, Identification and Specification Testing. *Journal of Economic Surveys*, 11(3), 297-320. https://doi.org/10.1111/1467-6419.00035

766. Weidman, A. C., Fernandez, K. C., Levinson, C. A., Augustine, A. A., Larsen, R. J., & Rodebaugh, T. L. (2012). Compensatory internet use among individuals higher in social anxiety and its implications for well-being. *Personality and Individual Differences,* 53(3), 191–195. https://doi.org/10.1016/j.paid.2012.03.003

767.    Weinstein, A., & Lejoyeux, M. (2015). New developments on the neurobiological and pharmaco-genetic mechanisms underlying internet and videogame addiction. The American journal on addictions, 24(2), 117–125. https://doi.org/10.1111/ajad.12110

768.    Weinstein, E. (2017). Adolescents' differential responses to social media browsing: Exploring causes and consequences for intervention. *Computers in Human Behavior*, 76, 396-405.

769.    Weinstein, E. (2018). The social media see-saw: Positive and negative influences on adolescents' affective well-being. *New Media & Society*, 20(10), 3597–3623. https://doi.org/10.1177/1461444818755634

770.    Weissbourd, R., Batanova, M., Laski, M., McIntyre, J., Torres, E., & Balisciano, N. (2023). Caring for the Caregivers: The Critical Link Between Parent and Teen Mental Health. *Harvard Graduate School of Education Making Caring Common Project.* https://mcc.gse.harvard.edu/reports/caring-for-the-caregivers

771.    Wells, G., Seetharaman, D., & Horwitz, J. (2021, November 5). 'Is Facebook Bad for You? It Is for About 360 Million Users, Company Surveys Suggest the app hurts sleep, work, relationships or parenting for about 12.5% of users, who reported they felt Facebook was more of a problem than other social media', The Wall Street Journal. https://www.wsj.com/articles/facebook-bad-for-you-360-million-users-say-yes-company-documents-facebook-files-11636124681

772.    Wen, X., Sun, Y., Hu, Y., Yu, D., Zhou, Y., & Yuan, K. (2021). Identification of internet gaming disorder individuals based on ventral tegmental area resting-state functional connectivity. Brain imaging and behavior, 15(4), 1977–1985. https://doi.org/10.1007/s11682-020-00391-7

773.    Wenzel, E. S., Gibbons, R. D., O'Hara, M. W., Duffecy, J., & Maki, P. M. (2021). Depression and anxiety symptoms across pregnancy and the postpartum in low-income Black and Latina women. *Archives of Women's Mental Health*, 24(6), 979–986. https://doi.org/10.1007/s00737-021-01139-y

774.    Werling, A. M., & Grunblatt, E. (2022). A review of the genetic basis of problematic Internet use. *Current Opinion in Behavioral Sciences*, 46, Article 101149. https://doi.org/10.1016/j.cobeha.2022.101149

775.    Whitaker, C., Stevelink, S., & Fear, N. (2017). The Use of Facebook in Recruiting Participants for Health Research Purposes: A Systematic Review. *Journal of Medical Internet Research*, 19(8), e290. https://doi.org/10.2196/jmir.7071

776.    Wilchesky, M., Ernst, P., Brophy, J. M., Platt, R. W., & Suissa, S. (2012). Bronchodilator use and the risk of arrhythmia in COPD: part 2: reassessment in the larger Quebec cohort. *Chest*, 142(2), 305–311. https://doi.org/10.1378/chest.11-1597

777.    Wilcockson, T. D. W., Ellis, D. A., & Shaw, H. (2018). Determining Typical Smartphone Usage: What Data Do We Need?. *Cyberpsychology, Behavior and Social Networking*, 21(6), 395–398. https://doi.org/10.1089/cyber.2017.0652

778.    Wilksch, S. M., O'Shea, A., Ho, P., Byrne, S., & Wade, T. D. (2020). The relationship between social media use and disordered eating in young adolescents. *The International Journal of Eating Disorders, 53*(1), 96–106. https://doi.org/10.1002/eat.23198

779.    Wolak, J., Finkelhor, D., Mitchell, K. J., & Ybarra, M. L. (2008). Online "predators" and their victims: Myths, realities, and implications for prevention and treatment. *American Psychologist, 63*(2), 111–128. https://doi.org/10.1037/0003-066X.63.2.111

780.    Wong, S.-L., King, N., Gariépy, G., Michaelson, V., Canie, O., King, M., Craig, W., & Pickett, W. (2022). Adolescent social media use and its association with relationships and connections: Canadian Health Behaviour in School-aged Children, 2017/2018. *Health Reports*, 33(12), 14-23.

781.    Wood, B., Rea, M. S., Plitnick, B., & Figueiro, M. G. (2013). Light level and duration of exposure determine the impact of self-luminous tablets on melatonin suppression. Applied ergonomics, 44(2), 237–240. https://doi.org/10.1016/j.apergo.2012.07.008

782.    World Health Organization (2022). 6C51 Gaming disorder: International Classification of Diseases for Mortality and Morbidity Statistics, 11th Revision, v2022-02. innoviHealth https://www.findacode.com/icd-11 /code-1448597234.html

783.    Worsley, J. D., McIntyre, J. C., Bentall, R. P., & Corcoran, R. (2018). Childhood maltreatment and problematic social media use: The role of attachment and depression. *Psychiatry Research*, 267, 88-93.

784.    Wray, I., & Dickerson, M. G. (1981). Cessation of high frequency gambling and "withdrawal' symptoms. British journal of addiction, 76(4), 401–405. https://doi.org/10.1111/j.1360-0443.1981.tb03238.x

785.    Wright, M. F. (2017). Cyber Victimization and Depression Among Adolescents With Intellectual Disabilities and Developmental Disorders: The Moderation of Perceived Social Support. Journal of Mental Health Research in Intellectual Disabilities, 10(2), 126–143. https://doi.org/10.1080/19315864.2016.1271486

786.    Wu, Y., Wang, X., Hong, S., Hong, M., Pei, M., & Su, Y. (2021). The relationship between social short-form videos and youth's well-being: It depends on usage types and content categories. Psychology of Popular Media, 10(4), 467–477. https://doi.org/10.1037/ppm0000292

787.    Xiao, Y., Meng, Y., Brown, T. T., Keyes, K. K., & Mann, J. J. (2025). Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths. JAMA. doi:10.1001/jama.2025.7829

788.    Yang, F., Wei, C., & Tang, J. (2019). Effect of Facebook Social Comparison on Well-being: A Meta-Analysis. *Journal of Internet Technology, 20*, 1829-1836.

789.    Yang, J., Fardouly, J., Wang, Y., & Shi, W. (2020). Selfie-Viewing and Facial Dissatisfaction among Emerging Adults: A Moderated Mediation Model of Appearance Comparisons and Self-Objectification. *International journal of environmental research and public health*, *17*(2), 672. https://doi.org/10.3390/ijerph17020672

790.    Yang, J., Xi, F., Xiaoli, L., & Yamin, L. (2020). Association of problematic smartphone use with poor sleep quality, depression, and anxiety: A systematic review and meta-analysis. *Psychiatry Research*, 284, 112686.

791.    Ye, J. H., Wu, Y. T., Wu, Y. F., Chen, M. Y., & Ye, J. N. (2022). Effects of Short Video Addiction on the Motivation and Well-Being of Chinese Vocational College Students. Frontiers in public health, 10, 847672. https://doi.org/10.3389/fpubh.2022.847672

792.    Yigiter, M. S., Demir, S. & Dogan, N. (2024). The relationship between problematic social media use and depression: A meta-analysis study. *Current Psychology*, 43, 7936-7951.

793.    Yin, X.-Q., de Vries, D. A., Gentile, D. A., & Wang, J.-L. (2019). Cultural Background and Measurement of Usage Moderate the Association Between Social Networking Sites

(SNSs) Usage and Mental Health: A Meta-Analysis. *Social Science Computer Review, 37*(5), 631-648. https://doi.org/10.1177/0894439318784908

794. Yoon, S., Kleinman, M., Mertz, J., & Brannick, M. (2019). Is social network site usage related to depression? A meta-analysis of Facebook-depression relations. *Journal of Affective Disorders,* 248, 65-72.

795. York, C. (2017). A regression approach to testing genetic influence on communication behavior: Social media use as an example. *Computers in Human Behavior, 73*, 100-109.

796. Yu, Z., Zhu, X. & Li, Y (2024). The association between problematic short video use and suicidal ideation and self-injurious behaviors: the mediating roles of sleep disturbance and depression. BMC Public Health 24, 1689. https://doi.org/10.1186/s12889-024-19191-5

797. Yue, H., Zhang, X., Cheng, X., Liu, B., & Bao, H. (2022). Measurement Invariance of the Bergen Social Media Addiction Scale Across Genders. *Frontiers in Psychology,* 13, 879259.

798. Yue, Z., Rich, M. (2023) Social Media and Adolescent Mental Health. *Current Pediatrics Reports,* 11, 157–166. https://doi.org/10.1007/s40124-023-00298-z

799. Yuen, E., Koterba, E. A., Stasio, M. J., Patrick, R. B., Gangi, C., Ash, P., Barakat, K., Greene, V., Hamilton, W., & Mansour, B. (2019). The Effects of Facebook on Mood in Emerging Adults. *Psychology of Popular Media Culture*, 8(3), 198-206.

800. Zahra, M. F., Qazi, T. A., Ali, A. S., Hayat, N., & ul Hassan, T. (2022) How Tiktok addiction leads to mental health illness? Examining the mediating role of academic performance using structural equation modeling. *Journal of Positive School Psychology*, 6, 1490-1502.

801. Zai, C. C., Cheema, S. Y., Zai, G. C., Tiwari, A. K., & Kennedy, J. L. (2022). Post-traumatic stress disorder in the Canadian Longitudinal Study on Aging: A genome-wide association study. *Journal of Psychiatric Research*, 154, 209–218. https://doi.org/10.1016/j.jpsychires.2022.07.049

802. Zajac, K., Ginley, M. K., Chang, R., & Petry, N. M. (2017). Treatments for Internet gaming disorder and Internet addiction: A systematic review. *Psychology of Addictive Behaviors,* 31(8), 979-994.

803. Zendle, D., & Bowden-Jones, H. (2019). Is excessive use of social media an addiction? We don't know yet, and social media companies must help us find out. *The BMJ*, 365, l2171.

804. Zhang, D., Yang, Y., & Guan, M. (2024). A cross-lagged analysis of the relationship between short video overuse behavior and depression among college students. Frontiers in psychology, 15, 1345076. https://doi.org/10.3389/fpsyg.2024.1345076

805. Zhang, J., Wang, Y., Li, Q., & Wu, C. (2021). The Relationship Between SNS Usage and Disordered Eating Behaviors: A Meta-Analysis. *Frontiers in Psychology, 12*, 641919. https://doi.org/10.3389/fpsyg.2021.641919

806. Zhang, L., Ao, S. H., & Zhao, X. (2023). Longitudinal relationship between social media and e-cigarette use among adolescents: the roles of internalizing problems and academic performance. BMC public health, 23(1), 2133. https://doi.org/10.1186/s12889-023-17059-8

807. Zhang, X., Wu, Y., & Liu, S. (2019). Exploring short-form video application addiction: Socio-technical and attachment perspectives. *Telematics and Informatics*, 42, 101243.

808.  Zhao, J., Jia, T., Wang, X., Xiao, Y., & Wu, X. (2022). Risk Factors Associated With Social Media Addiction: An Exploratory Study. Frontiers in psychology, 13, 837766. https://doi.org/10.3389/fpsyg.2022.837766

809.  Zhu, C., Jiang, Y., Lei, H., Wang, H., & Zhang, C. (2024). The relationship between short-form video use and depression among Chinese adolescents: Examining the mediating roles of need gratification and short-form video addiction. Heliyon, 10(9), e30346. https://doi.org/10.1016/j.heliyon.2024.e30346

810.  Zywica ,J., & Danowski, J. (2008). The Faces of Facebookers: Investigating Social Enhancement and Social Compensation Hypotheses; Predicting FacebookTM and Offline Popularity from Sociability and Self−Esteem, and Mapping the Meanings of Popularity with Semantic Networks. *Journal of Computer−Mediated Communication*, 14(1):1−34. doi:10.1111/j.1083−6101.2008.01429.x

## Depositions

811.  Deposition Transcripts and Exhibits of Adam Mosseri dated 3/17/2025
812.  Deposition Transcripts and Exhibits of Adam Mosseri dated 3/18/2025
813.  Deposition Transcripts and Exhibits of Arturo Bajar dated 4/7/2025
814.  Deposition Transcripts and Exhibits of Arturo Bajar dated 4/8/2025
815.  Deposition Transcripts and Exhibits of Arturo Bajar dated 4/9/2025
816.  Deposition Transcripts and Exhibits of Darius Kilstein dated 12/17/2024
817.  Deposition Transcripts and Exhibits of Darius Kilstein dated 12/18/2024
818.  Deposition Transcripts and Exhibits of Diego Castaneda dated 10/22/2024
819.  Deposition Transcripts and Exhibits of Diego Castaneda dated 10/23/2024
820.  Deposition Transcripts and Exhibits of George Volichenko dated 12/16/2024
821.  Deposition Transcripts and Exhibits of George Volichenko  dated 12/17/2024
822.  Deposition Transcripts and Exhibits of Jennifer Guadagno dated 11/14/2024
823.  Deposition Transcripts and Exhibits of Kang-Xing Jin dated 10/24/2024
824.  Deposition Transcripts and Exhibits of Kang-Xing Jin dated 10/25/2024
825.  Deposition Transcripts and Exhibits of Margaret Stewart Gould dated 10/21/2024
826.  Deposition Transcripts and Exhibits of Mark Zuckerberg dated 3/27/2025
827.  Deposition Transcripts and Exhibits of Mark Zuckerberg dated 3/28/2025
828.  Deposition Transcripts and Exhibits of Michael 'Miki' Rothschild dated 1/21/2025
829.  Deposition Transcripts and Exhibits of Michael 'Miki' Rothschild dated 1/22/2025
830.  Deposition Transcripts and Exhibits of Shruti Bhutada dated 11/18/2024
831.  Deposition Transcripts and Exhibits of Shruti Bhutada dated 11/19/2024
832.  Deposition Transcripts and Exhibits of Vaishnavi Jayakumar dated 1/30/2025
833.  Deposition Transcripts and Exhibits of Vaishnavi Jayakumar dated 1/30/2025
834.  Deposition Transcripts and Exhibits of Wendy Gross dated  1/28/2025
835.  Deposition transcripts and Exhibits of Aza Raskin dated 3/17/2025
836.  Deposition transcript and exhibits of Ryn Linthicum dated 4/17/2025
837.  Deposition transcript and exhibits of Lotte Rubaek dated 4/1/2025

## Produced Documents

838.  BEJAR0000004 - BEJAR0000005

839.   BEJAR0000051 - BEJAR0000062
840.   BEJAR0000165 - BEJAR0000168
841.   BEJAR0000305 - BEJAR0000443
842.   BEJAR0000444 - BEJAR0000469
843.   BEJAR0002350
844.   BEJAR0002689 - BEJAR0002688
845.   BEJAR002460
846.   BEJAR002464 - BEJAR002465
847.   BEJAR002536
848.   BEJAR002591
849.   BEJAR-2364
850.   BEJAR-2543
851.   GOOG-3047MDL-00236723
852.   GOOG-3047MDL-00246776
853.   GOOG-3047MDL-00275948 - GOOG-3047MDL-00276387
854.   GOOG-3047MDL-00442481
855.   GOOG-3047MDL-00579554
856.   GOOG-3047MDL-00665175
857.   GOOG-3047MDL-00767071
858.   GOOG-3047MDL-00798577 - GOOG-3047MDL-00798583
859.   GOOG-3047MDL-00874191
860.   GOOG-3047MDL-01262144
861.   GOOG-3047MDL-01268284
862.   GOOG-3047MDL-01372609 - GOOG-3047MDL-01372681
863.   GOOG-3047MDL-01435767
864.   GOOG-3047MDL-01604798
865.   GOOG-3047MDL-01608261
866.   GOOG-3047MDL-01653710 - GOOG-3047MDL-01653713
867.   GOOG-3047MDL-01839246 - GOOG-3047MDL-01839293
868.   GOOG-3047MDL-02009802
869.   GOOG-3047MDL-02113187
870.   GOOG-3047MDL-02442044
871.   GOOG-3047MDL-02486605
872.   GOOG-3047MDL-04220318
873.   GOOG-3047MDL-04882611
874.   GOOG-3047MDL-05190031 - GOOG-3047MDL-05190040
875.   Haugen_00000797
876.   Haugen_00000934
877.   Haugen_00001033
878.   Haugen_00002372 - Haugen_00002396
879.   Haugen_00002527 - Haugen_00002568
880.   Haugen_00003463 - Haugen_00003465
881.   Haugen_00003739 - Haugen_00003744
882.   Haugen_00005378 - Haugen_00005390
883.   Haugen_00005458 - Haugen_00005869
884.   Haugen_00006240 - Haugen_00006261

885.   Haugen_00006798 - Haugen_00006813
886.   Haugen_00007055 - Haugen_00007062
887.   Haugen_00007080 - Haugen_00007101
888.   Haugen_00007350 - Haugen_00007465
889.   Haugen_00007481 - Haugen_00007503
890.   Haugen_00008207 - Haugen_00008255
891.   Haugen_00008303 - Haugen_00008315
892.   Haugen_00010114 - Haugen_00010127
893.   Haugen_00011969 - Haugen_00011983
894.   Haugen_00012303 - Haugen_00012320
895.   Haugen_00015958 - Haugen_00016000
896.   Haugen_00016373 - Haugen_00016502
897.   Haugen_00016699 - Haugen_0001716
898.   Haugen_00016728 - Haugen_00016750
899.   Haugen_00016893
900.   Haugen_00016893 - Haugen_00016920
901.   Haugen_00017069
902.   Haugen_00017177
903.   Haugen_00017238
904.   Haugen_00017263
905.   Haugen_00017698
906.   Haugen_00019219
907.   Haugen_00020135
908.   Haugen_00020607
909.   Haugen_00021096
910.   Haugen_00021247
911.   Haugen_00021372 - Haugen_00021394
912.   Haugen_00021690
913.   Haugen_00023066
914.   Haugen_00023087
915.   Haugen_00023849 - Haugen_00023895
916.   Haugen_00024450
917.   Haugen_00024997
918.   Haugen_00025741
919.   MDL-US-VOL023-0000005 - MDL-US-VOL023-0000006
920.   META3047MDL-00027362 - META3047MDL-00027403
921.   META3047MDL-003-00000029 - META3047MDL-003-00000094
922.   META3047MDL-003-00001846 - META3047MDL-003-00001889
923.   META3047MDL-003-00001890 - META3047MDL-003-00001913
924.   META3047MDL-003-000022304
925.   META3047MDL-003-00003188
926.   META3047MDL-003-00003731
927.   META3047MDL-003-00004626 - META3047MDL-003-00004628
928.   META3047MDL-003-00005175 - META3047MDL-003-00005176
929.   META3047MDL-003-00005463 - META3047MDL-003-00005469
930.   META3047MDL-003-00009133

931.  META3047MDL-003-00009493
932.  META3047MDL-003-00010863 - META3047MDL-003-00010864
933.  META3047MDL-003-00011385 - META3047MDL-003-00011386
934.  META3047MDL-003-00011697
935.  META3047MDL-003-00011718 - META3047MDL-003-00011723
936.  META3047MDL-003-00011735
937.  META3047MDL-003-00011736
938.  META3047MDL-003-00011737
939.  META3047MDL-003-00011738
940.  META3047MDL-003-00011760
941.  META3047MDL-003-00011760 - META3047MDL-003-00011762
942.  META3047MDL-003-00012994
943.  META3047MDL-003-00013254 - META3047MDL-003-00013255
944.  META3047MDL-003-00013951 - META3047MDL-003-00013956
945.  META3047MDL-003-00014331
946.  META3047MDL-003-00015911
947.  META3047MDL-003-00016693 - META3O47MDL-003-00016694
948.  META3047MDL-003-00016777 - META3047MDL-003-00016785
949.  META3047MDL-003000171018 - META3047MDL-003000171020
950.  META3047MDL-003-00020984 - META3047MDL-003-00021047
951.  META3047MDL-003-00021048 - META3047MDL-003-00021069
952.  META3047MDL-003-00021356 - META3047MDL-003-00021375
953.  META3047MDL-003-00021773 - META3047MDL-003-00021774
954.  META3047MDL-003-00027062 - META3047MDL-003-00027071
955.  META3047MDL-003-00027072
956.  META3047MDL-003-00028019
957.  META3047MDL-003-00028214
958.  META3047MDL-003-00028226
959.  META3047MDL-003-00029967 - META3047MDL-003-00029968
960.  META3047MDL-003-00029988
961.  META3047MDL-003-00030070
962.  META3047MDL-003-00030117
963.  META3047MDL-003-00042548
964.  META3047MDL-003-00042949 - META3047MDL-003-00042952
965.  META3047MDL-003-00043617
966.  META3047MDL-003-00048349 - META3047MDL-003-00048351
967.  META3047MDL-003-00048524 - META3047MDL-003-00048531
968.  META3047MDL-003-00048558 - META3047MDL-003-00048563
969.  META3047MDL-003-00048634 - META3047MDL-003-00048636
970.  META3047MDL-003-00048700 - META3047MDL-003-00048705
971.  META3047MDL-003-00053803
972.  META3047MDL-003-00064697
973.  META3047MDL-003-00066361 - META3047MDL-003-00066405
974.  META3047MDL-003-00068860
975.  META3047MDL-003-00068863
976.  META3047MDL-003-00071534

977.   META3047MDL-003-00073288 - META3047MDL-003-00073291
978.   META3047MDL-003-00073288 - META3047MDL-003-00073294
979.   META3047MDL-003-00073292
980.   META3047MDL-003-00073293
981.   META3047MDL-003-00077939
982.   META3047MDL-003-00078419 - META3047MDL-003-00078425
983.   META3047MDL-003-00078598
984.   META3047MDL-003-00082165
985.   META3047MDL-003-00082165 - META3047MDL-003-00082169
986.   META3047MDL-003-00085928 - META3047MDL-003-00085959
987.   META3047MDL-003-00086015
988.   META3047MDL-003-00087111
989.   META3047MDL-003-00089107
990.   META3047MDL-003-00089174
991.   META3047MDL-003-00089823 - META3047MDL-003-00089824
992.   META3047MDL-003-00091410 - META3047MDL-003-00091413
993.   META3047MDL-003-00091414 - META3047MDL-003-00091504
994.   META3047MDL-003-00092938 - META3047MDL-003-00092940
995.   META3047MDL-003-00093303
996.   META3047MDL-003-00093530
997.   META3047MDL-003-00093898 - META3047MDL-003-00093899
998.   META3047MDL-003-00095008 - META3047MDL-003-00095034
999.   META3047MDL-003-00096479 - META3047MDL-003-00096519
1000.  META3047MDL-003-00102350 - META3047MDL-003-00102352
1001.  META3047MDL-003-00103260
1002.  META3047MDL-003-00105401 - META3047MDL-003-00105426
1003.  META3047MDL-003-00105552 - META3047MDL-003-00105558
1004.  META3047MDL-003-00106273 - META3047MDL-003-00106280
1005.  META3047MDL-003-00106273 - META3047MDL-003-00106282
1006.  META3047MDL-003-00106619 - META3047MDL-003-00106621
1007.  META3047MDL-003-00107197
1008.  META3047MDL-003-00109173 - META3047MDL-003-00109239
1009.  META3047MDL-003-00109348 - META3047MDL-003-00109399
1010.  META3047MDL-003-00109989 - META3047MDL-003-00110026
1011.  META3047MDL-003-00110240 - META3047MDL-003-00110276
1012.  META3047MDL-003-00111019 - META3047MDL-003-00111020
1013.  META3047MDL-003-00111821 - META3047MDL-003-00111837
1014.  META3047MDL-003-00114487
1015.  META3047MDL-003-00116679
1016.  META3047MDL-003-00116846 - META3047MDL-003-00116859
1017.  META3047MDL-003-00119838
1018.  META3047MDL-003-00120623 - META3047MDL-003-00120624
1019.  META3047MDL-003-00121713 - META3047MDL-003-00121714
1020.  META3047MDL-003-00121808
1021.  META3047MDL-003-00123369 - META3047MDL-003-00123373
1022.  META3047MDL-003-00123666

1023.  META3047MDL-003-00123974 - META3047MDL-003-00123975
1024.  META3047MDL-003-00125723
1025.  META3047MDL-003-00127815
1026.  META3047MDL-003-00128296
1027.  META3047MDL-003-00129298 - META3047MDL-003-00129200
1028.  META3047MDL-003-00129652 - META3047MDL-003-00129653
1029.  META3047MDL-003-00132740 - META3047MDL-003-00132836
1030.  META3047MDL-003-00133741 - META3047MDL-003-00133743
1031.  META3047MDL-003-00133769 - META3047MDL-003-00133775
1032.  META3047MDL-003-00134687 - META3047MDL-003-00134726
1033.  META3047MDL-003-00134794 - META3047MDL-003-00134796
1034.  META3047MDL-003-00136561 - META3047MDL-003-00136566
1035.  META3047MDL-003-00144406
1036.  META3047MDL-003-00144407 - META3047MDL-003-00144416
1037.  META3047MDL-003-00145483 - META3047MDL-003-00145485
1038.  META3047MDL-003-00146240
1039.  META3047MDL-003-00146492
1040.  META3047MDL-003-00149580 - META3047MDL-003-00149582
1041.  META3047MDL-003-00149583 - META3047MDL-003-00149587
1042.  META3047MDL-003-00153063
1043.  META3047MDL-003-00153077 - META3047MDL-003-00153081
1044.  META3047MDL-003-00153157
1045.  META3047MDL-003-00154846 - META3047MDL-003-00154847
1046.  META3047MDL-003-00155456 - META3047MDL-003-00155457
1047.  META3047MDL-003-00156702
1048.  META3047MDL-003-00156738 - META3047MDL-003-00156766
1049.  META3047MDL-003-00156888 - META3047MDL-003-00156916
1050.  META3047MDL-003-00157020
1051.  META3047MDL-003-00157036
1052.  META3047MDL-003-00157036 - META3047MDL-003-00157037
1053.  META3047MDL-003-00157133
1054.  META3047MDL-003-00157185 - META3047MDL-003-00157189
1055.  META3047MDL-003-00158937
1056.  META3047MDL-003-00159559
1057.  META3047MDL-003-00160129 - META3047MDL-003-00160133
1058.  META3047MDL-003-00160444 - META3047MDL-003-00160447
1059.  META3047MDL-003-00160540 - META3047MDL-003-00160541
1060.  META3047MDL-003-00161686
1061.  META3047MDL-003-00161719
1062.  META3047MDL-003-00161881
1063.  META3047MDL-003-00163233
1064.  META3047MDL-003-00165639 - META3047MDL-003-00165649
1065.  META3047MDL-003-00165718 - META3047MDL-003-00165721
1066.  META3047MDL-003-00166558
1067.  META3047MDL-003-00166559 - META3047MDL-003-00166577
1068.  META3047MDL-003-00168182-00168183

1069.   META3047MDL-003-00168263 - META3047MDL-003-00168264
1070.   META3047MDL-003-00168726 - META3047MDL-003-00168729
1071.   META3047MDL-003-00169733 - META3047MDL-003-00169734
1072.   META3047MDL-003-00170806
1073.   META3047MDL-003-00171018
1074.   META3047MDL-003-00171239 - META3047MDL-003-00171243
1075.   META3047MDL-003-00171553 - META3047MDL-003-00171556
1076.   META3047MDL-003-00171899
1077.   META3047MDL-003-00172008 - META3047MDL-003-00172040
1078.   META3047MDL-003-00175114 - META3047MDL-003-00175118
1079.   META3047MDL-003-00175961 - META3047MDL-003-00175995
1080.   META3047MDL-003-00176638
1081.   META3047MDL-003-00177444 - META3047MDL-003-00177450
1082.   META3047MDL-003-00178333
1083.   META3047MDL-003-00178333 - META3047MDL-003-00178337
1084.   META3047MDL-003-00178437
1085.   META3047MDL-003-00178808 - META3047MDL-003-00178819
1086.   META3047MDL-003-00179245 - META3047MDL-003-00179246
1087.   META3047MDL-003-00179247 - META3047MDL-003-00179259
1088.   META3047MDL-003-00179481 - META3047MDL-003-00179494
1089.   META3047MDL-003-00179884
1090.   META3047MDL-003-00183798 - META3047MDL-003-00183803
1091.   META3047MDL-003-00184585
1092.   META3047MDL-003-00186838
1093.   META3047MDL-003-00186841
1094.   META3047MDL-003-00187435 - META3047MDL-003-00187440
1095.   META3047MDL-003-00188109
1096.   META3047MDL-003-00188731
1097.   META3047MDL-003-00189060
1098.   META3047MDL-003-00190950 - META3047MDL-003-00190954
1099.   META3047MDL-004-00002063
1100.   META3047MDL-004-00003255 - META3047MDL-004-00003264
1101.   META3047MDL-004-00003522 - META3047MDL-004-00003558
1102.   META3047MDL-004-00004913 - META3047MDL-004-00004915
1103.   META3047MDL-004-00006303 - META3047MDL-004-00006311
1104.   META3047MDL-004-00011702 - META3047MDL-004-00011727
1105.   META3047MDL-004-00013865 - META3047MDL-004-00013869
1106.   META3047MDL-004-00014017 - META3047MDL-004-00014034
1107.   META3047MDL-004-00015029 - META3047MDL-004-00015063
1108.   META3047MDL-004-00017391 - META3047MDL-004-00017400
1109.   META3047MDL-004-00027398
1110.   META3047MDL-004-00029361 - META3047MDL-004-00029364
1111.   META3047MDL-005-00000001 - META3047MDL-005-00000013
1112.   META3047MDL-005-00000333 - META3047MDL-005-00000357
1113.   META3047MDL-006-00000061 - META3047MDL-006-00000063
1114.   META3047MDL-006-00000188

1115.  META3047MDL-006-00000194 - META3047MDL-006-00000196
1116.  META3047MDL-013-00000652 - META3047MDL-013-00000656
1117.  META3047MDL-014-00002192 - META3047MDL-014-00002193
1118.  META3047MDL-014-00002930 - META3047MDL-014-00002934
1119.  META3047MDL-014-00004316 - META3047MDL-014-00004318
1120.  META3047MDL-014-00012075 - META3047MDL-014-00012081
1121.  META3047MDL-014-00014758 - META3047MDL-014-00014761
1122.  META3047MDL-014-00014793 - META3047MDL-014-00014794
1123.  META3047MDL-014-00014801
1124.  META3047MDL-014-00014804 - META3047MDL-014-00014806
1125.  META3047MDL-014-00026293 - META3047MDL-014-00026296
1126.  META3047MDL-014-00053599 - META3047MDL-014-00053609
1127.  META3047MDL-014-00053863
1128.  META3047MDL-014-00069332 - META3047MDL-014-00069336
1129.  META3047MDL-014-00069442
1130.  META3047MDL-014-00069514 - META3047MDL-014-00069536
1131.  META3047MDL-014-00071620 - META3047MDL-014-00071623
1132.  META3047MDL-014-00074579 - META3047MDL-014-00074586
1133.  META3047MDL-014-00074582 - META3047MDL-014-00074586
1134.  META3047MDL-014-00080549 - META3047MDL-014-00080555
1135.  META3047MDL-014-00156024 - META3047MDL-014-00156025
1136.  META3047MDL-014-00206538 - META3047MDL-014-00206544
1137.  META3047MDL-014-00211423 - META3047MDL-014-00211427
1138.  META3047MDL-014-00223594
1139.  META3047MDL-014-00247816
1140.  META3047MDL-014-00252350 - META3047MDL-014-00252352
1141.  META3047MDL-014-00255268 - META3047MDL-014-00255273
1142.  META3047MDL-014-00255333
1143.  META3047MDL-014-00258572
1144.  META3047MDL-014-00258573 - META3047MDL-014-00258627
1145.  META3047MDL-014-00266094 - META3047MDL-014-00266096
1146.  META3047MDL-014-00266111 - META3047MDL-014-00266113
1147.  META3047MDL-014-00275614
1148.  META3047MDL-014-00289990 - META3047MDL-014-00289994
1149.  META3047MDL-014-00290568 - META3047MDL-014-00290569
1150.  META3047MDL-014-00290570 - META3047MDL-014-00290581
1151.  META3047MDL-014-00291926 - META3047MDL-014-00291927
1152.  META3047MDL-014-00292189 - META3047MDL-014-00292201
1153.  META3047MDL-014-00298174 - META3047MDL-014-00298228
1154.  META3047MDL-014-00301113-00301117
1155.  META3047MDL-014-00301396 - META3047MDL-014-00301398
1156.  META3047MDL-014-00301435 - META3047MDL-014-00301436
1157.  META3047MDL-014-00306044 - META3047MDL-014-00306056
1158.  META3047MDL-014-00310754 - META3047MDL-014-00310758
1159.  META3047MDL-014-00314941 - META3047MDL-014-00314949
1160.  META3047MDL-014-00316427 - META3047MDL-014-00316430

1161.  META3047MDL-014-00334962
1162.  META3047MDL-014-00335289 - META3047MDL-014-00335290
1163.  META3047MDL-014-00336267 - META3047MDL-014-00336270
1164.  META3047MDL-014-00341056 - META3047MDL-014-00341057
1165.  META3047MDL-014-00346525
1166.  META3047MDL-014-00346869
1167.  META3047MDL-014-00347766 - META3047MDL-014-00347768
1168.  META3047MDL-014-00349418 - META3047MDL-014-00349421
1169.  META3047MDL-014-00349432 - META3047MDL-014-00349436
1170.  META3047MDL-014-00350154 - META3047MDL-014-00350159
1171.  META3047MDL-014-00350817 - META3047MDL-014-00350819
1172.  META3047MDL-014-00351807 - META3047MDL-014-00351809
1173.  META3047MDL-014-00352250 - META3047MDL-014-00352251
1174.  META3047MDL-014-00352799
1175.  META3047MDL-014-00355137
1176.  META3047MDL-014-00355284
1177.  META3047MDL-014-00355558
1178.  META3047MDL-014-00356640
1179.  META3047MDL-014-00358698 - META3047MDL-014-00358702
1180.  META3047MDL-014-00358722 - META3047MDL-014-00358728
1181.  META3047MDL-014-00358776 - META3047MDL-014-00358795
1182.  META3047MDL-014-00359270 - META3047MDL-014-00359336
1183.  META3047MDL-014-00360058
1184.  META3047MDL-014-00361689
1185.  META3047MDL-014-00375668 - META3047MDL-014-00375671
1186.  META3047MDL-014-00376295 - META3047MDL-014-00376296
1187.  META3047MDL-014-00376297 - META3047MDL-014-00376305
1188.  META3047MDL-014-00376330 - META3047MDL-014-00376336
1189.  META3047MDL-014-00377250 - META3047MDL-014-00377251
1190.  META3047MDL-014-00377253 - META3047MDL-014-00377257
1191.  META3047MDL-014-00377295 - META3047MDL-014-00377298
1192.  META3047MDL-014-00377299 - META3047MDL-014-00377301
1193.  META3047MDL-014-00381713 - META3047MDL-014-00381718
1194.  META3047MDL-014-00382301 - META3047MDL-014-00382317
1195.  META3047MDL-014-00383313 - META3047MDL-014-00383328
1196.  META3047MDL-014-00383478 - META3047MDL-014-00383479
1197.  META3047MDL-014-00383542 - META3047MDL-014-00383559
1198.  META3047MDL-014-00401896 - META3047MDL-014-00401907
1199.  META3047MDL-014-00402698
1200.  META3047MDL-014-00405380 - META3047MDL-014-00405406
1201.  META3047MDL-014-00410112 - META3047MDL-014-00410113
1202.  META3047MDL-014-00410126 - META3047MDL-014-00410132
1203.  META3047MDL-015-00000400
1204.  META3047MDL-016-00003321 - META3047MDL-016-00003410
1205.  META3047MDL-019-00000534 - META3047MDL-019-00000537
1206.  META3047MDL-019-00016249 - META3047MDL-019-00016261

1207.  META3047MDL-019-00017593 - META3047MDL-019-00017607
1208.  META3047MDL-019-00022520 - META3047MDL-019-00022548
1209.  META3047MDL-019-00023967 - META3047MDL-014-00023994
1210.  META3047MDL-019-00033465 - META3047MDL-019-00033475
1211.  META3047MDL-019-00036538 - META3047MDL-019-00036588
1212.  META3047MDL-019-00036714
1213.  META3047MDL-019-00055390
1214.  META3047MDL-019-00059356
1215.  META3047MDL-019-00064409 - META3047MDL-019-00064414
1216.  META3047MDL-019-00064740 - META3047MDL-019-00064782
1217.  META3047MDL-019-00067802
1218.  META3047MDL-019-00069084 - META3047MDL-019-00069091
1219.  META3047MDL-019-00078581 - META3047MDL-019-00078597
1220.  META3047MDL-019-00090467 - META3047MDL-019-00090489
1221.  META3047MDL-019-00092508
1222.  META3047MDL-019-00092870 - META3047MDL-019-00092879
1223.  META3047MDL-019-00093564
1224.  META3047MDL-019-00097173
1225.  META3047MDL-019-00097380 - META3047MDL-019-00097389
1226.  META3047MDL-019-00099040 - META3047MDL-019-00099050
1227.  META3047MDL-019-00101105 - META3047MDL-019-00101107
1228.  META3047MDL-019-00101196
1229.  META3047MDL-019-00106371 - META3047MDL-019-00106390
1230.  META3047MDL-019-00106590 - META3047MDL-019-00106601
1231.  META3047MDL-019-00118471
1232.  META3047MDL-019-00119896 - META3047MDL-019-00119896
1233.  META3047MDL-019-00120925 - META3047MDL-019-00120937
1234.  META3047MDL-019-00123373 - META3047MDL-019-00123519
1235.  META3047MDL-019-00127577 - META3047MDL-019-00127590
1236.  META3047MDL-019-00127662 - META3047MDL-019-00127670
1237.  META3047MDL-020-00005380 - META3047MDL-020-00005388
1238.  META3047MDL-020-00080307
1239.  META3047MDL-020-00082810
1240.  META3047MDL-020-00083041 - META3047MDL-020-00083042
1241.  META3047MDL-020-00085101 - META3047MDL-020-00085104
1242.  META3047MDL-020-00104571 - META3047MDL-020-00104573
1243.  META3047MDL-020-00107843 - META3047MDL-020-00107915
1244.  META3047MDL-020-00151907
1245.  META3047MDL-020-00230760 - META3047MDL-020-00230763
1246.  META3047MDL-020-00247953 - META3047MDL-020-00247964
1247.  META3047MDL-020-00251106 - META3047MDL-020-00251111
1248.  META3047MDL-020-00256107 - META3047MDL-020-00256114
1249.  META3047MDL-020-00260850 - META3047MDL-020-00260855
1250.  META3047MDL-020-00263100 - META3047MDL-020-00263113
1251.  META3047MDL-020-00265122 - META3047MDL-020-00265133
1252.  META3047MDL-020-00265758 - META3047MDL-020-00265762

1253.  META3047MDL-020-00270223
1254.  META3047MDL-020-00271171 - META3047MDL-020-00271174
1255.  META3047MDL-020-00271442
1256.  META3047MDL-020-00277373
1257.  META3047MDL-020-00278850
1258.  META3047MDL-020-00286823
1259.  META3047MDL-020-00294288 - META3047MDL-020-00294290
1260.  META3047MDL-020-00298458
1261.  META3047MDL-020-00318806 - META3047MDL-020-00318807
1262.  META3047MDL-020-00331811 - META3047MDL-020-00331813
1263.  META3047MDL-020-00340672 - META3047MDL-020-00340681
1264.  META3047MDL-020-00342152 - META3047MDL-020-00342153
1265.  META3047MDL-020-00342286 - META3047MDL-020-00342373
1266.  META3047MDL-020-00476297 - META3047MDL-020-00476306
1267.  META3047MDL-020-00476558 - META3047MDL-020-00476568
1268.  META3047MDL-020-00476655 - META3047MDL-020-00476656
1269.  META3047MDL-020-00479635
1270.  META3047MDL-020-00479636 - META3047MDL-020-00479638
1271.  META3047MDL-020-00528414 - META3047MDL-020-00528418
1272.  META3047MDL-020-00534035 - META3047MDL-020-00534048
1273.  META3047MDL-020-00534211 - META3047MDL-020-00534215
1274.  META3047MDL-020-00535383
1275.  META3047MDL-020-00535497 - META3047MDL-020-00535530
1276.  META3047MDL-020-00535571
1277.  META3047MDL-020-00535837
1278.  META3047MDL-020-00537909 - META3047MDL-020-00537915
1279.  META3047MDL-020-00538133 - META3047MDL-020-00538150
1280.  META3047MDL-020-00538209 - META3047MDL-020-00538212
1281.  META3047MDL-020-00543782 - META3047MDL-020-00543793
1282.  META3047MDL-020-00545476 - META3047MDL-020-00545478
1283.  META3047MDL-020-00546686 - META3047MDL-020-00546690
1284.  META3047MDL-020-00546954
1285.  META3047MDL-020-00546955 - META3047MDL-003-00009494
1286.  META3047MDL-020-00547079 - META3047MDL-020-00547082
1287.  META3047MDL-020-00550277 - META3047MDL-020-00550301
1288.  META3047MDL-020-00556999
1289.  META3047MDL-020-00588060 - META3047MDL-020-00588077
1290.  META3047MDL-020-00588248 - META3047MDL-020-00588267
1291.  META3047MDL-020-00588281 - META3047MDL-020-00588077
1292.  META3047MDL-020-00609932 - META3047MDL-020-00609944
1293.  META3047MDL-020-00612694 - META3047MDL-020-00612703
1294.  META3047MDL-020-00650356 - META3047MDL-020-00650358
1295.  META3047MDL-020-00651532 - META3047MDL-020-00651533
1296.  META3047MDL-020-00651572 - META3047MDL-020-00651596
1297.  META3047MDL-020-00652959 - META3047MDL-020-00652960
1298.  META3047MDL-020-00693093 - META3047MDL-020-00693121

1299.  META3047MDL-022-00015380
1300.  META3047MDL-022-00015380 - META3047MDL-022-00015395
1301.  META3047MDL-022-00046397 - META3047MDL-022-00046410
1302.  META3047MDL-028-00001733
1303.  META3047MDL-031-00017964 - META3047MDL-031-00017992
1304.  META3047MDL-031-00024866 - META3047MDL-031-00024933
1305.  META3047MDL-031-00024886
1306.  META3047MDL-031-00029654
1307.  META3047MDL-031-00048769
1308.  META3047MDL-031-00048769 - META3047MDL-031-00048808
1309.  META3047MDL-031-00077850 - META3047MDL-031-00077853
1310.  META3047MDL-031-00078723 - META3047MDL-031-00078725
1311.  META3047MDL-031-00084889
1312.  META3047MDL-031-00086272
1313.  META3047MDL-031-00088636
1314.  META3047MDL-031-00089407
1315.  META3047MDL-031-00113576 - META3047MDL-031-00113584
1316.  META3047MDL-031-00114023 - META3047MDL-031-00114048
1317.  META3047MDL-031-00118100 - META3047MDL-031-00118102
1318.  META3047MDL-031-00118103
1319.  META3047MDL-031-00118481 - META3047MDL-031-00118486
1320.  META3047MDL-031-00120972 - META3047MDL-031-00120984
1321.  META3047MDL-031-00121415 - META3047MDL-031-00121429
1322.  META3047MDL-031-00121430 - META3047MDL-031-00121441
1323.  META3047MDL-031-00121448
1324.  META3047MDL-031-00131309
1325.  META3047MDL-031-00131639 - META3047MDL-031-00131653
1326.  META3047MDL-031-00135902
1327.  META3047MDL-031-00136977 - META3047MDL-031-00137021
1328.  META3047MDL-031-00137474
1329.  META3047MDL-031-00137474 - META3047MDL-031-00137489
1330.  META3047MDL-031-00150013 - META3047MDL-031-00150042
1331.  META3047MDL-031-00170428
1332.  META3047MDL-031-00186901 - META3047MDL-031-00186909
1333.  META3047MDL-031-00192305 - META3047MDL-031-00192352
1334.  META3047MDL-031-00193154
1335.  META3047MDL-031-00193154 - META3047MDL-031-00193159
1336.  META3047MDL-031-00241716
1337.  META3047MDL-031-00242248 - META3047MDL-031-00242257
1338.  META3047MDL-031-00242502 - META3047MDL-031-00242504
1339.  META3047MDL-031-00242612
1340.  META3047MDL-031-00245499 - META3047MDL-031-00245514
1341.  META3047MDL-031-00246731 - META3047MDL-031-00246734
1342.  META3047MDL-031-00246746 - META3047MDL-031-00246762
1343.  META3047MDL-031-00251445
1344.  META3047MDL-031-00255353

1345.  META3047MDL-031-00260002 - META3047MDL-031-00260006
1346.  META3047MDL-031-00262845
1347.  META3047MDL-031-00265234
1348.  META3047MDL-031-00265655
1349.  META3047MDL-034-00021095 - META3047MDL-034-00021134
1350.  META3047MDL-034-00027362
1351.  META3047MDL-034-00037237 - META3047MDL-034-00037283
1352.  META3047MDL-034-00056779 - META3047MDL-034-00056799
1353.  META3047MDL-034-00078516
1354.  META3047MDL-034-00120531 - META3047MDL-034-00120585
1355.  META3047MDL-034-00136153 - META3047MDL-034-00136163
1356.  META3047MDL-034-00162434 - META3047MDL-034-00162468
1357.  META3047MDL-034-00297911
1358.  META3047MDL-034-00329532 - META3047MDL-034-00329535
1359.  META3047MDL-034-00333402 - META3047MDL-034-00333413
1360.  META3047MDL-034-00385869
1361.  META3047MDL-034-00498816 - META3047MDL-034-00498819
1362.  META3047MDL-034-00504271 - META3047MDL-034-00504281
1363.  META3047MDL-034-00504794
1364.  META3047MDL-035-00001018
1365.  META3047MDL-035-00001346
1366.  META3047MDL-035-00002651
1367.  META3047MDL-035-00002761
1368.  META3047MDL-035-00002796
1369.  META3047MDL-035-00002917
1370.  META3047MDL-035-00005017
1371.  META3047MDL-035-00005132
1372.  META3047MDL-035-00007047
1373.  META3047MDL-037-00005460 - META3047MDL-037-00005472
1374.  META3047MDL-037-00035244 - META3047MDL-037-00035245
1375.  META3047MDL-037-00062295
1376.  META3047MDL-037-00068917
1377.  META3047MDL-037-00266408 - META3047MDL-037-00266409
1378.  META3047MDL-038-00000085 - META3047MDL-038-00000096
1379.  META3047MDL-038-00000234 - META3047MDL-038-00000247
1380.  META3047MDL-039-00000058 - META3047MDL-039-00000078
1381.  META3047MDL-040-00028597
1382.  META3047MDL-040-00028639
1383.  META3047MDL-040-00049387
1384.  META3047MDL-040-00075210
1385.  META3047MDL-040-00215432 - META3047MDL-040-00215434
1386.  META3047MDL-040-00215891 - META3047MDL-040-00215895
1387.  META3047MDL-040-00225130 - META3047MDL-040-00225131
1388.  META3047MDL-040-00229264
1389.  META3047MDL-040-00236842
1390.  META3047MDL-040-00258969

1391. META3047MDL-040-00266101 - META3047MDL-040-00266119
1392. META3047MDL-040-00278291 - META3047MDL-040-00278292
1393. META3047MDL-040-00278293 - META3047MDL-040-00278321
1394. META3047MDL-040-00279696 - META3047MDL-040-00279698
1395. META3047MDL-040-00279699 - META3047MDL-040-00279725
1396. META3047MDL-040-00281210 - META3047MDL-040-00281212
1397. META3047MDL-040-00300433 - META3047MDL-040-00300436
1398. META3047MDL-040-00315267
1399. META3047MDL-040-00337135 - META3047MDL-040-00337172
1400. META3047MDL-040-00343339 - META3047MDL-040-00343364
1401. META3047MDL-040-00399807 - META3047MDL-040-00399813
1402. META3047MDL-040-00399876
1403. META3047MDL-040-00449305 - META3047MDL-040-00449316
1404. META3047MDL-040-00506062 - META3047MDL-040-00506063
1405. META3047MDL-040-00529614
1406. META3047MDL-040-00533249 - META3047MDL-040-00533251
1407. META3047MDL-040-00533279 - META3047MDL-040-00533280
1408. META3047MDL-040-00540964
1409. META3047MDL-040-00541113
1410. META3047MDL-040-00541333
1411. META3047MDL-040-00541685 - META3047MDL-040-00541686
1412. META3047MDL-040-00544758 - META3047MDL-040-00544759
1413. META3047MDL-040-00583291 - META3047MDL-040-00583292
1414. META3047MDL-040-00590832
1415. META3047MDL-040-00592481
1416. META3047MDL-040-00593105
1417. META3047MDL-040-00593848
1418. META3047MDL-040-00594798 - META3047MDL-040-00594799
1419. META3047MDL-040-00595529 - META3047MDL-040-00595531
1420. META3047MDL-040-00650630
1421. META3047MDL-044-00007725 - META3047MDL-044-00007733
1422. META3047MDL-044-00035618
1423. META3047MDL-044-00075012 - META3047MDL-044-00075021
1424. META3047MDL-044-00076696 - META3047MDL-040-00279697
1425. META3047MDL-044-00077299
1426. META3047MDL-044-00086786
1427. META3047MDL-044-00098972 - META3047MDL-044-00098976
1428. META3047MDL-044-00100788 - META3047MDL-044-00100789
1429. META3047MDL-044-00108564 - META3047MDL-044-00108582
1430. META3047MDL-044-00130153 - META3047MDL-044-00130154
1431. META3047MDL-044-00171345 - META3047MDL-044-00171371
1432. META3047MDL-044-00171346 - META3047MDL-044-00171371
1433. META3047MDL-044-00182656 - META3047MDL-044-00182661
1434. META3047MDL-046000099995
1435. META3047MDL-046-00071961 - META3047MDL-046-00071969
1436. META3047MDL-046-00112613 - META3047MDL-046-00112614

1437.  META3047MDL-046-00149690 - META3047MDL-046-00149703
1438.  META3047MDL-046-00286948 - META3047MDL-046-00286950
1439.  META3047MDL-046-00446151 - META3047MDL-046-00446152
1440.  META3047MDL-046-00450187 - META3047MDL-046-00450191
1441.  META3047MDL-047-00006815
1442.  META3047MDL-047-00060085 - META3047MDL-047-00060096
1443.  META3047MDL-047-00066030
1444.  META3047MDL-047-00075416 - META3047MDL-047-00075417
1445.  META3047MDL-047-00097321
1446.  META3047MDL-047-00342908 - META3047MDL-047-00342945
1447.  META3047MDL-047-00531116 - META3047MDL-047-00531117
1448.  META3047MDL-047-00912997 - META3047MDL-04700913052
1449.  META3047MDL-047-00979507 - META3047MDL-047-00979510
1450.  META3047MDL-047-00979678
1451.  META3047MDL-047-01003303 - META3047MDL-047-01003309
1452.  META3047MDL-047-01028819 - META3047MDL-047-01028842
1453.  META3047MDL-047-01030786
1454.  META3047MDL-047-01167629 - META3047MDL-047-01167748
1455.  META3047MDL-047-01170067 - META3047MDL-047-01170068
1456.  META3047MDL-047-01170167
1457.  META3047MDL-047-01177502
1458.  META3047MDL-047-01177503
1459.  META3047MDL-047-01180617 - META3047MDL-047-01180618
1460.  META3047MDL-047-01197619
1461.  META3047MDL-047-01205048 - META3047MDL-047-01205049
1462.  META3047MDL-047-01219169 - META3047MDL-047-01219170
1463.  META3047MDL-047-01219676 - META3047MDL-047-01219677
1464.  META3047MDL-047-01240922 - META3047MDL-047-01240925
1465.  META3047MDL-047-01373649
1466.  META3047MDL-047-01379753
1467.  META3047MDL-050-00003830 - META3047MDL-050-00003831
1468.  META3047MDL-050-00003832 - META3047MDL-050-00003845
1469.  META3047MDL-050-00010878 - META3047MDL-050-00010879
1470.  META3047MDL-050-00124415 - META3047MDL-050-00124419
1471.  META3047MDL-050-00184006 - META3047MDL-050-00184017
1472.  META3047MDL-050-00215087
1473.  META3047MDL-050-00272517
1474.  META3047MDL-050-00272518 - META3047MDL-050-00272527
1475.  META3047MDL-050-00285734 - META3047MDL-050-00285737
1476.  META3047MDL-050-00285759
1477.  META3047MDL-050-00287718
1478.  META3047MDL-050-00288306 - META3047MDL-050-00288307
1479.  META3047MDL-050-00327084 - META3047MDL-050-00327087
1480.  META3047MDL-050-00330868 - META3047MDL-050-00330892
1481.  META3047MDL-050-00343376 - META3047MDL-050-00343381
1482.  META3047MDL-050-00343518 - META3047MDL-050-00343533

1483.  META3047MDL-050-00366410 - META3047MDL-050-00366411
1484.  META3047MDL-052-00000107 - META3047MDL-052-00000109
1485.  META3047MDL-053-00006142
1486.  META3047MDL-053-00009380
1487.  META3047MDL-053-00028484 - META3047MDL-053-00028492
1488.  META3047MDL-053-00045386
1489.  META3047MDL-056-00003662 - META3047MDL-056-00003669
1490.  META3047MDL-059-00000216 - META3047MDL-059-00000236
1491.  META3047MDL-059-00000325 - META3047MDL-059-00000335
1492.  META3047MDL-061-00000001 - META3047MDL-061-00000004
1493.  META3047MDL-062-00000129
1494.  META3047MDL-062-00000159 - META3047MDL-062-00000162
1495.  META3047MDL-062-00000374 - META3047MDL-062-00000380
1496.  META3047MDL-065-00002727 - META3047MDL-065-00002732
1497.  META3047MDL-065-00522508 - META3047MDL-065-00522510
1498.  META3047MDL-065-00522548 - META3047MDL-065-00522549
1499.  META3047MDL-065-00522594
1500.  META3047MDL-071-00000537
1501.  META3047MDL-071-00000773
1502.  META3047MDL-072-00126011 - META3047MDL-072-00126012
1503.  META3047MDL-072-00318089
1504.  META3047MDL-072-00346014
1505.  META3047MDL-072-00376915 - META3047MDL-072-00376965
1506.  META3047MDL-072-00412631 - META3047MDL-072-00412642
1507.  META3047MDL-072-00704205 - META3047MDL-072-00704207
1508.  META3047MDL-072-00704645 - META3047MDL-072-00704654
1509.  META3047MDL-072-01105909 - META3047MDL-072-01105922
1510.  META3047MDL-072-01293015 - META3047MDL-072-01293020
1511.  META3047MDL-072-01394519 - META3047MDL-072-01394534
1512.  META3047MDL-072-01394520 - META3047MDL-072-01394627
1513.  META3047MDL-074-00027496
1514.  META3047MDL-074-00105340 - META3047MDL-074-00105360
1515.  META3047MDL-079-00000177 - META3047MDL-079-00000272
1516.  META3047MDL-083-00000001
1517.  META3047MDL-084-00000400
1518.  META3047MDL-084-00000434 - META3047MDL-084-00000438
1519.  META3047MDL-087-00030017 - META3047MDL-087-00030114
1520.  META3047MDL-091-00067262 - META3047MDL-091-00067280
1521.  META3047MDL-092-00003365 - META3047MDL-092-00003372
1522.  META3047MDL-106-00000004 - META3047MDL-106-00000039
1523.  META3047MDL-111-00204020 - META3047MDL-111-00204023
1524.  META3047MDL-112-00002508 - META3047MDL-112-00002509
1525.  META3047MDL-138-00000416 - META3047MDL-138-00000454
1526.  META3047MDL-144-00000324 - META3047MDL-144-00000331
1527.  META3047MDL-145-00000001 - META3047MDL-145-00000005
1528.  META3047MDL-146-00072499 - META3047MDL-146-00072501

1529.  META3047MDL-155-00000601 - META3047MDL-155-00000603
1530.  META3047MDL-163-00045441 - META3047MDL-163-00045470
1531.  META3047MDL-177-00122386 - META3047MDL-177-00122387
1532.  META3047MDL-204-00010152 - META3047MDL-204-00010167
1533.  META3047MDL-208-00046709
1534.  METAARAG-001-00172049 - METAARAG-001-00172052
1535.  METAARAG-001-00187902 - METAARAG-001-00187907
1536.  METAMAAG-001-00126402
1537.  METAMAAG-011-00000380-00000393
1538.  METAMAAG-032-00000004 - METAMAAG-032-00000039
1539.  METANAG-003-00168682 - METANAG-003-00168683
1540.  METANAG-006-00015380 - METANAG-006-00015395
1541.  METANAG-010-00000058 - METANAG-010-00000078
1542.  METATNAG-002-00301113 - METATNAG-002-00301117
1543.  METATNAG-002-00376297 - METATNAG-002-00376305
1544.  METATNAG-003-00012367 - METATNAG-003-00012372
1545.  METATNAG-003-00012384
1546.  METATNAG-003-00012385
1547.  METATNAG-003-00012386
1548.  METATNAG-003-00012387
1549.  METATNAG-003-00144947
1550.  METATNAG-003-00144948 - METATNAG-003-00144957
1551.  METATNAG-005-00472304
1552.  METATNAG-005-00472304 - METATNAG-005-00472307
1553.  METATNAG-005-00472306
1554.  METATNAG-005-00472307
1555.  METATNAG-005-00665649 - METATNAG-005-00665682
1556.  METATNAG-019-01409906 - METATNAG-019-01409961
1557.  METATNAG-023-00000001
1558.  METATNAG-034-00000021
1559.  METATNAG-034-00000022
1560.  METATNAG-034-00000026
1561.  METATNAG-034-00000032
1562.  METATNAG-034-00003373
1563.  METATNAG-034-00003432
1564.  METATNAG-034-00003458
1565.  METATNAG-034-00003515
1566.  METATNAG-034-00003546
1567.  METATNAG-034-00003711
1568.  MT-IG-AG-00056865 - MT-IG-AG-00056873
1569.  MT-IG-AG-00091755 - MT-IG-AG-00091758
1570.  MT-IG-AG-00189014 - MT-IG-AG-00189020
1571.  MT-IG-AG-NM-000358003 - MT-IG-AG-NM-000358027
1572.  MT-IG-AG-NM-000373984 - MT-IG-AG-NM-000373992
1573.  SNAP0000001
1574.  SNAP0000008

1575.   SNAP0000103
1576.   SNAP0000137
1577.   SNAP0000246
1578.   SNAP0016526
1579.   SNAP0040771 - SNAP0040778
1580.   SNAP0188592 - SNAP0188614
1581.   SNAP0307144 - SNAP0307149
1582.   SNAP0396889 - SNAP0396891
1583.   SNAP0404262 - SNAP0404318
1584.   SNAP0464451 - SNAP0464455
1585.   SNAP0464752
1586.   SNAP0652397
1587.   SNAP0755817 - SNAP0755826
1588.   SNAP0896563
1589.   SNAP0912095 - SNAP0912098
1590.   SNAP1047045 - SNAP1047165
1591.   SNAP1117208
1592.   SNAP1251784 - SNAP1251785
1593.   SNAP1393050 - SNAP1393052
1594.   SNAP1556755 - SNAP1556758
1595.   SNAP1601242
1596.   SNAP1638832 - SNAP1638883
1597.   SNAP1731042 - SNAP1731076
1598.   SNAP1847822 - SNAP1847832
1599.   SNAP2076002 - SNAP2076003
1600.   SNAP2109600 - SNAP2109616
1601.   SNAP2183204 - SNAP2183275
1602.   SNAP2316618 - SNAP2316620
1603.   SNAP2316627 - SNAP2316665
1604.   SNAP2324154 - SNAP2324155
1605.   SNAP2459988 - SNAP2459993
1606.   SNAP2462286 - SNAP2462294
1607.   SNAP2727160 - SNAP2727172
1608.   SNAP2970343 - SNAP2970436
1609.   SNAP2987900 - SNAP2987902
1610.   SNAP3074582
1611.   SNAP3126959 - SNAP3126962
1612.   SNAP3155743 - SNAP3155744
1613.   SNAP3160903 - SNAP3160913
1614.   SNAP3182100 - SNAP3182128
1615.   SNAP3666384
1616.   SNAP3744792 - SNAP3744794
1617.   SNAP3760712 - SNAP3760713
1618.   SNAP3800391 - SNAP3800392
1619.   SNAP4227244 - SNAP4227246
1620.   SNAP4354972 - SNAP4354978

1621. SNAP4723815 - SNAP4723826
1622. SNAP4836937 - SNAP4836940
1623. SNAP5486213 - SNAP5486215
1624. SNAP5553072 - SNAP5553073
1625. SNAP6116693
1626. SNAP6759371 - SNAP6759373
1627. TIKTOK3047MDL-001-00000177
1628. TIKTOK3047MDL-001-00000215
1629. TIKTOK3047MDL-001-00000622
1630. TIKTOK3047MDL-001-00000769
1631. TIKTOK3047MDL-001-00000812
1632. TIKTOK3047MDL-001-00000813
1633. TIKTOK3047MDL-001-00002375
1634. TIKTOK3047MDL-001-00002937
1635. TIKTOK3047MDL-001-00002975
1636. TIKTOK3047MDL-001-00004654 - TIKTOK3047MDL-001-00004669
1637. TIKTOK3047MDL-001-00005690 - TIKTOK3047MDL-001-00005697
1638. TIKTOK3047MDL-001-00057954
1639. TIKTOK3047MDL-001-00058090
1640. TIKTOK3047MDL-001-00060515 - TIKTOK3047MDL-001-00060529
1641. TIKTOK3047MDL-001-00060811
1642. TIKTOK3047MDL-001-00060814
1643. TIKTOK3047MDL-001-00060817
1644. TIKTOK3047MDL-001-00060862
1645. TIKTOK3047MDL-001-00060877
1646. TIKTOK3047MDL-001-00060922
1647. TIKTOK3047MDL-001-00060941
1648. TIKTOK3047MDL-001-00061286 - TIKTOK3047MDL-001-00061312
1649. TIKTOK3047MDL-002-00064418 - TIKTOK3047MDL-002-00064428
1650. TIKTOK3047MDL-002-00075240 - TIKTOK3047MDL-002-00075242
1651. TIKTOK3047MDL-002-00075462 - TIKTOK3047MDL-002-00075472
1652. TIKTOK3047MDL-002-00077325 - TIKTOK3047MDL-002-00077328
1653. TIKTOK3047MDL-002-00077367 - TIKTOK3047MDL-002-00077427
1654. TIKTOK3047MDL-002-00077590
1655. TIKTOK3047MDL-002-00083974 - TIKTOK3047MDL-002-00083976
1656. TIKTOK3047MDL-002-00084410
1657. TIKTOK3047MDL-002-00085753 - TIKTOK3047MDL-002-00085791
1658. TIKTOK3047MDL-002-00087370 - TIKTOK3047MDL-002-00087381
1659. TIKTOK3047MDL-002-00091456 - TIKTOK3047MDL-002-00091459
1660. TIKTOK3047MDL-002-00091521 - TIKTOK3047MDL-002-00091545
1661. TIKTOK3047MDL-002-00091546 - TIKTOK3047MDL-002-00091558
1662. TIKTOK3047MDL-002-00091621 - TIKTOK3047MDL-002-00091633
1663. TIKTOK3047MDL-002-00091634 - TIKTOK3047MDL-002-00091647
1664. TIKTOK3047MDL-002-00091748 - TIKTOK3047MDL-002-00091760
1665. TIKTOK3047MDL-002-00091761
1666. TIKTOK3047MDL-002-00094384 - TIKTOK3047MDL-002-00094430

1667.  TIKTOK3047MDL-002-00098058 - TIKTOK3047MDL-002-00098071
1668.  TIKTOK3047MDL-002-00099764 - TIKTOK3047MDL-002-00099831
1669.  TIKTOK3047MDL-002-00099983 - TIKTOK3047MDL-002-00099989
1670.  TIKTOK3047MDL-002-00100047 - TIKTOK3047MDL-002-00100093
1671.  TIKTOK3047MDL-002-00100441 - TIKTOK3047MDL-002-00100462
1672.  TIKTOK3047MDL-002-00100852 - TIKTOK3047MDL-002-00100855
1673.  TIKTOK3047MDL-002-00101525 - TIKTOK3047MDL-002-00101541
1674.  TIKTOK3047MDL-002-00101574 - TIKTOK3047MDL-002-00101612
1675.  TIKTOK3047MDL-002-00101838 - TIKTOK3047MDL-002-00101846
1676.  TIKTOK3047MDL-002-00101847 - TIKTOK3047MDL-002-00101861
1677.  TIKTOK3047MDL-002-00102033 - TIKTOK3047MDL-002-00102050
1678.  TIKTOK3047MDL-002-00102051
1679.  TIKTOK3047MDL-002-00102328
1680.  TIKTOK3047MDL-002-00102517 - TIKTOK3047MDL-002-00102549
1681.  TIKTOK3047MDL-002-00103474
1682.  TIKTOK3047MDL-002-00113213 - TIKTOK3047MDL-002-00113232
1683.  TIKTOK3047MDL-002-00119426
1684.  TIKTOK3047MDL-002-00119724 - TIKTOK3047MDL-002-00119726
1685.  TIKTOK3047MDL-004-00122686 - TIKTOK3047MDL-004-00122690
1686.  TIKTOK3047MDL-004-00131967 - TIKTOK3047MDL-004-00132066
1687.  TIKTOK3047MDL-004-00137151 - TIKTOK3047MDL-004-00137163
1688.  TIKTOK3047MDL-004-00138026 - TIKTOK3047MDL-004-00138047
1689.  TIKTOK3047MDL-004-00138339 - TIKTOK3047MDL-004-00138345
1690.  TIKTOK3047MDL-004-00138686 - TIKTOK3047MDL-004-00138690
1691.  TIKTOK3047MDL-004-00139811 - TIKTOK3047MDL-004-00139824
1692.  TIKTOK3047MDL-004-00139825 - TIKTOK3047MDL-004-00139827
1693.  TIKTOK3047MDL-004-00141896 - TIKTOK3047MDL-004-00141901
1694.  TIKTOK3047MDL-004-00144753 - TIKTOK3047MDL-004-00144755
1695.  TIKTOK3047MDL-004-00144763 - TIKTOK3047MDL-004-00144764
1696.  TIKTOK3047MDL-004-00145020
1697.  TIKTOK3047MDL-004-00147779 - TIKTOK3047MDL-004-00147789
1698.  TIKTOK3047MDL-004-00151061 - TIKTOK3047MDL-004-00151062
1699.  TIKTOK3047MDL-004-00151118 - TIKTOK3047MDL-004-00151124
1700.  TIKTOK3047MDL-004-00216708
1701.  TIKTOK3047MDL-004-00225450
1702.  TIKTOK3047MDL-004-00226207
1703.  TIKTOK3047MDL-004-00232976 - TIKTOK3047MDL-004-00232977
1704.  TIKTOK3047MDL-004-00257578
1705.  TIKTOK3047MDL-004-00285574
1706.  TIKTOK3047MDL-004-00286929
1707.  TIKTOK3047MDL-004-00286929 - TIKTOK3047MDL-004-00286929
1708.  TIKTOK3047MDL-004-00287136 - TIKTOK3047MDL-004-00287139
1709.  TIKTOK3047MDL-004-00290064
1710.  TIKTOK3047MDL-004-00290146 - TIKTOK3047MDL-004-00290159
1711.  TIKTOK3047MDL-004-00290586 - TIKTOK3047MDL-004-00290623
1712.  TIKTOK3047MDL-004-00290938 - TIKTOK3047MDL-004-00290940

1713.  TIKTOK3047MDL-004-00291835 - TIKTOK3047MDL-004-00291839
1714.  TIKTOK3047MDL-004-00308575
1715.  TIKTOK3047MDL-004-00310982 - TIKTOK3047MDL-004-00310990
1716.  TIKTOK3047MDL-004-00311638 - TIKTOK3047MDL-004-00311702
1717.  TIKTOK3047MDL-004-00314472
1718.  TIKTOK3047MDL-004-00316716 - TIKTOK3047MDL-004-00316726
1719.  TIKTOK3047MDL-004-00316891
1720.  TIKTOK3047MDL-004-00318166 - TIKTOK3047MDL-004-00318181
1721.  TIKTOK3047MDL-004-00321758 - TIKTOK3047MDL-004-00322097
1722.  TIKTOK3047MDL-004-00323151 - TIKTOK3047MDL-004-00323163
1723.  TIKTOK3047MDL-005-00325851 - TIKTOK3047MDL-005-00325872
1724.  TIKTOK3047MDL-006-00325873 - TIKTOK3047MDL-006-00325911
1725.  TIKTOK3047MDL-006-00326005
1726.  TIKTOK3047MDL-006-00327088 - TIKTOK3047MDL-006-00327090
1727.  TIKTOK3047MDL-006-00327425 - TIKTOK3047MDL-006-00327445
1728.  TIKTOK3047MDL-010-00329274 - TIKTOK3047MDL-010-00329289
1729.  TIKTOK3047MDL-010-00329290 - TIKTOK3047MDL-010-00329318
1730.  TIKTOK3047MDL-010-00329585 - TIKTOK3047MDL-010-00329606
1731.  TIKTOK3047MDL-010-00329637 - TIKTOK3047MDL-010-00329644
1732.  TIKTOK3047MDL-010-00329723 - TIKTOK3047MDL-010-00329751
1733.  TIKTOK3047MDL-015-00331402
1734.  TIKTOK3047MDL-015-00336996 - TIKTOK3047MDL-015-00337021
1735.  TIKTOK3047MDL-015-00340508 - TIKTOK3047MDL-015-00340546
1736.  TIKTOK3047MDL-015-00341931 - TIKTOK3047MDL-015-00342393
1737.  TIKTOK3047MDL-015-00342728
1738.  TIKTOK3047MDL-015-00343407
1739.  TIKTOK3047MDL-015-00343527
1740.  TIKTOK3047MDL-016-00344108
1741.  TIKTOK3047MDL-016-00351969
1742.  TIKTOK3047MDL-019-00373603
1743.  TIKTOK3047MDL-021-LARK-00005359 - TIKTOK3047MDL-021-LARK-00005363
1744.  TIKTOK3047MDL-021-LARK-00005437 - TIKTOK3047MDL-021-LARK-00005441
1745.  TIKTOK3047MDL-021-LARK-00005489 - TIKTOK3047MDL-021-LARK-00005496
1746.  TIKTOK3047MDL-021-LARK-00005510 - TIKTOK3047MDL-021-LARK-00005516
1747.  TIKTOK3047MDL-021-LARK-00005593
1748.  TIKTOK3047MDL-021-LARK-00009049
1749.  TIKTOK3047MDL-021-LARK-00014427 - TIKTOK3047MDL-021-LARK-00014428
1750.  TIKTOK3047MDL-021-LARK-00014505 - TIKTOK3047MDL-021-LARK-00014516
1751.  TIKTOK3047MDL-021-LARK-00014622 - TIKTOK3047MDL-021-LARK-00014625
1752.  TIKTOK3047MDL-021-LARK-00014689 - TIKTOK3047MDL-021-LARK-00014692
1753.  TIKTOK3047MDL-021-LARK-00018935 - TIKTOK3047MDL-021-LARK-00018940
1754.  TIKTOK3047MDL-021-LARK-00021837 - TIKTOK3047MDL-021-LARK-00021852
1755.  TIKTOK3047MDL-021-LARK-00024626 - TIKTOK3047MDL-021-LARK-00024630
1756.  TIKTOK3047MDL-021-LARK-00026434 - TIKTOK3047MDL-021-LARK-00026439
1757.  TIKTOK3047MDL-021-LARK-00026469 - TIKTOK3047MDL-021-LARK-00026477
1758.  TIKTOK3047MDL-022-00522755

1759.  TIKTOK3047MDL-023-00630640
1760.  TIKTOK3047MDL-023-00636163
1761.  TIKTOK3047MDL-023-00658004 - TIKTOK3047MDL-023-00658005
1762.  TIKTOK3047MDL-023-00715222
1763.  TIKTOK3047MDL-024-LARK-00026653 - TIKTOK3047MDL-024-LARK-00026653
1764.  TIKTOK3047MDL-024-LARK-00026665 - TIKTOK3047MDL-024-LARK-00026667
1765.  TIKTOK3047MDL-024-LARK-00026749 - TIKTOK3047MDL-024-LARK-00026760
1766.  TIKTOK3047MDL-024-LARK-00035705 - TIKTOK3047MDL-024-LARK-00035710
1767.  TIKTOK3047MDL-024-LARK-00042912 - TIKTOK3047MDL-024-LARK-00042950
1768.  TIKTOK3047MDL-024-LARK-00043038 - TIKTOK3047MDL-024-LARK-00043054
1769.  TIKTOK3047MDL-024-LARK-00043256
1770.  TIKTOK3047MDL-024-LARK-00043559 - TIKTOK3047MDL-024-LARK-00043567
1771.  TIKTOK3047MDL-024-LARK-00045100 - TIKTOK3047MDL-024-LARK-00045106
1772.  TIKTOK3047MDL-024-LARK-00046885 - TIKTOK3047MDL-024-LARK-00046894
1773.  TIKTOK3047MDL-024-LARK-00048024 - TIKTOK3047MDL-024-LARK-00048040
1774.  TIKTOK3047MDL-024-LARK-00063289 - TIKTOK3047MDL-024-LARK-00063303
1775.  TIKTOK3047MDL-028-00830053 - TIKTOK3047MDL-028-00830065
1776.  TIKTOK3047MDL-029-LARK-00068248 - TIKTOK3047MDL-029-LARK-00068254
1777.  TIKTOK3047MDL-029-LARK-00091675 - TIKTOK3047MDL-029-LARK-00091679
1778.  TIKTOK3047MDL-031-LARK-00102177 - TIKTOK3047MDL-031-LARK-00102182
1779.  TIKTOK3047MDL-036-LARK-00106162 - TIKTOK3047MDL-036-LARK-00106169
1780.  TIKTOK3047MDL-036-LARK-00111985 - TIKTOK3047MDL-036-LARK-00111991
1781.  TIKTOK3047MDL-036-LARK-00117950 - TIKTOK3047MDL-036-LARK-00117954
1782.  TIKTOK3047MDL-036-LARK-00150084 - TIKTOK3047MDL-036-LARK-00150088
1783.  TIKTOK3047MDL-036-LARK-00164712 - TIKTOK3047MDL-036-LARK-00164716
1784.  TIKTOK3047MDL-036-LARK-00172521 - TIKTOK3047MDL-036-LARK-00172527
1785.  TIKTOK3047MDL-036-LARK-00181240
1786.  TIKTOK3047MDL-038-LARK-00192063
1787.  TIKTOK3047MDL-038-LARK-00192083 - TIKTOK3047MDL-038-LARK-00192088
1788.  TIKTOK3047MDL-039-LARK-00193617
1789.  TIKTOK3047MDL-039-LARK-00206737 - TIKTOK3047MDL-039-LARK-00206743
1790.  TIKTOK3047MDL-039-LARK-00213033 - TIKTOK3047MDL-039-LARK-00213037
1791.  TIKTOK3047MDL-039-LARK-00214041
1792.  TIKTOK3047MDL-039-LARK-00214455
1793.  TIKTOK3047MDL-039-LARK-00216501 - TIKTOK3047MDL-039-LARK-00216506
1794.  TIKTOK3047MDL-042-LARK-00237491 - TIKTOK3047MDL-042-LARK-00237493
1795.  TIKTOK3047MDL-042-LARK-00262842 - TIKTOK3047MDL-042-LARK-00262852
1796.  TIKTOK3047MDL-042-LARK-00267739 - TIKTOK3047MDL-042-LARK-00267747
1797.  TIKTOK3047MDL-043-00834241
1798.  TIKTOK3047MDL-044-00839323
1799.  TIKTOK3047MDL-044-00844575
1800.  TIKTOK3047MDL-044-00845165 - TIKTOK3047MDL-044-00845196
1801.  TIKTOK3047MDL-044-00856423 - TIKTOK3047MDL-044-00856443
1802.  TIKTOK3047MDL-045-LARK-00377796 - TIKTOK3047MDL-045-LARK-00377798
1803.  TIKTOK3047MDL-045-LARK-00385154 - TIKTOK3047MDL-045-LARK-00385158
1804.  TIKTOK3047MDL-045-LARK-00447874 - TIKTOK3047MDL-045-LARK-00447879

1805.  TIKTOK3047MDL-045-LARK-00457587
1806.  TIKTOK3047MDL-045-LARK-00457972
1807.  TIKTOK3047MDL-045-LARK-00468321 - TIKTOK3047MDL-045-LARK-00468335
1808.  TIKTOK3047MDL-047-LARK-00510814
1809.  TIKTOK3047MDL-047-LARK-00510814 - TIKTOK3047MDL-047-LARK-00510821
1810.  TIKTOK3047MDL-049-00896890 - TIKTOK3047MDL-049-00896896
1811.  TIKTOK3047MDL-054-LARK-00552309 - TIKTOK3047MDL-054-LARK-00552326
1812.  TIKTOK3047MDL-054-LARK-00552347 - TIKTOK3047MDL-054-LARK-00552384
1813.  TIKTOK3047MDL-055-LARK-00598668 - TIKTOK3047MDL-055-LARK-00598688
1814.  TIKTOK3047MDL-055-LARK-00698648 - TIKTOK3047MDL-055-LARK-00698651
1815.  TIKTOK3047MDL-055-LARK-00698648 - TIKTOK3047MDL-055-LARK-00698651
1816.  TIKTOK3047MDL-056-00952288 - TIKTOK3047MDL-056-00952291
1817.  TIKTOK3047MDL-056-00956009 - TIKTOK3047MDL-056-00956020
1818.  TIKTOK3047MDL-056-00964171 - TIKTOK3047MDL-056-00964425
1819.  TIKTOK3047MDL-056-00965196 - TIKTOK3047MDL-056-00965332
1820.  TIKTOK3047MDL-056-00987598 - TIKTOK3047MDL-056-00987608
1821.  TIKTOK3047MDL-058-LARK-00710555 - TIKTOK3047MDL-058-LARK-00710564
1822.  TIKTOK3047MDL-060-01110007 - TIKTOK3047MDL-060-01110041
1823.  TIKTOK3047MDL-060-01119793 - TIKTOK3047MDL-060-01119795
1824.  TIKTOK3047MDL-060-01120905
1825.  TIKTOK3047MDL-060-01154780 - TIKTOK3047MDL-060-01154793
1826.  TIKTOK3047MDL-060-01155259 - TIKTOK3047MDL-060-01155276
1827.  TIKTOK3047MDL-060-01155277 - TIKTOK3047MDL-060-01155279
1828.  TIKTOK3047MDL-060-01156119 - TIKTOK3047MDL-060-01156123
1829.  TIKTOK3047MDL-060-01157747 - TIKTOK3047MDL-060-01157754
1830.  TIKTOK3047MDL-060-01158658 - TIKTOK3047MDL-060-01158678
1831.  TIKTOK3047MDL-060-01161309 - TIKTOK3047MDL-060-01161594
1832.  TIKTOK3047MDL-060-01164280 - TIKTOK3047MDL-060-01164305
1833.  TIKTOK3047MDL-064-LARK-00720662
1834.  TIKTOK3047MDL-065-LARK-00852778 - TIKTOK3047MDL-065-LARK-00852786
1835.  TIKTOK3047MDL-066-LARK-00961717 - TIKTOK3047MDL-066-LARK-00961724
1836.  TIKTOK3047MDL-066-LARK-00965597 - TIKTOK3047MDL-066-LARK-00965604
1837.  TIKTOK3047MDL-067-LARK-01021636 - TIKTOK3047MDL-067-LARK-01021639
1838.  TIKTOK3047MDL-067-LARK-01022641
1839.  TIKTOK3047MDL-067-LARK-01025176 - TIKTOK3047MDL-067-LARK-01025181
1840.  TIKTOK3047MDL-069-01206536 - TIKTOK3047MDL-069-01206545
1841.  TIKTOK3047MDL-078-LARK-01368033 - TIKTOK3047MDL-078-LARK-01368036
1842.  TIKTOK3047MDL-078-LARK-01429319 - TIKTOK3047MDL-078-LARK-01429343
1843.  TIKTOK3047MDL-078-LARK-01711316 - TIKTOK3047MDL-078-LARK-01711340
1844.  TIKTOK3047MDL-078-LARK-01818485 - TIKTOK3047MDL-078-LARK-01818488
1845.  TIKTOK3047MDL-078-LARK-01835091 - TIKTOK3047MDL-078-LARK-01835095
1846.  TIKTOK3047MDL-078-LARK-01859676 - TIKTOK3047MDL-078-LARK-01859682
1847.  TIKTOK3047MDL-079-LARK-02008119 - TIKTOK3047MDL-079-LARK-00008123
1848.  TIKTOK3047MDL-079-LARK-02017133
1849.  TIKTOK3047MDL-079-LARK-02069378 - TIKTOK3047MDL-079-LARK-02069384
1850.  TIKTOK3047MDL-079-LARK-02079422 - TIKTOK3047MDL-079-LARK-02079429

1851. TIKTOK3047MDL-079-LARK-02135639 - TIKTOK3047MDL-079-LARK-02135644
1852. TIKTOK3047MDL-079-LARK-02141981 - TIKTOK3047MDL-079-LARK-02141990
1853. TIKTOK3047MDL-079-LARK-02174574 - TIKTOK3047MDL-079-LARK-02174581
1854. TIKTOK3047MDL-087-LARK-03239203 - TIKTOK3047MDL-087-LARK-03239210
1855. TIKTOK3047MDL-088-03734025
1856. TIKTOK3047MDL-089-03736501 - TIKTOK3047MDL-089-03736511
1857. TIKTOK3047MDL-089-03736535 - TIKTOK3047MDL-089-03736539
1858. TIKTOK3047MDL-090-LARK-03458067 - TIKTOK3047MDL-090-LARK-03458075
1859. TIKTOK3047MDL-090-LARK-03474011 - TIKTOK3047MDL-090-LARK-03474017
1860. TIKTOK3047MDL-090-LARK-03554002 - TIKTOK3047MDL-090-LARK-03554010
1861. TIKTOK3047MDL-090-LARK-03669290 - TIKTOK3047MDL-090-LARK-03669296
1862. TIKTOK3047MDL-094-LARK-04022228 - TIKTOK3047MDL-094-LARK-04022232
1863. TIKTOK3047MDL-099-LARK-04504706
1864. TIKTOK3047MDL-099-LARK-04519067
1865. TIKTOK3047MDL-099-LARK-04519067 - TIKTOK3047MDL-099-LARK-04519099
1866. TIKTOK3047MDL-099-LARK-04759856
1867. TIKTOK3047MDL-111-LARK-05947738 - TIKTOK3047MDL-111-LARK-05947777
1868. TIKTOK3047MDL-115-04352891
1869. TIKTOK3047MDL-115-04352891 - TIKTOK3047MDL-115-04352898
1870. TIKTOK3047MDL-11504353855
1871. TIKTOK3047MDL-117-04509578 - TIKTOK3047MDL-117-04509603
1872. TIKTOK3047MDL-128-LARK-06606079
1873. TIKTOK3047MDL-131-LARK-06842264 - TIKTOK3047MDL-131-LARK-06842269
1874. TIKTOK3047MDL-150-LARK-07275923 - TIKTOK3047MDL-150-LARK-07275929
1875. TIKTOK3047MDL-168-04784987 - TIKTOK3047MDL-168-04785000

## Expert Reports

1876. Amended Expert Report of Stephen L. Buka, ScD. dated 7/17/2025
1877. Expert Report of Adriana Galvan, Ph.D. dated 4/18/2025
1878. Expert Report of Alan L. Berman, Ph.D. dated 4/18/2025
1879. Expert Report of Anna Lembke, M.D. dated 4/18/2025
1880. Expert Report of Benjamin Schneider, M.D. dated 4/18/2025
1881. Expert Report of Craig Bryan, Psy.D. dated 4/18/2025
1882. Expert Report of Daniel P. Keating, Ph.D. dated 4/18/2025
1883. Expert Report of Dimitri Christakis, M.D., M.P.H. dated 4/18/2025
1884. Expert Report of Doug Tucker, M.D. dated 4/18/2025
1885. Expert Report of Dr. Ian Gotlib dated 4/18/2025
1886. Expert Report of Dr. Jean M. Twenge, Ph.D. dated 4/18/2025
1887. Expert Report of Dr. Kara Bagot, M.D. dated 4/18/2025
1888. Expert Report of Dr. Ramin Mojtabai, Ph.D., MPH dated 4/18/2025
1889. Expert Report of Dr. Robert Platt dated 4/18/2025
1890. Expert Report of Dr. Scott Patten, MD, Ph.D. dated 4/18/2025
1891. Expert Report of Dr. Sonia Lohiya Krishna, MD, FAPA, DFAACAP dated 4/18/2025
1892. Expert Report of Dr. Stuart Murray, MSC, DClinPsych, Ph.D. dated 4/18/2025
1893. Expert Report of Drew P. Cingel, Ph.D. dated 4/18/2025
1894. Expert Report of Eva Telzer, Ph.D. dated 4/18/2025

1895. Expert Report of Gary Goldfield, Ph.D. C. Psych. dated 4/18/2025
1896. Expert Report of Jeffrey A. Hall, Ph.D. dated 4/18/2025
1897. Expert Report of Jennifer Pfeifer, Ph.D. dated 4/18/2025
1898. Expert Report of Keith Hampton, Ph.D. dated 4/18/2025
1899. Expert Report of Kenneth T. Kishida, Ph.D. dated 4/18/2025
1900. Expert Report of Matthew J. Shear, M.D., MPH dated 4/18/2025
1901. Expert Report of Nicholas Allen, Ph.D. dated 4/18/2025
1902. Expert Report of Randy Auerbach dated 4/18/2025
1903. Expert Report of Robert D. Gibbons, Ph.D. dated 4/18/2025
1904. Expert Report of Sarah Morsbach Honaker, Ph.D., HSPP, DBSM dated 4/18/2025
1905. Expert Report of Terry Schwartz, M.D. dated 4/18/2025
1906. Expert Rebuttal Report of Adriana Galvan, Ph.D. dated 5/16/2025
1907. Expert Rebuttal Report of Alan Berman dated 5/16/2025
1908. Expert Rebuttal Report of Craig Bryan, PsyD, ABPP dated 5/16/2025
1909. Expert Rebuttal Report of Daniel P. Keating, Ph.D. dated 5/16/2025
1910. Expert Rebuttal Report of Doug Tucker, M.D. dated 5/16/2025
1911. Expert Rebuttal Report of Dr. Scott Patten, MD, PhD. dated 5/16/2025
1912. Expert Rebuttal Report of Ian Gotlib dated 5/16/2025
1913. Expert Rebuttal Report of Jeffrey Hall, Ph.D. dated 5/16/2025
1914. Expert Rebuttal Report of Jennifer Pfeifer, PhD. dated 5/16/2025
1915. Expert Rebuttal Report of Keith Hampton, Ph.D. dated 5/16/2025
1916. Expert Rebuttal Report of Kenneth T. Kishida, PhD. dated 5/16/2025
1917. Expert Rebuttal Report of Kristin Hendrix dated 5/16/2025
1918. Expert Rebuttal Report of Matthew Shear dated 5/16/2025
1919. Expert Rebuttal Report of Nicholas B. Allen, Ph.D. dated 5/16/2025
1920. Expert Rebuttal Report of Professor Michael Baiocchi dated 5/16/2025
1921. Expert Rebuttal Report of Randy Auerbach dated 5/16/2025
1922. Expert Rebuttal Report of Robert D. Gibbons, Ph.D. dated 5/16/2025
1923. Expert Rebuttal Report of Robert Platt dated 5/16/2025
1924. Expert Rebuttal Report of Sarah Morsbach Honaker, Ph.D., HSPP, DBSM dated 5/16/2025
1925. Expert Rebuttal Report of Terry Schwartz, MD dated 5/16/2025
1926. Expert Report of Anna Lembke, M.D. dated 5/16/2025 and associated Materials List
1927. Expert Report of Arvind Narayanan, Ph.D. dated 5/16/2025 and associated Materials List
1928. Expert Report of Brian G. Osborne dated 5/16/2025 and associated Materials List
1929. Expert Report of Brooke Istook dated 5/16/2025 and associated Materials List
1930. Expert Report of Colin M. Gray, Ph.D. dated 5/16/2025 and associated Materials List
1931. Expert Report of Dimitri A. Christakis, M.D., M.P.H. dated 5/16/2025 and associated Materials List
1932. Expert Report of Dr. Jean M. Twenge, Ph.D. dated 5/16/2025 and associated Materials List
1933. Expert Report of Dr. John Chandler, Ph.D. dated 5/16/2025 and associated Materials List
1934. Expert Report of Dr. Kara Bagot, M.D. dated 5/16/2025 and associated Materials List
1935. Expert Report of Dr. Ramin Mojtabai, Ph.D., MPH dated 5/16/2025 and associated Materials List

1936. Expert Report of Dr. Sharon A. Hoover, Ph.D. dated 5/16/2025 and associated Materials List
1937. Expert Report of Dr. Stuart Murray, MSC, DClinPsych, Ph.D. dated 5/16/2025 and associated Materials List
1938. Expert Report of Drew P. Cingel, Ph.D. dated 5/16/2025 and associated Materials List
1939. Expert Report of Eva Telzer, Ph.D. dated 5/16/2025 and associated Materials List
1940. Expert Report of Gary Goldfield, Ph.D. C. Psych. dated 5/16/2025 and associated Materials List
1941. Expert Report of Minette Drumwright, Ph.D. dated 5/16/2025 and associated Materials List
1942. Expert Report of Robert W. Johnson dated 5/16/2025 and associated Materials List
1943. Expert Report of Seth Noar, Ph.D. dated 5/16/2025 and associated Materials List
1944. Expert Report of Timothy Estes dated 5/16/2025 and associated Materials List
1945. Expert Rebuttal Report of Ayse Yesim Orhun, Ph.D. dated 7/9/2025
1946. Expert Report and Rebuttal of Dr. Robert Platt dated 7/09/2025
1947. Expert Report of Adriana Galván, Ph.D. dated 7/9/2025
1948. Expert Report of Craig Bryan, Psy.D. dated 7/9/2025
1949. Expert Report of Daniel P. Keating, PhD dated 7/9/2025
1950. Expert Report of Diana Wildermuth, Ph.D., LPC, NCC, CCTP-II dated 7/9/2025
1951. Expert Report of Douglas Tucker, M.D. dated 7/9/2025
1952. Expert Report of Dr. Alan L. Berman, PhD and Rebuttal to Personal Injury and School District Plaintiffs' Experts dated 7/9/2025
1953. Expert Report of Dr. Emilio Ferrara and Rebuttal to Personal Injury and School District Experts dated 7/9/2025
1954. Expert Report of Dr. Ian Gotlib and Rebuttal to Personal Injury and School District Plaintiffs' Experts dated 7/9/2025
1955. Expert Report of Dr. Jeremy Birnholtz and Rebuttal to Personal Injury and School District Plaintiffs' Experts dated 7/9/2025
1956. Expert Report of Dr. Keith Hampton PhD dated 7/9/2025
1957. Expert Report of Dr. Michael Baiocchi, PhD dated 7/9/2025
1958. Expert Report of Dr. Sarah Morsbach Honaker, PhD and Rebuttal to Personal Injury and School District Plaintiffs' Experts dated 7/9/2025
1959. Expert Report of Dr. Scott Patten, MD, PHD, dated 7/09/2025
1960. Expert Report of Ethan L. Hutt dated 7/9/2025
1961. Expert Report of Jeffrey A. Hall, Ph.D. dated 7/9/2025
1962. Expert Report of Jennifer Pfeifer, Ph.D.  dated 7/9/2025
1963. Expert Report of Kendra Becker, PhD dated 7/9/2025
1964. Expert Report of Kendra Becker, PhD dated 7/9/2025
1965. Expert Report of Kenneth T. Kishida, Ph.D. dated 7/9/2025
1966. Expert Report of Kevin Lane Keller, Ph.D. dated 7/9/2025
1967. Expert Report of Mallory Knodel dated 7/9/2025
1968. Expert Report of Matthew J. Shear, M.D., MPH and Rebuttal to Personal Injury and School District Plaintiffs' Experts dated 7/9/2025
1969. Expert Report of Peter Rossi, Ph.D. dated 7/9/2025
1970. Expert Report of Prof. Nicholas Allen, Ph.D. dated 7/9/2025

1971.  Expert Report of Professor Lawrence Birnbaum as to Personal Injury and School District Plaintiffs' dated 7/9/2025
1972.  Expert Report of Professor Neil Malhotra, Ph.D. dated 7/9/2025
1973.  Expert Report of Robert D. Gibbons, PhD dated 7/9/2025
1974.  Expert Report of Sandeep Chatterjee, Ph.D. dated 7/9/2025
1975.  Expert Report of Stephen L. Buka, ScD. dated 7/09/2025
1976.  Expert Report of Terry Schwartz, M.D. dated 7/9/2025
1977.  Rebuttal Expert Report of Dr. Chris Mattmann dated 7/9/2025
1978.  Rebuttal Expert Report of Dr. Marcus Rogers dated 7/9/2025
1979.  Rebuttal Expert Report of Dr. Nasir Memon dated 7/9/2025
1980.  Rebuttal Expert Report of Dr. Randy Auerbach to Personal Injury and School District Plaintiffs' Experts dated 7/9/2025
1981.  Rebuttal Expert Report of John Starr dated 7/9/2025

**Miscellaneous**

1982.  The TikTok Defendants' Amended Objections and Responses to Plaintiffs' Third Set of Interrogatories dated November 6, 2024
1983.  The TikTok Defendants' Objections and Responses to Plaintiffs' Fourth Set of Interrogatories dated January 21, 2025
1984.  The TikTok Defendants' Objections and Supplemental Responses to Plaintiffs' Fourth Set of Interrogatories dated February 24, 2025
1985.  META Defendants' Sixth Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories dated September 27, 2024
1986.  META Defendants' Supplemental and Amended Responses and Objections to Plaintiffs' Third Set of Interrogatories dated April 4, 2025
1987.  META Defendants' Third Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories dated February 28, 2025
1988.  Plaintiffs' General Causation Expert Designation dated 4/18/2025 and associated Materials List

*Deposition transcripts and exhibits listed herein exclude those subject to defense production clawbacks.*