# Exhibit 14

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**REBUTTAL TRIAL REPORT OF BRADLEY ZICHERMAN, MD
JULY 30, 2025**

HIGHLY CONFIDENTIAL (COMPETITOR)

# Table of contents

I. Introduction ............................................................................................................................................. 2
    I.A. Summary of opinions................................................................................................................... 2
    I.B. Assignment ................................................................................................................................. 3

II. Responses to Defendant Expert Reports............................................................................................... 5
    II.A. It is well established that clinical experience provides an important perspective on mental health concerns ........... 5
    II.B. The term "social media addiction" and the use of behavioral addiction criteria are widely accepted in the clinical and scientific communities ........................................................................................................................... 7
    II.C. The role of dopamine in addictions is well established........................................................... 10
    II.D. It is well established that nighttime social media use is associated with sleep disruptions..................................... 12
    II.E. Dr. Auerbach mischaracterizes my presentation of a survey statistic as a clinically based prevalence rate ............ 12

Appendix A. Materials considered........................................................................................................ A-1

Rebuttal Trial Report of Bradley Zicherman, MD

# I. Introduction

## I.A. Summary of opinions

(1) I have carefully reviewed the rebuttal reports submitted by Defendants' experts Drs. Auerbach, Gotlib, Platt, Honaker, and Shear ("Defendant Experts"). Nothing in those reports changes the opinions described in my opening report, including that Instagram's features are a primary contributor to teen and youth mental health concerns.

(2) Defendant Experts claimed that my clinical experience treating patients at an addiction center is "anecdotal" evidence that does not provide a reliable basis for establishing a scientific, population-wide causal relationship between youths' social media use and their mental health. They further claim that social media addiction is not a clinically recognized disorder, that the use of behavioral addiction criteria and measurement tools including my proposed adaptation of DSM criteria for substance use disorders is unreliable, and that my opening report pathologizes normal social behavior and brain processes. They also claim that I did not provide sufficient support for the role of dopamine in social media addiction or for the impact of social media use on sleep. Finally, they claim that my presentation of a published survey statistic represented my views on a clinically based social media addiction prevalence rate.

(3) Each of these conclusions is flawed, and in some cases reflects a misunderstanding or mischaracterization of the opinions expressed in my opening report. Contrary to Defendant Experts' claims, it is well established that clinical experience provides an important perspective on the identification and treatment of mental health concerns. My clinical experience treating youth with social media addiction provides direct, detailed evidence of mental health harms related to their social media usage, including which social media features are most problematic from the perspective of actual patients and parents. These clinical experiences complement the more aggregate quantitative metrics of social media use and mental health outcomes that are often the focus of academic literature, which I and other Plaintiff Experts also considered in reaching our opinions.

(4) Though social media addiction is not currently included in the DSM-V, which was published in 2013 when social media was in its infancy, there is widespread recognition of the term social media addiction and its related harms in the clinical and scientific communities, including by the American Psychiatric Association, the organization that publishes the DSM. There is similarly support in the peer-reviewed academic literature for modifying DSM substance use criteria for application to social media addiction, as I proposed in my opening report. The use of diagnostic criteria ensures that clinicians are identifying and treating patients with clinically relevant addiction symptoms associated with their social media use that are adversely impacting their daily lives. Defendant Experts' assertion

that these addiction symptoms reflect "normal" youth social behavior and brain processes is concerning.

(5) Despite Defendant Experts' assertions to the contrary, the role of dopamine in both substance and behavioral addictions is well-established in the literature. There is also empirical evidence supporting its role in social media addictions in particular, though my opinion that youths' Instagram usage contributes to mental health harms is not dependent on any particular neurological mechanism. The association between nighttime social media use and sleep disruptions is also supported by the literature and by my clinical experiences as outlined in my opening report. Finally, Defendant Experts grossly mischaracterize my presentation of a published survey statistic as a clinically based social media addiction prevalence rate. It is neither a prevalence rate nor is it based on my clinical experience, and I did not present it as such.

## I.B. Assignment

(6) I was retained by Plaintiffs in this matter. On May 16, 2025, I submitted an opening report that opined on the effects of excessive use of social media, including Instagram, and social media addiction on mental health-related symptoms based on my clinical expertise.[1] In my opening report, I also opined on the effectiveness of current Meta platform restraints for youth, particularly under the age of 18; why social media addiction has been so difficult to treat; and which Instagram platform features are particularly harmful to youth mental health.

(7) On July 9, 2025, experts retained by Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies (collectively, "Meta"), the Defendants in this matter, submitted rebuttal reports related to some of these issues. I was asked by counsel to review and, where appropriate, respond to the reports of Dr. Randy Auerbach,[2] Dr. Ian Gotlib,[3] Dr. Robert Platt,[4] Dr. Sarah Morsbach Honaker,[5] and Dr. Matthew Shear[6] (collectively, "Defendant Expert Reports").

(8) In reaching my opinions in this matter, I relied primarily on my clinical experiences treating youth with social media addictions. I also reviewed publicly available materials, including academic research studies. Appendix A includes the materials I considered in preparing this rebuttal report.

(9) I reserve the right to update my opinions if new materials become available during the course of this litigation. I also reserve the right to employ demonstrative exhibits that summarize facts or opinions

---

[1] Expert Report of Bradley Zicherman, MD, May 16, 2025 (hereinafter "Zicherman Opening Report").
[2] Expert Rebuttal Report of Dr. Randy Auerbach, July 9, 2025 (hereinafter "Auerbach Report").
[3] Expert Rebuttal Report of Dr. Ian Gotlib, July 9, 2025 (hereinafter "Gotlib Report").
[4] Expert Rebuttal Report of Dr. Robert Platt, July 9, 2025 (hereinafter "Platt Report").
[5] Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025 (hereinafter "Honaker Report").
[6] Expert Rebuttal Report of Matthew J. Shear, MD., July 9, 2025 (hereinafter "Shear Report").

disclosed in my reports and any subsequent depositions if I am called upon to testify at a hearing or trial.

## II. Responses to Defendant Expert Reports

### II.A. It is well established that clinical experience provides an important perspective on mental health concerns

(10) The Defendant Expert Reports, including the Auerbach and Honaker Reports, criticize my opening report opinions as relying on "anecdotal" clinical experience, which they claim is not sufficient to establish scientific, population-level causation:

> Dr. Zicherman's opinions are largely based on his clinical experience treating patients at an addiction clinic. These anecdotal experiences are not reliable, systematic, or scientifically based. Clinical experience, as is the case with most of Dr. Zicherman's expert report, make an inappropriate foundation for scientific claims about population level causal mechanisms.[7]

> Dr. Zicherman describes his observations as evidence of this association but does not reference any scientific studies of sleep and screen use in adolescents.[8]

> Clinical experience is also an unreliable scientific method for evaluating the causes of disorders insofar as it encourages a confusion between the effects of interventions and the underlying causes of symptoms.[9]

(11) It is my understanding that, contrary to Defendant Experts' assumptions, scientific, population-level causation evidence (which they generally define as "gold-standard" experiments or randomized controlled trials),[10] is not the only form of evidence that is relevant in this matter. As outlined in my opening report and further detailed below, my clinical experience treating youth patients provides direct, detailed evidence of mental health harms related to their social media usage, including which social media features are most problematic from the perspective of actual patients and parents. I also have detailed knowledge about the types of treatments that are most effective for treating social media addiction. These clinical experiences complement the more aggregate quantitative metrics of social media use and mental health outcomes that are often the focus of academic literature, which I describe in my opening report and which I understand other experts have opined on in more detail. Furthermore, the American Psychiatric Association, the organization that publishes the Diagnostic

---

[7] Auerbach Report, ¶ 134.
[8] Honaker Report, ¶ 128.
[9] Auerbach Report, ¶ 136.
[10] *See, e.g.*, Platt Report, ¶ 19; Honaker Report, ¶¶ 9, 69; Gotlib Report, ¶ 16; Auerbach Report, ¶ 68; Shear Report, ¶¶ 140–141.

and Statistical Manual of Mental Disorders (DSM), recognizes the importance of clinical experience in the identification and classification of mental health disorders.[11]

(12) I note that none of the Defendant Experts appears to treat patients with addictions, let alone specialize in treating youth addiction and mental health concerns, including social media addiction, as I do, and Drs. Gotlib and Platt do not appear to see patients at all. Despite the lack of clinical experience treating these patients, Dr. Auerbach claims that it is not possible for treatment approaches to inform the relationship between social media use and mental health outcomes. He states, without support:

> This is not scientifically valid, as one cannot draw causal conclusions about the etiology of a purported condition from potential treatment approaches…Dr. Zicherman asserts, with no scientific data, that he both knows what is driving treatment success as well as what caused the psychiatric problem to arise. These claims are overstated and unlikely…[12]

As I described in my opening report,[13] in my clinical experience, directly treating the primary social media addiction typically results in a significant improvement and remission of any co-occurring mental health concerns. There is often no further indication for medications aimed at treating those co-occurring mental health concerns once the social media addiction concerns are resolved through psychotherapeutic interventions, supporting the notion that social media use is a primary contributor to these mental health outcomes.

(13) The Auerbach Report also claims without support that:

> Clinical experience is reliant on a small and non-representative sample of youth patients who are treatment seeking or seeking support given parental concerns… Moreover, the sample of people that clinicians treat are not representative of broader society…this is not a sample from which population level conclusions can be reliably drawn.[14]

This claim fails to acknowledge that clinical experience is critical to understanding emerging population trends and serves to complement epidemiological data and surveys. Clinical experience captures an important and distinct viewpoint: the lived experience of those most affected by a disease.

---

[11] *See, e.g.*, "From Planning to Publication: Developing DSM-5," American Psychiatric Association, accessed July 24, 2025, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-Development-of-DSM-5.pdf (The DSM-V Task Force and Work Groups "included more than 160 world-renowned scientific researchers and clinicians with expertise in mental disorders, neuroscience, biology, genetics, statistics, epidemiology, and public health—and not only psychiatrists but psychologists, social workers, psychiatric nurses, pediatricians and neurologists.").

[12] Auerbach Report, ¶ 136.

[13] Zicherman Opening Report, ¶¶ 53–54.

[14] Auerbach Report, ¶ 135.

In this case, clinical experience captures the lived experiences of those most affected by social media addiction. The existence of youth with social media addiction concerns who meet the very high threshold to present to a psychiatric treatment clinic further indicates the need to develop targeted intervention. By treating individuals who could potentially be a worst-case trajectory for a condition, in this case social media addiction, we gain important insight into the mechanism of a disease that might not otherwise be clear or unambiguous. This allows us to recognize and understand core features of a disorder and allow preventative measures to be developed and implemented within broader society. To dismiss youth presenting to a psychiatric clinic with severe social media addictions on the grounds that they are not representative of the general population is to risk overlooking a population whose suffering informs both early intervention and treatment innovation. Such dismissal would be similar to ignoring the clinical frontlines of the AIDS epidemic that ultimately led to the understanding of the disease and reshaped public health policy, research priorities, and clinical practice.[15] Lastly, my work at the Stanford Recovery Clinic and the El Camino Health Quest IOP program reflects the responsibilities of a psychiatrist functioning as a program director and frontline clinician, treating a high volume of patients.

## II.B. The term "social media addiction" and the use of behavioral addiction criteria are widely accepted in the clinical and scientific communities

(14)    The Defendant Expert Reports also criticize my use of the term "social media addiction" as pathologizing normal social behavior and brain processes and the use of behavioral addiction criteria and measurement tools:

> Plaintiffs' experts dismiss and gloss over the fact that there is no clinically recognized definition of social media addiction, and it is not recognized as a disorder in the DSM-5.[16]
>
> It is critical to point out here that there is no accepted formal definition or diagnosis of "social media addiction."[17]
>
> The notion that problematic use is a recognized clinical disorder is not supported by the scientific consensus.[18]

---

[15] James W. Curran and Harold W. Jaffe, "AIDS: the Early Years and CDC's Response," Centers for Disease Control and Prevention, October 07, 2011, https://www.cdc.gov/mmwr/preview/mmwrhtml/su6004a11.htm.

[16] Auerbach Report, ¶ 16.

[17] Gotlib Report, ¶ 170.

[18] Platt Report, ¶ 100 (citation omitted).

(15) My opening report clearly stated that social media addiction is not currently recognized as a disorder in the DSM.[19] I also explained that the current edition, DSM-V, was published in 2013, when social media was in its infancy and only one year after Meta acquired Instagram.[20] New editions of the DSM have been released on average less than once per decade since the first publication in 1952,[21] with the DSM-V involving a 14-year revision process.[22] This revision process creates a time lag for the addition of new disorders to the DSM. For example, Autism was first recognized and described clinically in the 1940s.[23] Yet, Autism Spectrum disorder was not included in the DSM until the DSM-III edition published in 1980.[24] It is not surprising that social media addiction was not included in the 2013 DSM-V, and it could be added in future publications.

(16) As also explained in my opening report, there is widespread use of the term "social media addiction" in the broader clinical and scientific communities. Perhaps most notably, the American Psychiatric Association, the organization that publishes the DSM and "the most widely recognized authority in the field for diagnostic criteria for mental health disorders" as acknowledged by Dr. Gotlib,[25] defines the term social media addiction on its website.[26] The American Psychological Association instead uses the term "problematic social media use" and has published statements regarding the need for "social media companies to make fundamental changes to their platforms" and the need for "safety standards to mitigate harm."[27] The more than 10,000 research articles in PubMed containing the term "social media addiction" and more than 300 research articles containing the term "social media addiction measurement tool," also described in my opening report, further substantiate the widespread use of the term.[28] In my clinical experience the term "social media addiction" is commonly used,

---

[19] Zicherman Opening Report, ¶ 25.

[20] Zicherman Opening Report, ¶ 25.

[21] "DSM History," American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm/about-dsm/history-of-the-dsm.

[22] "Making a Case for New Disorders," American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-5-Making-Case-for-New-Disorders.pdf.

[23] "A Brief History and Timeline of Autism," Advanced Autism Services, March 15, 2025, https://www.advancedautism.com/post/history-and-timeline-of-autism.

[24] "A Brief History and Timeline of Autism," Advanced Autism Services, March 15, 2025, https://www.advancedautism.com/post/history-and-timeline-of-autism.

[25] Gotlib Report, ¶ 170.

[26] "What is Technology Addiction?" American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction ("**Social media addiction** involves problematic and compulsive use of social media; an obsessive need to check and update social media platforms, often resulting in problems in functioning and disrupted real-world relationships," emphasis in original). *See* Zicherman Opening Report, ¶ 22.

[27] "Potential Risks of Content, Features, and Functions: The Science of How Social Media Affects Youth," American Psychological Association, accessed July 17, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

[28] Zicherman Opening Report, ¶ 24.

though regardless of the specific terminology and definition, there remains an underlying acknowledgement by researchers and clinicians that this is a serious concern.

(17) The Defendant Expert Reports also criticize the definition and measurement of social media addiction, including my adaptation of the DSM-V criteria for substance use disorder for application to technology or social media addiction:

> [T]his adaptation has not been adopted in the field and is not recognized in the scientific literature as a valid alteration of DSM-5 diagnostic criteria…he provides no evidence of acceptance by any recognized authority or any peer-reviewed publication or study, or by a publication of any kind.[29]
>
> The construct remains poorly defined, inconsistently measured, and is frequently criticized for being tautological, pathologizing common behaviors without established clinical criteria.[30]

(18) Despite Defendant Experts' assertions, I did cite examples of peer-reviewed publications that employ similar adaptations of diagnostic criteria for application to social media addiction.[31] For example, Moretta and Wegmann (2025) adapted criteria from the DSM-V and the World Health Organization's International Classification of Diseases (ICD-11) for substance use disorders and behavior addictions for application to social media use disorder. They also note that their work "provides a structured framework for classifying and identifying social media use disorder" despite needing further research and validation, and that this work was required precisely because the DSM has not yet included an official diagnosis.[32] Almost all available instruments assessing problematic internet use have been developed following the DSM criteria for pathological gambling and/or substance dependence.[33] For example, the Compulsive Internet Use Scale (CIUS) is a 14-item scale developed to assess compulsive internet use. It is based on the criteria for substance dependence and obsessive-compulsive disorder.[34] Providing further support for the application of substance use criteria to social

---

[29] Gotlib Report, ¶ 173.

[30] Platt Report, ¶100 (citation omitted).

[31] Zicherman Opening Report, ¶ 26 and footnote 21 (Kerstin Paschke, Maria Isabella Austermann, and Rainer Thomasius, "ICD-11-Based Assessment of Social Media Use Disorder in Adolescents: Development and Validation of the Social Media Use Disorder Scale for Adolescents," *Frontiers in Psychiatry,* vol. 12 (2021): 1–19. Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," *Addictive Behaviors Reports,* vol. 21 (2025): 1–7.).

[32] Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," *Addictive Behaviors Reports,* vol. 21 (2025): 1–7.

[33] Chih-Hung Ko, Ju-Yu Yen, Sue-Huei Chen, Ming-Jen Yang, Huang-Chi Lin, and Cheng-Fang Yen, "Proposed Diagnostic Criteria and the Screening and Diagnosing Tool of Internet Addiction in College Students," *Comprehensive Psychiatry*, vol. 50, no. 4 (2009): 378–384; G. -J. Meerkerk, R. J. J. M. Van Den Eijnden, A. A. Vermulst, and H. F. L. Garretsen, "The Compulsive Internet Use Scale (CIUS): Some Psychometric Properties," *CyberPsychology & Behavior*, vol. 12, no. 1 (2009): 1–6.

[34] G.-J. Meerkerk, R. J. J. M. Van Den Eijnden, A. A. Vermulst, and H. F. L. Garretsen, "The Compulsive Internet Use Scale (CIUS): Some Psychometric Properties," *CyberPsychology & Behavior*, vol. 12, no. 1 (2009): 1–6.

(19) media addiction, another study finds that problematic social media use exhibits both behavioral similarities to substance use disorders and overlapping brain deficits like those seen in drug addiction.[35]

(19) The use of diagnostic criteria ensures that clinicians are identifying and treating patients who are struggling with clinically relevant symptoms of addiction associated with their social media use such as dependency, withdrawal, and tolerance and that are having a very real impact on their daily lives. The Defendant Experts' suggestion that this reflects "normal" or "common" social behavior and brain processes is concerning.[36] I stand by the approach of adapting existing DSM substance use diagnostic criteria to apply to social media addiction, which is a common approach in the field, though I also note that my broader opinion that social media use is a substantial contributor to youth mental health issues does not require the use of any particular diagnostic tool.

## II.C. The role of dopamine in addictions is well established

(20) In my opening report I discussed dopamine as a plausible mechanism by which social media use may impact youth mental health. Defendant Experts criticize the fact that I did not cite empirical evidence for the role of dopamine in social media addiction:

> Plaintiffs' experts point to dopamine related literature that does not involve empirical research.[37]
>
> Importantly, neither Prinstein nor Zicherman cite a single study measuring dopamine release in response to social media use, or indicating that dopamine is released in different quantities in response to social media use than in response to other pleasure of everyday life, in adolescents.[38]

(21) The role of dopamine in both substance and behavioral addictions is well established.[39] I also cited evidence of other researchers in the field describing this potential dopamine mechanism as applied to

---

[35] Rafael Yuste, Ruben D. Baler, and Nora D. Volkow, "Addictive-like Dimensions of Problematic Use of Social Media," American Society of Addiction Medicine (2025): 1–6.

[36] Auerbach Report, § IV ("Opinion 1: Plaintiffs' experts' approach to the concept of "social media addiction" pathologizes normal behavior and normal brain processes."); Gotlib Report, § VI.G ("Social Media Addiction") and § VII ("Benefits of Social Media Use"); Platt Report, ¶100.

[37] Auerbach Report, ¶ 50.

[38] Gotlib Report, ¶ 157.

[39] *See, e.g.,* Eric J. Nestler, "Is There a Common Molecular Pathway for Addiction?" *Nature Neuroscience*, vol. 8, no. 11 (2005): 1445–1449. Andrew Westbrook, Arko Ghosh, Ruben van den Bosch, Jessica I Määttä, Lieke Hofmans, and Roshan Cools, "Striatal Dopamine Synthesis Capacity Reflects Smartphone Social Activity," *iScience*, vol. 24, no. 5 (2021): 1–9; Min Liu and Jianghong Luo, "Relationship Between Peripheral Blood Dopamine Level and Internet Addiction Disorder in Adolescents: A Pilot Study," *International Journal of Clinical and Experimental Medicine,* vol. 8, no. 6 (2015): 9943–9948.

social media addiction, and there has been some empirical research on this general topic.[40] However, establishing the role of dopamine in social media addiction is not necessary for my opinion that social media use is a substantial contributor to youth mental health issues. My opinion holds regardless of the specific neurological or psychological mechanisms by which social media use impacts mental health.

(22) I note that elsewhere Defendant Experts present their own views on potential mechanisms to explain away observed relationships between social media use and youth mental health concerns without meeting their own stated criteria for acceptable scientific evidence. For example, Dr. Gotlib makes the following assertions:

> My assessment is that at this point these alternative explanations for correlations between social media use and mental health difficulties are psychologically sound and straightforward interpretations of the reported data.[41]

> Because these are cross-sectional findings, however, it is more psychologically plausible that young girls with greater body-related or eating concerns are more likely to manipulate photos that they share on social media, rather than that photo manipulation increases girls' body-related or eating concerns.[42]

> Based on my experience, however, I can say that inferring that people with greater body dissatisfaction are more likely to explore manipulating their social media photos is a psychologically sound inference and is an alternative explanation to the inference that people who manipulate their photos become more dissatisfied with their bodies.[43]

(23) Dr. Gotlib is relying on his own unspecified "assessment" or "experience," which does not appear to include clinical experience treating patients or specialized expertise on body image issues. He generally presents these claims about "psychologically plausible" or "psychologically sound" alternative explanations for observed relationships between social media use and youth mental health concerns without any citations, empirical or otherwise.

---

[40] Andrew Westbrook, Arko Ghosh, Ruben van den Bosch, Jessica I Määttä, Lieke Hofmans, Roshan Cools, "Striatal Dopamine Synthesis Capacity Reflects Smartphone Social Activity," *iScience*, vol. 24, no. 5 (2021): 1–9.
[41] Gotlib Report, ¶ 87.
[42] Gotlib Report, ¶ 151.
[43] Gotlib Report, ¶ 152.

Case 4:22-md-03047-YGR   Document 2535-15   Filed 12/11/25   Page 14 of 19

Rebuttal Trial Report of Bradley Zicherman, MD

## II.D. It is well established that nighttime social media use is associated with sleep disruptions

(24) The Honaker Report criticizes my use of clinical observations and studies that do not meet the Defendant Experts' scientific causation standards to opine on the relationship between social media use and sleep disruptions:

> Dr. Zicherman, ¶¶ 46, 54, asserts that nighttime technology use and social media use in particular is associated with sleep disruptions, referencing the American Psychological Association's Health advisory on social media use in adolescence. Notably, this report describes an association rather than a causal relationship…Dr. Zicherman describes his observations as evidence of this association but does not reference any scientific studies of sleep and screen use in adolescents.[44]

(25) I stand by my opinion that youth social media use has a significant detrimental impact on the regulation of sleep and quality of sleep in this population. When I work with youth with social media addiction concerns, one of the most immediate and impactful functional improvements that I see is the improvement in regulation and quality of sleep. This occurs when social media access is removed or significantly restricted as part of a clinically guided and structured social media reduction plan. A clinical improvement in sleep is logical and expected when social media use is removed or significantly restricted at night. Lastly, it must be emphasized that the American Academy of Pediatrics, American Academy of Child and Adolescent Psychiatry, and the Surgeon General have all issued recommendations that electronic use should be stopped and avoided 60 minutes before bedtime.[45] This includes smart phones, tablets, and computers, which can all be used to access social media.

## II.E. Dr. Auerbach mischaracterizes my presentation of a survey statistic as a clinically based prevalence rate

(26) Finally, the Defendant Expert Reports mischaracterize or misunderstand my opinions in at least one material instance. Dr. Auerbach grossly mischaracterized my presentation of a statistic from a Statista

---

[44] Honaker Report, ¶ 128.

[45] "Screen Time Affecting Sleep," American Academy of Pediatrics, updated October 18, 2023, https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/; "Sleep Problems," The American Academy of Child and Adolescent Psychiatry, accessed July 22, 2025, https://www.aacap.org/aacap/fffprint/article_print.aspx?dn=Childrens-Sleep-Problems-034; "Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory [Internet]," Office of the Surgeon General (OSG), accessed July 25, 2025, https://www.ncbi.nlm.nih.gov/books/NBK594760/.

survey asking individuals if they "feel addicted to social media"[46] as a prevalence rate for social media addiction:

> This helps explain the wildly inaccurate and inflated prevalence rates that Plaintiffs' experts offer for social media addiction (e.g., 40%; Zicherman, p. 15).[47]
>
> Nevertheless, Dr. Zicherman seems to assert that he has a sense of the prevalence (i.e., 40%) and cause of these problems based simply on anecdotal clinical experience.[48]

Nowhere in my report did I claim that 40% is the prevalence rate for social media addiction or that this survey statistic corresponds to clinical addiction criteria. The statistic was clearly presented as a result from a published Statista survey rather than being based on my clinical experience as Dr. Auerbach suggests.

---

[46] Zicherman Opening Report, ¶ 37 ("In a Statista survey asking individuals if they feel addicted to social media, 40% of US responders aged 18–22 reported feeling addicted to social media."), citing "Share of Online Users in the United States Who Report Being Addicted to Social Media as of April 2019, by Age Group," Statista, August 2019, https://www.statista.com/statistics/1081292/social-media-addiction-by-age-usa/.

[47] Auerbach Report, ¶ 39.

[48] Auerbach Report, ¶ 135.

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____  
Bradley Zicherman, MD

July 30, 2025  
Date

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in footnotes or my reliance materials.[49]

## A.1. Expert reports

- Expert Report of Bradley Zicherman, Ph.D., May 16, 2025.

- Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025.

- Expert Rebuttal Report of Dr. Alan L. Berman, July 9, 2025.

- Expert Rebuttal Report of Dr. Ian Gotlib, July 9, 2025.

- Expert Rebuttal Report of Dr. Jeremy Birnholtz, July 9, 2025.

- Expert Rebuttal Report of Dr. Lawrence Birnbaum, July 9, 2025.

- Expert Rebuttal Report of Dr. Randy Auerbach, July 9, 2025.

- Expert Rebuttal Report of Dr. Robert Platt, July 9, 2025.

- Expert Rebuttal Report of Matthew J. Shear, MD., July 9, 2025.

## A.2. Books and academic papers

- Andrew Westbrook, Arko Ghosh, Ruben van den Bosch, Jessica I Määttä, Lieke Hofmans, and Roshan Cools, "Striatal Dopamine Synthesis Capacity Reflects Smartphone Social Activity," *iScience*, vol. 24, no. 5 (2021): 1–9.

- Chih-Hung Ko, Ju-Yu Yen, Sue-Huei Chen, Ming-Jen Yang, Huang-Chi Lin, and Cheng-Fang Yen, "Proposed Diagnostic Criteria and the Screening and Diagnosing Tool of Internet Addiction in College Students," *Comprehensive Psychiatry*, vol. 50, no. 4 (2009): 378–384.

- Eric J. Nestler, "Is There a Common Molecular Pathway for Addiction?" *Nature Neuroscience*, vol. 8, no. 11 (2005): 1445–1449.

- G. -J. Meerkerk, R. J. J. M. Van Den Eijnden, A. A. Vermulst, and H. F. L. Garretsen, "The Compulsive Internet Use Scale (CIUS): Some Psychometric Properties," *CyberPsychology & Behavior*, vol. 12, no. 1 (2009): 1–6.

---

[49] This appendix includes documents that I cited in footnotes throughout the report as well as documents that I considered, but did not cite explicitly.

- Kerstin Paschke, Maria Isabella Austermann, and Rainer Thomasius, "ICD-11-Based Assessment of Social Media Use Disorder in Adolescents: Development and Validation of the Social Media Use Disorder Scale for Adolescents," *Frontiers in Psychiatry*, vol. 12 (2021): 1–19.

- Min Liu and Jianghong Luo, "Relationship Between Peripheral Blood Dopamine Level and Internet Addiction Disorder in Adolescents: A Pilot Study," *International Journal of Clinical and Experimental Medicine*, vol. 8, no. 6 (2015): 9943–9948.

- Rafael Yuste, Ruben D. Baler, and Nora D. Volkow, "Addictive-like Dimensions of Problematic Use of Social Media," *American Society of Addiction Medicine* (2025): 1–6.

- Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," *Addictive Behaviors Reports*, vol. 21 (2025): 1–7.

## A.3. Websites, articles, and press releases

- "A Brief History and Timeline of Autism," Advanced Autism Services, March 15, 2025, https://www.advancedautism.com/post/history-and-timeline-of-autism.

- "APA Guidelines for Psychological Assessment and Evaluation," American Psychological Association, accessed July 17, 2025, https://www.apa.org/about/policy/guidelines-psychological-assessment-evaluation.pdf

- "From Planning to Publication: Developing DSM-5," American Psychiatric Association, accessed July 24, 2025, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-Development-of-DSM-5.pdf.

- "Screen Time Affecting Sleep," American Academy of Pediatrics, updated October 18, 2023, https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/.

- "Sleep Problems," The American Academy of Child and Adolescent Psychiatry, accessed July 22, 2025, https://www.aacap.org/aacap/fffprint/article_print.aspx?dn=Childrens-Sleep-Problems-034.

- "Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory [Internet]," Office of the Surgeon General (OSG), accessed July 25, 2025, https://www.ncbi.nlm.nih.gov/books/NBK594760/.

- "DSM History," American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm/about-dsm/history-of-the-

dsm#:~:text=The%20APA%20Committee%20on%20Nomenclature,eliminated%20the%20term%20%E2%80%9Creaction.%E2%80%9D.

- James W. Curran and Harold W. Jaffe, "AIDS: the Early Years and CDC's Response," Centers for Disease Control and Prevention, October 07, 2011, https://www.cdc.gov/mmwr/preview/mmwrhtml/su6004a11.htm.

- "Making a Case for New Disorders," American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-5-Making-Case-for-New-Disorders.pdf.

- "Potential Risks of Content, Features, and Functions: The Science of How Social Media Affects Youth," American Psychological Association, accessed July 17, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

- "Screen Time Affecting Sleep," American Academy of Pediatrics, updated October 18, 2023, https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/.

- "Share of Online Users in the United States Who Report Being Addicted to Social Media as of April 2019, by Age Group," Statista, August 2019, https://www.statista.com/statistics/1081292/social-media-addiction-by-age-usa/.

- "Sleep Problems," The American Academy of Child and Adolescent Psychiatry, accessed July 22, 2025, https://www.aacap.org/aacap/fffprint/article_print.aspx?dn=Childrens-Sleep-Problems-034.

- "Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory [Internet]," Office of the Surgeon General (OSG), accessed July 25, 2025, https://www.ncbi.nlm.nih.gov/books/NBK594760/.

- "What is Technology Addiction?" American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction.