# Exhibit 20

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**REBUTTAL EXPERT REPORT OF**

**Dr. Jean M. Twenge, Ph.D.**

**San Diego State University**

**July 30, 2025**

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.



Jean M. Twenge, Ph.D.

## TABLE OF CONTENTS

Page

1. Summary of rebuttal opinions ...................................................................1

2. Time series studies ..................................................................................2

    2.1 Mischaracterization of trends in adolescent depression. ......................2

    2.2 Mischaracterization of trends in the suicide rate. ...............................7

    2.3 Mischaracterization of social media trend data. .................................8

    2.4 Increased screening and treatment cannot explain the increases in depression rates. ...........................................................................10

    2.5 Changes in health care coding and coverage cannot explain the increases in self-harm because increases in self-harm do not appear among those of all ages. ..........................................................................................11

    2.6 School shootings cannot explain the increase in teen depression because it also increased in countries outside the U.S. ...............................................12

    2.7 Earlier puberty cannot explain the increase in teen depression as the timing is wrong. .............................................................................13

    2.8 Use of Global Burden of Disease estimates instead of actual data on prevalence. ....................................................................................14

    2.9 Mischaracterization of time series argument. ....................................15

    2.10 Mischaracterization of my position on social media as a cause of depression. ......................................................................................16

    2.11 Mischaracterization of my position on social media as a cause of the increase in depression ......................................................................16

    2.12 Mischaracterization of effects of the Great Recession (2007-09). ........17

    2.13 Mischaracterization of my use of Granger causality analyses. ..............17

    2.14 Mischaracterization of Hamilton et al. (2024). ..................................18

3. Correlational studies ...............................................................................19

    3.1 Mischaracterization of effect sizes. .................................................19

    3.2 Exclusion of relative risk. .............................................................19

    3.3 Reliance on the misleading statistic "percent variance explained." ..................20

    3.4 Reliance on studies with "never" to "every day" measure of social media use. ................................................................................................21

    3.5 Mischaracterization of Orben & Przybylski (2019). ............................21

    3.6 Mischaracterization of associations between measures of well-being or symptoms and clinical diagnoses. ....................................................21

Table of Contents
(continued)

Page

3.7    Effect sizes used in meta-analyses........................................................................22

4.    Experiments .......................................................................................................22

5.    Conclusion .........................................................................................................22

## 1.      Summary of rebuttal opinions

1.      This rebuttal report responds to Defendants' experts' reports focusing on general causation. After careful study of the Defendants' expert reports, they do not change my conclusion that social media is a substantial and meaningful cause of depression and suicide risk factors among adolescents. Defendants' reports mischaracterize and misstate the evidence.

2.      This rebuttal report includes the following points, in summary:

i.      Defendants' experts incorrectly claim that teen depression and suicidal thoughts increased in the time immediately before ubiquitous social media (the 1990s and 2000s), but evidence from multiple sources show that these indicators were stable or declining during that time and then suddenly increased after approximately 2012 as social media became more frequently used.

ii.      Defendants' experts suggest changes in physician screening, health care coverage, or treatment availability could explain the increases in teen depression, but those increases appear in nationally representative samples conducted outside the health care system and are thus not impacted by changes in screening, health care coverage, or treatment availability. Thus changes in screening, health care coverage, or treatment availability cannot possibly explain the trends.

iii.      Defendants' experts argue changes in diagnostic coding and health care coverage might explain the increase in ER admissions for self-harm, but this cannot be the cause because the increases do not appear among people of all ages: Since 2010 self-harm decreased among women over age 25 while increasing among adolescent girls.

iv.      Defendants' experts argue that school shootings could be a cause of the rise in teen depression, but the rise in teen depression also occurs in countries outside the U.S. where school shootings are unknown or extremely uncommon. Defendants' experts also rely on school shooting data with an overbroad definition, including anytime a gun is shown or used at a school regardless of whether anyone was injured.

v.      Defendants' expert Hampton extensively discusses the Global Burden of Disease figures on depression, anxiety, self-harm, and suicide. However, the Global Burden of Disease uses *estimates*, not actual data from individuals. With actual data available, there is no reason to rely on inaccurate estimates like those produced by the Global Burden of Disease study.

vi.      Defendants' expert Auerbach suggests that earlier puberty might be the cause of increases in teen depression, but the age at puberty has been declining steadily since at least the 1980s, and teen depression was stable or declining during the 1990s and 2000s before rising after 2012.

vii.      Defendants' experts mischaracterize my argument about the time series data, suggesting it is only about what occurs at the same time. Instead, several other criteria are necessary, and their examples (such as three-point attempts in the NBA) soundly fail one or more of the other criteria.

viii.    Defendants' experts mischaracterize my argument about the role of social media in depression. I argue that social media and smartphone use are a primary cause of the increase in teen depression, not that they are the primary cause of depression overall.

ix.    Defendants' experts mischaracterize the changes in the suicide rate across age groups. In fact, the increases in the suicide rate are much larger among adolescents than among older adults.

x.    Defendants' expert Hampton suggests the Great Recession could be the cause of the rise in teen depression, but the Great Recession occurred 2007-09 and resolved after 2011. Teen depression was stable until roughly 2012 and then increased, exactly the opposite pattern of what one would expect if the Great Recession were the cause.

xi.    Defendants' expert Hampton states that Plaintiffs' experts do not show change in social media over time. However, several of my papers and books have documented this change and shown it in figures; I include those here for reference.

xii.    Defendants' experts mischaracterize the effect sizes of the correlational studies on social media and depression as "small;" however, they are similar in size to other important public health findings (for example, childhood lead exposure and adult IQ). It is now widely recognized in research psychology that effect size "cutoffs" are uninformative.

xiii.    Defendants' experts rely on the statistic "percent variance explained," now understood to be misleading and uncommunicative of the importance of an effect. For example, the polio vaccine explained less than .01% of the variance in which children got polio. Defendants' experts would thus presumably conclude that "more than 99.9% of the variation in who gets polio is factors other than the vaccine," and thus that the polio vaccine was ineffective. In fact, the unvaccinated were 3.5 times more likely to get polio and thus the vaccine was highly effective.

xiv.    Defendants' experts cite Kreski et al. (2021) as finding no link between social media use and well-being in the nationally representative Monitoring the Future (MtF). However, Kreski used a measure of social media use ranging from "never" to "every day" that lacks variance, a factor known to severely reduce effect sizes. In addition, a measure of social media use from never to every day is useless for determining associations between excessive social media use and mental health issues.

xv.    Defendants' experts criticize studies cited by Plaintiffs' experts for using measures of happiness, life satisfaction, and symptoms of mental health disorders instead of actual clinical diagnoses. However, these measures are widely accepted and are strongly correlated with clinical diagnoses, especially of depression.

## 2.    Time series studies

### 2.1    Mischaracterization of trends in adolescent depression.

3.    Defendants' expert Gotlib argues that the rise in adolescent depression is long-standing and thus is not due to social media. He writes, "increases in adolescent depression

and anxiety … have, unfortunately, been occurring for several decades and long before social media existed. Studies that show an increase in adolescent depression, anxiety, and suicidal behaviors over the past decade are consistent with a much longer trend that began long before social media became widely used" (paragraph 53).

4.  Defendants' expert Platt makes a similar argument, writing that "the increasing trends in mental health outcomes precede the social media era" (paragraph 156), that "multiple researchers have reported increasing incidence of depression and related conditions over time, dating from well before social media became available (paragraph 53), and that "these apparent increases in outcome rates are not unprecedented; they are part of long-term trends dating back decades" (paragraph 125).

5.  Defendants' experts are correct that many studies, including my own, show increases in adolescent depression and anxiety between the 1950s and the early 1990s (Klerman & Weissman, 1989; Lewinsohn et al., 1993; Twenge, 2000). However, Defendants' experts consistently mischaracterize the trends of the 1990s and 2000s, the time immediately before social media became widely used. During that time, indicators of serious mental health issues among adolescents such as overt depression, suicidal thoughts, self-harm, and suicide were either declining or stable.

6.  For example, Gotlib writes "Twenge (2015) reported an increase in the prevalence of depression and anxiety in multiple age groups that began long before the advent of social media" (paragraph 33). That was not the conclusion of Twenge (2015). In fact, the last sentence of the abstract of Twenge (2015) states, "Thus, more subtle symptoms of depression became more prevalent even as some overt indicators of depression became less prevalent." During his July 11 deposition, Gotlib admitted that Twenge (2015) does not find that depression and anxiety were on the rise long before the invention of social media (Gotlib Dep. Tr. 92:16-93:17). For example, Gotlib stated that according to Twenge (2015), suicidal ideation decreased from 26% in 1991-1994 to 16% in 2010-2011 (Gotlib Dep. Tr. 92:16-25).

7.  Table 4 from Twenge (2015), seen below, shows substantial declines in U.S. high school students considering suicide or making a plan to commit suicide between the early 1990s and late 2000s. This data is the same as Figure 5 in my original report and was derived from the CDC's Youth Risk Behavior Surveillance System. The table also shows the well-documented decline in the adolescent suicide rate between the early 1990s and late 2000s.

**Table 4** Suicidal ideation, suicide attempts, and suicide rates among U.S. 9th–12th graders, 1991–2011

|  | 1991–1994 (%) | 1995–1999 (%) | 2000–2004 (%) | 2005–2009 (%) | 2010–2011 (%) | d (91–94 vs. 10–11) | d (91–94 vs. 05–09) |
|---|---|---|---|---|---|---|---|
| Felt sad or hopeless for two or more weeks | – | 28 % | 29 % | 28 % | 29 % | .00 | −.02 |
| Considered suicide | 26 % | 21 % | 18 % | 15 % | 16 % | −.25 | −.29 |
| Made a plan to commit suicide | 19 % | 16 % | 16 % | 12 % | 13 % | −.16 | −.21 |
| Attempted to commit suicide | 8 % | 8 % | 9 % | 7 % | 8 % | −.01 | −.03 |
| Medically treated after attempt | 2 % | 3 % | 3 % | 2 % | 2 % | .01 | −.02 |
| Actual suicide rate, 15–24 year olds | .0134 % | .0114 % | .0100 % | .0090 % | .0105 % | −.02 | −.03 |

All d's .04 and above are significantly different at p < .05 or below. For the actual suicide rate, significance testing was not performed as the rates include the entire population and not a sample

8.    Twenge (2015) also reported a significant decline in the number of entering college students who reported feeling depressed in the last year between the early 1990s and the late 2000s. These findings are also consistent with Keyes et al. (2019), which found a small decrease in depressive symptoms in the Monitoring the Future dataset between 1991 and 2011 (see Figure 4 in my original report).

9.    Twenge (2015) did identify an increase in psychosomatic symptoms of depression. These are often less severe symptoms of depression that manifest in physical and mental experiences. However, nearly all of the increase in these symptoms occurred between the early 1980s and the early 1990s (going from 2.25 to 2.44; see the top line, "mental issues (index)" in Table 1, below). From the late 1990s to the early 2010s, psychosomatic symptoms barely changed (from 2.48 to 2.50) and then declined slightly (to 2.44).

Table 1  U.S. 12th graders' physical and mental symptoms and treatment seeking, 1982–2012

|  | 1982–1984 | 1985–1989 | 1990–1994 | 1995–1999 | 2000–2004 | 2005–2009 | 2010–2012 | d (82–84 vs. 10–12) | d (82–84 vs. 05–09) |
|---|---|---|---|---|---|---|---|---|---|
| Mental issues (index) | 2.25 (1.14) | 2.34 (1.18) | 2.44 (1.25) | 2.48 (1.32) | 2.50 (1.36) | 2.50 (1.38) | 2.44 (1.39) | .15 | .20 |
| Trouble remembering things | 1.65 (1.34) | 1.75 (1.44) | 1.87 (1.56) | 1.99 (1.68) | 2.12 (1.76) | 2.10 (1.75) | 2.05 (1.74) | .26 | .29 |
| Difficulty thinking or concentrating | 2.16 (1.59) | 2.23 (1.64) | 2.36 (1.72) | 2.40 (1.77) | 2.43 (1.81) | 2.48 (1.84) | 2.47 (1.88) | .18 | .18 |
| Trouble learning new things | 1.63 (1.24) | 1.68 (1.29) | 1.75 (1.36) | 1.73 (1.37) | 1.74 (1.39) | 1.76 (1.40) | 1.75 (1.38) | .09 | .10 |
| Trouble sleeping | 2.48 (1.67) | 2.56 (1.76) | 2.60 (1.81) | 2.70 (1.91) | 2.72 (1.92) | 2.74 (1.95) | 2.79 (2.03) | .17 | .14 |
| Trouble getting started in the morning | 3.35 (2.16) | 3.52 (2.22) | 3.62 (2.26) | 3.60 (2.30) | 3.51 (2.31) | 3.40 (2.25) | 3.20 (2.25) | −.07 | .02 |

10.    Gotlib also cites Twenge et al. (2010), using the Minnesota Multiphasic Personality Inventory (MMPI), as finding a long-standing increase (paragraphs 44-46). However, approximately 85% of the data in that paper covered the years between 1938 and 1995, with only a small number of data points between 1995 and 2007. The paper specifically notes that there was "limited recent college student data on the MMPI" (p. 148). Gotlib also cites Newsom et al. (2003), which also found increases in symptoms on the MMPI, but that paper analyzed data only up to 1989 and thus does not cover the 1990s or 2000s (paragraph 43).

11.    In his May 16 report, Gotlib stated that Mojtabai et al. (2016) "documented increases in depression in adolescents from 2005, before the advent of social media" (Gotlib JCCP rebuttal, paragraph 16). However, Figure 1A in Mojtabai et al. (2016) clearly shows that the increase did not begin until approximately 2012, which he acknowledged at his deposition (Gotlib Dep. Tr. 102:15-24) and removed from his July 9 report:



12.     These analyses were replicated and updated in Twenge et al. (2019a) using the same dataset, with Table 4 in that paper clearly showing that the increase in depression among adolescents (ages 12-13, 14-15, and 16-17) began during the 2010s, not in 2005:

Table 4
*Incidence of Major Depressive Episode (MDE) in Last 12 Months: Percent of Adolescents and Adults by Age Category, 2005–2017*

| Age (years) | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12–13 | 5.59 | 5.27 | 4.29 | 5.18 | 4.57 | 4.20 | 4.16 | 5.58 | 5.90 | 7.17 | 8.20 | 7.22 | 6.73 | +47% (+20%) |
| 14–15 | 9.19 | 7.82 | 8.60 | 8.62 | 8.72 | 9.11 | 8.71 | 10.05 | 12.14 | 11.76 | 13.77 | 13.32 | 14.28 | +64% (+55%) |
| 16–17 | 11.18 | 10.59 | 11.55 | 11.14 | 10.55 | 10.68 | 11.69 | 11.93 | 13.38 | 14.68 | 15.52 | 17.60 | 17.81 | +69% (+59%) |
| 18–19 | — | — | — | — | 8.50 | 8.74 | 8.68 | 9.64 | 9.17 | 10.62 | 11.34 | 11.23 | 12.42 | +46% |
| 20–21 | — | — | — | — | 6.80 | 8.47 | 8.36 | 9.19 | 9.06 | 8.94 | 11.68 | 12.48 | 15.12 | +122% |
| 22–23 | — | — | — | — | 8.01 | 8.86 | 7.32 | 8.93 | 8.53 | 9.5 | 9.41 | 9.97 | 12.77 | +59% |
| 24–25 | — | — | — | — | 8.90 | 7.59 | 8.56 | 8.18 | 8.98 | 9.19 | 8.8 | 9.98 | 12.37 | +39% |
| 26–29 | — | — | — | — | 7.53 | 6.76 | 8.34 | 7.88 | 8.34 | 7.56 | 8.16 | 7.98 | 9.55 | +27% |
| 30–34 | — | — | — | — | 8.29 | 7.41 | 7.43 | 7.49 | 8.02 | 6.76 | 6.96 | 7.94 | 7.98 | −4% |
| 35–49 | — | — | — | — | 7.47 | 7.59 | 8.19 | 7.56 | 7.35 | 7.25 | 7.67 | 7.05 | 7.21 | −3% |
| 50–64 | — | — | — | — | 7.22 | 7.94 | 6.98 | 7.16 | 7.16 | 6.96 | 6.04 | 6.29 | 6.23 | −14% |
| 65+ | — | — | — | — | 2.44 | 2.27 | 1.78 | 3.37 | 2.68 | 3.00 | 3.19 | 2.64 | 3.17 | +30% |

*Note.* Adolescent and adult major depressive episode (MDE) are measured using different criteria; thus, we do not directly compare them. Percent differences (PDs) in parentheses for adolescents are 2005–2017. All other PDs are 2009–2017. Positive PDs indicate an increase in prevalence, and negative PDs indicate a decrease in prevalence.

13.     Gotlib reproduces a CDC figure on the 10-year trend in depression among teens 2013-2023 from the Youth Risk survey, writing that "the pre-existing trend of increasing prevalence of symptoms of depression in youth continued from 2013 to 2023 at a rate comparable to previous decades" (paragraph 49). The graph does not show data from previous decades. In fact, Gotlib appears to have deliberately excluded it, as data on this item go back to 1999.

14.     When earlier years are included, there was no change in depression in the Youth Risk survey data between 1999 and 2010 (see Figure 1).



*Figure 1: Rate of depression (persistent feelings of sadness or hopelessness), U.S. high school students, 1999-2023. Source: CDC Youth Risk Behavior Surveillance System. Note: Item first included in the survey in 1999.*

15.     Thus, Gotlib and Platt ignore or exclude evidence from many nationally representative sources showing a decline or no change in depression and suicidal thoughts among U.S. adolescents between the early 1990s and 2010, the time immediately before social media became widely used by U.S. adolescents.

## 2.2    Mischaracterization of trends in the suicide rate.

16.    Gotlib argues that suicide rates have increased across all age groups and thus this is not an issue unique to adolescents (paragraph 35). Platt makes a similar argument (paragraph 56).

17.    However, the relative increase in the suicide rate among adolescents, especially girls, is much higher than the increase in the suicide rate among older age groups. For example, across 17 nations, the percent change in the suicide rate across age and gender groups looks like this (Rausch, 2024):



**Figure 5.** *Percent changes in suicide rates in 17 nations. Source: The Economist. (The data comes from the national statistical authorities and health agencies of: Australia, Austria, Belgium, Czech Republic, England & Wales, Estonia, France, Germany, Japan, Mexico, Netherlands, New Zealand, Norway, Slovenia, South Korea, Sweden, Switzerland, and the United States).*

18.    The increases in the suicide rate are considerably larger among adolescent girls than among the middle-aged.

19.    Defendants' expert Berman (paragraphs 25-27) points out that the suicide rate differs by age and gender, and the above figure agrees, showing larger increases among girls – exactly what one would expect if social media were a cause given that girls spend more time on social media and social media use is more strongly linked to depression among girls. Berman also points out that the increase in the suicide rate among adolescent girls has been larger among non-Hispanics (117%) compared to Hispanics (87%), but this difference does nothing to undermine the main point that suicide has increased sharply among adolescent girls since the early 2010s.

20.    Berman (paragraph 31) argues that adolescent suicide increased only 12.5% in England and Wales, but he uses 1994 as a starting point, not the early 2010s, and does not separate girls and boys. In fact, the suicide rate among 15- to 19-year-olds in England and Wales increased 147% for girls and 45% for boys between 2012 and 2018. Rates then moderated 2018-2023 for girls, but there was still a 73% increase for girls between 2012 and 2023.

21.    Berman (paragraph 33) cites a study showing declines in self-harm among Danish adolescents between 2008 and 2016. However, he does not mention the significant increases in loneliness and anxiety among Danish adolescents, especially girls, over this time period (Boer et al., 2023; Twenge et al., 2021). He also does not mention that psychiatric ER visits among children and adolescents doubled in Copenhagen, Denmark, between 2012 and 2017 (Victor & Thorup, 2021). Nor does he mention the many other datasets showing increases in depression, anxiety, and poor mental health among adolescents and young adults, especially girls and women, in the Nordic countries (Denmark, Norway, Sweden, Finland, and Iceland) since the early 2010s (Haidt & Rausch, 2023).

### 2.3    Mischaracterization of social media trend data.

22.    Hampton (paragraph 483, point B) writes, "Plaintiff's experts do not show data collected from these surveys about social media use and how that changes over time for the study participants. That is, while Plaintiff's experts show change in some measure of well-being over time (e.g., less happiness recorded in each year), they do not show change in social media use over time (e.g., more social media use in each year)".

23.    This is untrue. As just one example, Twenge et al. (2019b) included an extensive table showing increases in social media use between 2009 and 2016 (Table 1) as well as Figure 4 showing the increase in social media use in the nationally representative Monitoring the Future survey:



*Figure 4.* Percent of 8th, 10th, and 12th graders who use social media sites almost every day, 2008–2016.

    24.    Twenge (2017) includes a similar graph for increases in social media use. As another example, Twenge (2025) includes a graph plotting the increase in teen depression against the increase in social media use, smartphone ownership, and internet use:



Figure 6.39: U.S. teen girls' depression rates and possible causes, 2005–2019

Sources: Monitoring the Future, NSDUH, Pew Research Center, U.S. Bureau of Labor Statistics

Notes: Numbers are standardized so they can appear on the same graph. Internet use is among 8th and 10th graders, major depressive episode among 12- to 17-year-old girls, social media use among 8th and 10th graders, and smartphone ownership among U.S. adults (data on teen smartphone ownership, especially over time, is hard to come by).

25.    Thus Hampton is incorrect; changes in social media use are indeed documented, and they closely follow the increase in teen depression.

**2.4    Increased screening and treatment cannot explain the increases in depression rates.**

26.    Defendants' experts point to increased diagnoses, more health care coverage, and screenings by health care professionals as the explanation for the rise in teen depression rates. Defendants' expert Baiocchi argues that the Mental Health Parity and Addiction Equity Act of 2008, which required that insurance cover mental health treatment, could explain the rise in teen depression (paragraphs 82-83) along with recommendations of universal screening for depression by physicians or school psychologists (paragraph 84) and changes to diagnostic criteria (paragraphs 86-87). He writes, "diagnosis rates and care utilization may have been repressed, and these observed increases in adolescent mental health diagnoses and care utilization may reflect long-overdue access to treatment rather than deterioration in well-being" (paragraph 83).

27.    Hampton also points to these changes (paragraphs 111, 121-124, 132, 145) and states that "Plaintiff's experts cannot rule out other societal changes (e.g., availability of treatment) for the trends they report related to adolescent outcomes" (paragraph 483). Platt mentions "changes in diagnostic practices" (paragraph 54) and "concerns about changes in diagnostic criteria" (paragraph 55). Auerbach mentions the Affordable Care Act and mandated mental health screenings, noting that "Among youth, mental health screenings typically occur at annual wellness visits within primary pediatric care" (paragraph 102).

28.      However, the increases in teen depression and depressive symptoms documented in my report *do not rely on physician diagnoses, health care provider screenings, treatment availability, or care utilization*. Instead, they are based on nationally representative surveys of the population regardless of interaction with the health care system or screening by other individuals. These datasets, such as the National Survey of Drug Use and Health and Monitoring the Future, sample from the entire population of interest, not just those who seek care. Thus, changes in coverage for mental health treatment or screening by physicians or psychologists has no impact on these rates.

**2.5      Changes in health care coding and coverage cannot explain the increases in self-harm because increases in self-harm do not appear among those of all ages.**

29.      Hampton and Baiocchi both focus a great deal on changes in the health care system in their reports, including changes in health care coverage (such as Medicaid enrollment, Hampton paragraph 127; Baiocchi paragraphs 82-83), screening requirements (Hampton paragraphs 145-154; Baiocchi paragraphs 84-87), coding systems (Hampton paragraphs 139-140), and electronic medical records (Hampton paragraphs 135-144). To repeat, these changes cannot be the cause of the increases in teen depression as the datasets documenting those increases are independent of the health care system.

30.      Although self-harm is measured by emergency room admissions (part of the health care system),if changes in screening, diagnostic coding, or health care coverage increased the number of people who went or were admitted to the ER for self-harm, one would expect that these impacts would appear among people of all ages, from children to adults. For example, Hampton's Figure 15 shows total Medicaid managed care enrollment for those of all ages, and he refers to the "21 million adults under the age of 65 who enrolled in coverage related to Medicaid expansion" (paragraph 134). Coding changes, such as those cited by Corredor-Waldron and Currie (2023) in Hampton (paragraph 151), should also impact people of all ages equally. Thus, if these changes were the cause, ER admissions for self-harm should increase for those of all ages.

31.      However, that did not occur. Since 2010, rates of self-harm tripled among 10- to 14-year-old girls, doubled among 15- to 19-year-old girls and women, and increased by 22% among 20- to 24-year-old women. However, ER admissions for self-harm *declined* 18% among 25- to 29-year-olds, 27% among 30 to 34-year-olds, and 12% among 35- to 39-year-olds (see Figure 2). It seems difficult to fathom that coding systems were changed in a way that would triple self-harm admissions for children while decreasing them among women in their late 20s and 30s.



*Figure 2: Emergency room admissions for self-harm behaviors, U.S. girls and women ages 10 to 39, by age group, 2001-2022. Source: CDC WISQARS database*

**2.6    School shootings cannot explain the increase in teen depression because it also increased in countries outside the U.S.**

32.    Baiocchi argues that "national, headline-grabbing school violence" increased "during the period we are considering," but his Figure F (and Hampton's Figure 59 and Auerbach's Figure 2) show only a slight increase in shootings between 2011-16, when teen depression was already spiking. The figure also shows only U.S. data, likely because school shootings are exceedingly rare outside the U.S. Yet, as shown in my original report, teen depression, anxiety, and loneliness increased after 2012 in countries around the world where school shootings are unknown.

33.    Baiocchi writes that my report assumes "that a person must experience an event directly in order to feel the consequences" (paragraph 92). That is a straw man and mischaracterizes my position. Instead, it seems clear that events which are more remote have less

-12-

of an impact than those that are directly experienced, especially on personal mental health. That is especially true for events people are exposed to primarily via news stories. One study found no link at all between terrorist attacks or mass shootings and Google searches for terms relevant for anxiety, even in the countries or cities where the attacks or shootings occurred (Stephens-Davidowitz, 2016).

34.     It seems exceedingly unlikely that school shootings increasing in the U.S. could explain increases in teen mental distress and loneliness beginning after 2012 in countries including France, Chile, Germany, Brazil, Thailand, Switzerland, and Belgium – countries in which school shootings are nearly non-existent, English is not the primary language, and exposure is limited to news stories about U.S. events.

35.     Hampton's Figure 59 and Baiocchi's Figure F show school shooting data from Rapa et al. (2024). That study's definition of a school shooting was as follows: "in our study, a 'school shooting' constituted 'each and every instance a gun is brandished, is fired, or a bullet hits school property for any reason, regardless of the number of victims, time of day, or day of week.'" Thus, these figures show not (in Baiocchi's words) "headline-grabbing" school shootings, but include every time a gun is shown or used at a school, even if no students or staff was injured, killed, or even observed the incident. Thus, this figure is overbroad and does not focus on shootings which would have a broad national (or even regional) impact.

**2.7     Earlier puberty cannot explain the increase in teen depression as the timing is wrong.**

36.     Auerbach suggests earlier puberty as a possible cause for the rise in adolescent depression especially among girls (paragraph 99). Unlike the sudden increase in teen depression around 2012 after a period of stable or declining rates, the percentage of children experiencing earlier puberty increased steadily over many decades beginning at least by the 1980s (Wang et al., 2024). For earlier puberty to be the cause, it would have had to start to increase only among those born in the 1990s and 2000s. However, that is not the case, as Figure 1b from Wang et al. (2024) shows. Instead, increases begin with those born in the 1970s and continue steadily thereafter:



37.     The paper Auerbach cites in support of earlier pubertal timing, Cheng et al. (2022), acknowledges that this trend began several decades ago; its third sentence is "An expert panel reviewed studies from 1940 to 1994 and concluded that the data supported trends toward earlier age of breast development, and data were consistent with earlier age at menarche." Thus, earlier puberty cannot be the cause of trends in teen depression, which stayed stable or declined from the 1990s to 2010 and then increased afterward.

### 2.8    Use of Global Burden of Disease estimates instead of actual data on prevalence.

38.     Hampton's paragraphs 188-210 and Figure 26-46 (and his Appendix B Figures 64-78) on depression, anxiety, self-harm, and suicide rely on the Global Burden of Disease study administered by the Institute for Health Metrics and Evaluation (IHME), which are not actual data on prevalence but *estimates*. That is why they show no change in depression, anxiety, and self-harm in the early 2010s when sources with actual data show large increases. Researchers who use this resource have acknowledged that the Global Burden of Disease numbers are estimates, not actual measurement. For example, Vuorre et al. (2024) admit:

-14-

We emphasize that the GBD estimates are not observed data and therefore are accurate only to the extent that the GBD's data-collection methods and modeling strategies are valid. We compared the GBD estimates with the Centers for Disease Control and Prevention's (2022) estimates of self-harm in the United States and found that they are likely to deviate in systematic ways from other authoritative information sources.

39.     The data on self-harm among U.S. 10- to 14-year-olds starkly illustrates how inaccurate the Global Burden of Disease estimates are. As Rausch (2024) shows, the CDC data on actual ER admissions for self-harm shows a large increase, while the Global Burden of Disease estimates show much lower rates and little change.



40.     With actual data available, there is no reason to rely on inaccurate estimates like those of the Global Burden of Disease study.

**2.9     Mischaracterization of time series argument.**

41.     Baiocchi plots the increases in adolescent depression against variables such as teens not eating breakfast, having sex, and three-point attempts in the NBA (paragraphs 34-36). His evident purpose is to suggest that depression increasing at the same time as social media use is because "correlations are often just coincidences" (paragraph 34). Hampton makes a similar argument (paragraph 88), noting that just because two things increase at the same time it does not mean one causes the other. He uses the example of boys feeling their life is meaningless and the cost of sending a letter (figure 13).

42.     However, these characterizations misstate my long-standing arguments about the time series studies. The time sequence is only one of four factors needed to conclude that a cultural trend may cause a trend in well-being. The others are: "Does the possible cause affect a large number of people in the impacted group? … Does the possible cause have a direct impact on everyday life? … Is the possible cause associated with the outcome among individuals?" (Twenge, 2020, p. 90).

43.     Three-point attempts in the NBA fails all three of these additional criteria. The cost of sending a letter only weakly meets the first two criteria and definitely fails the last;

there is no association between the cost of sending a letter and boys feeling life is meaningless. Having sex fails the last criteria; teens who have sex are *more* likely to be depressed, so if a decline in teens having sex were the cause of a trend in teen depression, teen depression should have gone down. Not eating breakfast could fit all four criteria, but the decline in eating breakfast could easily be related to social media: Teens are up later at night using social media, sleep later in the morning, and thus may skip breakfast (Hisler et al., 2020).

### 2.10    Mischaracterization of my position on social media as a cause of depression.

44.    I argue that social media and smartphones are a primary (not necessarily the only) cause of the *increase* in teen depression at the population level in the early 2010s. I do not argue that social media are the primary cause of *all* teen depression.

45.    Baiocchi writes "it is exceedingly rare that causality is one-dimensional, as Professor Twenge suggests here" (paragraph 79), though I did not argue that in my report. He then quotes Knipe et al. (2022): "Rather than having a single cause, suicide and self-harm are the result of a complex interplay of several factors" (paragraph 80). Berman writes that "Attributing a single cause to observed trends in suicide rates … is highly problematic … a great number of factors contribute to suicide ranging from biological (e.g., genetic) to psychological … to social-environmental" (paragraph 21) and quotes Sewall and Parry (2024) in saying that "researchers, in attempting 'to attribute mental health problems to a single factor (such as social media use)…oversimplify the complex etiology and nature of these conditions" and neglect "the confounding role played by the complex array of factors that contribute to mental health problems.'" (paragraph 93).

46.    This is not my argument and never has been. For example, in Twenge (2020a), I wrote, "In addition, it is important to note that most causes of mental health issues (e.g., genetic predisposition) do not change in short periods of time. Thus this discussion is not focused on all possible causes of mental health issues, but instead on what changed in the lives of adolescents while mental health issues among adolescents increased. The rapid and widespread adoption of digital media and their impact on the daily lives of adolescents suggest they may play a role in this increase."

47.    Similarly, in Twenge (2020b), I wrote, "Note that these criteria are focused on possible causes for the increase in depression, not on all of the possible causes of depression, which is an entirely different research question. Many of the major causes of depression are presumably constant over time (for example, genetic predisposition). Thus, even if technology is the primary cause of the increase in teen depression since 2011, it is only one among many causes of depression overall."

48.    Defendants' experts are arguing against a straw man that misstates my position.

### 2.11    Mischaracterization of my position on social media as a cause of the increase in depression

49.    Auerbach writes that "Dr. Twenge's view of specificity is implausible and is not supported in her report. As written, the basic assumption made is that one factor alone has

to drive the increase in mental health disorders." This is also a straw man argument. I do not contend that social media is the *only* cause of the increase in mental health disorders among adolescents; I argue it is a *primary and significant* cause of the increase.

### 2.12    Mischaracterization of effects of the Great Recession (2007-09).

50.    Hampton (paragraph 259) writes, "This evidence overwhelmingly aligns with the conclusion that the Great Recession launched a period where incidence of some measures of mental health and well-being would persistently and progressively worsen over time, for a decade or longer." If the Great Recession had a negative impact on teen mental health, then those effects should appear during the years of the Great Recession and then recede. However, the trends show the opposite: Adolescent depression stayed steady during the years of the Great Recession (2007-09) and did not begin to increase until 2012, five years after the beginning of the recession. Thus, the trends in depression are completely misaligned with economic cycles.

### 2.13    Mischaracterization of my use of Granger causality analyses.

51.    Baiocchi writes that Twenge et al. (2018) shows that I and my co-authors "incorrectly believe(s) Granger-causality can determine which time series precedes another" and that "the model cannot determine which time series precedes the other … the user of the method must input the ordering information into the model" (paragraph 52).

52.    This mischaracterizes how we used the technique. As shown in Table 5 of Twenge et al. (2018), shown below, we examined three different orders for the time series; we did not choose to input only those we hypothesized.

Table 5

*Bivariate Correlations Between Yearly Mean Composite Psychological Well-Being (Happiness and Self-Esteem) and Activities and Economic Indicators, Concurrent and Lagged, 8th and 10th Graders, 2006–2016*

| Activities and indicators | Activity/indicator → Well-being 1 year later | Concurrent | Well-being → Activity/ indicator 1 year later |
|---|---|---|---|
| Screen activities and electronic communication | | | |
| Internet hours | −.93** | −.95*** | −.84** |
| Reading news online | −.83** | −.81** | −.64* |
| Smartphone adoption | −.91** | −.87** | −.72* |
| TV watching hours | .88** | .87** | .83** |
| Nonscreen activities | | | |
| In-person social interaction (composite of six activities) | .93*** | .90** | .78*** |
| Homework hours | −.55 | −.09 | −.06 |
| Sports/exercise | .43 | .81* | .82* |
| Religious services | .54 | .67* | .67* |
| Have a paid job | .71* | .67* | .50 |
| Print media | .87** | .88** | .76** |
| Economic indicators | | | |
| Unemployment | .16 | .28 | .42 |
| DJIA change | .02 | −.20 | −.15 |
| Income inequality | −.76** | −.74*** | −.55 |
| GDP | −.94** | −.90** | −.79** |
| Median household income | .15 | −.22 | −.38 |
| College enrollment | −.02 | −.46 | −.43 |

*Note.* *df* is number of years. DJIA = Dow Jones Industrial Average; GDP = gross domestic product.
* $p < .05$.  ** $p < .01$.  *** $p < .001$.

53.    We were also clear about the conclusions that can be drawn by the method, writing "In Granger causality lagged analyses by year, increases in electronic communication preceded the decline in psychological well-being to a larger extent than trailing it" (p. 12).

54.    Baiocchi's statement that Granger causality analyses cannot determine which time series precedes another is also contradicted by Platt, who writes that Granger causality analyses are "useful for identifying temporal precedence" (paragraph 127). That is indeed how Twenge et al. (2018) used them.

**2.14   Mischaracterization of Hamilton et al. (2024).**

55.    Berman (paragraphs 86-87) states that Hamilton et al. (2024) uses a contemporaneous measure of social media use superior to the retrospective measures used in Twenge et al. (2018). That is incorrect. The measure of social media use in Hamilton was also retrospective, asking adolescents to report the number of hours they spent on social media on average over the last week ("Participants completed the weekly prompt reporting how much time they spent on a typical day in that week on SM," p. 1582). Also, Hamilton et al. (2024) included only 60 adolescents and experienced considerable attrition of the sample between recruitment and study completion (from 346 to 60), which may have biased the results.

-18-

3.     **Correlational studies**

3.1     **Mischaracterization of effect sizes.**

56.     Gotlib describes the linear $r$'s (correlations) between social media use and adverse mental health conditions, which usually range between .10 and .20, as "mild," "small," and/or "negligible" (paragraph 24). However, these $r$'s are comparable to other effect sizes in public health. For example, the linear $r$ between childhood lead exposure and adult IQ is .11 (Reuben et al., 2017). By Gotlib's reasoning, the link between childhood lead exposure and adult IQ is "negligible," and therefore should not be considered important.

57.     Similarly, Platt writes "there is a general consensus that a Cohen's $d$ (an effect size) of .2, .5, and .8 should be considered to represent small, medium, and large effects, respectively " (paragraph 41). Cohen published these guidelines in 1977 and by 1988 had already walked them back, saying they should be used "only when no better basis. . . [was] available" (p. 25). As Funder and Ozer (2019) observe, "The terms small, medium, and large are meaningless in the absence of a frame of reference. They immediately require an answer to at least one of two questions: (a) small, medium, or large compared with what? and (b) small, medium, or large for what purpose?"

58.     There is no longer a consensus in psychology that Cohen's effect size cutoffs are meaningful. Instead, it is increasingly recognized that so-called "small" effects can be practically meaningful, especially if they affect a large population or are cumulative (Funder & Ozer, 2019; Gotz et al., 2022). The $r = .11$ correlation between childhood lead exposure *and* adult IQ is a good example. Social media is another, as the vast majority of adolescents use social media (thus affecting a large population), and they often use social media for hours each day (creating a cumulative effect).

59.     A recent paper came to a similar conclusion, finding that links between early exposure to social media and smartphones were linked to mental health issues in adulthood at such a substantial level that the authors predict "if current trends for increasingly younger smartphone ownership and social media access continue, projections from this data suggest that this factor alone could be responsible for mental distress such as suicidal thoughts, dissociation from reality, and diminished functionings such as emotional controls and resilience in nearly a third of the next generation" (Thiagarajan et al., 2025).

3.2     **Exclusion of relative risk.**

60.     Gotlib relies exclusively on linear $r$ in his report and does not include increases in relative risk (the increase in the number of people with the outcome at different levels of exposure). Linear $r$ provides an incomplete picture of the association between two variables. For example, the linear $r$ between smoking and lung cancer is $r = .06$. Yet smokers are 35 times more likely to get lung cancer than non-smokers (a measure of relative risk). The linear $r$ between wearing a seatbelt and dying in a car accident is $r = .07$, but people who did not wear a seatbelt were 3.5 times more likely to die in a car accident than those who wore a seatbelt (Twenge & Hamilton, 2022).

61.    Similarly, the linear *r* for social media use and depression among girls in the Millennium Cohort Study is *r* = .20 (Twenge & Farley, 2020), but girls who are heavy users of social media are three times more likely than non-users to have clinically significant levels of depressive symptoms in that dataset (Kelly et al., 2019). By ignoring relative risk, Gotlib mischaracterizes the association between social media use and depression as small, failing to acknowledge the large increase in risk from light to heavy use of social media.

### 3.3    Reliance on the misleading statistic "percent variance explained."

62.    Defendant's expert Gotlib repeatedly relies on the "percent variance explained" effect size statistic to describe the association between social media use and depression, including in his summaries (e.g., paragraph 104). For example, he writes, "a correlation coefficient of 0.1 indicates a very weak correlation that accounts for only 1% of the variance in the relationship between the two variables, indicating that 99% of the variance is due to some other factor or factors. Similarly, a correlation of 0.15 accounts for only 2.25% of the variance in the relationship between the two variables, indicating that 97.75% of the variance is due to other factors" (paragraph 104).

63.    Auerbach also uses this formulation, referring to an "association between adolescent social media use and depressive symptoms [that] accounted for less than 1% of the variance. This means that there were other factors that explain the remaining 99% of the variance" (paragraph 70g). "Percent variance explained" is obtained by squaring the linear *r*.

64.    In a seminal paper on evaluating effect size statistics, Funder and Ozer (2019) conclude that "Squaring the *r* [the way percent variance is calculated] is not merely uninformative; for purposes of evaluating effect size, the practice is actively misleading" given its reliance on squared units, a non-standard practice in statistics. "Percent variance explained," Funder and Ozer conclude, "allows writers to disparage certain findings that they find incompatible with their own theoretical predilections."

65.    Experts on effect size have known since at least the 1970s that the "percent variance explained" statistic does not communicate the importance of an effect (Rosnow & Rosenthal, 1989; Rosenthal & Rubin, 1979). For example, the polio vaccine explained less than .01% of the variance in which children got polio, even though those who were not vaccinated were 3.5 times more likely to get polio than those who were vaccinated (Rosnow & Rosenthal, 2003). Based on these findings, Gotlib and Auerbach would conclude that "More than 99.9% of the variation in who gets polio is factors other than the vaccine." They would presumably thus conclude that the polio vaccine was ineffective, when in fact it was highly effective.

66.    I previously made this point in Twenge (2020b) when I wrote: "researchers including Funder and Ozer and Rosnow and Rosenthal have shown that percent variance explained is not a valid measure of practical importance. For example, aspirin explains only 0.0011% of the variance in heart attacks, but those who did not take aspirin were twice as likely to have a heart attack compared to those who took aspirin; this comparison ('twice as likely') is a measure of relative risk, an effect size often used in medicine and clinical contexts."

### 3.4     Reliance on studies with "never" to "every day" measure of social media use.

67.     Gotlib, Platt, Berman, and Auerbach all cite Kreski et al. (2021) as finding no link between social media use and well-being in the nationally representative Monitoring the Future (MtF) survey data.

68.     However, Kreski et al. did not use the measure of social media use in hours in that dataset; instead, they use a measure of social media use ranging from "never" to "every day." By 2016, 83% of 10th graders in MtF used social media every day, severely restricting the range of this variable. It has been known since the 1940s that restriction of range lowers correlations (Thorndike, 1949). Thus, it is not surprising that Kreski et al. finds lower correlations between social media use and depression than the studies cited in my report that rely instead on hours per day of use, which has a considerably larger range of variation. Orben and Przybylski (2019), also often cited for its small effects, also used only the "never" to "every day" measure of social media use in MtF and also did not include the hours per day measure of social media use available in that dataset. Measuring social media use in hours per day, as the studies included in my report did, produces substantially more variation and thus does not suffer from the restriction of range problem.

69.     Daily social media use could involve use of a few minutes, not the many hours a day of heavy use that is associated with elevated risks of depression and self-harm. This measure of social media use from never to every day is useless for determining associations between excessive social media use and mental health issues, especially when the methodologically superior measure of hours per day is available.

### 3.5     Mischaracterization of Orben & Przybylski (2019).

70.     Berman mentions the findings of Orben and Przybylski (2019) on screen time and their conclusion that the effects are "minimal." Platt writes, "Dr. Christakis … correctly notes that the study by Orben and Przybylski is cross-sectional, and that some of the measurement tools used are not optimal. However, this is true of most of the literature on this research question, including other studies that show apparent associations. If Orben and Przybylski cannot be relied on, neither can the bulk of the literature" (paragraph 119).

71.     These statements ignore the many serious issues unique to Orben and Przybylski (2019) that do not appear in other research studies in the literature. The correlational studies cited in my report did not, as Orben and Przybylski did, choose to inexplicably count one scale eight times, include mediators as controls, or blend together results for all screen time including using a computer. This is why researchers such as Semken and Rossell (2022) concluded that Orben and Przybylski's analysis was "severely misleading" and led to "statistically invalid conclusions."

### 3.6     Mischaracterization of associations between measures of well-being or symptoms and clinical diagnoses.

72.     Platt writes, "Studies on which Plaintiffs' experts in many cases rely involve states of mind such as 'happiness,' 'life satisfaction,' or 'well-being' … These

measurements are at best merely an approximation for everyday moods, emotions, other transient states of mind and are not substitutes for clinical diagnoses" (paragraph 99).

73.    Platt is incorrect that these measures are "merely ... transient states of mind" unrelated to clinical diagnoses. Measures of happiness, life satisfaction, and well-being are strongly correlated with the development and prevention of mental disorders, especially depression (Lambert D'raven et al., 2015; Lukat et al., 2017, Ryff and Singer, 1998, Spinhoven et al., 2021; Trumpf et al., 2009; Wood & Tarrier, 2010). These measures are also widely used and generally accepted in research on mental health.

74.    Auerbach makes a similar argument, saying that "The research that Plaintiffs' experts cite tends to measure a variety of outcomes relating to potential changes in symptoms such as affect or mood, and not whether social media use leads to the onset of mental health disorders" (paragraph 70). As noted above, these measures are in fact strongly correlated with depression diagnoses.

75.    Hampton writes that "Plaintiffs' experts ... rely on studies that purportedly assess potential symptoms of mental health disorders as opposed to those that assess diagnosed disorders" (paragraph 482). This also misrepresents the literature, as these measures are strongly correlated with diagnosed disorders; in fact, they are often used to screen for the disorders (Maurer, 2012). Defendants' experts are asking us to believe that measures of depressive symptoms and unhappiness have no association with diagnosed depression, when that is of course not the case.

### 3.7    Effect sizes used in meta-analyses.

76.    Baiocchi writes that "Professor Twenge fails to report on the consensus described in systematic reviews and meta-analyses of the literature on social media use and adolescent mental health" (paragraph 22), noting that I refer to only four meta-analyses. That was by design, as all but one of the meta-analyses in this field have reported only linear $r$, which – as noted above – is inadequate as a sole measure of the importance of an effect size. I did include the one meta-analysis of which I am aware that reported the average relative risk association between social media use and depression (Liu et al., 2022).

## 4.    Experiments

77.    Baiocchi and Berman cite Ferguson (2024) as finding no significant causal effects. However, as I noted in my original report, this paper was found to have numerous errors (Rausch & Haidt, 2024; Stein, 2024). It also combined studies of all lengths, from a few minutes to more than a month. Another set of authors found that social media reduction or abstinence lasting a week or more resulted in a significant improvement in well-being (Thrul et al., 2025).

## 5.    Conclusion

In summary, the Defendants' experts' reports mischaracterize the research literature, exclude relevant information, and misstate my positions. Their reports do not change the opinions expressed in my original report.

# References

Buecker, S., Mund, M., Chwastek, S., Sostmann, M., & Luhmann, M. (2021). Is loneliness in emerging adults increasing over time? A preregistered cross-temporal meta-analysis and systematic review. *Psychological Bulletin, 147*, 787–805.

Cheng, T. S., Ong, K. K., & Biro, F. M. (2022). Trends Toward Earlier Puberty Timing in Girls and Its Likely Mechanisms. *Journal of Pediatric & Adolescent Gynecology, 35*, 527–531.

Clark, D. M. T., Loxton, N. J., & Tobin, S. J. (2015). Declining loneliness over time: Evidence from American colleges and high schools. *Personality & Social Psychology Bulletin, 41*, 78–89.

Cohen, J. (1977). Statistical power analysis for the behavioral sciences (rev. ed.). New York, NY: Academic Press.

Cohen, J. (1988). Statistical power analysis for the behavioral sciences (2nd ed.). Hillsdale, NJ: Erlbaum.

Corredor-Waldron, A., & Currie, J. (2024). To what extent are trends in teen mental health driven by changes in reporting? The example of suicide-related hospital visits. *Journal of Human Resources, 59*, S14–S40.

Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. *Psychology of Popular Media*.

Funder, D. C., & Ozer, D. J. (2019). Evaluating effect size in psychological research: Sense and nonsense. *Advances in Methods and Practices in Psychological Science*.

Götz, F. M., Gosling, S. D., & Rentfrow, P. J. (2022). Small effects: The indispensable foundation for a cumulative psychological science. *Perspectives on Psychological Science, 17*, 205–215.

Haidt, J., & Rausch, Z. (2023, April 19). The teen mental illness epidemic is international, part 2: The Nordic nations. After Babel Substack.

Hamilton, J. L., Dalack, M., Boyd, S. I., Jorgensen, S., Dreier, M. J., Sarna, J., & Brent, D. A. (2024). Positive and negative social media experiences and proximal risk for suicidal ideation in adolescents. *Journal of Child Psychology and Psychiatry, 65*, 1580–1589.

Hisler, G., Twenge, J. M., & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. *Sleep Medicine, 66*, 92-102.

Kelly, Y., Zilanawala, A., Booker, C., & Sacker, A. (2019). Social Media Use and Adolescent Mental Health: Findings from the UK millennium cohort study. *EClinicalMedicine, 6*, 59–68.

Keyes, K. M., Gary, D., O'Malley, P. M., Hamilton, A., & Schulenberg, J. (2019). Recent increases in depressive symptoms among US adolescents: Trends from 1991 to 2018. *Social Psychiatry and Psychiatric Epidemiology, 54*, 987–996.

Klerman, G. L., & Weissman, M. M. (1989). Increasing rates of depression. *JAMA, 261*, 2229-2235.

Knipe, D., John, A., Padmanathan, P., Eyles, E., Dekel, D., Higgins, J. P. T., Bantjes, J., Dandona, R., Macleod-Hall, C., McGuinness, L. A., Schmidt, L., Webb, R. T., & Gunnell, D. (2022). Suicide and self-harm in low- and middle- income countries during the COVID-19 pandemic: A systematic review. *PLOS Global Public Health, 2*, e0000282.

Kreski, N., Platt, J., Rutherford, C., Olfson, M., Odgers, C., Schulenberg, J., & Keyes, K. M. (2021). Social media use and depressive symptoms among United States adolescents. *Journal of Adolescent Health, 68*, 572–579.

Lambert D'raven, L. T., Moliver, N., & Thompson, D. (2015). Happiness intervention decreases pain and depression, boosts happiness among primary care patients. *Primary Health Care Research & Development, 16,* 114–126.

Lewinsohn, P., Rohde, P., Seeley, J., & Fischer, S. (1993). Age-cohort changes in the lifetime occurrence of depression and other mental disorders. *Journal of Abnormal Psychology, 102,* 110-120.

Liu, M., Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). Time spent on social media and risk of depression in adolescents: A dose-response meta-analysis. *International Journal of Environmental Research and Public Health, 19*(9).

Lukat, J., Becker, E. S., Lavallee, K. L., Veld, W. M., & Margraf, J. (2017). Predictors of Incidence, Remission and Relapse of Axis I Mental Disorders in Young Women: A Transdiagnostic Approach. *Clinical Psychology & Psychotherapy, 24,* 322–331.

Maurer, D. M. (2012). Screening for depression. *American Family Physician, 85,* 139-144.

Mojtabai, R., Olfson, M., & Han, B. (2016). National trends in the prevalence and treatment of depression in adolescents and young adults. *Pediatrics, 138*(6).

Newsom, C. R., Archer, R. P., Trumbetta, S., & Gottesman, I. I. (2003). Changes in Adolescent Response Patterns on the MMPI/MMPI-A Across Four Decades. *Journal of Personality Assessment, 81,* 74.

Orben, A., & Przybylski, A. K. (2019). The association between adolescent well-being and digital technology use. *Nature Human Behaviour, 3*, 173–182.

Rapa, L. J., Katsiyannis, A., Scott, S. N., & Durham, O. (2024). School Shootings in the United States: 1997-2022. *Pediatrics, 153*(4).Rausch, Z. (2024, April 11). The girls are not alright: Responses to three challenges to the International Youth Mental Health Crisis. After Babel Substack.

Rausch, Z. (2024, January 3). The youth mental health crisis is international, unless you rely on a flawed international dataset (The GBD). After Babel Substack.

Rausch, Z., & Haidt, J. (2024, September 10). The fundamental flaws of the only meta-analysis of social media reduction experiments (and why it matters), part 2. After Babel Substack.

Reuben, A., Caspi, A., Belsky, D. W., Broadbent, J., Harrington, H., Sugden, K., Houts, R. M., Ramrakha, S., Poulton, R., & Moffitt, T. E. (2017). Association of childhood blood lead levels with cognitive function and socioeconomic status at age 38 years and with IQ change and socioeconomic mobility between childhood and adulthood. *JAMA, 317*, 1244–1251.

Rosenthal, R., & Rubin, D. B. (1979). A note on percent variance explained as a measure of the importance of effects. Journal of Applied Social Psychology, 9(5), 395–396. https://doi.org/10.1111/j.1559-1816.1979.tb02713.x

Rosnow, R. L., & Rosenthal, R. (1989). Definition and interpretation of interaction effects. Psychological Bulletin, 105, 143–146.

Rosnow, R. L., & Rosenthal, R. (2003). Effect sizes for experimenting psychologists. Canadian Journal of Experimental Psychology, 57, 221–237.

Ryff, C. D., & Singer, B. (1998). The Contours of Positive Human Health. *Psychological Inquiry, 9*, 1.

Semken, C., & Rossell, D. (2022). Specification analysis for technology use and teenager well-being: Statistical validity and a Bayesian proposal. *Journal of the Royal Statistical Society: Series C (Applied Statistics), 71*, 1330–1355.

Sewall, C. J. R., & Parry, D. A. (2024). Social media and youth mental health: Simple narratives

produce biased interpretations. *Journal of Psychopathology and Clinical Science, 133*, 507–514.

Spinhoven, P., Elzinga, B. M., Penninx, B. W. J. H., & Giltay, E. J. (2021). Temporal relationships between happiness and psychiatric disorders and their symptom severity in a large cohort study: The Netherlands Study of Depression and Anxiety (NESDA). *BMC Psychiatry, 21*.

Stein, D. (2024, October 4). The fundamental flaws of the only meta-analysis of social media reduction experiments (and why it matters), Part 3. After Babel Substack.

Stephens-Davidowitz, S. (2016). Fifty states of anxiety. *New York Times*.

Thiagarajan, T. C., Newson, J. J., & Swaminathan, S. (2025). Protecting the developing mind in a digital age: A global policy imperative. *Journal of Human Development and Capabilities*, 26, 493-504.

Thorndike, R. L. (1949). *Personnel selection: Test and measurement techniques*. Wiley.

Thrul, J., Devkota, J., AlJuboori, D., Regan, T., Alomairah, S., & Vidal, C. (2025). Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. *Psychological of Popular Media*.

Trumpf, J., Becker, E. S., Vriends, N., Meyer, A. H., & Margraf, J. (2009). Rates and predictors of remission in young women with specific phobia: A prospective community study. *Journal of Anxiety Disorders, 23*, 958–964.

Twenge, J. M. (2000). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. *Journal of Personality and Social Psychology, 79,* 1007-1021.

Twenge, J. M. (2015). Time period and birth cohort differences in depressive symptoms in the U.S., 1982-2013. *Social Indicators Research, 121,* 437-454.

Twenge, J. M. (2020a). Increases in depression, self-harm, and suicide among U.S. adolescents after 2012 and links to technology use: Possible mechanisms. *Psychiatric Research & Clinical Practice*, 2, 19-25.

Twenge, J. M. (2020b). Why increases in adolescent depression may be linked to the technological environment. *Current Opinion in Psychology*, *32*, 89-94.

Twenge, J. M. (2017). *iGen: Why Today's Super-Connected Kids Are Growing Up Less Rebellious, More Tolerant, Less Happy – and Completely Unprepared for Adulthood*. New York: Atria Books.

Twenge, J. M. (2025). *Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future*. 2nd edition (paperback). New York: Atria Books.

Twenge, J. M., Cooper, A. B., Joiner, T. E., Duffy, M. E., & Binau, S. G. (2019a). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. *Journal of Abnormal Psychology, 128*, 185-199.

Twenge, J. M., & Farley, E. (2020). Not all screen time is created equal: Associations with mental health vary by activity and gender. *Social Psychiatry and Psychiatric Epidemiology, 56*, 207-217.

Twenge, J. M., Gentile, B., DeWall, C. N., Ma, D. S., Lacefield, K., & Schurtz, D. R. (2010). Birth cohort increases in psychopathology among young Americans, 1938-2007: A cross-temporal meta-analysis of the MMPI. *Clinical Psychology Review, 30,* 145-154.

Twenge, J. M., & Hamilton, J. L. (2022). Linear correlation is insufficient as the sole measure of associations: The case of technology use and mental health. *Acta Psychologica*, *229*, e103696.

Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. *Emotion*, *18*, 765-780.

Twenge, J. M., Martin, G. N., & Spitzberg, B. H. (2019b). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. *Psychology of Popular Media Culture*, *8*, 329-345.

Twenge, J. M., Spitzberg, B. H., & Campbell, W. K. (2019c). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. *Journal of Social and Personal Relationships*, *36*, 1892-1913.

Victor, S., & Thorup, A. A. E. (2021). Demographic trends in a paediatric psychiatric emergency room in Copenhagen. Danish Medical Journal, 68, A10200785.

Vuorre, M., & Przybylski, A. K. (2024). Global well-being and mental health in the Internet age. *Clinical Psychological Science, 12*, 917–935.

Wang, Z., Asokan, G., Onnela, J.-P., Baird, D. D., Jukic, A. M. Z., Wilcox, A. J., Curry, C. L., Fischer-Colbrie, T., Williams, M. A., Hauser, R., Coull, B. A., & Mahalingaiah, S. (2024). Menarche and Time to Cycle Regularity Among Individuals Born Between 1950 and 2005 in the US. *JAMA Network Open, 7*, e2412854.

Wood, A. M., & Tarrier, N. (2010). Positive Clinical Psychology: A new vision and strategy for integrated research and practice. *Clinical Psychology Review, 30*, 819–829

Jean M. Twenge, Ph.D. Report

# EXHIBIT A

*Curriculum Vitae*

# JEAN M. TWENGE
Curriculum Vitae
May, 2025

Dept. of Psychology
San Diego State University
5500 Campanile Drive
San Diego, CA 92182-4611
E-mail: jtwenge@sdsu.edu

## EDUCATION
Ph.D.  in Psychology, University of Michigan, Ann Arbor, 1998
> Honors: National Science Foundation Graduate Fellowship, Rackham Dissertation Fellowship

M.A., Social Sciences, University of Chicago, 1993
B.A., Psychology and Sociology, University of Chicago, 1993
> Honors: Phi Beta Kappa, National Merit Scholarship, College Honors Scholarship, Alumni Association Award for Extracurricular Achievements

## EMPLOYMENT HISTORY
Visiting Professor, University of Florida, Department of Psychology, 2025
Professor, San Diego State University, Department of Psychology, 2009-present
Associate Professor, San Diego State University, Department of Psychology, 2005-2009
Assistant Professor, San Diego State University, Department of Psychology, 2001-2005
Post-Doctoral Researcher, Case Western Reserve University, 1999-2001
Visiting Assistant Professor, Gustavus Adolphus College, Department of Psychology, 1998

## GRANTS FUNDED
Russell Sage Foundation grant, Co-PI. Title: The effect of the Great Recession on young people's values and behaviors. Project # 92-12-04. Funding period January 2012-January 2014.

National Institutes of Health M-RISP program grant. Title: Social exclusion, emotion regulation, self-control, and impulsive behavior: Testing a mediational model. Grant number: 1 R24 MH65515. Funding period April 2003-February 2006.

National Institutes of Health Individual Post-Doctoral National Research Service Award. Title: The effects of social rejection on behavior. Grant number: 1 F32 MH12329. Funding period May 2000-August 2001.

**PUBLICATIONS  (Total = 195)**
Scopus *h* index = 85
Scopus total citations = 29,488
Google Scholar *h* index = 112
Google Scholar total citations = 90,321
**Clarivate Analytics highly cited list (top .1%), 2021, 2022, 2023, 2024**

## 1. Authored books (17)

17. **Twenge, J. M.,** & Campbell, W. K. (2026). *Personality Psychology: Understanding Yourself and Others*. 3rd Edition. (undergraduate textbook). Upper Saddle River, NJ: Pearson Education.

16. **Twenge, J. M.** (2025). *10 Rules for Raising Kids in a High-Tech World*. New York: Atria Books.

15. Myers, D. G., & **Twenge, J. M.** (2025). *Social Psychology*. 15th edition. (undergraduate textbook). New York: McGraw-Hill Education.

14. **Twenge, J. M.** (2025). *Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future*. 2nd edition (paperback). New York: Atria Books.

13. **Twenge, J. M.** (2023). *Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future*. New York: Atria Books. Approximate number of copies sold: 83,000

12. Myers, D. G., & **Twenge, J. M.** (2022). *Social Psychology*. 14th edition. (undergraduate textbook). New York: McGraw-Hill Education.

11. Myers, D. G., & **Twenge, J. M.** (2021). *Exploring Social Psychology*. 9th edition. (undergraduate textbook). New York: McGraw-Hill Education.

10. **Twenge, J. M.,** & Campbell, W. K. (2019). *Personality Psychology: Understanding Yourself and Others*. 2nd Edition. (undergraduate textbook). Upper Saddle River, NJ: Pearson Education.

9. Myers, D. G., & **Twenge, J. M.** (2018). *Social Psychology*. 13th edition. (undergraduate textbook). New York: McGraw-Hill Education.

8. **Twenge, J. M.** (2017). *iGen: Why Today's Super-Connected Kids Are Growing Up Less Rebellious, More Tolerant, Less Happy – and Completely Unprepared for Adulthood*. New York: Atria Books. Approximate number of copies sold: 173,000

7. Myers, D. G., & **Twenge, J. M.** (2017). *Exploring Social Psychology*. 8th edition. (undergraduate textbook) New York: McGraw-Hill Education.

6. **Twenge, J. M.,** & Campbell, W. K. (2016). *Personality Psychology: Understanding Yourself and Others*. (undergraduate textbook). Upper Saddle River, NJ: Pearson Education.

5. Myers, D. G., & **Twenge, J. M.** (2015). *Social Psychology*. 12th edition. (undergraduate textbook). New York: McGraw-Hill Education.

4. **Twenge, J. M.** (2014). *Generation Me: Why Today's Young Americans Are More Confident, Assertive, Entitled--and More Miserable Than Ever Before.* 2nd edition. New York: Atria Books. Approximate number of copies sold: 12,000

3. **Twenge, J. M.** (2012). *The Impatient Woman's Guide to Getting Pregnant*. New York: Atria Books. Approximate number of copies sold: 86,000

2. **Twenge, J.M.**, & Campbell, W. K. (2009). *The Narcissism Epidemic: Living in the Age of Entitlement.* New York: Atria Books. Approximate number of copies sold: 90,000

1. **Twenge, J. M.** (2006). *Generation Me: Why Today's Young Americans Are More Confident, Assertive, Entitled--and More Miserable Than Ever Before.* New York: Free Press. Approximate number of copies sold: 134,000

## 2. Journal articles (148)
*Student authors in italics*

148. McGorry, P. D., Mei, C., Dalal, N., Alvarez-Jimenez, M., Blakemore, S.-J., Browne, V., Dooley, B., Hickie, I. B., Jones, P. B., McDaid, D., Mihalopoulos, C., Wood, S. J., El Azzouzi, F. A., Fazio, J., Gow, E., Hanjabam, S., Hayes, A., Morris, A., Pang, E., **Twenge, J. M.**… Killackey, E. (2024). The Lancet Psychiatry Commission on youth mental health. ***The Lancet Psychiatry, 11***, P731–774. (Times cited: 85)

147. **Twenge, J. M.**, Wells, B. E., *Le, J., &* Rider, G. N. (2024). Increases in self-identifying as transgender among U.S. adults, 2014-2022. ***Sexuality Research and Social Policy.*** (Times cited: 5)

146. **Twenge, J. M.**, Wells, B. E., & *Le, J.* (2024). Increases in LGB identification among U.S. adults, 2014-2021. ***Sexuality Research and Social Policy, 21,*** 863-878. (Times cited: 8)

145. Walsh, L. C., *Regan, A.,* **Twenge, J. M.,** & Lyubomirsky, S. (2023). What is the optimal way to give thanks? Comparing the effects of gratitude expressed privately, one-to-one via text, or publicly on social media. ***Affective Science***, *4*, 82-91. (Times cited: 18)

144. *Boer, M.,* Cosma, A., **Twenge, J. M.**, Inchley, J., Jericek Kalnscek, H., & Stevens, G. W. J. M. (2023). National-level schoolwork pressure, family structure, internet use, and obesity as drivers of time trends in adolescent psychological complaints between 2002 and 2018. ***Journal of Youth and Adolescence, 52***, 2061-2077. (Times cited: 25)

143. *Udupa, N. S.*, **Twenge, J. M.**, *McAllister, C.,* & Joiner, T. E. (2023). Increases in poor mental health, mental distress, and depression symptoms among U.S. adults, 1993–2020. ***Journal of Mood and Anxiety Disorders***, 100013. (Times cited: 15)

142. **Twenge, J. M.,** & Hamilton, J. L. (2022). Linear correlation is insufficient as the sole measure of associations: The case of technology use and mental health. ***Acta Psychologica***, *229*, e103696. (Times cited: 5)

141. *Robertson, L.,* **Twenge, J. M.,** Joiner, T. E., & Cummins, K. (2022). Associations between screen time and internalizing disorder diagnoses among 9- to 10-year-olds. ***Journal of Affective Disorders***, *311*, 530-537. (Times cited: 14)

140. Krokstad, S., Weiss, D., Rangul, V., Kvaloy, K., Ingul, J., **Twenge, J.,** & Sund, E. (2022). Divergent decennial trends in mental health according to age reveal poorer mental health for young people: Repeated cross-sectional population-based surveys from the HUNT Study, Norway. ***BMJ Open***, *12*, e057654. (Times cited: 58)

139. **Twenge, J. M.,** Haidt, J., *Lozano, J.,* & Cummins, K. M. (2022). Specification curve analysis shows that social media use is linked to poor mental health, especially among girls. ***Acta Psychologica***, 224, 103512. (Times cited: 76)

138. *Tong, B.,* Devendorf, A., Panaite, V., Miller, R., Kashdan, T. B., Joiner, T. E., **Twenge, J. M.,** Karver, M., Janakiraman, R., & Rottenberg, J. (2022). Future well-being among United States youth who attempted suicide and survived. ***Behavior Therapy***, 53, 481-491. (Times cited: 4)

137. *Shawcroft, J., Gale, M.,* Coyne, S. M., **Twenge, J. M.,** Carroll, J., Wilcox, B., & James, S. (2022). Teens, screens, and quarantine: An analysis of adolescent media use and mental health prior to and during Covid-19. ***Heliyon***, 8, e09898. (Times cited: 5)

136. **Twenge, J. M.,** & Cooper, A. B. (2022). The expanding class divide in happiness in the United States, 1972-2016. ***Emotion***, 22, 701-713. (Times cited: 13)

135. **Twenge, J. M.,** Haidt, J., *Blake, A. B., McAllister, C., Lemon, H.,* & *LeRoy, A.* (2021). Worldwide increases in adolescent loneliness. ***Journal of Adolescence***, *93*, 257-269. (Times cited: 172)

134. *McAllister, C.,* Hisler, G. C., *Blake, A. B.,* **Twenge, J. M.,** *Farley, E.,* & Hamilton, J. L. (2021). Associations between adolescent depression and self-harm behaviors and screen media use in a nationally representative time-diary study. ***Research on Child and Adolescent Psychopathology,*** *49*, 1623-1634. (Times cited: 20)

133. Hisler, G. C., & **Twenge, J. M.** (2021). Sleep characteristics of U.S. adults before and during the COVID-19 pandemic. ***Social Science & Medicine***, 276, 113849. (Times cited: 55)

132. **Twenge, J. M.**, & *Blake, A. B.* (2021). Increased support for same-sex marriage in the U.S.: Disentangling age, period, and cohort effects. ***Journal of Homosexuality***, 68, 1774-1784. (Times cited: 28)

131. Twenge, J. M., *McAllister, C.,* & Joiner, T. E. (2021). Anxiety and depressive symptoms in U.S. Census Bureau assessments of adults: Trends from 2019 to fall 2020 across demographic groups. ***Journal of Anxiety Disorders***, 83, 102455. (Times cited: 30)

130. **Twenge, J. M.**, Konrath, S. H., Cooper, A. B., Foster, J. D., Campbell, W. K., & *McAllister, C.* (2021). Egos deflating with the Great Recession: A cross-temporal meta-analysis and within-campus analysis of the Narcissistic Personality Inventory, 1982-2016. ***Personality and Individual Differences***, 179, 110947. (Times cited: 9)

129. **Twenge, J. M.,** & *Farley, E.* (2021). Not all screen time is created equal: Associations with mental health vary by activity and gender. ***Social Psychiatry and Psychiatric Epidemiology***, *56*, 207-217. (Times cited: 149)

128. **Twenge, J. M.,** & Joiner, T. E. (2020). U.S. Census Bureau-assessed prevalence of anxiety and depressive symptoms in 2019 and during the 2020 COVID-19 pandemic. ***Depression and Anxiety, 37***, 954-956. (Times cited: 333)

127. Hisler, G. C., Hasler, B. P., Franzen, P. L., Clark, D. B., & **Twenge, J. M.** (2020). Screen media use and sleep disturbance symptom severity in children. ***Sleep Health***, *6*, 731-742. (Times cited: 28)

126. **Twenge, J. M.,** Haidt, J., Joiner, T. E., & Campbell, W. K. (2020). Underestimating digital media harm. ***Nature Human Behavior***, *4*, 346-348. (Times cited: 93)

125. **Twenge, J. M.,** & Joiner, T. E. (2020). Mental distress among U.S. adults during the COVID-19 pandemic. ***Journal of Clinical Psychology***, *76*, 2170-2182. (Times cited: 217)

124. **Twenge, J. M.,** & Spitzberg, B. H. (2020). Declines in non-digital social interaction among Americans, 2003-2017. ***Journal of Applied Social Psychology***, 50, 363-367. (Times cited: 31)

123. **Twenge, J. M.** (2020). Possible reasons Americans are not having sex as much as they used to. ***JAMA Network Open***, 3(6), pp. e203889. (Times cited: 6)

122. *Hisler, G.*, **Twenge, J. M.,** & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. ***Sleep Medicine***, *66*, 92-102. (Times cited: 82)

121. Twenge, J. M. (2020). Increases in depression, self-harm, and suicide among U.S. adolescents after 2012 and links to technology use: Possible mechanisms. ***Psychiatric Research & Clinical Practice***, 2, 19-25. (Times cited: 133)

120. Twenge, J. M., & *Martin, G. N.* (2020). Gender differences in associations between digital media use and psychological well-being: Evidence from three large datasets. ***Journal of Adolescence***, *79*, 91-102. (Times cited: 294)

119. **Twenge, J. M**., Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2020). Considering all of the data on digital media use and depressive symptoms: Response to Ophir et al. ***Clinical Psychological Science***, *6*, 456-457. (Times cited: 9)

118. **Twenge, J. M.,** *Blake, A. B.,* Haidt, J., & Campbell, W. K. (2020). Commentary: Screens, teens, and psychological well-being: Evidence from three time-use-diary studies. ***Frontiers in Psychology***. https://doi.org/10.3389/fpsyg.2020.00181 (Times cited: 13)

117. **Twenge, J. M.** (2020). Why increases in adolescent depression may be linked to the technological environment. ***Current Opinion in Psychology***, *32*, 89-94. (Times cited: 108)

116. *Duffy, M. E.,* **Twenge, J. M.,** & Joiner, T. E. (2019). Trends in mood and anxiety symptoms and suicide-related outcomes among US undergraduates, 2007-2018: Evidence from two national surveys. ***Journal of Adolescent Health***, 65, 590-598. (Times cited: 383)

115. **Twenge, J. M.,** *Martin, G. N.,* & Spitzberg, B. H. (2019). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. ***Psychology of Popular Media Culture***, *8*, 329-345. (Times cited: 434)

114. **Twenge, J. M.** (2019). More time on technology, less happiness? Associations between digital media use and psychological well-being. ***Current Directions in Psychological Science***, *28*, 372-379. (Times cited: 160)

113. **Twenge, J. M.**, Campbell, W. K., & Sherman, R. A. (2019). Declines in vocabulary among American adults within levels of educational attainment, 1974-2016. ***Intelligence***, *76*, 101377. (Times cited: 11)

112. Grubbs, J. B, Exline, J. J., Campbell, W. K., *McCain, J.,* & **Twenge, J. M.** (2019). Emerging adult reactions to labeling regarding age-group differences in narcissism and entitlement. ***PLoS ONE***, 0215637. (Times cited: 18)

111. **Twenge, J. M.,** & Campbell, W. K. (2019). Digital media use is linked to lower psychological well-being: Evidence from three datasets. ***Psychiatric Quarterly,*** *90*, 311-331. (Times cited: 187)

110. **Twenge, J. M.**, Spitzberg, B. H., & Campbell, W. K. (2019). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. ***Journal of Social and Personal Relationships***, *36*, 1892-1913. (Times cited: 291)

109. **Twenge, J. M.,** *Hisler, G. C.,* & Krizan, Z. (2019). Associations between screen time and sleep duration are primarily driven by portable electronic devices: Evidence from a population-based study of U.S. children ages 0 to 17. ***Sleep Medicine***, *56*, 211-218. (Times cited: 103)

108. **Twenge, J. M.**, Cooper, A. B., Joiner, T. E., *Duffy, M. E*., & *Binau, S. G.* (2019). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a

nationally representative dataset, 2005-2017. *Journal of Abnormal Psychology, 128*, 185-199. (Times cited: 920)

107. **Twenge, J. M.,** & Park, H. (2019). The decline in adult activities among U.S. adolescents, 1976-2016. *Child Development, 90*, 638-654. (Times cited: 161)

106. Grubbs, J.B., Exline, J.J., Campbell, W.K., Pargament, K.I., & **Twenge, J. M.** (2018). God owes me: The role of divine entitlement in predicting struggles with a deity. *Psychology of Religion and Spirituality, 10,* 356-367. (Times cited: 13)

105. **Twenge, J. M.,** & Campbell, W. K. (2018). Associations between screen time and lower psychological well-being among children and adolescents: Evidence from a population-based study. *Preventative Medicine Reports, 12,* 271-283. (Times cited: 482)

104. **Twenge, J. M.,** *Martin, G. N.,* & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. *Emotion, 18*, 765-780. (Times cited: 414)

103. **Twenge, J. M.**, Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2018). Amount of time online is problematic if it displaces face-to-face social interaction and sleep. *Clinical Psychological Science*, 6, 456-457. (Times cited: 12)

102. **Twenge, J. M.,** & Campbell, W. K. (2018). Cultural individualism is linked to later onset of adult-role responsibilities across time and regions. *Journal of Cross-Cultural Psychology*, 49, 673-682. (Times cited: 11)

101. **Twenge, J. M.**, Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2018). Digital media may explain a substantial portion of the rise in depressive symptoms among adolescent girls: Response to Daly. *Clinical Psychological Science*, 6, 296-297. (Times cited: 11)

100. **Twenge, J. M.**, Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2018). Increases in depressive symptoms, suicide-related outcomes, and suicide rates among U.S. adolescents after 2010 and links to increased new media screen time. *Clinical Psychological Science*, 6, 3-17. (Times cited: 945)

99. *Wegman, L. A.,* Hoffman, B. J., Carter, N. T., **Twenge, J. M.,** & *Guenole, N.* (2018). Placing job characteristics in context: Cross-temporal meta-analysis of changes in job characteristics since 1975. *Journal of Management*, 44, 352-386. (Times cited: 119)

98. **Twenge, J. M.**, Krizan, Z., & *Hisler, G.* (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and links to new media screen time. *Sleep Medicine*, 39, 47-53. (Times cited: 181)

97. **Twenge, J. M.**, Sherman, R. A., & Wells, B. E. (2017). Declines in sexual frequency among American adults, 1989-2014. *Archives of Sexual Behavior*, 46, 2389-2401. (Times cited: 120)

96. **Twenge, J. M**., *VanLandingham, H.,* & Campbell, W. K. (2017). The seven words you can never say on television: Increases in the use of swear words in American books 1950-2008. ***Sage Open***. (Times cited: 23)

95. Park, H., Greenfield, P M., & **Twenge, J. M.** (2017). American undergraduate students' value development during the Great Recession. ***International Journal of Psychology***, *52*, 28-39. (Times cited: 16)

94. *Donnelly, K.,* & **Twenge, J. M.** (2017). Masculine and feminine traits on the Bem Sex-Role Inventory, 1993-2012: A cross-temporal meta-analysis. ***Sex Roles,*** *76*, 556-565. (Times cited: 220)

93. Campbell, W. K., **Twenge, J. M.,** & Carter, N. (2017). Support for marijuana (cannabis) legalization: Untangling age, period, and cohort effects. ***Collabra: Psychology,*** 3(1), 2. (Times cited: 13)

92. Campbell, S. M., Campbell, W. K., & **Twenge, J. M.** (2017). Fuzzy but useful constructs: Making sense of the differences between generations. ***Work, Aging, and Retirement***, *3*, 130-139. (Times cited: 51)

91. **Twenge, J. M.,** Carter, N, T., & Campbell, W. K. (2017). Age, time period, and birth cohort differences in self-esteem: Reexamining a cohort-sequential longitudinal study. ***Journal of Personality and Social Psychology***, *112*, e9-e17. (Times cited: 51)

90. **Twenge, J. M.**, Sherman, R. A., & Wells, B. E. (2017). Sexual inactivity during young adulthood is more common among U.S. Millennials and iGen: Age, period, and cohort effects on having no sexual partners after age 18. ***Archives of Sexual Behavior,*** 46, 433-440. (Times cited: 79)

89. **Twenge, J. M.,** *Dawson, L.,* & Campbell, W. K. (2016). Still standing out: Children's names in the U.S. during the Great Recession and correlations with economic indicators. ***Journal of Applied Social Psychology,*** *46*, 663-670. (Times cited: 32)

88. **Twenge, J. M.,** *Honeycutt, N.,* Prislin, R., & Sherman, R. A. (2016). More polarized but more Independent: Political party identification and ideological self-categorization among U.S. adults, college students, and late adolescents, 1970-2015. ***Personality and Social Psychology Bulletin,*** *42*, 1364-1383. (Times cited: 70)

87. **Twenge, J. M.,** & *Donnelly, K*. (2016). Generational differences in American students' reasons for going to college, 1971-2014: The rise of extrinsic motives. ***Journal of Social Psychology***, 156, 620-629. (Times cited: 34)

86. **Twenge, J. M.,** Sherman, R. A., & Wells, B. E. (2016). Changes in American adults' reported same-sex sexual experiences and attitudes. ***Archives of Sexual Behavior,*** *45*, 1713-1730. (Times cited: 147)

85. **Twenge, J. M.,** Sherman, R. A., & Lyubomirsky, S. (2016). More happiness for young people and less for mature adults: Time period differences in subjective well-being in the

United States, 1972-2014. *Social Psychological and Personality Science, 7,* 131-141. (Times cited: 47)

84. **Twenge, J. M.,** Sherman, R. A., Exline, J. J., & *Grubbs, J. B.* (2016). Declines in American adults' religious participation and beliefs, 1972-2014. *Sage Open*, 1-13. (Times cited: 55)

83. *Donnelly, K.,* **Twenge, J. M.,** Clark, M. A., *Shaikh, S., Beiler-May, A.,* & Carter, N. T. (2016). Attitudes toward women's work and family roles in the United States, 1976-2013. *Psychology of Women Quarterly, 40,* 41-54. (Times cited: 153)

82. Leckelt, M., Back, M. D., Foster, J. D., Hutteman, R., Jaeger, G., *McCain, J.,* **Twenge, J. M.,** & Campbell, W. K. (2016). Entering adulthood in a recession tempers later narcissism – but only in men. *Journal of Research in Personality*, 60, 8-11. (Times cited: 15)

81. **Twenge, J. M.,** Sherman, R. A., & Wells, B. E. (2015). Changes in American adults' sexual behavior and attitudes. *Archives of Sexual Behavior, 44*, 2273-2285. (Times cited: 271)

80. Campbell, W. K., Campbell, S., *Siedor, L. E.,* & Twenge, J. M. (2015). Generational differences are real and useful. *Industrial and Organizational Psychology: Perspectives on Science and Practice, 8,* 324-331. (Times cited: 90)

79. **Twenge, J.M.,** Carter, N. T., & Campbell, W. K. (2015). Time period, generational, and age differences in tolerance for controversial beliefs and lifestyles in the U.S., 1972-2012. *Social Forces, 94,* 379-399. (Times cited: 61)

78. **Twenge, J. M.,** Exline, J. J., *Grubbs, J. B., Sastry, R.,* & Campbell, W. K. (2015). Generational and time period differences in American adolescents' religious orientation, 1966-2014. *PLoS ONE*, 10 (5): e0121454. (Times cited: 86)

77. **Twenge, J. M.** (2015). Time period and birth cohort differences in depressive symptoms in the U.S., 1982-2013. *Social Indicators Research, 121,* 437-454. (Times cited: 112)

76. Jackson, B., Richman, L. S., *LaBelle, O., Lempereur, M. S.,* & **Twenge, J. M.** (2015). Experimental evidence that low social status is most toxic to well-being when internalized. *Self and Identity, 14,* 157-172. (Times cited: 14)

75. **Twenge, J. M.,** Campbell, W. K., & Carter, N. T. (2014). Declines in trust in others and confidence in institutions among American adults and late adolescents, 1972-2012. *Psychological Science, 25*, 1914-1923. (Times cited: 170)

74. **Twenge, J. M.,** Miller, J. D., & Campbell, W. K. (2014). The narcissism epidemic: Commentary on "Modernity and Narcissistic Personality Disorder." *Personality Disorders: Theory, Research, and Treatment, 5,* 227-229. (Times cited: 33)

73. *Grubbs, J. B.,* Exline, J. J., & **Twenge, J. M.** (2014). Psychological entitlement and ambivalent sexism: Understanding the role of entitlement in predicting two forms of sexism. *Sex Roles, 70,* 209-220. (Times cited: 34)

72. *Park, H.,* **Twenge, J. M.,** & Greenfield, P. M. (2014). The Great Recession: Implications for adolescent values and behavior. ***Social Psychological and Personality Science, 5,*** 310-318. (Times cited: 68)

71. **Twenge, J. M.,** & Kasser, T. (2013). Generational changes in materialism and work centrality, 1976-2007: Associations with temporal changes in societal insecurity and materialistic role-modeling. ***Personality and Social Psychology Bulletin, 39,*** 883-897. (Times cited: 187)

70. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2013). Changes in pronoun use in American books and the rise of individualism, 1960-2008. ***Journal of Cross-Cultural Psychology, 44,*** 406-415. (Times cited: 108)

69. **Twenge, J. M.** (2013). Overwhelming evidence for Generation Me: A reply to Arnett. ***Emerging Adulthood, 1,*** 21-26. (Times cited: 11)

68. **Twenge, J. M.** (2013). The evidence for Generation Me and against Generation We. ***Emerging Adulthood,*** *1*, 11-16. (Times cited: 130)

67. **Twenge, J. M.** (2013). Does online social media lead to social connection or social disconnection? ***Journal of College and Character,*** *14,* 11-20.

66. **Twenge, J. M.** (2013). Teaching Generation Me. ***Teaching of Psychology,*** *40*, 66-69. (Times cited: 40)

65. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2012). Male and female pronoun use in U.S. books reflects women's status, 1900-2008. ***Sex Roles,*** *67,* 488-493. (Times cited: 58)

64. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2012). Generational increases in agentic self-evaluations among American college students, 1966-2009. ***Self and Identity,*** *11,* 409-427. (Times cited: 128)

63. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2012). Increases in individualistic words and phrases in American books, 1960-2008. ***PLoS ONE,*** *7,* e40181. (Times cited: 117)

62. *Gentile, B.,* **Twenge, J. M.,** *Freeman, E. C.,* & Campbell, W. K. (2012). The effect of social networking websites on positive self-views: An experimental investigation. ***Computers in Human Behavior, 28,*** 1929-1933. (Times cited: 145)

61. **Twenge, J.M.,** Campbell, W.K., & *Freeman, E. C.* (2012). Generational differences in young adults' life goals, concern for others, and civic orientation, 1966-2009. ***Journal of Personality and Social Psychology,*** *102*, 1045-1062. (Times cited: 449)

60. **Twenge, J. M.** (2011). Generational differences in mental health: Are children and adolescents suffering more, or less? ***American Journal of Orthopsychiatry,*** *81*, 469-472. (Times cited: 55)

59. Jackson, B., **Twenge, J. M.,** *Souza, C., Chiang, J.*, & Goodman, E. (2011). Low subjective social status promotes ruminative coping. ***Journal of Applied Social Psychology****, 41,* 2434-2456. (Times cited: 8)

58. DeWall, C. N., *Pond, R. S.,* Campbell, W. K., & **Twenge, J. M.** (2011). Tuning in to psychological change: Linguistic markers of psychological traits and emotions over time in popular U.S. song lyrics. ***Psychology of Aesthetics, Creativity, and the Arts****, 5,* 200-207. (Times cited: 166)

57. **Twenge, J. M.** (2011). The duality of individualism: Attitudes toward women, Generation Me, and the method of cross-temporal meta-analysis. ***Psychology of Women Quarterly, 35,*** 193-196. (Times cited: 24)

56. DeWall, C. N., **Twenge, J. M.,** Baumeister. R. F., Koole, S. L., *Marquez, A.,* & *Reid, M.* W. (2011). Automatic emotion regulation after social exclusion: Tuning to positivity. ***Emotion, 11,*** 623-636. (Times cited: 105)

55. **Twenge, J. M.,** Campbell, S. M., Hoffman, B. R., & Lance, C. E. (2010). Generational differences in work values: Leisure and extrinsic values increasing, social and intrinsic values decreasing. ***Journal of Management****, 36,* 1117-1142. (Times cited: 957)

54. *Gentile, B.,* **Twenge, J. M.,** & Campbell, W. K. (2010). Birth cohort differences in self-esteem, 1988-2008: A cross-temporal meta-analysis. ***Review of General Psychology****, 14,* 261-268. (Times cited: 127)

53. **Twenge, J. M.** (2010). A review of the empirical evidence on generational differences in work attitudes. ***Journal of Business and Psychology****, 25*, 201-210. (Times cited: 556)

52. DeWall, C. N., **Twenge, J. M.,** Bushman, B. J., *Im, C.,* & Williams, K. D. (2010). A little acceptance goes a long way: Applying social impact theory to the rejection-aggression link. ***Social Psychological and Personality Science****, 1,* 168-174. (Times cited: 108)

51. **Twenge, J. M.,** *Gentile, B.,* DeWall, C. N., *Ma, D. S., Lacefield, K.,* & *Schurtz, D. R.* (2010). Birth cohort increases in psychopathology among young Americans, 1938-2007: A cross-temporal meta-analysis of the MMPI. ***Clinical Psychology Review****, 30,* 145-154. (Times cited: 381)

50. **Twenge, J. M.,** & Campbell, W. K. (2010). Birth cohort differences in the Monitoring the Future dataset and elsewhere: Further evidence for Generation Me. ***Perspectives on Psychological Science****, 5,* 81-88. (Times cited: 75)

49. **Twenge, J. M.,** & Foster, J. D. (2010). Birth cohort increases in narcissistic personality traits among American college students, 1982-2009. ***Social Psychological and Personality Science****, 1*, 99-106. (Times cited: 307)

48. **Twenge, J. M.,** *Abebe, E. M.,* & Campbell, W. K. (2010). Fitting in or standing out: Trends in American parents' choices for children's names, 1880-2007. ***Social Psychological and Personality Science,*** *1,* 19-25. (Times cited: 121)

47. **Twenge, J. M. (**2009**)**. Status and gender: The paradox of progress in an age of narcissism. ***Sex Roles,*** *61,* 338-340. (Times cited: 32)

46. **Twenge, J. M.** (2009). Generational changes and their impact in the classroom: Teaching Generation Me. ***Medical Education,*** *43,* 398-405. (Times cited: 253)

45. *Gentile, B.,* Grabe, S., *Dolan-Pascoe, B.,* **Twenge, J. M.,** *Wells, B. E.,* & *Maitino, A.* (2009). Gender differences in domain-specific self-esteem: A meta-analysis. ***Review of General Psychology,*** *13,* 34-45. (Times cited: 230)

44. **Twenge, J. M.** (2009). Change over time in obedience: The jury's still out, but it might be decreasing. ***American Psychologist,*** *64,* 28-31. (Times cited: 25)

43. DeWall, C. N., **Twenge, J. M.,** Gitter, S. A., & Baumeister, R. F. (2009). It's the thought that counts: The role of hostile cognition in shaping aggressive responses to social exclusion. ***Journal of Personality and Social Psychology,*** *96,* 45-59. (Times cited: 254)

42. **Twenge, J. M.,** & Foster, J. D. (2008). Mapping the scale of the narcissism epidemic: Increases in narcissism 2002-2007 within ethnic groups. ***Journal of Research in Personality,*** *42,* 1619-1622. (Times cited: 139)

41. **Twenge, J. M.,** & Campbell, S. M. (2008). Generational differences in psychological traits and their impact on the workplace. ***Journal of Managerial Psychology,*** *23,* 862-877. (Times cited: 423)

40. **Twenge, J. M.,** & Campbell, W. K. (2008). Increases in positive self-views among high school students: Birth cohort changes in anticipated performance, self-satisfaction, self-liking, and self-competence. ***Psychological Science,*** *19,* 1082-1086. (Times cited: 122)

39. **Twenge, J. M.,** *Konrath, S.,* Foster, J. D., Campbell, W. K., & Bushman, B. J. (2008b). Further evidence of an increase in narcissism among college students. ***Journal of Personality,*** *76*, 919-927. (Times cited: 102)

38. **Twenge, J. M.,** *Konrath, S.,* Foster, J. D., Campbell, W. K., & Bushman, B. J. (2008a). Egos inflating over time: A cross-temporal meta-analysis of the Narcissistic Personality Inventory. ***Journal of Personality,*** *76,* 875-901. (Times cited: 700)

37. Vohs, K. D., Baumeister, R. F., Schmeichel, B. J., **Twenge, J. M.,** *Nelson, N. M.,* & Tice, D. M. (2008). Making choices impairs subsequent self-control: A limited resource account of decision making, self-regulation, and active initiative. ***Journal of Personality and Social Psychology,*** *94*, 883-898. (Times cited: 643)

36. Twenge, J. M. (2008). Generation Me, the origins of birth cohort differences in personality traits, and cross-temporal meta-analysis. ***Social and Personality Psychology Compass, 2,*** 1440-1454. (Times cited: 6)

35. Baumeister, R. F., Brewer, L. E., Tice, D. M., & **Twenge, J. M.** (2007). Thwarting the need to belong: Understanding the interpersonal and inner effects of social exclusion. ***Social and Personality Psychology Compass, 1.*** (Times cited: 9)

34. **Twenge, J. M.,** *Zhang, L.,* Catanese, K. R., *Dolan-Pascoe, B., Lyche, L. F.,* & Baumeister, R. F. (2007). Replenishing connectedness: Reminders of social activity reduce aggression after social exclusion. ***British Journal of Social Psychology, 46,*** 205-224. (Times cited: 124)

33. **Twenge, J. M.,** & *Im, C.* (2007). Changes in the need for social approval, 1958-2001. ***Journal of Research in Personality, 41,*** 171-189. (Times cited: 123)

32. **Twenge, J. M.,** Baumeister, R. F., DeWall, C. N., Ciarocco, N. J., & *Bartels, J. M.* (2007). Social exclusion decreases prosocial behavior. ***Journal of Personality and Social Psychology, 92,*** 56-66. (Times cited: 906)

31. Campbell, W. K., Krusemark, E. A., Dyckman, K. A., Brunell, A. B., McDowell, J. E., **Twenge, J. M.,** & Clementz, B. A. (2006). A magnetoencephalography investigation of neural correlates for social exclusion and self-control. ***Social Neuroscience, 1,*** 124-134. (Times cited: 51)

30. Leary, M. R., **Twenge, J. M.,** & Quinlivan. E. (2006). Interpersonal rejection as a determinant of anger and aggression. ***Personality and Social Psychology Review, 10,*** 111-132. (Times cited: 513)

29. Quinn, D. M., *Kallen, R.W.,* **Twenge, J. M.,** & Fredrickson, B. L. (2006). The disruptive effect of self-objectification on performance. ***Psychology of Women Quarterly, 30,*** 59-64. (Times cited: 139)

28. *Wells, B. E.,* & **Twenge, J. M.** (2005). Changes in young people's sexual behavior and attitudes, 1943-1999: A cross-temporal meta-analysis. ***Review of General Psychology, 9,*** 249-261. (Times cited: 142)

27. **Twenge, J. M.,** & King, L. A. (2005). A good life is a personal life: Relationship fulfillment and work fulfillment in judgments of life quality. ***Journal of Research in Personality, 39,*** 336-353. (Times cited: 27)

26. Baumeister, R. F., DeWall, C. N., Ciarocco, N. J., & **Twenge, J. M.** (2005). Social exclusion impairs self-regulation. ***Journal of Personality and Social Psychology, 88,*** 589-604. (Times cited: 955)

25. **Twenge, J. M.,** *Zhang, L.,* & *Im, C.* (2004). It's beyond my control: A cross-temporal meta-analysis of increasing externality in locus of control, 1960-2002. ***Personality and Social Psychology Review, 8,*** 308-319. (Times cited: 300)

24. Foster, J. D., Campbell, W. K., & **Twenge, J. M.** (2003). Individual differences in narcissism: Inflated self-views across the lifespan and around the world. ***Journal of Research in Personality***, *37,* 469-486. (Times cited: 484)

23. **Twenge, J. M.**, *Catanese, K. R.,* & Baumeister, R. F. (2003). Social exclusion and the deconstructed state: Time perception, meaninglessness, lethargy, lack of emotion, and self-awareness. ***Journal of Personality and Social Psychology***, *85,* 409-423. (Times cited: 519)

22. **Twenge, J. M.**, Campbell, W. K., & Foster, C. A. (2003). Parenthood and marital satisfaction: A meta-analytic review. ***Journal of Marriage and the Family***, *65,* 574-583. (Times cited: 598)

21. **Twenge, J. M.**, & Campbell, W. K. (2003). "Isn't it fun to get the respect that we're going to deserve?" Narcissism, social rejection, and aggression. ***Personality and Social Psychology Bulletin,*** *29,* 261-272. (Times cited: 568)

20. **Twenge, J. M.**, & Nolen-Hoeksema, S. (2002). Age, gender, race, socioeconomic status, and birth cohort differences on the Children's Depression Inventory: A meta-analysis. ***Journal of Abnormal Psychology***, *111,* 578-588. (Times cited: 781)

19. Baumeister, R. F., **Twenge, J. M.**, & *Nuss, C. K.* (2002). Effects of social exclusion on cognitive processes: Anticipated aloneness reduces intelligent thought. ***Journal of Personality and Social Psychology***, *83,* 817-827. (Times cited: 623)

18. **Twenge, J. M.**, *Catanese, K. R.,* & Baumeister, R. F. (2002). Social exclusion causes self-defeating behavior. ***Journal of Personality and Social Psychology***, *83,* 606-615. (Times cited: 366)

17. Baumeister, R. F., & **Twenge, J. M.** (2002). Cultural suppression of female sexuality. ***Review of General Psychology***, *6,* 166–203. (Times cited: 209)

16. **Twenge, J. M.**, & Crocker, J. (2002). Race and self-esteem: Meta-analyses comparing Whites, Blacks, Hispanics, Asians, and American Indians and comment on Gray-Little and Hafdahl (2000). ***Psychological Bulletin***, *128,* 371-408. (Times cited: 458)

15. **Twenge, J. M.**, & Crocker, J. (2002). Race and self-esteem revisited: Reply to Hafdahl and Gray-Little (2002). ***Psychological Bulletin***, *128,* 417-420. (Times cited: 6)

14. Miner-Rubino, K. N., **Twenge, J. M.**, & Fredrickson, B. L. (2002). Trait self-objectification in women: Affective and personality correlates. ***Journal of Research in Personality,*** *36,* 147-172. (Times cited: 145)

13. **Twenge, J. M.**, & Campbell, W. K. (2002). Self-esteem and socioeconomic status: A meta-analytic review. ***Personality and Social Psychology Review***, *6,* 59-71. (Times cited: 415)

12. **Twenge, J. M.**, Baumeister, R. F., Tice, D. M., & *Stucke, T. S.* (2001). If you can't join them, beat them: Effects of social exclusion on aggressive behavior. ***Journal of Personality and Social Psychology**, 81,* 1058-1069. (Times cited: 1,060)

11. **Twenge, J. M.**, & Campbell, W. K. (2001). Age and birth cohort differences in self-esteem: A cross-temporal meta-analysis. ***Personality and Social Psychology Review**, 5,* 321-344. (Times cited: 405)

10. **Twenge, J. M.** (2001). Changes in women's assertiveness in response to status and roles: A cross-temporal meta-analysis, 1931-1993. ***Journal of Personality and Social Psychology**, 81,* 133-145. (Times cited: 305)

9. **Twenge, J. M.** (2001). Birth cohort changes in extraversion: A cross-temporal meta-analysis, 1966-1993. ***Personality and Individual Differences**, 30,* 735-748. (Times cited: 125)

8. **Twenge, J. M.** (2000). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. ***Journal of Personality and Social Psychology**, 79,* 1007-1021.  (Times cited: 607)

7. **Twenge, J. M.** (1999). Mapping gender: The multifactorial approach and the organization of gender-related attributes. ***Psychology of Women Quarterly**, 23,* 485-502. (Times cited: 72)

6. **Twenge, J. M.**, & Zucker, A. N. (1999). What is a feminist? Attributions and stereotypes in closed and open-ended responses. ***Psychology of Women Quarterly**, 23,* 591-605. (Times cited: 90)

5. Fredrickson, B. L., Roberts, T., Noles, S., Quinn, D. M., & **Twenge, J. M.** (1998). That swimsuit becomes you: Objectification theory, mathematical performance, and disordered eating. ***Journal of Personality and Social Psychology**, 75,* 269-284. (Times cited: 826)

4. **Twenge, J. M.**, & Manis, M. (1998). First name desirability and adjustment: Self-satisfaction, others' ratings, and family background. ***Journal of Applied Social Psychology**, 28,* 41-51. (Times cited: 17)

3. **Twenge, J. M.** (1997c). "Mrs. His Name": Women's preferences for married names. ***Psychology of Women Quarterly**, 21,* 417-429. (Times cited: 53)

2. **Twenge, J. M.** (1997b). Changes in masculine and feminine traits over time: A meta-analysis. ***Sex Roles**, 36,* 305-325. (Times cited: 530)

1. **Twenge, J. M.** (1997a). Attitudes toward women, 1970-1995: A meta-analysis. ***Psychology of Women Quarterly**, 21,* 35-51. (Times cited: 297)

## 3. Book chapters, book reviews, and reports (44)

44. **Twenge, J. M.,** Peeples, D., Shafi, R. M. A., Boers, E., Hale, L., & Weigle, P. (2025). Social media and depressive symptoms. In D. A. Christakis and L. Hale (Eds.), *Handbook of Children and Screens* (pp. 137-140). New York: Springer.

43. Kruzan, K. P., Nesi, J., Hamilton, J. L., Vidal, C., **Twenge, J. M.,** Peeples, D., & Niederkrotenthaler, T. (2025). Media influences on self-harm, suicidality, and suicide. In D. A. Christakis and L. Hale (Eds.), *Handbook of Children and Screens* (pp. 141-148). New York: Springer.

42. **Twenge, J. M.** (2025). Technology and cultural change. In D. Gilbert, S. T. Fiske, E. Finkel, & Mendes, W. B. (Eds.), *The Handbook of Social Psychology.* Princeton, NJ: Princeton University Libraries.

41. Carroll, J. S., Haidt, J., **Twenge, J. M.,** Wilcox, W. B., Willoughby, B. J. (2024). *Brief of social science scholars as Amici Curiae in support of respondent, Free Speech Coalition v. Paxton*. Supreme Court of the United States.

40. **Twenge, J. M.,** Wang, W. Erickson, J., & Wilcox, W. B. (2022). *The difference family structure makes in teens' tech use*. Institute for Family Studies Report.

39. Morell, C., Candeub, A., **Twenge, J. M.,** & Wilcox, W. B. (2022). *Protecting teens from Big Tech: Five policy ideas for states*. Institute for Family Studies Report.

38. **Twenge, J. M.,** James, S., Carroll, J., & Wilcox, W. B. (2021). *Teens and school satisfaction in 2021*. Institute for Family Studies Report.

37. **Twenge, J. M.,** Coyne, S., Carroll, J., & Wilcox, W. B. (2020). *U.S. teens in quarantine: Mental health, screen time, and family connection*. Institute for Family Studies Report.

36. **Twenge, J. M.** (2019). The sad state of happiness in the United States and the role of digital media. In Helliwell, J. F., Layard, R., & Sachs, J. D. (Eds.), *World Happiness Report 2019*. New York: Sustainable Development Solutions Network.

35. Campbell, W. K., & **Twenge, J. M.** (2015). Narcissism, emerging media, and society. In Rosen, L. D., Cheever, N., & Carrier, L. M. (Eds.), *Handbook of Psychology, Technology, and Society* (pp. 358-370). Hoboken, NJ: Wiley-Blackwell.

34. **Twenge, J. M.** (2015). The rise of the self and the decline of intellectual and civic interest. In A. Bellow and M. Bauerlein (Eds.), *The State of the American Mind* (pp. 123-135). Philadelphia, PA: Templeton Press.

33. **Twenge, J. M.** (2015). The age in which we live and its impact on the person. In Brandscombe, N., and Reynolds, K. (Eds)., *The Psychology of Change*: *Life Contexts, Experiences, and Identities* (pp. 44-58). New York: Psychology Press.

32. Gentile, B., Wood, L., **Twenge, J. M.,** Hoffman, B. J., & Campbell, W. K. (2015). The problem of generational change: Why cross-sectional designs are inadequate for

investigating generational differences. In C. E. Lance & R. J. Vandenberg (Eds.), *More Statistical and Methodological Myths and Urban Legends: Doctrine, Verity and Fable in Organizational and Social Sciences* (pp. 101-111). New York: Routledge.

31. **Twenge, J. M.,** Campbell, W. K., & Gentile, B. (2014). Birth cohort differences in personality. In R. J. Larsen and M. L. Cooper (Eds.), *APA Handbook of Personality and Social Psychology, Vol. 4: Personality Processes and Individual Differences* (pp. 535-551). Washington, DC: American Psychological Association.

30. Gentile, B., Campbell, W. K., & **Twenge, J. M.** (2014). Generational cultures. In Cohen, A. B. (Ed.), *Culture reexamined: Broadening our understanding of social and evolutionary influences* (pp. 31-48). Washington, DC: American Psychological Association.

29. Campbell, S. M., & **Twenge, J. M.** (2014). Is it kids today or just the fact that they're kids? Disentangling generational differences from age differences. In Parry, E. (Ed.), *Generational Diversity at Work: New Research Perspectives*. New York: Palgrave Macmillan.

28. Baumeister, R.F., Masicampo, E.J., & **Twenge, J.M.** (2013). The social self. In Tenner, H., Suls, J., & I. Weiner (Ed.), *Handbook of psychology*, *Volume 5: Personality and social psychology (2nd Edition).* (pp. 247-273). New York: Wiley.

27. DeWall, C. N., & **Twenge, J.M.** (2013). Rejection and aggression: Explaining the paradox. In *The Oxford Handbook of Social Exclusion*. (pp. 113-120). New York: Oxford University Press.

26. Myers, D. G., & **Twenge, J. M.** (2013). The self in a social world. In D. G. Myers, <u>Social Psychology, 11$^{h}$ Edition</u> (textbook). New York: McGraw-Hill.

25. Myers, D. G., & **Twenge, J. M.** (2013). Aggression: Hurting others. In D. G. Myers, <u>Social Psychology, 11$^{h}$ Edition</u> (textbook). New York: McGraw-Hill.

24. **Twenge, J. M.,** & Campbell, S. M. (2012). Who are the Millennials? Empirical evidence for generational differences in work values, attitudes, and personality. In Ng, E., Lyons, S., & Schweitzer, L. (Eds.), *Managing the New Workforce: International perspectives on the Millennial Generation*. Northampton, MA: Edward Elgar.

23. **Twenge, J. M.** (2011). Narcissism and culture. In Campbell, W. K., & Miller, J. D. (Eds.), *The Handbook of Narcissism*. New York: Wiley.

22. Foster, J. D., & **Twenge, J. M.** (2010). Narcissism and relationships: From light to dark. In Cupach, W., & Spitzberg, B. (Eds.), <u>The Dark Side of Close Relationships</u>. New York: Routledge.

21. **Twenge, J. M.** (2010). Time-lag study. In N. J. Salkind (Ed.), <u>The Encyclopedia of Research Design.</u> (pp. 1517-1519). Thousand Oaks, CA: Sage.

20. Myers, D. G., & **Twenge, J. M.** (2010). The self in a social world. In D. G. Myers, <u>Social Psychology, 10th Edition</u> (textbook). New York: McGraw-Hill.

19. **Twenge, J.M.,** & Campbell, S. M. (2009). Generation Me and the changing world of work. In Linley, P. A., Harrington, S., & Page, N. (Eds.), <u>The Oxford Handbook of Positive Psychology and Work</u> (pp. 25-35). Oxford: Oxford University Press.

18. **Twenge, J.M.** (2008). Emerging Adulthood: The Winding Road from the Late Teens Through the Twenties [Book Review]. <u>American Journal of Psychology, 121,</u> 682-687.

17. Sczesny, S., Bosak, J., Diekman, A. B., & **Twenge, J. M.** (2008). Dynamics of sex role stereotypes. In Y. Kashima, K. Fiedler, & P. Freytag (Eds.), <u>Stereotype Dynamics: Language-Based Approaches to the Formation, Maintenance, and Transformation of Stereotypes.</u> (pp. 135-161). Mahwah, NJ: Lawrence Erlbaum.

16. **Twenge, J. M.** (2008). Social exclusion, motivation, and self-defeating behavior: Why break-ups lead to drunkenness and ice cream. In J. Shah and W. Gardner (Eds.), <u>Handbook of Motivation Science.</u> (pp. 508-517). New York: Guilford.

15. **Twenge, J. M.** (2007). Self-esteem. In R. F. Baumeister & K. D. Vohs (Eds.), <u>The Encyclopedia of Social Psychology.</u> Thousand Oaks, CA: Sage.

14. **Twenge, J. M.** (2007). Gender differences. In R. F. Baumeister & K. D. Vohs (Eds.), <u>The Encyclopedia of Social Psychology.</u> Thousand Oaks, CA: Sage.

13. **Twenge, J. M.** (2007). Locus of control. In R. F. Baumeister & K. D. Vohs (Eds.), <u>The Encyclopedia of Social Psychology.</u> Thousand Oaks, CA: Sage.

12. **Twenge, J. M.** (2007). The socially excluded self. In C. Sedikides & S. Spencer (Eds.), <u>The Self.</u> (pp. 311-323). New York: Psychology Press.

11. **Twenge, J. M.** (2006). Self-esteem and individualism across time and cultures. In M. Kernis (Ed.), <u>Self-esteem: issues and answers.</u> (pp. 417-424). New York: Psychology Press.

10. Blackhart, G. C., Baumeister, R. F., & **Twenge, J. M.** (2006). Rejection's impact on self-defeating, prosocial, antisocial, and self-regulatory behaviors. In K. D. Vohs & E. J. Finkel (Eds.), <u>Self and Relationships: Connecting Intrapersonal and Interpersonal Processes.</u> (pp. 237-253). New York: Guilford.

9. **Twenge, J. M.** (2005). When does social rejection lead to aggression? The influence of situations, narcissism, emotion, and replenishing connections. In K. D. Williams, J. P. Forgas, & W. von Hippel (Eds.), <u>The social outcast: Ostracism, social exclusion, rejection, and bullying.</u> (pp. 201-212). New York: Psychology Press.

8. **Twenge, J. M.,** & Baumeister, R. F. (2004). Social exclusion increases aggression and self-defeating behavior while reducing intelligent thought and prosocial behavior. In D. Abrams, J. Marques, & M. A. Hogg (Eds.), <u>The social psychology of inclusion and exclusion.</u> (pp. 27-46). New York: Psychology Press.

7. **Twenge, J. M.** (2003). A theoretical and thought-provoking review of personality psychology. [Review of the book Personality: Determinants, dynamics, and potentials.] Contemporary Psychology: APA Review of Books, 48, 90-91.

6. Baumeister, R. F., & **Twenge, J. M.** (2003). The social self. In T. Millon & M. J. Lerner (Eds.), Handbook of psychology: Personality and social psychology, Vol. 5 (pp. 327-352). New York: John Wiley & Sons.

5. Baumeister, R. F., **Twenge, J. M.,** & Ciarocco, N. J. (2002). The inner world of rejection: Effects of social exclusion on emotion, cognition, and self-regulation. In J. P. Forgas & K. D. Williams (Eds.), The social self: Cognitive, interpersonal, and intergroup perspectives. (pp. 161-174). New York: Psychology Press.

4. Tice, D. M., **Twenge, J. M.,** & Schmeichel, B. J. (2002). Threatened selves: Social exclusion and prosocial and antisocial behavior. In J. P. Forgas & K. D. Williams (Eds.), The social self: Cognitive, interpersonal, and intergroup perspectives. (pp. 175-187). New York: Psychology Press.

3. **Twenge, J. M.,** & Baumeister, R. F. (2002). Self-control: A limited yet renewable resource. In Y. Kashima, M. Foddy, & M. Platow (Eds.), Self and identity: Personal, social, and symbolic (pp. 57-70). Mahwah, NJ: Erlbaum.

2. **Twenge, J. M.** (2002). Birth cohort, social change, and personality: The interplay of dysphoria and individualism in the 20th century. In D. Cervone & W. Mischel (Eds.), Advances in Personality Science. (pp. 196-218). New York: Guilford. (Times cited: 5)

1. Baumeister, R. F., & **Twenge, J. M.** (2001). Personality and social behavior. In N. J. Smelser & P. B. Baltes, Eds., International encyclopedia of the social & behavioral sciences, Vol. 16. (pp. 11276-11281). New York: Elsevier.

## SELECTED PRESENTATIONS

Twenge, J. M. (2025, May). Understanding generational differences: Improving teaching and training in academic health professions. Invited talk, University of California San Diego School of Medicine.

Twenge, J. M. (2024, May). Generational differences in the workplace. Keynote address, Association of Museum Directors annual conference, St. Louis, MO.

Twenge, J. M. (2024, April). Generational differences in the workplace. Invited talk, KPMG.

Twenge, J. M. (2025, March). Understanding generational differences: Improving teaching and training in academic health professions. Keynote address, Indiana University School of Medicine.

Twenge, J. M. (2025, March). iGen: Guiding the smartphone generation. <u>Keynote address</u>, Psychotherapy Networker Symposium, Washington, DC.

Twenge, J. M. (2025, February). iGen: Teaching and guiding the smartphone generation. <u>Invited talk</u>, Seattle University.

Twenge, J. M. (2025, March). Generational differences and what they mean for real estate. <u>Invited talk</u>, University of Florida Bergstrom Center for Real Estate conference, Orlando, FL.

Twenge, J. M. (2025, March). Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future. <u>Invited talk</u>, University of Florida, Department of Psychology.

Twenge, J. M. (2025, February). iGen: Teaching and guiding the smartphone generation. <u>Invited talk</u>, Presidents' Convening, New York University.

Twenge, J. M. (2025, February). iGen: Teaching the smartphone generation. <u>Invited talk</u>, Oklahoma State University.

Twenge, J. M. (2025, February). iGen: Teaching and guiding the smartphone generation. <u>Invited talk</u>, University of Colorado at Boulder.

Twenge, J. M. (2025, January). Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future. <u>Invited talk</u>, American Enterprise Institute conference.

Twenge, J. M. (2024, November). iGen: Teaching and guiding the smartphone generation. <u>Invited talk</u>, Rollins College.

Twenge, J. M. (2024, November). Generational differences in the workplace. <u>Invited talk</u>, Ohio Medical and Health Symposium, Columbus, OH.

Twenge, J. M. (2024, November). Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future. <u>Invited talk</u>, Bowdoin College.

Twenge, J. M. (2024, October). Understanding Gen Z mental health trends. <u>Keynote address</u>, San Diego Psychological Association annual conference.

Twenge, J. M. (2024, October). Understanding generational differences: Improving teaching and training in academic health professions. <u>Keynote address</u>, Northwestern University Medical School.

Twenge, J. M. (2024, October). Social media and mental health. <u>Keynote address</u>, Social Media Summit sponsored by the New South Wales Premier's Office, Sydney, Australia.

Twenge, J. M. (2024, October). Understanding Generation Z. <u>Invited talk</u>, University of Michigan Business School.

Twenge, J. M. (2024, September). Technology use and adolescent mental health. <u>Invited talk</u>, Center for Suicide Research and Prevention, Harvard University.

Twenge, J. M. (2024, September). Generations in the workplace. <u>Invited talk</u>, Oracle Cloud World Women's Luncheon, Las Vegas, NV.

Twenge, J. M. (2024, August). The machines killing our kids. <u>Invited talk</u>, Festival of Dangerous Ideas, Sydney, Australia.

Twenge, J. M. (2024, August). iGen: Teaching and guiding the smartphone generation. <u>Invited talk,</u> Michigan Tech University.

Twenge, J. M. (2024, August). Understanding Gen Z mental health trends. <u>Keynote address</u>, Southwestern School for Behavioral Health Studies annual conference, Phoenix, AZ.

Twenge, J. M. (2024, March). Understanding Gen Z students. <u>Invited talk</u>, University of Southern California.

Twenge, J. M. (2023, November). iGen: Understanding the smartphone generation. <u>Keynote address</u>, Beyond Education Summit, Istanbul, Turkey.

Twenge, J. M. (2023, October). Social connection and loneliness among the smartphone generation. <u>Keynote address</u>, Connected Communities Conference, Harvard University.

Twenge, J. M. (2023, October). Generations: The real differences between Gen Z, Millennials, Gen X, Boomers, and Silents. <u>Invited lecture</u>, University of Pennsylvania.

Twenge, J. M. (2023, June). iGen: The smartphone generation. <u>Invited talk</u>, Army base Fort Moore, Georgia.

Twenge, J. M. (2023, May). iGen: The health of the smartphone generation. <u>Invited talk</u>, The Health Foundation (UK), London, England, UK.

Twenge, J. M. (2023, March). iGen: Understanding and connecting with the smartphone generation. <u>Invited talk</u>, Wabash College.

Twenge, J. M. (2023, February). iGen: Understanding and connecting with the smartphone generation. <u>Invited talk</u>, University of Massachusetts at Dartmouth.

Twenge, J. M. (2023, January). iGen: Understanding the smartphone generation in the workplace and the classroom. <u>Invited talk</u>, Baylor University Law School.

Twenge, J. M. (2023, January). iGen: Understanding and connecting with the smartphone generation. <u>Invited talk</u>, Scottsdale Community College.

Twenge, J. M. (2022, November). The distressed generation: How the pandemic and social media are creating a mental health crisis. Invited talk, Learning and the Brain, Boston, MA.

Twenge, J. M. (2022, October). Why so depressed? What social media has to do with rising depression among teens & young adults. Invited talk, University of Virginia.

Twenge, J. M. (2022, September). Trending Now: Social Media's Impact on Mental Health and the Next Generation. Invited discussion panel, The Atlantic Festival Ideas Stage.

Twenge, J. M. (2022, September). iGen: Teaching and Guiding the smartphone generation. Invited talk, New Mexico State University.

Twenge, J. M. (2022, August). iGen: Teaching and Guiding the smartphone generation. Invited talk, Walters State University.

Twenge, J. M. (2022, April). iGen: Guiding the smartphone generation toward better mental health. Keynote address, Minnesota Association for Children's Mental Health Annual Conference.

Twenge, J. M. (2022, March). Digital media and mental health. Keynote address, Convening of the Multi-State group of Attorneys General.

Twenge, J. M. (2021, October). Why are so many teens depressed? The case for smartphones and social media. Invited talk, American Public Health Association Annual Conference.

Twenge, J. M. (2021, September). iGen: Understanding the smartphone generation and implications for policy. Sacramento State University.

Twenge, J. M. (2021, May). iGen: Smartphones and girls' mental health. Invited talk, Summit on Girls' Education, Alliance of Girls' Schools Australasia.

Twenge, J. M. (2021, April). Smartphones and mental health: How big is the link, and is using linear r enough to understand it? Invited talk, Western Psychological Association Convention.

Twenge, J. M. (2021, March). iGen and COVID. Keynote address, Critical Issues in Child and Adolescent Mental Health Conference.

Twenge, J. M. (2021, March). iGen: Understanding the smartphone generation. Invited talk, Trent University.

Twenge, J. M. (2020, March). iGen: Teaching the smartphone generation. Invited talk, Monterey Peninsula College.

Twenge, J. M. (2020, February). Digital Media Use and Mental Health among Adolescents: Evidence from Seven Large Datasets/ Symposium talk, Society for Personality and Social Psychology Annual Conference, New Orleans, LA.

Twenge, J. M. (2020, January). Generational differences in a military context. Invited talk, United States Military Academy, West Point.

Twenge, J. M. (2020, January). iGen: Guiding the smartphone generation. Invited talk, University of Rhode Island.

Twenge, J. M. (2020, January). iGen: Teaching the smartphone generation. Invited talk, Sweet Briar College.

Twenge, J. M. (2020, January). iGen: Understanding the smartphone generation. Invited talk, University of Mary.

Twenge, J. M. (2019, October). Digital media use and mental health among adolescents: Evidence from four large datasets. Symposium talk, American Academy of Child and Adolescent Psychiatry, Chicago, IL.

Twenge, J. M. (2019, April). Teaching iGen: Reaching the smartphone generation in the classroom. Invited talk, Western Psychological Association, Pasadena, CA.

Twenge, J. M. (2018, July). iGen: Understanding the smartphone generation. Invited talk, Orygen Mental Health, Sydney Opera House, Sydney, Australia.

Twenge, J. M. (2018, May). Teaching iGen: Reaching the smartphone generation in the classroom. Invited talk, Association for Psychological Science annual convention, San Francisco, CA.

Twenge, J. M. (2018, March). Cultural trends shaping iGen: Individualism, insecurity, and in no hurry to grow up. Invited talk, Girard Lecture, Scripps College, Claremont, CA.

Twenge, J. M. (2018, March). iGen: Understanding the smartphone generation. Invited talk, Leadership conference, Foundation for Jewish Camp, Baltimore, MD.

Twenge, J. M. (2018, March). Cultural trends shaping iGen: Individualism, insecurity, and in no hurry to grow up. Invited talk, American Experience Distinguished Lecture, University of Pittsburgh, Pittsburgh, PA.

Twenge, J. M. (2018, March). Decreases in psychological well-being and increases in depression among adolescents since 2011 and links to smartphones. Paper presented at the Society for Personality and Social Psychology annual conference, Atlanta, GA.

Twenge, J. M. (2018, March). Trends in mental health for teens. Invited talk, California Student Mental Wellness Conference, Sacramento, CA.

Twenge, J. M. (2018, February). iGen: Teaching today's young people. Invited talks, Colorado College, Colorado Springs, CO.

Twenge, J. M. (2018, January). iGen: Understanding the smartphone generation. Invited talk, TEDx conference, Laguna Blanca School, Santa Barbara, CA.

Twenge, J. M. (2018, January). iGen: Understanding today's young people. Invited talk, Edgewater Conference, Tucson, AZ.

Twenge, J. M. (2017, December). Cultural trends shaping iGen: Individualism, insecurity, and in no hurry to grow up. Invited talk, Claremont Graduate University, Claremont, CA.

Twenge, J. M. (2017, December). iGen: Understanding today's young people. Invited talk, University of Utah Student Affairs Retreat, Salt Lake City, UT.

Twenge, J. M. (2017, November). Trends in mental health for teens. Invited talk, Suicide Prevention Conference, Provo, UT.

Twenge, J. M. (2017, October). iGen: Understanding today's young people. Invited talk, Florida Southern College board of trustees.

Twenge, J. M. (2017, April). iGen: Teaching today's young people. Invited talks, Hartnell College, Salinas, CA.

Twenge, J. M. (2017, April). iGen: Understanding today's young people. Invited talk, symposium on emerging adulthood, Dartmouth College.

Twenge, J. M. (2017, February). Generation Me: Teaching today's young people. Invited talk, McGraw-Hill Education technology symposium, New Orleans, LA.

Twenge, J. M. (2016, November). iGen: Understanding today's students. Invited talk, Boston College.

Twenge, J. M. (2016, November). Welcome to Aggieland Generation Z: Maximizing Student Success for the Next Generation. Invited talk, Texas A&M University.

Twenge, J. M. (2016, November). Modern culture and individualism: Has self-focus made us better or worse?  Invited talk, Texas A&M University Psychology Department.

Twenge, J. M. (2016, August). Generation Me: Teaching and working with today's young people. Invited talk, University of Illinois at Urbana-Champaign.

Twenge, J. M. (2016, April). Modern culture and individualism: Has self-focus made us better or worse? Invited talk, Western Psychological Association annual conference, Long Beach, CA.

Twenge, J.M. (2016, February). Generation Me: Teaching and working with today's young people. Invited talk, Kansas State University, Manhattan, KS.

Twenge, J.M. (2016, February). Generation Me: Teaching and working with today's young people. Invited talk, Houston Community Colleges, Houston, TX.

Twenge, J. M. (2016, January). Cultural increases in individualism: The why behind generational differences. Paper presented at the Society for Personality and Social Psychology annual conference, San Diego, CA.

Twenge, J. M. (2016, January). Generational differences in sexual attitudes and behaviors: The surprising sexuality of Millennials. Paper presented at the Sexuality Preconference of the Society for Personality and Social Psychology annual conference, San Diego, CA.

Twenge, J.M. (2016, January). Generation Me: Teaching and working with today's young people. Invited talk, Hartnell College, Salinas, CA.

Twenge, J. M. (2015, October). Generation Me and modern culture: Has individualism made us better or worse? Invited talk, College of St. Rose, Albany, NY.

Twenge, J.M. (2015, August). Generation Me: Teaching and working with today's young people. Invited talk, SDSU Social Work Annual Field Instructor's Orientation Meeting, San Diego, CA.

Twenge, J.M. (2015, May). Generation Me: Teaching and working with today's young people. Invited talk, Student Diversity Summit, Mira Costa College, Carlsbad, CA.

Twenge, J. M. (2015, April). Generation Me and modern culture: Has individualism made us better or worse? Invited keynote, Carolinas Psychology Conference, Raleigh, NC.

Twenge, J. M., (2015, February). Generation Me and modern culture: Has individualism made us better or worse? Invited talk, Kalispell Community College Speaker Series.

Twenge, J. M. (2014, October). Modern culture and individualism: Has self-focus made us better or worse? Invited talk, University of California, Riverside.

Twenge, J. M. (2014, August). Modern culture and individualism: The pernicious spread of narcissism or the welcome growth of equality? Invited plenary talk presented at the annual convention of the American Psychological Association, Washington, DC.

Twenge, J.M. (2014, May). Generational differences in the workplace: Managing Millennials. Invited workshop presented at the Society of Industrial/Organizational Psychology, Honolulu, HI.

Twenge, J. M. (2014, May). The narcissism epidemic: Causes and consequences. Invited talk presented at the Happiness and Its Causes conference, Sydney, Australia.

Grubbs, J. B., Exline, J. J., Campbell, W. K., Twenge, J. M., Pargament, K. I., & Hall, T. W. (2014, April). Everyone owes me, including God! An examination of spiritual entitlement. Paper presented at the Midyear Meeting on Religion and Spirituality, Biola University, La Mirada, CA.

Twenge, J. M. (2014, April). Generation Me, cultural change, and the rise of individualism. Invited talk presented as the 2014 University of San Diego Haney lecture.

Twenge, J. M. (2014, March). Modern culture and individualism: The pernicious spread of narcissism or the welcome growth of equality? Invited talk presented at Florida Atlantic University.

Twenge, J. M. (2014, March). Generation Me: The rise of individualism. Invited talk presented at the University of Central Arkansas.

Twenge, J.M. (2014, February). Modern culture and individualism: The pernicious spread of narcissism or the welcome growth of equality? Invited talk presented at the University of California, San Diego.

Twenge, J. M. (2014, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the Learning and the Brain conference, San Francisco, CA.

Twenge, J. M. (2014, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the San Diego Navy Medical Center.

Twenge, J. M. (2014, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the McGraw Hill Technology Faculty Retreat, Amelia Island, Florida.

Twenge, J. M. (2013, October). Generation Me: Changes in self-views and mental health. Invited talk presented to the First Marine Quarterly Force Preservation Board, Camp Pendelton, CA.

Twenge, J. M. (2013, September). Generation Me: Working with today's young people. Invited talk presented at the Human Resources Leadership Forum, Waltham, MA.

Twenge, J. M. (2013, August). Generation Me: Understanding today's young people. Invited talk presented at Otis College of Art and Design, Los Angeles, CA.

Twenge, J. M. (2013, August). Generation Me: Understanding today's young people. Invited talk presented at the Colorado College opening convocation, Colorado Springs, CO.

Twenge, J. M. (2013, August). Teaching Generation Me: Entitlement and other challenges. Invited talk presented at the American Psychological Association conference, Honolulu, HI.

Twenge, J. M. (2013, July). Generation Me: Understanding today's young people. Invited talk presented at the Colorado College Board of Trustees meeting, Vail, CO.

Twenge, J. M. (2013, July). Generation Me: Understanding today's young people. Invited talk presented at the annual conference of the Association of Government Accountants, Dallas, TX.

Twenge, J. M. (2013, June). Methodology for studying the psychological impact of cultural evolution. Workshop presented at the annual conference of the International Association for Cross-Cultural Psychology, UCLA.

Twenge, J. M. (2013, April). Generation Me: Understanding today's young people. Invited talk presented at Bryant University, Providence, RI.

Twenge, J. M. (2013, April). Generation Me: Understanding today's young people. Invited talk presented at Luther College, Decorah, IA.

Twenge, J. M. (2013, April). The Narcissism Epidemic: Evidence from individuals and cultural changes. Invited talk presented at Luther College, Decorah, IA.

Twenge, J. M. (2013, April). Generation Me: How cultural change creates generation gaps. Invited talk presented at Rutgers University, New Brunswick, NJ.

Twenge, J. M., & Greenfield, P. (2013, March). The Great Recession: Effects on young people's values and behaviors. Invited talk presented at the Russell Sage Foundation, New York, NY.

Twenge, J. M. (2013, March). Generation Me: Working with today's young people. Invited talk presented at Wake Forest University, Winston-Salem, NC.

Twenge, J. M. (2013, February). Generation Me: The growth of individualism. Invited talk presented at the MCT Human Resources conference, Istanbul, Turkey.

Twenge, J. M. (2013, January). Generation Me: Understanding the personality and values of today's young people. Invited talk presented at the Dalton Institute Conference, Florida State University, Tallahassee, FL.

Twenge, J. M. (2012, October). Generation Me: Understanding today's young people. Invited talks presented at Stephen F. Austin State University, Nacodoches, TX.

Twenge, J. M. (2012, October). Motivating the Millennial workforce. Invited talk presented at the annual conference of the National Association of State Chief Information Officers, San Diego, CA.

Twenge, J. M. (2012, October). Generation Me: Understanding today's young people. Invited talk presented at the Iowa State University Extension and Outreach Annual Conference, Ames, IA.

Twenge, J. M. (2012, August). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk, Opening University Convocation, University of Texas at Dallas, Richardson, TX.

Twenge, J. M. (2012, July). Generations and the workplace. Invited talk presented at the annual conference of the Association of Government Accountants, San Diego, CA.

Twenge, J. M. (2012, June). Generation Me: Recruiting and working with today's young professionals. Invited talk presented at the Forte Foundation Annual Sponsor Meeting, Anderson School of Management, UCLA, Los Angeles, CA.

Twenge, J. M. (2012, June). Generation Me: Understanding today's young people. Invited talk presented at the annual conference of Donate Life America, Chicago, IL.

Twenge, J. M. (2012, April). Why cross-sectional studies cannot identify generational differences. Talk presented at the annual conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Twenge, J. M. (2012, April). Generation Me: Understanding today's young people. Invited talk presented at the Army Aviation Association of America conference, Nashville, TN.

Twenge, J. M. (2012, April). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk, Bradley University, Peoria, IL.

Twenge, J. M. (2012, February). Generation Me: Understanding today's young people. Keynote address at the Association of College Honor Societies conference, San Diego, CA.

Twenge, J. M. (2012, February). Teaching and mentoring Generation Me. Keynote address presented at the Cabin Fever Faculty Development Workshop sponsored by the Faculty of Medicine, University of Calgary, Kananaskis Village, Alberta, Canada.

Twenge, J. M. (2012, February). Generation Me: Understanding today's young people. Keynote address presented at the Cabin Fever Faculty Development Workshop sponsored by the Faculty of Medicine, University of Calgary, Kananaskis Village, Alberta, Canada.

Twenge, J. M. (2012, January). Generational changes in community feeling. Symposium panel organizer and talk presented at the annual conference of the Society for Personality and Social Psychology, San Diego, CA.

Twenge, J. M. (2011, November). The Narcissism Epidemic: Implications for education and the workplace. Invited talks (President's Lecture and two workshops) presented at Western Connecticut State University, Danbury, CT.

Twenge, J. M. (2011, November). Generation Me: Understanding today's students. Invited talk presented at the Mayo Clinic, Phoenix, AZ.

Twenge, J. M. (2011, November). Generation Me: Working with today's young people. Invited talk presented at the annual conference of the College Reading & Learning Association, San Diego, CA.

Twenge, J. M. (2011, October). Debate: Are today's emerging adults narcissistic or generous? Invited talk presented at the annual conference of the Society for the Study of Emerging Adulthood, Providence, RI.

Twenge, J. M. (2011, October). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the University of the Incarnate Word, San Antonio, TX.

Twenge, J. M. (2011, October). Generational differences in personality traits and work attitudes. <u>Invited talk</u> presented at the Rady School of Management, University of California at San Diego, San Diego, CA.

Twenge, J. M. (2011, September). Generations in the workplace (Or: Who are the Millennials?) <u>Invited talk</u> presented at the Georgia Summit of education professionals, Augusta, GA.

Twenge, J. M. (2011, September). Generations in the workplace (Or: Who are the Millennials?) <u>Invited talk</u> presented via webconference to Michigan Tech University, Houghton, MI.

Twenge, J. M. (2011, September). Generations in the workplace (Or: Who are the Millennials?) <u>Invited talk</u> presented via webconference to Universidad InterAmericana de Puerto Rico, San German, PR.

Twenge, J. M. (2011, August). Generation Me: Teaching today's students. <u>Invited talk</u> presented to the faculty of California Lutheran University, Ventura, CA.

Twenge, J. M. (2011, July). Generation Me: Understanding today's students. <u>Invited talk</u> presented at the Noel-Levitz annual conference on Student Recruitment, Marketing, and Retention, Denver, CO.

Twenge, J. M. (2011, July). Generation Me: Understanding today's students. <u>Invited talk</u> presented at the University of Nevada at Las Vegas.

Twenge, J. M. (2011, July). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the annual conference of the Fraternity Executives Association, Chicago, IL.

Twenge, J. M. (2011, April). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talks</u> presented at Baylor University, Waco, TX.

Twenge, J. M. (2011, April). Generational differences in mental health: Are children and adolescents suffering more, or less? <u>Invited talk</u> presented at the annual Greenville Family Symposium, American Orthopsychiatry Association, Greenville, SC.

Twenge, J. M. (2011, April). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the annual conference of the Washington State Student Services Commission conference, Wenatchee, WA.

Twenge, J. M. (2011, April). Generation Me: Understanding today's young people. <u>Invited talks</u> presented at the University of the Incarnate Word, San Antonio, TX.

Twenge, J. M. (2011, March). Generation Me: Understanding today's young people. <u>Invited talks</u> presented at the University of Georgia, Athens, GA.

Twenge, J. M. (2011, April). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at a conference of the Alberta Teaching Association, Edmonton, Alberta, Canada.

Twenge, J. M. (2011, March). The Narcissism Epidemic: The culture of entitlement and what we can do about it. Invited talk presented at the annual conference of the International Society for the Study of Personality Disorders, Melbourne, Victoria, Australia.

Twenge, J. M. (2011, February). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at the annual conference of the National Association of Campus Activities, St. Louis, MO.

Twenge, J. M. (2011, February). Generation Me: Understanding today's young people. Invited talks presented at Western Illinois University, DeKalb, IL.

Twenge, J. M. (2011, January). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at Calvin College, Michigan.

Twenge, J. M. (2011, January). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at the Clairbourn School, San Gabriel, CA.

Twenge, J. M. (2010, November). Generations and the workplace (Or, who are the Millennials?) Invited talk presented at the U.S. Navy Medicine West Training Group, Miramar Air Station.

Twenge, J. M. (2010, November). Generation Me: Teaching today's young people. Keynote presented at the Rural Clinical Faculty Development Workshop, Faculty of Medicine and Dentistry, University of Alberta.

Twenge, J. M. (2010, November). Generation Me: Understanding today's young people. Invited talk presented at Geneva College, Beaver Falls, PA.

Twenge, J. M. (2010, November). The Narcissism Epidemic: What's happening to American culture? Invited talk presented at Geneva College, Beaver Falls, PA.

Twenge, J. M. (2010, November). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at the annual conference of the Lehigh Valley Student Services Association, Lehigh, PA.

Twenge, J. M. (2010, October). Generation Me: The psychology and technology of today's young people. Invited talks presented at Blinn College, Bryan, TX, and Brenham, TX.

Twenge, J. M. (2010, October). The Narcissism Epidemic: The age of entitlement and what we can do about it. Keynote address presented at the annual conference of the Michigan Community College Student Association, Petoskey, MI.

Twenge, J. M. (2010, October). Generations and the workplace (Or, who are the Millennials?) Invited talk presented at the meeting of the U.S. Navy Medicine West Board of Governors, San Diego, CA.

Twenge, J. M. (2010, September). Generation Me: Understanding today's young people. Keynote for the Mizzou Reads Program 2010, University of Missouri, Columbia.

Twenge, J. M. (2010, August). Generation Me: Teaching and working with today's young people. Invited talk presented at Samuel Merritt University, Oakland, CA.

Twenge, J. M. (2010, August). Reality TV and narcissism. Paper presented at the annual conference of the American Psychological Association, San Diego, CA.

Twenge, J. M. (2010, August). The Narcissism Epidemic: Evidence from culture and individuals. Paper presented at the annual conference of the American Psychological Association, San Diego, CA.

Twenge, J. M. (2010, June). Generations and the workplace. Invited talk presented at the conference of the Youth ChalleNGe program, San Diego, CA.

Twenge, J. M. (2010, June). Generation Me: Recruiting and inspiring young people. Invited talk presented at the annual conference of the Association of Public and Land-Grant Universities, State College, PA.

Twenge, J. M. (2010, June). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented to the Department of Energy, Washington, DC.

Twenge, J. M. (2010, June). Generation Me: Bridging the gap with today's young people. Invited talk presented to senior leadership of the U.S. Coast Guard, San Diego, CA.

Twenge, J. M. (2010, May). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at the conference of Lutheran high school principals, Chula Vista, CA.

Twenge, J.M. (2010, April). The Narcissism Epidemic and how it's spreading through our culture. Keynote presented at the Behavioral Sciences Conference of the North and the University of Alaska at Anchorage Honors College Undergraduate Research and Discovery Symposium, Anchorage, AK.

Twenge, J. M. (2010, March). Generation Me: Working with today's young people. Invited talk presented at the annual national conference of the National Association of Student Personnel Administrators, Chicago, IL.

Twenge, J. M. (2010, January). Cultural products, behavior, and self-reports across time: Generations as culture. Paper presented at the conference of the Society for Personality and Social Psychology, Las Vegas, Nevada.

Twenge, J. M. (2010, January). Generation Me: Recruiting and inspiring young people. <u>Invited talk</u> presented to U.S. Army officers at Fort Jackson, South Carolina.

Twenge, J. M. (2009, December). Generation Me: Working with today's young people. <u>Invited talks</u> presented at California State Polytechnic University, Pomona, Pomona, CA.

Twenge, J. M. (2009, November). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the National Association of Student Personnel Administrators, Region IV East, Chicago, IL.

Twenge, J. M. (2009, September). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the National Council for Marketing & Public Relations, Pacific Region, Carlsbad, CA.

Twenge, J. M. (2009, July). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the Illinois Sheriffs' Association, Peoria, IL.

Twenge, J. M. (2009, July). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the Texas Association for State Senior College and University Business Officers, Austin, TX.

Twenge, J. M. (2009, June). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the Florida Association of Blood Banks, Orlando, FL.

Twenge, J. M. (2009, June). Generation Me: Reaching today's young people. <u>Invited talk</u> presented at the Marine Recruit Depot, San Diego, CA.

Twenge, J. M. (2009, May). Generation Me: Teaching today's young people. <u>Invited talk</u> presented at the annual conference of the Association for Psychological Science, San Francisco, CA.

Twenge, J. M. (2009, May). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the Illinois State Police Academy, Springfield, IL.

Twenge, J. M. (2009, May). The Narcissism epidemic: Evidence from the culture and individuals. <u>Invited talk</u> presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

Twenge, J. M. (2009, April). Generation Me: Parenting today's young people. <u>Invited talk</u> presented to the Parent-Teacher Association, Burbank Unified School District, Burbank, CA.

Twenge, J. M. (2009, April). Generation Me: Working with today's young people. <u>Invited talk</u> presented at MiraCosta College, Carlsbad, CA.

Twenge, J. M. (2009, April). The Narcissism Epidemic: Evidence from the culture and individuals. Keynote address presented at the annual Undergraduate Research Conference, San Marcos, CA.

Twenge, J. M. (2009, April). Generation Me: Working with today's young people. Invited talk presented at Southern Connecticut State University, New Haven, CT.

Twenge, J. M. (2009, March). Generation Me: Working with today's young people. Invited talk presented for social workers coordinated by the University of Oklahoma, Norman, OK.

Twenge, J. M. (2009, March). Generation Me: Working with today's young people. Invited talk presented at Northern Arizona University, Flagstaff, AZ.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. Invited talk presented at the National Conference on Law and Higher Education, Orlando, FL.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. Invited talk presented at the annual conference of Running USA, La Jolla, CA.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. Invited talk presented at Texas Christian University, Ft. Worth, TX.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. Invited talk presented at the annual conference of the National Association of College and University Chaplains, Austin, TX.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. Invited talk presented at West Texas A&M University, Amarillo, TX.

Twenge, J. M. (2008, November). Fast track to success: Onboarding Net Gen talent. Invited talk presented at nGenera member meeting, Orlando, FL.

Twenge, J. M. (2008, November). Generation Me: Birth cohort changes in personality, attitudes, and psychopathology. Invited talk presented to the Department of Psychology, University of California at Riverside, Riverside, CA.

Twenge, J. M. (2008, October). Generation Me: Teaching and working with today's young people. Invited talk presented at Endicott College, Beverley, MA.

Twenge, J. M. (2008, October). Generation Me: Working with today's young people. Keynote address presented at the Blaine House conference on Volunteerism. Bangor, ME.

Twenge, J. M. (2008, September). Generation Me: Working with today's young people. Keynote address presented at the Conference of the California Association of Private Postsecondary Schools. Los Angeles, CA.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. Invited talk presented at Judson University, Elgin, IL.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Ivy Tech Community College, South Bend, IN.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Jacksonville University, Jacksonville, FL.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Cooper Mountain College, Joshua Tree, CA.

Twenge, J. M. (2008, July). Generation Me: Who Millennials are and why. <u>Invited talk</u> presented at the McGraw Hill companies, New York, NY.

Twenge, J. M. (2008, July). Generation Me: Working with today's young people. Invited talk presented at the annual conference of Accuity, Inc. Las Vegas, NV.

Twenge, J. M. (2008, June). Generation Me: Working with today's young people. <u>Keynote address</u> presented at the conference of the National Association of College Auxiliary Services, Milwaukee, WI.

Twenge, J. M. (2008, June). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented to Student Development staff at the University of California, San Diego.

Twenge, J. M. (2008, June). Generation Me: Working with today's young people. <u>Invited talk</u> presented at Grand Rounds, Department of Pediatrics, UCLA-Harbor Medical Center, Torrance, CA.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at University of Colorado at Colorado Springs.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Hobart and William Smith Colleges, Geneva, NY.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at University of California at Riverside.

Twenge, J. M. (2008, May). Generation Me and the psychology of today's young people. <u>Invited talk</u> presented at University of California at Los Angeles.

Twenge, J. M. (2008, May). Generations at work. Panel discussion presented at the Talent 2.0 conference of nGenera, Toronto, ON, Canada.

Twenge, J. M. (2008, May). Generation Me: Working with today's young people. Invited talk presented at the Stenberg College Career Fair, Vancouver, BC, Canada.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Northeastern Illinois University, Chicago, IL.

Twenge, J. M. (2008, April). Generation Me: Working with today's young people. Invited talk presented at the management conference for the staff of Ruby's Restaurants, Palm Springs, CA.

Twenge, J. M. (2008, April). Generation Me: Working with today's young people. Invited talk presented to the OCTANe Orange County business group, Irvine, CA.

Twenge, J. M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at California State University at San Marcos.

Twenge, J. M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at the University of North Dakota, Grand Forks, ND.

Twenge, J. M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at Mt. San Jacinto College, Menifee, CA.

Twenge, J. M. (2008, April). Generation Me: Working with today's young people. Invited talk presented at the Western region conference of the American Camp Association, Los Angeles, CA.

Twenge, J. M. (2008, April). Generation Me and the psychology of today's young people. Invited talk presented at the conference of the Western Psychological Association, Irvine, CA.

Gentile, B. C., Grabe, S., Dolan-Pascoe, B., Twenge, J. M., & Wells, B. E. (2008, April). Gender differences in domain-specific self-esteem: A meta-analysis. Poster presented at the conference of the Western Psychological Association, Irvine, CA.

Cuervo, D. G., & Twenge, J. M. (2008, April). Effects of social exclusion on aggression and attributions to ethnicity. Poster presented at the conference of the Western Psychological Association, Irvine, CA.

Twenge, J, M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at the conference of the National Association of State Universities and Land Grant Colleges, San Diego, CA.

Twenge, J. M. (2008, March). Generation Me: Working with today's young people. Invited talk presented at Nielsen Business Global Shop, Chicago, IL.

Twenge, J. M. (2008, March). Generation Me: Teaching and working with today's young people. Invited talk presented at Southern Methodist University. Dallas, TX.

Twenge, J. M. (2008, March). Generation Me: Counseling and advising today's young people. Invited talk presented at Southern Methodist University counseling department, Plano, TX.

Twenge, J.M. (2008, February). Generation Me and the rise in narcissism, 1979-2006. Poster presented at the conference of the Society for Personality and Social Psychology, Albuquerque, NM.

Twenge, J. M. (2008, February). Generation Me: Working with today's young people Invited talk presented to the executives meeting of the Association of Accounting Marketing, New York, NY.

Twenge, J. M. (2008, February). Generation Me and the controversy over the rise in narcissism. Panel discussion presented at the Youth Pulse Mashup, Santa Monica, CA.

Twenge, J. M. (2008, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the State University of New York at Fredonia.

Twenge, J, M. (2008, May). Generation Me: Working with and marketing to today's young people. Invited talk presented at the Home Design Magazine conference, Nielsen Business Media, Pebble Beach, CA.

Twenge, J. M. (2008, February). Generation Me: Working with today's young people. Invited talk presented at the conference of the Western Association of Chamber Executives, San Diego, CA.

Twenge, J. M. (2008, January). Generation Me: Teaching today's young people. Invited talk presented for faculty development, Glendale Unified School District, Glendale, CA.

Twenge, J. M. (2008, January). Generation Me: Teaching and working with today's young people. Invited talk presented for faculty development, Stenberg College, Vancouver, BC, Canada.

Twenge, J. M. (2008, January). Generation Me: Working with today's young people. Invited talk presented for the U.S. Army Rangers, Fort Benning, GA.

Twenge, J. M. (2008, January). Generation Me: Teaching and working with today's young people. Invited talk presented at the Fashion Institute for Design and Marketing, Los Angeles, CA.

Twenge, J. M. (2007, December). Generation Me: How when you were born influences your personality and outlook on life. Invited talk presented at Occidental College, Los Angeles, CA.

Twenge, J. M., (2007, December). Generation Me: How when you were born influences your personality and outlook on life. Invited talk presented to the New York State BOCES for high school teachers, Geneva, NY.

Twenge, J. M. (2007, November). Generation Me: Working with today's young people. Invited talk presented at PepsiCo, Purchase, NY.

Twenge, J. M. (2007, November). Birth cohort differences in personality: Generation Me becomes Generation Depressed. Invited talk presented at Washington University in St. Louis.

Twenge, J. M. (2007, November). Generation Me and birth cohort differences in personality. Invited talk presented at the University of Georgia.

Twenge, J. M. (2007, November). Generation Me: How when you were born influences your personality and outlook on life. Invited talk presented at Wesleyan College, Macon, GA.

Twenge, J. M. (2007, October). Generation Me: Teaching and working with today's young people. Invited talk presented at Nichols College, Dudley, MA.

Twenge, J. M. (2007, October). Generation Me: Teaching and working with today's young people. Invited talk presented at Glendale College, Glendale, CA.

Twenge, J. M. (2007, September). Generation Me: The psychology of today's young people… and implications for attracting blood donors and young staff. Invited talk presented at the conference of the National Association of Blood Banks, Denver, CO.

Twenge, J. M. (2007, August). Generation Me: Teaching and working with today's young people. Invited talk presented at Winona State University, Winona, MN.

Twenge, J. M. (2007, August). Generation Me: Understanding today's young people. Invited talk presented at the Congregational Development conference, Governing Board of Discipleship, United Methodist Church, Overland Park, KS.

Twenge, J.M. (2007, June). Generation Me students and campus ministry. Invited talk presented at the National Campus Ministry Association, Nashville, TN.

Twenge, J. M. (2007, May). Working with, teaching, and understanding "Generation Me." Invited talks presented at Colorado College, Colorado Springs, CO.

Twenge, J. M. (2007, April). Generation Me and individualism in today's society. Invited talk presented to the Inside Edge, Irvine, CA.

Twenge, J. M. (2007, April). Working with "Generation Me." Keynote address presented at the Michigan Association for College Admissions Counselors, Grand Rapids, Michigan.

Twenge, J. M. (2007, March). "Generation Me." (Parts I and II). Invited talks presented at the Tri-State Camping Conference, Atlantic City, NJ.

Jackson, B., Twenge, J., Chiang, J., Souza, C., & Goodman, E. (2007, March). Internalizing social status: An experimental test of ruminative coping among college women. Paper presented at the Association of Women in Psychology Conference, San Francisco, CA.

Twenge, J. M. (2007, March). Working with "Generation Me." Keynote address presented at the Pacific Division conference of the National Academic Advising Association, San Diego, CA.

Twenge, J. M. (2007, March). Working with "Generation Me." Invited talk presented at the conference of the National Association of College and University Business Officers, San Diego, CA.

Twenge, J. M. (2007, February). Working with and teaching "Generation Me." Invited talk presented at the workshop "Why Don't You Get Me? Bridging the Generations." University of San Diego, San Diego, CA.

Twenge, J. M. (2007, February). Working with and teaching Generation Me. Invited talk presented to the conference of the Academic Senate for California Community Colleges, Redwood City, CA.

Ma, D., Reid, M., & Twenge, J. M. (2007, January). Social exclusion impairs emotion regulation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, Tennessee.

Marquez, A., & Twenge, J. M. (2007, January). Social Rejection and Positive Mood Boosting. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, Tennessee.

Jackson, B., Twenge, J., Chiang, J., Souza, C., & Goodman, E.  (2007, January).  Subjective social status: Psychological consequences in a laboratory setting. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, Tennessee.

Twenge, J. M. (2007, January). Teaching and working with Generation Me. Invited talk presented at faculty and staff conference, Grossmont College, El Cajon, CA.

Twenge, J. M. (2006, October). Generation Me: Working with today's young people. Invited talk presented at the California Interscholastic Federation conference, San Diego, CA.

Twenge, J. M. (2006, August). The bad behavior of socially rejected people and how it might be prevented. Invited talk presented at the University of Southern California.

Twenge, J. M. (2006, August). Generation Me, or why do the freshmen seem so different? Invited talk presented at staff and faculty conference, Grossmont College, El Cajon, CA.

Twenge, J. M. (2006, July). Preventing aggression after social rejection. Paper presented at the annual meeting of the International Society for Research on Aggression, Minneapolis, MN.

Twenge, J. M. (2006, June). Generation Me. Invited talk presented at the summer meeting of the Educause Center for Applied Research, Coronado, CA.

Twenge, J. M. (2006, May). Why do the freshmen seem so different? <u>Invited talk</u> presented to the Office of Student Affairs, University of Akron, Akron, OH.

Twenge, J. M. (2006, April). Why do the freshmen seem so different? <u>Invited talk</u> presented at the annual conference of the American Association of Collegiate Registrars and Admissions Officers, San Diego, CA.

Twenge, J. M. (2006, January). Situational moderators of aggression after social rejection. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA. Session chair, "Aggression: Causes and Consequences."

Reid, M. W., & Twenge, J. M. (2006, January). Searching for agent blue: Birth cohort changes in depressive affect, a cross-temporal meta-analysis. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA.

Lee, L., Twenge, J. M., & Gallo, L. C. (2006, January). Cardiovascular and emotional responses in the face of social exclusion: Moderation by adult attachment orientation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA.

Krusemark, E. A., Dyckman, K. A., Brunell, A. B., McDowell, J. E., Clementz, B. A., Campbell, W. K., & Twenge, J. M. (2006, January). Neural substrates of social rejection and self regulation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA.

Twenge, J. M. (2005, October). How generations really differ: The treasures in the stacks. <u>Invited talk</u> presented at the annual conference of the Association of Mental Health Librarians, San Diego, CA.

Twenge, J. M. (2005, October). Why does social rejection lead to aggression? Paper presented at the annual meeting of the Society for Experimental Social Psychology, San Diego, CA. (Session chair, "The Effect of Rejection and Ostracism on Aggression: Causes and Consequences").

Twenge, J. M. (2005, March). The psychology of social exclusion. <u>Invited talk</u> presented at Free University, Amsterdam.

Twenge, J. M. (2005, March). Individualism and despair: Birth cohort changes in self-esteem, need for social approval, women's assertiveness, extraversion, anxiety, and locus of control. <u>Invited talk</u> presented at Free University, Amsterdam.

Twenge, J. M. (2005, February). The effects of social rejection on behavior and emotion. <u>Invited talk</u> presented at University of North Carolina at Chapel Hill.

Twenge, J. M. (2005, January). Emotion regulation after social rejection. Paper presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA. (Session chair, "Coping with Ostracism and Social Rejection")

Twenge, J. M., & Im, C. (2005, January). Changes in socially desirable responding, 1958-2001. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Reid, M. W., & Twenge, J. M. (2005, January). Uncontrollable laughter: Social exclusion and emotion regulation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Wells, B. E., & Twenge, J. M. (2005, January). Changes in young people's sexual behavior and attitudes, 1943-1999: A cross-temporal meta-analysis. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Twenge, J. M. (2004, December). The effects of social rejection on behavior and emotion. Invited talk presented at University of Kansas.

Twenge, J. M. (2004, December). The effects of social rejection on behavior and emotion. Invited talk presented at University of Texas at Arlington.

Twenge, J. M. (2004, December). Social exclusion: Behavior, inner processes, and emotion. Invited talk presented at University of Iowa.

Twenge, J. M. (2004, November). Social exclusion: Behavior, inner processes, and emotion. Invited talk presented at University of Florida.

Twenge, J. M. (2004, November). Social exclusion and positive mood boosting. Invited talk presented at the University of California at Santa Barbara.

Twenge, J. M. (2004, October). Social exclusion: Behavior, inner processes, and emotion. Invited talk presented at University at Buffalo SUNY.

Twenge, J. M. (2004, October). Individualism and despair: Birth cohort changes in self-esteem, need for social approval, women's assertiveness, extraversion, anxiety, and locus of control. Invited talk presented at the University of California at Riverside.

Twenge, J. M. (2004, September). Affect regulation after social exclusion. Invited talk presented at the University of Chicago.

Twenge, J. M. (2004, April). Individualism and despair: Birth cohort changes in personality and life outlook, 1931-2002. Invited talk, keynote speaker for the Carolinas Psychology Conference, Raleigh, NC.

Twenge, J. M. (2004, March). When does social rejection lead to aggression? The influence of situations, narcissism, emotion, and replenishing connections. Invited talk presented at the annual Sydney Symposium of Social Psychology, Sydney, Australia.

Twenge, J. M. (2004, January). Cultural and social antecedents of self-esteem: Race, birth cohort, and socioeconomic status. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Austin, TX.

Twenge, J. M. (2004, January). Anticipated interaction eliminates aggression after social rejection. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Austin, TX.

Twenge, J. M., Cacho, J. C., & MacDonald, D. (2004, January). Aggression after social rejection: The effects of defensive denial of emotion and social situations. Invited talk presented at the Groups and Intergroup Processes preconference, annual meeting of the Society for Personality and Social Psychology, Austin, TX.

Twenge, J. M. (2003, November). Social exclusion and prosocial behavior. Invited talk presented at the University of California at San Diego.

Twenge, J. M. (2003, October). Consequences of social rejection. Invited talk presented at Florida State University, Tallahassee, FL.

Twenge, J. M. (2003, October). Social exclusion and prosocial behavior. Invited talk presented at the Preconference on the Self, annual meeting of the Society for Experimental Social Psychology, Boston, MA.

Twenge, J. M., & Im, C. (2003, February). Emotion regulation after social rejection and its effect on aggressive behavior. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Los Angeles, CA.

Catanese, K. R., Twenge, J. M., & Baumeister, R. F. (2003, February). Mirror, mirror on the wall: Avoiding self-awareness after social exclusion. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Los Angeles, CA.

Ciarocco, N. J., Twenge, J. M., & Baumeister, R. F. (2003, February). Helping the in face of rejection: Social exclusion hampers prosocial acts. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Los Angeles, CA.

Twenge, J. M. (2002, November). Birth cohort changes in anxiety, self-esteem, and the need for social approval and locus of control. Invited talk presented at the University of Nevada at Reno.

Twenge, J. M. (2002, October). Social exclusion and prosocial behavior. Invited talk presented at the University of California at Los Angeles.

Twenge, J. M. (2002, June). Individualism and despair: Birth cohort changes in anxiety, assertiveness, extraversion, and self-esteem during the 20th century. Invited talk presented at the annual meeting of the American Psychological Society, New Orleans, LA.

Catanese, K. R., Twenge, J. M., & Baumeister, R. F. (2002, June). Put off by social exclusion: Rejection causes procrastination. Poster presented at the annual meeting of the American Psychological Society, New Orleans, LA.

Twenge, J. M. (2002, May). Culture, time, and the self: Birth cohort differences in self-esteem. <u>Invited talk</u> presented at the University of California at Irvine.

Twenge, J. M. (2002, February). Social exclusion causes decreased prosocial behavior. <u>Invited talk</u> presented at the University of California at Riverside.

Twenge, J. M. (2002, February). The search for respect: Narcissism and violence. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Savannah, GA. (Session chair, "The Puzzle of School Violence")

Twenge, J. M. (2002, February). Meta-analyses of race and self-esteem: Comparing Whites, Blacks, Hispanics, Asians, and American Indians. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Savannah, GA.

Twenge, J. M. (2002, January). Culture, time, and the self: Birth cohort differences in self-esteem. <u>Invited talk</u> presented at the Self and Identity preconference, annual meeting of the Society for Personality and Social Psychology, Savannah, GA.

Twenge, J. M. (2001, February). If you can't join them, beat them: Social exclusion and antisocial behavior. Paper presented at the annual meeting of the Society for Personality and Social Psychology, San Antonio, TX.

Twenge, J. M. (2001, February). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. <u>Invited talk</u> presented at the inaugural meeting of the Association for Research in Personality, San Antonio, TX.

Twenge, J. M. (2000, October). If you can't join them, beat them: Antisocial responses by socially excluded individuals. Paper presented at the annual meeting of the Society for Experimental Social Psychology, Atlanta, GA.

Baumeister, R. F., & Twenge, J. M. (2000, February). Decision fatigue: Resources are depleted after making many choices. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Nashville, TN.

Twenge, J. M. (2000, February). Changes in self-reported anxiety, 1952-1993: A cross-temporal meta-analysis. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Nashville, TN.

Miner-Rubino, K. N., Twenge, J. M., & Fredrickson, B. F. (1999, August). Self-objectification: Gender, personality, and emotional correlates. Poster presented at the annual meeting of the American Psychological Association, Boston, MA.

Twenge, J. M. (1997, August). Changes in self-esteem over time. Poster presented at the annual meeting of the American Psychological Association, Chicago, IL.

Twenge, J. M. (1997, May). Masculine and feminine attributes: Which are most important? Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Twenge, J. M. (1996, August). Attitudes toward women, 1970-1995: A quantitative analysis. Poster presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Twenge, J. M. (1996, May). Sex differences in assertiveness, anxiety, and sociability 1920-1995: A meta-analysis. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1996, May). Attitudes toward women scale scores over time. Poster presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1996, May). Are men really that bad? Male guilt, male bashing, and the new politics of gender in America. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1995, August). Twenty years of change: Differences in Bem Sex-Role Inventory means across time, regions, and schools. Poster presented at the annual meeting of the American Psychological Association Conference, New York.

Twenge, J. M. (1995, May). Can you judge a book by its cover? Appearance Behaviors and Masculinity/Femininity. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1995, May). Changes in Sex Roles across Generations and Regions: A Quantitative Analysis. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1994, May). Single earrings and flowing dresses: Appearance, personality, and gender. Paper presented at the University of Michigan Graduate Psychology Conference, Ann Arbor, MI.

## SELECTED MEDIA APPEARANCES AND MENTIONS
### (updated through 2015 only)

Associated Press, November 2015
Time.com, June 2015
Time.com, May 2015
*Washington Post*, May 2015
*New York Times* (Science section, profile), August 2013
Associated Press, July 2013
CBS This Morning, July 2013
Good Morning America, June 2013
*The Atlantic*, June 2013
*Time* magazine, May 2013
BBC news, January 2013
Associated Press, March 2012
*Chronicle of Higher Education,* March 2012
*New York Times* (Business section), September 2011
*New York Times Magazine*, August 2011
*New York Magazine*, July 2011
Associated Press, June 2011
*The Atlantic*, June 2011
*New York Times,* April 2011
*Time* magazine, December 2010
*New York Times,* November 2010
*New York Times,* August 2010
*New York Times,* July 2010
Associated Press, January 2010
CNN, January 2010
The Dr. Phil Show, December 2009
*Chronicle of Higher Education*, October 2009
Today show, April 2009
*New York Times*, April 2009
*Newsweek*, April 2009
*Time* magazine, April 2009
*USA Today*, April 2009
*New York Times*, January 2008
Morning Edition, National Public Radio, May 2007
Associated Press, February 2007
Day to Day, National Public Radio, February 2007
NBC Nightly News, February 2007
Day to Day, National Public Radio, May 2006
Today show, April 2006
*Washington Post*, April 2006
Numerous appearances on local San Diego radio and TV, 2001-present

## PROFESSIONAL AND OTHER ACTIVITIES

Editorial Board, <u>Social Psychological and Personality Science</u>
Editorial Board, <u>Self and Identity</u>
Ad hoc reviewer, <u>Psychological Bulletin</u>
Ad hoc reviewer, <u>Journal of Personality and Social Psychology</u>
Ad hoc reviewer, <u>Personality and Social Psychology Bulletin</u>
Ad hoc reviewer, <u>Psychological Science</u>
Ad hoc reviewer, <u>Perspectives on Psychological Science</u>
Ad hoc reviewer, <u>Journal of Research in Personality</u>
Ad hoc reviewer, <u>European Journal of Social Psychology</u>
Ad hoc reviewer, <u>Basic and Applied Social Psychology</u>
Ad hoc reviewer, <u>Personality and Social Psychology Review</u>
Ad hoc reviewer, <u>Psychology of Women Quarterly</u>
Ad hoc reviewer, <u>Sex Roles</u>
Ad hoc reviewer, <u>Journal of Applied Social Psychology</u>
Ad hoc reviewer, <u>Journal of Social and Personal Relationships</u>
Ad hoc reviewer, <u>Journal of Consulting and Clinical Psychology</u>
Opinion page columnist, <u>Chicago Maroon</u>, University of Chicago, 1992-1993
Opinion page columnist, <u>Michigan Daily</u>, University of Michigan, 1993-1996

Jean M. Twenge, Ph.D. Report

# EXHIBIT B

Statement of Compensation Rate

Jean M. Twenge, Ph.D.
San Diego State University

**Expert Witness Fee Schedule:**

Reviewing materials and writing report: $550 per hour
Deposition and trial testimony: $550 per hour

Jean M. Twenge, Ph.D. Report

# EXHIBIT C

Prior Testimony

Jean M. Twenge, Ph.D.
San Diego State University

**Prior Testimony**

- *Computer & Communications Industry Association and NetChoice v. Moody*, Case No. 4:24-CV-438 MW-MAF (N.D. Fla.) on January 29, 2025
- *Smith, et al., v. TikTok, Inc., et al.*, Los Angeles Superior Court, JCCP No. 5255, Social Media Cases

Jean M. Twenge, Ph.D. Report

# EXHIBIT D

Materials Considered

## Dr. Jean Twenge Materials Considered

1. 5Rights Foundation. (2021). Pathways: How digital design puts children at risk. https://5rightsfoundation.com/uploads/Pathways-how-digital-design-puts-children-at-risk.pdf

2. AACP (2018). Social media and teens. Facts for Families. https://www.aacap.org/AACAP/Families_and_Youth/Facts_for_Families/FFF-Guide/Social-Media-and-Teens-100.aspx

3. Abrams, Z. (2023, August 3). Why young brains are especially vulnerable to social media. American Psychological Association. https://www.apa.org/news/apa/2022/social-media-children-teens

4. Adinoff B. (2004). Neurobiologic processes in drug reward and addiction. Harvard review of psychiatry, 12(6), 305–320. https://doi.org/10.1080/10673220490910844

5. Allcott, H., Braghieri, L., Eichmeyer, S., & Gentzkow, M. (2020). The welfare effects of social media. The American Economic Review, 110(3), 629–676. https://doi.org/10.1257/aer.20190658

6. Al-Zuabi, I. M., Jafar, A., & Aljoumaa, K. (2019). Predicting customer's gender and age depending on mobile phone data. Journal of Big Data, 6(1), 18. https://doi.org/10.1186/s40537-019-0180-9

7. American Psychological Association. (2023). Health advisory on social media use in adolescence. https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.pdf

8. Are screens harming teens? What scientists can do to find answers. (2025). Nature, 640(8057), 7–8. https://doi.org/10.1038/d41586-025-00991-7

9. Beeres, D. T., Andersson, F., Vossen, H. G. M., & Galanti, M. R. (2021). Social Media and Mental Health Among Early Adolescents in Sweden: A Longitudinal Study With 2-Year Follow-Up (KUPOL Study). The Journal of adolescent health: official publication of the Society for Adolescent Medicine, 68(5), 953–960. https://doi.org/10.1016/j.jadohealth.2020.07.042

10. Blanchflower, D. (2024, June 17). Is the Gallup World Poll reliable? After Babel Substack. https://www.afterbabel.com/p/gallup-world-poll

11. Blumenthal, R. (2021, October 20) Letter to Mark Zuckerberg. https://www.blumenthal.senate.gov/imo/media/doc/2021.10.20%20-%20Facebook%20and%20Instagram%20-%20Consumer%20Protection%20Invitation.pdf

12. Boer, M., Cosma, A., Twenge, J. M., Inchley, J., Jericek Kalnscek, H., & Stevens, G. W. J. M. (2023). National-level schoolwork pressure, family structure, internet use, and obesity as drivers of time trends in adolescent psychological complaints between 2002 and 2018. Journal of Youth and Adolescence, 52, 2061-2077.

13. Boer, M., Stevens, G. W. J. M., Finkenauer, C., de Looze, M. E., & van den Eijnden, R. J. J. M. (2021). Social media use intensity, social media use problems, and mental health among adolescents: Investigating directionality and mediating processes. Computers in Human Behavior, 116, Article 106645. https://doi.org/10.1016/j.chb.2020.106645

14. Boers, E., Afzali, M. H., Newton, N., & Conrod, P. (2019). Association of Screen Time and Depression in Adolescence. JAMA Pediatrics, 173, 853–859.

15. Bommersbach, T. J., Olfson, M., & Rhee, T. G. (2025). National Trends in Suicidal Thoughts and Suicide Attempts Among High School Students in the United States. The American journal of psychiatry, appiajp20240706. Advance online publication. https://doi.org/10.1176/appi.ajp.20240706

16. Böttger, H., & KöLtzsch, D. (2020). The fear factor: Xenoglossophobia or how to overcome the anxiety of speaking foreign languages. Training Language and Culture, 4(2), 43–55. https://doi.org/10.22363/2521-442x-2020-4-2-43-55

17. Braghieri, L., Levy, R., & Makarin, A. (2022). Social Media and Mental Health. The American Economic Review, 112(11), 3660–3693. https://doi.org/10.1257/aer.20211218

18. Brailovskaia, J., Teismann, T., & Margraf, J. (2020). Positive Mental Health Mediates the Relationship Between Facebook Addiction Disorder and Suicide-Related Outcomes: A Longitudinal Approach. Cyberpsychology, behavior and social networking, 23(5), 346–350. https://doi.org/10.1089/cyber.2019.0563

19. Buecker, S., Mund, M., Chwastek, S., Sostmann, M., & Luhmann, M. (2021). Is loneliness in emerging adults increasing over time? A preregistered cross-temporal meta-analysis and systematic review. Psychological Bulletin, 147(8), 787–805. https://doi.org/10.1037/bul0000332

20. Burhan, R., & Moradzadeh, J. (2020). Neurotransmitter Dopamine (DA) and its Role in the Development of Social Media Addiction. Journal of Neurology and Neurophysiology, 11, 1-2.

21. Burstein, B., Agostino, H., & Greenfield, B. (2019). Suicidal attempts and ideation among children and adolescents in US emergency departments, 2007-2015. JAMA Pediatrics, 173, 598–600.

22. C.S. Mott Children's Hospital (2021)  Sharing Too Soon? Children and Social Media Apps. Mott Poll Report. https://mottpoll.org/reports/sharing-too-soon-children-and-social-media-apps

23. Cairns, R., Karanges, E. A., Wong, A., Brown, J. A., Robinson, J., Pearson, S.-A., Dawson, A. H., & Buckley, N. A. (2019). Trends in self-poisoning and psychotropic drug use in people aged 5-19 years: a population-based retrospective cohort study in Australia. BMJ Open, 9(2), e026001.

24. Canadian Centre for Child Protection (2020) Reviewing Child Sexual Abuse Material Reporting Functions on Popular Platforms. Canadian Centre for Child Protection. https://protectchildren.ca/pdfs/C3P_ReviewingCSAMMaterialReporting_en.pdf

25. Capraro, V., Globig, L., Rausch, Z., Rathje, S., Wormley, A., Olson, J., ... & Van Bavel, J. J. (2025). A consensus statement on potential negative impacts of smartphone and social media use on adolescent mental health. https://osf.io/preprints/psyarxiv/b94dy_v1

26. Center for Countering Digital Hate. (2022). Deadly by Design: TikTok pushes harmful content promoting eating disorders and self-harm into young users' feeds. https://counterhate.com/wp-content/uploads/2022/12/CCDH-Deadly-by-Design_120922.pdf

27. Chansiri, K., & Wongphothiphan, T. (2023). The indirect effects of Instagram images on women's self-esteem: The moderating roles of BMI and perceived weight. New Media & Society, 25(10), 2572-2594. https://doi.org/10.1177/14614448211029975

28. Chen, J., Ishii, M., Bater, K. L., Darrach, H., Liao, D., Huynh, P. P., Reh, I. P., Nellis, J. C., Kumar, A. R., & Ishii, L. E. (2019). Association Between the Use of Social Media and Photograph Editing Applications, Self-esteem, and Cosmetic Surgery Acceptance. JAMA facial plastic surgery, 21(5), 361–367. https://doi.org/10.1001/jamafacial.2019.0328

29. Cheng, J., Burke, M., & Davis, E. G. (2019, May). Understanding perceptions of problematic Facebook use: When people experience negative life impact and a lack of control. In Proceedings of the 2019 CHI conference on human factors in computing systems (pp. 1-13).

30. Cheng, T. S., Ong, K. K., & Biro, F. M. (2022). Trends Toward Earlier Puberty Timing in Girls and Its Likely Mechanisms. Journal of Pediatric & Adolescent Gynecology, 35, 527–531

31. Chu, J., Ganson, K. T., Baker, F. C., Testa, A., Jackson, D. B., Murray, S. B., & Nagata, J. M. (2023). Screen time and suicidal behaviors among U.S. children 9-11 years old: A prospective cohort study. Preventive medicine, 169, 107452. https://doi.org/10.1016/j.ypmed.2023.107452

32. Clark, D. M. T., Loxton, N. J., & Tobin, S. J. (2015). Declining loneliness over time: Evidence from American colleges and high schools. Personality & Social Psychology Bulletin, 41, 78–89.

33. Cohen, J. (1977). Statistical power analysis for the behavioral sciences (rev. ed.). New York, NY: Academic Press

34. Cohen, J. (1988). Statistical power analysis for the behavioral sciences (2nd ed.). Hillsdale, NJ: Erlbaum.

35. ConnectSafely (2014) A Parents' Guide to Instagram. https://web.archive.org/web/20141117173620/http://www.connectsafely.org/wp-content/uploads/instagram_guide.pdf

36. Correction to "Do social media experiments prove a link with mental health: A methodological and meta-analytic review" by Ferguson (2024) (2025). Psychology of Popular Media, 14(2), 328. https://doi.org/10.1037/ppm0000586

37. Corredor-Waldron, A., & Currie, J. (2024). To What Extent Are Trends in Teen Mental Health Driven by Changes in Reporting? The Example of Suicide-Related Hospital Visits. Journal of Human Resources, 59, S14–S40.

38. COUNCIL ON COMMUNICATIONS AND MEDIA (2016). Media Use in School-Aged Children and Adolescents. Pediatrics, 138(5), e20162592. https://doi.org/10.1542/peds.2016-2592

39. Coyne, S. M., Rogers, A. A., Zurcher, J. D., Stockdale, L., & Booth, M. (2020). Does time spent using social media impact mental health?: An eight year longitudinal study. Computers in Human Behavior, 104.

40. Crews, F., He, J., & Hodge, C. (2007). Adolescent cortical development: a critical period of vulnerability for addiction. Pharmacology, biochemistry, and behavior, 86(2), 189–199. https://doi.org/10.1016/j.pbb.2006.12.001

41. Cybulski, L., Ashcroft, D. M., Carr, M. J., Garg, S., Chew-Graham, C. A., Kapur, N., & Webb, R. T. (2021). Temporal trends in annual incidence rates for psychiatric disorders and self-harm among children and adolescents in the UK, 2003–2018. BMC Psychiatry, 21, 1–12.

42. Davis, C. G., & Goldfield, G. S. (2025). Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. Psychology of Popular Media, 14(1), 1–11. https://doi.org/10.1037/ppm0000536

43. Davis, T., & Cranston, P. (2008). Youth work and social networking: Final research report. National Youth Agency.

44. de Bérail, P., Guillon, M., & Bungener, C. (2019). The relations between YouTube addiction, social anxiety and parasocial relationships with YouTubers: A moderated-mediation model based on a cognitive-behavioral framework. Computers in Human Behavior, 99, 190–204. https://doi.org/10.1016/j.chb.2019.05.007

45. Deters, F. große, & Mehl, M. R. (2013). Does posting Facebook status updates increase or decrease loneliness? An online social networking experiment. Social Psychological and Personality Science, 4, 579–586.

46. Domahidi, E. (2018). The associations between online media use and users' perceived social resources: A meta-analysis. Journal of Computer-Mediated Communication, 23(4), 181-200.

47. Dönmez, Y. E., & Soylu, N. (2019). Online sexual solicitation in adolescents: Socio-demographic risk factors and association with psychiatric disorders, especially posttraumatic stress disorder. Journal of Psychiatric Research, 117, 68–73.

48. Dunn, T. R., & Langlais, M. R. (2020). "Oh, Snap!": A Mixed-Methods Approach to Analyzing the Dark Side of Snapchat. The Journal of Social Media in Society, 9(2), 69-104.

49. Facebook. (2012, April 9). Facebook to Acquire Instagram [Press release]. https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/

50. Fair Play for Kids, & Farid, H. (2022). Designing for disorder: Instagram's pro-eating disorder bubble. https://fairplayforkids.org/wp-content/uploads/2022/04/designing_for_disorder.pdf?eType=EmailBlastContent&eId=ec346b0d-3a84-4f12-b071-a7

51. Farid, H. (2018). Reining in online abuses. Technology & Innovation, 19(3), 593–599. https://doi.org/10.21300/19.3.2018.593

52. Farid, H. (2021). An Overview of Perceptual Hashing. Journal of Online Trust and Safety, 1(1). https://doi.org/10.54501/jots.v1i1.24

53. Faverio, M. & Sidoti, O. (2024, December 12). Teens, social media and technology 2024. Pew Research Center.

54. Fehr, E., & Gächter, S. (2000). Fairness and retaliation: The economics of reciprocity. Journal of economic perspectives, 14(3), 159-182.

55. Ferguson C. J. (2021). Links between screen use and depressive symptoms in adolescents over 16 years: Is there evidence for increased harm?. Developmental science, 24(1), e13008. https://doi.org/10.1111/desc.13008

56. Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media.

57. Ferguson, C. J. (2025). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media, 14(2), 201–206. https://doi.org/10.1037/ppm0000541

58. Ferguson, C. J. (2025). Suicides among youth and social environment: Is there evidence for correlation, or merely ecological fallacy? Child & Youth Care Forum. Advance online publication. https://doi.org/10.1007/s10566-025-09853-9

59. Forrest, C. B., Koenigsberg, L. J., Eddy Harvey, F., Maltenfort, M. G., & Halfon, N. (2025). Trends in US Children's Mortality, Chronic Conditions, Obesity, Functional Status, and Symptoms. JAMA, 10.1001/jama.2025.9855. Advance online publication. https://doi.org/10.1001/jama.2025.9855

60. Frost, R. L., & Rickwood, D. J. (2017). A systematic review of the mental health outcomes associated with Facebook use. Computers in Human Behavior, 76, 576–600. https://doi.org/10.1016/j.chb.2017.08.001

61. Funder, D. C., & Ozer, D. J. (2019). Evaluating effect size in psychological research: Sense and nonsense. Advances in Methods and Practices in Psychological Science, 1, 1-13

62. Gajdics, J., & Jagodics, B. (2022). Mobile phones in schools: With or without you? Comparison of students' anxiety level and class engagement after regular and mobile-free school days. Technology, Knowledge and Learning, 27, 1095–1113.

63. George, M. J., Russell, M. A., Piontak, J. R., & Odgers, C. L. (2018). Concurrent and Subsequent Associations Between Daily Digital Technology Use and High-Risk Adolescents' Mental Health Symptoms. Child development, 89(1), 78–88. https://doi.org/10.1111/cdev.12819

64. Götz, F. M., Gosling, S. D., & Rentfrow, P. J. (2022). Small effects: The indispensable foundation for a cumulative psychological science. Perspectives on Psychological Science, 17, 205–215.

65. Gray, P., Lancy, D. F., & Bjorklund, D. F. (2023). Decline in independent activity as a cause of decline in children's mental well-being: Summary of the evidence. Journal of Pediatrics, 260, 113352.

66. Griffiths, S., Murray, S.B., Krug, I. & McClean, S.A. (2018). The Contribution of Social Media to Body Dissatisfaction, Eating Disorder Symptoms, and Anabolic Steroid Use Among Sexual Minority Men. CYBERPSYCHOLOGY, BEHAVIOR, AND SOCIAL NETWORKING. 21(3) 149-156. DOI: 10.1089/cyber.2017.0375

67. Gugushvili, N., Täht, K., Ruiter, R. A. C., & Verduyn, P. (2022). Facebook use intensity and depressive symptoms: a moderated mediation model of problematic Facebook use, age, neuroticism, and extraversion. BMC psychology, 10(1), 279. https://doi.org/10.1186/s40359-022-00990-7

68. Gumas, E.D., & Baumgartner, J. C. (2023, June 22). U.S. Overdose Deaths Remain Higher Than in Other Countries — How Harm Reduction Programs Could Help. To the Point. Commonwealth Fund.

69. Gutierrez, C. M., Prickett, K. C., Hollowell, C., Teiko, P., & Caton, L. (2022). Type of household firearm ownership and firearm suicide among adolescents, 1976-2018. Preventive medicine, 165(Pt A), 107244. https://doi.org/10.1016/j.ypmed.2022.107244

70. Haidt, J. (2024). The Anxious Generation. New York: Penguin Press.

71. Haidt, J., & Rausch, Z. (2023, April 19). The teen mental illness epidemic is international, part 2: The Nordic nations. After Babel Substack.

72. Haidt, J., Twenge, J. M., & Rausch, Z. (2025). Social media and mental health: A collaborative review. Unpublished manuscript, New York University. Accessed at https://docs.google.com/document/d/1w-HOfseF2wF9YIpXwUUtP65-olnkPyWcgF5BiAtBEy0/edit?tab=t.0

73. Hamilton, J. L., Dalack, M., Boyd, S. I., Jorgensen, S., Dreier, M. J., Sarna, J., & Brent, D. A. (2024). Positive and negative social media experiences and proximal risk for suicidal ideation in adolescents. Journal of Child Psychology and Psychiatry, 65, 1580–1589.

74. Han, X., Zhou, E., & Liu, D. (2024). Electronic media use and sleep quality: Updated systematic review and meta-analysis. Journal of Medical Internet Research, 26, e48356.

75. headspace (2018) headspace National Youth Mental Health Survey 2018. National Youth Mental Health Foundation

76. Heffer, T., Good, M., Daly, O., MacDonell, E., & Willoughby, T. (2019). The longitudinal association between social-media use and depressive symptoms among adolescents and young adults: An empirical reply to Twenge et al (2018). Clinical Psychological Science, 7, 462–470.

77. Heron M. (2021). Deaths: Leading Causes for 2018. National vital statistics reports : from the Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, 70(4), 1–115.

78. Hill A. B. (1965). The Environment and Disease: Association or Causation?. Proceedings of the Royal Society of Medicine, 58(5), 295–300. https://doi.org/10.1177/003591576505800503

79. Hisler, G., Twenge, J. M., & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. Sleep Medicine, 66, 92-102.

80. Horwitz, J. (2023, November 2) His Job Was to Make Instagram Safe for Teens. His 14-Year-Old Showed Him What the App Was Really Like. The Wall Street Journal. https://www.wsj.com/tech/instagram-facebook-teens-harassment-safety-5d991be1

81. Houghton, S., Lawrence, D., Hunter, S. C., Rosenberg, M., Zadow, C., Wood, L., & Shilton, T. (2018). Reciprocal Relationships between Trajectories of Depressive Symptoms and Screen Media Use during Adolescence. Journal of youth and adolescence, 47(11), 2453–2467. https://doi.org/10.1007/s10964-018-0901-y

82. Hristova, D., Jovicic, S., Göbl, B., De Freitas, S., & Slunecko, T. (2022). "Why did we lose our snapchat streak?". Social media gamification and metacommunication. Computers in Human Behavior Reports, 5, 100172. https://doi.org/10.1016/j.chbr.2022.100172

83. Hu, Y., Bai, Y., Pan, Y., & Li, S. (2021). Cyberbullying victimization and depression among adolescents: A meta-analysis. Psychiatry Research, 305.

84. Hunt, M. G., Marx, R., Lipson, C., & Young, J. (2018). No more FOMO: Limiting social media decreases loneliness and depression. Journal of Social and Clinical Psychology, 37(10), 751–768. https://doi.org/10.1521/jscp.2018.37.10.751

85. Instagram (2019, December 4) Making Instagram Safer for the Youngest Members of Our Community. Instagram Blog. https://about.instagram.com/blog/announcements/making-instagram-safer-for-the-youngest-members-of-our-community

86. Instagram (2021, July 17) Giving Young People a Safer, More Private Experience. Instagram Blog. https://about.instagram.com/blog/announcements/giving-young-people-a-safer-more-private-experience (Updated December 20, 2021)

87. Instagram (2022, June 23) Introducing New Ways to Verify Age on Instagram. Instagram Blog. https://about.instagram.com/blog/announcements/new-ways-to-verify-age-on-instagram. (Updated October 12, 2022; March 2, 2023)

88. Instagram (2024, January 25) Introducing Stricter Message Settings for Teens on Instagram and Facebook. Instagram Blog. https://about.instagram.com/blog/announcements/new-parental-controls-and-teen-privacy-defaults

89. Javornik, A., Marder, B., Pizzetti, M., Warlop, L. (2022). Research: How AR Filters Impact People's Self-Image. Harvard Business Review. https://hbr.org/2021/12/research-how-ar-filters-impact-peoples-self-image

90. Jensen, M., George, M. J., Russell, M. R., & Odgers, C. L. (2019). Young adolescents' digital technology use and mental health symptoms: Little evidence of longitudinal or daily linkages. Clinical Psychological Science, 7(6), 1416-1433. DOI:10.1177/26702619853363

91. Jones, S. E., Ethier, K. A., Hertz, M., DeGue, S., Le, V. D., Thornton, J., Lim, C., Dittus, P. J., & Geda, S. (2022). Mental Health, Suicidality, and Connectedness Among High School Students During the COVID-19 Pandemic - Adolescent Behaviors and Experiences Survey, United States, January-June 2021. MMWR supplements, 71(3), 16–21. https://doi.org/10.15585/mmwr.su7103a3

92. Kannan, V. D., & Veazie, P. J. (2022). US trends in social isolation, social engagement, and companionship ‒ nationally and by age, sex, race/ethnicity, family income, and work hours, 2003-2020. SSM - Population Health, 21, 101331.

93. Karim, F., Oyewande, A. A., Abdalla, L. F., Ehsanullah, R. C., & Khan, S. (2020). Social Media Use and Its Connection to Mental Health: A Systematic Review. Cureus. https://doi.org/10.7759/cureus.8627

94. Keles, B. Y., McCrae, N., & Grealish, A. (2019). A systematic review: the influence of social media on depression, anxiety and psychological distress in adolescents. International Journal of Adolescence and Youth, 25(1), 79–93. https://doi.org/10.1080/02673843.2019.1590851

95. Kelly, Y., Zilanawala, A., Booker, C., & Sacker, A. (2019). Social Media Use and Adolescent Mental Health: Findings from the UK millennium cohort study. EClinicalMedicine, 6, 59–68. https://doi.org/10.1016/j.eclinm.2018.12.005

96. Keyes, K. M., Gary, D., O'Malley, P. M., Hamilton, A., & Schulenberg, J. (2019). Recent increases in depressive symptoms among US adolescents: Trends from 1991 to 2018. Social Psychiatry and Psychiatric Epidemiology, 54, 987–996.

97. Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2018). Picture perfect: The direct effect of manipulated instagram photos on body image in adolescent girls. Media Psychology, 21(1), 93–110. https://doi.org/10.1080/15213269.2016.1257392

98. Klerman, G. L., & Weissman, M. M. (1989). Increasing rates of depression. JAMA, 261, 2229-2235.

99. Klobas, J. E., McGill, T. J., Moghavvemi, S., & Paramanathan, T. (2018). Compulsive YouTube usage: A comparison of use motivation and personality effects. Computers in Human Behavior, 87, 129–139. https://doi.org/10.1016/j.chb.2018.05.038

100. Knipe, D., John, A., Padmanathan, P., Eyles, E., Dekel, D., Higgins, J. P. T., Bantjes, J., Dandona, R., Macleod-Hall, C., McGuinness, L. A., Schmidt, L., Webb, R. T., & Gunnell, D. (2022). Suicide and self-harm in low- and middle- income countries during the COVID-19 pandemic: A systematic review. PLOS Global Public Health, 2, e0000282.

101. Kofoed, J., & Larsen, M. C. (2016). AKofoed, J., & Larsen, M. C. (2016). A snap of intimacy: Photo-sharing practices among young people on social media. First Monday, 21(11). https://doi.org/10.5210/fm.v21i11.6905

102. Koob, G. F., & Volkow, N. D. (2016). Neurobiology of addiction: a neurocircuitry analysis. The lancet. Psychiatry, 3(8), 760–773. https://doi.org/10.1016/S2215-0366(16)00104-8

103. Krach, S., Paulus, F. M., Bodden, M., & Kircher, T. (2010). The rewarding nature of social interactions. Frontiers in behavioral neuroscience, 4, 22. https://doi.org/10.3389/fnbeh.2010.00022

104. Kreski, N., Platt, J., Rutherford, C., Olfson, M., Odgers, C., Schulenberg, J., & Keyes, K. M. (2021). Social Media Use and Depressive Symptoms Among United States Adolescents. The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 68(3), 572–579. https://doi.org/10.1016/j.jadohealth.2020.07.006

105. Krokstad, S., Weiss, D., Rangul, V., Kvaloy, K., Ingul, J., Twenge, J., & Sund, E. (2022). Divergent decennial trends in mental health according to age reveal poorer mental health for young people: Repeated cross-sectional population-based surveys from the HUNT Study, Norway. BMJ Open, 12, e057654.

106. Kross, E., Verduyn, P., Demiral, E., Park, J., Lee, D. S., Lin, N., Shablack, H., Jonides, J., & Ybarra, O. (2013). Facebook use predicts declines in subjective well-being in young adults. PLoS ONE, 8.

107. Kunz, P. R., & Woolcott, M. (1976). Season's greetings: From my status to yours. Social Science Research, 5(3), 269–278. https://doi.org/10.1016/0049-089X(76)90003-X

108. Lambert D'raven, L. T., Moliver, N., & Thompson, D. (2015). Happiness intervention decreases pain and depression, boosts happiness among primary care patients. Primary Health Care Research & Development, 16, 114–126.

109. Lee J. K. (2022). The effects of social comparison orientation on psychological well-being in social networking sites: Serial mediation of perceived social support and self-esteem. Current psychology (New Brunswick, N.J.), 41(9), 6247–6259. https://doi.org/10.1007/s12144-020-01114-3

110. Leggett-James, M. P., & Laursen, B. (2022). The Consequences of Social Media Use Across the Transition Into Adolescence: Body Image and Physical Activity. The Journal of Early Adolescence, 43(7), 947-964.

111. Lenhart, A. (2015, April 9). Teens, social media, & technology overview 2015. Pew Research Center.

112. Lepp, A., & Barkley, J. E. (2022). The experimental effect of social media use, treadmill walking, studying, and a control condition on positive and negative affect in college students. Current psychology (New Brunswick, N.J.), 1–10. Advance online publication. https://doi.org/10.1007/s12144-022-03747-y

113. Levenson, J. C., Shensa, A., Sidani, J. E., Colditz, J. B., & Primack, B. A. (2016). The association between social media use and sleep disturbance among young adults. Preventive medicine, 85, 36–41. https://doi.org/10.1016/j.ypmed.2016.01.001

114. Leventhal, A. M., Cho, J., Keyes, K. M., Zink, J., Riehm, K. E., Zhang, Y., & Ketema, E. (2021). Digital media use and suicidal behavior in U.S. adolescents, 2009-2017. Preventive medicine reports, 23, 101497. https://doi.org/10.1016/j.pmedr.2021.101497

115. Levis, B., Yan, X. W., He, C., Sun, Y., Benedetti, A., & Thombs, B. D. (2019). Comparison of depression prevalence estimates in meta-analyses based on screening tools and rating scales versus diagnostic interviews: a meta-research review. BMC medicine, 17(1), 65. https://doi.org/10.1186/s12916-019-1297-6

116. Lewinsohn, P., Rohde, P., Seeley, J., & Fischer, S. (1993). Age-cohort changes in the lifetime occurrence of depression and other mental disorders. Journal of Abnormal Psychology, 102, 110-120.

117. Liu, M. W. (2016). Dose-response association of screen time-based sedentary behaviour in children and adolescents and depression: a meta-analysis of observational studies. Br J Sports Med, 50(20), 1252-1258.

118. Liu, M., Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). Time Spent on Social Media and Risk of Depression in Adolescents: A Dose-Response Meta-Analysis. International journal of environmental research and public health, 19(9), 5164. https://doi.org/10.3390/ijerph19095164

119. Liu, X., & Buysse, D. J. (2005). Sleep and youth suicidal behavior: a neglected field. Current opinion in psychiatry, 19(3), 288–293. https://doi.org/10.1097/01.yco.0000218600.40593.18

120. Liu, Y., Mohamad, E. M. W., Azlan, A. A., & Tan, Y. (2025). Am I Happier Without You? Social Media Detox and Well-Being: A Meta-Analysis of Randomized Controlled Trials. Behavioral sciences (Basel, Switzerland), 15(3), 290. https://doi.org/10.3390/bs15030290

121. Lo, C. B., Bridge, J. A., Shi, J., Ludwig, L., & Stanley, R. M. (2020). Children's Mental Health Emergency Department Visits: 2007-2016. Pediatrics, 145(6), e20191536. https://doi.org/10.1542/peds.2019-1536

122. Lonergan, A. R., Bussey, K., Fardouly, J., Griffiths, S., Murray, S. B., Hay, P., Mond, J., Trompeter, N., & Mitchison, D. (2020). Protect me from my selfie: Examining the association between photo-based social media behaviors and self-reported eating disorders in adolescence. The International journal of eating disorders, 53(5), 485–496. https://doi.org/10.1002/eat.23256

123. Lopez, E., Flecha-Ortiz, J. A., Santos-Corrada, M., & Dones, V. (2021). The gratifications of ephemeral marketing content, the use of Snapchat by the millennial generation and their impact on purchase motivation. Global Business Review, 25(6), 1440–1451. https://doi.org/10.1177/09721509211005676

124. Lukat, J., Becker, E. S., Lavallee, K. L., Veld, W. M., & Margraf, J. (2017). Predictors of Incidence, Remission and Relapse of Axis I Mental Disorders in Young Women: A Transdiagnostic Approach. Clinical Psychology & Psychotherapy, 24, 322–331.

125. Lupinacci, L. (2021). 'Absentmindedly scrolling through nothing': liveness and compulsory continuous connectedness in social media. Media, Culture & Society, 43(2), 273-290. https://doi.org/10.1177/0163443720939454

126. Madden, M., Lenhart, A., & Duggan, M. (2013, March 13). Teens and technology 2013. Pew Research Center.

127. Maes, C., & Vandenbosch, L. (2022). Adolescent girls' Instagram and TikTok use: Examining relations with body image-related constructs over time using random intercept cross-lagged panel models. Body image, 41, 453–459. https://doi.org/10.1016/j.bodyim.2022.04.015

128. Maheux, A. J., Laurenceau, J. P., Roberts, S. R., Nesi, J., Widman, L., & Choukas-Bradley, S. (2024). Longitudinal Change in Appearance-Related Social Media Consciousness and Depressive Symptoms: A Within-Person Analysis during Early-to-Middle Adolescence. Journal of youth and adolescence, 53(10), 2287–2299. https://doi.org/10.1007/s10964-024-01998-5

129. Markey, E. (2021, April 5). Letter to Mark Zuckerberg. https://www.markey.senate.gov/imo/media/doc/instagram_kids_letter.pdf

130. Martínez-Alés, G., Jiang, T., Keyes, K. M., & Gradus, J. L. (2022). The Recent Rise of Suicide Mortality in the United States. Annual review of public health, 43, 99–116. https://doi.org/10.1146/annurev-publhealth-051920-123206

131. Master Complaint (Personal Injury), March 15, 2023, Social Media Cases, JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255 (Case No. 22STCV21355 )

132. Maurer, D. M. (2012). Screening for depression. American Family Physician, 85, 139-144.

133. Maza, M. T., Fox, K. A., Kwon, S. J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of Habitual Checking Behaviors on Social Media With Longitudinal Functional Brain Development. JAMA pediatrics, 177(2), 160–167. https://doi.org/10.1001/jamapediatrics.2022.4924

134. McComb, C. A., Vanman, E. J., & Tobin, S. J. (2023). A meta-analysis of the effects of social media exposure to upward comparison targets on self-evaluations and emotions. Media Psychology, 26(5), 612–635. https://doi.org/10.1080/15213269.2023.2180647

135. McLean, S. A., Paxton, S. J., Wertheim, E. H., & Masters, J. (2015). Photoshopping the selfie: Self photo editing and photo investment are associated with body dissatisfaction in adolescent girls. The International journal of eating disorders, 48(8), 1132–1140. https://doi.org/10.1002/eat.22449

136. Memon, A. M., Sharma, S. G., Mohite, S. S., & Jain, S. (2018). The role of online social networking on deliberate self-harm and suicidality in adolescents: A systematized review of

literature. Indian journal of psychiatry, 60(4), 384–392.
https://doi.org/10.4103/psychiatry.IndianJPsychiatry_414_17

137. Mercado, M. C., Holland, K., Leemis, R. W., Stone, D. M., & Wang, J. (2017). Trends in emergency department visits for nonfatal self-inflicted injuries among youth aged 10 to 24 years in the United States, 2001-2015. JAMA: Journal of the American Medical Association, 318, 1931–1933.

138. Meshi, D., Morawetz, C., & Heekeren, H. R. (2013). Nucleus accumbens response to gains in reputation for the self relative to gains for others predicts social media use. Frontiers in Human Neuroscience, 7.

139. Meta Platforms, Inc. (2023). Form 10-K 2023. U.S. Securities and Exchange Commission. https://www.sec.gov/Archives/edgar/data/1326801/000132680124000012/meta-20231231.htm

140. Miech, R. A., Johnston, L. D., Patrick, M. E., & O'Malley, P. M. (2024). Monitoring the Future: National survey results on drug use, 1975-2023: Overview and detailed results for secondary school students. University of Michigan Institute for Social Research.

141. Miki Rothschild (n.d) [Linkedin Page]. Linkedin. https://www.linkedin.com/in/miki-rothschild-07878232/

142. Mitev, K., Weinstein, N., Karabeliova, S., Nguyen, T., Law, W., & Przybylski, A. (2021). Social media use only helps, and does not harm, daily interactions and well-being. Technology, Mind, and Behavior, 2.

143. Mojtabai, R., Olfson, M., & Han, B. (2016). National Trends in the Prevalence and Treatment of Depression in Adolescents and Young Adults. Pediatrics, 138(6), e20161878. https://doi.org/10.1542/peds.2016-1878

144. Montag, C., Lachmann, B., Herrlich, M., & Zweig, K. (2019). Addictive Features of Social Media/Messenger Platforms and Freemium Games against the Background of Psychological and Economic Theories. International journal of environmental research and public health, 16(14), 2612. https://doi.org/10.3390/ijerph16142612

145. Mosseri, A. (2021, December 7). Raising the Standard for Protecting Teens and Supporting Parents Online. Instagram Blog. https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online

146. Mosseri, A. (2021, September 27). Pausing "Instagram Kids" and Building Parental Supervision Tools. Instagram Blog. https://about.instagram.com/blog/announcements/pausing-instagram-kids

147. Nagata, J. M., Otmar, C. D., Shim, J., Balasubramanian, P., Cheng, C. M., Li, E. J., Al-Shoaibi, A. A. A., Shao, I. Y., Ganson, K. T., Testa, A., Kiss, O., He, J., & Baker, F. C. (2025). Social Media Use and Depressive Symptoms During Early Adolescence. JAMA network open, 8(5), e2511704. https://doi.org/10.1001/jamanetworkopen.2025.11704

148. National Academies of Sciences, Engineering, and Medicine. 2024. Social Media and Adolescent Health. Washington, DC: The National Academies Press. https://doi.org/10.17226/2739

149. National Institute of Mental Health (2016) The Teen Brain: 6 Things to Know. Office of Science Policy, Planning and Communications Science Writing, Press, and Dissemination Branch

150. National institute of Mental of Health. (2011). The Teen Brain: Still Under Construction. National Institutes of Health.

151. Nesi, J., & Prinstein, M. J. (2015). Using Social Media for Social Comparison and Feedback-Seeking: Gender and Popularity Moderate Associations with Depressive Symptoms. Journal of abnormal child psychology, 43(8), 1427–1438. https://doi.org/10.1007/s10802-015-0020-0

152. Newsom, C. R., Archer, R. P., Trumbetta, S., & Gottesman, I. I. (2003). Changes in adolescent response patterns on the MMPI/MMPI-A across four decades. Journal of Personality Assessment, 81, 74–84.

153. Odgers, C. L., & Jensen, M. R. (2020). Annual Research Review: Adolescent mental health in the digital age: facts, fears, and future directions. Journal of child psychology and psychiatry, and allied disciplines, 61(3), 336–348. https://doi.org/10.1111/jcpp.13190

154. Office of the Surgeon General (OSG). (2021). Protecting Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services.

155. Office of the Surgeon General (OSG). (2023). Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services.

156. Office of the Surgeon General (OSG). (2024). Parents Under Pressure: The U.S. Surgeon General's Advisory on the Mental Health & Well-Being of Parents. US Department of Health and Human Services. https://www.hhs.gov/sites/default/files/parents-under-pressure.pdf

157. Orban, E., Li, L. Y., Gilbert, M., Napp, A. K., Kaman, A., Topf, S., Boecker, M., Devine, J., Reiß, F., Wendel, F., Jung-Sievers, C., Ernst, V. S., Franze, M., Möhler, E., Breitinger, E., Bender, S., & Ravens-Sieberer, U. (2024). Mental health and quality of life in children and adolescents during the COVID-19 pandemic: a systematic review of longitudinal studies. Frontiers in public health, 11, 1275917. https://doi.org/10.3389/fpubh.2023.1275917

158. Orben, A. (2020). Teenagers, screens and social media: A narrative review of reviews and key studies. Social Psychiatry and Psychiatric Epidemiology, 55, 407–414.

159. Orben, A., & Przybylski, A. K. (2019). The association between adolescent well-being and digital technology use. Nature Human Behaviour, 3, 173–182.

160. Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit, R. A. (2022). Windows of developmental sensitivity to social media. Nature Communications, 13, 1649.

161. Panayiotou, M., Black, L., Carmichael-Murphy, P., Qualter, P., & Humphrey, N. (2023). Time spent on social media among the least influential factors in adolescent mental health: preliminary results from a panel network analysis. Nature Mental Health, 1(5), 316-326. https://doi.org/10.1038/s44220-023-00063-7

162. Panchal, N., Saunders, H., Rudowitz, R., & Cox, C. (2023, April 25). The Implications of COVID-19 for Mental Health and Substance Use. KFF. https://www.kff.org/mental-health/issue-brief/the-implications-of-covid-19-for-mental-health-and-substance-use/

163. Parry, D. A., Davidson, B. I., Sewall, C. J. R., Fisher, J. T., Mieczkowski, H., & Quintana, D. S. (2021). A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. Nature human behaviour, 5(11), 1535–1547. https://doi.org/10.1038/s41562-021-01117-5

164. Paruthi, S., Brooks, L. J., D'Ambrosio, C., Hall, W. A., Kotagal, S., Lloyd, R. M., Malow, B. A., Maski, K., Nichols, C., Quan, S. F., Rosen, C. L., Troester, M. M., & Wise, M. S. (2016). Recommended Amount of Sleep for Pediatric Populations: A Consensus Statement of the American Academy of Sleep Medicine. Journal of clinical sleep medicine : JCSM : official publication of the American Academy of Sleep Medicine, 12(6), 785–786. https://doi.org/10.5664/jcsm.5866

165. Patalay, P., & Gage, S. H. (2019). Changes in millennial adolescent mental health and health-related behaviours over 10 years: A population cohort comparison study. International Journal of Epidemiology, 48, 1650-1664.

166. Pearson H. (2025). Do smartphones and social media really harm teens' mental health?. Nature, 640(8057), 26–28. https://doi.org/10.1038/d41586-025-00933-3

167. Pedalino, F., & Camerini, A. L. (2022). Instagram Use and Body Dissatisfaction: The Mediating Role of Upward Social Comparison with Peers and Influencers among Young Females. International journal of environmental research and public health, 19(3), 1543. https://doi.org/10.3390/ijerph19031543

168. Petrillo, S. (2021, December 13). What makes TikTok so addictive?: an analysis of the mechanisms underlying the world's latest social media craze. Brown Undergraduate Journal of Public Health. https://sites.brown.edu/publichealthjournal/2021/12/13/tiktok

169. Piper|Sandler (2021) Taking Stock With Teens Survey.  Piper|Sandler

170. Plaintiff's Second Amended Master Complaint (Personal Injury), In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, No. 4:22-MD-3047 (N.D. Cal 2023), Dkt. 494

171. Plemmons, G., Hall, M., Doupnik, S., Gay, J., Brown, C., Browning, W., Casey, R., Freundlich, K., Johnson, D. P., Lind, C., Rehm, K., Thomas, S., & Williams, D. (2018). Hospitalization for suicide ideation or attempt: 2008–2015. Pediatrics, 141, 1–10.

172. Przybylski, A. K., Nguyen, T. T., Law, W., & Weinstein, N. (2021). Does taking a short break from social media have a positive effect on well-being? Evidence from three preregistered field experiments. Journal of Technology in Behavioral Science, 6, 507–514.

173. Puukko, K., Hietajärvi, L., Maksniemi, E., Alho, K., & Salmela-Aro, K. (2020). Social media use and depressive symptoms—A longitudinal study from early to late adolescence. International journal of environmental research and public health, 17(16), 5921.

174. Raffoul, A., Ward, Z. J., Santoso, M., Kavanaugh, J. R., & Austin, S. B. (2023). Social media platforms generate billions of dollars in revenue from U.S. youth: Findings from a simulated revenue model. PloS one, 18(12), e0295337. https://doi.org/10.1371/journal.pone.0295337

175. Rapa, L. J., Katsiyannis, A., Scott, S. N., & Durham, O. (2024). School Shootings in the United States: 1997-2022. Pediatrics, 153(4).

176. Rausch, Z. (2024, April 11). The girls are not alright: Responses to three challenges to the International Youth Mental Health Crisis. After Babel. https://www.afterbabel.com/p/the-girls-are-not-alright-responses

177. Rausch, Z. (2024, January 3). The Youth Mental Health Crisis is International, Unless You Rely on a Flawed International Dataset (The GBD). After Babel Substack.

178. Rausch, Z., & Haidt, J. (2024, September 10). The fundamental flaws of the only meta-analysis of social media reduction experiments (and why it matters), part 2. After Babel Substack.

179. Reuben, A., Caspi, A., Belsky, D. W., Broadbent, J., Harrington, H., Sugden, K., Houts, R. M., Ramrakha, S., Poulton, R., & Moffitt, T. E. (2017). Association of childhood blood lead levels with cognitive function and socioeconomic status at age 38 years and with IQ change and socioeconomic mobility between childhood and adulthood. JAMA, 317, 1244–1251.

180. Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022). Common Sense census: Media use by tweens and teens, 2021. San Francisco, CA: Common Sense.

181. Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., Pacek, L. R., La Flair, L. N., & Mojtabai, R. (2019). Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. JAMA psychiatry, 76(12), 1266–1273. https://doi.org/10.1001/jamapsychiatry.2019.2325

182. Rinehart, W. (2024, February 19). Clarifying the picture over teen mental health. Exformation. https://exformation.williamrinehart.com/p/clarifying-the-picture-over-teen

183. Rinehart, W., & Barkley, T. (2023, March 14). Thoughts on what the CDC YRBS data means for social media, teens, and mental health. Now + Next. https://nowandnext.substack.com/p/thoughts-on-cdc-yrbs-data

184. Roberston, L., Twenge, J. M., Joiner, T. E., & Cummins, K. (2022). Associations between screen time and internalizing disorder diagnoses among 9- to 10-year-olds. Journal of affective disorders, 311, 530–537. https://doi.org/10.1016/j.jad.2022.05.071

185. Roberts, R. E., & Duong, H. T. (2014). The prospective association between sleep deprivation and depression among adolescents. Sleep, 37(2), 239–244. https://doi.org/10.5665/sleep.3388

186. Rodman, A. M., Powers, K. E., & Somerville, L. H. (2017). Development of self-protective biases in response to social evaluative feedback. Proceedings of the National Academy of Sciences of the United States of America, 114, 13158–13163.

187. Rohrer, J. M. (2018). Thinking clearly about correlations and causation: Graphical causal models for observational data. Advances in Methods and Practices in Psychological Science, 1, 27–42.

188. Rosenthal, R., & Rubin, D. B. (1979). A note on percent variance explained as a measure of the importance of effects. Journal of Applied Social Psychology, 9(5), 395–396. https://doi.org/10.1111/j.1559-1816.1979.tb02713.x

189. Rosnow, R. L., & Rosenthal, R. (1989). Definition and interpretation of interaction effects. Psychological Bulletin, 105, 143–146.

190. Rosnow, R. L., & Rosenthal, R. (2003). Effect sizes for experimenting psychologists. Canadian Journal of Experimental Psychology, 57, 221–237.

191. Rothwell, J. (2023, October 13). Teens spend average of 4.8 hours on social media per day. Gallup.

192. Rousseau, A., Eggermont, S., & Frison, E. (2017). The reciprocal and indirect relationships between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. Computers in Human Behavior, 73, 336–344. https://doi.org/10.1016/j.chb.2017.03.056

193. Royal Society For Public Health. (2017). #StatusofMind: Social media and young people's mental health and wellbeing. https://www.rsph.org.uk/static/uploaded/d125b27c-0b62-41c5-a2c0155a8887cd01.pdf

194. Rushton, K. (2017, May 22). Facebook lets teenagers see porn: Children as young as 13 are being exposed to explicit images, gambling websites and dangerous diet plans. Daily Mail. https://www.dailymail.co.uk/news/article-4531934/Facebook-lets-teenagers-porn.html

195. Ryff, C. D., & Singer, B. (1998). The Contours of Positive Human Health. Psychological Inquiry, 9, 1.

196. Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. Computers in Human Behavior, 101, 259–275.

197. Salomon, I., & Brown, C. S. (2019). The selfie generation: Examining the relationship between social media use and early adolescent body image. The Journal of Early Adolescence, 39(4), 539–560. https://doi.org/10.1177/0272431618770809

198. Sax, L. (2022) Is TikTok Dangerous for Teens?. Institute Family Studies. https://ifstudies.org/blog/is-tiktok-dangerous-for-teens-

199. Schaeffer, K. (2024, April 14). 7 facts about Americans and Instagram. Pew Research Center. https://www.pewresearch.org/short-reads/2021/10/07/7-facts-about-americans-and-instagram/

200. Schisterman, E. F., Cole, S. R., & Platt, R. W. (2009). Overadjustment bias and unnecessary adjustment in epidemiologic studies. Epidemiology, 20, 488–495.

201. Schmidt-Persson, J., Rasmussen, M. G. B., Sørensen, S. O., Mortensen, S. R., Olesen, L. G., Brage, S., Kristensen, P. L., Bilenberg, N., & Grøntved, A. (2024). Screen Media Use and Mental Health of Children and Adolescents: A Secondary Analysis of a Randomized Clinical Trial. JAMA network open, 7(7), e2419881. https://doi.org/10.1001/jamanetworkopen.2024.19881

202. Schou Andreassen, C., Billieux, J., Griffiths, M. D., Kuss, D. J., Demetrovics, Z., Mazzoni, E., & Pallesen, S. (2016). The relationship between addictive use of social media and video games and symptoms of psychiatric disorders: A large-scale cross-sectional study. Psychology of addictive behaviors : journal of the Society of Psychologists in Addictive Behaviors, 30(2), 252–262. https://doi.org/10.1037/adb0000160

203. Schrijvers, K., Cosma, A., Potrebny, T., Thorsteinsson, E., Catunda, C., Reiss, F., Hulbert, S., Kosticova, M., Melkumova, M., Bersia, M., Klanscek, H. J., Gaspar, T., & Dierckens, M. 2024 Three decades of adolescent health: Unveiling global trends across 41 countries in psychological and somatic complaints (1994–2022). International Journal of Public Health, 69, article1607774.

204. Semken, C., & Rossell, D. (2022). Specification Analysis for Technology Use and Teenager Well-Being: Statistical Validity and a Bayesian Proposal. Journal of the Royal Statistical Society Series C: Applied Statistics, 71(5), 1330–1355. https://doi.org/10.1111/rssc.12578

205. Sewall, C. J. R., & Parry, D. A. (2021). The role of depression in the discrepancy between estimated and actual smartphone use: A cubic response surface analysis. Technology, Mind, and Behavior, 2(2). https://doi.org/10.1037/tmb0000036

206. Sewall, C. J. R., & Parry, D. A. (2024). Social media and youth mental health: Simple narratives produce biased interpretations. Journal of Psychopathology and Clinical Science, 133, 507–514.

207. Sewall, C. J. R., Goldstein, T. R., Wright, A. G. C., & Rosen, D. (2022). Does Objectively Measured Social-Media or Smartphone Use Predict Depression, Anxiety, or Social Isolation Among Young Adults?. Clinical psychological science : a journal of the Association for Psychological Science, 10(5), 997–1014. https://doi.org/10.1177/2167702621078309

208. Shakya, H. B., & Christakis, N. A. (2017). Association of Facebook use with compromised well-being: A longitudinal study. American Journal of Epidemiology, 185, 203–211.

209. Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media. Psychological science, 27(7), 1027–1035. https://doi.org/10.1177/0956797616645673

210. Speranza, L., di Porzio, U., Viggiano, D., de Donato, A., & Volpicelli, F. (2021). Dopamine: The Neuromodulator of Long-Term Synaptic Plasticity, Reward and Movement Control. Cells, 10(4), 735. https://doi.org/10.3390/cells10040735

211. Spiller, H. A., Ackerman, J. P., Spiller, N. E., & Casavant, M. J. (2019). Sex- and age-specific increases in suicide attempts by self-poisoning in the United States among youth and young adults from 2000 to 2018. Journal of Pediatrics, 210, 201–208.

212. Spinhoven, P., Elzinga, B. M., Penninx, B. W. J. H., & Giltay, E. J. (2021). Temporal relationships between happiness and psychiatric disorders and their symptom severity in a large cohort study: The Netherlands Study of Depression and Anxiety (NESDA). BMC Psychiatry, 21.

213. Steers, M.-L. N., Wickham, R. E., & Acitelli, L. K. (2014). Seeing everyone else's highlight reels: How Facebook usage is linked to depressive symptoms. Journal of Social and Clinical Psychology, 33, 701–731.

214. Stein, D. (2023, December 14). Adolescent suicide nonsense in national academies report. The Shores of Academia. https://shoresofacademia.substack.com/p/adolescent-suicide-nonsense-in-national

215. Stein, D. (2024, October 4). The Fundamental Flaws of The Only Meta-Analysis of Social Media Reduction Experiments (And Why It Matters), Part 3. After Babel Substack. https://www.afterbabel.com/p/fundamental-flaws-part-3

216. Steinsbekk, S., Nesi, J., & Wichstrøm, L. (2023). Social media behaviors and symptoms of anxiety and depression. A four-wave cohort study from age 10-16 years. Computers in human behavior, 147, 107859. https://doi.org/10.1016/j.chb.2023.107859

217. Stephens-Davidowitz, S. (2016). Fifty states of anxiety. New York Times.

218. Swanson, S. A., Crow, S. J., Le Grange, D., Swendsen, J., & Merikangas, K. R. (2011). Prevalence and correlates of eating disorders in adolescents. Results from the national comorbidity survey replication adolescent supplement. Archives of general psychiatry, 68(7), 714–723. https://doi.org/10.1001/archgenpsychiatry.2011.22

219. Swanson, S.A., Eyllon, M., Sheu, Y.H., Miller, M. (2021). Firearm access and adolescent suicide risk: Toward a clearer understanding of effect size. Injury Prevention, 27, 264–270.

220. Systrom, K. (2018, June 20) Welcome to IGTV, our New Video App. Instagram Blog. https://about.instagram.com/blog/announcements/welcome-to-igtv

221. Tech Transparency Project (2021) 'Thinstagram': Instagram's algorithm fuels eating disorder empidemic. https://www.techtransparencyproject.org/articles/thinstagram-instagrams-algorithm-fuels-eating-disorder-epidemic

222. The Economist. (2023, May 3). Suicide rates for girls are rising. Are smartphones to blame? The Economist. https://www.economist.com/graphic-detail/2023/05/03/suicide-rates-for-girls-are-rising-are-smartphones-to-blame

223. Thiagarajan, T. C., Newson, J. J., & Swaminathan, S. (2025). Protecting the Developing Mind in a Digital Age: A Global Policy Imperative. Journal of Human Development and Capabilities, 1–12. https://doi.org/10.1080/19452829.2025.2518313

224. Thorndike, R. L. (1949). Personnel selection: Test and measurement techniques. Wiley.

225. Thrul, J., Devkota, J., AlJuboori, D., Regan, T., Alomairah, S., & Vidal, C. (2025). Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. Psychological of Popular Media.

226. Tiggemann, M., & Slater, A. (2014). Nettweens: The internet and body image concerns in preteenage girls. The Journal of Early Adolescence, 34(5), 606–620. https://doi.org/10.1177/0272431613501083

227. Trumpf, J., Becker, E. S., Vriends, N., Meyer, A. H., & Margraf, J. (2009). Rates and predictors of remission in young women with specific phobia: A prospective community study. Journal of Anxiety Disorders, 23, 958–964.

228. Twenge J. M. (2020). Increases in Depression, Self-Harm, and Suicide Among U.S. Adolescents After 2012 and Links to Technology Use: Possible Mechanisms. Psychiatric research and clinical practice, 2(1), 19–25. https://doi.org/10.1176/appi.prcp.20190015

229. Twenge J. M. (2020). Why increases in adolescent depression may be linked to the technological environment. Current opinion in psychology, 32, 89–94. https://doi.org/10.1016/j.copsyc.2019.06.036

230. Twenge, J, M, Gentile, B. DeWall, C. N., Ma, D. Lacefield, K. & Schurtz,D. R. (2010). Birth cohort increases in psychopathology among young Americans, 1938–2007: A cross-temporal meta-analysis of the MMPI, Clinical Psychology Review, 30(2), 145-154https://doi.org/10.1016/j.copsyc.2019.06.036

231. Twenge, J. M. (2000). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. Journal of Personality and Social Psychology, 79, 1007-1021.

232. Twenge, J. M. (2011). Generational differences in mental health: Are children and adolescents suffering more, or less? American Journal of Orthopsychiatry, 81, 469-472.

233. Twenge, J. M. (2013). The Evidence for Generation Me and Against Generation We. Emerging Adulthood, 1(1), 11-16. https://doi.org/10.1177/2167696812466548

234. Twenge, J. M. (2015). Time period and birth cohort differences in depressive symptoms in the U.S., 1982-2013. Social Indicators Research, 121, 437-454.

235. Twenge, J. M. (2017). iGen: Why today's super-connected kids are growing up less rebellious, more tolerant, less happy--and completely unprepared for adulthood--and what that means for the rest of us. Simon and Schuster.

236. Twenge, J. M. (2023). Generations: the real differences between Gen Z, Millennials, Gen X, Boomers, and Silents—and what they mean for America's future. Simon and Schuster.

237. Twenge, J. M. (2023, March 15). Academic Pressure Cannot Explain the Mental Illness Epidemic. After Babel Substack. https://www.afterbabel.com/p/academic-pressure-social-media.

238. Twenge, J. M. (2023, October 18). Here are 13 other explanations for the adolescent mental health crisis. None of them work. Generation Tech Substack. https://www.afterbabel.com/p/13-explanations-mental-health-crisis.

239. Twenge, J. M. (2024, April 30). This group is more likely to be depressed and think about suicide. Generation Tech Substack. https://www.generationtechblog.com/p/this-group-is-the-most-likely-to.

240. Twenge, J. M. (2024, May 29). Parent drug overdoses: The true cause of the adolescent mental health crisis? Generation Tech Substack. https://www.generationtechblog.com/p/parent-drug-overdoses-the-true-cause

241. Twenge, J. M. (2024, December 12). The homework bubble has popped. Generation Tech Substack. https://www.generationtechblog.com/p/the-homework-bubble-has-popped

242. Twenge, J. M. (2024, June 12). Have some teens benefited in the era of social media? Generation Tech Substack.

243. Twenge, J. M. (2025). Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future. Updated paperback edition. New York: Atria Books.

244. Twenge, J. M. (2025, January 9). The pandemic was bad for teen mental health. The smartphone and social media were worse. Generation Tech Substack. https://www.generationtechblog.com/p/the-pandemic-was-bad-for-teen-mental

245. Twenge, J. M. (2025, February 11). For teens, the loneliness epidemic is not a myth. Generation Tech Substack. https://www.generationtechblog.com/p/for-teens-the-loneliness-epidemic

246. Twenge, J. M., & Campbell, W. K. (2018). Associations between screen time and lower psychological well-being among children and adolescents: Evidence from a population-based study. Preventative Medicine Reports, 12, 271–283, 281.

247. Twenge, J. M., & Farley, E. (2020). Not all screen time is created equal: Associations with mental health vary by activity and gender. Social Psychiatry and Psychiatric Epidemiology, 56, 207-217.

248. Twenge, J. M., & Hamilton, J. L. (2022). Linear correlation is insufficient as the sole measure of associations: The case of technology use and mental health. Acta Psychologica, 229, e103696.

249. Twenge, J. M., & Martin, G. N. (2020). Gender differences in associations between digital media use and psychological well-being: Evidence from three large datasets. Journal of Adolescence, 79(1), 91–102. https://doi.org/10.1016/j.adolescence.2019.12.018

250. Twenge, J. M., & Park, H. (2017). The decline in adult activities among U.S. adolescents, 1976–2016. Child Development, 90(2), 638–654. https://doi.org/10.1111/cdev.12930

251. Twenge, J. M., Cooper, A. B., Joiner, T. E., Duffy, M. E., & Binau, S. G. (2019). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. Journal of Abnormal Psychology, 128, 185-199.

252. Twenge, J. M., Haidt, J., Blake, A. B., McAllister, C., Lemon, H., & LeRoy, A. (2021). Worldwide increases in adolescent loneliness. Journal of Adolescence, 93, 257-269.

253. Twenge, J. M., Haidt, J., Lozano, J., & Cummins, K. M. (2022). Specification curve analysis shows that social media use is linked to poor mental health, especially among girls. Acta psychologica, 224, 103512. https://doi.org/10.1016/j.actpsy.2022.103512

254. Twenge, J. M., Joiner, T. E., Rogers, M. L., & Martin, G. N. (2018). Increases in Depressive Symptoms, Suicide-Related Outcomes, and Suicide Rates Among U.S. Adolescents After 2010 and Links to Increased New Media Screen Time. Clinical Psychological Science, 6(1), 3-17. https://doi.org/10.1177/2167702617723376

255. Twenge, J. M., Krizan, Z., & Hisler, G. (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and links to new media screen time. Sleep Medicine, 39, 47-53.

256. Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. Emotion (Washington, D.C.), 18(6), 765–780. https://doi.org/10.1037/emo0000403

257. Twenge, J. M., Martin, G. N., & Spitzberg, B. H. (2019). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. Psychology of Popular Media Culture, 8, 329-345.

258. Twenge, J. M., Spitzberg, B. H., & Campbell, W. K. (2019). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. Journal of Social and Personal Relationships, 36, 1892-1913.

259. Twenge, J.M. (2024, May 2024). Changes in Parents' Mental Health Did Not Drive the Adolescent Mental Health Crisis. After Babel Substack,  https://www.afterbabel.com/p/parents-first-hypothesis

260. Twenge, J.M., Campbell, W.K., & Freeman, E. C. (2012). Generational differences in young adults' life goals, concern for others, and civic orientation, 1966-2009. Journal of Personality and Social Psychology, 102, 1045-1062.

261. Twenge, J.M., Haidt, J., Joiner, T., Campbell, W.K. (2020). Underestimating digital media harm. Nature Human Behaviour, 4, 346-348.

262. Van der Wal, A., Beyens, I., Janssen, L. H. C., & Valkenburg, P. M. (2025). Social media use leads to negative mental health outcomes for most adolescents. Preprint manuscript, PsyArXiv.

263. Vaterlaus, J. M., Barnett, K., Roche, C., & Young, J. A. (2016). "Snapchat is more personal": An exploratory study on Snapchat behaviors and young adult interpersonal relationships. Computers in Human Behavior, 62, 594–601. https://doi.org/10.1016/j.chb.2016.04.029

264. Vázquez-Vázquez, A., Smith, A., Gibson, F., Roberts, H., Mathews, G., Ward, J. L., Viner, R. M., Nicholls, D., Cornaglia, F., Roland, D., Phillips, K., & Hudson, L. D. (2024). Admissions to paediatric medical wards with a primary mental health diagnosis: a systematic review of the literature. Archives of Disease in Childhood, 109, 707–716.

265. Verduyn, P., Lee, D. S., Park, J., Shablack, H., Orvell, A., Bayer, J., Ybarra, O., Jonides, J., & Kross, E. (2015). Passive Facebook usage undermines affective well-being: Experimental and longitudinal evidence. Journal of Experimental Psychology: General, 144, 480–488.

266. Verharen, J. P. H., Zhu, Y., & Lammel, S. (2020). Aversion hot spots in the dopamine system. Current opinion in neurobiology, 64, 46–52. https://doi.org/10.1016/j.conb.2020.02.002

267. Victor, S., & Thorup, A. A. E. (2021). Demographic trends in a paediatric psychiatric emergency room in Copenhagen. Danish Medical Journal, 68, A10200785.

268. Viner, R. M., Gireesh, A., Stiglic, N., Hudson, L. D., Goddings, A.-L., Ward, J. L., & Nicholls, D. E. (2019). Roles of cyberbullying, sleep, and physical activity in mediating the effects of social media use on mental health and wellbeing among young people in England: a secondary analysis of longitudinal data. The Lancet. Child & Adolescent Health, 3, 685–696.

269. Vogels, E. A.., Gelles-Watmock, R., & Massarat, N. (2022). Teens, Social Media and Technology 2022. Pew Research Center. https://www.pewresearch.org/internet/wp-content/uploads/sites/9/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf

270. Vuorre, M., & Przybylski, A. K. (2023). Estimating the association between Facebook adoption and well-being in 72 countries. Royal Society Open Science, 10, 221451.

271. Vuorre, M., & Przybylski, A. K. (2024). Global well-being and mental health in the Internet age. Clinical Psychological Science, 12, 917–935.

272. Vuorre, M., & Przybylski, A. K. (2024). A multiverse analysis of the associations between internet use and well-being. Technology, Mind, and Behavior, 5.

273. Walker, A., (2022) Regulation 28 Report to Prevent Future Deaths. North London Coroner's Service

274. Wang, J. L., Wang, H. Z., Gaskin, J., & Hawk, S. (2017). The Mediating Roles of Upward Social Comparison and Self-esteem and the Moderating Role of Social Comparison Orientation in the Association between Social Networking Site Usage and Subjective Well-Being. Frontiers in psychology, 8, 771. https://doi.org/10.3389/fpsyg.2017.00771

275. Wang, Z., Asokan, G., Onnela, J.-P., Baird, D. D., Jukic, A. M. Z., Wilcox, A. J., Curry, C. L., Fischer-Colbrie, T., Williams, M. A., Hauser, R., Coull, B. A., & Mahalingaiah, S. (2024). Menarche and Time to Cycle Regularity Among Individuals Born Between 1950 and 2005 in the US. JAMA Network Open, 7, e2412854.

276. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: A cohort study. The Lancet Child & Adolescent Health, 9, 112–120.

277. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: a cohort study. The Lancet. Child & adolescent health, 9(2), 112–120. https://doi.org/10.1016/S2352-4642(24)00333-X

278. Wells, G., Horowitz, J., & Seetharaman, D. (2021, September 14). Facebook knows Instagram is toxic for teen girls, company documents show. Wall Street Journal.

279. Wilksch, S. M., O'Shea, A., Ho, P., Byrne, S., & Wade, T. D. (2020). The relationship between social media use and disordered eating in young adolescents. The International journal of eating disorders, 53(1), 96–106. https://doi.org/10.1002/eat.23198

280. Wood, A. M., & Tarrier, N. (2010). Positive Clinical Psychology: A new vision and strategy for integrated research and practice. Clinical Psychology Review, 30, 819–829

281. World Bank Group Data (n.d.) Gini Index - United Sates, 1963-2023. World Bank. https://data.worldbank.org/indicator/SI.POV.GINI?locations=US

282. WSJ Noted (2021, September 29) How Instagram is Hurting Teen Girls. The Wallstreet Journal. https://www.wsj.com/articles/how-instagram-is-hurting-teen-girls-11632940937

283. Xiao, Y., Meng, Y., Brown, T. T., Keyes, K. M., & Mann, J. J. (2025). Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths. JAMA, 10.1001/jama.2025.7829. Advance online publication. https://doi.org/10.1001/jama.2025.7829

284. Zhao, Y., Paulus, M. P., & Potenza, M. N. (2023). Brain structural co-development is associated with internalizing symptoms two years later in the ABCD cohort. Journal of Behavioral Addictions, 12, 80–93.

285. Zhao, Y., Paulus, M., Bagot, K. S., Constable, R. T., Yaggi, H. K., Redeker, N. S., & Potenza, M. N. (2022). Brain structural covariation linked to screen media activity and externalizing behaviors in children. Journal of Behavioral Addictions, 11, 417–426.

286. Zhu, C., Jiang, Y., Lei, H., Wang, H., & Zhang, C. (2024). The relationship between short-form video use and depression among Chinese adolescents: Examining the mediating roles of need gratification and short-form video addiction. Heliyon, 10(9), e30346. https://doi.org/10.1016/j.heliyon.2024.e30346

**Expert Depositions**

287. Deposition of Alan L. Berman, Ph.D., June 26, 2025, In re: Social Media Adolescent Addiction (JCCP No. 5255), Transcript and Exhibits

288. Deposition of Ian Gotlib, Ph.D., July 11, 2025, In re: Social Media Adolescent Addiction (JCCP No. 5225), Transcript and Exhibits

289. Deposition of Keith N. Hampton, Ph.D., July 2, 2025, In re: Social Media Adolescent Addiction (JCCP No. 5255), Transcript and Exhibits

290. Deposition of Michael T. Baiocchi, Ph.D., July 23, 2025, In re: Social Media Adolescent Addiction (JCCP No. 5225), Transcript and Exhibits

291. Deposition of Randy P. Auerbach, Ph.D., July 10, 2025, In re: Social Media Adolescent Addiction (JCCP No. 5255), Transcript and Exhibits

292. Deposition of Robert W. Platt, Ph.D., July 1, 2025, In re: Social Media Adolescent Addiction (JCCP No. 5255), Transcript and Exhibits

## Expert Reports

293. Defendants' (Amended) Expert Report, Stephen L. Buka, ScD., In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, July 17, 2025

294. Defendants' Expert Report of Craig Bryan, Psy.D., ABPP., In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL No. 3047), July 9, 2025

295. Defendants' Expert Report of Darius Lakdawalla, Ph.D., In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (Case No. 4:22-MD-03047-YGR), Board of Education of Harford County, v. Meta Platforms, Inc. et al. (Case No. 4:23-cv-03065), July 11, 2025

296. Defendants' Expert Report of Dr. Alan L. Berman, Phd., and Rebuttal to Personal Injury and School District Plaintiffs' Experts,  In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, July 9, 2025

297. Defendants' Expert Report of Dr. Ian Gotlib and Rebuttal to Personal Injury and School District Plaintffs' Experts, In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, July 9, 2025

298. Defendants' Expert Report of Dr. Keith Hampton Phd, MDL No. 3047, July 9, 2025

299. Defendants' Expert Report Of Dr. Michael Baiocchi, PHD, In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, July 9, 2025

300. Defendants' Expert Report of Dr. Robert Platt and Rebuttal to Personal Injury and School District Plaintiffs' Experts, In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, July 9, 2025

301. Defendants' Expert Report, In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL No. 3047), Prepared by Robert D. Gibbons, PhD, July 9, 2025

302. Defendants' Rebuttal Report of Dr. Randy Auerbach to Personal Injury and School District Plaintiffs' Experts, In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, July 9, 2025

303. Defendants' Expert Rebuttal Report of Alan L. Berman, Ph.D., Social Media Cases (All Actions) JCCP No. 5255, Superior Court of California, May 16, 2025

304. Defendants' Expert Rebuttal Report of Douglas Tucker, M.D., Re: Social Media Cases Judicial Council Coordination Proceedings No. 5255, May 16, 2025

305. Defendants' Expert Rebuttal Report of Dr. Randy Auerbach, Judicial Council Coordination Proceeding No. 5255, May 16, 2025

306. Defendants' Expert rebuttal report of Keith Hampton PhD, Judicial Council Coordination Proceeding (JCCP) Social Media Litigation #5255, May 16, 2025

307. Defendants' Expert Rebuttal Report of Professor Michael Baiocchi, Judicial Council Coordination Proceeding No. 5255, including Appendices A and B, May 16, 2025

308. Defendants' Expert report of Dr. Ian Gotlib, Judicial Council Coordination Proceeding No. 5255, April 18, 2025

309. Defendants' Expert report of Keith Hampton PhD, Judicial Council Coordination Proceeding (JCCP) Social Media Litigation #5255, April 18, 2025

310. Defendants' Prof. Nicholas B. Allen, Ph.D., Rebuttal Expert Report, Judicial Council Coordination Proceeding No. 5255, May 16, 2025

311. Defendants' Rebuttal expert report of Dr. Ian Gotlib, Judicial Council Coordination Proceeding No. 5255, May 16, 2025

312. Defendants' Rebuttal Expert Report of Dr. Robert Platt, Judicial Council Coordination Proceeding No. 5255, May 16, 2025

313. Defendants' Rebuttal Report of Craig Bryan, PsyD, ABPP, Judicial Council Coordination Proceeding (JCCP) #5255, May 16, 2025

314. Defendants' Rebuttal Report Prepared by Robert D. Gibbons, PhD., Judicial Council Coordination Proceeding (JCCP) #5255, May 16, 2025

315. Defendants' Rebuttal Report, Daniel P. Keating, Ph.D., Judicial Council Coordination Proceeding (JCCP) #5255, May 16, 2025

316. Jennifer Pfeifer, Ph.D., Opening Expert Report (Adolescent Psychology, Youtube-Specific Findings), In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL No. 3047), Submitted on Behalf of Google and YouTube on July 9, 2025

317. Jennifer Pfeifer, Ph.D., Rebuttal Expert Report, YouTube-Specific Rebuttal to Reports Submitted by Plaintiffs' Experts on April 18, 2025, Judicial Council Coordination Proceeding No. 5255, Submitted on Behalf of Google and YouTube on May 16, 2025

318. Plaintiffs' Expert Report of Eva Telzer, Ph.D., MDL 3047, May 16, 2025

319. Plaintiffs' Expert Report, Anna Lembke, M.D., Relating to: Social Media Litigation, MDL 3047, May 16, 2025

320. Plaintiffs' Expert Report of Dr. Jean M. Twenge, Ph.D., MDL 3047, May 16, 2025

321. Plaintiffs' Expert Report of Dr. Ramin Mojtabai, M.D., Ph.D., MPH., MDL 3047, May 16, 2025

## Production Bates Numbered Documents

322. Haugen_00000797
323. Haugen_00000934
324. Haugen_00001033
325. Haugen_00002372
326. Haugen_00002527
327. Haugen_00003463
328. Haugen_00003739
329. Haugen_00005378
330. Haugen_00005458
331. Haugen_00006240
332. Haugen_00006798
333. Haugen_00007055
334. Haugen_00007080
335. Haugen_00007350
336. Haugen_00007481
337. Haugen_00008207
338. Haugen_00008303
339. Haugen_00010114
340. Haugen_00011969
341. Haugen_00012303
342. Haugen_00015958
343. Haugen_00016373
344. Haugen_00016699
345. Haugen_00016728
346. Haugen_00016893
347. Haugen_00017069
348. Haugen_00017177
349. Haugen_00017238
350. Haugen_00017263
351. Haugen_00017698
352. Haugen_00019219
353. Haugen_00020135
354. Haugen_00020607
355. Haugen_00021096
356. Haugen_00021247
357. Haugen_00021690
358. Haugen_00023066
359. Haugen_00023087
360. Haugen_00023849
361. Haugen_00024450
362. Haugen_00024997
363. Haugen_00025741
364. META3047MDL-003-00000029
365. META3047MDL-003-00001846

366. META3047MDL-003-00003188
367. META3047MDL-003-00003731
368. META3047MDL-003-00009133
369. META3047MDL-003-00011697
370. META3047MDL-003-00011760
371. META3047MDL-003-00012994
372. META3047MDL-003-00013254
373. META3047MDL-003-00021048
374. META3047MDL-003-00028019
375. META3047MDL-003-00028214
376. META3047MDL-003-00028226
377. META3047MDL-003-00029988
378. META3047MDL-003-00030070
379. META3047MDL-003-00030117
380. META3047MDL-003-00042548
381. META3047MDL-003-00043617
382. META3047MDL-003-00053803
383. META3047MDL-003-00064697
384. META3047MDL-003-00068860
385. META3047MDL-003-00068863
386. META3047MDL-003-00071534
387. META3047MDL-003-00077939
388. META3047MDL-003-00078419
389. META3047MDL-003-00078598
390. META3047MDL-003-00082165
391. META3047MDL-003-00085928
392. META3047MDL-003-00086015
393. META3047MDL-003-00087111
394. META3047MDL-003-00089107
395. META3047MDL-003-00089174
396. META3047MDL-003-00093303
397. META3047MDL-003-00095008
398. META3047MDL-003-00103260
399. META3047MDL-003-00107197
400. META3047MDL-003-00109173
401. META3047MDL-003-00119838
402. META3047MDL-003-00121808
403. META3047MDL-003-00123666
404. META3047MDL-003-00146240
405. META3047MDL-003-00146492
406. META3047MDL-003-00153063
407. META3047MDL-003-00153157
408. META3047MDL-003-00156702
409. META3047MDL-003-00157020
410. META3047MDL-003-00157036
411. META3047MDL-003-00157133

412. META3047MDL-003-00159559
413. META3047MDL-003-00161686
414. META3047MDL-003-00161881
415. META3047MDL-003-00163233
416. META3047MDL-003-00169733
417. META3047MDL-003-00170806
418. META3047MDL-003-00171018
419. META3047MDL-003-00171899
420. META3047MDL-003-00176638
421. META3047MDL-003-00178333
422. META3047MDL-003-00178437
423. META3047MDL-003-00184585
424. META3047MDL-003-00186838
425. META3047MDL-003-00186841
426. META3047MDL-003-00188109
427. META3047MDL-003-00191125
428. META3047MDL-004-00027398
429. META3047MDL-014-00014801
430. META3047MDL-014-00046053
431. META3047MDL-014-00255333
432. META3047MDL-014-00346525
433. META3047MDL-014-00346869
434. META3047MDL-014-00349418
435. META3047MDL-014-00349432
436. META3047MDL-014-00350154
437. META3047MDL-014-00350817
438. META3047MDL-014-00351807
439. META3047MDL-014-00352250
440. META3047MDL-014-00352799
441. META3047MDL-014-00355137
442. META3047MDL-014-00355284
443. META3047MDL-014-00355558
444. META3047MDL-014-00356640
445. META3047MDL-014-00359270
446. META3047MDL-015-00000400
447. META3047MDL-019-00022520
448. META3047MDL-019-00034776
449. META3047MDL-019-00097173
450. META3047MDL-019-00106371
451. META3047MDL-019-00106590
452. META3047MDL-019-00119896
453. META3047MDL-019-00120925
454. META3047MDL-019-00123373
455. META3047MDL-019-00127577
456. META3047MDL-020-00082810
457. META3047MDL-020-00250464

Ex. D - 25

458. META3047MDL-020-00535383
459. META3047MDL-020-00535571
460. META3047MDL-020-00588248
461. META3047MDL-022-00015380
462. META3047MDL-028-00001733
463. META3047MDL-031-00024886
464. META3047MDL-031-00029654
465. META3047MDL-031-00048769
466. META3047MDL-031-00084889
467. META3047MDL-031-00089407
468. META3047MDL-031-00118103
469. META3047MDL-031-00120972
470. META3047MDL-031-00121415
471. META3047MDL-031-00121430
472. META3047MDL-031-00121448
473. META3047MDL-031-00131309
474. META3047MDL-031-00131639
475. META3047MDL-031-00137474
476. META3047MDL-031-00170428
477. META3047MDL-031-00193154
478. META3047MDL-031-00242502
479. META3047MDL-031-00242612
480. META3047MDL-031-00246731
481. META3047MDL-031-00251445
482. META3047MDL-031-00255353
483. META3047MDL-031-00262845
484. META3047MDL-031-00265234
485. META3047MDL-031-00265655
486. META3047MDL-032-00000933
487. META3047MDL-034-00027362
488. META3047MDL-034-00056779
489. META3047MDL-034-00136153
490. META3047MDL-035-00001346
491. META3047MDL-035-00002651
492. META3047MDL-035-00002761
493. META3047MDL-035-00002796
494. META3047MDL-035-00002917
495. META3047MDL-035-00005017
496. META3047MDL-035-00005132
497. META3047MDL-035-00007047
498. META3047MDL-044-00111865
499. META3047MDL-046-00087227
500. META3047MDL-046-00243564
501. META3047MDL-047-00097321
502. META3047MDL-047-00912997
503. META3047MDL-047-01373649

504. META3047MDL-062-00000129
505. META3047MDL-071-00000537
506. META3047MDL-083-00000001
507. META3047MDL-084-00000400
508. SNAP0000001
509. SNAP0000008
510. SNAP0000103
511. SNAP0000137
512. SNAP0000246
513. TIKTOK3047MDL-001-00000177
514. TIKTOK3047MDL-001-00000215
515. TIKTOK3047MDL-001-00000622
516. TIKTOK3047MDL-001-00000769
517. TIKTOK3047MDL-001-00000813
518. TIKTOK3047MDL-001-00002382
519. TIKTOK3047MDL-001-00002937
520. TIKTOK3047MDL-001-00002982
521. TIKTOK3047MDL-001-00057954
522. TIKTOK3047MDL-001-00058135
523. TIKTOK3047MDL-001-00060814
524. TIKTOK3047MDL-001-00060856
525. TIKTOK3047MDL-001-00060862
526. TIKTOK3047MDL-001-00060922
527. TIKTOK3047MDL-001-00060986