# Exhibit 26

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

<table>
<tr><td>

*PEOPLE OF THE STATE OF CALIFORNIA, et al.,*
Plaintiffs,

v.

*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*
Defendants


IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
4:23-cv-05448
</td><td>

MDL No. 3047

Case No. 4:23-cv-05448-YGR

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang
</td></tr>
</table>

**REBUTTAL TRIAL REPORT OF MITCH PRINSTEIN, PHD
JULY 30, 2025**

HIGHLY CONFIDENTIAL (COMPETITOR)

# Table of contents

I. Introduction ............................................................................................................................................... 2

    I.A. Summary of opinions............................................................................................................................ 2

    I.B. Assignment and materials considered ................................................................................................. 3

II. Contrary to Defendant experts' claims, it is well understood that social media use can be associated with symptoms of clinical dependency ............................................................................................................................. 5

III. In reaching my conclusions, I neither disregard the potential benefits of social media nor do I pathologize normal brain processes ............................................................................................................................................ 8

IV. Social media contributes to youth mental health concerns ............................................................... 10

    IV.A. Defendant experts apply unattainable criteria for what constitutes evidence of a causal relationship................... 11

    IV.B. Clarifying my views on the state of the science on youth social media use and mental health ............................ 13

    IV.C. Social media is not the only factor contributing to the teen mental health crisis, but it is a substantial contributing factor................................................................................................................... 17

    IV.D. Meta-internal research provides relevant insights into social media use and mental health................................ 18

V. Features and functions within social media platforms (not merely the content itself) significantly contribute to deleterious mental health outcomes for youth................................................................................................. 20

VI. Conclusions ......................................................................................................................................... 24

Appendix A. Materials considered.......................................................................................................... A-1

Rebuttal Trial Report of Mitch Prinstein, PhD

# I. Introduction

## I.A. Summary of opinions

(1)     In response to my opening report, Defendant Expert Reports provided the following criticisms. First, they criticize the use of the term "social media addiction." Second, Defendant Expert Reports further claim that my opening report disregards the potential benefits of social media and pathologizes social behavior and the role of dopamine. Third, Defendant Expert Reports argue that existing empirical research does not support the conclusion that there is a causal link between social media and negative health outcomes for teens. They do so by pointing to the limitations of the existing research, the role of other factors, and claims that Meta's internal research is "not scientifically reliable." Fourth, Defendant experts claim that existing research has focused on the impact of social media content and failed to demonstrate a connection between features of social media platforms and adverse mental health impacts.

(2)     In summary, nothing in Defendant Expert Reports changes the opinions described in my opening report, including that Meta platform features encourage problematic social media use, posing a risk to adolescents' mental health. Specifically, with respect to Defendant Expert Reports, I conclude as follows.

(3)     First, I do not use the term social media addiction in my opening report. Instead, my report focuses on symptoms of clinical dependency, including withdrawal; tolerance; uncontrolled, excessive use; and impairment to daily roles and routines. Youth are reporting symptoms of clinical dependency on social media that is interfering with their ability to sleep, eat, and focus on schoolwork, among other essential activities. This has been demonstrated consistently across many samples in the US and elsewhere.

(4)     Second, social media does include opportunities for behaviors that benefit some youth in some situations, and research has offered some evidence to support these positive outcomes. However, the features and functions that surround the social experiences change their impact. Functions and features such as the "like" button and notifications from Meta contribute to kids' excessive and habitual use of Meta's products. This process is fueled by dopamine responses and compounded among youth in particular by an underdeveloped inhibitory control system due to delayed maturation of the prefrontal cortex until the mid-20s. It is these functions that are associated with harm based on evidence to date.

Rebuttal Trial Report of Mitch Prinstein, PhD

(5)     Third, Defendant experts' criticisms of my conclusions that (1) Meta platform features encourage problematic social media use; and that (2) social media use has contributed significantly to mental health symptoms among many youth, are premised on unattainable standards of proof for what constitutes evidence of a causal relationship. In my opinion, contrary to the contentions in Defendant Expert Reports, "gold-standard" randomized controlled trials are not required to ascertain harm in this matter. Defendant experts have applied a threshold for causality which is not realistic, not possible, not ethical, and not necessary, and ignores the harms that we know social media use is contributing to youth mental health based on the best available science.

(6)     Fourth, my assessment of the scientific literature, including my research over the past twenty-five years, my work co-chairing American Psychological Association's ("APA") scientific consensus report, and my work with various stakeholders in my roles as Chief Science Officer and Chief of Psychology at APA over the past four years, lead me to conclude with reasonable certainty that social media use, particularly Instagram and Facebook, is a substantial contributing factor to mental health harms among many youth.

(7)     Fifth, I am not claiming that social media use is the only contributing factor to poor teen mental health. In my opinion, based on my extensive work in this area, including with stakeholder groups internationally and people affected by these issues, social media use substantially contributes to mental health problems for many teens.

(8)     Sixth, I do not rely on the Meta documents to reach causal conclusions. However, the Meta-internal surveys I've reviewed are notable in revealing at least two factors: 1) Meta-internal research highlights issues regarding potential risks to youth development; and 2) Meta-internal research addresses some of the same questions raised within the scientific community, and produced results that corroborate findings from empirically sound, peer-reviewed studies.

(9)     Seventh, given the research demonstrating that features and functions used within social media platforms, including Meta's platforms, change the impact of content on adolescents own attitudes, behavior, and neural responses, I believe it is reasonable to conclude that it is the features and functions within Meta's platforms (not merely the content itself) that significantly contribute to deleterious mental health outcomes for youth.

## I.B. Assignment and materials considered

(10)     I was retained by Plaintiffs in this matter and submitted an opening report on May 16, 2025.[1] In my opening report, I opined on the effects of social media, specifically Instagram and Facebook, on the developing adolescent brain and how specific social media features impact developmental and mental

---

[1]    Expert Report of Mitch Prinstein, Ph.D., May 16, 2025 (hereinafter "Prinstein Opening Report").

Rebuttal Trial Report of Mitch Prinstein, PhD

health outcomes. I have been asked by counsel for Plaintiffs to review and respond to the July 9, 2025, reports filed by Dr. Randy Auerbach,[2] Dr. Alan Berman,[3] Dr. Ian Gotlib,[4] Dr. Sarah Morsbach Honaker,[5] Dr. Robert Platt,[6] and Dr. Matthew Shear,[7] (collectively, "Defendant Expert Reports") on behalf of Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies (collectively, "Meta"), the Defendants in this matter.

(11)    In forming the opinions expressed in this report and my opening report, I relied on (1) the scientific literature, including my research over the past twenty-five years; (2) my work as co-chair of the steering committee for the APA health advisory, which included contributions from a diversity of psychological science fields (e.g., clinical, developmental, health, pediatric psychologists) as well as scholars from allied fields, who gathered to review the evidence and determine what risks needed to be highlighted to protect youth; and (3) a review of Meta documents produced in this case. The studies mentioned explicitly in my reports are representative examples reflecting the current understanding of the relevant science in the extensive body of research related to social media and mental health. This practice is consistent with the approach I use when conducting literature reviews and writing papers in my own research. Appendix A lists the materials I considered in preparing this rebuttal report. I hold the opinions stated in this report to a reasonable degree of scientific certainty.

(12)    If and when additional materials become available during the course of this litigation, I reserve the right to update my opinions. If I am called upon to testify at hearing or trial, I also reserve the right to employ demonstrative exhibits summarizing facts or opinions disclosed in this report or new information that subsequently becomes available.

---

[2]    Expert Rebuttal Report of Dr. Randy Auerbach, July 9, 2025 (hereinafter "Auerbach Report").

[3]    Expert Rebuttal Report of Dr. Alan L. Berman, July 9, 2025 (hereinafter "Berman Report").

[4]    Expert Rebuttal Report of Dr. Ian Gotlib, July 9, 2025 (hereinafter "Gotlib Report").

[5]    Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025 (hereinafter "Honaker Report").

[6]    Expert Rebuttal Report of Dr. Robert Platt, July 9, 2025 (hereinafter "Platt Report").

[7]    Expert Rebuttal Report of Matthew J. Shear, MD., July 9, 2025 (hereinafter "Shear Report").

Rebuttal Trial Report of Mitch Prinstein, PhD

# II. Contrary to Defendant experts' claims, it is well understood that social media use can be associated with symptoms of clinical dependency

(13)  Defendant Expert Reports criticize the use of the term "social media addiction":

> "Plaintiffs' experts dismiss and gloss over the fact that there is no clinically recognized definition of social media addiction, and it is not recognized as a disorder in the DSM-5."[8] "It is critical to point out here that there is no accepted formal definition or diagnosis of 'social media addiction.'"[9] "The notion that problematic use is a recognized clinical disorder is not supported by the scientific consensus."[10]

(14)  That criticism is misleading. I do not use the term social media addiction in my opening report. Instead, my report focuses on symptoms of clinical dependency, including withdrawal; tolerance; uncontrolled, excessive use; and impairment to daily roles and routines. There is a growing body of research discussing symptoms of clinical dependency as "problematic social media use," which is generally considered a valid and concerning description of symptoms negatively impacting youth, and, by definition, produces impairment in youths' daily roles and routines. The evidence the Auerbach Report highlights to rebut addiction issues does not discuss the literature on problematic social media use.[11] This is in part an issue of semantics, though Dr. Auerbach's report also inaccurately characterizes the extant literature. Indeed, youth are reporting symptoms of dependency, withdrawal, tolerance, and uncontrolled use of social media that is interfering with their ability to sleep, eat, and focus on schoolwork, among other essential activities. This has been demonstrated consistently across many samples in the US and elsewhere.[12]

---

[8]  Auerbach Report, ¶ 16 and ¶ 34 ("At present, social media addiction is not recognized as a psychiatric disorder. There are no universally agreed upon criteria for assessing addiction to social media, and it is not a psychiatric disorder that appears in the DSM-5."); *see also* ¶ 41.

[9]  Gotlib Report, ¶ 170; *see also* ¶ 159 ("It is important to note that the term "problematic social media use" is vague and subjective, has no agreed-upon definition, and is not a clinical diagnosis or disorder.").

[10]  Platt Report, ¶ 100 (citation omitted).

[11]  Auerbach Report, § IV.A.

[12]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 446 ("Using self-report measures adapted from DSM-V substance dependence criteria, approximately 50% of youth across 44 countries report at least one sign of clinical dependency on social media (Boer et al., 2022). Research with Dutch adolescents suggests that 39% report symptoms of tolerance (i.e., dissatisfaction from not spending enough time on social media) and 22% report symptoms of withdrawal (i.e., irritation due to lack of social media use; Van Den Eijnden, Lemmens, & Valkenburg, 2016). Symptoms of withdrawal, dependency, or tolerance to social media can impair functioning or relationships and displace normative or beneficial behaviors, such as sleep (Pagano, Bacaro, & Crocetti, 2023) and physical activity (Stiglic & Viner, 2019), and habitual checking behaviors can have negative consequences for academic work (Baumgartner, 2022) and in-person interactions (Yang, Pham, Ariati, & Smith, 2023).").

---

Rebuttal Trial Report of Mitch Prinstein, PhD

(15)    The Auerbach, Gotlib, and Platt Reports also criticize that, in most studies, research participants self-report dependency symptoms. That criticism is not valid because, in fact, self-reporting is the most common way that dependency symptoms are assessed.[13] The research I cited includes measures of dependency that are adapted directly from DSM diagnostic criteria.[14] In my opinion, there is clear and compelling evidence that youth are using social media more than they want to, and their social media usage is interfering with their daily roles and routines, which is a precondition for disorder.[15]

(16)    I also note that the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) was published in 2013, just three years after Instagram was first released and one year after Meta acquired Instagram.[16] For reference, the DSM-5 involved a 14-year revision process from the time DSM-IV was published.[17] I would therefore expect a nontrivial delay for newly described disorders to be incorporated into the DSM. The term "social media addiction" is sometimes used in the broader

---

[13]    Dr. Auerbach concedes, "Most research that has explored the idea of social media addiction has relied on self-report measures (e.g., Bergen Facebook Addiction Scale [Andreassen et al., 2012], Bergen Social Media Addiction Scale [Andreassen et al., 2017])," but then states "which have not established specific cutoffs that are validated as reliable scores indicative of an addiction." (Auerbach Report, ¶ 36); Dr. Gotlib also concedes "much of the recent literature on social media use is based on self-report questionnaires or surveys" but then argues "the results of many of the studies cited by Plaintiffs' experts arguably reflect transient mood states rather than clinically meaningful episodes of depression or anxiety." (Gotlib Report, ¶ 29); Eric A. Youngstrom, Eric J. Mash, Mitchell J. Prinstein, and Russell A. Barkley, *Assessment of Disorders in Childhood and Adolescence*, Fifth ed. (Guilford Publications, 2020), 543–569.

[14]    Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein, and Eva H. Telzer, "U.S. Adolescents' Daily Social Media Use and Well-Being: Exploring the Role of Addiction-like Social Media Use," *Journal of Children and Media*, vol. 19, no. 1: 194–212 (Items include: Do you ever feel like you spend more time on social media than you intended? Have you ever tried to spend time away from social media, but couldn't do it? Do you ever expend extra effort to make sure you will continue to have access to social media at times when you otherwise may not be able to use it? Do you ever have a craving or strong desire to use social media? Does social media use ever get in the way of things you are supposed to be doing (e.g., sleep, exercise, schoolwork)? Do you ever use social media even after you realized that it was getting in the way of what you thought was best for you? Have you ever been away from social media and felt like you were missing it too much to engage in normal day to day activities? Do you think you may be addicted to social media?).

[15]    Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 446 ("Thirty-six percent of adolescents report that they spend more time using digital media than they would like (Vogels, Gelles-Watnick, & Massarat, 2022), and approximately one-third report checking the most popular social media platforms (TikTok, Instagram, Snapchat, Facebook, and YouTube) 'almost constantly' (Anderson et al., 2023).").

[16]    American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013. A text revision of the DSM-V was published in 2022 (DSM-5-TR). American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2022. *See also* "Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR)," American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm; "Instagram Launches," Instagram Announcements, October 6, 2010, https://about.instagram.com/blog/announcements/instagram-launches; "Facebook to Acquire Instagram," Meta News, April 9, 2012, https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/.

[17]    "Making a Case for New Disorders," American Psychiatric Association, accessed July 17, 2025, pp. 1–2, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-5-Making-Case-for-New-Disorders.pdf.

---

Rebuttal Trial Report of Mitch Prinstein, PhD

clinical and scientific communities.[18] The American Psychiatric Association, which publishes the DSM, defines the term social media addiction on its website as follows:

> **Social media addiction** involves problematic and compulsive use of social media; an obsessive need to check and update social media platforms, often resulting in problems in functioning and disrupted real-world relationships.[19]

(17)    The recent National Academy of Sciences (2024) survey of the literature explains:

> "Social media use can also be considered problematic when it causes dysfunction in daily life activities such as in-person activities, schooling, and sleep (Caplan, 2010; Casale and Banchi, 2020). While problematic social media use is not yet classified as a disorder, it is associated with other mental health problems. A meta-analysis of international studies found that problematic social media use, mainly use of Facebook, was associated with worse mental health, especially depression, although this analysis was heavily weighted to adult samples (Huang, 2022). What is more, problematic social media use, like internet gaming disorder, is often associated with disruptions in sleep, mood, and functioning that could have independent effects on mental health (Bányai et al., 2017; Paakkari et al., 2021; Pontes, 2017)."[20]

---

[18]  More than 5,000 research articles in PubMed containing the term "social media addiction", *see* "Social Media Addiction," PubMed Search Results, accessed July 24, 2025, https://pubmed.ncbi.nlm.nih.gov/?term=social+media+addiction.

[19]  "What is Technology Addiction?" American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction (emphasis in original).

[20]  Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health*. (The National Academies Press, 2024).

Rebuttal Trial Report of Mitch Prinstein, PhD

# III. In reaching my conclusions, I neither disregard the potential benefits of social media nor do I pathologize normal brain processes

(18) Defendant Expert Reports further claim that my opening report disregards the potential benefits of social media and pathologizes social behavior and the role of dopamine.[21] In doing so, they misrepresent my position on these issues. To be clear, as I recognized in my opening report, social media does include opportunities for behaviors that benefit some youth in some situations, and research has offered some evidence to support these positive outcomes.[22] However, as I explained in my opening report and discuss further below,[23] the features and functions that surround the social experiences change their impact. It is these functions that are associated with harm based on evidence to date.

(19) As concerns dopamine, Defendant experts seem to have misunderstood the discussion in my opening report.[24] I agree that "regularly engaging in pleasurable or enjoyable activities does not equal "addiction," and simply because an activity activates the reward system in the brain does not mean that it is addictive or maladaptive."[25] To be clear, a dopamine response is not unhealthy or concerning. The presence of a dopamine response simply suggests a chemical process that follows from exposure to the features and functions used by social media and an explanation of why social media could lead to problematic levels of use. My citation to the Sherman et al. (2016) study was to show differences in activation of the prefrontal cortex circuits when presented with risky and harmful stimuli accompanied by the like icon, as compared to conditions without a like count. Since the images were counterbalanced across participants, controlling for content, results show that the like feature, and not the content, change neural responses. The explanation offered by Dr. Auerbach's report as to why these findings may be limited is not quite relevant.[26] The Auerbach Report critiqued the research design of the Sherman et al. (2016) study for reaching long-term conclusions based on cross-sectional evidence, but the significant differences that emerged are relevant for revealing an immediate effect of the like button on brain response.[27] Importantly, intermittent variable

---

[21] Auerbach Report, § IV ("Opinion 1: Plaintiffs' experts' approach to the concept of "social media addiction" pathologizes normal behavior and normal brain processes."); and Gotlib Report, § VI.G ("Social Media Addiction") and § VII (Benefits of Social Media Use).

[22] "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed July 24, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use; Prinstein Opening Report, ¶ 45.

[23] Prinstein Opening Report, § IV.

[24] Auerbach Report, § IV.C.

[25] Gotlib Report, ¶ 177.

[26] Auerbach Report, § IV.C.

[27] The Auerbach Report also criticizes my report for how I cite Achterberg et al. (2022); see Auerbach Report, ¶ 49. To clarify, what I wrote was: "As detailed above, neuroscientific research has demonstrated that inconsistent sleep

---

Rebuttal Trial Report of Mitch Prinstein, PhD

reinforcement schedules, such as those used by Meta (including the "like" button and notifications), are associated rapidly with excessive and habitual behavior. As discussed in my opening report, this process is fueled by dopamine responses. Notably, this process is compounded among youth who have an underdeveloped inhibitory control system (i.e., due to delayed maturation of the prefrontal cortex) until the mid-20s. The critiques in the Auerbach Report do not directly address how the pattern of findings in the Sherman et al. (2016) study demonstrate that the "like" feature is indeed activating these processes that lead to dopamine-fueled habitual behavior and changes in inhibitory control, which offer evidence of a mechanism for adolesents' problematic social media use.

---

schedules are associated with changes in structural brain development in adolescent years. In other words, youths' preoccupation with technology and social media may deleteriously affect the size of their brains." That point was meant to synthesize several bodies of research, and not solely rely on Achterberg et al. (2022), indicating that 1) social media use is related to sleep dysfunction and 2) these sleep issues are related to deleterious changes in brain development. *See, e.g.,* Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health*. (The National Academies Press, 2024), 108 ("There are three main ways in which digital media use can disrupt sleep quality and duration (LeBourgeois et al., 2017). First, media use can displace sleep by delaying bedtimes, disrupting sleep through notifications, and reducing sleep duration by waking earlier to check phones (Hale et al., 2019; LeBourgeois et al., 2017). Second, devices can disrupt circadian rhythms through their light emissions which can heighten arousal, decrease sleepiness at night, and reduce melatonin production (Chang et al., 2015; LeBourgeois et al., 2017). Third, media use can be psychologically stimulating in which interactions with others, fear of missing out, and viewed Content can affect mood in ways that make sleep difficult (Cain and Gradisar, 2010; LeBourgeois et al., 2017)" and "Sleep is important for everyone's physical and mental health, especially so for adolescents given their rapid physical and cognitive growth (NHLBI, 2022). Adolescents need between 8 and 10 hours of sleep for every waking day to support the changes brought about by puberty, growth of long bones, and neurological development (Paruthi et al., 2016).").

---

HIGHLY CONFIDENTIAL (COMPETITOR)

Rebuttal Trial Report of Mitch Prinstein, PhD

# IV. Social media contributes to youth mental health concerns

(20)     Defendant Expert Reports argue that existing empirical research does not support the conclusion that there is a causal link between social media and negative health outcomes for teens. They do so by pointing to the limitations of the existing research,[28] the role of other factors,[29] and claims that Meta's internal research is "not scientifically reliable."[30] Defendant Expert Reports reach those conclusions by applying unattainable and inconsistent standards of proof for what constitutes evidence of a causal relationship. A balanced reading of the relevant research supports my conclusion that social media contributes to youth mental health concerns.

---

[28]     Auerbach Report, § V ("Opinion 2: Plaintiffs' Experts' Claims That Social Media Use Causes Negative Mental Health Outcomes for Adolescents Is Not Supported By Reliable Evidence or Methods") and § VII ("Opinion 4: Extant Research Has Not Demonstrated That Adolescents' Mental Health is Negatively Impacted by Specific Features of Social Media, Independent of Content"); Gotlib Report, ¶ 20 ("Opinion 1: […] I find that there is not reliable or sufficient evidence that social media use causes clinically significant depression, anxiety disorders, or suicidality in adolescent users. In this context, clinically significant means a condition that is recognized as a diagnosable disorder, rather than a transient state of mind, and for which treatment is appropriate."); and Platt Report, ¶ 12 ("The studies of social media and mental health outcomes do not support a causal relation between social media use and mental health outcomes. Most studies are of low quality, and subject to important methodological limitations […]"). Also, specifically for sleep, Honaker Report, ¶ 9 ("Opinion 2. Notably, most of the studies that have attempted to assess the relationship between sleep and screen time and/or social media employ observational (i.e., cross-sectional or longitudinal) designs, which are not capable of assessing causality."); for eating disorders, Shear Report, ¶ 36 ("Opinion 6: Research on the role of social media in the development or exacerbation of eating disorders generally reflects design limitations that preclude causal inferences, including cross-sectional design and failure to isolate social media from other forms of media or sociocultural influences."); for suicidal behavior Berman Report, ¶ 13.C ("The vast majority of literature on social media use and its effect on suicidal behaviors is correlational in design, dependent on self-report data, and suffers from a number of serious methodological flaws. No study has established a causal relationship between social media use and these outcomes.").

[29]     Auerbach Report, § VI ("Opinion 3: Plaintiffs' Experts Do Not Consider Potential Alternative Causal Mechanisms Driving Increased Adolescent Mental Health Struggles."); Gotlib Report, ¶ 21 ("Opinion 2: […] there is substantial evidence that increases in the prevalence of these conditions began long before the advent of social media and can reasonably be attributed to factors other than social media use."), and ¶ 23 ("Opinion 4: […] also explain that factors unrelated to social media use, including family history, adverse life experiences, economic difficulties, academic pressures, concerns about climate change, exposure to environmental toxins, school-related violence, and the COVID-19 pandemic contribute significantly to the incidence and prevalence of depression and anxiety in adolescents."), and § V; and Platt, ¶ 102 ("Plaintiffs' experts do not adequately take into account the effects of confounding variables that may explain, in part or in whole, any reported association between social media use and mental health.") […]"). Also, specifically for sleep, Honaker Report, ¶ 8 ("it is well-established in the literature and generally accepted among sleep researchers that many other factors (such as early school start times, substance use, psychiatric comorbidities, and overscheduling) are associated with problems in adolescent sleep.").

[30]     Auerbach Report, § IX ("Opinion 6: Meta's Internal Documents Are Not Scientifically Reliable Evidence of Causation") and Platt, ¶ 16 ("Opinion No. 2: Plaintiffs' experts' reliance on internal company documents to draw causal conclusions is scientifically unsound.").

---

Rebuttal Trial Report of Mitch Prinstein, PhD

## IV.A. Defendant experts apply unattainable criteria for what constitutes evidence of a causal relationship

(21)     Defendant experts insist on applying strict scientific criteria for causality and opine that social media use cannot be said to impact adolescents absent a perfect study that conclusively establishes a causal connection. In my experience, including my role applying science to practical application at APA, I think it is critical to focus not on the 'gold standard' of causal proof, (that all agree is unattainable, see below), but on the best available science to determine potential harm. Defendant experts' criticisms of my conclusions that (1) Meta platform features encourage problematic social media use; and that (2) social media use has contributed significantly to mental health symptoms among many youth, are premised on unattainable standards of proof for what constitutes evidence of a causal relationship. The Auerbach Report argues that even the available experimental evidence—the most rigorous form of causal scientific evidence—on social media use is insufficient to establish causation:

> "experiments in this field of research (e.g., abstaining from social media for brief periods of time) […] are inappropriate for supporting broad causal conclusions because they take place under conditions in which participants: (i) are not masked or blinded to their randomization and (ii) know the hypotheses, which compromises the reliability of participants' reporting on outcomes (i.e., response bias)."[31]

I note that, ironically the Auerbach Report concludes that existing evidence suffices to establish a causal connection between a host of other factors and population-level mental health,[32] and credits a long list of "factors that contribute to the emergence of mental health challenges during childhood and often persist throughout adolescence and adulthood," without requiring masked or blinded randomization studies to reach those conclusions.[33]

(22)     Dr. Platt's report also emphasizes the importance of blinding in an experimental setting for understanding the causal impact of social media on teen mental health,[34] "such that study subjects do not know which treatment arm they are in."[35] That would, for example, require subjects to not know

---

[31]   Auerbach Report, ¶ 19.

[32]   Auerbach Report, ¶ 92 ("There are a wide range of social factors that have population-level impacts on mental health.").

[33]   The Auerbach Report credits a long list of "factors that contribute to the emergence of mental health challenges during childhood and often persist throughout adolescence and adulthood." Auerbach Report, ¶ 99. These factors include "a downward trend in pubertal onset among girls," "a continuous decline in two-parent households and married parents," "[t]he COVID-19 pandemic, beginning in March 2020 in the United States, also had a profound impact on youth mental health," "[a]nother factor that likely influenced the apparent change in the prevalence of adolescent mental health disorders was the implementation of the Affordable Care Act," "[o]ver the past 15 years, there has been a surge of novel and unpredictable life stressors," and "the alarming increase in gun-related incidents in schools." Auerbach Report, ¶¶ 98–106.

[34]   Platt Report, ¶ 19 ("Blinding is particularly important when there is a lot of pre-existing social belief (e.g., the claim that social media has an impact on mental health) regarding the intervention […]").

[35]   Platt Report, ¶ 19.

---

Rebuttal Trial Report of Mitch Prinstein, PhD

whether they are using Instagram with and without a "like" function. The Platt Report does not explain how blinding of study subjects is possible, and later the report concedes "blinding is not possible."[36] The Platt Report also dismisses the findings of much of the relevant literature due to, among other things, alleged shortcomings of the relevant meta-analyses,[37] publication bias,[38] confounders,[39] and reverse causality.[40]

(23)    Similarly, Dr. Gotlib's report identifies a long list of "significant causal risk factors for depression and anxiety in adolescence,"[41] that ironically do not meet the standards articulated in his report as prerequisite to determine the causal impact of social media, such as issues regarding correlation versus causation,[42] possible publication bias and research procedures,[43] and the distinction between symptoms and diagnoses of depression and anxiety,[44] and the limitations of experimental studies. To reach its conclusions, the Honaker Report highlights the limitations of existing studies, arguing that non-experimental, "observational (i.e., cross-sectional or longitudinal) designs […] are not capable of assessing causality" and "the experimental studies that could be used to establish causation have significant limitations."[45] Yet, the Honaker Report subsequently acknowledges that double-blind randomized control trials are "not possible in research on screen use or social media use, where both participants and researchers are aware of whether they are—or are not—exposed to the condition."[46]

(24)    Dr. Shear's report emphasizes the limitations of existing research,[47] and argues that "genetic predisposition [is] the only established causal risk factor for eating disorders."[48] Similarly, the

---

[36]    Platt Report, ¶ 82.

[37]    Platt Report, ¶ 22 ("Flaws in the design and conduct of systematic reviews, such as bias in retrieving studies, in choosing studies to include, and in obtaining accurate data, can lead to misleading and inaccurate conclusions about the evidence; as I will describe later in the report, most of the meta-analyses on social media and mental health are subject to this problem.").

[38]    Platt Report, ¶ 23 ("Publication bias is likely widespread in the literature on social media use and mental health […]").

[39]    Platt Report, ¶ 24 ("In studies of social media use and mental health in teens, the number of potential confounders is enormous […]").

[40]    Platt Report, ¶ 68 ("most of these studies have important methodological limitations and cannot rule out reverse causation and unmeasured confounding.").

[41]    Gotlib Report, ¶ 24 bullet 2, ¶ 23 ("family history, adverse life experiences, economic difficulties, academic pressures, concerns about climate change, exposure to environmental toxins, school-related violence, and the COVID-19 pandemic contribute significantly to the incidence and prevalence of depression and anxiety in adolescents"), and § V ("I have described a number of factors that have been demonstrated to be causally related to the development of depression, anxiety, and suicidal behaviors in adolescents."); Gotlib Report, ¶ 80.

[42]    Gotlib Report, ¶¶ 86–87.

[43]    Gotlib Report, ¶¶ 88 and 99.

[44]    Gotlib Report, ¶ 89.

[45]    Honaker Report, ¶ 9.

[46]    Honaker Report, ¶ 60, first bullet.

[47]    Shear Report, ¶ 36 ("Opinion 6: Research on the role of social media in the development or exacerbation of eating disorders generally reflects design limitations that preclude causal inferences, including cross-sectional design and failure to isolate social media from other forms of media or sociocultural influences.").

[48]    Shear Report, ¶ 31. The Shear Report argues that "Notwithstanding the identification of many risk factors for eating

---

Rebuttal Trial Report of Mitch Prinstein, PhD

Berman Report points out the limitations of existing studies to reach causal conclusions,[49] explains that "The gold standard and most robust test of causation is a randomized controlled trial (RCT),"[50] yet then concedes "No such study has ever been conducted. Among other issues, it would be exceedingly difficult to recruit a population of young people with no exposure to social media in today's day and age."[51] Nevertheless, the Berman Report's main criticism of my conclusions is focused on the lack of experimental evidence.[52]

(25)    In my opinion, contrary to the contentions in Defendant Expert Reports, "gold-standard" randomized controlled trials are not required to ascertain harm in this matter. To be clear, I agree that psychological science would ideally determine conclusive proof through the use of randomized clinical trials, after eliminating (through randomization or matching) all possible confounds, and we would identify mechanisms to explain how the purported cause and effect could be linked. However, the Defendant experts have applied a threshold for causality which is not realistic, not possible, not ethical (see below), and not necessary (see below), and ignores the harms that we know social media use is contributing to youth mental health based on the best available science (as discussed in my opening report). Note that even the link between individual cigarette use and lung cancer has not been scientifically established using such stringent criteria, to my knowledge, and is not the evaluation that is needed in this context.

## IV.B. Clarifying my views on the state of the science on youth social media use and mental health

(26)    As outlined in my opening report and further detailed below, my assessment of the scientific literature, including my research over the past twenty-five years and my work co-chairing APA's scientific consensus report (i.e., Health Advisory) lead me to conclude with reasonable certainty that social media use, particularly Instagram and Facebook, is a substantial contributing factor to mental health harms among many youth. Notably, my roles as Chief Science Officer and Chief of Psychology at APA over the past four years have allowed me to translate psychological science to a

---

disorders, the only accepted cause that research has established is genetics" (¶ 89) and also that "The literature conveys a consensus that the causes of eating disorders are "multifactorial." (¶ 90), explaining "What this all means is that environmental factors can influence the way genes are expressed in a manner that makes eating disorder development more likely, but that influence only occurs when the existing genetic foundation for such expression already exists." (¶ 100).

[49]    Berman Report, ¶ 13.C ("The vast majority of literature on social media use and its effect on suicidal behaviors is correlational in design, dependent on self-report data, and suffers from a number of serious methodological flaws. No study has established a causal relationship between social media use and these outcomes.").

[50]    Berman Report, ¶ 63.

[51]    Berman Report, ¶ 64.

[52]    Berman Report, ¶ 133 ("Dr. Prinstein argues that "social media platforms' design choices amplify the impact this content has on users" (p. 27), but offers not a single experimental study to support this assertion") and ¶ 134 ("Plaintiffs' expert Mitch Prinstein makes no claims on the basis of experimental studies that are designed to establish causation between use of particular features of social media and suicide, self-harm, or NSSI.").

Rebuttal Trial Report of Mitch Prinstein, PhD

wide variety of stakeholders and use the evidence from research findings beyond the scientific literature. My conclusions are based on a synthesis of the psychological science for practical purposes, including my charge from the APA to inform the public and "to promote the advancement, communication, and application of psychological science and knowledge to benefit society and improve lives."[53]

(27)    Defendant Expert Reports' argument, as outlined above, distorts an assessment of the literature to reach a faulty conclusion. Indeed, there are no known causal studies that *prospectively* examine youths' social media use vs. abstinence to examine differences in the development of subsequent psychological symptoms because such a study would be unethical, immoral, and impractical to conduct. The Department of Health and Human Services publishes ethical and regulatory guidelines for research involving human subjects, which state that it is impermissible to subject youth to study conditions that may promote enduring risk.[54] It would be ethically abhorrent to create experimental conditions that could cause unknown, long-term damage to study participants' biological and psychological development. Furthermore, it is practically infeasible to withhold or mandate social media use over an extended period of time. And as Dr. Gotlib's report acknowledges, "[b]ecause of requirements to obtain informed consent from participants, most of these studies have been conducted with adults of legal age rather than with adolescents."[55]

(28)    In cases such as these, researchers forgo experimental designs (i.e., prospective randomized causal designs) for prospective, longitudinal designs in which individuals' real-life (i.e., not experimentally manipulated) experiences are used to predict changes in developmental outcomes. To isolate the effects of the variables of interest, it is standard practice for researchers to statistically control for baseline levels of each outcome and other competing predictors that could otherwise explain changes in participant functioning. This approach is commonly used to understand other potential risk factors that would be unethical to manipulate experimentally, such as the effects of maltreatment and abuse on children's intellectual and emotional outcomes.[56]

(29)    The findings using prospective longitudinal designs indicate that predictors (e.g., social media use) are associated with or contribute to higher levels of later outcomes (e.g., depression, suicidality), even after controlling for baseline levels of psychological symptoms and for other predictors that may otherwise explain the onset of these psychological outcomes.

---

[53]    "About APA," American Psychological Association, accessed July 28, 2025, https://www.apa.org/about.

[54]    "Children: Information on Special Protections for Children as Research Subjects," Office for Human Research Protections, March 18, 2016, https://www.hhs.gov/ohrp/regulations-and-policy/guidance/special-protections-for-children/index.html.

[55]    Gotlib Report, ¶ 123.

[56]    Sara R Jaffe, "Child Maltreatment and Risk for Psychopathology in Childhood and Adulthood," *The Annual Review of Clinical Psychology*, vol. 13 (2017): 252–551.

Rebuttal Trial Report of Mitch Prinstein, PhD

(30)    Notably, although there are no known prospective randomized controlled trials regarding the effects of social media use on adolescent mental health outcomes given the ethical and practical concerns noted above, recent studies report the effects of randomized *intervention* trials in which a subset of participants are asked to cease using social media and then compared to a comparable subset of participants who use social media as usual. Findings from these studies do support causal conclusions, and findings have revealed that reducing social media use causes improvements in mental health, including in recent meta-analyses revealing a significant effect: withdrawal from social media improves mental health.[57]

(31)    Defendant Expert Reports also criticize my conclusions based on the claim that social media exposure only explains a small fraction of the variation in mental health disorders in the population.[58] Relatedly, the Defendant Expert Reports argue that the impact of social media cannot explain "population-level" changes in teen mental health.[59]

(32)    These criticisms are misleading. My opening report did not argue that <u>all</u> teens experience adverse mental health effects due to social media and I did not discuss population-level mental health effects. A sizable number of teenagers say they experience negative consequences from social media use, as found by, for example, a 2022 Pew Research Center survey of a representative sample of US teens ages 13 to 17.[60] And, there is considerable variability in the impact of social media use across teens, and many (not all) experience adverse impacts on their mental health. As Maheux et al. (2025) explain:

> "Youth initiate social media use with preexisting traits, identities, and offline contexts that can shape how specific social media content exposure and engagement with unique social media features influence developmental outcomes. Underlying

---

[57]    *See, e.g.,* Kaitlyn Burnell, Diana J. Meter, Fernanda C. Andrade, Ashley N. Slocum, Madeleine J. George, "The Effects of Social Media Restriction: Meta-Analytic Evidence from Randomized Controlled Trials," *SSM - Mental Health*, vol. 7 (2025): 100459. This meta-analysis of 32 articles finds "Random effects models revealed that restricting social media use significantly improved subjective well-being" with effects observed across both positive and negative subjective well-being indicators.

[58]    Auerbach Report, ¶ 91 ("To summarize, the statistically significant associations that have been reported are remarkably weak (e.g., accounting for 1-4% of the variance) and subject to deep methodological flaws. None of these associations suggest the presence of clinically significant causal effects on the development of mental health disorders.") and Platt Report, ¶ 104 ("Among the studies where an association is found, the effect size is very small, a fact that Plaintiffs' experts often overlook.").

[59]    *See, e.g.,* Auerbach Report, ¶ 122 ("the population level evidence on the relationship between social media use and mental health outcomes shows weak and inconsistent associations. If there was a causal relationship between social media use and the onset of mental disorders, we would expect to see a strong and consistent relationship."); and Platt Report, ¶ 107 (""the literature . . . did not support the conclusion that social media causes changes in adolescent health at the population level" (NAS Report p. 94).").

[60]    Monica Anderson, Emily A. Vogels, Andrew Perrin, and Lee Rainie, "Connection, Creativity and Drama: Teen Life on Social Media in 2022," Pew Research Center, November 16, 2022, https://www.pewresearch.org/internet/2022/11/16/connection-creativity-and-drama-teen-life-on-social-media-in-2022/.For example, "38% of teens say they feel overwhelmed by all the drama they see on social media" (p. 6) and " While 9% of teens think social media has had a mostly negative effect on them personally, that share rises to 32% when the same question is framed about people their age." (p. 8)

---

Rebuttal Trial Report of Mitch Prinstein, PhD

characteristics affect both how adolescents select the media they consume and how they are affected by it (Valkenburg & Peter, 2013). Momentary associations between social media use and well-being are highly variable (Beyens, Pouwels, Van Driel, Keijsers, & Valkenburg, 2020), and likely contingent on individual differences (Odgers & Jensen, 2020), including gender/sex, age, marginalized status, neurobiological and social sensitivity, and dispositional vulnerability to mental challenges."[61]

(33) Also, "[d]igital stress experiences are common but vary in intensity among adolescents."[62] And, "[i]nitial data suggest that the effects of habitual social media use may be related to neurobiological development."[63] Importantly:

"A rigorous 8-year longitudinal study did not find support for the possibility that mental health challenges precede time spent on social media (Coyne, Rogers, Zurcher, Stockdale, & Booth, 2020). Instead, those with mental health vulnerabilities may be more likely to have maladaptive experiences, suggesting the importance of moving beyond measures of time on social media. For example, longitudinal evidence suggests that poorer well-being is prospectively linked with negative social

---

[61] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 450; see pp. 450–453 for specifics.

[62] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 445–446 ("Digital stress experiences are common but vary in intensity among adolescents. Higher digital stress is associated cross-sectionally with more frequent and more perceived importance of social media use, higher levels of depressive symptoms, social anxiety, friendship conflict, rejection sensitivity, and loneliness, and worse perceived general health (Fox, Nick, Nesi, Telzer, & Prinstein, 2023; Nick et al., 2022). Longitudinally, digital stress is associated with higher levels of depressive symptoms even when controlling for frequency of checking and social anxiety (Nick et al., 2022), and digital entrapment is associated with increased friendship conflict and reduced perceived health among boys (Fox et al., 2023). It is important to note that adolescents are intrinsically motivated to connect with peers and seek social rewards online; thus, notifications and alerts are not solely responsible for digital stress. Yet, platform reminders to reengage with social media are important contributors that warrant further research, including work that helps elucidate why some youth are more resilient to these reminders than others.").

[63] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 446 ("Initial data suggest that the effects of habitual social media use may be related to neurobiological development. Given neurobiological sensitivity to social stimuli (Blakemore & Mills, 2014), such that there is a hyper-responsivity to reward in the dopaminergic reward system (Blakemore & Robbins, 2012), adolescents may be especially attracted to the perpetual opportunity to access online social information. Habitual social media checking is linked with smaller ventral striatum gray matter volume (Montag et al., 2017) and longitudinal increases in neural activation in a collection of brain regions (e.g., ventral striatum) when anticipating receiving positive social feedback or avoiding negative feedback (Maza et al., 2023). Importantly, associations between social media use and neurodevelopment may be bidirectional (Flannery et al., 2023), with emerging evidence suggesting that puberty-related decreases in brain regions implicated in social feedback sensitivity (i.e., ventral medial prefrontal cortex, medial prefrontal cortex, posterior cingulate cortex, right inferior frontal gyrus) are associated longitudinally with later addiction-like social media use (Flannery et al., 2024).").

---

Rebuttal Trial Report of Mitch Prinstein, PhD

media experiences such as online peer victimization or perceptions of social exclusion (Frison, Subrahmanyam, & Eggermont, 2016; Nesi et al., 2022)."[64]

(34) Further, a recent longitudinal study of 4,285 US adolescents found that "31.3% had increasing addictive use trajectories for social media."[65] The National Academy of Sciences's recent survey also finds, "there is a broad range of interactions with social media that may result in different consequences for different people at different developmental stages."[66]

(35) As concerns the magnitude of the effect of social media and teen mental health, though the literature supports a material share of adolescents as experiencing adverse mental health impacts from social media use and exhibiting symptoms of clinical dependency, even if it were true that only a small fraction of adolescents were impacted, that is still a remarkably large number of adolescents who have been harmed.

## IV.C. Social media is not the only factor contributing to the teen mental health crisis, but it is a substantial contributing factor

(36) Defendant experts assert that reaching a causation opinion regarding social media and mental health requires discussing the impact of a host of other factors on adolescent mental health disorders.[67] This is a strawman argument since I did not claim that social media is the sole causal factor of mental health symptoms. Numerous factors contribute to adolescents' mental health symptoms. I conclude that features and functions of social media, as well as the manner in which features and functions alter the impact of social media content, are among these significant contributing factors. Contrary to the Auerbach Report's assessment that "most of this research does not consider known confounders that

---

[64] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 453.

[65] Yunyu Xiao, Yuan Meng, Timothy T. Brown, Katherine M. Keyes, and J. John Mann, "Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths," *JAMA*, vol. 334, no. 3 (2025): 219–228.

[66] Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health*. (The National Academies Press, 2024), 31.

[67] Auerbach Report, ¶ 20 ("Inexplicably, the Plaintiffs' experts do not rigorously consider the causal impact of any other factor—many of which I outline in this report (e.g., decreased access to mental health services, increased stress about gun violence and climate change, and the COVID-19 pandemic […])") and ¶ 92 ("Plaintiffs' experts' presentation of the existing scientific literature also fails to adequately consider other plausible causes of the apparent increase in adolescent mental health disorders at the population level. There are a wide range of social factors that have population-level impacts on mental health. Although I do not believe that any one single factor would be sufficient to explain the totality of American mental health changes in recent decades, Plaintiffs' experts' failure to even consider the range of plausible causes of recent trends significantly undermines their causation opinions."); Dr. Gotlib in his overview of the supposed "shortcomings and inaccuracies in Plaintiffs' expert reports" highlights that "The reports discount or omit almost entirely the extensive body of research and decades of experience in the field that have identified causal factors for depression and anxiety other than social media." (Gotlib Report, ¶ 24). The Berman Report also highlights, "Adolescent suicide is multi-factorial, and historical trends in adolescent suicide in the U.S. show wide variability that is not explained by social media use or by any other single factor." (Berman Report, ¶ 13.A)

---

Rebuttal Trial Report of Mitch Prinstein, PhD

impact outcomes in longitudinal and experimental studies,"[68] I believe that appropriate controls have indeed been considered in a manner highly consistent with most developmental psychopathology research. In my opinion, based on my extensive work in this area, including with stakeholder groups internationally and people affected by these issues, social media use substantially contributes to mental health problems for many teens.

## IV.D. Meta-internal research provides relevant insights into social media use and mental health

(37)    Defendant Expert Reports incorrectly assert that I rely on Meta-internal studies to reach causal conclusions about Meta platform features encouraging problematic social media use, consistent with clinical dependency.[69]

(38)    To be clear, contrary to Defendant experts' assertions, I do not rely on the Meta documents to reach causal conclusions, nor was I asked to review these documents with the level of detail that would be necessary to make such a claim. Consequently, I cannot comment personally on the methods used to conduct these surveys, and I am personally unaware whether any have gone through peer review or otherwise were conducted to a rigorous standard. The presence of these surveys, however, is notable in revealing at least two factors: 1) Meta-internal research highlights issues regarding potential risks to youth development; and 2) Meta-internal research addresses some of the same questions raised within the scientific community, and produced results that corroborate findings from empirically sound, peer-reviewed studies.

(39)    Similarly, internal Meta documents were not used to support my claims regarding "unhealthy relationships based on deception and false self-presentations."[70] Empirical, peer-reviewed findings revealing increased levels of loneliness following social media use and adolescents' exposure to sexual predators are among those used to support my claim that social media is not fostering adaptive

---

[68]    Auerbach Report, ¶ 110.

[69]    Auerbach Report, ¶ 128 ("Plaintiffs' experts also rely on internal company documents produced by Meta in this litigation to support their causation opinions."), *see also* ¶¶ 132, 133 and § IX; Gotlib Report, ¶ 217 ("The internal documents on which Plaintiffs' experts rely are not designed to assess causation and do not do so.") and § VIII; Platt Report, § V and ¶ 16 ("Opinion No. 2: Plaintiffs' experts' reliance on internal company documents to draw causal conclusions is scientifically unsound."); and Shear Report, ¶ 168 ("Plaintiffs allege that these documents support their causation claims") and § VIII ("Meta's internal survey work does not show a causal relationship between use of Meta's platforms and eating disorders.").

[70]    Platt Report, ¶ 135 ("Dr. Prinstein, for example, hypothesizes that various aspects of social media contribute to harmful effects, including what he describes as features that drive users' attention to their 'metrics' (e.g., like counts) rather than connection to one another, which in turn purportedly leads users to apply 'beauty' filters to their photos, which in turn purportedly leads to 'unhealthy relationships based on deception and false self-presentations' (Prinstein Report ¶ 45). I note at the outset that Dr. Prinstein cites no literature or evidence supporting this contention complex, hypothesized causal mechanism. Instead, his support relies on an apparent misunderstanding of these types of internal documents, such as one about then-recent camera-based 'beauty filters' (Prinstein Report ¶ 45 fn. 65 (citing META3047MDL-019-00101105 at -1106-1107)).").

---

Rebuttal Trial Report of Mitch Prinstein, PhD

interpersonal relationships.[71] Findings regarding prospective associations between social media use, including beauty filters, and increases in body dissatisfaction and disordered eating behaviors are among those used to support my claims regarding links with unhealthy weight-related cognitions and behaviors.[72]

---

[71]  *See, e.g.,* James A. Roberts, Phil D. Young, and Meredith E. David, "The Epidemic of Loneliness: A 9-Year Longitudinal Study of the Impact of Passive and Active Social Media Use on Loneliness," *Society for Personality and Social Psychology* (2024): 1–15; Sonia Livingstone and Peter K. Smith, "Annual Research Review: Harms Experienced by Child Users of Online and Mobile Technologies: The Nature, Prevalence, and Management of Sexual and Aggressive Risks in the Digital Age," *Journal of Child Psychology and Psychiatry*, vol. 55, no. 6 (2014): 635–654.

[72]  *See, e.g.,* Bambang Haryo DW and Apol Pribadi Subriadi, "The Impact of Social Media Filters on Body Perception and Psychological Well-Being in Adolescent Girls: Systematic Literature Review," *2024 International Conference on Informatics, Multimedia, Cyber and Information System (ICIMCIS)* (2024): 423–428; Sophia Choukas-Bradley, Savannah R. Roberts, Anne J. Maheux, and Jacqueline Nesi, "The Perfect Storm: A Developmental-Sociocultural Framework for the Role of Social Media in Adolescent Girls' Body Image Concerns and Mental Health," *Clinical Child and Family Psychology Review*, vol. 25 (2022): 681–701.

Rebuttal Trial Report of Mitch Prinstein, PhD

# V. Features and functions within social media platforms (not merely the content itself) significantly contribute to deleterious mental health outcomes for youth

(40)  Defendant experts claim that existing research has focused on the impact of social media content and failed to demonstrate a connection between features of social media platforms and adverse mental health impacts.[73] The Platt Report further observes, "Researchers have noted that mental health effects, if any, are driven by content."[74]

(41)  These criticisms reflect an inaccurate understanding of how platform features and functions shape social media's impact on adolescents. As noted by the National Academy of Sciences, "Social media platforms have features that influence how users communicate, share information, and interact online as well as the information they see."[75] As I also discuss in my opening report,[76] research does not support the Defendant Expert Reports' claim that there is a clear dichotomy between content and features of social media:[77] "Social media do not just deliver content. Most platforms also offer many features and functions that transform the nature of adolescents' social interactions."[78] For example:

---

[73]  Auerbach Report, § VII ("Opinion 4: Extant Research Has Not Demonstrated That Adolescents' Mental Health is Negatively Impacted by Specific Features of Social Media, Independent of Content."); Gotlib, § VI.F and ¶ 22 ("Opinion 3: In virtually all cases, the studies attempt to examine reactions of social media users to third-party content rather than to features of social media. They do not show that a feature in itself has an impact on mental health."); Platt Report, ¶ 49 ("The published research focuses overwhelmingly on investigating potential effects of content that is viewed on social media, as distinct from the non-content features of various social media services.") and ¶ 101 ("Plaintiffs' experts rely almost exclusively on literature that measures the purported mental health effects of content that is viewed, rather than any non-content 'feature' of a social media service. Dr. Prinstein, for instance, discusses purported effects between social media content and 'psychologically disordered behavior' (Prinstein Report ¶ 56 (citing, e.g., Lewis et al., 2011 and Whitlock et al., 2006))."); Honaker Report, ¶ 9 ("studies on sleep and social media have generally not evaluated specific design features of social media, as opposed to the content that is posted on social media platforms."); Shear Report, ¶ 34 ("Opinion 4: Moreover, even for any ostensible association between social media use and any eating disorder symptom, the literature does not demonstrate that this link connects the outcome with the design, or any feature, of social media platforms, as opposed to the content viewed on those platforms. In fact, to the contrary, the literature routinely focuses on the content viewed on social media platforms when discussing potential concerns with adolescent and young adult social media use.").

[74]  Platt Report, ¶ 50.

[75]  Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health*. (The National Academies Press, 2024), 32.

[76]  Prinstein Opening Report, § III.

[77]  For example, Gotlib, ¶ 22 ("For example, Plaintiffs' expert Prinstein writes in Paragraphs 4 and 5 of his report that "social media platforms such as Instagram serve posts to youth that "actively showcase and promote engagement in psychologically disordered behavior, such as sites that discuss eating disordered behaviors" and "promote harmful social comparison processes for youth that are subsequently linked to psychological symptoms." These statements refer to the content of social media platforms, not to their features.").

[78]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 442 ("Social media do not just deliver content, however. Most platforms also offer many features and functions that transform the nature of adolescents' social interactions; these include user profiles and networks, feeds of user-generated

---

Rebuttal Trial Report of Mitch Prinstein, PhD

- ■ "Many social media platforms offer notifications or alerts to reengage users back to their platforms, [… which] can contribute to digital stress among youth."[79] "Push notifications capitalize on youths' sensitivity to distraction. Task-shifting is a higher order cognitive ability not fully developed until early adulthood and may interfere with youths' focus during class time and when they should be doing homework."[80]

- ■ "The presence of notifications and alerts, in combination with quantifiable metrics, including 'likes' and followers, likely contribute to adolescents' habitual or problematic social media use."[81] "Likes and follower counts activate neural regions that trigger repetitive behavior, and thus may exert greater influence on youths' attitudes and behavior than among adults. Youth are especially sensitive to both positive social feedback and rejection from others. Using these metrics to maintain platform engagement capitalizes on youths' vulnerabilities and likely leads to problematic use."[82]

---

content (often algorithmically driven), messaging functions, and quantifiable social metrics (e.g., likes; Bayer et al., 2020; Nesi et al., 2018; Nesi, Dredge, et al., 2023). As compared to social interactions 'in real life', social media makes many social experiences asynchronous (i.e., social media allow for nonconcurrent interactions), permanent (i.e., content may be ephemeral or online in perpetuity), public (i.e., content can be available to wide audiences), quantifiable (i.e., numerical metrics of approval include likes, comments, and friends), visual (i.e., photos and videos are central to the user experience), widely available (i.e., social media can be accessed 24/7), cue absent (i.e., social cues such as nonverbal communication are absent), and algorithmic (i.e., content can be curated by artificial intelligence [AI]; Nesi et al., 2018; Nesi, Dredge, et al., 2023). In addition, social media contains identity (e.g., usernames, anonymity) and cognitive affordances (e.g., accessing 'how to' materials, content creation) that maybe relevant to adolescent development (Moreno & Uhls, 2019). These components of social media have substantially modified the context of adolescents' social experiences in ways that go beyond the effects of earlier technological innovations (e.g., the printing press, the phone, email.").

[79] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 445 ("Many social media platforms offer notifications or alerts to reengage users back to their platforms, often by providing users with information about rewarding social updates (e.g., receipt of likes, new posts from friends). The number of notifications an individual receives in a day may be substantial and can contribute to digital stress among youth. Digital stress has been defined as a multidimensional construct including connection overload (i.e., distress caused by the constant activity of many digital platforms), availability stress (i.e., the obligation of being constantly available to others through electronic means), approval anxiety (i.e., concerns regarding others' reaction to one's own content), fear of missing out (FoMo; distress about being absent or excluded from a social experience), and online vigilance (i.e., compulsive checking of one's phone; Hall, Steele, Christofferson, & Mihailova, 2021; Steele, Hall, & Christofferson, 2020). These experiences are a direct product of social media features.").

[80] "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, p. 2, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf, citing Claudia C von Bastian and Michel D Druey, "Shifting Between Mental Sets: An Individual Differences Approach to Commonalities and Differences of Task Switching Components," *Journal of Experimental Psychology*, vol. 146, no. 9 (2017): 1266–1285.

[81] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 446.

[82] "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, p. 2, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf, citing Lauren E Sherman, Ashley A Payton, Leanna M Hernandez, Patricia M Greenfield, and Mirella Dapretto, "The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media," *Psychological Science*, vol. 27, no. 7 (2016): 1027–1035.

---

Rebuttal Trial Report of Mitch Prinstein, PhD

- "The features and affordances of social media may change how exposure to health risk behavior unfolds. For example, through social media content availability, adolescents can now access health risk content limitlessly, potentially altering perceptions of how frequently peers and others engage in health risk behavior, and quantifiable metrics provide a clear signal of others' approval of health risk behavior."[83]

- "The use of youth data for tailored ad content similarly is influential for youth who are biologically predisposed toward peer influence at this stage and sensitive to personalized content."[84]

- "The Instagram affordances such as photo filters and asynchronicity, for example, tend to encourage the presentation of a carefully curated, public persona (Kanchinadam et al., 2018)."[85]

- "A lack of limits on the time of day when youth can use social media has been cited as the predominant reason why adolescents are getting less than the recommended amount of sleep, with significant implications for brain and mental health."[86]

- "Infinite scroll is particularly risky for youth since their ability to monitor and stop engagement on social media is more limited than among adults. This contributes to youths' difficulty disengaging from social media and may contribute to high rates of youth reporting symptoms of clinical dependency on social media."[87]

---

[83] Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 448. More specifically: "Social media posts depicting substances often do so positively (Rutherford et al., 2022) and gather more likes that nonsubstance use posts (Kurten et al., 2022). Liking alcohol-related posts is associated with young adults' same-day alcohol consumption (Kurten et al., 2022), and adolescents' exposure to peers' alcohol postings on social media is prospectively associated with adolescents' own heavy episodic drinking, with this association mediated by perceived peer approval of drinking (Nesi, Rothenberg, Hussong, & Jackson, 2017)."

[84] "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, p. 2, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf, citing Dustin Albert, Jason Chein, and Laurence Steinberg, "Peer Influences on Adolescent Decision Making," *Current Directions in Psychological Science*, vol. 22, no. 2 (2013): 114–120.

[85] Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health*. (The National Academies Press, 2024), 81.

[86] "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, p. 3, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf, citing Aurore A Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon, Sophie Hulo Vesely, Dagmar M Haller, Swann Pichon, Stephen Perrig, Sophie Schwartz, and Virginie Sterpenich, "Reducing the Use of Screen Electronic Devices in the Evening is Associated With Improved Sleep and Daytime Vigilance in Adolescents," *Sleep*, vol. 42, no. 9 (2019): zsz125; Eva H Telzer, Diane Goldenberg, Andrew J Fuligni, Matthew D Lieberman, and Adriana Gálvan, "Sleep Variability in Adolescence is Associated With Altered Brain Development," *Developmental Cognitive Neuroscience*, vol. 14 (2015): 16–22.

[87] "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, p. 2, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf, citing Olivia E Atherton, Katherine M Lawson, and Richard W Robins, "The Development of Effortful Control from Late Childhood to Young Adulthood," *Journal of*

Rebuttal Trial Report of Mitch Prinstein, PhD

(42)    The recent APA "Health Advisory on Social Media Use in Adolescence" explains: "Adolescents' experiences online are affected by both 1) how they shape their own social media experiences (e.g., they choose whom to like and follow); and 2) both visible and unknown features built into social media platforms."[88] With respect to AI,[89] the APA also recently highlighted that "AI-recommended content has the potential to be especially influential and hard to resist within this age range."[90]

(43)    Given the research demonstrating that features and functions used within social media platforms, including Meta's own platforms, change the impact of content on adolescents' own attitudes, behavior, and neural responses, I believe it is reasonable to conclude that it is the features and functions within Meta's platforms (not merely the content itself) that significantly contribute to deleterious mental health outcomes for youth.

---

*Personality and Social Psychology*, vol. 119, no. 2 (2020): 417–456; Maartje Boer, Gonneke W. J. M. Stevens, Catrin Finkenauer, and Regina J. J. M. van den Eijnden, "The Course of Problematic Social Media Use in Young Adolescents: A Latent Class Growth Analysis," *Child Development*, vol. 93 (2022): e168–e187.

[88]    "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed July 24, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

[89]    Auerbach Report, ¶ 119 ("Dr. Prinstein's report includes a brief discussion of chatbots and youth mental health, but this section of his report draws on philosophical work and news commentary rather than scientific research.").

[90]    "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, p. 2, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf, citing Donghee Shin, "How Do Users Interact With Algorithm Recommender Systems? The Interaction of Users, Algorithms, and Performance," *Computers in Human Behavior*, vol. 109 (2020): 1–10.

---

Rebuttal Trial Report of Mitch Prinstein, PhD

# VI. Conclusions

(44)   In summary, the Defendants' experts' reports misstate my opinions, mischaracterize research, and exclude relevant information. Their reports do not change the opinions expressed in my opening report.

Rebuttal Trial Report of Mitch Prinstein, PhD

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

|  |  |
|---|---|
| Mitch Prinstein, PhD | July 30, 2025 |
|  | Date |

Rebuttal Trial Report of Mitch Prinstein, PhD

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in footnotes or my reliance materials.[91]

## A.1. Expert reports

- Expert Report of Mitch Prinstein, Ph.D., May 16, 2025.

- Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025.

- Expert Rebuttal Report of Dr. Alan L. Berman, July 9, 2025.

- Expert Rebuttal Report of Dr. Ian Gotlib, July 9, 2025.

- Expert Rebuttal Report of Dr. Randy Auerbach, July 9, 2025.

- Expert Rebuttal Report of Dr. Robert Platt, July 9, 2025.

- Expert Rebuttal Report of Matthew J. Shear, MD., July 9, 2025.

## A.2. Books and academic papers

- Anne Bartsch, Roland Mangold, Reinhold Viehoff, and Peter Vorderer, "Emotional Gratifications During Media Use–An Integrative Approach," *Communications*, vol. 31, no. 3 (2006): 261–278.

- Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 440–459.

- Anne M. Chang, Daniel Aeschbach, Jeanne F. Duffy, and Charles A. Czeisler, "Evening Use of Light-Emitting eReaders Negatively Affects Sleep, Circadian Timing, and Next Morning Alertness," *Proceedings of the National Academy of Sciences USA*, vol. 112, no. 4 (2015): 1232–1237.

---

[91] My staff and I were provided access to an electronic database that I understand includes all the discovery materials produced in this matter. My staff conducted searches of this database at my direction. This appendix includes documents that I cited in footnotes throughout the report as well as documents that I considered, but did not cite explicitly.

---

HIGHLY CONFIDENTIAL (COMPETITOR)

Rebuttal Trial Report of Mitch Prinstein, PhD

- Anne-Marie Chang, Daniel Aeschbach, Jeanne F. Duffy, and Charles A. Czeisler, "Evening Use of Light-Emitting eReaders Negatively Affects Sleep, Circadian Timing, and Next-Morning Alertness," *Proceedings of the National Academy of Sciences*, vol. 112, no. 4 (2015): 1232–1237.

- Aurore A Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon, Sophie Hulo Vesely, Dagmar M Haller, Swann Pichon, Stephen Perrig, Sophie Schwartz, and Virginie Sterpenich, "Reducing the Use of Screen Electronic Devices in the Evening is Associated With Improved Sleep and Daytime Vigilance in Adolescents," *Sleep*, vol. 42, no. 9 (2019): zsz125.

- Bambang Haryo DW and Apol Pribadi Subriadi, "The Impact of Social Media Filters on Body Perception and Psychological Well-Being in Adolescent Girls: Systematic Literature Review," *2024 International Conference on Informatics, Multimedia, Cyber and Information System (ICIMCIS)* (2024): 423–428.

- Brienna N. Rutherford, Carmen C. W. Lim, Benjamin Johnson, Brandon Cheng, Jack Chung, Sandy Huang, Tianze Sun, Janni Leung, Daniel Stjepanović, and Gary C. K. Chan, "#TurntTrending: A Systematic Review of Substance Use Portrayals on Social Media Platforms," *Addiction*, vol. 118, no. 2 (2023): 206–217.

- Candice L. Odgers and Michaeline Jensen, "Adolescent Mental Health in the Digital Age: Facts, Fears, and Future Directions," *Journal of Child Psychology and Psychiatry*, vol. 61, no. 3 (2020): 336–348.

- Chia-Chen Yang, Thomas Pham, Jati Ariati, and Christina Smith, "Well-Being Implications of Digital Social Multitasking in Adolescent Friendship: A Latent Profile Analysis," *Cyberpsychology, Behavior, and Social Networking*, vol. 26, no. 10 (2023): 782–788.

- Chiungjung Huang, "A Meta-Analysis of Problematic Social Media Use and Mental Health," *International Journal of Social Psychiatry*, vol. 68, no. 1 (2022): 12–33.

- Christian Cajochen, Sylvia Frey, Doreen Anders, Jakub Späti, Matthias Bues, Achim Pross, Ralph Mager, Anna Wirz-Justice, and Oliver Stefani, "Evening Exposure to a Light-Emitting Diodes (LED)-Backlit Computer Screen Affects Circadian Physiology and Cognitive Performance," *Journal of Applied Physiology* (2011): 1432–1438.

- Christian Montag, Alexander Markowetz, Konrad Blaszkiewicz, Ionut Andone, Bernd Lachmann, Rayna Sariyska, Boris Trendafilov, Mark Eibes, Julia Kolb, Martin Reuter, Bernd Weber, and Sebastian Markett, "Facebook Usage on Smartphones and Gray Matter Volume of the Nucleus Accumbens," *Behavioural Brain Research*, vol. 329 (2017): 221–228.

- Claudia C von Bastian and Michel D Druey, "Shifting Between Mental Sets: An Individual Differences Approach to Commonalities and Differences of Task Switching Components," *Journal of Experimental Psychology*, vol. 146, no. 9 (2017): 1266–1285.

Rebuttal Trial Report of Mitch Prinstein, PhD

- Donghee Shin, "How Do Users Interact With Algorithm Recommender Systems? The Interaction of Users, Algorithms, and Performance," *Computers in Human Behavior*, vol. 109 (2020): 1–10.

- Dustin Albert, Jason Chein, and Laurence Steinberg, "Peer Influences on Adolescent Decision Making," *Current Directions in Psychological Science*, vol. 22, no. 2 (2013): 114–120.

- Eline Frison, Kaveri Subrahmanyam, and Steven Eggermont, "The Short-Term Longitudinal and Reciprocal Relations Between Peer Victimization on Facebook and Adolescents' Well-Being," *Journal of Youth and Adolescence*, vol. 45 (2016): 1755–1771.

- Elizabeth A. Nick, Zelal Kilic, Jacqueline Nesi, Eva H. Telzer, Kristen A. Lindquist, and Mitchell J. Prinstein, "Adolescent Digital Stress: Frequencies, Correlates, and Longitudinal Association with Depressive Symptoms," *Journal of Adolescent Health*, vol. 70, no. 2 (2022): 336–339.

- Eric A. Youngstrom, Eric J. Mash, Mitchell J. Prinstein, and Russell A. Barkley, *Assessment of Disorders in Childhood and Adolescence*, Fifth ed. (Guilford Publications, 2020), 543–569.

- Eva H Telzer, Diane Goldenberg, Andrew J Fuligni, Matthew D Lieberman, and Adriana Gálvan, "Sleep Variability in Adolescence is Associated With Altered Brain Development," *Developmental Cognitive Neuroscience*, vol. 14 (2015): 16–22.

- Fanni Bányai, Ágnes Zsila, Orsolya Király, Aniko Maraz, Zsuzsanna Elekes, Mark D. Griffiths, Cecilie Schou Andreassen, and Zsolt Demetrovics, "Problematic Social Media Use: Results from a Large-Scale Nationally Representative Adolescent Sample," *PLOS ONE*, vol. 12, no. 1 (2017): e0169839.

- Halley M. Pontes, "Investigating the Differential Effects of Social Networking Site Addiction and Internet Gaming Disorder on Psychological Health," *Journal of Behavioral Addictions*, vol. 6, no. 4 (2017): 601–610.

- Ine Beyens, J. Loes Pouwels, Irene I. van Driel, Loes Keijsers, and Patti M. Valkenburg, "The Effect of Social Media on Wellbeing Differs from Adolescent to Adolescent," *Scientific Reports*, vol. 10 (2020): 10763.

- Jacqueline Nesi, Rebecca Dredge, Anne J Maheux, Savannah R. Roberts, Kara Anne Fox, and Sophia Choukas-Bradley, "Peer Experiences via Social Media," *Encyclopedia of Child and Adolescent Health*, ed. Jacqueline Nesi (Amsterdam: Elsevier, 2023): 182–195.

- Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of Adolescent Peer Relations in the Social Media Context: Part 1—A Theoretical Framework and Application to Dyadic Peer Relationships," *Clinical Child & Family Psychology Review*, vol. 21, no. 3 (2018): 267–294.

- Jacqueline Nesi, W. Andrew Rothenberg, Alexandra H. Bettis, Maya Massing-Schaffer, Kara A. Fox, Eva H. Telzer, Kristen A. Lindquist, Mitchell J. Prinstein, "Emotional Responses to Social

Rebuttal Trial Report of Mitch Prinstein, PhD

Media Experiences Among Adolescents: Longitudinal Associations with Depressive Symptoms," *Journal of Clinical Child & Adolescent Psychology*, vol. 51, no. 6 (2022): 907–922.

- Jacqueline Nesi, William A. Rothenberg, Andrea M. Hussong, and Kristina M. Jackson, "Friends' Alcohol-Related Social Networking Site Activity Predicts Escalations in Adolescent Drinking: Mediation by Peer Norms," *Journal of Adolescent Health*, vol. 60, no. 6 (2017): 641–647.

- James A. Roberts, Phil D. Young, and Meredith E. David, "The Epidemic of Loneliness: A 9-Year Longitudinal Study of the Impact of Passive and Active Social Media Use on Loneliness," *Society for Personality and Social Psychology* (2024): 1–15.

- Jeffrey A Hall, Ric G Steele, Jennifer L Christofferson, and Teodora Mihailova, "Development and Initial Evaluation of a Multidimensional Digital Stress Scale," *Psychological Assessment*, vol. 33, no. 3 (2021): 230–242.

- Jessica S. Flannery , Kaitlyn Burnell, Seh-Joo Kwon, Nathan A. Jorgensen, Mitchell J. Prinstein, Kristen A. Lindquist, and Eva H. Telzer, "Developmental Changes in Brain Function Linked with Addiction-Like Social Media Use Two Years Later," *Social Cognitive and Affective Neuroscience*, vol. 19, no. 1 (2024): nsae008.

- Joseph B. Bayer, Penny Triệu, and Nicole B. Ellison, "Social Media Elements, Ecologies, and Effects," *Annual Review of Psychology*, vol. 71 (2020): 471–497.

- Judith Owens, Rolanda Maxim, Melissa McGuinn, Chantelle Nobile, Michael Msall, and Anthony Alario, "Television-Viewing Habits and Sleep Disturbance in School Children," *Pediatrics*, vol. 104, no. 3 (1999): e27–e27.

- Kaitlyn Burnell, Diana J. Meter, Fernanda C. Andrade, Ashley N. Slocum, Madeleine J. George, "The Effects of Social Media Restriction: Meta-Analytic Evidence from Randomized Controlled Trials," *SSM - Mental Health*, vol. 7 (2025): 100459.

- Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein, and Eva H. Telzer, "U.S. Adolescents' Daily Social Media Use and Well-Being: Exploring the Role of Addiction-like Social Media Use*," Journal of Children and Media*, vol. 19, no. 1: 194–212.

- Kara A. Fox, Elizabeth Nick, Jacqueline Nesi, Eva H. Telzer, and Mitchell J. Prinstein, "Why Haven't You Texted Me Back? Adolescents' Digital Entrapment, Friendship Conflict, and Perceived General Health," *Journal of Clinical Child & Adolescent Psychology* (2023): 1–11.

- Lauren E Sherman, Ashley A Payton, Leanna M Hernandez, Patricia M Greenfield, and Mirella Dapretto, "The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media," *Psychological Science*, vol. 27, no. 7 (2016): 1027–1035.

Rebuttal Trial Report of Mitch Prinstein, PhD

- Lauren E. Sherman, Leanna M. Hernandez, Patricia M. Greenfield, and Mirella Dapretto, "What the Brain 'Likes': Neural Correlates of Providing Feedback on Social Media," *Social Cognitive and Affective Neuroscience*, vol. 13, no. 7 (2018): 699–707.

- Lauren Hale, Xian Li, Lauren E. Hartstein, and Monique K. LeBourgeois, "Media Use and Sleep in Teenagers: What Do We Know?" *Current Sleep Medicine Reports*, vol. 5 (2019): 128–134.

- Leena Paakkari, Jorma Tynjälä, Henri Lahti, Kristiina Ojala, and Nelli Lyyra, "Problematic Social Media Use and Health Among Adolescents," *International Journal of Environmental Research and Public Health*, vol. 18, no. 4 (2021): 1885.

- Maartje Boer, Gonneke W. J. M. Stevens, Catrin Finkenauer, and Regina J. J. M. van den Eijnden, "The Course of Problematic Social Media Use in Young Adolescents: A Latent Class Growth Analysis," *Child Development*, vol. 93 (2022): e168–e187.

- Maria Pagano, Veronica Bacaro, and Elisabetta Crocetti, "Using Digital Media or Sleeping … That Is the Question: A Meta-Analysis on Digital Media Use and Unhealthy Sleep in Adolescence," *Computers in Human Behavior*, vol. 146, no. 1 (2023): 107813.

- Maria T. Maza, Kara A. Fox, Seh-Joo Kwon, Jessica E. Flannery, Kristen A. Lindquist, Mitchell J. Prinstein, and Eva H. Telzer, "Association of Habitual Checking Behaviors on Social Media with Longitudinal Functional Brain Development," *JAMA Pediatrics*, vol. 177, no. 2 (2023): 160–167.

- Megan A. Moreno and Yalda T. Uhls, "Applying an Affordances Approach and a Developmental Lens to Approach Adolescent Social Media Use," *Digital Health*, vol. 5 (2019): 1–6.

- Michael Gradisar, Greg Gardner, and Hayley Dohnt, "Recent Worldwide Sleep Patterns and Problems During Adolescence: A Review and Meta-Analysis of Age, Region, and Sleep," *Sleep Medicine*, vol. 12, no. 2 (2011): 110–118.

- Michelle Achterberg, Andrik Becht, Renske van der Cruijsen, Ilse H. van de Groep, Jochem P. Spaans, Eduard Klapwijk, and Eveline A. Crone, "Longitudinal Associations Between Social Media Use, Mental Well-Being and Structural Brain Development Across Adolescence," *Developmental Cognitive Neuroscience*, vol. 54 (2022): 101088.

- Mijke Boer, Regina J.J.M. van den Eijnden, Catrin Finkenauer, Meyran Boniel-Nissim, Claudia Marino, Joanna Inchley, Alina Cosma, Leena Paakkari, Gonneke W J M Stevens, "Cross-National Validation of the Social Media Disorder Scale: Findings from Adolescents from 44 Countries," *Addiction*, vol. 117, no. 3 (2022): 784–795.

- Monique K. LeBourgeois, Lauren Hale, Anne M. Chang, Lameese D. Akacem, Hawley E. Montgomery-Downs, and Orfeu M. Buxton, "Digital Media and Sleep in Childhood and Adolescence," *Pediatrics*, vol. 140, Supplement 2 (2017): S92–S96.

Rebuttal Trial Report of Mitch Prinstein, PhD

- Neralie Cain and Michael Gradisar, "Electronic Media Use and Sleep in School-Aged Children and Adolescents: A Review," *Sleep Medicine*, vol. 11, no. 8 (2010): 735–742.

- Neza Stiglic and Russell M. Viner, "Effects of Screentime on the Health and Well-Being of Children and Adolescents: A Systematic Review of Reviews," *BMJ Open*, vol. 9, no. 1 (2019): e023191.

- Olivia E Atherton, Katherine M Lawson, and Richard W Robins, "The Development of Effortful Control from Late Childhood to Young Adulthood," *Journal of Personality and Social Psychology*, vol. 119, no. 2 (2020): 417–456.

- Patti M. Valkenburg and Jochen Peter, "The Differential Susceptibility to Media Effects Model," *Journal of Communication*, vol. 63 (2013): 221–243.

- Regina J.J.M. van den Eijnden, Jeroen S. Lemmens, and Patti M. Valkenburg, "The Social Media Disorder Scale," *Computers in Human Behavior*, vol. 61 (2016): 478–487.

- Ric G. Steele, Jeffrey A. Hall, and Jennifer L. Christofferson, "Conceptualizing Digital Stress in Adolescents and Young Adults: Toward the Development of an Empirically Based Model," *Clinical Child and Family Psychology Review*, vol. 23, no. 1 (2020): 15–26.

- Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health.* (The National Academies Press, 2024).

- Sara R Jaffee, "Child Maltreatment and Risk for Psychopathology in Childhood and Adulthood," *The Annual Review of Clinical Psychology*, vol. 13 (2017): 252–551.

- Sarah M. Coyne, Adam A. Rogers, Jessica D. Zurcher, Laura Stockdale, and McCall Booth, "Does Time Spent Using Social Media Impact Mental Health? An Eight Year Longitudinal Study," *Computers in Human Behavior*, vol. 104 (2020): 106160.

- Sarah-Jayne Blakemore and Kathryn L. Mills, "Is Adolescence a Sensitive Period for Sociocultural Processing?" *Annual Review of Psychology*, vol. 65 (2014): 187–207.

- Sarah-Jayne Blakemore and Trevor W. Robbins, "Decision-Making in the Adolescent Brain," *Nature Neuroscience*, vol. 15 (2012): 1184–1191.

- Scott E. Caplan, "Theory and Measurement of Generalized Problematic Internet Use: A Two-Step Approach," *Computers in Human Behavior*, vol. 26, no. 5 (2010): 1089–1097.

- Sebastian Kurten, Robyn Vanherle, Kathleen Beullens, Winifred A. Gebhardt, Bas van den Putte, and Hanneke Hendriks, "Like to Drink: Dynamics of Liking Alcohol Posts and Effects on Alcohol Use," *Computers in Human Behavior*, vol. 129 (2022): 107145.

- Shalini Paruthi, Lee J. Brooks, Carolyn D'Ambrosio, Wendy A. Hall, Suresh Kotagal, Robin M. Lloyd, Beth A. Malow, Kiran Maski, Cynthia Nichols, Stuart F. Quan, Carol L. Rosen, Matthew M. Troester, Merrill S. Wise, "Consensus Statement of the American Academy of Sleep

Rebuttal Trial Report of Mitch Prinstein, PhD

Medicine on the Recommended Amount of Sleep for Healthy Children: Methodology and Discussion," *Journal of Clinical Sleep Medicine*, vol. 12, no. 11 (2016): 1549–1561.

■ Silvia Casale and Vanessa Banchi, "Narcissism and Problematic Social Media Use: A Systematic Literature Review," *Addictive Behaviors Reports*, vol. 11 (2020): 100252.

■ Sonia Livingstone and Peter K. Smith, "Annual Research Review: Harms Experienced by Child Users of Online and Mobile Technologies: The Nature, Prevalence, and Management of Sexual and Aggressive Risks in the Digital Age," *Journal of Child Psychology and Psychiatry*, vol. 55, no. 6 (2014): 635–654.

■ Sophia Choukas-Bradley, Savannah R. Roberts, Anne J. Maheux, and Jacqueline Nesi, "The Perfect Storm: A Developmental-Sociocultural Framework for the Role of Social Media in Adolescent Girls' Body Image Concerns and Mental Health," *Clinical Child and Family Psychology Review*, vol. 25 (2022): 681–701.

■ Stephanie Van der Lely, Silvia Frey, Corrado Garbazza, Anna Wirz-Justice, Oskar G. Jenni, Roland Steiner, Stefan Wolf, Christian Cajochen, Vivien Bromundt, and Christina Schmidt, "Blue Blocker Glasses as a Countermeasure for Alerting Effects of Evening Light-Emitting Diode Screen Exposure in Male Teenagers," *Journal of Adolescent Health*, vol. 56, no. 1 (2015): 113–119.

■ Susanne E. Baumgartner, "The Effects of Digital Media and Media Multitasking on Attention Problems and Sleep," *Handbook of Adolescent Digital Media Use and Mental Health*, ed. Jacqueline Nesi, Eva H. Telzer, and Mitchell J. Prinstein (Cambridge, UK: Cambridge University Press, 2022): 317–337.

■ Xuewen Wang and Arlette C. Perry, "Metabolic and Physiologic Responses to Video Game Play in 7-to 10-Year-Old Boys," *Archives of Pediatrics & Adolescent Medicine*, vol. 160, no. 4 (2006): 411-415.

■ Yunyu Xiao, Yuan Meng, Timothy T. Brown, Katherine M. Keyes, and J. John Mann, "Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths," *JAMA*, vol. 334, no. 3 (2025): 219–228.

## A.3. Websites, articles, and press releases

■ "About APA," American Psychological Association, accessed July 28, 2025, https://www.apa.org/about.

■ Adam Mosseri, "Shedding More Light on How Instagram Works," Instagram, June 8, 2021, https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works.

Rebuttal Trial Report of Mitch Prinstein, PhD

- American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2022.

- American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013.

- "Children: Information on Special Protections for Children as Research Subjects," Office for Human Research Protections, March 18, 2016, https://www.hhs.gov/ohrp/regulations-and-policy/guidance/special-protections-for-children/index.html.

- "Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR)," American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm.

- Emily A. Vogels, Risa Gelles-Watnick, and Navid Massarat, "Teens, Social Media and Technology 2022," Pew Research Center, August 10, 2022, https://www.pewresearch.org/internet/2022/08/10/teens-social-media-and-technology-2022/.

- "Facebook to Acquire Instagram," Meta News, April 9, 2012, https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/.

- "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed July 24, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

- "Instagram Launches," Instagram Announcements, October 6, 2010, https://about.instagram.com/blog/announcements/instagram-launches.

- "Making a Case for New Disorders," American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-5-Making-Case-for-New-Disorders.pdf.

- Monica Anderson, Emily A. Vogels, Andrew Perrin, and Lee Rainie, "Connection, Creativity and Drama: Teen Life on Social Media in 2022," Pew Research Center, November 16, 2022, https://www.pewresearch.org/internet/2022/11/16/connection-creativity-and-drama-teen-life-on-social-media-in-2022/.

- Monica Anderson, Michelle Faverio, and Jeffrey Gottfried, "Teens, Social Media and Technology 2023," Pew Research Center, December 11, 2023, https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/.

- "Potential Risks of Content, Features, and Functions: A Closer Look at the Science Behind How Social Media Affects Youth," American Psychological Association, accessed July 28, 2025, https://www.apa.org/topics/social-media-internet/psychological-science-behind-youth-social-media.pdf.

Rebuttal Trial Report of Mitch Prinstein, PhD

- "Social Media Addiction," PubMed Search Results, accessed July 24, 2025, https://pubmed.ncbi.nlm.nih.gov/?term=social+media+addiction.

- "What is Technology Addiction?" American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction

- "Why Is Sleep Important?" National Heart, Lung, and Blood Institute, accessed July 5, 2023, https://www.nhlbi.nih.gov/health/sleep/why-sleep-important.

HIGHLY CONFIDENTIAL (COMPETITOR)