**Exhibit 27**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

HIGHLY CONFIDENTIAL

Page 1

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                FOR THE COUNTY OF LOS ANGELES
3                  SPRING STREET COURTHOUSE
4    _____
                                    |
5    COORDINATION PROCEEDING        | JUDICIAL COUNCIL
     SPECIAL TITLE [RULE 3.400]     | COORDINATION PROCEEDING
6                                   | NO. 5255
     IN RE: SOCIAL MEDIA            |
7    ADOLESCENT ADDICTION           | Lead Case Number For
     (JCCP No. 5255)                | Filing Purposes:
8    _____| 22STCV21355
                                    |
9    THIS DOCUMENT RELATES TO:      | Assigned Coordination
                                    | Hon. Carolyn B. Kuhl
10   Christina Arlington Smith,     | SSC-12
     et al., v. TikTok Inc.,        |
11   et al.,                        |
     Case No. 22STCV21355,          |
12   Los Angeles Superior Court     |
     _____|
13
14              VIDEOTAPED DEPOSITION OF
15                 IAN GOTLIB, Ph.D.
16                HIGHLY CONFIDENTIAL
17               Friday, July 11, 2025
18               PALO ALTO, CALIFORNIA
19
20
21
22
23
     Reported By:
24   KATHLEEN A. MALTBIE, STENOGRAPHIC REPORTER
     California CSR 10068, Nevada CCR 995, Texas CSR
25   12212, RPR-RMR-CRR-CCRR-CLR-CRC-RDR

HIGHLY CONFIDENTIAL

Page 70

1    Q.  Do you see the post-COVID-19 assessment
2  there, the Methods section?
3    A.  Yes, you're right.  I apologize.
4    Q.  So is it correct that this poster did
5  involve administering the social media --
6    A.  Yes.
7    Q.  -- use questionnaire?
8      Is that correct?
9    A.  That's correct.
10   Q.  Okay.  And that's a self-reporting tool,
11  correct?
12   A.  Correct.
13   Q.  Okay.  In your reports, you criticize
14  studies of the relationship between social media and
15  mental health on the basis that they often rely on
16  self-reported symptoms rather than clinical
17  diagnoses, correct?
18   A.  Correct.
19   Q.  Okay.  And you do that in paragraph 86 of
20  your initial report, one place, if you could
21  confirm?
22   A.  Yes, that's correct.
23   Q.  Okay.  Let's look at Tab O, please.  Oh,
24  okay, if you -- you actually already have this one.
25  If you could turn back to Exhibit 14.  If you don't

Page 71

1  find it, let me know.
2    A.  I have it.
3    Q.  Okay.  You're doing better than me in
4  tracking exhibits.
5      Exhibit 14 was a study entitled "Effects
6  of the COVID-19 Pandemic on Mental Health and Brain
7  Maturation in Adolescents:  Implications for
8  Analyzing Longitudinal Data," correct?
9    A.  Correct.
10   Q.  And you're the primary author on this
11  study?
12   A.  On the -- yes, I am.
13   Q.  And this is a study from 2022, correct?
14   A.  '23, I think.  Oh, it says '22 on the
15  bottom.  Okay.
16   Q.  Dates are sometimes confusing on these,
17  because they are published or online at a different
18  time than they say.
19   A.  Right.
20   Q.  Okay.  This study sought to assess if the
21  pandemic adversely affected adolescents' mental
22  health and neurodevelopment, correct?
23   A.  Correct.
24   Q.  And you note here that the participants in
25  this study were 163 adolescents living in the

Page 72

1  San Francisco Bay Area who were participating in a
2  larger longitudinal study assessing the effects of
3  early life stress on psychobiology across puberty;
4  is that correct?
5    A.  Correct.
6    Q.  And that's that longitudinal cohort from
7  the NIH grant we discussed earlier, correct?
8    A.  Correct.
9    Q.  Thanks.  And thank you for the reminder.
10     Do you consider that a large sample size?
11   A.  We did when we started.  Not so much now.
12   Q.  Okay.  Under the Methods and Materials
13  section of the study, which starts at the bottom of
14  the first page, and then continues, you write (as
15  read):
16        Participants self-reported
17      their depressive symptoms using the
18      ten-item version of the Children's
19      Depression Inventory.
20      Is that correct?
21   A.  Correct.
22   Q.  Okay.  And you continue (as read):
23        This widely used reliable
24      measure has been shown to have
25      convergent validity with clinician

Page 73

1      ratings of depression symptoms and
2      diagnosis.
3      Is that correct?
4    A.  Correct.
5    Q.  Does that mean that the Children's
6  Depression Inventory is a self-report tool that has
7  been shown to have a strong relationship to clinical
8  diagnoses of depression?
9    A.  Yes.
10   Q.  Okay.  And you also then use the Social
11  Anxiety and Physical Symptoms subscales of the
12  Multidimensional Anxiety Scale for Children to
13  assess anxiety symptoms, correct?
14   A.  Yes.
15   Q.  That's also a self-reporting tool?
16   A.  It is.  Both of those measures, the
17  Children's Depression Inventory and the MASC, are
18  measures of symptoms of depression and anxiety,
19  respectively.
20     But they are not diagnostic tools.
21   Q.  Right.
22     And then you note that you also assessed
23  internalizing and externalizing symptoms using the
24  validated subscales of the Youth Self-Report version
25  of the Child Behaver Checklist, correct?

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL

Page 74

1   A.   Correct.
2   Q.   And that's another self-report tool?
3   A.   That's correct.
4   Q.   Okay.
5   A.   It's -- those are self-report measures of
6 internalizing problems, like depressive symptoms,
7 and externalizing problems, like conduct disorders
8 and acting out.
9   Q.   Thanks.  That was going to be my next
10 question.
11      So, in other words, for this study, you
12 relied on adolescents self-reporting to assess
13 depression and anxiety symptoms, correct?
14   A.   Symptoms, correct.
15   Q.   Okay.  If you turn to page 916 of this
16 report.  It's the Discussion section.
17   A.   Mm-hmm.
18   Q.   There, you conclude, quote (as read):
19       The pandemic appears to have
20       altered adolescent mental health
21       and neurodevelopment, at least in
22       the short-term.
23       Is that correct?
24   A.   Yes, adversely affected the mental health
25 of young people.

Page 75

1   Q.   And that is the conclusion you drew based
2 on the analysis of the self-reporting tools that you
3 used in this study, correct?
4   A.   Correct.
5   Q.   Okay.
6       MR. GOOLD:  When you're done with this, it
7 would be about time for a break.
8       MS. HAZAM:  Absolutely.  Let me just
9 check.  I have one more study.  Is that an okay
10 time?  Similar.
11       MR. GOOLD:  Okay.
12       MS. HAZAM:  Okay.
13       MR. GOOLD:  If that's okay with the
14 witness.
15       MS. HAZAM:  And -- if it's okay with you.
16       THE WITNESS:  It's fine.
17 BY MS. HAZAM:
18   Q.   And this is another one you already have,
19 which is Exhibit 13.
20   A.   Okay.
21   Q.   This is the one that is entitled "Early
22 Life Stress Predicts Depressive Symptoms in
23 Adolescents During the COVID-19 Pandemic:  The
24 Mediating Role of Perceived Stress."
25       You're the leading author on this article,

Page 76

1 correct?
2   A.   Correct.
3   Q.   And this article is a 2021 article?
4   A.   Correct.
5   Q.   This is a longitudinal study, correct?
6   A.   Yes.  It's the same longitudinal study.
7   Q.   And this study focused on the --
8 evaluating the relationship between early life
9 stress and later onset of depression, correct?
10   A.   I'm sorry, I just want to check to see --
11   Q.   Of course.
12   A.   -- if it's "onset" of depression.
13   Q.   Go ahead.
14   A.   So I don't -- I don't think, looking at
15 this right now, that it's predicting onset.  I think
16 it's predicting levels of depression.
17   Q.   Okay.
18   A.   Depressive symptoms.
19   Q.   The final clause of the background
20 statement --
21   A.   Yes.
22   Q.   -- on the first page says (as read):
23       -- placing them at higher risk
24       for developing symptoms of
25       depression.

Page 77

1       That would be onset?
2   A.   We typically think of onset of a disorder,
3 and this wasn't measuring disorders, but we can
4 think of the development of symptoms.
5   Q.   Okay.  And this study used the Traumatic
6 Events Screening Inventory for Children, correct?
7   A.   Correct.
8   Q.   That's another self-reporting tool,
9 correct?
10   A.   Well, it's not.  It's an interview.
11   Q.   It's an interview.  I see.
12       And were the interviews conducted by
13 psychologists?
14   A.   They were conducted by trained graduate
15 students, postdoctoral fellows trained to do those
16 interviews.
17   Q.   Mm-hmm.  Let's see.
18       You also used in this study the Center for
19 Epidemiology Studies' Depression for Children scale,
20 correct?
21   A.   Correct.
22   Q.   And was that a self-report tool?
23   A.   It was.
24   Q.   And you referred to it as a well-validated
25 measure of depressive symptoms for older children

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL

Page 174

1 spend five hours a day on social media?
2    A.  As a person, I think that's a lot, but as
3 a scientist, I haven't seen those data.
4    Q.  What about eight hours per day?
5    A.  Same answer.
6    Q.  15 hours per day?
7    A.  Same answer.
8    Q.  20 hours a day?
9    A.  Let me think.  Same answer.
10    Q.  Okay.  Do you know if the defendants in
11 this case allow children under 13 on their
12 platforms?
13    A.  I don't know for sure.  My understanding
14 is that they don't collect data, privacy data, from
15 anyone under 13.  I'm not sure about allowing people
16 under 13 on their platforms.
17    Q.  How do they know when someone is under 13,
18 do you know?
19    A.  I don't know.  I don't know.
20    Q.  Okay.  Do you know if there are default
21 time limits on how long minors can spend on
22 defendants' platforms?
23    A.  I don't know that.
24    Q.  Do you know if there are limits in how
25 many notifications teens on social media can get per

Page 175

1 day on platforms?
2    A.  I don't.
3    Q.  Do you know how many notifications, on
4 average, teens do get per day on social media?
5    A.  I don't know that.
6    Q.  Do you have any sense of whether it's
7 closer to, say, a dozen or hundreds?
8    A.  Hundreds.  I don't know.
9    Q.  Okay.  Do you know if there are default
10 limits on the time of day that teens can get
11 notifications on social media?
12    A.  I don't know if there are.
13    Q.  And do you know the approximate portion of
14 those that they get during the school day and at
15 night?
16    A.  I don't know that.
17    Q.  So you don't know if it's closer to, say,
18 3 percent or 30?
19    A.  No, I'm sorry, I don't.
20    Q.  Okay.  Do you know what an Instagram Story
21 is?
22    A.  My understanding is that it's a video
23 instead of a picture.
24    Q.  Okay.  Do you know, when someone posts an
25 Instagram Story, how long it stays visible?

Page 176

1    A.  Oh, no.
2    Q.  Okay.  Do you know what the difference is
3 between an Instagram Reel and an Instagram Story?
4    A.  No.
5    Q.  Do you know how Instagram's algorithm
6 works?
7    A.  No.
8    Q.  So do you know if it only delivers you
9 things that you search for?
10    A.  I don't know that.
11    Q.  Do you know if the algorithm relies on
12 content in determining what you see?
13    A.  I don't know how it works.
14    Q.  Okay.  Do you know the difference between
15 Facebook's News Feed and Timeline?
16    A.  No, I'm sorry, I don't.
17    Q.  When someone opens TikTok, do you know the
18 first page they see by default?
19    A.  No.
20    Q.  Do you know what a stitch is on TikTok?
21    A.  No.
22    Q.  What is a Snap Streak?
23    A.  I have no idea.
24    Q.  Do you know what the fire emoji on
25 Snapchat indicates?

Page 177

1    A.  I don't, other than someone saying
2 something is hot, is my guess.
3    Q.  Okay.  I'd like to show a video, which you
4 will see when it's played in front of you, or there,
5 whatever you prefer, on the screen.
6    A.  Okay.
7       (Whereupon, Deposition Exhibit 34 was
8       marked for identification.)
9    MS. HAZAM:  Do you have the one that we
10 gave you just a little while ago?
11       Okay.  So this is essentially Exhibit 34.
12 I can't hand it to you because it's a video, but
13 it's Exhibit 34.
14    MR. GOOLD:  How is this going to work,
15 logistically?
16    MS. HAZAM:  If you can watch it there, he
17 can watch it there.
18    MR. GOOLD:  It doesn't come on here?
19    MS. HAZAM:  Is that your realtime?
20    MR. GOOLD:  The realtime.
21    MS. HAZAM:  You can see it here or there,
22 or any of these places.  If you need to move, let me
23 know.  Or you can stand.  Whatever you want.
24    MR. GOOLD:  Thank you.
25    MS. HAZAM:  Okay.

45 (Pages 174 - 177)

HIGHLY CONFIDENTIAL

Page 178

1        (Video played.)
2  BY MS. HAZAM:
3    Q.  Dr. Gotlib, the video that we just played
4  is Exhibit 34.  That's you in that video, correct?
5    A.  I think so.
6    Q.  Are you certain?
7    A.  Yeah, I am -- yes, now I'm certain.
8    Q.  Are you familiar with the Precision Health
9  and Integrated Diagnostic Center at Stanford?
10   A.  Yes.
11   Q.  Does it go by P-HIND or PHIND?
12   A.  PHIND.
13   Q.  PHIND.  Okay.
14        And are you familiar with PHIND's Gambhir
15  symposium?
16   A.  Yes.  Gambhir.
17   Q.  Gambhir.  Thank you.
18        And that was you presenting at the Gambhir
19  symposium, correct?
20   A.  Correct.
21   Q.  That was in June 2023.  Does that sound
22  right?
23   A.  I'll take your word for that.
24   Q.  Okay.  And in that presentation, you
25  stated that social media exacerbated what we've

Page 179

1  already seen as increasing levels of depression and
2  distress, correct?
3    A.  That's what I said, yes.
4    Q.  Okay.
5        MS. HAZAM:  That may be all I have.  If we
6  go off the record, I'll check and be able to come
7  back and tell you, and we'll go from there.  Okay.
8        THE VIDEOGRAPHER:  Stand by.
9        The time is 1:38 p.m., and we're going off
10  the record.
11        (Whereupon, a recess was taken from
12        1:38 p.m. to 2:07 p.m.)
13        THE VIDEOGRAPHER:  The time is 2:08 p.m.,
14  and we are back on the record.
15        EXAMINATION BY MR. GOOLD
16  BY MR. GOOLD:
17   Q.  I have a few questions for you, Doctor.
18   A.  Okay.
19   Q.  Just before the break and the changeover,
20  you were shown a snippet from a video, were you not?
21   A.  I was.
22   Q.  How long ago, to the best of your
23  recollection, was that video taken?
24   A.  I was informed it was two years ago.
25   Q.  Okay.  At that time, had you studied the

Page 180

1  literature concerning causality and social media and
2  depression or anxiety or other mental disorders?
3    A.  No, I had not examined that literature.
4    Q.  Okay.  And in that snippet we were shown,
5  you referred to bullying, did you not?
6    A.  I did.
7    Q.  Why would you have referred to bullying?
8    A.  That was a large part of my knowledge of
9  social media at the time.  In that video, I was
10  trying to get the point across that we've known
11  about this increase in depression for decades.  And
12  there were reports in the media at the time that I
13  was giving this talk, and answering that question
14  from the audience, about cyberbullying and its
15  effects on children.  And so that's what I was
16  trying to describe.
17   Q.  When you refer to cyberbullying, is that
18  content that comes from third parties that's posted
19  on social media?
20        MS. HAZAM:  Objection.
21        THE WITNESS:  To my understanding, that's
22  correct.
23  BY MR. GOOLD:
24   Q.  Okay.  Now, you referred to, in that video
25  we saw, and various points during the deposition

Page 181

1  today, trends in prevalence of depression.
2        Do you recall that just generally?
3    A.  Yes, I do.
4    Q.  And you were shown a number of studies by
5  counsel for plaintiffs relating to that subject,
6  right?
7    A.  Right.
8    Q.  Were you shown all the studies you have
9  cited in your report on this subject?
10   A.  No, I was not.
11   Q.  Can you point us to studies you consider
12  important in relation to the prevalence of
13  depression?
14        Before that, let me ask you this:  When
15  did increases in prevalence of depression in
16  adolescents begin in the United States?
17        MS. HAZAM:  Objection.  Vague.
18        THE WITNESS:  That's -- it's a hard
19  question, but, for example, Jean Twenge analyzed
20  data showing that, from 1930, rates of depressive
21  symptoms have been increasing in adolescents, young
22  college students.
23        And there are data from Klerman and
24  Weissman, from 1986 to 1989, showing very strong
25  cohort effects; that is, every generation has higher

46 (Pages 178 - 181)