**Exhibit 33**

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO EXCLUDE GENERAL CAUSATION
TESTIMONY OF PLAINTIFFS' EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



FOR RELEASE DECEMBER 11, 2023

# Teens, Social Media and Technology 2023

*YouTube, TikTok, Snapchat and Instagram remain the most widely used online platforms among U.S. teens*

**BY** *Monica Anderson, Michelle Faverio and Jeffrey Gottfried*

**FOR MEDIA OR OTHER INQUIRIES:**

**Monica Anderson,** Director, Internet and Technology
**Jeffrey Gottfried,** Associate Director
**Haley Nolan,** Communications Manager
202.419.4372

www.pewresearch.org

**RECOMMENDED CITATION**
Pew Research Center, December 2023, "Teens, Social Media and Technology 2023"

# How we did this

Pew Research Center conducted this study to better understand teens' use of digital devices, social media and other online platforms.

The Center conducted an online survey of 1,453 U.S. teens from Sept. 26 to Oct. 23, 2023, through Ipsos. Ipsos recruited the teens via their parents, who were part of its KnowledgePanel. The KnowledgePanel is a probability-based web panel recruited primarily through national, random sampling of residential addresses. The survey was weighted to be representative of U.S. teens ages 13 to 17 who live with their parents by age, gender, race and ethnicity, household income, and other categories.

This research was reviewed and approved by an external institutional review board (IRB), Advarra, an independent committee of experts specializing in helping to protect the rights of research participants.

Here are the questions used for this analysis, along with responses, and its methodology.

**A note on terminology**

Our September-October 2023 survey asked about "Twitter (recently renamed to 'X')." The terms **Twitter** and **X** are both used in this report to refer to the same platform.

**2**
PEW RESEARCH CENTER

# Teens, Social Media and Technology 2023

*YouTube, TikTok, Snapchat and Instagram remain the most widely used online platforms among U.S. teens*

Despite negative headlines and growing concerns about social media's impact on youth, teens continue to use these platforms at high rates – with some describing their social media use as "almost constant," according to a new Pew Research Center survey of U.S. teens.

The survey – conducted Sept. 26-Oct. 23, 2023, among 1,453 13- to 17-year-olds – covered social media, internet use and device ownership among teens.

Here's a look at the key findings related to online platforms:

**YouTube continues to dominate.** Roughly nine-in-ten teens say they use YouTube, making it the most widely used platform measured in our survey.



**YouTube continues to be top platform among teens, followed by TikTok, Snapchat and Instagram**

*% of U.S. teens ages 13 to 17 who say they ever use the following apps or sites*



Note: Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

PEW RESEARCH CENTER

**TikTok, Snapchat and Instagram remain popular among teens:** Majorities of teens ages 13 to 17 say they use TikTok (63%), Snapchat (60%) and Instagram (59%). For older teens ages 15 to 17, these shares are about seven-in-ten.

**Teens are less likely to be using Facebook and Twitter (recently renamed X) than they were a decade ago:** Facebook once dominated the social media landscape among America's youth, but the share of teens who use the site has dropped from 71% in 2014-2015 to 33% today. Twitter, which was renamed X in July 2023, has also seen its teen user base shrink during the past decade – albeit at a less steep decline than Facebook.

**Teens' site and app usage has changed little in the past year.** The share of teens using these platforms has remained relatively stable since spring 2022, when the Center last surveyed on these topics. For example, the percentage of teens who use TikTok is statistically unchanged since last year.

And for the first time, we asked teens about using BeReal: 13% report using this app.

## How often do teens visit online platforms?

In addition to asking teens about the types of platforms they use, we also asked them how often they use five specific platforms: YouTube, TikTok, Snapchat, Instagram and Facebook.

**Nearly 1 in 5 teens say they're on YouTube, TikTok 'almost constantly'**

*% of U.S. teens ages 13 to 17 who say they …*



Note: Those who did not give an answer or gave other responses are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

YouTube, the most widely used platform measured in the survey, is also frequently visited by its users. About seven-in-ten teens say they visit the video-sharing platform daily, including 16% who report being on the site almost constantly.

4
PEW RESEARCH CENTER

At the same time, 58% of teens are daily users of TikTok. This includes 17% who describe their TikTok use as almost constant.

About half of teens use Snapchat and Instagram daily. A somewhat larger share reports using Snapchat almost constantly compared with Instagram (14% vs. 8%).

Far fewer teens say they use Facebook on a daily basis (19%), with only 3% saying they are on the site almost constantly.



**A majority of teens visit YouTube, TikTok daily**
*% of U.S. teens ages 13 to 17 who say they visit or use the following apps or sites ...*

| | Almost constantly | Several times a day | About once a day | NET Daily |
|---|---|---|---|---|
| YouTube | 16 | 38 | 17 | 71 |
| TikTok | 17 | 32 | 9 | 58 |
| Snapchat | 14 | 29 | 8 | 51 |
| Instagram | 8 | 27 | 12 | 47 |
| Facebook | 3 | 8 | 8 | 19 |

Note: Those who did not give an answer or gave other responses are not shown.
Source: Survey conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

Taken together, a third of teens use at least one of these five sites almost constantly – which is similar to what we found last year.

**By gender**

Teen girls are more likely than boys to say they almost constantly use TikTok (22% vs. 12%) and Snapchat (17% vs. 12%).

But there are little to no differences in the shares of boys and girls who report almost constantly using YouTube, Instagram and Facebook.

### Teen girls far more likely than boys to say they use TikTok almost constantly

*% of U.S. teens ages 13 to 17 who say they visit or use the following apps or sites **almost constantly***



Note: Those who did not give an answer or gave other responses are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

## By race and ethnicity

We also see differences by race and ethnicity in how much time teens report spending on these platforms.

Larger shares of Black and Hispanic teens report being on YouTube, Instagram and TikTok almost constantly, compared with a smaller share of White teens who say the same.[1]

Hispanic teens stand out in TikTok and Snapchat use. For instance, 32% of Hispanic teens say they are on TikTok almost constantly, compared with 20% of Black teens and 10% of White teens.



**About 1 in 3 Hispanic teens say they're almost constantly on TikTok**

*% of U.S. teens ages 13 to 17 who say they visit or use the following apps or sites **almost constantly***

TikTok
- U.S. teens: 17
- White: 10
- Black: 20
- Hispanic: 32

YouTube
- U.S. teens: 16
- White: 9
- Black: 23
- Hispanic: 27

Snapchat
- U.S. teens: 14
- White: 12
- Black: 12
- Hispanic: 20

Instagram
- U.S. teens: 8
- White: 3
- Black: 15
- Hispanic: 16

Facebook
- U.S. teens: 3
- White: 2
- Black: 4
- Hispanic: 5

Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer or gave other responses are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

---

[1] There were not enough Asian teens in the sample to be broken out into a separate analysis. As always, their responses are incorporated into the general population figures throughout the report.

# How use of online platforms differs across demographic groups

While some sites are commonly used among all teens, there are some differences by gender, race and ethnicity, age, and household income.

### Teen girls more likely than boys to use several sites, including Instagram, Snapchat

*% of U.S. teens ages 13 to 17 who say they ever use the following apps or sites*



| | YouTube | TikTok | Snapchat | Instagram | Facebook | WhatsApp | Twitter (X) | Reddit | BeReal |
|---|---|---|---|---|---|---|---|---|---|
| U.S. teens | 93 | 63 | 60 | 59 | 33 | 21 | 20 | 14 | 13 |
| Boys | 96 | 59 | 56 | 53 | 29 | 21 | 21 | 18 | 8 |
| Girls | 91 | 68 | 65 | 66 | 36 | 21 | 19 | 10 | 19 |
| White | 92 | 57 | 62 | 56 | 34 | 14 | 18 | 13 | 16 |
| Black | 94 | 80 | 66 | 69 | 37 | 20 | 28 | 16 | 10 |
| Hispanic | 96 | 70 | 59 | 62 | 31 | 28 | 19 | 13 | 7 |
| Ages 13-14 | 94 | 58 | 49 | 45 | 24 | 20 | 12 | 10 | 13 |
| 15-17 | 92 | 67 | 67 | 68 | 38 | 21 | 25 | 16 | 13 |
| Urban | 91 | 67 | 59 | 65 | 35 | 28 | 21 | 14 | 7 |
| Suburban | 94 | 62 | 58 | 58 | 28 | 22 | 22 | 16 | 15 |
| Rural | 94 | 62 | 64 | 55 | 40 | 12 | 16 | 10 | 14 |
| *Household income* | | | | | | | | | |
| <$30,000 | 93 | 71 | 65 | 60 | 45 | 20 | 19 | 14 | 7 |
| $30K-$74,999 | 93 | 66 | 58 | 59 | 41 | 25 | 22 | 14 | 9 |
| $75,000+ | 93 | 61 | 60 | 59 | 27 | 19 | 19 | 14 | 16 |

Note: Not all numerical differences between groups shown are statistically significant. White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

## By gender

Teen girls are more likely than teen boys to say they use Instagram (66% vs. 53%). BeReal, TikTok, Snapchat and Facebook also are more commonly used by teen girls.

On the other hand, teen boys are more likely than teen girls to use Discord (34% vs. 22%) and Twitch (22% vs. 11%). Similarly, a larger share of boys than girls use Reddit and YouTube.

**By race and ethnicity**

Eight-in-ten Black teens report using TikTok, compared with 70% of Hispanic teens and 57% of White teens. Racial and ethnic gaps are also present in use of Twitter: Black teens are more likely than Hispanic or White teens to be Twitter users.

When it comes to WhatsApp, Hispanic teens are more likely than Black or White teens to say they use the messaging platform.

BeReal is the only platform asked about that White teens are more likely to use than Black or Hispanic teens.

**By age**

Older teens are more likely than younger teens to use many of the platforms asked about, including Instagram, Snapchat, Facebook, Twitter, TikTok and Reddit. For example, while 68% of teens ages 15 to 17 say they use Instagram, this share drops to 45% among teens ages 13 and 14.

**By household income**

While fewer teens overall are using Facebook, our surveys consistently show that usage remains higher among teens in lower-income households. For example, 45% of teens in households earning less than $30,000 a year say they use Facebook, compared with 27% of those whose annual household income is $75,000 or more.

Income gaps are also present in TikTok use: Larger shares of teens in lower-income households are users compared with those in the highest-income households (71% vs. 61%).

In comparison, BeReal is more commonly used among teens in households earning $75,000 or more a year. Some 16% of teens in this category say they use this app, compared with about one-in-ten whose annual household income falls below $75,000.

## How much time are teens spending online?

In addition to asking teens about their social media use, we also examined the amount of time they report spending online.

Nearly half of teens say they use the internet "almost constantly." This is on par with what we found last year, but roughly double the 24% who said this in the 2014-2015 survey.

Overall, more than nine-in-ten say they use the internet at least daily.

**The share of teens who say they are online 'almost constantly' has roughly doubled since 2014-2015**

*% of U.S. teens ages 13 to 17 who say they use the internet …*



Note: Figures may not add up to NET values due to rounding. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

## By race and ethnicity

As was true in previous Center surveys, the amount of time teens report spending online varies by race and ethnicity.

While 55% of Hispanic and 54% of Black teens report being on the internet almost constantly, the share drops to 38% among White teens.

## By age

Older teens ages 15 to 17 are somewhat more likely than younger teens to be near-constant internet users (50% vs. 40%).



**Black, Hispanic teens more likely than White teens to say they are online almost constantly**

*% of U.S. teens ages 13 to 17 who say they use the internet almost constantly*

| | |
|---|---|
| U.S. teens | 46 |
| White | 38 |
| Black | 54 |
| Hispanic | 55 |
| Ages 13-14 | 40 |
| 15-17 | 50 |

Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer or gave other responses are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023. "Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

# Device usage: Smartphones, computers, gaming consoles and tablets

Today's teens have several ways to go online, connect with others and find information.

Our survey finds that most teens have or have access to a smartphone (95%), a desktop or laptop computer (90%), or a gaming console (83%). A smaller share – though still a 65% majority – say the same for tablets.

## By household income

Smartphone ownership is nearly universal among teens of different genders, ages, races and ethnicities, and economic backgrounds. But having access to a home computer remains less common for those in lower-income households.

**Nearly all teens in the U.S. have access to a smartphone**

*% of U.S. teens ages 13 to 17 who say they have access to the following devices at home*



| | |
|---|---|
| Smartphone | 95 |
| Desktop/Laptop computer | 90 |
| Gaming console | 83 |
| Tablet computer | 65 |

Note: Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

Roughly seven-in-ten teens living in households earning less than $30,000 a year (72%) say they have access to a home computer. That share rises among those whose annual household income is $30,000 to $74,999 (87%) or $75,000 and above (94%).

Tablet ownership is also less common among teens in lower-income households: 57% say they have access to a tablet at home, compared with 67% of those living in the highest-income households.

## By gender

Most teen boys and girls report having access to a game console at home, but more boys say this than girls (91% vs. 75%).

# Acknowledgments

This report is a collaborative effort based on the input and analysis of the following individuals. Find related reports online at pewresearch.org/internet.

**Primary researchers**

Monica Anderson, *Director, Internet and Technology Research*
Michelle Faverio, *Research Analyst*
Jeffrey Gottfried, *Associate Director, Research*

**Research team**

Emily A. Vogels, *Research Associate*
Colleen McClain, *Research Associate*
Risa Gelles-Watnick, *Research Analyst*
Olivia Sidoti, *Research Assistant*
Lee Rainie, *Former Director, Internet and Technology Research*
Eugenie Park, *Former Research Intern*

**Editorial and graphic design**

Kaitlyn Radde, *Associate Information Graphics Designer*
Anna Jackson, *Editorial Assistant*

**Communications and web publishing**

Haley Nolan, *Communications Manager*
Sara Atske, *Digital Producer*

In addition, the project benefited greatly from the guidance of Pew Research Center's methodology team: Courtney Kennedy, Ashley Amaya, Andrew Mercer, Dorene Asare-Marfo, Anna Brown, Arnold Lau and Dana Popky. This project also benefited from feedback by the following Pew Research Center staff: Drew DeSilver, Juliana Horowitz, Besheer Mohamed and John Wade. The Center gained invaluable advice in developing the questionnaire from Craig A. Anderson, Distinguished Professor of Psychology at Iowa State University; Bader Chaarani, Assistant Professor of Psychiatry at University of Vermont; and Dmitri Williams, Professor at University of Southern California's Annenberg School for Communication and Journalism.

# Methodology

The analysis in this report is based on a self-administered web survey conducted from Sept. 26 to Oct. 23, 2023, among a sample of 1,453 dyads, with each dyad (or pair) comprised of one U.S. teen ages 13 to 17 and one parent per teen. The margin of sampling error for the full sample of 1,453 teens is plus or minus 3.2 percentage points. The survey was conducted by Ipsos Public Affairs in English and Spanish using KnowledgePanel, its nationally representative online research panel.

The research plan for this project was submitted to an external institutional review board (IRB), Advarra, which is an independent committee of experts that specializes in helping to protect the rights of research participants. The IRB thoroughly vetted this research before data collection began. Due to the risks associated with surveying minors, this research underwent a full board review and received approval (Approval ID Pro00073203).

KnowledgePanel members are recruited through probability sampling methods and include both those with internet access and those who did not have internet access at the time of their recruitment. KnowledgePanel provides internet access for those who do not have it and, if needed, a device to access the internet when they join the panel. KnowledgePanel's recruitment process was originally based exclusively on a national random-digit-dialing (RDD) sampling methodology. In 2009, Ipsos migrated to an address-based sampling (ABS) recruitment methodology via the U.S. Postal Service's Delivery Sequence File (DSF). The Delivery Sequence File has been estimated to cover as much as 98% of the population, although some studies suggest that the coverage could be in the low 90% range.[2]

Panelists were eligible for participation in this survey if they indicated on an earlier profile survey that they were the parent of a teen ages 13 to 17. A random sample of 3,981 eligible panel members were invited to participate in the study. Responding parents were screened and considered qualified for the study if they reconfirmed that they were the parent of at least one child ages 13 to 17 and granted permission for their teen who was chosen to participate in the study. In households with more than one eligible teen, parents were asked to think about one randomly selected teen and that teen was instructed to complete the teen portion of the survey. A survey was considered complete if both the parent and selected teen completed their portions of the questionnaire, or if the parent did not qualify during the initial screening.

Of the sampled panelists, 1,763 (excluding break-offs) responded to the invitation and 1,453 qualified, completed the parent portion of the survey, and had their selected teen complete the teen portion of the survey, yielding a final stage completion rate of 44% and a qualification rate of 82%. The cumulative response rate accounting for nonresponse to the recruitment surveys and

---

[2] AAPOR Task force on Address-based Sampling. 2016. "AAPOR Report: Address-based Sampling."

attrition is 2.2%. The break-off rate among those who logged on to the survey (regardless of whether they completed any items or qualified for the study) is 26.9%.

Upon completion, qualified respondents received a cash-equivalent incentive worth $10 for completing the survey. To encourage response from non-Hispanic Black panelists, the incentive was increased from $10 to $20 on Oct. 5, 2023. The incentive was increased again on Oct. 10, 2023, from $20 to $40; then to $50 on Oct. 17, 2023; and to $75 on Oct. 20, 2023. Reminders and notifications of the change in incentive were sent for each increase.

All panelists received email invitations and any non-responders received reminders, shown in the table. The field period was closed on Oct. 23, 2023.

### Invitation and reminder dates

| | |
|---|---|
| Invitation | Sept. 26, 2023 |
| First reminder | Sept. 28, 2023 |
| Second reminder | Oct. 2, 2023 |

### Weighting

The analysis in this report was performed using separate weights for parents and teens. The parent weight was created in a multistep process that begins with a base design weight for the parent, which is computed to reflect their probability of selection for recruitment into the KnowledgePanel. These selection probabilities were then adjusted to account for the probability of selection for this survey which included oversamples of Black and Hispanic parents. Next, an iterative technique was used to align the parent design weights

### Weighting dimensions

| Variable | Benchmark source |
|---|---|
| Age x Gender | 2023 March Supplement of the |
| Race/Ethnicity | Current Population Survey (CPS) |
| Census Region | |
| Metropolitan Status | |
| Education (parents only) | |
| Household Income | |
| Household Income x Race/Ethnicity | |
| Total Household Size | |
| | |
| Language proficiency | 2021 American Community Survey (ACS) |

Note: Estimates from the ACS are based on noninstitutionalized adults.

**PEW RESEARCH CENTER**

to population benchmarks for parents of teens ages 13 to 17 on the dimensions identified in the accompanying table, to account for any differential nonresponse that may have occurred.

To create the teen weight, an adjustment factor was applied to the final parent weight to reflect the selection of one teen per household. Finally, the teen weights were further raked to match the demographic distribution for teens ages 13 to 17 who live with parents. The teen weights were

adjusted on the same teen dimensions as parent dimensions with the exception of teen education, which was not used in the teen weighting.

Sampling errors and tests of statistical significance take into account the effect of weighting. Interviews were conducted in both English and Spanish.

In addition to sampling error, one should bear in mind that question wording and practical difficulties in conducting surveys can introduce error or bias into the findings of opinion polls.

The following table shows the unweighted sample sizes and the error attributable to sampling that would be expected at the 95% level of confidence for different groups in the survey:

| Group | Unweighted sample size | Plus or minus ... |
|---|---|---|
| Teens (ages 13-17) | 1,453 | 3.2 percentage points |
| Boys | 735 | 4.5 percentage points |
| Girls | 697 | 4.6 percentage points |
| Ages 13 and 14 | 529 | 5.3 percentage points |
| 15 to 17 | 924 | 4.0 percentage points |
| White, non-Hispanic | 634 | 4.5 percentage points |
| Black, non-Hispanic | 218 | 8.3 percentage points |
| Hispanic | 454 | 6.1 percentage points |
| *Household income* | | |
| <$30,000 | 273 | 8.1 percentage points |
| $30K - $74,999 | 409 | 6.3 percentage points |
| $75,000+ | 771 | 4.1 percentage points |

Note: This survey includes oversamples of Black and Hispanic respondents. Unweighted sample sizes do not account for the sample design or weighting and do not describe a group's contribution to weighted estimates. Refer to the Weighting section for details.

Sample sizes and sampling errors for subgroups are available upon request.

**16**

PEW RESEARCH CENTER

## Dispositions and response rates

The tables below display dispositions used in the calculation of completion, qualification and cumulative response rates.[3]

| Dispositions | |
|---|---|
| Total panelists assigned | 3,981 |
| Total study completes (including nonqualified) | 1,763 |
| Number of qualified completes | 1,453 |
| Number of study break-offs | 647 |
| | |
| **Study Completion Rate (COMPR)** | **44.2%** |
| **Study Qualification Rate (QUALR)** | **82%** |
| **Study Break-off Rate (BOR)** | **26.9%** |

| Cumulative response rate calculations | |
|---|---|
| Study-Specific Average Panel Recruitment Rate (RECR) | 8.8% |
| Study-Specific Average Household Profile Rate (PROR) | 57.2% |
| Study-Specific Average Household Retention Rate (RETR) | 35.4% |
| **Cumulative Response Rate** | **2.2%** |

© Pew Research Center, 2023

---

[3] For more information on this method of calculating response rates, refer to Callegaro, Mario, and Charles DiSogra. 2008. "Computing response metrics for online panels." Public Opinion Quarterly.

# Appendix: Teen online platform users by demographics

## U.S. teen YouTube users

*% of U.S. teens ages 13 to 17 who say they ever use **YouTube***



## U.S. teen TikTok users

*% of U.S. teens ages 13 to 17 who say they ever use **TikTok***



Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

**18**

PEW RESEARCH CENTER



## U.S. teen Snapchat users

*% of U.S. teens ages 13 to 17 who say they ever use **Snapchat***

| | |
|---|---|
| U.S. teens | 60 |
| Boys | 56 |
| Girls | 65 |
| White | 62 |
| Black | 66 |
| Hispanic | 59 |
| Ages 13-14 | 49 |
| 15-17 | 67 |
| Urban | 59 |
| Suburban | 58 |
| Rural | 64 |
| *Household income* | |
| <$30,000 | 65 |
| $30K-$74,999 | 58 |
| $75K+ | 60 |

Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**



## U.S. teen Instagram users

*% of U.S. teens ages 13 to 17 who say they ever use **Instagram***

| | |
|---|---|
| U.S. teens | 59 |
| Boys | 53 |
| Girls | 66 |
| White | 56 |
| Black | 69 |
| Hispanic | 62 |
| Ages 13-14 | 45 |
| 15-17 | 68 |
| Urban | 65 |
| Suburban | 58 |
| Rural | 55 |
| *Household income* | |
| <$30,000 | 60 |
| $30K-$74,999 | 59 |
| $75K+ | 59 |

Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

**19**

PEW RESEARCH CENTER

## U.S. teen Facebook users

*% of U.S. teens ages 13 to 17 who say they ever use **Facebook***



Note: White and Black teens include those who report being only one race and are not Hispanic. Hispanic teens are of any race. Those who did not give an answer are not shown.
Source: Survey of U.S. teens conducted Sept. 26-Oct. 23, 2023.
"Teens, Social Media and Technology 2023"

**PEW RESEARCH CENTER**

# Topline questionnaire

**2023 PEW RESEARCH CENTER'S TEENS SURVEY**
**SEPTEMBER 26-OCTOBER 23, 2023**
**TEENS AGES 13-17**
**N=1,453**

**THE QUESTIONS PRESENTED BELOW ARE PART OF A LARGER SURVEY CONDUCTED ON THE IPSOS KNOWLEDGE PANEL. OTHER QUESTIONS ON THIS SURVEY HAVE BEEN RELEASED OR ARE BEING HELD FOR FUTURE RELEASE.**

**NOTE: ALL NUMBERS ARE PERCENTAGES UNLESS OTHERWISE NOTED. THE PERCENTAGES LESS THAN 0.5% ARE REPLACED BY AN ASTERISK (\*). ROWS/COLUMNS MAY NOT TOTAL 100% DUE TO ROUNDING.**

|  | Sample size | Margin of error at 95% confidence level |
|---|---|---|
| U.S. teens ages 13-17 | 1,453 | +/- 3.2 percentage points |

**ASK ALL:**
DEVICE          At home, do you have or have access to…[4] **[RANDOMIZE ITEMS]**

|  |  | Yes, I do | No, I do not | No answer |
|---|---|---|---|---|
| a. | A smartphone | | | |
| | Sep 26-Oct 23, 2023 | 95 | 4 | * |
| | Apr 14-May 4, 2022 | 95 | 4 | * |
| | Sep 25-Oct 9, 2014 & Feb 10-March 16, 2015 | 73 | 27 | * |
| **NO ITEM b** | | | | |
| c. | A desktop or laptop computer | | | |
| | Sep 26-Oct 23, 2023 | 90 | 10 | * |
| | Apr 14-May 4, 2022 | 90 | 10 | * |
| | Sep 25-Oct 9, 2014 & Feb 10-March 16, 2015 | 87 | 13 | * |
| d. | A gaming console[5] | | | |
| | Sep 26-Oct 23, 2023 | 83 | 16 | 1 |
| | Apr 14-May 4, 2022 | 80 | 19 | 1 |
| | Sep 25-Oct 9, 2014 & Feb 10-March 16, 2015 | 81 | 19 | * |
| e. | A tablet computer[6] | | | |
| | Sep 26-Oct 23, 2023 | 65 | 34 | 1 |
| | Sep 25-Oct 9, 2014 & Feb 10-March 16, 2015 | 58 | 42 | * |

---

[4] September-October 2014/February-March 2015 question wording was "Do you, personally, have or have access to each of the following items, or not. Do you have…?" (K3) with response options of "Yes" and "No."
[5] September-October 2014/February-March 2015 item wording was "A gaming console like an Xbox, PlayStation or Wii."
[6] September-October 2014/February-March 2015 item wording was "A tablet computer like an iPad, Samsung Galaxy or Kindle Fire." The item about tablet access was not asked in 2022.

**ASK ALL:**
INTREQ       About how often do you use the internet, either on a computer or a cellphone?[7]

| Sep 26-Oct 23, 2023 | | Apr 14-May 4, 2022 | Sep 25 – Oct 9, 2014 & Feb 10-March 16, 2015 |
|---|---|---|---|
| 46 | Almost constantly | 46 | 24 |
| 47 | Several times a day | 48 | 56 |
| 4 | About once a day | 3 | 12 |
| 2 | Several times a week | 1 | 5 |
| 1 | Less often | 2 | 3 |
| 1 | No answer | 0 | * |

**DISPLAY TO ALL:**

Now we'd like to learn about your experiences with certain websites and mobile apps…

**ASK ALL:**
TSNS1          Do you ever use any of the following apps or sites? **[RANDOMIZE ITEMS]**

| | | Yes, I use this app or site | No, I do not use this app or site | No answer |
|---|---|---|---|---|
| a. | Twitter (recently renamed to "X")[8] | | | |
| | Sep 26-Oct 23, 2023 | 20 | 79 | 1 |
| | Apr 14-May 4, 2022 | 23 | 77 | * |
| | Sep 25-Oct 9, 2014 & Feb 10-Mar 16, 2015 | 33 | 66 | * |
| b. | Instagram | | | |
| | Sep 26-Oct 23, 2023 | 59 | 41 | * |
| | Apr 14-May 4, 2022 | 62 | 38 | * |
| | Sep 25-Oct 9, 2014 & Feb 10-Mar 16, 2015 | 52 | 48 | * |
| c. | Facebook | | | |
| | Sep 26-Oct 23, 2023 | 33 | 67 | 1 |
| | Apr 14-May 4, 2022 | 32 | 67 | * |
| | Sep 25-Oct 9, 2014 & Feb 10-Mar 16, 2015 | 71 | 29 | * |
| d. | Snapchat | | | |
| | Sep 26-Oct 23, 2023 | 60 | 39 | 1 |
| | Apr 14-May 4, 2022 | 59 | 41 | * |
| | Sep 25-Oct 9, 2014 & Feb 10-Mar 16, 2015 | 41 | 59 | * |
| e. | YouTube | | | |
| | Sep 26-Oct 23, 2023 | 93 | 6 | * |
| | Apr 14-May 4, 2022 | 95 | 5 | * |

**NO ITEM f.**

---

[7] September-October 2014/February-March 2015 wording was "Overall, how often do you use the internet?" (K2) with response options of "Almost constantly," "Several times a day," "About once a day," "Several times a week," "Once a week" and "Less often." The options "Once a week" (1%) and "Less often" (2%) have been combined and presented together under "Less often" in this table.
[8] September-October 2014/February-March 2015 item wording was "Twitter."

**22**

PEW RESEARCH CENTER

| g. | Reddit | | | |
|---|---|---|---|---|
| | Sep 26-Oct 23, 2023 | 14 | 85 | 1 |
| | Apr 14-May 4, 2022 | 14 | 85 | 1 |
| h. | TikTok | | | |
| | Sep 26-Oct 23, 2023 | 63 | 36 | 1 |
| | Apr 14-May 4, 2022 | 67 | 33 | * |
| i. | Twitch | | | |
| | Sep 26-Oct 23, 2023 | 17 | 82 | 1 |
| | Apr 14-May 4, 2022 | 20 | 79 | 1 |
| j. | WhatsApp | | | |
| | Sep 26-Oct 23, 2023 | 21 | 79 | 1 |
| | Apr 14-May 4, 2022 | 17 | 82 | * |
| k. | Discord | | | |
| | Sep 26-Oct 23, 2023 | 28 | 71 | 1 |
| l. | BeReal | | | |
| | Sep 26-Oct 23, 2023 | 13 | 86 | 1 |

**23**

PEW RESEARCH CENTER

**ASK IF USES INSTAGRAM, FACEBOOK, SNAPCHAT, YOUTUBE OR TIKTOK (TSNS1b-e,h=1):**
TSNS2        Thinking about the sites or apps you use, about how often do you visit or use… **[SHOW IN SAME ORDER AS TSNS1]**

| | Almost <u>constantly</u> | Several times a <u>day</u> | About once a <u>day</u> | Several times a <u>week</u> | Less <u>often</u> | No <u>answer</u> |
|---|---|---|---|---|---|---|
| **NO ITEM a** | | | | | | |
| b. **ASK IF INSTAGRAM USER (TSNS1b=1) [N=863]:** | | | | | | |
| Instagram | | | | | | |
| Sep 26-Oct 23, 2023 | 14 | 46 | 20 | 11 | 8 | * |
| Apr 14-May 4, 2022 | 16 | 44 | 20 | 12 | 8 | * |
| c. **ASK IF FACEBOOK USER (TSNS1c=1) [N=469]:** | | | | | | |
| Facebook | | | | | | |
| Sep 26-Oct 23, 2023 | 9 | 25 | 25 | 18 | 22 | 1 |
| Apr 14-May 4, 2022 | 7 | 26 | 24 | 18 | 24 | 1 |
| d. **ASK IF SNAPCHAT USER (TSNS1d=1) [N=867]:** | | | | | | |
| Snapchat | | | | | | |
| Sep 26-Oct 23, 2023 | 24 | 48 | 13 | 8 | 6 | * |
| Apr 14-May 4, 2022 | 25 | 49 | 11 | 6 | 8 | * |
| e. **ASK IF YOUTUBE USER (TSNS1e=1) [N=1,355]:** | | | | | | |
| YouTube | | | | | | |
| Sep 26-Oct 23, 2023 | 17 | 40 | 18 | 15 | 9 | * |
| Apr 14-May 4, 2022 | 20 | 43 | 18 | 13 | 6 | 0 |
| **NO ITEMS f-g** | | | | | | |
| h. **ASK IF TIKTOK USER (TSNS1h=1) [N=940]:** | | | | | | |
| TikTok | | | | | | |
| Sep 26-Oct 23, 2023 | 27 | 51 | 14 | 6 | 3 | * |
| Apr 14-May 4, 2022 | 25 | 48 | 14 | 8 | 5 | * |
| **NO ITEMS i-l** | | | | | | |

**24**

PEW RESEARCH CENTER

**TSNS2 BASED ON ALL TEENS**

| | | Almost constantly | Several times a day | About once a day | Several times a week | Less often | Does not use platform | No answer to TSNS1 | No answer to TSNS2 |
|---|---|---|---|---|---|---|---|---|---|
| **NO ITEM a** | | | | | | | | | |
| b. | Instagram | | | | | | | | |
| | Sep 26-Oct 23, 2023 | 8 | 27 | 12 | 7 | 5 | 41 | * | * |
| | Apr 14-May 4, 2022 | 10 | 27 | 12 | 7 | 5 | 38 | * | * |
| c. | Facebook | | | | | | | | |
| | Sep 26-Oct 23, 2023 | 3 | 8 | 8 | 6 | 7 | 67 | 1 | * |
| | Apr 14-May 4, 2022 | 2 | 8 | 8 | 6 | 8 | 67 | * | * |
| d. | Snapchat | | | | | | | | |
| | Sep 26-Oct 23, 2023 | 14 | 29 | 8 | 5 | 4 | 39 | 1 | * |
| | Apr 14-May 4, 2022 | 15 | 29 | 7 | 3 | 5 | 41 | * | * |
| e. | YouTube | | | | | | | | |
| | Sep 26-Oct 23, 2023 | 16 | 38 | 17 | 14 | 8 | 6 | * | * |
| | Apr 14-May 4, 2022 | 19 | 41 | 17 | 12 | 6 | 5 | * | 0 |
| **NO ITEMS f-g** | | | | | | | | | |
| h. | TikTok | | | | | | | | |
| | Sep 26-Oct 23, 2023 | 17 | 32 | 9 | 4 | 2 | 36 | 1 | * |
| | Apr 14-May 4, 2022 | 16 | 32 | 9 | 5 | 4 | 33 | * | * |
| **NO ITEMS i-l** | | | | | | | | | |