# Exhibit 36

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Kendra Becker, PhD MDL Report**

**In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation**

**MDL No. 3047**

**July 9, 2025**

**CONFIDENTIAL UNDER PROTECTIVE ORDER**

**TABLE OF CONTENTS**

Page

I.    Overview of Opinions.................................................................................5

II.   Qualifications...........................................................................................6

III.  Issues Assessed & Materials Considered ..........................................................10

IV.   Overview of Eating Disorders, Body Dissatisfaction, BDD, and Disordered Eating
      Under Consideration.................................................................................10

      A.    Prevalence.....................................................................................10

            i.     Anorexia Nervosa (AN).................................................................10

            ii.    Bulimia Nervosa (BN)..................................................................11

            iii.   Binge Eating Disorder................................................................11

            iv.    Disordered Eating....................................................................12

            v.     Body Dysmorphic Disorder (BDD).......................................................12

            vi.    Body Dissatisfaction ................................................................13

      B.    DSM-5-TR diagnostic criteria for primary eating disorders: ...............................13

            i.     Anorexia Nervosa.....................................................................13

            ii.    Bulimia Nervosa......................................................................13

            iii.   Binge Eating Disorder................................................................14

            iv.    Body Dysmorphic Disorder.............................................................15

            v.     DSM Changes Impact Prevalence Rates..................................................15

      C.    Background - Eating Disorders .............................................................16

            i.     Genetics/Family History..............................................................16

            ii.    Family dynamics......................................................................17

            iii.   Childhood infections.................................................................17

            iv.    Peer Influences .....................................................................18

            v.     Early Puberty .......................................................................18

            vi.    Trauma & Abuse History...............................................................19

            vii.   Body Dissatisfaction ................................................................19

            viii.  Substance Use........................................................................20

            ix.    Depression and anxiety...............................................................20

            x.     Personality traits ..................................................................21

            xi.    Sports Participation ................................................................21

V.    Study Design Hierarchy ............................................................................22

      A.    Overview of Experimental Study Designs:....................................................23

B.     Experimental Studies (Eating Disorder Symptoms): ...........................................24

  i.  Mabe et al., 2014 ...............................................................24

  ii.  Fardouly et al., 2015...........................................................26

  iii.  Cohen & Blaszczynski 2015 ...............................................27

  iv.  Tiggeman & Zaccardo, 2015...............................................28

  v.  Brown & Tiggemann, 2016..................................................29

  vi.  Tiggemann et al., 2018.......................................................30

  vii.  Kleemans et al., 2018.........................................................31

  viii.  Sampson et al., 2020 .........................................................32

  ix.  Engeln et al., 2020.............................................................32

  x.  Tiggemann & Anderberg 2020...........................................33

  xi.  Lowe-Calverley & Grieve 2021 .........................................34

  xii.  McComb & Mills 2021 ......................................................35

  xiii.  McComb et al.,  2021.........................................................36

  xiv.  Pryde & Prichard, 2022......................................................37

  xv.  Joiner et al. 2023................................................................38

  xvi.  Thai et al., 2023 .................................................................39

  xvii.  Cowles et al., 2023 ............................................................41

  xviii.  Seekis & Lawrence, 2023...................................................42

  xix.  Prichard & Button, 2023.....................................................43

  xx.  Pritchard et al., 2023..........................................................44

  xxi.  Bryne et al. 2024................................................................45

  xxii.  de Hesselle & Montag 2024 ...............................................46

  xxiii.  Blackburn & Hogg 2024 ....................................................47

  xxiv.  Bue et al., 2020 ..................................................................48

  xxv.  Cohen et al., 2019..............................................................49

  xxvi.  Dhadly et al., 2023.............................................................50

  xxvii.  Dignard & Jarry 2021 ........................................................51

  xxviii.  Hendrickse et al., 2021.......................................................52

  xxix.  Manning et al., 2022...........................................................53

C.     Experimental Studies Relied Upon by Plaintiffs' Experts ...................................53

D.     General Summary for Longitudinal Study Design Studies:..................................54

E.     Longitudinal Studies (Eating Disorder Symptoms):............................................56

  i.  Ferguson & Muñoz, 2014...................................................56

  ii.  de Vries et al., 2016 ...........................................................57

  iii.  Tiggemann & Slater, 2017..................................................58

  iv.  Rousseau et al., 2017..........................................................59

| | v. | Steinsbekk et al., et al., 2021 | 60 |
| | vi. | Maes & Vandenbosch 2022 | 61 |
| | vii. | Vall-Roque et al., 2022 | 62 |
| | viii. | Leggett-James & Laursen et al., 2023 | 63 |
| | ix. | Nagata et al., 2021 | 65 |
| | x. | Shi et al., 2024 | 66 |
| | xi. | Chu et al., 2024 | 67 |
| | xii. | Fioravanti et al., 2023 | 69 |
| | xiii. | Sevic et al., 2020 | 70 |
| | xiv. | Livet et al., 2024 | 70 |
| F. | | Cross-sectional Studies Summary - Eating Disorder Symptoms & Body Image Dissatisfaction | 72 |
| G. | | Meta-analyses - Eating Disorder Symptoms & Body Image Dissatisfaction | 72 |
| | ii. | Saiphoo & Vahedi (2019) | 73 |
| | iii. | Mingoia et al., 2017 | 73 |
| | iv. | Huang et al., 2021 | 74 |
| | v. | Zhang 2021 | 74 |
| | vi. | de Valle 2021 | 75 |
| | vii. | Grabe 2008 | 76 |
| H. | | Body Dysmorphic Disorder | 76 |
| I. | | Summary of Opinions | 76 |
| **VI.** | | **Appendix B: References** | **78** |

## I.    Overview of Opinions

1.    Based upon my review and analysis of the peer-reviewed scientific literature and my training, research and experience in assessing and treating eating disorders, I provide below an over-view of the opinions contained in this report:

2.    **Opinion #1:** The published scientific literature does not support that use of social media causes eating disorders. None of the studies conducted to date have assessed whether exposure to social media results in a diagnosed eating disorder. Without this data, one cannot reach a reliable determination that there is a cause and effect relationship between use of social media and eating disorders, including AN, BN or BED.

3.    **Opinion #2:** The published scientific literature does not support that use of social media causes BDD. None of the studies conducted to date have assessed whether exposure to social media results in diagnosed BDD. Of note, none of the studies used diagnostic measures to assess for BDD. Without this data, one cannot reach a reliable determination that there is a cause-and-effect relationship between use of social media and BDD.

4.    **Opinion #3:** The studies published to date also suffer from a number of design/methodological flaws that do not allow them to reliably assess whether or not there is either a valid association or a causal relationship. These flaws include, but are not limited to: cross-sectional designs that prevent establishing temporal associations; reliance on self-report screening instruments or other measures that are ill-suited/inadequate for assessing whether a study participant has an eating disorder or BDD; small sample sizes; demand and other biases; failure to assess or adjust for known variables (confounders) of eating disorders; and small effect sizes that are not correlated with clinical impairment or symptoms.

5.    **Opinion #4:** The studies published to date also do not establish an association or causal relationship between unique features of social media (e.g., use of "likes", posting, image filters or scrolling) and actual eating disorders or a diagnosis of BDD. The claimed effects seen in studies published to date also are unable to differentiate between the content viewed by study participants and any feature of social media.

6.    In the sections below, I discuss these and other opinions in more detail.

5

## II.    Qualifications

7.    I am a licensed clinical psychologist and an assistant professor of psychology with a primary expertise in eating disorders. My research includes the assessment and evaluation of emotional and personality influences on eating behaviors, neurobiological features of disordered eating, and mechanisms in eating disorders, particularly emotion and reward processes. In both my clinical and research practice I focus on all presentations of eating disorders including: restrictive eating disorders (e.g., anorexia nervosa (AN); avoidant/restrictive food intake disorder (ARFID)), and binge-related disorders such as bulimia nervosa (BN) and binge eating disorder (BED). After finishing my undergraduate training at Purdue University with a BA in Behavioral Neuroscience and a minor Biological Sciences, I completed my MA and PhD in Clinical Psychology at the University of Georgia. I then continued my training as a clinical intern and postdoctoral fellow at the Massachusetts General Hospital (MGH)/Harvard Medical School (HMS).

8.    Currently, I hold multiple roles at MGH/HMS including Assistant Professor of Psychology at HMS, the Director of Translational Research at the MGH Eating Disorders Clinical and Research Program (EDCRP), and the Director of Psychology within the Mass General Brigham's Women's Sports Medicine Program. In these roles, I have been actively involved in teaching and supervision by directly mentoring early career clinicians and/or researchers. I also supervise psychology interns, graduate students, and postdoctoral fellows in the delivery of evidence-based treatments and assist in providing research mentorship to research coordinators, graduate students, and fellows. As part of this training, I track coordinators' learning and delivery of several eating disorder assessments including the Eating Disorder Examination (EDE) (Fairburn 2014), the Pica, ARFID, and Rumination Disorder Interview (PARDI) (Bryant-Waugh 2019), the Structured Clinical Interview for DSM-5 diagnoses (SCID) (First 2015, APA 2025), and the Mini International Neuropsychiatric Interview (MINI). Lastly, I present workshops at MGH on empirically supported treatments for disordered eating and lecture on these topics to psychology and psychiatry fellows as well as hospital faculty. As a clinician, I have over a decade of experience in clinical practice. Specifically, I treat patients at the Massachusetts General Hospital Eating Disorders Clinical and Research Program and the Women's Sports Medicine program. Additionally, I have a private practice where I treat children, adolescents, adults, and athletes (ages 10 and up) with eating disorders, along with anxiety disorders, obsessive-compulsive disorders (OCD), mood dysregulation, and trauma-related disorders.

9.    As a speaker, I frequently lecture at the local, regional, national, and international level on eating pathology, neurobiology of eating disorders, and mental health of

athletes. For instance, I have delivered multiple training workshops and lectures with several highlights including: co-leading Cognitive Behavior Therapy for ARFID (CBT-AR) workshops in five cities across Australia and New Zealand for the Academy for Eating Disorders, co-leading a day-long workshop and an online course for the MGH Psychiatry Academy, and co-leading a workshop on treating ARFID with co-occurring body dissatisfaction for the 2024 International Conference on Eating Disorders annual meeting. Further, I delivered a Keynote Address and led a clinical workshop at the 2019 Congress for the Academy of Eating Disorders Hispano Latino American Chapter on neurobiological mechanisms underlying ARFID. I have also used my clinical expertise in CBT and dialectical behavioral therapy (DBT) to develop a psychological service within the MGH Women's Sports Medicine Program. This program now serves athletes with mood, anxiety, and eating concerns following orthopedic surgery as well as those with performance anxiety and individuals with relative energy deficiency syndrome due to sports.

10. I have co-authored 70 publications, 7 book chapters, and over 90 conference presentations. I am also a co-author on a published peer-reviewed book which is a self-help version of CBT for adults with ARFID entitled, "The picky eater's recovery book: Overcoming avoidant/restrictive food intake disorder." Because of these works, I was asked to serve as a scientific co-chair for the 2022 Academy of Eating Disorders annual meeting, have been appointed a permanent editorial board member of the Intentional Journal of Eating Disorders, and was accepted as a member to the Eating Disorders Research Society. I was a guest editor for a special edition on ARFID for the Journal of Eating Disorders and am an ad hoc reviewer for several journals including: Appetite, Behavior Therapy, Cambridge University Press, Child and Family Studies, Clinical Psychology Review, Cognitive and Behavioral Practice, Clinical Medicine, The Lancet, European Journal of Personality, European Eating Disorders Review, Harvard Review of Psychiatry, Journal of Abnormal Psychology, Journal of Clinical Child and Adolescent Psychology, Journal of Developmental and Physical Disabilities, Journal of Nervous and Mental Disease, Journal of Psychosomatic Research, Journal of Research in Personality, Personality and Individual Differences, Psychiatry Research, Psychological Assessment, Psychological Medicine, and Psychosomatics.

11. I have undertaken research projects that explore equifinality in eating disorder presentations, identifying unique brain, behavioral, and hormonal underpinnings of signs (e.g., low-weight status, weight loss, nutritional deficiencies) and symptoms (dietary restriction, emotion dysregulation) that occur across eating disorders. Additionally, my research involves identifying biomarkers for accurate diagnosis

7

of eating disorders and to serve as targets for treatment development. I have received NIMH funding (F32 MH111127; and a NIMH loan repayment grant) to explore some of these variables as neurobiological substrates of emotion and reward motivations underlying dietary intake in anorexia nervosa (AN) and ARFID. Some of the key findings from my funded research include differential reward circuit activation between AN and low-weight ARFID and distinct levels of appetite regulating hormones in those with different restrictive eating disorders. For my current K23 project (MH125143), I am integrating ecological momentary assessment, fMRI, and hormonal functioning to investigate a central hypothesis of the CBT model of ARFID that negative emotions maintain ARFID symptoms. I was awarded further funding from private foundations to serve as a PI on the first exploration of neuroendocrine and brain changes associated with CBT for ARFID. I am also the primary investigator on the first study exploring neural predictors of brief (20 sessions) CBT for adults with AN, which is ongoing at the EDCRP, and the PI of a replication study of CBT-ten for non-underweight individuals. Recently published findings from this trial (of which I am the senior author) show when behavioral and cognitive change happens in CBT-T (Kambanis et al., 2025).

12. I have also long been interested in the development and outcome of CBT interventions for disordered eating. As such, I have co-authored multiple publications on treatment development and outcomes and was awarded funding to look at neurobiological outcomes of CBT for ARFID via the Global Foundation for Eating Disorders. Because ARFID is a relatively new and heterogeneous diagnosis, its clinical presentation remains poorly understood and no empirically supported treatments exist. As such, I have worked with the team at the EDCRP to evaluate the efficacy of CBT for ARFID and co-developed the self-help version of this manual.

13. A final key area of my research work has been on the assessment of eating disorders. I co-authored a paper exploring the course of restrictive eating disorders in adolescence, thus, exploring definitions of recovery and diagnostic shift between AN and atypical AN (Breithaupt et al., 2022). I also co-authored a project examining implicit biases in those with AN, non-fat phobic AN, ARFID, and healthy controls (HC). We demonstrated that those with non-fat phobic AN showed implicit biases to thinness and dieting similar to AN, but those with ARFID did not (similar to HC; Izquierdo et al., 2019). Given my interest in ARFID psychopathology, I also co-authored a manuscript helping to identify clinical cutoffs for a brief self-report assessment of ARFID, the Nine Item ARFID Scale (NIAS; Burton Murray et al., 2021). I have also published on the distinction between AN and ARFID on typical measures of eating disorder psychopathology (Becker et al., 2019) and was senior author on comparisons of AN and ARFID on

8

cognitive functioning (Stern et al., 2024) and emotion regulation (Stern et al., 2024).

14. My clinical interests and expertise include CBT, family-based therapy (FBT), and DBT for patients with all forms of eating pathology. Given my longstanding interest in emotion regulation, I developed an original brief (16 session) DBT-inspired group for patients with disordered eating and a 6-session DBT/CBT skills-based group for injury recovery for female athletes. At the EDCRP I have a steady case load of 3-5 patients, for whom I complete diagnostic intake evaluations, develop treatment plans, and (for those I follow) see for weekly treatment. Diagnostic evaluations are developed from the DSM-5 criteria, and our diagnostic process has been published (e.g., Becker et al., 2019; Stern et al., 2024).

15. In my role at the EDCRP, I have been the PI of three treatment studies (e.g., a non-controlled trial of CBT-ten, neurobiological outcomes of CBT-AR, and an ongoing study of CBT-20-AN). In my role as principal investigator for these studies and more generally as a senior staff of the EDCRP and as the Director of Translational research, I have supervised graduate practicum students, interns, and post-doctoral students in the delivery of these therapies. I also have served as a member of the larger clinical team supervision for every year I have been at the EDCRP (since 2015). For my work with patients at the EDCRP, I have been recognized as a provider for the 2023 case highlighted at the Mass General for Children's Storybook Ball, and have published case study findings on the co-occurring ARFID and weight/shape-based disorders.

16. In my private practice, I see patients (10 years and up), about half of which are patients with disordered eating. For my private practice cases, I utilize the same treatments as described above for the EDCRP and utilize the same diagnostic evaluation for eating disorder referrals. In addition, I see patients more broadly with trauma-related disorders, offering both prolonged exposure and cognitive processing therapy. I was trained in both of these therapies at the Atlanta VA. I also see patients with various anxiety disorders (e.g., social anxiety, generalized anxiety disorder, OCD) and emotion dysregulation. I also provide anxiety and DBT skills for athletes with various concerns including performance anxiety and fear of injury or reinjury, as well as changes in athletic identity over the course of their career (e.g., retirement).

17. Finally, I see patients weekly at the MGB Women's Sports Medicine Program, where I am the director of the Psychology for Women's Sports Medicine. In this program, I see athletes (ages 10 and up) including professional and collegiate athletes and those involved in performing arts (e.g., ballet).

9

18.     Attached as Appendix A is my CV that includes additional details of my background and experience. My hourly rate for work on this matter is $650.00.  I have not testified as an expert in the past four years.

## III.    Issues Assessed & Materials Considered

19.     I was asked to review and analyze the peer-reviewed scientific literature and assess whether that data establishes that use of social media apps, or any feature of the apps, causes any eating disorders (e.g. AN, BN and BED).  I also assessed whether the scientific literature supports a causal relationship between Body Dysmorphic Disorder (BDD) and the use of social media apps, or any feature of the apps.

14.     My review of the scientific literature on these issues included an analysis of experimental and longitudinal studies.  While I reviewed cross-sectional studies, these study designs cannot contribute to a causal assessment because they cannot establish temporality (i.e., that the exposure occurred before the disease, disorder or other outcome being studied).  Thus, these studies do not provide reliable scientific data to establish a causal relationship between social media use and eating disorders.

15.     The published scientific literature that I have used to assess this question is identified in Appendix B.

## IV.    Overview of Eating Disorders, Body Dissatisfaction, BDD, and Disordered Eating Under Consideration

### A.    Prevalence

*i.     Anorexia Nervosa (AN)*

16.     The reported U.S. prevalence rate of anorexia nervosa (AN) over a 12-month period is 0.0% to 0.05% according to the Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR 2022). Notably, the AN prevalence rate is higher in women (0% to 0.08%) than in men (0% to 0.01%). Additionally, the lifetime AN prevalence rate, the percentage of a population that has experienced AN at any point in their lives, is 0.6% to 0.8% for both genders, but when stratified by gender is also higher in females (0.9% to 1.42%) than in males (0.12% to 0.3%) (DSM-5-TR 2022). In previous DSM editions from 1987 to 2013, the AN prevalence rates were less than those reported in 2022; however, the DSM authors primarily focused on adolescent females. For example, in 2013, the 12-month AN prevalence rate was approximately 0.4% among young females (DSM-5 2013), but the DSM did not report a prevalence rate for males. In 1994, the DSM stated that "Prevalence studies

10

among females in late adolescence and early adulthood have found rates of 0.5%-1.0% for presentations that meet full criteria for anorexia nervosa" (DSM-IV 1994), but again did not mention males. In 1987, the DSM-III reported that the AN prevalence rate in adolescent females was a range "from 1 in 800 to as many as 1 in 100 females between the ages of 12 and 18," which is equivalent to 0.125% to 1% (DSM-III-R 1987). Lastly, in 1980, the DSM-III reported only that "[a]s many as 1 in 250 females between 12 and 18 years (high-risk age group) may develop the disorder" (DSM-III 1980).

    *ii.    Bulimia Nervosa (BN)*

17.    The U.S. prevalence rate of bulimia nervosa (BN) over a 12-month period is 0.14% to 0.3% (DSM-5-TR 2022). Similar to the prevalence rates seen in those with AN, lifetime BN prevalence rates are higher in women (0.22% to 0.5%) than in men (0.05% to 0.1%) (DSM-5-TR 2022). Additionally, the US lifetime prevalence rates of BN range from 0.28% to 1.0% for both genders with an increased lifetime prevalence rate of 0.46% to 1.5% in females compared to males, 0.05% to 0.08% (DSM-5-TR 2022). BN prevalence rates reported in previous DSM editions were notably less than those reported in the most recent DSM-5-TR in 2022; however, similar to AN, the authors focused only on young adults and at one point only college students. In 2013, the 12-month BN prevalence rate among young females was 1%-5% according to the DSM-5 (2013). The DSM-5 (2013) authors reported that "Less is known about the point prevalence of bulimia nervosa in males, but bulimia nervosa is far less common in males than it is in females, with an approximately 10:1 female-to-male ratio." In 1994, the DSM-IV reported that the "prevalence of bulimia nervosa among adolescent and young adult females is approximately 1-3%; the rate of occurrence of this disorder in males is approximately one-tenth of that in females" (DSM-IV 1994). In 1987, the DSM-III reported that "A recent study of college freshman indicated that 4.5% of the females and 0.4% of the males had a history of bulimia" (DSM-III-R 1987). Lastly, in 1980, the DSM did not report any information on the prevalence rates of any individuals with bulimia nervosa (DSM-III 1980).

    *iii.    Binge Eating Disorder*

18.    Binge Eating Disorder (BED) was first categorized as an eating disorder in the DSM-5 in 2013. In this edition, the DSM reported a 12-month prevalence of BED in adult females and males of 1.6% and 0.8%, respectively. More recently, the DSM-5-TR (2022) reported that the 12-month prevalence of BED ranges from 0.44% to 1.2% and the lifetime prevalence ranges from 0.85% to 2.8%. Of note,

prior to the DSM-5 (2013), BED was listed under the category of Eating Disorder Not Otherwise Specified (EDNOS) in the DSM-IV (1994).

*iv.      Disordered Eating*

19.     Disordered eating is a term used to describe behaviors that fall on a spectrum between normative eating and eating disorders. Examples of disordered eating include dieting, binge eating at holidays, cleanses to lose weight before events like a wedding, rigid exercise routines, and reducing food intake during the day because of an upcoming planned meal (e.g., going out to dinner). Disordered eating is common in the general population, may not require treatment, and is not sufficient to make an eating disorder diagnosis. In fact, a large percentage of individuals with disordered eating are never diagnosed with an eating disorder. Recent prevalence of disordered eating is much higher than estimates of eating disorders, with world-wide meta-analytic estimates around 22.36% for children and adolescents (Lopez-Gil 2023). These rates are much higher partially because screening tools (e.g., SCOFF; EAT-26) include those with and without clinically significant eating pathology (Lopez-Gil 2023). Disordered eating alone does not mean that a person has an eating disorder as many disordered eating behaviors occur in a spectrum of normal function, including intense exercise, body dissatisfaction, dietary restriction, and even binge eating. Thus, it is not clear from estimates of disordered eating the proportion of individuals that have clinically meaningful symptoms of an eating disorder. Conclusions about the impact of disordered eating on later functioning in individuals can be further complicated because of low response rate and less specific outcomes used in some studies (e.g., report of getting "support" for any mental health challenge versus disordered eating specifically), which limit conclusions about the impact and long-term significance of self-reported disordered eating (Sparti et al., 2019).

*v.      Body Dysmorphic Disorder (BDD)*

20.     BDD is not an eating disorder.  It also cannot occur concurrently with a diagnosed eating disorder if the perceived deficit is only due to body image disturbance (DSM-V-TR 2022). Given that individuals with BDD may present more commonly to different settings, the prevalence estimates vary widely, with highest rates reported in cosmetic surgery clinics (13.2%), presenting for rhinoplasty (20.1%), presenting for orthognathic surgery (11.2%), and in outpatient dermatology patients (11.3%) compared to community estimates of BDD in adults (1.9%) and in adolescents (2.2%) (Veale 2016). The DSM estimates a slightly higher prevalence rate of 2.4% for U.S. adults, with slightly more women presenting with BDD than men (2.5% compared to 2.2%) (DSM-5-TR 2022).  It seems that BDD prevalence is similar in

adolescents and adults with one study reporting a prevalence of 1.7% of BDD in a sample of 12-18 year olds (Schneider 2017).

*vi.      Body Dissatisfaction*

21.    Body dissatisfaction is common in the general population.  The vast majority of people who have body dissatisfaction do not have an eating disorder or BDD and will not develop either. Individuals who have body dissatisfaction alone is insufficient to determine whether a person has an eating disorder or BDD.

**B.      DSM-5-TR diagnostic criteria for primary eating disorders:**

*i.      Anorexia Nervosa*

22.    According to DSM-5-TR diagnostic criteria, a diagnosis of AN is dependent on three criteria (DSM-5-TR 2022):

A.      Restriction of energy intake relative to requirements, leading to a significantly low body weight in the context of age, sex, developmental trajectory, and physical health.  Significantly low weight is defined as a weight that is less than minimally normal or for children and adolescents, less than minimally expected.

B.      Intense fear of gaining weight or of becoming fat, or persistent behavior that interferes with weight gain, even though at a significantly low weight.

C.      Disturbance in the way in which one's body or shape is experienced, undue influence of body weight or shape on self-evaluation, or persistent lack of recognition of the seriousness of the current low body weight.

*ii.      Bulimia Nervosa*

23.    According to DSM-5-TR diagnostic criteria, a diagnosis of BN is dependent on five criteria (DSM-5-TR 2022):

A.      Recurrent episodes of binge eating. An episode of binge eating is characterized by both of the following:

a.      Eating, in a discrete period of time (e.g., within any 2-hour period, an amount of food that is definitely larger than what most individuals would eat in a similar period of time under similar circumstances.

  b.  A sense of lack of control over eating during the episode (e.g., a feeling that one cannot stop eating or control what or how much one is eating.

 B.  Recurrent inappropriate compensatory behaviors in order to prevent weight gain, such as self-induced vomiting; misuse of laxatives, diuretics, or other medications; fasting; or excessive exercise.

 C.  The binge eating and inappropriate compensatory behaviors both occur, on average, at least once a week for 3 months

 D.  Self-evaluation is unduly influenced by body shape and weight

 E.  The disturbance does not occur exclusively during episodes of anorexia nervosa.

 *iii.*  *Binge Eating Disorder*

24. According to DSM-5-TR diagnostic criteria, a diagnosis of BED is dependent on five criteria (DSM-5-TR 2022):

 A.  Recurrent episodes of binge eating. An episode of binge eating is characterized by both of the following:

- Eating, in a discrete period of time (e.g., within any 2-hour period), an amount of food that is definitely larger than what most people would eat in a similar period of time under similar circumstances.

- A sense of lack of control over eating during the episode (e.g., a feeling that one cannot stop eating or control what or how much one is eating).

 B.  The binge-eating episodes are associated with three or more of the following:

- Eating much more rapidly than normal

- Eating until feeling uncomfortably full

- Eating large amounts of food when not feeling physically hungry

- Eating alone because of feeling embarrassed by how much one is eating

- Feeling disgusted with oneself, depressed, or very guilty afterward

14

C.     Marked distress regarding binge eating is present

D.     The binge eating occurs, on average, at least once a week for 3 months.

E.     The binge eating is not associated with the recurrent use of inappropriate compensatory behavior as in bulimia nervosa and does not occur exclusively during the course of bulimia nervosa or anorexia nervosa.

*iv.     Body Dysmorphic Disorder*

25.   While not an eating disorder, BDD is a condition marked by extreme distress regarding one or more aspects of someone's appearance. According to DSM-5-TR, a diagnosis of BDD is dependent on four criteria (DSM-5-TR 2022):

A.     Preoccupation with one or more perceived defects or flaws in physical appearance that are not observable or appear slight to others.

B.     At some point during the course of the disorder, the individual has performed repetitive behaviors (e.g., mirror checking, excessive grooming, skin picking, reassurance seeking) or mental acts (e.g., comparing his or her appearance with that of others) in response to the appearance concerns.

C.     The preoccupation causes clinically significant distress or impairment in social, occupational or other areas of functioning.

D.     The appearance preoccupation is not better explained by concerns with body fat or weight in an individual whose symptoms meet diagnostic criteria for an eating disorder.

*v.     DSM Changes Impact Prevalence Rates*

26.   In an effort to improve the sampling of individuals with eating disorders, the DSM expanded their definition and criteria for AN, BN, and formally introduced BED and ARFID, which has contributed to the increase in primary eating disorder prevalence rates over rates and decreased prevalence broader/"catch all" category of other specified feeding/eating disorder: OSFED (previously eating disorder not otherwise specified) (Lindvall Dahlgren 2017). As noted above, earlier editions of the DSM only examined females for AN, because a diagnostic criterion was the loss of menstrual cycle, but over time include males in their prevalence rates as this was removed as necessary for an AN diagnosis and specific markers of low-weight were removed. Also, when the DSM committee revised the DSM-IV when forming the DSM-V, the AN criterion changed to include more individuals that "not only overtly expressed fear of weight gain but also persistent behavior that interferes

15

with weight gain." As noted above, the DSM also began to include individuals with BN outside of only college age students in their prevalence rates, which affected the BN prevalence rate. The BN criteria also evolved and decrease the required minimum average frequency of binge eating and inappropriate compensatory behavior frequency from twice to once weekly, which contributed to the increased prevalence of BN cases. BED was not included as a diagnosis in the DSM-IV, but now its inclusion leads to identification of this disorder alongside reductions in those who were not able to be diagnosed/were diagnosed with unspecified presentations. Finally, the DSM-5 added the diagnostic category of avoidant/restrictive food intake disorder (ARFID) which includes those who restrict overall intake and/or limit dietary variety due to reasons unrelated to weight/shape concerns, further increasing the presentations of feeding/eating disorders that can now be reliably assessed (Lindvall, 2017, Harshman 2021).

### C.    Background - Eating Disorders

27.    Genetics is considered a leading cause of eating disorders.

   *i.    Genetics/Family History*

28.    Prior to genome-wide data, which allows for directly estimating heritability of disorders, research focused on indirect heritability estimates from family and twin studies (Bulik 2019).  Results across methods highlight that the primary eating disorders,  AN, BN, and BED, are heritable with genetics accounting for a significant degree of trait variability. Research discusses that individuals who have a female relative with AN compared to those who do not have a relative with AN, are 11 times more likely to develop AN. Further, first-degree relatives of individuals with AN or BN show higher rates of AN-spectrum disorders and other presentations of disordered eating (Lilenfeld 1998, Strober 2000). Heritability estimates of AN from twin studies range from 0.28 to 0.74, meaning that 28% to 74% of the variation of AN in the population is due to genetic factors (Strober 2000, Bulik 2006, Kortegaard 2001). Genetic correlations from a ground-breaking genome-wide association study have shown relationships between AN and other psychiatric disorders including depression, anxiety disorders, and schizophrenia as well as with certain traits like neuroticism. Negative correlations observed between body mass index, obesity, fasting insulin, and fasting glucose suggest that AN may be reconceptualized as a psychiatric and metabolic disorder (Duncan 2017).

29.    Data on other eating disorders also supports a genetic cause of these disorders.  For example, the heritability of BN is approximately .60 and those with a family member with BN carry increased risk for BN in particular. Further, AN and BN are strongly genetically correlated at 0.46-0.79 (Kortegaard 2001, Bulik 2010, Bulik

16

1998, Trace 2013). Genetic heritability of BED is estimated between 0.39 and 0.45 (Javaras 2008, Mitchell 2010).

30. **Other psychosocial and biological factors are commonly present in those with eating disorders**:

   *ii.    Family dynamics*

31. Aside from the strong genetic risk factors for an eating disorder as noted above, parental relationships and dynamics also impact disordered eating symptoms (Hilbert 2014). For example, a population-based longitudinal study from the Adolescent Brain Cognitive Development (ABCD) of girls 9-10 years old (n=4,950) assessed over 1 year reported that "low maternal acceptance was associated with a stronger relationship between baseline gastric symptoms and eating disorder symptoms" (Kerr 2021). Another longitudinal study of girls (n=6,916) and boys (n=5,618) (9-15 years old) from the Growing Up Today Study (GUTS) cohort reported that females younger than 14 years old whose mothers had a history of an eating disorder were nearly 3 times more likely than their peers to start purging at least weekly (OR 2.8; 95% CI 1.3-5.9) (Field 2008). Also, a longitudinal study that examined socioenvironmental, personal, and behavioral variables and weight-related problems in adolescents (n=1,385 females, n=1,130 males) over 5 years from the Eating Among Teens-II (EAT-II) cohort (Neumark-Sztainer 2006) found that "Maternal weight concerns/behaviors, dieting, and healthy weight control behaviors predicted two of the three weight-related outcomes." Lastly, a longitudinal study assessed weight-based teasing and weight-related outcomes in female and male adolescents (n=1,830) for 15 years (adolescence into adulthood) and concluded that teasing from family members in adolescence increased the odds of women reporting lower body satisfaction (ß: −3.03; 95% CI: −4.97–1.09) and dieting in the past year (OR: 1.61; 95% CI: 1.05–2.47) at follow-up." (Puhl 2017).

   *iii.    Childhood infections*

32. Recently, studies have identified relationships between illness in youth and later eating disorder onset (Breithaupt 2019). Infections that require hospital admission and even those that are treated outpatient with antibiotics, antivirals, etc may impact the central nervous system via inflammatory processes and/or causing autoimmune reactions in vulnerable populations (Dando 2014). Further, autoimmune diseases have shown positive associations with eating disorders (Raevrouri 2014, Zerwas 2017) and recent findings from a from genome-wide association study suggest a role for immune-related genes in the development of eating disorders (Duncan 2017). Longitudinal findings highlight that adolescent females with infections

requiring hospitalization in youth had an increased risk for a subsequent AN diagnosis by 22%, a subsequent BN diagnosis by 35%, and a subsequent eating disorder not otherwise specified (EDNOS) by 39% compared to adolescent females without hospitalization-requiring infections. Importantly, infections treated with anti-infection agents also increased risk for AN by 23%, for BN by 63%, and for EDNOS by 45% compared to females without infections that required this type of treatment. Thus, even less severe infections are associated with later development of AN, BN, and EDNOS, though the exact mechanisms behind these relationships is not fully understood (Breithaupt et al., 2019)

### iv.    *Peer Influences*

33.    Peer relationships are a known risk factor for eating disorder symptoms. A longitudinal study assessed the impact of college roommates who diet in women (n=566) and men (n=233) over 10 years. The authors reported that for women, the influence of college roommate dieting significantly predicted a drive for thinness, bulimia nervosa, and purging at a 10-year follow-up (Keel 2013). Puhl 2017, mentioned above, assessed peer-based teasing and weight-related outcomes in female and male adolescents over 15 years and reported that "Weight-based teasing from both family and peers at baseline was predictive of women being embarrassed about eating too much food (OR: 1.77; 95% CI: 1.08–2.89), unhealthy weight control behaviors (OR: 2.15; 95% CI: 1.35–3.49), and having lower body satisfaction (ß: −4.81; 95% CI: −6.90 to −2.73) at follow-up" (Puhl 2017). Another longitudinal study of male and female college students (n=114) demonstrated that peer influence on bulimic symptoms operates by socializing with peers who have "personality traits that are themselves vulnerability factors for bulimia" (Zalta 2006). The authors reported that "Individuals selected peers who had similar personality traits, and those personality traits longitudinally predicted changes in bulimia."

### v.    *Early Puberty*

34.    Early menstrual cycle in females is an established eating disorder risk factor, especially in the context of co-occurring life stressors (Stice 2002). A Swedish longitudinal twin study that included 1340 same- and 624 opposite-sex twins examined pubertal development and general disordered eating (Eating Disorder Inventory-2; EDI) at age 16–17 and dieting and purging behaviors at both ages 16-17 and 19–20 (Baker 2012). The authors reported that advanced pubertal development in early to-mid adolescence predicted Eating Disorder Risk Composite (EDRC) and dieting behaviors in late adolescence. Higher pubertal development ($\beta$ =0.074 (95% CI 0.023-0.126) significantly predicted dieting in late

18

adolescence." (Baker 2012) Another twin study of 510 female adolescent twins reported that "genetic effects on disordered eating become prominent during puberty and increase linearly in importance across pubertal development (Klump 2007)."

### vi.    Trauma & Abuse History

35.    Childhood trauma and abuse are non-specific risk factors for the development of eating-disorder symptoms (Chu 2022). A meta-analysis of 53 studies that examined the relationship between child sexual abuse (CSA) and eating disorders (bulimia nervosa, anorexia nervosa, and binge eating disorder) reported a small, significant positive relationship between CSA and ED with an overall r=0.10 (Smolak 2002). Additionally, another study examined 103 women with clinically diagnosed AN (DSM-4) and post-traumatic stress disorder concluded the "AN and PTSD co-occur and traumatic events tend to occur before the onset of AN (Reyes-Rodriguez 2011)." Additionally, the National Longitudinal Study of Adolescent to Adult Health (n=14,322) examined the association between childhood maltreatment and eating disorder symptoms (Hazzard 2019). The authors reported "Compared to participants assigned to the "no/low maltreatment" class, participants assigned to the "multi-type maltreatment" class were more likely to report binge eating-related concerns (odds ratio (OR)=1.97; 95% confidence interval [CI]: 1.52, 2.56) and fasting/skipping meals (OR=1.85; 95% CI: 1.46, 2.34), and participants assigned to the "physical abuse only" class were more likely to report fasting/skipping meals (OR=1.35; 95% CI: 1.04, 1.76)."

### vii.    Body Dissatisfaction

36.    Body image dissatisfaction is negative evaluations of one's shape and weight and is hypothesized to be influenced by perceived discrepancies between actual body size/weight and societal/personal standards of appearance (Posavac et al., 1998); Huang et al., 2021). Body dissatisfaction may be a consequence of pursuit of the thin ideal (Stice 2002)  is commonly described by those with eating disorders, and is part of many treatment models for eating disorders (Fairburn 2008) given that it is considered an important maintenance factor bulimic behaviors, in particular (Stice, 2002). Importantly, certain eating pathology/symptoms are more related to body image dissatisfaction than others and it is not a diagnostic criterion for any eating disorder.  ARFID, for example, can only be made in the absence of significant body image disturbance and body image is absent from BED disorder criteria.

*viii.    Substance Use*

37.    A meta-analysis of 52 studies of 14,695 individuals analyzed the prevalence of substance use disorders and substance use in people with AN (Devoe 2021). The authors reported that those with AN, substance use disorders**,** drug abuse/dependence disorders, alcohol abuse/dependence, and cannabis abuse/dependence had a prevalence rate of 16%, 7%, 10%, and 6%, respectively (Devoe 2021). Among those with substance use disorders and AN, there was a 29% prevalence for alcohol use, 25% for tobacco use, and 14% for cannabis use (Devoe 2021). Importantly, bulimic behaviors show strong genetic correlations with alcohol misuse (0.33-0.61).  In addition, longitudinal data suggest that in women with bulimia nervosa having a substance use disorder at one point in time results in 5.6 times more likely of having bulimia nervosa at the next time point (Keshishian 2021). Having co-occurring substance use can also impact recovery such that it is more difficult to access care as many programs do not treat both conditions, despite high co-occurrence (Bahji 2019).

*ix.    Depression and anxiety*

38.    Anxiety disorders are also a common co-morbid condition with eating disorders and estimates indicate that around 60-65% of individuals with an eating disorder also meet criteria for at least one anxiety disorder (Swinbourne 2012, Bulik 1997). In one study the most common anxiety disorder diagnoses were as follows in women presenting for eating-disorder treatment: social phobia at 42%, followed by post-traumatic stress disorder at 26%, generalized anxiety disorder (GAD) at 23%, and obsessive–compulsive disorder (OCD) at 5%. Further, most reports indicate that the anxiety disorder pre-dated the development of the eating disorder. One study reported that 90% of women with AN and 94% of women with BN were diagnosed with anxiety disorders prior to their eating disorder (Bulik 1997). Reported results estimate that a diagnosis of generalized anxiety disorder (overanxious disorder from DSM III-TR) increased risk of developing AN by 13.3 and 11.8 times respectively (Bulik 1997).  For BN, the odds ratios for GAD and social phobia were elevated at 4.9 and 15.5, respectively (Bulik 1997). These results are similar to a more recent study reporting that 69% of patients with co-occurring anxiety and eating disorders reported that the anxiety disorder onset pre-dated the onset of eating-disorder symptoms (Swinbourne 2012).

39.    Twin studies of AN have suggested that shared genetic factors influence common comorbidities. AN and major depression show genetic correlations of .34 and AN and obsessive compulsive disorder correlate at .52 (Wade 2000, Cederlo 2015). Thus, the high comorbidity with depression is also not surprising in eating

20

disorders. One study notes that in a clinical sample of women seeking treatment for an eating disorder, 80% had concurrent major depressive disorder. However, there is more variability with the course of eating disorders and depression as some cases show prior depression developing into an eating disorder and others report that the eating disorder onset preceded depression symptoms (Godart 2015). Longitudinal studies highlight that adolescents with high levels of depression symptoms at are a 2.9 increase in developing an eating disorder over the 7 -year study period.

    *x.    Personality traits*

40.    Personality traits are long-lasting ways in which an individual interacts with their environment. They are typical thinking patterns and emotional tendencies that make up consistent behavioral patterns and emotional responses. Meta-analytic findings discuss that certain personality traits are common in those with disordered eating and likely function as risk factors for eating disorder development, predisposing individuals to certain ways of thinking/behaving (Cassin 2005, Zhang 2024). In particular, AN and BN consistently have high perfectionism (pursuit of unrealistic high standards), high neuroticism/high negative emotionality (tendency to experience negative moods), high harm avoidance (tendency to avoid risk), low self-directedness (associated with low sense of self-determination and self-efficacy), low cooperativeness (less able to work collaboratively with others), and obsessive-compulsiveness (Lilenfeld 2006).  Some traits may be more specific to particular disorders, such that those with AN routinely are characterized by higher constraint, persistence, and low novelty seeking and BN shows higher impulsivity (lack of forethought), sensation seeking, novelty seeking (Cassin 2005, Farstad 2016).

    *xi.    Sports Participation*

41.    Athletes may be at greater risk for eating disorders due to shared risk factors with non-athletes and sport-specific risks. For example, there is widely held beliefs that certain leaner appearances will be judged more favorably (e.g., gymnastics, figure skating, diving) and/or that leanness will improve performance (e.g., track, cycling). Further, some sports have weight classes (e.g., karate, wrestling, judo) that divide athletes based on weight such that individuals may try to gain an advantage via increased muscle mass while maintaining a lower body weight to complete in a lower weight class (Mancine 2020). While not every study finds higher prevalence of eating disorders in athletes, metanalytic evidence suggests that 1 in 5 athletes is at risk for an eating disorder, and the average world-wide prevalence of self-reported disordered eating is 19.23% (Ghazzawi 2024).  In addition, certain sports with sports environments that promote thinness may represent the highest risk, with

21

adolescent athletes 11.5 times more likely to screen positive for an eating disorder when participating in endurance sports like swimming and running and weight dependent sports (Borowiec 2023, Mancine 2020). Similar findings were reported in the United Kingdom specifically in that 16% of female athletes were reported to have eating disorders, 44% reported disordered eating, and 53% reported low-energy availability (i.e., insufficient dietary intake for exercise output) (Wasserfurth 2020, Sharps 2021). Importantly, insufficient nutrition and low-energy availability can result in psychological changes (e.g., increased anxiety, higher depression, decreased flexible thinking, lower training response, lower motivation for sport) that perpetuate restriction and problematic eating patterns. Physiological consequences of insufficient intake include poor bone and muscle health which increases risk for injury (Wasserfurth 2020).

## V.    Study Design Hierarchy

42.    Double-blind, randomized-controlled, experimental studies are considered the highest quality and most rigorous for identifying causal influences of the study designs when conducted properly (Ho 2008). Since this experimental study design involves randomizing a study population to either a treatment or control group, this effort can eliminate many sources of bias and can assess causation. The next level of study designs are observational studies consisting of longitudinal cohort studies, which examine the same population over multiple points in time to assess an association (Ho 2008). Notably, this study design is more vulnerable to issues of confounding variables if there is not a careful consideration for study methods (e.g., limiting study samples based on theoretical confounding variables; matching comparison groups on potential confounding variables) and/or statistical modeling to control the impact of these variables on outcomes. Generally, confounds are variables that can influence the independent and dependent variables and potentially distort observed relationships, leading to false conclusions. For this literature, examples include medical or psychiatric history, adverse childhood experiences, personality traits, family history of psychiatric disorders, etc. To address potential confounding issues, longitudinal studies may be designed to analyze a within-person (intraindividual) analysis to assess variations overtime within a study participant (Curran 2011). Lastly, the next level of observational studies seen in this literature are cross-sectional studies, which only assess the outcome at one point in time (Ho 2008). Cross-sectional studies are used to assess prevalence. These study designs cannot be used to infer causality because they do not determine whether the exposure occurred before the disease or disorder being studied (i.e., temporality) and they do not account for confounders.

22

43.     As for review articles, they do not provide original data. Instead, they are the authors' prospective about a particular question (e.g., systematic review) and/or the state of the literature on a topic more broadly (e.g., scoping review). Meta-analyses are a collection of studies that are analyzed. They pool effect sizes from included studies to provide effect size estimates. However, if studies in a meta-analysis have limitations, the meta-analyses cannot resolve or change those limitations, though analyses may suggest possible inconsistencies in published effect sizes and possible reasons for heterogeneity in reported effects.

## A.    Overview of Experimental Study Designs:

44.     The experimental studies assessing body image dissatisfaction and symptoms of eating disorders suffer from a number of design problems that prevent the generation of reliable data to determine whether social media use causes eating disorders.

45.     First, none of the experimental studies assessed any diagnosed eating disorder. Instead, the studies looked at body image dissatisfaction, symptoms of eating disorders, or other measures that are not diagnostic of an eating disorder (e.g., visual analogue scales.)

46.     Second, those analyzing reactions to the viewing of thin-ideal images lack ecological validity as many are done with investigator manipulated images or social media feeds that are not the actual social media app. Therefore, this use does not represent true use patterns or include members of participants actual social networks. Thus, the studies are not mimicking real feeds/real social media sites.

47.     Third, the study authors often discuss that social media may be more problematic than other medias because "peer" appearance comparisons are deemed more achievable than media comparisons. The studies, however,  usually find no differences between attractive "peers," identified influencers, and celebrities.

48.     Fourth, it is not clear that the images are truly of peers as often images selected by researchers are unknown to participants and are selected because of their high conformity to the thin/fit ideal.

49.     Fifth, demand characteristics are also likely and cannot be ruled out, in a large part, because cover stories are usually not tested to see if participants were aware of the study's aims.

50.     Sixth, there is an overreliance on college samples, mostly with individuals being in introductory psychology courses and participating in the studies for course credit.

23

Thus, there is a higher likelihood that participants are aware of deception in research, study designs, and theories about social media relationships to mental health.

51.  Seventh, many studies use measures that are not related to eating disorder severity/risk for eating disorders (e.g., VAS scales).  As a result, the responses to these scales do not provide reliable data on clinically meaningful changes for eating disorder psychopathology, disordered eating behaviors, or body dissatisfaction. Additionally, there is no data provided to show that study participants' reactions are more than a transient response.  No study provides data of a clinically significant long-term effect of randomized media image viewing.

52.  Eighth, the studies as a whole do not test specific features of social media and do not establish a valid relationship between those features and any eating disorder. Nor do they separate out the impact of content on the outcomes assessed.

53.  Ninth, several studies show that individual differences (e.g., state or trait appearance comparison, level of ideal internalization) impact relationships between media images and body satisfaction/changes in mood more so than unique features of social media.

54.  Finally, a large number of these studies are done online, with minimal validity/attention checks (if any) and large dropout rates without any comparisons to who does/does not complete the study as well as more sophisticated checks on attention to tasks. These studies are discussed in more detail below.

### B.  Experimental Studies (Eating Disorder Symptoms):

*i.  Mabe et al., 2014*

55.  Study description: The authors conducted a two-part study in which they recruited college students for course credit. Study 1 (N=960 female students) is a cross-sectional study correlating self-reported time on Facebook with scores on the EAT-26 subscales—Dieting and the Bulimia/Food Preoccupation. Results suggested a small and significant relationship between self-reported Facebook use and EAT scores in the fall (r=.11, p<.01) and spring (r=.16, p<.01).

56.  In Study 2 (N=84) participants were randomly assigned to a control or experimental condition where they were instructed to view a Wikipedia page of an animal or their own Facebook account for 20 minutes. Results suggested positive relationships between EAT-26 scales and Facebook use (e.g., importance of likes, untagging

24

photos, comparing photos, etc). However, in both conditions visual analogue scales (VAS) of preoccupation with weight, shape, and urges to exercise scores significantly dropped post the required 20 minutes on the internet—though less in the experimental (Facebook) condition (Facebook: $d=.13$, $p=.04$; Control: $d=.42$, $p<.001$). Trait anxiety levels did not change in the experimental condition but did reduce in the control ($d=.56$, $p=.02$). Authors conclude that using Facebook contributes to the maintenance of weight/shape concerns and symptoms of anxiety.

57.    Limitations: This study used the EAT-26 subscale, which by itself, is insufficient to diagnose an eating disorder (Garner et al., 1982). Therefore, it is impossible to tell from these results if Facebook use contributes to eating disorder development or maintenance. It is also impossible to tell from Study 1 or Study 2 if observed correlations between increased time/certain activities on Facebook caused higher EAT scores or if those who have higher EAT scores are more likely to use Facebook/engage with Facebook in particular ways like untagging photos. Further, there may be third variables, such as individual differences between participants, that are not explored in this study that explain the observed relationships. For example, it may be that those who engage in elevated peer comparison in general are more likely to use Facebook and also are at a higher risk for eating disorders.

58.    Specifically in Study 2, demand effects may have impacted findings given that individuals in both the control and experimental conditions were asked to first rate their preoccupation with weight, shape, and urges to exercise using VAS assessments before logging onto Wikipedia or their Facebook account for 20 minutes. They were then asked to complete the EAT-26, description of their general Facebook use, and the VAS scales again. This design may have inadvertently revealed the authors hypotheses – that Facebook use may impact body dissatisfaction and eating behaviors. Further, the primary results were driven by instructions (e.g., to only look at either the Wikipedia site or Facebook) which may not reflect actual use patterns. In addition, the authors note that the prevalence of more clinically significant variables, such as urges to vomit, were too infrequently endorsed in this sample to be used as outcome variables. This is relevant given that the participants in Study 2 were selected from Study 1 because of their higher use of Facebook—suggesting that, despite higher use, eating disorder behaviors were not very prevalent and perhaps not clinically significant. Finally, the study cannot compare and contrast peer-to-peer influences outside of Facebook and other studies suggest that social interactions in daily life can long-term impact weight/shape concerns and eating behaviors (e.g., Keel et al., 2013). Thus, it cannot be determined if Facebook interactions were similar, better, or worse for body image/eating behaviors than face-to-face social interactions.

*ii.    Fardouly et al., 2015*

59.    Study Description:  During this study, 112 female university students and young staff between the ages of 17 and 25 were randomly assigned to browse for 10 minutes one of the three types of material: their own Facebook account (n=38), a fashion magazine website (n=36), or an appearance-neutral crafting website (n=38). Before and after viewing the websites they answered questions about their state mood and body image concerns. To reduce demand effects, the authors describe a deception to convince participants that the study was about memory function in relation to media use and asked several memory-related questions as well. Negative mood increased following browsing Facebook compared to the control condition ($\beta$=.34; $t(67)$=2.51; $p$=.013). However, there was no reported differences between the changes in negative mood between the Facebook and Magazine conditions. Only the comparison between the magazine and control condition was significantly different on the appearance discrepancy scale (e.g., what participants wanted to change about themselves, how different they want to be, and how important this change was). The authors did not find that Facebook was related to increased body dissatisfaction or desire to change shape/weight, but viewing the magazine website was ($\beta$= .28, $t(99)$=2.54, $p$=.013).

60.    Limitations: A large percentage of the participants in this study were university students participating in research for course credit in psychology courses. It is possible they were already exposed to ideas about relationships between media use and mental health. Importantly, the other subset of participants were paid and recruited across campus.  The authors do not state if there were differences in eating disorder psychopathology between the two recruitment methods, though they note that the groups were not different in age or BMI.  Similar to other studies, participants may have felt demand effects (despite the deception) when reporting changes in feelings of depression, anxiety, anger, confidence, happiness, physically attractiveness, fat, satisfaction with body size and shape, as well as satisfaction with their: romantic relationship, financial status, housing, and social life before and after viewing the websites. This is because they were asked these questions immediately before and after viewing the websites – suggesting a hypothesis about changes in these scales. Negative mood increased post the Facebook condition, but the authors note that this variable should be reviewed with caution because a substantial amount of mood data was missing post-exposure. The authors also do not describe a difference between the Facebook ($M$=31.24) and magazine conditions ($M$=27.48) in terms of changes in negative mood, suggesting that they were not different and the magazine condition deceased mood more than the control condition.  This seems true as Table 1 shows a mean negative mood value following the magazine condition is higher than the average negative mood of controls ($M$=

20.38) but not reaching significance. The authors suggest that social media sites may also show more face/hair photos rather than full body images which may not impact body image satisfaction as much. However, the types of pictures viewed on Facebook cannot be evaluated in this study as each participant simply viewed whatever they wished on their own Facebook accounts. Finally, effect sizes are small and are not related to eating disorder symptoms or a diagnosis of an eating disorder.

*iii.      Cohen & Blaszczynski 2015*

61.    Study description:  Using online advertisements, 229 participants were recruited and a final sample of 193 were utilized for analysis following quality checks (e.g., manipulation checks, questionnaires completed).  The first study is cross-sectional, correlating Facebook use with body image dissatisfaction, self-esteem, thin ideal internalization, appearance comparison tendency, and EAT-26 scores (e.g., "eating disorder risk).  The second study is an online randomized exposure to media images of the thin ideal or mock Facebook profile pages.  Results indicated that higher Facebook use (i.e., hours of use by uses per day by days of use per week) was associated with higher initial body dissatisfaction ($r$=.196; $p$<.001), EAT-26 ($r$=.166, $p$<.05) scores, and appearance comparison ($r$=.173, $p$<.05). The authors did not find evidence that the type of thin-ideal exposure (i.e., Facebook or media) moderated relationships, such that only the tendency to engage in appearance-related comparisons predicted changes in body image dissatisfaction after thin-ideal exposure ($\beta$=.073, $t$=-3.079, $p$=.002). The authors then explored this finding in each condition independently and report that, only in the Facebook condition, was appearance comparison a significant predictor of changes in body image dissatisfaction above and beyond baseline self-esteem and thin-ideal internalization ($\beta$=.074, $t$=3.093, $p$=.003). The authors conclude that the mock Facebook page and media images similarly impact body image dissatisfaction via appearance comparison but relationships between appearance comparison and body image dissatisfaction may not be stronger due to Facebook use.

62.    Limitations:   Similar to above cited studies, the same limitations of cross-sectional analyses in study 1 apply in this study. Most importantly, the inability to establish causality because predictor and outcomes are measured at the same time.  Thus, it cannot be determined if higher Facebook use caused higher body dissatisfaction, eating disorder symptoms, tendency to engage in appearance related comparisons, or thin-ideal internalization or if higher Facebook use is a consequence of these traits/behaviors. It is also not clear form this study design if another variable could account for the observed relationships between variables. Thus, Facebook use, as measured in this study, does not seem to meet a strict definition of a risk factor for

27

body image dissatisfaction or eating disorder symptoms because temporal precedence cannot be established (Stice 2002).

63.    For the exposure experiment, the use of a mock Facebook page is not representative of each individual's Facebook feed. Further, demand characteristics may have influenced participant responses, because they were asked about their body image before and after exposure to the Facebook and media images. Because the study was entirely online, it is impossible to be sure how invested the participants were during the exposure task, even with a manipulation check. All outcomes and predictors were also all self-report. There is no discussion about the severity of eating disorder symptoms (i.e., there is no description of the average/range of body image dissatisfaction or EAT-26 scores) nor is there an association with an eating disorder diagnosis, so it cannot be determined the clinical relevance of these findings.  Finally, it's unclear why the authors chose to explore the relationship between appearance comparison and body image dissatisfaction by condition as neither the condition variable nor interaction term was significant in their full model.

       *iv.    Tiggeman & Zaccardo, 2015*

64.    Study description:  During this study 130 female undergraduate students (ages 17-30; $M$age =19.91) were randomly assigned to view either Instagram images of thin/fit ("fitspiration") images or travel images on an iPad. Analyses explored if state appearance comparison mediated findings and if trait appearance comparisons moderated findings. Results suggested increased negative mood and body image and decreased appearance self-esteem compared to travel images ($p$s<.001 – medium effect sizes) and that state appearance comparison mediated these findings.

65.    Limitations:  The authors pulled images of both travel and "fitspiration "images from Instagram and created a series of photos that participants viewed.  The artificial nature of this experiment more closely resembles viewing magazine photos than general tendencies of using social media platforms.  Importantly, the design of the study – first asked about social media use, the gave mood/body dissatisfaction measures, then shown images from Instagram, and then asked about mood, body image, and appearance comparison.  This methodology increased the likelihood that participants would learn the goals/hypotheses of this study.  An additional limitations is that the sample was comprised of young female college students – which may not generalize to other populations.  Finally results were not correlated with eating disorder symptoms, or an eating disorder diagnosis.

*v.      Brown & Tiggemann, 2016*

66.     Study description:  In this study 138 female undergraduates (between 18 and 30 years of age – with a mean age of around 20 years) received course credit for their participation in viewing images of celebrities, idealized peers, or travel destinations. Participants were randomly assigned to one of the three conditions. All participants answered questions about media use and baseline body satisfaction and mood levels prior to seeing images and then again post-images. As expected, those who viewed images of celebrities or idealized peers reported lower body satisfaction and mood than those who saw travel images ($ps<.02$; partial squared values from .04-.08 suggest small to medium effect sizes). There were no differences between those that viewed celebrity or peer images in terms of resulting body image satisfaction or mood. The authors also conclude that the state level of appearance comparison mediated these relationships, such that an image's impact of body image/mood may not depend on how similar or not the image is to the viewer (i.e., not consistent with social comparison theory). Further, the authors conclude that individual levels of "celebrity worship" impact how impactful viewing images of celebrities was to an individual's level of body satisfaction/mood. These findings again suggest complex relationships between media and body satisfaction and mood, such that individual differences in certain traits (e.g., celebrity worship) may impact relationships stronger than media type (celebrities/peers) or platform (magazines, internet).

67.     Limitations: Also, similar to other studies, the images were pulled from Instagram, but presented in a slide show format that does not mimic social media scrolling, reducing the ecological validity of the task.  All that can be said from the results are that images taken from Instagram has a similar effect as other types of media as this study does not explore the unique features of engagement with social media platforms. Also similar to other studies, demand characteristics are high with participants being asked first about their social media usage and then about their body satisfaction and mood followed by 1 of the 3 sets of images and then asked again about their mood and body image as well as their tendency to compare themselves and their level of celebrity worship. Undergraduate students were used again in this study for course credit, which limits the applicability of the findings to other samples.  It also introduces potential bias as these individuals may be learning in their courses about study designs, psychological theories, or other information that can impact the study results.  Finally, similar to other studies, the outcome measures are not directly tied to eating behaviors, severity of body image dissatisfaction/mood, or an eating disorder diagnosis. In addition, there is no comparison of how similar or not individuals in this sample respond on these measures to those with eating disorders, before or after the intervention.  There is

also no assessment of whether the intervention participants experienced clinically meaningful changes in body satisfaction.

vi.     *Tiggemann et al., 2018*

68.     Study description:  In this study, 220 female undergraduate students (ages 18-30; *M*age = 20.13 years) viewed thin-ideal or average images accompanied by either high or low number of likes using an Instagram-like medium. The authors conclude that thin ideal images negatively impacted body image more so than average images.  However, the number of likes did not impact findings ($p$=.67).  The time spent on Instagram or investment in getting likes did not impact outcomes. The authors conclude that the number of likes did not affect appearance comparison or body satisfaction but did report an association with facial dissatisfaction.

69.     Limitations:  As in previous studies, VAS scores of body image satisfaction were used which do not assess  clinically relevant change using these scales. VAS scores were not correlated with measures of disordered eating or related to an eating disorder diagnosis.  The study title was, "Recreational use of Instagram," which already indicates to participants that Instagram use was being evaluated which, when paired with the title of the lab, "Psychology and Media research laboratory," introduces demand effects. As with other studies, the demand characteristics also may be present due to the procedures of the study in which participants rate their level of mood, body satisfaction, and facial satisfaction pre and post image viewing as well as their tendency to use social media and to compare themselves to others (post images). Again, participants were also students receiving course credit, increasing the likelihood that participants are more aware of psychology experimental design and theories which may impact their response styles. Images were presented in a slide show format, which is clearly not mimicking a true use experience on the Instagram platform and, therefore, conclusions can only be made about the content of images not the specific use of the Instagram platform.  The fact that the images were clearly not on Instagram may have also limited the impact of "like number" on mood and body satisfaction, as it becomes clear that this could be experimentally manipulated in the slide show format unlike on a live feed. Participants could also not engage in deciding to like or not like a photo, limiting further the test of unique features of social media compared to traditional media. Similarly, the study did not use known peers but unknown peers which may be less impactful and more like celebrity/model comparisons than true peers. The age range—older adolescents to adults—may not be primary targets for appearance comparisons and the sample was primarily Caucasian and all sample images were Caucasian.

*vii.    Kleemans et al., 2018*

70.    Study description:  This study explored the effects of manipulating photos on body satisfaction in adolescent females (ages 14-18 *M*age – 15.9) and examined the moderating effect of greater tendency to socially compare oneself to others. The authors created a series of Instagram photos which were manipulated by the study team and not presented on Instagram. They were instead presented as screen shots from Instagram. The authors used only editing techniques form Instagram to edit photos and utilized a cover store/deception to try and limit demand bias. Under the study conditions, the manipulated photos more negatively impacted body satisfaction ($p$=.021; r=.16);  social comparison was associated with lower body image satisfaction at a greater effect that image type $(p<.001; r$=.31); the effect of the manipulated images was strongest for those with higher social comparison tendencies ($p$<.025; $r$ = .16); and the effect of image type was only present for those with a higher tendency toward social comparison. Thus, those with a lower tendency to engage in social comparison did not differ in body image satisfaction after exposure to either original or manipulated photos ($p$=.48) and original images also negatively impact body image satisfaction for those with high levels of social comparison tendencies ($p$=.04; $r$-.15). Findings highlight the importance of individual characteristics, such as social comparison tendencies, when viewing images that are manipulated or not.

71.    Limitations:  The entire study was done online, such that engagement with the material is harder to determine as is who completed the study, if the study was done independently by the participants, if they were doing more than one task at once, etc. Snowball sampling was used such that individuals who participated suggested additional participants, limiting the generalizability of the sample via removing the benefits of random sampling and potentially increasing homophily (individuals referring individuals similar to themselves) (Kazdin 2021). With this type of sampling, it is also then hard to estimate sampling error, because inclusion is not random in the sample (Kazdin 2021). Thus, statistical significance and resulting conclusions become questionable as the sample may not be very representative of the proposed population (e.g., adolescent girls). While the authors used a cover story, it was vague ("to investigate the how contextual factors affect preferences for different face types").  It is not clear from the follow-up data how well this deception worked as there is no report on the success of the deception. Participants were not asked after the experiment what they thought the study was assessing. Further, participants were asked after seeing images how they felt about their body and their tendency to compare themselves to others—potentially increasing demand bias. Further, the authors report using the body image state scale which was created for those 18 and up and this study includes individuals 14-18 with a

mean age of 15.9 years. The authors do not include a comparison of the two conditions (manipulated versus not manipulated photos) different on levels of body dissatisfaction or social comparison- which is important given that the sampling method is not random even though the assignment to condition was randomly assigned, though they do not describe how individuals were randomly assigned to conditions. The design also lacks ecological validity of real-life Instagram use. The effects range was from small to medium. The data also do not provide an assessment of clinically significant symptoms, relationship to an eating disorder diagnosis, or the longevity of effects, as only short-term outcomes were assessed. Additional limitations listed by the authors also include that the manipulation may have been too small for individuals to discern between manipulated and non-manipulated photos and that results may be different if known peers were used in the photos versus unknown peers.

### viii.    Sampson et al., 2020

72.     The primary aim of this paper is to explore the impact of idealized facial images on facial and, in particular, smile dissatisfaction. While the authors also report on body image satisfaction, the images were centered on the face and none of the idealized images included the whole body. The results showed no changes in body satisfaction. The methods of this study were not analyzed further given that the primary limitation is lack of eating-disorder-relevant idealized imagery, given that facial dissatisfaction is not considered a risk factor for disordered eating. Also, there were no included measures of BDD symptoms and the authors do not discuss how/if their measure of facial satisfaction has an established relationship with clinically significant symptoms of BDD. Thus, no conclusions can be made about results relating to BDD symptoms. In addition, the methods suffer from similar methodological limitations as above studies including reliance on college samples, demand effects (given that participants were told the study focused on social media), conclusions can only be based on the images themselves not on the aspects of social media given that participants were not invited to review likes/filters etc, and there is no measured relationship between the brief observed increase in facial satisfaction with clinical outcomes of any kind.

### ix.    Engeln et al., 2020

73.     Study description: In this study, the authors compared social media use between Facebook and Instagram use to a control condition. 308 undergraduate college women (ages 18-26, $M$age=19.4) were randomly assigned to use Facebook, Instagram, or play a matching game. Participants engaged with their own accounts

versus false accounts or images taken from sites and to engage with their feeds the way they typically would. Participants completed measures of body satisfaction pre- and post-intervention. Results suggested that participants spent more time viewing images of people on Instagram than Facebook. Results suggested that only those in the Instagram condition showed significant increases in body satisfaction and decreases in mood pre-post time spent on social media (all $p$s of the condition x time interaction <.004). Further the authors report that both in Facebook and Instagram individuals reported thinking about their appearance more. However, only Instagram showed negative effects such as lower body satisfaction and mood.

74.   Limitations: Participants were undergraduate women and approximately 42% were taken from undergraduate psychology courses for course credit. Results cannot be extended to other samples, including men, and as noted previously, this convenience sampling method may increase the likelihood of exposure to course content on psychological study designs, demand effects, and theories of relationship between media and mental health that can impact findings/responses of participants. The study also was described as a "research study on social media" that was "investigating how various types of social media can influence how you think and feel."  With this description, participants may already be primed to thinking about negative influences of social media and select to participate in this study based on previous biases that are unmeasured in this study.  The study also introduced demand effects by having participants answer questions about mood and body image prior to and post engaging with Facebook, Instagram, or the game. While body satisfaction and mood decreased post social media site use, the study does not provide data showing clinically meaningful changes; data about eating disorder behaviors, or eating disorder diagnoses; or data showing any effects were lasting or more than transient.

   x.   *Tiggemann & Anderberg 2020*

75.   Study description:  Aims of this study were to explore the impact of idealized body images on males. Three-hundred men ages 18-30 (*M*age = 24.9) were randomly assigned to view fashion images of clothed or bare-chested males or scenery control images and the authors expected that, similar to women, all pictures of fit and attractive men would elicit body dissatisfaction compared to the scenery images and that men higher on social comparison theory and who internalize the muscular ideal would have the greatest negative changes in their body image following viewing idealized pictures of men from Instagram. The authors recruited via Turkprime – such that the entire sample was recruited and completed the study online.  The same profiles provided both clothed, unclothed, and scenery pictures

33

such that the same feeds provided pictures for all conditions. Results indicated that only viewing bare-chested ("fitspiration") images decreased body satisfaction significantly for males both in comparison to scenery pictures ($p=.014$; partial eta squared $=.02$) and in comparison to the same men clothed ($p=.023$; partial eta squared $=.03$). Viewing different images also related to different motivations, such that viewing the fashion/closed images and the fitspiration/bare-chested images related to greater inspiration to exercise, viewing fashion images increased desire for new clothes, and viewing scenery images increased desire for travel. There seemed to be low levels of body comparison in this sample and appearance comparison was not associated with changes in body or facial satisfaction after viewing images. Muscular-ideal internalization also did not moderate effects of fashion/fitspiration images.

76.    Limitations:  As with studies using female participants, the photos were from Instagram but where put together like a slide show with the Instagram feed backdrop. Thus, the viewing experience is not the same as using social media, nor are the participants able to interact with the images (e.g., like, comment, etc). As with other studies from this lab, demand characteristics were introduced as participants completed questionnaires about their social media use and body satisfaction, mood, and facial satisfaction before viewing images from one of the three conditions and then answered questions again about the body satisfaction and mood as well as their internalization of the muscular ideal and tendencies towards appearance comparison. Further, the study title was "Instagram Study" such that individuals chose to participate across available studies on TurkPrime presumably in part due to the title. Thus, there may be beliefs about social media and Instagram use that drew participants to this study. The authors do not describe their attention checks for the study, which is very relevant for TurkPrime data – given that there is no oversight of the data collection (e.g., who is answering questions, if they are distracted/doing something else, etc). Similarly, the authors did not disclose how much they paid participants for the study, which is important in determining if there was enough/but not too large or an incentive. This study does not provide data showing that any effects were of clinical significance, a relationship to eating disorder symptoms or diagnosis, or that the reactions to the images was more than transitory (Frededrick 2016, Morrison 2004, Yelland 2003).

### xi.    Lowe-Calverley & Grieve 2021

77.    Study description:  The goal of this study was to explore the impact of influencer status (e.g., popular assessed via number of followers and less popular with fewer followers). Women between the ages of 17 and 40 ($M$age $= 23.4$ ) were recruited to

view either idealized images from popular or not popular influencers or nature images. Participants were mostly college students recruited from campus advertising. They reported on mood and body dissatisfaction using VAS before and after viewing images. Regardless of the influencers popularity, viewing thin-ideal images was associated with lower body image and mood *(p<.001; d*=0.66- medium effect). As stated by the authors, "there were no differences between idealized female influencer images with high compared to low metrics." Thus, the feature of the social media platform (e.g., ability to tell how "popular" an influencer is) did not significantly alter the impact of thin-ideal images on viewers.

78.    Limitations: Participants viewed a slide show of thin-ideal images not familiar to the participants. Thus, the lab experiment did not mimic the traditionally scrolling pattern of Instagram use—reducing generalizability of conclusions. Demand characteristics were also introduced given the pre-post measurement of mood and body image VAS scores. This study also does not provide data showing that any effects were correlated with eating disorder symptoms or diagnosis or that the reactions to the images was more than transitory (Frederick 2016, Morrison 2004, Yelland 2003).

*xii.    McComb & Mills 2021*

79.    Study description: Using the undergraduate research pool, 142 female psychology undergraduate students (18-25; *M*age=19.1) were recruited for this study for course credit. Participants were randomly assigned to view either thin-ideal images or nature scenes. They were then asked to compare their own bodies to those in the images (e.g., forced comparison). The authors conclude that individual differences in personality and cognitive coping styles show the largest drops appearance and weight satisfaction post viewing idealized images. Specifically, high levels of appearance perfectionism resulted in lower confidence and more body dissatisfaction. Differences in tendencies were not assessed as all individuals were instructed to compare bodies to the images per the study design.

80.    Limitations:    The sample is a convenience sample of undergraduate female psychology students who may have learned/be learning about study methods in psychology as well as relationships between body image/mental health, and media/social media. The forced comparison is not necessarily typical use behavior on social media neither is looking at the same models comparing their own body to the thin-ideal bodies for 10 minutes. Demand characteristics are likely given the forced comparison task and asking about body image pre and post intervention. Conclusions highlight the importance of individual differences in responses to

media images, but the condition may not be generalizable. The images were selected from Instagram by researchers and participants were instructed to view and respond to the images in a particular manner. The images were not known to the participants, potentially making them more like traditional media images than "peers." This study does not provide data showing that any effects were related to clinically significant eating disorder symptoms or an eating disorder diagnosis; or that the reactions to the images was more than transitory (Frederick 2016, Morrison 2004, Yelland 2003).

*xiii.    McComb et al., 2021*

81.    Study description:  The goal of this study was to explore the use of disclaimers about photo editing on body image and mood outcomes in young women after viewing thin-ideal images on social media sites. 311 female undergraduate students were recruited for an online study via a college website to participate in experiments for course credit. The authors used a cover story indicating that the goal of the tasks were to evaluate the effectiveness of different marketing strategies on Instagram. As such, they included questions about shopping habits and questions about effectiveness of advertisements. Participants viewed the same 12 images without a disclaimer, with a warning, with a general disclaimer, or with a specific disclaimer. They rated mood and body image pre and post viewing the images. Body satisfaction decreased in all conditions follow thin-ideal image exposure regardless of disclosure captions with a small effect (p=.034, partial eta squared = .02). There was no interaction between condition (i.e., disclosure type) and time. Symptoms of anxiety, happiness, and confidence decreased pre-post exposure to thin ideal images (ps<.001; partial eta squared = .05 –.11 moderate effects) but these changes were not dependent on condition. Symptoms of depression did not change pre-post image exposure.

82.    Limitations:  The authors provide a cover story to reduce demand effects in this study. However, there is no check on how much participants believed the cover story. Therefore, the influence of demand effects remains and any reduction of demand effects was not measured.  They did a manipulation check to determine if participants were at least paying minimal attention to the images, however, as it was an entirely online study it is impossible to tell the level of attention.  As with many experimental studies in this literature base, the participants were all college students receiving course credit for choosing to participate in online studies.  They may be more aware of psychological study designs and theories about relationships between media and mood/body image which can influence their response style and limits generalizability of findings. An additional limitation to generalizing findings

36

to Instagram use is that the images were not presented on the Instagram platform (despite coming from Instagram) thus the experience did not mimic daily-life use and the images were of Caucasian women only.  As with other studies, the VAS scores for mood and body dissatisfaction were used.  Yet, they have no marker of clinical significance, a relationship to eating disorder symptoms or diagnosis, or a way to determine clinically significant change.  There was also no data provided to show that the reactions were more than transitory.  Of note, the participant's anxiety reduced during the experiment and the authors explain that this may be because participants became more comfortable during the explement.  However, these findings also highlight the complex interaction of mood and that external events, unrelated to what is viewed in images on social media, may also be impacting individuals when they are engaging with social media.

*xiv.    Pryde & Prichard, 2022*

83.    Study description:  The study aimed to determine the effects of watching "fitspiration" videos on TikTok on young women's mood and body satisfaction and to determine if effects were mediated by state levels of appearance comparison and moderated by trait levels of fit ideal internalization. Young women (n=120) between the ages of 17 and 25 (*M*age = 21.1) were randomly assigned to view either 10 minutes of fitspiration videos from TikTok or 10 minutes of art videos. Although there was a significance interaction between condition and time (p<.001, partial eta squared = .096), state body dissatisfaction did not decrease after viewing fitspiration videos but rather improved after viewing art videos.  The interaction was also significant for condition by time for mood changes (p=.008, partial eta squared = .057) and suggested that mood decreased following fitspiration videos but did not change following art videos.

84.    Limitations: Recruitment for this study included participants from a college sample (n=70) and from the larger community (n=50), yet the only measure in which they compared the two samples was on BMI. They determined that the BMI was not different between the two samples, but did not report on average levels of other key variables in the study (e.g., level of education, social media usage, activity, body satisfaction or negative mood).  Thus, it is not clear that the two samples were really similar across all relevant measures.  This is important given that the college sample was recruited via website for course credit and college students may be exposed to psychological theories and study designs that can influence responses. The authors did compare conditions (art versus fitspiration videos) and showed that the randomization to condition did not result in differences in these variables – but the same care was not taken with establishing the two samples (which were also

37

compensated differently – course credit versus monetary compensation). The entire study was online with minimal checks (asking if they would share the video after viewing it) for reliable responding. Using the VAS scores for changes in body dissatisfaction and mood changes do not allow for determining clinical significance of changes, or the relationships of changes with eating disorder symptoms and/or an eating disorder diagnosis. The study also did not provide data showing that the reactions to the images was more than transitory. Use patterns are also likely very different form the format studied in this experiment where individuals see 10 minutes of the same type of video, likely increasing demand effects.

*xv.       Joiner et al. 2023*

85.    Study description: Aims of this study included exploring the impact of watching TikTok dance videos – with thin-ideal and larger-body dancers on body satisfaction. The authors completed 3 studies around a central hypothesis that thin-ideal videos will increase body dissatisfaction and larger bodies will increase body satisfaction because of thin-ideal internalization and social comparison tendencies.

86.    In Study 1, 262 participants (18-25 $M$age = 20.1) were recruited online via either social media pages or Prolific and randomly assigned to view either 6 control videos, 6 thin-ideal dance videos, or 6 larger body dance videos. Individuals with past eating disorders were excluded, though it is not clear how their current eating disorder status and history were determined. Study 1 results demonstrated that body satisfaction increased following larger-bodied dancers and the control videos ($p$s<.015; $d$=26 and $d$=.16). The change from pre-post thin-ideal videos was not significant, showcasing small effects across all conditions. In Study 2, 280 female participants ($M$age 21.3) were recruited online to be randomly assigned to one of the 3 conditions. The authors, however, changed the music of the videos to be the same in each condition and explored the moderating effects of a tendency to make appearance comparisons and thin ideal internalization as well as if state appearance comparisons explained a relationship between media exposure and body satisfaction. Again, they completed measures of body satisfaction, mood, and media use prior to viewing images and body satisfaction and mood post images as well as rating the attractiveness of each dancer following each video. They also answered questions about the thin ideal internalization and comparison making prior to viewing the videos in this study. In study 2, the interaction between time and condition was significant such that those who viewed thin-ideal dancers showed a small decrease in body satisfaction ($p$=.019; $d$=.24) and an increase on body satisfaction after watching videos with larger bodies. Further, the authors report that a majority of the participants who watched the thin-ideal videos engaged in more upward social comparisons. Neither trait thin-ideal internalization or appearance

38

comparison moderated findings and state appearance also did not mediate relationships.  In Study 3, the authors attempted to reduce demand effects using a post-only assessment design. 373 participants were recruited from Prolific for an online study where they were randomly assigned to watch videos with thin ideal dancers, larger bodied dancers, or a control. They were asked about their body satisfaction only post-exposure to the videos. They report a small ($p$=.009; $d$=.27) difference in body satisfaction between those that saw the thin-ideal video and those that saw the larger dancer.

87.     Limitations: Demand characteristics were high for Study 1 and Study 2, as participants were asked about their social media use and asked to rate their body satisfaction before and after watching the videos and after each video were asked to rate the attractiveness of the dancer in the video.  Despite many authors suggesting that social media allows for easy comparisons to peers, these studies purposely select unknown profile pages to show participants. This may be more similar to viewing models or media images of unknown people that true peers. The study was online and the engagement of participants is impossible to determine. They authors only removed those participants who completed the questionnaire too quickly (less than about 4 minutes). No other quality checks were done and it's not clear how it was determined if participants did or did not have an eating disorder currently or in the past, despite authors reassurance that individuals with current or history of an eating disorders were excluded.  Of note, even in the final study, the participants were asked about their social media use before seeing the videos and authors do not share how their studies were advertised (title of the study), such that demand effects are still possible. The authors did not ask participants at the end of the study what they thought the studies were about to test for demand effects, so it's not clear to what extent these influenced findings in any of the three studies. Effect sizes were also small across all three studies and not tested for any relationship with disordered eating behaviors, thoughts, or diagnosis. The study also lacked ecological validity because the sample was mostly white, videos were of all white women, and the study design of watching multiple similar videos in quick succession does not necessarily match typical use patterns and would not match individual participants TikTok feeds. VAS scales were used for this study which does not assess clinically significant findings in changes in body satisfaction or mood.  This study also does not provide data showing that the responses to the videos was more than transient.

        *xvi.    Thai et al., 2023*

88.     Study design:  The authors aim to explore how time away from social media might impact body dissatisfaction.  The authors note limitations in previous studies

including the correlational nature of much previous work which prevents casual conclusions and the over-reliance on self-reported social media use. The authors highlight that self-reports of social media use correlates only weakly with device-tracked metrics of use (Parry et al., 2021). Thus, actual use may not be well represented by self-reports.

89.  Male, female, and other participants (n=220; ages 17-25) were randomly assigned to limit social media use to one hour a day or have unrestricted access to social media. The sample was specifically selected to be "distressed" and frequent users of social media use and they were asked to limit their use to 60 minutes a day for three weeks. Their use was assessed via screen time trackers and they were given baseline and post intervention measures on changes in appearance and weight esteem. The authors describe their randomization protocol. The sites tracked included: Facebook, Instagram, TikTok, Snapchat, Twitter, Pinterest, and Tumblr via screen shots of their usage sent to the researchers. Use patterns were tracked and checked by researchers. Level of distress was determined by Center for Epidemiological Studies Depression Scale (CES-D; Bradley et al., 2010) and the Generalized Anxiety Disorder Scale (GAD-7, Spitzer et al., 2006). Those with reduced social media use showed increases in appearance ($p<.001$; $d=.33$- small to moderate effect size) and weight esteem ($p<.001$, $d=.27$- small). Those in the control condition who were not asked to reduce their use patterns did not show weight/appearance esteem improvements over the course of the study. Notably, those in the control group did not show decreases in weight/appearance esteem.

90.  Limitations:  Demand characteristics cannot be factored out as participants may expect that reductions in social media would improve esteem. This is more likely because the sample was a convenience sample of college students participating for course credit in an introductory psychology course – meaning exposure to study designs and theories about social media use and mental health are possible. There were also small effect sizes found between the groups. Further, the authors note difficulty in their data collection method for tracking use on other devices (e.g., iPad, computer) such that they could not control for social media use on devices other than the phone.  Although there was high compliance, not all participants sent screen shots of use for all days and the average use in the intervention condition was higher at 78.25minutes then the instructions for the intervention group (supposed to be 60 minutes a day). However, social media use was significantly lower in the intervention than the control group and there were no observed differences in use prior to starting the intervention (e.g., at baseline). This study does not provide data showing relationships with outcomes and eating disorder symptoms or diagnosis (Frederick 2016, Morrison 2004, Yelland 2003). The outcomes measures were appearance and weight esteem, which were not correlated

with disordered eating outcomes in this study. No other outcomes like negative mood are described or reviewed either that might indicate clinically significant changes. The authors do not discuss how they managed any missing data.

xvii.    Cowles et al., 2023

91.     Study design: The authors in this study were interested in understanding the effects of body positivity messages on body image and if images and or verbal posts on Instagram differentially impacted body image and mood. Women (n=195) ages 18-30 ($M$age = 21.21) were randomly assigned to view body positive image and captions, body positive captions, body positive image, or thin-ideal images. The groups were not different in baseline reports of body satisfaction or mood. Positive mood increased in all conditions (time showed significant effect;  $p<.001$ and partial eta squared = .06-medium effect- but not condition or interaction).  However, when controlling for individual differences in body appreciation, the significance differences remained only for the image plus caption condition. Negative mood decreased in all body positivity conditions (all $ps<.005$)  but negative mood did not change in the thin-ideal condition (did not improve or worsen). All body positivity conditions also showed improvements in body satisfaction (all ps<.005) but decreased following thin-ideal images ($p<.001$). The authors also note that participants in the body positivity groups with images (combined with captions and images alone) also showed higher post-image body satisfaction than those in the thin-ideal group (all $ps$ = or <.05). Contrary to previous studies, the state levels of body appreciation and self-objectification did not influence results and groups did not differ in broad conceptualization of beauty post-images. Thus, body positivity viewing as not associated with differing beauty ideals.  However, trait levels of body appreciation moderated the effect such that only for those in the combined caption and image body positivity condition did body satisfaction increase post intervention ($p<.001$). Finally, the authors note that the participants reported more positive attitudes towards the body positivity accounts than the thin-ideal accounts ($p<.001$).

92.     Limitations:  The study includes some of the same demand characteristics in that body image and mood are rated prior to and post viewing images/captions. The authors provide a cover story but do not test the effectiveness of the cover story by asking participants what they thought the study was about. Further, many of the measures in the post-test include a variety of questions about body image, body positivity, self-objectification.  They use the same VAS scales which are not related to clinical eating disorder symptoms or diagnoses, or clinically significant changes. They are not able to determine how long changes in body satisfaction last or the

41

number/level of exposure to body positivity needed for acute changes in body satisfaction and mood because similar images with/without captions are presented in a block which is unlike typical scrolling. Further, the caption-only conditions lacked ecologically validity (captions not usually presented without images) as did the intervention given that participants were not able to engage with the platform the way they typically do on Instagram. Finally, this was a convenience sample of college students in psychology courses – who may be more attune to study designs and expectations related to media use and the entire protocol was online preventing more sophisticated checks on attention/engagement.

xviii.    *Seekis & Lawrence, 2023*

93.    Study design:  In this study the authors explore the impact of body neutrality content (e.g., what the body can do versus how it looks) on body satisfaction in mood in college-aged women compared to thin-ideal and non-body content. 189 undergraduate women (ages 17-28; $M$age =19.3) watched TikTok videos of body neutrality, the thin-ideal, or art (controls). Participants came to the lab in groups and were randomly assigned to conditions and sat in a computer lab to watch the videos. Body image and mood questions were asked prior and post watching the videos. Several questions were asked to make sure that participants were paying attention to the videos. Participants were determined not to differ at baseline on relevant measures such as pre-exposure mood and body dissatisfaction and use of social media. Body satisfaction was higher in the body neutral than thin-ideal condition ($p$<.001; $d$=.76- moderate-large effect) as was positive mood ($p$<.001; $d$=.71 – moderate-large effect). Finally, more participants in the thin-ideal group reported engaging in upward comparisons than those in the body neutral group (p<.001; $d$=1.23 – large effect).

94.    Limitations:  The study is also limited, as are others, by a primarily white female college sample doing the study for course credit. Thus, the sample has the same limitations of increased awareness to psychological awareness, theories about media use and mood/satisfaction. While the authors asked in-depth questions to ensure participants were paying attention to the videos, participants only had to answer two of the three attention check questions to remain in the study. The authors did not provide a check of their cover story and demand effects remain. Further the study's design in the lab with research created video blocks from TikTok is not ecologically valid and not normative use patters. In addition, the changes in mood and body satisfaction were not related to clinically significant eating disorder symptoms or an eating disorder diagnosis outcomes. There is also no data showing that any reported responses to the videos was more than transitory.

*xix.    Prichard & Button, 2023*

95.    Study design:  Goals of this study were to examine the impact of different Instagram posts (body positive, idealized, and nature) on body satisfaction for men and women. Adults (n=371; F=230 and M=141) ages (18-29; *M*age = 20.3) who were mostly white (81.6%)  viewed either idealized, body positive, or nature images and completed pre- and post-measures of body satisfaction.  Most participants were recruited from introductory psychology courses research participation pools for course credit. Others were recruited from the psychology department newsletter and some from social media posts. The authors measured body satisfaction with both VAS scales pre- and post-images as well as the Perceived Effects of Media Exposure Scale (PEMES) which assesses how participants feel about specific body parts rather than their overall body satisfaction. The authors report a small effect of men having higher body appreciation than women ($p$=.003, partial eta squared = .02), experimental condition (idealized, body positive, control) did not impact body appreciation for either sex. There was a significant effect of condition on body satisfaction ($p$<.001 and partial eta squared = .05 – moderate) but the interaction with gender was not significant. The authors examined the interaction, anyway, finding that females who viewed idealized images reported lower body satisfaction than those who viewed body positivity images but that there were no differences between idealized and nature images. Males did not show changes pre-post body satisfaction using the VAS.  Of note, none of the planned comparisons are really interpretable since the interaction term itself was only trending significance ($p$=.064, and a small partial eta square=.02). When they explored the post-test differences using the PEMES, they found a small effect of body condition ($p$<.001 and a large partial eta square = .16) and the interaction with gender by condition ($p$<.001, and a small partial eta square =.04). Female and male participants who viewed idealized images scored lower on the PEMES-Weight subscale than those in the body positivity or control conditions *(ps*<.001).  Females in the body positivity condition scored higher on the PEMES-Weight subscale than those in the control condition (*p*<.001). Finally, they note that females self-reported higher viewing of body positivity posts on their own Instagram feeds than did males at a large effect *(p*<.001; partial eta squared =.22).

96.    Limitations: Recruitment for this study was largely from introductory psychology courses and the psychology department and the study was already identified as being a social media use study in the title ("Instagram and Memory"). The authors debriefed participants but did not assess how well their cover story held. These aspects of the study's design, coupled with the pre-post assessment of body image satisfaction, increase the likelihood of demand affects and participants choosing to

43

participate in this study already being interested or having opinions about social media use. VAS scores for body satisfaction were used.   The study did not include measures of eating-disorder- or BDD symptoms, preventing assessment of clinical relevance of increased or decreased VAS body satisfaction scores across groups. Of note the interaction term for VAS body satisfaction was interpreted despite only reaching a trend. Thus, all conclusions must be tempered with the knowledge that gender did not truly moderate the relationship between condition and changes in VAS body satisfaction. The study also addressed body dissatisfaction with the PEMES-weight subscale, but this measure asks individuals to specifically reflect on unique body aspects (e.g., stomach, thighs) and may have had an even higher demand effect – even though this measure was only given at the post-test. Thus, the demand effects of giving the pre-test VAS body image questions may have influenced these findings. Finally, the study does not show that any changes in body satisfaction were more than transitory further limiting any relevance to clinically significant effects

xx.    *Pritchard et al., 2023*

97.    Study design:  The main objective of this study was to compare body image dissatisfaction in young women (ages 17-25) post viewing social media influencers in fashion images or sexualized images (e.g., in bikini, lingerie in suggestive positions). 230 Adult women (*M* age= 20.46) viewed the same influencers either in fashion images or sexualized images or nature/control images.  A majority were university students and half were participants in the study for course credit in psychology courses.  The other half of the sample were from Facebook advertisements.  Participants agreed to participate online and then answered VAS questions about their mood and body satisfaction and then viewed one of the 3 sets of 15 images, after which they answered VAS mood and body satisfaction questions again as well as other questionnaires related to state self-objectification and appearance comparison.  Both idealized images negatively impacted mood and body satisfaction compared to control pictures (*p*s<.001; partial etas squared >.053- medium effect size). Also, the sexualized images more negatively impacted mood and body satisfaction than the fashion images of the same influencers (*p*s<.023; partial etas squared >.023 – small effect).

98.    Limitations:  Images were taken from Instagram and combined to create the blocks of images for each condition – unlike typical Instagram use. The study was an online study, and the checks were to remove those that did not complete the post-test measures.  There were no other quality checks described (e.g., time spent on questionnaires, random response checks). Further, there were no described checks

on the cover story for the study. The authors also did not check if the influencers were known to the participants. The study also used a majority of college students as a convenience sample and demand effects were possible given the pre-post study design. Finally, the measures used do not provide data on either the relationship with outcomes and eating disorder symptoms or eating disorder diagnosis or the relationship with outcomes and BDD symptoms or diagnosis. Nor do they show that any reported effects were more than transitory.

*xxi.    Bryne et al. 2024*

99.    Study design:  The primary goal of this study was to explore the impact of comments/feedback on social media posts on mood and body satisfaction. College women (n=228; ages 18-20) were recruited online from university psychology courses for course credit. Participants were told that the study involved evaluating a university-developed social networking site. The research team created a profiles and posts from other "students" on campus to bolster their cover story. Participants were told that they were testing out the new social networking site and instructed to build their profile page. Participants uploaded a picture of themselves as well as a status post. They were randomly assigned to conditions: high likes on photo and status, high likes on the photo and few on the status, low likes on the photo and high on the status, and low on both the photo and status. Participants returned 2 days later and checked status as well as completing the same measures again. The final sample was much smaller— at 155— as many did not return for Time 2 and some participants determined (even with the cover story) the purpose of the study. Elevated eating pathology was seen in 6.5% (EDE-Q scores above 4) and a significant proportion of the sample, 34%, reported binge eating in the last 4 weeks and 2.6% reported laxative use. Although participants reported lower body satisfaction at Time 2, condition did not moderate this effect and mood remained unchanged. Importantly, EDE-Q scores also did not moderate this effect.

100.    Limitations:  Participants were aware that this was not a typical platform. Participants answered questions pre-test about mood, body satisfaction, disordered eating, drive for thinness, anxiety, self-esteem and other questions about adjustment to college. However, the high rate of clinical measures prior to seeing images may have increased likelihood of demand effects. Also, all students were recruited for course credit, increasing the likelihood of familiarity of study designs and theories about social media influence. The website lacked ecological validity as the participants knew it was not a social networking site and may have had little invested in the profile they created as they did not know any "students" on the site.

45

Thus, they may have been less invested by getting likes or feedback from individuals not really in their social network. 73 participants were lost from Time 1 to Time 2 and included in analyses. There are no analyses describing if those that did not return for Time 2 or who's data could not be used in Time 2 were any different on key measures than those who returned at Time 2 with usable data. It's also impossible to know how many were not convinced of the cover story at Time 1. Results suggested that elevated EDE-Q scores did not impact changes in body satisfaction pre-post images, such that the study does provides data showing that that the responses to the media images is not altered by elevated eating disorder symptoms. Finally, changes in body satisfaction and mood were not demonstrated to be more that transitory.

*xxii.    de Hesselle & Montag 2024*

101.    Study design: The study explored a two-week abstinence of social media on health outcomes. While initially 196 individuals were enrolled in the study, 86 were included in these analyses because: some did not use social media, were male (and the authors concluded changes in body satisfaction for males would be less), and those who engaged in primarily gaming online were removed. 35 were randomized into the control condition ($M$age = 23.17) and 51 were randomized to the abstinence condition ($M$age=24). Those in the abstinence group were asked to deinstall – Facebook, Snapchat, TikTok, and Twitter. The authors note that the relationship between screen time on social media and body satisfaction was weak and not significant.

102.    Limitations: While the authors explain that all dimensions of body satisfaction via the Multidimensional Body–Self Relations Questionnaire—Appearance Scales show good internal consistency, one was rather low at alpha=.66 (though not clear which subscale). Participants were mostly university students. It is not clear why all social media platforms were not removed, such that Instagram and YouTube were not deinstalled. It is not clear how many did or did not install apps, though smartphone use was tracked and presumably would be higher if apps had not been deinstalled. Use on devices other than the smart phone was not tracked. The loss of 108 participants from their sample is important yet the authors do not include statistics showing that those who did not return for Time 2 did not differ from those that did on body satisfaction/mood/ measures. Further this reduction in sample size may have negatively impacted power. This study does not evaluate clinically significant symptoms of eating disorders.

*xxiii.   Blackburn & Hogg 2024*

103.   Study design: This study employed both experimental and cross-sectional designs to assess the impact of pro-eating disorder content on TikTok on body image satisfaction and thin-ideal internalization in young women as well as relationships between time spent on TikTok and disordered eating. 273 females between the ages of 18-28 were recruited for this entirely online study and watched TikTok videos of either pro-eating disorder ("pro-ana") content or neutral content and answered questions about body image and thin-ideal internalization pre and post-videos. The pro-eating disorder videos included tips for dietary restriction and providing problematic tips for weight loss (e.g., chewing gum or ice to mitigate hunger) as well as fitspiration videos. The neutral videos were a combination of videos related to cooking, nature, comedy, and animals. They were also asked about their daily use of TikTok and grouped into four groups based on use patterns (low, moderate, high, extreme). Problematic eating patterns as measured by the EAT-26 or the ORTO15 did not differ by time spent on TikTok. Body dissatisfaction (measured by the Body Image State Scale) reduced in both the experimental and control condition but the decrease was larger in the experimental condition ($p<.009$; partial eta squared = .03 – small effect). Internalization of beauty standards increased more in the experimental group with a small effect (p=.005; partial eta squared = .029).

104.   Limitations:  The sample was collected via several convenience methods including targeted recruitment of first-year university students for course credit with participation in the study and snowballing sampling. Thus, there is an increased risk of sampling bias and individuals are most likely to suggest participation to others like themselves.  In addition, the procedure notes that participants read a description of the study via an online link and choose to participate or not. The authors do not provide a description of how the study was described; thus it is not possible to determine if they used a cover story or participants were aware of the study's aims to explore the impact of TikTok videos on body satisfaction and eating-disorder behaviors before choosing to participate.  In line with possible demand effects based on study description, participants answered questions about TikTok use, body image, and eating disorder symptoms prior to viewing TikTok videos. Body image questions and internalization questions were also asked post-videos.  This study design makes it more likely that the intent behind the study could be guessed by participants- especially given that many were also university students.  Further problems for the sample are that 838 participants agreed to participate, 555 did not finish participation.  Thus, 66% did not complete the study and there is no comparison on any measures at baseline between those that did and did not complete, yet the authors theorize that participants felt discomfort when asked to reflect about their appearance and eating.

105.    The authors ask about the content usually seen on participants' TikTok For You Page, revealing that participants' accounts were not only ED-related content but contained fashion, entertainment, skincare, cooking, life advice videos that were frequently viewed. Thus, the experimental condition of viewing only eating disorder related content for multiple videos in a row is not likely to be ecological valid for most participants in this study.

106.    The authors state that they are exploring the impact of eating disorder content in TikTok videos on orthorexia symptoms. However, orthorexia is not a DSM-defined psychological disorder with a defined    level of impact on daily life. Thus, orthorexia has no agreed upon criteria/behaviors that are unique to that condition and no definition of what constitutes the threshold for clinical versus normative thinking/behavior patterns. The self-report cutoff of 40 in this sample is hard to understand as there is no diagnosis or risk for diagnosis that is associated with scores.  Therefore, prevalence, predictors, and clinical relevance of this condition are difficult to interpret or understand.  Further, the scale used in this study, the ORTO-15, has low internal consistency with alpha of .24, likely because this is not an agreed upon diagnoses with clear criteria. Even after the authors conduct a principal components analysis, the "acceptable" alpha for the subscale based on health-food related items was only .63. This is also a problem given that this factor analysis was not done in a representative sample but rather a targeted recruitment as well as snowball sampling. In short, any conclusions with this measure should be highly scrutinized.

107.    In a cross-sectional analysis, the authors explored levels of disordered eating with the EAT-26 screening scale.  This scale is not diagnostic and is not a reliable substitute for an actual diagnosis.  The cross-sectional analysis did not show an association between viewing the videos and disordered eating.  As for the experimental analyses, this study does not provide data showing that responses to the videos that are more than transient.

*xxiv.    Bue et al., 2020*

108.    Study design:  This study aimed to evaluate the effectiveness of disclaimers as an intervention for possible decreases in body satisfaction associated with viewing thin-ideal images on social media. To test this theory, the authors utilized self-reported body satisfaction pre-and post- viewing thin-ideal images with comments that either idealize the image or disclaimers about the unrealistic portrayal of the female body in the images. They also employed eye-tracking to explore the impact of the comments on visual processing of the images. Women (N=181), ages 18-35 (*M*age=23.4 years) were part of a large study on eye tracking and media.

48

Participants were college students all part of a research pool website and advertised as a "Fashion study." They were randomly assigned to view the same 10 Instagram posts with either content consistent with the thin-ideal or disclaimers about image manipulation.  Results suggested that those in the idealized-comment condition showed elevated symptoms of body anxiety post-images compared to pre-images ($p$=.031; $d$=.21), but there were no differences in the disclaimer condition pre-to post-images. However, there was no difference between conditions on post-image body anxiety. There were also no differences between conditions on perceived pressure for thinness. Of note, participants did spend more time looking at the comments in the disclaimer condition, but there was no difference between time spent looking at the image or between conditions in looking at the models face versus body.

109.    Limitations:  It is confusing that the abstract list 181 participants but the data that was used for analyses was 149.  The authors offer no comparisons between the 149 that completed the study with passing quality control standards and the 218 who completed the pre-test measure. Like other studies in this literature, this study introduced demand effects because of the methodology used to conduct the study. This study did not evaluate clinically significant behaviors that are required for eating disorder.   It also did not evaluate study participants for more than transitory effects.

    *xxv.*    *Cohen et al., 2019*

110.    Study design:  During this study, the authors aimed to explore the impact of the body positivity movement on mood and body image of young women. They recruited 195 women (18-35; $M$age = 21.69) who were randomly assigned to view body positive, thin ideal, or neural Instagram posts – 20 posts in each condition. The authors created a cover story about memory and social media use and the participants were brought into the lab for the study versus online. The authors used VAS scores to measure changes in body satisfaction and mood. Results suggest that those in the body positivity and neutral posts increased on body positivity from pre-post-test ($p$s=.04; partial etas squared >.06) while those in the thin-ideal condition decreased in positive mood ($p$=.003; partial eta squared =.13). They also reported a significant interaction such that negative mood increased only for the thin-ideal condition ($p$=.04; partial eta squared = .03). Body satisfaction improved for those in the body positive condition ($p$<.001; partial eta squared =.34) and those in the idealized condition showed decreases in body satisfaction ($p$<.001; partial eta squared =.29). Those in the body positive condition also showed higher body appreciation than the internalized condition at post-test ($p$=.03).

111. Limitations: Demand effects are possible even with the cover story, that was never checked. They were asked about their state mood and body dissatisfaction before then viewing 20 images consistent with the condition they were randomly assigned to and then completed measures about self-objectification, mood, body satisfaction, and body appreciation. Even with distractor items its possible – given the images seen during the experiment – that those in the body viewing conditions could guess the hypotheses.

112. Similar to other studies the researchers selected images highest rated on thin-ideal or body positivity and presented them with Instagram borders. However, they were not viewing the images on Instagram and this methodology threatens ecological validity since it is unlike the use patterns or apps that they use in their daily lives. This methodology also prevents conclusions beyond the impact of image content.

113. Given that the VAS does not have clinical cut-offs, it is not evident the clinical significance of changes pre-post images. Further, the study does not relate VAS changes to clinically relevant eating-disorder behaviors. In addition, the authors used only 4 out of 10 items from the State Body Appreciation Scale-2, so the stated validity and factor structure are not necessarily true of the 4-item measure. It is not discussed why only 4 items were used. Finally, this study does not provide data showing that observed effects were more than transitory.

*xxvi.    Dhadly et al., 2023*

114. Study design:  The authors explored if viewing body positive content on TikTok improves body satisfaction and mood. Female undergraduate students between the ages of 18 and 28 (N=156; $M$age =18.44 ) viewed 5 minutes of TikTok videos after being randomly assigned to body-positive, body-focused, or control conditions. The authors used a cover story stating that the study was interested in. how mental health and personality impact TikTok video enjoyment. They completed questionnaires about social media use, body satisfaction, mood, and personality. Results suggest that watching body-positive TikTok videos was associated with improvements in negative mood and body satisfaction *(ps>.025)* and those in the idealized condition showed an increase in  negative mood and body satisfaction pre- to post-videos (*(ps>.036)*.

115. Limitations:  There may be selection bias as those who already have opinions about TikTok may have been most likely to choose this study versus others on the research pool website. College students were from the research participation pool and thus more likely to be aware of theories about social media, body positivity, mood, and body satisfaction as well as study designs.  This is particularly true as the

participants were compensated for their time with research credits in their courses. Thus, generalizing the results is limited. Demand effects are possible as participants were asked both prior to and post viewing videos about their mood and body satisfaction and the cover story was not evaluated. The study was entirely online, meaning the extent that participants watched all 5 minutes of videos in each condition or their attention during the videos is unknown. Although the authors removed individuals who did the study too quickly and likely were not considering their responses (n=45) it is impossible to tell online how engaged other participants were during the study.

116.   Despite the running time being equal across conditions, there were unequal number of videos and novel stimuli, with the most videos being in the thin-ideal condition. Clinical implications cannot be determined because changes in body satisfaction on the EPSI were not correlated with eating disorder symptoms or diagnosis related to clinically relevant outcomes or behaviors. Also, the results are not described as being more than transitory.

### xxvii.   Dignard & Jarry 2021

117.   Study design:  The authors explored the moderating effect of body satisfaction on viewing images of fitspiration, thinspiration, and travel images in this study. Female undergraduate students between the ages of 17 and 45 (N=333, $Ma$ge = 20.61 ) were recruited to complete an online study with questionnaires and imaging rating. Recruitment was from a psychology participant recruitment pool at a university. Women who had an eating disorder were not eligible for the study. Data was analyzed separately for Caucasian and non-Caucasian women. Individuals in either the fitspiration or thinspiration conditions showed reduced body satisfaction than those in the control condition ($ps$>.014; $ds$>.4). They also note that those in the fitspiration condition reported higher appearance comparison during the study than those in the thinspiration or control conditions. Comparisons between fitspiration and thinspiration did show overall significant differences between the conditions on levels of body satisfaction. They also note that their moderation analyses suggest that even women high in body satisfaction engage in higher appearance comparison when viewing fitspiration images compared to thinspiration. They note similar results in the non-Caucasian sample though the relationship between fitspiration and body satisfaction was not mediated via appearance comparison.

118.   Limitations:  The study sample is likely exposed to study designs and ideals about body image, mental health, and media use being that all were psychology students in college. This increases the risk for demand effects and reduces generalizability

51

of results. This is made more likely by the advertisement for the study which was about Instagram use and mental health.

119.    Images were selected and screenshot for viewing in blocks, which does not resemble true use patterns and limits conclusions that can be drawn from the study to content-related conclusions. The authors attempted to preserve ecological validity by showing that the images were from social media with screen shots, but they were not on the social media platform such that participants were not responding as they might on those platforms.

120.    The entire study was line, though the authors conducted 4 validity checks by asking questions or giving specific directions that would be missed if participants were not pausing attention. Although, they do not describe how they rated those validity checks (e.g., only data that were all fine were used or could some be incorrect). This study does not provide data about the relationships of results to clinically significant eating disorder symptoms or diagnosis, the relationships of results to clinically significant BDD symptoms or diagnosis or that any reported effects were more than transitory.

### xxviii.    Hendrickse et al., 2021

121.    Study design:  The goal of this study was to explore the impact of advertisements using women with larger bodies on body satisfaction and exploring slogans and individual differences in body discrepancies as moderators. Female undergraduate students between the ages of 18 and 35 (N=202; $M$age=20.8) were randomly assigned to view Instagram advertisements in one of four messaging conditions. The authors utilized a cover story such that the participants were told that they were evaluating advertisements for a skin care product. They answered questions about their body satisfaction, and discrepancy between their ideal body and actual body before viewing a distractor video and competing a task before viewing the Instagram advertisements and comping measures of body satisfaction again. The 4 conditions were plus or thin models with objectifying or empowering slogans. Body size of the model improved body satisfaction of the viewer and the relationship was moderated by how discrepant the viewer felt between their ideal body and their actual body.  Those with low discrepancies between their ideal and actual body did not show any differences in their body satisfaction when viewing thin or larger women in the advertisements. However, those with higher differences between their perceived body and ideal body showed significantly greater body satisfaction in the condition with larger models. The type of slogans did not impact findings.

122.    Limitations:  This study is not about risks for eating disorders but is about testing out advertising campaign strategies that might impact body image satisfaction.  The study design removes ecological validity for exploring the impact of peer social media on body image satisfaction in that the images are entirely black and white the images are presented like advertisements with slogans. Demand effects are possible as participants answered questions about their mood and body satisfaction prior to and post the images they viewed.  This may have primed participants to think about their body image while viewing the images and creating demand characteristics. The authors did not check if their cover story was successful/what participants believed the study was about. This study does not provide data about relationships of results to clinically significant eating disorder symptoms or diagnosis; or that any reported effects were more than transitory.

*xxix.    Manning et al., 2022*

123.        The goal of this study was to explore the effects of unedited female bodies with a range of shapes, sizes, and appearances either accompanied by body positive messaging or not. They also explored the moderating effect of holding broad beliefs about beauty on these relationships  This is not a study about eating disorder risk or even risk for risk factors of eating disorders. Thus, it was not evaluated further.

**C.    Experimental Studies Relied Upon by Plaintiffs' Experts**

124.    Many of the Plaintiffs experts relied upon other experimental studies but these studies also did not assess an outcome of a clinical eating disorder or even use a diagnostic screening tool.

125.    For instance, when Dr. Christakis discussed social media use and eating disorders, he cited Tiggemann 2015 (paragraph 308), Brown 2016 (paragraph 324), and Kim 2016 (paragraph 325). However, Tiggemann 2015 and Brown 2016 examined body dissatisfaction as an outcome while Kim 2016 assessed appearance satisfaction. None of these outcomes are eating disorders.

126.    Additionally, Dr. Murray cited Westenberg 2023 (paragraph 153), Holland 2016 (paragraph 177), Schroeder 2025 (paragraph 213), and Dijkslag 2024 (paragraph 214) in his discussion on the use of social media and body image and eating disorders, but these studies relied upon self-reported symptoms and did not use a diagnostic tool to assess an eating disorder or BDD.

53

**D.     General Summary for Longitudinal Study Design Studies:**

127.  The longitudinal studies conducted to date looking at social media use and eating disorder symptoms or body imaging concerns all have a fundamental problem: None of them used an eating disorder diagnosis as an outcome measure.  Instead, the longitudinal studies analyzed self-reported symptoms or non-specific symptoms such as body satisfaction that are insufficient to make an eating disorder diagnosis. As summarized below, the studies using these symptom assessments that are not diagnostic for eating disorders have a number of other methodological problems that further preclude a determination that there is reliable scientific evidence of a causal relationship between social media use and eating disorder development. These include the lack of control for individual changes in a person's life over time, lack of control for important risk factors and/or potential confounders for eating disorders, reliance on portions of screening questionnaires, use of samples that are not generalizable to larger population, and inconsistent results.

128.  Setting aside this fundamental omission from the available longitudinal studies, these studies remain unable to establish causality because of lower internal validity than experimental designs due, in part, to the many variables that are not controlled during the study period – including the effect of time. In longitudinal studies, individuals are followed over time to assess health outcomes whether one or more variables effect that outcome. The longitudinal studies that seek to assess the impact of social media use and either symptoms of eating disorders or body imaging vary extensively in the length between measurements (one day to 1 year).  This makes it challenging to integrate findings.  Smaller time frames have less confounding variables, but also may are not extend for a long enough time to assess relevant/lasting changes in outcomes. Longer periods, in turn, increase the likelihood that study results will be impacted by uncontrolled variables (e.g., pubertal onset) and individual experiences (e.g., participation in sports, trauma histories) that may play a role in whether or not an individual develops an eating disorder.  Relatedly, studies using adolescents face problems with developmental changes that occur over the study time-period, particularly when the study lasts multiple years. Moreover, effects observed in adults may not generalize to older adolescents who face different developmental challenges, transitions, goals than younger adolescents, children, adults and college students.  This is important because risks factors for an eating disorder do not develop in a vacuum. Thus, all changes are interacting with each other and some of these changes, particularly puberty, are unique to developmental stage.  Certain hormonal changes impact brain functioning and genetic risk for certain conditions (Klump 2024). Further, general tendencies of adolescents to compare/compete against peers is a natural part of

adolescence (Buunk 2007), which increases the tendency to engage in comparison and competitive behaviors across many different contexts and day-to-day life experiences.

129.    A further overall issue is that the longitudinal studies do not account for certain variables (e.g., personality traits, temperament, genetics, childhood trauma) which show high consistency across time; pre-date the time frame for these longitudinal studies; and may be potential confounding variables because they may contribute to risk for eating disorder development. As with other disorders (e.g., social anxiety disorder, Rapee et al., 2022) it is likely that the most influential causal factors for eating disorders are present earlier in life than the life period assessed via these studies (parental /family influences, genetic, temperamental). Thus, the studies are not accounting for potential confounds that may be the most robust risk factors in the development of an eating disorders.  Similarly, several studies that include the time-frame of COVID-19 may also be limited in terms of broader application given how unique this time period was for adolescent/young adult development as individuals were removed from key social interactions.

130.    Most longitudinal studies used self-reported symptoms or responses to screening questionnaires and few included interviews.  A number of studies also pulled a limited set of questions from the screening questionnaires as opposed to using the full questionnaire .  This only injects further uncertainty into the reliability of the self-reported responses as a questionnaire is validated with all items.   Further reducing questionnaires to either one or a very few questions prevents an assessment of internal consistency.  With fewer items, relationships can appear inflated and there is an increase the risk for random errors and biases that can lead to spurious or unreliable findings rather than true relationships. Some studies also used a parent or caregiver to complete screening questionnaires in lieu of the self-report from the child or included parental interviews.  Parent and child report of symptoms often correlate poorly (e.g., Rapee et al., 2022) and this is particularly true for behavioral symptoms in eating disorders (Drury et al., 2023).

131.    Reports from longitudinal studies of relationships between social media use and symptoms of eating disorders or other outcomes such as body dissatisfaction are inconsistent. The literature includes studies that claim to find an association between social media use and these symptoms; those that find an improvement in symptoms from social media use; and those that find both or neither.

132.    Further, some studies are very large (e.g., 1,000 -10,000 participants), yet observed relationships are small (Nagata 2021, Chu 2024). Thus, practically insignificant predictive relationships may still show statistical significance, paving the way for

55

misleading conclusions about the clinical and/or meaningful relevance of the predictor (social media use) to outcomes (eating disorder symptoms or body dissatisfaction).

133. Overall, the longitudinal studies do not establish a causal relationship between the use of social media (or any feature of the apps) and any diagnosed eating disorder. Further, even if assessing eating disorder symptoms or body image reactions, the studies do not establish a causal relationship either as the results are inconsistent and methodological flaws and small effect sizes prevent determining that a causal relationship exists between any social media use and eating disorder development. Below are detailed reviews of each study reviewed.

### E.    Longitudinal Studies (Eating Disorder Symptoms):

*i.    Ferguson & Muñoz, 2014*

134. Study description:  This study aimed to assess the contributions of various media sources on body dissatisfaction and eating disorder symptoms over a 6-month follow-up in 101 mostly Hispanic girls using the EAT-26 screening scale. None of the prospective models showed relationships between Time 1 media use (of any type) and subsequent body image dissatisfaction at Time 2 or eating disorder symptoms at Time 2. However, peer competition predicted Time 2 body dissatisfaction and Time 2 eating disorder symptoms.  This study included a cross-sectional analysis also but this study design does cannot contribute to assessing causal associations.

135. Limitations:  Participants were recruited via snowball sampling such that the sample was not randomly invited to participate and participants may have shared the study with individuals most like them – increasing the homogeneity of the sample and making it less representative of the population of adolescents. In general the inclusion/exclusion criteria are not described.  Some measurement concerns warrant mention for this study and may impact findings. Body mass index was based on self-report, which is known to be unreliable, including for adolescents as they may not know their height or weight. Similarly assessing amount of TV and exposure to the thin-idea via TV is difficult to track. The method described for determining thin-ideal exposure did not explain how certain actresses may represent the thin ideal and there is no description of the study team evaluating the actresses listed. Measures were not necessarily normed on Hispanic youth and were not all available in translated versions for this age group. Although the average age of 14 years in this sample is above the recommended age of 13 for using the EAT-26, the sample included individuals as young as 10.  Similarly, the Body Esteem

56

Scale for Adolescents and Adults is for ages 12 and up. For instance, there is no discussion about the appropriate use of this scale for youth under the age cutoffs of the scales or analyses to determine if youth younger than these ages responded differently. These measures are also not able to diagnose eating disorders, show eating disorder development. Lastly, other limitations are that the sample for the prospective part of the study is small with less power to detect relationships and the cross-sectional study cannot address causality.

ii.       *de Vries et al., 2016*

136.    Study description:  This study analyzed data collected via a two-wave study (July – September of 2008 and December 2009) conducted in the Netherlands by the Netherlands Youth Institute. The authors aimed to explore directionality between social media use and body image dissatisfaction in youth. In particular, they explored if frequency of social media use impacted body dissatisfaction among adolescents over time.  Members of an online access portal with 25000 members in the Netherlands were contacted for possible participation if they had a child between ages 11-18 (n=3,160). 50.6% gave permission for their adolescent to be contacted such that 1,600 adolescents were invited to participate in Wave 1. 1,294 completed the questionnaire and retention rate for Wave 2 was 54.2% (n=604). Mean age for the 604 (50.7% female) who completed Wave 1 and Wave 2 was 14.7 years). There were no differences in age or gender in those who completed one or both waves.  The authors found that social media use at Wave 1 predicted body dissatisfaction at Wave 2 (beta=.1 – small effect; *p*=0.008), however, body dissatisfaction at Wave 1 did not predict social media use at Wave 2. They also report that social media use at Wave 1 predicted peer feedback at Wave 2 (beta = .1 – small effect; p=.016), but the inverse was not significant. They did not find that peer feedback at Wave 1 predicted body dissatisfaction at Wave 2.

137.    Limitations:  It is not clear if those who only completed one wave differed from those who did in terms of social media use and/or outcome variables.  Importantly, social media use was assessed with one item asking about frequency of use, which is known to poorly match actual use from device  metrics (Sewall 2022, Parry 2021).  Also, the only site discussed is not a siteapp used worldwide or in wide circulation currently (Hyves.nl). Research has suggested that results from one site may not generalize to another (Saiphoo & Vahedi, 2019).

138.    The authors created the measure of peer appearance-related feedback for this study but did not go through any measure development procedure to test the validity of this measure to adequately assess peer-to-peer interactions about body

satisfaction/beauty norms. The authors do not describe how this measure was created or what lead to the inclusion of the 4 items they selected. Further, since this measure was created for this study without any validation checks beyond internal consistency, it is not clear if it relates to other measures of peer influence. Items included do not seem to represent all ways in which peers may give feedback about appearance or even if peer feedback is the best construct for measuring impact of peer relationships on body satisfaction (e.g.., "peers give tips to get a more beautiful body, give criticism about appearance or clothes, give tips to look sexy, tell them it is important to look good"). This is a major limitation for this study as essentially the authors can only say that these items do not relate to development of body image dissatisfaction or mediate the relationship between social media use and later body image dissatisfaction not if overall peer influence is less strongly associated with body satisfaction changes. In short, this is not a validated measure. Finally, the authors note that most adolescents reported never experiencing or only sometimes experiencing the types of peer appearance feedback they measured. Similar to other studies, the authors used a measure that is not validated for children across their full age range. The Body Areas Satisfaction Scale is for use in youth 15 years and up yet their sample includes a large percentage of youth ages 11-14. Thus, both outcome measures are either not validated at all or not for a large part of this sample.

139. Finally, the study does not relate body satisfaction with clinical outcomes of an eating disorder diagnosis. It is not possible to determine if the small effects noted contribute to more than body dissatisfaction over time (i.e., no way to relate to eating disorder development over time). The authors also do not provide a discussion of how the average levels of body dissatisfaction compare to levels of these concerns in other populations (e.g., clinical populations). Thus, their analyses predict levels of body satisfaction over time, but do not determine how meaningful these outcomes are to an actual diagnosis of an eating disorder or the day-to-day functioning of adolescents.

*iii.    Tiggemann & Slater, 2017*

140. Study description: This study included 438 girls with a mean age of 13.6 years who were recruited from 18 schools. This sample completed Time 1 measures and again two years later (Time 2). Participants were asked how much time they spent on Facebook and how many friends they had. Participants also completed the Sociocultural Attitudes Toward Appearance Questionnaire (SATAQ), the Objectified Body Consciousness Scale-Youth (OBCS-Y) and the drive for thinness (DT) scale of the Eating Disorders Inventory. Results show increased number of youth with Facebook accounts from Time 1 to Time 2 alongside increased time and friend number. Further, those with a Facebook profile at Time 1 scored significantly

58

higher on drive for thinness at Time 2 ($p<.001$) and time spent on Facebook at Time 1 correlated with Time 2 scores on the SATAQ and the OBCS-Y ($ps<.05$) and number of Facebook friends at Time 1 correlated with Time 2 Scores on the SATAQ, OBCS-Y, and the DT. However, predictor models did not show that time on Facebook predicted increases in body image concern on any of the measures but number of friends predicted Time 2 DT and SATAQ scores. They also note that internalization (SATAQ) and body surveillance (OBCS-Y) predicted increases in friend number at Time 2.

141. Limitations: Participant estimations of time on social media is known not to correlate well with actual time recorded from devices/apps. Further the number of friends is also a self-report with unknown accuracy with actual friends on accounts. Number of friends may or may not relate to other metrics on different sites (e.g., number of followers on Instagram for example). Further, the study does not assess clinically significant behaviors (needed for diagnosis) or discuss relationships between measures used and clinical outcomes  or that social media use results in a diagnosed eating disorder.

*iv.    Rousseau et al., 2017*

142. Study description: Participants are taken from a longitudinal study of Facebook use and well-being in adolescents.  Time 1 data was collected in March of 2014 and Time 2 data in October of 2014, for an interim period of 6 months. Participants were adolescents ages 12-19 from 15 different Flemish high schools. The authors note that 67% of the first wave of students also completed assessments at Time 2 for a total sample of 1,235 students with data at both time points. Further, only participants that had a Facebook account at Time 1 or Time 2 were included in analyses, for a sample of 1,621. The authors compared those that completed one or both time points on all baseline variables and determined that there were no differences. Mean age of the sample at Time 1 was 14.76 years and 52% were boys. Facebook use was assessed via asking how many hours participants were on Facebook on weekdays, Wednesdays, Fridays, and weekends.  The authors used structural equation modeling to explore relationships over time and mediation models. Results showed that Facebook use at Time 1 was not related to body dissatisfaction at Time 2 and that comparison on Facebook at Time 1 was unrelated to body dissatisfaction at Time 2.

143. Limitations: There was only one item to assess social comparison on Facebook, thus no psychometric properties can be reported – despite it being a key construct in this study. All measures were also self-report and social media use studies have shown only small correlations between device tracked use and self-report.  The

authors note that unmeasured variables (e.g., higher anxiety, depression, changes in self-esteem that all happen around key developmental changes in adolescents) and may play a role in relating comparison to body dissatisfaction but were not measured in this study and may have impacted findings. Further, they did not discuss body dissatisfaction scores in relationship to clinically significant eating disorder behaviors. Finally, this study did not assess any diagnosed eating disorder.

v.    *Steinsbekk et al., et al., 2021*

144.  Study description:  The primary aim of this study was to explore if types of engagement with social media—posting/contributing content ("self-oriented social media use")  versus reviewing/commenting on others content ("other-oriented social media use")—impacted self-esteem and appearance esteem in children/young adolescents. Children and their parents born in Trondheim, Norway between 2003 and 2004 (N=3,456) were invited to participate in a study of mental health and psychosocial development, the Trondheim Early Secure Study. The Strengths and Difficulties questionnaire was sent with the invitation as a screening instrument and the researchers over selected children with higher scores, as the goal of the study was to explore emotional and behavioral problems over time. Social media use was assessed starting at age 10. Thus, this study has 3 waves with children at ages 10 (n=702, $M$age=10.51), 12 (n=668, $M$age=12.49); and 14 (n=628, $M$age=14.33). Thus, attrition loses amounted to 74 children and families over the course of these assessment years or 10.5%.  Social media use was assessed via interview rather than self-report with questions being asked about number of times posting material (pictures, comments)  across multiple sites including Facebook, Instagram, Snapchat, and Twitter. The authors note using measures that were appropriate for the age ranges in their study and needing to change the appearance esteem question as the cohort aged, but were able to show high correlations between both measures when given at age 12 ($r$=.89).

145.  The authors report that as age increased, so did social media use and appearance esteem decreased. Further, the authors note that self-oriented social media use increased from 10-12 years but then stayed the same while other-oriented social media use continued to increase from 10-14 years of age. They note that participants with higher other-oriented social media use reported lower appearance esteem over time (beta = -.11, $p$=.02 for 10-12 years and beta=-.14, $p$<.001 for 12-14- small effect sizes). They further determined that the effect was present in the within-level (within individuals) not between-level (between individuals) comparisons such that other-oriented use at ages 10 and 12 predicted decreased appearance self-esteem two years later ($ps$<.03). The effect was also gender specific, such that boys did not show these relationships. The effect was not seen for self-oriented social media use.

146. Limitations: As with all longitudinal studies, there may be variables that occurred over the course of the study period that affected participants' social media use and appearance self-esteem that are not measured because they are outside of the direct research question but may affect people differently. The authors highlight, for example, bullying. Others – given the age – may be pubertal development/onset of menses, increase in peer competitiveness, and increased involvement in sports (all known to be related to weight/shape concerns). Finally, the outcomes of this study are appearance self-esteem which is not a criterium of an eating disorder. There is no discussion about these results in a clinical context or relationships with clinically significant eating disorder behaviors. Finally, this study did not assess any diagnosed eating disorder.

### vi.    Maes & Vandenbosch 2022

147. Study description:    This study aimed to extend longitudinal influence of appearance-focused social media on body image in adolescent girls to include the TikTok platform. 229 female participants (ages 12-18) completed self-report questionnaires during at least two waves of the study. Recruitment was from 16 schools in Flanders, Belgium. The original sample was 373 participants who completed Wave 1, but a substantial dropout rate (n=201) occurred due to the COVID-19 pandemic and the study's move to an online format. Wave 3 showed additional drop out (n=151). To increase sample size, participants were included if they completed at least two waves of the study.

148. Results suggested that having a discrepancy between one's ideal body and self-perceived body size (e.g., idealizing a thinner body) at Wave 2 was associated with higher use of Instagram use at Wave 3. The authors note the Wave 2-Wave 3 was during the lockdown, which may impact findings as the finding did not emerge for Wave 1 – Wave 2. The authors also did not find evidence of social media use on either platform predicting either thin ideal internalization or body image discrepancy over time. They also note that their analytic design—random intercept cross-lagged panel models— allowed for exploration of within-person effects.

149. Limitations:  The primary limitation for this study is the observation of attrition bias such that those who did not complete at least two waves of the study were younger and used Instagram more heavily than those who did complete at least two waves of the study. Part of the attrition is also due to the study occurring over the COVID-19 pandemic (study was done over 10 months from January 2020 to October 2020) which limited data collection methods and necessitated the entire study to be moved to an online format. Wave 1, by contrast, was done via paper and

61

pencil in the presence of a member of the research team. As part of the study being done over the COVID-19 pandemic and lockdown, this is a unique sample at a unique time in history. It is not typical for adolescent development to be marked by isolation form peers. Thus, increased use of screens generally were common during this time period and may reflect the unique events around the COVID-19 pandemic. Thus, results may not generalize to other adolescent samples.

150.    Because Waves 2 and 3 were online, these data are also subject to the same concerns as other online data collection methods, mainly that there is no way to determine if participants were attentive to the questionnaires. Further, the authors do not discuss any additional checks they included for the online data collection to increase confidence in their data. There is a possibility of demand bias as the study was also named the "Positive Body & Sex Project" and participants were asked about their media use and body image concerns. This may be more likely as all three waves were completed within 10 months, such that participants may be better able to remember responses questions from previous Waves than if the Time pointes were father apart. They only assessed Instagram use and TikTok use in terms of amount of time on the platforms. Past research suggests that this may not be the most accurate (as individuals are poor reporters of their use time) and not as informative as questions about behaviors on social media (e.g., posting content, reviewing other content). Finally, the sample is not a clinical sample, and the outcomes are not correlated in the study to any measures of disordered eating behaviors/psychopathology. Thus, the clinical relevance cannot be determined and findings cannot be generalized to eating disorder populations.

   vii.    *Vall-Roque et al., 2022*

151.    Study description: The aim of this study was to explore the impact of the COVID-19 pandemic on social media use (Instagram specifically) as well as on body dissatisfaction and appearance comparisons. Spanish women (N=272) ages 16-70 (*M*age= 34.43 at Wave 1) completed 4 waves (Every 6 months) of self-report assessments starting in November 2019 and through July 2021. The initial Wave 1 sample was of 1,180 women who participated in a study to validate the Spanish version of the Physical Appearance Comparison Scale-Revised (PACS-R).  272 provided information to be recontacted. Dropout was high between T1 and T2 with 110 dropping out of the 272 who agreed to be recontacted. The final sample in Wave 4 was 118 women.  The sample was divided into those that were "at risk" for an eating disorder and those who were not based on EAT-26 scores higher than 20.

152.    The authors did not find an increase in Instagram use over the study period. They found that body dissatisfaction increased from Wave 1-Wave 4 (beta =1.76 – large

effect, $p<.001$). The group not "at risk" for an eating disorder increased in body dissatisfaction significantly from Time 1-Time 4 (beta = 1.75, $p<.001$), but those "at risk" for an eating disorder did not show changes in body dissatisfaction over time. Similarly, those not identified as "at risk" for an eating disorder showed increases in appearance comparisons from Time 1-Time 2, Time3, and Time 4 (betas >.17, all $p<.009$). They summarized these findings by stating "no significant changes in body dissatisfaction among time points were found in the sample at risk of having an eating disorder" based on the EAT-26 score.  They also reported that "no significant differences were found in body dissatisfaction and physical appearance comparisons at T4 depending on whether participants had started following appearance-focused accounts on Instagram during the pandemic, had stopped following appearance-focused accounts, or had continued following or not following appearance-centered Instagram accounts throughout the different data collection periods".  The same result was reported when assessing the differences between Time 1 and Time 2 and Time 1 and Time 3.  The authors conclude that regardless of Instagram level use over the 4 Waves, there was no relationships with body dissatisfaction or appearance comparisons.

153.    Limitations:  The primary limitation is the large dropout rates which may have resulted in attrition bias. The authors do not describe testing those who did complete more than one Wave from those that did not on relevant variables. Further, the recruitment strategy included personal contacts with the research team- increasing risk of sampling bias. The study was also done entirely online without any mention of attention checks. The measure of Instagram use was total time on the site, which is known not to correlate well with device assessed use metrics. Further types of use (posting oneself, commenting on others' posts) may be more related to outcomes than overall time. The measure of appearance comparisons was not limited to social media and many of the situations assessed could not be done during the pandemic lockdown (affecting waves after wave 1).  In addition, this is a community sample and even those identified as "at risk" on the EAT-26 cannot be diagnosed with an eating disorder, and severity was overall low on the EAT-26 limiting the generalizability of these findings to clinical samples or relating  them to clinical outcomes. In sum, this study did not assess any diagnosed eating disorder or determine if social media use resulted in clinically significant eating disorder symptoms.

viii.    *Leggett-James & Laursen et al., 2023*

154.    Study description: The goals of this study were to explore relationships between social media use and body satisfaction and the moderating effect of peer confirmatory in pre-adolescents. The study was conducted during the COVID-19

Pandemic with children who attended school in person in Florida prior to widespread vaccinations. 296 first-fifth grade students (*M*age = 10.91; 51.4% male) consented to participate (65% of those asked) during the spring semester of 2021. All students in the study were in-person (online students were not included). Questionnaires were given during class time at two times points 13-14 weeks apart.

155.    Findings suggest that social media use was correlated negatively with body satisfaction and physical activity at both time points (*p*<.01). The authors report significant paths between greater Time 1 susceptibility to peer influence and greater Time 2 physical activity and between greater Time 1 body satisfaction and greater Time 2 physical activity. Other paths discussed were not statistically significant. They also report a significant moderated path: Time 1 susceptibility to peer influence by social media use to Time 2 body satisfaction (Beta = -.22, *p*=.<.01). They conclude that higher social media use at Time 1 predicts worsening body satisfaction, but only for youth who also have high susceptibility to peer influence. They report a significant interaction with physical activity too, although the p value is .053.

156.    Limitations: Importantly, this is also an unusual sample— collected during the pandemic from children that were attending school prior to vaccinations and only the children in-person were included. Thus, results from this sample may not generalize to other samples.  The authors do not describe why some variables (e.g., physical activity) were included in their models in the introduction or why some were included in the study as covariates. They state that the variables are known confounds (e.g., social goals, emotional problems, loneliness) but they do not discuss these variables in the introduction or discussion or highlight what relationships they confound. In the methods section (not the results) they state that "supplemental analyses showed the same pattern of statistically significant results when potential confounding variables were separately included as Time 1 covariates." However, there is no link to supplemental findings or any discussion of these variables or why they were included or where in the model. The authors interpret multiple trend level findings that are not statistically significant. They also do not discuss effect sizes that may warrant interpretation of trend-level findings in a smaller sample.

157.    In addition, the authors give no data on their measure performance in this sample. This is important as several of their measures are validated with older populations and they do not describe how or why they selected certain items from scales when they did not give the full scale. For example, the leisure activities survey is for those 15 years and up. They also selected items from other questionnaires without detailing what items they selected. Thus, the content and construct validity of the

scales are lost.  Therefore, it is not clear what the items used were really measuring or what the observed relationships with other constructs mean. They used only unknown items for primary variables including susceptibility to peer influence and body satisfaction. They also completed an "adapted version of a leisure activities survey" from 1983 to assess social media involvement. But no description of what was assessed on social media is discussed in the methods and the measure cited was developed prior to social media  in 1983. In summary, the constructs do not seem to be well defined, their measurement of the constructs are not well described, and the selection of certain items from developed scales reduces their content validity. Thus, the validity of the reported relationships cannot be established. Further, the study did not assess any diagnosed eating disorders or provide information on clinically significant symptoms of eating disorders.

ix.      *Nagata et al., 2021*

158.    Study description: The authors aimed to explore the prospective relationships between screen time in 9-10 year olds and binge eating disorder at a one-year follow-up. This study was a secondary data analysis of the Adolescent Brain Cognitive Development Study (ABCD study). Pre-adolescent children (N=11,025 from 21 sites around the USA) completed measures on screen time. Parents/caregivers completed the KSADS-5 modules on binge eating disorder symptoms.  Average age at baseline was 9-10 years old.  The measured screen time included social networking (Facebook, Instagram, twitter), texting (video chatting, video games), and watching/streaming television or movies (e.g., YouTube). They assessed hours per day of use.  . The least amount of time was spent on social networking with the most popular screen time being done using television/movies. These results did not differ by sex.

159.    They reported a significant association between total screen time and binge eating disorder ((adj. OR = 1.11; CI = 1.05-1.18, *p*<.001) at 1-year follow up adjusting for race, ethnicity sex, income, parent medication, site of data collection, and baseline binge eating disorder for each additional hour of total screen time per day.  For social networking, they reported a significant association (adj, OR: 1.62; 95% CI =1.18-2.22, *p*<.001). For other screen time uses, they reported the following significant associations: texting (adj. OR: 1.40, CI =1.08-1.82, *p*=.001; TV/movies: (adj. 1.39, 95% CI= 1.14-1.69, *p*<.001).

160.    Limitations:  The outcome for this study – binge eating disorder – was called into question by the ADBC 5.1 release notes.[1]  Statements from the ABCD research

---

[1] *Adolescent Brain Cognitive Development (ABCD) Study. Release notes*

database discuss that there was missing data from the diagnosis data and that the symptoms data should instead be used. Thus, predictive relationships with invalid diagnosis are also not valid. Other study authors who have published about the ABCD database noted this as well by stating that Nagata et al. 2021 "relied on eating disorder diagnoses, which were subsequently identified as inaccurate in the ABCD Study 5.1 release note".[2]  Further, parental report alone is not typically sufficient for a clinical diagnosis as recognized by the Nagata et al. 2021 authors, who stated in the "limitations" section that "parent and child reports of binge eating tend to have low concordance".  Moreover, parent and children reports often do not align across multiple diagnoses (Jensen 1999). Relationships reported may be impacted by unaccounted for confounders that were not assessed in this study, such as adverse childhood experiences, other psychiatric disorders in the study subject, family history of psychiatric/eating disorders, personality traits and timing of pubertal onset.  Further, the reports of social media are all self-report and other evidence highlights the low correspondence between self-reported use and data metrics from devices (Parry 2021).

x.      *Shi et al., 2024*

161.    Study description:  This study also employed the ABCD data set to explore relationships between social media use and symptoms of binge eating in pre-adolescent participants.  Self-report data from children between the ages of 11-12 (*M*age = 11.6) were analyzed across three annual data waves.  The sample analyzed was n = 1,940.  Social media use was calculated in hours across weekend and weekdays. Social media "addiction" was assessed via adaptation from 6 items from the Bergen Facebook Addiction Scale with scores higher than 24 indicating problematic use. Symptoms of binge eating were assessed via parent and child reports using the KSADS-5 screening instrument.

162.    Of the sample, 153 children were reported as having binge eating symptoms over Wave 2 and Wave 3. There was no association between time spent on social media and binge eating symptoms (RR = 0.99, 95% CI: 0.93-1.06). The described category of social media addiction was associated with increases in symptoms of binge eating at Wave 3 (RR 1.90, 95% CI: 1.10–3.27). They note that weight and

---

*(release 5.1). Published November 8, 2024. doi:10.15154/z563-zd24, https://wiki.abcdstudy.org/release-notes/start-page.html – via The Wayback Machine -*
*https://web.archive.org/web/20241225070135/https://wiki.abcdstudy.org/release-note*
[2] *Adolescent Brain Cognitive Development (ABCD) Study. Release notes*
*(release 5.1). Published November 8, 2024. doi:10.15154/z563-zd24, https://wiki.abcdstudy.org/release-notes/start-page.html – via The Wayback Machine -*
*https://web.archive.org/web/20241225070135/https://wiki.abcdstudy.org/release-note*

sex moderate these relationships such that male adolescents showed a greater association between social media addiction and symptoms of binge eating than females. Based on the data in Supplementary Table S6, there was no association between "mild symptoms" or the category described as social media addiction and binge eating symptoms when assessing only child reports. As for parent-only reported binge eating symptoms, there was an association for the category of social media addiction but not for mild symptoms.

163.    Limitations:  The authors acknowledge that no diagnostic assessment was made and that the "symptoms recorded do not necessarily indicate a formal diagnosis of [binge eating disorder]". In other words, the KSADS-5 screening questionnaire cannot make an eating disorder diagnosis and may capture patients that do not have an eating disorder.  The authors are noted that "the observed relationship may be influenced by unmeasured confounding variables".  Notably, this study did not assess risk factors and/or potential confounders, including adverse childhood experiences, other psychiatric disorders in the study subject, family history of psychiatric/eating disorders, personality traits and timing of pubertal onset. The authors also stated: "We also emphasize that the relationships that we observed may not demonstrate a causal effect of social media addictive behaviors on [binge eating] but instead demonstrate a process by which a shared biobehavioral vulnerability manifests in a co-occurrence of both behaviors."  As for the use of the Bergen Facebook Addiction Scale, the authors state that "[social media addiction' is not currently recognized as a formal diagnosis in the DSM-5-TR ...highlighting the need for cautious interpretation of our result." They further do not report metrics on the modified Bergen Facebook Addiction Scale or discuss why only certain items were selected. Further, the full scale is generally for young adults, yet this sample is 11–12-year-olds at Wave 1.  Interestingly, while 153 of the 1,538 participants reported symptoms of binge eating over the course of the study, 165 "remitted" from symptoms of binge eating and 1,538 had no symptoms at both waves. These results are inconsistent with the hypothesis that exposure to social media results in symptoms of binge eating disorder as the amount of time on social media reportedly increased over the time of the study.

### xi.    Chu et al., 2024

164.    Study description: This study explored longitudinal relationships using secondary data analysis between social media use in late childhood/pre-adolescence and later eating disorder symptoms.  The sample was youth from the ages of 9-14 in the ABCD data set (N=10,246; years 2016-2020). 13 % (N=1,552) participants were excluded from the fully ABCD data set because they had missing data for screen

67

time and eating disorder symptoms. The authors utilized logistic regression both longitudinally (baseline to Year 2) and cross-sectionally (at Year 2). Hours of total screen time and social media use were calculated from the weight average of each participant's typical self-reported weekend and weekday use. Problematic use was only collected at Year 2 and included 6 questions from the Social Media Addiction Questionnaire. The authors do not report any metrics for these items or what items from the scale were not included in the data collection. Similarly, a description of problematic phone use was also only collected at Year 2 and items were similar to those for problematic social media use though were the Mobile Phone Involvement Questionnaire.  The symptoms assessed were from the online KSADS-5 tool. The KSDAS-5 screening questionnaire was not completed by study participants at baseline but only at the two-year follow-up This does not allow for establishing temporality.  This study reported the significant associations for social media use and the various symptoms in the range of OR 1.28-1.55.  Significant associations in the range of an OR of 1.05 and 1.12 were also reported for total screen time for the symptoms of an eating disorder.

165.  Limitations: The KSADS-5 screening questionnaire was used to inquire about symptoms and no diagnosis of an eating disorder was made.  The associations reported are also weak despite the large sample size and cannot account for temporality as the KSADS data was only collected at T2. Notably, a number of risk factors and/or potential confounders were not assessed or controlled for/explored as moderators, including adverse childhood experiences, other psychiatric disorders, family history of psychiatric/eating disorders, personality traits and timing of pubertal onset.  Symptoms of binge eating disorder were also not assessed by the child at baseline so there is uncertainty that the reported associations have included the necessary information. While the authors describe using parental report as a baseline control variable for pre-existing binge eating prior to study onset, parental report and child report are known to differ (Rapee et al., 2022; Drury et al., 2023). Thus, while it is presented as a longitudinal study, the lack of consistent variables across time points suggests that the best data is the cross-sectional data, which is unable to establish temporal precedence for cause and effect relationships.  Unlike previous studies, this study did include data comparing the included and excluded participants form the larger ABCD data set.  Results suggested that those that were excluded had higher screen times for baseline and Year 1 assessments as well as total social media hours. This is a key predictor variable and, as such, the loss of the high-use participants may impact the results and lead to incorrect conclusions.  It suggests attrition bias, as those left may not represent the full population and results may not be generalizable.  Measure of problematic use are from 6 items taken from the Social Media Addiction Questionnaire, but no validity or internal consistency metrics are reported for this

68

sample. Problematic phone use was only assessed at Year 2 and a subset of the initial sample had access to their own phone (n=7,280). The authors also do not report on the internal consistency or validity of their measure of problematic phone use, the Mobile Phone Involvement Questionnaire. Finally, all the screen time questions were self-report, which is known not to correlate strongly with device-assessed time on apps/phone.

*xii.    Fioravanti et al., 2023*

166.    Study description: This study explored the impact of body positive and fitspiration trends on positive and negative mood as well as body satisfaction and appearance comparison compared to control images over a 1-month period. During this study, the authors randomly assigned 122 young women to receive daily posts on Instagram related to either body positivity, fitspiration, or neural content for 28 days. Women ages 18-30 (*M*age = 22.29) with Instagram accounts and using Instagram at least 1 hour a day were enrolled. Participants were randomly assigned (random assignment not described) to one of the three conditions (41 in body positive, 41 in fitspiration, 40 in neutral). They were asked to follow an assigned profile (created by researchers) and to follow certain hashtags. During the study period, participants received a post published at 10am and 3 Instagram stories as well as a text message to answer content questions about what they received and outcome measures. They completed these measures only once per day and included VAS scales of mood and body image as well as, the state appearance comparison scale, the physical appearance comparison scale, the multidimensional body self-relations questionnaire appearance scales. Results suggested that over the study, those in the body positive condition showed the highest growth in positive mood and body satisfaction and some increases in appearance comparison. Those in the fitspiration condition also showed small increases in positive mood as well as increases in negative moods. Increases in negative mood in the fitspiration condition was not significantly different from increase in negative mood in the neural condition. Participants in both the fitspiration and natural conditions also showed small increases in body satisfaction. Those in the fitspiration condition showed the greatest growth in appearance comparison.

167.    Limitations: The study was advertised on Instagram as a study of Instagram, body image, and well-being increasing the risk of demand effects and that people who are already interested (or maybe concerned) about these relationships would sign up. Further, participants were asked to specifically follow accounts (created by the research team) and specific hashtag accounts consistent with their condition. Thus, participants may have been able to tell what group they were in- and given the questions asked – be able to guess the hypotheses of the researchers. This is made

69

even more likely because they were asked to attend and respond to questions about the researcher-created Instagram content daily which is unlike typical Instagram use. Importantly, participants were not asked to stop following any content that might already be consistent with hashtags different from their assigned group. Thus, they may have been exposed to all types of content that may have impacted findings and reduce the internal validity of the conclusions. Other limitations are that all outcomes were self-report and are not clinical measures of disordered eating. Further the authors did not discuss scores on these measures as they might relate to clinical populations or relate these increases in mood or body dissatisfaction to behaviors consistent with an eating disorder.

xiii.    *Sevic et al., 2020*

168.    Study description:  The study authors sought to explore the parallel impact of exposure to sexualized content in the media and social media use to self-objectification and body surveillance in male adolescents.  Croatian adolescent males (N= 743; *M*age = 15.9 years) completed assessments about social networking, use of sexually explicit material, internalization of appearance ideals and body surveillance over 5 time points (total of 22 months).  The authors report that social media slightly decreased over time while use of sexual material increased. The authors also report that, over this time period, both internalization and surveillance decreased. No relationships between changes in the use of either social networking sites or sexually explicit material and changes in the internalization of appearance ideals and body surveillance were observed.

169.    Limitations:  The authors only assessed social media use with one item, and self-reported time on social media is known not to correlate with device-metrics and may not be the best assessment of engagement with social media. The authors also note that the measures on internalization and body surveillance were not validated in male samples. In addition, it is a strictly observational study and thus causation between media use and conclusions about changes in ideal internalization and body surveillance are not possible.  Importantly, none of the measures are related to eating order symptoms and the authors do not discuss the scores on these measures in relation to scores in clinical populations.  Thus, the clinical significance is unknown and not established.

xiv.    *Livet et al., 2024*

170.    Study description:  The authors aim to study a mediated model of increases in screen time and eating disorder symptoms over the course of 5 years. Adolescents (N=3,801; over 31 schools in Montreal; *M*age=12.8) completed self-report measures every year for 5 years (2012-2017). Screen time—inclusive of social

70

media, television, video gaming— was longitudinally explored in relation to disordered eating symptoms. During class time, participants completed questionnaires online. The authors report using advanced statistics that allow for analysis of both between-subject (i.e., account for common vulnerability toward screen time and eating related symptoms) and within-person random effects (i.e., concurrent and lagged relationships within the individual's own trajectory). The authors report that over time self-esteem remained constant but eating symptoms increased as did screen time on television and social media (video game screen time increased only from Year 1 to Year 2). The authors report those who reported higher social media use and video gaming, reported lower self-esteem at the same time. Further, increases in social media use corresponded to reductions in self-esteem both cross-sectionally and at the next year. Additionally, those that reported higher television and social media use scored higher on eating disorder symptoms. Higher increase in social media was associated with concurrent eating symptoms and higher eating symptoms the following year. The authors report mediation by self-esteem such that those who reported higher screen time also showed lower levels of self-esteem which was associated with higher eating symptoms. However, only overall screen time and social media use was mediated by self-esteem. Self-esteem was not a significant mediator for video gaming or television screen time. The authors conclude that social media use at one year was associated with increased disordered eating symptoms over two years later via reduced self-esteem.

171.    Limitations: Eating disorder symptoms were assessed via 3 items (i.e., 3 questions) that asked about eating which, were taken from the Eating Disorders Section of the Development and Well-Being Assessment screening questionnaire. The authors present that these 3 items in such a way that it seems as though they have high sensitivity and specificity with appositive predictive power of 88%. However, these statistics are for a larger series of structured and open-ended questions (53 items overall). Thus, these performance metrics cannot be applied to the 3 questions used in this study, thereby calling into question the validity of the measures assessed. The only features of disordered eating assessed were fear of gaining weight/becoming fat, the participants' descriptions of themselves (bod size from very thin to fat) and binge eating. It is unclear why body size is assessed as, all but anorexia nervosa, severity of the disorder is not determined by weight status nor is weight status a diagnostic criterion. Screen time for each modality (social media, television, and video gaming) was assessed only via time. Studies have demonstrated that time may be a poor measure of social media engagement and self-reported use is poorly correlated with device-assessed use. The authors do not discuss the effect sizes of their analyses which seems relevant as their sample is large and the estimates appear significant but small, making it hard to understand their clinical impact. As discussed with the ABCD studies, risk factors and/or

71

confounders were not assessed. All measures were self-report increasing risk spurious relationships due to shared method variance. Finally, the study did not assess any diagnosed eating disorders.

### F. Cross-sectional Studies Summary - Eating Disorder Symptoms & Body Image Dissatisfaction

172. A number of cross-sectional studies have been published assessing use of social media in youth and non-specific conditions such as body imaging/satisfaction, disorder eating or eating disorder symptoms (e.g., Aparicio-Martinez 2019, Cohen 2017, Lonergan 2020, Santa-Rosa 2017). Cross-sectional studies, however, are limited by the key critique that "correlation does not equal causation." More specifically, the use of social media and the outcome being assessed are assessed simultaneously assessed or captured. Cross-sectional studies, by design, cannot establish temporality (that the alleged exposure comes before the outcome or that a change overtime is the result of the exposure or the outcome or disorder of interest). Cross-sectional studies do not allow for the determination of the direction of any association and cannot be used to assess causality.

### G. Meta-analyses - Eating Disorder Symptoms & Body Image Dissatisfaction

173. There are several published meta-analyses that attempted to assess use of social media and body image, symptoms of eating disorders or other non-specific measures of eating behavior. These meta-analyses have a number of significant methodological limitations that prevent them from establishing a valid association between use of social media and eating disorders. Most importantly, as none of the studies included in the meta-analyses assessed diagnosed eating disorders, the meta-analyses themselves did not and could not evaluate relationships with eating disorder development or that the use of social media increased the risk of an eating disorder. Significantly, none of the meta-analyses showed that any of the findings led to an eating disorder diagnosis in the study participants. The absence of this data in these meta-analyses prevent any reliable, scientific determination that social media use is associated with eating disorder development. Pooled effect sizes are often reported to be small across the meta-analyses and no different than effect sizes with traditional (i.e., print media), with higher reported effect sizes being outliers. Effect sizes indicate how meaningful the relationship between two variables or across groups is, with smaller effects suggesting less relevant relationships. Significance (i.e., $p$-values) cannot provide an estimation of the strength of

relationships (e.g., smaller p value does not mean a more important effect), and are highly influenced by sample sizes. In addition, the presence of heterogeneity in effect sizes across studies and significant moderators, such as publication year, study location, and data collection method as well as personality traits and gender highlights the variability between study methods and complexity of relationships between social media use and body image/disordered eating outcomes. Study bias is also relevant in understanding pooled effects. For instance, de Valle et al., 2021 included three analyses of experimental studies and one analysis of longitudinal studies.  The analyses of the experimental studies involved studies with a high risk of bias. de Valle et al. 2021 noted this as a limitation: "Several limitations of this article should be considered.  There were indicators of possible bias in the experimental studies, over a third of which were rated as being at high risk of bias." As for the longitudinal analyses, de Valle et al., 2021 concluded that "although the results from this category might hint at a causal link, they cannot demonstrate causation.  It is also possible that there is a reciprocal relationship, whereby people who already have, or are predisposed to, poor body image seek out more appearance-related content on social media, and this in turn worsens their body image." These limitations highlight that the limited conclusions that can be drawn from these meta-analyses, which do not establish casual relationships between social media and eating disorder development.

174.    Below are additional assessments of the meta-analyses in this category.

*ii.    Saiphoo & Vahedi (2019)*

175.    In the meta-analysis completed by Saiphoo & Vahedi (2019) the average effect between social media use (on primarily Facebook or Instagram) and body image over 63 studies was r=.169 (weak). Moderators included: age, the country where the study was done, and type of outcome measured (i.e., cognitive aspects of body dissatisfaction showed stronger relationships than behaviors to social media use). These moderators highlight that observed relationships are distinct to samples and that individual differences even in age/location can impact findings.

*iii.    Mingoia et al., 2017*

176.    Similarly, Mingoia et al., 2017 reports small effect sizes across 5 of the 6 correlational studies included in their meta-analysis on social network use and thin-ideal internalization. Their findings show a consistent relationship with higher social media use and higher thin-ideal internalization, but only six studies were included. Importantly, half of the studies that comprised this meta-analysis were done by the same researcher (Tiggemann) and two by the same team (Tiggemann & Slater), which means that results should be interpreted with caution. Additionally,

73

almost all studies explored relationships with Facebook use, and previous work suggests that media platform may impact findings.

### iv.   Huang et al., 2021

177.   Huang et al., 2021 conducted a meta-analysis of 127 studies that explored relationships both in cross-sectional and experimental research studies, allowing for exploring moderators such as study type, media type, and outcomes (i.e.., body dissatisfaction, thin-ideal internalization, body self-consciousness, internalization of the thin ideal, and eating behaviors). Overall, results indicated a relationship between social media use and various outcomes related to body dissatisfaction however the effect was small (g=-.18).  Key moderators included media type with magazines, music videos, television, and social media all showing significant relationships to negative body image and non-celebrity content and images unrelated to advertisements showing the strongest relationships. Other noted moderators included publication year, such that the strongest relationships were found in studies between 2001 and 2010 compared to those prior to or following this range and study design such that correlational studies showed larger effect sizes than experimental designs. Further, most observed effect sies (using Hedges g) were below .2, showing generally low effect sizes as seen in previous meta-analyses. Social media variables did not show stronger relationships to outcomes than traditional media. Of note, it is also not clear from the methods what aspects/engagement with social media or traditional media were included as variables in the analyses. For example, it is not clear if effects from studies that assessed having an account on social media sites, those that assessed time spent on accounts, and those that assessed specific activities on social media (e.g., picture posted, likes, etc) were all averaged together. Some research suggests that these different uses and on different platforms may impact relationships, making it more difficult to establish what aspects of social media may be most associated with outcomes.

### v.   Zhang et al, 2021

178.    Zhang et al., 2021 conducted a meta-analysis of 22 studies to explore relationships between social media use (duration, frequency, and intensity of use) and eating disorder behaviors.  They report a weak association ($r$=.09, $p$<.001) between social networking sites and disordered eating with larger effects for studies using paper surveys versus online data collection and a stronger relationship in university students. All studies reviewed are correlational and appendixes provide data on type of social media site as well as each studies quality assessment. Counter to some previous work, higher BMI was associated with engagement in disordered eating.

74

Somewhat inconsistent with previous studies, the population where these relationships were strongest is college students, which sometimes show smaller relationships than pre-college samples (e.g., Grabe et al., 2008), however, body dissatisfaction, not eating disorder behaviors, were the outcomes for other meta-analyses. This study also did not explore different engagement with social media (e.g., posting, scrolling).

*vi.    de Valle et al, 2021*

179.    de Valle et al., 2021 describe four meta-analyses on the relationships between social media and body image to suggest that the combined findings across experimental studies with non-appearance related controls (n=24 studies), experimental studies exploring  the effects of context like comments (e.g., praise for appearance), captions (e.g., disclaimer about social media risk), etc that may increase or decrease risk of viewing images  (n=21), experimental studies with appearance-related controls (n=14), and 10 longitudinal studies (n-10) demonstrate a level of causality. They explain that social media is unique compared to other forms of media sharing in that participants can participate in creating and responding to content. However, as described below for the second meta-analysis, the findings would suggest this context plays a small role and may not be processed as deeply as the images themselves. Results also suggest that there was a high risk of bias in 38.9% (n=14) of the experimental studies (due to missing data) and 10 were rated as having "some concern" of bias in findings because of poorly described/executed randomization process. For the longitudinal studies included, the overall quality was determined to be "fair" with key issues being lack of transparency regarding eligibility criteria, insufficient reporting of participant characteristics, single recruitment strategies (not representative), and unclear reporting of competing interests that might bias findings. In meta-analysis 1 (M1) The authors report a moderate negative effect of viewing thin-ideal images (vs. non-appearance related images) on body image *(g=-.06)*. However, if studies contributing outlier effect sizes were removed, the effect size estimate is small *(g=-.28)*. For M2, the authors also conclude that there is a very small effect *(g= -.12)* of context (e.g., factors that determine the level of "risk" when viewing thin-ideal images). For M3, the authors found that viewing thin images was more problematic (at a moderate effect size of *g=-.68*)  to body image than viewing non-thin-ideal images. However, again outliers seemed to be pulling the effects and when removed, the effect size was small at *g=-.29*.  Finally, for M4, they report a very small effect longitudinally between social media use and body image (Fischer's Z = -.08). They argue that together findings demonstrate both association and temporal precedence across studies and, as such, provide a case for causality. However, in addition to M1 and M3 having higher possible methods bias, these two meta-analyses also show increased risk for publication bias (i.e., selective

75

publication of studies based on their findings). Further limitations include varied definitions of social media use longitudinally makes it difficult to compare and contrast results and the time between assessments in the longitudinal studies varied widely, making it hard to establish a time course between social media use and body satisfaction Finally, the longitudinal studies also cannot fully establish temporality because it cannot be ruled out that individuals with already low body satisfaction or predisposed to have poor body image seek out/engage more heavily with social media rather than social media use leading to worsening body image over time.

*vii.    Grabe 2008*

180.    Grabe et al., 2008 performed a meta-analysis across both cross-sectional survey studies and experimental studies to best address limitations of each study method on its own (primarily inability to establish ecological validity in experimental designs and limits on establishing causality in correlational studies. This study is only with print media and television, assessing the influence of frequency of television watching of thin-ideal content or fashion magazine reading as well as hours per week engaging in these activities. With traditional media, the authors report small (d=.28 for impact on body image dissatisfaction) to moderate (d=.39 on thin ideal internalization) relationships with media usage, suggesting equivalent or stronger associations between traditional media exposure and body image dissatisfaction to what has been observed between social media and body dissatisfaction in later meta-analyses.

### H.    Body Dysmorphic Disorder

181.    The experimental studies discussed above, including those that assessed body dissatisfaction or reactions to images, do not establish a causal relationship between use of social media, or a feature of social media, and BDD. Similarly, the longitudinal studies that assessed body dissatisfaction or other studies that assessed symptoms of BDD (Ganson 2024) are insufficient to establish a causal relationship between use of social media, or a feature of social media, and BDD. Importantly, no experimental or longitudinal study assessed an actual BDD diagnosis or utilized a BDD diagnostic screen as an outcome measure.

### I.    Summary of Opinions

182.    The published scientific literature base does not include one study with diagnosed eating disorders as the outcome. Nor is there a study with a diagnosed BDD as the outcome. The eating disorder screening scales used in the studies are not reliable

76

substitutes for either of these diagnosed disorders. Further, many utilize self-report measures of symptoms that are not normed on the population used in the study (e.g., not validated for youth) and others use measures that have no clinical cut-offs (e.g., VAS scores), or only use certain items from full measures (such that the psychometrics are no longer meaningful). Further, many studies rely on college samples, often in courses for psychology credit and with likely demand effects. These studies are often also done online with few or any checks on cover stories or engagement with the study questions. Studies that explore unique features of social media, compared to traditional media, do not consistently find that these features increase the risk of the outcomes assessed and none show a causal relationship as to a diagnosed eating disorder or BDD.

183. Thus, despite an observed association in some studies between social media use and eating disorder symptoms, the current literature base does not provide sufficient scientific evidence to support a claim that social media use causes the development of an eating disorder.

184. I may use figures or data in this report or discussed in the materials listed in my reference list as demonstrative exhibits at trial.

185. I hold the opinions in this report to a reasonable degree of medical and scientific certainty. I also reserve the right to supplement any of my opinions based on additional scientific literature or information. If requested by counsel, I will testify at deposition and at trial in these cases.

186. The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

*Kendra R Becker*

Dr. Kendra Becker
July 9, 2025

## VI.    Appendix B: References

1.    Fairburn, Cooper, O'Conner. Eating Disorder Examination edition 17.0. 2014

2.    American Psychiatric Association (APA). Structured Clinical Interview for DSM-5. 2025 Available at: https://www.appi.org/products/structured-clinical-interview-for-dsm-5-scid-5

3.    First MB, Williams JBW, Karg RS, Spitzer RL: User's Guide for the Structured Clinical Interview for DSM-5 Disorders, Research Version (SCID-5-RV). Arlington, VA, American Psychiatric Association, 2015

4.    Bryant-Waugh, R., Micali, N., Cooke, L., Lawson, E. A., Eddy, K. T., & Thomas, J. J. (2019). Development of the Pica, ARFID, and Rumination Disorder Interview, a multi-informant, semi-structured interview of feeding disorders across the lifespan: A pilot study for ages 10–22. International Journal of Eating Disorders. 52(4):378-387.

5.    Breithaupt L, Kahn, DL, Slattery M, Plessow F, Mancuso C, Izquierdo A, Dreier MJ, Becker KR, Franko DL, Thomas JJ, Holsen L, Lawson EA, Misra M, & Eddy KT. (2022). Eighteen-month Course and Outcome of Adolescent Restrictive Eating Disorders: Persistence, Crossover, and Recovery. Journal of clinical child and adolescent psychology: the official journal for the Society of Clinical Child and Adolescent Psychology, American Psychological Association, Division 53, 51(5), 715-725. PMID: 35476589

6.    Izquierdo A., Plessow F., Becker KR, Mancuso CJ, Slattery M, Murray HB, Hartmann AS, Misra M, Lawson EA, Eddy KT, & Thomas JJ. (2019).Implicit attitudes toward dieting and thinness distinguish fat-phobic and non-fat-phobic anorexia nervosa from avoidant/restrictive food intake disorder. *The International journal of eating disorders, 52*(4), 419-427. PMID: 30597579

7.    Stern CM, McPherson I, Dreier MJ, Coniglio K, Palmer LP, Gydus J, Graver H, Germine LT, Tabri N, Wang SB, Breithaupt L, Eddy KT, Thomas JJ, Plessow F, & Becker KR. (2024). Avoidant/restrictive food intake disorder differs from anorexia nervosa in delay discounting. *Journal of eating disorders, 12(1), 19.* PMID: 38287459.

8.    Becker KR, Keshishian AC, Liebman R, Coniglio KA, Wang SB, Franko DL, Eddy KT, Thomas JJ. (2019). Impact of expanded diagnostic criteria for avoidant/restrictive food intake disorder on clinical comparisons with anorexia nervosa. The *International Journal of Eating Disorders*, *52*(3), 230-238.. PMID: 30578644

9.    American Psychiatric Association: Diagnostic and statistical manual of mental disorders (5th ed., text rev.). (2022)

10.    American Psychiatric Association: *Diagnostic and statistical manual of mental disorders (5th ed., text rev.).* (2013).

11.    American Psychiatric Association: *Diagnostic and statistical manual of mental disorders (4th ed., text rev.).* (1994).

12.    American Psychiatric Association: *Diagnostic and statistical manual of mental disorders (3rd- R, text rev.).* (1987).

13.    American Psychiatric Association: *Diagnostic and statistical manual of mental disorders (3rd-, text rev.).* (1980).

14.    APA. Highlights of Changes from DSM-IV-TR to DSM-5. 2013; 1-19.

15.    Baker JH, Thornton LM, Lichtenstein P, Bulik CM. Pubertal development predicts eating behaviors in adolescence. Int J Eat Disord. 2012 Nov;45(7):819-26. doi: 10.1002/eat.22022. Epub 2012 Apr 20. PMID: 22522282; PMCID: PMC3404161.

16.    Breithaupt L, Holsen LM, Ji C, Hu J, Petterway F, Rosa-Caldwell M, Nilsson IAK, Thomas JJ, Williams KA, Boutin R, Slattery M, Bulik CM, Arnold SE, Lawson EA, Misra M, Eddy KT. Identification of State Markers in Anorexia Nervosa: Replication and Extension of Inflammation-Associated Biomarkers Using Multiplex Profiling. Biol Psychiatry Glob Open Sci. 2024 May 8;4(5):100332. doi: 10.1016/j.bpsgos.2024.100332.

17.    Bulik C. M., Sullivan, P. F., Fear, J. I., & Joyce, P. R. (1997). Eating disorders and antecedent anxiety disorders: a controlled study. *Acta Psychiatrica Scandinavica*, *96*(2), 101-107.

18.    Chu J, Raney JH, Ganson KT, Wu K, Rupanagunta A, Testa A, Jackson DB, Murray SB, Nagata JM. Adverse childhood experiences and binge-eating disorder in early adolescents. J Eat Disord. 2022 Nov 16;10(1):168. doi: 10.1186/s40337-022-00682-y. PMID: 36384578; PMCID: PMC9670461.

19.    Curran PJ, Bauer DJ. The disaggregation of within-person and between-person effects in longitudinal models of change. Annu Rev Psychol. 2011;62:583-619. doi: 10.1146/annurev.psych.093008.100356. PMID: 19575624; PMCID: PMC3059070

20.    Field AE, Javaras KM, Aneja P, Kitos N, Camargo CA Jr, Taylor CB, Laird NM. Family, peer, and media predictors of becoming eating disordered. Arch Pediatr Adolesc Med. 2008 Jun;162(6):574-9. doi: 10.1001/archpedi.162.6.574. PMID: 18524749; PMCID: PMC3652375.

21.    Garner et al. (1982). The Eating Attitudes Test: Psychometric features and clinical correlates. Psychological Medicine, 12, 871-878c.

22.    López-Gil JF, García-Hermoso A, Smith L, Firth J, Trott M, Mesas AE, Jiménez-López E, Gutiérrez-Espinoza H, Tárraga-López PJ, Victoria-Montesinos D. Global Proportion of Disordered Eating in Children and Adolescents: A Systematic Review and Meta-analysis. JAMA Pediatr. 2023 Apr 1;177(4):363-372. doi: 10.1001/jamapediatrics.2022.5848. PMID: 36806880; PMCID: PMC9941974.

23.    Gondoli DM, Corning AF, Salafia EH, Bucchianeri MM, Fitzsimmons EE. Heterosocial involvement, peer pressure for thinness, and body dissatisfaction among young adolescent girls. Body Image. 2011 Mar;8(2):143-8. doi: 10.1016/j.bodyim.2010.12.005. Epub 2011 Feb 26. PMID: 21354882; PMCID: PMC3086491.

24.    Hazzard VM, Bauer KW, Mukherjee B, Miller AL, Sonneville KR. Associations between childhood maltreatment latent classes and eating disorder symptoms in a nationally representative sample of young adults in the United States. Child Abuse Negl. 2019 Dec;98:104171. doi: 10.1016/j.chiabu.2019.104171. Epub 2019 Sep 20. PMID: 31546098; PMCID: PMC6885127.

25.    Ho PM, Peterson PN, Masoudi FA. Evaluating the evidence: is there a rigid hierarchy? Circulation. 2008 Oct 14;118(16):1675-84. doi: 10.1161/CIRCULATIONAHA.107.721357. PMID: 18852378.

26.    Kambanis PE, Graver H, Palmer LP, Stern CM, Tabri N, Dunford A, Burton-Murray H, Breithaupt L, Wang SB, Rossman SM, Mancuso CJ, Andrea AM, Waller G, Freid CM, Eddy KT, Thomas JJ, Becker KR. Patterns of Symptom Change in Behaviors and Cognitions During 10-Session Cognitive Behavioral Therapy (CBT-T) for Non-Underweight Eating Disorders. Int J Eat Disord. 2025 Apr 1. doi: 10.1002/eat.24429. Epub ahead of print. PMID: 40167303

27.    Keel PK, Forney KJ, Brown TA, Heatherton TF. Influence of college peers on disordered eating in women and men at 10-year follow-up. J Abnorm Psychol. 2013 Feb;122(1):105-10. doi: 10.1037/a0030081. Epub 2012 Oct 1. PMID: 23025666; PMCID: PMC3848030.

28.    Kerr KL, Ralph-Nearman C, Colaizzi JM, DeVille DC, Breslin FJ, Aupperle RL, Paulus MP, Morris AS. Gastric symptoms and low perceived maternal warmth are associated with eating disorder symptoms in young adolescent girls. Int J Eat Disord. 2021 Jun;54(6):1009-1018. doi: 10.1002/eat.23516. Epub 2021 Apr 9. PMID: 33836108; PMCID: PMC9945938.

29.    Lemahieu, L., Vander Zwalmen, Y., Mennes, M. *et al.* The effects of social media abstinence on affective well-being and life satisfaction: a systematic review and meta-analysis. *Sci Rep* **15**, 7581 (2025).

30.    U.S. Preventive Services Task Force. Guide to clinical preventive services: report of the U.S. Preventive Services Task Force. 2nd ed. Baltimore: Williams & Wilkins, 1996.

31.    Prichard, Taylor, Tiggemann - 2023. Comparing and self-objectifying: The effect of sexualized imagery posted by instagram influencers on women's body image. Body Image, 46, 347-355.

32.    Puhl RM, Lessard LM, Larson N, Eisenberg ME, Neumark-Stzainer D. Weight Stigma as a Predictor of Distress and Maladaptive Eating Behaviors During COVID-19: Longitudinal Findings From the EAT Study. Ann Behav Med. 2020

Oct 1;54(10):738-746. doi: 10.1093/abm/kaaa077. PMID: 32909031; PMCID: PMC7499477.

33. Reyes-Rodríguez ML, Von Holle A, Ulman TF, Thornton LM, Klump KL, Brandt H, Crawford S, Fichter MM, Halmi KA, Huber T, Johnson C, Jones I, Kaplan AS, Mitchell JE, Strober M, Treasure J, Woodside DB, Berrettini WH, Kaye WH, Bulik CM. Posttraumatic stress disorder in anorexia nervosa. Psychosom Med. 2011 Jul-Aug;73(6):491-7. doi: 10.1097/PSY.0b013e31822232bb. Epub 2011 Jun 28. PMID: 21715295; PMCID: PMC3132652.

34. Smolak L, Murnen SK. A meta-analytic examination of the relationship between child sexual abuse and eating disorders. Int J Eat Disord. 2002 Mar;31(2):136-50. doi: 10.1002/eat.10008. PMID: 11920975.

35. Sparti, C., Santomauro, D., Cruwys, T., Burgess, P., & Harris, M. (2019). Disordered eating among Australian adolescents: Prevalence, functioning, and help received. *International Journal of Eating Disorders*, *52*(3), 246-254.

36. Stern CM, Graver H, McPherson I, Gydus J, Kambanis PE, Breithaupt L, Burton-Murray H, Zayas L, Eddy KT, Thomas JJ, Becker KR. Difficulties in Emotion Regulation in Avoidant/Restrictive Food Intake Disorder. Int J Eat Disord. 2024 Nov;57(11):2156-2166. doi: 10.1002/eat.24281. Epub 2024 Sep 1. PMID: 39219064; PMCID: PMC11569823.

37. Stice, E., Davis, K., Miller, N. P., & Marti, C. N. (2008). Fasting increases risk for onset of binge eating and bulimic pathology: a 5-year prospective study. *Journal of abnormal psychology*, *117*(4), 941.

38. Neumark-Sztainer D, Paxton SJ, Hannan PJ, Haines J, Story M. Does body satisfaction matter? Five-year longitudinal associations between body satisfaction and health behaviors in adolescent females and males. J Adolesc Health. 2006 Aug;39(2):244-51. doi: 10.1016/j.jadohealth.2005.12.001. PMID: 16857537.

39. Murray HB, Dreier MJ, Zickgraf HF, Becker KR, Breithaupt L, Eddy KT, & Thomas JJ (2021). Validation of the Nine Item ARFID Screen (NIAS) subscales for distinguishing ARFID presentations and screening for ARFID. *The International Journal of Eating Disorders*, *54*(10), 1782-1792. PMID: 33884646

40. Zalta AK, Keel PK. Peer influence on bulimic symptoms in college students. J Abnorm Psychol. 2006 Feb;115(1):185-9. doi: 10.1037/0021-843X.115.1.185. PMID: 16492110.

41. Klump KL, Miller KB, Keel PK, et al. Genetic and environmental influences on anorexia nervosa syndromes in a population-based twin sample. Psychol Med 2001;31:737–40.

42.   Kortegaard LS, Hoerder K, Joergensen J, et al. A preliminary population-based twin study of self-reported eating disorder. Psychol Med 2001;31:361–5.Genetics of Eating Disorders

43.   Lindvall Dahlgren, C., Wisting, L. & Rø, Ø. Feeding and eating disorders in the DSM-5 era: a systematic review of prevalence rates in non-clinical male and female samples. J Eat Disord 5, 56 (2017). https://doi.org/10.1186/s40337-017-0186-7

44.   Harshman SG, Jo J, Kuhnle M, Hauser K, Murray HB, Becker KR, Misra M, Eddy KT, Micali N, Lawson EA, Thomas JJ. A Moving Target: How We Define Avoidant/Restrictive Food Intake Disorder Can Double Its Prevalence. J Clin Psychiatry. 2021 Sep 7;82(5):20m13831. doi: 10.4088/JCP.20m13831. PMID: 34496463; PMCID: PMC8493963.

45.   Bulik, C. M., Blake, L., & Austin, J. (2019). Genetics of eating disorders: what the clinician needs to know. *Psychiatric Clinics of North America*, *42*(1), 59-73.

46.   Strober M, Freeman R, Lampert C, et al. Controlled family study of anorexia nervosa and bulimia nervosa: evidence of shared liability and transmission of partial syndromes. Am J Psychiatry 2000;157:393–401.

47.   Lilenfeld LR, Kaye WH, Greeno CG, et al. A controlled family study of anorexia nervosa and bulimia nervosa: psychiatric disorders in first-degree relatives and effects of proband comorbidity. Arch Gen Psychiatry 1998;55:603–10.

48.   Bulik CM, Sullivan PF, Tozzi F, et al. Prevalence, heritability and prospective risk factors for anorexia nervosa. Arch Gen Psychiatry 2006;63:305–12.

49.   Duncan L, Yilmaz Z, Gaspar H, et al. Significant locus and metabolic genetic correlations revealed in genome-wide association study of anorexia nervosa. Am J Psychiatry 2017;174:850–8.

50.   Bulik CM, Thornton LM, Root TL, et al. Understanding the relation between anorexia nervosa and bulimia nervosa in a Swedish national twin sample. BiolPsychiatry 2010;67:71–7.

51.   Bulik CM, Sullivan PF, Kendler KS. Heritability of binge-eating and broadly defined bulimia nervosa. Biol Psychiatry 1998;44:1210–8.

52.   Trace SE, Thornton LM, Baker JH, et al. A behavioral-genetic investigation of bulimia nervosa and its relationship with alcohol use disorder. Psychiatry Res 2013;208:232–7.

53.   Javaras KN, Laird NM, Reichborn-Kjennerud T, et al. Familiality and heritability of binge eating disorder: results of a case-control family study and a twin study. Int J Eat Disord 2008;41:174–9.

54.   Mitchell KS, Neale MC, Bulik CM, et al. Binge eating disorder: a symptom-level investigation of genetic and environmental influences on liability. Psychol Med 2010;40:1899–906.

55.     Breithaupt L, Köhler-Forsberg O, Larsen JT, et al. Association of Exposure to Infections in Childhood With Risk of Eating Disorders in Adolescent Girls. JAMA Psychiatry. 2019;76(8):800–809. doi:10.1001/jamapsychiatry.2019.0297

56.     Dando SJ, Mackay-Sim A, Norton R, et al. Pathogens penetrating the central nervous system: infection pathways and the cellular and molecular mechanisms of invasion. Clin Microbiol Rev. 2014;27(4):691-726. doi:10.1128/CMR.00118-13.

57.     Duncan L, Yilmaz Z, Gaspar H, et al; Eating Disorders Working Group of the Psychiatric Genomics Consortium. Significant locus and metabolic genetic correlations revealed in genome-wide association study of anorexia nervosa. Am J Psychiatry. 2017;174(9):850-858. doi:10.1176/appi.ajp.2017.16121402

58.     Raevuori A, Haukka J, Vaarala O, et al. The increased risk for autoimmune diseases in patients with eating disorders. PLoS One. 2014;9(8):e104845. doi:10.1371/journal.pone.0104845PubMedGoogle ScholarCrossref

59.     Wotton CJ, James A, Goldacre MJ. Coexistence of eating disorders and autoimmune diseases: record linkage cohort study, UK. Int J Eat Disord. 2016;49(7):663-672. doi:10.1002/eat.22544PubMedGoogle ScholarCrossref

60.     Zerwas S, Larsen JT, Petersen L, et al. Eating disorders, autoimmune, and autoinflammatory disease. Pediatrics. 2017;140(6):e20162089. doi:10.1542/peds.2016-2089

61.     Rapee RM, Magson NR, Forbes MK, Richardson CE, Johnco CJ, Oar EL, Fardouly J. Risk for social anxiety in early adolescence: Longitudinal impact of pubertal development, appearance comparisons, and peer connections. Behav Res Ther. 2022 Jul;154:104126. doi: 10.1016/j.brat.2022.104126. Epub 2022 May 20. PMID: 35642989.

62.     Keshishian, A. C., Tabri, N., Becker, K. R., Franko, D. L., Herzog, D. B., Thomas, J. J., & Eddy, K. T. (2021). Comorbid depression and substance use prospectively predict eating disorder persistence among women with anorexia nervosa and bulimia nervosa. *Journal of Behavioral and Cognitive Therapy*, *31*(4), 309-315.

63.     Bahji, A., Mazhar, M. N., Hudson, C. C., Nadkarni, P., MacNeil, B. A., & Hawken, E. (2019). Prevalence of substance use disorder comorbidity among individuals with eating disorders: A systematic review and meta-analysis. *Psychiatry research*, *273*, 58-66.

64.     Swinbourne, J., Hunt, C., Abbott, M., Russell, J., St Clare, T., & Touyz, S. (2012). The comorbidity between eating disorders and anxiety disorders: Prevalence in an eating disorder sample and anxiety disorder sample. *Australian & New Zealand Journal of Psychiatry*, *46*(2), 118-131.

83

65.    Bulik, C. M., Sullivan, P. F., Fear, J. I., & Joyce, P. R. (1997). Eating disorders and antecedent anxiety disorders: a controlled study. *Acta Psychiatrica Scandinavica*, *96*(2), 101-107.

66.    Buunk, A. P., & Gibbons, F. X. (2007). Social comparison: The end of a theory and the emergence of a field. *Organizational Behavior and Human Decision Processes, 102*(1), 3–21.

67.    Swinbourne, J., Hunt, C., Abbott, M., Russell, J., St Clare, T., & Touyz, S. (2012). The comorbidity between eating disorders and anxiety disorders: Prevalence in an eating disorder sample and anxiety disorder sample. *Australian & New Zealand Journal of Psychiatry*, *46*(2), 118-131.

68.    Wade TD, Bulik CM, Neale M, et al. Anorexia nervosa and major depression: shared genetic and environmental risk factors. Am J Psychiatry 2000;157: 469–71.

69.    Cederlo F M, Thornton LM, Baker JH, et al. Etiological overlap between obsessive-compulsive disorder and anorexia nervosa: a longitudinal cohort, family and twin study. World Psychiatry 2015;14:333–8.

70.    Godart, N., Radon, L., Curt, F., Duclos, J., Perdereau, F., Lang, F., ... & Flament, M. F. (2015). Mood disorders in eating disorder patients: prevalence and chronology of ONSET. *Journal of affective disorders*, *185*, 115-122.

71.    Cassin, S. E., & von Ranson, K. M. (2005). Personality and eating disorders: a decade in review. *Clinical psychology review*, *25*(7), 895-916.

72.    Zhang, Z., Robinson, L., Campbell, I., Irish, M., Bobou, M., Winterer, J., ... & Consortia, S. T. R. A. T. I. F. Y. (2024). Distinct personality profiles associated with disease risk and diagnostic status in eating disorders. *Journal of Affective Disorders*, *360*, 146-155.

73.    Lilenfeld, L. R., Wonderlich, S., Riso, L. P., Crosby, R., & Mitchell, J. (2006). Eating disorders and personality: A methodological and empirical review. *Clinical psychology review*, *26*(3), 299-320.

74.    Farstad, S. M., McGeown, L. M., & von Ranson, K. M. (2016). Eating disorders and personality, 2004–2016: A systematic review and meta-analysis. *Clinical Psychology Review*, *46*, 91-105.

75.    Mancine, R.P., Gusfa, D.W., Moshrefi, A. *et al.* Prevalence of disordered eating in athletes categorized by emphasis on leanness and activity type – a systematic review. *J Eat Disord* **8**, 47 (2020). https://doi.org/10.1186/s40337-020-00323-2

76.    Ghazzawi, H.A., Nimer, L.S., Haddad, A.J. et al. A systematic review, meta-analysis, and meta-regression of the prevalence of self-reported disordered eating and associated factors among athletes worldwide. J Eat Disord 12, 24 (2024). https://doi.org/10.1186/s40337-024-00982-5

77.    Borowiec, J., Banio-Krajnik, A., Malchrowicz-Mośko, E. *et al.* Eating disorder risk in adolescent and adult female athletes: the role of body satisfaction, sport

type, BMI, level of competition, and training background. *BMC Sports Sci Med Rehabil* **15**, 91 (2023). https://doi.org/10.1186/s13102-023-00683-7

78. Wasserfurth, P., Palmowski, J., Hahn, A. *et al.* Reasons for and Consequences of Low Energy Availability in Female and Male Athletes: Social Environment, Adaptations, and Prevention. *Sports Med - Open* **6**, 44 (2020). https://doi.org/10.1186/s40798-020-00275-6

79. Sharps, F. R. J., Wilson, L. J., Graham, C. A. M., & Curtis, C. (2021). Prevalence of disordered eating, eating disorders and risk of low energy availability in professional, competitive and recreational female athletes based in the United Kingdom. European Journal of Sport Science, 22(9), 1445–1451. https://doi.org/10.1080/17461391.2021.1943712

80. Frederick & Essayli, 2016. Male body image: the roles of sexual orientation and b odyssey mass index across five national US studies. Psychology of men & Masculinity, 17, 336-351.

81. Morrison et al., 2004. Does body satisfaction differ between gay men and lesbian women and heterosexual men and women? A meta-analytic review. Body Image, 1, 127-138.

82. Yelland & Tiggemann 2003. Masculinity and the gay ideal: Body dissatisfaction and disordered eating in homosexual men. Eating Behaviors, 4, 107-116.

83. Jensen PS, Rubio-Stipec M, Canino G, Bird HR, Dulcan MK, Schwab-Stone ME, Lahey BB. Parent and child contributions to diagnosis of mental disorder: are both informants always necessary? J Am Acad Child Adolesc Psychiatry. 1999 Dec;38(12):1569-79. doi: 10.1097/00004583-199912000-00019. PMID: 10596258.

84. Chae, J. (2017). Virtual makeover: Selfie-taking and social media use increase selfie editing frequency through social comparison. Computers in Human Behavior, 66,370–376. https://doi.org/10.1016/j.chb.2016.10.007.

85. Nechita, D. M., Bud, S., & David, D. (2021). Shame and eating disorders symptoms: A meta-analysis. *International Journal of Eating Disorders*, *54*(11), 1899-19.

86. Posavac, Heidi & Posavac, Steven & Posavac, Emil. (1998). Exposure to Media Images of Female Attractiveness and Concern with Body Weight Among Young Women1. Sex Roles. 38. 187-201. 10.1023/A:1018729015490.

87. Kazdin, A. E. (2021). Research Design in Clinical Psychology (5th ed.). Cambridge: Cambridge University Press.

88. Frederick & Essayli, 2016. Male body image: the roles of sexual orientation and body mass index across five national US studies. Psychology of men & Masculinity, 17, 336-351.

89.    Morrison et al., 2004. Does body satisfaction differ between gay men and lesbian women and heterosexual men and women? A meta-analytic review. Body Image, 1, 127-138.

90.    Schneider SC, Turner CM, Mond J, Hudson JL. Prevalence and correlates of body dysmorphic disorder in a community sample of adolescents. Aust N Z J Psychiatry. 2017 Jun;51(6):595-603. doi: 10.1177/0004867416665483. Epub 2016 Aug 31. PMID: 27585880.

91.    Veale D, Gledhill LJ, Christodoulou P, Hodsoll J. Body dysmorphic disorder in different settings: A systematic review and estimated weighted prevalence. Body Image. 2016 Sep;18:168-86. doi: 10.1016/j.bodyim.2016.07.003. Epub 2016 Aug 4. PMID: 27498379.

92.    Parry DA, Davidson BI, Sewall CJR, Fisher JT, Mieczkowski H, Quintana DS. A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. Nat Hum Behav. 2021 Nov;5(11):1535-1547. doi: 10.1038/s41562-021-01117-5. Epub 2021 May 17. PMID: 34002052.

93.    Yelland C, Tiggemann M. Muscularity and the gay ideal: body dissatisfaction and disordered eating in homosexual men. Eat Behav. 2003 Aug;4(2):107-16. doi: 10.1016/S1471-0153(03)00014-X. PMID: 15000974.

94.    Hilbert A, Pike KM, Goldschmidt AB, Wilfley DE, Fairburn CG, Dohm FA, Walsh BT, Striegel Weissman R. Risk factors across the eating disorders. Psychiatry Res. 2014 Dec 15;220(1-2):500-6. doi: 10.1016/j.psychres.2014.05.054. Epub 2014 Jun 6. PMID: 25103674; PMCID: PMC4785871.

95.    Spitzer RL, Kroenke K, Williams JB, Löwe B. A brief measure for assessing generalized anxiety disorder: the GAD-7. Arch Intern Med. 2006 May 22;166(10):1092-7. doi: 10.1001/archinte.166.10.1092. PMID: 16717171.

96.    Sewall CJR, Goldstein TR, Wright AGC, Rosen D. Does Objectively Measured Social-Media or Smartphone Use Predict Depression, Anxiety, or Social Isolation Among Young Adults? Clin Psychol Sci. 2022 Sep;10(5):997-1014. doi: 10.1177/21677026221078309. Epub 2022 Mar 25. PMID: 36406004; PMCID: PMC9671480.

97.    Drury CR, Hail L, Rienecke RD, Accurso EC, Coelho JS, Lock J, Le Grange D, Loeb KL. Psychometric properties of the Parent Eating Disorder Examination Questionnaire. Int J Eat Disord. 2023 Sep;56(9):1730-1742. doi: 10.1002/eat.23999. Epub 2023 May 29. PMID: 37248808; PMCID: PMC10524762.

98.    Tiggemann M, Zaccardo M. "Exercise to be fit, not skinny": The effect of fitspiration imagery on women's body image. Body Image. 2015 Sep;15:61-7. doi: 10.1016/j.bodyim.2015.06.003. Epub 2015 Jul 10. PMID: 26176993.

99.     Kim, H. H.-s. (2017). The impact of online social networking on adolescent psychological well-being (WB): A population-level analysis of Korean school-aged children. *International Journal of Adolescence and Youth, 22*(3), 364–376.

100.    Brown Z, Tiggemann M. Attractive celebrity and peer images on Instagram: Effect on women's mood and body image. Body Image. 2016/12/01/ 2016;19:37-43.

101.    Ganson KT, Testa A, Rodgers RF, Nagata JM. Use of photo filters is associated with muscle dysmorphia symptomatology among adolescents and young adults. Body Image. 2024 Sep;50:101750. doi: 10.1016/j.bodyim.2024.101750. Epub 2024 Jun 7. PMID: 38850715.

102.    Grabe S, Ward LM, Hyde JS. The role of the media in body image concerns among women: a meta-analysis of experimental and correlational studies. Psychol Bull. 2008 May;134(3):460-76. doi: 10.1037/0033-2909.134.3.460. PMID: 18444705.

103.    Klump KL, Perkins PS, Alexandra Burt S, McGue M, Iacono WG. Puberty moderates genetic influences on disordered eating. Psychol Med. 2007 May;37(5):627-34. doi: 10.1017/S0033291707000189. Epub 2007 Mar 5. PMID: 17335640.

104.    Puhl RM, Wall MM, Chen C, Bryn Austin S, Eisenberg ME, Neumark-Sztainer D. Experiences of weight teasing in adolescence and weight-related outcomes in adulthood: A 15-year longitudinal study. Prev Med. 2017 Jul;100:173-179. doi: 10.1016/j.ypmed.2017.04.023. Epub 2017 Apr 24. PMID: 28450124; PMCID: PMC5852667.

105.    Stice E. Risk and maintenance factors for eating pathology: a meta-analytic review. Psychol Bull. 2002 Sep;128(5):825-48. doi: 10.1037/0033-2909.128.5.825. PMID: 12206196.

106.    Vall-Roqué H, Andrés A, González-Pacheco H, Saldaña C. Women's body dissatisfaction, physical appearance comparisons, and Instagram use throughout the COVID-19 pandemic: A longitudinal study. Int J Eat Disord. 2023 Jan;56(1):118-131.

107.    Blackburn MR, Hogg RC. #ForYou? the impact of pro-ana TikTok content on body image dissatisfaction and internalisation of societal beauty standards. PLoS One. 2024 Aug 7;19(8):e0307597.

108.    de Valle MK, Gallego-García M, Williamson P, Wade TD. Social media, body image, and the question of causation: Meta-analyses of experimental and longitudinal evidence. Body Image. 2021 Dec;39:276-292. doi: 10.1016/j.bodyim.2021.10.001. Epub 2021 Oct 22. PMID: 34695681.

109.    Mingoia J, Hutchinson AD, Wilson C, Gleaves DH. The Relationship between Social Networking Site Use and the Internalization of a Thin Ideal in Females: A

Meta-Analytic Review. Front Psychol. 2017 Aug 7;8:1351. doi: 10.3389/fpsyg.2017.01351. PMID: 28824519; PMCID: PMC5545754.

110. Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. *Computers in Human Behavior, 101,* 259–275.

111. Zhang J, Wang Y, Li Q, Wu C. The Relationship Between SNS Usage and Disordered Eating Behaviors: A Meta-Analysis. Front Psychol. 2021 Aug 2;12:641919. doi: 10.3389/fpsyg.2021.641919. PMID: 34413807; PMCID: PMC8367749.

112. Bue AC, Harrison K. Visual and cognitive processing of thin-ideal Instagram images containing idealized or disclaimer comments. Body Image. 2020 Jun;33:152-163. doi: 10.1016/j.bodyim.2020.02.014. Epub 2020 Mar 17. PMID: 32193169.

113. Byrne, C., Yedigarian, S., Lauritzen, H. C., Choi, L., Pak KN, & Fischer S. The association between social media use and body dissatisfaction: Exploring a potential mechanism of action in an experimental design. Psychology of Popular Media. Feb 2024: 1-7.

114. Cohen R, Blaszczynski A. Comparative effects of Facebook and conventional media on body image dissatisfaction. J Eat Disord. 2015 Jul 2;3:23. doi: 10.1186/s40337-015-0061-3. PMID: 26140215; PMCID: PMC4489037.

115. Cowles E, Guest E, Slater A. Imagery versus captions: The effect of body positive Instagram content on young women's mood and body image. Body Image. 2023 Mar;44:120-130.

116. Cohen R, Newton-John T, Slater A. The relationship between Facebook and Instagram appearance-focused activities and body image concerns in young women. Body Image. 2017 Dec;23:183-187. doi: 10.1016/j.bodyim.2017.10.002. Epub 2017 Oct 19. PMID: 29055773.

117. Cohen, R., Fardouly, J., Newton-John, T., & Slater, A. (2019). #BoPo on Instagram: An experimental investigation of the effects of viewing body positive content on young women's mood and body image. *New Media & Society, 21*(7), 1546–1564.

118. deHesselle LC, Montag C. Effects of a 14-day social media abstinence on mental health and well-being: results from an experimental study. BMC Psychol. 2024 Mar 13;12(1):141. doi: 10.1186/s40359-024-01611-1. PMID: 38481298; PMCID: PMC10936093.

119. Dhadly PK, Kinnear A, Bodell LP. #BoPo: Does viewing body positive TikTok content improve body satisfaction and mood? Eat Behav. 2023 Aug;50:101747. doi: 10.1016/j.eatbeh.2023.101747. Epub 2023 May 31. PMID: 37263141

120. Fairburn, C. G. (2008). *Cognitive behavior therapy and eating disorders.* The Guilford Press.

121. Lonergan AR, Bussey K, Fardouly J, Griffiths S, Murray SB, Hay P, Mond J, Trompeter N, Mitchison D. Protect me from my selfie: Examining the association between photo-based social media behaviors and self-reported eating disorders in adolescence. Int J Eat Disord. 2020 May;53(5):485-496. doi: 10.1002/eat.23256. Epub 2020 Apr 7. PMID: 32259344.

122. Aparicio-Martinez P, Perea-Moreno AJ, Martinez-Jimenez MP, Redel-Macías MD, Pagliari C, Vaquero-Abellan M. Social Media, Thin-Ideal, Body Dissatisfaction and Disordered Eating Attitudes: An Exploratory Analysis. Int J Environ Res Public Health. 2019 Oct 29;16(21):4177. doi: 10.3390/ijerph16214177. PMID: 31671857; PMCID: PMC6861923.

123. Holland, G., & Tiggemann, M. (2016). "strong beats skinny every time": Disordered eating and compulsive exercise in women who post fitspiration o Instagram. International Journal of Eating Disorders, 50(1), 76–79.

124. Dignard NAL, Jarry JL. The "Little Red Riding Hood effect:" Fitspiration is just as bad as thinspiration for women's body satisfaction. Body Image. 2021 Mar;36:201-213. doi: 10.1016/j.bodyim.2020.11.012. Epub 2020 Dec 23. PMID: 33360477

125. Engeln R, Loach R, Imundo MN, Zola A. Compared to Facebook, Instagram use causes more appearance comparison and lower body satisfaction in college women. Body Image. 2020 Sep;34:38-45. doi: 10.1016/j.bodyim.2020.04.007. Epub 2020 Jun 4. PMID: 32505866.

126. Fardouly J, Diedrichs PC, Vartanian LR, Halliwell E. Social comparisons on social media: the impact of Facebook on young women's body image concerns and mood. Body Image. 2015 Mar;13:38-45. doi: 10.1016/j.bodyim.2014.12.002. Epub 2015 Jan 20. PMID: 25615425.

127. Joiner R, Mizen E, Pinnell B, Siddique L, Bradley A. The effect of different types of TikTok dance challenge videos on young women's body satisfaction. Computers in Human Behavior. 2023; 147: 1-15.

128. Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2018). Picture Perfect: The Direct Effect of Manipulated Instagram Photos on Body Image in Adolescent Girls. *Media Psychology*, *21*(1), 93–110.

129. Lowe-Calverley E, Grieve R. Do the metrics matter? An experimental investigation of Instagram influencer effects on mood and body dissatisfaction. Body Image. 2021 Mar;36:1-4. doi: 10.1016/j.bodyim.2020.10.003. Epub 2020 Oct 21. PMID: 33099189.

130. Mabe AG, Forney KJ, Keel PK. Do you "like" my photo? Facebook use maintains eating disorder risk. Int J Eat Disord. 2014 Jul;47(5):516-23. doi: 10.1002/eat.22254. PMID: 25035882.

131. McComb SE, Mills JS. Young women's body image following upwards comparison to Instagram models: The role of physical appearance perfectionism and cognitive emotion regulation. Body Image. 2021 Sep;38:49-62.

132. McComb SE, Gobin KC, Mills JS. The effects of self-disclaimer Instagram captions on young women's mood and body image: The moderating effect of participants' own photo manipulation practices. Body Image. 2021 Sep;38:251-261.

133. Pritchard, Mary & Button, Anna. (2023). #Instabod Versus #BoPo: An Experimental Study of the Effects of Viewing Idealized Versus Body-Positive Content on Collegiate Males' and Females' Body Satisfaction. Psychology of Popular Media. 10.1037/ppm0000454.

134. Pryde S, Prichard I. TikTok on the clock but the #fitspo don't stop: The impact of TikTok fitspiration videos on women's body image concerns. Body Image. 2022 Dec;43:244-252. doi: 10.1016/j.bodyim.2022.09.004. Epub 2022 Oct 1. PMID: 36194987.

135. Sampson A, Jeremiah HG, Andiappan M, Newton JT. The effect of viewing idealised smile images versus nature images via social media on immediate facial satisfaction in young adults: A randomised controlled trial. J Orthod. 2020 Mar;47(1):55-64.

136. Fioravanti, G., Svicher, A., Ceragioli, G., Bruni, V., & Casale, S. (2023). Examining the impact of daily exposure to body-positive and fitspiration Instagram content on young women's mood and body image: An intensive longitudinal study. *New Media & Society*, *25*(12), 3266-3288.

137. Santarossa S, Woodruff S J. #SocialMedia: Exploring the Relationship of Social Networking Sites on Body Image, Self-Esteem, and Eating Disorders. 2017; *Social Media + Society*, *3*(2): 1-10

138. Seekis V, Lawrence RK. How exposure to body neutrality content on TikTok affects young women's body image and mood. Body Image. 2023 Dec.

139. Thai, H., Davis, C. G., Mahboob, W., Perry, S., Adams, A., & Goldfield, G. S. (2023). Reducing social media use improves appearance and weight esteem in youth with emotional distress. *Psychology of Popular Media.* Advance online publication.

140. Tiggemann M, Zaccardo M. "Exercise to be fit, not skinny": The effect of fitspiration imagery on women's body image. Body Image. 2015 Sep;15:61-7.

141. Tiggemann M, Slater A. Facebook and body image concern in adolescent girls: A prospective study. Int J Eat Disord. 2017 Jan;50(1):80-83. doi: 10.1002/eat.22640. Epub 2016 Oct 18.

142. Tiggemann M, Hayden S, Brown Z, Veldhuis J. The effect of Instagram "likes" on women's social comparison and body dissatisfaction. Body Image. 2018 Sep;26:90-97.

143. Tiggemann M, Anderberg I. Muscles and bare chests on Instagram: The effect of Influencers' fashion and fitspiration images on men's body image. Body Image. 2020 Dec;35:237-244.

144. Chu J, Ganson KT, Testa A, Al-Shoaibi AAA, Jackson DB, Rodgers RF, He J, Baker FC, Nagata JM. Screen time, problematic screen use, and eating disorder symptoms among early adolescents: findings from the Adolescent Brain Cognitive Development (ABCD) Study. Eat Weight Disord. 2024 Sep 4;29(1):57. doi: 10.1007/s40519-024-01685-1. PMID: 39231917; PMCID: PMC11374868.

145. Chu J, Raney JH, Ganson KT, Wu K, Rupanagunta A, Testa A, Jackson DB, Murray SB, Nagata JM. Adverse childhood experiences and binge-eating disorder in early adolescents. J Eat Disord. 2022 Nov 16;10(1):168. doi: 10.1186/s40337-022- 00682-y. PMID: 36384578; PMCID: PMC9670461.

146. Ferguson CJ, Muñoz ME, Garza A, Galindo M. Concurrent and prospective analyses of peer, television and social media influences on body dissatisfaction, eating disorder symptoms and life satisfaction in adolescent girls. J Youth Adolesc. 2014 Jan;43(1):1-14.

147. Manning TM, Mulgrew KE. Broad conceptualisations of beauty do not moderate women's responses to body positive content on instagram. Body Image. 2022 Mar;40:12-18. doi: 10.1016/j.bodyim.2021.10.009. Epub 2021 Nov 16. PMID: 34798474.

148. Leggett-James, M. P., & Laursen, B. (2023). The Consequences of Social Media Use Across the Transition Into Adolescence: Body Image and Physical Activity. *The Journal of Early Adolescence*, *43*(7), 947-964.

149. Livet A, Boers E, Laroque F, Afzali MH, McVey G, Conrod PJ. Pathways from adolescent screen time to eating related symptoms: a multilevel longitudinal mediation analysis through self-esteem. Psychol Health. 2024 Sep;39(9):1167-1182. doi: 10.1080/08870446.2022.2141239. Epub 2022 Nov 7. PMID: 36345595.

150. Steinhausen HC, Jakobsen H, Helenius D, Munk-Jørgensen P, Strober M. A nation-wide study of the family aggregation and risk factors in anorexia nervosa over three generations. Int J Eat Disord. 2015 Jan;48(1):1-8. doi: 10.1002/eat.22293. Epub 2014 Apr 29. PMID: 24777686.

151. Nagata JM, Iyer P, Chu J, Baker FC, Pettee Gabriel K, Garber AK, Murray SB, Bibbins-Domingo K, Ganson KT. Contemporary screen time modalities among children 9-10 years old and binge-eating disorder at one-year follow-up: A prospective cohort study. Int J Eat Disord. 2021 May;54(5):887-892. doi: 10.1002/eat.23489. Epub 2021 Mar 1. PMID: 33646623; PMCID: PMC9714253.

152. Sevic S, Ciprić A, Buško V, Štulhofer A. The Relationship between the Use of Social Networking Sites and Sexually Explicit Material, the Internalization of Appearance Ideals and Body Self-Surveillance: Results from a Longitudinal Study of Male Adolescents. J Youth Adolesc. 2020 Feb;49(2):383-398. doi: 10.1007/s10964- 019-01172-2. Epub 2019 Dec 4. PMID: 31802316.

153. Devoe DJ, Dimitropoulos G, Anderson A, Bahji A, Flanagan J, Soumbasis A, Patten SB, Lange T, Paslakis G. The prevalence of substance use disorders and substance use in anorexia nervosa: a systematic review and meta-analysis. J Eat Disord. 2021 Dec 11;9(1):161. doi: 10.1186/s40337-021-00516-3. PMID: 34895358; PMCID: PMC8666057.

154. Maes C, Vandenbosch L. Adolescent girls' Instagram and TikTok use: Examining relations with body image-related constructs over time using random intercept cross-lagged panel models. Body Image. 2022 Jun;41:453-459.

155. Shi X, Duck SA, Jansen E, Borsarini B, Blackwell CK, Li Y, Carnell S. Concurrent and prospective associations of social media usage with binge eating symptoms in early adolescence. Obesity (Silver Spring). 2025 Feb;33(2):346-355. doi: 10.1002/oby.24199. Epub 2024 Nov 26. PMID: 39587853.

156. Bradley KL, Bagnell AL, Brannen CL. Factorial validity of the Center for Epidemiological Studies Depression 10 in adolescents. Issues Ment Health Nurs. 2010 Jun;31(6):408-12. doi: 10.3109/01612840903484105. PMID: 20450343.

157. de Vries DA, Peter J, de Graaf H, Nikken P. Adolescents' Social Network Site Use, Peer Appearance-Related Feedback, and Body Dissatisfaction: Testing a Mediation Model. J Youth Adolesc. 2016 Jan;45(1):211-24. doi: 10.1007/s10964-015- 0266-4. Epub 2015 Mar 19. PMID: 25788122; PMCID: PMC4698286.

158. Dijkslag, I. R., Block Santos, L., Irene, G., & Ketelaar, P. (2024). To beautify or uglify! The effects of augmented reality face filters on body satisfaction moderated by self-esteem and self identification. Computers in Human Behavior, 159, 108343.

159. Westenberg JM., Oberle CD. The impact of body-positivity and body-checking TikTok videos on body image. Journal of Social Media in Society. Vol. 12 No. 1 (2023).

160. Rousseau A, Eggermont S, Frison, E. The reciprocal and indirect relationships between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. Computers in Human Behavior. 2017; 1-31.

161. Schroeder, M., & Behm-Morawitz, E. (2025). Digitally curated beauty: The impact of slimming beauty filters on body image, weight loss desire, self-objectification, and anti-fat attitudes. Computers in Human Behavior, 165, 108519.

162.   Steinsbekk S, Wichstrøm L, Stenseng F, Nesi J, Hygen BW, Skalická V. The impact of social media use on appearance self-esteem from childhood to adolescence—A 3-wave community study. *Computers in Human Behavior. 2021; 114: 1-7.*

163.   Vall-Roqué H, Andrés A, González-Pacheco H, Saldaña C. Women's body dissatisfaction, physical appearance comparisons, and Instagram use throughout the COVID-19 pandemic: A longitudinal study. Int J Eat Disord. 2023 Jan;56(1):118-131.

164.   Kim, M., & Park, W. (2016). Who is at risk on Facebook? The effects of Facebook News Feed photographs on female college students' appearance satisfaction. *The Social Science Journal, 53*(4), 427–434

**The Faculty of Medicine at Harvard University**
**Curriculum Vitae**

**Date Prepared:**  April  23, 2025

**Name:**  Kendra R. Becker, Ph.D.

**Office Address:**  Eating Disorders Clinical and Research Program
Massachusetts General Hospital
2 Longfellow Place, Suite 200
Boston, MA 02114

**Home Address:**  10 Minot St.
Reading, MA 01867

**Work Phone:**  Office: (617) 643-8287
Mobile: (501) 283-2116

**Work Email:**  krbecker@mgh.harvard.edu

**Work FAX:**  (617) 726-1595

**Place of Birth:**  Birmingham, AL

## Education

| | | | |
|---|---|---|---|
| 08/03-05/07 | B.A. | Behavioral Neuroscience (Major); Biology (Minor) | Purdue University, West Lafayette, IN |
| 08/10-05/13 | M.S. | Clinical Psychology | University of Georgia, Athens, GA |
| 08/10-08/16 | Ph.D. | Clinical Psychology (Joshua D. Miller, Ph.D. & Sarah Fischer, Ph.D.) | University of Georgia, Athens, GA |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 07/15-06/16 | Pre-Doctoral Psychology Internship | Clinical Psychology (Sabine Wilhelm, Ph.D.) | Massachusetts General Hospital Harvard Medical School |
| 07/16-10/18 | Post-Doctoral Research and Clinical Fellow | Clinical Psychology (Kamryn T. Eddy, Ph.D., & Jennifer J. Thomas, Ph.D.) | Massachusetts General Hospital Harvard Medical School |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 10/18-11/20 | Instructor | Psychology (Psychiatry) | Harvard Medical School |
| 11/20- | Assistant Professor | Psychology (Psychiatry) | Harvard Medical School |

1

## Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 10/18-12/20 | Psychologist | Psychiatry | Massachusetts General Hospital |
| 1/21- | Director of Translational Research | Psychiatry | Massachusetts General Hospital |
| 2/23-2025 | Psychologist | Women's Sports Medicine | Mass General Brigham Hospital |
| 2025- | Director of Psychology | Women's Sports Medicine | Mass General Brigham Hospital |

## Other Professional Positions

| | | | |
|---|---|---|---|
| 07/07-01/09 | Research Coordinator | Psychology (Dr. Eric Stice) Oregon Research Institute, Eugene, Oregon | |
| 07/19- | Clinical Psychologist | Psychology Private Practice | 6 hours/week |
| 09/2024- | Expert Witness | KS Law via Private Practice | 5 hours/week |

## Committee Service

### Local

| | | |
|---|---|---|
| 2010-2015 | Diversity Committee | Co-Founder, Member University of Georgia |
| 2020-2021 | Eugene L. Emerson Award Committee | Member, Scientific Reviewer Massachusetts General Hospital |
| 2020- | Academy of Eating Disorders Neuroimaging Special Interest group | Co-Chair |
| 2020-2022 | Academy of Eating Disorders Scientific Committee for the 2022 International Conference on Eating Disorders | Co-Chair |
| 2020- | Massachusetts General Hospital Psychiatry Center for Diversity | Member |
| 2023-2024 | Academy of Eating Disorders Scientific Committee for the 2024 International Conference on Eating Disorders | Member |
| 2020-2023 | MGH Emerson Award Review Committee | Reviewer/Member |

2

| | | |
|---|---|---|
| 2024- | MGH Emerson Award Review Committee | Chair |

## Professional Societies

| | | |
|---|---|---|
| 2010- | American Psychological Association | |
| 2010- | Academy for Eating Disorders | 2020-2023 Co-Chair for the Neuroimaging Special Interest group; Scientific Co-Chair for the 2022 International Conference on Eating Disorders; Scientific Planning Committee for the 2023 International Conference on Eating Disorders |
| 2017- | Endocrine Society | |
| 2019- | Organization of Human Brain Mapping | |
| 2019- | Association for Behavioral and Cognitive Therapies | |
| 2023- | Eating Disorders Research Society | |

## Grant Review Activities

| | | |
|---|---|---|
| 2020 | Nutrition Optimization Eating Disorders Peer Review Panel | Department of Defense Permanent Member |

## Editorial Activities

### Ad Hoc Reviewer

*Appetite*
*Behavior Therapy*
*Cambridge University Press*
*Child and Family Studies*
*Clinical Psychology Review*
*Cognitive and Behavioral Practice*
*eClinicalMedicine – the Lancet*
*European Journal of Personality*
*European Eating Disorders Review*
*Harvard Review of Psychiatry*
*Journal of Abnormal Psychology*
*Journal of Clinical Child and Adolescent Psychology*
*Journal of Developmental and Physical Disabilities*
*Journal of Health Psychology*
*Journal of Nervous and Mental Disease*
*Journal of Psychosomatic Research*

3

*Journal of Research in Personality*
*Personality and Individual Differences*
*Psychiatry Research*
*Psychological Assessment*
*Psychological Medicine*
*Psychosomatics*

**Other Editorial Roles**

| 2018- | Editorial Board | *International Journal of Eating Disorders* |
|---|---|---|
| 2023 | Guest Editor | *Journal of Eating Disorders* |

## Honors and Prizes

| 2004- | Golden Key International Honor Society | Purdue University | Top 15% of sophomore, junior, and senior undergraduates |
|---|---|---|---|
| 2004- | The National Society of Collegiate Scholars | Purdue University | Top 20% of first and second year undergraduate students nationwide |
| 2005- | Honor Society of Phi Kappa Phi | Purdue University | Top 7.5% of junior undergraduate class |
| 2008 | Exceptional Individual Contributions | Oregon Research Institute | Recognized for important contributions to the development and coordination of an NIH R01 Project. |
| 2011 | University of North Carolina Research Fellowship | Center of Excellence for Eating Disorders | Awarded $1,500 stipend for an 8-week research fellowship at the University of North Carolina's Center for Excellence in Eating Disorders |
| 2014 | Student Conference Travel Award | University of Georgia Graduate Student Travel Fund | One of top student abstracts selected for conference travel funding |
| 2016 | Postdoctoral Young Scientist Award | Global Foundation for Eating Disorders/Eating Disorder Research Society Postdoctoral Young Scientist Award | Awarded $1,000 for one of two top postdoctoral abstracts at the 2016 annual meeting of the |

4

| | | | Eating Disorder Research Society |
|---|---|---|---|
| 2017 | Early Career Scholarship | Academy for Eating Disorders Early Career Scholarship | Awarded $1,500 plus registration fees to attend the 2017 International Conference on Eating Disorders in Prague, Czech Republic. |
| 2017 | MGH Clinical Research Day-Psychiatry Department Award | | Awarded $100 dollars for one of six top abstracts. |

## Report of Funded and Unfunded Projects
**Past**

2016-2017 Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (ARFID): A Treatment Development and Pilot Study
Co-Investigator
(PI: Jennifer J. Thomas, Ph.D.)
American Psychological Foundation

This study supported the manualization and testing of treatment efficacy in reducing symptoms and maintaining mechanisms among patients with ARFID.

2016-2018 Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (ARFID): A Treatment Development and Pilot Study Including Neuroendocrine Makers
Co-Investigator
(PIs: Jennifer J. Thomas, Ph.D.; Kamryn T. Eddy, Ph.D.)
Hilda and Preston Davis Foundation

This proposal supported the manualization and testing of a novel cognitive behavioral therapy for ARFID that targets the three maintaining mechanisms of ARFID – phobic avoidance, sensory sensitivities, and low appetite.

2016-2019 Reward Processing in Anorexia Nervosa and Avoidant/Restrictive Food Intake Disorder: Behavior, Hormonal Concentrations, and Brain Activation in Low-Weight Eating Disorders
Principal Investigator
(Sponsor: Kamryn T. Eddy, Ph.D.; Co-Sponsors: Jennifer J. Thomas, Ph.D.; Elizabeth A. Lawson, M.D.)
$176,454
National Institute of Mental Health
Ruth L. Kirschstein National Research Service Award (NRSA) Individual Postdoctoral Fellowship: F32MH111127
This multi-disciplinary study examined reward processing in low-weight females with anorexia nervosa (AN) and avoidant/restrictive food intake disorder (ARFID) compared to controls to determine if low- and high- calorie foods are associated with disparate endocrine responses and brain activation. We aimed to identify

5

neurobiological differences in reward neural circuitry between these two disorders as possible targets for treatment intervention.

2017-2019     Extramural Loan Repayment Program for Clinical Researchers (LRP-CR)
Principal Investigator
(Co-Mentors: Jennifer J. Thomas, Ph.D.; Kamryn T. Eddy, Ph.D.; Elizabeth Lawson, MD)
$60,000
National Institute of Mental Health
No grant number
The LRP-CR award provided personal financial support by assisting with student loan payments over a two-year period, allowing young investigators the ability to pursue research-focused careers. During this award period, I completed my F32 project (MH MH111127) to pursue my overarching goal of becoming an independently funded clinical scientist in the field of eating disorders by advancing my knowledge of neuroimaging and neuroendocrine methodologies.

2017-2020     Long-Term Cortisol as a Biomarker for Low-Weight Eating Disorders
Principal Investigator
(Primary Mentor: Kamryn T. Eddy, Ph.D.; Co-Mentors: Elizabeth A. Lawson, M.D.; Jennifer J. Thomas, Ph.D.)
$7,000
Harvard Medical School, Department of Psychiatry
Livingston Fellowship Award
In this multi-disciplinary study, we will examine long-term integrated cortisol from hair samples in females with low-weight eating disorders and healthy controls to evaluate hair cortisol as a potential biomarker for severity and trajectory of low-weight eating disorders independent of body mass index.

2018-2020     Neurobiological Outcomes of Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (ARFID)
Principal Investigator
(Co-Mentors: Jennifer J. Thomas, Ph.D. and Kamryn T. Eddy, Ph.D.)
$74,110
Global Foundation for Eating Disorders
Global Foundation for Eating Disorders Scholar Award
In this multi-disciplinary study, we will explore mechanisms of recovery by comparing pre-and post treatment neurological and hormonal features of males and females with ARFID.

2019-2021     Cognitive-Behavioral Therapy for Adults with Avoidant/Restrictive Food Intake Disorder
Co-Investigator
(PI: Jennifer J. Thomas, Ph.D.)
Hilda and Preston Davis Foundation
This study evaluates CBT-AR efficacy for 20 adults ages 18-65.

6

2022-2023    The Role of Negative Affect in the Cognitive-Behavioral Model of Avoidant/Restrictive Food Intake Disorder: An Integrated Analysis of Neural Circuitry, Hormones, and Momentary Negative Emotions – Administrative Supplement
Principal Investigator
(Primary Mentor: Jennifer J. Thomas Ph.D.; Co-Mentors: Elizabeth A. Lawson, M.D.; Laura M. Holsen, Ph.D.)
Direct Costs Requested - $50,000
National Institute of Mental Health
Supplement for a Mentored Patient-Oriented Research Career Development Award
K23MH125143
This study tests the CBT model of ARFID across multiple methods: ecological momentary assessment, fMRI, and appetite-regulating hormones. This supplement provides additional funding for a research assistant.

**Current**

2021-2026    The Role of Negative Affect in the Cognitive-Behavioral Model of Avoidant/Restrictive Food Intake Disorder: An Integrated Analysis of Neural Circuitry, Hormones, and Momentary Negative Emotions
Principal Investigator
(Primary Mentor: Jennifer J. Thomas Ph.D.; Co-Mentors: Elizabeth A. Lawson, M.D.; Laura M. Holsen, Ph.D.)
Direct Costs Requested - $995,218.00
National Institute of Mental Health
Mentored Patient-Oriented Research Career Development Award
K23MH125143
This study tests the CBT model of ARFID across multiple methods: ecological momentary assessment, fMRI, and appetite-regulating hormones.

2024-2025    Adapting Transdiagnostic Treatment of ARFID for Community Health Centers
Co-Investigator
(PI: Dr. Sarah Fischer Nowaczyk, PhD)
Direct Costs Requested - $50,000
National Eating Disorder Association
This study supports development of ARFID treatment materials for community health centers

2025-2027    The Role of Negative Affect in the Cognitive-Behavioral Model of Avoidant/Restrictive Food Intake Disorder: An Integrated Analysis of Neural Circuitry, Hormones, and Momentary Negative Emotions
Principal Investigator
Direct Costs requested- $119,936.44
Massachusetts General Hospital Executive Committee on Research
Claflin Distinguished Scholar Award
This study supports tests the CBT model of ARFID across multiple methods: ecological momentary assessment, fMRI, and appetite regulating hormones. This award supports training and salary of a research coordinator to assist with analyses.

7

**Pending**

2025-2030   Identifying multidimensional signatures of gastric interoception in functional dyspepsia
Primary Investigator
(mPI: Helen Burton Murray, PhD)
Direct Costs Requested – $3,292,116.00
National Institute of Diabetes and Digestive and Kidney Diseases
R01DK145599
This study will explore neural aspects of gastric interoception as a potential biomarker and treatment target for functional dyspepsia.

## Report of Local Teaching and Training

## Teaching of Students in Courses

**Prior to start of current Harvard appointment**

| | | |
|---|---|---|
| 2014-2015 | Psychology of Adjustment<br>Course Instructor | University of Georgia<br>20 hours/week for 16 weeks |

**During current Harvard appointment**

| | | |
|---|---|---|
| 2016 | Cognitive Behavioral Approaches to Body Image Disturbance<br>Guest Instructor | Department of Psychology<br>University of Rhode Island |
| 2017-2018 | New Findings in the Diagnosis, Treatment, and Understanding of Avoidant/Restrictive Food Intake Disorder<br>Guest Instructor | Harvard University<br>1-hour presentation |

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| | | |
|---|---|---|
| 2016-2017 | Cognitive Remediation Therapy for Anorexia Nervosa<br>Psychology interns | Massachusetts General Hospital<br>1-hour presentation |
| 2017-2018 | Dialectical Behavioral Therapy: Principles in Action<br>Doctoral students<br>Department of Applied Psychology | Northeastern University, Boston, MA<br>2.5-hour presentation |

8

| | | |
|---|---|---|
| 2017-2019 | Transdiagnostic Cognitive-Behavioral Therapy for Eating Disorders<br>Child psychology fellows | Massachusetts General Hospital<br>1-hour presentation |
| 2018 | Eating disorders: Beginning Psychological Recovery in an Inpatient Medical Setting<br>Third year psychiatry residents | Massachusetts General Hospital<br>1.5-hour presentation |
| 2018-2019 | Cognitive Behavioral Therapy for Eating Disorders<br>Psychology interns | Massachusetts General Hospital<br>Two 1-hour presentations |
| 2019 | Assessment and Treatment of Feeding and Eating Disorders in Children and Adolescents<br>Clinical staff and interns, Learning and Emotional Assessment Program (LEAP) | Massachusetts General Hospital<br>1-hour presentation |
| 2019 | Eating Disorder Treatment for Children and Adolescents<br>Child/adolescent psychiatry fellows | Cambridge Health Alliance<br>1.25-hour presentation |
| 2020- | Dialectical Behavioral Therapy<br>First-year medical residents | Massachusetts General Hospital<br>Two 3-hour presentations |
| 2022-2024 | Assessment and Treatment of Feeding and Eating Disorders in Children and Adolescents<br>Clinical staff and interns, Learning and Emotional Assessment Program (LEAP) | Massachusetts General Hospital<br>1-hour presentation |
| 2024 | Sex- and Gender-Related Considerations in Interdisciplinary Team-Based Care for Eating Disorders<br>Harvard Medical School Students | Harvard Medical School<br>1.5-hour presentation and discussion |

## Clinical Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2014-2015 | Individual supervision<br>Junior graduate therapists | University of Georgia<br>1 hour/week |
| 2018- | Individual supervision<br>Psychology practicum students, psychology interns, and postdoctoral fellows, Eating Disorder Clinical and Research Program | Massachusetts General Hospital<br>2 hours/week |

## Research Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2015- | Supervision of post-baccalaureate research coordinators and graduate students in Eating | Massachusetts General Hospital |

9

| | |
|---|---|
| Disorder Clinical and Research Program (average 2 a year) | 1-hour lab meeting per week; 1:1 supervision of 1-hour/week per student |

## Mentored Trainees

2012-2014    Ashton Garner, Graduate of Duke University School of Law, Associate at Alston & Bird, LLP)
Career stage: Undergraduate psychology student, University of Georgia: Mentoring role: research advisor.  Accomplishments: first-author manuscript in *Eating Behaviors* entitled "An exploration of the influence of thinness expectancies and eating pathology on compensatory exercise;" awarded University of Georgia Scott Torgesen Award ($500) for outstanding research contributions by a junior psychology major.

2015-2017    Kathryn Coniglio, Clinical psychology doctoral student, Rutgers University
Career stage: Clinical Research Coordinator, MGH Eating Disorders Clinical and Research Program. Mentoring role: research advisor. Accomplishments: first-author manuscript entitled "Factorial integrity and validation of the Eating Pathology Symptoms Inventory (EPSI)."

2017    Christopher J. Mancuso, Clinical psychology doctoral student, University of Wyoming
Career stage: Clinical Research Coordinator, MGH Neuroendocrine Unit. Mentoring role: research advisor. Accomplishments: first-author oral presentation entitled "But I'm really not hungry: Aberrant ghrelin release in individuals with ARFID and AN" presented at the Eating Disorder Research Society's 2017 annual meeting in Leipzig, Germany.

2018-2019    Ani C. Keshishian, Clinical psychology doctoral student, University of Louisville
Career stage: Clinical Research Coordinator, MGH Eating Disorders Clinical and Research program. Mentoring role: research advisor. Accomplishments: first-author oral presentation entitled, "An examination of emotion dysregulation across the eating pathology spectrum," presented at the 2019 annual meeting of the International Conference on Eating Disorders in New York, NY.

2018-    Meghan Kuhnle, Clinical Research Coordinator, MGH Neuroendocrine Unit
Career stage: Undergraduate psychology student, Tuffs University. Mentoring role: research advisor. Accomplishments: first-author poster entitled, "Comparisons in eating-disorder psychopathology and trait anxiety in adult women with anorexia nervosa who do and do not engage in excessive exercise," presented at the 2019 annual meeting of the Eating Disorder Research Society in Chicago, IL.

2018-2020    Jennifer H. Jo, Clinical psychology doctoral student, Ohio University
Career stage: Clinical Research Coordinator, MGH Neuroendocrine Unit. Mentoring role: research advisor. Accomplishments: first-author poster presentation entitled, "Avoidant/restrictive food intake disorder is impairing even without nutritional deficits or insufficient dietary intake," presented the 2020 annual meeting of the Eating Disorder Research Society in Chicago, IL.

2020-        Helen B Murray, Director, GI Behavioral Health Program, Center for Neurointestinal Health, MGH; Assistant Professor, HMS
Career stage: postdoctoral student. Mentoring role: research advisor. Accomplishments: first author paper entitled Elevated fasting satiety-promoting cholecystokinin (CCK) in avoidant/restrictive food intake disorder compared to healthy controls accepted at the *Journal of Clinical Psychiatry.* Second first author paper accepted to the *International Journal of Eating Disorders* entitled "food neophobia as a mechanism of change in cognitive-behavioral therapy for avoidant/restrictive food intake disorder: A case study."

2021-        Katie Rozzell, Psychology Intern at University of San Diego Consortium
Career stage: Clinical psychology doctoral student, University of Hawai'i at Manoa
Mentoring role: research advisor. Accomplishments: first author paper acceptance on appetite-regulating hormones in children and adolescents in Pscychoneuroendcrinology with avoidant/restrictive food intake disorder and conference presentation on the same topic at the 2022 annual conference of the Eating Disorders Research Society.

2022-2023    Casey Stern, Clinical Psychology doctoral student, Hofstra University
Career stage: Clinical Research Coordinator, MGH Eating Disorders Clinical and Research program.. Mentoring role: Research advisor. Accomplishments: first-author presentation entitled, " Avoidant/restrictive food intake disorder differs from anorexia nervosa in delay discounting, but not detail-level processing at the 2022 annual conference of the Eating Disorders Research Society and first-author manuscript acceptance. Acceptance of a second abstract on emotion regulation in ARFID, entitled DERS PAPER, also accepted as a poster for the 2023 International Conference on Eating Disorders and first-author paper submission.

2022-        Taylor Rezeppa, Clinical psychology doctoral student, Ohio University.
Career stage: Clinical psychology doctoral student, Ohio University. Mentoring role: Research advisor. Accomplishments: Research project on leptin levels in youth with ARFID compared to healthy youth accepted as an oral paper presentation at the 2023 International Conference on Eating Disorders and submitted as a first-author manuscript.

2021-2022    Setareh Rossman, Clinical Psychologist
Career stage: Clinical psychology doctoral student, Clark University. Mentoring role: Primary clinical supervisor.  Accomplishments: treated 10 patients with various eating disorder presentations using cognitive behavioral therapy for ARFID, brief cognitive behavioral therapy for eating disorders, and family based therapy for anorexia nervosa.

2022 - 2023    Alexandra Andrea, Clinical psychology doctoral student, Boston University.
Career stage: Doctoral student. Mentoring role: Primary clinical supervisor.

2023-2024    Katherine Escobar, Clinical psychology doctoral student, Suffolk University.
Career stage: Doctoral student. Mentoring role: Primary clinical supervisor.

2022-2024    Haley Graver, Clinical psychology doctoral student, Drexel University
Career stage: Clinical Research Coordinator, MGH Eating Disorders Clinical and Research Program. Mentoring role: Research advisor. Accomplishments: Research project entitled Neural predictors of outcomes following cognitive behavioral therapy for

11

avoidant/restrictive food intake disorder presented as an oral paper presentation the 2023 annual meeting for the International Conference on Eating Disorders and winning top neurobiology abstract. Paper on this project is also submitted as a first author publication under review.

2023-    Sophie Abber, Clinical psychology doctoral student, Florida State University
Career stage: Doctoral student. Mentoring role: Research supervisor. Accomplishments: Research project entitled Neural Functioning in Prefrontal, Visual Processing, and Integrative Regions, but not Reward Regions, Differentiates Anorexia Nervosa from Low-Weight Avoidant/Restrictive Food Intake Disorder presented as an oral paper presentation for the 2024 annual meeting of the Eating Disorders Research Society and winning Top Student Abstract. Paper on this project is also being prepared as a first author publication.

2024-    Kathryn Pasquariello, Clinical psychology doctoral student, Suffolk University
Career stage: Doctoral student. Mentoring role: Research supervisor. Accomplishments: Research project entitled Reading Between the Beeps: Modeling Temporal Dynamics in Avoidant/Restrictive Food Intake Disorder via Network Analysis to be presented as an oral paper presentation at the 2025 International Conference on Eating Disorders. Paper on this project is also being prepared as a first author publication.

2024-    Abigail Dalton, Clinical Research Coordinator, MGH Eating Disorders Clinical and Research Program. Mentoring role: Research advisor. Accomplishments: Autism spectrum traits as related to avoidant/restrictive food intake disorder (ARFID) phenotypes. Oral presentation to be delivered at the International Conference on Eating Disorders, San Antonio, Texas.

2024-    Olivia Wons, Postdoctoral Fellow, Mass General Brigham Women's Sports Medicine Program. Mentoring Role: Primary Clinical Supervisor.


## Formal Teaching of Peers
*No presentations below are sponsored by 3rd parties/outside entities*

| 2019 | Cognitive-Behavioral therapy for Avoidant/ Restrictive Food Intake Disorder (CBT-AR) MGH Psychiatry Academy | Workshop 8 hours |
|---|---|---|
| 2023 | CBT-AR for Adults: Considerations and Strategies Indiana Eating Disorders Task Force | Lecture 1 hour |
| 2024 | Introduction to the Pica ARFID and Rumination Disorder Interview (PARDI) Comenzar de Neurvo | Online Workshop 3 hours |
| 2023- | Cognitive Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder: An Online Introduction | Online workshop |

12

6 hours over 6 weeks twice a year with 30 minute discussions each week

## Local Invited Presentations

*No presentations below are sponsored by 3rd parties/outside entities.*

2017      Avoidant/Restrictive Food Intake Disorder: Not Just Picky Eating
Invited presentation for healthcare providers
Harvard Catalyst Clinical Research Center, Massachusetts General Hospital

2018-      Cross Talk Case Presentation – Dialectical Behavioral Therapy Perspective
Invited panel expert for 4th year medical residents
Department of Psychiatry, Massachusetts General Hospital

2020      Diagnosis, Neurobiology, and Treatment of Avoidant/Restrictive Food Intake Disorder
Invited speaker for virtual grand rounds
Department of Psychiatry, Massachusetts General Hospital

2022      Family-based treatment for restrictive eating disorders
Invited speaker, Division Meeting
Department of Adolescent Medicine, Massachusetts General Hospital

2023      Sport and Clinical Psychology for the female Athlete
Invited speaker, Athletic Trainers and Physical Therapists Education Series
Department of Sports Medicine, Mass General Brigham

2024      Sport and Clinical Psychology for the Female Athlete
Invited speaker, Sports Medicine 2024 continuing education course
Department of Sports Medicine, Harvard Medical School

2024      Athletes at Risk for Eating Disorders
Invited speaker, Obesity and Eating Disorders session
Mass General Brigham, Psychopharmacology Conference

2025      Mental Health in College Athletes
Invited speaker, Sports Medicine 2025 continuing education course
Department of Sports Medicine, Harvard Medical School

2025      Cognitive-Behavioral Therapy for Anorexia Nervosa 20 Sessions version (CBT-20-AN)
Invited speaker, Obesity and Eating Disorders session
Mass General Brigham, Psychopharmacology Conference

## Report of Regional, National and International Invited Teaching and Presentations

13

*No presentations below are sponsored by 3rd parties/outside entities.*

**Regional**

2018        Neurobiology of Anorexia Nervosa: New Findings and Directions
            Invited 1-hour presentation for healthcare providers
            Eating Concerns Team, Massachusetts Institute of Technology, Boston, MA

2019        Eating Disorders in Internal Medicine: Where to Start?
            Invited 1-hour Grand Rounds presentation for healthcare providers
            Boston Healthcare for the Homeless, Boston Medical Center, Boston, MA

2019        Avoidant/Restrictive Food Intake Disorder is a New and Important Eating Disorder
            Invited 1-hour presentation for healthcare providers
            Asperger/Autism Network, Watertown, MA


**National**

2014        Eating Pathology and Trauma
            Invited 1-hour presentation with graduate students, undergraduates, and faculty
            Grady Trauma Project, Grady Hospital, Atlanta, GA

2016        Internship Panel: What to Expect on Psychology Internship
            Invited 1-hour presentation/discussion with graduate students
            Department of Psychology, University of Georgia, Athens, GA

2019        Introduction to Avoidant/Restrictive Food Intake Disorder (ARFID): Assessment,
            Pathophysiology, and Neurobiology
            Invited presenter (oral symposium)
            American Academy of Child and Adolescent Psychiatry (AACAP) annual meeting,
            Chicago, IL

2019        Cracking the Code: Strategies for Success in Early Career Grant Writing
            1-hour webinar
            Academy of Eating Disorders

2020        Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder
            Invited 3-hour workshop
            University of California-San Diego Annual Eating Disorder Conference, San Diego,
            CA

2020        Applying Cognitive-Behavioral Therapy Principles to Avoidant/Restrictive Food Intake
            Disorder: Children, Adolescents, and Adults.
            Invited 1.5-hour workshop
            Association for Behavioral and Cognitive Therapies (ABCT) Conference, Philadelphia,
            PA

2022        Interdisciplinary management of ARFID in pediatric patients

14

Invited 1-hour presentation
Rome Foundation GIPsych Pediatric Case Conference, virtual

2022     Changes in fasting anterior cingulate cortex activation and cholecystokinin levels after cognitive behavioral therapy for ARFID
Invited 20-minute symposium presentation
Association for Behavioral and Cognitive Therapies (ABCT) Conference, New York, NY

2024     Cognitive-Behavioral Therapy for ARFID Workshop
Invited 4-hour oral workshop
Sanford University Health, Fargo ND


**International**

2014     The Construct Validity of the Assessment of Excessive Exercise on the EDE-Q
Scientific paper presentation (oral abstract)
International Conference on Eating Disorders (ICED), New York, NY

2016     Global or Local Processing Style: Explaining the Relationship Between Trait Anxiety and Binge Eating
Scientific paper presentation (oral abstract)
International Conference on Eating Disorders (ICED) annual meeting, San Francisco, CA

2016     Determining Low-Weight Parameters that are Most Relevant for Predicting Low Bone Mineral Density in Female Adolescents with Anorexia Nervosa
Scientific paper presentation (oral abstract)
Eating Disorder Research Society (EDRS) annual meeting, New York, NY

2017     Body dissatisfaction Predicts Engagement in Non-Compensatory Purging Among Eating Disorder Patients who have a Greater Tendency to be Intolerant of Negative Emotions
Invited scientific paper presentation (oral abstract)
International Conference on Eating Disorders (ICED) annual meeting, Prague Czech Republic

2017     Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, adolescents and adults workshop
Invited presentation (oral workshop)
International Conference on Eating Disorders (ICED) annual meeting, Prague, Czech Republic

2017     Integrating Basic Behavioral, Psychological, and Neurobiological Research into the Study of Eating Disorders
Invited presentation (oral workshop)
International Conference on Eating Disorders (ICED) annual meeting, Prague, Czech Republic

15

| | |
|---|---|
| 2018 | Training in Cognitive Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents and Adults<br>Invited presentations (8 hour oral workshop)<br>Australia and New Zealand Academy for Eating Disorders (ANZAED)<br>Hamilton, New Zealand |
| 2018 | Training in Cognitive Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents and Adults<br>Invited presentations (8 hour oral workshop)<br>ANZAED<br>Gold Coast, Australia |
| 2018 | Training in Cognitive Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents and Adults<br>Invited presentations (8 hour oral workshop)<br>ANZAED<br>Melbourne, Australia |
| 2018 | Training in Cognitive Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents and Adults<br>Invited presentations (8 hour oral workshop)<br>ANZAED<br>Perth, Australia |
| 2018 | Training in Cognitive Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents and Adults<br>Invited presentations (8 hour oral workshop)<br>ANZAED<br>Sydney, Australia |
| 2019 | Neuroimaging Training: Everything You Might Not Know You Need to Know<br>Invited presenter (oral symposium)<br>International Conference on Eating Disorders (ICED) annual meeting, New York, NY |
| 2019 | Identification and Treatment of Avoidant/Restrictive Food Intake Disorder across the Lifespan<br>Invited 1-hour webinar<br>Dietitians Association of Australia |
| 2019 | Identification and Treatment of Avoidant/Restrictive Food Intake Disorder<br>Invited presentations (3 hour oral workshop)<br>Academy of Eating Disorders Hispano Latino American Chapter Congress<br>Rio de Janeiro, Brazil |
| 2019 | Avoidant/restrictive food intake disorder is an important new eating disorder<br>Invited 1-hour Keynote Presentation<br>Academy of Eating Disorders Hispano Latino American Chapter Congress<br>Rio de Janeiro, Brazil |

| 2023 | Improving Effectiveness of and Access to Family-Based Treatment for Eating Disorders in the Real World<br>Eating Disorders Research Society (EDRS) annual meeting, Boston, MA<br>Discussant for opening symposium |
|------|------|
| 2024 | ARFID symptoms and co-occurring overvaluation of shape/weight: Implications for nosology, assessment, and treatment<br>Invited 3-hour Oral workshop<br>International Conference on Eating Disorders, New York, NY. |

## Report of Clinical Activities and Innovations

## Current Licensure and Certification

| 2018- | Licensed Psychologist and Health Service Provider (Massachusetts) |
|-------|------|

## Practice Activities

| 2018- | Provide individual, family, and group cognitive-behavioral therapy, dialectical behavior therapy, and family-based treatment for children, adolescents, and adults with feeding and eating disorders as well as supervision for these empirically supported treatments at an outpatient specialty clinic | Eating Disorders Clinical and Research Program, Massachusetts General Hospital | 5 hours/week |
|-------|------|------|------|
| 2019- | Provide individual (cognitive-behavioral therapy and dialectical behavior therapy) and family therapy (family-based treatment) for adolescents and adults with feeding/eating disorders, anxiety disorders, obsessive compulsive disorder, mood dysregulation, and trauma-related disorders. In addition, I provide expert chart review and literature review for eating-disorder | Kendra R. Becker Psychology Private Practice | 6-8 hours/week |

17

related cases for KS law firm.

| | | |
|---|---|---|
| 2022 - | Women's Sports Medicine Program | 10 hours/week |

## Clinical Innovations

2016-   I have developed a stand-alone 16-session group for eating disorders that welcomes individuals with varied presentations of traditional eating disorders (e.g., atypical anorexia nervosa, bulimia, binge eating disorder, purging disorder, other specified feeding/eating disorders) and uses selected DBT skills to directly target disordered eating. Our team is in the process of evaluating pre-post outcomes and change trajectories.

2019   The DSM-5 currently prevents avoidant/restrictive food intake disorder (ARFID) from being diagnosed in the context of significant body disturbance (i.e., significant weight/shape concerns). In a first-author manuscript, I describe two case examples and discuss possible modifications to the diagnosis of ARFID allowing for this overlap in order to best treat these patients. Differential diagnosis is important to understanding the underlying neurobiology of these conditions and to ensure that patients receive sufficient clinical care. In continuation of this work, I presented on these topics on a panel at the 2020 Anxiety and Depression Association of America's annual conference. The overall aim of this panel, of which I was also a co-chair, was to explore body image disturbance across a range of psychological disorders including ARFID. I also co-authored a chapter that addresses this overlap as well as clinical strategies to manage weight/shape concerns in adults with ARFID with Dr. Kelsie Forbrush in my recently published self-help book for ARFID. Further, I discussed clinical treatment of these patients at workshop at the 2024 International Conference on Eating Disorders and have served as a senior author on analyses showing predictors of weight/shape concerns in ARFID.

2021   I developed, alongside Dr Jennifer J. Thomas and Dr. Kamryn T. Eddy a self-help book for adults with avoidant/restrictive eating titled, The Pick Eater's Recovery Book. This book details specific strategies to help individuals with avoidant/restrictive eating assess their eating and begin to address eating enough and expanding their dietary variety.  The strategies were adapted from the published manual on cognitive-behavioral therapy for ARFID (CBT-AR).

2023-   I have developed a psychological service within the Women's Sports Medicine Program at MGB under the supervision of Dr. Richard Ginsburg.  As part of this service, I provide evaluations, CBT interventions, DBT interventions, and consults to female athletes who are returning to sport from injury, have relative energy deficiency syndrome – due to sports, and who are coping with athletic identity concerns (e.g., performance anxiety, aging out of their sport, etc). This program has continued to grow and we now offer injury recovery groups, consultations at pre-and post-surgery appointments, have begun a program evaluation data collection, and have recruited and trained our first postdoctoral student trainee – Dr. Olivia Wons.

18

| 2025- | I have developed a brief 6-8 session group intervention for athletes who are recovering from lower extremity injuries requiring surgery for the Women's Sports Medicine program. This program is based on mindfulness, cognitive restructuring, and identity building during recovery as well as providing psychoeducation about the recovery process and nutritional needs.  This group is currently being evaluated in WSM for effectiveness |
|---|---|
| 2025- | I have developed a supportive runners group for adult post-college female athletes who are not able to engage in their support due to chronic or acute injuries. The goal of this program is to provide community and support as runners recovery from injury and adjust, if needed, to changes in activity levels.  Skills that are prioritized include mindfulness, dialectical thinking, emotion regulation, regular eating, body image concerns, and thought restructuring. This group is currently being evaluated in WSM for effectiveness. |
| 2025 | Along with our first postdoc in WSM, Dr. Olivia Wons, we have developed a brief (8-12 sessions) of CBT strategies for athletes with disordered eating (restrictive, binge/purge, body image concerns). This unique program allows for interventions targeting unique risks that athletes face in the development and maintenance of disordered eating.  This program is currently being evaluated in WSM for effectiveness. |
| 2024- | I am the PI for the first test of brief (20 sessions) cognitive behavioral therapy for Anorexia Nervosa. We are enrolling 20 participants as a proof-of-concept study for of this treatment and we are asking interested and able participants to also dual enroll in our study exploring structural components of the amygdala in women with anorexia nervosa.  We plan to explore if neural structure can predict CBT treatment outcomes in AN. |

## Report of Education of Patients and Service to the Community

*No activities below were sponsored by outside entities.*

## Activities

| 2014 | Body Image Workshop<br>Invited presentation at a sorority chapter meeting<br>University of Georgia, Athens, GA |
|---|---|
| 2015 | Myths and Facts of Sexual Assault in College and How to Get Help<br>Invited presentation at a sorority chapter meeting<br>University of Georgia, Athens, GA |
| 2015 | LGBT Empowerment Group<br>Co-leader of an 8-week psychoeducation and skills group<br>Aids Athens, Athens, GA |
| 2016 | Cognitive Remediation Therapy for Anorexia Nervosa<br>Invited presentation<br>The Renfrew Center of Boston, Boston MA |

19

| | | |
|---|---|---|
| 2017 | New findings in the Diagnosis, Treatment, and Understanding of Avoidant/Restrictive Food Intake Disorder<br>Invited presentation<br>Translational and Clinical Research Center, Boston MA | |
| 2017 - 2019 | Global and Local Processing Style: Relationships between Emotions and Disordered Eating<br>Annual invited presentation<br>The Renfrew Center of Boston, Boston MA | |
| 2017 | New Research on the Impact of Reproductive Hormones on Adolescents with Low-Weight Eating Disorders<br>Invited presentation<br>The Cambridge Eating Disorder Center, Cambridge, MA | |

## Educational Materials for Patients and the Lay Community

*No educational materials below were sponsored by outside entities*

## Media Coverage

| | | | |
|---|---|---|---|
| 2016 | *Mirror Mirror: Eating Disorders Help website* | Coverage of current research | "Research seeks to understand similarities among restrictive eating disorders" (5/1/16) |
| 2017 | *WCVB Channel 5 Boston* | Coverage of current research and treatment | "Diagnosis and treatment of Avoidant/Restrictive Food Intake Disorder" (1/20/17) |
| 2018 | *US News & World Report* | Coverage of current research on body image and risk for eating disorders | "Do Body Image Pressures Lead to Mental Health Issues for Girls" (6/22/18) |
| 2020 | *Vogue* | Coverage of the impact on COVID-19 on eating disorder risk | "Why You Shouldn't 'Compliment' Someone's Weight Loss, Now More Than Ever" (8/20/2020) |
| 2020 | *Vogue* | Coverage of Princess Diana's eating disorder | "Princess Diana's Real-Life Battle with Bulimia" (11/15/2020) |
| 2023 | *Mass General Brigham Vitals* | Coverage on the newly established Women's Sports Medicine Program at MGB | "Women's Sports Medicine program helping female athletes reach their highest potential" (3/20/2023) |
| 2023 | *Mass General Brigham Newsroom* | Coverage of current research and best practices on female athletes with eating disorders | "Eating Disorders in Female Athletes" (7/24/2023) |

20

| 2025 | *Slate Magazines* | Coverage on the diagnosis of ARFID and differences to other eating disorders | "What happens when you 're really, truly afraid of food?" (1/4/2025) |

**Report of Scholarship**
Note: I have published under the following names: Davis K; Davis KR; Davis Becker K; and Becker KR

**Peer reviewed publications in print or other media**

**Research investigations published in scientific journals**

1. Stice E, **Davis K**, Miller NP, Marti CN. Fasting increases risk for onset of binge eating and Bulimic pathology: A 5-year prospective study. *Journal of Abnormal Psychology,* 2008; 117: 941-946.

2. **Davis K,** Fischer S. The influence of trait anger, trait anxiety and negative urgency on disordered eating. *Personality and Individual Differences,* 2013; 54(2): 307-310.

3. Reyes-Rodríguez ML, Ramírez J, **Davis K**, Patrice K, Bulik CM. Exploring barriers and facilitators in the eating disorders treatment among Latinas in the United States. *Journal of Latina/o Psychology,* 2013; 1(2): 112-131.

4. Emery R, King K, Fischer S, **Davis KR**. The moderating role of negative urgency on the prospective association between dietary restraint and binge eating. *Appetite,* 2013; 71: 113-119.

5. **Davis Becker K,** Peterson CM, Fischer S. The relationship of trait negative urgency and negative affect to disordered eating in men and women. *Personality and Individual Differences,* 2014; 56: 9-14.

6. Collins B, Fischer S, Stojek M, **Davis K**. The relationship of thought suppression and recent rape to disordered eating in emerging adulthood. *Journal of Adolescence,* 2014; 37(2): 113-121.

7. Peterson CM, **Davis Becker K,** Fischer S. (2014). The interactive role of depression, distress tolerance, and negative urgency on non-suicidal self-injury. *Personality and Mental Health,* 2014; 8(2): 151-160.

8. Garner A, **Davis Becker K,** Fischer S.  An exploration of the influence of thinness expectancies and eating pathology on compensatory exercise. *Eating Behaviors,* 2014; 15(3): 335-338.

9. **Becker K**, Fischer S, Smith GT, Miller JD. The influence of attentional bias, negative urgency, and emotional dimensions on palatable food consumption. *Appetite*, 2016; 100: 236-243.

10. Kandemir N,* & **Becker KR,*** Slattery M, Tulsiani S, Singhal V, Thomas JJ, Coniglio K, Lee H, Eddy KT, Klibanski A, Misra M. Impact of low weight severity and menstrual status on bone in adolescents with anorexia nervosa. *International Journal of Eating Disorders,* 2017; 50(4): 359-369.

11. Coniglio KA, **Becker KR**, Franko DL, Zayas LV, Plessow F, Eddy KT, Thomas JJ. Won't stop or can't stop? Food restriction as a habitual behavior among individuals with anorexia nervosa or atypical anorexia nervosa. *Eating Behaviors,* 2017; 26: 144-147.

12. Baskaran C, Carson TL, Campoverde Reyes KJ, **Becker KR**, Slattery MJ, Tulsiani S, Eddy KT, Anderson EJ, Hubbard JL, Misra M, Klibanski A. Macronutrient intake associated with weight gain in adolescent girls with anorexia nervosa. *International Journal of Eating Disorders,* 2017; 50(9): 1050-1057.

13. **Becker KR,\* &** Plessow F,\* Coniglio KA, Tabri N, Franko DL., Zayas LV, Germine L, Thomas JJ, Eddy KT. Global/local processing style: Explaining the relationship between trait anxiety and binge eating. *International Journal of Eating Disorders*, 2017; 50: 1264-1272.

14. **Becker KR**, Stojek MM, Clifton A, Miller JD. Disordered eating in college sorority women: A social network analysis of a subset of members from a single sorority chapter. *Appetite,* 2018; 128: 180-187.

15. Coniglio KA,\* & **Becker KR,\*** Tabri N, Keshishian A, Miller JD, Eddy KT, Thomas JJ. Factorial integrity and validation of the Eating Pathology Symptoms Inventory (EPSI). *Eating Behaviors*, 2018; 31: 1-7.

16. Zayas LV, Wang SB, Coniglio KA, **Becker KR**, Murray HB, Klosterman E, Kay B, Bean P, Weltzin T, Franko D, Eddy KT, Thomas JJ. Gender differences in eating disorders psychopathology across DSM-5 severity categories of anorexia nervosa and bulimia nervosa. *International Journal of Eating Disorders*, 2018; 51(9): 1098-1102.

17. **Becker KR**, Fischer S, Crosby RD, Engel SG, Wonderlich SA. Dimensional analysis of emotion trajectories before and after disordered eating behaviors in a sample of women with bulimia nervosa. *Psychiatric Research*, 2018; 268: 490-500.

18. Izquierdo A, Plessow F, **Becker KR**, Mancuso CJ, Slattery M, Murray HB, Hartmann AS, Misra M, Lawson EA, Eddy KT, Thomas JJ. Implicit attitudes toward dieting and thinness distinguish fat-phobic and non-fat-phobic anorexia nervosa from avoidant/restrictive food intake disorder in adolescents. *International Journal of Eating Disorders*, 2019; 52(4): 419-427.

19. **Becker KR**, Keshishian AC, Liebman R, Coniglio KA, Wang SB, Franko DL, Eddy KT, Thomas JJ. Impact of expanded diagnostic criteria for avoidant/restrictive food intake disorder on clinical comparisons with anorexia nervosa. *International Journal of Eating Disorders*. 2019; 52(3): 230-238.

20. Keshishian AC, Tabri T, **Becker KR,** Franko DL, Thomas JJ, Eddy KT. Eating disorder recovery is associated with absence of major depressive disorder and substance use disorders at 22-year longitudinal follow-up. *Comprehensive Psychiatry*, 2019; 90: 49-51.

21. Eddy KT, Harshman SG, **Becker KR,** Bern E, Bryant-Waugh R, Hilbert A, Katzman D, Lawson EA, Manzo LD, Menzel J, Micali N, Ornstein R, Sally S, Serinsky SP, Sharp W, Stubbs K, Walsh BT, Zickgraf H, Zucker N, Thomas JJ. Radcliffe ARFID Workgroup: Toward operationalization of research diagnostic criteria and directions for the field. *International Journal of Eating Disorders*,

22

2019; 53(4): 361-366.

22. Wang SB, Gray EK, Coniglio KA, Murray HB, Stone M, **Becker KR**, Thomas JJ, Eddy KT. Cognitive rigidity and heightened attention to detail occur transdiagnostically in adolescents with eating disorders. *Eating Disorders,*2019: 1-13.

23. Kambanis EP, Kuhnle MC, Wons OB, Jo JH, Keshishian AC, Hauser K**, Becker KR**, Franko DL, Misra M, Micali N, Lawson EA, Eddy KT, Thomas JJ. Prevalence and correlates of psychiatric comorbidities in children and adolescents with full and subthreshold avoidant/restrictive food intake disorder. *International Journal of Eating Disorders,* 2020; 53(2): 256-265.

24. Mancuso C, Izquierdo A, Slattery M, **Becker KR**, Plessow F, Thomas JT, Eddy KT, Lawson EA, Misra M. Changes in Appetite-Regulating Hormones Following Food Intake are Associated with Changes in Reported Appetite and a Measure of Hedonic Eating in Girls with Anorexia Nervosa. *Psychoneuroendocrinology*, 2020: 1-8.

25. **Becker KR**, Breithaupt L, Lawson EA, Eddy KT, Thomas JJ. Co-occurrence of avoidant/restrictive food intake disorder with traditional eating psychopathology. *Journal of the American Academy of Child and Adolescent Psychiatry,* 2020; 59(2): 209-212.

26. Liebman RE, Coniglio KA, **Becker KR**, Tabri N, Keshishian AC, Wons O, Keel PK, Eddy KT, Thomas JT. Behavioral inhibition moderates the association between overvaluation of shape and weight and noncompensatory purging in eating disorders. *International Journal of Eating Disorders*, 2020: 53(1): 143-148.

27. Wang SB, Mancuso CJ, Jo J, Keshishian AC, **Becker KR**, Plessow F, Izquierdo AM, Slattery M, Franko DL, Misra M, Lawson EA, Thomas JT, Eddy KT. Restrictive eating, but not binge eating or purging, predicts suicidal behavior in adolescents and young adults with low-weight eating disorders. *International Journal of Eating Disorders,* 2020; 53(3): 472-477.

28. Breithaupt L, Chunga-Iturry N, Lyall AE, Cetin-Karayumak S, **Becker KR,** Thomas JJ, Slattery M, Makris N, Plessow F, Pasternak O, Holsen LM, Kubicki M, Misra M, Lawson EA, Eddy KT. (2020). Developmental stage-dependent relationships between ghrelin levels and hippocampal white matter connections in low-weight anorexia nervosa and atypical anorexia nervosa. *Psychoneuroendocrinology.*

29. Thomas JJ, **Becker KR,** Kuhnle MC, Jo JH, Harshman SG, Wons OB, Keshishian AC, Hauser K, Breithaupt L, Liebman RE,  Misra M, Wilhelm S, Lawson EA, Eddy KT. (2020). Cognitive-behavioral therapy for avoidant/restrictive food intake disorder (CBT-AR): Feasibility, acceptability, and proof-of-concept for children and adolescents. *International Journal of Eating Disorders.*

30. Thomas JJ, **Becker KR,** Breithaupt L, Murray HB, Jo JH, Kuhnle MC, Dreier MJ, Harshman S, Kahn DL, Hauser K, Slattery M, Misra M, Lawson EA, Eddy KT. (2021). Cognitive-behavioral therapy for adults with avoidant/restrictive food intake disorder. *Journal of Behavioral and Cognitive Therapy.*

31. Murray HB, Kuo B, Eddy KT, Breithaupt L, **Becker KR**, Dreier MJ, Thomas JJ, Staller K. Disorders of gut-brain interaction common among outpatients with eating disorders

23

including avoidant/restrictive food intake disorder. *International Journal of Eating Disorders.*

32. Liebman RE, **Becker KR**, Smith K, Cao L, Keshishian A, Crosby R, Eddy KE, Thomas JJ. (2021). Network Analysis of Posttraumatic Stress and Eating Disorder Symptoms in a Community Sample of Adults Exposed to Childhood Abuse. *Journal of Traumatic Stress.*

33. Thomas, JJ, & **Becker, KR**. (2021). Some of the burden of eating disorders is still hidden. *The lancet. Psychiatry*, *8*(4), 263–264.

34. Kerem L, Van De Water ALZ, Kuhnle MC, Harshman S, Eddy KT, **Becker KR**, Misra M, Micali N, Thomas JJ, Holsen L, Lawson EA.  (2021). Neurobiology of avoidant/restrictive food intake disorder in youth with overweight/obesity versus healthy weight.  *Journal of Clinical and Child Adolescent Psychology.*

35. Harshman SG, Jo J, Kuhnle M, Hauser K, Murray HB, **Becker KR,** Misra M, Eddy KT, Micali N, Lawson EA, Thomas JJ (2021). A Moving Target: How We Define Avoidant/Restrictive Food Intake Disorder Can Double Its Prevalence. *Journal of Clinical Psychiatry.*

36. **Becker, KR**. Mancuso C, Dreier MJ, Asanza E, Breithaupt L, Slattery M, Plessow F, Micali N, Thomas JJ, Eddy KT, Misra M, Lawson EA. (2021). Ghrelin and PYY in low-weight females with avoidant/restrictive food intake disorder compared to anorexia nervosa and healthy controls. *Psychoneuroendocrinology.*

37. Murray HB, Dreier MJ, Zickgraf HF, **Becker KR**, Breithaupt L, Eddy KT, Thomas JJ. (2021). Validation of the Nine Item ARFID Screen (NIAS) subscales for distinguishing ARFID presentations and screening for ARFID. *International Journal of Eating Disorders*.

38. Dreier MD, Van De water AL, Kahn DL, **Becker KR**, Eddy KT, Thomas JJ, Holsen LM, Lawson EA, Misra M, Lyall AE, Breithaupt L. (2021). Meta-Analysis of Structural MRI Studies in Anorexia Nervosa and the Role of Recovery: A Systematic Review Protocol. *Systematic Reviews.*

39. Keshishian AC, Tabri N, **Becker KR,** Herzog D, Thomas JJ, Franko DL, & Eddy K T (2021). Comorbid depression and substance use prospectively predict eating disorder persistence among women with anorexia nervosa and bulimia nervosa. *Journal of Behavioral and Cognitive Therapy,* 31(4); 309-315.

40. Breithaupt L, Kahn, DL, Slattery M, Plessow F, Mancuso C, Izquierdo A, Dreier MJ, **Becker KR,** Franko DL, Thomas JJ, Holsen L, Lawson EA, Misra M, Eddy KT. (2022) Eighteen-month course and outcome of adolescent restrictive eating disorders: Persistence, crossover, and recovery. *Journal of Clinical Child and Adolescent Psychology*; 715-725.

41. Burton Murray, H, **Becker, KR**, Harshman, S, Breithaupt, L, Kuhnle, M, Dreier, MJ, Hauser, K, Freizinger, M, Eddy, KT, Misra, M, Kuo, B, Micali, N, Thomas, JJ, & Lawson, EA. (2022). Elevated Fasting Satiety-Promoting Cholecystokinin (CCK) in Avoidant/Restrictive Food Intake Disorder Compared to Healthy Controls. *The Journal of clinical psychiatry*, *83*(5), 21m14111.

42. Burton Murray H* & **Becker KR, *** Breithaupt L, Dreier MJ, Eddy KT, Thomas JJ (2022). Food neophobia as a mechanism of change in cognitive-behavioral therapy for avoidant/restrictive food intake disorder: A case study. *International Journal of Eating Disorders;* July; epub ahead of print.

24

43. Kambanis PE, Harshman SG, Kuhnle MC, Kahn DL, Dreier MJ, Hauser K, Slattery M, **Becker KR,** Breithaupt L, Misra M, Micali N, Lawson EA, Eddy KT, Thomas JJ (2022). Differential comorbidity profiles in avoidant/restrictive food intake disorder and anorexia nervosa: Does age play a role? *International Journal of Eating Disorders;* 55(10); 1397-1403.

44. Cooper-Vince CE, Nwaka C, Eddy KT, Misra M, Hadaway N, **Becker KR,** Lawson EA, Cooke L, Bryant-Waugh R, Thomas JJ, Micali N. (2022). The factor structure and validity of a diagnostic interview for avoidant/restrictive food intake disorder (ARFID) in a sample of children, adolescents and young adults. *International Journal of Eating Disorders;* 55(11); 1575-1588.

45. Bryant-Waugh R, Stern CM, Dreier MJ, Micali N, Cooke L, Kuhnle M, Burton Murray H, Wang SB, Breithaupt L, **Becker KR**, Misra M, Lawson EA, Eddy KT, Thomas JJ. (2022) Preliminary validation of the Pica, ARFID, and Rumination Disorder Interview ARFID Questionnaire (PARDI-AR-Q). *Journal of Eating Disorders*; 10(1); 179.

46. Burton Murray H, Weeks I, **Becker KR**, Ljótsso B, Madva E, Eddy KT, Staller K, Kuo B, Thomas JJ. (2022). Development of a brief cognitive-behavioral treatment for avoidant/restrictive food intake disorder in the context of disorders of gut–brain interaction: Initial feasibility, acceptability, and clinical outcomes. *International Journal of Eating Disorders;* 56(3), 616-627.

47. Eddy KT, Plessow F, Breithaupt L, **Becker KR,** Slattery M, Mancuso CJ, Izquierdo AM, Van De Water AL, Kahn DL, Dreier MJ, Deckersbach T, Thomas JJ, Holsen LM, Misra M, Lawson EA. (2022). Neural activation of food reward and cognitive control regions in young females with anorexia nervosa and atypical anorexia nervosa versus healthy controls. *Translational Psychiatry, 13*(1), 220.

48. Sella AC, **Becker KR,** Slattery M, Hauser K, Asanza E, Stern C, Kuhnle M, Eddy KT, Misra M, Thomas JJ, Lawson EA. (2023). Low bone mineral density is found in low weight female youth with avoidant/restrictive food intake disorder and associated with higher PYY levels. *International Journal of Eating Disorders;* 1-11.

49. Sella AC, Hadaway N, Stern C, **Becker KR**, Holsen LM, Eddy KT, Micali N, Misra M, Thomas JJ, Lawson, E. A. (2023). Lower Ghrelin Levels Are Associated With Higher Anxiety Symptoms in Adolescents and Young Adults With Avoidant/Restrictive Food Intake Disorder. *The Journal of Clinical Psychiatry,* 84(3), 46907.

50. Aulinas A, Muhammed M, **Becker KR**, Asanza E, Hauser K, Stern C, Gydus J, Holms T, Burton Murray H, Breithaupt L, Micali N, Misra M, Eddy KT, Thomas JJ, Lawson, E. A. (2023). Oxytocin response to food intake in avoidant/restrictive food intake disorder. *European Journal of Endocrinology;* 189(2), 148-154.

51. Dolan SC, Kambanis PE, Stern CM, **Becker KR**, Breithaupt L, Gydus J, Smith S, Misra M, Micali N, Lawson EA, Eddy KT, & Thomas JJ (2023). Anticipatory and consummatory pleasure in avoidant/restrictive food intake disorder. *Journal of Eating Disorders.* Advance online publication.

52. Stern CM, McPherson I, Dreier MJ, Coniglio K, Palmer LP, Gydus J, Graver H, Germine LT, Tabri N, Wang SB, Breithaupt L, Eddy KT, Thomas JJ, Plessow F,** **Becker KR**.**. Avoidant/restrictive

25

food intake disorder differs from anorexia nervosa in delay discounting. *Journal of Eating Disorders,* *12*(1), 19.

53. Murray HB* & **Becker KR***, Breithaupt L, Gardner E, Dreier MJ, Stern C, Misra M, Lawson EA, Ljotsson B, Eddy KT, Thomas JJ. Cognitive-behavioral therapy for avoidant/restrictive food intake disorder: A proof-of-concept for mechanisms of change and target engagement. *International Journal of Eating Disorders 57*(5), 1260–1267.

54. Lyall, AE, Breithaupt, L, Ji, C, Haidar, A, Kotler, E, **Becker, KR**, Plessow, F, Slattery, M, Thomas, JJ, Holsen, LM, Misra, M, Eddy, KT, & Lawson, EA. (2024). Lower region-specific gray matter volume in females with atypical anorexia nervosa and anorexia nervosa. *International Journal of Eating Disorders*, 57(4), 951–966.

55. Kambanis, PE, Mancuso, CJ, **Becker, KR**, Eddy, KT, Thomas, JJ, & De Young, KP. (2024). Course of avoidant/restrictive food intake disorder: Emergence of overvaluation of shape/weight. *Journal of Eating Disorders*, 12(1), 54.

56. Kambanis, PE, Tabri, N, McPherson, I, Gydus, JE, Kuhnle, M, Stern, CM, Asanza, E, **Becker, KR**, Breithaupt, L, Freizinger, M, Shrier, LA, Bern, EM, Eddy, KT, Misra, M, Micali, N, Lawson, EA, & Thomas, JJ. (2024). Prospective 2-Year Course and Predictors of Outcome in Avoidant/Restrictive Food Intake Disorder. *Journal of the American Academy of Child and Adolescent Psychiatry*, S0890-8567(24)00238-7. Advance online publication.

57. Abber, SR, **Becker, KR**, Stern, CM, Palmer, LP, Joiner, TE, Breithaupt, L, Kambanis, PE, Eddy, KT, Thomas, JJ, & Burton-Murray, H. (2024). Latent profile analysis reveals overlapping ARFID and shape/weight motivations for restriction in eating disorders. *Psychological medicine*, 1–11. Advance online publication.

58. Rozzell-Voss, KN & **Becker, KR**,* Tabri, N, Dreier, MJ, Wang, SB, Kuhnle, M, Gydus, J, Burton-Murray, H, Breithaupt, L, Plessow, F, Franko, D, Hauser, K, Asanza, E, Misra, M, Eddy, KT, Holsen, L, Micali, N, Thomas, JJ, & Lawson, EA. (2024). Trajectory of ghrelin and PYY around a test meal in males and females with avoidant/restrictive food intake disorder versus healthy controls. *Psychoneuroendocrinology,* 167, 107063.

59. Burton-Murray, H, Sella, AC, Gydus, JE, Atkins, M, Palmer, LP, Kuhnle, MC, **Becker, KR**, Breithaupt, LE, Brigham, KS, Aulinas, A, Staller, K, Eddy, KT, Misra, M, Micali, N, Thomas, JJ, & Lawson, EA. (2024). Medical Comorbidities, Nutritional Markers, and Cardiovascular Risk Markers in Youth With ARFID. *The International journal of eating disorders*, *57*(11), 2167–2175.

60. Stern, CM, Graver, H, McPherson, I, Gydus, J, Kambanis, PE, Breithaupt, L, Burton-Murray, H, Zayas, L, Eddy, KT, Thomas, JJ,** & **Becker, KR**.** (2024). Difficulties in Emotion Regulation in Avoidant/Restrictive Food Intake Disorder. *International Journal of Eating Disorders*, 57(11), 2156–2166.

61. Richson, BN, Schaefer, LM, **Becker, KR**, Murray, MF, Romano, KA, Anderson, LM, Wonderlich, SA, & Thomas, JJ. (2024). Empirical Approaches to the Classification of Avoidant/Restrictive Food Intake Disorder. *International Journal of Eating Disorders*, 10.1002/eat.24341. Advance online publication.

62. Palmer, LP, Kambanis, PE, Stern, CM, Rossman, SM, Mancuso, CJ, Andrea, AM, Burton-Murray, H, **Becker, KR,** Breithaupt, L, Freid, C, Asanza, E, Lawson, EA, Eddy, KT, & Thomas, JJ. (2024).

Predictors of Outcome in Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder. *International Journal of Eating Disorders*, 10.1002/eat.24345. Advance online publication.

63. Muhammed, M, Burton-Murray, H, Plessow, F, **Becker, KR**, Breithaupt, L, Lauze, M, Slattery, M, Lee, H, Thomas, JJ, Eddy, KT, Lawson, EA, & Misra, M. (2024). Gut-derived appetite regulating hormones across the anorexia nervosa spectrum. *Psychoneuroendocrinology,* 172, 107257. Advance online publication.

64. Thomas JJ,  Holsen L, Van de Water A, **Becker KR,** Breithaupt L, Burton-Murray H, Asanza E, Gydus J, Palmer L, Stern C, Freizinger M, Shrier LA, Bern E, Deckersbach T, Misra M, Eddy KT, Micali N, Lawson E. Neural response to food cues in avoidant/restrictive food intake disorder (ARFID). *JAMA Open Network*, in press.

65. Hohmann K, Gydus J, Harshman S, Stull M, Kuhnle M, Wons O, Asanza E, Hauser K, Stern C, **Becker KR**, Kambanis PK, Misra M, Eddy KT, Micali N, Lawson EA, Thomas JJ. Differences in perceived versus actual sensory perception in avoidant/restrictive food intake disorder. *The International Journal of Eating Disorders*, published online prior to print.

66. Kambanis PE, Palmer LP, Jhe GB, McPherson I, Graver H, Ji C, Asanza E, Shabazian L, Breithaupt L, Freizinger M, Eddy KT, Misra M, Micali N, Holsen L, Lawson EA, **Becker KR**,** Thomas JJ.** Frequency and predictors of shape/weight concerns and objective binge eating in avoidant/restrictive food intake disorder (ARFID). *International Journal of Eating Disorders*, in press.

67. Kambanis PE, Graver H, Stern CM, Palmer LP, Andrea AM, Mancuso CJ, Rossman S, Breithaupt L, Wang S, Burton-Murry H, Freid C, Eddy KT, Thomas JJ**, **Becker KR**.** Using patterns of symptom change in eating-disorder behaviors and cognitions to evaluate the theory behind Brief Cognitive-Behavioral Therapy (CBT-T) for non-underweight eating disorders. **Co-senior authors. *International Journal of Eating Disorders*, in press.

Revise and Resubmit:
68. Breithaupt L, Wonderlich J, Catanese MC, **Becker KR**, Rosa-Caldwell ME, Engel S, Thompson J, Fischer S.  Neural Correlates of Acute Stress and Their Relationship to Compensatory Exercise in Daily Life of Women with Bulimia Nervosa Symptoms: A Pilot Study. *Physiological Reports*, revise and resubmit.

Under Review:
69. Kim Y, Slattery M, Breithaupt L, **Becker K**, Burton-Murray H, Plessow F, Lauze M, Fava M, Perlis R, Thomas JJ, Eddy KT, Lawson E, Misra M. Association between cholecystokinin and body weight trajectory in atypical anorexia nervosa. *International Journal of Eating Disorders*, under review.

In preparation
70. **Becker KR**,* Graver H,* Breithaupt L,Graver H,  Karlson R, Stern C, Misra M, Lawson EA, Holsen L, Eddy KT, Thomas JJ. *co-first authors.  Normalization of brain function following cognitive-behavioral therapy for avoidant/restrictive food intake disorder.

71.  Rezeppa TL, Trolio V, Palmer LP, Breithaupt L, Kuhnle M, Gydus J, Hauser K, Plessow F, Eddy KT, Madhu M, Micali N, Thomas JJ, Lawson EA, Burton-Murray H,* **Becker KR**.* *Indicates co-

27

senior authors. Serum leptin in youth and young adults with avoidant/restrictive food intake disorder across the weight spectrum.

72. Trolio V, Scharner S, Tabri N, Burton-Murray H, **Becker KR,** Kambanis PE, Breithaupt L, Gydus J, Holsen L, Misra M, Eddy KT, Micali N, Lawson EA, Thomas JJ. The differential impact of cholecystokinin and ghrelin on 2-year avoidant/restrictive food intake disorder trajectories.

\* denotes co-first-authorship
\*\* denotes co-senior authorship

## Non-peer reviewed scientific or medical publications/materials in print or other media

### Reviews, chapters, monographs, and editorials

1. Peterson CM, Collins B, **Davis K,** Fischer S. The role of negative urgency in the etiology of bulimia nervosa in adolescents. In: Cyders M, ed. *The Psychology of Impulsivity.* New York: Nova Science Publishers; 2011.

2. Fischer S, **Davis K**, Breithaupt L.  Bulimia nervosa. In: McKay D, Abramowitz JS, Storch EA, eds. *Treatments for Psychological Problems and Syndromes*. Hoboken, NJ: John Wiley & Sons; 2017, pp. 218-234.

3. Fischer S, Wonderlich J, **Davis-Becker K**. Trait impulsivity, stress reactivity and disordered eating behavior. In: Sangha S and Foti D, eds. *Neurobiology of Abnormal Emotion and Motivated Behaviors: Integrating Animal and Human Research*. London, UK: Elsevier; 2018), pp. 42-58.

4. **Becker KR**. CBT-AR case examples: A 13-year old boy with sensory sensitivity, apparent lack of interest in eating or food, and low weight. In: Thomas JT and Eddy KT, *Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents, and Adults*. Cambridge, UK: Cambridge University Press; 2019, pp.123-127.

5. **Becker KR**. CBT-AR case examples: A 16-year-old girl with sensory sensitivity, lack of interest in eating or food, comorbid binge eating, and obesity. In: Thomas JT and Eddy KT, *Cognitive-Behavioral Therapy for Avoidant/Restrictive Food Intake Disorder (CBT-AR): Children, Adolescents, and Adults*. Cambridge, UK: Cambridge University Press; 2019, pp.119-123.

6. **Becker KR**, Breithaupt L, Jo JH, Eddy KT, Thomas JJ. Adapting Evidenced-Based Therapies for Avoidant/Restrictive Food Intake Disorder. In: Le Grange D, Goldschmidt A, Tortolani C, eds. *Adapting Evidence-Based Treatments for Eating Disorders for Novel Populations and Settings* (Routledge, In press).

7. Thomas JJ, **Becker KR**, Eddy KT. (2021). *The Picky Eater's Recovery Book: Overcoming avoidant/restrictive food intake disorder.* Cambridge University Press.

8. Kambanis PE, Burton Murray H, Thomas JJ\*, **Becker KR\*.** Brief cognitive behavioral therapy for non-underweight patients (CBT-T for eating disorders). In: Sprich S and Wilhelm S eds. *MGH Handbook of CBT.* (Springer, In press).

\* denotes co-senior-authorship

**Theses**

1. **Davis-Becker KR.** The Effects of Disordered Eating, Anger, and Negative Urgency on Attentional Bias and Subsequent Food Cravings and Food Consumption. Master of Science Thesis in Clinical Psychology at University of Georgia; 2013.

2. **Davis-Becker KR.** Dimensional Analysis of Emotional Trajectories Before and After Disordered Eating Behaviors in a Sample of Women with Bulimia Nervosa. Doctoral Dissertation in Clinical Psychology at the University of Georgia; 2015.

**Abstracts, Poster Presentations, and Exhibits Presented at Professional Meetings (past 3 years only)**

1. Murray HB,\* Becker KR,\* Harshman S, Breithaupt L, Dreier MJ, Hauser K, Eddy KT, Misra M, Micali N, Lawson EA, Thomas JJ. Elevated fasting anorexigenic cholecystokinin (CCK) in avoidant/restrictive food intake disorder compared to healthy controls. Paper presentation at the International Conference on Eating Disorders (Virtual); 2021.

2. Kuhnle MC, Pasquariello K, Dreier MJ, Wons OB, Drury C, Loeb K, Burton Murray H, Breithaupt L, **Becker KR,** Franko DL, Eddy KT, Thomas JJ. (2021 September). Concordance of the EDE-Q and Parent EDE-Q in an outpatient eating disorder specialty setting. Poster presentation at Eating Disorder Research Society. Boston, Massachusetts.

3. Chen Y, Petterway F, Sailer CO, Carrington H, Holsen LM, Micali N, **Becker K**, Misra M, Eddy KT, Franko D, Lawson EA, Thomas JJ, Lyall AE, Breithaupt L (June 2022). Lower Insular Cortical Thickness and Greater Parietal Surface Area Associated With Avoidant/Restrictive Food Intake Disorder (ARFID). Presentation at The International Conference on Eating Disorders (ICED 2022) (Virtual).

4. Stern CM, Bryant-Waugh R, Dreier MJ, Micali N, Cooke L, Kuhnle K, Murray HB, Wang W, Breithaupt L, **Becker KR**, Lawson EA, Eddy KT, **Thomas JJ**. (2022, June). Further evidence for the validity of the Pica, ARFID, and Rumination Disorder ARFID Questionnaire (PARDI-AR-Q). Oral presentation at International Conference on Eating Disorders (Virtual).

5. Weeks I, **Becker KR**, Ljótsson B, Staller K, Thomas JJ, Kuo B, Murray HB. Brief Cognitive Behavioral Treatment is a Promising Approach for Avoidant/Restrictive Food Intake Disorder in the Context of Disorders of Gut-Brain Interaction. Presentation at the American Gastroenterological Association annual conference Digestive Disease Week, San Diego, CA; 2022 May.

6. Sella AC, Hadaway N, Stern C, **Becker KR**, Holsen LM, Eddy KT, Micali N, Misra M, Thomas JJ, Lawson EA. Lower Ghrelin Levels are Associated with Greater Anxiety Symptoms in Adolescents and Young Adults with Avoidant/Restrictive Food Intake Disorder. Presentation at the International Conference on Eating Disorders (ICED 2022) (Virtual).

7. **Becker KR**, Van De Water A, Breithaupt L, Murray HB, Karlson R, Stern C, Kuhnle M, Hauser K, Misra M, Lawson EA, Holsen L, Eddy KT, Thomas JJ. Normalization of ACC activation following cognitive-behavioral therapy for ARFID. Poster presentation presented at the 2022 Organization of Human Brain Mapping. Glasgow, Scotland.

8. Aulinas A, Muhammed M, **Becker KR**, Asanza E, Hauser K, Hadaway N, Misra M, Eddy K, Micali N, **Thomas JJ**, Lawson, EA. (2022, June). Endogenous oxytocin response to food intake in avoidant/restrictive food intake disorder compared to healthy controls. Poster presentation at Endocrine Society conference, Atlanta, Georgia.

9. Chen Y, Petterway F, Sailer CO, Carrington H, Holsen LM, Micali N, **Becker KR**, Misra M, Eddy KT, Franko DL, Lawson EA, Thomas JJ, Lyall AE, Breithaupt L. (2022, March). Lower insular and parietal cortical thickness among adolescent females with low-weight avoidant/restrictive food intake disorder (ARFID). Poster presentation at Harvard Psychiatry Research Day (held virtually due to COVID-19).

10. Sella AC, Hadaway NA, Stern CM, **Becker KR**, Holsen L, Eddy KT, Micali N, Misra M, Thomas JJ, Lawson EA. (2022, April). Lower ghrelin levels are associated with greater anxiety symptoms in adolescents and young adults with avoidant/restrictive food intake disorder (ARFID). Poster presentation at Pediatric Endocrine Society, Chicago, IL.

11. Muhammed M, Murray HB, Plessow F, **Becker KR**, Breithaupt L, Slattery M, Thomas JJ, Eddy KT, Misra M, Lawson EA. (2022, June). Fasting and postprandial PYY levels are high in females with anorexia nervosa (AN) but not atypical AN compared to healthy controls. Poster presentation at International Conference on Eating Disorders (Virtual).

12. Li S, Friedman-Wellisch S, Petterway F, Chen Y, Javaras K, **Becker KR**, Thomas JJ, Eddy KT, Gollub R, Breithaupt L. (2022, June). De novo eating disorder diagnoses following a COVID-19 infection: Results from a descriptive retrospective case review using electronic health records from six large hospitals in New England. Paper presentation at the International Conference on Eating Disorders (Virtual).

13. Rozzell KN, **Becker KR**, Tabri N, Dreier MJ, Kuhnle M, Burton Murray H, Plessow F, Franko D, Hauser K, Hauser K, Asanza E, Misra M, Eddy KT, Micali N, Thomas JJ, Lawson EA. (2022, September). Trajectory of ghrelin and PYY around a test meal in youth with avoidant/restrictive food intake disorder compared to healthy controls. Poster presentation at Eating Disorders Research Society meeting, Philadelphia, PA.

14. Stern CM, Dreier MJ, Germine LT, Tabri N, Wang SB, Plessow F, Breithaupt L, Eddy KT, Thomas JJ, **Becker KR** (2022, September). Avoidant/restrictive food intake disorder differs from anorexia nervosa in delay discounting, but not detail-level processing. Poster presentation at the Eating Disorders Research Society annual meeting, Philadelphia, PA.

15. Turley MG, Petterway F, Chen Y, Li S, Stern C, Burton Murray H, Franko DL, Thomas JJ, Eddy KT, **Becker KR**, Breithaupt Langston L. (2022, November). Examining eating disorder severity and symptoms before and during the COVID-19 pandemic among patients presenting to an outpatient eating disorder clinic in Boston, MA, USA. Poster presentation at the annual Association for Behavioral and Cognitive Therapies Convention. New York City, NY.

16. Rezeppa TL, **Becker KR**, Burton-Murray H, Breithaupt L, Kuhnle M, Gydus J, Hauser K, Plessow F, Micali N, Eddy KT, Misra M, Thomas JJ. Lawson EA. (2023, June). Serum leptin in low-weight males with avoidant/restrictive food intake disorder compared to healthy controls. Oral paper presentation given at the International Conference on Eating Disorders, Washington, D.C.

17. Stern, CM, Graver H, Gydus J, McPherson I, Kambanis PE, Breithaupt L, Burton Murray H, Kim YR, Zayas L, Eddy KT, Thomas JJ, **Becker KR**. (2023, June). Difficulties with emotion regulation in avoidant/restrictive food intake disorder compared to weight/shape eating disorders and healthy individuals. Poster presented to be given at the International Conference on Eating Disorders, Washington, D.C.

18. Gydus, JE, Burton Murray H, Sella A, **Becker KR**, Breithaupt L, Staller K, Eddy KT, Misra M, Micali N, Thomas JJ, Lawson EA. (2023, June). Differences in medical comorbidities among children and adolescents with avoidant/restrictive food intake disorder compared to healthy controls. Poster presented at the International Conference on Eating Disorders, Washington, D.C.

19. Graver H, Van De Water A, Kuhnle M, Breithaupt L, Stern S, Misra M, Micali N, Lawson EA, Holsen L\*, Eddy KT\*, Thomas JJ\*, **Becker KR**\*. \*co-senior authors. (2023, June). Neural predictors of outcomes following cognitive behavioral therapy for avoidant/restrictive food intake disorder. Oral paper presentation given at the International Conference on Eating Disorders, Washington, D.C.

20. Kambanis PE, McPherson I, Gydus J, Kuhnle MC, Stern C, Asanza E, **Becker KR**, Breithaupt L, Friezinger M, Shrier L, Bern E, Misra M, Eddy KT, Micali N,\* Lawson EA,\* Thomas JJ\*. \*co-senior authors. (2023, June). Two-year naturalistic course and outcomes of avoidant/restrictive food intake disorder. Oral paper presentation given at the International Conference on Eating Disorders, Washington, D.C.

21. McPherson I, Kambanis PE, Gydus J, Kuhnle MC, Stern C, Asanza E, **Becker KR**, Breithaupt L, Friezinger M, Shrier L, Bern E, Misra M, Eddy KT, Micali N,\* Lawson EA,\* Thomas JJ\*. \*co-senior authors. (2023, June). One-year naturalistic outcomes of avoidant/restrictive food intake disorder depend on how remission is defined. Poster presention at the International Conference on Eating Disorders, Washington, D.C.

22. McPherson I, **Becker KR**, Graver H, Ji C, Stern CM, Gydus J, Boutin R, Smith S, Eddy KT, Misra M, Holsen L,\* Lawson EA,\* Thomas JJ\*. \*co-senior authors. (2023, September). "Autism spectrum traits in adults with avoidant/restrictive food intake disorder." Poster presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

23. Abber SR, **Becker KR,** Stern CM, Breithaupt L, Kambanis E, Eddy KT, Burton Murray H, Thomas JJ. (2023, September). Overlapping ARFID and shape/weight motivations for dietary restriction in transdiagnostic sample of feeding and eating disorders: A latent profile analysis. Oral paper presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

31

24. Kim YR, Slattery M, Thomas JJ, Breithaupt L, Lauze MS, **Becker KR,** Plessow F, Favva M, Perlis RH, Eddy KT, Lawson EA, Misra M. (2023, September). Associations between longitudinal weight gain and appetite hormones in anorexia nervosa. Poster presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

25. Graver H, McPherson I, Ji CM, Stern C, Gydus J, Boutin R, Smith S, Burton-Murray H, Micali N, Bryant-Waugh R, Breithaupt L, Holsen L, Lawson E, Eddy KT, **Becker KR\***, Thomas JJ\* (2023, September). Reliability and validity of the pica, ARFID, and rumination disorder interview (PARDI) in adults. Poster presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

26. Using patterns of symptom change in eating-disorder behaviors and cognitions to evaluate the theory behind brief cognitive-behavioral therapy (CBT-T) for non-underweight eating disorders. Andrea AM, Stern CM, Graver H, Kambanis E, Rossman S, Breithaupt L, Want S, Burton Murray H, Eddy KT, Thomas JJ\*, **Becker K.\*** (2023, September). Poster presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

27. Ji C, Petterway F, Lyall AE, Kotler A, Haidar A, Pelsow F, **Becker KR**, Kubicki M, Youngjung KR, Thomas JJ, Eddy KT, Misra M, Holsen L, Breithaupt L. (September, 2023). Role of CXC chemokine family in moderating the BMI-Gray matter relationship within orbitofrontal and middle temporal regions in adolescences with anorexia nervosa and health controls. Oral paper presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

28. Karia E, Kyaw T, Dheer S, Lindman LB, Thomas JJ, **Becker KR**, Misra M, Arnold S, Kubicki M, Eddy KT, Breithaupt L. (2023, September). Cerebrospinal Fluid Biomarkers Among Individuals with Anorexia Nervosa: A Systematic Review. Poster presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

29. Dolan S., Kambanis PE, Stern CM, **Becker KR**, Breithaupt L, Gydus J, Smith S, Misra M, Micali N, Lawson EA, Eddy KT, Thomas JJ (2023, September). *Correlates of anticipatory and consummatory pleasure in avoidant/restrictive food intake disorder.* Poster presentation at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

30. Thomas JJ, Holsen L, **Becker KR**, Breithaupt L, Asanza E, Gydus J, Stern C, Van de Water A, Freizinger M, Shrier LA, Bern E, Deckersbach T, Misra M, Eddy KT, Micali N, Lawson E. (2023, September). Neural response to food cues in avoidant/restrictive food intake disorder (ARFID) differs by ARFID presentation. Oral paper presentation given at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

31. Breithaupt L, Ji C, Wendt J, Holsen L, Lyall A, Seitz-Holland J, Petterway F, **Becker KR**, Kim YR, Chen Y, Kotler E, Haidar A, Hu J, Rosa-Caldwell M, Plessow, Nilsson IAK, Williams KA, Slattery M, Thomas JJ, Bulik CM, Arnold S, Elizabeth Lawson, Marek Kubicki, Kamryn Eddy, Madhusmita Misra. (2023, September). Anti-inflammatory Activity of Estradiol as a Therapeutic Opportunity for Anorexia Nervosa: Evidence from Peripheral Blood-Based Biomarkers, In Vivo Imaging of the Brain Barrier, and Extracellular Free Water. Oral paper presentation given at the *Eating Disorders Research Society XXIX Annual Meeting*, Boston, Massachusetts.

32

32. Holsen LM, Thomas JJ, **Becker KR**, Breithaupt L, Asanza E, Gydus J, Stern CM, Van De Water AL, Freizinger M, Shrier LA, Bern E, Deckersbach T, Misra M, Eddy KT, Micali N, Lawson E. Altered rural responsively to food cues among youth with avoidant restrictive food intake disorder. Presented at the 2023 American College of Neuropsychopharmacology (ACNP) annual meeting.

33. Lindman L, Wendt J, Seitz-Holland J, Ji C, Holsen L, Lyall A, Petterway F, **Becker KR,** Kotler E, Haidar A, Slattery M, Thomas JJ, Plessow F, Lawson EA, Kubicki M, Eddy KT, Misra M, Breithaupt L. (2023, November). Estradiol deficiency in anorexia nervosa as a driver of central inflammation. Poster presentation at the Association for Behavioral and Cognitive Therapies Annual Convention, Seattle, Washington, USA.

34. Palmer LP, Kambanis PE, Stern CM, Rossman, S, Mancuso, CJ, Andrea, AM, Burton Murray, H, Breithaupt L, **Becker KR,** Eddy KT, Thomas JJ.  (2024, March). Cognitive-Behavioral Therapy for ARFID: Treatment Outcomes Across the Three ARFID Profiles. Oral presentation at the 2024 International Conference on Eating Disorders, New York, NY.

35. Kambanis PE, Tabri N, McPherson I, Gydus J, Kuhnle M, Stern CM, Asanza E, **Becker KR**, Breithaupt L, Freizinger M, Shrier LA, Bern E, Eddy KT, Misra M, Micali N, Lawson EA, Thomas JJ. (2023, March). Differential trajectories across avoidant/restrictive food intake disorder profiles in a 2-year prospective study. Oral presentation at the 2024 International Conference on Eating Disorders, New York, NY.

36. Trolio V, Burton Murray H, **Becker KR**, Kambanis PE, Breithaupt L, Gydus J, Holsen L, Misra M, Eddy KT, Micali N, Lawson EA, Thomas JJ.  (2024, March). CCK is associated with lack of interest in eating in youth with avoidant/restrictive food intake disorder over time. Oral presentation at the International Conference on Eating Disorders in New York, New York.

37. Trolio V, Burton Murray H, **Becker KR**, Kambanis PE, Breithaupt L, Gydus J, Holsen L, Misra M, Eddy KT, Micali N, Lawson EA, Thomas JJ. (2024, March). Decreases in ghrelin predict to worsening symptom severity in avoidant/restrictive food intake disorder over a 2-year period. Oral presentation at the International Conference on Eating Disorders in New York, New York.

38. **Becker KR**, Abber SR, MS; Van De Water AL, Breithaupt L, Plessow F, Palmer LP, Mancuso CJ, Izquierdo A, Wons O, Kuhnle M, Gydus J, Slattery M, Hauser K, Asanza E, Micali M, Misra M, Lawson EA, Thomas JJ, Holsen L, Eddy KT. (2024, September). Dorsolateral prefrontal cortex activation to food cues differentiates anorexia nervosa from low-weight avoidant/restrictive food intake disorder. Poster presentation at the Eating Disorders Research Society meeting, Sitges, Spain.

39. **Becker KR,** Graver H, Crosby RD, Engel SG, Wonderlich SA, Laam LA, McPherson I, Palmer LP, Shabazian L, Asanza E, Burton-Murray H, Breithaupt L, Misra M, Eddy KT, Holsen LM, Lawson EA, Thomas JJ. (2024, September). A first look at eating behaviors and negative affect in the daily lives of adults with avoidant/restrictive food intake disorder. Poster presentation at the Eating Disorders Research Society meeting, Sitges, Spain.

33

40. Abber SR, **Becker, KR**, Van De Water AL, Breithaupt L, Plessow F, Palmer LP, Mancuso CJ, Izquierdo A, Wons O, Kuhnle M, Gydus J, Slattery M, Hauser K, Asanza E, Micali N, Misra M, Lawson EA, Thomas JJ, Holsen L, Eddy KT. (2024, September). Neural functioning in prefrontal, visual processing, and integrative regions, but not reward regions, differentiates anorexia nervosa from low-weight avoidant/restrictive food intake disorder. Oral presentation at Eating Disorders Research Society Meeting in Sitges, Spain.

41. Palmer LP, Kambanis PE, McPherson, I, Graver H, Ji C, Asanza E, Shabazian L, Eddy KT, Madhusmita M, Micali N, Holsen L, Lawson L, **Becker KR**, Thomas JJ. (2024, September). Higher BMI uniquely predicts objective binge episodes and clinically significant non-ARFID psychopathology in a frank ARFID sample. Poster presentation at Eating Disorders Research Society meeting, Sitges, Spain.

42. Kambanis PE. Palmer LP, McPherson I, Graver H, Veale S, Ji Z, Asanza E, Shabazian L, Breithaupt L, Zayas L, Eddy KT, Misra M, Micali N, Holsen L, Lawson EA, De Young K, **Becker KR**, Thomas JJ. (2024, September). The clinical impairment assessment does not adequately capture psychosocial impairment in avoidant/restrictive food intake disorder. Poster presentation at the Eating Disorders Research Society meeting, Sitges, Spain.

43. Fisher M, Sailer CO, Galbiati F, Van De Water AL, **Becker KR**, Breithaupt L, Burton-Murray H, Asanza E, Palmer LP, Micali N, Eddy KT, Holsen L, Lawson EA, Thomas JJ. (2024, November). Neural response to food and fear cues in avoidant/restrictive food intake disorder (ARFID): Potential implications for classical conditioning and exposure therapy. Poster presented at the Neurocognitive Therapies and Translational Research Special Interest Group, Association for Behavioral and Cognitive Therapies, Philadelphia, PA.

44. Richson BN, Schaefer LM, **Becker KR**, Murray MF, Romano KA, Anderson LM, Wonderlich SA, Thomas JJ. (2025, March). Empirical approaches to the classification of avoidant/restrictive food intake disorder: Status of the emerging categorical classification literature and a role for the RDoC and HiTOP. Abstract to be presented at the HiTOP annual conference, San Diego, CA.

45. Dunford A, Kambanis PE, Liu ME, Palmer LP, Waller G, Eddy KT, Thomas JJ,* **Becker KR**.* **co-senior authors. (2025, May). Is CBT-T inclusive for all bodies? Higher (vs. lower) body mass index predicts better outcomes. Oral abstract to be presented at the International Conference on Eating Disorders, San Antonio, Texas.

46. Pasquariello KG, Wang SB, Graver H, Dalton A, Bowerfind A, Gansler DA, Breithaupt L, Holsen LM, Burton-Murray H, Franko DL, Engel SG, Crosby RD, Wonderlich SA, Laam L, Lawson EA, Eddy KT, Thomas JJ,* **Becker, KR**.* *co-senior authors. (2025, May). Reading between the beeps: Modeling temporal dynamics in avoidant/restrictive food intake disorder via network analysis. Oral abstract to be presented at the International Conference on Eating Disorders, San Antonio, Texas.

47. Bowerfind AL, McPherson, **Becker KR**, Fisher M, Armstong K, Dalton AG, Asanza E, Hadjikhani N, Kambanis PE, Eddy KT, Holsen LM,* Lawson EA, Thomas JJ. (2025, May). Autism spectrum traits as related to avoidant/restrictive food intake disorder (ARFID) phenotypes. Oral abstract to be presented at the International Conference on Eating Disorders, San Antonio, Texas.

48. McPherson I, Dalton AG, Armstrong K, Martino B, Asanza E, Eddy KT, **Becker KR**, Forbush KT, Plessow F, Holsen L, Lawson EA, Thomas JJ. Investigating the Neurocognitive Profile of Avoidant/Restrictive Food Intake Disorder Set-Shifting, Detail Orientation, and Delay Discounting. Abstract Submitted for the 2025 Eating Disorders Research Society annual Conference, Newport Beach, CA.

49. Kung PH, Van De Water AL, Mancuso CJ, Izquierdo AM, Kahn DL, Dreier MJ, Ebrahimi S, Gydus J, Palmer LP, Stern CM, Kuhnle M, Wons O, Asanza E, Slattery M, Burton-Murray H, **Becker KR**, Freizinger M, Shrier LA, Bern EM, Plessow F, Deckersbach T, Makris N, Misra M, Micali N, Lawson EA, Thomas JJ, Eddy KT, Steward T, Holsen L, Breithaupt L. Hippocampal resting-state effective connectivity in restrictive eating disorders and its association with ghrelin. Abstract submitted for the 2025 Australia & New Zealand Academy for Eating Disroders (ANZAED) annual conference, Naarm, Melbourne, Australia.

50. Dalton AG, **Becker KR**, Abber SA, Van De Water AL, Breithaupt L, Plessow F, Palmer LP, Mancuso CJ, Izquierdo A, Wons O, Kuhnle M, Gydus J, Slattery M, Hauser K, Asanza E, Micali N, Misra M, Lawson EA, Thomas JJ, Eddy KT, Holsen L. Relationship Between Orbitofrontal Cortex Activation to Food Cues and Eating Expectancies Differs in Low-Weight Avoidant/Restrictive Food Intake Disorder Compared to Anorexia Nervosa. Abstract Submitted for the 2025 Eating Disorders Research Society annual Conference, Newport Beach, CA.

**<u>Narrative Report</u>**

**Introduction**

I am a clinical psychologist who specializes in conducting research on maintaining mechanism in eating disorders, particularly emotion and reward processes, in restrictive eating disorders including anorexia nervosa and avoidant/restrictive food intake disorder (ARFID). After finishing my graduate training in clinical psychology at the University of Georgia, I completed my clinical internship and postdoctoral fellowship at MGH/HMS and am now an Assistant Professor of Psychology at Harvard Medical School (HMS), the Director of Translational Research at the MGH Eating Disorders Clinical and Research Program (EDCRP) under the co-mentorship of Drs. Jennifer Thomas and Kamryn Eddy, and the Director of Psychology for the MGB Women's Sports Medicine Program.

**Area of Excellence: Clinical Expertise and Innovation**

My clinical interests and expertise revolve around the practice of cognitive-behavioral therapy (CBT), family-based therapy (FBT), and dialectical behavioral therapy (DBT) for patients with all forms of eating pathology. I receive referrals from colleagues locally, regionally, and nationally. The program in which I work has grown and now evaluates and treats approximately 200 patients each year and serves as a core training experience for psychology fellows and medical residents. Given my longstanding interest in emotion regulation and eating pathology, I developed an original brief (16 session) DBT-inspired group for patients with disordered eating that I co-lead with trainees at EDCRP. To explore maintaining mechanisms in restrictive eating disorders, I have received funding from private foundations and was a scholar with the Global Foundation for Eating Disorders to explore neuroendocrine and neurological changes that may occur following CBT for ARFID treatment (CBT-AR). I am also a co-author on a peer-reviewed book which is a self-help version of CBT-AR for adults entitled, "The picky eater's recovery book: Overcoming avoidant/restrictive food intake disorder. I co-presented 5 day-long CBT-AR workshops in five cities across Australia and New Zealand for the Academy for Eating Disorders and as

well as a day-long workshop and an online course for the MGH Psychiatry Academy and an online version of this workshop available for CE credits. Further, I delivered a Keynote Address and workshop at the 2019 Congress for the Academy of Eating Disorders Hispano Latino American Chapter on neurobiological mechanisms underlying ARFID. Finally, I have used my clinical expertise in CBT and DBT to develop a psychological service within the MGB Women's Sports Medicine Program. This program has grown to offer both individual and group sessions to athletes in recovery from injury, athletes with performance anxiety, and athletes with residual energy deficiency syndrome due to sport.

**Teaching**

I have been actively involved in teaching and supervision since beginning my clinical internship at MGH/HMS in 2015. I lecture regularly at the local, regional, and international level on eating pathology and mental health of athletes. I present workshops on empirically supported treatments for disordered eating and lecture on these topics to psychology and psychiatry fellows as well as hospital faculty. I supervise psychology interns and graduate students in the delivery of evidenced-based treatments and assist in providing research mentorship to graduate students and our team's clinical research coordinators.

**Significant Supporting Activity: Investigation**

I have developed a programmatic research interest in mechanisms motivating and maintaining disordered eating with a particular focus on affective constructs and neurobiological substrates of reward functioning. I have received funding from the NIMH (F32; Principal Investigator; K23 Principal Investigator) for studying neurobiological features of low-weight eating disorders and emotional functioning in ARFID. I also received funding from HMS (Livingston Award) to study long-term integrated cortisol as a biomarker for severity and trajectories of low-weight eating disorders. I have co-authored over 70 scientific articles and 7 book chapters as well as a self-help book for ARFID. I was awarded the Global Foundation for Eating Disorders/Eating Disorder Research Society 2016 Postdoctoral Young Scientist Award and the 2017 Academy for Eating Disorders Early Career Scholarship award. I was awarded an NIMH loan repayment grant (2017-2019) and was named a 2018 Global Foundation on Eating Disorders Scholar, and in 2025 was awarded the MGH Claflin Distinguished Scholar Award. In 2023 I was always awarded membership to the Eating Disorders Research Society. This year I submitted an R01 to NIDDK entitled, "Identifying multidimensional signatures of gastric interoception in functional dyspepsia."

**Summary**

Since my appointment as a fellow at MGH/HMS, I have endeavored to conduct clinical research in my area of expertise in emotion and reward functioning relevant to disordered eating as well as deliver excellent evidenced-based clinical care and teach. Through my presentations (at local, regional, and national levels), my written works (i.e., peer-reviewed original research, book chapters), and my involvement with professional societies I have sought to improve the care of patients with all presentations of eating pathology with a particular emphasis on restrictive eating disorders and the mental health of athletes.