# Exhibit 37

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

<span style="color:red">VIEWPOINT</span>

# Toward Defining Problematic Media Usage Patterns in Adolescents

Dimitri A. Christakis, MD, MPH; Lauren Hale, PhD

**In 2013,** the 5th edition of the *Diagnostic and Statistical Manual of Mental Disorders* declined to recognize *internet gaming disorder* as a clinical entity, stating instead that it "was in need of further study."[1] An expert committee is currently proposing a revision to add it. In 2022, the World Health Organization recognized and formally included *gaming disorder* in the *International Classification of Diseases, 11th Revision*.[2] But in the years since these groups convened to deliberate about the disorder, gaming has come to represent a fraction of digital experiences of children (and adults). Digital experiences now include streaming, surfing, shopping, dating, messaging, and beyond.[3] Concurrently, the media research landscape has evolved to recognize that time spent on digital devices alone is not sufficient to categorize the experience as salubrious, harmful, or harmless, suggesting instead that families create a family media plan.[4,5] Although we agree that content matters as much—or perhaps more—than duration on devices, time spent using digital media is not without cost insofar as it displaces time spent in the real world. There can be too much of "good" thing. Watching a 2-hour episode of a high-quality documentary series is unassailably time well spent. Shopping online for the best deal can be efficient and frugal. Likewise, binge watching or shopping can be delightful and benign occasional indulgences. But incessantly watching documentaries daily or compulsively shopping all evening and late into the night perforce interferes with offline life, including sleep, physical activity, social interactions, and school or work. A recent *New York Times* article relates the story of a married nursing student who fell in love with an artificial intelligence (AI) chatbot. The story reports that she spends 20 to 30 hours per week messaging with her beloved digital partner, peaking at 56 hours one week.[6] However one feels about the value of an AI relationship, that many hours per week doing any single activity besides work and sleep may be a sign of a behavioral addiction.

A complete and granular sense of how people spend their time online that is an admixture of content and quantity has limitations both for clinical screening of individuals and for population estimates of potentially problematic digital media use in general. Although the debate rages on among academics and industry about whether there is such an entity as *gaming disorder*, or *internet addiction*, or *problematic social media use*, time on devices engaging in any number of activities is displacing real-world interactions in ways both subtle and dramatic. Certain usage patterns, irrespective of content, might be problematic, and screening guidelines are desperately needed to identify them. Given that more than 95% of adolescents have smartphones and they are their primary source of online time, smartphone use itself serves as a useful and readily quantifiable proxy for overall recreational screen time, especially because many smartphones passively measure it.[7]

In the case of substance abuse, decades of research established a taxonomy that is more nuanced than simply alcohol abuse vs use. The National Institute of Alcohol Abuse and Alcoholism has established different usage patterns that have been studied both for their independent effects on functioning and how each might ultimately lead to the clinical entity of alcohol use disorder (**Table**).[8]

We propose an analogous taxonomy for digital media use that identifies patterns of use, irrespective of content, that could be problematic but, at a minimum, should be flagged as warranting further evaluation and potential remediation. Although in this Viewpoint we focus on children, the same approach could and should be applied

**Table. Comparison of NIAAA Alcohol Drinking Pattern Definitions With Provisional Cut Points From SBU MEDiA Study Patterns**

| NIAAA alcohol drinking patterns[a] | SBU MEDiA study usage patterns |
|---|---|
| **Moderate drinking** | **Moderate media use** |
| Two drinks or less per day for men and 1 drink or less per day for women | Less than 5 hours per day (<50th percentile) |
| **Binge drinking** | **Binge media use** |
| Five or more drinks (men) or 4 or more drinks (women) in about 2 hours | More than 4 hours in a continuous session[b] |
| **High-intensity drinking** | **High-intensity media use** |
| Ten or more standard drinks (or alcohol drink equivalents) for men and 8 or more for women | Twelve hours or more in 1 day (95th percentile) |
| **Heavy drinking** | **Heavy media use** |
| Consuming 5 or more drinks on any day or 15 or more per week (men) or 4 or more on any day or 8 or more per week (women) | Nine hours or more on any day (85th percentile) or 60 hours or more per week (85th percentile) |
| **Alcohol misuse** | **Media misuse** |
| Alcohol misuse refers to drinking in a manner, situation, amount, or frequency that could cause harm to the person who drinks or to those around them (includes binge drinking and heavy alcohol use) | Media misuse entails binge, high-intensity, and heavy viewing that include inappropriate timing (eg, school or sleeping hours), inappropriate content (eg, cyberbullying, pro-eating disorder content), or viewing during dangerous situations (eg, distracted driving) |
| **Alcohol use disorder** | **Media use disorder** |
| A medical condition characterized by an impaired ability to stop or control alcohol use despite adverse social, occupational, or health consequences | Characterized by an impaired ability to stop or control media use despite adverse social, occupational/school-related, or mental health consequences; various validated measures exist related to social media use[8] |

Abbreviations: NIAAA, National Institute of Alcohol Abuse and Alcoholism; SBU MEDiA, Stony Brook University Measuring Electronic Devices in Adolescents.

[a] Alcohol drinking patterns from the NIAAA website.

[b] The definition of binge smartphone use should be empirically derived. This provisional cut point of 4 hours of continuous viewing is based on a systematic review of definitions of binge-watching overall media use.

© 2025 American Medical Association. All rights reserved, including those for text and data mining, AI training, and similar technologies.

Downloaded from jamanetwork.com by UCSF LIBRARY, Galina Nigulas on 05/06/2025

to adults. Abnormal laboratory values or behavior are frequently defined by setting a cut point (often at the 95th percentile).[9] A screening value that should be cause for concern is set below that threshold with an eye to trading off false-positive results for false-negative results. Although it is true that sometimes screening values represent a normal value or behavior that is a merely a statistical outlier, they are useful for identifying at-risk individuals. For example, the 85th percentile of body mass index is used as a screen for overweight. Accordingly, the second column in the Table is derived from using 3 separate weighted cut points (the 50th, 85th, and 95th percentile) of the best empirical data derived from passive sensing of teenage recreational smartphone use (The Stony Brook University Measuring Electronic Devices in Adolescents [SBU MEDiA] study), the details of which have been described elsewhere.[3] Those data are far from definitive or perfect given the limitations of the sample size and sampling frame, although they are consistent with a separate study of passively sensed teenage phone use performed by Common Sense Media using a smaller sample of Android users only.[10] For the purposes of this Viewpoint, the values assigned to each cut point are intended to provide provisional examples of what such usage patterns might look like using only smartphone data. Future research, using passive sensing and validated outcome measures of problematic usage,[8] should further define, refine, and validate these usage patterns across all media platforms. Comprehensive media usage data will be challenging to collect and are unlikely to significantly affect the time values because there are only so many hours in a day. Given that teenagers should sleep for 8 to 10 hours per day and attend school for approximately 6 hours per day, those using their phones for 9 hours per day (the 85th percentile in our data) must be using them during school and/or forgoing sleep to do so. Simply put, any activity besides school or sleep performed for 9 hours per day should be cause for concern, if not intervention. However, these proposed screening cut points, as important as they are, may soon become obsolete themselves if wearable screens (eg, smart glasses) become more common, enabling, in effect, continuous screen use.

The urgent need to advance this taxonomy cannot be overstated. While academics hem, haw, and talk among themselves, more than 6 million US teenagers are already exhibiting what we provisionally call heavy media use, and a sizeable percentage of those likely have media use disorder. We owe it to them, and to future children, to take the problem seriously and to conduct better and more robust research related to prevention and diagnosis of problematic media usage.

**ARTICLE INFORMATION**

**Author Affiliations:** University of Washington, Seattle (Christakis); Center for Child Health, Behavior, and Development, Seattle Children's Hospital, Seattle, Washington (Christakis); Special Olympics International, Washington, DC (Christakis); Editor, *JAMA Pediatrics* (Christakis); Program in Public Health, Department of Family, Population and Preventive Medicine, Renaissance School of Medicine, Stony Brook University, Stony Brook, New York (Hale).

**Corresponding Author:** Dimitri A. Christakis, MD, MPH, Center for Child Health, Behavior and Development, Seattle Children's Research Institute, 6200 NE 74th St, Ste 120B, Seattle, WA 98115-8160 (dimitri.christakis@seattlechildrens.org).

**Published Online:** April 28, 2025. doi:10.1001/jama.2025.6113

**Conflict of Interest Disclosures:** Dr Christakis reported serving on a committee proposing a revision the *Diagnostic and Statistical Manual of Mental Disorders, 5th Edition* criteria to include gaming disorder and serving as an expert witness in litigation about social media. Dr Hale reported receiving grants from Stephen and Pam Della Pietra Family Foundation during the conduct of the study; personal fees from Children and Screens Institute and National Sleep Foundation outside the submitted work; and currently serving as an expert witness in litigation about social media.

**Additional Contributions:** The authors are grateful to Gina M. Mathew, PhD (Stony Brook University), for her help with data analysis. She did not receive compensation for her contribution.

**REFERENCES**

1. American Psychiatric Association. *Desk Reference to the Diagnostic Criteria From DSM-5*. American Psychiatric Publishing; 2013.

2. World Health Organization. *International Classification of Diseases Eleventh Revision (ICD-11)*. World Health Organization; 2022.

3. Christakis DA, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent smartphone use during school hours. *JAMA Pediatr*. 2025;179(4):475-478. doi:10.1001/jamapediatrics.2024.6627

4. Moreno MA, Radesky J, Walsh MC, Tomopoulos S. The family media plan. *Pediatrics*. 2024;154(6):e2024067417. doi:10.1542/peds.2024-067417

5. Christakis DA. The challenges of defining and studying "digital addiction" in children. *JAMA*. 2019;321(23):2277-2278. doi:10.1001/jama.2019.4690

6. Hill K. She is in love with ChatGPT. *New York Times*. January 17, 2025. https://www.nytimes.com/2025/01/15/technology/ai-chatgpt-boyfriend-companion.html?smid=url-share

7. Faverio M, Sidoti O. Teens, social media and technology 2024. Pew Research Center. December 12, 2024. https://www.pewresearch.org/internet/2024/12/12/teens-social-media-and-technology-2024/

8. Schlossarek S, Schmidt H, Bischof A, et al. Psychometric properties of screening instruments for social network use disorder in children and adolescents: a systematic review. *JAMA Pediatr*. 2023;177(4):419-426. doi:10.1001/jamapediatrics.2022.5741

9. Burtis CA, Ashwood ER, Bruns DE, Tietz NW. *Tietz Textbook of Clinical Chemistry and Molecular Diagnostics*. 5th ed. Saunders; 2013.

10. Radesky J, Weeks HM, Schaller A, et al. *A Constant Companion: A Week in the Life of a Young Person's Smartphone Use*. Common Sense Media; 2023.

© 2025 American Medical Association. All rights reserved, including those for text and data mining, AI training, and similar technologies.

Downloaded from jamanetwork.com by UCSF LIBRARY, Galina Nigulas on 05/06/2025