# Exhibit 38

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# The Challenges of Defining and Studying "Digital Addiction" in Children

**Dimitri A. Christakis, MD, MPH**
Seattle Children's Research Institute, Seattle, Washington; and Editor, *JAMA Pediatrics*.



**In the 2013 edition,** the *Diagnostic and Statistical Manual of Mental Disorders* (Fifth Edition) (*DSM-5*) identified "internet gaming disorder" as "a condition in need of further study."[1] The World Health Organization recognized "gaming disorder" as a diagnosable condition in the *International Statistical Classification of Diseases, Eleventh Revision (ICD-11)*.[2] The appellation—*gaming disorder*—is a misnomer because it does not include social media or nongaming applications. Still the emerging phenomenon of "digital addiction" represents a real and potential widespread problem that defies easy solutions or prevention strategies.

Scientific consensus suggests that addictions arise from a combination of a genetic predisposition and repeated exposure to a specific substrate.[3] In the case of digital addiction, the exposure is ubiquitous, unavoidable, and in some cases the use of digital devices is mandated. Some preschools use iPads in classrooms; many schools require children to use computers for their work; most employers not only rely on internet use during the day but also expect employees to have ready access to digital media outside of work hours. In a recent report of a nationally representative study of sedentary behavior, the estimated prevalence of computer use outside of school or work for more than 1 hour per day or more among children aged 5 through 11 years increased from 43% to 56% from 2001 to 2016, and among adolescents aged 12 through 19 years increased from 53% to 57% from 2003 to 2016.[4]

> ## Still the emerging phenomenon of "digital addiction" represents a real and potential widespread problem that defies easy solutions or prevention strategies.

For those trying to study the effects of media on child development, this poses vexing challenges. Avoiding digital media is impractical and undesirable. It stands to reason that there is appropriate and beneficial usage, but what might constitute too much of a good thing?

The relationship between biological exposures and outcomes can follow one of many functional forms. Most straightforward is a monotonically linear relationship in which outcomes are directly and proportionately related to exposure, such as with a high-fat diet and weight gain.[5] Often, there is a dose-response relationship in which no discernable effect is observed until some critical threshold is crossed, after which there is a clear relationship over a dosage range and when no additional benefits are derived and at even higher doses harm may result. This is usually the case for pharmaceuticals.

Less common, and perhaps most challenging to discern, is the "inverted U" relationship in which both low and high exposure are associated with less desirable outcomes, but for some middle level, outcomes are improved. Such is the relationship between alcohol consumption and health in which those who consume no or very little alcohol appear to have poorer health outcomes than those who consume 7 to 14 units of alcohol per week.[6] The nature of this relationship took many years to establish in part because of the odd functional form (U shape). Such is likely the relationship between media exposure and health. A recent meta-analysis[7] found that adolescents with heavy and no social media usage have diminished mental health compared with those with moderate usage. Specifically, compared with nonusers, children with 1 hour per day of media use had a 12% reduced risk of depression. With 3 hours they had a 19% increased risk, and at 5 hours it was increased by 80%.[7] But the relationship is in many ways infinitely more complex than the one between alcohol and health.

Except for the potentially unique effects of some polyphenols found in red wine, alcohol researchers can distill their exposure of interest—alcohol—into discrete units so that drinkers can easily be categorized without regard to their libation of choice. An analogous approach is being used in most media studies in which usage is defined solely in terms of time spent on various devices (eg, smartphones, computers) or in certain activities (eg, social media or games). Media usage as a predictor variable belies the reality that *content* drives any observed effects.

It is not as simple as time spent on a device or activity but rather *how that time is spent* that matters. Therein lies the challenge. Disentangling the complicated effects of media usage to establish guidelines that can inform public policy and industry regulations requires a fine level of granularity. Even drawing distinctions between social media vs passive viewing or gaming is inadequate. For example, 1 hour of social media usage could be spent in an online support group. For an LGBTQ (lesbian, gay, bisexual, transgender, queer) teen, such a community can be an invaluable and otherwise unavailable supportive resource, but for a teen with an eating disorder that social media exposure may normalize and even encourage the behavior.

Traditionally, media researchers have relied on retrospective self-report or contemporaneous diaries to assess exposure. These tools are antiquated and do not capture the many and varied uses of media today particularly given the frequency of multitasking. How can

**Corresponding Author:** Dimitri A. Christakis, MD, MPH, Center for Child Health, Behavior and Development, 2001 Eighth Ave, Seattle, WA 98121 (dimitri.christakis @seattlechildrens.org).

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Covington & Burling LLC, Lawrence Guthrie on 06/02/2025

Opinion  Viewpoint

parents of a middle schooler possibly reliably recount their child's use of recreational screen time given that many children and adolescents carry a device in their pocket at all times and use it to communicate, play games, and do homework? How could teenagers estimate their screen time given the hundreds of times they check their phone during the day even for a few seconds, never mind informing scientists of what precisely they looked at? Coupled with individual characteristics, these data are crucial to further understanding of the true relationship between nature and substrate that define healthy media usage.

While researchers have struggled to find methods to reliably collect these data, industry has been capturing them, using them, and even monetizing them. Facebook has information on what children see, how long they look at it, and even how they feel about it. Apple indicates it does not have data on where children spend their time on its devices (Fred Sainz, director of corporate communications, Apple, email communication, May 21, 2019). Although its "screen time app" collects data on how children spend their time on the device and shares those data with parents, it does not currently facilitate exporting or sharing data with researchers. In fact, Apple has taken the additional step of blocking the third-party screen-time trackers many researchers use since those trackers compete with theirs.[8]

As media conglomerates face increasing scrutiny by politicians and regulators for their harvesting of data and their dissemination of misinformation, they should consider collaborating with impartial scientists so that they can begin to understand how to mediate media in the best interest of children. If these companies are willing to share data with advertisers, they also should be willing to share them with academic scientists. Without their cooperation, child advocates may never get the answers they need to understand digital media use by children and develop effective measures to prevent and counteract "digital addiction" in children.

## ARTICLE INFORMATION

**Published Online:** May 16, 2019.
doi:10.1001/jama.2019.4690

**Correction:** This article was corrected on May 24, 2019, to fix the discussion of Apple apps and policies in the penultimate paragraph.

**Conflict of Interest Disclosures:** Dr Christakis serves on the advisory board of Children and Screens, a not-for-profit organization that aims to help children lead healthy lives in a digital world.

**Disclosure:** Children and Screens played no role in drafting or reviewing this.

## REFERENCES

1. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 5th ed. Washington, DC: American Psychiatric Association; 2013.

2. World Health Organization. *International Statistical Classification of Diseases, 11th Edition (ICD-11)*. Geneva, Switzerland: World Health Organization; 2017.

3. Vink JM. Genetics of addiction: future focus on gene × environment interaction? *J Stud Alcohol Drugs*. 2016;77(5):684-687. doi:10.15288/jsad.2016.77.684

4. Yang L, Cao C, Kantor ED, et al. Trends in sendentary behavior among the US population, 2001-2016. *JAMA*. 2019;321(16):1587-1597. doi:10.1001/jama.2019.3636

5. Mozaffarian D, Hao T, Rimm EB, Willett WC, Hu FB. Changes in diet and lifestyle and long-term weight gain in women and men. *N Engl J Med*. 2011; 364(25):2392-2404. doi:10.1056/NEJMoa1014296

6. Wood AM, Kaptoge S, Butterworth AS, et al; Emerging Risk Factors Collaboration/EPIC-CVD/UK Biobank Alcohol Study Group. Risk thresholds for alcohol consumption: combined analysis of individual-participant data for 599 912 current drinkers in 83 prospective studies. *Lancet*. 2018;391 (10129):1513-1523. doi:10.1016/S0140-6736(18) 30134-X

7. Liu M, Wu L, Yao S. Dose-response association of screen time-based sedentary behaviour in children and adolescents and depression: a meta-analysis of observational studies. *Br J Sports Med*. 2016;50 (20):1252-1258. doi:10.1136/bjsports-2015-095084

8. Nicas J. Apple cracks down on apps that fight iPhone addiction. *New York Times*. April 27, 2019. https://www.nytimes.com/2019/04/27/ technology/apple-screen-time-trackers.html. Accessed May 8, 2019.

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Covington & Burling LLC, Lawrence Guthrie on 06/02/2025